# EXHIBIT A

*Viacom International Inc., et al. v. YouTube, Inc., et al.*
EXHIBIT A

| | PLAINTIFF | NAME OF WORK (Series/Motion Picture) | EPISODE (if applicable) | REGISTRATION NUMBER |
|---|---|---|---|---|
| 1 | Viacom International Inc. | The Ren & Stimpy Show | Episode - Dog Show | PAu 2-073-285 |
| 2 | Viacom International Inc. | The Ren & Stimpy Show | Episode - The Great Outdoors | PA 793-594 |
| 3 | Viacom International Inc. | The Ren & Stimpy Show | Episode - Haunted House | PA 793-593 |
| 4 | Viacom International Inc. | The Ren & Stimpy Show | Episode 13 - Monkey See . . . Monkey Don't/Powdered Toastman | PA 793-596 |
| 5 | Viacom International Inc. | Rugrats | Episode #1 - Tommy's First Birthday | PA 944-730 |
| 6 | Viacom International Inc. | SpongeBob SquarePants | Episode #004 - Naughty Nautical Neighbor/Boating School | PA 1-026-760 |
| 7 | Viacom International Inc. | SpongeBob SquarePants | Episode #006 - Mermaidman and Barnacleboy Pickles | PA 1-026-771 |
| 8 | Viacom International Inc. | SpongeBob SquarePants | Nature Pants/Opposite Day Episode #009 | PA 1-026-762 |
| 9 | Viacom International Inc. | SpongeBob SquarePants | Episode #010 - Culture Shock/F.U.N. | PA 1-026-764 |
| 10 | Viacom International Inc. | Daria | Episode #301 - "Through a Lens Darkly" | PA 1-013-127 |
| 11 | Viacom International Inc. | Daria | Episode #303 - "Depth Takes a Holiday" | PA 1-013-125 |
| 12 | Viacom International Inc. | Daria | Episode #403 - "A Tree Grows in Lawndale" | PA 1-002-219 |
| 13 | Viacom International Inc. | Daria | Episode #504 - "Camp Fear" | PA 1-032-367 |
| 14 | Viacom International Inc. | Daria | Episode #505 - "The Story of D" | PA 1-032-353 |
| 15 | Viacom International Inc. | MTV Unplugged | Episode - #75 - Bob Dylan | PA 926-480 |

1 of 4

*Viacom International Inc., et al. v. YouTube, Inc., et al.*
EXHIBIT A

| | PLAINTIFF | NAME OF WORK (Series/Motion Picture) | EPISODE (if applicable) | REGISTRATION NUMBER |
|---|---|---|---|---|
| 16 | Viacom International Inc. | MTV Unplugged | Episode - #83 - The Cranberries | PA 919-634 |
| 17 | Viacom International Inc. | MTV Unplugged | Episode - #93 - Oasis | PA 911-892 |
| 18 | Viacom International Inc. | MTV Unplugged | Episode - #105 - Bryan Adams | PA 916-140 |
| 19 | Viacom International Inc. | MTV Unplugged | Episode - #21 - Aerosmith | PA 919-061 |
| 20 | Viacom International Inc. | VH1 Behind the Music | Episode - #1 - Milli Vanilli | PA 746-911 |
| 21 | Viacom International Inc. | VH1 Behind the Music | Episode - #25 - Ozzy Osbourne | PA 918-043 |
| 22 | Comedy Partners | The Daily Show | 10141 | PAU3-058-109 |
| 23 | Comedy Partners | The Daily Show | 11049 | PAU3-062-562 |
| 24 | Comedy Partners | The Daily Show | 11069 | PAU3-062-649 |
| 25 | Comedy Partners | South Park | 1001 | PAU3-062-748 |
| 26 | Comedy Partners | South Park | 1007 | PAU3-062-752 |
| 27 | Comedy Partners | The Colbert Report | 101 | PAU3-062-918 |
| 28 | Comedy Partners | The Colbert Report | 2074 | PAU3-062-678 |
| 29 | Comedy Partners | Roast of Pamela Anderson | DVD - Uncensored! | Pa1-260-473 |
| 30 | Comedy Partners | Gerhard Reinke's Wanderlust | Episode #103 – "The Amazon" | PA1-193-444 |

*Viacom International Inc., et al. v. YouTube, Inc., et al.*
EXHIBIT A

| | PLAINTIFF | NAME OF WORK (Series/Motion Picture) | EPISODE (if applicable) | REGISTRATION NUMBER |
|---|---|---|---|---|
| 31 | Comedy Partners | Gerhard Reinke's Wanderlust | Episode #102 - "The Andes" | PA1-193-440 |
| 32 | Comedy Partners | Gerhard Reinke's Wanderlust | Episode #106 – "California" | PA-1-193-433 |
| 33 | Country Music Television, Inc. | Trick My Truck | EPS. 105-108 | PAU3-058-104 |
| 34 | Country Music Television, Inc. | CMT 100 Greatest Duets | Concert | PAU-3-004-737 |
| 35 | Country Music Television, Inc. | Summerfest | Hank Williams, Jr. | PAU3-062-569 |
| 36 | Country Music Television, Inc. | CMT - 20 Sexiest Southern Men | BETA | PAU3-062-642 |
| 37 | Country Music Television, Inc. | CMT Crossroads | Bon Jovi & Sugarland | PAU2-990-221 |
| 38 | Paramount Pictures Corporation | Zoolander | | PA 1-238-113 |
| 39 | Paramount Pictures Corporation | Jackass Number 2 | | PA 1-333-097 |
| 40 | Paramount Pictures Corporation | Mean Girls | | PA 1-233-942 |
| 41 | Paramount Pictures Corporation | How to Lose a Guy in 10 Days | | PA 1-143-876 |
| 42 | Paramount Pictures Corporation | Star Trek Nemesis | | PA 1-113-097 |
| 43 | Paramount Pictures Corporation | Alfie | | PA 1-246-113 |
| 44 | Paramount Pictures Corporation | Save the Last Dance | | PA 1-017-109 |
| 45 | Paramount Pictures Corporation | An Inconvenient Truth | | PA-1-317-639 |

*Viacom International Inc., et al. v. YouTube, Inc., et al.*
EXHIBIT A

| | PLAINTIFF | NAME OF WORK (Series/Motion Picture) | EPISODE (if applicable) | REGISTRATION NUMBER |
|---|---|---|---|---|
| 46 | Paramount Pictures Corporation | Mission Impossible 3 | | PA 1-314-043 |
| 47 | Paramount Pictures Corporation | War of the Worlds | | PAu2-946-520 |
| 48 | BET | 3rd Annual BET Awards | Jam Master Jay Tribute | PA 1-348-374 |
| 49 | BET | 1st Annual BET Awards Show | Sisqo - Can I live f. Lovher | PA 1-348-377 |
| 50 | BET | BET Awards 2004 | Monique | PA 1-348-376 |