UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | JUDGE STANTON<br>07 CV 2103<br>Civil Action No. _____<br><br>**Fed. R. Civ. P. 7.1 Statement**<br><br>RECEIVED<br>MAR 1 3 2007<br>U.S.D.C. S.D. N.Y.<br>CASHIERS |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiffs submit the following statement identifying their parent corporations and any publicly held corporation owning 10% or more of their stock:

Each of the Plaintiffs is, directly or indirectly, a wholly-owned subsidiary of Viacom Inc. Viacom Inc. is publicly traded on the New York Stock Exchange. No publicly traded company owns 10% or more of the stock of Viacom Inc.

*Execution page follows.*

1

        Respectfully submitted,

        *[signature]*

        Donald B. Verrilli, Jr. (No. DV-2252)
        William M. Hohengarten (No. WH-5233)
        Amy L. Tenney
        Scott B. Wilkens
        Luke C. Platzer
        Sharmila Sohoni
        JENNER & BLOCK LLP
        601 Thirteenth Street, N.W.
        Suite 1200 South
        Washington, DC  20005-3823
        Telephone (202) 639-6000
        Facsimile (202) 639-6066

        *Attorneys for Plaintiffs*

March 13, 2007