UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                    )
VIACOM INTERNATIONAL INC.,          )
COMEDY PARTNERS,                          )
COUNTRY MUSIC TELEVISION, INC., )
PARAMOUNT PICTURES CORPORATION, ) Civil Action No. 07-CV-2103
and BLACK ENTERTAINMENT TELEVISION ) Judge Stanton
LLC,                                                 )
                                                    ) **NOTICE OF APPEARANCE**
                            Plaintiffs,     )
              v.                              )
                                                    )
YOUTUBE, INC., YOUTUBE, LLC, and  )
GOOGLE INC.,                                  )
                            Defendants. )
_____ )

   To the Clerk of this Court and all parties of record:

   Please enter my appearance as counsel of record in this case for Plaintiffs Viacom International Inc., Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, and Black Entertainment Television LLC.

   I certify that I am admitted to practice in this court.


March 13, 2007                               Respectfully submitted,

                                                       s/ Donald B. Verrilli, Jr.
                                                     _____
                                                     Donald B. Verrilli, Jr. (No. DV-2252)
                                                     JENNER & BLOCK LLP
                                                     601 Thirteenth Street, N.W.
                                                     Suite 1200 South
                                                     Washington, DC  20005-3823
                                                     Telephone (202) 639-6000
                                                     Facsimile (202) 639-6066

                                                     *Attorney for Plaintiffs*