UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
)
VIACOM INTERNATIONAL INC., )
COMEDY PARTNERS, )
COUNTRY MUSIC TELEVISION, INC., )
PARAMOUNT PICTURES CORPORATION, )   Civil Action No. 07-cv-2103
and BLACK ENTERTAINMENT TELEVISION )   Judge Stanton/Magistrate Judge
LLC, )   Maas
)
Plaintiffs, )   **NOTICE OF APPEARANCE**
v. )
)
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE INC., )
Defendants. )
_____ )

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiffs Viacom International Inc., Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, and Black Entertainment Television LLC.

I certify that I am admitted to practice in this court.

March 27, 2007                                      Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 /s  William M. Hohengarten
　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　 William M. Hohengarten (No. WH-5233)
　　　　　　　　　　　　　　　　　　　　　 JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　　 601 Thirteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　 Suite 1200 South
　　　　　　　　　　　　　　　　　　　　　 Washington, DC  20005-3823
　　　　　　　　　　　　　　　　　　　　　 Telephone (202) 639-6000
　　　　　　　　　　　　　　　　　　　　　 Facsimile (202) 639-6066

　　　　　　　　　　　　　　　　　　　　　 *Attorney for Plaintiffs*