# JENNER&BLOCK

March 23, 2007

**VIA OVERNIGHT MAIL**

The Honorable Louis L. Stanton
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005-3823
Tel 202 639-6000
www.jenner.com

Chicago
Dallas
New York
Washington, DC

Donald B. Verrilli, Jr.
Tel 202 639-6095
Fax 202 661-4957
dverrilli@jenner.com

Re: *Viacom International, Inc., et al. v. YouTube, Inc., et al.*,
    Case No. 1:07-cv-02103-LLS

Dear Judge Stanton:

Pursuant to a telephone conference held this morning between Tal Dickstein and Linda Thomas of your chambers, Defendants' in-house counsel, Michael Kwun, and my colleague Amy Tenney, I am writing to confirm that the parties are available to appear before the Court for the Rule 16(b) conference on Friday, July 27, 2007 at 11:30am.

In addition, because the Defendants have not yet retained counsel to represent them in this matter, Plaintiffs have agreed to Defendants' request for a thirty-day extension of time -- *i.e.*, until May 2, 2007 -- for the Defendants to answer or otherwise respond to Plaintiffs' complaint.

Very truly yours,

Donald B. Verrilli, Jr.

cc: Michael Kwun, Esq. (via email)