UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL INC.,
COMEDY PARTNERS,
COUNTRY MUSIC TELEVISION, INC.,
PARAMOUNT PICTURES CORPORATION,
and BLACK ENTERTAINMENT TELEVISION LLC,
Plaintiffs,

v.



NOTICE OF APPEAL
Local Rule 83.8
Civil Case No. 07-cv-2103

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.,
Defendants.
And,
SANDRA ANN BRADSHAW LUCAS-MORROW
Intervenor-Defendent

Notice is hereby given that Sandra Ann Bradshaw Lucas-Morrow, pro se, hereby appeals to the United States Court of Appeals for the Second Circuit from the decision and collateral order denying motion to intervene as a defendant in Viacom International, Inc. et al v.Youtube, Inc. et al entered in this action on 6/4/07

Sandra Ann Bradshaw Lucas-Morrow

Address: 320 South Harrison Street apartment 9D
East Orange, NJ 07018. Telephone (862) 520 5818
Date: June 26, 2007

Movant certifies that she mailed via USPS copies of the Notice to Appeal to:
Jenner & Block LLP 919 Third Avenue, 37th Floor N.Y., New York 10022-3908 USPS w/encl, **and** Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor New York, New York 10019 USPS w/encl

Sandra Ann Bradshaw Lucas-Morrow

cc: Mr. Charles B. McKenna,U.S. Attorneys Office 970 Broad Street, Newark, NJ w/encl
cc: U.S. Attorney Ralph T. Giordano Antitrust Division,
    26 Federal Plaza, New York, NY 10278-0140, USPS w/encl
cc: James Curtis Morrow 320 South Harrison Street, Apartment 9D, E. Orange, NJ 07018

Sandra Ann Bradshaw Lucas-Morrow
320 South Harrison Street Apartment 9D
East Orange, NJ 07018
Telephone (862) 520 5818
Email: kissmekate909@yahoo.com
June 26, 2007

Clerk of the Court
United States District Court for
The Southern District of New York
Daniel Patrick Moynihan United
States Court House 500 Pearl Street
New York, N.Y.10007-1312
U.S.P. Regular Mail
Re: *Viacom Int'l Partners, et. al v. YouTube Inc.*, 07-cv-2103

Dear Clerk:
Please find enclosed for filing: (1) one signed original and three copies of Notice of Appeal of Judge Louis L Stanton's order denying intervention in *Viacom Int'l Partners, et. al v. YouTube Inc.*, 07-cv-2103, (2) June 26, 2007 certification of mailing.
Please waive filing fees pursuant to appellant's forma pauperis status under 28 U.S.C. § 1915.

Sincerely yours,
*[signature]*
Sandra Ann Bradshaw Lucas-Morrow


Jenner & Block LLP 919 Third Avenue, 37th Floor N.Y., New York 10022-3908 USPS w/encl

WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor New York, New York 10019 USPS w/encl

cc: Mr. Charles B. McKenna,U.S. Attorneys Office 970 Broad Street, Newark, NJ w/encl

cc: U.S. Attorney Ralph T. Giordano Antitrust Division,
   26 Federal Plaza, New York, NY 10278-0140, USPS w/encl

cc: James Curtis Morrow 320 South Harrison Street, Apartment 9D,
   East Orange, NJ 07018 w/encl.

KEARNY
26 JUN 2007

Clerk of the Court
United States District Court for
The Southern District of New York
Daniel Patrick Moynihan United
States Court House 500 Pearl Street
New York, N.Y. 10007-1312

Sandra Ann Bradshaw Lucas-Morrow
320 South Harrison Street
Apartment 9D
East Orange, NJ 07018

