UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., ET AL.,  )<br>                                                                )<br>                            Plaintiffs,      )<br>                 v.                                        )<br>                                                                )<br>YOUTUBE, INC., ET AL.,                    )<br>                                                                )<br>                            Defendants.    )<br>                                                                )<br>THE FOOTBALL ASSOCIATION         )<br>PREMIER LEAGUE LIMITED, ET AL., on )<br>behalf of themselves and all others similarly )<br>situated,                                                 )<br>                                                                )<br>                            Plaintiffs,      )<br>                 v.                                        )<br>                                                                )<br>YOUTUBE, INC., ET AL.,                    )<br>                                                                )<br>                            Defendants.    )<br>                                                                )| ECF Case<br><br>Civil No. 07-CV-2103 (LLS)<br><br>**NOTICE OF CROSS-MOTION**<br><br><br>ECF Case<br><br>Civil No. 07-CV-3582 (LLS) |

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants' Cross-Motion for a Protective Order, the Declarations of Amitabh Singhal and Michael H. Rubin that accompany this Notice and the exhibits annexed thereto, and all papers and pleadings previously filed herein, Defendants YouTube, Inc., YouTube, LLC and Google Inc., by their undersigned counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, before the Honorable Louis L. Stanton, United States District Judge, (i) for an Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure granting Defendants' cross-motion, and (ii) for such other and further relief as this Court deems just and proper.

Dated: February 28, 2008

Respectfully submitted,

*[signature]*

Richard Ben-Veniste
Andrew H. Schapiro
A. John P. Mancini
Matthew D. Ingber
Gregory A. Frantz
Brian M. Willen
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
(212) 506-2500

David H. Kramer
Maura L. Rees
Michael H. Rubin
Bart E. Volkmer
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

*Attorneys for Defendants*

TO:   Donald B. Verrilli, Jr.
      William M. Hohengarten
      Amy L. Tenney
      Scott B. Wilkens
      Luke C. Platzer
      Sharmila Sohoni
      JENNER & BLOCK LLP
      601 Thirteenth Street, N.W.
      Suite 1200 South
      Washington, DC 20005-3823
      (202) 639-6000

Louis M. Solomon
William M. Hart
Bert H. Deixler
Colin A. Underwood
Noah S. Gitterman
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3000

Max W. Berger
John P. Coffey
John C. Browne
Eric T. Kanefsky
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

-and-

Stephen Robert Fishbein
Stuart Jay Baskin
SHEARMAN & STERLING LLP
599 Lexington Ave.
New York, NY 10022
(212) 848-4000

*Attorneys for Plaintiffs*