

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/08

STANTON, S.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Civil Action No. 07-CV-2103<br>Judge Stanton |
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING, INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, ROBERT TUR d/b/a LOS ANGELES NEWS SERVICE, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC (US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FEDERATION FRANCAISE DE TENNIS, THE SCOTTISH PREMIER LEAGUE LIMITED, THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SINDROME RECORDS, LTD. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>Defendants. | **STIPULATION REGARDING JULY 1, 2008 OPINION AND ORDER**<br><br>Civil Action No. 07-CV-3582<br>Judge Stanton |

Viacom International, Inc. et al. v. Youtube, Inc. et al.    Doc. 120

WHEREAS, the parties seek to address Defendants' production obligations with respect to Section 4 of the Court's Opinion and Order dated July 1, 2008 ("Order") in light of certain user privacy concerns which have been raised;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record:

1.  **Substituted Values:** When producing data from the Logging Database pursuant to the Order, Defendants shall substitute values while preserving uniqueness for entries in the following fields: User ID, IP Address and Visitor ID. The parties shall agree as promptly as feasible on a specific protocol to govern this substitution whereby each unique value contained in these fields shall be assigned a correlative unique substituted value, and preexisting interdependencies shall be retained in the version of the data produced. Defendants shall promptly (no later than 7 business days after execution of this Stipulation) provide a proposed protocol for this substitution. Defendants agree to reasonably consult with Plaintiffs' consultant if necessary to reach agreement on the protocol.

2.  **Non-Circumvention:** The parties agree that they shall not engage in any efforts to circumvent the encryption utilized pursuant to Paragraph 1 this Stipulation. This Paragraph does not limit in any way any party's rights under Paragraph 8 below

3.  **Data Relating to Parties' Viewing Activities:** The parties do not agree whether the arrangements contained in Paragraph 1 should extend to records reflecting the business activities of the parties' employees and agents, including whether the obligations are reciprocal. The parties do not intend for this Stipulation to resolve this issue. Defendants shall produce data from the Logging Database relating to the foregoing

2

activities in anonymized form as provided in Paragraph 1. The parties will meet and confer within 14 days of the execution of this Stipulation concerning records reflecting the business activities of the parties' employees and agents. If the parties cannot reach agreement on this issue, any party may submit it to the court.

4. **Defendants' Use of Original Data:** In connection with their defense of these lawsuits, Defendants, their counsel, and their outside experts and consultants shall not make use of any original versions of substituted data being produced from the Logging Database, unless and until original versions of that data have been produced to Plaintiffs.

5. **Intent of the Parties:** Each party stipulates that it shall not seek to preclude, in any aspect of this litigation, the use of the substituted data produced from the Logging Database pursuant to Paragraph 1, on grounds that the substituted data, in and of itself, allegedly constitutes or contains personally identifiable information.

6. **Preservation:** Nothing herein shall alter Defendants' preservation obligations, including the preservation of the Logging Database.

7. **Other Obligations Under Court Orders:** Any substitution of information in accordance with the Stipulation shall not delay the parties' production of material otherwise called for by the Court's Orders.

8. **Without Prejudice:** This agreement shall be without prejudice to the parties' rights to seek and object to further discovery on any topic.

**SO ORDERED:**

3

*Louis L. Stanton*
**U.S.D.J.**

7/17/08

AGREED and STIPULATED

*Attorney for Viacom International Inc.,
Comedy Partners, Country Music Television,
Inc., Paramount Pictures Corporation, and
Black Entertainment Television, LLC*

July 14, 2008 , 2008

By: _____
Donald B. Verrilli, Jr. (No. DV-2257)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Stuart J. Baskin (SB-9936)
SHERMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone (212) 848-4000
Facsimile (212) 848-7179

AGREED and STIPULATED

*Attorney for YouTube, Inc., YouTube, LLC
and Google Inc.*

_____, 2008

By: _____
Richard Ben-Veniste
Andrew H. Schapiro
A. John P. Mancini
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

David H. Kramer
Maura L. Rees
Michael H. Rubin
Bart E. Volkmer
WILSON SONSINI GOODRICH &
ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

4

| | |
|---|---|
| AGREED and STIPULATED | *Attorney for Viacom International Inc., Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, and Black Entertainment Television, LLC* |
| _____, 2008 | By: _____ |

Donald B. Verrilli, Jr. (No. DV-2252)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Stuart J. Baskin (SB-9936)
SHERMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone (212) 848-4000
Facsimile (212) 848-7179

| | |
|---|---|
| AGREED and STIPULATED | *Attorney for YouTube, Inc., YouTube, LLC and Google Inc.* |
| 7/14, 2008 | By: [signature] |

Richard Ben-Veniste
Andrew H. Schapiro
A. John P. Mancini
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

David H. Kramer
Maura L. Rees
Michael H. Rubin
Bart E. Volkmer
WILSON SONSINI GOODRICH &
ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

4

AGREED and STIPULATED

_____July 14_____, 2008

*Attorneys for Lead Plaintiffs The Football Association Premier League Limited and Bourne Co., Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., Fédération Française de Tennis, and The Scottish Premier League Limited, and the Prospective Class*

By: _Louis M. Solomon_ /NSG
Louis M. Solomon
PROSKAUER ROSE
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

By: _John P. Coffey_ /NSG
John P. Coffey
BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Cal IV Entertainment LLC*

Daniel Girard
Aaron Sheanin
Christina H. Connolly
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108

-and-

Gerald E. Martin
Laurel Johnston
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201

5

-and-

Kevin Doherty
BURR & FORMAN
700 Two American Center
3102 West End Avenue
Nashville, TN 37203

*Attorneys for the National Music Publishers'
Association, Rodgers & Hammerstein
Organization, Stage Three Music (US), Inc.,
Edward B. Marks Music Company, Freddy
Bienstock Music Company d/b/a Bienstock
Publishing Company, and Alley Music
Corporation.*

David S. Stellings
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592 -*and*-

James E. Hough
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8158
Facsimile: (212) 468-7900

*Attorneys for The Music Force Media Group
LLC, The Music Force LLC, and Sin-Drome
Records, Ltd.*

Christopher Lovell (CL-2595)
Christopher M. McGrath (CM-4983)
LOVELL STEWART HALEBIAN
LLP
500 Fifth Avenue, 58th Floor
New York, New York 10110
Telephone: (212) 608-1900 Facsimile:
(212) 719-4677

-*and*-

Jeffrey L. Graubart (JG-1338)
LAW OFFICES OF JEFFREY L. GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

*-and-*

Steve D'Onofrio (SD-8794)
5335 Wisconsin Avenue, N.W. Suite 950
Washington, D.C. 20015
Telephone: (202) 686-2872
Facsimile: (202) 686-2875