UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., <br> COMEDY PARTNERS, <br> COUNTRY MUSIC TELEVISION, INC., <br> PARAMOUNT PICTURES <br> COPRORATION, <br> and BLACK ENTERTAINMENT <br> TELEVISION LLC, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC., YOUTUBE, LLC, and <br> GOOGLE INC., <br><br> Defendants. | Case No. 1:07-CV-2103-LLS <br> (Related Case No. 1:07-cv-03582 (LLS)) <br><br> **MOTION TO ADMIT SARAH A. MAGUIRE PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael B. DeSanctis, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of :

Sarah A. Maguire
Jenner & Block, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639-6000
Facsimile (202) 639-6066

Ms. Maguire is a member in good standing of the Bar of the Commonwealth of Virginia and the State of Wisconsin. Certificate of Good Standing are enclosed herewith. Ms. Maguire has never been the subject of any disciplinary proceedings in any State or Federal court.

Dated: July 17, 2008
Washington, DC.

Respectfully submitted,

*[signature]*

Michael B. DeSanctis (No. MD-5737)

**JENNER & BLOCK LLP**
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639 6000
Facsimile (202) 639 6066

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>**AFFIDAVIT OF MICHAEL B. DeSANCTIS IN SUPPORT OF MOTION TO ADMIT SARAH A. MAGUIRE PRO HAC VICE** |

I, Michael B. DeSanctis, being duly sworn, hereby depose and say as follows:

1. I am a partner at Jenner & Block, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Sarah A. Maguire as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on May 24, 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Sarah A. Maguire since June 2004.

4. Ms. Maguire is an associate attorney at Jenner & Block, LLP.

5. I have found Ms. Maguire to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Sarah A. Maguire, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Sarah A. Maguire, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Sarah A. Maguire, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Respectfully submitted,

Michael B. DeSanctis (No. MD-5737)

**JENNER & BLOCK LLP**
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639 6000
Facsimile (202) 639 6066

Dated: July 17, 2008
Washington, DC

Subscribed and sworn to before me this 17th day of July, 2008.

Notary

My Commission expires: 10/31/2009



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

David R. Schanker
Clerk

## CERTIFICATE OF GOOD STANDING

*I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*SARAH ANN MAGUIRE*

*was admitted to practice as an attorney within this state on June 21, 2005 and is presently in good standing in this court.*

*Dated: July 16, 2008*

*DAVID R. SCHANKER*
*Clerk of Supreme Court*

# Supreme Court of Virginia

**AT RICHMOND**

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia,

do hereby certify that

SARAH ANN MAGUIRE

was admitted to practice as an attorney and counsellor at the bar of this Court on

February 29, 2008.

I further certify that so far as the records of this office are

concerned, SARAH ANN MAGUIRE is a member of the bar of this Court

in good standing.

Witness my hand and seal of said Court
This 17th day of July
A.D. 2008

By: _____
*Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC., <br><br> Defendants. | Case No. 1:07-CV-2103-LLS <br> (Related Case No. 1:07-CV-03582 (LLS)) <br><br> **CERTIFICATE OF SERVICE** |

The undersigned certifies that on this 18th day of July, 2008, the following documents were electronically served upon all counsel in this action and the Premier League Action (No. 07-CV-03582):

1. Motion to Admit Sarah A. Maguire *Pro Hac Vice*;

2. Affidavit of Michael B. DeSanctis in Support of Motion to Admit Sarah A. Maguire Pro Hac Vice; and

3. Proposed Order for Admission *Pro Hac Vice* on Written Motion.

Sheila A. Ronan

Subscribed and sworn to before me this 18th day of July 2008.

Notary:

My commission expires:

MERRILEE R. MYERS
Notary Public, State of New York
No. 01MY5013331
Qualified in Queens County
Commission Expires July 15, 20 11

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Michael B. DeSanctis, attorney for Plaintiffs Viacom International, Inc., et al., in the above-captioned action, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

Sarah A. Maguire
Jenner & Block, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639 6000
Facsimile (202) 639 6066
Email address smaguire@jenner.com

is admitted to practice *pro hac vice* as counsel for Viacom International, Inc., et al., in the above-captioned civil action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:

_____
United States District/Magistrate Judge