

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 8/12/08
```

|  |  |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC., <br><br> Defendants. | Case No. 1:07-CV-2103-LLS <br> (Related Case No. 1:07-cv-03582 (LLS)) <br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Viacom International, Inc. et al v. Youtube, Inc. et al                                                    Doc. 123

Upon the motion of Michael B. DeSanctis, attorney for Plaintiffs Viacom International, Inc., et al., in the above-captioned action, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

    Sarah A. Maguire
    Jenner & Block, LLP
    1099 New York Avenue, N.W.
    Suite 900
    Washington, DC 20001
    Telephone (202) 639 6000
    Facsimile (202) 639 6066
    Email address smaguire@jenner.com

is admitted to practice *pro hac vice* as counsel for Viacom International, Inc., et al., in the above-captioned civil action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: August 18, 2008

_____
Louis L. Stanton
United States District/Magistrate Judge