UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC., <br><br> Defendants. | Case No. 1:07-CV-2103-LLS <br> (Related Case No. 1:07-cv-03582 (LLS)) <br><br> **MOTION TO ADMIT MELISSA A. COX PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael B. DeSanctis, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of :

    Melissa A. Cox
    Jenner & Block, LLP
    1099 New York Avenue, N.W.
    Suite 900
    Washington, DC  20001
    Telephone (202) 639-6000
    Facsimile (202) 639-6066

Ms. Cox is a member in good standing of the Bar of the Commonwealth of Massachusetts. A Certificate of Good Standing is enclosed herewith. Ms. Cox has never been the subject of any disciplinary proceedings in any State or Federal courts.

Dated:       August 25, 2008
             Washington, DC

                                    Respectfully submitted,

                                    /s/ Michael B. DeSanctis
                                    _____
                                    Michael B. DeSanctis (No. MD-5737)

                                    **JENNER & BLOCK LLP**
                                    1099 New York Avenue, N.W.
                                    Suite 900
                                    Washington, DC  20001
                                    Telephone (202) 639 6000
                                    Facsimile (202) 639 6066

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>**AFFIDAVIT OF MICHAEL B. DESANCTIS IN SUPPORT OF MOTION TO ADMIT MELISSA A. COX PRO HAC VICE** |

I, Michael DeSanctis, being duly sworn, hereby depose and say as follows:

1. I am a partner at Jenner & Block, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Melissa A. Cox as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on February 2, 1998. I was admitted to the bar of the United States District Court for the Southern District of New York on May 24, 2006, and am I am in good standing with this Court.

3. I have known Melissa A. Cox since June 2006.

4. Ms. Cox is an associate attorney at Jenner & Block LLP.

5. I have found Ms. Cox to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Melissa A. Cox, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Melissa A. Cox, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Melissa A. Cox, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Respectfully submitted,

*/s/ Michael B. DeSanctis*

Michael B. DeSanctis (No. MD-5737)

**JENNER & BLOCK LLP**
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639 6000
Facsimile (202) 639 6066

Dated: August 25, 2008
Washington, DC

Subscribed and sworn to before me this 25th day of August 2008.

*/s/ Mary E. Hassine*
Notary

My Commission expires: 2-14-2010

Mary E. Hassine
Notary Public, District of Columbia
My Commission Expires 02-14-2010

2

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **second** day of **January** A.D. **2008**, said Court being the highest Court of Record in said Commonwealth:

**Melissa A. Cox**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twentieth** day of **August** in the year of our Lord **two thousand and eight**.

*[signature]*
MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-CV-03582 (LLS))<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on this 26th day of August, 2008, the following documents were electronically served upon all counsel in this action and the Premier League Action (No. 07-CV-03582):

1. Motion to Admit Melissa A. Cox *Pro Hac Vice*;

2. Affidavit of Michael B. DeSanctis in Support of Motion to Admit Melissa A. Cox Pro Hac Vice; and

3. Proposed Order for Admission *Pro Hac Vice* on Written Motion.

Sheila Ronan

Sworn to before me this 26th day of August, 2008.

Notary Public

STACY LeVINE
Notary Public, State of New York
No. 01LE6146913
Qualified in New York County
Commission Expires May 30, 2010

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Michael B. DeSanctis, attorney for Plaintiffs Viacom International, Inc., et al., in the above-captioned action, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

Melissa A. Cox
Jenner & Block, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639 6000
Facsimile (202) 639 6066
Email address melissacox@jenner.com

is admitted to practice *pro hac vice* as counsel for Viacom International, Inc., et al., in the above-captioned civil action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:

_____<br>United States District/Magistrate Judge