UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
VIACOM INTERNATIONAL INC., COMEDY
PARTNERS, COUNTRY MUSIC TELEVISION, INC.,
PARAMOUNT PICTURES CORPORATION, and BLACK
ENTERTAINMENT                  Plaintiff,
TELEVISION LLC,                                              07 CIVIL 2103    (    )

    -against-

YOUTUBE, INC., YOUTUBE, LLC and
GOOGLE INC.,
                      Defendant.
----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Sharmila Sohoni__

☒ *Attorney*

   ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __SS-6452__

   ☐ I am a Pro Hac Vice attorney

   ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

   From: __Jenner & Block LLP, 1099 New York Avenue NW, Suite #900 Washinton, DC 20001-4412__
   To: __Jenner & Block LLP, 919 Third Avenue, 37th Floor New York, NY 10022-3908__

   ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* __Jenner & Block LLP, 919 Third Avenue, 37th Floor New York, NY 10022-3908__

☒ *Telephone Number:* __212-891-1674__

☒ *Fax Number:* __212-909-0873__

☐ *E-Mail Address:* _____

Dated: __September 25, 2008__     __S. S[signature]__

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I, Sharmila Sohoni, hereby certify that on September 26, 2008 I served the foregoing **Notice of Change of Address** upon all counsel in this action via the Court's electronic case filing system.

Respectfully submitted,

**Viacom International Inc., Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, and Black Entertainment Television LLC**

*S. Sohoni*

*Attorney for Plaintiffs.*