

**ORIGINAL MEMORANDUM ENDO...**

# JENNER&BLOCK

October 7, 2008

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel 212-891-1600
www.jenner.com

Chicago
New York
Washington, DC

*VIA U.S. MAIL*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2008

Susan J. Kohlmann
Tel 212 891-1690
skohlmann@jenner.com

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2250
New York, NY 10007

**SO ENDORSED**

Re: *Viacom International Inc., et al. v. YouTube Inc. et al.*, No. 07-cv-2103

Dear Judge Stanton:

I write at the direction of the docketing department to correct two errors in the docket sheet for the above case.

First, Adam Francois Watkins should be removed as an attorney to be noticed on behalf of Plaintiffs. Mr. Watkins sponsored a *pro hac vice* admission and does not represent Plaintiffs.

Second, Sarah A. Maguire should be added as an attorney to be noticed on behalf of Plaintiffs. She was granted *pro hac vice* admission to represent Plaintiffs by Order dated August 12, 2008 [#123].

Thank you in advance.

So ordered.
Louis L Stanton
10/10/08

Viacom International, Inc. et al v. Youtube, Inc. et al    Doc. 129

Sincerely,

Susan J. Kohlmann

cc: YouTube Service List (via e-mail)