UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

VIACOM INTERNATIONAL INC.,
COMEDY PARTNERS,
COUNTRY MUSIC TELEVISION, INC.,
PARAMOUNT PICTURES
COPRORATION,
and BLACK ENTERTAINMENT
TELEVISION LLC,

      Plaintiffs,

 v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.,

      Defendants.
_____

Case No. 1:07-CV-2103-LLS
(Related Case No. 1:07-cv-03582 (LLS))

**MOTION FOR LEAVE TO
WITHDRAW DONALD B.
VERRILLI, JR., STEVEN B.
FABRIZIO, AND PETER H. HANNA
AS COUNSEL FOR VIACOM
INTERNATIONAL INC., ET AL.**

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the law firm Jenner & Block LLP files this Motion for Leave to Withdraw Donald B. Verrilli, Jr., Steven B. Fabrizio, and Peter H. Hanna as Counsel for Plaintiffs Viacom International Inc. et al. ("Viacom") in the above-captioned case. In support of this motion, Jenner & Block LLP states as follows:

  1. Mr. Donald B. Verrilli, Jr., entered an appearance on behalf of Viacom in the above-captioned action and is identified as counsel to be noticed. As of February 8, 2009, Mr. Verrilli left Jenner & Block LLP to enter government service.

  2. Mr. Steven B. Fabrizio entered an appearance on behalf of Viacom in the above-captioned action. Mr. Fabrizio is no longer serving as counsel to Viacom in this action.

3. Mr. Peter H. Hanna entered an appearance on behalf of Viacom in the above-capitoned action and is identified as counsel to be noticed. As of January 16, 2009, Mr. Hanna left Jenner & Block LLP to enter government service.

4. Viacom has been informed of and consents to the withdrawal of Mr. Verrilli, Mr. Fabrizio, and Mr. Hanna.

5. Viacom remains represented by the law firms of Jenner & Block LLP and Shearman & Sterling LLP.

6. Discovery in this action remains ongoing. No trial date has been set.

7. The withdrawals of Mr. Verrilli, Mr. Fabrizio, and Mr. Hanna would not affect the case schedule in any way.

8. For the foregoing reasons, Jenner & Block LLP respectfully requests that this Court grant leave for Donald B. Verrilli, Jr., Steven B. Fabrizio, and Peter H. Hanna to withdraw as counsel for Viacom.

Dated: February 12, 2009

Respectfully submitted,

William M. Hohengarten (No. WH-5233)
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel.: (202) 639-6048
Fax: (202) 661-4901

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-CV-03582 (LLS))<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on this 12th day of February, 2009, the foregoing Motion for Leave to Withdraw Donald B. Verrilli, Jr., Steven B. Fabrizio, and Peter H. Hanna as Counsel for Viacom International Inc., et al. and Proposed Order were electronically served upon all counsel in this action and the Premier League Action (No. 07-CV-03582).

Melissa A. Cox