


Memorandum Endorsement

<u>Viacom Int'l Inc. et al. v. Youtube Inc. et al.</u>, 07 Civ. 2103 (LLS)

    Ms. Lucas-Morrow's <u>pro se</u> motion to intervene in this action under Fed. R. Civ. P. 24 having been denied by this Court's Order dated June 4, 2007 (Docket No. 41), and her <u>pro se</u> motion for reconsideration of that decision having been denied by this Court's Order dated June 28, 2007 (Docket No. 44), and the Second Circuit having issued its Mandate on December 14, 2007 ruling that her <u>pro se</u> appeal from those Orders is dismissed "because it lacks an arguable basis in law or fact" (Docket No. 78);

    It is ORDERED that her instant <u>pro se</u> request by letter dated March 19, 2009 for another review of the Order denying her <u>pro se</u> motion to intervene in this action is denied.

    So ordered.

Dated: March 25, 2009
       New York, New York

                                       *Louis L. Stanton*
                                    Louis L. Stanton
                                         U.S.D.J.

Viacom International, Inc. et al v. Youtube, Inc. et al                     Doc. 135

- 1 -

*Copies Mailed to Ms. Lucas Morrow 3/25/09*