

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-20-09

|  |  |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC., <br><br> Defendants. | Case No. 1:07-CV-2103-LLS <br> (Related Case No. 1:07-cv-03582 (LLS)) <br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Viacom International, Inc. et al v. Youtube, Inc. et al    Doc. 138

Upon the motion of William M. Hohengarten, attorney for Plaintiffs Viacom International, Inc., et al., in the above-captioned action, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

> Eric R. Haren
> Jenner & Block, LLP
> 1099 New York Avenue, N.W.
> Suite 900
> Washington, DC 20001
> Telephone (202) 639 6000
> Facsimile (202) 639 6066
> Email address eharen@jenner.com

is admitted to practice *pro hac vice* as counsel for Viacom International, Inc., et al., in the above-captioned civil action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: April 20, 2009

_____
Louis L. Stanton
United States District/~~Magistrate Judge~~