UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>       Plaintiffs,<br><br>    v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>       Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>**MOTION FOR LEAVE TO WITHDRAW AMY L. TENNEY AS COUNSEL FOR VIACOM INTERNATIONAL INC., ET AL.** |

   PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the law firm Jenner & Block LLP files this Motion for Leave to Withdraw Amy L. Tenney as Counsel for Plaintiffs Viacom International Inc. et al. ("Viacom") in the above-captioned case.   In support of this motion, Jenner & Block LLP states as follows:

   1.  This Court granted Amy L. Tenney's *pro hac vice* admission in the above-captioned action on April 13, 2007.   Ms. Tenney is identified as counsel to be noticed.  As of June 12, 2009, Ms. Tenney will leave Jenner & Block LLP to begin a position at American University's Washington College of Law.

   2.  Viacom has been informed of and consents to the withdrawal of Ms. Tenney.

3. Viacom remains represented by the law firms of Jenner & Block LLP and Shearman & Sterling LLP. In addition to Ms. Tenney, 11 other attorneys from Jenner & Block LLP and three attorneys from Shearman & Sterling LLP have entered appearances on behalf of Viacom in the above-captioned case.

4. Discovery in this action remains ongoing. No trial date has been set.

5. The withdrawals of Ms. Tenney would not affect the case schedule in any way.

6. For the foregoing reasons, Jenner & Block LLP respectfully requests that this Court grant leave for Amy L. Tenney to withdraw as counsel for Viacom.


Dated:         June 12, 2009                    Respectfully submitted,


Susan J. Kohlmann (SK-1855)
JENNER & BLOCK LLP
919 Third Ave
37th Floor
New York, NY 10022-3908
(212) 891-1690 (t)
(212) 891-1699 (f)
skohlmann@jenner.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:07-CV-2103-LLS <br> (Related Case No. 1:07-CV-03582 (LLS)) <br><br> **CERTIFICATE OF SERVICE** |

The undersigned certifies that on this 12th day of June, 2009, the foregoing Motion for Leave to Withdraw Amy L. Tenney as Counsel for Viacom International Inc., et al. and Proposed Order were electronically served upon all counsel in this action and the Premier League Action (No. 07-CV-03582).

_____

Susan J. Kohlmann