

# MEMORANDUM ENDORSED
## SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179



kirsten.cunha@shearman.com
212-848-4320

August 6, 2009

AUG - 2009

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Viacom Int'l Inc. v. YouTube, Inc., No. 07-cv-2103 (LLS)

Dear Judge Stanton:

Viacom International, Inc. et al v. Youtube, Inc. et al — Doc. 144

We write concerning Defendants' Motion to Compel that was filed on July 27, 2009. The Viacom Plaintiffs and Defendants are in discussions concerning an agreement to produce the documents sought in Defendants' motion. The parties therefore have agreed to request an extension of the briefing schedule by one week to facilitate the parties' discussion. Under the proposed agreed schedule, Plaintiffs' answering brief would be due on August 14, 2009, and Defendants' reply would be due on August 24, 2009. The parties respectfully request that the Court grant the proposed extension of the briefing scheduling.

So Ordered.
Louis L. Stanton
8/6/09

Sincerely,

Kirsten Nelson Cunha /KNH/

cc: All counsel in the *Viacom* and *Premier* actions

ABU DHABI | BEIJING | BRUSSELS | DUSSELDORF | FRANKFURT | HONG KONG | LONDON | MENLO PARK | MUNICH
NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS