

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
VIACOM INTERNATIONAL INC., et al.,

                    Plaintiffs,       07 Civ. 2103 (LLS)

         v.                                ORDER

YOUTUBE INC., et al.,

                    Defendants.
------------------------------x
```

Upon the motion of Jenner & Block LLP, Amy L. Tenney is hereby granted leave to withdraw as counsel for plaintiffs in this action.

So ordered.

Dated: August 7, 2009
       New York, New York

                                    Louis L. Stanton
                                    —————————————————
                                    Louis L. Stanton
                                        U.S.D.J.

Viacom International, Inc. et al v. Youtube, Inc. et al                    Doc. 146

- 1 -