ORIGINAL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/09

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL, INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>[PROPOSED] ORDER GRANTING MOTION OF JENNER & BLOCK LLP FOR LEAVE TO WITHDRAW DONALD B. VERRILLI, JR., STEVEN B. FABRIZIO, AND PETER H. HANNA AS COUNSEL |

Viacom International, Inc. et al v. Youtube, Inc. et al                                    Doc. 147

Upon the motion of Jenner & Block LLP, *and there being no opposition* IT IS HEREBY ORDERED that Donald B. Verrilli, Jr., Steven B. Fabrizio, and Peter H. Hanna are granted leave to withdraw as counsel for the plaintiffs in the above-captioned action.

CLS

Dated:

*Louis L. Stanton*

United States District ~~Magistrate~~ Judge

8/07/09