☐ ORIGINAL  MEMORANDUM ENDORSED

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

kirsten.cunha@shearman.com
212-848-4320

August 14, 2009

8/18/09

AUG 2009

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Viacom Int'l Inc. v. YouTube, Inc., No. 07-cv-2103 (LLS)

Dear Judge Stanton:

We write concerning Defendants' Motion to Compel that was filed on July 27, 2009. As conveyed to the Court previously in correspondence dated August 6, 2009, the Viacom Plaintiffs and Defendants are in discussions concerning an agreement to produce the documents sought in Defendants' motion. Although these discussions remain on-going, the parties anticipate submitting a proposed stipulation and order early next week that will resolve Defendants' Motion. The parties therefore have agreed to request a further extension of the briefing schedule to permit the parties' to finalize their agreement. Under the proposed revised schedule, Plaintiffs' answering brief would be due on August 18, 2009, and Defendants' reply would be due on August 26, 2009. The parties respectfully request that the Court grant the proposed extension of the briefing scheduling.

So Ordered-
Louis L. Stanton
8/17/09

Sincerely,

Kirsten Nelson Cunha

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MENLO PARK | MUNICH
NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

Viacom International, Inc. et al v. Youtube, Inc. et al                                    Doc. 149

cc: All counsel in the *Viacom* and *Premier* actions