UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>**MOTION FOR LEAVE TO WITHDRAW MELISSA A. COX FOR VIACOM INTERNATIONAL INC., ET AL.** |

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the law firm Jenner & Block LLP files this Motion for Leave to Withdraw Melissa A. Cox as Counsel for Plaintiffs Viacom International Inc. et al. ("Viacom") in the above-captioned case. In support of this motion, Jenner & Block LLP states as follows:

1. This Court granted Melissa A. Cox's *pro hac vice* admission on behalf of Viacom in the above-captioned action on September 18, 2008. Ms. Cox is identified as counsel to be noticed. As of September 11, 2009, Ms. Cox will leave Jenner & Block LLP to enter government service.

2. Viacom has been informed of and consents to the withdrawal of Ms. Cox.

3.  Viacom remains represented by the law firms of Jenner & Block LLP and Shearman & Sterling LLP. In addition to Ms. Cox, 10 attorneys from Jenner & Block and 3 attorneys from Shearman & Sterling LLP remain counsel to Viacom in the above-captioned case.

4.  Discovery in this action remains ongoing. No trial date has been set.

5.  The withdrawal of Melissa A. Cox would not affect the case schedule in any way.

6.  For the foregoing reasons, Jenner & Block LLP respectfully requests that this Court grant leave for Melissa A. Cox to withdraw as counsel for Viacom.

Dated:   September 11, 2009

Respectfully submitted,

Susan J. Kohlman (SK-1855)
Jenner & Block LLP
919 Third Ave.
37th Floor
New York, NY 10022-3908
(212) 891-1690 (t)
(212) 891-1699 (f)
skohlmann@jenner.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-CV-03582 (LLS))<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on this 11th day of September, 2009, the foregoing Motion for Leave to Melissa A. Cox as Counsel for Viacom International Inc., et al. and Proposed Order were electronically served upon all counsel in this action and the Premier League Action (No. 07-CV-03582).

_____
Susan J. Kohlmann