◯ ORIGINAL

STANTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

10-5-09

VIACOM INTERNATIONAL INC.,
COMEDY PARTNERS,
COUNTRY MUSIC TELEVISION, INC.,
PARAMOUNT PICTURES CORPORATION, and
BLACK ENTERTAINMENT TELEVISION LLC,

        Plaintiffs,

v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.

        Defendants.

ECF Case

Case No. 1:07-cv-02103 (LLS)
(Related Case No. 1:07-cv-03582)

[PROPOSED] ORDER
REGARDING THE
PRODUCTION OF MSO
AGREEMENTS AND
RELATED DOCUMENTS

    WHEREAS Plaintiffs Viacom International, Inc., Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation and Black Entertainment Television LLC (collectively, the "Viacom Plaintiffs") do not oppose entry of an Order seeking the relief sought herein;

    WHEREAS Defendants have issued valid document requests seeking production of the Viacom Plaintiffs' agreements with multiple system cable operators or satellite television providers ("MSO Agreements") and related documents (collectively, "MSO Agreement Materials");

    WHEREAS the Viacom Plaintiffs and Defendants entered into a stipulation on June 17, 2009 in which the Viacom Plaintiffs agreed to produce "all documents directly bearing on the terms of any license for the works in suit, including but not limited to license agreements . . . ";

    WHEREAS the Viacom Plaintiffs and Defendants entered into a stipulation on July 7, 2009 establishing heightened restrictions over access to the MSO Agreement Materials (the "July 7, 2009 Stipulation");

    WHEREAS the Viacom Plaintiffs have withheld certain of the MSO Agreement Materials pursuant to confidentiality provisions contained therein;

    WHEREAS, on August 21, 2009, Defendants sought a pre-motion conference with the Court in order to compel production of the MSO Agreement Materials;

IT IS HEREBY ORDERED that, consistent with Paragraph 1 of the July 7, 2009 Stipulation, the Viacom Plaintiffs will produce all MSO Agreement Materials in their possession, custody or control, related to the following multiple system cable operators and satellite television providers by no later than October 15, 2009: Time Warner Cable, Inc. and Verizon Communications Inc.

Dated: October 5, 2009

SO ORDERED:

_Louis L. Stanton_

Hon. Louis L. Stanton
United States District Judge