

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

VIACOM INTERNATIONAL, INC., COMEDY
PARTNERS, COUNTRY MUSIC TELEVISION,
INC., PARAMOUNT PICTURES CORP., and
BLACK ENTERTAINMENT TELEVISION, LLC,

    Plaintiffs,           07 Civ. 2103 (LLS)

       v.                 ORDER

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE, INC.,

    Defendants.

----------------------------------------x

On the parties' letters to the Court dated November 20 and December 1, 2009 from defendants and November 25, 2009 from plaintiffs, and after due consideration, it is ORDERED that:

Plaintiffs may withdraw "accused clips" by notice of their dismissal with prejudice under Fed. R. Civ. P. 41(a)(2), which I will "So Order." Partial judgment in defendants' favor on those claims will not be entered, lest it give an appearance of having an effect beyond that accorded by Rule 54(b).

Dated:  December 18, 2009
       New York, New York

                                               *Louis L. Stanton*
                                                Louis L. Stanton
                                                    U.S.D.J.

Viacom International, Inc. et al v. Youtube, Inc. et al    Doc. 162