

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069
WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/10

sbaskin@shearman.com
(212) 848-4974

To The Clerk of The Court:
Please docket and place
this document in the public file,

LLS 12/30/09
Louis L. Stanton
U.S.D.J.

December 30, 2009

By Hand

The Honorable Louis L. Stanton
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 2250
New York, New York 10007

Re: *Viacom Int'l Inc., et al. v. YouTube, Inc., et al.*, Case No. 07 Civ. 2103 (LLS)

Dear Judge Stanton:

Enclosed is a redacted version of Plaintiffs' December 21, 2009 letter requesting a premotion conference in advance of filing or alternatively seek permission to file a motion for summary judgment on Defendants' liability for copyright infringement and applicability of the Digital Millennium Copyright Act (DMCA).

Respectfully submitted,

Stuart J. Baskin

cc: All counsel in the *Viacom* action and in the *Premier League* Action

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MANNHEIM | MENLO PARK | MUNICH
NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS