UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>**MOTION TO ADMIT MATTHEW S. HELLMAN PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William M. Hohengarten, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of :

Matthew S. Hellman
Jenner & Block, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639-6000
Facsimile (202) 639-6066

Mr. Hellman is a member in good standing of the Bar of the District of Columbia. A Certificate of Good Standing is enclosed herewith. Mr. Hellman has never been the subject of any disciplinary proceedings in any State or Federal court.

Dated:      February 26, 2010
            Washington, DC.

                                       Respectfully submitted,

                                       William M. Hohengarten (No. WH-5233)
**JENNER & BLOCK LLP**
1099 New York Avenue, N.W.
Suite 900
Washington, DC  20001
Telephone (202) 639 6000
Facsimile (202) 639 6066

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>**AFFIDAVIT OF WILLIAM M. HOHENGARTEN IN SUPPORT OF MOTION TO ADMIT MATTHEW S. HELLMAN PRO HAC VICE** |

I, William M. Hohengarten, being duly sworn, hereby depose and say as follows:

1. I am a partner at Jenner & Block, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Matthew S. Hellman as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on October 24, 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Matthew S. Hellman since June 2001.

4. Mr. Hellman is a partner at Jenner & Block, LLP.

5. I have found Mr. Hellman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Matthew S. Hellman, *pro hac vice.*

7. I respectfully submit a proposed order granting the admission of Matthew S. Hellman, *pro hac vice,* which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Matthew S. Hellman, *pro hac vice,* to represent Plaintiffs in the above-captioned matter, be granted.

Respectfully submitted,

William M. Hohengarten (No. WH-5233)

**JENNER & BLOCK LLP**
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639 6000
Facsimile (202) 639 6066

Dated: February 26, 2010
Washington, DC

Subscribed and sworn to before me this ____ day of February ____ 2010.

_____
Notary

My Commission expires: 10/31/2014

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC, <br><br>Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC., <br><br> Defendants. | Case No. 1:07-CV-2103-LLS <br> (Related Case No. 1:07-cv-03582 (LLS)) <br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of William M. Hohengarten, attorney for Plaintiffs Viacom International, Inc., *et al.*, in the above-captioned action, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

Matthew S. Hellman
Jenner & Block, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639 6000
Facsimile (202) 639 6066
Email address mhellman@jenner.com

is admitted to practice *pro hac vice* as counsel for Viacom International, Inc., et al., in the above-captioned civil action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:

_____
United States District/Magistrate Judge



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MATTHEW S. HELLMAN

was on the 14TH day of NOVEMBER, 2003 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 26, 2010.

GARLAND PINKSTON, JR., CLERK

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC, <br><br>Plaintiffs, <br><br>v. <br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC., <br><br>Defendants. | Case No. 1:07-CV-2103-LLS <br>(Related Case No. 1:07-CV-03582 (LLS)) <br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on this 1st day of March, 2010, the following documents were served via Overnight Mail upon all counsel in this action and the Premier League Action (No. 07-CV-03582):

1. Motion to Admit Matthew S. Hellman *Pro Hac Vice*;

2. Affidavit of William M. Hohengarten in Support of Motion to Admit Matthew S. Hellman Pro Hac Vice; and

3. Proposed Order for Admission *Pro Hac Vice* on Written Motion.

4. Certificate of Service

Na'eem A. Conway