## AFFIRMATION OF SERVICE

I, Sarah A. Maguire, hereby certify that on March 5, 2010, I served the following materials upon all counsel in this case:

*Via the Court's Electronic Case Filing System:*
- Viacom's Notice of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense;

*Via electronic mail, as agreed by all counsel:*
- Viacom's Memorandum of Law in Support of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense;
- Viacom's Rule 56.1 Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense
- Declaration of William M. Hohengarten in Support of Viacom's Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense
- Declaration of Warren Solow in Support of Viacom's Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense

*Via overnight mail, as agreed by all counsel:*
- Exhibits to the Declaration of William M. Hohengarten in Support of Viacom's Motion for Partial Summary Judgment on Liability and Inapplicability of the Digital Millennium Copyright Act Safe Harbor Defense

Respectfully submitted,

*Plaintiffs Viacom International Inc., Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, and Black Entertainment Television LLC*

Sarah A. Maguire
Counsel for Plaintiffs

Dockets.Justia.com