

ORIGINAL

**Memorandum Endorsement**
<u>Viacom International Inc. et al. v. YouTube, Inc. et al.</u>,
07 civ. 2103 (LLS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-5-10

The issues raised in the parties' letters to the Court dated March 1, 2010 from plaintiff and March 3, 2010 from both sides, which were discussed by the Court in a telephone conference with counsel for the parties on March 4, 2010, are disposed of as follows.

The parties shall in good faith comply with the following program, subject to such exceptions and alterations as experience may show to be necessary:

1. The parties' briefs and evidentiary materials related to the parties' summary judgment motions shall be filed under seal;

2. Within 10 days of filing, each party shall identify to its adversary the portions of the filings which it claims should be kept redacted. Objections to the unsealing of portions not thus identified are waived, and they shall promptly be unsealed;

3. Within the following week, the parties shall meet and confer with respect to contested items;

4. Within the week following those meetings, the parties shall submit unresolved matters to the Court;

5. The Court will either rule on the contested items, or set a date when the parties can be heard on specific items; and

6. With respect to each item which the parties agree should be redacted, they (jointly or singly) shall within the next following 10 days submit proposed findings of fact, narrowly tailored to the item, justifying its redaction.

So ordered.

Dated: March 5, 2010
       New York, New York

                                    _Louis L. Stanton_
                                    Louis L. Stanton
                                    U.S.D.J.