
ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/17/10

VIACOM INTERNATIONAL INC.,
COMEDY PARTNERS,
COUNTRY MUSIC TELEVISION, INC.,
PARAMOUNT PICTURES
COPRORATION,
and BLACK ENTERTAINMENT
TELEVISION LLC,

Plaintiffs,

v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.,

Defendants.

Case No. 1:07-CV-2103-LLS
(Related Case No. ~~1:07-cv-03582~~ (LLS))

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of William M. Hohengarten, attorney for Plaintiffs Viacom International, Inc., *et al.*, in the above-captioned action, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

Matthew S. Hellman
Jenner & Block, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639 6000
Facsimile (202) 639 6066
Email address mhellman@jenner.com

is admitted to practice *pro hac vice* as counsel for Viacom International, Inc., ~~et al.~~, in the above-captioned civil action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: **March 16, 2010**

                                                Louis L. Stanton

                                      United States District/~~Magistrate Judge~~