**ORIGINAL**

ELECTRONICALLY FILED

DATE FILED: 3-18-10

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INT'L INC., ET AL., <br><br> Plaintiffs, <br> v. <br><br> YOUTUBE, INC., ET AL., <br><br> Defendants. | ECF Case <br><br> Civil No. 07-CV-2103 (LLS) |
| THE FOOTBALL ASS'N PREMIER LEAGUE LTD., ET AL., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> YOUTUBE, INC., ET AL., <br><br> Defendants. | ECF Case <br><br> Civil No. 07-CV-3582 (LLS) |

### STIPULATION AND ORDER

WHEREAS on March 5, 2010, this Court issued a Memorandum Endorsement in the action *Viacom International, Inc., et al. v. YouTube, Inc., et al.*, Civil No. 07-CV-2103 (LLS) directing the parties to comply with the protocol set forth therein with respect to the filing of materials relating to the parties' summary judgment motions under seal;

WHEREAS the parties in the related action *The Football Association Premier League Limited, et al. v. YouTube, Inc. et al.*, Civil No. 07-CV-3582 have agreed to proceed in accordance with the Memorandum Endorsement and any related agreements reached by the parties in the *Viacom* action;

WHEREAS, pursuant to the Memorandum Endorsement, the parties and relevant third parties have objected to those portions of the filings they contend should remain under seal;

WHEREAS, pursuant to the Memorandum Endorsement, those portions not identified by parties as those which should remain under seal shall promptly be unsealed;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, for the parties hereto, that the unsealing of the materials relating to the parties' summary judgment motions in the above referenced actions shall be implemented as follows:

1. To the extent practicable and with the express exception of exhibits in a format that cannot be filed via ECF and overly voluminous exhibits (*e.g.*, large Excel spreadsheets), the parties intend to file all materials related to the parties' summary judgment motions via simultaneous ECF submissions on Thursday, March 18, 2010 at 1pm EDT with those portions of the materials the parties contend should remain under seal redacted;

2. To the extent any ECF "filing event" that occurs pursuant to Paragraph 1 would exceed 15MB, the parties will, unless they are unable to, break it into subparts with subsequent parts clearly identified. Those materials shall remain on the ECF system to allow continued public access.

3. So as to further facilitate public access to the parties' summary judgment submissions, the parties shall also file a complete set of all materials related to the parties' summary judgment motions, with those portions of the materials the parties contend should remain under seal redacted, manually with the Clerk of the Court in hard copy to the extent possible and CD/DVD as necessary, promptly after this Stipulation and Order is so-ordered by the Court, but in no event earlier than the filing in Paragraph 1;

4. The original materials filed under seal in connection with the parties' summary judgment motions shall remain under seal unless the Clerk of the Court is otherwise directed by the Court;

AGREED and STIPULATED

March 17, 2010

*Attorney for Viacom International Inc., Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, and Black Entertainment Television, LLC*

By: _____

2

AGREED and STIPULATED

*Attorneys for Lead Plaintiffs The Football Association Premier League Limited and Bourne Co., Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., and Fédération Française de Tennis*

March 17, 2010      By: _/s/_

AGREED and STIPULATED

*Attorney for YouTube, Inc., YouTube, LLC and Google Inc.*

March 17, 2010      By: _/s/ Michael Rubin_

SO ORDERED:

_/s/ Louis L. Stanton_
Hon. Louis L. Stanton
United States District Judge

3/18/10

3