| | NAMED PLAINTIFF | ASSET | YOUTUBE URL | YOUTUBE VIDEOID |
|---|---|---|---|---|
| 405 | COMEDY PARTNERS | The Daily Show with Jon Stewart(6010) | http://www.youtube.com/watch?v=pCbrYIELyUM | pCbrYIELyUM |
| 406 | COMEDY PARTNERS | The Daily Show with Jon Stewart(7131) | http://www.youtube.com/watch?v=KM5WX4TRf5E | KM5WX4TRf5E |
| 407 | COMEDY PARTNERS | The Daily Show with Jon Stewart(7131) | http://www.youtube.com/watch?v=orIOvjjbh1s | orIOvjjbh1s |
| 408 | COMEDY PARTNERS | The Daily Show with Jon Stewart(10035) | http://www.youtube.com/watch?v=qwfHso_0Auc | qwfHso_0Auc |