To: "David Eun" <deun@google.com>
From: "Chris Maxcy" <maxcy@google.com>
Cc:
Bcc:
Received Date: 2007-08-03 00:31:57 CST
Subject: Re: Content Management Timetable

Hi Dave,

I've attached the slide we used for JASRAC (dated 7.30) and the original slide we discussed before the meeting (dated 7.29). Please let me know if you have any questions.

Thanks,

Chris

On 8/2/07, David Eun <deun@google.com> wrote:
>
> Chris, please send me the slide you used at the JASRAC meeting as well as
> the previous version if you still have it that specific the Content
> Management milestones.
>
> I want to modify and send to Kent for Eric.
>
> Thanks!
>
> --
> David Eun
> NY: 212-565-8070
> CA: 650-253-1993
>
> =============================
> "CONFIDENTIALITY. This communication is intended only for the use of
> the intended recipient(s) and may contain information that is
> privileged and confidential. If you are not the intended recipient,
> please note that any dissemination of this communication is
> prohibited. If you have received this communication in error, please
> erase all copies of the message, including all attachments, and please
> also notify the sender immediately. Thank you for your cooperation."


Chris Maxcy
YouTube.com
chris@youtube.com

Attachments:

YT Timeline 7.29.07.ppt
YT Timeline 7.30.07.ppt

DATE: 7.28.09   EXHIBIT# 18
DEPONENT: MAXCY, CHRIS
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
    A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential

EXHIBIT NO. 12
KMS
1-13-10

G00001-00011355

# Copyright Protection Timeline




| Q4 '05 | Q1 '06 | Q2 '06 | Q3 '06 | Q1 '07 | Q2 '07 | Q3 '07 | Q4 '07 |

**Official YouTube Launch**

- MD5 Hash
- 10 Minute Limit
- Automated Takedown Tool
- Enhanced User Education

**3 Strikes Account Termination Policy**

– Partner with:
- Warner Music
- Universal Music
- SonyBMG
– Google Buys YouTube
– Google Begins Developing Automated A/V Technology

**Localize Copyright UI**

**Beta Test Audio Detection Technology**

**Beta Test Video Detection Technology**

– Launch Advanced Text Search Tool
– Launch Audio Detection Technology
– Launch Video Detection Technology

CONFIDENTIAL

Highly Confidential

G00001-00011356

# Copyright Protection Timeline





| Q2 '05 | Q4 '05 | Q1 '06 | Q2 '06 | Q3 '06 | Q2 '07 | Q3 '07 | Q4 '07 | Q1 '08 |

- YouTube Public Beta
- Official YouTube Launch
- –MD5 Hash
- –10 Minute Limit
- –Content Verification Program
- –Enhanced Copyright Notices
- –3 Strikes Policy
- Partner with:
  - –Warner Music
  - –Universal Music
  - –SonyBMG
- Beta Test Audio Fingerprinting
  - –Selected Music Labels & Publishers
- Beta Test Video Fingerprinting
- –Beta Test CID Tool
- –Launch Audio Fingerprinting
- Launch Video Fingerprinting
- Launch CID Tool



CONFIDENTIAL

Highly confidential

G00001-00011357