| | |
|---|---|
| To | "Chad Hurley" ▮▮▮ "Steve Chen" ▮▮▮ |
| From | "Jawed Karim" ▮▮▮ |
| Cc | |
| Bcc | |
| Received Date | 2005-02-11 09 19 20 GMT |
| Subject | aiming high |

The following vary vastly in terms of financial success, but I want an innovation that, at least in the number of users and popularity, would firmly place us among a list like this

ebay
paypal
bittorrent
napster
friendster
etrade
yahoo
google
winamp
kazaa
winzip
icq
jasc paintshop pro
match com
wikipedia

I'm excluding livejournal, because despite its financial success and popularity, I think livejournal is ultimately an intellectually unsatisfying and pathetic project

Jawed

---

Jawed Karim                 http //jawed com/

```
<?xml version="1 0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1 0//EN" "http //www apple com/DTDs/PropertyList-1 0 dtd">
<plist version="1 0">
<dict>
        <key>flags</key>
        <integer>8590195841</integer>
        <key>original-mailbox</key>
        <string>imap //m3092049@mail chadhurley com/INBOX/old-messages</string>
        <key>remote-id</key>
        <string>1466</string>
</dict>
</plist>
```

Highly Confidential

GOO001-02757578