To: "YouTube Group" ███
From: "Chad Hurley" <chad@youtube.com>
Cc:
Bcc:
Received Date: 2005-08-01 18:20:10 CST
Subject: koolkeith500

---

This user is starting to upload tons of "Family Guy" copyrighted clips... I think it's time to start rejecting some of them. Any objections?

-Chad

DATE: 4-22-09  EXHIBIT# 8
DEPONENT: HURLEY, C.
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No 9830

Highly Confidential

G00001-00660588