| | |
|---|---|
| To | ▮▮▮▮ |
| From | "Jawed" ▮▮▮▮ |
| Cc | |
| Bcc | |
| Received Date | 2005-08-05 22 43 10 GMT |
| Subject | next week (IMPORTANT!!!!!!!!!!!!!!!!!!!!!) |

Meeting Sequoia Thursday 3PM

Summary for next week

Tuesday Keith
Wed Rajeev
Thu Sequoia

Jawed


---------- Forwarded message ----------
Date Fri, 5 Aug 2005 14 41 30 -0700
From Roelof Botha <Botha@sequoiacap com>
To Jawed ▮▮▮▮
Cc Dina Gil <dina@sequoiacap com>
Subject RE YouTube Message ramping up

Hi Jawed,

Thanks! I've copied Dina, who can help coordinate the meeting with me and Sameer Gandhi

I think 3pm next Thursday would work for both Sameer and me

Best,
Roelof

Highly Confidential
G00001-01907664