| | |
|---|---|
| To | "Steve Chen" ███████████ |
| From | "Jawed" ███████████████ |
| Cc | "YouTube Group" ████████████ |
| Bcc | |
| Received Date | 2005-09-01 19 56 54 GMT |
| Subject | Re Fwd YouTube Message hey dude |

---

well, we SHOULD take down any

1) movies
2) TV shows

we should KEEP

1) news clips
2) comedy clips (Conan, Leno, etc)
3) music videos

In the future, we'd also reject these last three, but not yet

So yes, we should take down the other family guy clips

Jawed

_____

http //www jawed com/


On Thu, 1 Sep 2005, Steve Chen wrote

> what do we do here?
>
> -s
>
> Begin forwarded message
>
> > From  YouTube Service <service@youtube com>
> > Date  September 1, 2005 10 27 17 AM PDT
> > To ████████████
> > Subject  YouTube Message  hey dude
> >
> >
> >
> > YouTube Message  hey dude
> >
> >
> > koolkeith500 has sent you this message at YouTube
> >
> > so I take it that you guys are going to have that UCbearcats guy
> > take down all of those family guy videos he uploaded?
> >
> >
> > if not, i might as well upload mine back on here  O)
> >
> > steve wrote
> >

Highly Confidential

GOO001-01424049

> > > hey dude. do you mind taking down the family guy videos? i'm
> > afraid we're going to get in trouble because it's copyrighted
> > content...
> >
> >
> >
> > To respond, click here.
> > Thank you for using YouTube,
> > YouTube Team.
> >
> > Copyright © 2005 YouTube, LLC™
> >
>
>

---

**Highly Confidential**

GOO001-01424050