# YouTube SQUAD

Heather Gillette

November 14th, 2006

YouTube

Highly Confidential

GOO001-05951723

# YouTube SQUAD

- What We Do
- Vital Stats
- How We Do It
- Looking Forward

Highly Confidential

GOO001-05951724

# What We Do 

- **Terms of Use Enforcement**
  - Content Administration
    - 24/7 review of videos, users and groups flagged as 'inappropriate'
    - Screening 'Browse Videos' pages
    - Comment screening for PVA's and featured videos
    - Review of 'Related' videos listed on featured videos' watch pages
    - Screening of private videos
  - User Privacy and Safety
    - Maintaining community standards
    - Protecting against predatory behavior

Highly Confidential
GOO001-05951725

# What We Do



- Legal Support
  - Compliance Administration
  - Intellectual Property (e.g. copyright, trademark, trade secret)
    – Content Verification Program and Claim Your Content
    – Processing Takedowns and Counter Notices
    – User education and support
  - Evidence Production
    – Responding to civil and criminal subpoenas, search warrants, national security letters and other lawful orders to produce information
    – Performing information retention and preservation as needed
  - Protecting Other Rights
    – Right to publicity and right to privacy
    – Defamation and libel
  - Law Enforcement
    – Working closely with the FBI and other law enforcement agencies to address instances of child exploitation, abuse, terroristic threats
  - Ensuring operational regulatory compliance
    – Electronic Communications Privacy Act (ECPA)
    – Child Online Privacy Protection Act (COPPA)
    – Preserving DMCA Safe Harbor

Highly Confidential

GOO001-05951726

# SQUAD – What We Do



- **With Whom We Interface/Other Depts**

  - Marketing & PR, Business Development, Sales
    - We provide Site Intelligence and Operational Support
      - Fact finding in relation to press inquiries
      - Supporting sales operations
      - Support ad campaigns with special filtering needs
      - Etc.
  - Legal
    - Gather and deliver evidence in response to subpoenas

Highly Confidential

GOO001-05951727

# SQUAD – How We Do

## -- Performance Stats --

- **Content Admin**
  95% of flagged videos reviewed in less than 5 minutes

- **Customer Support**
  ~1000 emails/day

- **Copyright**
  50 minutes average time to remove infringing content when notified during business hours

Highly Confidential
GOO001-05951728

# SQUAD – How We Do It



- ## Staff – Who We Are
  ### 19 people
  1 Heather
  2 Policy and Special Operations
  2 Copyright Administrators
  4 Customer Support Team
  10 Content Team

- ## Staff – Allocation of Tasks
  ### Specialization for efficiency
  Multiple SQUAD members trained in almost all tasks to allow for effective load balancing

Highly Confidential
GOO001-05951729

# SQUAD – How We Do It

- **Staff – Coverage**
  - Content Administration
    - 24/7 Near-Real Time Coverage
    - Multiple Content Admins live at all times
  - Copyright
    - Has been "during business hours only"
    - With recent team growth, will be moving to 24/7
  - Customer Support
    - With recent team growth, aiming for 24 hour response time to all emails

Highly Confidential
GOO001-05951730

# SQUAD – How We Do It



- ## The Policies - Development
  SQUAD develops comprehensive content policies and Terms of Use enforcement and legal compliance protocols.

  - Draft Policy Documents and Procedures Documents are developed by SQUAD
  - Finalized and formalized in conjunction with Legal
  - Responsive incorporation of advertisers' concerns
  - All policies undergo iterative review throughout their lifetime as they are practiced

Highly Confidential
GOO001-05951731

# SQUAD – How We Do It

- **The Policies – Promulgation**
  - Policies Documents
    - Public
      - Terms of Use -
        - Formal, legal document
      - Community Guidelines -
        - Less formal, more comprehensible compared to Terms of Use
        - These are the most useful thing to point people to
      - Web FAQs and Guides
        - Copyright Tips -
        - Safety Tips -
        - Etc.

YouTube

Highly Confidential
GOO001-05951732

# SQUAD – How We Do It

- The Policies – Promulgation (con't)
  - Policies Documents (con't)
    - Internal
      - SQUAD Content Policy Enforcement Guide
      - Customer Support form letters Knowledge Bank
      - DMCA Process documents
      - Legal-approved copyright form letters
  - Procedures Documents
    - These are all internal documents.



Highly Confidential
GOO001-05951733

# SQUAD – How We Do It

- The Policies – Implementation
  - Procedures Documents
  - Training
  - Iterative content review
  - \>> Integrated constant peer review
  - Escalations
- Hierarchy of issue competence and authority
- Needed policy revisions are identified quickly



Highly Confidential
GOO001-05951734

# SQUAD – How We Do It

- **The Policies – What they are**
  - Broad brush content rules
    - Flag children
    - Pornography
    - Violence
    - Illegal Acts
    - Political OK. No biases, no favorites, take no positions.
  - Restricted/Racy Content
  - Copyright – DMCA Safeharbor
  - Law Enforcement
  - Miscellaneous other
    - Trademark, trade secret, privacy, etc.



Highly Confidential

# SQUAD – How We Do It

- **The Tools**
  — Content Administrator Tools
    - Video and other Site Content Management
    - User and Groups Accounts Management
  — Customer Support Email System
    - Integrated template responses and bulk mail
  — Copyright Shared Access Email System
    - For procedure and incident tracking

Highly Confidential

GOO001-05951736

# SQUAD – Looking Forward

- Where is SQUAD headed?

  - We are moving towards furthering our relationships with law enforcement and other public and private safety organizations to improve community safety and further reduce abuse on YouTube.

  - We are working to improve communication with users to increase transparency and sense of fairness, to further encourage everyone to be productive members of the community.



Highly Confidential
GOO001-05951737