To: "Cuong Do" <cdo@youtube.com>
From: [redacted]
Cc: "YouTube Ops" [redacted]
Bcc:
Received Date: 2006-03-29 23:07:14 GMT
Subject: Re: getting beaten down on digg

---

I think everyone in Ops agrees on this, but we lost heh.

--
bradley

On Mar 29, 2006, at 12:33 PM, Cuong Do wrote:

> I'm not a fan of this policy either. "Review before making public"
> for >10 minute videos seems to be the right thing to do, especially
> considering the army of content reviewers we seem to have now.
>
> Cuong
>
> On Mar 29, 2006, at 12:26 PM, Colin Corbett wrote:
>
>> http://www.digg.com/technology/
>> YouTube.com_Downgrades_Feature_to_Prevent_Copyright_Violations
>>
>> 10 minutes is not going down too well.
>> --C
>>
>

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN" "http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
	<key>date-sent</key>
	<real>1143670028</real>
	<key>flags</key>
	<integer>570686593</integer>
	<key>original-mailbox</key>
	<string>pop://mike@dev.youtube.com/</string>
	<key>remote-id</key>
	<string>435e99690002003d</string>
	<key>sender</key>
	<string>Bradley Heilbrun &lt;brad@youtube.com&gt;</string>
	<key>subject</key>
	<string>Re: getting beaten down on digg</string>
	<key>to</key>
	<string>Cuong Do &lt;cdo@youtube.com&gt;</string>
</dict>
</plist>
```

---

DATE: 2/13/09 EXHIBIT# 2
DEPONENT: Do
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582

A. Ignacio Howard, CSR, RPR, CCRR, CLR, No. 9830