

# Introduction to Content SQUAD

Google Sales Conference 2007

Highly Confidential


Schaffer
EXHIBIT NO. 12
DATE 7-23-08
Y.FENNELLY CSR5495

G00001-00561567



## Key Points

- Content SQUAD Overview
  - Team Tree
  - Vital Stats
- Copyright – In Depth
- Live Site
  - Policies
  - Enforcement
  - Product Features
  - Education and Innovation

Highly Confidential

GOO001-00561568



Highly Confidential

GOO001-00561569


Highly Confidential
GOO001-00561570



# Vital Stats

**800** – # of Help Center emails received a day

**18** – hours a week, email TAT

**14,000** – emails received a week (this # includes spam, Copyright, Help Center, and Policy emails)

**230** – # of Policy emails received a day

**900** – # of DMCAs received a day

**3,700** – # of videos removed for alleged Copyright violations a day

**1,500** – # of videos taken down a day for general TOU violations

**13,000** – # of Flagged Videos reviewed a day

**5,000** – # of proactive reviews (such as Browse) a day

**3 1/2** – minutes, how fast we get to a Flagged Video

**50** – minutes, how fast we take down Copyright videos

Highly Confidential
GOO001-00561571

# Copyright – In Depth

Highly Confidential

GOO001-00561572



## Process

### DMCA

YouTube respects the rights of copyright holders and publishers. We comply with the Digital Millennium Copyright Act (DMCA) and promptly remove content when properly notified.

### How to file a DMCA

### Copyright Verification Program

Partners can become "copyright cops" which allows them to mass flag videos

### You can reach the Copyright team by emailing

Highly Confidential

Live Site

Highly Confidential

GOO001-00561574



# Policies

**Generally prohibited content includes...**

- Sexually Explicit or Pornographic materials
- Instructional or imitatable bomb making and drug abuse
- Graphic content intended to shock or disgust
- Violence which is graphic, gratuitous or humiliating
- Hate Speech
- Stalking, harassment, posting of other's personally identifying information

**Some prohibitions specific to children are...**

- Any content deemed to be exploitive of a child
- Content endangering the safety or privacy of a child
- Drug use of any kind, dangerous use of fire or explosives by a minor
- Videos of interest to child predators
- Inappropriate provocative behavior by children
- Fights involving minors or taking place at a school or playground
- Predatory behavior, including the aggregation or posting of content containing children for the purpose of obtaining or eliciting sexual gratification

Highly Confidential
GOO001-00561575



# Policies (continued)

## Age Restricted Content

- Content marked "Restricted" can only be viewed by users 18 and over
- Viewers must be logged in to view this content
- An interstitial warning screen is displayed and users must click to confirm that they wish to view potentially objectionable materials before being able to view restricted content
- Restricted videos do not appear in video browse pages
- Only content that is not prohibited by other content policies can be restricted, videos involving children are never restricted

## Minors on YouTube

- YouTube Terms of Use prohibits users under the age of 13 and requires the permission of a parent or legal guardian for users under 18
- Users entering an age less than 13 are informed that they are ineligible to join YouTube and a permanent blocking cookie is set
- Once an account is created, the age cannot be changed
- User's age is displayed next to a video when being reviewed by administrators

Highly Confidential

GOO001-00561576



# Enforcement

## Community Flagging

- Users police YouTube by flagging inappropriate content for review





- All flagged videos are reviewed by the YouTube Content SQUAD, 24 hours a day, 365 days a year

- Flagged videos are routed into queues, team members are able to collaborate and escalate difficult decisions to higher tiers

- 75% of all flagged videos are reviewed within three minutes, most are reviewed within 30 seconds

- Child pornography is typically flagged and removed within minutes of being uploaded

- Pornography is typically flagged and removed within the first 100 views

Highly Confidential

G00001-00561577



# Enforcement (continued)

## Help Center

- Incident of harassment, safety issues and other policy violations that cannot be conveyed through video flagging are reported by users via our Help Center



## Safety Incident Reporting

- Policy violations involving children are reported to a designated team member who is able to further investigate the user(s) and content involved
- Child Pornography incidents are escalated and reported to the NCMEC CyberTipline
- YouTube works closely with local and federal law enforcement to proactively respond to threats, secure support for suicidal users, victims of crime and others in need of assistance

Highly Confidential

GOO001-00561578



# Product Features

## Abuse Prevention

- Digital hashing detects duplicate file uploads and globally blocks rejected content
- Policy violators received "strikes," repeat violators are automatically terminated and their email address is permanently banned
- Child safety, exploitation and harassment policy offenses result in immediate termination and banning

## Privacy Features

- Videos may be uploaded as "Private" to be shared with family and friends
- YouTube Content SQUAD regularly reviews private videos for policy violations
- Users may opt to not to display information such as name, age or location on their profile
- Users can block specific users from interacting with them or choose to only allow their "friends" to communicate with them
- Users can choose to allow, pre-screen or disable commenting for each of their videos

Highly Confidential

G00001-00561579



# Education and innovation

## Education

- Safety Tips
- Community Guidelines (aka "Code of Conduct")

**Help & Info**
Help Center
Video Toolbox

Developer APIs
Safety Tips

Copyright Notices
Code of Conduct



Copyright © 2007 YouTube Inc.

## Innovation

- Continued development of safety pro-active and reactive safety features

Highly Confidential
G00001-00561580

# Q & A

Highly Confidential

GOO001-00561581

Speaker Notes Slide: 4
Content Squad is YouTube's ConOps team
Policy – Content Policies, Legal Compliance, Law Enforcement relations, etc.
Abuse – Harassment, privacy, (child) safety, through email and Live Site escalations
Copyright (reactive)
Live Site (flagged content)

Speaker Notes Slide: 5
Stats that may pertain to Sales highlighted in red

Highly Confidential

G00001-00561582