| | |
|---|---|
| To: | Chris Maxcy <chris@youtube.com> |
| From: | Micah Schaffer <micahs@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-02-23 22:54:32 CST |
| Subject: | content policies |

The content policy training slides are here:
\\superfly\share\admin\Training\YT ConOps Content Training\

I've attached a copy of the powerpoint file, you'll need to view the shared folder if you want to see the video examples :)

Micah

Attachments:

Content Policy Training Jan_31_2007.ppt

# YouTube
## Content Policy Training

January 31, 2007

Attorney Client Privileged

Highly Confidential

G00001-00744095

# Agenda

- Definitions
- Content Policies on
  - Children
  - Sexual Content
  - Body Parts
  - Crude Content
  - Illegal Acts
  - Violence
  - Hate/Anti
  - Spam/Scumware
- Q & A

YouTube

Highly Confidential
GOO001-00744096