

Definitions



# Sexually Gratifying (SG)

An image is SG when it is created or displayed for the purpose of appealing to or eliciting the viewer's sexual pleasure, satisfaction or reaction.

Ask yourself – Is this video "For the purpose of sexual gratification?"

Highly Confidential



Highly Confidential