# EDS



EDS stands for educational, documentary, or scientific purposes.

A "documentary" that contains otherwise prohibited or restricted images must be a video created solely for educational or instructional purposes. If it appears to you that such a video has a sexual or other purpose that violates the content policy, it does not qualify for the EDS exception.

Highly Confidential
GOO001-00744100



# Masochism & Sadism

- "Masochism" is when a person gains sexual pleasure or satisfaction by humiliation and the acceptance of physical and/or emotional abuse. The video does not require an actual image of a sex act, it only requires HUMILIATION + SEXUAL ELEMENT

- "Sadism" occurs when a person gains sexual pleasure or satisfaction by causing physical or mental pain to another. Sadism includes attempts to seek another person to abuse, and therefore the image does not require an actual image of a sex act, it only requires the combination of ABUSE + SEXUAL ELEMENT

