# Minimally Covered

A female breast is "minimally covered" when the nipple area is completely covered with no visible outline or dimension. Anything less than this amount of coverage is naked and exposed.

Buttocks are "minimally covered" when they are wearing more than a g-string style bathing suit, but less than shorts.



Highly Confidential

GOO001-00744103





Content Policies

Highly Confidential GOO001-00744105