
Highly Confidential
GOO001-00744106

# YouTube's Policy on Children

Strike, Terminate, and Escalate:

- Any SG content involving children
- Exposed or sheer coverage of bathing suit area
- Penile or labia outline of child
- SG Aggregation of content involving children
- Any predatory behavior involving images of children
- Any predatory behavior involving communications about or with children
- Any content exploitive of a minor
- Any content depicting child abuse
- Spanking involving minors



Highly Confidential
GOO001-00744107

# YouTube's Policy on Children

What to look for (the Dost test):

- Genitals or pubic area are a focal point
- The setting of the image is sexually suggestive (i.e. a location generally associated with a sexual activity such as a bed)
- The minor is depicted in an unnatural pose or inappropriate attire considering her age
- The image suggests sexual coyness or willingness to engage in a sexual activity
- The image is intended or designed to elicit a sexual response in the viewer
- The minor is fully, or partially clothed, or nude



Highly Confidential

GOO001-00744108