# YouTube's Policy on Children



## Reject and Escalate:

- Non-SG exposed or sheer bathing suit area, innocently posted
- Any inappropriate provocative behavior
- Videos of interest to child predators
- Videos endangering a child's safety or privacy
- Non-play fist fights or violent fights involving minors
- Any Bathing

# Predatory Behavior includes:

The aggregation of innocent images of children in order to achieve or cause sexual pleasure or satisfaction

Highly Confidential

GOO001-00744110

# Predatory Behavior Examples

