



# YouTube's Policy on Children

## Reject (no Strike or Escalation)

- Any use of explosive or fire by a minor with the presently visible potential to inflict serious physical injury

- Drug use of any kind, either implied or graphic by a minor

Highly Confidential
GOO001-00744114