# YouTube's Policy on Children

- No video with children should ever be Restricted. Either Approve, Reject or Escalate.

- This policy applies to cartoon, computer generated, and artificial images of children.

- If the child LOOKS like he or she is under 18, he or she IS under 18.

- Follow your instincts. You know when something strikes you as sexual, so just take it down.



Highly Confidential

GOO001-00744115



# YouTube's Policy on Sexual Content

Highly Confidential

GOO001-00744116

# YouTube's Policy on Sexual Content



Strike:

- Bestiality, Sadism and Masochism
- SG graphic or implied masturbation
- Genital to sex toy or foreign object
- Graphic, visible, sex acts
- Pornographic, implied sex act
- Video promoting porn or "pseudo" porn sites (i.e. webcamgirls.com)
- SG display or use of sex toys

Highly Confidential
GOO001-00744117