

Highly Confidential
G00001-00744118

# YouTube's Policy on Sexual Content



**Restrict (mark as Racy):**

- SG videos of animal genitals/animal sex acts
- SG videos of scantily clad women and men
- SG fetishes (adult in diaper, tickling, feet, etc.)
- SG sexually provocative costumes without pain infliction, restraint or humiliation
- Non-SG use of sex toy (i.e. as a comedy prop)
- Non-SG, implied sexual conduct (R-rated)
- EDS nudity
- SG wrestling

Highly Confidential
GOO001-00744119

# YouTube's Policy on Sexual Content

Approve:

- Non-SG, implied, PG-13 sexual conduct such as *Dick in a Box* or this *Daily Show* clip:

Highly Confidential
G00001-00744120