# YouTube's Policy on Certain Body Parts



Highly Confidential

GOO001-00744121

# YouTube's Policy on Certain Body Parts

Strike:

Mouth
- Oral to genitals, anus, buttocks, or breast/nipple
- Oral to sex toy

Female Breast
- SG fondling of the breast (minimally covered or exposed)
- Non-EDS visible portion of areola
- SG areola covered merely by another's body part
- Genital to breast



Highly Confidential

GOO001-00744122

# YouTube's Policy on Certain Body Parts



Strike:

### Pubic Area
- Non-EDS exposed or sheer coverage of pubic area
- Visibly turgid penile or labia outline
- SG genital to genital (i.e. humping)
- SG contact with genitals, through or under covering
- SG exhibition of genitals through covering, where genitalia is focal point

Highly Confidential
GOO001-00744123