

# YouTube's Policy on Certain Body Parts

Strike:

**Buttocks**
- SG exposed butt
- SG minimally covered butt where the butt is the focus
- Exposure of butt in an excretory context

**Feet**
- Crushing videos

Highly Confidential
GOO001-00744125

# YouTube's Policy on Certain Body Parts

**Restrict (mark as Racy):**

Mouth

- SG oral contact with any foreign object that is not a sex toy
- Prolonged SG oral contact (kissing, necking, etc.) is okay as long as it's NOT in the bathing suit area



Highly Confidential
GOO001-00744126