

# YouTube's Policy on Certain Body Parts

Restrict (mark as Racy):

Female Breast

- Exhibition (no touching) of covered or minimally covered female chest where the chest is the focal point
- EDS exposure of areola (except for breast feeding)
- Unnatural breast feeding (i.e. a video of a woman breast feeding upside down)

Highly Confidential

# YouTube's Policy on Certain Body Parts

**Restrict (mark as Racy):**

Pubic Area

- Exposed vagina giving birth
- EDS exposed or sheer coverage of pubic area

Buttocks

- SG exhibition of the covered buttocks

You Tube

Highly Confidential

# YouTube's Policy on Certain Body Parts

Approve:

## Female Breast

- Natural breast feeding
- EDS minimally covered female breast

## Buttocks

- Non-SG exposed buttocks
- Non-SG farting

Highly Confidential