# YouTube's Policy on Crude Content



Highly Confidential

GOO001-00744130

# YouTube's Policy on Crude Content

**Strike:**

- Consumption of semen, other sexual fluids or excretory matter
- Graphic use or display of actual human excretory matter
- Actual or dramatized SG excretion of fecal matter or urine
- SG vomiting or use of breast milk



Highly Confidential

GOO001-00744131

# YouTube's Policy on Crude Content



**Restrict (mark as Racy):**

- EDS, medical footage of private parts
- Actual or dramatized births and abortions

Highly Confidential
GOO001-00744132