# YouTube's Policy on Crude Content

Approve:

- EDS, graphic medical footage
- Non-SG, dramatized urination or fecal matter

Highly Confidential

GOO001-00744133

# YouTube's Policy on Illegal Acts

Highly Confidential
GOO001-00744134

# YouTube's Policy on Illegal Acts

Strike and Escalate to Abuse Team:

- Revealing other user's personally identifying information without their consent (real name, phone number, IP address)
- Stalking, harassment, intentionally endangering the safety and integrity of the YouTube community (if in doubt, escalate for a second opinion).



Highly Confidential
GOO001-00744135