

**Hurley Exhibit 11**

| To: | "Chad Hurley" <chad@youtube.com> |
| From: | "Jawed" ███████████████ |
| Cc: | "Steve Chen" <steve@youtube.com>, "Pan Yu" ████████████, "Solomon Mike" ███████████ |
| Bcc: | |
| Received Date: | 2005-07-18 18:19:39 GMT |
| Subject: | Re: YouTube Contact regarding Product Question |

Hmm maybe you're right, I guess you never really know what helps, so it's best to try different things.

Jawed

_____

http://www.jawed.com/


On Mon, 18 Jul 2005, Chad Hurley wrote:

> this is an awesome email!
>
> yeah, i'm only paying a few bucks a day to run some ad words...
> probably a good idea just to keep it up to generate a few quality
> leads. and this is exactly what i'm targeting, people that will add
> videos (video bloggers, people looking for free video hosting, etc.)
> so it's not really to generate traffic.... just good active users,
> which is much different for the traffic we are getting from these
> other sites.
>
> -chad
>
>
>
>
>
>
> On Jul 18, 2005, at 9:58 AM, Steve Chen wrote:
>
> > good shit.
> >
> > maybe it's still a good idea to keep up the google ads?
> >
> > -s
> >
> > Begin forwarded message:
> >
> >> From: "Roby or Cathy Hayes" ███████████████
> >> Date: July 18, 2005 4:55:07 PM PDT
> >> To: steve@youtube.com
> >> Subject: Re: YouTube Contact regarding Product Question
> >>
> >>
> >>
> >> Wow--thanks for the fast response.  As to how I found your site:
> >> My son-in-law is serving in Iraq right now, but his server won't
> >> let him open videos through email. My daughter has been burning

> >> DVDs of their new baby to send to him, but I wanted to find a
> >> faster way to get him in touch with his son, so I started googling
> >> for "video blogs" and "free video blogs" etc.  Your site was
> >> listed to the right as a sponsored link.
> >>
> >> We've only just started today, so the jury is still out on whether
> >> he can open the website from there or not---still, your site is
> >> incredible and a wonderful public service. It's easy to use too.
> >> Thank you.
> >> Cathy Hayes
> >>
> >>
> >> -- Steve Chen <steve@youtube.com> wrote:
> >> Hi there --
> >>
> >> The videos will be up there permanently!
> >>
> >> We plan on launching several new features in the coming weeks that
> >> will make it easier to _share_ videos that you've uploaded with your
> >> family, friends, and co-workers.
> >>
> >> Curiously, how did you find the site?
> >>
> >> -s
> >>
> >> On Jul 18, 2005, at 8:48 AM, ███████████ wrote:
> >>
> >>
> >>> I just found your site and it's WONDERFUL. Thank you for that. How
> >>> long will a video be available for viewing here?
> >>>
> >>>
> >>
> >>
> >
> >
>
>

**Hurley Exhibit 12**

| | |
|---|---|
| **From:** | Steve Chen ███████████ |
| **Sent:** | Thursday, April 28, 2005 9:01 PM |
| **To:** | Chad Hurley ███████████; Jawed Karim ███████████ |
| **Subject:** | videos and their contents |
| **Attach:** | Message Text.txt |

Hey.

As long as there's no nudity and copyrighted materials, we should NOT be removing videos because it doesn't meet any personal preferences. If I can stress one additional minor requirement, the videos should (at this point) be something everyone would want to watch. I'm saying this after I learned that a video was removed because your parents were viewing the site. The goal is for the site to be successful and not parentally approved. The other thing, what did your parents think of that guy dancing around in his underwear?

Anyway, I can't stress enough how important it is to get creative videos in there to seed the system. I see it as Flickr starting out. How did Flickr get the creative folks to go to their site to submit their pictures? I'm convinced it wasn't by seeding their database with 100 initial pictures that no one wanted to see. You know?

-s

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00004887


**Hurley Exhibit 13**

**From:** Steve Chen ████████████████

**Sent:** Wednesday, June 29, 2005 1:12 AM

**To:** Karim Jawed ████████████████; Hurley Chad <chad@youtube.com>

**Subject:** reject reasons

---

it would be cool, when we reject videos, we can give people a reject reason.

there are three i can think of right now:
- duplicate video
- inappropriate content
- copyright material

-s

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



**Hurley Exhibit 14**

another thing, still a fundamental difference between us and most of
those other sites. we do have a community and it's ALL user
generated content.

-s

On Jul 29, 2005, at 7:45 AM, Chad Hurley wrote:

> hmm, i know they are getting a lot of traffic... but its because
> they are a stupidvideos.com-type of site. they might make enough
> money to pay hosing bills, but sites like this and big-boys.com
> will never go public. I would really like to build something more
> valuable and more useful... actually build something that people
> will talk about and changes they way people use video on the internet.
>
>
>
> On Jul 29, 2005, at 1:33 AM, Steve Chen wrote:
>
>
>> haha ya.
>>
>> or something.
>>
>> just something to watch out for. check out their alexa ranking.
>>
>> -s
>>
>> On Jul 29, 2005, at 1:25 AM, Chad Hurley wrote:
>>
>>
>>
>>> hmm, steal the movies?
>>>
>>>
>>>
>>> On Jul 29, 2005, at 1:05 AM, Steve Chen wrote:
>>>
>>>
>>>
>>>
>>>> steal it!
>>>>
>>>>
>>>>
>>>>
>>>>
>>>>
>>>
>>>
>>>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

>>>
>>
>>
>>
>>
>
>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00006395

**Hurley Exhibit 15**

I just finished the outline. It took me quite a while to write this, but I would feel very comfortable to present this. I took everything into account that you guys mentioned previously.

I fired it off to Roelof, but told him it's still preliminary. I'll be discussing it with Roelof tomorrow on the phone.

Your feedback please.

Note: I tried hard to exclude anything that's not really relevant to someone like Mike Moritz. There's more we can say, but the more we add, the harder it becomes to read.

Jawed

http://www.jawed.com/

<<...>>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

## YouTube

**Company Purpose:**

*To become the primary outlet of user-generated video content on the Internet, and to allow anyone to upload, share, and browse this content.*

**Problem:**

Video content is currently difficult to share:

- Video files are too large to e-mail (E-mails with video attachments bounce).

- Video files are too large to host (viewing just fifty videos at 20 MB each means serving 1 GB of bandwidth – exceeding most website quotas).

- No standardization of video file formats. To view many video file formats means having to install many different video players and video codecs.

- Videos exist as isolated files. There is no interaction between viewers. There is no interrelation between videos.

**Solution:**

Consumers upload their videos to YouTube. YouTube takes care of serving the content to millions of viewers.

YouTube's video encoding backend converts uploaded videos to Flash Video, which works in any web browser supporting Flash. (Flash penetration is 97.6% of Web users according to Macromedia.com.) Flash Video is a highly compressed streaming format that begins to play instantly. Unlike other delivery methods, it does not require the viewer to download the entire video file before viewing.

YouTube provides a community that connects users to videos, users to users, and videos to videos. Through these integrating features, videos receive more views, and users spend more time on YouTube. Because these features are similar to Flickr, YouTube is often referred to as "the Flickr of Video".

**Market Size:**

YouTube's growth will come as a result of these recent developments:

- Digital video recording technology is for the first time cheap enough to mass-produce and integrate into existing consumer products, such as digital photo cameras and cell phones, giving anyone the ability to create video content anytime, anywhere. As a result, user-generated video content will explode.

- Broadband Internet in the home has finally reached critical mass, making the Internet a viable alternative delivery mechanism for videos. Viewers are flocking to the Internet because it offers more variety of content and allows people to choose when and how to see it. Traditional media want to enter this space because they want to follow the audience, and because content there is cheaper and easier to distribute. Early examples of video content that has reached more viewers on the Internet than on television: Indian Ocean Tsunami videos, Jon Stewart's Crossfire appearance, Janet Jackson's Superbowl wardrobe malfunction.

Initially, YouTube will target home-grown (user-generated) video content, because in the short term that represent the fastest-growing type of video content, possessing the fastest-growing audience. This phase will enable YouTube to establish itself as the dominant player for Internet video content. Once YouTube's audience reach rivals that of traditional media networks, it will then be positioned to syndicate traditional media content (news, entertainment, MTV, etc) as well.

**Competition:**

Big players:
- Google Video – going after Hollywood, not personal videos
- 24 hour laundry – going after pure video hosting technology, not community

Small players:
- dailymotion – good technology, no exposure
- vimeo – bad technology, has potential for exposure (owned by CollegeHumor)
- PutFile – focuses on file hosting, lacks community, bad revenue model

**Product Development:**

Demo basic functionality.

- Community
  o Connects users to videos. Users find videos through:
    ▪ Search
    ▪ Related videos
    ▪ Related tags
    ▪ Top rated, top viewed, most discussed
    ▪ User videos,
    ▪ User favorites

  o Connects users to users:
    ▪ Video discussion groups
    ▪ Video comments
    ▪ Private messages
    ▪ Private/public video sharing

JK00009894

- Social networking (Friends)
- User videos
- User favorites

  o Connects videos to videos:
  - Related videos
  - Related tags

- Open architecture
  o Developer XML APIs
  o RSS feeds
  o Externally embeddable video player ("YouTube off YouTube.com"). By letting people embed YouTube videos right into their own web sites, YouTube's audience reaches even beyond YouTube.com

- Target vertical markets with a need for video content:
  o Auction videos for eBay items (perfect for eBay Motors)
  o Real estate videos for houses/apartments for sale/rent ("Do-It-Yourself MTV Cribs")
  o Become the video platform for special interest websites: Car sites, Sports, Politics, etc

- Features currently in development:
  o Community features: groups, sharing, better ways to find videos
  o Driving external reach: external player, developer APIs

**Sales & Distribution:**

Revenue-generating options:

- Ads:
  o "Google Adwords" approach for YouTube: Allow advertisers to upload ad videos to YouTube. Thumbnails of these ad videos will be shown alongside other videos in video search results, and as "related videos". As with Google Adwords, ad videos will only be shown when relevant, and will be clearly marked as ad videos.
  o Display interactive ads within the Flash video player, superimposed over the playing video.
  o Play a short video ad at the beginning of the actual video.
  o Display an ad image at the beginning of the actual video.

- Act as a for-pay distribution channel for promotional videos:
  o Events, conferences, concerts

- Charge members for premium features:
  o Ability to download original videos / view high resolution videos

JK00009895

- - Video editing features (within the browser, using Flash): video effects, transitions, titles, etc
  - Advanced features for the externally embeddable video player
    - Offer specialized features for embedded auction/real estate videos (see **Product Development)**

- Charge viewers for premium content:
  - Allow members to sell their video content to YouTube viewers, with YouTube taking a cut of the proceeds.

**Metrics:**

Launched June 11th. Has already overtaken all previously existing competitors and is now the dominant player in this space.



**Team:**

Founders:

- Steve Chen:
  - Recruited by Max Levchin as one of PayPal's first engineers
  - University of Illinois, Computer Science

- Chad Hurley:
  - PayPal's first designer, responsible for PayPal site design, logo

- Jawed Karim:
  - Graduate student in Computer Science, Stanford University

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

- Recruited by Max Levchin as one of PayPal's first engineers
- University of Illinois, Computer Science

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009897

**Hurley Exhibit 16**

To:            Brent Hurley <brent@youtube.com>
From:       Steve Chen ███████████████
Cc:
Bcc:
Received Date:   2005-08-10 11:49:27 CST
Subject:      Re: Biz Relationships

---

Brent:

That's cool. No worries!

-s

On Aug 9, 2005, at 9:08 PM, Brent Hurley wrote:

> Hey Steve:
>
> I'm reading all of the emails being sent around, monitoring blogs,
> and spreading the word about YouTube to all of my friends and
> coworkers; BUT, until I leave my current job, the time I can fully
> commit to YouTube is limited. The internet is also restricted at
> my job, so unfortunately I can't do much there either.
>
> Trust me, I can't wait to rid myself of my current job so I can
> focus on something I'm really excited about. Just wanted to let
> you know, so that my silence in the running commentary of emails is
> not confused with apathy.
>
> Brent
>
>
> On Aug 9, 2005, at 6:48 AM, Steve Chen wrote:
>
>
>> Most of the business development contacts, we've been putting them
>> in here.
>>
>> http://dev.youtube.com/ut_wiki/Business_Development
>>
>> Each of them are various stages, but as far as I know, none of
>> them leads following up currently.
>>
>>> -s
>>
>> On Aug 8, 2005, at 9:39 PM, Brent Hurley wrote:
>>
>>
>>
>>> Yes, please start passing work my way. I'm already monitoring
>>> blogs and reviewing the YouTube wiki to get up to speed, but the
>>> more stuff you throw at me, the better.
>>>
>>> Have you already established any biz dev leads that I could
>>> pursue further? Ya know, outside of hitting the boards and
>>> posting relevant videos...
>>>
>>> Brent

Highly Confidential

>>>
>>>
>>> On Aug 8, 2005, at 7:02 AM, Steve Chen wrote:
>>>
>>>
>>>
>>>
>>>> hahaha.  video of resignation.
>>>>
>>>> so brent, in the next two weeks, will you have some spare time
>>>> to ramp up on some things.  there has been a build-up of things
>>>> that it would be great if you take could take over.  mostly from
>>>> my end, i'd offload the follow-up and the creation of business
>>>> contacts / relationships with folks like macromedia, canon,
>>>> sony, blogging community, etc.
>>>>
>>>> thanks!
>>>>
>>>> -s
>>>>
>>>> On Aug 7, 2005, at 10:28 PM, Brent Hurley wrote:
>>>>
>>>>
>>>>
>>>>
>>>>
>>>>> Hey Guys:
>>>>>
>>>>> Just wanted to say that I'm really excited to be joining the
>>>>> team, and not just because I'll be able to kiss my 4:15AM wake
>>>>> up call good bye!  I look forward to growing YouTube to become
>>>>> the ONLY place to share and watch video on the internet.  I
>>>>> think the 'slices of life' content our users provide is so
>>>>> unique.  YouTube is reality TV at its best and most pure form.
>>>>> The database of content already collected amazes me.  Can't
>>>>> wait to spread the gospel to the rest of the world!
>>>>>
>>>>> I plan to give my two weeks notice this week, and be a full-
>>>>> time Tuber by Friday, August 26th.  I am debating whether or
>>>>> not to submit my letter of resignation in video form and email
>>>>> the link to my boss as notification, hmm...
>>>>>
>>>>> ~Brent
>>>>>
>>>>>
>>>>> On Aug 7, 2005, at 9:16 PM, Chad Hurley wrote:
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>> Ok guys. My brother, Brent, is now on board to help grow this
>>>>>> company in a multi-billion dollar success. He will be dealing
>>>>>> with everything... marketing, advertising, financial, customer
>>>>>> service, monitoring the videos, etc... the list goes on and
>>>>>> on. So, if you need any help or have any ideas with anything
>>>>>> outside of development, please start directing your emails to

Highly Confidential

>>>>>> him at brent@youtube.com.
>>>>>>
>>>>>> Welcome to the team Brent... now get working! :)
>>>>>>
>>>>>> -Chad
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>
>>>>
>>>>
>>>>
>>>>
>>>>
>>>
>>>
>>>
>>>
>>
>>
>>
>>
>
>

---

Highly Confidential



**Hurley Exhibit 17**

| From: | Chad Hurley <chad@youtube.com> |
|---|---|
| Sent: | Sunday, June 26, 2005 11:52 AM |
| To: | Jawed ███████████ |
| Cc: | Chen Steve ███████████ |
| Subject: | Re: crappy videos |

cool guys. yeah, i really think this is the best thing to do moving forward.... stopping it now, before it becomes a big problem down the road.

and once we build in paging and a tool to reject videos after they've been approved, i want to review all the old videos.

-chad


On Jun 26, 2005, at 12:45 PM, Jawed wrote:

> Yeha, screw it. Let's reject it.
>
> Jawed
>
> _____
> http://www.jawed.com/
>
>
>
> On Sun, 26 Jun 2005, Chad Hurley wrote:
>
>
>> Yo guys,
>>
>> This user, TheOCRox311, is uploading crappy videos... like the entire
>> season finale of "Charmed" in 5 parts.
>>
>> I really want to start rejecting copyrighted material now. I think
>> the key to our success is personal videos. If we are going to build
>> this service, I think we should do it right and start enforcing this
>> rule. We are not another "StupidVideos" or "Bittorrent".
>>
>> Viral videos are fine, like the airplane videos you found on the web
>> or funny commercials people upload. But when it blatantly comes from
>> a network or movie, we shouldn't mess around... we are going to be
>> big and will perhaps someday even offer premium content, so I don't
>> want to get sued or piss anyone off.
>>
>> What do you think? Do you care if I reject all of "TheOCRox311's"
>> crap right now?
>>
>> -Chad
>>
>>
>>
>
>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



**Hurley Exhibit 18**

| **From:** | Jawed ████████████ |
| **Sent:** | Saturday, July 2, 2005 9:15 AM |
| **To:** | Chad Hurley <chad@youtube.com>; Steve Chen ████████████ |
| **Subject:** | britney |

i just unapproved and rejected the britney toxic music video

Jawed

http://www.jawed.com/

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Hurley Exhibit 19**

| | |
|---|---|
| **From:** | Chad Hurley <chad@youtube.com> |
| **Sent:** | Saturday, July 2, 2005 10:35 AM |
| **To:** | Karim Jawed ███████████; Chen Steve ████████████ |
| **Subject:** | more vids to remove |

this guy has a ton of music videos that need to be removed...

http://www.youtube.com/profile_videos.php?user=slvgdvg

-chad

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Hurley Exhibit 20**

| | |
|---|---|
| **From:** | Jawed █████████████ |
| **Sent:** | Saturday, July 16, 2005 6:36 AM |
| **To:** | Chad Hurley <chad@youtube.com>; Steve Chen ████████████ |
| **Subject:** | copyright |

someone uploaded a shitload of "Initial D-" stuff. "Clip from the Hong
Kong film Initial D."

I think we should reject all that shit.

Jawed

---

http://www.jawed.com/

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009557

**Hurley Exhibit 21**

this is blatant copyrighted stuff... no funny commercials, don't worry steve :)

http://www.youtube.com/index.php?v=X9zd2PtMLUg

http://www.youtube.com/watch.php?v=CqS_V4TtLnM

http://www.youtube.com/watch.php?v=VvNjBKl_vuU

http://www.youtube.com/watch.php?v=gwFAquML90k

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Hurley Exhibit 22**

Hello,

Yes, I believe this was a music video, right? So, it was rejected because it was copyrighted material. We are trying to build a community of real user-generated content and moving forward we are going to be more proactive about screening videos upfront. Some early video uploads were not properly screened, so you may see some violations on the current site. We are going to be reviewing and removing these shortly.

Thanks for your email and let us know if there is anything we could to do improve our service. We look forward to more videos from you, by you of course. ;)

-Chad

On Jul 3, 2005, at 7:46 PM, ████████████ wrote:

> Why was my video entitled Goldfrapp - Ooh La La rejected for
> innaporopriate content?
>
>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Hurley Exhibit 23**

| **From:** | Chad Hurley <chad@youtube.com> |
| --- | --- |
| **Sent:** | Sunday, June 26, 2005 5:25 PM |
| **To:** | Steve Chen ██████████████ |
| **Cc:** | Jawed ████████████; Solomon Mike ██████████ |
| **Subject:** | Re: google maps idea |

yes, this will be very cool and I have already add "date recorded" to
our playgrounds. i think, because we will focus more on personal
videos, this makes a lot of sense. and just by having the fields on
the video upload page will discourage adding copyrighted material.

-chad


On Jun 26, 2005, at 5:48 PM, Steve Chen wrote:

> Did you see, with the recent uploads, people have been leaving URLs
> for google maps.
>
> I think if we add location (users entering gps coordinates?? or
> just city, state, country, etc) we'll have a big win.
>
> -s
>
> On Jun 26, 2005, at 3:29 PM, Jawed wrote:
>
>
>> How about *integrating* google maps into youtube, as part of the
>> video
>> information? So that when you upload, you can provide a google
>> maps link
>> that shows where the video was shot. then we can display that in
>> some cool
>> way as the video is playing, or have a link that opens that map.
>>
>> Example:
>>
>> http://maps.google.com/maps?
>> q=SJC&ll=37.366004,-121.925948&spn=0.007403,0.009956&t=k&hl=en
>>
>> This is where I shot my takeoff video.
>>
>> Jawed
>>
>> _____
>> http://www.jawed.com/
>>
>>
>>
>>
>
>
>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Hurley Exhibit 24**

hooked up the complaint stuff on the watch page.

chad/christina, can you guys take a look at flag_video.php and update that page so it looks okay?

i just put in a few things in there to get you the information you'd possibly want -- title, author name, whether you're flagging it as inappropriate or copyrighted, the stills of the video, and finally, a comment box. after you hit submit, it takes you back to the video.

-s

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Hurley Exhibit 25**

| **From:** | Chad Hurley <chad@youtube.com> |
| **Sent:** | Sunday, September 25, 2005 1:58 PM |
| **To:** | Chen Steve <steve@youtube.com>; youtube ████████████ |
| **Subject:** | Re: YouTube Contact regarding Other |

fyi: i don't know if we responded to this guy, but we should never promote piracy or tell them how to do it. we should respond saying the canned response that you that you should own all copyrights to the material you upload.

anyway, just wanted to bring up the issue to avoid legal issues. :)

-chad

On Sep 25, 2005, at 12:05 AM, ████████████ com wrote:

> Hello:  I have a old clip of Patrick Norton from TechTV's the
> screen Savers show getting to ride with the blue angels.  Can I
> upload that?
>
>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Hurley Exhibit 26**



COPY

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050

PHONE 650.493.9300
FAX 650.493.6811

www.wsgr.com

October 21, 2005

Copyright GC/I&R
P.O. Box 70400
Southwest Station
Washington, D.C. 20024

Re: Designation by Service Provider of Agent for Notification of Claims of Infringement

Dear Sir/Madam:

I am writing on behalf of my client YouTube, Inc. Attached is a completed form for designating an agent for notification of infringement claims, and the thirty dollar ($30.00) filing fee.

Thank you for your attention to this matter. If you have any questions, please feel free to call me at (650) 565-3569.

Best regards,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Andrew Chiu

cc: Chad Hurley

Document2

PALO ALTO    AUSTIN    NEW YORK    RESTON    SALT LAKE CITY    SAN DIEGO    SAN FRANCISCO    SEATTLE

CONFIDENTIAL

GOO001-00000966

# Interim Designation of Agent to Receive Notification
## of Claimed Infringement

Full Legal Name of Service Provider:  YouTube, Inc.

Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):

Address of Service Provider:  3000 Sand Hill Rd Bldg. 4, Suite 180, Menlo Park, CA 94025

Name of Agent Designated to Receive
Notification of Claimed Infringement:  Brent Hurley

Full Address of Designated Agent to which Notification Should be Sent (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
3000 Sand Hill Rd Bldg. 4, Suite 180, Menlo Park, CA 94025

Telephone Number of Designated Agent:  650.223.3163

Facsimile Number of Designated Agent:  650.854.4829

Email Address of Designated Agent:  copyright@youtube.com

Signature of Officer or Representative of the Designating Service Provider:
Date: 10/10/2005

Typed or Printed Name and Title:  Chad Hurley, CEO

Note: This Interim Designation Must be Accompanied by a $30 Filing Fee
Made Payable to the Register of Copyrights.

CONFIDENTIAL