## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., ET AL.,      ) <br>      ) <br> Plaintiffs,    ) <br> v.    ) <br>    ) <br> YOUTUBE, INC., ET AL.,    ) <br>    ) <br> Defendants.    ) | ECF Case <br><br> Civil No. 07-CV-2103 (LLS) |
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, ET AL., on behalf of themselves and all others similarly situated,    ) <br>    ) <br> Plaintiffs,    ) <br> v.    ) <br>    ) <br> YOUTUBE, INC., ET AL.,    ) <br>    ) <br> Defendants.    ) | ECF Case <br><br> Civil No. 07-CV-3582 (LLS) |

## DECLARATION OF CHRISTOPHER MAXCY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

CHRISTOPHER MAXCY, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.    I am the Director of Partner Development at YouTube, Inc., where I have been employed since December 2005. I have held this position since October 2006. From December 2005 until October 2006, I held the position of Vice President of Business Development.    Throughout my employment with YouTube, my responsibilities have included pursuing and negotiating contractual agreements with prominent copyright holders to license their content to appear on YouTube.

2.    During my tenure at YouTube, I watched the site become enormously popular in a very short period of time. As YouTube's popularity grew, content owners increasingly began to express interest in partnering with YouTube to make their content available through the YouTube service. In late 2005 and early 2006, YouTube was inundated with requests from a wide variety of companies for

partnership agreements. But at that time YouTube was still a small and relatively new company with only ten employees, and we did not have the capacity to negotiate deals with all of these companies as quickly as the requests came in.

3.     Instead of simply waiting for YouTube to be able to negotiate a formal partnership agreement, many of those companies told us that they were already uploading content to YouTube to remain on the site.   They frequently cited the tremendous promotional benefits of YouTube in expressing their interest in the service. We heard this refrain from dozens of companies, including Nike, Chevrolet, EA, Panasonic and Proctor & Gamble and major music and media companies, like NBC, BSkyB, E! Entertainment, HBO, Universal Music Group, the Weinstein Company, Sony Pictures, VH-1, Capitol Records, Palm Pictures, Atom Films, Disney, Fox and Viacom.

4.     For example, I specifically recall conversations with Vince Manci and Jonathan Miller at NBC who told me NBC was having its interns upload clips of their content to YouTube for promotional purposes.

5.     In another example, Universal Music Group uploaded a video of the song "The Saints are Coming" by U2 and Greenday under the username vidsquare because they wanted the video to appear like it was an "unofficial" video that was uploaded by a regular user.

6.     On several occasions, I actually had to introduce people from a company's marketing department to people in the same companies' legal department, because the legal department would ask YouTube to take down videos that their own marketing departments had uploaded. I recall this happening with Matador Records, Sony Pictures, Universal Music Group, and Warner Music Group, among others.

7.     In one instance, Sony Pictures contacted YouTube to request that we take down an unauthorized trailer for Rocky 6, indicating that they were

considering bringing a lawsuit against the user who had uploaded the clip. At Sony Pictures' request, we took the Rocky 6 trailer down. Later, Sony Pictures contacted YouTube to inform us that the video was authorized; it was Sylvester Stallone himself who had uploaded the Rocky 6 trailer to YouTube.

8. Even Viacom, in early 2006, reached out to YouTube to propose entering into a partnership agreement. Viacom's Paramount subsidiary was particularly interested in a partnership wherein Paramount would upload clips from its back catalog of films to YouTube. Attached here to as Exhibit 1 is an email from Kevin Donohue to me regarding his discussions with Paramount. For months prior to Google's acquisition of YouTube in October 2006, YouTube and Viacom discussed the terms of a potential deal. After the acquisition, Viacom continued to discuss a partnership agreement with both Google and YouTube.

9. Between 2006 and 2009, to complement the array of user-generated and uploaded content on the site, YouTube entered into hundreds of agreements with the world's most prominent copyright holders, including major film studios, television networks, record labels and sports organizations. For example, YouTube has entered into partnerships with all four of the major record labels and their major publisher affiliates (Universal Music Group, Warner Music Group, Sony BMG Music Entertainment, and EMI Group), as well as hundreds of indie labels and publishers. YouTube has also entered into content partnerships with movie and television studios, such as CBS, NBC/Universal, BBC, MGM Worldwide Digital Media, Sony Pictures Television, Inc. and Lions Gate Entertainment. And YouTube has content agreements with sports organizations, such as the NBA, NHL, ATP Tour, Inc., United States Tennis Association, Professional Bull Riders, Inc. and World Wrestling Entertainment, Inc.

10. Under the terms of YouTube's partnership agreements, content partners can upload their videos directly to the service, or provide videos to

YouTube for uploading, and can also "claim" as their own videos that ordinary YouTube users have posted. YouTube displays advertisements on web pages where users watch the uploaded or claimed videos ("Partner Watch Pages"), and shares the advertising revenue with the relevant content partner. Collectively, these content partnerships resulted in over 23 billion views of partner videos in 2007 – 2009.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _San Bruno_, California
February 28, 2010

Christopher Maxcy



**Maxcy Exhibit 1**

To:              'chris@youtube.com' <chris@youtube.com>
From:          Kevin Donahue <kevin@youtube.com>
Cc:
Bcc:
Received Date:   2006-10-02 22:57:00 CST
Subject:        FW: Paramount title list

Paramount meeting went well as I mentioned. One of their ideas: offer up thousands of "movie moment" clips from the movies on this list that we can monetize together via advertising. Exciting that they want to move quickly. :-)

From: Carloss, Alex - Paramount [mailto:Alex_Carloss@Paramount.com]
Sent: Thursday, September 28, 2006 5:40 PM
To: Kevin@youtube.com
Cc: Lesinski, Thomas - Paramount
Subject: Paramount title list

Hello Kevin,

A pleasure to meet you at lunch yesterday. Attached is our active Paramount title list as discussed for the movie moment idea. We're very interested in hearing back from you on and You Tube's Ad Sales exec on Movie moments as well as monetizing original Short-form content (think Theatrical extenders) as soon as feasible.

I think you might be traveling this week but can you suggest a time to talk?

Best/Alex

323 956 8303

Alex_carloss@paramount.com

Attachments:

Paramount titles.xls

| Title | Original Theatrical Release/Air Date | Genre |
|---|---|---|
| 1900 | 1977 | Drama, History, Erotic, War |
| 1 Love | 2003 | Documentary, Sports |
| 10,000 Black Men Named George | 2002 | Drama, Biography, History |
| 1492: Conquest Of Paradise | 1 Jan 1992 | Action/Adventure, Drama |
| 200 Cigarettes | 1999 | Comedy, Drama |
| 3 Days of the Condor | 1975 | Thriller, Romance |
| 3-Movie Comedy Collection | | Comedy |
| 48 Hrs | 1982 | Comedy, Action/Adventure, Crime |
| 7 Men From Now | 1956 | Drama, Western |
| 9/11: The Filmmakers' Commemorative Edition | 10 Mar 2002 | Documentary |
| A.I. Artificial Intelligence | 29 Jun 2001 | Sci-Fi, Adventure, Drama |
| Abandon | 18 Oct 2002 | Drama, Thriller, Mystery |
| Accused, The | 1988 | Drama, Thriller |
| Ace High | 3 Sep 1969 | Western, Comedy |
| Addams Family and Addams Family Values, The | 1991, 1993 | Comedy, Horror, Family |
| Addams Family Values | 1993 | Comedy, Horror, Family |
| Addams Family, The | 22 Nov 1991 | Comedy, Horror, Family |
| Adventurers, The | 1970 | Action/Adventure, Drama, Romance |
| Adventures of Indiana Jones: The Complete DVD Movie Collection, The | | Action/Adventure |
| Adventures of Sebastian Cole, The | 1999 | Comedy, Drama, Gay and Lesbian |
| Adventures of Young Indiana Jones: Hollywood Follies, The | 04 Mar 1992 | Action/Adventure, TV |

| Title | Date | Genre |
|---|---|---|
| Adventures of Young Indiana Jones: Mystery of the Blues, The | 04 Mar 1992 | Action/Adventure, TV |
| Adventures of Young Indiana Jones: The Treasure of the Peacock's Eye, The | 04 Mar 1992 | Action/Adventure, TV |
| Aeon Flux | 2 Dec 2005 | Sci-Fi, Action/Adventure, Thriller |
| African Queen, The | | Drama, Biography, Sports |
| Against the Ropes | 20 Feb 2004 | Comedy, Sci-Fi |
| Airplane II: The Sequel | 1982 | Comedy |
| Airplane! | 1990 | Drama, Romance |
| Alfie (1966) | 1966 | Comedy, Drama |
| Alfie (2004) | 5 Nov 2004 | Comedy, Drama |
| Alfie (2004) / Alfie (1966) 2-Pack | | Family |
| All I Want For Christmas | 1991 | Comedy |
| All In A Nights Work | 1981 | Drama, Music |
| Almost Famous | 15 Sep 2000 | Romance, Comedy |
| Almost Perfect Affair, An | 1979 | |
| Along Came a Spider | 2001 | Thriller, Crime, Mystery |
| Alvin and the Chipmunks: A Chipmunk Christmas | 1981, 1988, 1989 | Animation, Children, Family, TV |
| Alvin and the Chipmunks: The Chipmunk Adventure | 1987 | Animation, Children, Family, Adventure |
| Alvin and the Chipmunks: Trick or Treason | 1988, 1989, 1994 | Animation, Children, Family, TV |
| Alvin and the Chipmunks: A Chipmunk Christmas 25th Anniversary | 1988, 1989, 1994 | Animation, Children, Family, TV |
| Alvin and The Chipmunks: A Chipmunk Valentine | 1994, 1998, 1989 | Animation, Children, Family, TV |
| Alvin and The Chipmunks: The Chipmunks Go to the Movies | | Animation, Children, Family, TV |
| American Beauty | 15 Sep 1999 | Drama |
| American Gigolo | 01 Feb 1980 | Drama, Crime, Romance |
| American Heroes Collection | 1955, 1982, 1965 | War |
| American Rhapsody, An | 10 Aug 2001 | Drama |
| Amistad | 10 Dec 1997 | Drama, History, Mystery |

| Title | Date | Genre |
|---|---|---|
| Anchorman: The Legend of Ron Burgundy | 2004 | Comedy |
| And Now Ladies & Gentlemen | 2003 | Drama, Romance, Thriller, Foreign |
| Andre | 17 Aug 1994 | Family, Drama, Adventure |
| Andy Griffith Show: Premiere Episodes, The | 1960 | Comedy, Family, TV |
| Angela's Ashes | 25 Dec 1999 | Drama |
| Angelina Jolie Collection | | |
| Another 48 Hrs. | 1990 | Comedy, Action/Adventure, Crime |
| Another Time, Another Place | 1958 | Drama, War |
| Antz | 1998 | Animation, Comedy, Family, Children |
| Anything Else | 19 Sep 2003 | Romance, Comedy, Drama |
| Anything Goes | 1956 | Music, Comedy |
| Apocalypse Now | 15 Aug 1979 | War, Action/Adventure, Drama |
| Apocalypse Now - The Complete Dossier | 1979 | War, Action/Adventure, Drama |
| Apocalypse Now Redux | 03 Aug 2001 | War, Action/Adventure, Drama |
| Apres Vous | 2005 | Comedy, Romance, Foreign |
| April Fool's Day | 1986 | Horror, Mystery |
| Arrowhead | 1 Aug 1953 | Western |
| Ask the Dust | 2006 | Drama, Romance |
| Assassination Bureau, The | 1969 | Action/Adventure, Comedy |
| Asylum | 2005 | Thriller, Romance |
| Atlantic City | 03 Apr 1981 | Drama, Crime, Romance |
| Audrey Hepburn Collection, The | 2006 | |
| Babel | 27 Oct 2006 | |
| Back to School Gift Set | 2006 | Drama |

| Title | Date | Genre |
|---|---|---|
| Back to the Beach | 1987 | Comedy |
| Bad Company | 1972 | Western |
| Bad News Bears (1976), The | 1976 | Comedy, Sports |
| Bad News Bears (2005) | 22 Jul 2005 | Comedy, Sports |
| Bad News Bears (2005) / The Bad News Bears (1976) 2-Pack | | Comedy, Sports |
| Bad News Bears Go To Japan, The | 1978 | Comedy, Sports |
| Bad News Bears in Breaking Training, The | 1977 | Comedy, Sports |
| Bad News Bears Triple Play Collection 3-Pack, The | | Comedy, Sports |
| Bang the Drum Slowly | 26 Aug 1973 | Drama, Sports |
| Barbarella | 09 Oct 1968 | Sci-Fi, Action/Adventure |
| Barefoot in the Park | 1967 | Comedy, Romance |
| Barnyard | 04 Aug 2006 | Animation, Family, Comedy |
| Beautician and the Beast, The | 07 Feb 1997 | Comedy, Romance |
| Bebe's Kids | 1992 | Animation, Comedy, Music |
| Bellboy, The | 1960 | Comedy |
| Bells of St. Mary's, The | 1945 | Comedy, War |
| Best Defense | 1984 | Comedy, War |
| Better Luck Tomorrow | 2003 | Drama, Crime, Urban |
| Beverly Hills Cop | 1984 | Comedy, Action/Adventure, Crime |
| Beverly Hills Cop Collection | 2006 | Action/Adventure, Comedy, Crime |
| Beverly Hills Cop II | 1987 | Comedy, Action/Adventure |
| Beverly Hills Cop III | 1994 | Comedy, Action/Adventure, Crime |
| Beyond Borders | 24 Oct 2003 | Drama, Romance, War |
| Big Bus, The | 23 Jun 1976 | Comedy, Family, Comedy |
| Big Top Pee-Wee | 1988 | Adventure |

| Title | Date | Genre |
|---|---|---|
| Biker Boyz | 31 Jan 2003 | Action/Adventure, Drama, Crime |
| Billy Wilder DVD Collection, The | 2006 | Family, Drama |
| Black Beauty | 1971 | Drama |
| Black Orchid, The | 1959 | Action/Adventure, Crime, Drama |
| Black Rain | 22 Sep 1989 | Comedy |
| Black Sheep | 1996 | Action/Adventure, Thriller, Drama |
| Black Sunday | 1977 | Comedy |
| Bleacher Bums | 12 Oct 2001 | Thriller, Horror |
| Bless the Child | 11 Aug 2000 | Drama, History |
| Bloody Sunday | 04 Oct 2002 | Western |
| Blue | 1968 | Drama, Sports |
| Blue Chips | 1994 | Comedy |
| Blue Collar Comedy Tour 3 Pack | 2003-2006 | Comedy |
| Blue Collar Comedy Tour Rides Again | 05 Dec 2004 | Comedy |
| Blue Collar Comedy Tour: One for the Road | 2006 | Music, Romance |
| Blue Hawaii | 1961 | Action/Adventure, Comedy |
| Blue Iguana, The | 1988 | Thriller, Horror |
| Body Parts | 1991 | |
| Boneco Capoeira - The Brazilian Body Workout: Vol. 1 Body Basics | 2005 | Fitness, Instructional |
| Boneco Capoeira - The Brazilian Body Workout: Vol. 2 Strength & Toning | 2005 | Fitness, Instructional |
| Boneco Capoeira - The Brazilian Body Workout: Vol. 3 Custom Cardio | 2005 | Fitness, Instructional |
| Boneco Capoeira - The Brazilian Body Workout: Vol. 4 Abs & Booty | 2005 | Fitness, Instructional |
| Boneco Capoeira - The Brazilian Body Workout: Vol. 5 Power Ginga | 2005 | Fitness, Instructional |
| Boomerang | 01 Jul 1992 | Comedy, Romance |
| Bophal | 1993 | Drama |
| Bosom Buddies - The Complete First Season | 1980-1981 | Comedy, TV |
| Boy Meets Girl Collection, The | 1992 | Comedy |
| Brain Donors | 23 Dec 1950 | Western |
| Branded | | |

| Title | Date | Genre |
|---|---|---|
| Braveheart | 24 May 1995 | Action/Adventure, Biography, Drama |
| Breakdown | 02 May 1997 | Thriller, Action/Adventure, Crime |
| Breakfast at Tiffany's | 1961 | Drama, Romance |
| Breath of Scandal, A | 1960 | Drama, Comedy, Romance |
| Bride of the Wind | 08 Jun 2001 | Biography, Drama |
| Bridges at Toko-Ri, The | 20 Jan 1955 | Drama |
| Bringing Out the Dead | 1999 | Drama, Thriller |
| Broadway Bill | 1934 | Comedy, Drama |
| Brother Sun, Sister Moon | 1973 | Drama, Religious |
| Brotherhood, The | 19 Dec 1968 | Crime, Drama |
| Browning Version, The | 1994 | Drama |
| Bug | 1975 | Sci-Fi, Horror, Mystery |
| Bugsy Malone | 1976 | Music, Family |
| Butcher's Wife, The | 25 Oct 1991 | Comedy, Romance |
| Cadence | 1990 | War, Drama |
| Campus Man | 1987 | Comedy |
| Captain Kronos: Vampire Hunter | 1974 | Action/Adventure, Drama, Horror |
| Carmen Electra's Advanced Aerobic Striptease | 2003 | Fitness, Instructional, Special Interest |
| Carmen Electra's Aerobic Striptease | 2003 | Fitness, Instructional, Special Interest |
| Carmen Electra's Aerobic Striptease: Carmen's Fitness Collection | 2003 | Fitness, Instructional, Special Interest |
| Carmen Electra's Fit to Strip | 2003 | Fitness, Instructional, Special Interest |
| Carmen Electra's The Lap Dance & Hip Hop | 2003 | Fitness, Instructional, Special Interest |
| Carol Burnett Show: Let's Bump Up The Lights!, The | 12 May 2004 | Variety, Comedy, Family, TV |
| Carpetbaggers, The | 28 May 1964 | Drama |
| Carrie | 1952 | Drama, Romance |
| Casanova's Big Night | 1 Jan 1954 | Comedy, Music |

| Title | Date | Genres |
|---|---|---|
| Catch Me If You Can | 25 Dec 2002 | Drama, Comedy, Adventure, Biography, Crime |
| Catch-22 | 1970 | Comedy, War |
| Changing Lanes | 10 Sep 2002 | Thriller, Drama |
| Charlotte's Web (1973) | 1973 | Family, Animation, Children |
| Charlotte's Web (2006) | 20 Dec 2006 | Children, Family, Comedy, Drama |
| Charlotte's Web 2: Wilbur's Great Adventure | 03 Aug 2001 | Family, Animation, Children |
| Charlotte's Web Collection | | Family, Animation, Children |
| Charlotte's Web Gift Set | 1973 | Family, Animation, Children |
| Charmed: Four Season Pack | | Drama, Sci-Fi, Mystery, TV |
| Cheech & Chong's Greatest Hits Two Pack | 1978 - 1983 | Comedy |
| Chicken Run | 2000 | Animation, Comedy, Family, Children |
| Chicken Run / Wallace & Gromit in Three Amazing Adventures Value Pack | | Animation, Comedy, Family, Children |
| Children of a Lesser God | 1996 | Drama |
| Chinatown | 1974 | Crime, Drama, Mystery |
| Chuka | 1 Jan 1967 | Western |
| Chumscrubber, The | 05 Aug 2005 | Comedy, Thriller, Drama |
| Cinderella | 1950 | Comedy, Music |
| Classic Christmas Collection | 2006 | Drama, Family, Music |
| Clear and Present Danger | 1994 | Action/Adventure, Thriller, Drama |
| Clockstoppers | 29 Mar 2002 | Sci-Fi, Comedy, Family |
| Club | 13 Dec 1985 | Comedy, Crime, Mystery |
| Clueless | 19 Jul 1995 | Comedy, Romance |
| Coach Carter | 2004 | Drama, Sports |
| Collateral | 06 Aug 2004 | Drama, Crime, Thriller |
| Come Back, Little Sheba | 1952 | Drama |

| Title | Date | Genre |
|---|---|---|
| Coming to America | 29 Jun 1988 | Comedy, Romance |
| Company Man | 09 Mar 2001 | Comedy |
| Coneheads | 23 Jul 1993 | Comedy, Sci-Fi |
| Conformist Extended Edition, The | 1970 | Drama |
| Congo | 1995 | Action/Adventure, Mystery, Sci-Fi |
| Conquest of Space | 1955 | Sci-Fi |
| Contender, The | 13 Oct 2000 | Thriller, Drama |
| Conversation, The | 2002☐ | Crime, Thriller, Drama |
| Conviction | | Drama, Biography |
| Cool World | 1992 | Animation, Comedy, Mystery |
| Copper Canyon | 01 Oct 1950 | Western |
| Core, The | 28 Mar 2003 | Drama, Action/Adventure, Sci-Fi |
| Counterfeit Traitor, The | 1962 | Thriller |
| Country Girl, The | 15 Dec 1954 | Drama, Theater |
| Court Jester, The | 1956 | Adventure, Comedy, Music |
| Cousins | 1989 | Comedy, Romance |
| Crazy People | 1990 | Comedy |
| Crime Spree | 19 Sep 2003 | Crime, Comedy |
| Critical Condition | 1987 | Comedy |
| Crocodile Dundee | 1986 | Action/Adventure, Comedy |
| Crocodile Dundee II | 25 May 1988 | Action/Adventure, Comedy |
| Crocodile Dundee in Los Angeles | 2001 | Action/Adventure, Comedy |
| Crossing, The | 1996 | Drama, Romance |
| Crossroads | 2002 | Adventure, Comedy, Drama |
| Curse of the Jade Scorpion, The | 24 Aug 2001 | Comedy, Crime, Mystery |
| D.A.R.Y.L. | 1985 | Family, Sci-Fi |
| Daisy Miller | 22 May 1974 | Drama |
| Damaged Care | 26 May 2002 | Drama |

| Title | Date | Genre |
|---|---|---|
| Danger: Diabolik | 1968 | Action/Adventure, Crime |
| Darling Lili | 1970 | Music |
| David Space Collection, The | 2006 | |
| Day of the Locust, The | 1975 | Drama, Horror |
| Day Reagan Was Shot, The | | Drama |
| Days of Heaven | 1978 | Drama |
| Days Of Thunder | 1990 | Action/Adventure, Drama, Romance |
| Dead Again | 1991 | Drama, Mystery, Romance |
| Dead Man on Campus | 21 Aug 1998 | Comedy |
| Dead Zone, The | 1983 | Drama, Horror, Thriller |
| Dear God | 1996 | Comedy |
| Death Wish | 1974 | Action/Adventure, Crime, Drama |
| Deep Impact | 1998 | Drama, Sci-Fi, Thriller |
| Delicate Delinquent, The | 1957 | Comedy |
| Desire Under the Elms | 1958 | Drama, Romance |
| Desperate Hours, The | 06 Oct 1955 | Film Noir, Crime, Thriller, Drama |
| Destination America: The People and Cultures that Created a Nation | 2006 | Documentary, History, TV |
| Detective Story | 01 Nov 1951 | Crime, Film Noir, Drama |
| Deterrence | 10 Mar 2000 | Drama, Thriller |
| Diagnosis Murder: The Complete First Season | 1993-1994 | Mystery, Drama, Crime, TV |
| Diagnosis Murder: The Complete Second Season | 1994-1995 | Mystery, Drama, Crime, TV |
| Dickie Roberts: Former Child Star | 05 Sep 2003 | Comedy |
| Dirty Deeds | 2003 | Comedy, Crime |
| Disorderly Orderly, The | 1964 | Comedy, Romance |
| Distant Thunder | 11 Nov 1988☐ | Drama |
| Domestic Disturbance | 02 Nov 2001 | Crime, Drama, Mystery |
| Donovan's Reef | 14 Jun 1963 | Action/Adventure, Comedy, Romance |

| Title | Date | Genre |
|---|---|---|
| Don't Look Now | 25 Dec 1973 | Drama, Horror, Mystery |
| Double Jeopardy | 1999 | Thriller, Drama, Mystery |
| Down to Earth | 16 Feb 2001 | Comedy, Romance |
| Dragonslayer | 26 Jun 1981 | Action/Adventure |
| Dreamer: Inspired by a True Story | 21 Oct 2005 | Family, Drama, Sports |
| Dreamgirls | 2006 | |
| DreamWorks Animation: Award-Winning Family Fun Pack | | Animation, Comedy, Family, Children |
| | | Action/Adventure, Thriller |
| Drop Zone | 09 Dec 1994 | Action/Adventure, War, Drama |
| Duellists, The | 13 Jan 1978 | |
| DVD Dance Pack | | Music, Romance |
| Easy Come, Easy Go | 10 Mar 1967 | Comedy |
| Eddie Murphy Collection | | Comedy, Urban |
| Eddie Murphy Raw | 18 Dec 1987 | Thriller |
| Edge of Your Seat Collection | 2006 | Drama |
| Education of Little Tree, The | 25 Dec 1997 | Western, |
| El Dorado | 01 Jun 1967 | Action/Adventure |
| Election | 1999 | Comedy |
| Elephant Man, The | 03 Oct 1980 | Biography, Drama |
| | | Action/Adventure, Drama |
| Elephant Walk | 17 Apr 1954 | Comedy, Drama, |
| Elizabethtown | 14 Nov 2005 | Romance |
| Emily Bronte's Wuthering Heights | 1992 | Romance, Drama |
| | | Comedy, Drama, Romance |
| Emperor's New Clothes, The | 14 Jun 2002 | Drama |
| Enchanted April | 1992 | Drama, Thriller |
| Enduring Love | 29 Oct 2004 | Action/Adventure, |
| Enemy At the Gates | 16 Mar 2001 | Drama, History |
| Envy | 2004 | Comedy |
| Errand Boy, The | 1961 | Comedy |
| Escape Artist, The | 1982 | Drama |
| Escape From Alcatraz | 22 Jun 1979 | Drama, Thriller |

| Title | Date | Genre |
|---|---|---|
| Escape From L.A. | 09 Aug 1996 | Action/Adventure, Sci-Fi, Thriller |
| Eurotrip | 20 Feb 2004 | Comedy, Action/Adventure |
| Evening Star, The | 25 Dec 1996 | Drama, Comedy |
| Event Horizon | 15 Aug 1997 | Horror, Sci-Fi, Thriller |
| Everlasting Piece, An | 25 Dec 2000 | Comedy |
| Everybody Hates Chris: The Complete First Season | 2005-2006 | Comedy, TV |
| Everybody Hates Chris: The Complete Second Season | | Comedy, TV |
| Evolution | 08 Jun 2001 | Comedy, Sci-Fi |
| Experts, The | 1989 | Comedy |
| Explorers | 12 Jul 1985 | Sci-Fi, Family, Adventure |
| Extreme Comedy Collection | 2005 | Comedy |
| Extreme Ops | 2002 | Action/Adventure, Thriller |
| Eye for an Eye | 12 Jan 1996 | Thriller, Drama |
| Face/Off | 27 Jun 1997 | Action/Adventure, Crime, Drama |
| Fade to Black | 05 Nov 2004 | Documentary, Music, Urban |
| Failure to Launch | 2006 | Comedy, Romance |
| Fairytale - A True Story | 24 Oct 1997 | Family, Drama |
| Falling in Love | 21 Nov 1984 | Romance, Drama |
| Family Jewels, The | 1965 | Comedy |
| Family Ties: The Complete First Season | | Comedy, TV |
| Fan, The | 15 May 1981 | Thriller, Drama |
| Fancy Pants | 01 Sep 1950 | Comedy, Western |
| Far Horizons, The | 20 May 1955 | Western, History |
| Fat Man & Little Boy | 20 Oct 1989 | Drama |
| Fatal Attraction | 18 Sep 1987 | Thriller, Drama |
| Father of the Pride: The Complete Series | | Animation, Comedy Drama, Biography, Sports |
| Fear Strikes Out | 20 Mar 1957 | Comedy |
| Ferris Bueller's Day Off | 11 Jun 1986 | Comedy |
| Festival in Cannes | 08 Mar 2002 | Comedy, Art |

| | | |
|---|---|---|
| Fighting Temptations, The | 19 Sep 2003 | Comedy, Music, Urban |
| Fire In The Sky | 12 Mar 1993 | Sci-Fi, Drama, Mystery |
| Firm, The | 30 Jun 1993 | Drama, Thriller |
| First Born | 1984 | Drama |
| First Monday In October | 1981 | Comedy, Drama |
| First Wives Club, The | 20 Sep 1996 | Comedy |
| Five Card Stud | 12 Jul 1968 | Western, Mystery |
| Five Pennies, The | 09 May 1959 | Biography, Music, Drama |
| Flashback | 02 Feb 1990 | Comedy, Action/Adventure, Drama |
| Flashdance | 15 Apr 1983 | Romance, Music, Drama |
| Flesh and Bone | 05 Nov 1993 | Drama, Mystery, Romance |
| Flight of the Intruder | 18 Jan 1991 | Action/Adventure, War |
| Focus | 19 Oct 2001 | Drama |
| Footloose | 17 Feb 1984 | Drama, Music |
| Forces of Nature | 19 Mar 1999 | Romance, Comedy |
| Forrest Gump | 1994 | Comedy, Drama, Romance |
| Foul Play | 1978 | Comedy, Thriller |
| Four Brothers | 12 Aug 2005 | Action/Adventure, Crime, Drama |
| Four Feathers, The | | Drama, Action/Adventure, War |
| Frankenstein and the Monster from Hell | 1974 | Horror |
| Frankie & Johnny | | Romance, Comedy, Drama |
| Friday the 13th | 1980 | Horror, Mystery, Thriller |
| Friday the 13th - The Final Chapter | 1984 | Horror, Mystery, Thriller |
| Friday the 13th Part 2 | 1981 | Horror, Mystery, Thriller |

| Title | Date | Genre |
|---|---|---|
| Friday the 13th Part 3 | 1982 | Horror, Mystery, Thriller |
| Friday the 13th Part V - A New Beginning | 1985 | Horror, Mystery, Thriller |
| Friday the 13th Part VII - The New Blood | 1988 | Horror, Mystery, Thriller |
| Friday the 13th Part VIII - Jason Takes Manhattan | 1989 | Horror, Mystery, Thriller |
| Friday the 13th, Part VI: Jason Lives | 1986 | Horror, Mystery, Thriller |
| Friday The 13th: From Crystal Lake To Manhattan - Ultimate Edition DVD Collection | 2004 | Horror, Mystery, Thriller |
| From John Wayne's Batjac Productions: The Suspense Collection | | Adventure, Drama |
| Fun in Acapulco | | Music, Comedy |
| Funny About Love | 1990 | Comedy, Romance |
| Funny Face | | Music, Comedy, Romance |
| G.I. Blues | 1960 | Music, Comedy |
| Galaxy Quest | 25 Dec 1999 | Comedy, Action/Adventure, Sci-Fi |
| Gallipoli | 1 Jan 1981 | Drama, War |
| Gambler, The | 1975 | Drama |
| General's Daughter, The | | Thriller, Drama, Mystery |
| George Lopez: Why You Crying? | 1 Jan 2004 | Comedy |
| Get Real | 1999 | Drama, Romance, Gay and Lesbian |
| Get Rich or Die Tryin' | 09 Nov 2005 | Drama, Action/Adventure, Crime |
| Ghost | 1990 | Comedy, Drama, Romance |
| Ghost and the Darkness, The | | Action/Adventure, Thriller, Drama |
| Ghost in the Shell 2 Innocence | 17 Sep 2004 | Thriller, Action/Adventure, Drama, Sci-Fi, Japanese Animation |

| Title | Date | Genre |
|---|---|---|
| Ghost in the Shell 2: Innocence / Millennium Actress Value Pack | | Thriller, Action/Adventure, Drama, Sci-Fi, Japanese Animation |
| Gift, The | 20 Dec 2000 | Drama, Horror, Mystery |
| Girlfriends: The Complete First Season | 2006 | Comedy, Urban, TV |
| Girls Rock! Mean Girls / Clueless 2-Pack | | Comedy |
| Girls! Girls! Girls! | 1962 | Music, Comedy |
| Gladiator | 05 May 2000 | Action/Adventure, Drama |
| Godfather Collection, The | | Drama, Crime |
| Godfather Part II, The | 20 Dec 1974 | Crime, Drama |
| Godfather Part III, The | 25 Dec 1990 | Crime, Drama |
| Godfather, The | 1972 | Crime, Drama |
| Goin' South | | Western, Comedy |
| Golden Child, The | | Action/Adventure, Comedy, Mystery |
| Gomer Pyle U.S.M.C.: The Complete First Season | 1964-1965 | Comedy |
| Good Burger | | Comedy, Family |
| Goodbye, Columbus | | Comedy, Drama, Romance |
| Grease | 1978 | Music, Comedy, Romance |
| Grease 2 | 1982 | Music, Comedy, Romance |
| Grease 2-Pack | | Music, Comedy, Romance |
| Great Gatsby, The | 1974 | Drama, Romance |
| Greatest Show on Earth, The | 1952 | Family, Drama |
| Growing Up Brady | 21 May 2000 | Comedy, Family |
| Gunfight at the O.K. Corral | | Western |
| Gung Ho | 1986 | Comedy, Drama |
| Half a Sixpence | 1968 | Music |
| Hammett | 1 Jan 1982 | Mystery, Crime |
| Happy Days: The Complete First Season | 1974 | Comedy, TV |
| Hard Rain | 1998 | Action/Adventure, Thriller, Crime |
| Hardball | 2001 | Drama, Sports |

| Title | Date | Genre |
|---|---|---|
| Harlem Nights | | Comedy, Crime, Drama |
| Harold and Maude | | Comedy, Romance, Drama |
| Harriet the Spy | | Family |
| Harrison Ford Collection, The | | |
| Hatari | 1962 | Action/Adventure, Comedy, Drama |
| Haunting, The | 23 Jul 1999 | Thriller, Horror, Mystery |
| He Said, She Said | 1991 | Drama, Comedy, Romance |
| Head of State | 28 Mar 2003 | Comedy, Urban |
| Heartburn | 1986 | Romance, Comedy, Drama |
| Heaven Can Wait | 1962 | Comedy, Romance |
| Hell is for Heroes | 1962 | War, Drama |
| Heller in Pink Tights | 1960 | Western, Drama, Romance |
| Helo Down There | 1969 | Comedy, Sci-Fi |
| Hellraiser III: Hell On Earth | 1992 | Horror |
| Hey Arnold! The Movie | 2002 | Children, Animation, Family |
| High and the Mighty, The | 1 Jan 1954 | Action/Adventure, Drama |
| Hit! | 1973 | Action/Adventure |
| Hollywood Confidential | | Crime |
| Hollywood Ending | 01 May 2002 | Comedy |
| Hollywood Screen Legends 3-DVD Box Set | 1953, 1955, 1951 | |
| Homeland Security | 1 Jan 2004 | Drama |
| Hondo | 1953 | Western |
| Honeymooners, The | 10 Jun 2005 | Comedy |
| Hot Pursuit | 1987 | Comedy |
| Hours, The | 2002 | Drama |
| House of Fools | 2003 | Drama |
| House of Sand and Fog | 19 Dec 2003 | Drama |
| Houseboat | | Comedy, Family, Romance |
| How to Lose a Guy in 10 Days | 2003 | Comedy, Romance |

| Title | Date | Genre |
|---|---|---|
| Hud | 21 May 1963 | Drama, Western, Action/Adventure, Thriller |
| Hunt for Red October, The | 1990 | Action/Adventure, Thriller |
| Hunted, The | 2003 | Drama, Thriller |
| Hunter, The | 1980 | Action/Adventure, Biography, Thriller |
| Hustle | 25 Dec 1975 | Drama, Mystery, Crime |
| Hustle & Flow | 22 Jul 2005 | Crime, Drama, Urban, Music |
| I Married A Monster From Outer Space | 1958 | Horror, Sci-Fi |
| I.Q. | 1994 | Comedy, Romance |
| I'll Sleep When I'm Dead | 2004 | Thriller, Crime, Drama |
| I'm Dancing As Fast As I Can | 5 Mar 1982 | Drama |
| In & Out | | Comedy, Gay and Lesbian |
| In Dreams | 15 Jan 1999 | Thriller, Drama, Horror |
| In Harm's Way | | Drama, War |
| Inconvenient Truth, An | 2006 | Documentary |
| Indecent Proposal | 16 Apr 2002 | Drama, Romance |
| Indiana Jones and the Last Crusade | | Action/Adventure, Thriller |
| Indiana Jones and the Raiders of the Lost Ark | | Action/Adventure, Thriller |
| Indiana Jones and the Temple of Doom | | Action/Adventure, Thriller |
| Internal Affairs | 1990 | Crime, Thriller, Drama |
| Intersection | 1994 | Drama, Romance |
| Intimate Strangers | 30 Jul 2004 | Drama, Mystery, Foreign |
| Into the West | | Western, Action/Adventure, Drama |
| Is Paris Burning? | | Drama, History, War, Gay and Lesbian |
| Island / Minority Report Value Pack, The | | Action/Adventure, Thriller |

| Title | Date | Genre |
|---|---|---|
| Island in the Sky | 1 Jan 1953 | Action/Adventure, Drama |
| Island, The | 2005 | Action/Adventure, Thriller, Drama, Sci-Fi |
| Islands In The Stream | 1977 | Drama |
| It Started In Naples | 1960 | Comedy, Romance |
| Italian Job (1969), The | 1969 | Action/Adventure, Comedy, Crime |
| Italian Job (2003), The | 2003 | Action/Adventure, Crime, Thriller |
| Italian Job DVD Gift Set, The | 30 May 2003 | Action/Adventure, Crime |
| It's A Wonderful Life | 1946 | Drama |
| It's All True | 15 Oct 1993 | Documentary, History, TV |
| Jack Black 3-Pack Giftset | | Comedy |
| Jack Black Pack | | Comedy |
| Jack Ryan 3 Pack, The | | Action/Adventure |
| Jack Ryan Special Edition DVD Collection, The | | Action/Adventure |
| Jackass Number Two | 2006 | Comedy, Action/Adventure, Reality |
| Jackass the Movie | 2002 | Comedy, Action/Adventure, Reality |
| Jade | | Thriller, Action/Adventure, Crime |
| JAG: The Complete First Season | 23 Sep 1995 - 10 Jul 1996 | Drama, Action/Adventure, TV |
| JAG: The Complete Second Season | 1996-1997 | Drama, Action/Adventure, TV |
| Jakers!: Piggley Gets Into Trouble | 2005 | Animation, Children, Family, TV |
| Jakers!: School Days in Tara | 2005 | Animation, Children, Family, TV |
| Jakers!: Sheep On the Loose | 2005 | Animation, Children, Family, TV |

| Title | Year | Genre |
|---|---|---|
| Jakers!: Spooky Storytellers | 2005 | Animation, Children, Family, TV |
| Jakers!: Treasure Hunt on Raloo Farm | 2005 | Animation, Children, Family, TV |
| Jennifer 8 | 1992 | Thriller, Mystery |
| Jerry Lewis: The "Legendary Jerry" Collection | | Comedy |
| Jimmy Hollywood | 1994 | Comedy, Crime, Drama |
| Jimmy Neutron: Boy Genius | 1 Jan 2001 | Children, Animation, Family |
| John Grisham's The Rainmaker | 1997 | Drama, Thriller |
| John Wayne Collection: DVD Gift Set, The | 1962,1967,1965,1969, | |
| John Wayne Collection: Volume I, The | 1976 | Western |
| John Wayne Collection: Volume II, The | | Western |
| Johnny Reno | 1966 | Western |
| Joseph Andrews | 1977 | Comedy, Adventure, Romance |
| Joseph: King of Dreams | 2000 | Animation, Family, Children, Religious |
| Judas | 2004 | Drama, Religious |
| Juice | | Drama, Action/Adventure, Crime |
| Just a Kiss | | Comedy, Romance |
| Just for You / Here Comes the Groom | 1951-1952 | Drama, Music, Romance |
| Just Like Heaven | 16 Sep 2005 | Romance, Comedy |
| K-19: The Widowmaker | 19 Jul 2002 | Drama, History, Thriller |
| Keen Eddie: The Complete Series | 3 Jun 2003 | Action/Adventure, Comedy, TV |
| Keep the Faith, Baby | | Drama |
| Kids in the Hall: Brain Candy | | Comedy |
| King Creole | 1958 | Music, Drama |
| King David | 1985 | Action/Adventure, Drama, War |
| King Kong | 1976 | Thriller, Action/Adventure, Romance |

| | | |
|---|---|---|
| Kiss Me Guido | | Comedy |
| | | |
| Kiss the Girls | 1997 | Drama, Mystery, Thriller |
| Ladies Man (1961), The | 1961 | Comedy |
| Ladies Man (2000), The | | Comedy |
| | | |
| Lady In A Cage | 1964 | Drama, Horror, Thriller |
| Lady Jane | 1985 | Drama, History |
| | | Biography, Drama, |
| Lady Sings the Blues | 1972 | Music |
| Ladybugs | 1992 | Comedy, Sports |
| | | Action/Adventure, |
| Lara Croft Tomb Raider: The Cradle of Life | 25 Jul 2003 | Thriller |
| Lara Croft: Tomb Raider | 11 Jun 2001 | Action/Adventure |
| Lara Croft: Tomb Raider DVD Collection | | Action/Adventure |
| Larry The Cable Guy: Health Inspector | 24 Mar 2006 | Comedy |
| | | Family, Adventure |
| Lassie | | Action/Adventure, |
| | | Drama, Thriller |
| Last Castle, The | 19 Oct 2001 | Adventure, Comedy, |
| | | Drama |
| Last Holiday | 2006 | Drama, Comedy, |
| | | Romance |
| Last Kiss, The | 2006 | Comedy, Drama |
| Last of the Red Hot Lovers | 1972 | Western, Drama |
| Last Train From Gun Hill | 29 Jul 1959 | Drama, Romance |
| Last Tycoon, The | 1977 | Comedy, TV |
| Lateline  The Complete Series | 1998-1999 | Comedy |
| Latham Comedy Collection, The | 1 Jan 2005 | Comedy |
| Latham Entertainment Presents | 07 Oct 2003 | Comedy |
| Laugh Or I'll Shoot Collection | | |
| | | |
| Laverne & Shirley  The Complete First Season | 1976 | Comedy, TV |
| LazyTown:  Energy Book | 2007 | Children, Family, TV |
| LazyTown:  Records Day | 2006 | Children, Family, TV |
| LazyTown:  Robbie's Greatest Messes | 2005 | Children, Family, TV |
| LazyTown:  Sports Candy Festival | 2006 | Children, Family, TV |
| LazyTown:  Surprise Santa | 2005 | Children, Family, TV |
| LazyTown:  Swiped Sweets | 2006 | Children, Family, TV |
| Leap of Faith | 1992 | Comedy, Drama |

| Title | Date | Genre |
|---|---|---|
| Legend of Bagger Vance, The | 03 Nov 2000 | Drama, Sports, Romance |
| Lemony Snicket's A Series of Unfortunate Events | 17 Dec 2004 | Adventure, Comedy, Family |
| Let It Ride | 1971 | Comedy, Action/Adventure |
| Let's Scare Jessica to Death | 1971 | Horror |
| Lifeguard | 23 Jul 1976 | Drama |
| Li'l Abner | 1959 | Comedy, Music, Family |
| Lipstick | 1976 | Drama |
| Little Prince, The | 1974 | Family, Music, Sci-Fi |
| Lonely Man, The | 1957 | Western |
| Longest Yard (1974), The | 21 Aug 1974 | Comedy, Drama, Sports |
| Longest Yard (2005), The | 27 May 2005 | Action/Adventure, Comedy, Drama, Sports |
| Lords of Discipline, The | 1982 | Thriller |
| Losing Isaiah | 1995 | Drama |
| Love Letter, The | 21 May 1999 | Romance, Comedy, Drama |
| Love Me If You Dare | 2004 | Drama, Romance, Foreign |
| Love Story | | Drama, Romance |
| Lucky Break | | Comedy, Crime |
| Lucky Numbers | 2000 | Comedy |
| Macbeth | 1948 | |
| Machinist, The | 2004 | Drama, Mystery, Thriller |
| Mad Hot Ballroom | 13 May 2005 | Documentary |
| Madagascar | 2005 | Animation, Comedy, Family, Children |
| Madagascar / Shark Tale Value Pack | | Animation, Comedy, Family, Children |
| Madagascar / Shrek 2 Value Pack | | Animation, Comedy, Family, Children |
| Madagascar / Shrek Value Pack | | Animation, Comedy, Family, Children |
| Major League | | Comedy, Sports |

| Title | Date | Genre |
|---|---|---|
| Man in the Mirror: The Michael Jackson Story | 2004 | Biography, Documentary, TV |
| Man in the Vault | 1956 | Crime, Drama |
| Man on the Train | 2003 | Comedy, Drama, Foreign |
| Man Who Shot Liberty Valance, The | 1962 | Western |
| Manchurian Candidate, The | 2004 | Thriller, Mystery, Drama |
| Marathon Man | | Thriller, Drama |
| Marci X | 22 Aug 2003 | Comedy, Music |
| Martin & Lewis - Volume 1 | 1951-1953 | Comedy |
| Martin Lawrence Live: Runteldat | | Documentary, Biography, Comedy |
| Match Point | 28 Dec 2005 | Thriller, Drama, Romance |
| Matchmaker, The | 1958 | Comedy, Romance |
| McLintock! | 1 Jan 1963 | Western, Comedy |
| Mean Creek | 2004 | Adventure, Crime, Drama |
| Mean Girls | 30 Apr 2004 | Comedy, Drama |
| Mean Machine | | Comedy, Drama, Sports |
| Medium Cool | 1969 | Drama, Romance, War |
| Meeting Daddy | 2000 | Comedy, Romance |
| Mel Gibson Ultimate Collection | 2006 | Action/Adventure, Drama, War |
| Metallica: Some Kind of Monster | 2004 | Documentary, Music |
| Mexican / Forces of Nature Value Pack, The | | Romance, Comedy, Drama, Comedy, Romance, |
| Mexican, The | 02 Mar 2001 | Action/Adventure |
| Milk Money | 1994 | Romance, Comedy |
| Minority Report | 21 Jun 2002 | Action/Adventure, Thriller, Sci-Fi, Drama, Crime |
| Miracle of Morgan's Creek, The | 1 Jan 1944 | Comedy |
| Mission: Impossible | 1996 | Action/Adventure, Thriller, Mystery |

| Title | Date | Genre |
|---|---|---|
| Mission: Impossible 2 | 2000 | Action/Adventure, Thriller, Mystery |
| Mission: Impossible 3 | 5 May 2006 | Action/Adventure, Thriller, Mystery |
| Mission: Impossible Special Collector's Edition and M:i-2 | | Action/Adventure, Thriller, Mystery |
| Mission Impossible Ultimate Missions Collection 2006 | | Action/Adventure, Thriller, Mystery |
| Molly Maguires, The | 1970 | Drama, History |
| Mommie Dearest | 16 Sep 1981 | Drama, Biography |
| Mork & Mindy: The Complete First Season | 14 Sep 1978 | Comedy, TV |
| Mostly Martha | | Comedy, Romance, Drama |
| Mother | 1996 | Comedy, Drama |
| Mouse Hunt | 19 Dec 1997 | Comedy, Family, Action/Adventure |
| Murder on the Orient Express | 1974 | Crime, Mystery, Drama |
| Murphy's War | 1971 | Action/Adventure, Drama, War |
| My Bloody Valentine | 1981 | Horror, Thriller |
| My First Mister | 2001 | Comedy, Drama, Romance |
| My Friend Irma / My Friend Irma Goes West | 1949, 1950 | Comedy, Romance |
| My Geisha | 1962 | Comedy, Family, Action/Adventure |
| My Side of the Mountain | | Comedy |
| Nacho Libre | 2006 | Comedy, Action/Adventure, Thriller |
| Naked Gun 2 1/2: The Smell of Fear, The | | Comedy, Action/Adventure, Thriller |
| Naked Gun 33 1/3: The Final Insult, The | 1994 | Comedy, Action/Adventure |
| Naked Gun DVD Gift Set, The | | Comedy, Action/Adventure |
| Naked Gun: From the Files of Police Squad!, The | | Comedy, Action/Adventure, Romance |

| Title | Date | Genre |
|---|---|---|
| Naked Jungle, The | 3 Sep 1954 | Action/Adventure, Drama |
| Narc | 12 Dec 2002 | Drama, Thriller, Crime |
| Nashville | | Drama, Comedy, Music |
| Nate and Hayes | 1983 | Action/Adventure |
| Necessary Roughness | 1991 | Comedy, Sports |
| Neil Young : Heart of Gold | 10 Feb 2006 | Documentary, Special Interest, Music |
| Nevada Smith | 1963 | Western |
| New Kind of Love, A | 1963 | Romance, Comedy |
| New Year's Day | 1989 | Comedy |
| Next Best Thing, The | | Comedy, Romance, Drama |
| Nick of Time | 22 Nov 1995 | Thriller, Drama, Crime |
| Night at the Roxbury, A | 1998 | Comedy |
| Night Falls on Manhattan | 1996 | Crime, Drama |
| No Direction Home Bob Dylan | 1 Jan 2005 | Documentary |
| No Way to Treat a Lady | 1968 | Comedy, Thriller |
| Nobody's Fool | 1994 | Drama |
| North Dallas Forty | | Drama, Comedy, Sports |
| Northfork | 11 Jul 2003 | Drama |
| Numbers: The Complete First Season | 23 Jan 2005 - 13 May 2005 | Drama, Mystery, TV |
| Numbers: The Complete Second Season | 2005-2006 | Drama, Mystery, TV |
| Nutty Professor, The | 1963 | Comedy, Sci-Fi |
| Odd Couple II, The | 1998 | Comedy, Adventure |
| Odd Couple, The | 1967 | Comedy, Drama |
| Odd Couple, The: The Complete First Season | | Comedy, TV |
| Officer and a Gentleman, An | 1982 | Drama, Romance |
| Oh! What A Lovely War | 1969 | Music, War |
| Old School | 2003 | Comedy |
| Oliver's Story | 1978 | Drama, Romance |
| On a Clear Day You Can See Forever | 1970 | Comedy, Romance, Music |

| Title | Date | Genre |
|---|---|---|
| Once Upon a Time in the West | 1969 | Western, Action/Adventure, Drama, Foreign |
| Oprah Winfrey Show: 20th Anniversary Collection, The | 1986-2005 | Variety, TV, Special Interest |
| Orange County | 11 Jan 2002 | Comedy, Drama |
| Orca: The Killer Whale | 1977 | Thriller, Drama, Horror |
| Ordinary People | 1980 | Drama |
| Original Kings & Queens of Comedy Laugh Pack, The | | Comedy |
| Original Kings of Comedy, The | 1 Jan 2000 | Comedy, Documentary |
| Original Latin Kings of Comedy, The | 18 Oct 2002 | Comedy |
| Our America | 28 Jul 2002 | Drama, Urban |
| Our Lady of the Assassins | | Crime, Drama, Romance |
| Out-of-Towners (1969), The | 28 May 1970 | Comedy |
| Out-of-Towners (1969), The | 2 Apr 1969 | Comedy |
| Ova: The Hodge | 2006 | Animation |
| P. Diddy Presents the Bad Boys of Comedy: Season One | 10 Jun 2005 | Comedy |
| Paint Your Wagon | 1969 | Music, Comedy, Western |
| Paper Moon | | Comedy, Drama |
| Paradise, Hawaiian Style | 1966 | Music, Romance |
| Parallax View, The | 1974 | Drama, Thriller |
| Paramount Generic | | |
| Paris when it Sizzles | | Comedy, Romance |
| Passion of Mind | | Romance, Drama, Mystery |
| Patriot Games | 1992 | Action/Adventure, Thriller, Drama |
| Patsy, The | 1964 | Comedy |
| Paulie | 17 Apr 1998 | Comedy, Family, Adventure, Drama |
| Payback | 1999 | Crime, Drama, Thriller |
| Paycheck | 2003 | Action/Adventure, Sci-Fi, Thriller |

| Title | Date | Genre |
|---|---|---|
| Peacemaker, The | 1997 | Action/Adventure, Thriller |
| Peanuts: Bon Voyage, Charlie Brown (and Don't Come Back!) | | Animation, Family, Children |
| Peanuts: Race for Your Life, Charlie Brown | 1977 | Animation, Family, Children |
| Pentagon Papers, The | 2003 | Drama |
| Perfect Score, The | 2004 | Comedy, Crime |
| Perfume | 2006 | Drama, Crime, Thriller |
| Permanent Record | 1988 | Drama, Music, Romance |
| Pet Sematary | 1989 | Horror |
| Pet Sematary Two | 1992 | Horror, Action/Adventure |
| Phantom, The | | Action/Adventure, Crime, Family |
| Place in the Sun, A | | Drama, Romance |
| Planes, Trains and Automobiles | 1987 | Comedy, Adventure, Drama |
| Play It Again, Sam | 1972 | Comedy, Romance |
| Plaza Suite | 12 May 1971 | Comedy, Drama |
| Plunder of the Sun | 1953 | Action/Adventure, Drama |
| Police Squad: The Complete Series | 04 Mar 1982 | Comedy, TV |
| Pontiac Moon | 1995 | Drama |
| Pootie Tang | | Comedy, Music, Action/Adventure |
| Popeye | | Comedy, Music, Adventure |
| Posse | 1975 | Western |
| Postcards From Buster: Buster's Buddies | 2005 | Children, Animation, TV |
| Postcards From Buster: Buster's Got The Beat | 2005 | Children, Animation, TV |
| Postcards From Buster: Buster's Outdoor Journeys | 2005 | Children, Animation, TV |
| Postcards From Buster: Buster's World of Sports | 2005 | Children, Animation, TV |
| President's Analyst, The | | Comedy, Thriller |
| Presidio, The | | Action/Adventure, Thriller, Crime |

| Title | Date | Genre |
|---|---|---|
| Pretty Baby | 1978 | Drama |
| Pretty in Pink | 1986 | Comedy, Drama, Romance |
| Price for Peace | | Documentary |
| Primal Fear | 1996 | Thriller, Drama, Crime |
| Prince & Me, The | 2004 | Comedy, Romance |
| Prince of Egypt, The | 1998 | Animation, Family |
| Prince of Egypt, The /Joseph: King of Dreams | 2006 | Animation, Family, Children, Religious |
| Private Parts | | Comedy, Biography, Drama |
| Prize Winner of Defiance, Ohio, The | 23 Sep 2005 | Comedy, Drama, Biography |
| Prophecy | 1979 | Sci-Fi, Horror |
| Queens of Comedy, The | 1 Jan 2001 | Comedy |
| Quest Duck: The Movie | 18 Jul 2006 | Comedy, Special Interest, Animation, Gay and Lesbian |
| Racing with the Moon | 23 Mar 1984 | Drama, Comedy, Romance |
| Ragtime | 1981 | Drama |
| Rainmaker, The | 1956 | Romance, Thriller, Western |
| Rat Race | 2001 | Comedy, Adventure |
| Real Blonde, The | | Comedy, Drama, Romance |
| Real Life | 1979 | Comedy |
| Reckoning, The | 2004 | Drama |
| Red Eye | 19 Aug 2005 | Thriller, Drama |
| Red Garters | 1 Jan 1954 | Music, Western |
| Red Tent, The | 29 Jul 1971 | Action/Adventure, Foreign |
| Reds | 1981 | Drama |
| Regarding Henry | 1991 | Drama |
| Relic, The | 10 Jan 1997 | Horror, Thriller |
| Riding High | 1950 | Comedy |
| Ring Collector's Set, The | | Thriller, Horror |
| Ring of Fear | 1954 | Action/Adventure, Mystery |
| Ring Two / The Ring Value Pack, The | | Thriller, Horror |

| Title | Date | Genre |
|---|---|---|
| Ring Two, The | 18 Mar 2005 | Thriller, Horror, Drama |
| Ring, The | 18 Oct 2002 | Thriller, Horror, Drama |
| Ringu | | Thriller, Horror, Foreign, Mystery |
| Ringu 2 | | Thriller, Horror, Foreign, Mystery |
| Ringu Anthology of Terror | | Thriller, Horror, Foreign |
| Road to El Dorado, The | 2000 | Animation, Family |
| Road to Perdition | 12 Jul 2002 | Drama, Crime |
| Road Trip | 19 May 2000 | Comedy, Action/Adventure |
| Rock-A-Bye Baby | | Comedy |
| Roman Holiday | | Drama, Romance, Comedy |
| Romeo & Juliet | 1955 | Romance, Drama |
| Rose Tattoo, The | 1968 | Drama, Romance |
| Rosemary's Baby | 1964 | Drama, Horror |
| Roustabout | | Music, Romance |
| Rugrats Go Wild | 2003 | Children, Animation, Family |
| Rugrats In Paris: The Movie | | Children, Animation, Family |
| Rugrats Movie, The | | Children, Animation, Family |
| Rugrats Movies Collection, The | | Children, Animation, Family |
| Rules of Engagement | 31 Mar 2000 | Thriller, Drama |
| Runaway Bride | | Comedy, Romance |
| Rustlers' Rhapsody | 1985 | Western, Comedy |
| Sabrina (1954) | | Comedy, Romance |
| Sabrina (1995) | | Comedy, Romance, Drama |
| Sahara | 8 Apr 2005 | Action/Adventure, Comedy |
| Saint, The | | Action/Adventure, Romance, Thriller |
| Samuel L. Jackson Ultimate Collection | | |

| Title | Date | Genre |
|---|---|---|
| Saturday Night Fever | 1977 | Drama, Music |
| Save the Last Dance | 2001 | Romance, Drama |
| Save the Last Dance 2 | 2006 | Romance, Drama |
| Save the Last Dance/Save the Last Dance 2 (2-Pack) | 2006 | Drama |
| Save the Tiger | 1 Jan 1973 | Drama |
| Saving Private Ryan | 24 Jul 1998 | Drama, Action/Adventure, War |
| School of Rock | 3 Oct 2003 | Comedy, Music |
| School Ties | 1992 | Drama, Sports |
| Schultze Gets the Blues | 18 Feb 2005 | Comedy, Drama, Music |
| Score, The | | Crime, Drama, Thriller |
| Scrooged | 1988 | Comedy |
| Sean Connery Collection | 2005 | |
| Searching for Bobby Fischer | 1993 | Drama |
| Seconds | 1966 | Sci-Fi, Thriller, Mystery |
| See Arnold Run | 1 Jan 2005 | Drama, Biography, Comedy |
| Separate Peace, A | 2002 | Drama |
| Serpico | 1973 | Drama, Crime |
| Saving Sara | | Romance, Comedy |
| Shaft | | Action/Adventure, Crime, Thriller |
| Shane | | Western, Drama |
| Shark Tale | 2004 | Animation, Comedy, Family |
| She's Having a Baby | 17 Mar 2006 | Comedy, Romance |
| She's the Man | 1 Jan 1989 | Comedy, Romance |
| Shirley Valentine | | Comedy, Romance |
| Shogun | 1980 | Drama, Action/Adventure, TV |
| Shooting War: World War II Combat Cameramen | | Documentary |
| Shootist, The | 1976 | Western, Drama |
| Show of Force, A | 1 Jan 1990 | Drama, Thriller |

| Title | Date | Genre |
|---|---|---|
| Shrek | 2001 | Animation, Comedy, Family |
| Shrek / Shrek 2 Value Pack | | Animation, Comedy, Family |
| Shrek / Shrek 3-D 2-Pack | | Animation, Comedy, Family |
| Shrek 2 | 2004 | Animation, Comedy, Family |
| Shrek: The Story So Far | | Animation, Comedy, Family |
| Sidewalks of New York | | Comedy, Romance |
| Sightings: Heartland Ghost | 2002 | Documentary, Sci-Fi, TV |
| Silver Bullet | 1985 | Adventure, Horror, Mystery |
| Simple Plan, A | | Thriller, Drama, Crime |
| Sinbad: Legend of the Seven Seas | 2003 | Animation, Family, Adventure |
| Singing Detective, The | 2003 | Comedy, Music, Mystery |
| Sister, Sister: Premiere Episodes | | Comedy, Family, Urban, TV |
| Sky Captain and the World Of Tomorrow | 17 Sep 2004 | Action/Adventure, Mystery, Sci-Fi |
| Sleepy Hollow | 19 Nov 1999 | Horror, Thriller |
| Sliding Doors | | Drama, Romance |
| Silver | 1993 | Thriller, Drama |
| Small Soldiers | 10 Jul 1998 | Action/Adventure, Sci-Fi, Comedy |
| Small Time Crooks | 19 May 2000 | Comedy, Crime |
| Smile Like Yours, A | 1997 | Romance, Comedy |
| Snake Eyes | 07 Aug 1998 | Crime, Thriller, Drama |
| Snow Day | 11 Feb 2000 | Comedy, Family |
| Soapdish | | Comedy |
| Some Kind of Hero | 1982 | Comedy |
| Some Kind of Wonderful | 1987 | Drama, Romance |
| Someone To Love | 1988 | Comedy |
| Sons of Katie Elder, The | 1965 | Western |
| Sorry, Wrong Number | | Drama, Film Noir, Thriller |

| Title | Date | Genre |
|---|---|---|
| Soul Food - The Series: The Complete First Season | 2000-2001 | Drama, TV |
| South Park: Bigger, Longer & Uncut | | Comedy, Animation, Music |
| SpongeBob SquarePants Movie, The | 19 Nov 2004 | Animation, Family, Children, Comedy |
| Sports Pages, The | 07 Jan 2001 | Drama |
| Spy Who Came in from the Cold, The | 1965 | Drama, Thriller |
| Stalag 17 | 1953 | Drama, War |
| Star Spangled Girl | 1971 | Comedy |
| Star Trek II: The Wrath of Khan | 1 Jan 1982 | Sci-Fi, Action/Adventure |
| Star Trek III: The Search for Spock | 1 Jun 1994 | Sci-Fi, Action/Adventure |
| Star Trek IV: The Voyage Home | 19 Nov 1986 | Sci-Fi, Action/Adventure |
| Star Trek V: The Final Frontier | 9 Jun 1989 | Sci-Fi, Action/Adventure |
| Star Trek VI: The Undiscovered Country | 1991 | Sci-Fi, Action/Adventure |
| Star Trek: Deep Space Nine: Season 1 | | Sci-Fi, Action/Adventure, TV |
| Star Trek: Deep Space Nine: Season 2 | | Sci-Fi, Action/Adventure, TV |
| Star Trek: Deep Space Nine: Season 3 | | Sci-Fi, Action/Adventure, TV |
| Star Trek: Deep Space Nine: Season 4 | | Sci-Fi, Action/Adventure, TV |
| Star Trek: Deep Space Nine: Season 5 | 1996-1997 | Sci-Fi, Action/Adventure, TV |
| Star Trek: Deep Space Nine: Season 6 | 1997-1998 | Sci-Fi, Action/Adventure, TV |
| Star Trek: Deep Space Nine: Season 7 | | Sci-Fi, Action/Adventure, TV |

| Title | Date | Genre |
|---|---|---|
| Star Trek: Deep Space Nine: The Complete Series | | Sci-Fi, Action/Adventure, TV |
| Star Trek: First Contact | 1996 | Sci-Fi, Action/Adventure |
| Star Trek: Generations | 18 Nov 1994 | Sci-Fi, Action/Adventure |
| Star Trek: Insurrection | 1998 | Sci-Fi, Action/Adventure |
| Star Trek: Nemesis | 13 Dec 2002 | Sci-Fi, Action/Adventure |
| Star Trek: The Motion Picture | 1 Jan 1980 | Sci-Fi, Action/Adventure |
| Star Trek: The Motion Pictures DVD Collection | | Sci-Fi, Action/Adventure |
| Starting Over | 5 Oct 1979 | Comedy |
| Staying Alive | | Drama, Music |
| Stepford Wives (1975), The | 1974 | Horror, Mystery, Thriller |
| Stepford Wives (2004), The | 11 Jun 2004 | Comedy, Drama, Thriller |
| Stephen King Collection | 2006 | Horror |
| Stephen King's Graveyard Shift | 1990 | Horror |
| Steve Martin Comedy Collection | 2006 | Comedy |
| Steven Spielberg Presents Taken | | Sci-Fi |
| Still Smokin | 1983 | Comedy |
| Stooge, The | 1953 | Comedy |
| Strange Love of Martha Ivers, The | 1 Jan 1946 | Drama, Film Noir |
| Stuart Saves His Family | 1995 | Comedy, Drama |
| Sum of All Fears, The | | Action/Adventure, Drama, Thriller |
| Summer Rental | | Comedy |
| Summer School | 1987 | Comedy, Romance |
| Sunset Boulevard | | Drama, Film Noir, Romance |
| Sunshine | | Drama |
| Superstar | | Comedy |
| Surviving Christmas | 22 Oct 2004 | Comedy |
| Suspect Zero | 27 Aug 2004 | Thriller, Crime, Horror |

| Title | Date | Genre |
|---|---|---|
| Switchback | | Thriller, Action/Adventure, Mystery |
| Talent for the Game | | Drama, Sports |
| Talented Mr. Ripley, The | | Thriller, Crime, Drama |
| Tales from the Darkside: The Movie | 1990 | Horror |
| Targets | | Thriller, Drama |
| Teacher's Pet | 1958 | Romance, Comedy |
| Team America: World Police | 15 Oct 2004 | Action/Adventure, Comedy |
| Temp, The | 1993 | Drama, Thriller |
| Ten Commandments, The | 1956 | Drama, Adventure |
| Ten Commandments: 50th Anniversary Collection, The | 1923, 1956 | Drama, Adventure |
| Tenant, The | | Thriller, Mystery, Horror Comedy, Drama, Romance |
| Terminal, The | 18 Jun 2004 | Romance, Comedy, Drama |
| Terms of Endearment | 1983 | Drama |
| Testament | 1983 | Drama, Crime |
| That Was Then... This Is Now | 1985 | Drama, Thriller, Crime |
| Thief of Hearts | | Drama, Thriller |
| Thin Blue Lie, The | | Drama, Comedy, Romance |
| Thing Called Love, The | 1993 | Drama, Romance |
| This Property is Condemned | 1966 | Western |
| Three Violent People | 1957 | Sci-Fi, Drama |
| Threshold: The Complete Series | 2005 | Romance, Comedy |
| 'Til There Was You | 1997 | Drama, Romance |
| Till Human Voices Wake Us | | |
| Time Machine, The | 08 Mar 2002 | Action/Adventure, Sci-Fi |
| Timeline | 26 Nov 2003 | Action/Adventure, Sci-Fi |
| Tin Star, The | 1957 | Western |
| Titanic | 19 Dec 1997 | Action/Adventure, Drama, History |
| To Catch a Thief | | Thriller, Romance, Mystery |

| Title | Date | Genre |
|---|---|---|
| Tom Cruise Action Pack, The | | Action/Adventure |
| Tom Cruise Collection | | Action/Adventure |
| Tommy Boy | 1995 | Comedy |
| Too Cool For School John Hughes Collection | 2006 | Comedy |
| Top Gun | 1986 | Action/Adventure, Drama, Romance |
| Top Secret! | 1954 | Comedy, Action/Adventure |
| Track of the Cat | 1954 | Drama, Western |
| Tracks | 1976 | Drama |
| Trading Places | 1983 | Comedy |
| Travolta Collection, The | | |
| Trekkies | 1999 | Documentary, Sci-Fi |
| Trekkies 2 | 2004 | Documentary, Sci-Fi |
| Trekkies 2-Pack | | Documentary, Sci-Fi |
| Triumph of Love | | Comedy, Romance |
| True Colors | 1991 | Drama |
| | | Western, Adventure, Drama |
| True Grit | 1969 | Drama, Sci-Fi |
| Truman Show, The | 05 Jun 1998 | Drama, Biography |
| Tucker: The Man and His Dream | | Documentary, Biography, Music |
| Tupac: Resurrection | 2003 | Action/Adventure, Comedy, Sci-Fi |
| Tuxedo, The | 27 Sep 2002 | |
| Twilight | 1998 | Drama, Mystery, Thriller |
| Twisted | 2004 | Crime, Mystery, Drama |
| Two Jakes, The | 1990 | Crime, Drama, Mystery |
| U2 Rattle And Hum | 1988 | Documentary, Music |
| Ultimate Ron Burgundy 2-Pack, The | | Comedy |
| Uncommon Valor | | Action/Adventure, War |
| United States of Leland, The | 2 Apr 2004 | Drama, Crime |
| Untouchables, The | 1987 | Crime, Drama, History |
| Up in Smoke | 1978 | Comedy |

| Title | Date | Genre |
|---|---|---|
| Urban Cowboy | 1980 | Drama |
| Vampire in Brooklyn | 1995 | Comedy, Horror, Romance |
| Vanilla Sky | 14 Dec 2001 | Drama, Romance, Sci-Fi |
| Varsity Blues | 1999 | Comedy, Drama, Sports |
| Very Brady Sequel, A | | Comedy, Family |
| Virgin Suicides, The | | Drama, Mystery |
| | | Action/Adventure, Sci-Fi, Thriller |
| Virtuosity | 1995 | |
| Walk the Talk | | Comedy |
| Wallace & Gromit 2-DVD Cracking Collector's Set | | Animation, Comedy, Family |
| Wallace & Gromit in Three Amazing Adventures | | Animation, Comedy, Family |
| Wallace & Gromit: The Curse of the Were-Rabbit | 2005 | Animation, Comedy, Family |
| War and Peace | 1956 | Drama, Romance, War |
| | | Action/Adventure, Drama, Horror |
| War of the Worlds (1953), The | 1953 | |
| War of the Worlds (2005) | 2005 | Action/Adventure, Sci-Fi, Thriller |
| | | Sci-Fi, Action/Adventure, TV |
| War of the Worlds: The Complete First Season | 7 Oct 1988 | |
| Warning Shot | 1 Jan 1967 | Mystery |
| | | Action/Adventure, Crime, Drama |
| Warriors, The | 1979 | |
| Waterhole #3 | 1967 | Comedy, Western |
| Way Home, The | | Drama |
| Wayne's World | | Comedy |
| Wayne's World 1 & 2: The Complete Epic | | Comedy |
| Wayne's World 2 | | Comedy, Music |
| We Were Soldiers | 2002 | Drama, War |
| Weather Man, The | 28 Oct 2005 | Drama, Comedy |
| Welcome Home, Roxy Carmichael | 1990 | Drama, Comedy |
| We're No Angels (1955) | 1 Jan 1955 | Comedy |
| We're No Angels (1989) | 1989 | Comedy |

| Title | Date | Genre |
|---|---|---|
| What Women Want | 15 Dec 2000 | Comedy, Romance |
| What Girls Learn | | Drama |
| What Lies Beneath | 21 Jul 2000 | Thriller, Horror, Mystery, Drama |
| What's Eating Gilbert Grape | 1993 | Drama |
| When Worlds Collide | 1951 | Sci-Fi, Thriller |
| Where's Marlowe? | 1999 | Comedy, Mystery |
| Whispers in the Dark | 1 Jan 1992 | Thriller, Mystery |
| White Christmas | 1954 | Comedy, Music, Romance |
| White Dawn, The | 1974 | Drama |
| Who is Cletis Tout? | | Comedy, Crime |
| Who's Got The Action | 1962 | |
| Who's Minding the Store? | | Comedy |
| Wild Thornberrys Movie, The | | Children, Animation, Family |
| Will Ferrell Collection | 2006 | Comedy |
| Will Penny | 1968 | Western |
| Win a Date with Tad Hamilton! | 23 Jan 2004 | Romance, Comedy |
| Winds of War, The | 1983 | Action/Adventure, Drama, History |
| Wings: The Complete First & Second Seasons | 1990-1992 | Comedy, TV |
| Wings: The Complete Third Season | 1991-1992 | Comedy, TV |
| Winter Solstice | 8 Apr 2005 | Drama |
| Without a Paddle | 20 Aug 2004 | Adventure, Comedy, Mystery |
| Witness | 1985 | Drama, Thriller, Romance |
| Wonder Boys | 1999 | Drama, Comedy |
| Wood, The | | Drama, Comedy, Romance |
| Woody Allen Four Movie Comedy Collection, The | | Comedy |
| Work and the Glory: American Zion, The | 2005 | Drama |
| World of Suzie Wong, The | | Romance, Drama |
| World Trade Center | 11 Aug 2006 | Drama |
| World War II Collection, The | | |
| You Can Count on Me | 2000 | Drama |

| Young Sherlock Holmes | 1985 | Mystery, Action/Adventure |
| Yours, Mine & Ours | 23 Nov 2005 | Comedy, Family, Romance |
| Zoolander | | Comedy |