# YouTube's Policy on Illegal Acts



Strike:

- Non-EDS animal abuse
- Imitatable or instructional bomb-making
- Non-consensual sexual conduct (groping, pantsing, public masturbation, etc.)
- Sexual assault
- "Happy-slapping"
- Non-EDS, actual hard drug abuse (i.e. IV injection, snorting, huffing/sniffing glue)

Highly Confidential
GOO001-00744136

# YouTube's Policy on Illegal Acts

**Restrict (mark as Racy):**

- Graphic, fictional depiction of narcotic drug abuse (i.e. movies such as *Pulp Fiction*)
- Display of drug paraphernalia
- Marijuana use (*tentative*)

Highly Confidential
G00001-00744137

# YouTube's Policy on Violence

Highly Confidential
GOO001-00744138