# YouTube's Policy on Violence

Strike:

- Any brutal violence (that results in bleeding or injury/death to a person)
- One-sided or non-consensual fights (someone being attacked)
- Violence involving humiliation
- War footage or extreme, graphic violence displayed with intent to shock or disgust
- Non-play fist fights or violent fights taking place at school/park
- Choking, asphyxiation games



Highly Confidential

GOO001-00744139

# YouTube's Policy on Violence

**Restrict (mark as Racy):**

- Adult consensual fist-fights without brutal violence
- Violence from a distance, wide-angle riots that imply injury with non-identifiable subjects

Highly Confidential
G00001-00744140

# YouTube's Policy on Violence

Approve:

- Sports including wrestling (Olympic or Pro) and boxing
- Content that provides medical, academic, historical, philosophical, or news perspective on a violent act that has occured

Highly Confidential
GOO001-00744141