# YouTube's Policy on Hate/Anti

Highly Confidential
GOO001-00744142

# YouTube's Policy on Hate/Anti



Reject:

- Remove Hate material as defined as content which contains malicious use of slurs or stereotypes against a protected group

- Speech that is intended to maliciously spread hate against a protected group

- Protected groups include: race, ethnic origin, color, national origin, religion, disability, sex, age, veteran status, sexual orientation, or gender identity

Highly Confidential
GOO001-00744143

# YouTube's Policy on Hate/Anti

## Restrict (mark as Racy):

- Legitimate political or social commentary with extreme, non-malicious, bigoted views against a protected group (i.e. Fred Phelps, Andrew Dice Clay, Ann Coulter, etc.)

- Non-malicious use of Hate/Anti speech in a satire, comedy, parody, etc.



Highly Confidential

G00001-00744144