# YouTube's Policy on Hate/Anti

Approve:

- Content for hosting includes academic, historical, philosophical, or new perspectives that discusses hatred against such groups, as are literary texts related to these subjects (i.e. Mein Kampf, *Birth of a Nation*)



Highly Confidential

GOO001-00744145

# YouTube's Policy on Spam/Scumware



Highly Confidential
GOO001-00744146

# YouTube's Policy on Spam/Scumware

Terminate:

- Reactive Policy – Account Spam (for example, a user creates a thousand accounts in a few minutes)

Highly Confidential
GOO001-00744147