# YouTube's Policy on Spam/Scumware

Strike:

- Spam in metadata, tags
- Thumbnail gaming (manipulating thumbnail to be non-representative of content)

Highly Confidential
GOO001-00744148

# Use Your Judgment

- Don't always give a Strike

- Content policies grow and evolve with the different videos that we come across everyday. If you encounter a video that isn't covered by Policy, escalate it.

- Use your judgment! If a decision seems too harsh, or not harsh enough, it probably is. Escalate to the Policy team and bring it up for discussion during the team meeting so that we all stay in-sync.



Highly Confidential

GOO001-00744149

