
Highly Confidential
GOO001-00744151

Speaker Notes Slide: 13
Not innocently posted by predators

Speaker Notes Slide: 14
Dost – a case that went to Supreme Court, standard test/factors you can use to help you define child pornography

Speaker Notes Slide: 15
Innocently posted that could be dangerous

Speaker Notes Slide: 25
Not innocently posted by predators

Speaker Notes Slide: 26
Talking point: Light comedy is Okay. Raunchy/dirty video maybe Restrict.

Highly Confidential