

# YouTube Content SQUAD
## Safety, Quality, and User Advocacy Dept.

Heather Gillette 5/2007

DATE: 8-12-08  EXHIBIT# 1
DEPONENT: GILLETTE, HEATHER
CASE: Viacom, et al., v. YouTube, et al., The Footba
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

YouTube Confidential and Proprietary

Highly Confidential

G00001-00044974

# Team Overview



Highly Confidential
GOO001-00044975

# Best Practices: Copyright Compliance

Responsiveness:

- 24/7 coverage of copyright queues
- 50 minute average TAT during business hours
- **66,782** videos removed for copyright in April 2007

Notifying YouTube of infringement:

- Email to copyright@youtube.com
- Mail or fax (not desirable)
- Using the Content Verification Program's tool (CVP)





YouTube Confidential and Proprietary

Highly Confidential

GOO001-00044976

# Compliance

- Content Verification Program
  - Report infringement directly from search results
  - Anyone can sign up
  - Great for companies with large amounts of content
  - *The best way to report infringing content*



**YouTube** Content Verification Tool

This page lists all of the videos you have selected. To flag the videos from this list, check the box to the left of the video. Once you have checked all of the videos you'd like to flag, click the 'Flag Videos' button at the bottom of the list to send an email with your list to our internal copyright team for review.

Per your agreement with YouTube, please remember that by flagging these videos, you are stating UNDER PENALTY OF PERJURY that

- you are the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
- you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- this notification is accurate.

An email with the list of videos you flagged has been sent to you and to YouTube's copyright staff.

YouTube Confidential and Proprietary

# Best Practices: Content Standards



YouTube Confidential and Proprietary






Highly Confidential

# Best Practices: Community Policing

- Flagging Videos
  - All flagged videos are reviewed by SQUAD 24/7
  - 19,000 videos flagged per day
  - 75% of all flagged videos are reviewed within three minutes
  - Pornography is typically flagged and removed within the first 100 views
  - Child pornography is typically flagged and removed within minutes of being uploaded



YouTube Confidential and Proprietary

# What Happens to Reviewed Content

Admin actions on flagged videos:

- Approve, restrict, reject, or reject with strike
  - Three strikes results in termination and email address is banned
- Digital hashing (MD5) duplicate detection

Restricted content:

- Can only be viewed by registered users 18 and older
- Does not appear in Browse Pages or receive "Honors"
- Videos involving children are never restricted




YouTube Confidential and Proprietary

Highly Confidential
GOO001-00044980

Highly Confidential GOO001-00044981

Speaker Notes Slide: 2
Content SQUAD is YouTube's ConOps team
Policy – Content Policies, Legal Compliance, Law Enforcement relations, etc.
Abuse – Harassment, privacy, (child) safety, through email and Live Site escalations
Copyright, Live Site and User Support via email (our focus)
Google Video – still doing content review, copyright enforcement, user support, etc. - Sunsetting - i've heard that the purchasing part of gv will go away around 6/10 -- video search launches on 5/16, and no real sunset date for Google Video uploads. Gut feeling is Q3.

Speaker Notes Slide: 3
2,192 DMCA removals for all other Google products combined in April 2007
Counter Notices, protecting partner content, importance of countering to remove strikes
Copyright Notice link also has application for CVP

Speaker Notes Slide: 4
Company's name will be identified on the down page (same for non-CVP as well)
If you look at our numbers about 80% of all videos come down using this tool.
We are currently working on an awareness campaign to let the public and content owners know about this tool.

Speaker Notes Slide: 5
Sexually Explicit content, Graphic Violence, Hate Speech, certain dangerous or illegal acts, etc.

Here are some common-sense rules that will help you steer clear of trouble:
YouTube is not for pornography or sexually explicit content. If this describes your video, even if it's a video of yourself, don't post it on YouTube. Also, be advised that we work closely with law enforcement and we report child exploitation. Please read our Safety Tips and stay safe on YouTube.
Don't post videos showing dangerous or illegal acts, like animal abuse, drug abuse, or bomb making.
Graphic or gratuitous violence is not allowed. If your video shows someone getting hurt, attacked, or humiliated, don't post it.
YouTube is not a shock site. Don't post gross-out videos of accidents, dead bodies and stuff like that. This includes war footage if it's intended to shock or disgust.
Respect copyright. Only upload videos that you made or that you have obtained the rights to use. This means don't upload videos you didn't make, or use content in your videos that someone else owns the copyright to, such as music tracks, snippets of copyrighted programs, or videos made by other users, without their permission. Read our Copyright Tips for more information.
We encourage free speech and defend everyone's right to express unpopular points of view. But we don't permit hate speech which contains slurs or the malicious use of stereotypes intended to attack or demean a particular gender, sexual orientation, race, religion, or nationality.
There is zero tolerance for predatory behavior, stalking, threats, harassment, invading privacy, or the revealing of other members' personal information. Anyone caught doing these things may be permanently banned from YouTube.
Don't try to cheat the system. No gamed thumbnails, spamming tags, or creating dummy accounts that do things a human wouldn't do.

Speaker Notes Slide: 7
Restrict means for mature audiences only. When a video is restricted we do not allow it to show on our "honors" pages.
MD5 only catches exact duplicates. Any change in file size will not match and therefore won't get caught.

Highly Confidential