```
To:          "Matthew Liu" <matthew@youtube.com>
From:        "Franck Chastagnol" <fchastagnol@youtube.com>
CC:          "Frey Waid" <frey@youtube.com>
BCC:
Sent Date:   2006-09-19 05:08:03 GMT
Subject:     Re: YT Admin Tools for CYC
```

hi matt.
nice work - see comments inline
thx
franck


On Sep 18, 2006, at 12:48 PM, Matthew Liu wrote:

> Hey guys,
>
> I was able to catch up with Heather on Friday and give her details
> about CYC and what will be required. Here are some updates:
>
> 1. Heather and I have agreed that users should be "allowed" to flag
> videos as inappropriate or copyrighted in order to maintain
> consistency with the rest of the site and prevent users from
> thinking we are giving Warner preferential treatment.
i do not think that user are currently able to flag videos as
copyrighted ?
but admin agent can from admin tools

> On the back end, Heather would like a permanent approve feature
> that will prevent WMG videos from repeatedly showing up in the
> admin queue after it has been approved one time.

which videos are you referring to ?
i assume it is warner uploaded video or any video from which visual
was claimed by warner ?

ok - so what we could do is that even if a user flags it as
inappropriate, we would not do anything in the backend.
it would not even show up in the admin queue the first time it is
flagged.
it is the simplest from engineering prospective


> We can also automatically have a video permanently approved during
> ingestion. We are speaking to Jake about this later today since she
> is also interested in this feature regarding the mass flagging of
> "inappropriate" videos. Hopefully he will be able to build it and
> it will be scalable and can take some work off of you guys

ok - or again, use what i mentioned above


> 2. Staffing for copyright review will be on as needed basis. She
> will be responsible for going directly to Chad and Steve if it
> looks like we need to hire more people to review claimed content.
> For now, let's operate under the assumption that anything we build
> (as long as it's reasonable) they will be able to man.

```
>

does that mean we should have every single claim from warner being
reviewed by admin ?
i do not think it is a good idea ?


> 3. Having a rejected FP database is not a huge priority for CS.
> Heather will doublecheck but she said much of the porn is a one-
> time upload (very amateur stuff that people take in their rooms) so
> FP may not even be that helpful. This is definitely a phase II or
> III item.
>
> 4. A dashboard to coordinate between admins is also not a huge
> priority. Phase II at earliest. I will also check with Jake and try
> to get him to take this on so the two of you don't have to do it.
> It'll be ideal if everything he builds can be ported over to CYC
> with some minor tweaks.
>

great to know - let's put these 2 items in phase II or phase III

franck

> Matt
>
>
> Matthew Liu
> Product Manager
>            | matthew@youtube.com
>
>
>
```

Highly Confidential

GOO001-07167908