| | |
|---|---|
| To | "Christina Brodbeck" <cab@dreamplexis.com> |
| From | "Maryrose Dunton" <maryrose@youtube.com> |
| Cc | "'YouTubers Group'" ▪▪▪▪▪▪▪▪ |
| Bcc | |
| Sent Date | 2005-11-09 02:36:37 CST |
| Subject | Re: MySpace |

Ya, I don't think we care too much if the they've posted copyrighted videos.

Good news for you Pan, if we're having a 'family/baby' winner, I think you qualify!

On Nov 8, 2005, at 5:15 PM, Christina Brodbeck wrote:

> Cool, he has a ton of videos and actually has two playlists!! Most
> of the winners so far don't have playlists. However, most of his
> stuff is copyrighted. Does this matter? Probably not, as
> UCBearcats1125 is almost entirely copyrighted. Heh.
>
> How about one day this week "randomly" picking a "family/baby"
> video user?
>
> -Cab :)
>
> From: Maryrose Dunton [mailto:▪▪▪▪▪▪▪▪▪▪▪▪▪] On Behalf Of
> Maryrose Dunton
> Sent: Tuesday, November 08, 2005 5:10 PM
> To: Christina Brodbeck
> Cc: 'Brent Hurley', 'Steve Chen', 'YouTubers Group'
> Subject: Re: MySpace
>
> how about user Bigjay? He came up on Pan's completely random pan-
> domizer.
>
> On Nov 8, 2005, at 5:05 PM, Christina Brodbeck wrote:
>
>> Ah - yes, once again the MySpace message must be removed. It's,
>> SWEET, though, that it's working agin.
>> I'll remove the MySpace message tonight when I update with the new
>> Nano winner. Do we have a new nano winner, btw?
>> -Cab :)
>>
>> From: Brent Hurley [mailto:brent@youtube.com]
>> Sent: Tuesday, November 08, 2005 5:02 PM
>> To: Steve Chen, YouTubers Group
>> Subject: Re: MySpace
>>
>> Yes, MySpace embeds are now working for me!
>>
>>
>> On 11/8/05 4:12 PM, "Steve Chen" <steve@youtube.com> wrote:
>>
>> can someone test?
>>
>> -s
>>

Highly Confidential

G00001-00504044

```
>> Begin forwarded message
>>
>> From
>>
>> Date  November 8, 2005 1 46 17 PM PST
>> To  chad@youtube com, steve@youtube com,
>> brent@youtube com, cdo@youtube com
>> Subject  YouTube Contact regarding Other
>>
>>
>> hey myspace is fixed now  we can now put videos on there  just
>> thought u might like to know
>>
>>
>>
>>
>
```

Highly Confidential

GOO001-00504045