To: Cuong Do <cdo@youtube.com>; YouTube Group
From:
Cc:
Bcc:
Received Date: 2005-11-24 02:57:44 CST
Subject: Re: Please read: reviewing videos

I certainly appreciate everyone's help, especially over the long weekend!

If you're not familiar with the process, videos are reviewed here:
http://www.youtube.com/admin.php

Please reject any nudity/porn and any death videos, along with anything else that's glaringly inappropriate.

As far as copyright stuff is concerned, be on the look out for Family Guy, South Park, and full-length anime episodes...music videos and news programs are fine to approve.

Please mark bikinis and other racy but not entirely inappropriate vids as racy, using the 'Approve, mark as racy' dropdown selection.

Other than that, just use your impartial judgment. The community is pretty good at flagging stuff, so you can lean on them to catch anything that slips through. That said, we do have some inspired uber conservatives that flag excessively, so no need to reject everything that gets flagged.

Cheers, and gobble, gobble!

~Brent


On 11/23/05 6:14 PM, "Cuong Do" <cdo@youtube.com> wrote:

> As most or all of you already know, Brent has been a video reviewing
> army of one. Sometimes, he even reviews suspected inappropriate
> videos multiple times to be absolutely sure. Unfortunately, given
> our volume of new videos, we should all help out if/when we get the
> chance. So, if you already have YouTube admin access, please review
> videos when you get the chance. If you don't have YouTube admin
> access, please e-mail me with your YouTube user name, and I'll add
> you to the list of admin users.
>
> Cuong
>
>
> _____
> All mailing list
>
> http://dev.youtube.com/mailman/listinfo/all


All mailing list

http://dev.youtube.com/mailman/listinfo/all



Highly Confidential

G00001-00629095