Dear Mr. Kang:

Thank you for your letter of February 3, 2006 on behalf of NBC Universal, Inc. ("NBC Universal"). As you may know, Youtube.com is an online forum in which users can upload videos of their choice. Youtube.com respects intellectual property rights of third parties and complies with the DMCA. YouTube does not permit copyright infringing activities and infringement of intellectual property rights on its Website, and YouTube will remove all Content and User Submissions if properly notified that such Content infringes on another's intellectual property rights.

However, we believe your request to remove materials that NBC Universal contends violate NBC Universal's copyrights fails to meet proper DMCA notification guidelines. Providing a search result for all videos tagged 'SNL' or 'Saturday Night Live' is not reasonably sufficient to permit YouTube to identify and locate the allegedly infringing material. There are many legitimate, user-generated videos that also reference SNL and Saturday night live on the YouTube Website.

Here are just a few examples:
http://www.youtube.com/w/samba?v=ZXY49HTtOc&search=saturday%20night%20live
http://www.youtube.com/w/The-Watergate-Rap?v=maxRISUEbuU&search=snl
http://www.youtube.com/w/raping-ramadj?v=D0JT9Dc0-l4&search=snl
http://www.youtube.com/w/FPS-Doug?v=4HrOIegbscI&search=snl
http://www.youtube.com/w/Sugafoot%21%21%21%21?v=E4VN8G2b_jI&search=snl
http://www.youtube.com/w/Maury-take-off?v=t9nK6YoNSS0&search=snl
http://www.youtube.com/w/Beowulf-Kicks-Ass?v=W_kG3sONOrc&search=snl
http://www.youtube.com/w/LANDSHARK%21-%5Bfunniest-video-%5D?v=o7dmCLW7K1U&search=saturday%20night%20live
http://www.youtube.com/w/Alex-cracks-%22da-crab%22-at-The-Blue-Moon-restaurant-in-Montere?v=axrDv1XnUqo&search=saturday%20night%20live

Removing all videos tagged 'SNL' or 'Saturday Night Live' simply casts too broad a net, and sweeps in a host of materials about which we assume NBC Universal has no complaint.

Please understand YouTube has no interest in harboring any materials owned by NBC Universal. Simply identify the materials you believe are infringing with specificity (e.g. by URLs as in the examples above) in accordance with 17 U.S.C. § 512(c)(3)(A)(iii), and we will take prompt action to remove them. To speed this process, please send notices directly to our designated agent as follows:

Heather Gillette
YouTube, Inc.
71 E. Third Ave
San Mateo, CA 94401
Tel: ▮
Fax: 650.343.2983

Highly Confidential

Email: copyright@youtube.com

As an aside, once this situation is resolved, we would be very interested in establishing a more formal business relationship with NBC Universal. YouTube has created a very unique and powerful media delivery solution; one that could possibly accentuate and enhance the entertainment services already provided by NBC.

Very truly yours,
Brent Hurley

YouTube, Inc.

**Highly Confidential**