| | |
|---|---|
| To | 'Maryrose Dunton' <maryrose@youtube.com> |
| From | Kevin Donahue <kevin@youtube.com> |
| Cc | |
| Bcc | |
| Received Date | 2006-02-14 22 17 00 GMT |
| Subject | RE pushing latest media coverage to site? |

Thx Yep, that's the basic pitch Usually these conversations are more of a negotiation and they try to get us to pay for the content So I'm trying to reach out to their marketing and promotions people vs their program licensing group to get them to see the value in keeping it up In the meantime this will require many conversations with NBC and others to get them on board In the meantime we're working with their lawyers to take it all down Good idea about pointing the old links to the legit version

From Maryrose Dunton [mailto:█████████] On Behalf Of Maryrose Dunton
Sent Tuesday, February 14, 2006 2 08 PM
To Kevin Donahue
Subject Re pushing latest media coverage to site?

Oh wow, that would be very bad I don't know if it will help, but you could let them know that we're going to be piloting this premium content program Perhaps as a compromise we could take down the illegal copies, and then get NBC to upload their own copy, and we could cobrand the video watch page for them We could do something so that all the old Lazy Sunday clips that we take down point to the new version legit version

On Feb 14, 2006, at 2 03 PM, Kevin Donahue wrote

That is extremely helpful -) thanks! I just got off the phone with NBC and I'm trying to get them to let us keep the Lazy Sunday clip on the site I need to convince them of the promotional value of doing that considering the fact that their legal dept is having us remove ALL of their stuff Julie and I are worried that if Lazy Sunday is taken down, then it could be taken as a bad sign by the journalists who are writing about us now and may search for it In data I saw yesterday from a demo of Hitwise's reporting tool, some of the most popular search terms which lead people to YouTube are still Lazy Sunday and variations of that

**Highly Confidential**

G00001-02824049

From: Maryrose Dunton [REDACTED] On Behalf Of Maryrose Dunton
Sent: Tuesday, February 14, 2006 1:38 PM
To: Kevin Donahue
Subject: Re: pushing latest media coverage to site?

I just chatted with Cab, we should be able to get this pushed out by tomorrow

On Feb 14, 2006, at 1:20 PM, Kevin Donahue wrote:

Trying to get my ducks in a row on the marketing side asap as I'm now contacting senior execs like the president of NBC digital media (Chad asked me to make them a very high priority) and it's important to put our best foot forward if we want them to respond to us and work with us. If they go to our site and just see hitwise and techcrunch and a few others, we'll look kind of weak. It's very important to our sales/marketing efforts that we look hot in the media coverage area. I'm assuming that pushing it next week is the only reasonable option based on your response, but if there's any way we could get that stuff up sooner, I'd really appreciate it. I just wanted you to understand that it's something fairly critical and not just in impulse request. Let me know your thoughts. If you say next week is the soonest given the product priorities, I understand. What day next week is this happening? Thx :-)

From: Maryrose Dunton [REDACTED]
] On Behalf Of Maryrose Dunton
Sent: Tuesday, February 14, 2006 1:15 PM
To: Kevin Donahue
Subject: Re: pushing latest media coverage to site?

Great, thanks for your flexibility! :)

On Feb 14, 2006, at 1:05 PM, Kevin Donahue wrote:

Highly Confidential

GOO001-02824050

Thx, Maryrose That's fine

---

From Maryrose Dunton [████]
] On Behalf Of Maryrose Dunton
Sent Tuesday, February 14, 2006 1 01 PM
To Kevin Donahue
Cc 'YouTubers Group'
Subject Re pushing latest media coverage to site?

Hi Kevin,

You're referring to all the media links Julie sent over correct? I just finished graping all the logos for the various articles and sending them over to Cab to be implement- and these are actually being committed for next week's push (live-v6) Is it ok if these wait until next week to go live? Since everyone is trying to wrap up their feature development for live-v6 this week, it would just be a little easier if this stuff can go altogether

Thanks,

Maryrose

On Feb 14, 2006, at 12 54 PM Kevin Donahue wrote

Hey Everybody,

Who can push things live to the site? Can we get the media coverage that Julie approved and sent to Maryrose pushed to the site as soon as possible? It really helps in communications with content providers (networks, studios, labels) etc and others Thx!

Highly Confidential

- Kevin

---

Highly Confidential