| To: | 'chris@youtube.com' <chris@youtube.com>; 'Chad Hurley' <chad@youtube.com> |
| From: | Brent Hurley <brent@youtube.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-02-17 07:47:00 CST |
| Subject: | RE: Board Preso |

I swapped out the financials projection graph with updated numbers.

From: Chris Maxcy [mailto:chris@youtube.com]
Sent: Thursday, February 16, 2006 9:29 PM
To: 'Chad Hurley'; 'Brent Hurley'
Subject: Board Preso

Attached.

-C

Attachments:

Board Update BD Plan 2 17 06.ppt

Hurley B

EXHIBIT NO. 13
8·26·08
A. IGNACIO HOWARD CSR,RPR

Highly Confidential



**Board Meeting**

February 17, 2006

Confidential

Highly Confidential

GOO001-00762174



## Agenda

- **Administrative** (15 minutes)

- **Financials** (45 minutes)

- **Metrics** (15 minutes)

- **Product Update** (30 minutes)

- **Engineering Update** (20 minutes)

- **Marketing Update** (20 minutes)

- **Bus Dev Update** (20 minutes)

Highly Confidential

G00001-00762175



# Administrative: New Hires

- VP Marketing & Programming – Kevin Donahue

- Sr. Director Marketing – Julie Supan

- Office Manager - Shannon Hermes

- Lead Interface Designer – Christopher Miller

- Senior Interface Designer – Hong Qu

- Senior Interface Designer – Carol Gundy

Confidential

Highly Confidential



# Administrative: Key Open Positions

- VP Sales

- VP Legal/General Counsel

- VP Product

- Content Manager

- Ad Operations Director/Manager

YouTube



Confidential

Highly Confidential

G00001-00762178



# Financials

- **Revenue Projections**

- **Cost Projections**

- **Balance Sheet**

- **Equipment Loan**

- **Series B**

Confidential

Highly Confidential

**Financials**

## Projections: Views, Revenue & Cost of Goods Sold



Highly Confidential

GOO001-00762180



# YouTube Metrics:

## Views exceeding 20 Million/Day



**Video Views Per Day**

2/3/06
*NY Times article hits ("A New Trove of Music Video in the Web's Wild World")

2/1/06
*CDN enabled
*New machines: 80 video, 10 web, 2 image, and 2 more gb of traffic

1/2006
*Live V-5: Community Groups, Email Confirm, Admin 3 strikes

1/22/305
*MySpace Embeds

12/18/05
*New load balancer installed
*SNL Narnia clip added

12/1305
*Live V-4 Pushed: New video player, subscription center, block users, duplicate auto-reject, and improved PL manager
*Bitrate encoding halfed

Highly Confidential

Confidential

G00001-00762181

8

# Embed Views vs. Total Views



% Embed views vs total views

Highly Confidential

GOO001-00762182



# YouTube Metrics:

## Registrations Exceed 20,000/Day.  Cumulative total 1.1 million



Highly Confidential

Source: YouTube data (Jan '06).

Confidential

G00001-00762183



**YouTube Metrics:**

# File uploads exceeding 25,000/day. Cumulative Total 1.3 million



Uploads Per Day

Source: YouTube data (Jan '06).

Confidential

Highly Confidential

GOO001-00762184

## YouTube Metrics:

## Viewers exceeding 4 Million/Day



Viewers

Source: YouTube data (Jan '06).

Confidential

Highly Confidential



# Product Accomplishments – live-v5 Release (1/19/06)

---

## Increase registrations/logged in users

☑ Public/Private Videos
  - Make private videos only viewable by friends. Friends must be logged in to view.

☑ Sharing
  - Change sharing to html w/simple "Yahoo"-like UI. Adding page to add, edit and delete friends.

☑ Contacts Management
  - Created a contacts center for managing friends and creating contact lists.

☑ Plaxo Integration
  - Import email addresses from other email clients directly to YouTube address book

## Increase video views

☑ Search/Sort
  - Advanced Search capabilities and sorting of results.

☑ RSS Page
  - Created an RSS 'portal' with feeds for all browse pages and custom feeds for tags and users. Integrated 'Add to My Yahoo' buttons

---

GO0001-00762186


# Product Accomplishments - live-v5 Release (1/19/06) cont.

### Community development

☑ Public/Private Groups

■ Ability for users to create, moderate & join public & private groups. Groups contain discussion boards, videos and members

☑ About Us, Press, FAQ

■ Revise About Us Content. Update Press Releases, Media Coverage.

### Community Moderation

☑ Admin Changes

■ Screening only flagged/private videos, Email Alert for flagged videos. Account suspension after 3 video rejections

☑ Email Confirmation

■ Users must confirm their email address before uploading.

Confidential



# Product Accomplishments – live-v6 Release (2/23/06)

### Increase registrations/logged in users

☑ Sharing
  - Continued improvement of Sharing UI. 'One Click' sharing functionality for logged in users.

☑ Private Videos
  - Share private videos only with selected friends or lists of friends.

☑ Creative Commons Integration
  - Ability to select creative commons licenses for videos

☑ Video Stats
  - View stats for your videos - breakdown of views, what playlists it's been added to, who has marked as a favorite

☑ Customizable Profiles
  - Custom skins, embedded videos, video bulletin boards, profile comments, connect with member actions.

☑ Premium Content Program
  - Registered Premium Content Providers can cobrand their video watch pages, profiles and groups with company logo and URL

### Increase video views

☑ Playlists
  - Ability to continuously view all videos in a playlist, share playlist, embed playlist .

G00001-00762188


# Product Accomplishments – live-v6 Release (2/23/06) cont.

## Community development

☑ Members Tab
- Replace 'Users' Tab w/ 'Members'. Advanced user search capabilities. Featured Members.

☑ Blog Enhancements
- Self publish functionality for blog. Archive and permalink for previous blog entries.

☑ Featured Videos
- Admin ability for featuring videos on the home page.

## Community moderation

☑ Copyright Rejection
- Ability to reject videos as copyright infringement. Automatic DMCA notification.

☑ Comment Controls
- Ability for users to verify and approve video comments before they are posted.

## Revenue

☑ Advertising
- Changed page size to allow for leaderboard banners

☑ Expanded User Registration
- Required more demographic information (location, age, gender) in registration form

Confidential

Highly Confidential



# Product To Do's – live-v7 Release (mid March '06)

---

**Increase registrations/logged in users**

❑ Mobile Uploads
- Allow users to upload video directly from their mobile phone to their YouTube account

❑ Profile Images
- Ability to add photos to profiles

❑ Home Page Redesign
- Redesign home page (logged in/out)

❑ Video Annotation (pop-up video)
- Allow users to add a comment to a specific point in a video. Comment would 'pop up' when user gets to that point in the video

❑ Usability Testing
- Conduct usability testing to get a baseline of how average users are using the site and determine ease-of-use for features.

**Increase video views**

❑ Search
- More advanced search capabilities. Search within channels, location search for users and videos.

❑ Watch Page
- Redesign watch page to better integrate all video actions, encourage member connections

---

G00001-00762190



# Product To Do's – live-v7 Release (mid March '06) cont.

## Community Development

☐ Tagging
- Allow users to tag other user's videos (opt in), multi word tags.

☐ Channels
- Redesign channels to promote featured videos, premium content videos, groups, users, contests. Create internal tools for Channels programming.

☐ Playlists
- Ability to comment, rate and 'save' playlists. Add playlist tab with featured playlists, most popular etc.

☐ About Us
- Expand About Us to include press kit, user quotes, blogger quotes

## Community Moderation

☐ Admin Tool
- Tracking, reporting capability. Ability to 'check out' groups of videos for review. Levels of admin privileges.

☐ Comment/Profile Flagging
- Allow users to flag video comments and user profiles

☐ Premium Content Owner Tools
- Allow designated premium content owners to perform batch flagging for copyright infringement. Ability to 'claim' content on the site.

Confidential

Highly Confidential

GOO001-00762191



# Engineering Update: Network Build

| Phase 1 | Phase II | Phase III |
|---|---|---|

**Phase 1**
- Managed Hosting (Rackspace/ServerBeach) moving towards Compnay built & owned
- Pushing 10gbs (3.5 is CDN)
- CDN offload globally for popular videos

- Key Requirements
  - Servers: 170 company owned, 80 managed

**Phase II**
- Company built and owned infra-structure
  - Equinix
  - CDN
- Managed Hosting
- 40 gbs capacity + CDN

- Key Requirements
  - Servers: 100-500
  - Bandwidth: 17gb +
  - Hosting: 300-1,000+ sq. ft.
  - Multiple Locations

**Phase III**
- Scaling 40-400gbs

- Key Requirements
  - Multiple Data Centers
  - Geographic dispersion of videos/database
  - Significant capital required

Q1 '06          Q1-2 '06          Q2-4 '06



# Marketing Accomplishments – Jan/Feb '06

## PR

☑ Recent/current media interest and coverage:

- LIFE Magazine (insert into 70 newspapers Friday section, March 10), Forbes, Newsweek, WSJ, NPR – review on Fresh Air, USA Today, Mercury News, NY Times, SF Chronicle, San Diego Reader

☑ PR efforts move into the mainstream media:

- Business press, regional papers, syndicated papers, broadcast (CNN, CBS), radio (NPR)

☑ Utilizing grassroots influencers and bloggers

- Created comprehensive list of influential bloggers for watching and promoting (or intentionally leaking) YouTube activity

☑ Press Releases

- Recent release with "Pretty Girls Make Graves" contest/Matador Records
- Working on release to announce YouTube 6 month growth metrics

### Website

☑ About Us Page

- Media coverage update

## Conferences/Speaking Opportunities

☑ PC Forum – Attending March 12-15; top-tier business press and CEO networking

☑ Kelsey Group – Drilling Down on Local – panel opportunity 3/27 San Jose

☑ Digital Hollywood – Bus/Dev partnership opportunity 3/28-3/29 LA

☑ OnHollywood conference – May 2-4 LA (Chad on panel, bus dev, press opps)

☑ Bear Stearns conference – panel/bus dev opportunity May 22-24 NY

### Media Kit

☑ Basic version done for immediate inquiries. Needs improvement with a designer.

### Ad Sales

☑ Initial list of about 150 top advertisers at MySpace, iFilm, Facebook, Friendster and other user gen content sites (low hanging fruit)

☑ Agency interest/contact Starcom Mediavest re: Buena Vista/Touchstone Pictures, G4TV

Confidential

Highly Confidential

GOO001-00762193



# Marketing Accomplishments/To-Do's – Jan/Feb '06

### User Insight/Data Capture – To Do

☑ Dashboard
- Identifying key metrics for tracking usage, gauging improvement

☑ Demographic Data Capture
- Begin collecting basic demo data upon registration (age, gender, country, zip code)
- Design user surveys to capture more data for media kit and ad sales purposes

☑ Reviewing Reporting and analytics tools
- Hitwise
- Site Clarity

### Initial Content Discussions

☑ Studios
- Sony Pictures, Universal, Lion's Gate

☑ Broadcast & Cable Networks
- NBC, MTV, VH1, Bravo Network

☑ Promotions/contests

☑ Ongoing content relationships

### Programming – To Do

☑ Redesign to enable programming
- Keeping content fresh/changing
- Package, promote and make videos easier to find videos by category, genre, theme, brand
- Themed programming calendar (Superbowl, Olympics, Oscars, etc.)
- Programmed playlists (most popular playlist, best humor playlist, best sports playlist etc.)
- Branded promotional content (on the set video blogs, behind the scenes, celebrity videos, TV clips, upcoming dvds, cds, movies etc.)
- Creative user content ideas (i.e. YouTube Open Mic, Battle of the Bands, Your Movie Premiere etc.)

### Content Partnership Strategy

☑ Cooperation per copyright infringement

☑ YouTube as a promotional platform
- Short form content, trailers, previews, clips
- Unique, specialized cool ( Nike etc.)
- Support existing business/revenue streams

☑ Sell in claim your content opportunity to first movers – others will follow

Confidential



# BD Accomplishments – Jan./Feb. '06

☑ Advertising

- Yahoo/Overture – In Discussions for beta program
- Syndicated Ad Partner: Discussions with Real, AOL, MSN, Lycos, Yahoo

☑ Distribution

- Video Sites: Discussions with Google & Yahoo Video
- Community/Blogs: Discussions with Myspace, Bebo, Facebook, LiveJournal
- Portals: Discussions with AOL, Microsoft, Amazon, Lycos, AskJeeves

☑ Content

- Music: Discussions with Beggars Group (Matador Records), Rollingstone.com, Warner, Universal, Sony/BMG, Barsuk Records
- News: Discussions with Reuters, AP, AFP, Weather.com
- Entertainment: Discussions with iHollywood.com, HBO, EA, Studio411

☑ Infrastructure

- In contract on ad serving platform (banners & pre-roll) - DoubleClick
- Implemented infrastructure for self-serve (e.g. AdBrite)

Highly Confidential

GOO001-00762195



# BD To To Do's – February/March '06

❑ Advertising

- Re-engage with Ad networks (Tribal Fusion, FastClick)
- Add Advertising.com to network rotation
- Test Amazon & iTunes affiliates
- Direct ad/agency relationships: Universal McCann ($20k), Mobile Sidewalk ($10k), Osmosis ($10k), Optimedia (tbd)
- Re-visit strategy for self-serve ad model
- Flesh out "claim your content" rev. share model

❑ Distribution

- Close major distribution deal (AOL, Lycos, Yahoo)
- Skype/AIM communication tool integration & distribution

❑ Content (ongoing evangelism, licensing, build rev-share model)

- Music: Target WMG, Sony, UMG, & EMI for more formal relationships
- News: Reuters, AP, AFP, Weather.com, TimeWarner
- Entertainment: iHollywood.com, Movies.com, HBO, EA, Getty Images

❑ Infrastructure

- Investigate CRM system (e.g. Salesforce.com, Siebel)
- Investigate Billing System for ad and sales

Confidential

Highly Confidential

GOO001-00762196


# Business Development Pipeline



| Outreach Initiated | Initial Dialogue | In Person Meeting | In Negotiations | Deal Signed | Partnership Live |
|---|---|---|---|---|---|
| MySpace | Infospace | Yahoo | Lycos | | |
| Sprint | LiveJournal | Google | AOL | | |
| Buy.com | Blinkx | MSN | Amazon | | |
| E entertainment | UMG | Facebook | Skype | | |
| AtomShockwave | Sony/BMG | AskJeeves | | | |
| | UMG | RealNetworks | | | |
| | Getty Images | Warner Music | | | |
| | Amp'd | | | | |
| | Bolt | | | | |

Confidential

Highly Confidential

GOO001-00762197



# Series B Update

☐ Term Sheet Delivered

- Expected close by 3/1/06

Confidential

Highly Confidential

GOO001-00762198