| | |
|---|---|
| To | "heather gillette" <heather@youtube.com> |
| From | "Micah Schaffer" <micah@youtube.com> |
| Cc | |
| Bcc | |
| Sent Date | 2006-03-01 18 40 29 CST |
| Subject | Re removal of videos |

We gotta get in touch with our lawyers and get a pro-active letter sent to FOX today

M

Kevin Donahue wrote
> Micah,
>
>
>
> As a high priority, please go through the newsweek article and work with
> heather to remove all of the listed copyright infringing video  Please
> keep me posted on progress on this today  Thx
>
> - Kevin
>
>
>
>
>
>
>
>
> *Kevin Donahue           *
>
> **VP Marketing & Programming**
>
> **71 E  Third Ave**** I San Mateo, CA I 94401**
>
> kevin@youtube com <mailto kevin@youtube com> I ▓▓▓▓▓▓▓▓
>
>
>
> My YouTube Video Pick of the Day  Ronaldinho - Nike
> <http //www youtube com/?v=CNemNY2YdSc>__
>
>
>
>
>



Schaffer
EXHIBIT NO. 5
DATE 1-23-08
Y.FENNELLY CSR5495

Confidential

G00001-00522244