| | |
|---|---|
| To | "Hong Qu" <hong@youtube com> |
| From | "Rizzo" <█████████████████> |
| Cc | |
| Bcc | |
| Received Date | 2006-03-16 00 24 38 GMT |
| Subject | cc py |

---

[mrizzo@0]dev01 ~/dev/branches/live-v6/src/python/servlets> svn log copyright_cop py

---

r6088 | mrizzo | 2006-03-14 15 14 18 -0600 (Tue, 14 Mar 2006) | 4 lines

this is some ugly javascript so these copyright cop assholes can click through the pages and store what they checked

I hope they die and rot in hell!

---

r6068 | mrizzo | 2006-03-13 16 45 32 -0600 (Mon, 13 Mar 2006) | 2 lines

adding copyright cop feature so ppl can mass flag videos

---

Confidential

G00001-05172407