| | |
|---|---|
| To: | 'Maryrose Dunton' <maryrose@youtube.com> |
| From: | Brent Hurley <brent@youtube.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-03-01 20:05:00 CST |
| Subject: | CMS Program |

Attachments:

CMS Program.doc



Highly Confidential

GOO001-00630641

# Content Mgmt System ("CMS") Program Spec

Objective: To create tools that will enable content owners to more easily notify YouTube of infringing activities, and to monitor their content on an ongoing basis.

Phase 1:
- Add copyright warning language to upload pages
- Add 'Copyright Inquiry' dropdown to the *Contact Us* page, and/or include a link that points to our DMCA policy page (www.youtube.com/t/dmca_policy)
- When a video is rejected, add new language to the *unavailable* page ("This video has been permanently removed and is no longer available.") Also maybe point users to our FAQs, offering possible reasons for why videos are removed (Copyright, Inappropriate, User Deletion, etc.).
- Tools to mark all results, and unmark exceptions (based on saved search results). Results are then added to an email that is sent to copyright@youtube.com
    - Content owners must fill out an application and fax it back to enroll in our CMS program
- MD5 tag based auto-reject feature for previously rejected content
- Ability to save searches and have newly added video results emailed to you on a user-defined frequency

Phase 2
- Voluntary monitoring and removal by YouTube of potentially infringing videos (**Partners need to sign off on our 'Best Efforts' Term Sheet**)
- Specific, detailed warnings designed to deter the listing of potentially infringing items before a video is posted on YouTube (based on sensitive keywords offered by this program's clientele)


VeRO Home Page
http://pages.ebay.com/help/confidence/vero-rights-owner.html

VeRO Clientele
http://pages.ebay.com/help/community/vero-aboutme.html

Seller Appeal Program
http://pages.ebay.com/help/confidence/vero-removed-listing.html

eBay's Copyright Tutorial
http://pages.ebay.com/help/tutorial/verotutorial/intro2.html

Is My Item Allowed?
http://pages.ebay.com/help/sell/item_allowed.html

Good Briefing on the VeRO program from the eyes of a copyright owner
http://www.findarticles.com/p/articles/mi_m0HMU/is_12_32/ai_n15998950

Highly Confidential