|              |                                                          |
|--------------|----------------------------------------------------------|
| To:          | "Copyright Service" <copyright@youtube.com>              |
| From:        | "Sergio Ortiz" <latinoheat4umamacita@yahoo.com>          |
| Cc:          |                                                          |
| Bcc:         |                                                          |
| Received Date: | 2006-05-14 04:10:02 CST                                |
| Subject:     | Re: Video Rejected: Copyright Infringement               |

Ok thanx for the info and patience. My video served it's pupose so I'm not mad for it being removed. I added it because I noticed other similar videos on the site and so I felt I was not doing anything against the rules. Thanx for the time and patience.

Copyright Service <copyright@youtube.com> wrote: You Tube does not regularly monitor our membersï¿½
videos for instances of
copyright infringement just as we do not under any circumstances assist
members in producing their own videos.  We do, however, take copyright
laws seriously, and so when we are notified that a video uploaded to our
site infringes anotherï¿½s copyright, we respond promptly.

Please check out the YouTubeï¿½s Copyright Tips at:
http://www.youtube.com/t/howto_copyright, where you can learn more about
YouTubeï¿½s Terms of Use as well as guidelines that help you determine
whether your video infringes someone elseï¿½s copyright.

Hope this helps,

The YouTube Team

Sergio Ortiz wrote:
> It helps a little bit, but my next question is, How does a video in
> violation of coyrights infringement get to be posted on youtube
> considering these videos get processed first? Does a person process it
> or is there some other method. Also, knowing that you contain a lot of
> copywrighted media, why don't you guys remove it instead of wait around
> for a complaint? Basically everyone else gets away with it while I am
> now warned about it. Seems odd again. So what would happen if I report
> the entire youtube website and it's content? Would you guys remove your
> illegal media then?
>
> */Copyright Service /* wrote:
>
>     We remove videos when we receive a complaint from a rights holder.
>
>     Hope this helps,
>
>     The YouTube Team
>
>
>     Sergio Ortiz wrote:
>     > You guys have TONS of South Park Clips... is mine the only one in
>     > violation? You have WWF/WWE Media. WCW Media. Tons of Media that is
>     > liable for infringement of copyrights and your site promotes it.
>     Seems odd.
>     >
>     > */DMCA Complaints /* wrote:
>     >
>     > YouTube Logo
>     > Dear Member:

Highly Confidential  GOO001-00558783

> > This is to notify you that we have removed or disabled access to the
> > following material as a result of a third-party notification by
> > Comedy Central claiming that this material is infringing:
> > South Park Clip: http://www.youtube.com/watch?v=3iF9IKFRnGE
> > *Please Note:* Repeat incidents of copyright infringement will
> > result in the deletion of your account and all videos uploaded to
> > that account. In order to avoid future strikes against your account,
> > please delete any videos to which you do not own the rights, and
> > refrain from uploading additional videos that infringe on the
> > copyrights of others. For more information about YouTube's copyright
> > policy, please read the Copyright Tips
> > guide.
> > If you elect to send us a counter notice, to be effective it must be
> > a written communication provided to our designated agent that
> > includes substantially the following (please consult your legal
> > counsel or see 17 U.S.C. Section 512(g)(3) to confirm these
> > requirements):
> > (A) A physical or electronic signature of the subscriber.
> > (B) Identification of the material that has been removed or to which
> > access has been disabled and the location at which the material
> > appeared before it was removed or access to it was disabled.
> > (C) A statement under penalty of perjury that the subscriber has a
> > good faith belief that the material was removed or disabled as a
> > result of mistake or misidentification of the material to be removed
> > or disabled.
> > (D) The subscriberis name, address, and telephone number, and a
> > statement that the subscriber consents to the jurisdiction of
> > Federal District Court for the judicial district in which the
> > address is located, or if the subscriberis address is outside of the
> > United States, for any judicial district in which the service
> > provider may be found, and that the subscriber will accept service
> > of process from the person who provided notification under
> > subsection (c)(1)(C) or an agent of such person.
> > Such written notice should be sent to our designated agent as
> follows:
> > DMCA Complaints
> > YouTube, Inc.
> > PO Box 2053
> > San Mateo, CA 94401
> > Email: copyright@youtube.com
> > Please note that under Section 512(f) of the Copyright Act, any
> > person who knowingly materially misrepresents that material or
> > activity was removed or disabled by mistake or misidentification may
> > be subject to liability.
> > Sincerely,
> > YouTube, Inc.
> > Copyright © 2006 YouTube, Inc.
> > abuse-copyright.tmpl
> >
> >
>
>

Highly Confidential