| | |
|---|---|
| To | "Maryrose Dunton" <█████>, "Klein, Erik" <erik@audiotrap com>, <█████> |
| From | "Karen Seto" <█████> |
| Cc | |
| Bcc | |
| Received Date | 2006-06-27 05 42 46 CST |
| Subject | good press (tube & nbc - wsj article) |

great press on your recent deal with nbc!   )

http //online wsj com/article/SB115137083424491406 html?mod=yahoo_hs&ru=yahoo

Attachments

YouTube_NBCPact pdf

Highly Confidential

GOO001-00420319



# THE WALL STREET JOURNAL
### ONLINE

Article Search | Quotes & Research
Advanced Search | Symbol(s) / Name

As of Tuesday, June 27, 2006     LOG OUT

- Home
- News
- Technology
- Markets
- Personal Journal
- Weekend & Leisure
- Opinion
- TODAY'S NEWSPAPER
- MY ONLINE JOURNAL
- ONLINE EXCLUSIVES
- RESEARCH & TOOLS
- FIND A JOB
- FIND A HOME

**Site Highlights**

Free annual reports
Access free annual reports and other information on select companies today

PAGE ONE

*Garage Brand*
# With NBC Pact, YouTube Site Tries to Build a Lasting Business

**Internet Video Service Sketches
A Path to Profitability;
Difficult Copyright Issues**

**Receiving 60,000 Clips a Day**

By KEVIN J. DELANEY
*June 27, 2006; Page A1*

Over the past decade, large media and tech companies have tried to build mass-market services offering video over the Internet. Someone has finally succeeded big: a startup with 35 employees and an office over a pizza restaurant.

Through YouTube Inc.'s Web service, consumers view short videos more than 70 million times a day, ranging from clips of unicycling jugglers and aspiring musicians to vintage Bugs Bunny cartoons and World Cup soccer highlights recorded from TV. Users post more than 60,000 videos daily, with a limit of 10 minutes for most clips.

The big question for YouTube now: Can it turn this loose bazaar of videos into an enduring business?

It will take a step in that direction today when it gets a big endorsement from General Electric Co.'s NBC Universal. NBC plans to announce that it will make available on YouTube promotional video clips for some of its popular shows, such as "The Office," "Saturday Night Live" and "The Tonight Show with Jay Leno." NBC plans to market its new fall lineup using clips on YouTube, and is holding a contest for consumers to submit their own promotional videos for "The Office." It will also buy ads on the site and promote YouTube with mentions on television. That's a significant step for NBC, which earlier had demanded that YouTube take down clips of its programming. (Time Warner Inc.'s Warner Bros. has made a deal to distribute movies and TV shows via Guba.com.)



YouTube is a classic



EMAIL | PRINT | MOST POPULAR

advertisement

**TODAY'S MOST POPULAR**

- Buffett Gives $30 Billion to Gates Foundation
- There Is No 'Consensus' on Global Warming
- Microsoft Wants Your Office Telephone
- Gates's New Role Promises More Questions
- J&J to Buy Pfizer's Consumer Brands

**COMPANIES**
                                Dow Jones, Reuters

General Electric Co. (GE)
  PRICE                      33.21
  CHANGE              0.05
                           6/26

eBay Inc. (EBAY)
  PRICE                      29.72
  CHANGE            -0.28
                           6/26

News Corp. Cl A (NWSA)
  PRICE                      18.71
  CHANGE             0.04
                           6/26

Nike Inc. Cl B (NKE)
  PRICE                      84.25
  CHANGE            -0.11
                           6/26

Viacom Inc. Cl A (VIA)
  PRICE                      36.44
  CHANGE             0.20
                           6/26

Microsoft Corp. (MSFT)
  PRICE                      22.82

Highly Confidential                                                   GOO001-00420320



Dow Jones Sites
- StartupJournal
- OpinionJournal
- CollegeJournal
- CareerJournal
- RealEstateJournal
- MarketWatch
- Barron's Online

Customer Service
- The Online Journal
- The Print Edition
- Contact Us
- Site Map
- Help

Advertiser Links

Featured Advertiser

Accenture Presents
"High Performance"
A Special Ad Section

Click Here



Steve Chen

Silicon Valley garage-to-glory tale. Two friends, Chad Hurley and Steve Chen, started a company in a garage to tackle an issue they were grappling with personally: how to share home videos online. They maxed out Mr. Chen's credit card on business expenses before a financier bankrolled them. They built, following under the noses of richer, better-known compa larger payrolls. The young company burst forth as the dominant player.

CHANGE    0 ?
          6/2

RELATED INDUSTRIES
- Internet & Online

Personalized Home Page Setup
Put headlines on your homepage
industries and topics that interest

But for every Apple Computer Inc. or Google Inc., Silicon Valley's history is fil hot startups that gained 15 minutes of fame but couldn't sustain their brief succe executives, including some alumni of Internet flameouts, are now furiously plann making deals to sustain their upward arc

YouTube's 29-year-old chief executive, Mr. Hurley, and its 27-year-old chief tecl Chen, see two big challenges. The first is to figure out how to make money. The address concerns of copyright holders that many of their TV and movie clips, m songs are available through YouTube without permission.



Chad Hurley

Messrs Hurley and Chen, who worked together at eBay electronic-payment unit, are trying to tackle both issues They're quietly building an online-ad system with Goog which they intend to use to entice producers to post thei YouTube When the system rolls out later this year, You revenue from ads that appear alongside some videos witl those videos. Messrs. Hurley and Chen hope that Holly' see YouTube much as it now views network TV: a legit distributing content with revenue and promotional payof

With stepped-up ad sales, YouTube could become a bigg lawsuits. While much of its content consists of home-sh say the most-viewed items often involve some type of c infringement. On a recent day, top-viewed videos includ "Today" and "The Daily Show," a shaky "Radiohead" concert video and World C highlights recorded from TV.

YouTube says it removes clips when content owners request it, under a procedur Digital Millennium Copyright Act of 1998. In some cases, copyright owners suc put the clips on its site themselves in order to generate buzz or to test ideas

NBC has been among the media companies most actively requesting YouTube to that users have uploaded without permission. With today's agreement, NBC seel shows to YouTube's audience while getting assurances that material it doesn't w be removed. "YouTube has done their work on protecting copyright and we have them they will continue to do so," says NBC Universal Television Group Chief John Miller. "They are a bright light, they have a lot of traffic," he adds.

Based in San Mateo, Calif., YouTube got its start in February 2005, after a dinn Mr. Hurley, who studied design in college and sports shoulder-length hair, and I Taiwan-born engineer with small hoops in each ear. They took videos of the part frustrated when they tried to share the footage with friends. They set out to build that would let them do just that. At the time, Mr. Chen was still working at Pay who had designed PayPal's current logo during his 1999 job interview there, wa work

Highly Confidential

G00001-00420321

- Manage Your Software Assets
- DWS Scudder is here.
- Boardroom Connection
- New HP Workstations for Financial Markets
- NASDAQ Presents "QQQ" Diversify your portfolio.
- Work anywhere, anytime. Simdesk lets you securely.
- CIGNA presents an archive of WSJ health-care articles.
- Porsche Presents: An archive of articles from the Online Journal.
- Work anywhere, anytime. Simdesk lets you securely. Free trial at simdesk.com/signup
- Supply Chains. Synchronized Solutions From UPS.
- Order free annual reports on select companies

They set up shop in Mr. Hurley's Menlo Park garage. In May 2005, they release( the site on the Web with no marketing. Early videos available prominently featu PJ.

### Building a Following

The site quickly built up a following. It stood out from the growing corps of onl including an offering from Google, for its simplicity. YouTube serves up videos directly or from other sites where people insert them, generally not requiring use special software. To accomplish this technical feat, YouTube drew on open-sourc wrote its own code. The service can handle about 110 video formats and 64 audi digital photo and video cameras and cellphones.

It also let consumers display its videos on other sites, such as blogs or personal Corp.'s popular MySpace social networking service. Users could easily upload tl links to YouTube videos to each other. The influential techie site Slashdot's mer helped boost traffic.

After seeing Mr. Chen at a party last summer, former PayPal Chief Financial Ofl put some clips from his honeymoon in Italy on the site. Now a partner at venture Sequoia Capital -- known for backing Apple, Cisco, Google and Yahoo, among invited the YouTube co-founders to his office in mid-August. Mr. Botha says th shares a key attribute with some of those tech legends: "building something for a winds up being universally useful."

By September, users were viewing YouTube videos more than a million times a strategy with Mr. Botha in October, the YouTube founders still believed their m opportunity involved individuals sharing home videos. The next month, they an had injected $3.5 million to help finance the company.

But it started becoming clear to YouTube that users were sharing more than just and viewership stretched far beyond circles of friends. By the time of the site's ol on Dec. 15, consumers were viewing YouTube videos more than three million t of users had watched clips starring Brazilian soccer star Ronaldinho posted by sn Inc. A few days later, someone posted to YouTube a skit from NBC's "Saturday dubbed "Lazy Sunday," featuring two grown men rapping about cupcakes, red lic "The Chronicles of Narnia" film.

After it turned up among user favorites on the site, Mr. Hurley on Dec. 28 email NBC. He asked whether NBC had provided the clip itself, and volunteered to rel YouTube if the video had been shared without NBC's permission. The NBC staf didn't know the answer, but would look into it, Mr. Hurley says.

Consumers viewed "Lazy Sunday" six million times before NBC on Feb. 3 cont request that it be removed, along with hundreds of other clips including Jay Len video from the Winter Olympics.

### Run-In With MySpace

YouTube's rising popularity led to run-ins with others. In December, MySpace b playing YouTube videos on their MySpace pages. Consumer outcry followed an( activated the YouTube feature again. A News Corp. executive later said MySpace the YouTube videos contained porn, and only reactivated them once YouTube h; assurances about porn filtering. (YouTube says it removes any pornography aftei Shortly after the incident, MySpace released its own video service to compete wi

As YouTube users began complaining that the system was slowing, the compam technology. In January, it began displaying limited advertising to help offset its computer equipment and telecom lines. Mr. Chen predicts YouTube will open or with computers to run its service each month this year.

Highly Confidential

G00001-00420322

Thanks partly to its use on MySpace and the Saturday Night Live clip, YouTube cultural phenomenon. Amateur video enthusiasts created their own video tributes that they titled "Lazy Monday" and "Lazy Muncie " Videos of young people, inc students, hamming it up in front of Webcams while lip synching to popular song millions of times.



*A video on YouTube, about, viewed over one million times since June 1.*

### Eye Catching

YouTube's unique audience compared to those of other top video sites, in millions

Along the way, the entertainment world how it might benefit from YouTube's au Weinstein Co., a movie company run by Harvey Weinstein, in April premiered th of the film "Lucky Number Slevin" on Y Inc.'s Paramount Vantage movie unit las exclusively on YouTube an 83-second ai fun at Al Gore to promote its "An Incon By midday yesterday, it had been viewer times "As a marketer you almost can't fi than YouTube to promote your movie," vice president for interactive marketing a Vantage  Viacom owns YouTube rival iF

Still, there were bumps  C-SPAN asked down popular clips of an appearance by t personality Stephen Colbert at the White Correspondents' Association dinner in A distributed the clips free through Google

Some top tech and entertainment executi the company -- while others have showed admiration  Microsoft Corp Chairman I told attendees of The Wall Street Journal conference that, given the copyright issu clear path to profitability, his company v trouble" if it did what YouTube has  But he also acknowledged spending time o bunch of old Harlem Globetrotters movies up there the other night, it's great," he

Google and other YouTube competitors also stepped up their games  Google sin video-upload interface to match what YouTube had been offering  Yahoo this m video service to allow consumers to submit videos directly to it, competing mor YouTube.

Rumors have circulated in recent months that some major media companies have in buying YouTube  In response Mr Hurley says the company is not for sale  H public offering in the future is a possibility

The YouTube co-founders decline to provide many specific details of the ad syst gradually begin rolling out next month  But they say they're not fond of commer before a user can watch a video, known in the industry as "prerolls " YouTube re sales executive Tony Nethercutt to build its sales team

**Submission by Cellphone**

Consumers can now submit videos from their mobile phones, and Messrs Chen they one day should be able to view YouTube clips on phones and other devices potentially expand beyond video to audio and other content

For now, YouTube remains by far the most-visited video site on the Web  It attr million U S  users in May, compared with 11 1 million for Microsoft's MSN Vi seven million for both MySpace's video site and Google Video, according to rese NetRatings Inc  YouTube says behavior indicates that users are most interested i

Highly Confidential

G00001-00420323

three minutes or shorter.

"We're at the fork in the road where Google was at maybe four or five years ago before they rolled out" their current ad model, says Mr. Chen.

A big question is whether more advertising and promotions will drive away some users who like the site's edgy feeling. Consumers spoke up earlier this year when YouTube's home page began to highlight in yellow links to videos from official content partners, questioning the preferential treatment. In response, YouTube quickly removed the yellow highlighting from the page.

**Write to** Kevin J. Delaney at kevin.delaney@wsj.com



Sponsored by
**TOSHIBA**
COPY • FAX • PRINT

---

ADVERTISERS LINKS | WHAT'S THIS?

**Penny Stock Picks That Could Move Huge**
We select only one stock per week with huge potential. Free report and free email newsletter alerts.
www.ScreamingStocks.com

**Hottest Stock Picks**
Free picks with huge upside potential. Join our newsletter.
www.rocketstockpicks.com

**$150,000 Mortgage as Low as 483/Month**
Compare up to 4 free quotes. Refinance and save $1,000s!
www.pickamortgage.com

Return To Top

Highly Confidential

G00001-00420324

Highly Confidential

GOO001-00420325

Log Out  Contact Us  Help  Email Setup  My Account/Billing  Customer Service  Online | Print
Privacy Policy  Subscriber Agreement & Terms of Use  Mobile Devices  RSS Feeds
News Licensing  Advertising  About Dow Jones
Copyright © 2006 Dow Jones & Company, Inc. All Rights Reserved

Highly Confidential

GOO001-00420326

Highly Confidential

GOO001-00420327