**This exhibit number intentionally left blank.**