| | |
|---|---|
| To | "Klein, Erik" <erik@youtube com> |
| From | "Paul Blair" <pblair@youtube com> |
| Cc | |
| Bcc | |
| Received Date | 8/24/2006 10 52 21 PM GMT |
| Subject | Re mike's new goose cup |

Bwahahaha, they just had one of those on the Daily show

http //www youtube com/watch?v=LPQRtuvuYAU

        Paul

On Thu, Aug 24, 2006 at 02 42 46PM -0700, Klein, Erik wrote
> what would we write on it for mike's new goose cup
> http //www customcups net/images/MVC-016S14 JPG
>
>
>
>
> http //www customcups net/pimp-cups html
>

Confidential

GOO001-03631419