| | |
|---|---|
| To: | Steve Chen <steve@youtube.com>; Cuong Do <cdo@youtube.com>; Paul Tuckfield <ptuckfield@youtube.com>; Colin Corbett <colin@youtube.com>; Jamie Byrne <jbyrne@youtube.com> |
| From: | Maryrose Dunton <maryrose@youtube.com> |
| Cc: | Franck Chastagnol <fchastagnol@youtube.com> |
| Bcc: | |
| Received Date: | 2007-01-11 09:48:19 GMT |
| Subject: | Org Chart |

Hey guys,

We've been getting a lot of requests for a org chart for Steve's teams so I went ahead and created one. I'm not sure what everyone's titles are and all that stuff, so please just send me over any edits/additions. Jamie, I forgot the names of the people on your team and I couldn't find them in moma.Franck, I left off all the google people who aren't actually reporting into you or steve - but I can add them in if you like.

Wow. We're getting big.

Thanks,
Maryrose

---

Attachments:

ATT00013.htm
technology_org.ppt



Technology Org



Highly Confidential
GOO001-03406086