

| | |
|---|---|
| To: | "'Maryrose Dunton'" <maryrose@youtube.com>, "'Kevin Donahue'" <kevin@youtube.com> |
| From: | "heather gillette" <heather@youtube.com> |
| Cc: | "'Chad Hurley'" <chadh@youtube.com>, "chris@youtube.com" <chris@youtube.com> |
| Bcc: | |
| Received Date: | 2006-09-27 19:45:35 CST |
| Subject: | RE: United 93 on YouTube |

Kevin and Maryrose,

We removed the queue because there wasn't enough time to review them all and the director accounts program began at that same time so there were many authorized clips over the 10 minutes limit. Kevin, we would need to talk about this tool and whether it would make sense. I think it would be smarter to have a queue that has the words 'part' or episode' somewhere in the video title rather than by time. But, there is also the issue of whether it is really worth the admin time due to how many are really out there to be found.

Let's talk more about it,

Heather

---

From: Maryrose Dunton [mailto:maryrose@youtube.com]
Sent: Wednesday, September 27, 2006 11:24 AM
To: Kevin Donahue
Cc: 'Chad Hurley'; 'heather gillette'; chris@youtube.com
Subject: Re: United 93 on YouTube

I think we already have this filter (called 'length too long'), right Heather?

On Sep 27, 2006, at 6:33 AM, Kevin Donahue wrote:

DATE: 8-12-08    EXHIBIT# 15
DEPONENT: GILLETTE, HEATHER
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential                                    GO0001-00988969



Guys,

A couple of the studios asked about this type of problem - users uploading a full length movie into 10 minute clips. Can we do an automatic search/filter uploads of approx 10 min. into a queue for Heather's team to review?

Thx,

KD

---

From: Neil, Doug (NBC Universal) [mailto:Doug.Neil@nbcuni.com]
Sent: Tuesday, September 26, 2006 3:52 PM
To: heather gillette; Kevin Donahue (E-mail); micah@youtube.com
Cc: Godfrey, Leigh A (NBC Universal); Fowler, Tyler (NBC Universal); Blatt, Ben (NBC Universal)
Subject: United 93 on YouTube

Thanks, Heather...we've got another one for you:

<http://youtube.com/profile_videos?user=LatiinoHeat>
http://youtube.com/profile_videos?user=LatiinoHeat

This user has broken up United 93 into multiple parts...

Thanks,

Doug

-----Original Message-----
From: heather gillette [mailto:heather@youtube.com]
Sent: Monday, September 25, 2006 6:17 PM
To: Neil, Doug (NBC Universal); 'Kevin Donahue (E-mail)'; micah@youtube.com
Cc: Godfrey, Leigh A (NBC Universal); Fowler, Tyler (NBC Universal); Blatt, Ben (NBC Universal)
Subject: RE: Break-up and Slither on YouTube

Dear Neil,



The 2 users (one from the search results links) and all of their videos have been removed. Please let me know if I missed a user somewhere in that second search link. I searched through and didn't see another.

Thank you for pointing this out!

Heather

---

From: Neil, Doug (NBC Universal) [mailto:Doug.Neil@nbcuni.com]
Sent: Monday, September 25, 2006 6:05 PM
To: Kevin Donahue (E-mail); micah@youtube.com; heather@youtube.com
Cc: Godfrey, Leigh A (NBC Universal); Fowler, Tyler (NBC Universal); Blatt, Ben (NBC Universal)
Subject: Break-up and Slither on YouTube

Kevin/Micah/Heather,

We just noticed that Slither and The Break-up are posted on YouTube in multiple parts:

<http://www.youtube.com/watch?v=S95OtezMjJk>
http://www.youtube.com/watch?v=S95OtezMjJk - 10 parts

<http://youtube.com/results?search_type=search_videos&search_query=Slither&search_sort=video_date_uploaded&search_category=0>
http://youtube.com/results?search_type=search_videos&search_query=Slither&search_sort=video_date_uploaded&search_category=0 - multiple parts

Can you have these removed asap?

Thanks,

Doug

P.S. - Looking forward to continuing our discussions on ideas for "Let's Go



to Prison"...

|
818-777-6031

Doug.Neil@nbcuni.com

Highly Confidential

G00001-00988972