

| | |
|---|---|
| To: | "Kevin Donahue" <kevin@youtube.com> |
| From: | "Heather Gillette" <hgillette@google.com> |
| Cc: | "Jordan Hoffner" <jhoffner@google.com> |
| Bcc: | |
| Received Date: | 2007-06-14 17:45:37 CST |
| Subject: | Re: folllow up + full shows |

No, this is actually an abuse of our Terms of Use when a user uploads what we call "serial uploads" which is basically a piece of long form content that they have broken up into parts and then uploaded segments of onto YouTube to get past our ten minute limit. An example would be one video called Seinfeld episode 23 part 1, and the next video would be called Seinfeld episode 23 part 2. These would be considered serial uploads. This is referring to accounts that have the ten minute limitiation, not director accounts.

Heather


On 6/14/07, Kevin Donahue <kevin@youtube.com> wrote:
>
> hey Heather,
> just wondering, what do you mean by "abusing our ten minute limit" ?  do
> we still allow Director accounts to go beyond 10 min?
> I'm assuming you mean a copyright violation when you say "abusing." Or
> have users without Director accounts found a way to get around our 10 minute
> limit and is that what you mean? Thx. :)
> - KD
>
>
> On 6/13/07, Heather Gillette <hgillette@google.com> wrote:
> >
> > Jordan and Kevin, many of these are not abusing our ten minute limit and
> > therefore are not a violation of our Terms of Use. In that case, are these
> > folks claiming copyright infringement on all of the videos in these
> > accounts?
> >
> >
> >
> >
> > On 6/13/07, Heather Gillette <hgillette@google.com > wrote:
> > >
> > > As an FYI, we don't pro-actively search for abuse of our ten minute
> > > limit, we just remove them when we come across them. If these vids didn't
> > > come to our attention (via flagging or whatever) we would not know to take
> > > them down.
> > >
> > > I will grab them now for a terms of use violation.
> > >
> > > Thanks,
> > >
> > > Heather
> > >
> > >
> > > On 6/13/07, Jordan Hoffner <jhoffner@google.com > wrote:
> > > >

DATE 8 12·08
DEPONENT GILLETTE, HEATHER       EXHIBIT# 14
CASE Viacom, et al  v  YouTube, et al . The Football
Association Premier League, et al . v  YouTube, et al ,
Case Nos. 07-CV-2203 and 07-CV-3582
A Ignacio Howard, CLR, RPR, CSR No 9830

Confidential                                                G00001-00953867

```
> > > > I will look into it.
> > > > ---------------------------
> > > > Jordan Hoffner
> > > > Google
> > > > ▓▓▓▓
> > > > ▓▓▓▓
> > > >
> > > >
> > > > ----- Original Message -----
> > > > From: Will Marks ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> > > > To: Kevin Donahue; Jordan Hoffner
> > > > Cc: John Najarian < JNajarian@eentertainment.com>
> > > > Sent: Wed Jun 13 16:51:51 2007
> > > > Subject: RE: folllow up + full shows
> > > >
> > > > Hey guys - I'm surprised to see that all the full shows below are
> > > > still up...
> > > >
> > > >
> > > > _____
> > > >
> > > >     From: Will Marks
> > > >     Sent: Friday, June 08, 2007 6:12 PM
> > > >     To: ' kevind@google.com'; ' jhoffner@google.com '
> > > >     Cc: John Najarian
> > > >     Subject: folllow up + full shows
> > > >
> > > >
> > > >     Hey Jordan & Kevin - thanks for the time this week. We look
> > > > forward to discussing next steps after your conversation with the GC.
> > > >
> > > >     BTW - these are the types of postings I was referring
> > > > to...these pages are all full MTV shows, broken into 2 or 3 parts. All of
> > > > the videos have been up for months:
> > > >
> > > >     http://www.youtube.com/profile_videos?user=ximinez69&p=r
> > > >
> > > >     http://www.youtube.com/profile_videos?user=BabyG0988&p=r
> > > >
> > > >
> > > >     WSM
> > > >
> > > >     * * * * * * * * * * * * * * * * *
> > > >
> > > >     Will Marks
> > > >     Vice President, Business Development
> > > >
> > > >     ▓▓▓▓▓▓▓▓
> > > >
> > > >     E! Entertainment Television
> > > >     5750 Wilshire Boulevard
> > > >     Los Angeles, CA 90036
> > > >
> > > >
> > > >
> > > >
> > >
> > >
```

Confidential

G00001-00953868



```
> > > --
> > > "This email and the information it contains are confidential and may
> > > be privileged. If you have received this email in error please notify me
> > > immediately and do not copy it for any purpose, or disclose its contents to
> > > any other person. Internet communications are not secure and, therefore,
> > > Google does not accept legal responsibility for the contents of this message
> > > as it has been transmitted over a public network. If you suspect the message
> > > may have been intercepted or amended please call me."
> >
> >
> >
> >
> > --
> > "This email and the information it contains are confidential and may be
> > privileged. If you have received this email in error please notify me
> > immediately and do not copy it for any purpose, or disclose its contents to
> > any other person. Internet communications are not secure and, therefore,
> > Google does not accept legal responsibility for the contents of this message
> > as it has been transmitted over a public network. If you suspect the message
> > may have been intercepted or amended please call me."
> >
>
>
```

--
"This email and the information it contains are confidential and may be
privileged. If you have received this email in error please notify me
immediately and do not copy it for any purpose, or disclose its contents to
any other person. Internet communications are not secure and, therefore,
Google does not accept legal responsibility for the contents of this message
as it has been transmitted over a public network. If you suspect the message
may have been intercepted or amended please call me."

Confidential

GOO001-00953869