**Redacted at the request of Defendants pending a meet and confer and, if applicable, further action of the Court.**