To:               "David Eun" <deun@google.com>
From:             "Bhanu Narasimhan" <bhanun@google.com>
Cc:
Bcc:
Received Date:    2006-06-28 17:13:09 CST
Subject:          Re: Illegal Uploads

Hi Dave,

We catch around 10% of all online user uploaded videos during review. Of these approximately 90% is disapproved due to copyright violation, and the rest due to policy (porn, violence, etc.) We discuss these stats weekly in the ops team meeting so I am enclosing our slides from this week - see slides 3-9 for review and takedown stats.

Please let me know if you would like more information or if you need this data summarized differently. Also, the raw data is in our filer and is updated weekly so if you would like to get access to this, do let me know.

To be honest, I don't have insight into youtube stats but I believe they proactively review videos based on #playbacks in the last Xmins (if a video is getting very popular) and takedown if the video has porn or other bad content. I am not sure they do anything about copyright other than take these down when they get a dmca. I can try to ask around and find out more.

Thanks,
Bhanu

On 6/28/06, David Eun <deun@google.com> wrote:
>
> Bhanu,
>
> In the swirl of discussions around copyright enforcement policies, can you
> tell me how many illegal videos we "catch" every week on average and what
> types/kinds/categories they fall into?
>
> How do they correspond to the stuff that gets uploaded to YouTube?
>
> Your info and insight would be appreciated!
>
> Dave
>
> --
> David Eun
> NY: 212-589-8070
> MV: 650-253-1993
>

Attachments:

Video Meeting 06-26-06.ppt

DATE: 5·6·09    EXHIBIT# 6
DEPONENT: Schmidt, E
CASE: Viacom, et al., v. YouTube, et al., The Football
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582

A. Ignacio Howard, CSR, RPR, CCRR, CLR, No. 9830

**Highly Confidential**          Expert - Advertising                    G00001-00794737



# Google Video Team Meeting

## Agenda for 6/26/06



- Updates

  Welcome, Dublin Team!

  Video Reviews - Amy

  Take Downs & DMCA – Katrina & Stephanie

  Emails – Sarah

  Frankie – CBG meeting

  Harappa Meeting – cancelled!

  Boo Boos, and Warm Fuzzies

- Our Google Video *STAR(s)*

- Special Topics

  – T-shirts / jerseys

- Two Truths & a Lie - Sarah



Confidential

Highly Confidential

Expert - Advertising

GOO001-00794738

# Video Review Statistics



Google Video BETA

June 17th – 23rd, 2006

Google Search

Search recent TV programs online.



Confidential

**Highly Confidential**

**Expert – Advertising**

GOO001-00794739



# Google Video Team

## Total Videos Reviewed: 42,679!

- That's 4,187 more than last week



Number of Videos Reviewed Per Week

Confidential



# Google™ Google Video Team

## Total Disapprovals: 3,640

- That's 424 more than last week, and 8.5% of total reviews

- That means we approved 39,039 videos this week!



**Disapproval Rate**

Dates (x-axis): 06-Jan-06, 13-Jan-06, 20-Jan-06, 27-Jan-06, 03-Feb-06, 10-Feb-06, 17-Feb-06, 24-Feb-06, 03-Mar-06, 10-Mar-06, 17-Mar-06, 24-Mar-06, 31-Mar-06, 07-Apr-06, 14-Apr-06, 21-Apr-06, 28-Apr-06, 5-May-06, 12-May-06, 17-May-06, 26-May-06, 2-Jun-06, 9-Jun-06, 16-Jun-06, 23-Jun-06

Values (y-axis): 0.00%, 2.00%, 4.00%, 6.00%, 8.00%, 10.00%, 12.00%

Confidential

Highly Confidential

Expert – Advertising

GOO001-00794741

# Google Video Team

## Disapproval Reasons

| # Disapproved | | Reason | % of total Disapproved | | |
|---|---|---|---|---|---|
| Last week | This week | | Last week | This week | |
| 1532 | 1955 | TV General | 47.6% | 53.7% | }
| 755 | 722 | TV Sports | 23.5% | 19.8% | } 90.4% total Copyright violations
| 377 | 396 | Music | 11.7% | 10.9% | }
| 197 | 218 | Film | 6.1% | 6.0% | }
| 297 | 285 | Porn/Nudity | 9.2% | 7.8% | }
| 22 | 27 | Bad Quality | 0.7% | 0.7% | }
| 4 | 4 | Obscenity | 0.1% | 0.1% | } 9.6% total Policy violations
| 29 | 28 | Violence | 0.9% | 0.8% | }
| 3 | 5 | Drug Use | 0.1% | 0.1% | }
| 4 | 2 | Illegal Content | 0.1% | 0.1% | }

Confidential

Highly Confidential

Expert - Advertising

G00001-00794742



# Google Video Team

## Disapproval Trends

### Disapproval Reasons



| | Porn/Nudity | Copyright: Music | Copyright: TV | Copyright: TV Sports | Copyright: Film | Violence | Obscenity | Bad Quality/No | Drug Use | Illegal Content | Spam |
|---|---|---|---|---|---|---|---|---|---|---|---|
| April 24th-28th | 85 | 523 | 2,199 | | 233 | 11 | 4 | 37 | 4 | 1 | |
| May 1-5 | 156 | 301 | 2,788 | | 175 | 18 | 0 | 48 | 2 | 2 | |
| May 8-12 | 110 | 196 | 1,210 | 819 | 119 | 14 | 9 | 33 | 6 | 1 | 3 |
| May 13-19 | 216 | 537 | 1,410 | 954 | 135 | 20 | 4 | 27 | 2 | 2 | 0 |
| May 20-26 | 193 | 381 | 1,738 | 967 | 251 | 32 | 5 | 38 | 6 | 1 | 3 |
| May 27-Jun 2 | 230 | 357 | 1,699 | 933 | 251 | 25 | 2 | 21 | 5 | 2 | 5 |
| June 3-9 | 246 | 290 | 1,764 | 822 | 176 | 25 | 2 | 27 | 4 | 6 | 4 |
| June 10-16 | 297 | 377 | 1,532 | 755 | 197 | 29 | 4 | 22 | 3 | 4 | 10 |
| June 17-23 | 285 | 396 | 1,955 | 722 | 218 | 28 | 4 | 27 | 5 | 2 | 6 |

Legend:
- April 24th-28th
- May 1-5
- May 8-12
- May 13-19
- May 20-26
- May 27-Jun 2
- June 3-9
- June 10-16
- June 17-23



# Google™

## DMCA & Takedown Updates by Katrina & Steph

- **DMCAs:**
  - 9 total complaints with 110 takedowns
  - Notable DMCAs:

| UFC: More fighting clips | Playboy: Grateful Dead & Byrds at Playboy Mansion | Hollywood Licensing: AFV content |
|---|---|---|







Confidential

Highly Confidential

Expert - Advertising

GOO001-00794744



# Takedowns...

- Total Takedowns including DMCAs: 186, increase from 60 last week
- Total Takedowns from Sparrow: 61, increase from 51 last week



Confidential



#  Google™ Takedowns...

- Copyright on sparrow: 16, equal to 16 from last week
- Policy on sparrow: 45, increase from 35 last week
  - Porn: 22, Violence: 17, Video Quality: 2, Drugs: 1, Obscenity: 1, Hate/Anti: 1, Illegal: 1



**Takedowns by Category per Week**

—— Total Copyright on Sparrow · · · · Total Policy on Sparrow

Confidential



# Notable Takedowns





Confidential



# Google Video Team

**Email Updates**

**June 17th – June 23rd**

- emails Received: 681 (633 last week)

- emails Sent: 512 (442 last week)

  Average: 102 emails a day



Confidential

Highly Confidential

Expert – Advertising

GOO001-00794748



**VIDEO**

33% emails Uploader

23 - Uploader Tech: Transcoding Failed, Googlemail Upload Issues

13 - Uploader Tech: Reload Technical Difficulties, Error Security Settings

25% emails Playback

20 - GVP: Connection Error, Audio Issue

13 - GVP: Access Purchased Video, Proxy and Password Auth. Issues

25% emails Policy – DMCA/Tools Auto Email

40 - responses for Videos Removed for Policy, URL, Copyright Violations

Confidential

Highly Confidential

Expert - Advertising

GOO001-00794749



**CBG**

8% emails Video Buyer Questions

8 - refunds: Multiple Purchase (3), Technical Difficulties (4), Refund General (1)

16 - Can't See IP, Online Requirement, Can I Charge?

**One - offs**

5 - Video One-offs

- User asked about using Video API



Confidential

# Google™

## \\filer\shares\GoogleVideoOperations\Ops Stats



Confidential

**Google Video Emails per Week**

Chart: Number of Emails vs Weeks

Legend:
- Received
- Sent
- Closed

Y-axis (Number of Emails): 0, 500, 1,000, 1,500, 2,000, 2,500

X-axis (Weeks): 8/28/2005, 9/9/2005, 9/23/2005, 10/7/2005, 10/21/2005, 11/4/2005, 11/18/2005, 12/2/2005, 12/16/2005, 12/30/2005, 1/13/2006, 1/27/2006, 2/10/2006, 2/24/2006, 3/10/2006, 3/24/2006, 4/7/2006, 4/21/2006, 5/6/2006, 5/19/2006, 6/2/2006, 6/16/2006, 6/30/2006



# Google Video Team



## UPLOADER

- 513399 - Bad Response from server: expected 200 OK; got HTTP/1.1 403 Forbidden (Occurs with Mac OS)

- 101770 - Gmail login/Googlemail Upload Issue

- 192637 - Upload falls > 1GB

- 198113 - Uploading Multiple Files at once

- \* Niko created new version of Windows Uploader, under review

  Videos Stuck: 1. Transcoding in Progress (corrupted videos in Neptune) 2. Web based uploads – link not working (not enough bandwidth)



Confidential

Highly Confidential

Expert - Advertising

GOO001-00794752



# CBG Meeting Notes

**Bugs**

- 511269 Cancelled order cannot be repurchased

  *Nothing new to report*

**CBG Updates**

- the CBG launch is planned for late next week (6/29)

  *In preparation, CBG is going through all of their CRs to make sure they reference the external name "Google Checkout"*

- Escalating Bugs to CBG

  *CBG created a new queue for bugs. If we are routing a ticket related to a bug, we should now route to <u>CBG Bug Reports (ROUTE HERE)</u> - (24 hrs)*

  *Types of bugs related tickets we may route:*

  *Pending orders needing a status check*

  *Bug in UI when trying to place an order*

  *Bug in account (i.e., Seeing garbled data on receipt page)*



Confidential

Highly Confidential

Expert - Advertising

G00001-00794753

Google™    **Google Video Team**



## BOO BOO!

Share your "Boo-Boo" moment!



## Warm fuzzy responses

– Hi, Google Video is just one of those services you can't get enough of, I think of it as an online video sharing community, watching other videos and uploading your own.

– Thank you so much for the support a prompt reply. Outstanding service!

– Superb service! I just stumbled across the "embed HTML" feature in sending a video. This is a great feature that, unfortunately, is easily overlooked. It really added FLAIR to my blog and web pages.



Confidential



Gold Stars!





Who helped you out this week?



Confidential



# Google™ Google Video T-shirt

##  Soccer Jerseys?

http://www.soccer.com/IWCatProductPage.process?Merchant_Id=1&Section_Id=1265&pcount=&Product_Id=159547

http://www.wholesale-patches.com/gallery.htm



Confidential



# Two Truths & A Lie





Sarah

Confidential



# Next Week's Meeting



- Meeting Leader?

- Harappa Team Meeting?

- Two Truths & A Lie?



Confidential