To: "Ekaterina Mineeva" <katerina@google.com>, "Hunter Walk" <hunter@google.com>, "Nicholas Lee" <nicklee@google.com>, "Ethan Anderson" <eanderson@google.com>
From: "Bhanu Narasimhan" <bhanun@google.com>
Cc: "shadie@google.com" <shadie@google.com>
Bcc:
Received Date: 2006-03-03 01:34:40 GMT
Subject: disapproval reasons for review and takedown tool

Folks,
Here are the list of disapproval reasons we would like to see. This is a superset of both review and takedown reasons. We would primarily be using drug use, illegal content all the down to DMCA primarily during takedown bu=
I don't think we need 2 separate lists.

Porn/Nudity
Copyright: Music Video

Copyright: TV

Copyright: Film

Copyright: General

Violence

Obscenity

Bad Quality/No Video

Drug Use

Illegal Content

Porn URL

Hate/Anti

Spam

TOS Rejection

DMCA

Please let me know if there are any questions.

Bhanu



Highly Confidential

GOO001-03114019