UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., ET AL., ) ) ) Plaintiffs, ) v. ) ) YOUTUBE, INC., ET AL., ) ) Defendants. ) | ECF Case<br><br>Civil No. 07-CV-2103 (LLS) |
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, ET AL., ) on behalf of themselves and all others ) similarly situated, ) ) Plaintiffs, ) v. ) ) YOUTUBE, INC., ET AL., ) ) Defendants. ) | ECF Case<br><br>Civil No. 07-CV-3582 (LLS) |

DECLARATION OF ANDREW H. SCHAPIRO
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Andrew H. Schapiro, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a partner at the firm of Mayer Brown LLP, attorneys for Defendants YouTube, Inc., YouTube, LLC, and Google Inc. (collectively, "YouTube") in the above-captioned matters. I submit this Declaration in support of Defendants' Motion for Summary Judgment.

2. Attached hereto are true and correct copies of the following documents. Documents with the following Bates prefixes were produced by the following party or non-party in these actions:

- Documents with the Bates prefix "GOO001" were produced by YouTube in these actions.

- Documents with the Bates prefixes "VIA" and "VIA-SUPP" were produced by plaintiffs Viacom International Inc., Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation and Black Entertainment Television LLC (collectively, "Viacom") in these actions.

- Documents with the Bates prefix "CAL" were produced by named plaintiff Cal IV Entertainment, LLC.

- Documents with the Bates prefix "CH" were produced by named plaintiff Cherry Lane Music Publishing Company, Inc.

- Documents with the Bates prefix "FT" were produced by named plaintiff Fédération Française de Tennis.

- Documents with the Bates prefix "PL" were produced by named plaintiff The Football Association Premier League Limited ("Premier League"), and documents with the Bates prefix "PLC" were produced by the individual Clubs making up the Premier League.

- Documents with the Bates prefix "ST" were produced by named plaintiff Stage Three Music (US), Inc.

- Documents with the Bates prefix "TUR" were produced by named plaintiff Robert Tur d/b/a Los Angeles News Service.

- Documents with the Bates prefix "XD" were produced by named plaintiff X-Ray Dog Music, Inc.

- Documents with the Bates prefix "BAYTSP" were produced by non-party BayTSP, Inc. pursuant to a subpoena.

- Documents with the Bates prefix "FS" were produced by non-party Fanscape Inc. pursuant to a subpoena.

- Documents with the Bates prefix "ICED" were produced by non-party ICED Media Ltd. pursuant to a subpoena.

- Documents with the Bates prefix "JK" were produced by non-party Jawed Karim pursuant to a subpoena.

| Exhibit | Description |
|---|---|
| 1 | "Best Inventions 2006," *Time Magazine* |
| 2 | Compilation of Videos Appearing on the YouTube Website |
| 3 | Excerpts of the Deposition of Tom Freston (Sept. 11, 2009) |
| 4 | Excerpts of the Deposition of Michael Wolf (Apr. 17, 2009) |
| 5 | VIA00885981 – 00885982 |
| 6 | VIA00258318 – 00258319 |
| 7 | VIA00328256 |
| 8 | VIA00613094 – 00613095 |
| 9 | VIA00329729 – 00329730 |
| 10 | VIA00173284 |
| 11 | Excerpts of the Deposition of Courtney Nieman (Dec. 16, 2009) |
| 12 | Excerpts of the Rule 30(b)(6) Deposition of Viacom, by Warren Solow (Dec. 18, 2009) |
| 13 | Excerpts of the Deposition of Michele Ganeless (Nov. 3, 2008) |
| 14 | VIA00349674 |
| 15 | VIA01129009 – 01129010 |
| 16 | VIA01623231 – 01623233 |
| 17 | Excerpts of the Rule 30(b)(6) Deposition of The Football Association Premier League Limited, by Oliver Weingarten (Dec. 15-16, 2009) |
| 18 | Excerpts of the Deposition of Michael Housley (Oct. 3, 2008) |
| 19 | *Perfect 10, Inc. v. Amazon*, CV-05-4753, slip op. (C.D. Cal. Nov. 4, 2008) |
| 20 | Excerpts of the Rule 30(b)(6) Deposition of Edward B. Marks Music Company, Freddy Bienstock Music Company d/b/a Bienstock Publishing Company and Alley Music Corporation, by Theodora Michaels (Sept. 24, 2009) |
| 21 | Excerpts of the Deposition of Theresa Torrance (Jan. 21, 2009) |
| 22 | The Rodgers & Hammerstein Organization's Responses and Objections to Defendants' First Set of Requests for Admission (Jan. 12, 2010) |
| 23 | "Garage Brand: With NBC Pact, YouTube Site Tries to Build a Lasting Business --- Internet Video Service Sketches A Path to Profitability," *The Wall Street Journal*, June 27, 2006 |
| 24 | Excerpts of the Deposition of Andrew Lin (July 2, 2009) |
| 25 | Excerpts of the Deposition of Tina Exarhos (Feb. 23, 2009) |
| 26 | VIA00330333 – 00330334 |
| 27 | Excerpts of the Deposition of Amy Powell (Dec. 15, 2009) |
| 28 | GOO001-05161257 – 05161258 |
| 29 | Excerpts of the Deposition of Kyle Bonici (Apr. 22, 2009) |
| 30 | YouTube screenshot of paraccount channel |
| 31 | Excerpts of the Deposition of Cuong Lam (Aug. 6, 2009) |
| 32 | Excerpts of the Deposition of Stephen Farrell (July 14, 2009) |
| 33 | FS048715 – 048716 |
| 34 | VIA00434221 – 00434222 |

HIGHLY CONFIDENTIAL

| Exhibit | Description |
|---|---|
| 35 | VIA00429321 – 00429322 |
| 36 | ICED000002 – 000031 |
| 37 | VIA00353857 – 00353858 |
| 38 | VIA00348985 |
| 39 | VIA00398639 |
| 40 | VIA00365701 – 00365722 |
| 41 | VIA00397857 – 00397862 |
| 42 | VIA00830861 – 00830863 |
| 43 | VIA11660417 – 11660421 |
| 44 | BAYTSP 001125131 – 00sdz1125133 |
| 45 | Excerpts of the Deposition of Damon Burrell (Apr. 14, 2009) |
| 46 | VIA00455125 |
| 47 | Excerpts of the Deposition of Megan Wahtera (Dec. 4, 2009) |
| 48 | VIA00374613 – 00374616 |
| 49 | VIA00908729 – 00908732 |
| 50 | VIA10406143 |
| 51 | VIA11787096 |
| 52 | VIA00431656 |
| 53 | GOO001-01151179 |
| 54 | BAYTSP 001093408 – 001093413 |
| 55 | BAYTSP 003724704 – 003724735 |
| 56 | Excerpts of the Deposition of Adam Cahan (Dec. 9, 2009) |
| 57 | BAYTSP 001125563 – 001125608 |
| 58 | VIA01676948 – 01676949 |
| 59 | BAYTSP 001125622 – 001125625 |
| 60 | BAYTSP 001093577 – 001093578 |
| 61 | "No Joke: 'SouthPark' Uploads Spared," *Multichannel News*, Oct. 14, 2006 |
| 62 | BAYTSP 001093517 – 001093523 |
| 63 | BAYTSP 003732680 – 003732681 |
| 64 | BAYTSP 003740975 |
| 65 | BAYTSP 003718200 – 003718202 |
| 66 | BAYTSP 003863202 – 003863203 |
| 67 | BAYTSP 004283227 – 004283230 |
| 68 | BAYTSP 004345611 – 004345612 |
| 69 | BAYTSP 003733345 |
| 70 | BAYTSP 004283955 |
| 71 | BAYTSP 003727465 – 003727496 |
| 72 | BAYTSP 003719298 – 003719299 |
| 73 | VIA11788097 |
| 74 | BAYTSP 003721230 – 003721233 |
| 75 | BAYTSP 003723588 |
| 76 | BAYTSP 001125759 |

| Exhibit | Description |
| --- | --- |
| 77 | VIA00235270 |
| 78 | Excerpts of the Rule 30(b)(6) Deposition of The Rodgers & Hammerstein Organization, by Victoria Traube (Oct. 8, 2009) |
| 79 | Excerpts of the Rule 30(b)(6) Deposition of The Rodgers & Hammerstein Organization, by Victoria Traube (Dec. 18, 2009) |
| 80 | YouTube screenshot of Sound of Music |
| 81 | CAL00000219 – 00000220 |
| 82 | CAL00000783 – 00000787 |
| 83 | Stage Three Music (US), Inc.'s Responses and Objections to Defendants' First Set of Requests for Admission (Jan. 11, 2010) |
| 84 | ST00097906 – 00097911 |
| 85 | Excerpts of the Rule 30(b)(6) Deposition of Stage Three Music (US), Inc., by Maryann Slim (Oct. 23, 2009) |
| 86 | Cherry Lane's Responses and Objections to Defendants' First Set of Requests for Admission (Jan. 8, 2010) |
| 87 | CH00019803 – 00019806 |
| 88 | TUR00000477 – 00000478 |
| 89 | Bourne Co.'s Responses and Objections to Defendants' First Set of Requests for Admission (Jan. 8, 2010) |
| 90 | Edward B. Marks' Responses and Objections to Defendants' First Set of Requests for Admission (Jan. 11, 2010) |
| 91 | Bienstock Publishing Company's Responses and Objections to Defendants' First Set of Requests for Admission (Jan. 11, 2010) |
| 92 | Excerpts of the Rule 30(b)(6) Deposition of X-Ray Dog Music, Inc., by Timothy Stithem (Dec. 8, 2009) |
| 93 | XD00063860 – 00063863 |
| 94 | Excerpts of the Rule 30(b)(6) Deposition of Fédération Française de Tennis, by Michel Grach (Dec. 3, 2009) |
| 95 | FT00096512 |
| 96 | FT00096491 |
| 97 | FT00096527 – 00096528 |
| 98 | The Music Force Media Group LLC, The Music Force LLC, and Sin-Drome Records, Ltd.'s Responses and Objections to Defendants' First Set of Requests for Admission (Jan. 8, 2010) |
| 99 | Screenshot of YouTube account for grumpoM |
| 100 | PLC00000597 – 00000598 |
| 101 | PLC00000237 – 00000238 |
| 102 | Excerpts of the Rule 30(b)(6) Deposition of Stage Three Music (US), Inc., by Jeffrey Duncan (Nov. 12, 2009) |
| 103 | Cal IV Entertainment LLC's Responses and Objections to Defendants' First Set of Requests for Admission (Jan. 8, 2010) |
| 104 | Excerpts of the Deposition of Brian Bradford (Mar. 12, 2009) |

HIGHLY CONFIDENTIAL

| Exhibit | Description |
|---|---|
| 105 | PL00000458 |
| 106 | PL00000574 – 00000575 |
| 107 | Excerpts of the Rule 30(b)(6) Deposition of Fédération Française de Tennis, by Georgina Loth (Dec. 2, 2009) |
| 108 | Excerpts of the Rule 30(b)(6) Deposition of Cherry Lane Music Publishing Company, Inc., by Keith Hauprich (Sept. 24, 2009) |
| 109 | BAYTSP 004282799 – 004282800 |
| 110 | GOO001-01855601 – 01855603 |
| 111 | GOO001-01858440 – 01858443 |
| 112 | Excerpts of the Deposition of Deborah Kadetsky (Aug. 18, 2009) |
| 113 | GOO001-00856030 – 00856031 |
| 114 | VIA10405833 – 10405836 |
| 115 | VIA10405976 |
| 116 | VIA02088065 |
| 117 | Excerpts of the Rule 30(b)(6) Deposition of Bourne Co., by Marco Berrocal (Nov. 5, 2009) |
| 118 | XD00063614 – 00063615 |
| 119 | XD00063613 |
| 120 | BAYTSP 002369678 – 002369679 |
| 121 | BAYTSP 001125401 – 001125402 |
| 122 | Excerpts of the Deposition of Warren Solow (Jan. 14, 2010) |
| 123 | BAYTSP 004282398 |
| 124 | BAYTSP 004288622 – 004288623 |
| 125 | VIA02090167 |
| 126 | VIA02159159 – 02159177 |
| 127 | Excerpts of the Deposition of Blair Harrison (Dec. 9, 2009) |
| 128 | Excerpts of the Deposition of Judy McGrath (July 29, 2009) |
| 129 | Excerpts of the Deposition of Erik Flannigan (Oct. 16, 2008) |
| 130 | Excerpts of the Deposition of Doug Herzog (Jan. 16, 2009) |
| 131 | YouTube screenshot of Theodoramichael's channel |
| 132 | Excerpts of the Rule 30(b)(6) Deposition of Auditude, Inc., by Nicholas Seet (Nov. 24, 2009) |
| 133 | Excerpts of the Deposition of Mika Salmi (Oct. 16, 2009) |
| 134 | Excerpts of the Deposition of Jason Witt (Sept. 25, 2008) |
| 135 | BAYTSP 003722239 |
| 136 | Excerpts of the Deposition of Alfred Perry (Dec. 16, 2009) |
| 137 | BAYTSP 003742450 – 003742452 |
| 138 | BAYTSP 001125469 – 001125474 |
| 139 | Excerpts of the Deposition of Michelena Hallie (Dec. 10, 2009) |
| 140 | VIA-SUPP000001 – 000016 |
| 141 | BAYTSP 003728192 |
| 142 | VIA11918373 – 11918375 |

HIGHLY CONFIDENTIAL

| Exhibit | Description |
|---|---|
| 143 | BAYTSP 003727194 – 003727195 |
| 144 | VIA11786486 |
| 145 | BAYTSP 001088445 – 001088448 |
| 146 | BAYTSP 003728607 – 003728608 |
| 147 | VIA 11786386 |
| 148 | BAYTSP 003724925 |
| 149 | VIA11562371 – 11562372 |
| 150 | BAYTSP 004174398 – 004174400 |
| 151 | CH00019822 |
| 152 | Excerpts of the Deposition of Gregg Barron (Sept. 23, 2008) |
| 153 | Excerpts of the Rule 30(b)(6) Deposition of National Music Publishers Association, by Lauren Apolito (Jan. 7, 2010) |
| 154 | CAL00000747 – 00000748 |
| 155 | Excerpts of the Deposition of Daniel Hill (Mar. 13, 2009) |
| 156 | ST00105023 – 00105026 |
| 157 | ST00088238 – 00088239 |
| 158 | Excerpts of the Deposition of Chad Hurley (Apr. 22, 2009) |
| 159 | Excerpts of the Rule 30(b)(6) Deposition of YouTube, by Varun Kacholia (Jan. 8, 2010) |
| 160 | GOO001-02757265 – 02757268 |
| 161 | JK00005599 – 00005600 |
| 162 | GOO001-02757231 – 02757232 |
| 163 | JK00003225 |
| 164 | GOO001-02548690 |
| 165 | GOO001-02548740 |
| 166 | GOO001-02123017 – 02123018 |
| 167 | VIA00316614 – 00316658 |
| 168 | VIA00857221 – 00857227 |
| 169 | Excerpts of the Deposition of Alan Bell (Aug. 5, 2009) |
| 170 | Excerpts of the Deposition of Viacom, by Lee L'Archevesque (Feb. 18, 2010) |
| 171 | GOO001-02244041 – 02244057 |
| 172 | Excerpts of the Deposition of Scott Roesch (Sept. 25, 2009) |
| 173 | VIA00613111 |
| 174 | 2006 CableFAX 100, Entry for Judy McGrath, *CableFAX Daily* |
| 175 | VIA10132342 – 10132363 |
| 176 | Excerpts of the Deposition of Robert Tur (Nov. 12, 2009) |
| 177 | "The Man Who Could Kill YouTube," *Esquire*, Nov. 9, 2009 |
| 178 | Declaration of Michael Housley (Feb. 28, 2008) |
| 179 | Viacom Plaintiffs' Objections and Responses to YouTube's Third Set of Interrogatories (without attachments) (Jan. 8, 2010) |

HIGHLY CONFIDENTIAL

| Exhibit | Description |
|---------|-------------|
| 180 | Complaint, *Robert Tur d/b/a Los Angeles News Serv. v. YouTube, Inc.*, CV06-4436 (C.D. Cal. July 14, 2006) |

      3.     Defendants' Memorandum Of Law In Support Of Defendants' Motion For Summary Judgment refers to a number of videos that Plaintiffs have alleged as clips in suit in these actions. Attached hereto are true and correct copies of those videos. Version "A" of each video is provided in the "Flash Video," or ".flv," format, as stored on YouTube's servers. (*See* Declaration of Michael Solomon, submitted herewith, at ¶ 12, which explains the manner in which those videos were captured from YouTube's servers.) For the Court's convenience, we have also converted each video to the "MPEG-1" format, and include that format as version "B."

| Exhibit | Description |
|---------|-------------|
| 181A | tBXNS9obErI (.flv format) |
| 181B | tBXNS9obErI (MPEG-1 format) |
| 182A | k4Ei7kSHCFM (.flv format) |
| 182B | k4Ei7kSHCFM (MPEG-1 format) |
| 183A | P5Hii42p8uA (.flv format) |
| 183B | P5Hii42p8uA (MPEG-1 format) |
| 184A | M9aninYQLdw (.flv format) |
| 184B | M9aninYQLdw (MPEG-1 format) |
| 185A | j0hF-i-bv7Q (.flv format) |
| 185B | j0hF-i-bv7Q (MPEG-1 format) |
| 186A | _oXsI2uabP8 (.flv format) |
| 186B | _oXsI2uabP8 (MPEG-1 format) |
| 187A | LL2SneogeUE (.flv format) |
| 187B | LL2SneogeUE (MPEG-1 format) |
| 188A | 0BFCCGLZ_0k (.flv format) |
| 188B | 0BFCCGLZ_0k (MPEG-1 format) |
| 189A | rlDQE5iotFg (.flv format) |
| 189B | rlDQE5iotFg (MPEG-1 format) |
| 190A | g56jaRx3RmE (.flv format) |
| 190B | g56jaRx3RmE (MPEG-1 format) |
| 191A | LAl7VFiwRSM (.flv format) |

| Exhibit | Description |
|---|---|
| 191B | LAl7VFiwRSM (MPEG-1 format) |
| 192A | KmnHFYZXygk (.flv format) |
| 192B | KmnHFYZXygk (MPEG-1 format) |
| 193A | KA24Sg1K_Ys (.flv format) |
| 193B | KA24Sg1K_Ys (MPEG-1 format) |
| 194A | ZOLLbGGZgy4 (.flv format) |
| 194B | ZOLLbGGZgy4 (MPEG-1 format) |
| 195A | 4hrdXObreII (.flv format) |
| 195B | 4hrdXObreII (MPEG-1 format) |
| 196A | 5lDGnGgR9JE (.flv format) |
| 196B | 5lDGnGgR9JE (MPEG-1 format) |
| 197A | FKhEli0mSpk (.flv format) |
| 197B | FKhEli0mSpk (MPEG-1 format) |
| 198A | If9oyBH623s (.flv format) |
| 198B | If9oyBH623s (MPEG-1 format) |
| 199A | XbrWIKLJtuE (.flv format) |
| 199B | XbrWIKLJtuE (MPEG-1 format) |
| 200A | 2F-tATkcnkM (.flv format) |
| 200B | 2F-tATkcnkM (MPEG-1 format) |
| 201A | RMvxHd5gB4o (.flv format) |
| 201B | RMvxHd5gB4o (MPEG-1 format) |
| 202A | S6U_Z2BMkaY (.flv format) |
| 202B | S6U_Z2BMkaY (MPEG-1 format) |
| 203A | 1hubX0wlTjQ (.flv format) |
| 203B | 1hubX0wlTjQ (MPEG-1 format) |
| 204A | 2UKkvEObQxM (.flv format) |
| 204B | 2UKkvEObQxM (MPEG-1 format) |
| 205A | phFBa9AhC0A (.flv format) |
| 205B | phFBa9AhC0A (MPEG-1 format) |
| 206A | Y_0MEVbbQg8 (.flv format) |
| 206B | Y_0MEVbbQg8 (MPEG-1 format) |
| 207A | O9ht-qIMyu0 (.flv format) |
| 207B | O9ht-qIMyu0 (MPEG-1 format) |
| 208A | SzhaWJmoUWo (.flv format) |
| 208B | SzhaWJmoUWo (MPEG-1 format) |
| 209A | keR7kRNg05Y (.flv format) |
| 209B | keR7kRNg05Y (MPEG-1 format) |
| 210A | LmLgt8oGtuM (.flv format) |
| 210B | LmLgt8oGtuM (MPEG-1 format) |

HIGHLY CONFIDENTIAL

4. The Declaration of Hunter Walk, submitted herewith, describes a number of webpages appearing on the YouTube website, and identifies the corresponding URLs for those webpages. Attached hereto is a true and correct copy of a screenshot captured between February 25 and March 5, 2010 for each URL described in Mr. Walk's declaration and, where applicable, a true and correct copy of the video appearing on that webpage. Version "A" of each video is provided in the "Flash Video," or ".flv" format, as stored on YouTube's servers. (*See* Declaration of Michael Solomon, submitted herewith, at ¶ 12, which explains the manner in which those videos were captured from YouTube's servers.) For the Court's convenience, we have also converted each video to the "MPEG-1" format, and include that format as version "B."

| Paragraph in Walk Declaration | URL | Corresponding YouTube Screenshot Exhibit No. | Corresponding Video File Exhibit No. (where applicable) |
|---|---|---|---|
| ¶ 6 | http://www.youtube.com/user/johnmccaindotcom?blend=3&ob=4&rclk=cti#p/f/25/JTL4jC1bKzY | 211 | 315A/315B |
| ¶ 6 | http://www.youtube.com/user/barackobamadotcom?blend=1&ob=4&rclk=cth#p/u/781/vpmFd25tRqo | 212 | 316A/316B |
| ¶ 6 | http://www.youtube.com/user/YTdebates#p/u/46/XWokI0NaGMc | 213 | 317A/317B |
| ¶ 6 | http://www.youtube.com/user/whitehouse?blend=1&ob=4&rclk=cth#p/u/91/94RRh9qZGYc | 214 | 318A/318B |
| ¶ 6 | http://www.youtube.com/watch?v=0pqzNJYzh7I | 215 | 319A/319B |
| ¶ 6 | http://www.youtube.com/user/NancyPelosi | 216 | N/A |

| Paragraph in Walk Declaration | URL | Corresponding YouTube Screenshot Exhibit No. | Corresponding Video File Exhibit No. (where applicable) |
|---|---|---|---|
| ¶ 6 | http://www.youtube.com/user/RepublicanLeader | 217 | N/A |
| ¶ 6 | http://www.youtube.com/user/senatehub | 218 | N/A |
| ¶ 6 | http://www.youtube.com/user/househub | 219 | N/A |
| ¶ 7 | http://www.youtube.com/user/MarineCorpsNews | 220 | N/A |
| ¶ 7 | http://www.youtube.com/user/soldiersmediacenter | 221 | N/A |
| ¶ 7 | http://www.youtube.com/user/UnitedStatesNavy | 222 | N/A |
| ¶ 7 | http://www.youtube.com/user/AFBlueTube | 223 | N/A |
| ¶ 7 | http://www.youtube.com/watch?v=mDUInYe8G2c | 224 | 320A/320B |
| ¶ 7 | http://www.youtube.com/user/ReelNASA#p/a/3CD87307666C1B55/0/e16eXXAoisg | 225 | 321A/321B |
| ¶ 7 | http://www.youtube.com/user/NASAtelevision#p/u/631/JgBgmw-2U8c | 226 | 322A/322B |
| ¶ 7 | http://www.youtube.com/user/LibraryOfCongress | 227 | N/A |
| ¶ 8 | http://www.youtube.com/user/vatican | 228 | N/A |
| ¶ 8 | http://www.youtube.com/user/theroyalchannel | 229 | N/A |
| ¶ 8 | http://www.youtube.com/user/kremlin | 230 | N/A |
| ¶ 8 | http://www.youtube.com/user/Iraqigov | 231 | N/A |
| ¶ 8 | http://www.youtube.com/user/unitednations | 232 | N/A |
| ¶ 8 | http://www.youtube.com/peres | 233 | N/A |
| ¶ 8 | http://www.youtube.com/user/PresidentMBLee | 234 | N/A |
| ¶ 9 | http://www.youtube.com/watch?v=HgQd0K5W0vI | 235 | 323A/323B |

| Paragraph in Walk Declaration | URL | Corresponding YouTube Screenshot Exhibit No. | Corresponding Video File Exhibit No. (where applicable) |
|---|---|---|---|
| ¶ 9 | http://www.youtube.com/watch?v=I0MkATcn04M | 236 | 324A/324B |
| ¶ 9 | http://www.youtube.com/watch?v=mcQ8zMpthis | 237 | 325A/325B |
| ¶ 10 | http://www.youtube.com/watch?v=Og1bYPn8nW8 | 238 | 326A/326B |
| ¶ 10 | http://www.youtube.com/watch?v=7g9mOMQfY2s | 239 | 327A/327B |
| ¶ 10 | http://www.youtube.com/watch?v=1B98PExsoXs | 240 | 328A/328B |
| ¶ 10 | http://www.youtube.com/watch?v=OEdVfyt-mLw | 241 | 329A/329B |
| ¶ 11 | http://youtube-global.blogspot.com/2010/01/live-tonight-top-artists-perform-in.html | 242 | N/A |
| ¶ 11 | http://youtube-global.blogspot.com/2009/10/can-billion-views-help-billion-people.html | 243 | N/A |
| ¶ 11 | http://www.youtube.com/watch?v=6jSBW0BOPqM | 244 | 330A/330B |
| ¶ 11 | http://www.youtube.com/watch?v=BDqs-OZWw9o | 245 | 331A/331B |
| ¶ 11 | http://www.youtube.com/view_play_list?p=749732FFD312CA7F | 246 | N/A |
| ¶ 12 | http://www.youtube.com/channels?s=ytedu_mv | 247 | N/A |
| ¶ 12 | http://www.youtube.com/watch?v=S9WtBRNydso | 248 | 332A/332B |
| ¶ 13 | http://www.youtube.com/watch?v=tGn3-RW8Ajk | 249 | 333A/333B |
| ¶ 13 | http://www.youtube.com/watch?v=SGJMoYcM8yY | 250 | 334A/334B |
| ¶ 14 | http://www.youtube.com/watch?v=7jRE3xRm8Vk | 251 | 335A/335B |
| ¶ 14 | http://www.youtube.com/watch?v=Phjw9dzHU-0 | 252 | 336A/336B |
| ¶ 14 | http://www.youtube.com/watch?v=msTLaSQFhrc | 253 | 337A/337B |

| Paragraph in Walk Declaration | URL | Corresponding YouTube Screenshot Exhibit No. | Corresponding Video File Exhibit No. (where applicable) |
|---|---|---|---|
| ¶ 14 | http://www.youtube.com/watch?v=pTHc5wB-u8w | 254 | 338A/338B |
| ¶ 15 | http://www.youtube.com/user/reporterscenter | 255 | N/A |
| ¶ 16 | http://www.youtube.com/watch?v=dTAAsCNK7RA | 256 | 339A/339B |
| ¶ 16 | http://www.youtube.com/watch?v=jmR0V6s3NKk | 257 | 340A/340B |
| ¶ 16 | http://www.youtube.com/watch?v=EwTZ2xpQwpA | 258 | 341A/341B |
| ¶ 16 | http://www.youtube.com/watch?v=-dadPWhEhVk | 259 | 342A/342B |
| ¶ 16 | http://www.youtube.com/watch?v=p_YMigZmUuk | 260 | 343A/343B |
| ¶ 17 | http://www.youtube.com/watch?v=-prfAENSh2k | 261 | 344A/344B |
| ¶ 17 | http://www.youtube.com/watch?v=m56F4EKN9hg | 262 | 345A/345B |
| ¶ 17 | http://www.youtube.com/watch?v=uHPg262Kr9c | 263 | 346A/346B |
| ¶ 17 | http://www.youtube.com/watch?v=xLYWtjEUKa4 | 264 | 347A/347B |
| ¶ 17 | http://www.youtube.com/watch?v=JkUNGWH1Jzg | 265 | 348A/348B |
| ¶ 17 | http://www.youtube.com/watch?v=-MIm5WgIepE | 266 | 349A/349B |
| ¶ 17 | http://www.youtube.com/watch?v=Sh9E_JO3nV0 | 267 | 350A/350B |
| ¶ 17 | http://www.youtube.com/watch?v=FOqVpflq3EE | 268 | 351A/351B |
| ¶ 17 | http://www.youtube.com/watch?v=f0IRXlNcPjI | 269 | 352A/352B |
| ¶ 17 | http://www.youtube.com/watch?v=NaGLVS5b_ZY | 270 | 353A/353B |
| ¶ 17 | http://www.youtube.com/watch?v=6vQpW9XRiyM | 271 | 354A/354B |
| ¶ 17 | http://www.youtube.com/user/foxnewschannel | 272 | N/A |

| Paragraph in Walk Declaration | URL | Corresponding YouTube Screenshot Exhibit No. | Corresponding Video File Exhibit No. (where applicable) |
|---|---|---|---|
| ¶ 17 | http://www.youtube.com/user/CBSNewsOnline | 273 | N/A |
| ¶ 17 | http://www.youtube.com/user/ntvkenya | 274 | N/A |
| ¶ 17 | http://www.youtube.com/show/startrek | 275 | N/A |
| ¶ 17 | http://www.youtube.com/show/macgyver | 276 | N/A |
| ¶ 17 | http://www.youtube.com/user/MontyPython | 277 | N/A |
| ¶ 17 | http://www.youtube.com/watch?v=vSYadh2xmcI | 278 | 355A/355B |
| ¶ 17 | http://www.youtube.com/watch?v=Ye8mB6VsUHw | 279 | 356A/356B |
| ¶ 18 | http://www.youtube.com/oprah | 280 | N/A |
| ¶ 18 | http://www.youtube.com/user/paulmccartney | 281 | N/A |
| ¶ 18 | http://www.youtube.com/user/andreabocelli | 282 | N/A |
| ¶ 18 | http://www.youtube.com/user/u2official | 283 | N/A |
| ¶ 18 | http://www.youtube.com/user/joinred | 284 | N/A |
| ¶ 18 | http://www.youtube.com/user/TeamRadioShack | 285 | N/A |
| ¶ 18 | http://www.youtube.com/watch?v=9S9vlgtt264 | 286 | 357A/357B |
| ¶ 18 | http://www.youtube.com/user/aliciakeys | 287 | N/A |
| ¶ 18 | http://www.youtube.com/watch?v=dF6D7xs1qMY | 288 | 358A/358B |
| ¶ 19 | http://www.youtube.com/watch?v=TwsIagFWKlY | 289 | 359A/359B |
| ¶ 19 | http://www.youtube.com/user/USDCINSD | 290 | N/A |
| ¶ 20 | http://www.youtube.com/watch?v=1JynBEX_kg8 | 291 | 360A/360B |
| ¶ 20 | http://www.youtube.com/watch?v=TZ860P4iTaM | 292 | 361A/361B |

| Paragraph in Walk Declaration | URL | Corresponding YouTube Screenshot Exhibit No. | Corresponding Video File Exhibit No. (where applicable) |
|---|---|---|---|
| ¶ 20 | http://www.youtube.com/watch?v=4PcL6-mjRNk | 293 | 362A/362B |
| ¶ 20 | http://www.youtube.com/watch?v=xPxDw7ajfGE | 294 | 363A/363B |
| ¶ 20 | http://www.youtube.com/watch?v=imFTcjHIY_s | 295 | 364A/364B |
| ¶ 20 | http://www.youtube.com/watch?v=LU8DDYz68kM | 296 | 365A/365B |
| ¶ 20 | http://www.youtube.com/watch?v=Z-BzXpOch-E | 297 | 366A/366B |
| ¶ 20 | http://www.youtube.com/watch?v=s7a9xCIAdDU | 298 | 367A/367B |
| ¶ 20 | http://www.youtube.com/watch?v=_OBlgSz8sSM | 299 | 368A/368B |
| ¶ 20 | http://www.youtube.com/watch?v=E8aprCNnecU | 300 | 369A/369B |
| ¶ 20 | http://www.youtube.com/watch?v=5P6UU6m3cqk | 301 | 370A/370B |
| ¶ 20 | http://www.youtube.com/watch?v=zlfKdbWwruY | 302 | 371A/371B |
| ¶ 20 | http://www.youtube.com/watch?v=dMH0bHeiRNg | 303 | 372A/372B |
| ¶ 20 | http://www.youtube.com/watch?v=eaRcWB3jwMo | 304 | 373A/373B |
| ¶ 20 | http://www.youtube.com/watch?v=EMhUZAq5IxQ | 305 | 374A/374B |
| ¶ 20 | http://www.youtube.com/watch?v=T7TI-AJi2O8 | 306 | 375A/375B |
| ¶ 20 | http://www.youtube.com/watch?v=hSvIOd7tfh0 | 307 | 376A/376B |
| ¶ 20 | http://www.youtube.com/watch?v=vPm27Wm-0tY | 308 | 377A/377B |
| ¶ 20 | http://www.youtube.com/watch?v=4-94JhLEiN0 | 309 | 378A/378B |
| ¶ 20 | http://www.youtube.com/watch?v=cvj-0RUpteo | 310 | 379A/379B |
| ¶ 20 | http://www.youtube.com/watch?v=pXD7rDgsL88 | 311 | 380A/380B |

| Paragraph in Walk Declaration | URL | Corresponding YouTube Screenshot Exhibit No. | Corresponding Video File Exhibit No. (where applicable) |
|---|---|---|---|
| ¶ 20 | http://www.youtube.com/watch?v=i1azm1oNRbk | 312 | 381A/381B |
| ¶ 20 | http://www.youtube.com/watch?v=jNQXAC9IVRw | 313 | 382A/382B |
| ¶ 21 | http://www.youtube.com/watch?v=TPAO-lZ4_hU | 314 | 383A/383B |

5.      The Declaration of Micah Schaffer, submitted herewith, also describes two URLs. Paragraph 2 of Mr. Schaffer's declaration references the URL http://www.youtube.com/watch?v=KNwLn85I75Y, which is currently available on the YouTube website. Attached hereto as Exhibit 384 is a true and correct copy of a screenshot captured on March 5, 2010 for that URL. Attached hereto as Exhibit 385A is a true and correct copy of the video appearing on that webpage in the "Flash Video," or ".flv" format, as stored on YouTube's servers. (*See* Declaration of Michael Solomon, submitted herewith, at ¶ 12, which explains the manner in which those videos were captured from YouTube's servers.) For the Court's convenience, attached hereto as Exhibit 385B is a true and correct copy of that video converted to the "MPEG-1" format. Paragraph 7 of Mr. Schaffer's declaration references a video which previously appeared on the YouTube website at the URL http://www.youtube.com/watch?v=TUiP6dqPynE. Attached hereto as Exhibit 386A is a true and correct copy of the video that appeared on that webpage in the "Flash Video," or ".flv" format, as stored on YouTube's servers. (*See* Declaration of Michael Solomon, submitted herewith, at ¶ 12, which explains the manner in which those

16

HIGHLY CONFIDENTIAL

videos were captured from YouTube's servers.) For the Court's convenience, attached hereto as Exhibit 386B is a true and correct copy of that video converted to the "MPEG-1" format.

6. The Declaration of Roelof Botha, submitted herewith, also describes the URL http://www.youtube.com/watch?v=KNwLn85I75Y at paragraph 11. Attached hereto as Exhibit 384 is a true and correct copy of a screenshot captured on March 5, 2010 for that URL. Attached hereto as Exhibit 385A is a true and correct copy of the video appearing on that webpage in the "Flash Video," or ".flv" format, as stored on YouTube's servers, and attached hereto as Exhibit 385B is a true and correct copy of that video converted to the "MPEG-1" format.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
March 11, 2010

Andrew H. Schapiro