# SCHAPIRO DECLARATION EXHIBITS CONTINUED

M. GANELESS

2              Mr. Cucci reported, was traffic increases

3              since the YouTube take-down.

4                     And you said you didn't see now

5  03:38:32    a 90 percent increase, as reported by

6              Mr. Dooley to the analysts, could be

7              accurate on any metric; isn't that what

8              you are saying here?

9                   MS. KOHLMANN:  Objection.

10  03:38:41    Misstates the record.

11             A.    What I'm saying is we didn't

12            know exactly what metric they were using

13            and that that 90 percent number didn't

14            reflect any of the data that I had at that

15  03:38:58    time.

16             Q.    You are saying it couldn't have

17            been accurate, no matter what metric

18            Mr. Dooley was referring to, right?

19             A.    I said I didn't see how it could

20  03:39:09    be accurate on any metric.

21             Q.    What were you referring to, when

22            you said you didn't see how that can be

23            accurate on any metric?

24             A.    I was referring to the fact that

25  03:39:25    the data that I had at the time didn't

1    M. GANELESS

2    show a 90 percent increase.

3         Q.    Since the YouTube take-down?

4         A.    Yes, since the YouTube

5  03:39:34  take-down.

6         Q.    Later on in this thread,

7    Exhibit 20, you say, "Wouldn't put it past

8    a certain someone who is intent on proving

9    we are better than Google."

10  03:39:44         Do you see that?

11        A.    I do.

12        Q.    Who were you referring to?

13        A.    I'm not sure.

14        Q.    You don't think that was Adam

15  03:40:16  Cahan?

16             MS. KOHLMANN:  Objection.

17        Q.    Do you think that the person you

18    are referring to, when you say you

19    wouldn't put it past a certain someone who

20  03:40:24  is intent on proving we are better than

21    Google, is Adam Cahan?

22        A.    It's possible, but I don't

23    remember who I was referring to.

24        Q.    But you were suspecting at this

25  03:40:43  point, in your message to Mr. Flanagan at

1                              M. GANELESS

2              the top of Exhibit 20, that someone had

3              fed Mr. Dooley misinformation, correct?

4                         MS. KOHLMANN:  Objection.

5    03:40:48      Misstates the record.

6                   A.    No.  I didn't say anything about

7              misinformation.

8                   Q.    What wouldn't you put past a

9              certain someone, then, who is intent on

10   03:40:57   proving we are better than Google?

11                  A.    I don't know what I was

12             referring to.

13                  Q.    You have no idea what you are

14             referring to here?

15   03:41:06        A.    No.

16                  Q.    Aren't you saying that you

17             wouldn't put it past -- aren't you saying

18             that it wouldn't surprise you to find out

19             that a certain someone provided Mr. Dooley

20   03:41:21   misinformation, which he repeated on the

21             earnings call?

22                        MS. KOHLMANN:  Objection.

23             Misstates the record.

24                  A.    I don't remember what I was

25   03:41:30   saying here.

M. GANELESS

Q.    As you read it, sitting here today, doesn't that seem like the most sensible reading of your words?

03:41:48    A.    It's possible that I had thought that someone had cut the data different ways to come up with that number.  Based on what I'm saying here, that's what it seems.

03:42:23    Q.    Someone had cut the data inaccurately to come up with that number, right?

A.    I don't know if it was inaccurately.  It was just in a way that I 03:42:31 hadn't thought of yet.

Q.    So at some point it occurred to you that Mr. Dooley's statement was, in fact, accurate, as reported by Mr. Cucci?

A.    I didn't know if John had 03:42:44 misheard what Dooley said on the call, so I couldn't -- I couldn't tell you if Dooley said something incorrectly.  I never saw the transcript.  I only had John's reference; and perhaps incorrectly, 03:43:00 but I assumed that John had misheard it.

M. GANELESS

1

2      Particularly when we found out that that

3      90 percent referred to a specific piece of

4      data.

5  03:43:15      Q.      Take a look at what's been

6      marked as Exhibit 21.  I'm sorry, hang on

7      a second, before we go to Exhibit 21.

8                      (Ganeless Exhibit 21, e-mail

9                      thread, Bates number VIA00349674,

10  03:44:53            marked for identification, as of

11                      this date.)

12                      Q.      Did you think it was scary that

13      Mr. Dooley had made such a clear

14      misrepresentation in a stock call with

15  03:43:32  analysts?

16                      MS. KOHLMANN:  Objection.

17      Misstates the record.

18                      A.      I didn't believe that Mr. Dooley

19      had made a misrepresentation.  I believed

20  03:43:39  that John Cucci had misheard.

21                      Q.      You didn't think it was very

22      scary that Mr. Dooley had made a

23      misrepresentation?

24                      MS. KOHLMANN:  Objection.  Asked

25  03:43:54      and answered.

M. GANELESS

1

2  A. I didn't know that Mr. Dooley

3  had made a misrepresentation.  I only knew

4  what John had reported to me.

5 03:44:00 Q. And what John had reported to

6  you, you knew was inaccurate?

7  A. What John reported to me did not

8  jibe with any of our internal data.  I

9  subsequently learned that that 90 percent

10 03:44:13 was a real metric that referred to

11  year-over-year growth, and I assumed that

12  that was what Dooley was referring to.

13  Q. Let's take a look at 21.

14  Ms. Ganeless, Exhibit 21 was

15 03:44:42 produced to us by Viacom.  It's an e-mail

16  thread.  Again, it starts with the same

17  message from Mr. Cucci to you, and it goes

18  off in another direction from the prior

19  two exhibits that we have looked at.  It

20 03:44:52 bears document number VIA00349674.

21  After reporting that Mr. Dooley

22  mentioned Comedy traffic is up 90 percent

23  since the YouTube take-down, and a couple

24  of intervening messages, Mr. Cucci writes

25 03:45:09 an e-mail to you in which he says,

                          M. GANELESS

1

2          "Scary."

3                    Do you see that?

4          A.    I do.

5    03:45:14    Q.    And you responded, "Very."

6                    Do you see that?

7          A.    I do.

8          Q.    So you thought it was very scary

9          that Mr. Dooley would make the

10   03:45:24   misrepresentation attributed to him by

11         Mr. Cucci in his message?

12                    MS. KOHLMANN:  Objection.

13         Misstates the record.

14         A.    I believed it was very scary

15   03:45:34   that there was a number that didn't jibe

16         with any of our data, until I discovered

17         that that 90 percent was an accurate

18         metric, referring to year-over-year

19         growth.

20   03:45:44    Q.    Ms. Ganeless, the 90 percent

21         figure that Mr. Cucci reports here was as

22         for an increase in traffic on the Viacom

23         Comedy site since the YouTube take-down.

24         That's how he reported to it to you.  He

25   03:45:57   then said it was scary, and you said it

M. GANELESS

was very scary.

You thought it was scary that a
statement attributed to Mr. Dooley from
03:46:04    the earnings call was false, right?

MS. KOHLMANN:   Objection.

Misstates the record.

Are you testifying, David?

A.     I thought it was scary that our
03:46:14    data could be so totally off from the data
that Dooley had used and John had reported
me from the earnings call.  I had no
reason to believe that Dooley had used
false data.

03:46:28    Q.     You say, continuing in your
message to Mr. Cucci on March 1st at 9:42,
"I could be totally off here, but
something tells me Cahan may be involved."

A.     It's very possible that I was
03:46:59    referring to Mr. Cahan.

Q.     In Exhibit 20, right?

A.     In Exhibit 20, since I referred
to him in Exhibit 21.

Q.     And you believed that Mr. Cahan
03:47:09    was the certain someone who is intent on

M. GANELESS

2    proving that we are better than Google?

3    By "we," you are referring to Viacom?

4            MS. KOHLMANN:  Objection.

5    03:47:19        You can answer.

6        A.    I don't remember specifically

7    what I meant by that, other than I

8    remember that Adam had really wanted the

9    deal to get done.

10   03:47:31      Q.    What deal?

11       A.    The YouTube/Google deal.

12       Q.    You wrote, "Where else could it

13   come from," because you knew that

14   Mr. Dooley's statement on the earnings

15   03:47:47   call, as reported by Mr. Cucci, didn't

16   jibe with any of your data, and you had no

17   idea where it could have come from, right?

18           MS. KOHLMANN:  Objection.

19       Misstates the record.

20   03:47:55      A.    I was guessing that Adam Cahan

21   may have provided the data, because it

22   didn't come from my research department;

23   and he was involved with anything that had

24   to do with the YouTube deal.

25   03:48:17      Q.    Did you ever learn that

M. GANELESS

1
2          Mr. Cahan was involved in Mr. Dooley's

3          statement on the earnings call about the

4          growth in traffic on Viacom's sites,

5   03:48:25  following the February 2nd take-down?

6                   MS. KOHLMANN:  Objection.

7                   You can answer.

8          A.     No, because the investigation

9          stopped, when I learned that that

10  03:48:34  90 percent actually referred to a real

11         metric, which was a 90 percent

12         year-over-year growth.

13                  Q.     And so at that point you said --

14         you told that to Mr. Cucci?

15  03:48:48  A.     I believe so.

16                  Q.     And that was the end of your

17         involvement in this matter?

18                  A.     Yes, that I recall.

19                  Q.     So you didn't have a

20  03:48:59  conversation with Mr. Dooley about his

21         statement?

22                  A.     I don't recall --

23                  MS. KOHLMANN:  Objection.

24                  A.     -- having a conversation with

25  03:49:04  Mr. Dooley about his statement.

M. GANELESS

Q.    Did the possibility occur to you
that Mr. Dooley was making a
misrepresentation?

03:49:13    A.    I don't remember.

Q.    So it might have?

A.    It might have.

Q.    Do you think it was possible
that Mr. Dooley was stretching the truth,
03:49:24    when he said that the traffic had
increased 90 percent to the Viacom Comedy
site since the YouTube take-down?

MS. KOHLMANN:  Objection.

Misstates the record.

03:49:34    You can answer.

A.    I have no idea what Tom Dooley
was thinking.

Q.    Because you didn't talk to him?

A.    Because I didn't talk to him.

03:49:43    Q.    Would it surprise you to learn
that Mr. Dooley was trying, during the
earnings call, to lead analysts to believe
that there was an increase in Viacom
traffic caused by the YouTube take-down?

03:49:57    MS. KOHLMANN:  Objection.

1    M. GANELESS

2         Misstates the record.

3         A.    It would not surprise me that

4    Tom Dooley was reporting whatever data had

5 03:50:11   been given to him to report traffic

6    increases.

7         Q.    Not my question.

8              Would it surprise you to learn

9    that, in fact, Mr. Dooley was trying to,

10 03:50:20   during the earnings call, lead analysts to

11   believe that there was an increase in

12   Viacom traffic caused by the YouTube

13   take-down?

14         MS. KOHLMANN:   Objection.

15 03:50:27   Misstates the record.

16              You can answer.

17         A.    I would not be surprised to

18   learn that Tom Dooley was reporting a

19   traffic increase, because there was a

20 03:50:41   traffic increase.

21         Q.    Sorry, there was a traffic

22   increase?

23         A.    There was a traffic increase.

24         Q.    On Viacom's Comedy sites

25 03:50:49   following the February take-down, between

M. GANELESS

the period of February and March 1st,

2007, there was an increase in traffic?

A.    I recall there was a slight

03:50:57    increase in traffic.

I recall that the 90 percent, I

could be recalling incorrectly, but I

recall there was a 90 percent increase

year-over-year, and there was a slight, in

03:51:10    Exhibit 18, streams are up slightly post

take-down, seven percent.

(Ganeless Exhibit 22, March 1,

2007 e-mail thread, bearing Bates

number VIA00349675 to 77, marked for

03:51:54    identification, as of this date.)

Q.    Exhibit 22, Ms. Ganeless, yet

another e-mail thread concerning the

subject of Mr. Dooley's statements on the

Viacom earnings call on March 1st, 2007,

03:52:16    starting again with Mr. Cucci's e-mail to

you, stating, "On the earnings call Dooley

mentioned that Comedy traffic is up 90

percent since YouTube take-down."  This

thread bears Bates number VIA00349675 to

03:52:32    77.  The first -- I'm sorry, the

M. GANELESS

last-in-time e-mail from you,

Ms. Ganeless, says, "Wouldn't be

surprised if they misspoke on the call

03:52:45    or -- or tried to lead people to believe

it was YouTube-related, but that it's

right in the release."

It wouldn't have surprised you

to find that Mr. Dooley and Mr. Dauman

03:52:57    would misstate the statistics to suggest

there was a boost in Viacom's traffic, due

to the YouTube take-down in February of

2007, right?

MS. KOHLMANN:  Objection.

03:53:07    Misstates the record.

A.     I think there's a difference

between they misspoke and they -- what you

said.

Q.     You say in your message you

03:53:16    wouldn't be surprised if they tried to

lead people to believe it was

YouTube-related.

Aren't you suggesting there that

you wouldn't be surprised if Mr. Dooley

03:53:25    and Mr. Dauman tried to mislead people

1          M. GANELESS

2          into believing that a traffic increase was

3          YouTube-related?

4                    MS. KOHLMANN:  Objection,

5  03:53:35          misstates the record.

6          A.    I did not say mislead.  I said I

7          wouldn't be surprised if they tried to

8          lead people to believe it was

9          YouTube-related.

10 03:53:49    Q.    But it wasn't YouTube-related,

11         right?  In fact, there wasn't an increase

12         at all, right?

13                   MS. KOHLMANN:  Objection.

14                   Misstates the testimony.

15 03:53:57          MR. KRAMER:  Withdrawn.

16         Q.    Do you think Mr. Dooley would

17         say something untrue to support Viacom's

18         case against YouTube?

19                   MS. KOHLMANN:  Objection.

20 03:54:08    A.    No.

21         Q.    How about Mr. Dauman, do you

22         think he would say something untrue, to

23         support Viacom's case against YouTube?

24         A.    No.

25 03:54:14    Q.    Why would you say it wouldn't

M. GANELESS

1

2          surprise you if they were trying to lead

3          people to believe there was an increase in

4          traffic, due to the YouTube take-down?

5   03:54:26          MS. KOHLMANN:  Objection.

6                  You can answer.

7          A.    I said I wouldn't be surprised

8          if they misspoke or tried to lead -- or

9          tried to lead people to believe it was

10  03:54:43  YouTube-related, because the data that I

11          had showed it was YouTube -- there was an

12          increase after the YouTube take-down.  The

13          data that I had showed a seven percent

14          increase.

15  03:54:54          They had a lot of data in front

16          of them.  One of the other statistics was

17          that data was up or traffic was up 90

18          percent versus a year ago.  I wouldn't

19          have been surprised, if they misspoke.

20  03:55:02          Q.    Ms. Ganeless, the data that you

21          are referring to that shows an increase is

22          contained within this Exhibit 22?

23          A.    It's contained within

24          Exhibit 18.

25  03:55:10          Q.    Is it also contained within this

M. GANELESS

Exhibit 22?

A.    Yes.  It's under the e-mail from
Angela Hamlin, sent at 10:57 a.m. on
03:55:23    Thursday, March 1st.

Q.    And that shows a 13 percent
decrease in unique visitors to
Comedycentral.com?

A.    It shows a seven percent
03:55:31    increase in weekly video streams.

Q.    And a 13 percent decrease in
unique visitors to the Comedycentral.com
site, right?

A.    A 13 percent decrease in unique
03:55:44    visitors to the stand-alone site.  That
doesn't reflect video views, which is my
understanding of what this is all about.

Q.    You didn't have any
understanding of what this was all about,
03:55:53    did you?  You didn't think it was accurate
on any measure -- on any metric?

MS. KOHLMANN:  Objection.
Misstates the testimony.

A.    I said I didn't -- it didn't
03:56:00    jibe with any of the data that I had.

M. GANELESS

1

2      Q.      Right, because the data you had

3      shows a 13 percent decline in users of the

4      Comedy Central.com site, in the period

5  03:56:09    after the YouTube take-down.

6              MS. KOHLMANN:  Objection.

7      A.      The data that I have shows an

8      increase in video usage, after the

9      take-down.

10  03:56:16   Q.      And that's what you refer to --

11     that's what you understood Mr. Cucci to be

12     referring to, when he reported a

13     90 percent increase in Comedy traffic --

14     A.      Yes.

15  03:56:26   Q.      -- was streams?

16     A.      Video.  Yes, we were talking

17     about video after the YouTube take-down,

18     so I was under the impression, and that's

19     why we looked at all of the different

20  03:56:37   pieces of data.  And that's why Angela

21     says in her e-mail to me streams are up

22     slightly, post take-down.

23     Q.      And you thought -- you thought

24     it wouldn't surprise you if Mr. Dooley and

25  03:56:56   Mr. Dauman were trying to lead people to

M. GANELESS

2 believe that an increase in traffic was

3 YouTube-related; is that correct?

4     A.    I said I wouldn't be surprised

5  03:57:04  if they misspoke or tried to lead people

6 to believe it was YouTube-related.

7     Q.    So it wouldn't surprise you to

8 find out that Mr. Dooley and Dauman were

9 trying to lead people to believe that any

10  03:57:13  increase in traffic was YouTube-related;

11 is that right?

12            MS. KOHLMANN:  Objection.

13     A.    It wouldn't surprise me to

14 believe that they misspoke or tried to

15  03:57:23  lead people to believe the increase in

16 traffic was YouTube-related.

17     Q.    I can read the words there, but

18 I'm asking you what they mean, in a

19 slightly different way.

20  03:57:31        Are you saying here it wouldn't

21 have surprised you to find out that

22 Mr. Dooley and Mr. Dauman were trying to

23 lead analysts to believe that some

24 increase in traffic was YouTube-related?

25  03:57:43        MS. KOHLMANN:  Objection.

                    M. GANELESS

1

2          A.    I am saying that I wouldn't be

3      surprised if they misspoke on the specific

4      data points, and they were trying to lead

5  03:57:53  people to believe it was YouTube-related;

6      because at that point I understood that

7      there had been an increase in video

8      streams, and that is what I thought this

9      was all about.

10  03:58:03  Q.    Aren't you aware, Ms. Ganeless,

11      that Mr. Dauman made misrepresentations at

12      an analyst conference a few days later

13      that were similar to the one made by

14      Mr. Dooley?

15  03:58:24       MS. KOHLMANN:  Objection.

16      Misstates the record.

17          A.    I am not familiar with that.

18          Q.    You have no recollection of that

19      whatsoever?

20  03:58:32  A.    I do not.

21          Q.    So if -- here's 26 -- 23.

22              (Ganeless Exhibit 23, e-mail

23      thread, bearing Bates numbers

24      VIA01129009 to 910, marked for

25  03:58:55  identification, as of this date.)

```
 1                    M. GANELESS

 2              THE WITNESS:  Thank you.

 3              Q.    Exhibit 23, Ms. Ganeless, is an

 4         e-mail thread in which you participate,

 5  03:59:02  produced to us by Viacom in discovery,

 6         bearing Bates number VIA01129009 to 910,

 7         the subject of which is, "Viacom Chairman

 8         Said Traffic At Company Sites Increased."

 9         And it starts with a message from you to a

10  03:59:24  number of other MTVN executives, attaching

11         a news article written by Mike Farrel

12         about statements by Mr. Dauman at the Bear

13         Stearns media conference that day.

14              Do you see that?

15  03:59:35  A.    I do.

16              Q.    You attached the article, and

17         you say, "He is still out there touting

18         that traffic increased back to our sites

19         after the take-down, which our data

20  03:59:46  contradicts."

21              You are saying that Mr. Dauman

22         is still making public misrepresentations

23         about the impact of the YouTube take-down

24         on traffic to Viacom sites, right?

25  03:59:57       MS. KOHLMANN:  Objection.
```

M. GANELESS

Misstates the record.

A.    I am saying he is still out
there touting traffic increases back to

04:00:08 our sites after the take-down, yes, I am
saying that in this e-mail.

Q.    Your use of the word "still,"
that was referencing a prior
misrepresentation about the impact of the

04:00:19 YouTube take-down on traffic, right?

MS. KOHLMANN:  Objection.

Misstates the record.

A.    It must have been, but I don't
remember this.

04:00:27 Q.    So you have no recollection of
why you chose to use -- it must have been
referencing misrepresentations about
increases in traffic, right?

A.    I think I just said that.  Yes,

04:00:38 it must have been.

Q.    And your data contradicted a
claim of any increase in traffic after the
take-down, right?

MS. KOHLMANN:  Objection.

04:00:48 A.    Based on this e-mail, yes, that

M. GANELESS

is true.

Q.    In fact, your data showed that
traffic to Comedy Central had been
04:00:58    decreasing in the four weeks after the
take-down, didn't it?

A.    According to this, yes, that is
true.

Q.    According to you, is it true?
04:01:10    A.    According to what I wrote in
this e-mail, it is true.

Q.    You have no other recollection
of that besides what you wrote in this
e-mail?

04:01:16    A.    I don't, because until I saw
this e-mail, my recollection was that it
had gone up; but clearly I recalled
incorrectly.

Q.    You were saying that your data
04:01:29    contradicted Mr. Dauman's statements at
this conference, right?

A.    I am saying that the data I had
is different than what he was saying, yes.

Q.    You are saying it contradicted
04:01:43    what he said, right?

M. GANELESS

A.     Yes.  I used the word
"contradict."

Q.     So Mr. Dauman was still out

04:01:48    there referencing an increase in traffic,

based on the YouTube take-down, when you

knew that the traffic had decreased.  This

is March 6, 2007.

A.     Correct.

04:01:59    Q.     Where did you get the data that

you are referencing in Exhibit 23?

A.     I don't remember.

Q.     Did it surprise you this time to

see Mr. Dauman making misrepresentations

04:02:17    about the impact of the YouTube take-down

on Viacom's traffic?

MS. KOHLMANN:  Objection.

Misstates the record.

A.     I can't remember, but I do seem

04:02:24    surprised.

Q.     Are you surprised right now?

A.     I am surprised.  My recollection

was not that it had gone down.

Q.     So knowing that Viacom's CEO was

04:02:36    still making misstatements to bankers and

1        M. GANELESS

2        investors about the impact of the YouTube

3        take-down on Viacom's traffic, what action

4        did you personally take to correct it?

5   04:02:45        MS. KOHLMANN:  Objection.

6        Misstates the record.

7        A.    My goal in this e-mail was to

8        find out where the data was coming from.

9        I assumed he was getting the data from

10  04:02:59  someone inside the company, so my goal was

11        to find out where the data was coming

12        from.

13              I can't tell from this if I ever

14        got that kind of clarification.

15  04:03:15  Q.    So as you sit here today, you

16        can't tell me a single thing that you did,

17        after sending this message that's in

18        Exhibit 23, to correct misstatements made

19        by Mr. Dauman?

20  04:03:26  A.    I knew that it contradicted data

21        that I had.  I didn't know where his data

22        was coming from, and I wanted to find that

23        data.

24        Q.    Did you --

25  04:03:34  A.    I cannot remember.  Unless you

M. GANELESS

2    have it in an e-mail that you are about to

3    show me, I cannot remember.

4         Q.    Is it possible, Ms. Ganeless,

5    04:04:15   that Mr. Dauman was misrepresenting the

6    impact of the YouTube take-down on traffic

7    to Viacom sites, in order to boost

8    Viacom's lawsuit against Google?

9         MS. KOHLMANN:  Objection.

10   04:04:25   Misstates the record.

11        A.    I have no idea why he was saying

12   what he was saying.

13        Q.    Is it possible that he was

14   saying it in order to boost Viacom's stock

15   04:04:35   price?

16        MS. KOHLMANN:  Objection.

17   Misstates the record.

18        A.    I have no idea.

19        Q.    Do you believe it was important

20   04:04:43   at Viacom -- do you believe it was

21   important to Mr. --

22        MR. KRAMER:  Withdrawn.

23        Q.    You reference, in your e-mail, a

24   meeting.  You say, "I'm afraid he's going

25   04:05:07   to bring this up in tomorrow's meeting."

                         M. GANELESS

1

2              Do you see that?

3                     What meeting are you referring

4              to?

5   04:05:13      A.    I can't remember.

6                  Q.    Do you recall having a meeting

7              with Mr. Dauman in March of 2007?

8                  A.    I don't.

9                  Q.    Do you routinely meet with

10  04:05:24   Mr. Dauman?

11                 A.    I generally meet with Mr. Dauman

12             twice a year, in the summer for the LRP

13             and in the fall for the budget.  So I

14             don't remember a March meeting.

15  04:05:32      Q.    So this would have been a

16             relatively significant occurrence, meeting

17             with Mr. Dauman, right?

18                     MS. KOHLMANN:  Objection.

19                 Misstates the record.

20  04:05:39          MR. KRAMER:  How does that

21                 misstate the record, Susan?

22                     MS. KOHLMANN:  You haven't

23                 established that she's meeting with

24                 Mr. Dauman tomorrow.  You are

25  04:05:45          misstating what the e-mail says.

```
1              M. GANELESS

2              MR. KRAMER:  Okay.

3              MS. KOHLMANN:  Thank you.

4              MR. KRAMER:  For the record, I

5  04:05:52    disagree completely.

6              MS. KOHLMANN:  Well, not

7          surprisingly.

8              MR. KRAMER:  Which is pretty

9          clear.

10 04:05:57    MS. KOHLMANN:  I don't think so.

11         A.   I don't -- I don't know what

12         kind of a meeting it was.  If I don't

13         remember it, it could have been a lunch

14         meeting.  I don't know what it was.

15 04:06:10  Q.   As far as you know, sitting here

16         today, has anything been done to correct

17         Mr. Dauman's misstatements at the Bear

18         Stearns conference in March of 2007?

19             MS. KOHLMANN:  Objection.

20 04:06:56  A.   I don't know where Mr. Dauman

21         got the statements that he made at the

22         Bear Stearns conference.  I don't know

23         what follow-up was done after this e-mail

24         chain was sent.

25 04:07:09  Q.   You don't know if any was done?
```

M. GANELESS

1

2      A.    I don't know if any was done,

3      no.

4      Q.    Ms. Ganeless, when I was talking

5  04:07:56  to you about Mr. Dooley's statements, you

6      said that you had discovered that he had

7      been or that the 90 percent figure was

8      year-over-year statistics.

9          Do you recall that?

10 04:08:06  A.    I do.

11     Q.    But Mr. Dauman's statement is

12     specifically referencing the fact that

13     traffic went up after the YouTube

14     take-down notice was sent, right?

15 04:08:14  A.    Yes, it is.

16     Q.    So you can't justify

17     Mr. Dauman's statement on the notion that

18     it was reporting year-over-year

19     statistics, right?

20 04:08:20      MS. KOHLMANN:  Objection.

21     A.    I am not saying that

22     Mr. Dauman's statement was referencing

23     year-over-year statistics.  I'm saying

24     that there may have been data that they

25 04:08:35  pulled on different metrics that I did not

M. GANELESS

have.  That's why I asked, do you know
where that data is coming -- or do you
know where that is coming from, because I
04:08:44    assumed somebody had pulled data for him,
in a different capacity than me, and I
wanted to see that data.

      Q.    But as far as you know, that
wasn't correct that somebody pulled data
04:09:37    for him, in a different capacity than you,
right?

      MS. KOHLMANN:  Objection as to
    form.

      A.    I don't recall.
04:09:54          Q.    So Ms. Ganeless, if your own
data showed that in the month after taking
your content off of YouTube, the traffic
on your site, Comedycentral.com, declined,
having the content on YouTube was actually
04:10:04    helping your site, wasn't it?

      MS. KOHLMANN:  Objection.

      A.    No, I wouldn't make that
connection.

      Q.    It doesn't follow?
04:10:13          A.    No, it doesn't follow.

M. GANELESS

Q.    Why not?

A.    Because months following that,
with our content still off of YouTube, our
04:10:20  traffic went up.  There could have been
many, many factors contributing to why our
traffic went down, how many original shows
we had on the air at the time.  Our
traffic is always helped by what's
04:10:31  happening in the news.

        I have no way of knowing if the
YouTube traffic take-down had a direct
effect on our traffic.

Q.    You have no way of knowing
04:10:52  whether the YouTube traffic had a direct
effect in increasing the traffic to the
Comedycentral.com site, right?

A.    I have no way of knowing what
impact it had, no.

04:11:00  Q.    There could have been many, many
factors contributing to the increase in
traffic that, ultimately,
Comedycentral.com has recognized, right?

        MS. KOHLMANN:  Objection.

04:11:08  A.    Yes.