To: "Shumeet Baluja" <shumeet@google.com>
From: "Michele Covell" <covell@google.com>
Cc:
Bcc:
Received Date: 2006-09-08 18:55:04 CST
Subject: bad news (for dup detection) from the Google Video side

So there is/was an effort in Google Video that Jay and I are/were working towards on "crowding" and "dup detection" (as one of the uses of the audio id... I think I've talked with you about this before).

First piece of bad news is the PM that owned that effort (Nihkil) is moving off Google Video (probably to search). None of the other PMs in Google Video are willing to 'own' it. Nihkil says to keep going with it but I'm not sure how successful it will be in getting in without a PM to push it through.

The second piece of bad news was something that Nihkil told Jay and me as we were walking back from that meeting.... as of last Fri, Google Video stopped proactive screening for copyright. They are going to take down copies that content owners point out to them but nothing more. So copyright protection work (at least in video) is no longer a priority (if it ever was). There is no announced change in policy (externally)... but there is this operational change (no human review before posting).

I was seriously bummed out yesterday from all this. This on top of the cancellation of the music effort makes me wonder if we should shift efforts significantly and start into something completely different.

Figured I should let you know before I forgot that I hadn't told you.

Michele