| | |
|---|---|
| To: | ███████████████████████████ |
| From: | "Jennifer Feikin" <jfeikin@google.com> |
| Cc: | "Bhanu Narasimhan" <bhanun@google.com>, "Katalin Sarai-Colburn" <katalin@google.com> |
| Bcc: | |
| Received Date: | 2005-12-08 19:17:37 CST |
| Subject: | [Harappa-bd] Search Terms |

privileged and confidential

hi guys,

we're doing a sweep of the videos to take out any copyright violations on videos that are less than 2 minutes long (till now, the policy was that anything less than 2 min was left in).

i've attached a list of the initial terms we'll be searching over to find any copyrighed content to remove. pls email back additional names of shows/terms you think we should include in our sweep.

thanks.

jcf

Attachments:

Random Sampling of Top 20 Titles-1.doc

DATE 5.6.09
DEPONENT Schmidt, E EXHIBIT# 5
CASE Viacom, et al, v YouTube, et al, The Football Association Premier League, et al, v YouTube, et al, Case Nos 07-CV-2203 and 07-CV-3582

A Ignacio Howard, CSR, RPR, CCRR, CLR, No 9830

Highly Confidential

G00001-00990640

Top 20 copyright search terms for random sampling

1) Family Guy
2) Star Wars
3) Simpsons
4) Naruto
5) Daily Show
6) Jon Stewart
7) Conan
8) SNL/Saturday Night Live
9) Final Fantasy / Advent Children
10) Major League Baseball / MLB
11) WWE
12) Harry Potter
13) Dave Chappelle
14) Comedy Central
15) Matrix
16) South Park
17) BMW
18) Jessica Simpson
19) Metallica
20) DBZ / Dragonball Z

Highly Confidential

GOO001-00990641