| To: | "Jonathan Rosenberg" ▮▮▮▮▮▮▮▮ |
|---|---|
| From: | "Peter Chane" <peterch@google.com> |
| Cc: | ▮▮▮▮▮▮▮▮ |
| Bcc: | |
| Received Date: | 2006-01-15 22:35:44 GMT |
| Subject: | [Jrstaff] Re: FW: Funniest Online Video -weekend watching |

I think it's a problem that we dont have videos like this where the owner
(NBC in this case) doesn't seem to care that it's online. We took the SNL
Lazy Sunday video down and Youtube still has it up. NBC is giving the vide=
away for free on their site and on iTunes so I think our policy may need
some recalibration.

P.

On 1/15/06, Jonathan Rosenberg ▮▮▮▮▮▮▮▮ wrote:
>
> I understand. I didn't mean to say this in a critical way of Google video=
> I just meant it to encourage people to look at something i thought was co=l.
> I agree with our policy here.
> jr
>
> ----------------------------
> *From:* Peter Chane [mailto:peterch@google.com]
> *Sent:* Sunday, January 15, 2006 2:29 PM
> *To:* Jonathan Rosenberg
> *Cc:* ▮▮▮▮▮▮
> *Subject:* Re: FW: Funniest Online Video -weekend watching
>
> google video doesn't have this one b/c we have a zero tolerance policy fo=
> copyrighted content. youtube is at an advantage b/c they aren't the targ=t
> that we are with issues like this. they are aware of this (I spoke with
> them on friday) and they plan on exploiting this in order to get more and
> more traffic.
>
> p.
>
> On 1/15/06, Jonathan Rosenberg ▮▮▮▮▮▮▮▮ wrote:
> >
> >
> >
> > ----------------------------
> > *From:* Jonathan Rosenberg ▮▮▮▮▮▮▮▮
> > *Sent:* Sunday, January 15, 2006 2:21 PM
> > *To:* ▮▮▮▮▮▮
> > *Subject:* Funniest Online Video -weekend watching
> >
> > This is as good or better than anything I've seen in google video and =
> > lot of fun to watch.
> >
> >
> > http://www.youtube.com/player.swf?video_id=vEWLwz6JRNE&l=357&s=B4=C76752
> >
> <http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.youtube.com%2Fpl=yer.swf%3Fvideo_id%3DvE
> WLwz6JRNE%26l%3D357%26s%3DB4BC76752>
> >
> >

EXHIBIT NO. 4
Chane
12-2-09
KB?

Confidential                                                                        GOO001-03592968

&gt; &gt;
&gt; &gt;
&gt; &gt;
&gt; &gt; 
&gt; &gt;
&gt; &gt;
&gt; &gt;
&gt; &gt;
&gt;
&gt;
&gt; --
&gt; Peter Chane
&gt; peterch@google.com
&gt; Senior Business Product Manager
&gt; Google Video, http://video.google.com
&gt;


--
Peter Chane
peterch@google.com
Senior Business Product Manager
Google Video, http://video.google.com

Confidential