To: "Sean Dempsey" <sdempsey@google.com>
From: "Peter Chane" <peterch@google.com>
Cc: "Jeff Huber" <jhuber@google.com>, "salar@google.com" <salar@google.com>, "Susan Wojcicki" <susan@google.com>, "Salman Ullah" <salmanu@google.com>
Bcc:
Received Date: 2006-02-07 17:55:33 GMT
Subject: Re: YouTube + CCC

my concern with youtube is their inclusion of clearly copyrighted content i=
their index. if you query for SNL or Jon Stewart you'll see what I'm
talking about. They claim to support DMCA takedowns but on a reactive basi=
only. their CEO also said that taking content down is more difficult when
the content provider see large user communities interested in the content.

if they were to be a part of google i assume we'd impose our zero tolerance
policy with respect to copyright infringement which would significantly
reduce their index size and traffic.

lets take this into concern when evaluating them.

also if we had a dedicated team (2-3 people) we could build their features
in 3-4 months and leverage the google video backend.

On 2/6/06, Sean Dempsey <sdempsey@google.com> wrote:
>
> Jeff and Salar--I met with susan earlier today re the current video deals
> under consideration. I think you're both familiar with youtube. I've
> attached a summary on the company.
>
> Part of youtube's recent success is attributable to the community that
> they've developed around their video assets. We'd like to get your read =n
> the value of this community to our own CCC efforts, i.e., benefits beyond
> what google video could realize. Orkut integration may be an example.
>
> Youtube are not eager sellers so we want to make sure we're looking at al=
> areas of value in order to put a full offer forward should we choose that
> path.
>
> sean
>
>
>
>


--
Peter Chane
peterch@google.com
Senior Business Product Manager
Google Video, http://video.google.com

EXHIBIT NO. 8
Chane
12-2-09

Highly Confidential

GOO001-03594244