| | |
|---|---|
| To | "Sean Dempsey" <sdempsey@google com> |
| From | "Peter Chane" <peterch@google com> |
| Cc | "Jeff Huber" <jhuber@google com>, ▬▬▬▬▬▬▬▬▬▬ "Susan Wojcicki" ▬▬▬▬▬▬, "Salman Ullah" ▬▬▬▬▬▬ |
| Bcc | |
| Received Date | 2/7/2006 3 45 06 AM GMT |
| Subject | Re YouTube + CCC |

my concern about youtube is their dependence upon copyrighted content for=20
traffic

On 2/6/06, Sean Dempsey <sdempsey@google com> wrote
>
> Jeff and Salar--I met with susan earlier today re the current video deals=20
> under consideration I think you're both familiar with youtube I've
> attached a summary on the company
>
> Part of youtube's recent success is attributable to the community that
> they've developed around their video assets We'd like to get your read =n
> the value of this community to our own CCC efforts, i e , benefits beyond=20
> what google video could realize Orkut integration may be an example =20
>
> Youtube are not eager sellers so we want to make sure we're looking at al=
> areas of value in order to put a full offer forward should we choose that=20
> path
>
> sean
>
>
>
>


--
Peter Chane
peterch@google com
Senior Business Product Manager
Google Video, http //video google com

Highly Confidential

GOO001-05084213