| | |
|---|---|
| To: | "Patrick Walker" ▮ |
| From: | "Hunter Walk" <hunter@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-03-05 22:57:33 CST |
| Subject: | Re: [Harappa-team] google vid - 'unable to connect' |

i believe the offsite is on Thur March 16 - Nikhil was going to send out an email.

On 3/4/06, Patrick Walker ▮ wrote:
>
> Hooray. I totally agree with you, which is why I've been a bit baffled by
> this constant comparison to sales on iTunes (which is architected and pri=ed
> to sell hardware, but is fundamentally limited in multi-device and cross
> platform potential), and traffic/uploads on the unprofitable YouTube (whi=h
> is doing little to stem its traffic growth on the back of pirated content=-
> unsustainable and irresponsible). Google, if it focuses on the big pictur=,
> could blow them all away. We're not late at all if we focus on our streng=hs
> - massive traffic, reliability and distribution potential monetized
> primarily through ads and syndication - and see electronic sell through a=
> only one important piece of the big pie.
>
> I missed the team meeting on Wednesday. Is the away day happening?
>
>
>
> On 04/03/06, Hunter Walk < hunter@google.com> wrote:
> >
> > that's the million dollar question - i don't think it's a question of
> > beating any one other property right now. There are certainly early ent=ants
> > in the "best of their class" niches, but what Google needs to do is dec=de
> > how we want the world of online video to evolve and then use our resour=es
> > (money, talent, reach) to make it so. Right now we're chasing a variety=of
> > different start-ups and established companies, deciding how to win the =ace
> > because we were late to it with a solid single strategy, when we really
> > should be architecting the race course.
> >
> > That being said, I think we need to fast forward on the integration of
> > an ads and syndication platform - leverages our unique assets and talen=s.
> > Help longtail monetize for the first time and mainstream content provid=rs
> > extend the value of their product. While using "free" and "DTO" as the =eft
> > and right pillars giving a full range of distribution options.
> >
> > best,
> >
> > hw
> >
> >
> >
> > On 3/4/06, Patrick Walker ▮ wrote:
> > >
> > > I hope that's soon! But what would you say is the best property now?
> > > Who, in your opinion, do we need to 'beat'?
> > >
> > > ---------------------------
> > > Sent from my BlackBerry Wireless Handheld



```
> > >
> > >
> > > -----Original Message-----
> > > From: Hunter Walk <hunter@google.com>
> > > To: Patrick Walker [REDACTED]
> > > Sent: Sat Mar 04 07:19:24 2006
> > > Subject: Re: [Harappa-team] google vid - 'unable to connect'
> > >
> > > i'll sleep when we're the best video property on the internet :-)
> > >
> > >
> > > On 3/4/06, Patrick Walker [REDACTED] <mailto:[REDACTED]
> > > > wrote:
> > >
> > >         Very strange. Still can't get it here regardless of browser,
> > > but always could before and everything else working fine.. T
> > >
> > >         BTW, shouldn't you be in bed??
> > >
> > >
> > >
> > >         On 04/03/06, Hunter Walk <hunter@google.com> wrote:
> > >
> > >                 no problems here in California - off VPN, working fin=
> > >
> > >
> > >                 On 3/4/06, Patrick Walker <[REDACTED] <mailt[REDACTED]
> > > > wrote:
> > >
> > >                                 Is anyone else having
> > > problems getting Google Video to load? I've been trying from my Londo= home
> > > (no VPN) for about 30 mins now with no success.
> > >
> > >                 P
> > >
> > >                 --
> > >                 Patrick Walker
> > >                 Head of Content Partnerships
> > >                 Google Video, EMEA
> > >
> > >                 Belgrave House
> > >                 76 Buckingham Palace Road
> > >                 London  SW1W 9QT
> > >                 Office: [REDACTED]
> > >                 Mobile: [REDACTED]
> > >                                         <mailto:[REDACTED]
> > > >
> > >
> > >                 _____=_____
> > >
> > >                 Harappa-team mailing list
> > >                 [REDACTED]
> > > [REDACTED]
> > >
> > >
> > >
```

Highly Confidential

G00001-00562963

```
>>>
>>>
>>>
>>>
>>>           --
>>>           Hunter Walk
>>>           Business Product Manager, Google
>>>           hunter@google.com <mailto: hunter@google.com>
>>>           ███████████████
>>>
>>>
>>>
>>>           --
>>>           Patrick Walker
>>>           Head of Content Partnerships
>>>           Google Video, EMEA
>>>
>>>           Belgrave House
>>>           76 Buckingham Palace Road
>>>           London  SW1W 9QT .
>>>           Office: ████████████
>>>           Mobile: ████████████
>>>           ████████████
>>>
>>>
>>>
>>> --
>>> Hunter Walk
>>> Business Product Manager, Google
>>> hunter@google.com
>>> ████████████
>>> ████████████
>>
>>
>>
>> --
>> Hunter Walk
>> Business Product Manager, Google
>> hunter@google.com
>> ████████████
>> ████████████
>
>
>
> --
>
> Patrick Walker
> Head of Content Partnerships
> Google Video, EMEA
>
> Belgrave House
> 76 Buckingham Palace Road
> London  SW1W 9QT
> Office: ████████████
> Mobile: ████████████
> ████████████
```

Highly Confidential

>

--
Hunter Walk
Business Product Manager, Google
hunter@google.com

Highly Confidential

GOO001-00562965