| | |
|---|---|
| To: | ███████████████ |
| From: | Ethan Anderson <eanderson@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-04-27 12:47:13 CST |
| Subject: | [Vid-eu] YouTube |

Holy cow.

---

From: Peter Chane [mailto:peterch@google.com]
Sent: Wednesday, April 26, 2006 7:55 PM
To: Video Team
Subject: [Harappa-team] Peter Chernin (Fox) quote on Youtube

Chernin: We as an [video] industry are much better positioned (compared to the music industry)..but the music industry lessons made us do the right things now. YouTube: Exciting as it shows the potential pent up demand.we did a survey and more than 80 percent of video on this site is copyrighted content.

http://feeds.feedburner.com/pcorg?m=10350

--
Peter Chane
peterch@google.com
Group Business Product Manager
Google Video | http://video.google.com

---

Attachments:

ATT00004.txt
ATT00135.txt

EXHIBIT NO. 12
Chane
12-2-09
KEL

Highly Confidential

GOO001-00566289