| | |
|---|---|
| To: | "Susan Wojcicki" ██████████████ |
| From: | "David Eun" <deun@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-05-02 16:57:29 CST |
| Subject: | Re: A Grand Unified Theory of YouTube and MySpace from Slate |

I won't. Thanks for sending. We should definitely talk about the GPS. I=20
had a Content Acquisition budget review yesterday and Eric was asking
questions.

I also ran into Peter and he had this idea to "beat YouTube" by calling
quits on our copyright compliance standards.

We really need to put our heads together on presenting a united front -- or=20
at least agreeing to what we disagree about, so we aren't all over the plac=
next Friday.

I'm trying to pin down those specific Content Acq issues that I think we
should present next Friday and will circle back to you asap.

Will also try to set up time for later this week to discuss...

On 5/1/06, Susan Wojcicki <████████████████ wrote:
>
> fyi - pls don't forward
>
> On 4/30/06, Eric Schmidt ████████████████ wrote:
> >
> >   This is a good list.  My primary concern is that a) we are behind
> > Youtube and b) we need to invest more in engineering, machines and PM f=r
> > video.
> >
> >
> >
> > Thanks eric
> >
> >
> > --------------------------
> >
> > *From:* Susan Wojcicki ██████████████████████
> > *Sent:* Sunday, April 30, 2006 5:18 PM
> > *To:* Eric Schmidt; Jonathan Rosenberg
> > *Subject:* Fwd: A Grand Unified Theory of YouTube and MySpace from Slat=
> >
> >
> >
> >
> > I think we should be able to win in this space, but I"m concerned about=20
> > the execution risk since I think it will take  coordinated work across=20
> > multiple projects across the company.  We have a reviewed scheduled in =
> > weeks but here is a synopsis of the strategy.
> >
> >
> >



Highly Confidential

GOO001-00495746

> > * Most comprehensive video search - the platform to store and find all=20
> > video
> >
> > -HTML upload and instant live on 5/15
> >
> > -premium deals (e.g recently signed up Viacom for MTV Punk'ed Spongebob=20
> > Squarepants Beavis and Butthead)
> >
> > -digitization deals like NARA (digitization efforts are very early, not=20
> > at scale now)
> >
> > -webcrawl (in discussions in eng but no one working on it yet)
> >
> > -rss feeds (will be done in Q3)
> >
> >
> > * Best monetization - incent content owners to give us video, publisher=
> > to show it
> >
> > -last week released video ads on the web in the US (legal holding up
> > i18n launches)
> >
> > -goal for Q2 is try text ads in the video, sponsorship (premium content=20
> > like CBS free but sponsored by Advertiser Y), post roll ads
> >
> > - new adformat in adsense to play both video content and ads (e.g. add =
> > tv station to your site that will show content and ads.  The content a=d
> > ads will be based on the content of your site or you can choose a keywo=d or
> > it could be most popular.  (We'll release a version of these embedded v=deos
> > without ads in Q2, but to do it as an adsense format with ads is just=20
> > getting started --no eng yet but PMs working on plan).
> >
> > - syndicate our ads to get more advertisers
> >
> >
> > * Leverage Google.com <http://google.com/> to present video - users
> > should find relevant videos with their searches
> >
> > -onebox integration (coming in next 4 weeks so videos at top of page)
> >
> > -tab (this will take time)
> >
> >
> > * Publisher integration - seemlessly integrate with publishers for
> > upload and display
> >
> > -publishing platforms like blogger and orkut have integrated way to
> > upload video
> >
> > -work with blogger and myspace and others so when you watch a video on=20
> > google video, enter your myspace user ID and password and we'll post th=
> > video on your myspace profile for you.
> >
> > -Any publisher can easily put an individual video, or video feed on
> > their site
> >

> >
> >
> > * Community features - Easy to share, discover videos with friends
> >
> > -upload your email book
> >
> > -share video button built into chrome - Q2
> >
> > -share your playlist with your friend - Q2
> >
> > -discussion boards on videos -Q2
> >
> > -tags, ratings etc -Q2
> >
> > We've not worked out all the ways we'll work with Orkut
> >
> >
> >
> > * Leverage international
> >
> > -we now get ~65% of traffic internationally.  Need to localize content,=20
> > get local premium, iso, uploaded content (FIGS in Q2)
> >
> >
> >
> > Other obvious but hard to do things like.....
> >
> > -----------------------------------------------------------
> >
> > * Better UI (ongoing) - will be like Igoogle with ability to move aroun=
> > sections
> >
> > * Best search (results now are very poor - we have 2 eng working to mak=
> > better).
> >
> >
> >
> > Because video is a format and a product we've broken the backend up fro=
> > the front end so that the backend can have multiple customers like Orku=,
> > Lighthouse, Ads etc.  Many of our products should enable a video part a=d
> > use the same backend (all should be searchable from Google video).
> > Lighthouse should have private videos and ads.  Ads uploaded to AWFE sh=uld
> > be in Google video etc.
> >
> >
> >
> > I'd like to know if you think we are missing something or disagree.   T=
> > put this in perspective our product has been around for 1 year (4/05)  =nd
> > YouTube launched 12/05 so this is a very fast moving market. We were ah=ad
> > but made the mistake of putting too much emphasis on download to own an=
> > didn't improve our upload or have community features like youtube.  If =e
> > can execute fast and leverage our many assets, I think we can win b/c t=is
> > market is just getting started.
> >
> >
> >
> > Susan
> >

> >
> >
> >
> >
> > On 4/29/06, *Eric Schmidt* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
> >
> >   Thanks for the summary.   Basically I am concerned that we don't have=20
> > a
> > strategy to win; I think everything that you have listed is great.. but=20
> > is
> > it enough?  Thanks eric
> >
> > ----Original Message—▮▮▮▮▮▮▮▮▮▮▮
> > From: Susan Wojcicki ▮▮▮▮▮▮
> > Sent: Saturday, April 29, 2006 7:07 PM
> > To: Eric Schmidt
> > Subject: Re: A Grand Unified Theory of YouTube and MySpace from Slate=20
> >
> > Eric we are working on the instant upload which will be faster than
> > youtube
> > and will be released in less than 2 weeks and tagging and community
> > features
> > which will be done by june. The upload will be web based and no longer=20
> > require a client like it does today.
> >
> > Well review the strategy with you asap but we have a lot that will be=20
> > released soon such as new homepage, trials of monetization, better embe=
> > product to increase publisher adoption such as the myspace integration=20
> > and
> > international releases this quarter, and unique content deals.
> >
> > I think we are doing the right things now to win but we fell behind whe=
> > we
> > focused on the premiun download to own for pay model and the end of las=
> >
> > year bc that stuff just isn't watched in any volume -- even the stuff=20
> > that
> > free isn't that popular
> >
> > Sorry this short but on my bb -ill read your emails again and send you=20
> > more
> > details when I'm at my desk.
> >
> > Susan
> >
> >
> >
> > ----Original Message-----
> > From: Eric Schmidt ▮▮▮▮▮▮▮▮▮▮
> > To: Susan Wojcicki ▮▮▮▮▮
> > Sent: Sat Apr 29 10:12:44 2006
> > Subject: FW: A Grand Unified Theory of YouTube and MySpace from Slate=20
> >
> >
> >
> > Perhaps this is why Youtube and MySPace are cleaning our clocks...
> > please
> > review negative comments about Orkut and about Google Video. Eric

Highly Confidential

> >
> > \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*=_*\*\*\*
> >
> > \*\*\*\* .
> >
> >
> > A Grand Unified Theory of YouTube and MySpace
> >
> >
> > Point-and-click sites that don't tell you what to do.
> >
> >
> > By Paul Boutin
> > Posted Friday, April 28, 2006, at 12:05 PM ET
> >
> > I was skeptical when I heard how huge video-sharing hub YouTube and
> > social-networking hotspot MySpace have become. YouTube claims 40 millio=
> > plays a day, up from 35 million just a week ago. The Washington Post
> > recently reported
> >
> > <http://www.washingtonpost.com/wp-dyn/content/custom/2006/03/31/CU20060=3101
> > <http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.washingtonpost.c=m%2Fwp-
> > dyn%2Fcontent%2Fcustom%2F2006%2F03%2F31%2FCU2006033101>
> > 136.html>  that MySpace pulls more monthly visitors than Amazon and is
> >
> >
> > closing in on AOL and eBay. Both sites are vague about their traffic
> > details, though, so I ran them through Alexa, the traffic report
> > generator
> > favored by techies who don't trust press releases. I nearly fell out of=20
> > my
> > chair. On Alexa's charts, MySpace is an order of magnitude bigger than
> > Friendster
> >
> <http://www.alexa.com/data/details/traffic_details?&range=6m&compare_=ites=f<http://www.google.com/url?sa
> =D&q=http%3A%2F%2Fwww.alexa.com%2=data%2Fdetails%2Ftraffic_details%3F%26range%3D6m%26com
> pare_sites%3Df>
> > friendster.com&url=http://www.myspace.com> . YouTube will pass CNN
> >
> <http://www.alexa.com/data/details/traffic_details?&range=6m&compare_=ites=c<http://www.google.com/url?sa
> =D&q=http%3A%2F%2Fwww.alexa.com%2=data%2Fdetails%2Ftraffic_details%3F%26range%3D6m%26com
> pare_sites%3Dc>
> > nn.com&url=http://www.youtube.com> any day now.
> >
> >
> >
> > Both YouTube and MySpace fit the textbook definition of Web 2.0
> >
> > <
> http://www.slate.com/id/2138951/<http://www.google.com/url?sa=D&q=3Dhttp%3A%2F%2Fwww.slate.com%2
> Fid%2F2138951%2F>>
> > , that hypothetical next-generation
> >
> >
> > Internet where people contribute as easily as they consume. Even
> > self-described late adopters like New York's Kurt Andersen
> >

Highly Confidential

> > < http://www.newyorkmetro.com/news/imperialcity/16773/
> >
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.newyorkmetro.com=2Fnews%2Fimperialcity%2F
16773%2F>> recognize
> > that that
> >
> >
> > by letting everyone contribute, these sites have reached a critical mas=
> >
> > where "a real network effect has kicked in."
> >
> > But the focus on the collaborative nature of these sites has been
> > nagging at
> > me. Sites like Friendster and Blogger that promote sharing and
> > friend-making
> > have been around for years with nowhere near the mainstream success.
> > I've
> > got a different theory. YouTube and MySpace are runaway hits because
> > they
> > combine two attributes rarely found together in tech products. They're=20
> > easy
> > to use, and they don't tell you what to do.
> >
> > Continue Article
> >
> > < http://www.slate.com/id/2140635/#ContinueArticle#ContinueArticle
> >
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.slate.com%2Fid%2=2140635%2F%23ContinueAr
ticle%2523ContinueArticle>
> > >
> >
> >
> >
> >
> >
> > There are two design requirements for technology meant for the masses.
> > First, you need to automate all the techie parts so people can just
> > press
> > Play. To watch television online, I shouldn't have to install extra
> > video
> > software, figure out my bandwidth setting (100K? 300K?), and sign up fo=
> > an
> > account with the player's maker. Second, Web moguls shouldn't presume t=
> > foresee what 100 million people will want to do with their site. I'm on=
> > of
> >
> > many who stopped using Google's Orkut < https://www.orkut.com/
> > <http://www.google.com/url?sa=D&q=https%3A%2F%2Fwww.orkut.com%2F>
> > > social
> >
> >
> > network because its hardwired page designs made everyone look like they=20
> > were
> > there to find a date and/or a job.
> >
> > The guys behind YouTube hit the sweet spot. Most important, they made i=
> > head-slappingly easy to publish and play video clips by handling the
> > tricky

Highly Confidential

GOO001-00495751

> > parts automatically. Given up on BitTorrent because it feels like
> > launching
> > a mission to Mars? If you've sent an e-mail attachment, you've got the=20
> > tech
> > skills to publish on YouTube.
> >
> > To post your own video, sign up for a free account and go to the Upload=20
> > page. Select your file, click the Upload Video button, and you're done!=20
> > YouTube's servers convert your vid to a standardized format, but you
> > don't
> > need to know what that format is. If you send the URL to your aunt,
> > it'll
> > play in her browser without spraying the screen with pop-ups and errors=
> >
> >
> > You don't have to upload video to use YouTube. If you just like to
> > watch,
> > it's even easier. There's no software to install, no settings to muck=20
> > with.
> > The video auto-plays as soon as you load the page, without launching
> > more
> > windows-why can't CNN do that?
> >
> > Three months ago, I predicted < http://www.slate.com/id/2134223/
> > <http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.slate.com%2Fid%2=2134223%2F>
> > >  Google
> >
> >
> > Video would become the hottest thing on the Net. I was wrong, and I
> > think
> > Google has failed to take off for the simple reason that it's more
> > annoying
> > to use than YouTube. To begin with, you have to install Google's specia=
> >
> > uploading application. When I tried to upload the same clips
> >
> > < http://youtube.com/profile_videos?user=paulboutin
> > <http://www.google.com/url?sa=D&q=http%3A%2F%2Fyoutube.com%2Fprofil=_videos%3Fuser%3Dpaulboutin
>> I'd
> > posted to YouTube,
> >
> >
> > Google's app wouldn't let me. I combed through the FAQ and found this:
> > "While we also support other digital formats such as QuickTime, Windows
> > Media, and RealVideo ... submitting your files in these formats may
> > significantly delay us from using them on Google Video." Come on, guys.=20
> > Whatever happened to "I'm Feeling Lucky?"
> >
> > Google Video lets you google videos (of course) by their titles and a=20
> > brief
> > description of each. Each page links to other matches. That's OK, but
> > predictable. YouTube lets posters tag each clip themselves. For example=
> > I
> > tagged this clip
> >
> > < http://youtube.com/watch?v=NkMlhgkxlnl&search=boutin%20gma
> >

<http://www.google.com/url?sa=D&q=http%3A%2F%2Fyoutube.com%2Fwatch%=Fv%3DNkMIhgkxlnl%26sear
ch%3Dboutin%2520gma>> of
> > my 12
> >
> >
> > seconds on Good Morning America with "boutin wired slate gma." Whenever=20
> > you
> > play a YouTube clip, the page shows a half-dozen potential matches. A=20
> > tag
> >
> > like "slate < http://www.youtube.com/results?search=slate
> >
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.youtube.com%2Fre=ults%3Fsearch%3Dslate>>
> > " could mean all
> >
> >
> > sorts of things, so each page mixes perfect matches with what-the-huh
> > results. A documentary on Scientology links to a South Park episode,
> > which
> > links to comedian Pablo Francisco. A few clicks later I'm watching some=20
> > merry prankster get an unexpected smackdown
> >
> > <
http://youtube.com/watch?v=JqvNeplfnnY<http://www.google.com/url?sa=3DD&q=http%3A%2F%2Fyoutube.co
m%2Fwatch%3Fv%3DJqvNeplfnnY>> . in Web
> > 2.0-speak, this is a
> > "folksonomy < http://en.wikipedia.org/wiki/Folksonomy
> > <http://www.google.com/url?sa=D&q=http%3A%2F%2Fen.wikipedia.org%2Fw=ki%2FFolksonomy>>
> > ." in English, it
> >
> >
> > means YouTube is a mix of every video genre imaginable.
> >
> > Judging by the number of South Park
> >
> >
<http://www.youtube.com/results?search=southpark&search_type=search=videos&s<http://www.google.com/url
?sa=D&q=http%3A%2F%2Fwww.youtube.com=2Fresults%3Fsearch%3Dsouthpark%26search_type%3Dsearc
h_videos%26s>
> > earch=Search>  episodes and music videos
> >
<http://www.youtube.com/results?search=get+yourself+high+chemical+bro=hers&s<http://www.google.com/url?
sa=D&q=http%3A%2F%2Fwww.youtube.com%2=results%3Fsearch%3Dget%2Byourself%2Bhigh%2Bchemica
l%2Bbrothers%26s>
> > earch_type=search_videos&search=Search>  available for viewing, it'=
> > fair to
> >
> >
> > say that YouTube's warnings not to post copyrighted material aren't muc=
> > of
> > a deterrent. The site removes porn much more aggressively than they do
> > copyright violations. That makes a lot of sense: There are more than
> > enough
> > places to browse for porn online, but the presence of easily
> > downloadable
> > mainstream fare among YouTube's home movies is a huge draw. I hope the
> > site's budding deals with Hollywood
> >

Highly Confidential

> > <http://www.variety.com/article/VR1117941847?categoryid=14&cs=1&que=y=youtub
> >
> > <http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.variety.com%2Far=icle%2FVR1117941847%3Fc
> ategoryid%3D14%26cs%3D1%26query%3Dyoutub>
> > e&display=youtube> work out and the networks don't launch their own=20
> > sites.
> >
> >
> > If they do, it's a sure bet they won't be user-friendly. Just look at=20
> > CNN's
> > recent redesign, which just now threw a giant *PLUGIN WARNING!* onto my=20
> > screen.
> >
> > When trying to rope in the movie and TV studios, YouTube should point t=
> >
> > MySpace, where A-listers like Eminem peddle their wares alongside
> > unsigned
> > bands and lip syncers. MySpace makes it easy for musicians, kids, and=20
> > grandparents to post their own pages by removing the technical hurdles.=20
> > I
> >
> > created a profile page < http://www.myspace.com/paulboutin
> > <http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.myspace.com%2Fpa=lboutin>> in
> > three
> >
> >
> > minutes, complete with an auto-play jingle. I'd planned to upload an MP=
> > of
> > a band I used to play in, until I found they already have their own
> > MySpace
> > page. Clicking *Add* instantly copied the song from their page onto
> > mine.
> > Another one-click tool imported my Gmail and Hotmail address books so I=20
> > could mass-invite everyone to join me.
> >
> > MySpace isn't that much easier to use than Friendster, or than other
> > shared-user-content sites like Flickr (photo sharing),
> del.icio.us<http://www.google.com/url?sa=D&q=http%3A%2F%2Fdel.icio.us>
> > (bookmarks), or Digg (tech news). But it mixes multiple publishing
> > models-blogs, photos, music, videos, friend networks-into one personal
> > space. Most important, it doesn't presume to know what your goals are.=20
> > The
> > site's management ditched their early focus as a home for musicians whe=
> >
> >
> > they realized Margaret Cho < http://www.myspace.com/margaretcho
> > <http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.myspace.com%2Fma=garetcho>> and
> > my
> > crazy friend Kenny
> > <http://profile.myspace.com/index.cfm?fuseaction=user.viewprofile&fri=ndid=2
> >
> <http://www.google.com/url?sa=D&q=http%3A%2F%2Fprofile.myspace.com%=Findex.cfm%3Ffuseaction%3D
> user.viewprofile%26friendid%3D2>
> > 0589359> wanted spaces of their own. Next, MySpace may let marketers=20
> > set up
> >
> >
> > profiles for brands. That's a great idea-the same people who'll bitch=20

Highly Confidential

> > about
> > Snickers having a page will add Wikipedia as their friend.
> >
> > I think MySpace's popularity has to do with its puppylike accessibility=
> > A
> > typical page looks like something a Web-enthralled high schooler might=20
> > have
> > put up in 1996, but with more pics and a soundtrack. I agree with desig=
> > guru Jesse James Garrett
> >
> > <http://www.businessweek.com/innovate/content/dec2005/id20051230_570094=htm
> >
> <http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.businessweek.com=2Finnovate%2Fcontent%2Fd
ec2005%2Fid20051230_570094.htm>
> > >
> >
> >
> > , who says the site's untrained layout sends a "we're just like you"
> > message
> > to newcomers. That encourages them to experiment with content genres th=
> >
> > site's designers didn't build into templates. If tech builders want to=20
> > hand
> > the controls over to their users, shouldn't they presume they haven't
> > thought of everything? Apple's iWeb
> >
> > < http://www.apple.com/ilife/web/features/templates.html
> >
> <http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.apple.com%2Filif=%2Fiweb%2Ffeatures%2Ftem
plates.html>>  publishing
> > system
> >
> >
> > is easy to use and way more attractive than MySpace, but we'd have
> > gotten
> > old waiting for Apple to invent a Lip Sync Video
> >
> > < http://www.youtube.com/watch?v=VpuGyEMFpog
> >
> <http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.youtube.com%2Fwa=ch%3Fv%3DVpuGyEMFpo
g>
> > >  template.
> >
> >¨
> >
> > The secret to success is to make everything one-button easy, then get=20
> > out of
> > the way. If you think collaborative architecture matters more, click th=
> >
> > charts: The same Alexa plots that show MySpace and YouTube obliterating=20
> > top
> > sites reveal that Flickr
> >
> > <http://www.alexa.com/data/details/traffic_details?&range=6m&compare_=ites=f
> >
> <http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.alexa.com%2Fdata=2Fdetails%2Ftraffic_details%
3F%26range%3D6m%26compare_sites%3Df>
> > lickr.com&url=http://www.youtube.com> , Digg

> > <http://www.alexa.com/data/details/traffic_details?&range=6m&compare_=ites=d
> >
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.alexa.com%2Fdata=2Fdetails%2Ftraffic_details%
3F%26range%3D6m%26compare_sites%3Dd>
> > igg.com&url=http://www.youtube.com>  and
del.icio.us<http://www.googl=.com/url?sa=D&q=http%3A%2F%2Fdel.icio.us>
> > < http://www.alexa.com/data/details/traffic_details?&range=6m&compare=sites=i
> >
> >
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.alexa.com%2Fdata=2Fdetails%2Ftraffic_details%
3F%26range%3D6m%26compare_sites%3Di>
> > cio.us&url=http://www.youtube.com>  have plateaued with audiences bar=ly
> > bigger than Slate's
> > <http://www.alexa.com/data/details/traffic_details?&range=6m&compare_=ites=d
> >
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.alexa.com%2Fdata=2Fdetails%2Ftraffic_details%
3F%26range%3D6m%26compare_sites%3Dd>
> > igg.com&url=http://www.slate.com> . Photos, news, and other people's
> >
> >
> > bookmarks just aren't as interesting as bootleg TV and checking out the
> > hotties. The easier it gets to use, the less geeky the Net becomes, and=20
> > the
> > more it starts to look like real life.
> >
> > Related in Slate
> >
> > _____
> >
> > Sam Anderson explained how YouTube has revived the neglected art of
> >
> > lip-syncing <
http://www.slate.com/id/2140697/<http://www.google.com/ur=?sa=D&q=http%3A%2F%2Fwww.slate.com%2Fi
d%2F2140697%2F>> .
> >
> > Paul Boutin < http://paulboutin.weblogger.com/
>.> <http://www.google.com/url?sa=D&q=http%3A%2F%2Fpaulboutin.weblogger=com%2F>> is
> > a Silicon Valley-based
> >
> >
> > writer who also contributes to Business Week, Wired, and Engadget.
> >
> >
> >
> >
> >
> > --
> > Susan Wojcicki
> > VP, Product Management
> > ██████████████
> > ██████████████
> >
> >
> >
> > --
> > Peter Chane
> > peterch@google.com

Highly Confidential

> > Group Business Product Manager
> > Google Video I http://video.google.com
> >
> >
> >
> > --
> > Susan Wojcicki
> > VP, Product Management
> > ███████████████
> > ███████████████
> >
> >
> >
> > --
> > Susan Wojcicki
> > VP, Product Management
> > █████████████████
> > █████████████████
> >
>
>
>
> --
> Susan Wojcicki
> VP, Product Management
> ████████████████
> ████████████████
>


--
David Eun
NY: 212-589-8070
MV: 650-253-1993