To:             "Jennifer Feikin" <jfeikin@google.com>
From:           "David Eun" <deun@google.com>
Cc:             "Peter Chane" <peterch@google.com>
Bcc:
Received Date:  2006-05-04 19:20:40 CST
Subject:        Re: deck draft

---

Here you go, Jennifer.


On 5/4/06, Jennifer Feikin <jfeikin@google.com> wrote:
>
> peter, i can't pull this up from VPN.  i'm going to the airport right
> now...any way you can send as a powerpoint???  like, now?
>
>
> On 5/4/06, Peter Chane < peterch@google.com> wrote:
> >
> >
> http://www.corp.google.com/~peterch/Video_Rod_EricS.ppt<http://www.corp=google.com/%7Epeterch/Video_
> Rod_EricS.ppt>
> >
> > P.
> >
> > --
> > Peter Chane
> > peterch@google.com
> > Group Business Product Manager
> > Google Video | http://video.google.com
> >
>
>


--
David Eun
NY: 212-589-8070
MV: 650-253-1993

---

Attachments:

Video_Rod_EricS.ppt



EXHIBIT
Eun 9
8/7/08

Highly Confidential

G00001-00496021

# Google Video

Presented by:
Peter Chane

Not yet approved by:
Susan Wojcicki

Contributors:

Peter Chane, Nikhil Bhatla, Jeremy Doig, Rod Chavez, Grace Webber, Jennifer Feikin, David Eun, Glenn Otis Brown, Hunter Walk, Cliff Samaniego, Bhanu Narasimham

5/11/06

Google

Highly Confidential

GOO001-00496022

Google

Topics discussed at this GPS

- Discuss competitive position vs YouTube and MySpace Video
- Discuss our plan to increase our growth to match and surpass competitors
- Discuss our long term plan to win in video

Specific asks

- Approve a policy change
- Increase engineering staffing in key areas

Highly Confidential

GOO001-00496023

# Leading video services today

| | Launch date | Daily uploads | Index size (as of 5/2/06) | Daily playbacks | Revenue |
|---|---|---|---|---|---|
| iTunes | 10/2005 (video) | Zero | <1k | 100k/day (video sales) | $1.5M/wk video sales + $1.7B iPod revenue (q1'06) |
| Google Video | 9/2005 (flash playback) | 5,000 | 810,000 | 11M | About $0 |
| Myspace Video | 1/2006 (video) | 30,000 | 2,020,982 | Est 30-40M | Untargeted banner ads |
| YouTube | 2/2005 | 23,000 | 3,291,001 | Est 30-40M | $4k-8k/day (Adsense in Jan + est. YPN/Adbrite) |

New competitor just launched on 4/25: Brightcove — focusing on video production tools and content syndication network; 1k publishers signed up as of 5.1.06; syndication deal with AOL



Highly Confidential

# Q2 OKRs and supporting releases

**Q2 OKR:**
20k uploads a day instantly live

Q2 releases:
- HTML upload
- Instant Live
- Launch upload and playback in UK, FR, DE, ES, NL, and IT, AU, Canada
- Put Upload link on every page

**Q2 OKR:**
Ship custom home page, ratings, tags

Q2 releases:
- New home page with custom sections
- Open ratings (no login required)
- Open tagging (no login required)
- Open comments (no login required)

**Q2 OKR:**
5M playbacks from embedded video player

Q2 releases:
- One-click posting of video to Blogger and leading blog sites; looking into MySpace hack
- Allow any site to include a Google content "bundle" on their site (e.g. top 10, Google Picks, top videos in a genre)

**Q2 OKR:**
30M daily playbacks

Q2 releases:
- HTML upload + Instant Live
- Increase usage of Send-to-a-friend link
- Launch upload and playback in UK, FR, DE, ES, NL, and IT, AU, Canada
- Sponsored Videos ads test (make some paid content free with ads)
- Top 100 page
- RSS feeds
- Alerts
- Mac Player
- Onebox 1% test

Other things we're doing in q2:
- Improved Ops tools
- The Breakup movie promo
- Adding DTO content from Viacom (MTV, Nickelodeon includes South Park)
- NBA Finals content promotion (in progress now)
- How to post video to MySpace instructions page

Google

Highly Confidential

# New home page (Q2 deliverable)

Consistent cross-site navigation

Customizable content sections (moveable like iGoogle)

Top 10 overall

Featured content rotates in this area

"Upload your video" link prominent on every page

Next version: personalization and integration with iGoogle

Highly Confidential

GOO001-00496026

# HTML upload + Instant Live (Q2 deliverable)



**Step 1:**
Upload file and enter metadata

**Step 2:**
Wait for upload and transcoding

(10 meg file over 96kbps upstream DSL will take 14 mins to upload)

**Step 3:**
Watch now and share with friends

(Video should be live about 1 min after upload finishes)*

* Larger files and some codecs will take longer, we're testing

Highly Confidential

Google Video integration with blogging sites (Q2 deliverable)

Mockup will be
inserted by GPS

Google

GOO001-00496028

|  | Q3 (not yet prioritized) | Q4 |
|---|---|---|
| End user features | » Personalized home page | » Google Video Mobile |
|  | » Better browse and new category pages | » Geo search, integration with Maps/Earth |
|  | › Programs for Music videos, ads, video games, movie trailers | » Better ecommerce experience |
|  | » My Videos — what I watched/emailed/rated/ commented/recommend- ations | » Mashups/Editing |
|  | » Send this page on video search results | » Subtitles |
|  | » Send to GV from a cell phone | » What people are watching now list |
|  | › Music videos, ads, video games, movie trailers | » GTalk integration |
|  | » Web content (rss and web crawl) | » Flash 8 |
|  | » Google.com integration | » STT integration |
|  | » User created sharable playlists | |
|  | » Orkut/Lighthouse integration; video as a service | |
|  | » Better search quality | |
|  | » Zeitgeist | |
|  | » Other top lists | |
| Monetization | » Release of v1 ads on Google Video | » Monetize more types of content; Ads quality improvements |
| Distribution | » Custom player | » Custom pages for content providers |
|  | › Adsense FE integration | » Finish off the 100 languages |
|  | » Blacklist, whitelist | |
|  | » 50 more languages | |
|  | » Expand Google.com onebox coverage | |

Google

G00001-00496029



# Google Video as a platform to Orkut and Lighthouse

* Jeremy's layer cake slide goes here

Highly Confidential