# Why Youtube is growing

|  | Google Video |
|---|---|
| • Effortless upload | |
| — Web based upload | Parity in Q2 |
| — Instant live (almost) | |
| • Simple view experience | Parity now |
| — Fast playback | |
| • Easy to discover new videos | Close to parity in Q3 |
| — Related videos, categories, groups, my videos | (see next slide for drilldown) |
| • Quick and easy to share content | Parity in Q3 |
| — Share this video in the player & end of video | |
| — Many tell-a-friend links | |
| — Youtube Address Book | |
| — Embedded player to put videos other sites | |
| • Liberal copyright policy | Youtube better for users |
| — 10 min, 100 meg limit on uploads from anyone | (see slides 6-9 for our proposal) |
| — No proactive screening; reactive DMCA only | |

*Schedule estimates assume no new engineers are assigned to the project*



Highly Confidential

G00001-00496031

# Discovering new videos parity analysis

| Youtube | Google Video |
|---|---|
| Videos tab | Home page |
| - Most viewed | - Top 100 |
| - Top rated | - Planned for Q3 |
| - Most discussed | - Planned for Q3 |
| - Top favorites | - Planned for Q3 |
| - Recently featured | - Planned for Q3 |
| - Most recent | - Maybe for Q3 |
| - Random | - Random page (on site now) |
| Categories tab | Planned for Q3 |
| Groups tab | Not in current Q3 plan |
| Members tab | Planned for Q3 via integration with Google people profile pages* |

* Focus/Orkut project dependency; integration work not yet started/mocked up

Highly Confidential

GOO001-00496032

# Why Myspace Video is growing

| | Google Video |
|---|---|
| • Access to MySpace **user base** | MySpace better |
| — 68M total users, 48M unique per month | |
| • **Effortless upload** | Parity in Q2 |
| — HTML upload | |
| — Instant Live (almost) | |
| • **Simple view experience** | Parity Now |
| — Fast playback | |
| • Easy to **browse and discover** videos | Close to parity in Q3* (see next slide) |
| — My Favorite Videos page is public | |
| — Videos can be embedded on my public profile | |
| • Video makes your **MySpace profile page** more interesting | MySpace better* (see next slide) |
| — User identity expressed through video | |
| • **Liberal copyright policy** | MySpace better for users (see slides 6-9 for our proposal) |
| — Seems to be the same as Youtube | |

\* Orkut integration dependency



Highly Confidential

GOO001-00496033



Highly Confidential

GOO001-00496034

# Copyright policy parity analysis: Youtube

- 10 min, 100meg upload limit for users
- Director program for longer works
- Partial works accepted

- CSPAN, Family Guy, John Stewart, NBA clips, music videos posted on the site
- **YouTube gets content when it's hot** (Lazy Sunday, Stephen Colbert, Lakers wins at the buzzer)
- Takes us too long to acquire content directly from the rights holder (e.g. our talks with CSpan about Colbert speech)
- 500k playbacks before CSpan takedown on YouTube
- Google Video Lakers-Suns Game 4:
    - 555,016 playbacks
    - 124 sales
    - Users want the clip!

| Top Video Playbacks (Save as CSV) | Daily Total 11,679,460 |
|---|---|
| NBA Playoffs 2006, Lakers-Suns - Game 4 - Apr 30 2006 | 555,016 (4.75%) |
| Lady Punch | 147,415 (1.26%) |
| Hasta q l cuerpo aguante - Canal + 1993 - La ruta destroy (del bakalao) Valencia | 121,618 (1.04%) |
| 911 Loose Change 2nd Edition with extra footage | 120,330 (1.03%) |
| Maria - Live | 111,874 (0.96%) |
| The Da Vinci Code - Meet Sir Leigh Teabing | 89,796 (0.77%) |
| Loose Change 2nd Edition | 78,764 (0.67%) |
| Amazing Juggling Finale | 54,701 (0.47%) |

Attorney-client privileged

Highly Confidential

GOO001-00496035

# Market feedback

- News Corp (Chernin)
  - "Exciting as it shows the potential pent up demand...we did a survey and more than 80 percent of video on [Youtube] is copyrighted content."
- CSpan on Colbert video
  - Evaluating infringements on a case by case basis
- Sony TV and movie division
  - All types of promotion benefits their business...
  - Take legal action over full works and clear piracy
  - Legal team can't keep up with volume of issues online today
- NBA
  - Split opinion between promotional value and recognition of need to provide content to users in a more controlled fashion



Attorney-client privileged

Highly Confidential
G00001-00496036

# Ask: Approve proposed policy change

| Today | Proposed change |
|---|---|
| Zero tolerance on copyright, porn, violence, hate | Keep rejecting full works |
| Enforced with proactive screening before the video goes live | Keep rejecting all porn, violence, hate |
| Instant Live: We review after the video goes live not before | **Accept partial works up to 10 mins long** |
| | Takedown |
| | · Per DMCA request |
| Reject mixed use if more than 50% is recognizable copyright | Protective measures |
| | · Provide our DMCA Tool to rights holders who ask for it |
| | Tool already built |
| | · Fingerprint videos so videos taken down once don't show up again |
| | Work started (2-3 week work item for Kirkland team) |



Attorney-client privileged

Highly Confidential

GOO001-00496037

# Risks and responses with the proposal

Risks

1. Downloads feature (on by default) allows for content redistribution
2. Issues with enabling anyone to monetize video uploads
3. Legit (for sale or with ads) and not legit (free) content in the same index
4. Onebox could show copyrighted content
5. Alienate premium partners (risk comprehensiveness over the long run)
6. We become a Youtube clone

Responses

1. Make downloads opt-in for all uploaders (200K downloads/day vs. 11M streams)
2. Require proof of ownership before we allow any uploader to monetize
   * Offer ads to premium and ISO team content first
3. Partners can use DMCA Tool to monitor index
4. Not sure if this is a big concern; we could have Onebox show only partner content using whitelist
5. Premium partners will place their content in front of the widest audience
6. We don't want to be the #2 video site either

Attorney-client privileged

Google

# Eng staffing

**Mountain View (Jeremy Doig)**
"Backend team"

Total FT engineers: 16
Part time: 3
Intern: 1

New adds since 1/1/06:
- billy biggs
- ron vered
- ozgur sahin
- nico catania
- meng guo (just joined)

*On average engineers are spending 20% of their time running the site day-to-day and not building new features*

**Kirkland (Rod Chavez)**
"Front end team"

Total FT engineers: 7
Part time: 0
Intern: 1

New adds since 1/1/06:
— Video Player team moved to work on video front end:
  * Andrew Gove
  * Edward Cukierman
  * Mike Yu
— Started working on video full time in Q2:
  * Brunson Moody
  * Katya Mineeva
  * Nick Lee
— Nolan Clark joined team in Q2

Youtube estimate: 30 people, 25 engineers



Highly Confidential

GOO001-00496039

# Staffing ask

## Mountain View (Jeremy Doig)
### "Backend team"
- 1 for video API
  - video as a platform for other apps
- 1 for contentdb
  - scaleable back-end (no more mysql)
- Production Engineer
  - Reduce eng time dealing with day to day issues
- SRE
  - Currently set for 3/07
  - Run the site

## Kirkland (Rod Chavez)
### "Front end team"
- 2-3 Java/GXP front end engineers
  - For Youtube parity; meet Q2 deliverables
- 1-2 more Java/GXP front end engineers
  - To surpass Youtube in Q3
- Use Adsense for Video team for Google Video ads work
  - 4 engineers

## Mountain View (Peter Chane)
- 1 content programmer to select and feature content per category
- Work on content verticals, partner pages



Highly Confidential

G00001-00496040