# Machines & datacenters

* Today:
  - 600 TB in 5 datacenters
* 2006 ask:
  - 3.6PB of GFS quota by end of 2006, distributed over at least 10 datacenters.
  - 720 machines (diskfull machines) across 10 datacenters
  - Make sure we have a good int'l playback user experience
* Google Video (store and uploads)
  - Est for end of 2006 is 2.5M source files
  - (2.5M files) * (10MB avg size) * (5 formats) * (3 shard copies) * (3 R=3 GFS) = 1.125 PB Borg tax will push this to at least 1.4PB.
* Orkut & Lighthouse
  - Est for end of 2006 is ~10M source files (6M Orkut, 3M Lighthouse)
  - (10M files) * (10MB avg size) * (2 formats) * (3 shard copies) * (3 R=3 GFS) = 1.8 PB
  - Borg tax will push this to at least 2.2PB.

Highly Confidential
GOO001-00496041

# Content acquisition strategy

- *David/Jennifer insert slides here*

Highly Confidential
GOO001-00496042

# How we win in video

| Key projects | Current schedule |
|---|---|
| | |

- Build a comprehensive video index
  - Accept video from anyone in any format from anywhere
  - Index video that's already online and video that we host
  - Bring analog video online through digitization
  - Google product integration
- Build the best consumer experience for consuming video
  - Video.google.com destination site
    - Help users connect with interesting and relevant content
    - Search, browse, instant playback, personalized channels, My Videos
    - Tagging, ratings, reviews, comments, recommendations help users find useful content
- Distribute video to the largest possible audience
  - Expose video to google.com traffic through onebox
  - Every Adsense site should have Google Video on it
  - Provide worldwide distribution for video through localized video.google.com properties
- Build the ability to monetize every video
  - Monetization will pull more video online
  - Monetize any type of content (user generated content through premium content; fiction and non fiction)



Highly Confidential

GOO001-00496043

# Appendix starts here

Google

Highly Confidential

GOO001-00496044

# Asset Management

- Goal: To provide DSO advertisers distribution across the Google network
- Milestones:
  - DSO trained on Google Video on 4/7/06.
  - Actively pitching clients today.
  - Should start to see increase in amount of uploads soon.
- Current clients who have uploaded:
  - Orbitz, Ditech, American Express, Symantec, National Semi-Conductor, Saturn, Honda, ABC, Adidas, Saturn, Ford, Lactaid, Sony TV, IBM, Volkswagen
- Future clients:
  - Match.com, OfficeMax, Chrysler, Ralph Lauren, Walmart, Pontiac

Highly Confidential

GOO001-00496045

# Ops video review stats

- Video Review Stats for week ending 5/3
- Total number of videos reviewed: 29,260 (32,206 previous week)
- - 88.2% APPROVED: 26,163 videos    (91.1%)
  - 11.8% DISAPPROVED: 3,097 videos   (8.9%)
- Video Disapprovals:

| Last wk | This wk | reason | Last wk | This wk |
|---|---|---|---|---|
| 2097 | 2199 | TV | 72.80% | 71.0% |
| 436 | 523 | Music Video | 15.10% | 16.9% |
| 181 | 233 | Film | 6.30% | 7.50% |
| 95 | 85 | Porn/Nudity | 3.35% | 2.70% |
| 31 | 37 | Bad Quality | 1.20% | 1.20% |
| 9 | 4 | Obscenity | 0.30% | 0.13% |
| 24 | 11 | Violence | 0.83% | 0.40% |
| 6 | 4 | Drug Use | 0.20% | 0.13% |
| 0 | 1 | Illegal Content | 0% | 0.03% |

Google

Highly Confidential

GOO001-00496046

## Upload experiment: Copyright, partial work

|  | Google Video today | Google Video 5/15 | MySpace Video | YouTube | iTunes |
|---|---|---|---|---|---|
| Time to live |  |  | 2 min | 1 min | n/a |
| Plays in one week |  |  |  |  | n/a |
| Disapproval reason |  |  | None | None | n/a |

7mb, 1:30 sec, wmv file
MSNBC logo on screen
Recognizable talent



Highly Confidential

GOO001-00496047

## Upload experiment: Porn

| | Google Video today | Google Video 5/15 | MySpace Video | YouTube | iTunes |
|---|---|---|---|---|---|
| Time to live | | | Video never went live | 1 min | n/a |
| Plays in one week | | | n/a | 205 plays in 5 minutes | n/a |
| Disapproval reason | | | They seem to be screening for porn | At 6 minutes; porn violation: 2 strikes and account disabled | n/a |

1mb, 45 sec video, Divx file
Obvious from the video that it's porn

Google

Highly Confidential

GOO001-00496048

# Upload experiment: User generated content

| | Google Video today | Google Video 5/15 | MySpace Video | YouTube | iTunes |
|---|---|---|---|---|---|
| Time to live | | | 6 min | 3 min | n/a |
| Plays in one week | | | n/a | | n/a |
| Disapproval reason | | | | | n/a |



15mb, 1:00 sec, h.264 file

Eli Chane eating turkey bacon



Highly Confidential

Copyright infringement, full work

Highly Confidential

GOO001-00496050