# Youtube and Myspace videos by genre



## Youtube

- Pets and animals 2%
- sports 2%
- travel and places 6%
- video games 3%
- people 12%
- comedy 21%
- entertainment 23%
- news and blogs 4%
- science 2%
- Arts and animation 6%
- automation/vehicles 2%
- Music 18%

## MySpace Video 5.1.06

- Weird stuff 11%
- Comedy and humor 20%
- 3%
- 2%
- 4%
- 1%
- 2%
- 7%
- 6%
- 1%
- 1%
- Music 14%
- 1%
- 8%
- 1%
- 19% Entertainment

Highly Confidential

GOO001-00496051

# Youtube Director program

- Logo co-branding, company URL, and company description on all of your video pages
- Ability to upload videos longer than 10 minutes
- Customizable name & value fields for each of your videos (ex: "Price: $4.25" or "Show Time: 9 pm PST")
- Ability to attach a per-video URL to each of your videos

Highly Confidential

G00001-00496052

# Viewing habits on Google Video



Video (with greater than 10 plays) Length vs Average Percentage Watched

Possible implications of this data:
-Don't do postroll ads
-Most premium content (TV/movies) isn't well suited to online viewing
-Focus on short form content



Highly Confidential

GOO001-00496053

# Ads tests



### Test 1: Sponsored Video

- Make paid content free with ads
- Ad unit includes post roll video
- One advertiser per content provider



Highly Confidential

GOO001-00496054

# Eric report card

| | | |
|---|---|---|
| INTERNATIONAL IN 60 DAYS; NOTHING SHORT OF 100+ LANGUAGES | C | Launching 6 languages in Q2 on 8 new domains |
| DEVELOP GLOBAL PRODUCTS OUTSIDE OF MV | B | Local teams will customize |
| USE AJAX AS A CLIENT STRATEGY | B | Google Video Player a win/mac app; looking at how we can use Flash for our online and offline player |
| MUST DO WINDOWS AND MAC | A | Upload and playback clients available for Win and Mac |
| USE THE COMMON INSTALLER | F | Not using this for our upload clients or our video player; using this is low priority vs. our OKRs. |
| LAUNCH EARLY AND OFTEN | A | Project has a history of experimentation |
| SOLVE AN OLD PROBLEM IN A BETTER, NEW WAY | B | Free hosting and streaming, anyone can sell |
| SYSTEMS AND SERVICES | B | GAIA, Mustang, Borg, Bigtable, GFS – ok; Separate index, video not a service to others apps – not ok |
| KEEP THE PDB UP TO DATE | B | Staffing up to date, schedule and status not up to date |

Highly Confidential

Google

GOO001-00496055

# Mountain View Eng team (Jeremy Doig is lead)

fun - drm, i18n, videoshare
bbiggs - videoshare, contentDB, instant live
marwood - core API, rss crawl
chandler - quality, eval, mustang, librarian
slacy - streaming, replication, transcoding
lzheng - streaming, replication, onebox, stt signal test
menglu – streaming
faust - filter architecture in normalizer pipeline, ocr, contentDB
thien - transcoding pipeline migration to normalizer, transcoding improvements (file formats)
byl (mobile) - encoding quality improvement (pipeline mods), avc improvement, quality signal
tvv - web crawl, stats db, log analysis for signal extraction
klh - machine requests/mdb, subtitle/captioning support
ozgur - front-end features
neilfred - signal extraction (user access patterns), serverside playlists, scoring

jjoslin (pso) - partner front-end

niko - upload server

ronvered - webOfTrust implementation, contentDB migration

jyagnik (research) - signals (correlation with imagesearch)

ah (intern) - drm partnership if it happens



Highly Confidential
GOO001-00496056

# Kirkland engineering team (Rod Chavez is lead)

- nicklee - tech lead, ops tools, ads sponsored videos
- brunson - dup detection, general fe (menus, outbound rss, etc)
- katerina - review tool, i18n, general fe
- nolan - review tool, general fe <------- joined team start of Q2
- edwardcu - tech lead, client player (win), general fe (upload ui, etc)
- agove - client player (win), general fe (upload ui, top-100, etc)
- mikeyu - client player (win/mac), general fe (bypass, homepage, etc)




Highly Confidential
GOO001-00496058

## Country
(Last 90 days)



Uploads
13M MB Total

Plays
482M Total

Highly Confidential

GOO001-00496059

# Premium and Regular
(3/13/2009)

## Documents in Index
586K Total
- Premium 7.87%
- Regular 92.13%

## Plays/Page Views
7.1M Total
- Premium 4.40%
- Regular 95.60%

## Downloads
156K Total
- Premium Paid 0.28%
- Premium Free 2.41%
- Regular 97.31%

Google

Highly Confidential

GOO001-00496060