# Video Store sales to date

Google

Highly Confidential

GOO001-00496061