To:            "'David Eun'" <deun@google.com>
From:          "Norio Murakami" ███████████████
Cc:
Bcc:
Received Date: 2006-05-10 02:19:55 CST
Subject:       RE: Visiting Japan

---

Let me try to extend my stay through Friday to attend GPS. And/or can we have 30 minutes discussion ? Please mark my Oracle calendar whenever I am open Wednesday or Thursday.

Norio Murakami

President, Google Japan Inc.

Cerulean Tower 6F

26-1 Sakuragaoka-cho

Shibuya-ku, Tokyo 150-8512

Tel: ███████████

Fax: ███████████

███████████████

www.google.co.jp

---

From: David Eun [mailto:deun@google.com]
Sent: Wednesday, May 10, 2006 10:13 AM
To: Norio Murakami
Subject: Re: Visiting Japan

BTW, I'm also happy to discuss your Video idea with you as well. I've been giving a lot of thought to Video. In fact, as Eric mentioned, we have a Video GPS this Friday.

D-

On 5/9/06, Norio Murakami ███████████████ wrote:

I will ask new recruiter who will join soon to make it happen in time.

Highly Confidential

Norio Murakami

President, Google Japan Inc.

Cerulean Tower 6F

26-1 Sakuragaoka-cho

Shibuya-ku, Tokyo 150-8512

Tel: ████████████

Fax: ████████

████████████████████

www.google.co.jp
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.google.co.jp>

———

From: David Eun [mailto:deun@google.com]
Sent: Wednesday, May 10, 2006 10:00 AM
To: Norio Murakami
Cc: Tomoe Makino; hiroto@google.com; Jim Gerber; Steffanie Johnson
Subject: Re: Visiting Japan


I'm glad you think so. The ideal situation would be for us to find a SPD
for Book Search in Japan who might be able to start by the Book Fair Japan
dates, in which case Tom or Jim could go out and accompany them in
meetings...

On 5/9/06, Norio Murakami 
> wrote:

It is great news. We will arrange appropriate and productive visit. BTW Book
Fair Japan is on July 8 th(Sat).


Norio Murakami

President, Google Japan Inc.

Cerulean Tower 6F

26-1 Sakuragaoka-cho

GOO001-01495916

Shibuya-ku, Tokyo 150-8512

Tel: ███████████████

Fax: ███████████████
████████████████████████

www.google.co.jp
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.google.co.jp>

———

From: David Eun [mailto:deun@google.com]
Sent: Tuesday, May 09, 2006 9:12 AM
To: ██████████████████; Tomoe Makino; hiroto@google.com
Cc: Jim Gerber; Steffanie Johnson
Subject: Visiting Japan

Norio, Tomoe and Hiroto,

Greetings!  I've wanted to visit for a while to introduce myself properly
and it seems that there is an opportunity to do just that.

Jim Gerber and I would like to come visit you in Tokyo on June 12-13 if
possible.  We both thought it would be a good opportunity to help interview
some potential SPD candidates as well as meet with some publishers.  I
thought it'd be a good idea for Jim and I to pitch in and work together with
you on two clear priorities: hiring and closing our first publisher deals,
especially since we'll be launching in Japan this week.

Please confirm, and we'll our travel plans.  There is a book fair in China
afterwards, so we'll want to coordinate schedules accordingly.

Thank you.  I look forward to meeting you in person!

Dave

--
David Eun
NY: 212-589-8070
MV: 650-253-1993

Highly Confidential

--
David Eun
NY: 212-589-8070
MV: 650-253-1993


--
David Eun
NY: 212-589-8070
MV: 650-253-1993

---

Highly Confidential