| | |
|---|---|
| To: | "Kelsey LeBeau" |
| From: | "David King" <dgking@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2008-02-01 02:47:44 GMT |
| Subject: | Re: Jay-Z video from Youtube private account |

You bet, private videos get scanned like all the others. That's one of the big advantages of signing up, as none of the search tools allow rights owners to get at the private stuff.

On Jan 31, 2008 6:33 PM, Kelsey LeBeau < > wrote:

> I realize that the issue below doesn't directly apply, but raises
> interesting questions.
>
> Do we do audio or video fingerprinting on private videos?
>
>
> ---------- Forwarded message ----------
> From: Jim Belcher <jim.belcher@umusic.com>
> Date: Jan 31, 2008 5:50 PM
> Subject: Jay-Z video from Youtube private account
> To: Kelsey LeBeau
> Cc: Christopher Horton <Christopher.Horton@umusic.com>
>
>
> Hi Kelsey,
>
> Here's a link to the video appearing on the worldstarhiphop.com site:
>
> http://www.worldstarhiphop.com/videos/video.php?v=wshh3V658Cm8Z5jBJgK4
>
> Their player is pulling this video directly from Youtube servers with this
> call:
>
> http://ash-v396.ash.youtube.com/get_video?video_id=S2wDJzBS2ml
>
> Here is the video account on Youtube:
>
> *http://www.youtube.com/watch?v=S2wDJzBS2ml
> *
>
> The questions are:
>
>
> 1. In a private account such as this, does your video identification
> system using Audible Magic identify UMG content?
> 2. When a video is played through a non-Youtube player on another
> site, are the plays being recorded by Youtube (and are we getting paid?)
>
>
> Thanks,
> Jim
>
>
> _____



Highly Confidential

G00001-02055019

> Jim Belcher - VP, Advanced Technology
> Universal Music Group - eLabs
> 2220 Colorado Ave., Santa Monica CA 90404
> V.310-865-9516  Fax 310-865-9950
> _____
>
>
>
> --
> ---------------
> Kelsey LeBeau
> YouTube, Strategic Partner Manager
> 1000 Cherry Avenue, Suite 200
> San Bruno, CA 94066
> Phone: [redacted]
> Fax: (650) 887-2536
>
>
> This email may be confidential or privileged.  If you received this
> communication by mistake, please don't forward it to anyone else, please
> erase all copies and attachments, and please let me know that it went to the
> wrong person.  Thanks.

Highly Confidential

GOO001-02055020