To: "micah@youtube.com" <micah@youtube.com>
From: "Craig McFadden" <craig@youtube.com>
Cc:
Bcc:
Received Date: 2006-06-20 02:56:42 CST
Subject: private video removal findings

Attachments:

NoNameFound
NoNameFound~
pastedGraphic.png
pastedGraphic~.png
Private accounts closed

Highly Confidential

GOO001-02693804

**1) users who uploaded the most private videos yesterday and today**

of the 40 users from the report, 22 of the accounts were closed: 5 for porn and 17 for copyrighted material
this search picked up 5 accounts to close that the 2nd didn't

| user | count | category |
|---|---|---|
| sagvid25 | 95 | copyright |
| lynnville | 33 | copyright |
| friskytom | 33 | copyright |
| mingdaoltve | 26 | copyright |
| s96p3 | 25 | copyright |
| kuro55 | 24 | copyright |
| Kristine5146 | 21 | copyright |
| bab3rain | 19 | copyright |
| cosmicdrive | 17 | copyright |
| soleyhls | 15 | copyright |
| xdarknessimagex | 12 | copyright |
| berrie0 | 12 | copyright |
| 4lienleaves | 12 | copyright |
| P00CH1 | 15 | copyright |
| firerod | 14 | copyright |
| mog08 | 13 | copyright |
| MissKrazzie | 12 | copyright |
| prodigy2 | 39 | porn |
| littlethumb | 21 | porn |
| nannyL | 17 | porn |
| kinkiechesus | 16 | porn |
| sinolona | 14 | porn |
| ritacktang | 41 | |
| gnaq | 24 | |
| leestyle00 | 21 | |
| texaschixandtrips | 21 | |
| treinamentoesportivo | 20 | |
| sarlaccpit | 19 | |
| Sudacris | 18 | |
| tortugusrex | 17 | |

Highly Confidential

GOO001-02693809

| microwavecam | 13 |
| arjunsingri | 16 |
| la1446 | 16 |
| haszig1 | 14 |
| EllyAbi06 | 14 |
| georgeofwakefield | 14 |
| Tim11pop | 13 |
| cindylala | 13 |
| holdsclaw | 12 |
| Msports1021 | 12 |

**2) users who uploaded the most total videos yesterday and today**

of the 40 users from the report, 21 of the accounts were closed: 4 for porn and 17 for copyrighted material this search picked up 9 accounts to close that the 1st didn't

| lynnvile | 113 | | copyright |
| sagvid25 | 95 | | copyright |
| mingdaoitive | 51 | | copyright |
| Kristine5146 | 44 | | copyright |
| friskytom | 40 | | copyright |
| bab3rain | 32 | | copyright |
| berrie0 | 26 | | copyright |
| s96p3 | 26 | | copyright |
| kuro55 | 24 | | copyright |
| 4llenleaves | 22 | | copyright |
| soleyhis | 20 | | copyright |
| xdarknessimagex | 18 | | copyright |
| cosmicdrive | 17 | | copyright |
| rbd2005 | 42 | | copyright |
| JaggedLibertine | 39 | | copyright |
| jiyun501 | 31 | | copyright |
| crazyying | 21 | | copyright |
| szechuanie | 20 | | copyright |

Highly Confidential

GOO001-02693810



| | |
|---|---|
| cdjc1399 | 20 | copyright |
| edyrach | 18 | copyright |
| schizoaf | 18 | copyright |
| ruby01 | 17 | copyright |
| pkjh0gbyz | 59 | porn |
| hotthebroths | 33 | porn |
| littlelfllumb | 22 | porn |
| kaiirye | 17 | porn |
| ritacktang | 76 | |
| sarlaccpit | 27 | |
| gnaq | 24 | |
| texaschixandtrips | 21 | |
| leestyle00 | 21 | |
| treinamentoesportivo | 20 | |
| Sudacris | 18 | |
| microwavecam | 18 | |
| tortugusrex | 17 | |
| ButterTV | 36 | |
| demedulce | 31 | |
| sami90210 | 21 | |
| wailau95131 | 20 | |
| lumbni | 19 | |

Highly Confidential
GOO001-02693812

Highly Confidential