To:                  "Jake McGuire" <jake@youtube.com>
From:                "Micah Schaffer" <micah@youtube.com>
Cc:                  "'heather gillette'" <heather@youtube.com>, "Craig McFadden"
<craig@youtube.com>, "Michael Powers" <powers@youtube.com>
Bcc:
Received Date:       6/20/2006 3:43:19 AM GMT
Subject:             daily stats on most uploaded private vids.

---

Hey Jake,

Craig went through the lists you generated of the users who uploaded the
most private videos over 2 days.. 17 out of 40 were full of copyright, 5
 were porn.

It was extremely helpful, we should keep this up!

Is there an mysql command that's safe for me to run from a shell command
line (on dev) to generate the list? If so I can set up a cronjob to take
the usernames, format the links, and mail it to us once a day...
Otherwise, is there a way to put some sort of reporting mechanism into
admin?

Micah

---