| | |
|---|---|
| To: | "Nikhil Bhatla" <nikhil@google.com>, "Peter Chane" <peterch@google.com> |
| From: | "gracew" <gracew@google.com> |
| Cc: | "Francoise Brougher" ███████, "Michael Baldwin" <mbaldwin@google.com> |
| Bcc: | |
| Received Date: | 5/2/2006 5:16:38 PM GMT |
| Subject: | I hear you are talking to Larry about YouTube |

I made a draft of a 3-pager which might carry a story for you. Let me know what you think - what do you need changed? Do you have dates etc to fill in the gaps? I can source the latest data for the grey box on the front page - unless you already have that data ready to go?

Thanks

Grace

Attachments:

pages for larry.ppt



Highly Confidential

G00001-04430721

Pages for Larry
YouTube and Google Video
DRAFT



Highly Confidential

## YouTube has more users viewing and uploading – especially young people in the US and Spain

YouTube vs. Google Video in US



YouTube vs. Google Video in US

- Total uploads YouTube vs GV
(to compile latest info)

YouTube vs. Google Video in Europe

|  | Spain | England | France | Germany | Netherlands | Italy |
|---|---|---|---|---|---|---|
| **Unique Visitors** | | | | | | |
| YouTube | 1,115,000 | 620,000 | 325,000 | 320,000 | 185,000 | 156,000 |
| Google Video | 737,000 | 530,000 | | 129,000 | N/A | 301,000 |
| DailyMotion | | | 169,000 | | | |
| **Page Views** | | | | | | |
| YouTube | 20,069,000 | 5,079,000 | 6,289,000 | 3,590,000 | 4,000,000 | 1,978,000 |
| Google Video | 7,339,000 | | 2,348,000 | N/A | N/A | 2,850,000 |
| DailyMotion | | | 2,073,000 | | | |

All numbers are monthly. Sources: Neilsen, Comscore January 2006

Highly Confidential

# Why does YouTube have more use?

- User interface designed to build network effects around user-generated content
    - Easy to upload (builds inventory)
        - Direct from website (no app to download)
        - Any file format
        - Instant Live (flag later if problematic) – no reviewing delays
    - Easy to view
        - Everything is free all the time
    - Easy to email (redirects traffic onto site)
        - Prominent button
        - Address book
    - Easy to publish (redirects traffic onto site)
        - Big "share" button
        - Myspace integration - codes
- Community tagging/scoring produces some guidance as to popularity/relevance
    - See how many times video has been viewed, score 1-5
    - Better content rises to the top
    - Uploaders are proud of their visible stats – encourages more, better uploads
- Fast-start history
    - Lack of focus on copyright violation (especially early on) created Napster-type adoption increases: "good content" available for free without delay while getting deals signed



Highly Confidential

GOO001-04430722.0002

## What we are doing about it

- Catching up: Viral features now in production (matching functionality)
    - Upload straight from web page (date?)
    - Upload in any format (date?)
    - Instant live (date?)
    - More prominent "email", "upload" and "share" (date?)
    - "Top 100" list showcases most-viewed content (Live – April '06)
    - User ranking and tagging coming (date?)
    - Address book (date?)
- Differentiating: through professional content
    - Getting better professional content YouTube will never have
    - Fixing our search/browse to find our professional content
    - Building a strong ad sponsorship model
- Leading: Staying ahead of YouTube outside the US
    - More localization
    - Copyright-friendly and family-safe review processes
    - Professional content deals outside US

Pagesf orLy eYuTer f bef n adGal Tl i e *in* Af Fi f s*ko in* hAf *in in* mmm f *nn in* rbe v h i F GGG



Highly Confidential

GO0001-04430722.0003