| | |
|---|---|
| To: | "Wendy Chang" <wchang@google.com>, "Sarin Suvarna" <sarin@google.com> |
| From: | "David Eun" <deun@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-05-03 16:12:54 CST |
| Subject: | Highlights/lowlights |

W&S,

I'm going to send you my shortened version of Video (attached). I'm going to do the same with Book/Print later this morning.

I think what I'll do is just create a 1-2 pager with separate sections for each of 3 areas, once I get Shailesh's section.

I had wanted to synthesize across all three but won't likely have time to d=
so.

Can we put all this together on a slide? Please feel free to jump in and suggest alternative approaches!

Dave

--
David Eun
NY: 212-589-8070
MV: 650-253-1993

Attachments:

Video Highlights and Lowlights vDE.doc

Highly Confidential          GOO001-02361246

# Video Highlights and Lowlights/Opportunties

**Highlights**
- Huge EMG support for CES launch; had 40 premium deals and terrific press
- Closed first digitization MOU and launched pilot with NARA (National Archives)
- Product supported Partner Pages for key Premium Partners (and will selectively support Standard Partners soon)
- Began phased improvements to copyright screening tool and created partner take-down tool for copyrighted content
- PSO created "automated fetch" which enables automatic intake of new partner content on a regular basis via HTTPS

**Lowlights/Opportunties**
- Disappointing DTO sales:
  - At time of CES when deals were struck, Content owners were still cautious about pursuing online sales and wouldn't get out of their own way, e.g., limited availability of tv shows; little cross-promotion of Google offering
  - Wavering internal support for DTO: after launch, sales were low and criticism high; Product attention has shifted away from incremental improvements to DTO functionality to maintenance
  - Significant delays in bringing time-sensitive partner content online (e.g., CBS and NBA episodes weren't available next day as promised)
  - Poor search quality: can't find content even when indexed (one-box integration; speech to text translation to enable search of transcripts; lack of community tools such as user ratings and tagging).
  - Poor/basic browse functionality: users don't know about breadth of content available
  - Lack of dynamically generated homepage and sub pages with multiple genres/categories/channels: lack of understanding internally of how to meet promotional needs of content owners
  - Inflexible DRM rules (download limits) and limited value of connected DRM
  - Lack of ad model
- Appearance of Google Video as walled garden instead of switchboard
  - 9 month delay in RSS launch
  - Lack of advances in web crawl for video;
- Lack of Vision and cohesive strategy; highly tactical and reactive vs. strategic and proactive: we're playing catch-up and not setting the bar for the market
  - Why is YouTube the Key Competitor? Not all traffic is created equal
    - Traffic is high but content is mostly illegal content (copyright infringing but not porn); how would comparable usage stats look for consumption of just legal content?
    - Traffic is high cost and low revenue (22% of traffic but 2% of AFC revenue): do we want to compete for this traffic?

- YouTube was virtually unheard of 6 months ago; 6 months from now there could be new competitors and market trends: what are we building and how will we compete?