To:        'Ethan Anderson' <eanderson@google.com>
From:      Patrick Walker
Cc:
Bcc:
Received Date: 2006-05-10 16:08:00 CST
Subject:   RE: [Harappa-team] YouTube offers mobile upload service

just a thought. but here are some reasons: a) it would allow us to get past the daily obsession with comparing ourselves to them so we can move on with the big picture, b) we get clearly talented and quick moving engineers, c) we could bring them legitimacy through tighter and more responsible control of pirtated material, and importantly d) we keep it out of the hands of the Yahoos, MSNs and others who are nowhere with the UGC services. Their dedicated userbase (traffic/usage) and creativity with our legitimacy and global scale would be a powerful combination our competitors would find extremely difficult to match.

from what i understand, there's a big push to be more like them in MV. i'd rather we just acquire them and then free ourselves to be more like Google.

---

From: Ethan Anderson [mailto:eanderson@google.com]
Sent: 10 May 2006 17:01
To: 'Patrick Walker'
Subject: RE: [Harappa-team] YouTube offers mobile upload service

I can't believe you're recommending buying YouTube. Besides the ridiculous valuation they think they're entitled to, they're 80% illegal pirated content. How would that affect your content partnership discussions?

Ethan

---

From: Patrick Walker
Sent: Wednesday, May 10, 2006 8:55 AM
To: 'Ethan Anderson'
Subject: FW: [Harappa-team] YouTube offers mobile upload service

i think it's time to seriously think of buying them - if just for their quick moving engineers and this sort of functionality.

---

From: Peter Chane [mailto:peterch@google.com]
Sent: 10 May 2006 16:31
To: Hunter Walk
Cc: Video Team
Subject: Re: [Harappa-team] YouTube offers mobile upload service

if anyone has a video camera phone can you try this and send notes about how well it works?

On 5/10/06, Hunter Walk > wrote:

> YouTube - create mobile profile: http://youtube.com/my_profile_mobile



Walker
EXHIBIT NO. 13
DATE 7-22-08
Y.FENNELLY CSR5495

YouTube offers mobile upload service

By Greg Sandoval
http://news.com.com/YouTube+offers+mobile+upload+service/2100-1025_3-6070527.html

Story last modified Wed May 10 00:05:04 PDT 2006

As it tries to expand the ways people can post videos online, YouTube launched on Wednesday a service that allows users to upload homemade clips via their mobile phones or PDAs.

A growing number of handheld devices are capable of recording video. YouTube wants to disconnect users from their Web cams and computers, said Steve Chen, one of the company's founders and its chief technology officer.

Most user-created clips are taken with Web and digital video cameras, Chen said. The new service will likely produce greater numbers of spontaneous and candid clips.

"The good thing about it is that you don't have to go home to YouTube anymore," Chen said. "People may not carry their digital cameras with them when they go out. But everybody carries their cell phone.. I'm interested in seeing what kind of content this will produce."

Privately held YouTube is one of the fastest-growing Web sites and among dozens of companies that have begun offering Internet video over the past year. Based in San Mateo, Calif., YouTube says it sees 12 million unique visitors and averages about 1.2 billion viewings per month. While this new mobile service is free, analysts are waiting to see how the company will cash in on all that traffic.

In the meantime, the company continues to expand services.

The new mobile offering works this way: YouTube members can create a mobile profile on the site and YouTube will create a unique e-mail address where they can send videos.

Members can shoot clips with their cell phone and e-mail them to YouTube, where the clips are automatically posted under the users' profile.

--
Hunter Walk
Business Product Manager, Google
hunter@google com

---
Harappa-team mailing list

--
Peter Chane
peterch@google com
Group Business Product Manager
Google Video | http://video google com

Highly Confidential

GOO001-00482518