To: "'Patrick Walker'" <pjwalker@google.com>
From: "Ethan Anderson" <eanderson@google.com>
Cc:
Bcc:
Received Date: 2006-07-17 17:44:59 CST
Subject: Reasons not to change the upload policy

Top 10 reasons why we shouldn't stop screening for copyright violations:

1. It crosses the threshold of Don't be Evil to facilitate distribution of other people's intellectual property, and possibly even allowing monetization of it by somebody who doesn't own the copyright

2. Just growing any traffic is a bad idea. This policy will drive us to a build a giant index of pseudo porn, lady punches, and copyrighted material.. We might get more traffic (perhaps, although it's just a parallel offering to YT), but it will have little social value and little way to make money

3. We should be able to win on features, a better UI, technology, advertising relationships - not just policy. It's a copout to resort to dist-rob-ution

4. YouTube has always had core features that we have only added in the last month or are about to this month:,html uploader, comments/ratings/tags, user playlists, syndicated uploader, international sites. We haven't given it enough time to see the impact of reaching feature parity before resorting to lowering our policy standards. We also haven't turned on major traffic drivers like OneBox and a tab on Google.com

5. It will cause terrible press and PR for Google Video, especially in conjunction with Google Print. It will also be portrayed as an act of desperation since we didn't start with this policy but switched over to it when we were losing to YouTube

6. There is no reason to believe that all the YouTube users will now switch over to Google Video because we are doing the exact same thing as YouTube. We will only get new users if we can offer something different or better than YouTube, not if we follow them in everything we do

7. It makes it more difficult to do content deals when you have an index of pirated material

8. It make it more difficult to expand internationally because copyright laws vary from country to country and the DMCA is a US law

9. It will make it difficult to do OneBox if web search results are returning pirated videos

10. We allow downloads and YouTube doesn't. This would make it easier for users to capture and distribute pirated material



Highly Confidential

GOO001-00563469

Ethan Anderson
International Business Product Manager, Google
<mailto:eanderson@google.com> eanderson@google.com
(P) +1 650.253.2977

**Highly Confidential**