| | |
|---|---|
| To: | =?ISO-2022-JP?B?Q2hhZGUtTWVuZyBUYW4gXCgbJEJERDBsTEQbKEJcKQ==?= |
| From: | "vijay" <vijay@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-09-24 23:36:41 CST |
| Subject: | Re: You go Bill! |

http://www.youtube.com/watch?v=Kr29Lx8dUpg

Good old YouTube - copyright schmoppyright

On 9/24/06, Chade-Meng Tan (???) wrote:
>
> President Clinton appeared on the Daily Show last Monday. That was fun to
> watch to, for entirely different reasons. :)
>
> Meng
>
> On 9/24/06, vijay < vijay@google.com> wrote:
> >
> > http://www.cnn.com/2006/POLITICS/09/24/clinton.binladen/index.html<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.cnn.com%2F2006%2FPOLITICS%2F09%2F24%2Fclinton.binladen%2Findex.html>
> >
> > wow, that would have been a fun interview to watch!
> >
>
>
>
> --
> Tan, Chade-Meng
> Jolly Good Fellow, Google Inc
> meng@google.com /

Highly Confidential

GOO001-00792297