| To: | "Salar Kamangar" ■■■■■■ |
| --- | --- |
| From: | "Steve Chen" <steve@youtube.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-10-08 06:58:25 GMT |
| Subject: | Re: diligence questions |

I have sent this already?

-s

On Oct 7, 2006, at 3:29 PM, Salar Kamangar wrote:

> Any lluck on this one? Thx, salar
>
>
>
> -----Original Message-----
> From: Steve Chen
> To: Salar Kamangar
> Sent: Fri Oct 06 15:03:02 2006
> Subject: Re: diligence questions
>
> Will do in about 20. Just getting back to the office now. Thanks.
>
>
> -----Original Message-----
> From: "Salar Kamangar" ■■■■■■
> Date: Fri, 6 Oct 2006 14:57:25
> To:"Steve Chen" <steve@youtube.com>
> Subject: Re: diligence questions
>
> if you could send us a couple hundred random playbacks so we can get
> going with categorizing the playbacks, that'd be great.
>
> thx,
> --salar
>
> On 10/5/06, Salar Kamangar ■■■■■■ wrote:
>>> * What do you mean with upload sources? Because, with MySpace
>>> videos, they're still uploaded directly to YouTube and then the
>>> embed
>>> code is pulled from our site and pasted onto MySpace.
>>
>> sorry, i was confused. i meant embeds from myspace.
>>
>>> * You should be able to tell what the # of embeds and total # of
>>> video views from the stats that I'm attaching.
>>
>> so only about 12% of playbacks are embedded? roughly what % of those
>> come from myspace? and can you breakdown the remaining 88% into
>> anything more specific, like the % that are discovered from the
>> youtube site, vs emailed, vs linked from web pages?
>>
>>> * There is no filtration going on for the top browse lists. Let me
>>> know if you'd still like the breakdown of the 10,000 video views.
>>

>> if it's not difficult, it would be nice to see ~10k video views
>> broken
>> down into your 50 categories. the more important data would be
>> categorizing a small random # of video views into the categories
>> specified below (actually, only private vs public, and % of views
>> where there may be a copyright issue; the language types we can guess
>> at based on your country data, and category would be covered by the
>> above 10K video request)
>>
>>> As for the growth rate dropping off, if you look at the history of
>>> views in the past 12 months, we have hit certain artificial
>>> bottlenecks that are lifted when we add more database machines,
>>> image
>>> servers, web servers, and video servers. In this case, we have had
>>> an interrupted supply of servers from our vendors and we're running
>>> at 0% capacity on image servers and web servers for the last 2
>>> weeks.
>>
>> just quickly eyeballing the data (i didn't compute growth rates), it
>> looks like the slowdown started about 4 weeks ago, not 2 weeks ago...
>> is there are a different explanation, or did the slowdown actually
>> start 2 weeks ago?
>>
>>> On the ops side, did you want me to wait until the conversation with
>>> your folks to do the deep dive there? I could also do it through
>>> email. I wanted to know what you meant with the "what securities
>>> are
>>> in place"? Is that pertaining to the physical security of our data
>>> centers? Of our machines? Or of the software securities such as
>>> firewalls and IP-address blocking?
>>
>> it'll be easier to get a couple of folks on the phone with you. i'll
>> have names tomorrow. they'll probably want to ask those questions
>> above and more...
>>
>>> Thanks. Don't hesitate to call if there are any follow-up
>>> questions.
>>
>> thanks!
>>
>> --salar
>>
>>> -s
>>>
>>>
>>>
>>>
>>> On Oct 5, 2006, at 2:10 PM, Salar Kamangar wrote:
>>>
>>>> Hi Steve,
>>>>
>>>> Nice talking with you, and I look forward to spending a lot more
>>>> time
>>>> in person. I'm very excited about joining forces with Youtube.
>>>>
>>>> Amit's email address is amitp@google.com. Kourosh's is
>>>> kourosh@google.com. They both have a heads-up that you'll be
>>>> setting

Highly Confidential

GOO001-04736645

&gt;&gt;&gt;&gt; up a phone call with them to talk about logging.
&gt;&gt;&gt;&gt;
&gt;&gt;&gt;&gt; And below are the questions I referenced. If anything isn't
&gt;&gt;&gt;&gt; clear, or
&gt;&gt;&gt;&gt; you can get to the same question I'm asking in a way that involves
&gt;&gt;&gt;&gt; less work, please let me know.
&gt;&gt;&gt;&gt;
&gt;&gt;&gt;&gt; Best,
&gt;&gt;&gt;&gt; --Salar
&gt;&gt;&gt;&gt;
&gt;&gt;&gt;&gt; Prod:
&gt;&gt;&gt;&gt; - definition of playbacks;
&gt;&gt;&gt;&gt; - ave length of video, and ave length that a "playback" is seen
&gt;&gt;&gt;&gt; - upload sources, including % of uploads from myspace
&gt;&gt;&gt;&gt; - please categorize playback sources: embedded in pages (at least
&gt;&gt;&gt;&gt; broken out for myspace) vs emailed vs discovered on youtube
&gt;&gt;&gt;&gt; (search or
&gt;&gt;&gt;&gt; browsed)
&gt;&gt;&gt;&gt; - can you provide a random sample of playbacks (say 500), and
&gt;&gt;&gt;&gt; roughly
&gt;&gt;&gt;&gt; categorize them by categories including private, potentially
&gt;&gt;&gt;&gt; copyright
&gt;&gt;&gt;&gt; issues, language spoken, and type of video (music video, news,
&gt;&gt;&gt;&gt; user-generated, etc); if easier you can give us the URL's and we'll
&gt;&gt;&gt;&gt; categorize
&gt;&gt;&gt;&gt; - can you categorize a larger random sample of playbacks (say
&gt;&gt;&gt;&gt; 10,000)
&gt;&gt;&gt;&gt; into your 50 topic categories? if you need to do this manually, a
&gt;&gt;&gt;&gt; smaller set is fine
&gt;&gt;&gt;&gt; - are the most frequently seen videos.. "Browse Video Today, This
&gt;&gt;&gt;&gt; Week, This Month, All Time"... really the most frequent, or is
&gt;&gt;&gt;&gt; there
&gt;&gt;&gt;&gt; some filtering? if it's correct, it gvies us a sense of the most
&gt;&gt;&gt;&gt; commonly played back videos, so we don't need to ask for any
&gt;&gt;&gt;&gt; additional info on what videos are played most frequently
&gt;&gt;&gt;&gt; - roughly in which countries are videos getting played
&gt;&gt;&gt;&gt; - why has your growth rate dropped off this month relative to last
&gt;&gt;&gt;&gt; - what metrics do you track? (Uploads, registered users, active
&gt;&gt;&gt;&gt; users, revenue, advertisers, int'l breakouts, etc). please provide
&gt;&gt;&gt;&gt; those.
&gt;&gt;&gt;&gt; - what do you make of this comscore data and report:
&gt;&gt;&gt;&gt; http://www.marketwatch.com/News/Story/Story.aspx?
&gt;&gt;&gt;&gt; dist=newsfinder&siteid=google&guid=%7B1425D570-12BE-4157-
&gt;&gt;&gt;&gt; A598-5A7BBF5D2FBB%7D&keyword=
&gt;&gt;&gt;&gt;
&gt;&gt;&gt;&gt; Eng [please set-up phone call with Amit Patel and Kourosh to figure
&gt;&gt;&gt;&gt; out what's needed]:
&gt;&gt;&gt;&gt; - IP and other log data as needed, so that we can look at how you
&gt;&gt;&gt;&gt; measure playbacks, and how you identify spam
&gt;&gt;&gt;&gt;
&gt;&gt;&gt;&gt; Ops [we need to give you names of folks to set-up a meeting and
&gt;&gt;&gt;&gt; figure
&gt;&gt;&gt;&gt; out what's needed]:
&gt;&gt;&gt;&gt; - Understand video delivery infrastructure
&gt;&gt;&gt;&gt; - Roughly what's your cost to store and serve each video, broken
&gt;&gt;&gt;&gt; down
&gt;&gt;&gt;&gt; into subparts
&gt;&gt;&gt;&gt; - What securities are in place?

Highly Confidential

>>>
>>>
>>>
>>>
>>>
>>

---

Highly Confidential                                                                                                                                                         GOO001-04736647