| To: | "Susan Wojcicki" <████████> |
|---|---|
| From: | ████████ |
| Cc: | "Hunter Walk" <hunter@google.com> |
| Bcc: | |
| Received Date: | 2008-03-14 06:24:44 GMT |
| Subject: | YouTube Monetization PM Change |

Hello Susan,

How are you? Hope all is well.

As you may know, three weeks ago Eric shifted his thinking on YouTube's focus. So, since that time we have rapidly been redirecting our efforts and resources from user growth to monetization. This actually dovetails nicely with a business strategy document we've been collecting since the beginning of the year. But throughout the planning process and defining our sales goals around the world it became increasingly clear that we had extremely inefficient product management leading our efforts. So effective today, Shashi is being removed from this position and Hunter is taking over as the monetization lead. We are committed to working with you and your team to execute on our goals and create a powerful solution in the advertising market for YouTube! Please let me know if you have any questions.

Best, Chad

DATE: 4-22-09   EXHIBIT# 22
DEPONENT: HURLEY, C.
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582

A. Ignacio Howard, CSR, RPR, CCRR, CLR, No. 9830

Highly Confidential

GOO001-01395950