To:
From: "Hunter Walk" <hunter@google.com>
Cc:
Bcc:
Received Date: 2006-10-13 18:03:05 GMT
Subject: Colbert wants his cut of YouTube acquisition

http://www.youtube.com/watch?v=DjZDM_4JKN8

--
Hunter Walk
Business Product Manager, Google
hunter@google.com
(P)

Highly Confidential

GOO001-03383629