To: ██████████
From: "Sugu Sougoumarane" <sougou@google.com>
Cc:
Bcc:
Received Date: 2007-03-09 20:36:51 GMT
Subject: Funny south park

http://www.youtube.com/watch?v=Tht2iCpQ0J0



Confidential

G00001-01364485