```
To:                "erik klein" <erik@youtube.com>, "Ches Wajda"
<ches@youtube.com>
From:              "Virginia Wang" <veedub@youtube.com>
CC:
BCC:
Sent Date:         2007-03-15 19:16:45 GMT
Subject:           [Fwd: cute videos on youtube?]
```

help!  need more cute videos!!!


-------- Original Message -------- Subject: cute videos on youtube?Date: Thu, 15 Mar 2007 12:15:55 -0700From: Virginia Wang <veedub@youtube.com>Reply-To: veedub@youtube.comOrganization: YouTubeTo: Jeben Berg <jeben@youtube.com>CC: Mia Quagliarello <mquagliarello@google.com>

hey jeben,u seem to know a lot of videos on yt... got any other cute videos besides Cuppy Cake which we can include in the YT Video Awards Cute Video category?we're running into issues finding enough videos because they have so many copyright violations... :(pls write back to me and mia since she's making the final cut.thanks!v :)

Highly Confidential

GOO001-07155101