To:
From: "Chris Martin" <mchris@google.com>
Cc:
Bcc:
Received Date: 2007-03-23 22:23:53 GMT
Subject: [Coolvideos] Daily Show - Viacom -vs- Google

http://www.youtube.com/watch?v=WILyl6lt7vU

Confidential

GOO001-00217336