| | |
|---|---|
| To: | "Crosby Freeman" <crosbyfreeman@google.com> |
| From: | "Matthew Arnold" <marnold@google.com> |
| Cc: | "Hugh Moore" <humor@google.com> |
| Bcc: | |
| Received Date: | 2007-04-02 22:40:00 GMT |
| Subject: | Re: The YouTube/Viacom Dispute |

Not going to post the YouTube link?  http://youtube.com/watch?v=NpqgWW0z7vM

Matt

On 4/2/07, Crosby Freeman <crosbyfreeman@google.com> wrote:
>
> Demetri Martin of the Daily Show does a recap of the YouTube Viacom
> dispute with puppets of Larry and Sergey. It's worth a look:
> http://www.ifilm.com/video/2835488/show/17676
>

Confidential

GOO001-05154818