To:            "shashis@google.com" <shashis@google.com>
From:          "Julia Peker" <juliap@google.com>
Cc:            "Jordan Hoffner" <jhoffner@google.com>, "Palash Nandy" <palash@youtube.com>
Bcc:
Received Date: 2007-05-17 21:41:27 GMT
Subject:       Re: First peek at Numbers

_____

Here is the same spreadsheet with numbers for
favorites/comments/subscriptions.

I'm still working on 10K top users' numbers.  I'm having a big problem
trying to scrub out spammers since they are really skewing my numbers (at
least it looks to me as they are).  I'm gonna try a few more things, and if
it doesn't work, just send you what i have.

please, let me know if you have questions! (or if you want to help figure
out the spammers :))

julia

On 5/17/07, Shashi Seth <shashis@google.com> wrote:
>
> Julia:
>
> One of the simple next steps for determining value of data would be to
> look at average number of comments, subscriptions, and favorites for premium
> vs. UGC.
> If the averages for these community signals look consistent accross UGC
> and Premium, then we probably have a good indication that views by itself is
> a good measure. If the two are very different, then we need to figure out
> "weights" to attach to each of these signals and come up with a "quality
> score" which then would be some combination of views and these weighted
> signals.
>
> Shashi
>
> On 5/17/07, Julia Peker <juliap@google.com> wrote:
> >
> > Hey Jordan,
> > I premium is data owned by our premium partner accounts, copyrighted are
> > the videos we have taken down for copyright reasons ... I wasn't sure if
> > this last one would be helpful but figured you'd rather have more data then
> > less :)
> >
> > Let me know if you have more questions, or have other 'slicing' ideas
> > (i'm still working on the other, 'user' stuff)
> >
> > thanks!
> > julia
> >
> > On 5/17/07, Jordan Hoffner <jhoffner@google.com> wrote:
> > >
> > > Thanks for the first look.  What is the difference between "premium"
> > > and "copyrighted"?
> > >
> > >
> > > On 5/17/07, Shashi Seth < shashis@google.com> wrote:



EXHIBIT
Seth 11
7/16/09

Highly Confidential

> > > >
> > > > Jordan:
> > > >
> > > > Wanted to start sharing some of the early numbers we have got back.
> > > > Julia has put in an incredible effort and pulled the early data for us - we
> > > > have not started adding any other signals to the mix yet - this is based on
> > > > pure view-counts.
> > > >
> > > > Shashi
> > > >
> > > >
> > > >
> > >
> > >
> > > --
> > > Jordan Hoffner
> > > Head of Premium and Information Content Partnerships--YouTube
> > > Google
> > > 1000 Cherry Ave
> > > San Bruno, CA 94066
> > > w
> > > c ( █████████
> > >
> > > This email and the information it contains are confidential and may be
> > > privileged. If you have received this email in error please notify me
> > > immediately and do not copy it for any purpose, or disclose its contents to
> > > any other person.  Internet communications are not secure and, therefore,
> > > Google does not accept legal responsibility for the contents of this message
> > > as it has been transmitted over a public network. If you suspect the message
> > > may have been intercepted or amended please call me.
> >
> >
> >
> >
> > --
> > ***************************
> > Julia Peker
> > Datawarehouse Analyst
> > YouTube, Google Inc
> >
>
>


--
***************************
Julia Peker
Datawarehouse Analyst
YouTube, Google Inc

Attachments:

premium_vs_ugc.xls

Highly Confidential

| | Views | Count Users | Avg Views/User | Count Videos |
|---|---|---|---|---|
| All | 2311629555 | 1794395468 | 1.288249773 | 20932506 |
| Premium | 18524526 | 14562981 | 1.27202844 | 13815 |
| Copyrighted | 23678945 | 18030947 | 1.313239122 | 30934 |

Favorites analysis
Premium Content

| Count Users | Count Videos | Count 'Favorites' | Avg Fave/Video |
|---|---|---|---|
| 74695 | 7678 | 115027 | 14.98137536 |

UGC content

| Count Users | Count Videos | Count 'Favorites' | Avg Fave/Video |
|---|---|---|---|
| 1749679 | 2081996 | 7657825 | 3.678117057 |

Comments Analysis
Premium Content

| Count Users | Count Videos | Count Comments | Avg Comment/Video |
|---|---|---|---|
| 21039 | 4378 | 30880 | 7.053449063 |

UGC content

| Count Users | Count Videos | Count Comments | Avg Comment/Video |
|---|---|---|---|
| 1293737 | 1629538 | 4583172 | 2.812559143 |

Subscription Analysis
Premium Channels

| Count Subscribers | Total Subscriptions | Subs/User |
|---|---|---|
| 7736 | 8518 | 1.101085832 |

| Count Subscribers | Total Subscriptions | Subs/User |
|---|---|---|
| 442118 | 896971 | 2.028804527 |

**Highly Confidential**

GOO001-03241191

| Avg Views/Video | % to Total Views |
|---|---|
| 110.432528 | 1 |
| 1340.899457 | 0.008013622 |
| 765.4666387 | 0.010243399 |

Highly Confidential

GOO001-03241192