| | |
|---|---|
| To: | "Ash Eldifrawi" <ashe@google.com> |
| From: | "Suzie Reider" <sreider@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-09-05 02:13:53 GMT |
| Subject: | projects to knock through |

Research/Insights

I have attached the profile study from this past June.
Lots of user data in here and yes - there is a PPT deck and a one sheet summary that the pods have been trained on - but I imagine need again.

As we move through staffing etc. do you want to knock out 3-4 profile studies for the key verticals: CPG, Entertainment, Tech Comm and Auto? I'd work with the same vendor (contract) who helped with this study. And have the VDs weigh in big time on key lines of inquiry that they believe will help them sell.
Essentially I'd project manage (which means Francisca would).

I'd like to deliver on some insights to the key verticals this Fall and they could get into some brand awareness.
Provides great fodder/reasons for calls etc.

Let me know what you think. Not hard to do.

Attachments:

YouTube User Profile Tables.xls

Highly Confidential

GOO001-02201131



**YouTube Profile Study**

Highly Confidential

June 2006

Highly Confidential

GOO001-02201132.0001

Table 2 Gender
Table 3 Age
Table 4 Region
Table 5 How Visited YouTube in the Past Three Months
Table 6 How Most Frequently Visit YouTube
Table 7 How Often Visit YouTube
Table 8 How Many Hours/Week Spend on YouTube
Table 9 More, Less, Same Amount of Time as Three Months Ago
Table 10 Registered User
Table 13 YouTube Activities in the Past Three Months
Table 14 YouTube Activities Do Regularly
Table 15 Number of Times Uploaded Videos in the Past Three Months
Table 16 Number of Times Posted Comments in the Past Three Months
Table 17 Number of Times Sent Links To Others in the Past Three Months
Table 18 Number of Times Blocked Others' Videos in the Past Three Months
Table 19 Number of Times Flagged Videos As Inappropriate in the Past Three Months
Table 20 Number of Times Posted A Video Reply To A Video in the Past Three Months
Table 21 Likely to Upload Videos in the Next Three Months
Table 22 Likely to Post Comments in the Next Three Months
Table 23 Likely to Send A Link To Others in the Next Three Months
Table 24 Likely to Block Others' Videos in the Next Three Months
Table 25 Likely to Flag Videos As Inappropriate in the Next Three Months
Table 26 Likely to Post A Video Reply To A Video in the Next Three Months
Table 27 Percentage of Time Spent on Activities
Table 28 Type of YouTube User
Table 29 How Long Are the Videos Watched
Table 30 How Long Watch Each Video
Table 31 Kind of Video Typically Watch
Table 32 Favorite Type of Video
Table 33 Watch Director's Videos
Table 34 Watch Featured Video
Table 35 Recall Seeing on YouTube
Table 36 Youtube Is One Of My Favorite Websites
Table 37 I Enjoy Viewing The Latest Videos
Table 38 The Site Is Easy To Use
Table 39 It'S Difficult To Find The Videos That I'M Looking For
Table 40 The Videos Are Of High Quality

Highly Confidential

Table 41 I Prefer Professionally Produced Video Like The Stuff You See On Television
Table 42 I Often Share Videos With Friends Or Colleagues
Table 43 I Enjoy Watching The Sponsored Videos
Table 44 I Often Visit Youtube To Watch One Video And Wind Up Spending Time Looking At Others
Table 45 I Prefer Content That Is Developed By People Like Me
Table 46 I Am Satisfied With The Content That I Find On Youtube
Table 47 Youtube Is My First Stop When I'M Looking For Videos
Table 48 I Don'T Mind The Advertising, Since It Allows The Site To Be Free
Table 49 I Don'T Mind Seeing A Brief Video Ad Before Video Content, Since It Allows The Site To Be Free
Table 50 If There Were A Brief And Interesting Video Ad After Video Content, I'D Watch It
Table 51 The Advertising Does Not Get In My Way
Table 52 YouTube Programs Recall Seeing
Table 53 Feelings and Actions as a Result of YouTube
Table 54 YouTube Rating on Its Content
Table 55 YouTube Rating on Ability To Find What I Want
Table 56 YouTube Rating on Ease Of Use
Table 57 YouTube Rating on Help Center
Table 58 YouTube Rating Overall
Table 59 YouTube Alternate Devices for Watching
Table 60 Connected PC to an HDTV or a LCD projector
Table 61 YouTube Alternate Devices for Uploading
Table 62 Past 3 Month Visit Alternate Video Sites
Table 63 How Often Visit DailyMotion
Table 64 How Often Visit LiveVideo
Table 65 How Often Visit MetaCafe
Table 66 How Often Visit MySpace
Table 67 How Often Visit EBaumsworld
Table 68 How Often Visit Revver
Table 69 How Often Visit Yahoo
Table 70 How Often Visit MSN
Table 71 How Often Visit AOL
Table 72 Overall Impression of DailyMotion Versus YouTube
Table 73 Overall Impression of Revver Versus YouTube
Table 74 Overall Impression of Yahoo Versus YouTube
Table 75 Overall Impression of MSN Versus YouTube
Table 76 Overall Impression of AOL Versus YouTube
Table 77 Which Site Is Easiest To Upload Videos

Highly Confidential

Table 78 Which Site Is Easiest To Explore Or Navigate
Table 79 Which Site Is Delivers New Cool Functionality
Table 80 Which Site Is Easiest To Explore Or Navigate
Table 81 Who Is Accountable for Video Content
Table 82 Who Is Accountable for Advertising
Table 83 Internet Activities in the Past Three Months
Table 84 Internet Activities in the Past Three Months
Table 85 How Frequently Purchase Online
Table 86 I Prefer to Purchase Products …
Table 87 Type of Products Purchased Online in Past Three Months
Table 88 Type of Products Open to Purchasing Online
Table 89 How Often Organize A Group Of Friends/Family/Colleagues To Go To A Movie Or Show
Table 90 How Often Go To A Movie Or Event When It First Opens/Opening Weekend
Table 91 How Often Comment On A Movie On Message Boards Or Movie Sites
Table 92 How Often Talk About A Movie With Friends/Family/Colleagues/Online Acquaintances
Table 93 How Often Seek Out / Watch Movie Trailers On The Web
Table 94 How Often Go To Movie / Fan Site(S) To Learn More About The Movie
Table 95 How Often Forward Movie Trailers I Find On The Web To Friends/Family/Colleagues
Table 96 How Often Watch Videos Or Movie Trailers On My Phone Or Mobile Device
Table 97 How Often Search The Web On My Wireless Phone Or Mobile Device
Table 98 How Often Buy Products Or Services On My Wireless Phone Or Mobile Device
Table 99 How Often Send Data Or Files On My Wireless Phone Or Mobile Device
Table 100 How Often Retrieve Or Send E-Mail On My Wireless Phone Or Mobile Device
Table 101 Activities Do Regularly
Table 102 Hour per Week …
Table 103 Activities Do Less as a Result of Time on YouTube
Table 104 Are You Tech Savvy?
Table 105 Highest Level of Education Achieved
Table 106 Marital Status
Table 107 Number of Adults Over 18 in Household
Table 108 Employment
Table 109 Household Income
Table 110 Are You …?

Highly Confidential

Table 31

Return to Index

| | | Adult | Teens | | | Age | | | | | | | | |
| | Total | 18+ | 13-17 | Male | Female | 13-17 | 18-20 | 21-24 | 25-34 | 35-44 | 45-54 | 55-64 | 65 or older | East |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Answering | 1746 | 1527 | 159 | 920 | 826 | 177 | 76 | 145 | 365 | 324 | 334 | 183 | 142 | 455 |
| Television shows | 36% | 34% | 44% | 36% | 37% | 48% | 47% | 43% | 41% | 35% | 31% | 26% | 24% | 36% |
| Current events that I might have missed | 37% | 39% | 21% | 37% | 37% | 23% | 34% | 30% | 40% | 40% | 38% | 39% | 43% | 38% |
| Videos that are produced by people like me | 63% | 63% | 63% | 64% | 61% | 64% | 61% | 61% | 69% | 64% | 63% | 61% | 45% | 63% |
| Professionally produced video like the stuff you see on television | 35% | 34% | 38% | 34% | 35% | 41% | 38% | 47% | 33% | 36% | 30% | 29% | 32% | 38% |
| Other | 30% | 29% | 33% | 32% | 28% | 37% | 34% | 40% | 27% | 30% | 30% | 22% | 32% | 29% |

select all that apply.

Highly Confidential
GOO001-02201132.0061

| | Region | | | How Often On YouTube | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Midwest | South | West | More Than Daily | Daily | More Than Weekly/ Less Than Daily | Weekly | More Than Monthly/ Less Than Weekly | Monthly | Less Than Monthly |
| | 413 | 455 | 423 | 88 | 107 | 391 | 348 | 378 | 167 | 267 |
| | 33% | 36% | 39% | 58% | 59% | 47% | 40% | 29% | 26% | 15% |
| | 35% | 38% | 37% | 48% | 49% | 43% | 40% | 35% | 29% | 24% |
| | 66% | 61% | 61% | 68% | 75% | 68% | 67% | 63% | 57% | 44% |
| | 33% | 33% | 35% | 50% | 59% | 45% | 34% | 32% | 23% | 16% |
| | 29% | 30% | 33% | 36% | 34% | 28% | 26% | 27% | 25% | 42% |

Highly Confidential

GOO001-02201132.0062