To: "Misty Ewing-Davis" <mistye@google.com>, "Maryrose Dunton" <maryrose@youtube.com>
From: "veedub@google.com" <veedub@google.com>
Cc: "Julie Havens" <jhavens@google.com>, "Community YT Group" ▬▬▬▬▬▬▬▬▬▬ "Mia Quagliarello" <mquagliarello@google.com>, "Damien Estreich" <estreich@youtube.com>
Bcc:
Received Date: 2007-07-18 19:05:13 CST
Subject: Re: [Ytcommunity] Re: Private videos

Adding MR, who should be able to solve the mystery. I think she's PMing this feature.

What I heard is the same as what Misty and Julie are saying - we limited the Private Videos Share functionality because the general YT policy has shifted to be, "Never police anything pro-actively, all content reviews should be reactive." That's my paraphrasing of it, but that's why we no use the Private Videos review queue in Admin - now we only review private videos if we get notified of an issue with a specific video/user/group.

I think porn (esp. child porn) was the bigger concern over copyright (which is, in theory, mostly addressed by the 10-min upload limit Julie mentioned).

MR - Can you confirm the official story?

Thanks,
V :)


On 7/18/07, Misty Ewing-Davis <mistye@google.com> wrote:
>
> I think it also has to do with us not being able to monitor private
> videos. Because of this it makes it easier for people to upload porn and
> then spread it to a lot of people. This is definitely not something we would
> make public knowledge, but it may have something to do with why it has
> changed.
>
> Misty
>
> On 7/18/07, Julie Havens <jhavens@google.com> wrote:
> >
> > It sounds like this was put into place to further combat the uploading
> > of copyrighted videos. A trend we see is that people upload copyrighted
> > videos to their private videos (which are not reviewed unless flagged), and
> > then they invite large numbers of people to view the video which bypasses
> > our copyright restrictions.
> >
> > This sort of practice of going under the radar is also the reason we
> > have to maintain the ten minute uploading rule for all users. I'm not sure
> > if making this information public to our community is something we are going
> > to be able to do as it may only encourage people to find new ways to bypass
> > our Terms of Use. Just my thoughts.
> >
> > Julie
> >
> > On 7/17/07, Mia Quagliarello < mquagliarello@google.com> wrote:
> > >

Highly Confidential

> > > Yeah, this makes sense to me ... let's add it to the list of community
> > > feature requests for Virginia?
> > >
> > > On 7/17/07, Damien Estreich < estreich@youtube.com> wrote:
> > >
> > > > I think something we need to work on a little is the private videos
> > > > feature, apparently there has been a recent change? Honestly the entire
> > > > process has always confused me. I think we need an additional setting for
> > > > private videos, we have 'Friends', 'Family' and we should have
> > > > 'Subscribers', and the vid would need to appear in the subscription center,
> > > > at the moment you can never see the vid unless you're sent it.
> > > >
> > > > Any thoughts on my random jibberish? heh
> > > >
> > > > D
> > > >
> > > >
> > > > On 7/17/07, gfn ▇▇▇▇▇▇▇▇▇▇▇ wrote:
> > > > >
> > > > > Hello Sir,
> > > > >
> > > > > I am sorry to bother you, but I was wondering if you could tell me
> > > > > why YouTube has so drastically changed it's Private video settings? I mean,
> > > > > now if a video is private we can only let 25 people at a time have access to
> > > > > it? One of the things I like doing is making most of my vids private and
> > > > > then allowing only my subscribers to see them; now that's not an option. I
> > > > > was wondering if there was something I could do or write to in order to see
> > > > > if I could have the power to allow just my subscribers to see my private
> > > > > vids? Please help me if you can; you're the only one I've written to at
> > > > > YouTube who ever seems to respond to me directly.
> > > > >
> > > > > Thank you so much,
> > > > >
> > > > >
> > > > > ▇▇▇▇▇
> > > > >
> > > > > ------------------------------
> > > > > Ready for the edge of your seat? Check out tonight's top
picks<http://us.rd.yahoo.com/evt=48220/*http://tv.yahoo.com/>on Yahoo! TV.
> > > > >
> > > >
> > > >
> > > >
> > > > _____
> > > > Ytcommunity mailing list
> > > > ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
> > > > https://mailman.corp.google.com/mailman/listinfo/ytcommunity
> > > >
> > > >
> > >
> > > _____
> > > Ytcommunity mailing list
> > > ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
> > > https://mailman.corp.google.com/mailman/listinfo/ytcommunity
> > >
> > >
> >
> >

Highly Confidential

```
> > --
> > YouTube
> > Content Safety, Quality, and User Advocacy Dept.
> > phone ████████
> > cell  ████████
> > email  jhavens@youtube.com
> > _____
> > Ytcommunity mailing list
> > ████████████████████
> > https://mailman.corp.google.com/mailman/listinfo/ytcommunity
> >
> >
>
> _____
> Ytcommunity mailing list
> ████████████████████
> https://mailman.corp.google.com/mailman/listinfo/ytcommunity
>
>
```

Highly Confidential
GOO001-00827505