| | |
|---|---|
| To: | ████████████████████████████ |
| From: | "Hunter Walk" <hunter@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2008-04-10 06:18:48 CST |
| Subject: | Fwd: [Yt-emea-monetization] YouTube Teens |

generally interesting if you haven't seen this already

---------- Forwarded message ----------
From: Ed Sanders ████████████████
Date: Thu, Apr 10, 2008 at 5:15 AM
Subject: [Yt-emea-monetization] YouTube Teens
To: ████████████████████████

Folks,

Attached some really interesting data on *teens on YouTube*, which we have done in Marketing. This is UK data.

*Feel free to share externally*, as part of presentations to partners or advertisers ... and with vigour. Please ping me or Henry Eccles (who ran the study) if you have any questions.

Ed

--
Ed Sanders
International Product Marketing Manager, YouTube
Google, London
Tel ████████████ | Mobile ████████████


--
Ed Sanders
International Product Marketing Manager, YouTube
Google, London
Tel ████████████ | Mobile ████████████

Yt-emea-monetization mailing list
████████████████████████
https://mailman.corp.google.com/mailman/listinfo/yt-emea-monetization



--
Hunter Walk
YouTube Product Management
hunter@google.com

Check out today's most popular videos: http://www.youtube.com/browse?s=mp

Attachments:

Highly Confidential

GOO001-00829227

youtube specifics.pdf

Highly Confidential
GOO001-00829228



# Google

## You Tube Teen profile

Highly Confidential
GOO001-0082922\



# Youtube data

**96% aware of Youtube – no real differentiation according to sex or age, awareness converts well to usage**



| Site | Usage |
|---|---|
| YouTube | 69 |
| Google Video | 36 |
| iTunes | 27 |
| MySpace Video | 26 |
| BBC iplayer | 23 |
| Facebook | 17 |
| MSN Video | 15 |
| Yahoo Video | 12 |
| DailyMotion | 12 |
| The website of a TV network | 11 |
| Metacafe | 10 |
| Have used a different site | 8 |
| None of the above | 4 |
| Joost | 3 |

■ usage of online video sites

*Youtube usage is stable across the sexes but is slightly higher for younger teens 93%.*


# Type of online video watched



| Type | % |
|---|---|
| Music videos | 63 |
| Comedy | 52 |
| Movie/TV trailers | 33 |
| Full length TV programs | 26 |
| Amateur or homemade video clips | 24 |
| Full length movie | 21 |
| Sports clips | 20 |
| News clips | 5 |
| Other | 4 |

■ Type of video watched

Boys watch more sports clips than gils 35% v 7%.

Girls watch more music videos than boys 75% v 49%.

Viewing of full lenght video online increases with age from 16%, 21%, 23%.


# Opinions of you tube vary significantly by age



| | % Opinions of you tube |
|---|---|
| Fun | 76 |
| Cool | 68 |
| Love it | 61 |
| Innovative | 27 |
| Trustworthy | 26 |
| User orientated | 24 |
| Cares about user privacy | 18 |
| Local | 10 |
| Not for me | 5 |
| Reckless | 5 |
| Useless | 3 |
| Too focused on making money | 3 |
| Boring | 2 |
| Old fashioned | 1 |

Highly Confidential

# Opinions of you tube vary significantly by age

Boys perceive Youtube as more innovative 33% v 21%

Girls love it more 65% v 56%

User orientated jumps for the older ones from 21% to 27%

Innovativeness increases with age 17%, 23%, 33%. — All percentages move up though the age segments (i.e. 12-13, 14-15, 16-18)

Caring about user privacy drops off as teens get older 26%, 20%, 14%

Trustworthiness drops with age 35%, 27%, 21%

Love it drops 67%, 63%, 57%

Cool drops 79%, 67%, 65%

Fun drops 84%, 76%, 72%



# YouTube frequency of usage is stable across gender and age



| | |
|---|---|
| Less often than a couple of times a week | 19 |
| Couple of times a week | 34 |
| About once a day | 19 |
| 2 to 4 times a day | 16 |
| 5 to 10 times a day | 6 |
| More than 10 times a day | 4 |
| Don't visit that site | 1 |

■ YouTube visit

Highly Confidential



# Importance of You tube



| | |
|---|---|
| 5 - Very important | 15 |
| Quite important | 19 |
| neither important nor nimportat | 30 |
| Quite unimportant | 20 |
| 1 - Not at all important | 15 |

≋ Importance of You tube

Those saying You Tube is V important drops from 17% for young teens to 11% for older teens




# likelihood to recommend Youtube

- 5- Definitely would recommend: 53
- 4: 25
- 3: 16
- 2: 4
- 1- Definitely not recommend: 2

▨ likelihood to recommend Youtube

Likelihood to recommend falls slightly with age but not v significant

Highly Confidential
GOO001-00829229.0007