To: 'Cahan, Adam' <Adam.Cahan@mtvn.com>
From: Chris Maxcy <chris@youtube.com>
Cc:
Bcc:
Received Date: 2007-02-06 02:02:00 CST
Subject: YouTube Content Verification Program

Adam,

We would like to take this opportunity to offer access to a new tool that we created solely to assist content owners to locate and notify us of potentially infringing content on YouTube.com.

YouTube's Content Verification Program provides an easy-to-use interface where content owners may request removal of infringing content by simply checking a box. After you have submitted a short, one page form in order to verify your identity, this system automatically provides the proper DMCA notification that we need in order to remove your content. This is the fastest way to ensure removal of content from the site - 24 hours a day, 365 days a year.

All a content owner needs to do to participate in the program and gain access to this tool is complete and submit to YouTube a short form that can be found here:

http://youtube.com/t/copyright_program

Once your application has been submitted, we will follow up by providing you with a tutorial and login information to get you started and on your way!

We are committed to working in cooperation with content owners to keep infringing content off of the YouTube site! Please let me know if you have any questions.

Best,

Chris


Ps: Adam, this is the tool that I mentioned earlier today. BayTSP has been using it extensively for sometime now. Please let me know if you have any questions.

DATE: 8·27·08   EXHIBIT# 27
DEPONENT: MAXCY, CHRIS
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
   A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential

GOO001-00746418