To:     "'Rizzo'" <mrizzo@youtube.com>, "'Carol Gunby'" <carol@youtube.com>
From:     "heather gillette" <heather@youtube.com>
Cc:     "'Maryrose Dunton'" <maryrose@youtube.com>, "'Steve Chen'" <steve@youtube.com>, "'Chad Hurley'" <chad@youtube.com>, "'Brent Hurley'" <brent@youtube.com>, "'Julie Supan'" <julie@youtube.com>, "'Kevin Donahue'" <kevin@youtube.com>
Bcc:
Received Date:     2006-03-16 06:20:07 CST
Subject:     RE: copyright mgmt tool live

---

Carol and Rizzo, thank you! Even though this tool was designed with the content owners in mind, it actually allows Gene and me to easily find and flag copyrighted material so it is a huge help to us as well. Right now we are locating a video, clicking on it to play, copying the full link, pasting the link into a document and then from there copying the entries (after we've done this one by one for each video) into our bulk removal tool to flag them.

I really do appreciate it!

Heather



-----Original Message-----
From: Maryrose Dunton [mailto:maryrose@youtube.com]
Sent: Wednesday, March 15, 2006 9:55 PM
To: Steve Chen; Chad Hurley; Brent Hurley; heather gillette; Julie Supan; Kevin Donahue
Cc: Rizzo; Carol Gunby
Subject: copyright mgmt tool live

Hi all,
Phase 1 of the Copyright Content Mgmt tool (aka Copy Cop) is now live. Huge thanks to Rizzo and Carol for getting this out so quickly.

Phase 1 of this feature includes the following functionality:

1. Users apply for the program by filling out and faxing in an application:
http://youtube.com/t/copyright_program

2. Application is reviewed offline. Upon approval, the user is granted access to the tool (there is currently not an admin interface for this, but an engineer can easily grant access)

3. When the user performs a search, they will see a check box next to each search result. They simply checkmark the results they want to flag. They are then brought to a confirmation page with all checkmarked results and do a final submit.

4. Email is sent to the copyright dl with URLS of flagged videos.

If you would like to test out the functionality you can use this account:
username: ▮▮▮▮▮▮▮▮
password: ▮▮▮▮▮▮▮▮

Highly Confidential

GOO001-00751570

Let me know if you have any questions or would like a quick demo. As we get some actual 'beta' users enrolled in the program we can work on adding more functionality.

Thanks,
Maryrose

---