| | |
|---|---|
| To: | 'Maryrose' <maryrose@youtube.com> |
| From: | Kevin Donahue <kevin@youtube.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-03-31 20:32:00 CST |
| Subject: | RE: test account for content verification program |

Cool - thx.

-----Original Message-----
From: Maryrose [mailto:maryrose@youtube.com]
Sent: Friday, March 31, 2006 12:20 PM
To: Kevin Donahue
Subject: test account for content verification program

you can just login with this account:

username: 
password:

Just do a search, and you'll see how to mass flag in the search results. let me know if you have any questions.

thanks!

Highly Confidential
GOO001-00869300