

*Chad Hurley,
CEO and Co-Founder*

Highly Confidential
GOO001-05164894


Highly Confidential
GOO001-05164895


Highly Confidential
GOO001-05164896



Highly Confidential
GOO001-05164897