

Highly Confidential
GOO001-05164898


Highly Confidential
GOO001-05164899



Highly Confidential
GOO001-05164900



Highly Confidential

GOO001-05164901