
Highly Confidential
GOO001-05164902







Highly Confidential

GOO001-05164905