

Highly Confidential

GOO001-05164906


Highly Confidential
GOO001-05164907



Highly Confidential
GOO001-05164908


Highly Confidential
GOO001-05164909