

Highly Confidential
GOO001-05164910



Highly Confidential
GOO001-05164911



Highly Confidential
GOO001-05164912


Highly Confidential
GOO001-05164913