

(Collage of pop culture or highly trafficked user generated videos)

Highly Confidential GOO001-05164914


(Collage of well known rights holder content or their network/show logos)

YouTube

Highly Confidential

GOO001-05164915


Highly Confidential
GOO001-05164916


Highly Confidential
GOO001-05164917