

(Collage ads or advertiser logos)


Highly Confidential



Highly Confidential


Highly Confidential
GOO001-05164920



(concluding videos that reinforce messages)

Highly Confidential
GOO001-05164921