

Chad Hurley,
CEO and Co-Founder

Highly Confidential
GOO001-05164922

Speaker Notes Slide: 2
YouTube is a consumer media company for people to watch and share original videos

The YouTube brand is synonymous with Internet video

We provide the best experience on the Internet for both user-generated and professional content.

Speaker Notes Slide: 3
(pause)
What does all this add-up to? We have some simple math to share with you. There are just 4 numbers we want to remember from this presentation. .

the number of videos being watched every day

(pause)

In MILLIONS

(pause)

This is in comparison to x video views per day back in December

Video views are growing at y% on YouTube

Speaker Notes Slide: 5
(pause)

the number of unique daily visitors watching videos on YouTube

(pause)

Again, in MILLIONS

(pause)

This is in comparison to x

Highly Confidential

GOO001-05164923

video views per day back in December

Video views are growing at y%

Speaker Notes Slide: 7
(pause)

The amount of time each of the 20M users spends daily on YouTube

(pause)

In MINUTES

(pause)

This is in comparison to x minutes per day back in December

Time spent on YouTube is growing at y%

Speaker Notes Slide: 9
(pause)

Our math math may look a bit unorthodox. For us, 20+80+17 adds up to sixty

(pause)

The % market share that YouTube enjoys today.

(pause)

This is 4x the next provider of video on the Internet.

And our team is focused on continuing our rapid development to improve the experience for consumers

Speaker Notes Slide: 10
Internet is headed in this direction
Short-form video proven to promote music sales, increase viewership and sell movie tickets

Highly Confidential

Audiences are moving online
People have less time; must be reached in new ways

Speaker Notes Slide: 11
Transcending Boundaries

The global village continues to get even smaller. It's all one world, people across the world can communicate in more personal ways.

60% of HH have broadband access
12? hours/wk spent online (more than any other medium)
15% of the time they spend with all media
X% video camera penetration
Y% video phone penetration
Z# of personal messages (IM, SMS, MMS—something that says they want personal communication)
A stat about the proliferation of user generated content as a total make-up of the web

YouTube has become a stage….

Speaker Notes Slide: 12
Democracy Rules

What the user wants, the user gets.

The audience is now in control more than ever. They want to participate and share in the decision of what is entertaining and what will be seen by others.

They want their voice to be heard. The audience will decide.

Speaker Notes Slide: 13
Shorter is better

People want to consume entertainment in shorter increments and on their own schedules
30 seconds to 2.5 minutes is the sweet spot
Time management – don't have time to invest in full-length programming…

Speaker Notes Slide: 14
Advertising Revolution

Viral marketing proven to penetrate and persuade the masses

Online ad revenue increased by about 30% to an estimated

Highly Confidential