| | |
|---|---|
| To: | ███████████████████ |
| From: | "Stephen Cho" <stephencho@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-10-13 01:10:28 CST |
| Subject: | [Monetezation-subteam] Susan and Gokul notes |

we did end up having a discussion with Susan and Gokul this afternoon anyway.
attached the notes.

will work on an exec summary this evening
Rajas will do a second pass on this tomorrow morning,
and then we (Leora, Rajas, Dan, Stephen) will sync through during a prep session at 11AM

Stephen

Attachments:

Gokul and Susan.doc



Highly Confidential

GOO001-00330681

Gokul and Susan – notes 10/12/06

Interviewers: Leora, Rajas, Stephen

Gokul:

What in addition to our current efforts should we be doing? Any enhaced efforts beyond our current strategies?

Breaking up content into slices and making sure we can find the pieces. This increases inventory and likelihood of people being interested at all at a certain price.

Let content providers understand the zeitgeist from google video to better understand what is critical.

------------------------
Susan comments:

Interesting lesson from YouTube and Google Print, we always need to be able to rely on DMCA – although traditional media companies don't like it.
We should build in an opt out model on this content extension.

It's all about distribution, and having users.

Provide just links and search? Or do the actual hosting?

Important for us to Index. So many different formats, we put it on our Google Video site.


Focus on the users and get the traffic.
Be comprehensive: index everything (Books: scan in everything, if you everything, then you can opt out. YouTube as well – opt out, DMCA afterward for take down; like for Search – crawl everything, and then opt out possibilities as well)
Syndicate back all of our technology to the traditional providers

Then you have audience, and monetization will follow

Importance of community/UGC that traditional media companies do not have.

The way to monetize traditional media is via ads: focus on ad-driven model, but do download-to-own, subscription, etc. only as complementary.

Viral business building doesn't use ad-driven model: audible.com, WSJ online, and iTunes – only 3 examples of pay-to-own or watch. Most models are all "free" and ad-driven

Highly Confidential

GOO001-00330682

Our forte is NOT transactions, but rather in ads.

Sales force doesn't know how to do Brand sales, Video, Audio sales
The traditional media is more about Brand advertising, less about transactional direct response advertising (like for the web)

We want brand advertisers on core content.

Tell the premium content video providers that we can give them more analytics on user behavior, where they came from, where they are going too/ what are they interested in.

--------------------
Gokul:

Google as AdManager for each vertical: we can monetize the remnant

We are a distribution platform for the traditional content players. Not treat as silos.

Need Google.com – need to do universal search

Bundle these things together for the sales force to sell more easily: given some audience you are trying to reach, we can give you a bundled package of inventory across online and offline media.

Free, better, tight integration to the Google platform, makes Google Analytics superior to whatever you could get in the industry, so people do use our analytics.

Google should do that: get into metrics in video, in radio, cell phone (IMMI company in San Mateo knows what you are watching or listening to on your cell phone).

We can do cross-border ad selling

Washington Post asking us for GAM (Google Ad Manager) for their offline and remnant inventory. Better see, analyze, feedback on the ad lifecycle (for this offline).

Can we index and crawl other people's video sites.

Now put video crawl into other video sites, plus audio (pod casts) to find the most content/ focus on search.

Look at Toolbar and Desktop – how we could leverage these platforms to enhance content business

Need to develop brand selling capabilities.

Highly Confidential

GOO001-00330683

Crawling other people's audio

We really need to solve video search, esp. that we have YouTube

Help enable and drive cross-media mash-ups: use video for user-generated video content, or to combine video with music with text.

Find the content, get it into our index.
Universal search

New selling capability are required.