# FY05-06 P&L

## Summary

| | Monthly 2005 Actuals | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan 05 | Feb 05 | Mar 05 | Apr 05 | May 05 | Jun 05 | Jul 05 | Aug 05 | Sep 05 | Oct 05 | Nov 05 | Dec 05 |
| **Revenue** | | | | | | | | | | | | |
| Network Banner Ads | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,057 |
| Direct Sales | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$15,057** |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| Web Hosting | $0 | $178 | $119 | $308 | $417 | $1,133 | $6,497 | $5,897 | $7,251 | $16,852 | $131,949 | $212,747 |
| Data Center Rent | - | - | - | - | - | - | - | - | - | - | - | - |
| Data Center Depreciation | - | - | - | - | - | - | - | - | - | - | - | - |
| Datacenter Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Ad Serving Costs | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total COGS** | **$0** | **$178** | **$119** | **$308** | **$417** | **$1,133** | **$6,497** | **$5,897** | **$7,251** | **$16,852** | **$131,949** | **$212,747** |
| **Gross Profit** | **$0** | **($178)** | **($119)** | **($308)** | **($417)** | **($1,133)** | **($6,497)** | **($5,897)** | **($7,251)** | **($16,852)** | **($131,949)** | **($197,690)** |
| **Operating Expenses** | | | | | | | | | | | | |
| Compensation & Benefits | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $66,598 | $87,055 | $107,820 |
| Travel & Business Expenses | - | - | - | - | - | - | - | - | - | - | - | 733 |
| Insurance | - | - | - | - | - | - | - | - | - | - | 492 | 1,424 |
| Equipment Expenses | - | - | - | - | - | - | - | - | - | 758 | 1,999 | 3,384 |
| Communications Expenses | - | - | - | - | - | - | - | - | - | 55 | 41 | 3,550 |
| Marketing Expenses | - | - | - | - | - | - | - | - | 17,738 | - | 22,926 | 21,473 |
| Professional Fees | - | - | - | - | - | - | - | - | - | 8,925 | 15,750 | 13,251 |
| Facilities Expense | - | - | - | - | - | - | - | - | - | 404 | 9,519 | 12,293 |
| Employee Related Expenses | - | - | - | - | - | - | - | - | - | - | - | 2,838 |
| Bank & Finance Charges | - | - | - | - | - | - | - | - | - | 95 | 173 | 406 |
| Other Operating Expenses | - | - | - | - | - | - | - | - | - | - | - | 88 |
| **Total Operating Expense** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$17,738** | **$76,834** | **$137,955** | **$167,259** |
| **Net Ordinary Income** | **$0** | **($178)** | **($119)** | **($308)** | **($417)** | **($1,133)** | **($6,497)** | **($5,897)** | **($24,989)** | **($93,686)** | **($269,904)** | **($364,950)** |
| **Other Income/Expense** | | | | | | | | | | | | |
| Interest Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $320 | $10,203 |
| Interest Expense | - | - | - | - | - | - | - | - | - | (296) | - | - |
| Other Expense | - | - | - | - | - | - | - | - | - | - | - | - |
| State Income Tax | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Other Income** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **($296)** | **$320** | **$10,203** |
| **Net Income** | **$0** | **($178)** | **($119)** | **($308)** | **($417)** | **($1,133)** | **($6,497)** | **($5,897)** | **($24,989)** | **($93,982)** | **($269,583)** | **($354,747)** |

Highly Confidential

# FY05-06 P&L

*Summary*

| | Monthly 2006 Actuals | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 | Aug 06 |
| **Revenue** | | | | | | | | |
| Network Banner Ads | $133,091 | $131,468 | $22,117 | $179,311 | $404,032 | $627,146 | $519,719 | $829,050 |
| Direct Sales | - | - | - | 20,000 | 16,710 | 125,000 | 352,768 | 1,667,986 |
| **Total Revenue** | **$133,091** | **$131,468** | **$22,117** | **$199,311** | **$420,742** | **$752,146** | **$872,487** | **$2,497,036** |
| **Cost of Goods Sold** | | | | | | | | |
| Web Hosting | $397,643 | $525,138 | $657,827 | $713,494 | $680,190 | $980,342 | $951,870 | $1,176,391 |
| Data Center Rent | - | 70,397 | 38,081 | 52,773 | 106,738 | 111,022 | 168,082 | 214,198 |
| Data Center Depreciation | - | - | - | 41,802 | 59,368 | 59,368 | 108,357 | 130,725 |
| Datacenter Allocation | - | - | - | 10,000 | 22,499 | 22,499 | 22,499 | 31,873 |
| Ad Serving Costs | - | - | - | - | - | - | 63 | 368,302 |
| **Total COGS** | **$397,643** | **$595,535** | **$695,909** | **$818,069** | **$868,794** | **$1,173,232** | **$1,250,870** | **$1,921,489** |
| **Gross Profit** | **($264,552)** | **($464,066)** | **($673,792)** | **($618,758)** | **($448,052)** | **($421,086)** | **($378,383)** | **$575,547** |
| **Operating Expenses** | | | | | | | | |
| Compensation & Benefits | $147,687 | $197,137 | $222,504 | $248,261 | $251,090 | $316,083 | $518,294 | $538,578 |
| Travel & Business Expenses | 100 | 1,784 | 8,253 | 4,058 | 7,201 | 9,686 | 15,608 | 19,989 |
| Insurance | 1,270 | 1,270 | 1,270 | 1,270 | 1,270 | 1,270 | 1,270 | 1,270 |
| Equipment Expenses | 2,430 | 3,412 | 4,792 | 3,548 | 1,981 | 3,776 | 2,905 | 2,715 |
| Communications Expenses | 1,846 | 2,941 | 3,017 | 2,722 | 3,526 | 3,436 | 7,262 | 5,374 |
| Marketing Expenses | 12,000 | 43 | 15,091 | 8,223 | 13,432 | 7,814 | 14,167 | 14,784 |
| Professional Fees | 34,785 | 27,472 | 27,674 | 39,721 | 32,840 | 90,147 | 50,354 | 61,966 |
| Facilities Expense | 12,153 | 13,605 | 14,665 | 14,918 | 15,319 | 18,365 | 20,301 | 20,160 |
| Employee Related Expenses | 1,126 | 1,050 | 1,883 | 2,530 | 4,431 | 9,247 | 9,373 | 5,539 |
| Bank & Finance Charges | 322 | 374 | 251 | 897 | 906 | 1,475 | 1,677 | 1,442 |
| Other Operating Expenses | 394 | 1,463 | 1,739 | 1,949 | 2,386 | 2,522 | 2,912 | 3,936 |
| **Total Operating Expense** | **$214,114** | **$250,551** | **$301,139** | **$328,098** | **$334,383** | **$463,820** | **$644,122** | **$675,152** |
| **Net Ordinary Income** | **($478,665)** | **($714,617)** | **($974,931)** | **($946,856)** | **($782,435)** | **($884,906)** | **($1,022,505)** | **($99,606)** |
| **Other Income/Expense** | | | | | | | | |
| Interest Income | $9,557 | $9,717 | $10,489 | $25,452 | $23,562 | $19,757 | $19,477 | $16,264 |
| Interest Expense | - | - | (11,416) | - | - | - | (10,825) | (25,194) |
| Other Expense | - | - | (0) | - | - | - | - | - |
| State Income Tax | - | (411) | (800) | - | - | - | - | - |
| **Net Other Income** | **$9,557** | **$9,306** | **($1,727)** | **$25,452** | **$23,562** | **$19,757** | **$8,651** | **($8,930)** |
| **Net Income** | **($469,108)** | **($705,311)** | **($976,658)** | **($921,404)** | **($758,874)** | **($865,150)** | **($1,013,854)** | **($108,536)** |

# FY05-06 P&L

*Details*

| | Monthly 2005 Actuals | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Jan 05 | Feb 05 | Mar 05 | Apr 05 | May 05 | Jun 05 | Jul 05 | Aug 05 | Sep 05 |
| **Revenue** | | | | | | | | | |
| Network Banner Ads | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Direct Sales | | | | | | | | | |
| **Total Revenue** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Cost of Goods Sold** | | | | | | | | | |
| Web Hosting | $0 | $178 | $119 | $308 | $417 | $1,133 | $6,497 | $5,897 | $7,251 |
| Data Center Rent | | | | | | | | | |
| Data Center Depreciation | | | | | | | | | |
| Datacenter Allocation | | | | | | | | | |
| Ad Serving Costs | | | | | | | | | |
| **Total COGS** | **$0** | **$178** | **$119** | **$308** | **$417** | **$1,133** | **$6,497** | **$5,897** | **$7,251** |
| **Gross Profit** | **$0** | **($178)** | **($119)** | **($308)** | **($417)** | **($1,133)** | **($6,497)** | **($5,897)** | **($7,251)** |
| **Expenses — Compensation & Benefits** | | | | | | | | | |
| Salaries | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Officer Compensation | | | | | | | | | |
| Contract Labor | | | | | | | | | |
| Commissions | | | | | | | | | |
| Severance | | | | | | | | | |
| Employee Benefits | | | | | | | | | |
| Employee Goodwill | | | | | | | | | |
| Employee Relocation | | | | | | | | | |
| Employee Bonus | | | | | | | | | |
| Vacation Expense | | | | | | | | | |
| Payroll Taxes | | | | | | | | | |
| **Total Compensation & Benefits** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Expenses — Travel & Business** | | | | | | | | | |
| Airfare | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Lodging | | | | | | | | | |
| Meals | | | | | | | | | |
| Entertainment | | | | | | | | | |
| Ground Transportation | | | | | | | | | |
| Car Rental | | | | | | | | | |
| Mileage Reimbursement | | | | | | | | | |
| Other Travel | | | | | | | | | |
| **Total Travel & Business Expenses** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Expenses — Insurance** | | | | | | | | | |
| General Liability | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

GOO001-00633967

# FY05-06 P&L

## Details

| | Oct 05 | Nov 05 | Dec 05 |
|---|---|---|---|
| **Revenue** | | | |
| Network Banner Ads | $0 | $0 | $15,057 |
| Direct Sales | - | - | - |
| **Total Revenue** | **$0** | **$0** | **$15,057** |
| | | | |
| **Cost of Goods Sold** | | | |
| Web Hosting | $16,852 | $131,949 | $212,747 |
| Data Center Rent | - | - | - |
| Data Center Depreciation | - | - | - |
| Datacenter Allocation | - | - | - |
| Ad Serving Costs | - | - | - |
| **Total COGS** | **$16,852** | **$131,949** | **$212,747** |
| | | | |
| **Gross Profit** | **($16,852)** | **($131,949)** | **($197,690)** |
| | | | |
| **Expenses — Compensation & Benefits** | | | |
| Salaries | $39,230 | $59,106 | $76,667 |
| Officer Compensation | 16,667 | 16,667 | 16,667 |
| Contract Labor | 600 | 300 | 600 |
| Commissions | - | - | - |
| Severance | - | - | - |
| Employee Benefits | 592 | - | 750 |
| Employee Goodwill | - | - | - |
| Employee Relocation | - | - | - |
| Employee Bonus | - | - | - |
| Vacation Expense | 3,165 | 4,257 | 5,466 |
| Payroll Taxes | 6,344 | 6,728 | 7,671 |
| **Total Compensation & Benefits** | **$66,598** | **$87,055** | **$107,820** |
| | | | |
| **Expenses — Travel & Business** | | | |
| Airfare | $0 | $0 | $0 |
| Lodging | - | - | - |
| Meals | - | - | - |
| Entertainment | - | - | 733 |
| Ground Transportation | - | - | - |
| Car Rental | - | - | - |
| Mileage Reimbursement | - | - | - |
| Other Travel | - | - | - |
| **Total Travel & Business Expenses** | **$0** | **$0** | **$733** |
| | | | |
| **Expenses — Insurance** | | | |
| General Liability | $0 | $0 | $309 |

GOO001-00633968

# FY05-06 P&L

*Details*

| | Monthly 2006 Actuals | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 |
| **Revenue** | | | | | | | |
| Network Banner Ads | $133,091 | $131,468 | $22,117 | $179,311 | $404,032 | $627,146 | $519,719 |
| Direct Sales | - | - | - | 20,000 | 16,710 | 125,000 | 352,768 |
| **Total Revenue** | **$133,091** | **$131,468** | **$22,117** | **$199,311** | **$420,742** | **$752,146** | **$872,487** |
| **Cost of Goods Sold** | | | | | | | |
| Web Hosting | $397,643 | $525,138 | $657,827 | $713,494 | $680,190 | $980,342 | $951,870 |
| Data Center Rent | - | 70,397 | 38,081 | 52,773 | 106,738 | 111,022 | 168,082 |
| Data Center Depreciation | - | - | - | 41,802 | 59,368 | 59,368 | 108,357 |
| Datacenter Allocation | - | - | - | 10,000 | 22,499 | 22,499 | 22,499 |
| Ad Serving Costs | - | - | - | - | - | - | 63 |
| **Total COGS** | **$397,643** | **$595,535** | **$695,909** | **$818,069** | **$868,794** | **$1,173,232** | **$1,250,870** |
| **Gross Profit** | **($264,552)** | **($464,066)** | **($673,792)** | **($618,758)** | **($448,052)** | **($421,086)** | **($378,383)** |
| **Expenses — Compensation & Benefits** | | | | | | | |
| Salaries | $105,955 | $148,792 | $167,692 | $178,438 | $184,089 | $234,812 | $345,763 |
| Officer Compensation | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 |
| Contract Labor | 900 | 940 | 3,244 | 11,927 | 6,950 | 11,211 | 15,982 |
| Commissions | - | - | - | - | - | - | 55,333 |
| Severance | - | 2,389 | - | 1,361 | 1,417 | - | - |
| Employee Benefits | 4,430 | 5,875 | 9,329 | 11,651 | 10,956 | 14,416 | 13,845 |
| Employee Goodwill | - | - | 50 | - | - | - | - |
| Employee Relocation | - | - | - | - | - | - | 4,072 |
| Employee Bonus | - | - | - | - | - | - | 10,000 |
| Vacation Expense | 5,757 | 8,108 | 10,343 | 11,645 | 12,935 | 15,411 | 22,317 |
| Payroll Taxes | 13,978 | 14,365 | 15,179 | 16,573 | 18,077 | 23,566 | 34,314 |
| **Total Compensation & Benefits** | **$147,687** | **$197,137** | **$222,504** | **$248,261** | **$251,090** | **$316,083** | **$518,294** |
| **Expenses — Travel & Business** | | | | | | | |
| Airfare | $50 | $1,135 | $1,503 | $2,179 | $2,546 | $2,950 | $8,632 |
| Lodging | - | 507 | 5,918 | 871 | 2,697 | 2,671 | 2,954 |
| Meals | - | 44 | 188 | 245 | 276 | 2,318 | 1,534 |
| Entertainment | - | - | - | - | 415 | - | - |
| Ground Transportation | 20 | 53 | 407 | 314 | 676 | 1,330 | 2,184 |
| Car Rental | - | - | 238 | 448 | 592 | 416 | 303 |
| Mileage Reimbursement | 80 | - | - | - | - | - | - |
| Other Travel | - | 45 | - | - | - | - | - |
| **Total Travel & Business Expenses** | **$100** | **$1,784** | **$8,253** | **$4,058** | **$7,201** | **$9,686** | **$15,608** |
| **Expenses — Insurance** | | | | | | | |
| General Liability | $154 | $154 | $154 | $154 | $154 | $154 | $154 |

GOO001-00633969

# FY05-06 P&L

## Details

| | Aug 06 |
|---|---|
| **Revenue** | |
| Network Banner Ads | $829,050 |
| Direct Sales | 1,667,986 |
| **Total Revenue** | **$2,497,036** |
| | |
| **Cost of Goods Sold** | |
| Web Hosting | $1,176,391 |
| Data Center Rent | 214,198 |
| Data Center Depreciation | 130,725 |
| Datacenter Allocation | 31,873 |
| Ad Serving Costs | 368,302 |
| **Total COGS** | **$1,921,489** |
| | |
| **Gross Profit** | **$575,547** |
| | |
| **Expenses — Compensation & Benefits** | |
| Salaries | $393,495 |
| Officer Compensation | 16,667 |
| Contract Labor | 8,591 |
| Commissions | 55,333 |
| Severance | - |
| Employee Benefits | 13,613 |
| Employee Goodwill | - |
| Employee Relocation | - |
| Employee Bonus | - |
| Vacation Expense | 14,879 |
| Payroll Taxes | 35,999 |
| **Total Compensation & Benefits** | **$538,578** |
| | |
| **Expenses — Travel & Business** | |
| Airfare | $4,537 |
| Lodging | 7,852 |
| Meals | 1,264 |
| Entertainment | - |
| Ground Transportation | 5,281 |
| Car Rental | 1,056 |
| Mileage Reimbursement | - |
| Other Travel | - |
| **Total Travel & Business Expenses** | **$19,989** |
| | |
| **Expenses — Insurance** | |
| General Liability | $154 |

GOO001-00633970

# FY05-06 P&L

## Details

| | Monthly 2005 Actuals | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Jan 05 | Feb 05 | Mar 05 | Apr 05 | May 05 | Jun 05 | Jul 05 | Aug 05 | Sep 05 |
| Workers Compensation | - | - | - | - | - | - | - | - | - |
| Directors & Officers | - | - | - | - | - | - | - | - | - |
| **Total Insurance** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Expenses — Equipment** | | | | | | | | | |
| Computer Equipment and Accessories | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Software | - | - | - | - | - | - | - | - | - |
| Repairs & Maintenance | - | - | - | - | - | - | - | - | - |
| Office Equipment & Furniture | - | - | - | - | - | - | - | - | - |
| **Total Equipment Expenses** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |

GOO001-00633971

# FY05-06 P&L

## *Details*

| | Oct 05 | Nov 05 | Dec 05 |
|---|---|---|---|
| Workers Compensation | - | 492 | 492 |
| Directors & Officers | - | - | 624 |
| **Total Insurance** | **$0** | **$492** | **$1,424** |
| | | | |
| **Expenses — Equipment** | | | |
| Computer Equipment and Accessories | $0 | $528 | $84 |
| Software | 758 | - | 167 |
| Repairs & Maintenance | - | - | - |
| Office Equipment & Furniture | - | 1,471 | 3,133 |
| **Total Equipment Expenses** | **$758** | **$1,999** | **$3,384** |

GOO001-00633972

# FY05-06 P&L

## *Details*

| | Monthly 2006 Actuals | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 |
| Workers Compensation | 492 | 492 | 492 | 492 | 492 | 492 | 492 |
| Directors & Officers | 624 | 624 | 624 | 624 | 624 | 624 | 624 |
| **Total Insurance** | **$1,270** | **$1,270** | **$1,270** | **$1,270** | **$1,270** | **$1,270** | **$1,270** |
| **Expenses — Equipment** | | | | | | | |
| Computer Equipment and Accessories | $969 | $1,063 | $1,216 | $1,256 | $722 | $2,548 | $1,005 |
| Software | 167 | 317 | 1,579 | 773 | 1,239 | 1,022 | 1,022 |
| Repairs & Maintenance | 345 | - | - | - | - | - | - |
| Office Equipment & Furniture | 1,249 | 2,032 | 1,998 | 1,519 | 20 | 206 | 877 |
| **Total Equipment Expenses** | **$2,430** | **$3,412** | **$4,792** | **$3,548** | **$1,981** | **$3,776** | **$2,905** |

Highly Confidential

# FY05-06 P&L

## *Details*

|                                         | Aug 06  |
|-----------------------------------------|--------:|
| Workers Compensation                    | 492     |
| Directors & Officers                    | 624     |
| **Total Insurance**                     | **$1,270** |
|                                         |         |
| **Expenses — Equipment**                |         |
| Computer Equipment and Accessories      | $938    |
| Software                                | 1,704   |
| Repairs & Maintenance                   |         |
| Office Equipment & Furniture            | 73      |
| **Total Equipment Expenses**            | **$2,715** |

Highly Confidential

GOO001-00633974

# FY05-06 P&L

*Details*

| | | Monthly 2005 Actuals | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Jan 05 | Feb 05 | Mar 05 | Apr 05 | May 05 | Jun 05 | Jul 05 | Aug 05 | Sep 05 |
| **Expenses — Communications** | | | | | | | | | | |
| Telephone | Phone Usage | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | Cell Phones & Pagers | - | - | - | - | - | - | - | - | - |
| | Teleconferencing | - | - | - | - | - | - | - | - | - |
| | Telephone - Other | - | - | - | - | - | - | - | - | - |
| Subtotal Telephone | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Postage | | - | - | - | - | - | - | - | - | - |
| Internet Connectivity | | - | - | - | - | - | - | - | - | - |
| Courier & Overnight Shipping | | - | - | - | - | - | - | - | - | - |
| Printing & Reproduction | | - | - | - | - | - | - | - | - | - |
| **Total Communications Expenses** | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Expenses — Marketing** | | | | | | | | | | |
| Trade Shows | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $16,500 |
| Promotion | | - | - | - | - | - | - | - | - | 1,238 |
| Public Relations | | - | - | - | - | - | - | - | - | - |
| Market Research | | - | - | - | - | - | - | - | - | - |
| Marketing Supplies | | - | - | - | - | - | - | - | - | - |
| **Total Marketing Expenses** | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $17,738 |
| **Expenses — Professional Fees** | | | | | | | | | | |
| Legal | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Accounting | | - | - | - | - | - | - | - | - | - |
| Consulting | | - | - | - | - | - | - | - | - | - |
| Recruiting Consultant | | - | - | - | - | - | - | - | - | - |
| **Total Professional Fees** | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Expenses — Facilities** | | | | | | | | | | |
| Rent | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Security | | - | - | - | - | - | - | - | - | - |
| Utilities | | - | - | - | - | - | - | - | - | - |
| Office Supplies | | - | - | - | - | - | - | - | - | - |
| Office Repairs & Maintenance | | - | - | - | - | - | - | - | - | - |
| Licenses & Permits | | - | - | - | - | - | - | - | - | - |
| Janitorial | | - | - | - | - | - | - | - | - | - |
| Property Taxes | | - | - | - | - | - | - | - | - | - |
| **Total Facilities Expense** | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Expenses — Employee Related** | | | | | | | | | | |
| Recruiting Expense | Job Posting | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

Highly Confidential

# FY05-06 P&L

## *Details*

| | Oct 05 | Nov 05 | Dec 05 |
|---|---|---|---|
| **Expenses — Communications** | | | |
| Telephone | | | |
| Phone Usage | $0 | $0 | $563 |
| Cell Phones & Pagers | - | - | 164 |
| Teleconferencing | - | - | - |
| Telephone - Other | - | - | - |
| Subtotal Telephone | $0 | $0 | $727 |
| Postage | - | 41 | 34 |
| Internet Connectivity | - | - | 2,226 |
| Courier & Overnight Shipping | 55 | - | - |
| Printing & Reproduction | - | - | 563 |
| **Total Communications Expenses** | **$55** | **$41** | **$3,550** |
| | | | |
| **Expenses — Marketing** | | | |
| Trade Shows | $0 | $0 | $0 |
| Promotion | - | 8,086 | 6,473 |
| Public Relations | - | 14,840 | 15,000 |
| Market Research | - | - | - |
| Marketing Supplies | - | - | - |
| **Total Marketing Expenses** | **$0** | **$22,926** | **$21,473** |
| | | | |
| **Expenses — Professional Fees** | | | |
| Legal | $300 | $15,000 | $11,476 |
| Accounting | 2,625 | 750 | 1,775 |
| Consulting | 6,000 | - | - |
| Recruiting Consultant | - | - | - |
| **Total Professional Fees** | **$8,925** | **$15,750** | **$13,251** |
| | | | |
| **Expenses — Facilities** | | | |
| Rent | $0 | $9,038 | $9,038 |
| Security | - | - | - |
| Utilities | - | 331 | 328 |
| Office Supplies | 404 | - | 2,619 |
| Office Repairs & Maintenance | - | 150 | 24 |
| Licenses & Permits | - | - | - |
| Janitorial | - | - | - |
| Property Taxes | - | - | 285 |
| **Total Facilities Expense** | **$404** | **$9,519** | **$12,293** |
| | | | |
| **Expenses — Employee Related** | | | |
| Recruiting Expense | | | |
| Job Posting | $0 | $0 | $0 |

Highly Confidential

# FY05-06 P&L

*Details*

| | Monthly 2006 Actuals | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 |
| **Expenses — Communications** | | | | | | | |
| Telephone | | | | | | | |
| Phone Usage | $182 | $190 | $743 | $785 | $1,608 | $931 | $2,030 |
| Cell Phones & Pagers | 150 | 1,318 | 627 | 603 | 411 | 1,038 | 1,750 |
| Teleconferencing | - | - | - | - | - | - | - |
| Telephone - Other | 198 | - | - | - | - | - | - |
| Subtotal Telephone | $530 | $1,508 | $1,370 | $1,388 | $2,020 | $1,969 | $3,780 |
| Postage | 6 | 249 | 272 | 124 | 166 | 149 | 1,456 |
| Internet Connectivity | 1,125 | 1,185 | 1,375 | 1,211 | 1,341 | 1,318 | 2,026 |
| Courier & Overnight Shipping | - | - | - | - | - | - | - |
| Printing & Reproduction | 185 | - | - | - | - | - | - |
| **Total Communications Expenses** | **$1,846** | **$2,941** | **$3,017** | **$2,722** | **$3,526** | **$3,436** | **$7,262** |
| **Expenses — Marketing** | | | | | | | |
| Trade Shows | $0 | $0 | $11,085 | $0 | $8,420 | $1,191 | $0 |
| Promotion | - | - | 1,581 | 1,224 | - | 5,000 | - |
| Public Relations | 12,000 | 43 | 1,875 | 5,450 | 5,000 | 1,623 | 5,000 |
| Market Research | - | - | 550 | 299 | 12 | - | 9,167 |
| Marketing Supplies | - | - | - | 1,250 | - | - | - |
| **Total Marketing Expenses** | **$12,000** | **$43** | **$15,091** | **$8,223** | **$13,432** | **$7,814** | **$14,167** |
| **Expenses — Professional Fees** | | | | | | | |
| Legal | $32,785 | $25,922 | $25,774 | $37,971 | $29,190 | $75,647 | $35,754 |
| Accounting | 2,000 | 1,550 | 1,600 | 1,750 | 3,650 | 2,000 | 1,100 |
| Consulting | - | - | 300 | - | - | - | - |
| Recruiting Consultant | - | - | - | - | - | 12,500 | 13,500 |
| **Total Professional Fees** | **$34,785** | **$27,472** | **$27,674** | **$39,721** | **$32,840** | **$90,147** | **$50,354** |
| **Expenses — Facilities** | | | | | | | |
| Rent | $9,038 | $9,038 | $9,038 | $9,038 | $9,038 | $9,038 | $9,038 |
| Security | - | - | - | - | 4,103 | 5,198 | 4,437 |
| Utilities | 330 | 1,659 | 991 | 973 | 721 | 635 | 1,656 |
| Office Supplies | 1,523 | 2,082 | 4,331 | 4,258 | 845 | 2,788 | 4,252 |
| Office Repairs & Maintenance | 836 | 214 | (403) | 85 | 85 | 85 | 85 |
| Licenses & Permits | 142 | 142 | 142 | 142 | 142 | 142 | 142 |
| Janitorial | 285 | 470 | 565 | 421 | 385 | 480 | 522 |
| Property Taxes | - | - | - | - | - | 169 | - |
| **Total Facilities Expense** | **$12,153** | **$13,605** | **$14,665** | **$14,918** | **$15,319** | **$18,365** | **$20,301** |
| **Expenses — Employee Related** | | | | | | | |
| Recruiting Expense | | | | | | | |
| Job Posting | $75 | $225 | $150 | $265 | $0 | | $0 |

Highly Confidential

GO0001-00633977

# FY05-06 P&L

*Details*

| | Aug 06 |
|---|---|
| **Expenses — Communications** | |
| Telephone | |
|   Phone Usage | $1,706 |
|   Cell Phones & Pagers | 1,954 |
|   Teleconferencing | 147 |
|   Telephone - Other | - |
| Subtotal Telephone | $3,807 |
| Postage | 248 |
| Internet Connectivity | 1,318 |
| Courier & Overnight Shipping | - |
| Printing & Reproduction | - |
| **Total Communications Expenses** | **$5,374** |
| | |
| **Expenses — Marketing** | |
| Trade Shows | $620 |
| Promotion | 3,862 |
| Public Relations | 1,000 |
| Market Research | 9,167 |
| Marketing Supplies | 135 |
| **Total Marketing Expenses** | **$14,784** |
| | |
| **Expenses — Professional Fees** | |
| Legal | $46,217 |
| Accounting | 1,550 |
| Consulting | 13,599 |
| Recruiting Consultant | - |
| **Total Professional Fees** | **$61,366** |
| | |
| **Expenses — Facilities** | |
| Rent | $9,038 |
| Security | 5,382 |
| Utilities | 822 |
| Office Supplies | 4,172 |
| Office Repairs & Maintenance | 85 |
| Licenses & Permits | 142 |
| Janitorial | 519 |
| Property Taxes | - |
| **Total Facilities Expense** | **$20,160** |
| | |
| **Expenses — Employee Related** | |
| Recruiting Expense | |
|   Job Posting | $229 |

Highly Confidential

# FY05-06 P&L

## Details

| | Monthly 2005 Actuals | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Jan 05 | Feb 05 | Mar 05 | Apr 05 | May 05 | Jun 05 | Jul 05 | Aug 05 | Sep 05 |
| Recruiting Meals | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal Recruiting Expense | - | - | - | - | - | - | - | - | - |
| Dues and Subscriptions | - | - | - | - | - | - | - | - | - |
| Training & Seminars | - | - | - | - | - | - | - | - | - |
| Reference Materials | - | - | - | - | - | - | - | - | - |
| Employee Relations | - | - | - | - | - | - | - | - | - |
| Employee Office Meals | - | - | - | - | - | - | - | - | - |
| **Total Employee Related Expenses** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

Highly Confidential

# FY05-06 P&L

## *Details*

| | Oct 05 | Nov 05 | Dec 05 |
|---|---|---|---|
| Recruiting Meals | - | - | - |
| **Subtotal Recruiting Expense** | $0 | $0 | $0 |
| Dues and Subscriptions | - | - | - |
| Training & Seminars | - | - | - |
| Reference Materials | - | - | - |
| Employee Relations | - | - | - |
| Employee Office Meals | - | - | 2,838 |
| **Total Employee Related Expenses** | **$0** | **$0** | **$2,838** |

Highly Confidential

# FY05-06 P&L

## *Details*

| | Monthly 2006 Actuals | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 |
| Recruiting Meals | - | - | 26 | - | 73 | - | - |
| Subtotal Recruiting Expense | $75 | $225 | $176 | $265 | $73 | $0 | $0 |
| Dues and Subscriptions | - | - | 135 | - | 417 | 417 | 417 |
| Training & Seminars | 150 | - | - | 1,145 | 1,495 | - | 500 |
| Reference Materials | - | - | - | 5 | 41 | - | - |
| Employee Relations | 220 | - | 360 | - | - | - | - |
| Employee Office Meals | 681 | 825 | 1,211 | 1,115 | 2,405 | 8,830 | 8,456 |
| **Total Employee Related Expenses** | **$1,126** | **$1,050** | **$1,883** | **$2,530** | **$4,431** | **$9,247** | **$9,373** |

Highly Confidential

GOO001-00633981

# FY05-06 P&L

## *Details*

| | Aug 06 |
|---|---|
| Recruiting Meals | 24 |
| Subtotal Recruiting Expense | $253 |
| Dues and Subscriptions | 417 |
| Training & Seminars | - |
| Reference Materials | 61 |
| Employee Relations | - |
| Employee Office Meals | 4,808 |
| **Total Employee Related Expenses** | **$5,539** |

Highly Confidential

# FY05-06 P&L

## *Details*

| | Monthly 2005 Actuals | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Jan 05 | Feb 05 | Mar 05 | Apr 05 | May 05 | Jun 05 | Jul 05 | Aug 05 | Sep 05 |
| **Expenses — Bank & Finance Charges** | | | | | | | | | |
| Bank Service Charges | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Finance Charges | - | - | - | - | - | - | - | - | - |
| Payroll Preparation Fees | - | - | - | - | - | - | - | - | - |
| Bank & Finance Charges - Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Bank & Finance Charges** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | |
| **Other Operating Expenses** | | | | | | | | | |
| Depreciation | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Charitable Contribution | - | - | - | - | - | - | - | - | - |
| Miscellaneous Expenses | - | - | - | - | - | - | - | - | - |
| **Total Other Operating Expenses** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | |
| **Total Expense** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $17,738 |
| | | | | | | | | | |
| **Net Ordinary Income** | $0 | ($178) | ($119) | ($308) | ($417) | ($1,133) | ($6,497) | ($5,897) | ($24,989) |
| | | | | | | | | | |
| **Other Income/Expense** | | | | | | | | | |
| Interest Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest Expense | - | - | - | - | - | - | - | - | - |
| Other Expense | - | - | - | - | - | - | - | - | - |
| State Income Tax | - | - | - | - | - | - | - | - | - |
| **Net Other Income** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | |
| **Net Income** | $0 | ($178) | ($119) | ($308) | ($417) | ($1,133) | ($6,497) | ($5,897) | ($24,989) |

Highly Confidential

# FY05-06 P&L

## *Details*

| | Oct 05 | Nov 05 | Dec 05 |
|---|---|---|---|
| **Expenses — Bank & Finance Charges** | | | |
| Bank Service Charges | $95 | $4 | $49 |
| Finance Charges | - | - | 180 |
| Payroll Preparation Fees | - | 169 | 177 |
| Bank & Finance Charges - Other | - | - | - |
| **Total Bank & Finance Charges** | $95 | $173 | $406 |
| | | | |
| **Other Operating Expenses** | | | |
| Depreciation | $0 | $0 | $88 |
| Charitable Contribution | - | - | - |
| Miscellaneous Expenses | - | - | - |
| **Total Other Operating Expenses** | **$0** | **$0** | **$88** |
| | | | |
| **Total Expense** | **$76,834** | **$137,955** | **$167,259** |
| | | | |
| **Net Ordinary Income** | **($93,686)** | **($269,904)** | **($364,950)** |
| | | | |
| **Other Income/Expense** | | | |
| Interest Income | $0 | $320 | $10,203 |
| Interest Expense | (296) | - | - |
| Other Expense | - | - | - |
| State Income Tax | - | - | - |
| **Net Other Income** | **($296)** | **$320** | **$10,203** |
| | | | |
| **Net Income** | **($93,982)** | **($269,583)** | **($354,747)** |

Highly Confidential

GOO001-00633984

# FY05-06 P&L

## Details

| | Monthly 2006 Actuals | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 |
| **Expenses — Bank & Finance Charges** | | | | | | | |
| Bank Service Charges | $51 | $48 | $0 | $642 | $636 | $582 | $582 |
| Finance Charges | - | - | - | - | - | - | - |
| Payroll Preparation Fees | 270 | 326 | 251 | 255 | 271 | 893 | 1,050 |
| Bank & Finance Charges - Other | - | - | - | - | - | - | 45 |
| **Total Bank & Finance Charges** | $322 | $374 | $251 | $897 | $906 | $1,475 | $1,677 |
| **Other Operating Expenses** | | | | | | | |
| Depreciation | $394 | $1,188 | $1,739 | $1,949 | $2,386 | $2,522 | $2,912 |
| Charitable Contribution | - | 250 | - | - | - | - | - |
| Miscellaneous Expenses | - | 25 | - | - | - | - | - |
| **Total Other Operating Expenses** | $394 | $1,463 | $1,739 | $1,949 | $2,386 | $2,522 | $2,912 |
| **Total Expense** | $214,114 | $250,551 | $301,139 | $328,098 | $334,383 | $463,820 | $644,122 |
| **Net Ordinary Income** | ($478,665) | ($714,617) | ($974,931) | ($946,856) | ($782,435) | ($884,906) | ($1,022,505) |
| **Other Income/Expense** | | | | | | | |
| Interest Income | $9,557 | $9,717 | $10,489 | $25,452 | $23,562 | $19,757 | $19,477 |
| Interest Expense | - | - | (11,416) | - | - | - | (10,825) |
| Other Expense | - | - | (0) | - | - | - | - |
| State Income Tax | - | (411) | (800) | - | - | - | - |
| **Net Other Income** | $9,557 | $9,306 | ($1,727) | $25,452 | $23,562 | $19,757 | $8,651 |
| **Net Income** | ($469,108) | ($705,311) | ($976,658) | ($921,404) | ($758,874) | ($865,150) | ($1,013,854) |

Highly Confidential

# FY05-06 P&L

## Details

| | Aug 06 |
|---|---|
| **Expenses — Bank & Finance Charges** | |
| Bank Service Charges | $582 |
| Finance Charges | - |
| Payroll Preparation Fees | 860 |
| Bank & Finance Charges - Other | - |
| **Total Bank & Finance Charges** | $1,442 |
| | |
| **Other Operating Expenses** | |
| Depreciation | $3,936 |
| Charitable Contribution | - |
| Miscellaneous Expenses | - |
| **Total Other Operating Expenses** | **$3,936** |
| | |
| **Total Expense** | **$675,152** |
| | |
| **Net Ordinary Income** | **($99,606)** |
| | |
| **Other Income/Expense** | |
| Interest Income | $16,264 |
| Interest Expense | (25,194) |
| Other Expense | - |
| State Income Tax | - |
| **Net Other Income** | **($8,930)** |
| | |
| **Net Income** | **($108,536)** |

Highly Confidential

GOO001-00633986

# FY 2006

## *Balance Sheet*

Highly Confidential

|  | Monthly 2006 Actuals | | | | | | |
|---|---|---|---|---|---|---|---|
|  | **Jan 06** | **Feb 06** | **Mar 06** | **Apr 06** | **May 06** | **Jun 06** | **Jul 06** |
| ***ASSETS*** | | | | | | | |
| **Checking / Savings** | | | | | | | |
| Checking – SVB | ($1,608) | $183,224 | $5,996,188 | $58,064 | $5,016 | ($17,137) | ($10,930) |
| Checking (Old) | 18,327 | - | - | - | - | - | - |
| Money Market | 2,460,524 | 3,570,081 | 2,079,798 | 6,445,287 | 5,295,738 | 5,325,300 | 4,148,057 |
| Total Checking / Savings | $2,477,243 | $3,753,304 | $8,075,985 | $6,503,351 | $5,300,755 | $5,308,163 | $4,137,127 |
| **Accounts Receivable** | | | | | | | |
| Accounts Receivable | $137,811 | $141,211 | $71,584 | $229,456 | $470,387 | $869,034 | $1,151,345 |
| Accrued AR | - | - | - | - | - | 75,000 | 41,321 |
| Interest Receivable | 9,557 | 9,717 | 10,489 | 25,452 | 23,562 | 19,757 | 19,477 |
| Total Accounts Receivable | $147,368 | $150,928 | $82,073 | $254,907 | $493,949 | $963,791 | $1,212,143 |
| **Other Current Assets** | | | | | | | |
| Prepaid Expenses | | | | | | | |
|   Prepaid Product Cost | $0 | $213,007 | $239,298 | $124,544 | $268,424 | $165,977 | $466,117 |
|   Prepaid Insurance | 12,054 | 10,784 | 9,514 | 8,244 | 6,974 | 5,704 | 4,434 |
|   Prepaid Rent | 9,038 | 9,038 | 9,038 | 9,038 | 9,038 | 33,158 | 9,038 |
|   Prepaid License | 3,228 | 8,394 | 8,880 | 8,011 | 16,533 | 14,810 | 16,082 |
|   Other Prepaid Expense | 27,890 | 36,029 | 27,083 | 32,327 | 36,274 | 63,241 | 81,771 |
| Subtotal Prepaid Expenses | $52,210 | $277,253 | $293,813 | $182,163 | $337,242 | $282,890 | $577,442 |
| Restricted Cash | 6,701 | 6,701 | 15,000 | - | - | - | - |
| Undeposited Funds | - | - | - | - | - | - | - |
| Total Other Current Assets | $58,911 | $283,954 | $308,813 | $182,163 | $337,242 | $282,890 | $577,442 |
| **Total Current Assets** | $2,683,522 | $4,188,186 | $8,466,871 | $6,940,422 | $6,131,947 | $6,554,844 | $5,926,711 |
| **Fixed Assets** | | | | | | | |
| Computer Equipment | $31,631 | $51,015 | $58,589 | $66,968 | $71,855 | $82,387 | $119,268 |
| Office Equipment | - | - | - | 999 | 999 | 999 | 999 |
| Furniture and Fixtures | 4,620 | 4,620 | 5,671 | 5,671 | 5,671 | 8,303 | 8,303 |
| Software | 3,812 | 3,812 | 3,812 | 5,929 | 5,929 | 2,390 | 2,390 |
| Leasehold Improvements | - | - | - | - | - | 5,929 | 5,929 |
| Construction in Progress | 6,752 | 12,365 | 1,146,170 | 1,504,872 | 2,137,251 | 3,886,580 | 4,669,026 |
| Construct in Prgrss - NO LOAN | - | - | - | - | - | 14,276 | 37,050 |
| Total Fixed Assets | $46,815 | $71,813 | $1,214,242 | $1,584,440 | $2,221,706 | $4,000,864 | $4,842,974 |
| **Depreciation / Amortization** | | | | | | | |
| Computer Equipment | ($430) | ($1,309) | ($2,726) | ($4,353) | ($6,213) | ($8,209) | ($10,498) |
| Office Equipment | (52) | (107) | (175) | (242) | (310) | (56) | (83) |
| Furniture and Fixtures |  |  |  |  |  |  | (476) |

GOO001-00633987

# FY 2006

*Balance Sheet*

### ASSETS

| | Aug 06 | 9/19/06 |
|---|---|---|
| **Checking / Savings** | | |
| Checking - SVB | ($13,442) | $203,169 |
| Checking (Old) | | - |
| Money Market | 2,809,534 | 2,809,534 |
| Total Checking / Savings | $2,796,092 | $3,012,703 |
| | | |
| **Accounts Receivable** | | |
| Accounts Receivable | $3,134,723 | $2,725,524 |
| Accrued AR | - | - |
| Interest Receivable | 16,264 | 16,264 |
| Total Accounts Receivable | $3,150,987 | $2,741,787 |
| | | |
| **Other Current Assets** | | |
| Prepaid Expenses | | |
| Prepaid Product Cost | $465,058 | $497,720 |
| Prepaid Insurance | 3,164 | 3,164 |
| Prepaid Rent | 9,038 | 9,038 |
| Prepaid License | 18,010 | 18,010 |
| Other Prepaid Expense | 97,974 | 190,750 |
| Subtotal Prepaid Expenses | $593,244 | $718,682 |
| Restricted Cash | 200,000 | 200,000 |
| Undeposited Funds | 68,370 | 232,786 |
| Total Other Current Assets | $861,614 | $1,151,468 |
| | | |
| **Total Current Assets** | **$6,808,693** | **$6,905,958** |
| | | |
| **Fixed Assets** | | |
| Computer Equipment | $121,554 | $121,554 |
| Office Equipment | 999 | 999 |
| Furniture and Fixtures | 8,303 | 8,303 |
| Software | 2,390 | 2,390 |
| Leasehold Improvements | 5,929 | 5,929 |
| Construction in Progress | 4,669,026 | 4,669,026 |
| Constr'n in Prgrss - NO LOAN | 37,060 | 37,060 |
| Total Fixed Assets | $4,845,261 | $4,845,261 |
| | | |
| **Depreciation / Amortization** | | |
| Computer Equipment | ($13,811) | ($13,811) |
| Office Equipment | (111) | (111) |
| Furniture and Fixtures | (543) | (543) |

# FY 2006

## *Balance Sheet*

| | | | Monthly 2006 Actuals | | | | |
|---|---|---|---|---|---|---|---|
| | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 |
| Software | - | - | - | - | - | - | (66) |
| Leasehold Improvements | - | (254) | (508) | (762) | (1,193) | (1,624) | (2,054) |
| Data Center | - | - | - | (41,802) | (101,170) | (160,538) | (268,895) |
| Total Depreciation / Amortization | ($482) | ($1,670) | ($3,409) | ($47,160) | ($108,914) | ($170,804) | ($282,073) |
| **Net Fixed Assets** | **$46,333** | **$70,143** | **$1,210,834** | **$1,537,280** | **$2,112,792** | **$3,830,060** | **$4,560,901** |
| Other Assets — Deposits | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 |
| **TOTAL ASSETS** | **$2,737,355** | **$4,265,829** | **$9,685,204** | **$8,485,201** | **$8,252,238** | **$10,392,404** | **$10,495,113** |

Highly Confidential

# FY 2006

## *Balance Sheet*

| | Aug 06 | 9/19/06 |
|---|---|---|
| Software | (165) | (165) |
| Leasehold Improvements | (2,485) | (2,485) |
| Data Center | (399,620) | (399,620) |
| Total Depreciation / Amortization | ($416,734) | ($416,734) |
| **Net Fixed Assets** | **$4,428,527** | **$4,428,527** |
| Other Assets — Deposits | $7,500 | $7,500 |
| **TOTAL ASSETS** | **$11,244,720** | **$11,341,985** |

Highly Confidential

| | | Monthly 2006 Actuals | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 |
| ***LIABILITIES & EQUITY*** | | | | | | | |
| **Accounts Payable** | | | | | | | |
| Accounts Payable Trade | $413,288 | $641,788 | $950,278 | $851,392 | $1,150,184 | $2,887,882 | $3,934,684 |
| Accounts Payable - Payroll Tax | | | | | | | 1,294 |
| Total Accounts Payable | $413,288 | $641,788 | $950,278 | $851,392 | $1,150,184 | $2,887,882 | $3,935,978 |
| **Total Other Current Liabilities** | | | | | | | |
| Notes Payable - Current | $0 | $2,000,000 | $0 | $0 | $0 | $230,418 | $260,168 |
| Accrued Vacation | 18,645 | 26,753 | 37,096 | 48,741 | 61,236 | 76,647 | 98,984 |
| Commissions Payable | - | - | - | - | - | - | 110,833 |
| Accrued Accounts Payable | 20,480 | 17,800 | 130,000 | 177,278 | - | 2,000 | 16,550 |
| Deferred Revenue | - | - | - | - | - | 100,000 | 66,667 |
| Total Other Current Liabilities | $39,125 | $2,044,553 | $167,096 | $226,020 | $61,236 | $409,065 | $553,182 |
| **Total Current Liabilities** | $452,412 | $2,686,341 | $1,117,374 | $877,412 | $1,211,420 | $3,296,947 | $4,489,159 |
| Notes Payable - LT | - | - | - | - | - | 919,788 | 890,038 |
| **Total Liabilities** | $452,412 | $2,686,341 | $1,117,374 | $877,412 | $1,211,420 | $4,216,735 | $5,379,198 |
| *Equity Series A* | | | | | | | |
| Series A | $3,560,000 | $3,560,000 | $3,560,000 | $3,560,000 | $3,560,000 | $3,560,000 | $3,560,000 |
| Series A Issuance Cost | (58,100) | (58,243) | (58,243) | (58,243) | (59,142) | (59,142) | (59,142) |
| Total Series A | $3,501,900 | $3,501,757 | $3,501,757 | $3,501,757 | $3,500,858 | $3,500,858 | $3,500,858 |
| *Equity Series B* | | | | | | | |
| Series B | $0 | $0 | $8,000,000 | $8,000,000 | $8,000,000 | $8,000,000 | $8,000,000 |
| Series B Issuance Cost | - | - | (35,000) | (73,637) | (78,086) | (78,086) | (78,086) |
| Total Series B | $0 | $0 | $7,965,000 | $7,926,363 | $7,921,914 | $7,921,914 | $7,921,914 |
| Common Stock | $10,000 | $10,000 | $10,000 | $10,000 | $207,250 | $207,250 | $216,850 |
| Retained Earnings | (757,849) | (757,849) | (757,849) | (757,849) | (757,849) | (757,849) | (757,849) |
| Net Income | (469,108) | (1,174,420) | (2,151,077) | (3,072,482) | (3,831,355) | (4,696,505) | (5,765,858) |
| Total Equity | $2,284,943 | $1,579,488 | $8,567,830 | $7,607,789 | $7,040,818 | $6,175,669 | $5,115,915 |
| **TOTAL LIABILITIES & EQUITY** | $2,737,355 | $4,265,829 | $9,685,204 | $8,485,201 | $8,252,238 | $10,392,404 | $10,495,113 |

Highly Confidential

# FY 2006
## *Balance Sheet*

| *LIABILITIES & EQUITY* | Aug 06 | 9/19/06 |
|---|---|---|
| **Accounts Payable** | | |
| Accounts Payable Trade | $1,833,120 | $1,975,344 |
| Accounts Payable - Payroll Tax | 3,180 | 3,180 |
| Total Accounts Payable | $1,836,300 | $1,978,524 |
| **Total Other Current Liabilities** | | |
| Notes Payable - Current | $1,024,562 | $1,024,562 |
| Accrued Vacation | 113,411 | 113,411 |
| Commissions Payable | 221,666 | 221,666 |
| Accrued Accounts Payable | 21,550 | 3,100 |
| Deferred Revenue | 109,021 | 109,021 |
| Total Other Current Liabilities | $1,490,209 | $1,471,759 |
| **Total Current Liabilities** | **$3,326,509** | **$3,450,283** |
| Notes Payable - LT | 2,975,310 | 2,975,310 |
| **Total Liabilities** | **$6,301,819** | **$6,425,593** |
| Equity Series A | | |
| Series A | $3,560,000 | $3,560,000 |
| Series A Issuance Cost | (59,142) | (59,142) |
| Total Series A | $3,500,858 | $3,500,858 |
| Equity Series B | | |
| Series B | $8,000,000 | $8,000,000 |
| Series B Issuance Cost | (79,965) | (79,965) |
| Total Series B | $7,920,035 | $7,920,035 |
| Common Stock | $268,850 | $268,850 |
| Retained Earnings | (757,849) | (757,849) |
| Net Income | (5,988,994) | (6,015,503) |
| Total Equity | $4,942,901 | $4,916,392 |
| **TOTAL LIABILITIES & EQUITY** | **$11,244,720** | **$11,341,985** |

Highly Confidential