**Year 1**

*Private & Co*

# Projected Cashflow

| | Q4 - 05 | | | Q1 - 06 | | |
|---|---|---|---|---|---|---|
| | Oct-05 | Nov-05 | Dec-05 | Jan-06 | Feb-06 | Mar-06 |
| **Inventory** | | | | | | |
| Total Videos views (m) | 16 | 60 | 123 | 308 | 517 | 775 |
| Video Embed views (m) | 2 | 9 | 18 | 44 | 74 | 111 |
| Site Video views (m) | 14 | 51 | 105 | 264 | 443 | 664 |
| Views per day (m) | 1 | 2 | 4 | 10 | 17 | 26 |
| Page Impressions (m) | | 90 | 185 | 461 | 775 | 1,162 |
| Growth rate | | 275% | 105% | 150% | 68% | 50% |
| Total Bandwidth TB | | 988 | | 2470 | 4150 | 6224 |
| % Domestic Traffic | 45% | 45% | 45% | 45% | 45% | 45% |
| # of unique viewers (m) | 0.1 | 0.5 | 1.0 | 2.6 | 4.3 | 6.5 |
| **Income** | | | | | | |
| *Revenue Streams* | | | | | | |
| **Banner Ads - Watch Page** | | | | | | |
| % of inventory sold | 0% | 0% | 0% | 65% | 65% | 65% |
| eRPM | $ - | $ - | $ - | $ 0.25 | $ 0.25 | $ 0.25 |
| Revenue - Banner Ads | $ 0 | $ - | $ - | $ 49,969 | $ 83,948 | $ 125,921 |
| **Banner Ads - Results Page** | | | | | | |
| % of inventory sold | 0% | 0% | 0% | 55% | 55% | 55% |
| eRPM | $ - | $ - | $ - | $ 0.25 | $ 0.25 | $ 0.25 |
| Revenue - Banner Ads | $ - | $ - | $ - | $ 42,281 | $ 71,033 | $ 106,549 |
| **Pre-roll (partner content)** | | | | | | |
| % of inventory sold | 0% | 0% | 0% | 0% | 0% | 0% |
| eRPM | $ - | $ - | $ - | $ - | $ - | $ - |
| Revenue - Pre-roll | $ - | $ - | $ - | $ - | $ - | $ - |
| **Embed Text Ads** | | | | | | |
| % of inventory sold | 0% | 0% | 0% | 0% | 0% | 0% |
| eRPM | $ - | $ 0.20 | $ 0.20 | $ 0.20 | $ 0.20 | $ 0.20 |
| Revenue - Embeds | $ - | $ - | $ - | $ - | $ - | $ - |
| **Promoted Videos** | | | | | | |
| % of inventory sold | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| eRPM | $ 2.00 | $ 2.00 | $ 2.00 | $ 2.00 | $ 2.00 | $ 2.00 |

Highly Confidential

Confidential

| | Q2 - 06 | | | Q3 - 06 | | | Q4 - 06 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 |
| | 1,065 | 1,257 | 1,427 | 1,571 | 1,691 | 1,787 | 1,863 | 1,923 | 1,969 |
| | 152 | 180 | 204 | 224 | 242 | 255 | 266 | 275 | 281 |
| | 913 | 1,078 | 1,223 | 1,347 | 1,449 | 1,532 | 1,597 | 1,648 | 1,688 |
| | 36 | 42 | 48 | 52 | 56 | 60 | 62 | 64 | 66 |
| | 1,598 | 1,886 | 2,141 | 2,357 | 2,536 | 2,681 | 2,795 | 2,885 | 2,954 |
| | 38% | 18% | 14% | 10% | 8% | 6% | 4% | 3% | 2% |
| | 8559 | 10099 | 11462 | 12623 | 13582 | 14355 | 14968 | 15448 | 15819 |
| | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% |
| | 8.9 | 10.5 | 11.9 | 13.1 | 14.1 | 14.9 | 15.5 | 16.0 | 16.4 |
| | | | | | | | | | |
| | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% |
| | 0.25 | 0.25 | $ 0.50 | 0.95 | 0.75 | 0.75 | 0.75 | $ 1.00 | 1.00 |
| | $ 173,142 | $ 204,307 | $ 463,777 | $ 970,396 | $ 824,278 | $ 871,223 | $ 908,438 | $ 1,250,054 | $ 1,280,089 |
| | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% |
| | 0.25 | 0.25 | $ 0.50 | 0.50 | $ 0.75 | 0.75 | 0.75 | $ 1.00 | 1.00 |
| | $ 146,505 | $ 172,875 | $ 392,427 | $ 432,160 | $ 697,466 | $ 737,189 | $ 768,678 | $ 1,057,738 | $ 1,083,152 |
| | 0% | 0% | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
| | $ - | $ - | $ 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 |
| | $ - | $ - | $ 85,620 | 94,290 | 101,450 | 107,227 | 111,808 | 115,390 | 118,162 |
| | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| | $ 0.20 | $ 0.20 | $ 0.20 | $ 0.20 | $ 0.20 | $ 0.20 | $ 0.20 | $ 0.20 | $ 0.20 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | 0.00% | 0.00% | 0.00% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% |
| | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |

GOO001-05920389

| | Q4-05 | FY-05 | Q1-06 | Q2-06 | Q3-06 | Q4-06 | FY-06 |
|---|---|---|---|---|---|---|---|
| | 199 | | 1,599 | 3,750 | 5,049 | 5,756 | 16,154 |
| | 28 | | 228 | 536 | 721 | 822 | 2,308 |
| | 171 | | 1,371 | 3,214 | 4,328 | 4,934 | 13,846 |
| | 2 | | 18 | 42 | 56 | 64 | 179 |
| | 275 | | 2,399 | 5,625 | 7,574 | 8,634 | 24,231 |
| | 190% | | 89% | 23% | 8% | 23% | 36% |
| | 988 | | 12,844 | 30,120 | 40,560 | 46,235 | 129,759 |
| | 45% | | 45% | 45% | 45% | 45% | 45% |
| | 1.03 | | 6.5 | 11.9 | 14.9 | 16.4 | 16.4 |
| | 0% | | 65% | 65% | 65% | 65% | 65% |
| | $ - | | $ 0.25 | $ 0.33 | $ 0.82 | $ 0.92 | $ 0.58 |
| | $ - | | $ 259,838 | $ 841,226 | $ 2,665,898 | $ 3,438,581 | $ 7,205,542 |
| | 0% | | 55% | 55% | 55% | 55% | 55% |
| | $ - | | $ 0.25 | $ 0.33 | $ 0.67 | $ 0.92 | $ 0.54 |
| | $ - | | $ 219,863 | $ 711,807 | $ 1,866,815 | $ 2,909,568 | $ 5,708,053 |
| | 0% | | 0% | 0% | 1% | 1% | 1% |
| | $ - | | $ - | $ 2.33 | $ 7.00 | $ 7.00 | $ 4.08 |
| | $ - | | $ - | $ 85,620 | $ 302,967 | $ 345,359 | $ 733,946 |
| | 0% | | 0% | 0% | 0% | 0% | 0% |
| | $ 0.13 | | $ 0.20 | $ 0.20 | $ 0.20 | $ 0.20 | $ 0.20 |
| | $ - | | $ - | $ - | $ - | $ - | $ - |
| | 0% | | 0% | 0% | 1% | 1% | 0% |
| | $ 2.00 | | $ 2.00 | $ 2.00 | $ 2.00 | $ 2.00 | $ 2.00 |

Highly Confidential

| Revenue - Promo Videos | | | | | | |
|---|---|---|---|---|---|---|
| **Revenue** | $ - | $ - | $ 15,000 | $ 92,250 | $ 154,980 | $ 232,470 |
| **Cost of Revenue** | | | | | | |
| **ServerBeach** | | | | | | |
| # of machines | | | 136 | 136 | 296 | 296 |
| Base Cost ($250/machine) | | | | $ 34,000 | $ 74,000 | $ 74,000 |
| ServerBeach Bandwidth (TB) | | | 988 | 2470 | 4150 | 4668 |
| Total SB Cost | $ 5,333 | $ 87,395 | $ 167,724 | $ 532,268 | $ 911,091 | $ 1,015,727 |
| **Rackspace** | | $ 20,430 | $ 45,578 | $ 70,000 | $ 70,000 | $ 70,000 |
| **Data Center** | | | | | | |
| Data Center Bandwidth (TB/Month) | | | | | | 1556 |
| Tbits/Day | | | | | | 414.96 |
| Mbits/Hr | | | | | | 1812979.04 |
| Mbits/Sec | | | | | | 5036.08 |
| Peak Mbits/Sec (30% greater) | | | | | | 6546.90 |
| Data Center Bandwidth (Mbits/s) | | | | | | 5036.08 |
| Cage/Power | | | | | | $ 44,000 |
| Fiber | | | | | | $ 13,000 |
| Bandwidth Cost | | | | | | $ 75,541 |
| Total Data Center Costs | | | | | | $ 132,541 |
| **Cost of Revenue** | $ 5,333 | $ 107,825 | $ 213,302 | $ 602,268 | $ 981,091 | $ 1,218,268 |
| Gross Margin | $ (5,333) | $ (107,825) | $ (198,302) | $ (510,018) | $ (826,111) | $ (985,798) |
| Gross Margin % | | | | | -533.0% | -424.1% |
| | | | | | | |
| eRPM | $ - | $ - | $ 0.12 | $ 0.30 | $ 0.30 | $ 0.30 |
| Cost per 1000 video views | $ 0.33 | $ 1.80 | $ 1.73 | $ 1.96 | $ 1.90 | $ 1.57 |
| Gross Margin eRPM | $ (0.33) | $ (1.80) | $ (1.61) | $ (1.66) | $ (1.60) | $ (1.27) |
| Op Ex CPM | $ (4.97) | $ (3.36) | $ (1.85) | $ (1.33) | $ (1.81) | $ (0.55) |
| Breakeven CPM Target | $ (5.30) | $ (5.16) | $ (3.46) | $ (2.99) | $ (3.71) | $ (2.12) |
| | | | | | | |
| **Staff Costs** | | | | | | |
| CEO | 1 | 1 | 1 | 1 | 1 | 1 |
| *Engineering* | | | | | | |
| CTO | 1 | 1 | 1 | 1 | 1 | 1 |
| Engineers | 3 | 5 | 5 | 9 | 9 | 9 |
| Program Manager | 1 | 1 | 1 | 1 | 1 | 1 |

Highly Confidential

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $ 16,880 | $ 16,484 | $ 15,973 | $ 15,318 | $ 14,493 | $ 13,470 | $ - | $ - | $ - |
| $ 2,498,284 | $ 2,439,666 | $ 1,804,896 | $ 1,730,958 | $ 1,637,687 | $ 1,510,316 | $ 941,825 | $ 377,183 | $ 319,646 |
| 296 | 296 | 296 | 296 | 296 | 296 | 296 | 296 | 296 |
| $ 74,000 | $ 74,000 | $ 74,000 | $ 74,000 | $ 74,000 | $ 74,000 | $ 74,000 | $ 74,000 | $ 74,000 |
| 888 | 888 | 888 | 888 | 888 | 888 | 888 | 888 | 888 |
| $ 253,134 | $ 253,134 | $ 253,134 | $ 253,134 | $ 253,134 | $ 253,134 | $ 253,134 | $ 253,134 | $ 253,134 |
| 14931 | 14560 | 14080 | 13467 | 12694 | 11735 | 10574 | 9211 | 7671 |
| 3981.60 | 3882.62 | 3754.75 | 3591.23 | 3384.96 | 3129.34 | 2819.86 | 2456.29 | 2045.48 |
| 173958604.17 | 169634203.11 | 164047317.24 | 156903292.01 | 147891192.27 | 136723133.73 | 123201458.62 | 107316965.10 | 89368384.85 |
| 48321.83 | 47120.61 | 45568.70 | 43584.25 | 41080.89 | 37978.65 | 34222.63 | 29810.27 | 24824.55 |
| 62818.38 | 61256.80 | 59239.31 | 56659.52 | 53405.15 | 49372.24 | 44489.42 | 38753.35 | 32271.92 |
| 48321.83 | 47120.61 | 45568.70 | 43584.25 | 41080.89 | 37978.65 | 34222.63 | 29810.27 | 24824.55 |
| $ 44,000 | $ 44,000 | $ 44,000 | $ 44,000 | $ 44,000 | $ 44,000 | $ 44,000 | $ 44,000 | $ 44,000 |
| $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 |
| $ 724,828 | $ 706,809 | $ 683,530 | $ 653,764 | $ 616,213 | $ 569,680 | $ 513,339 | $ 447,154 | $ 372,368 |
| $ 781,828 | $ 763,809 | $ 740,530 | $ 710,764 | $ 673,213 | $ 626,680 | $ 570,339 | $ 504,154 | $ 429,368 |
| $ 1,034,962 | $ 1,016,944 | $ 993,665 | $ 963,898 | $ 926,348 | $ 879,814 | $ 823,474 | $ 757,288 | $ 682,503 |
| $ 1,463,322 | $ 1,422,722 | $ 811,231 | $ 767,060 | $ 711,339 | $ 630,502 | $ 118,351 | $ (380,106) | $ (362,856) |
| 58.6% | 58.3% | 44.9% | 44.3% | 43.4% | 41.7% | 12.6% | -100.8% | -113.5% |
| $ 1.27 | $ 1.27 | $ 0.97 | $ 0.97 | $ 0.97 | $ 0.96 | $ 0.66 | $ 0.30 | $ 0.30 |
| $ 0.53 | $ 0.53 | $ 0.53 | $ 0.54 | $ 0.55 | $ 0.56 | $ 0.58 | $ 0.60 | $ 0.64 |
| $ 0.74 | $ 0.74 | $ 0.44 | $ 0.43 | $ 0.42 | $ 0.40 | $ 0.08 | $ (0.30) | $ (0.34) |
| $ (0.25) | $ (0.25) | $ (0.27) | $ (0.26) | $ (0.64) | $ (0.30) | $ (0.32) | $ (0.34) | $ (0.39) |
| $ (0.77) | $ (0.78) | $ (0.80) | $ (0.80) | $ (1.19) | $ (0.86) | $ (0.89) | $ (0.94) | $ (1.03) |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 11 | 11 | 11 | 10 | 10 | 10 | 9 | 9 | 9 |
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |

Highly Confidential

Highly Confidential

| | | | | | |
|---|---|---|---|---|---|
| | 92,618 | 49,337 | 43,281 | - | 479,700 | 15,000 | $29,979,404 |
| | $ 13,740,160 | $ 6,742,845 | $ 4,878,961 | $ 1,638,654 | $ | $ |
| | 296 | 296 | 296 | 296 | 296 | 136 |
| | 848,000 | 222,000 | 222,000 | 222,000 | 182,000 | |
| | 19,280 | 2,664 | 2,664 | 2,664 | 11,288 | 988 |
| | 4,737,296 | 759,403 | 759,403 | 759,403 | 2,459,085 | 260,452 |
| | 210,000 | - | - | - | 210,000 | 66,008 |
| | 440,000 | 132,000 | 132,000 | 132,000 | 44,000 | - |
| | 130,000 | 39,000 | 39,000 | 39,000 | 13,000 | - |
| | 5,363,227 | 2,115,167 | 2,010,657 | 1,332,862 | 75,541 | |
| | 5,933,227 | 2,286,167 | | 1,503,862 | 132,541 | |
| | 10,880,522 | 3,045,571 | 2,770,060 | 2,263,265 | 2,801,627 | 326,460 |
| | 2,859,637 | 3,697,275 | 2,108,901 | (624,611) | (2,321,927) | (311,460) #REF! |
| | 20.8% | 54.8% | 43.2% | -38.1% | -484.0% | #REF! #REF! |
| | 1.27 | 1.27 | 0.97 | 0.66 | 0.30 | 0.12 |
| | 0.53 | 0.53 | 0.54 | 0.58 | 1.57 | 1.73 |
| | 0.74 | 0.74 | 0.43 | 0.08 | (1.27) | (1.61) |
| | (0.25) | (0.25) | (0.26) | (0.32) | (0.55) | (1.73) |
| | (0.77) | (0.77) | (0.80) | (0.89) | (2.12) | (3.46) |
| | 1 | 1 | 1 | 1 | 1 | 1 |
| | 1 | 1 | 1 | 1 | 1 | 5 |
| | 11 | 11 | 10 | 9 | 9 | 1 |
| | 2 | 2 | 2 | 2 | 1 | |

| | C1 | C2 | C3 | C4 | C5 | C6 |
|---|---|---|---|---|---|---|
| IT | 1 | 1 | 1 | 2 | 2 | 2 |
| *Biz Dev* | | | | | | |
| VP Biz Dev | | 1 | 1 | 1 | 1 | 1 |
| Biz Dev | 1 | 1 | 1 | 1 | 2 | 2 |
| *Product Mgmt* | | | | | | |
| Design | 1 | 1 | 2 | 2 | 2 | 3 |
| Product manager | | | 1 | 1 | 1 | 2 |
| *Sales & Marketing* | | | | | | |
| VP Sales | | | | 1 | 1 | 1 |
| Dir Sales | | | | | | |
| Public Relations | | | | 1 | 1 | 1 |
| *G&A* | | | | | | |
| Office Manager | 1 | 1 | 1 | 1 | 1 | 1 |
| Reception/Assistant | | 1 | 1 | 1 | 1 | 1 |
| Community Manager | | | | 1 | 1 | 1 |
| Accountant | | | | | | |
| **Total** | **7** | **12** | **15** | **21** | **25** | **27** |

**Headcount by Department**

| | C1 | C2 | C3 | C4 | C5 | C6 |
|---|---|---|---|---|---|---|
| Engineering | 4 | 8 | 8 | 13 | 13 | 13 |
| Biz Dev | 1 | 1 | 2 | 2 | 3 | 3 |
| Product Management | 1 | 3 | 3 | 3 | 3 | 5 |
| Sales and Marketing | 0 | 0 | 0 | 0 | 3 | 2 |
| G&A | 1 | 2 | 2 | 3 | 4 | 4 |
| **Total** | **7** | **12** | **15** | **21** | **25** | **27** |

**Assumptions**

| | C1 | C2 | C3 | C4 | C5 | C6 |
|---|---|---|---|---|---|---|
| Ave monthly salary | 8000 | 8000 | 8000 | 8000 | 8500 | 8500 |
| Benefit % of salary | 15% | 15% | 15% | 25% | 25% | 25% |

**Expenses**

*General & Administrative*

Highly Confidential

Highly Confidential

| | 15 | 27 | 30 | 32 | 34 | 34 |
|---|---|---|---|---|---|---|
| | 1 | 2 | 2 | 2 | 2 | 2 |
| | 1 | 1 | 1 | 1 | 1 | 1 |
| | 1 | 2 | 2 | 2 | 2 | 2 |
| | 2 | 3 | 3 | 3 | 3 | 3 |
| | 1 | 2 | 2 | 2 | 2 | 2 |
| | 0 | 1 | 1 | 1 | 1 | 1 |
| | 0 | 0 | 1 | 2 | 3 | 3 |
| | 1 | 1 | 1 | 1 | 1 | 1 |
| | 0 | 1 | 1 | 1 | 1 | 1 |
| | 0 | 1 | 1 | 1 | 1 | 1 |
| **Total** | **15** | **27** | **30** | **32** | **34** | **34** |
| | 8 | 13 | 14 | 15 | 16 | 16 |
| | 2 | 3 | 3 | 3 | 3 | 3 |
| | 3 | 5 | 5 | 5 | 5 | 5 |
| | 0 | 3 | 3 | 5 | 5 | 5 |
| | 2 | 4 | 5 | 4 | 5 | 5 |
| | 15 | 27 | 30 | 32 | 34 | 34 |
| | 8000 | 8500 | 9000 | 9000 | 9000 | |
| | 15% | 25% | 25% | 25% | 25% | |

GOO001-05920396

| | | | | | | |
|---|---|---|---|---|---|---|
| Salary | $ 56,000 | $ 96,000 | $ 120,000 | $ 168,000 | $ 212,500 | $ 229,500 |
| Benefits | $ 8,400 | $ 14,400 | $ 18,000 | $ 42,000 | $ 53,125 | $ 57,375 |
| Rent | $ 10,576 | $ 10,576 | $ 10,576 | $ 10,576 | $ 10,576 | $ 10,576 |
| Executive Recruitment | | | | | | $ 30,000 |
| Intern | $ 600 | $ 600 | $ 600 | $ 1,200 | $ 1,200 | $ 1,200 |
| Professional & Legal Fees | $ 7,500 | $ 7,500 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 |
| Patents/Legal | | $ 4,500 | $ 4,500 | $ 10,000 | $ 10,000 | $ 10,000 |
| Business Insurance | | | | | | |
| Travel | $ - | $ - | $ 2,500 | $ 5,000 | $ 5,000 | $ 5,000 |
| Office Expenses | $ 7,000 | $ 7,000 | $ 7,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| *Sales & Marketing* | | | | | | |
| Marketing | | $ 8,000 | $ 8,000 | $ 8,000 | $ 10,000 | $ 10,000 |
| Public Relations | | $ 12,000 | $ 12,000 | $ 12,000 | $ - | $ - |
| *Research & Development* | | | | | | |
| Lab Equipment | | | | | | |
| Computer/Software - EE | | $ 25,000 | $ 15,000 | $ 30,000 | $ 20,000 | $ 10,000 |
| Equipment Loan Payments | | | | | $ 28,212 | $ 28,212 |
| **Total Op Ex** | $ 79,500 | $ 185,576 | $ 213,176 | $ 311,776 | $ 375,613 | $ 416,863 |
| OpEx / Person | $ 11,357 | $ 15,465 | $ 14,212 | $ 14,846 | $ 15,025 | $ 15,439 |
| **Expenses by Category** | | | | | | |
| General & Administrative | $ 79,500 | $ 140,576 | $ 178,176 | $ 261,776 | $ 317,401 | $ 368,651 |
| Sales & Marketing | $ - | $ 20,000 | $ 20,000 | $ 20,000 | $ 10,000 | $ 10,000 |
| Research & Development | $ - | $ 25,000 | $ 15,000 | $ 30,000 | $ 48,212 | $ 38,212 |
| **Total Operating Expenses** | $ 79,500 | $ 185,576 | $ 213,176 | $ 311,776 | $ 375,613 | $ 416,863 |
| **Other Income** | | | | | | |
| Interest Income | | $ 5,809 | $ 5,293 | $ 4,608 | $ 3,230 | $ 1,215 |
| **Net Gain/Loss** | $ (84,833) | $ (287,592) | $ (406,185) | $ (817,186) | $ (1,198,494) | $ (1,401,446) |
| **Cap X** | | | | | | |
| Furniture | | $ 10,000 | | | | |
| Lease Deposit | | $ 7,500 | | | | |
| **Data Center** | | | | | $ 555,000 | |

Highly Confidential

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $ 246,500 | $ 255,000 | $ 255,000 | $ 288,000 | $ 288,000 | $ 288,000 | $ 306,000 | $ 306,000 | $ 306,000 |
| $ 61,625 | $ 63,750 | $ 63,750 | $ 72,000 | $ 72,000 | $ 72,000 | $ 76,500 | $ 76,500 | $ 76,500 |
| $ 10,576 | $ 10,576 | $ 10,576 | $ 10,576 | $ 10,576 | $ 10,576 | $ 10,576 | $ 10,576 | $ 10,576 |
| | | $ 30,000 | | | | | | |
| $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 |
| $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 |
| $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| $ - | $ - | $ - | $ - | $ - | | | $ - | |
| $ 10,000 | $ 5,000 | | $ 10,000 | | | | | |
| $ 28,212 | $ 28,212 | $ 28,212 | $ 28,212 | $ 28,212 | $ 28,212 | $ 28,212 | $ 28,212 | $ 28,212 |
| $ 408,113 | $ 413,738 | $ 438,738 | $ 459,988 | $ 449,988 | $ 449,988 | $ 482,488 | $ 472,488 | $ 472,488 |
| $ 14,073 | $ 13,791 | $ 14,625 | $ 14,375 | $ 14,062 | $ 14,062 | $ 14,191 | $ 13,897 | $ 13,897 |
| $ 359,901 | $ 370,526 | $ 400,526 | $ 411,776 | $ 411,776 | $ 411,776 | $ 434,276 | $ 434,276 | $ 434,276 |
| $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| $ 38,212 | $ 33,212 | $ 28,212 | $ 38,212 | $ 28,212 | $ 28,212 | $ 38,212 | $ 28,212 | $ 28,212 |
| $ 408,113 | $ 413,738 | $ 438,738 | $ 459,988 | $ 449,988 | $ 449,988 | $ 482,488 | $ 472,488 | $ 472,488 |
| $ (1,137) | $ (2,441) | $ (3,784) | $ (4,341) | $ (4,081) | $ (3,669) | $ (3,163) | $ (2,637) | $ (1,075) |
| $ (772,106) | $ (796,284) | $ (324,171) | $ 166,173 | $ 257,270 | $ 313,403 | $ 325,580 | $ 947,597 | $ 989,759 |
| | | | | $ 615,000 | | | | |

Highly Confidential

| | | | | | |
|---|---|---|---|---|---|
| $ 272,000 | $ 610,000 | $ 756,500 | $ 864,000 | $ 918,000 | $ 3,148,500 |
| $ 40,800 | $ 152,500 | $ 189,125 | $ 216,000 | $ 229,500 | $ 787,125 |
| $ 21,152 | $ 31,728 | $ 31,728 | $ 31,728 | $ 31,728 | $ 126,910 |
| $ - | $ 30,000 | $ - | $ - | $ - | $ 60,000 |
| $ 1,800 | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 | $ 14,400 |
| $ 30,000 | $ 45,000 | $ 45,000 | $ 45,000 | $ 45,000 | $ 180,000 |
| $ 9,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 120,000 |
| $ 2,500 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 60,000 |
| $ 21,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 120,000 |
| $ 16,000 | $ 28,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 118,000 |
| $ 24,000 | $ 12,000 | $ - | $ - | $ - | $ 12,000 |
| $ - | $ 60,000 | $ 15,000 | $ 10,000 | $ 10,000 | $ 95,000 |
| $ 40,000 | $ 56,424 | $ 84,636 | $ 84,636 | $ 84,636 | $ 310,332 |
| $ 478,252 | $ 1,104,252 | $ 1,260,589 | $ 1,359,964 | $ 1,427,464 | $ 5,152,267 |
| | | | | | |
| $ 398,252 | $ 947,828 | $ 1,130,953 | $ 1,235,328 | $ 1,302,828 | $ 4,616,935 |
| $ 40,000 | $ 40,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 130,000 |
| $ 40,000 | $ 116,424 | $ 99,636 | $ 94,636 | $ 94,636 | $ 405,332 |
| $ 478,252 | $ 1,104,252 | $ 1,260,589 | $ 1,359,964 | $ 1,427,464 | $ 5,152,267 |
| | | | | | |
| $ 11,101 | $ 9,053 | $ (7,362) | $ (12,091) | $ (6,875) | $ (17,275) |
| | | | | | |
| $ (778,611) #REF! | $ (3,417,125) | $ (1,892,562) | $ 736,846 | $ 2,262,936 | $ (2,309,906) |
| | | | | | |
| $ 10,000 | $ 10,000 | $ - | $ - | $ - | $ 10,000 |
| $ 7,500 | $ 7,500 | $ - | $ - | $ - | $ 7,500 |
| $ - | $ 555,000 | $ 615,000 | $ - | $ - | $ 1,170,000 |

Highly Confidential

| | C1 | C2 | C3 | C4 | C5 | C6 |
|---|---|---|---|---|---|---|
| Website | $ - | $ 4,500 | $ 4,500 | $ 10,000 | $ 10,000 | $ 10,000 |
| **Sub Total - Cap X** | $ - | $ 22,000 | $ 4,500 | $ 10,000 | $ 10,000 | $ 10,000 |
| Running Cap X | | $ 22,000 | $ 26,500 | $ 36,500 | $ 601,500 | $ 611,500 |
| Depreciation | | $ 611 | $ 736 | $ 1,014 | $ 16,708 | $ 16,986 |
| **Gross Burn (excluding rev & CGS)** | $ (79,500) | $ (201,767) | $ (212,383) | $ (317,168) | $ (937,383) | $ (425,648) |
| **Funding / Debt** | $3,570,000 | | | | $ 555,000 | |
| **Cash Balance** | $3,485,167 | $3,175,575 | $2,764,889 | $1,937,704 | $ 729,210 | $ (682,236) |
| Employee Related Expenses | | #REF! | #REF! | #REF! | #REF! | #REF! |
| HC | | | 15 | 21 | 25 | 27 |
| Avg cost per employee | | #REF! | #REF! | #REF! | #REF! | #REF! |

Highly Confidential

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| $ 621,500 | $ 631,500 | $ 641,500 | $ 651,500 | $ 625,000 | $ 1,276,500 | $ 1,286,500 | $ 1,296,500 | $ 1,306,500 | $ 1,316,500 |
| $ 17,264 | $ 17,542 | $ 17,819 | $ 18,097 | $ 35,458 | $ 35,736 | $ 36,014 | $ 36,292 | $ 36,569 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $ (419,250) | $ (426,178) | $ (452,522) | $ (474,329) | $ (1,079,069) | $ (463,657) | $ (495,651) | $ (485,125) | $ (483,562) |

$ 615,000

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $ (1,464,342) | $ (2,270,627) | $ (2,604,798) | $ (2,448,625) | $ (2,201,355) | $ (1,897,952) | $ (1,582,372) | $ (644,775) | $ 334,984 |

1000000
0.0357
35700
1285200

Highly Confidential

| | | | | | |
|---|---|---|---|---|---|
| $ 9,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 120,000 |
| $ 26,500 | $ 585,000 | $ 30,000 | $ 645,000 | $ 30,000 | $ 1,290,000 |
| $ 1,347 | $ 34,708 | $ 52,625 | $ 89,292 | $ 108,875 | $ 285,500 |
| $ (493,651) | $ (1,680,199) | $ (1,297,951) | $ (2,017,055) | $ (1,464,339) | $ (6,459,543) |
| $3,570,000 | $ 555,000 | - | $ 615,000 | - | $ 1,170,000 |
| $2,764,889 | $ (682,236) | $ (2,604,798) | $ (1,897,952) | $ 334,984 | $ 334,984 |

GOO001-05920402

**Cell:** A6
**Comment:** Brent Hurley:
Chad Hurley
Steve Chen

**Cell:** A12
**Comment:** Brent Hurley:
Based on December 2005 actual results

**Cell:** A16
**Comment:** Brent Hurley:
Chris Maxcy

**Cell:** I42
**Comment:** Brent Hurley:
2yr commitment to push 3TB/machine per month

**Cell:** A43
**Comment:** Brent Hurley:
Assumed that 6% of traffic goes to CDNs at $.15/GB rate, while all other traffic is billed at $.20/GB rate

GOO001-05920403

Assumptions

| | per month | per year | |
|---|---|---|---|
| Average Salary (Oct 05) | $ 8,000 | $ | 96,000 |
| Average Salary (Nov 05) | $ 8,125 | $ | 97,500 |
| Average Salary (Dec 05) | $ 8,250 | $ | 99,000 |
| Average Salary (Jan 06) | $ 8,500 | $ | 102,000 |
| Average Salary (Feb 06) | $ 8,500 | $ | 102,000 |
| Average Salary (Mar 06) | $ 8,500 | $ | 102,000 |
| | | | |
| Benefits (pre 7/1/05) | 0.15 | | |
| Benefits (post 7/1/05) | 0.25 | | |
| | | | |
| Equipment | 10000 | per HC (all inclusive) | |
| Office Expense | 200 | per HC per month | |
| | | | |
| Employee Morale | 200 | $50/ week per HC | |
| | | | |
| Equipment - new employees | 5000 | | |
| | | | |
| Interest Rate | 0.02 | | |

Highly Confidential

GOO001-05920404

# Waterfall - Video Views and Revenue



**Video views (m)**

|  | Oct-05 | Nov-05 | Dec-05 | Jan-06 | Feb-06 | Mar-06 |
|---|---|---|---|---|---|---|
|  | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Sep-05 | | 15 | 30 | 54 | 81 | 109 | 138 |
| Oct-05 | | 16 | 30 | 54 | 81 | 109 | 138 |
| Nov-05 | | | 60 | 108 | 162 | 219 | 276 |
| Dec-05 | | | | 123 | 308 | 517 | 775 |
| Jan-06 | | | | | | | |
| Feb-06 | | | | | | | |
| Mar-06 | | | | | | | |
| Apr-06 | | | | | | | |
| May-06 | | | | | | | |
| Jun-06 | | | | | | | |
| Jul-06 | | | | | | | |
| Aug-06 | | | | | | | |
| Sep-06 | | | | | | | |
| Oct-06 | | | | | | | |
| Nov-06 | | | | | | | |
| Dec-06 | | | | | | | |

**Cumulative Views (m)**

|  | Oct-05 | Nov-05 | Dec-05 | Jan-06 | Feb-06 | Mar-06 |
|---|---|---|---|---|---|---|
|  | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|  | 16 | 76 | 199 | 199 | 199 | 199 |

**Revenue**

|  | Oct-05 | Nov-05 | Dec-05 | Jan-06 | Feb-06 | Mar-06 |
|---|---|---|---|---|---|---|
|  | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Sep-05 | | 0 | 0 | 0 | 121,500 | 164,025 | 207,082 |
| Oct-05 | | 0 | 0 | 0 | 121,500 | 164,025 | 207,082 |
| Nov-05 | | | 0 | 0 | 243,000 | 328,050 | 414,163 |
| Dec-05 | | | | 143,969 | 92,250 | 154,980 | 232,470 |
| Jan-06 | | | | | | | |
| Feb-06 | | | | | | | |
| Mar-06 | | | | | | | |

Highly Confidential

GOO001-05920405



| | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 | Act+Fcst |
|---|---|---|---|---|---|---|---|---|---|---|
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | |
| | 165 | 190 | 211 | 228 | 242 | 254 | 263 | 269 | 275 | 2,524 |
| | 165 | 190 | 211 | 228 | 242 | 254 | 263 | 269 | 275 | 2,525 |
| | 330 | 379 | 421 | 456 | 485 | 507 | 525 | 539 | 550 | 5,034 |
| | 1065 | 1257 | 1427 | 1571 | 1691 | 1787 | 1863 | 1923 | 1969 | 16,353 |
| | | | | | | | | | | 199 |
| | | | | | | | | | | 199 |
| | | | | | | | | | | 199 |
| | | | | | | | | | | 199 |
| | | | | | | | | | | 199 |
| | | | | | | | | | | 199 |
| | | | | | | | | | | 199 |
| | | | | | | | | | | 199 |
| | | | | | | | | | | 199 |
| | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | |

| | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 | Act+Fcst |
|---|---|---|---|---|---|---|---|---|---|---|
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | |
| | 247,851 | 284,447 | 315,948 | 342,189 | 363,505 | 380,488 | 393,820 | 404,169 | 412,136 | 3,637,160 |
| | 247,851 | 284,447 | 315,948 | 342,189 | 363,505 | 380,488 | 393,820 | 404,169 | 412,136 | 3,637,160 |
| | 495,701 | 568,895 | 631,896 | 684,379 | 727,010 | 760,976 | 787,640 | 808,339 | 824,271 | 7,274,320 |
| | 319,646 | 377,183 | 941,825 | 1,510,316 | 1,637,687 | 1,730,958 | 1,804,896 | 2,439,666 | 2,498,284 | 13,755,129 |
| | | | | | | | | | | 14,969 |
| | | | | | | | | | | 14,969 |
| | | | | | | | | | | 14,969 |

Highly Confidential

GOO001-05920406

| | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 |
|---|---|---|---|---|---|---|---|---|---|
| **Cumulative Revenue** | 0 | 0 | 0 | 14,969 | 14,969 | 14,969 | 14,969 | 14,969 |

Highly Confidential

GOO001-05920407



Highly Confidential



**Project Video Views Per Month**

GO0001-05920409



## Statement of Operations

| | Q4 - 05 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Oct-05 Forecast | Nov-05 Forecast | Dec-05 Forecast | Oct-05 Actual HC | Jan-05 Forecast | Jan-05 Forecast HC |
| Revenue | #REF! | #REF! | #REF! | | | |
| Cost of Revenue | #REF! | #REF! | #REF! | | | |
| Gross Margin | #REF! | #REF! | #REF! | | | |
| Gross Margin % | #REF! | #REF! | #REF! | | | |
| **Operating Expenses** | | | | | | |
| General & Administrative | $ 79,500 | $ 140,576 | $ 178,176 | | | |
| Sales & Marketing | $ - | $ 20,000 | $ 20,000 | | | |
| Research & Development | $ - | $ 25,000 | $ 15,000 | | | |
| **Total Operating Expenses** | $ 79,500 | $ 185,576 | $ 213,176 | | | |
| Interest Income | $ - | $ 5,809 | $ 5,293 | | | |
| **Net Gain/Loss** | #REF! | #REF! | #REF! | | | |

Highly Confidential

GOO001-05920410


Balance Sheet

| | | November 30, 2005 | | December 31, 2005 |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Company Cash | $ | 3,485,167 | $ | 3,175,575 |
| FBO Cash | | | | |
| Accounts Receivable | | | | |
| Prepaid expenses and other current assets | | | | |
| **Total current assets** | $ | 3,485,167 | $ | 3,175,575 |
| Property & Equipment, net | $ | - | $ | 22,000 |
| Other Assets | | | | |
| **Total assets** | $ | 3,485,167 | $ | 3,197,575 |
| | | | | |
| **Current Liabilities** | | | | |
| Accounts payable | $ | | $ | |
| Accrued expenses | | 79,500 | | 185,576 |
| Deferred revenue | | | | |
| **Total liabilities** | $ | 79,500 | $ | 185,576 |
| | | | | |
| **Stockholders' Equity** | | | | |
| Preferred stock | | | | |
| Common stock | | | | |
| Accumulated deficit | | | | |
| Year to date net loss | | | | |
| **Total stockholders' equity** | $ | - | $ | - |
| **Total liabilities and stockholders' equity** | $ | 79,500 | $ | 185,576 |

Highly Confidential

Balance Sheet

# YouTube, Inc.
# Balance Sheet
## As of January 25, 2006

**ASSETS**

**Current Assets**

    Checking/Savings

        1000 · Checking - SVB
        1001 · Checking (Old)
        1010 · Money Market

    Total Checking/Savings

    Accounts Receivable

        1200 · Accounts Receivable

    Total Accounts Receivable

    Other Current Assets

        1500 · Prepaid Expenses

        Total 1500 · Prepaid Expenses

    Total Other Current Assets

**Total Current Assets**

**Fixed Assets**

    1600 · Fixed Assets

        1610 · Computer Equipment
        1620 · Office Equipment
        1630 · Furniture and Fixtures

    Total 1600 · Fixed Assets

**Total Fixed Assets**

**Other Assets**

    1800 · Deposits and Intangible Assets

        1810 · Deposits

    Total 1800 · Deposits and Intangible Assets

**Total Other Assets**

Highly Confidential

# YouTube, Inc.
# Balance Sheet
## As of January 25, 2006

Balance Sheet

**ASSETS**

**Current Assets**

    Checking/Savings

        1000 · Checking - SVB
        1001 · Checking (Old)
        1010 · Money Market

    Total Checking/Savings

    Accounts Receivable

        1200 · Accounts Receivable

    Total Accounts Receivable

    Other Current Assets

        1500 · Prepaid Expenses

            1510 · Prepa
            1580 · Prepa
            1590 · Other

        Total 1500 · Prepaid Expenses

    Total Other Current Assets

**Total Current Assets**

**Fixed Assets**

    1600 · Fixed Assets

        1610 · Computer Equipment
        1620 · Office Equipment
        1630 · Furniture and Fixtures

    Total 1600 · Fixed Assets

**Total Fixed Assets**

**Other Assets**

    1800 · Deposits and Intangible Assets

        1810 · Deposits

    Total 1800 · Deposits and Intangible Assets

**Total Other Assets**

Highly Confidential

# YouTube, Inc.
# Balance Sheet
## As of January 25, 2006

Balance Sheet

**ASSETS**

**Current Assets**

Checking/Savings

- 1000 · Checking - SVB
- 1001 · Checking (Old)
- 1010 · Money Market

**Total Checking/Savings**
Accounts Receivable

- 1200 · Accounts Receivable

**Total Accounts Receivable**
Other Current Assets

- 1500 · Prepaid Expenses
  - 1510 · Prepa
  - 1580 · Prepa
  - 1590 · Other

**Total 1500 · Prepaid Expenses**

**Total Other Current Assets**

**Total Current Assets**
**Fixed Assets**

- 1600 · Fixed Assets
  - 1610 · Computer Equipment
  - 1620 · Office Equipment
  - 1630 · Furniture and Fixtures

**Total 1600 · Fixed Assets**

**Total Fixed Assets**
**Other Assets**

- 1800 · Deposits and Intangible Assets
  - 1810 · Deposits

**Total 1800 · Deposits and Intangible Assets**

**Total Other Assets**

Highly Confidential

GOO001-05920414

# YouTube, Inc.
# Balance Sheet
## As of January 25, 2006

Balance Sheet

**ASSETS**

| | |
|---|---|
| **Current Assets** | |
| Checking/Savings | 1000 · Checking - SVB |
| | 1001 · Checking (Old) |
| | 1010 · Money Market |
| **Total Checking/Savings** | |
| Accounts Receivable | 1200 · Accounts Receivable |
| **Total Accounts Receivable** | |
| Other Current Assets | 1500 · Prepaid Expenses |
| | 1510 · Prepa |
| | 1580 · Prepa |
| | 1590 · Other |
| **Total 1500 · Prepaid Expenses** | |
| **Total Other Current Assets** | |
| **Total Current Assets** | |
| **Fixed Assets** | 1600 · Fixed Assets |
| | 1610 · Computer Equipment |
| | 1620 · Office Equipment |
| | 1630 · Furniture and Fixtures |
| **Total 1600 · Fixed Assets** | |
| **Total Fixed Assets** | |
| **Other Assets** | 1800 · Deposits and Intangible Assets |
| | 1810 · Deposits |
| **Total 1800 · Deposits and Intangible Assets** | |
| **Total Other Assets** | |

Highly Confidential

GOO001-05920415

# YouTube, Inc.
# Balance Sheet
## As of January 25, 2006

TOTAL ASSETS
LIABILITIES & EQUITY

Liabilities

Current Liabilities

Accounts Payable

Total Accounts Payable
Other Current Liabilities

Total Other Current Liabilities

Total Current Liabilities

3000 · Series A

3010 · Series A Issuance Cost
3000 · Series A - Other

Total 3000 · Series A
3900 · Retained Earnings
Net Income

Total Liabilities
Equity

Total Equity

TOTAL LIABILITIES & EQUITY

Highly Confidential

# YouTube, Inc.
# Balance Sheet
# As of January 25, 2006

TOTAL ASSETS

LIABILITIES & EQUITY

Liabilities

Current Liabilities

Accounts Payable

2000 · Accou

2300 · Accru

Total 2300 ·

Total Accounts Payable
Other Current Liabilities

Total Other Current Liabilities

Total Current Liabilities

Total Liabilities
Equity

3000 · Series A

3010 · Series A Issuance Cost
3000 · Series A - Other

Total 3000 · Series A
3900 · Retained Earnings
Net Income

Total Equity

TOTAL LIABILITIES & EQUITY

Highly Confidential

# YouTube, Inc.
# Balance Sheet
# As of January 25, 2006

TOTAL ASSETS
LIABILITIES & EQUITY

Liabilities

Current Liabilities

Accounts Payable

2000 · Accou

Total Accounts Payable
Other Current Liabilities

2300 · Accru

Total 2300 ·

Total Other Current Liabilities

Total Current Liabilities

Total Liabilities
Equity

3000 · Series A

3010 · Series A Issuance Cost
3000 · Series A - Other

Total 3000 · Series A
3900 · Retained Earnings
Net Income

Total Equity

TOTAL LIABILITIES & EQUITY

# YouTube, Inc.
# Balance Sheet
## As of January 25, 2006

TOTAL ASSETS
LIABILITIES & EQUITY

Liabilities

Current Liabilities

Accounts Payable

2000 · Accou

Total Accounts Payable
Other Current Liabilities

2300 · Accru

Total 2300 ·

Total Other Current Liabilities

Total Current Liabilities

Total Liabilities
Equity

3000 · Series A

3010 · Series A Issuance Cost
3000 · Series A - Other

Total 3000 · Series A
3900 · Retained Earnings
Net Income

Total Equity

TOTAL LIABILITIES & EQUITY

Highly Confidential

GOO001-05920419