To:           'Alex Jakovleski' <ajakovleski@youtube.com>
From:         Brent Hurley ██████████████████
Cc:
Bcc:
Received Date: 2006-08-18 00:29:00 CST
Subject:      June Results

Brent Hurley

Director, Finance
Phone: ██████████████
Email: ██████████████████

71 E. Third Ave, 2nd Floor
San Mateo, CA 94401

We're hiring!

Attachments:

image001.gif
June Adsense.xls
June Target.xls

*Hurley B*
EXHIBIT NO. 14
3·26·08
A. IGNACIO HOWARD CSR, RPR

Highly Confidential



| June Target | $400,000 | -12 |
| --- | --- | --- |

6/1/2006          7/13/2006

Average cash per day needed to reach goal                              $
Cash projection given current results average                          $

**Cash Thermometer**

Thousands: $630, $600, $570, $540, $510, $480, $450, $420, $390, $360, $330, $300, $270, $240, $210, $180, $150, $120, $90, $60, $30, $0

**Earnings**

$45,000.00, $40,000.00, $35,000.00, $30,000.00, $25,000.00, $20,000.00, $15,000.00, $10,000.00, $5,000.00, $0.00

6/1/2006   6/8/2006   6/15/2006

| Date | Earnings | Runn |
| --- | --- | --- |
| 6/1/2006 | $11,532.31 | |
| 6/2/2006 | $13,292.83 | |
| 6/3/2006 | $14,470.03 | |
| 6/4/2006 | $14,324.62 | |
| 6/5/2006 | $39,243.86 | |
| 6/6/2006 | $26,294.45 | |
| 6/7/2006 | $29,016.43 | |
| 6/8/2006 | $19,963.20 | |
| 6/9/2006 | $21,262.82 | |
| 6/10/2006 | $21,694.38 | |
| 6/11/2006 | $22,492.43 | |
| 6/12/2006 | $22,531.77 | |
| 6/13/2006 | $21,842.01 | |
| 6/14/2006 | $24,380.43 | |
| 6/15/2006 | $20,682.23 | |
| 6/16/2006 | $22,185.33 | |
| 6/17/2006 | $20,484.34 | |
| 6/18/2006 | $20,262.84 | |
| 6/19/2006 | $22,393.52 | |
| 6/20/2006 | $23,117.87 | |
| 6/21/2006 | $21,955.10 | |
| 6/22/2006 | $18,150.03 | |
| 6/23/2006 | $15,365.77 | |
| 6/24/2006 | $12,987.85 | |
| 6/25/2006 | $13,375.47 | |
| 6/26/2006 | $17,950.73 | |
| 6/27/2006 | $21,384.79 | |
| 6/28/2006 | $24,523.44 | |

Highly Confidential



Earnings Per Day

Legend: Tribal Fusion, Value Click, Google

Highly Confidential

| | | $26,241.06 | |
| 6/29/2006 | | $21,984.85 | $225,386.79 |
| 6/30/2006 | | | |
| **Total** | | $625,386.79 | |

| Direct Sales | Start Date | End Date | Amount Due |
|---|---|---|---|
| Click Movie | 6/1/2006 | 6/25/2006 | $50,000.00 |
| Panasonic | 6/1/2006 | 7/10/2006 | $75,000.00 |

Highly Confidential



**Google Earnings**



| Date | Amount |
|------|--------|
| 6/1/2006 | $8,677.72 |
| 6/2/2006 | $10,268.76 |
| 6/3/2006 | $11,047.22 |
| 6/4/2006 | $10,291.15 |
| 6/5/2006 | $35,065.79 |
| 6/6/2006 | $21,833.67 |
| 6/7/2006 | $24,467.08 |
| 6/8/2006 | $15,549.58 |
| 6/9/2006 | $16,699.82 |
| 6/10/2006 | $17,361.14 |
| 6/11/2006 | $18,117.61 |
| 6/12/2006 | $16,915.72 |
| 6/13/2006 | $17,035.33 |
| 6/14/2006 | $19,078.65 |
| 6/15/2006 | $16,737.48 |
| 6/16/2006 | $17,963.77 |
| 6/17/2006 | $16,666.02 |
| 6/18/2006 | $16,535.85 |
| 6/19/2006 | $18,653.71 |
| 6/20/2006 | $19,494.67 |
| 6/21/2006 | $18,402.10 |
| 6/22/2006 | $15,353.25 |
| 6/23/2006 | $13,382.17 |
| 6/24/2006 | $10,443.99 |
| 6/25/2006 | $10,708.35 |
| 6/26/2006 | $13,610.33 |
| 6/27/2006 | $14,718.92 |
| 6/28/2006 | $16,966.09 |
| 6/29/2006 | $18,258.37 |
| 6/30/2006 | $12,992.58 |

| Total | $493,266.89 |

Highly Confidential



**ValueClick Earnings**



| | |
|---|---|
| 6/1/2006 | $1,550.00 |
| 6/2/2006 | $1,700.00 |
| 6/3/2006 | $2,000.00 |
| 6/4/2006 | $2,500.00 |
| 6/5/2006 | $2,800.00 |
| 6/6/2006 | $1,600.00 |
| 6/7/2006 | $2,450.00 |
| 6/8/2006 | $2,300.00 |
| 6/9/2006 | $1,950.00 |
| 6/10/2006 | $1,500.00 |
| 6/11/2006 | $1,650.00 |
| 6/12/2006 | $2,800.00 |
| 6/13/2006 | $2,650.00 |
| 6/14/2006 | $1,950.00 |
| 6/15/2006 | $1,600.00 |
| 6/16/2006 | $1,600.00 |
| 6/17/2006 | $900.00 |
| 6/18/2006 | $900.00 |
| 6/19/2006 | $1,150.00 |
| 6/20/2006 | $1,100.00 |
| 6/21/2006 | $1,000.00 |
| 6/22/2006 | $750.00 |
| 6/23/2006 | $500.00 |
| 6/24/2006 | $450.00 |
| 6/25/2006 | $500.00 |
| 6/26/2006 | $350.00 |
| 6/27/2006 | $567.00 |
| 6/28/2006 | $450.00 |
| 6/29/2006 | $5.00 |
| 6/30/2006 | $30.25 |

Total   $41,252.25

Highly Confidential

G00001-00763361



**Tribal Fusion Earnings**

| Date | Amount |
|------|--------|
| 6/1/2006 | $1,304.59 |
| 6/2/2006 | $1,324.07 |
| 6/3/2006 | $1,422.81 |
| 6/4/2006 | $1,533.47 |
| 6/5/2006 | $1,378.07 |
| 6/6/2006 | $2,860.78 |
| 6/7/2006 | $2,099.35 |
| 6/8/2006 | $2,113.62 |
| 6/9/2006 | $2,613.00 |
| 6/10/2006 | $2,833.24 |
| 6/11/2006 | $2,724.82 |
| 6/12/2006 | $2,816.05 |
| 6/13/2006 | $2,156.68 |
| 6/14/2006 | $3,351.78 |
| 6/15/2006 | $2,344.75 |
| 6/16/2006 | $2,621.56 |
| 6/17/2006 | $2,918.32 |
| 6/18/2006 | $2,826.99 |
| 6/19/2006 | $2,589.81 |
| 6/20/2006 | $2,553.20 |
| 6/21/2005 | $2,553.00 |
| 6/22/2005 | $2,046.78 |
| 6/23/2005 | $1,503.60 |
| 6/24/2006 | $2,093.86 |
| 6/25/2006 | $2,167.12 |
| 6/26/2006 | $3,990.40 |
| 6/27/2006 | $6,098.87 |
| 6/28/2006 | $7,107.35 |
| 6/29/2006 | $7,977.69 |
| 6/30/2006 | $8,962.02 |

Highly Confidential

Total | $90,867.65

Highly Confidential

| Date | Channel | Ad unit impressions | Clicks | Ad unit CTR | Ad unit eCPM | Earnings |
|---|---|---|---|---|---|---|
| 6/1/2006 | Watch Top | 22722322 | 134775 | 0.59% | 0.2 | 4,579.46 |
| 6/1/2006 | Results Top | 29325296 | 32226 | 0.11% | 0.03 | 996.64 |
| 6/1/2006 | Results Right | 29277816 | 13658 | 0.05% | 0.02 | 450.82 |
| 6/1/2006 | Browse Right | 3128436 | 5994 | 0.19% | 0.04 | 128.93 |
| 6/1/2006 | Browse Top | 3133826 | 14407 | 0.46% | 0.07 | 221.94 |
| 6/1/2006 | Channels Top | 241620 | 2486 | 1.03% | 0.1 | 24.69 |
| 6/1/2006 | Channels Right | 240854 | 959 | 0.40% | 0.06 | 14.06 |
| 6/1/2006 | Members Top | 43926 | 725 | 1.65% | 0.15 | 6.54 |
| 6/1/2006 | Members Right | 43452 | 295 | 0.68% | 0.1 | 4.34 |
| 6/1/2006 | Groups Top | 97074 | 741 | 0.76% | 0.09 | 8.85 |
| 6/1/2006 | Results Bottom | 28904880 | 9964 | 0.03% | 0.01 | 193.98 |
| 6/1/2006 | Watch Bottom | 33992611 | 4649 | 0.01% | 0.01 | 346.77 |
| 6/1/2006 | Tribal Top | 29719964 | 52099 | 0.18% | 0.05 | 1,540.03 |
| 6/1/2006 | Tribal Right | 7649816 | 5649 | 0.07% | 0.02 | 157.6 |
| 6/1/2006 | Home Right | 426 | 0 | 0.00% | 0.03 | 0.01 |
| 6/2/2006 | Watch Top | 24995950 | 143844 | 0.58% | 0.19 | 4,824.34 |
| 6/2/2006 | Results Top | 33609543 | 40681 | 0.12% | 0.03 | 1,146.32 |
| 6/2/2006 | Results Right | 32187703 | 14871 | 0.05% | 0.02 | 750.01 |
| 6/2/2006 | Browse Right | 3178080 | 6870 | 0.22% | 0.05 | 160.21 |
| 6/2/2006 | Browse Top | 3323619 | 18959 | 0.57% | 0.08 | 277.7 |
| 6/2/2006 | Channels Top | 276642 | 3604 | 1.30% | 0.12 | 34.44 |
| 6/2/2006 | Channels Right | 264591 | 1276 | 0.48% | 0.07 | 17.62 |
| 6/2/2006 | Members Top | 2149240 | 3367 | 0.16% | 0.04 | 96.42 |
| 6/2/2006 | Members Right | 66229 | 753 | 1.14% | 0.15 | 9.97 |
| 6/2/2006 | Groups Top | 133644 | 1008 | 0.75% | 0.1 | 13.31 |
| 6/2/2006 | Results Bottom | 32642265 | 12021 | 0.04% | 0.01 | 423.27 |
| 6/2/2006 | Watch Bottom | 37109530 | 5177 | 0.01% | 0.01 | 512.01 |
| 6/2/2006 | Tribal Top | 33696135 | 60527 | 0.18% | 0.05 | 1,808.89 |
| 6/2/2006 | Tribal Right | 8777508 | 6348 | 0.07% | 0.02 | 191.43 |
| 6/2/2006 | Home Right | 382 | 0 | 0.00% | 0.02 | 0.01 |
| 6/3/2006 | Watch Top | 24642072 | 133406 | 0.54% | 0.2 | 4,815.11 |
| 6/3/2006 | Results Top | 34858384 | 42681 | 0.12% | 0.05 | 1,573.05 |
| 6/3/2006 | Results Right | 32352120 | 15177 | 0.05% | 0.03 | 851.42 |
| 6/3/2006 | Browse Right | 2634814 | 6077 | 0.23% | 0.06 | 160.64 |
| 6/3/2006 | Browse Top | 2846524 | 17778 | 0.62% | 0.09 | 270.12 |
| 6/3/2006 | Channels Top | 245735 | 3479 | 1.42% | 0.14 | 34.38 |

| Date & Position | Value 1 | Percent | Decimal | Value 2 |
|---|---|---|---|---|
| 6/3/2006 Channels Right | 227179 | 0.47% | 0.07 | 15.73 |
| 6/3/2006 Members Top | 2125660 | 0.17% | 0.06 | 136.78 |
| 6/3/2006 Members Right | 57532 | 1.15% | 0.16 | 9.32 |
| 6/3/2006 Groups Top | 121514 | 0.79% | 0.12 | 14.02 |
| 6/3/2006 Results Bottom | 33944714 | 0.03% | 0.01 | 354.59 |
| 6/3/2006 Watch Bottom | 37459664 | 0.01% | 0.02 | 621.71 |
| 6/3/2006 Tribal Top | 34262404 | 0.17% | 0.06 | 1,963.94 |
| 6/3/2006 Tribal Right | 8906522 | 0.07% | 0.03 | 224.17 |
| 6/3/2006 Home Right | 299 | 0.00% | 0.02 | 0.01 |
| 6/4/2006 Watch Top | 22834566 | 0.56% | 0.21 | 4,788.44 |
| 6/4/2006 Results Top | 32315195 | 0.12% | 0.04 | 1,405.35 |
| 6/4/2006 Results Right | 29992536 | 0.05% | 0.02 | 657.6 |
| 6/4/2006 Browse Right | 2424637 | 0.23% | 0.05 | 128.79 |
| 6/4/2006 Browse Top | 2618349 | 0.66% | 0.1 | 272.34 |
| 6/4/2006 Channels Top | 222247 | 1.47% | 0.14 | 31.35 |
| 6/4/2006 Channels Right | 205386 | 0.46% | 0.07 | 15.18 |
| 6/4/2006 Members Top | 2006146 | 0.18% | 0.06 | 125.39 |
| 6/4/2006 Members Right | 50942 | 1.41% | 0.2 | 10.4 |
| 6/4/2006 Groups Top | 107766 | 0.81% | 0.11 | 11.8 |
| 6/4/2006 Results Bottom | 31440572 | 0.04% | 0.01 | 339.45 |
| 6/4/2006 Watch Bottom | 35283920 | 0.01% | 0.01 | 491.61 |
| 6/4/2006 Tribal Top | 31624043 | 0.17% | 0.06 | 1,817.81 |
| 6/4/2006 Tribal Right | 8253707 | 0.07% | 0.02 | 193.33 |
| 6/5/2006 Home Right | 326 | 0.00% | 0.02 | 0.01 |
| 6/5/2006 Watch Top | 22685198 | 0.77% | 0.48 | 10,865.71 |
| 6/5/2006 Results Top | 30966953 | 0.16% | 0.25 | 7,688.92 |
| 6/5/2006 Results Right | 28739301 | 0.06% | 0.06 | 1,831.44 |
| 6/5/2006 Browse Right | 2660672 | 0.24% | 0.11 | 295.71 |
| 6/5/2006 Browse Top | 2873663 | 0.68% | 0.49 | 1,415.54 |
| 6/5/2006 Channels Top | 234731 | 1.55% | 0.51 | 118.8 |
| 6/5/2006 Channels Right | 216910 | 0.60% | 0.11 | 23.88 |
| 6/5/2006 Members Top | 1994948 | 0.21% | 0.32 | 629.86 |
| 6/5/2006 Members Right | 54575 | 1.60% | 0.24 | 12.89 |
| 6/5/2006 Groups Top | 119387 | 0.82% | 0.38 | 45.32 |
| 6/5/2006 Results Bottom | 30021130 | 0.05% | 0.03 | 935.27 |
| 6/5/2006 Watch Bottom | 34642095 | 0.02% | 0.17 | 5,871.04 |
| 6/5/2006 Tribal Top | 30486037 | 0.20% | 0.16 | 4,926.77 |

Highly Confidential

| Date | Label | | | | | |
|---|---|---|---|---|---|---|
| 6/5/2006 | Tribal Right | 7837923 | 6090 | 0.08% | 0.05 | 381.74 |
| 6/5/2006 | Home Right | 312 | 0 | 0.00% | 0.16 | 0.05 |
| 6/6/2006 | Watch Top | 23400721 | 147970 | 0.63% | 0.41 | 9,502.21 |
| 6/6/2006 | Results Top | 31106430 | 38901 | 0.13% | 0.14 | 4,318.39 |
| 6/6/2006 | Results Right | 28859700 | 13681 | 0.05% | 0.09 | 697.29 |
| 6/6/2006 | Browse Right | 2924641 | 6488 | 0.22% | 0.09 | 253.23 |
| 6/6/2006 | Browse Top | 3159340 | 21257 | 0.67% | 0.26 | 832.62 |
| 6/6/2006 | Channels Top | 244628 | 3714 | 1.52% | 0.28 | 69.53 |
| 6/6/2006 | Channels Right | 226398 | 1194 | 0.53% | 0.1 | 23.03 |
| 6/6/2006 | Members Top | 2072221 | 4194 | 0.20% | 0.21 | 437.73 |
| 6/6/2006 | Members Right | 56482 | 713 | 1.26% | 0.23 | 13.16 |
| 6/6/2006 | Groups Top | 124921 | 954 | 0.76% | 0.26 | 32.28 |
| 6/6/2006 | Results Bottom | 29972853 | 11225 | 0.04% | 0.01 | 364.63 |
| 6/6/2006 | Watch Bottom | 35454919 | 6634 | 0.02% | 0.07 | 2,587.20 |
| 6/6/2006 | Tribal Top | 28274000 | 50849 | 0.18% | 0.09 | 2,467.86 |
| 6/6/2006 | Tribal Right | 7308073 | 5646 | 0.08% | 0.03 | 220.06 |
| 6/6/2006 | Home Right | 350 | 2 | 0.57% | 0.07 | 0.02 |
| 6/7/2006 | Watch Top | 24146385 | 152502 | 0.63% | 0.44 | 10,532.42 |
| 6/7/2006 | Results Top | 31643111 | 39473 | 0.12% | 0.12 | 3,792.36 |
| 6/7/2006 | Results Right | 29370166 | 15477 | 0.05% | 0.04 | 1,148.53 |
| 6/7/2006 | Browse Right | 2908360 | 6398 | 0.22% | 0.09 | 247.92 |
| 6/7/2006 | Browse Top | 3141172 | 21108 | 0.67% | 0.26 | 815.85 |
| 6/7/2006 | Channels Top | 250702 | 3772 | 1.50% | 0.28 | 70.76 |
| 6/7/2006 | Channels Right | 231973 | 1321 | 0.57% | 0.09 | 21.48 |
| 6/7/2006 | Members Top | 2047300 | 4380 | 0.21% | 0.18 | 359.36 |
| 6/7/2006 | Members Right | 56855 | 751 | 1.32% | 0.18 | 10.3 |
| 6/7/2006 | Groups Top | 125110 | 943 | 0.75% | 0.23 | 29.24 |
| 6/7/2006 | Results Bottom | 30398400 | 13484 | 0.04% | 0.02 | 639.26 |
| 6/7/2006 | Watch Bottom | 38541237 | 6620 | 0.02% | 0.09 | 3,106.35 |
| 6/7/2006 | Tribal Top | 30482107 | 53413 | 0.18% | 0.11 | 3,402.14 |
| 6/7/2006 | Tribal Right | 7703008 | 6482 | 0.08% | 0.04 | 279.49 |
| 6/7/2006 | Home Right | 305 | 0 | 0.00% | 0.1 | 0.03 |
| 6/8/2006 | Watch Top | 23839692 | 130323 | 0.55% | 0.26 | 6,298.51 |
| 6/8/2006 | Results Top | 31713133 | 37826 | 0.12% | 0.08 | 2,631.08 |
| 6/8/2006 | Results Right | 29431812 | 16751 | 0.06% | 0.03 | 960.91 |
| 6/8/2006 | Browse Right | 2723253 | 5153 | 0.19% | 0.09 | 236.82 |
| 6/8/2006 | Browse Top | 2942441 | 21778 | 0.74% | 0.2 | 590.33 |

Highly Confidential

| Date | Label | | | | | |
|---|---|---|---|---|---|---|
| 6/8/2006 | Channels Top | 229140 | 3663 | 1.60% | 0.22 | 51.28 |
| 6/8/2006 | Channels Right | 211900 | 992 | 0.47% | 0.09 | 19.58 |
| 6/8/2006 | Members Top | 2033837 | 4047 | 0.20% | 0.12 | 234.01 |
| 6/8/2006 | Members Right | 51733 | 588 | 1.14% | 0.19 | 9.71 |
| 6/8/2006 | Groups Top | 113990 | 879 | 0.77% | 0.19 | 21.89 |
| 6/8/2006 | Results Bottom | 30460225 | 12954 | 0.04% | 0.01 | 410.93 |
| 6/8/2006 | Watch Bottom | 38425705 | 5764 | 0.02% | 0.04 | 1,363.36 |
| 6/8/2006 | Tribal Top | 30424485 | 52122 | 0.17% | 0.08 | 2,402.67 |
| 6/8/2006 | Tribal Right | 7740154 | 6508 | 0.03% | 0.04 | 312.7 |
| 6/8/2006 | Home Right | 308 | 0 | 0.00% | 0.02 | 0.01 |
| 6/9/2006 | Watch Top | 24968115 | 134976 | 0.54% | 0.28 | 7,032.94 |
| 6/9/2006 | Results Top | 34894970 | 38101 | 0.11% | 0.08 | 2,912.55 |
| 6/9/2006 | Results Right | 32385814 | 16727 | 0.05% | 0.03 | 983.83 |
| 6/9/2006 | Browse Right | 2957454 | 5268 | 0.18% | 0.09 | 256.99 |
| 6/9/2006 | Browse Top | 3194382 | 21100 | 0.66% | 0.2 | 632.47 |
| 6/9/2006 | Channels Top | 238177 | 3627 | 1.52% | 0.21 | 50.7 |
| 6/9/2006 | Channels Right | 220131 | 941 | 0.43% | 0.09 | 20.2 |
| 6/9/2006 | Members Top | 2156833 | 4493 | 0.21% | 0.12 | 265.32 |
| 6/9/2006 | Members Right | 55892 | 559 | 1.00% | 0.17 | 9.61 |
| 6/9/2006 | Groups Top | 123004 | 877 | 0.71% | 0.18 | 21.77 |
| 6/9/2006 | Results Bottom | 34114312 | 14049 | 0.04% | 0.01 | 460.05 |
| 6/9/2006 | Watch Bottom | 38413513 | 5605 | 0.01% | 0.03 | 1,245.49 |
| 6/9/2006 | Tribal Top | 33054402 | 54235 | 0.16% | 0.08 | 2,516.78 |
| 6/9/2006 | Tribal Right | 8448214 | 6881 | 0.08% | 0.03 | 284.98 |
| 6/9/2006 | Home Right | 224 | 0 | 0.00% | 0.02 | 0 |
| 6/10/2006 | Watch Top | 24283539 | 126683 | 0.52% | 0.27 | 6,600.91 |
| 6/10/2006 | Results Top | 35293393 | 38913 | 0.11% | 0.09 | 3,295.86 |
| 6/10/2006 | Results Right | 32765517 | 18029 | 0.06% | 0.04 | 1,313.41 |
| 6/10/2006 | Browse Right | 2695584 | 5269 | 0.20% | 0.09 | 237.76 |
| 6/10/2006 | Browse Top | 2802830 | 18884 | 0.67% | 0.22 | 613.99 |
| 6/10/2006 | Channels Top | 230050 | 3488 | 1.52% | 0.22 | 50.2 |
| 6/10/2006 | Channels Right | 212652 | 918 | 0.43% | 0.1 | 20.87 |
| 6/10/2006 | Members Top | 2139560 | 4139 | 0.19% | 0.13 | 285.68 |
| 6/10/2006 | Members Right | 53291 | 599 | 1.12% | 0.22 | 11.61 |
| 6/10/2006 | Groups Top | 116762 | 876 | 0.75% | 0.17 | 19.64 |
| 6/10/2006 | Results Bottom | 34588797 | 14123 | 0.04% | 0.01 | 504.56 |
| 6/10/2006 | Watch Bottom | 37900630 | 5726 | 0.02% | 0.04 | 1,401.23 |

Highly Confidential

| Date/Label | Impressions | Clicks | % | Value | Amount |
|---|---|---|---|---|---|
| 6/10/2006 Tribal Top | 33117718 | 52934 | 0.16% | 0.08 | 2,696.24 |
| 6/10/2006 Tribal Right | 8411275 | 6712 | 0.08% | 0.04 | 296.14 |
| 6/10/2006 Home Right | 197 | 0 | 0.00% | 0.05 | 0.01 |
| 6/11/2006 Watch Top | 23507466 | 125177 | 0.53% | 0.29 | 6,871.71 |
| 6/11/2006 Results Top | 34421316 | 37840 | 0.11% | 0.1 | 3,447.85 |
| 6/11/2006 Results Right | 31954152 | 18447 | 0.06% | 0.04 | 1,367.71 |
| 6/11/2006 Browse Right | 2561717 | 4880 | 0.19% | 0.1 | 249.23 |
| 6/11/2006 Browse Top | 2765836 | 19849 | 0.72% | 0.23 | 622.73 |
| 6/11/2006 Channels Top | 225738 | 3271 | 1.45% | 0.22 | 49.52 |
| 6/11/2006 Channels Right | 209037 | 856 | 0.41% | 0.11 | 22.06 |
| 6/11/2006 Members Top | 2275344 | 4186 | 0.18% | 0.13 | 296.22 |
| 6/11/2006 Members Right | 51985 | 542 | 1.04% | 0.18 | 9.49 |
| 6/11/2006 Groups Top | 115450 | 788 | 0.68% | 0.16 | 18.71 |
| 6/11/2006 Results Bottom | 33713621 | 13781 | 0.04% | 0.02 | 528.87 |
| 6/11/2006 Watch Bottom | 37590627 | 5563 | 0.01% | 0.04 | 1,537.46 |
| 6/11/2006 Tribal Top | 31980329 | 51233 | 0.16% | 0.09 | 2,731.98 |
| 6/11/2006 Tribal Right | 8112350 | 6746 | 0.08% | 0.04 | 355.57 |
| 6/11/2006 Home Right | 190 | 0 | 0.00% | 0.07 | 0.01 |
| 6/12/2006 Watch Top | 23656745 | 130420 | 0.55% | 0.28 | 6,637.64 |
| 6/12/2006 Results Top | 33715705 | 39116 | 0.12% | 0.09 | 2,984.68 |
| 6/12/2006 Results Right | 31297932 | 18114 | 0.06% | 0.04 | 1,167.29 |
| 6/12/2006 Browse Right | 2899634 | 4947 | 0.17% | 0.09 | 262.63 |
| 6/12/2006 Browse Top | 3130626 | 20307 | 0.65% | 0.2 | 634.15 |
| 6/12/2006 Channels Top | 232649 | 3514 | 1.51% | 0.22 | 51.25 |
| 6/12/2006 Channels Right | 214998 | 851 | 0.40% | 0.09 | 19.53 |
| 6/12/2006 Members Top | 2352773 | 4180 | 0.18% | 0.12 | 284.38 |
| 6/12/2006 Members Right | 51873 | 507 | 0.98% | 0.16 | 8.21 |
| 6/12/2006 Groups Top | 125834 | 812 | 0.65% | 0.19 | 23.47 |
| 6/12/2006 Results Bottom | 32928255 | 13061 | 0.04% | 0.01 | 492.9 |
| 6/12/2006 Watch Bottom | 37692050 | 5584 | 0.01% | 0.04 | 1,425.74 |
| 6/12/2006 Tribal Top | 31213380 | 50711 | 0.16% | 0.08 | 2,579.45 |
| 6/12/2006 Tribal Right | 7995934 | 6565 | 0.08% | 0.04 | 337.62 |
| 6/12/2006 Home Right | 159 | 0 | 0.00% | 0.03 | 0 |
| 6/13/2006 Watch Top | 23204911 | 127768 | 0.55% | 0.27 | 6,380.64 |
| 6/13/2006 Results Top | 33557691 | 39235 | 0.12% | 0.09 | 2,905.48 |
| 6/13/2006 Results Right | 31159546 | 26109 | 0.08% | 0.05 | 1,603.41 |
| 6/13/2006 Browse Right | 2873704 | 5167 | 0.18% | 0.08 | 240.73 |

G00001-00763368

| Date | Label | | | | |
|------|-------|---|---|---|---|
| 6/13/2006 | Browse Top | 3104008 | 25324 | 0.82% | 0.21 | 637.22 |
| 6/13/2006 | Channels Top | 233931 | 4750 | 2.03% | 0.24 | 56.7 |
| 6/13/2006 | Channels Right | 216376 | 907 | 0.42% | 0.08 | 18.25 |
| 6/13/2006 | Members Top | 2365067 | 4982 | 0.21% | 0.11 | 261.02 |
| 6/13/2006 | Members Right | 51455 | 573 | 1.11% | 0.16 | 8.38 |
| 6/13/2006 | Groups Top | 123556 | 1132 | 0.92% | 0.18 | 22.22 |
| 6/13/2006 | Results Bottom | 32757378 | 14512 | 0.04% | 0.03 | 910.47 |
| 6/13/2006 | Watch Bottom | 36979854 | 5920 | 0.02% | 0.03 | 1,251.28 |
| 6/13/2006 | Tribal Top | 31131536 | 50129 | 0.16% | 0.08 | 2,432.62 |
| 6/13/2006 | Tribal Right | 8004026 | 6561 | 0.08% | 0.04 | 300.82 |
| 6/13/2006 | Home Right | 233 | 0 | 0.00% | 0.02 | 0.01 |
| 6/14/2006 | Watch Top | 24914291 | 134982 | 0.54% | 0.28 | 6,853.28 |
| 6/14/2006 | Results Top | 35012073 | 44067 | 0.13% | 0.11 | 3,888.05 |
| 6/14/2006 | Results Right | 32501266 | 29635 | 0.09% | 0.06 | 2,089.66 |
| 6/14/2006 | Browse Right | 2911370 | 5705 | 0.20% | 0.1 | 283.46 |
| 6/14/2006 | Browse Top | 3143565 | 27159 | 0.86% | 0.23 | 724.36 |
| 6/14/2006 | Channels Top | 247211 | 5067 | 2.05% | 0.24 | 59.61 |
| 6/14/2006 | Channels Right | 228652 | 1004 | 0.44% | 0.1 | 21.94 |
| 6/14/2006 | Members Top | 2421789 | 4943 | 0.20% | 0.13 | 315.17 |
| 6/14/2006 | Members Right | 54467 | 703 | 1.29% | 0.23 | 12.44 |
| 6/14/2006 | Groups Top | 128061 | 1208 | 0.94% | 0.2 | 26.22 |
| 6/14/2006 | Results Bottom | 24113151 | 12336 | 0.05% | 0.04 | 912.28 |
| 6/14/2005 | Watch Bottom | 26986564 | 4445 | 0.02% | 0.04 | 1,175.54 |
| 6/14/2005 | Tribal Top | 26495348 | 49201 | 0.19% | 0.09 | 2,340.52 |
| 6/14/2005 | Tribal Right | 8340085 | 7392 | 0.09% | 0.04 | 352.48 |
| 6/14/2006 | Home Right | 197 | 0 | 0.00% | 0.03 | 0.01 |
| 6/15/2006 | Watch Top | 29985190 | 146395 | 0.49% | 0.25 | 7,483.86 |
| 6/15/2006 | Results Top | 35569979 | 45822 | 0.13% | 0.1 | 3,692.98 |
| 6/15/2006 | Results Right | 33015390 | 27542 | 0.08% | 0.06 | 2,095.03 |
| 6/15/2006 | Browse Right | 2918813 | 5936 | 0.20% | 0.1 | 278.33 |
| 6/15/2006 | Browse Top | 3152412 | 27402 | 0.87% | 0.22 | 688.95 |
| 6/15/2006 | Channels Top | 264853 | 5351 | 2.02% | 0.22 | 58.17 |
| 6/15/2006 | Channels Right | 244997 | 1171 | 0.48% | 0.09 | 22.45 |
| 6/15/2006 | Members Top | 2518981 | 5050 | 0.20% | 0.13 | 328.69 |
| 6/15/2006 | Members Right | 56160 | 777 | 1.38% | 0.19 | 10.59 |
| 6/15/2006 | Groups Top | 133515 | 1238 | 0.93% | 0.18 | 24.62 |
| 6/15/2006 | Results Bottom | 8719 | 2 | 0.02% | 0.02 | 0.14 |

Highly Confidential

| Label | | | | | |
|---|---|---|---|---|---|
| 6/15/2006 Watch Bottom | 21903 | 18 | 0.08% | 0.04 | 0.98 |
| 6/15/2006 Tribal Top | 15198473 | 48862 | 0.32% | 0.11 | 1,691.94 |
| 6/15/2006 Home Right | 8640117 | 7264 | 0.08% | 0.04 | 350.49 |
| 6/16/2006 Watch Top | 174 | 0 | 0.00% | 0.03 | 0.01 |
| 6/16/2006 Results Top | 30310354 | 148220 | 0.49% | 0.23 | 7,071.67 |
| 6/16/2006 Results Right | 37475366 | 47490 | 0.13% | 0.13 | 4,719.98 |
| 6/16/2006 Browse Right | 34789106 | 28308 | 0.08% | 0.07 | 2,463.35 |
| 6/16/2006 Browse Top | 2893986 | 5396 | 0.19% | 0.1 | 293.38 |
| 6/16/2006 Channels Top | 3124950 | 25576 | 0.82% | 0.22 | 696.19 |
| 6/16/2006 Channels Right | 254263 | 5010 | 1.97% | 0.23 | 58.33 |
| 6/16/2006 Members Top | 235298 | 1127 | 0.48% | 0.11 | 24.98 |
| 6/16/2006 Members Right | 2433868 | 5016 | 0.21% | 0.14 | 338.53 |
| 6/16/2006 Groups Top | 55197 | 714 | 1.29% | 0.22 | 12.25 |
| 6/16/2006 Results Bottom | 127698 | 1250 | 0.98% | 0.2 | 25.73 |
| 6/16/2006 Watch Bottom | 6527 | 2 | 0.03% | 0.23 | 1.47 |
| | 15672 | 9 | 0.06% | 0.03 | 0.4 |
| 6/16/2006 Tribal Top | 15890646 | 50904 | 0.32% | 0.12 | 1,839.01 |
| 6/16/2006 Home Right | 9218640 | 7365 | 0.08% | 0.04 | 406.16 |
| 6/17/2006 Watch Top | 154 | 0 | 0.00% | 0.05 | 0.01 |
| 6/17/2006 Results Top | 270048262 | 132633 | 0.49% | 0.24 | 6,359.35 |
| 6/17/2006 Results Right | 39032408 | 45916 | 0.12% | 0.11 | 4,459.09 |
| 6/17/2006 Browse Right | 38230535 | 28214 | 0.08% | 0.07 | 2,457.48 |
| 6/17/2006 Browse Top | 2545228 | 5050 | 0.20% | 0.1 | 242.54 |
| 6/17/2006 Channels Top | 2749639 | 23231 | 0.84% | 0.23 | 636.59 |
| 6/17/2006 Channels Right | 233176 | 5046 | 2.16% | 0.27 | 61.83 |
| 6/17/2006 Members Top | 215786 | 1096 | 0.51% | 0.1 | 21.17 |
| 6/17/2006 Members Right | 2438222 | 5231 | 0.21% | 0.13 | 324.1 |
| 6/17/2006 Groups Top | 53353 | 681 | 1.28% | 0.17 | 9.02 |
| 6/17/2006 Results Bottom | 112492 | 1185 | 1.05% | 0.21 | 23.97 |
| 6/17/2006 Watch Bottom | 5416 | 2 | 0.04% | 0.03 | 0.17 |
| | 12396 | | 0.00% | 0.01 | 0.14 |
| 6/17/2006 Tribal Top | 15861723 | 48060 | 0.30% | 0.11 | 1,695.03 |
| 6/17/2006 Tribal Right | 9667508 | 6830 | 0.07% | 0.04 | 374.33 |
| 6/17/2006 Home Right | 128 | | 0.00% | 0.04 | 0.01 |
| 6/18/2006 Watch Top | 25559898 | 126123 | 0.49% | 0.23 | 5,946.09 |
| 6/18/2006 Results Top | 36937920 | 42642 | 0.12% | 0.13 | 4,984.43 |
| 6/18/2006 Results Right | 34289918 | 28370 | 0.08% | 0.07 | 2,390.25 |

Highly Confidential

| Label | | | | | |
|---|---|---|---|---|---|
| 6/18/2006 Browse Right | 2536356 | 5229 | 0.21% | 0.1 | 242.6 |
| 6/18/2006 Browse Top | 2739423 | 22902 | 0.84% | 0.24 | 668.24 |
| 6/18/2006 Channels Top | 230169 | 5166 | 2.24% | 0.26 | 59.55 |
| 6/18/2006 Channels Right | 212907 | 1066 | 0.50% | 0.1 | 20.95 |
| 6/18/2006 Members Top | 2557070 | 5214 | 0.20% | 0.13 | 340.68 |
| 6/18/2006 Members Right | 51407 | 717 | 1.39% | 0.19 | 9.63 |
| 6/18/2006 Groups Top | 108182 | 1227 | 1.13% | 0.2 | 21.95 |
| 6/18/2006 Results Bottom | 4196 | 1 | 0.02% | 0.01 | 0.06 |
| 6/18/2006 Watch Bottom | 10659 | 2 | 0.02% | 0.01 | 0.1 |
| 6/18/2006 Tribal Top | 14642533 | 45301 | 0.31% | 0.1 | 1,489.37 |
| 6/18/2006 Tribal Right | 9030233 | 6671 | 0.07% | 0.04 | 351.87 |
| 6/18/2006 Home Right | 137 | 0 | 0.00% | 0.05 | 0.01 |
| 6/19/2006 Watch Top | 27872348 | 143259 | 0.51% | 0.26 | 7,360.27 |
| 6/19/2006 Results Top | 38667807 | 44242 | 0.11% | 0.13 | 4,998.16 |
| 6/19/2006 Results Right | 35892287 | 30014 | 0.08% | 0.06 | 2,293.52 |
| 6/19/2006 Browse Right | 3099003 | 5888 | 0.19% | 0.09 | 274.35 |
| 6/19/2006 Browse Top | 3346485 | 29043 | 0.87% | 0.26 | 866.34 |
| 6/19/2006 Channels Top | 259161 | 5718 | 2.21% | 0.35 | 89.6 |
| 6/19/2006 Channels Right | 239641 | 1339 | 0.56% | 0.1 | 24.57 |
| 6/19/2006 Members Top | 2773397 | 6020 | 0.22% | 0.18 | 508.89 |
| 6/19/2006 Members Right | 59021 | 931 | 1.58% | 0.21 | 12.23 |
| 6/19/2006 Groups Top | 127861 | 1459 | 1.14% | 0.28 | 35.77 |
| 6/19/2006 Results Bottom | 3493 | 1 | 0.03% | 0.01 | 0.04 |
| 6/19/2006 Watch Bottom | 10599 | 0 | 0.00% | 0.01 | 0.11 |
| 6/19/2006 Tribal Top | 15307738 | 47050 | 0.31% | 0.12 | 1,808.71 |
| 6/19/2006 Tribal Right | 9429947 | 7928 | 0.08% | 0.04 | 369.05 |
| 6/19/2006 Home Right | 126 | 0 | 0.00% | 0.01 | 0 |
| 6/20/2006 Watch Top | 27985724 | 150505 | 0.54% | 0.27 | 7,684.42 |
| 6/20/2006 Results Top | 38491200 | 45071 | 0.12% | 0.14 | 5,291.40 |
| 6/20/2006 Results Right | 35730857 | 30557 | 0.09% | 0.07 | 2,440.48 |
| 6/20/2006 Browse Right | 3075141 | 5224 | 0.17% | 0.09 | 283.69 |
| 6/20/2006 Browse Top | 3320565 | 26757 | 0.81% | 0.27 | 890.41 |
| 6/20/2006 Channels Top | 257239 | 4812 | 1.87% | 0.29 | 75.79 |
| 6/20/2006 Channels Right | 237695 | 1258 | 0.53% | 0.11 | 26.14 |
| 6/20/2006 Members Top | 2708230 | 6156 | 0.23% | 0.2 | 539.24 |
| 6/20/2006 Members Right | 57743 | 838 | 1.45% | 0.21 | 12.09 |
| 6/20/2006 Groups Top | 122536 | 1153 | 0.94% | 0.26 | 31.44 |

Highly Confidential

G00001-00763371

| Date / Label | | | | |
|---|---|---|---|---|
| 6/20/2006 Results Bottom | 2904 | 3 | 0.10% | 0.01 | 0.04 |
| 6/20/2006 Watch Bottom | 8696 | 2 | 0.02% | 0.01 | 0.11 |
| 6/20/2006 Tribal Top | 15352405 | 49321 | 0.32% | 0.12 | 1,804.49 |
| 6/20/2006 Tribal Right | 9507260 | 7897 | 0.08% | 0.04 | 395.35 |
| 6/20/2006 Home Right | 173 | 1 | 0.58% | 0.05 | 0.01 |
| 6/21/2006 Watch Top | 28745543 | 149551 | 0.52% | 0.27 | 7,833.79 |
| 6/21/2006 Results Top | 39438326 | 44250 | 0.11% | 0.12 | 4,642.64 |
| 6/21/2006 Results Right | 36614477 | 29055 | 0.08% | 0.05 | 2,000.75 |
| 6/21/2006 Browse Right | 3206987 | 5723 | 0.18% | 0.08 | 264.13 |
| 6/21/2006 Browse Top | 3461960 | 25995 | 0.75% | 0.23 | 780.74 |
| 6/21/2006 Channels Top | 270163 | 4636 | 1.72% | 0.26 | 70.56 |
| 6/21/2006 Channels Right | 249735 | 1159 | 0.46% | 0.1 | 24.59 |
| 6/21/2006 Members Top | 2740478 | 5838 | 0.21% | 0.17 | 476.84 |
| 6/21/2006 Members Right | 59735 | 858 | 1.44% | 0.2 | 12.02 |
| 6/21/2006 Groups Top | 119519 | 1097 | 0.92% | 0.23 | 27.23 |
| 6/21/2006 Results Bottom | 2546 | 3 | 0.12% | 0.05 | 0.12 |
| 6/21/2006 Watch Bottom | 8467 | 0 | 0.00% | 0.02 | 0.16 |
| 6/21/2006 Tribal Top | 16070245 | 49793 | 0.31% | 0.12 | 1,884.52 |
| 6/21/2006 Tribal Right | 9852439 | 7448 | 0.08% | 0.04 | 354.31 |
| 6/21/2006 Home Right | 147 | 0 | 0.00% | 0.07 | 0.01 |
| 6/22/2006 Watch Top | 26530975 | 137964 | 0.52% | 0.25 | 6,643.68 |
| 6/22/2006 Results Top | 35963309 | 42574 | 0.12% | 0.1 | 3,500.72 |
| 6/22/2006 Results Right | 33786065 | 29004 | 0.09% | 0.05 | 1,808.42 |
| 6/22/2006 Browse Right | 2843350 | 5407 | 0.19% | 0.08 | 236.01 |
| 6/22/2006 Browse Top | 3029615 | 23655 | 0.78% | 0.21 | 642.57 |
| 6/22/2006 Channels Top | 240299 | 4795 | 2.00% | 0.27 | 64.82 |
| 6/22/2006 Channels Right | 225387 | 1276 | 0.57% | 0.1 | 23.05 |
| 6/22/2006 Members Top | 2501222 | 5106 | 0.20% | 0.14 | 343.04 |
| 6/22/2006 Members Right | 53005 | 788 | 1.49% | 0.19 | 9.92 |
| 6/22/2006 Groups Top | 105544 | 1165 | 1.09% | 0.2 | 21.7 |
| 6/22/2006 Results Bottom | 2630 | 0 | 0.00% | 0 | 0.01 |
| 6/22/2006 Watch Bottom | 7297 | 2 | 0.03% | 0.01 | 0.06 |
| 6/22/2006 Tribal Top | 14875749 | 46626 | 0.31% | 0.12 | 1,711.26 |
| 6/22/2006 Tribal Right | 9043306 | 7442 | 0.08% | 0.04 | 330.39 |
| 6/22/2006 Home Right | 135 | 0 | 0.00% | 0.04 | 0 |
| 6/23/2006 Watch Top | 18406242 | 104011 | 0.57% | 0.28 | 5,219.86 |
| 6/23/2006 Results Top | 11907 | 27 | 0.23% | 0.09 | 1.07 |

Highly Confidential

| Date | Page | Value | Value | % | Value | Value |
|---|---|---|---|---|---|---|
| 6/23/2006 | Results Right | 43834091 | 30435 | 0.07% | 0.12 | 5,223.84 |
| 6/23/2006 | Browse Right | 3343696 | 15154 | 0.45% | 0.18 | 587 |
| 6/23/2006 | Browse Top | 1319 | 11 | 0.83% | 0.16 | 0.21 |
| 6/23/2006 | Channels Top | 139 | 1 | 0.72% | 0.11 | 0.01 |
| 6/23/2006 | Channels Right | 282147 | 4657 | 1.65% | 0.23 | 63.98 |
| 6/23/2006 | Members Top | 2997352 | 3957 | 0.13% | 0.2 | 593.47 |
| 6/23/2006 | Members Right | 87948 | 2347 | 2.67% | 0.33 | 28.7 |
| 6/23/2006 | Groups Top | 42 | 0 | 0.00% | 0.08 | 0 |
| 6/23/2006 | Results Bottom | 2261 | 0 | 0.00% | 0.01 | 0.03 |
| 6/23/2006 | Watch Bottom | 7621 | 2 | 0.03% | 0.01 | 0.1 |
| 6/23/2006 | Tribal Top | 4065153 | 21684 | 0.53% | 0.17 | 687.19 |
| 6/23/2006 | Tribal Right | 11980005 | 10721 | 0.09% | 0.08 | 948.18 |
| 6/23/2006 | Home Right | 156 | 0 | 0.00% | 0.04 | 0.01 |
| 6/24/2006 | Watch Top | 20380165 | 104941 | 0.51% | 0.24 | 4,915.23 |
| 6/24/2006 | Results Top | 7109 | 19 | 0.27% | 0.14 | 0.97 |
| 6/24/2006 | Results Right | 42816901 | 28123 | 0.07% | 0.08 | 3,431.59 |
| 6/24/2006 | Browse Right | 2916891 | 12375 | 0.42% | 0.12 | 361.45 |
| 6/24/2006 | Browse Top | 569 | 5 | 0.88% | 0.1 | 0.06 |
| 6/24/2006 | Channels Top | 73 | 1 | 1.37% | 0.13 | 0.01 |
| 6/24/2006 | Channels Right | 253375 | 3987 | 1.57% | 0.18 | 46.67 |
| 6/24/2006 | Members Top | 2828646 | 3688 | 0.13% | 0.13 | 373.21 |
| 6/24/2006 | Members Right | 81378 | 2146 | 2.64% | 0.28 | 22.42 |
| 6/24/2006 | Groups Top | 21 | 0 | 0.00% | 0 | 0 |
| 6/24/2006 | Results Bottom | 2027 | 2 | 0.10% | 0.02 | 0.03 |
| 6/24/2006 | Watch Bottom | 7049 | 7 | 0.10% | 0.05 | 0.34 |
| 6/24/2006 | Tribal Top | 4550471 | 23810 | 0.52% | 0.14 | 652.39 |
| 6/24/2006 | Tribal Right | 11700298 | 10347 | 0.09% | 0.05 | 638.96 |
| 6/24/2005 | Home Right | 121 | 0 | 0.00% | 0.02 | 0 |
| 6/25/2006 | Watch Top | 23058645 | 116138 | 0.50% | 0.24 | 5,544.82 |
| 6/25/2006 | Results Top | 5984 | 9 | 0.15% | 0.04 | 0.21 |
| 6/25/2006 | Results Right | 41472782 | 26492 | 0.06% | 0.07 | 2,972.89 |
| 6/25/2006 | Browse Right | 2943662 | 12547 | 0.43% | 0.12 | 358.75 |
| 6/25/2006 | Browse Top | 495 | 3 | 0.61% | 0.07 | 0.04 |
| 6/25/2006 | Channels Top | 41 | 1 | 2.44% | 0.17 | 0.01 |
| 6/25/2006 | Channels Right | 260705 | 4385 | 1.68% | 0.18 | 48.21 |
| 6/25/2006 | Members Top | 2992934 | 3927 | 0.13% | 0.12 | 353.37 |
| 6/25/2006 | Members Right | 90804 | 2065 | 2.27% | 0.23 | 20.52 |

Highly Confidential

| Date / Label | Count | Count2 | Percent | Dec1 | Dec2 |
|---|---|---|---|---|---|
| 6/25/2006 Groups Top | 24 | 0 | 0.00% | 0 | 0 |
| 6/25/2006 Results Bottom | 1861 | 1 | 0.05% | 0.01 | 0.02 |
| 6/25/2006 Watch Bottom | 6216 | 3 | 0.05% | 0.01 | 0.06 |
| 6/25/2006 Tribal Top | 5349019 | 27308 | 0.51% | 0.15 | 813.45 |
| 6/25/2006 Tribal Right | 11337984 | 10066 | 0.09% | 0.05 | 595.33 |
| 6/25/2006 Home Right | 74 | 0 | 0.00% | 0.04 | 0 |
| 6/25/2006 Watch Top | 25369100 | 131604 | 0.52% | 0.27 | 6,843.20 |
| 6/26/2006 Results Top | 12212490 | 13100 | 0.11% | 0.08 | 1,023.05 |
| 6/26/2006 Results Right | 43049675 | 28692 | 0.07% | 0.07 | 3,064.53 |
| 6/26/2006 Browse Right | 3663540 | 13554 | 0.37% | 0.12 | 422.58 |
| 6/26/2006 Browse Top | 442 | 3 | 0.68% | 0.08 | 0.04 |
| 6/26/2006 Channels Top | 52 | 0 | 0.00% | 0 | 0 |
| 6/26/2006 Channels Right | 302005 | 4698 | 1.56% | 0.19 | 58.59 |
| 6/26/2006 Members Top | 3239661 | 4233 | 0.13% | 0.13 | 435.21 |
| 6/26/2006 Members Right | 95379 | 2270 | 2.38% | 0.24 | 23.28 |
| 6/26/2006 Groups Top | 19 | 0 | 0.00% | 0.02 | 0 |
| 6/26/2006 Results Bottom | 1928 | 0 | 0.00% | 0 | 0.01 |
| 6/26/2006 Watch Bottom | 5964 | 2 | 0.03% | 0.02 | 0.12 |
| 6/26/2006 Tribal Top | 7814591 | 32008 | 0.41% | 0.15 | 1,163.34 |
| 6/26/2006 Tribal Right | 10344143 | 10190 | 0.10% | 0.06 | 575.77 |
| 6/26/2006 Home Right | 124 | 0 | 0.00% | 0.06 | 0.01 |
| 6/27/2006 Watch Top | 24713173 | 132341 | 0.54% | 0.25 | 6,116.91 |
| 6/27/2006 Results Top | 45339281 | 46083 | 0.10% | 0.08 | 3,779.11 |
| 6/27/2006 youtube.com/results | 0 | 0 | 0.00% | 0 | 0 |
| 6/27/2006 Results Right | 41969655 | 32597 | 0.08% | 0.05 | 1,950.20 |
| 6/27/2006 Browse Right | 3778644 | 15496 | 0.41% | 0.11 | 412.85 |
| 6/27/2006 Browse Top | 388 | 3 | 0.77% | 0.32 | 0.12 |
| 6/27/2006 Channels Top | 57 | 1 | 1.75% | 0.19 | 0.01 |
| 6/27/2006 Channels Right | 333171 | 4699 | 1.41% | 0.16 | 52.03 |
| 6/27/2006 Members Top | 3134325 | 4679 | 0.15% | 0.11 | 355.49 |
| 6/27/2006 Members Right | 96729 | 2543 | 2.63% | 0.28 | 27.3 |
| 6/27/2006 Groups Top | 12 | 0 | 0.00% | 0 | 0 |
| 6/27/2006 Results Bottom | 1692 | 1 | 0.06% | 0.03 | 0.05 |
| 6/27/2006 Watch Bottom | 5387 | 2 | 0.04% | 0.01 | 0.04 |
| 6/27/2006 Tribal Top | 15497540 | 41022 | 0.26% | 0.11 | 1,653.12 |
| 6/27/2006 Tribal Right | 9780087 | 10348 | 0.11% | 0.04 | 371.6 |
| 6/27/2006 Home Right | 78 | 0 | 0.00% | 0.02 | 0 |

| Label | | | | | |
|---|---|---|---|---|---|
| 6/28/2006 Watch Top | 25211398 | 144810 | 0.57% | 0.31 | 7,809.44 |
| 6/28/2006 Results Top | 46018383 | 46668 | 0.10% | 0.09 | 4,254.86 |
| 6/28/2006 Results Right | 42596839 | 32106 | 0.08% | 0.04 | 1,716.37 |
| 6/28/2006 Browse Right | 4255232 | 17869 | 0.42% | 0.15 | 629.51 |
| 6/28/2006 Browse Top | 270 | 0 | 0.00% | 0.02 | 0.01 |
| 6/28/2006 Channels Top | 80 | 2 | 2.50% | 0.2 | 0.02 |
| 6/28/2006 Channels Right | 368917 | 4723 | 1.28% | 0.2 | 72.13 |
| 6/28/2006 Members Top | 3062830 | 4704 | 0.15% | 0.13 | 395.99 |
| 6/28/2006 Members Right | 101547 | 2442 | 2.40% | 0.35 | 35.31 |
| 6/28/2006 Groups Top | 8 | 0 | 0.00% | 0 | 0 |
| 6/28/2006 Results Bottom | 1677 | 1 | 0.06% | 0.1 | 0.17 |
| 6/28/2006 Watch Bottom | 5270 | 0 | 0.00% | 0.01 | 0.04 |
| 6/28/2006 Tribal Top | 14999334 | 40361 | 0.27% | 0.12 | 1,736.80 |
| 6/28/2006 Tribal Right | 10071848 | 10770 | 0.11% | 0.03 | 306.98 |
| 6/28/2006 Home Right | 90 | 0 | 0.00% | 0.09 | 0.01 |
| 6/29/2006 Watch Top | 24890648 | 130257 | 0.52% | 0.3 | 7,390.23 |
| 6/29/2006 Results Top | 46432229 | 43131 | 0.09% | 0.12 | 5,780.31 |
| 6/29/2006 youtube.com/results | 0 | 0 | 0.00% | 0 | 0 |
| 6/29/2006 Results Right | 42975209 | 33086 | 0.08% | 0.04 | 1,890.63 |
| 6/29/2006 Browse Right | 4166023 | 16334 | 0.39% | 0.15 | 639.11 |
| 6/29/2006 Browse Top | 229 | 2 | 0.87% | 0.15 | 0.03 |
| 6/29/2006 Channels Top | 45 | 0 | 0.00% | 0.01 | 0 |
| 6/29/2006 Channels Right | 342044 | 4558 | 1.33% | 0.19 | 64.58 |
| 6/29/2006 Members Top | 3001410 | 4697 | 0.16% | 0.18 | 533.59 |
| 6/29/2006 Members Right | 95395 | 2169 | 2.27% | 0.31 | 29.37 |
| 6/29/2006 Groups Top | 9 | 0 | 0.00% | 0 | 0 |
| 6/29/2006 Results Bottom | 1377 | 0 | 0.00% | 0 | 0 |
| 6/29/2006 Watch Bottom | 5012 | 2 | 0.04% | 0.02 | 0.08 |
| 6/29/2006 Tribal Top | 15001183 | 39763 | 0.27% | 0.11 | 1,644.89 |
| 6/29/2006 Tribal Right | 10152454 | 9918 | 0.10% | 0.03 | 285.42 |
| 6/29/2006 Home Right | 109 | 0 | 0.00% | 0.1 | 0.01 |
| 6/30/2006 Watch Top | 28794395 | 143074 | 0.50% | 0.23 | 6,719.65 |
| 6/30/2006 Results Top | 47757344 | 42390 | 0.09% | 0.06 | 2,681.33 |
| 6/30/2006 youtube.com/results | 0 | 0 | 0.00% | 0 | 0 |
| 6/30/2006 Results Right | 44181105 | 33170 | 0.08% | 0.02 | 1,059.60 |
| 6/30/2006 Browse Right | 3931080 | 14723 | 0.37% | 0.09 | 347.33 |
| 6/30/2006 Browse Top | 230 | 0 | 0.00% | 0.03 | 0.01 |

Highly Confidential

| | | | | | |
|---|---|---|---|---|---|
| 6/30/2006 Channels Top | 25 | 0 | 0.00% | 0.1 | 0 |
| 6/30/2006 Channels Right | 303351 | 3956 | 1.30% | 0.14 | 42.97 |
| 6/30/2006 Members Top | 3012245 | 4302 | 0.14% | 0.08 | 237.88 |
| 6/30/2006 Members Right | 127017 | 1987 | 1.56% | 0.19 | 23.93 |
| 6/30/2006 Groups Top | 3 | 0 | 0.00% | 0.06 | 0 |
| 6/30/2006 Results Bottom | 1128 | 1 | 0.09% | 0.01 | 0.01 |
| 6/30/2006 Watch Bottom | 4138 | 0 | 0.00% | 0 | 0.01 |
| 6/30/2006 Tribal Top | 15772596 | 41940 | 0.27% | 0.1 | 1,652.88 |
| 6/30/2006 Tribal Right | 10323168 | 9170 | 0.09% | 0.02 | 226.91 |
| 6/30/2006 Home Right | 150 | 0 | 0.00% | 0.02 | 0 |

Highly Confidential