| To: | 'Tim Armstrong' <tim@google.com> |
|---|---|
| From: | Suzie Reider <sreider@youtube.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-11-30 05:03:00 GMT |
| Subject: | quick updates |

Tim,

Quick update on random items:

Offers in play this week:

Jen Wax in LA - field sales

Brian Cusack in Boston - field sales

Both offers are lower than their current comp. If these don't fly I'll shift strategy.

And 2 PR Managers and 2 Program managers to support Jamie.

A major decision in the works that you should be aware of - for legal reasons (that I don't fully understand what has changed, and our GC will be back in SF on Monday to articulate) all ads/monetization on the watch pages for user generated content will need to come down. This will have a tremendous impact on inventory. We'll need to use another mechanism (text links.) to drive traffic to the brand channels. It changes a lot as nearly every media plan has leaders as a large part of it and the inventory for YT resides on the watch pages. We'll figure this out - but good for you to be aware.

I suggested to Chad that accepting 3rd party is important. If we're (you and I) consistent with this it'll help.

Spent an hour to today with the Digitas team on Cingular. They aren't happy. Bottom line is that the timing of the Verizon mobile deal with the Underground promotion was poor. Not happy with the service from YT lately and the program in front of them for 2007. I left Greg Moore a message to loop him in. We'll recover, but it's a question of bodies/coverage and it was only a matter of time before something snapped.

I'm at imedia MTW of next week. I'll dial in for Director's meeting.

Over and out.



Highly Confidential

GOO001-02656593

**Highly Confidential**

GOO001-02656594