

YouTube

# Advertising Operations - Summary & Overview

October 2006

Highly Confidential Expert - Ads, Lics GOO001-02338150

# Ad Operations – Who we are

Jeff Mayo
Sr. Director of Ad Ops
jmayo@youtube.com
(d)
(c)

Alex Jakovleski
Director of Sales Ops/Inventory
alexj@youtube.com
(d)
(c)

Anna Nguyen
Ad Ops Manager
anna@youtube.com
(d)
(c)

Joanna Ging
Media Coordinator
jging@youtube.com
(d)
(c)

Phoebe McDowell
Media Coordinator
pmcdowell@youtube.com
(d)
(c)

Need something? Pick up the phone

# Audience

October 2006

Highly Confidential		Expert - Ads, Lics		GOO001-02338152

# Users By The Numbers

**Unique Users**

- Captured 30 million USA unique users
- Ranked 14th among web destinations
- Reached 19% of USA internet users

**Registered Users**

- 200,000 new registered users per day
- 19 million registered users to date

**Video Uploads**

- 70,000 videos uploaded per day
- ~6 million videos uploaded to date

**Community Dynamics**

- 50,000 subscriptions per day
- 80,000 friends added per day
- 800,000 videos "favorite" per day

Nielsen: September 2006

October 2006

# Metrics

| Unique Visitors (mo) | 30 Million (Avg) US only |
|---|---|
| Active Reach | 19.2% |
| Web Destination Rank | 14th |

Source: HBX October 2006, Nielsen 2006

| Gender | Audience Composition |
|---|---|
| Male | 56% |
| Female | 44% |

Source: Nielsen 2006

| Age | |
|---|---|
| 2 – 11 | 2% |
| 12 – 17 | 14% |
| 18 – 24 | 7% |
| 25 – 34 | 16% |
| 35 - 49 | 36% |
| 50 - 54 | 9% |
| 55 – 64 | 10% |

Source: Nielsen 2006

# Metrics cont.

| Household Income | |
|---|---|
| $0 - 24999 | 6% |
| $25000 – 49999 | 20% |
| $50000 – 74999 | 26% |
| $75000 - 99999 | 21% |
| $100000 - 149999 | 16% |
| $150000+ | 10% |

Source: Nielsen 2006

Highly Confidential

Expert - Ads, Lics

GOO001-02338155

Unique Users & Reach Growth
October 2006
35
30
25
20
15
10
5
0
January
February
March
April
May
June
July
August
September
October
30 Million UU
19% Reach
Source: Nielsen 2006

Highly Confidential Expert - Ads, Lics GOO001-02338156

# 14th Largest Web Destination    October 2006

*(Nielsen//NetRatings NetView screenshot — table of top web destinations, October 2006)*

| Site | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL | | | | | | |
| Yahoo! | | | | | | |
| Google | | | | | | |
| MSN/Windows Live | | | | | | |
| Microsoft | | | | | | |
| AOL | | | | | | |
| eBay | | | | | | |
| MySpace | | | | | | |
| Amazon | | | | | | |
| Ask Search Network | | | | | | |
| Wikipedia | | | | | | |
| About.com | | | | | | |
| **YouTube** | | | | | | |
| CNN | | | | | | |
| Adobe | | | | | | |
| Wal-Mart Stores | | | | | | |
| Apple | | | | | | |
| Lycos Network | | | | | | |
| Target | | | | | | |
| MSN-Internet Mexico Databases | | | | | | |
| Disney Online | | | | | | |
| Fox Network | | | | | | |
| Mozilla.com Network | | | | | | |
| Bank of America | | | | | | |
| PayPal | | | | | | |
| Nickelodeon Kids and Family Network | | | | | | |
| Shopping.com Network | | | | | | |

Source: Neilsen 2006

Highly Confidential    Expert - Ads, Lics    GOO001-02338157

# User Demographics (USA only)

**September 2006**

| | | UU (millions) | % UU | % Page Views | Reach % |
|---|---|---|---|---|---|
| Age | All | 27.7 | - | - | 18% |
| | < 18 | 4.5 | 16% | 24% | 14% |
| | 18 - 34 | 6.3 | 23% | 31% | 20% |
| | 35 - 49 | 9.9 | 36% | 34% | 23% |
| | 45 + | 9.8 | 36% | 27% | 15% |
| Gender | Male | 15.5 | 56% | 66% | 21% |
| | Female | 12 | 44% | 34% | 15% |
| Stickiness | Time/UU = 33 min ; Sessions per month = 3.13 Pages per Person: 46* | | | | |

*** Contrast to Myspace: 550 Pages/Person**

Source: Nielsen 2006

# Comparative Reach Vs. Cable TV

*Average Daily Visitors to YouTube August 2006: 6,745,962*

## Top 20 Cable Networks By Average Daily Primetime Reach

| | Network | (000) |
|---|---|---|
| 1 | USA | 2,583 |
| 2 | NICK | 2,514 |
| 3 | DISNEY | 2,372 |
| 4 | TNT | 2,259 |
| 5 | ESPN | 2,107 |
| 6 | TBS | 1,723 |
| 7 | NICK/NITE | 1.627 |
| 8 | LIFETIME | 1,596 |
| 9 | TOON | 1,556 |
| 10 | FOXNC | 1,548 |

| | Network | (000) |
|---|---|---|
| 11 | SPIKE | 1,234 |
| 12 | FX | 1,237 |
| 13 | FAMILY | 1,149 |
| 14 | HISTORY | 1,086 |
| 15 | SCI-FI | 1,071 |
| 16 | HALLMARK | 1,052 |
| 17 | TV LAND | 1,051 |
| 18 | DISC | 1,029 |
| 19 | COMEDY | 1,004 |
| 20 | MTV | 966 |

Source: Nielsen, May 2006
Source: DART, August 2006

# Audience – YouTube vs. The Competition

| Site | Level | Unique Audience [000] | Active Reach (%) | Web Page Views [000] | Sessions Per Person | Web Pages Per Person | Time Per Person (hh:mm:ss) |
|---|---|---|---|---|---|---|---|
| **YouTube** | Parent | 27,627 | 17.58 | 1,269,813 | 3.13 | 46 | 0:33:45 |
| **Google Video** | Channel | 16,676 | 10.61 | 241,630 | 1.96 | 15 | 0:07:16 |
| **MSN Video** | Channel | 12,607 | 8.02 | 52,521 | 2.37 | 4 | 0:08:05 |
| **Yahoo! Video** | Channel | 5,699 | 3.63 | 124,538 | 1.96 | 22 | 0:06:11 |
| **Metacafe** | Parent | 3,066 | 1.95 | 101,433 | 2.36 | 33 | 0:25:58 |
| **Heavy.com** | Parent | 2,706 | 1.72 | 6,643 | 1.44 | 2 | 0:01:05 |
| **iFILM** | Brand | 2,138 | 1.36 | 12,990 | 1.83 | 6 | 0:02:01 |
| **Atom Films** | Brand | 1,247 | 0.79 | 4,775 | 1.25 | 4 | 0:02:43 |
| **Grouper^** | Parent | 870 | 0.55 | 5,299 | 1.05 | 6 | 0:01:54 |
| **GUBA** | Parent | 713 | 0.45 | 27,267 | 2.22 | 38 | 0:17:39 |
| **Veoh*** | Brand | 706 | 0.45 | 2,045 | 1.47 | 3 | 0:02:53 |
| **Revver*** | Parent | 448 | 0.29 | 1,793 | 1.1 | 4 | 0:06:51 |

Source: Nielsen 2006