# Ad Inventory

October 2006

Highly Confidential	Expert - Ads, Lics	GOO001-02338161

# Summary

| Ad Impressions per month (Average) | Average | High |
|---|---|---|
| United States | 2.8 Billion | 4 Billion |
| International | 6 Billion | 8.5 Billion |
| Total | 8.8 Billion | 11.5 Billion |

Source: DoubleClick 2006

### Highlights

- 12.5% (Avg) month over month growth
- October 2006 **11.5 B** Impressions ** highest month to date
- Forecasting 8% month over month growth into 2007
- Projection **25.B** Impressions by August 2007



Monthly Impressions (Worldwide)

Highly Confidential　　　　Expert - Ads, Lics　　　　GOO001-02338162

# By Content Filter

September 2006

**Percentages of Clean vs. Non-Clean Inventory (WORLDWIDE)**

| | % | Total |
|---|---|---|
| Safe | 35% | 1.8 B |
| Risky | 65% | 3.2 B |

Source: DoubleClick 2006

**Percentages of Clean vs. Non-Clean Inventory (US ONLY)**

| | % | Total |
|---|---|---|
| Safe | 35% | 490 MM |
| Risky | 65% | 900 MM |

Source: DoubleClick 2006

Safe = C,N,A

Risky = R, F, H

**Safe content is only 35% of our inventory!**



By Channel, By Watch Page Categories

September 2006

Source: DoubleClick 2006

Highly Confidential
Expert - Ads, Lics
GOO001-02338164

# Impressions By Ad Type, All
## September 2006



- PreEmptable Total 1%
- HomePage Total 2%
- Direct Total 1%
- Default Total (300x35) 4%
- Bonus Total 3%
- Remnant Total 89%
- * Includes 66% International

*Direct = $3.00+  |  Pre Emptible = $1-3.00  |  Remnant = >$1.00*

Highly Confidential          Expert - Ads, Lics          GOO001-02338165

# Impressions By Ad Type, with International (No Remnant)
## September 2006



- Default Total (1x1) 4%
- International Homepage (300x35) 14%
- Direct Total 34%
- US HomePage Total (300x35) 16%
- PreEmptable Total 7%
- Bonus Total 25%

*Direct = $3.00+  |  Pre Emptible = $1-3.00  |  Remnant = > $1.00*

# IAB Standard Ads, Exclude International (No Remnant)
## September 2006



- Bonus Total, 240 Million, 36%
- Default Total, 41 Million, 6%
- Direct Total, 315 Million, 47%
- PreEmptable Total, 71 Million, 11%

*Direct = $3.00+  |  Pre Emptible = $1-3.00  |  Remnant = > $1.00*

Highly Confidential        Expert - Ads, Lics        GOO001-02338167

## By Channel

September 2006

| Channel Impressions per month | US | International | Total | % |
|---|---|---|---|---|
| Categories | 27 M | 55 M | 82.6 M | 1% |
| Channels | 8 K | 33 K | 41 K | .0003% |
| College | 80 K | 45 K | 125 K | .001% |
| Contests | 1 M | 400 K | 1.4 M | .012% |
| Groups | 10 M | 17 M | 27 M | .2% |
| Home | 204 M | 391 M | 595 M | 5% |
| Members | 119 M | 153 M | 272 M | 3% |
| Search Results | 2 B | 4.5 B | 6.5 B | 52% |
| Upload | 1.6 M | 3 M | 4.6 M | .04% |
| Videos | 114 M | 166 M | 280 M | 3% |
| Watch | 1.4 B | 3 B | 4.4 B | 36% |

Source: DoubleClick 2006

Watch & Search channels represent 88% of US & International Ad Impressions

Highly Confidential      Expert - Ads, Lics      GOO001-02338168

# By Channel Graph

September 2006

**Inventory By Channel**



- Groups Pages 0%
- Home Page 5%
- Members Pages 3%
- College Pages 0%
- Channels Pages 0%
- Categories Pages 1%
- Watch Pages 36%
- Videos Pages 3%
- Results Pages 52%

Source: DoubleClick 2006

# By Channel, By Ad Size
## September 2006



| | home | members | Search Results | videos | watch | other |
|---|---|---|---|---|---|---|
| 728x90 | 16462 | 256794413 | 3158101652 | 393959 | 4276648707 | 88190 |
| 300x35 | 183912914 | | | | | |
| 300x250 | | 15130442 | 3145332501 | 308740813 | 1 | 702518 |
| 160x600 | | | | | | 135348044 |

Source: DoubleClick 2006

Highly Confidential
Expert - Ads, Lics
GOO001-02338170



Highly Confidential

Expert – Ads, Lics

GOO001-02338171