# By Channel, by Gender (%)
## September 2006



Source: DoubleClick 2006

Highly Confidential
Expert - Ads, Lics
GOO001-02338172

# Ad Impressions – By Day of Week, entire site

September 2006

* Note these impressions are US only across the entire site, and represent a running average.

| Day | Totals US | Percentage of weekly traffic(%) |
|---|---|---|
| Sunday | 137 M | 16% |
| Monday | 115 M | 13% |
| Tuesday | 122 M | 14% |
| Wednesday | 122 M | 14% |
| Thursday | 112 M | 13% |
| Friday | 124 M | 14% |
| Saturday | 129 M | 15% |

Numbers show higher usage on the weekends

Source: DoubleClick 2006

Highly Confidential

# Homepage Ad Impressions – By Day of Week
## September 2006

\* Note these impressions are US only, and represent a running average.

| Day | Totals US |
|---|---|
| Sunday | 7 M |
| Monday | 6.5 M |
| Tuesday | 6.3 M |
| Wednesday | 6.8 M |
| Thursday | 6.6 M |
| Friday | 7.2 M |
| Saturday | 7 M |

Source: DoubleClick 2006

Friday is the highest, followed by the weekend (Sat & Sun)

Highly Confidential          Expert - Ads, Lics          GOO001-02338174

# Ad Impressions – By Day of Week, By Ad Size

* Note these impressions are Worldwide across the entire site, and represent a running average.



Highly Confidential        Expert - Ads, Lics        GOO001-02338175



Highly Confidential    Expert - Ads, Lics    GOO001-02338177

# Targeting FAQ's

## Percentage Target-able Impressions By Demo Monthly (US Only)

| Unit | Untargeted | Target-able | Percentage Target-able | Total Monthly Impressions |
|---|---|---|---|---|
| 160x600 | 588 M | 491 M | 46% | 1.08 B |
| 728x90 | 1.3 B | 1.1 B | 47% | 2.4 B |

- In September 7% of Sold Impressions were Demo Targeted
- Accounted for 9% of Revenue
- CPM were on average 118% higher

Source: DoubleClick 2006

Highly Confidential    Expert - Ads, Lics    GOO001-02338178

# eCPM

October 2006

Highly Confidential
Expert - Ads, Lics
GOO001-02338179

# eCPM

## YTD 2006

| YTD 2006 (US ONLY) | eCPM | HIGH CPM | Detail | % of Traffic |
|---|---|---|---|---|
| ALL Standard Ad Sizes (US) | $3.41 | $15 | Believe in It Baby (Targeted to Search Results) | |
| Watch pages (US) | $5.10 | $12.57 | 2KSports (Age, Gender, Clean Targets) | 36% |
| Videos (US) | $1.73 | $10.00 | Lee Daniels Entertainment (728x90) | 2% |
| Groups (US) | $0.75 | $10.00 | Lee Daniels Entertainment (728x90) | 22% |
| Search Results (US) | $2.19 | $15 | Targeted to Search Results (fanatics, fan, sports, starter, football) | 52% |

| PVA (US) | $7.68 | $15.40 | 100k Ditty Campaign | 5% |

Standard IAB Units eCPM YTD is $3.41

Source: DoubleClick 2006

# Channels - eCPM

September 2006



eCPM BY Channel

| | Watch Pages | Videos Pages | Results Pages | Members Pages | Groups Pages | College Pages | Channels Pages | Categories Pages |
|---|---|---|---|---|---|---|---|---|
| Direct | $4.65 | $2.96 | $1.94 | $1.10 | $3.92 | | $3.02 | $6.74 |
| PreEmptable | $0.34 | $0.42 | $0.90 | $0.44 | $0.41 | $1.01 | $0.68 | $0.44 |
| Remnant | $0.12 | $0.16 | $0.11 | $0.11 | $0.12 | $0.17 | $0.10 | $0.14 |
| % of Traffic | 36% | 2% | 52% | 3% | .2% | .001% | .003% | 1% |

Highly Confidential          Expert - Ads, Lics          GOO001-02338181

# Channels – Sell Thru %
## September 2006



\* Premium inventory only – no remnant

Highly Confidential     Expert - Ads, Lics     GOO001-02338182