# Product Baselines

October 2006

Highly Confidential
Expert - Ads, Lics
GOO001-02338183

# Product Baselines – FULL SITE ROADBLOCKS

\* Note these impressions are US only across the entire site, and represent a running average.

| Product<br>FULL SITE ROADBLOCK (ONE DAY) | Average Totals per Day | CPM | CPM Rate | Floor CPM | Floor Rate |
|---|---|---|---|---|---|
| PVA | 6,500,000 | $15 | $97,000 | $12 | $78,000 |
| Standard Ad Units<br>728x90, 160x600 | 120,000,000 | $8 | $960,000 | $5 | $600,000 |

Source: DoubleClick 2006

| Product<br>JUST IAB AD UNITS | Average Totals per Day, per Hour | CPM | CPM Rate | Floor CPM | Floor Rate |
|---|---|---|---|---|---|
| Standard Ad Units<br>728x90, 160x600 | 5,000,000 | $8 | $40,000 | $5 | $25,000 |

Source: DoubleClick 2006

Premiums should be added for Roadblock + additional targeting (Day part, Geo, etc)

A "One Day Full Site" Roadblock per week = Potential high earnings in 2007 @ $55 Million