To: Suzie Reider <sreider@youtube.com>
From: Jamie Byrne <jbyrne@youtube.com>
Cc: 'Shiva Rajaraman' <shivar@google.com>
Bcc:
Received Date: 2007-05-14 00:31:55 CST
Subject: Re: Path to YouTube Monetization 5.14.07

---

Suzie:

Here is my revised. I think that the version you sent was actually too tactical and too detailed. I don't think Eric needs actual details on the ad trial, sales conference, etc. I'm guessing he needs a higher level overview.

Take a look at my attached. I'd want David Eun to weigh in on it before it is sent to make sure it is at the right level.

It needs a few numbers to be added, I've indicated what numbers and where.

Jamie


Suzie Reider wrote:
> read this and shoot me your thoughts.
> Has to be VERY high level - and Dave Eun says just a one page word
> doc. that Eric gets bored with PPT and anything fancy.
> many thanks... objective is just for him to know we have our shit
> together. I'll add in the modeling from dejelo (high level) and once I
> have yours i'll shoot to Shashi.
>
> this is pretty basic - meaning i would think he'd know all this - but
> i don't think much about anything we've been working on has made it up
> to omid/eric/emg.
> and... reality is even if we can do 90mm this year its not material...
> i'll add in comparison's... to FB and Myspace etc.
>
>

---

Attachments:

YouTube Monetization Rev.doc

DATE: 2·12·09    EXHIBIT# 20
DEPONENT: KORDESTANI
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582

A. Ignacio Howard, CSR, RPR, CCRR, CLR, No. 9830

Highly Confidential          Expert - Advertising          GOO001-01295801

**Overview**
YouTube's efforts at achieving sustainable, scalable and meaningful revenue are focused on four key areas:

1. Increasing scale and automation of media sales efforts
2. Increasing percentage of inventory that can be monetized
3. Increasing overall RPM through better ad units and innovation

**Media Sales**
NASO's *Project Janus* will take effect in early July and will ramp the number of sales employees actively selling YouTube from 8 to over 50. This will allow Google to achieve better advertiser coverage and increase overall YouTube sell-through with brand advertisers.

YouTube will also be opening up new auction-based brand advertising opportunities in the AdWords front-end to enable all AdWords advertisers an opportunity to leverage YouTube as a platform.

**Inventory**
From a monetization perspective, the largest opportunity for revenue resides on the YouTube Search pages.

- *Projected Search revenue 2007 – 2010:*

In addition to being inline with Google core competencies, monetizing YouTube Search is highly protective of the user experience and is not subject to revenue sharing with content partners.

In terms of monetizing actual video views, only approximately .14% of YouTube's total video views are available for monetization due to DMCA restrictions. While YouTube is increasing this percentage through partnership deals and programs to monetize user content, it does not seem that in-stream / chrome ad models on Watch pages will drive as significant revenue as Search over the near term.

- *Projected Watch Page revenue 2007 – 2010:*

**Ad Innovation**
YouTube is experimenting with a variety of new video-based advertising models to increase overall RPM and create video ad models that respect the user experience. YouTube is currently executing ad trials to determine the most effective and most user-friendly models. Models currently being tested include Search models, overlays, click-to-play, and video-based models. Future models for testing include graphical overlays and on-page models.

YouTube is also developing non-ad based models including Promote-Your-Video (PYV) and Data driven models.

**Revenue Projections**

2007
2008
2009
2010