

- Home
- Pushes
- Contacts
- Moma
- Goowiki Main

Mike's Better Search

DrakeDiedrich | Goowiki Main | Sign out

YouTube Goowiki Home ( Changes ) » **AdArchitecture**

# YouTube Ad Structure

## Current State

Currently the youtube codebase switches between the various networks. These networks are: Google Adsense, Tacoda, Tribal Fusion, and Doubleclick. Below is the list of ads that are currently set on our site, where they are on the site, and what networks they point to.

| Page Name | Site | Size | Networks | URL | Description |
|---|---|---|---|---|---|
| Index | you.home | 300x100 | doubleclick | http://www.youtube.com | Not installed yet. |
| Videos | you.videos | 120x600 | google | http://www.youtube.com/browse?s=mp | Most Viewed, top rated etc.. |
| Categories | you.categories | 120x600 | google | http://www.youtube.com/categories | Only the main categories page |
| Category Portal | you.categories | 160x600 | google tribal fusion dfp tacoda | http://www.youtube.com/categories_portal?c=25&e=1 | Not installed yet |
| Groups | | | | | No Ads here yet |
| Channels | you.members | 120x600 | google | http://www.youtube.com/members?ms30 | |
| Watch | you.channels | 728x90 | google tribal fusion dfp tacoda | http://www.youtube.com/watch?v= | Leaderboard at top of page |
| Watch | you.channels | 450x60 | doubleclick | http://www.youtube.com/watch?v= | Below Video |
| Upload | you.upload | 300x250 | doubleclick | http://www.youtube.com/my_videos_upload | 2nd page in upload |
| Profile | you.members | 728x90 | google tribal fusion dfp tacoda | http://www.youtube.com/profile?user= | |
| Search | you.results | 728x90 | google tribal fusion dfp tacoda | http://www.youtube.com/results?search= | Search return page for video only |
| Search | you.results | 120x600 | google tribal fusion dfp tacoda | http://www.youtube.com/results?search= | Search return page for video only |

# What to move to

We'd like to move our tagging from the youtube codebase to be only 100% doubleclick and have the traffiking between networks be serviced within doubleclick. This requires two major bodies of work:

# Migrating Third Party Networks into Doubleclick

Google, Tribal Fusion, Tacoda and any other networks (Yahoo?) will have to be moved into doubleclick. This involves taking the Javascript tags that exist on our html and creating Bulk Ads for each of the sizes within Doubleclick. Here is a specification for the third party tagging requirements: 3rd Party Tagging

# Reorganizing the tagging structure within our website

Operative is being brought in to help implement the restructuring of our doubleclick setup. This will allow the sales force to sell areas of the site with more confidence, and to present a more market friendly inventory of our impressions. A draft layout of how our site can be tagged can be found here: New Site Tagging

Restricted Access (click here for more info)

- Set ALLOWTOPICVIEW = GoogleGroup , EngInternGroup
- Set ALLOWTOPICCHANGE = GoogleGroup , EngInternGroup
- Set ALLOWTOPICRENAME = GoogleGroup , EngInternGroup

- Edit
- Attach
- Printable
- More...

**Google Confidential!**
moma home - GoowikiAdministration
Please note: Google's intranet contains confidential information that should be accessed on a "need to know" basis. If you have questions about what this means, please contact code-of-conduct@google.com .
Copyright © 2004-2009 Google, Inc. Problems with a particular page? E-mail the page's author.
Ideas, requests, problems with Goowiki itself? Log a helpdesk ticket .
Google Confidential!
Revised r1.2 - 20 Jun 2007 - 22:14 GMT - StanleyWang