| | |
|---|---|
| To: | "'Hurley Chad'" <chadh@youtube.com> |
| From: | "heather gillette" <heather@youtube.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-07-12 22:41:56 GMT |
| Subject: | Need another person on the team to help with copyright... |

Chad, as more and more infringement notifications and copyright inquiries come in I am finding that I am not able to deal with the other 'big picture' things on my plate. We are losing Ryan to IT, and Steve has said I could hire a person to replace him, but we also need one more person to handle the increased copyright related load that is coming in. I am working to automate every facet possible in the department but barely have any time to work on larger projects like this with the notifications and new CVP accounts coming in.

To give you an idea of what we copyright related tasks we are handling:

400 copyright inquiry emails a day

Approx 23 infringement notifications per day (totaling 30,300 videos removed for the month of June), of which many do not give us the links to the content and we have to search for their content using keywords, etc. - this can take a full day alone and they never are left for the next day. I move fast on these.

Approx 12 counter notifications (these are a huge time sink - they require research on the content involving multiple communications with the company claiming the initial infringement)

Proactive scans for over 58 (and growing) different content owners are done daily and their content is removed (these are the content owners that have signed up for the Content Verification Program)

I have Micah and the team help me all of the time, but basically when they help me, they have to let searching the site and answering emails and dealing with their specialized areas slide. If you would like a list of all of the things that the department as a whole works on, please let me know. I will compile this if it will help to justify this extra position.

Thank you,

Heather

Highly Confidential