

# Happy new year!

Confidential



Content SQUAD Department Meeting January 3, 2007

- A Year of YouTube - Site numbers and Admin work
- Notes on Policies and Procedures
- SQUAD Stats
- Boo boos and Warm Fuzzies
- Best Practices and Gold Stars
- Email of the Week / Best/Worst Video of the Week
- Questions?

Confidential

Highly Confidential

GOO001-01027758




YouTube Site Growth, Aug 2005 - Dec. 2006

As of 12/16/2006 — Cum. Registrations: 55482648  Cum. Uploads: 23022448  Cum. Video Views: 34195516086

Highly Confidential
Confidential
GOO001-01027759



# Admin Workload, June - Dec 2006



— Cum. Total Admin Actions — Cum. Videos Flagged — Cum. © Rejections

Highly Confidential
Confidential
G00001-01027760



## Policies and Procedures

- As I work on preparing the documents that contain the solutions to these situations

  Please communicate to me all cases you come across in which

  - existing policies are wanting
    - because there is not an existing policy for dealing with the case
    - because the policy for dealing with the case is not written/clearly communicable to another
    - because applying the policy a written seems to produce an undesired outcome
    - etc.
  - protocols or procedures are unclear
    - edge cases videos where the rules as expressed in the content policy guide are inadequate
    - emails where the escalation path is unclear
    - etc.

  For edge case videos, follow your procedures as you have been doing, and keep me cc'ed on the decisions on them.

## Please send me any item which needs to be escalated to Google

- I will log the item, escalate it, and handle integrating the outcome into our protocols as appropriate

Confidential

Highly Confidential

GOO001-01027761





Nothing new here

## Videos Rejected Per 100 New Uploads by Week



Highly Confidential
Confidential
GOO001-01027763

# User Flag/Admin Actions

Chart showing User Flag/Admin Actions from 6/3/2006 to 12/16/2006, with y-axis ranging from 0 to 160000. Legend: Videos Flagged, Videos Rejected, Approved, Racy'd, Total Actions.

Confidential

Highly Confidential

GOO001-01027764



Flagged Videos Response Time
Mean and Percentiles

Highly Confidential
Confidential
G00001-01027765



## Copyright Actions Breakdown



# Customer Support Email by Week





Nothing new here



Email Volume vs. Video Views

Highly Confidential
Confidential
GOO001-01027768





Total Director account applications to date: 47768
Overall application acceptance rate: 81%

Highly Confidential          Confidential          G00001-01027769



## Warm Fuzzies

"Thank you very much. I appreciate your attention even during the holiday season. I will fax back the form soon and one of my admins will work on locating content. Happy New Year."

## BOO BOO!



The person who wins with best "boo boo" gets to keep our team mascot for the week.

Highly Confidential

GOO001-01027770

Content SQUAD Department Meeting January 3, 2007

## Gold Stars



**Who helped you out this week?**

## Best Practices



Best practices
Current practices

**Tips and Tricks?**

This is where you can give helpful tips to the rest of the team to make our jobs easier or more efficient.

end

end

Highly Confidential


## Email of the Week




Email Misty your favorite email, we will vote and the winner will get their email framed to place on their desk for the week. Your email might even make it to the "wall of shame"

## Best/ Worst Video of the Week



Send your submissions to Misty, with subject line best or worst, we will have a vote and keep the link on the shared admin folder.


Content SQUAD Department Meeting January 3, 2007

Questions?



Confidential

Highly Confidential

GOO001-01027773