To:             "Todd Pollak" <tpollak@google.com>
From:           "Heather Gillette" <hgillette@google.com>
Cc:             "Hunter Walk" <hunter@google.com>, "Rajas Moonka" <rmoonka@google.com>, "Tress@google.com" <Tress@google.com>, "Micah Schaffer" <micah@youtube.com>
Bcc:
Received Date:  2007-03-22 15:56:22 CST
Subject:        Re: You Tube/Google Video

---

Todd,

That would need to be either me or Micah depending on how far out this migh=
be. Micah would be a better bet time wise. He is micah@youtube.com and I
have cc'd him here.

Heather



On 3/22/07, Todd Pollak <tpollak@google.com> wrote:
>
> Thanks for your help Heather. I will pass along this information to
> eBay. Should eBay request an audience with YouTube/GVideo to discuss the=e
> topics, who would be the appropriate persons to address these issues?
>
> Thanks!
> Todd
>
> It appears that eBay is planning on running a contest that would invovle
> users uploading videos.
>
> On 3/21/07, Heather Gillette < hgillette@google.com> wrote:
> >
> > Hello all,
> >
> > On point number one I am not sure what you are asking. I suppose you
> > might be talking about links maybe listed in the descriptions that acco=pany
> > videos? If this gets pointed out to my team via support email or throug= the
> > flagging of the video, we would remove it. There is also the case of p=ople
> > leaving comments and attempting to put a link in the comments. If this=is
> > what you are referring to, we block the entry of URLs in the comment te=t.
> >
> > For point number 2, we handle this in 2 different ways. First, we reac=
> > to user flags as Hunter explained and determine a flagged video's fate =ased
> > on our content guidelines:
> >
> http://gweb.corp.google.com/consumeroperations/site.cgi?tab=video&sid==video/videoSideMain.html&page=video/policyYouTubeMain.html .
> > Second, we pro-actively screen any videos and/or users that we are
> > highlighting on our "honors" pages (most watched, most subscribed, most
> > discussed, etc.) and remove, or restrict these videos/users such that t=ey
> > won't be on the site at all, or they won't be highlighted if we deem th=
> > video as needing to be restricted. As a side note, 75% of all videos t=at
> > have been flagged are removed within 200 seconds. Our users find this
> > inappropriate content very quickly, and my team also gets to them extre=ely
> > fast. As a result, bad content is really hard to find on the site.
> >

> > Hope this helps, and please let me know if you have any further
> > questions,
> >
> > Heather
> >
> >
> >
> >
> > On 3/21/07, Hunter Walk <hunter@google.com > wrote:
> > >
> > > hi todd -
> > >
> > > good to meet you. I'm cc:ing Heather Gillette who runs the content
> > > review/ops team for YouTube.
> > >
> > > I don't know the answer to #1 (but perhaps heather does).
> > >
> > > WRT #2 we rely primarily on user flagging and the fingerprinting of
> > > files we've removed already. Heather can give a richer answer along w=th the
> > > way we position it to external parties such as eBay.
> > >
> > >
> > > hope this helps
> > >
> > > On 3/21/07, Todd Pollak < tpollak@google.com > wrote:
> > > >
> > > > Hi Hunter,
> > > >
> > > > I work in DSO and am responsible for the global paid advertising
> > > > relationship between Google and eBay. Questions from eBay regardin= GV and
> > > > YouTube filtering technology came through yesterday. Rajas had sug=ested
> > > > you might be able to answer.
> > > >
> > > >
> > > >    1. How do you ensure links are genuine? (i.e. not to spoof or
> > > >    phishing sites, cloaked, etc.)
> > > >    2. How do you find/prevent/remov e illegal or inappropriate
> > > >    content? (porn, hate, drugs…etc.)
> > > >
> > > > I appreciate your help.
> > > >
> > > > Todd
> > > >
> > > > ---------- Forwarded message ----------
> > > > From: Rajas Moonka <rmoonka@google.com>
> > > > Date: Mar 20, 2007 10:23 PM
> > > > Subject: Re: You Tube/Google Video
> > > > To: Todd Pollak <tpollak@google.com >
> > > >
> > > > I can't speak to the former. You should talk to Hunter Walk about
> > > > YT and Orkut about GV.
> > > >
> > > > For CTP, we review each ad in the approval bin; we have human
> > > > reviewers to make sure the ads comply to our policies.
> > > >
> > > > On 3/20/07, Todd Pollak <tpollak@google.com > wrote:
> > > > >
> > > > > Assume both.

Highly Confidential

GOO001-01535522

\> > > > >
\> > > > > On 3/20/07, Rajas Moonka < rmoonka@google.com > wrote:
\> > > > > >
\> > > > > > Are these questions about placing content on Google Video and
\> > > > > > YouTube?
\> > > > > > About paid CTP ads on the content network?
\> > > > > >
\> > > > > > On 3/20/07, Todd Pollak < tpollak@google.com > wrote:
\> > > > > > >
\> > > > > > > Questions from eBay regarding video...for both YouTube and
\> > > > > > > Google...
\> > > > > > >
\> > > > > > > ---------- Forwarded message ----------
\> > > > > > > From: Ravella, Meena < mravella@ebay.com>
\> > > > > > > Date: Mar 20, 2007 2:13 PM
\> > > > > > > Subject: You Tube/Google Video
\> > > > > > > To: Todd Pollak < tpollak@google.com>
\> > > > > > >
\> > > > > > > Hi Todd-
\> > > > > > >
\> > > > > > >
\> > > > > > >
\> > > > > > > I had a few very specific questions about video. I was hoping
\> > > > > > > you could help identify the correct people from YouTube and G=ogle Video to
\> > > > > > > provide answers.
\> > > > > > >
\> > > > > > >
\> > > > > > >
\> > > > > > >   1. How do you ensure links are genuine? (i.e. not to
\> > > > > > >   spoof or phishing sites, cloaked, etc.)
\> > > > > > >   2. How do you find/prevent/remov e illegal or
\> > > > > > >   inappropriate content? (porn, hate, drugs…etc.)
\> > > > > > >
\> > > > > > >
\> > > > > > >
\> > > > > > > Any insight you can provide to us about future process and/or
\> > > > > > > technology solutions that would make our trust/safety folks c=mfortable
\> > > > > > > would be really appreciated.
\> > > > > > >
\> > > > > > >
\> > > > > > >
\> > > > > > > Thanks,
\> > > > > > >
\> > > > > > >
\> > > > > > >
\> > > > > > > Meena
\> > > > > > >
\> > > > > > >
\> > > > > > >
\> > > > > > >
\> > > > > > > ……………………………………………
\> > > > > > > *Meena Ravella*
\> > > > > > > Director, Internet Marketing
\> > > > > > > eBay, Inc.
\> > > > > > > ▇▇▇▇▇▇
\> > > > > > > *mravella@ebay.com *
\> > > > > > > ……………………………………………

Highly Confidential

GOO001-01535523

```
> > > > > >
> > > > > >
> > > > > >
> > > > > >
> > > > > > --
> > > > > >
> > > > > > Todd Pollak
> > > > > > Google, Inc.
> > > > > > ▇
> > > > > > ▇
> > > > > > tpollak@google.com
> > > > > >
> > > > >
> > > > >
> > > > >
> > > > >
> > > > > --
> > > > >
> > > > > Todd Pollak
> > > > > Google, Inc.
> > > > > ▇
> > > > > ▇
> > > > > tpollak@google.com
> > > > >
> > > >
> > > >
> > > >
> > > > --
> > > >
> > > > Todd Pollak
> > > > Google, Inc.
> > > > ▇
> > > > ▇
> > > > tpollak@google.com
> > > >
> > >
> > >
> > >
> > > --
> > > -------------
> > > Hunter Walk
> > > Product Manager
> > > hunter@google.com
> > >
> >
> >
>
>
> --
>
> Todd Pollak
> Google, Inc.
> ▇
> ▇
> tpollak@google.com
>
```

Highly Confidential
GOO001-01535524