| | |
|---|---|
| To: | "Harappa-bd" <span style="background:black">████████</span> |
| From: | "David Lee" <davidlee@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 5/11/2006 8:45:38 PM GMT |
| Subject: | [Harappa-bd] youtube "Director" feature |

Might be stale to many of you but see description below. They say that they're going to give these "directors" tools to edit, publish. It sounds like you can actually charge for the videos but it's not entirely clear

Introducing YouTube Director <http://www.youtube.com/blog?entry=4KWKYZN7z=U>

April 10, 2006

A few weeks ago I posted about the new 10 minute video limit we put in place. While the main driver of this limit was to help prevent copyright infringement, we also knew it wasn't the best solution for all of you legitimate content creators out there. Ever since that posting we've been inundated with emails with your thoughts, ideas, feedback and frustrations about the 10 minute limit. First off, my apologies if we weren't able to respond to all of your emails individually. But the one message that came through resoundingly loud and clear is that there are plenty of you out there that are creating original content over 10 minutes in length, and you need a platform to broadcast yourself.

You, the videoblogger, the comedian, the professional content producer, the amateur filmmaker, the independent musician, represent the very core of wha= YouTube is about. We wanted to do something more for you beyond accepting your videos that are over 10 minutes in length. That being said, we're thrilled to announce our new Director
<http://www.youtube.com/director>program. Upon successful registration, YouTube
Director <http://www.youtube.com/director> accounts will receive the following benefits:

This: smokin logo on all your video pages and profile.
Your own logo, company/organization URL, and description on all of your video pages
Ability to upload videos longer than 10 minutes
Customizable name & value fields for each of your videos (ex: "Price: $4.25= or "Show Time: 9 pm PST")
Ability to attach a per-video URL to each of your videos

And the best benefit of all? The YouTube Director program is completely, 100% FREE. The only thing we ask? That you be a legitimate, original conten= creator. Remember, this is just the first release of the YouTube Director program! It's our goal to provide tools and functionality to help you, the best content providers on YouTube, achieve maximum distribution. And in the middle of the night if a sudden idea or suggestion comes to you on how YouTube can improve the features we offer for our Directors, please get out of bed and contact us <mrd@youtube.com>. So, go apply<http://www.youtube.com/director>to become a Director and start creating your next masterpiece! We can't wait to see what you come up with.

Maryrose <mrd@youtube.com>

Confidential

GOO001-04431787

--
David Lee
Principal I New Business Development
Google Inc. I 1600 Amphitheatre Pkway, Mountain View, CA 94043
Tel. █████████ I Fax 650.618.1840

Confidential

GOO001-04431788