To: "heather gillette" <heather@youtube.com>
From: "kevin@youtube.com" <kevin@youtube.com>
Cc: "steve@youtube.com" <steve@youtube.com>, "chad@youtube.com" <chad@youtube.com>, "maryrose@youtube.com" <maryrose@youtube.com>
Bcc:
Received Date: 2006-05-27 21:30:02 CST
Subject: Re: Director videos are done

---

Incredible help, thanks Heather! Great job. :)

> Kevin,
>
>
>
> We removed all directors that were infringing or were uploading porn.
> Hope
> this has helped!
>
>
>
> Heather
>
>

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN" "http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
	<key>date-sent</key>
	<real>1148761802</real>
	<key>flags</key>
	<integer>570686593</integer>
	<key>original-mailbox</key>
	<string>pop://maryrose@dev.youtube.com/</string>
	<key>remote-id</key>
	<string>4352fd840000f413</string>
	<key>sender</key>
	<string>kevin@youtube.com</string>
	<key>subject</key>
	<string>Re: Director videos are done</string>
	<key>to</key>
	<string>"heather gillette" &lt;heather@youtube.com&gt;</string>
</dict>
</plist>
```

---

DATE: 4-22-09 EXHIBIT# 48
DEPONENT: HURLEY, C.
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582

A. Ignacio Howard, CSR, RPR, CCRR, CLR, No. 9830