To: "'Heather Gillette'" <hgillette@google.com>
From: "aaron" <afields@youtube.com>
Cc:
Bcc:
Received Date: 2006-12-14 18:54:29 GMT
Subject: RE: YouTube Message: HOT SEX SITE

Heather,

That was a very thorough response and it is totally appreciated. It would have been easy to just say "we'll remove the user", rather than explaining our position.

I have recently stepped up proactive efforts to demote or delete copyright abusing directors, as we had discussed, and I look forward to seeing that reflected on the live site.

I totally understand Mike's complaints, which is the very reason I have become more active in locating the offenders. I appreciate you standing behind my efforts and conveying our mission

to engineering and company.


See you tomorrow in San Mateo!


Aaron Fields

Content SQUAD, Directors Specialist
phone ███████████
email afields@youtube.com


1000 Cherry Ave 2nd Floor | San Bruno, California | 94066

Highly Confidential

G00001-00222797

From: Heather Gillette [mailto:hgillette@google.com]
Sent: Thursday, December 14, 2006 8:39 AM
To: Micah Schaffer; afields@youtube.com
Subject: Fwd: YouTube Message: HOT SEX SITE

FYI...

---------- Forwarded message ----------
From: Heather Gillette <hgillette@google.com>
Date: Dec 14, 2006 8:29 AM
Subject: Re: YouTube Message: HOT SEX SITE
To: Mike Solomon <mike@youtube.com>
Cc: Maryrose Dunton <maryrose@youtube.com>, Palash Nandy <palash@youtube.com>, heather gillette <heather@youtube.com>, Chad Hurley <chad@youtube.com >, Steve Chen <steve@youtube.com>, Virginia Wang <veedub@youtube.com>

Mike,

We approve director's accounts based on what is in their account at the time of application. Then, if we come across one later that appears to not be uploading original content, we delete them and/or their Director status depending on how blatant the violation is. We don't always catch the fact that they are a director when a video gets flagged, and we also don't remove videos for potential copyright infringement based on a flag. Copyright removals come from takedown notifications.

Aaron Fields, who manages the Director account approvals, did a clean up last week and tried to find Directors in violation and he did delete a thousand or so over the course of a couple of days. Bottom line, we don't catch all violators, although we try our best given the tools that we have.
I will remove this user now.

Heather

On 12/14/06, Mike Solomon <mike@youtube.com> wrote:

As an aside, can someone explain why this user flybaby22 is a
director and even has an account?

They basically upload pirate anime and every complaint seems to be
ignored -- the only have one strike for 200 some videos. Am I missing
something here?

https://admin.youtube.com/admin_flagged?action_user=
<https://admin.youtube.com/admin_flagged?action_user=&username=flybaby22>
&username=flybaby22


On Dec 14, 2006, at 12:32 AM, Maryrose Dunton wrote:

> Oh I gottcha. This is fine. We're going to change up registration
> to include email confirmation anyway.
>
> On Dec 14, 2006, at 12:28 AM, Mike Solomon wrote:
>
>> Any message dropped for spammy behavior is intentionally silent to
>> keep spammer in the dark.
>>
>> We could ask you to confirm your email, but I figured people are
>> more likely to comment than send a personal message, so most legit
>> users are already confirmed. I haven't run any numbers, just my
>> thoughts.
>>
>>
>> On Dec 14, 2006, at 12:10 AM, Maryrose Dunton wrote:
>>
>>> Hi,
>>> The username I sent from was mrdphotos. I just checked the
>>> account I sent a message to, and the message was never actually
>>> received. How are we handling users who try and send messages
>>> without a confirmed email account? Do we prompt them to confirm
>>> (like we do for upload) or does the message just never get sent?
>>>
>>> thanks,
>>> Maryrose
>>>
>>> On Dec 14, 2006, at 12:03 AM, Palash Nandy wrote:
>>>
>>>> It should have been on live since something like 6:30pm. What
>>>> was the username that you used to send the message?
>>>>
>>>> It is doing something. Here are the messages sent with HOT SEX
>>>> SITE as the subject.
>>>> (num is the number of such messages per hour)
>>>>
>>>> +----------------------+--------------+--------+
>>>> | time_start           | subject      | num    |
>>>> +----------------------+--------------+--------+
>>>> | 2006-12-13 05:41:09  | HOT SEX SITE | 11582  |
>>>> | 2006-12-13 06:00:00  | HOT SEX SITE | 33540  |
>>>> | 2006-12-13 07:00:00  | HOT SEX SITE | 38479  |
>>>> | 2006-12-13 08:00:00  | HOT SEX SITE | 34464  |

```
>>>> | 2006-12-13 09:00:00 | HOT SEX SITE | 33528 |
>>>> | 2006-12-13 10:00:00 | HOT SEX SITE | 31943 |
>>>> | 2006-12-13 11:00:00 | HOT SEX SITE | 25738 |
>>>> | 2006-12-13 12:00:00 | HOT SEX SITE | 24711 |
>>>> | 2006-12-13 13:00:00 | HOT SEX SITE | 30753 |
>>>> | 2006-12-13 14:00:00 | HOT SEX SITE | 33451 |
>>>> | 2006-12-13 15:00:00 | HOT SEX SITE | 28582 |
>>>> | 2006-12-13 16:00:00 | HOT SEX SITE | 36319 |
>>>> | 2006-12-13 17:00:00 | HOT SEX SITE | 24925 |
>>>> | 2006-12-13 18:00:16 | HOT SEX SITE |    79 |
>>>> | 2006-12-13 19:01:27 | HOT SEX SITE |    13 |
>>>> | 2006-12-13 20:01:41 | HOT SEX SITE |    10 |
>>>> | 2006-12-13 21:06:51 | HOT SEX SITE |     6 |
>>>> | 2006-12-13 22:03:07 | HOT SEX SITE |     1 |
>>>> | 2006-12-13 23:01:28 | HOT SEX SITE |     2 |
>>>> +---------------------+--------------+-------+
```

>>>>
>>>> The trailing count seems to be because of our users responding
>>>> to the spam messages which has the same subject.
>>>>
>>>> palash
>>>>
>>>> On Dec 13, 2006, at 10:34 PM, Maryrose Dunton wrote:
>>>>
>>>>> Hi,
>>>>> This is awesome. I just tried sending a private message w/ an
>>>>> unconfirmed account though and it went through. Did this get
>>>>> pushed live yet?
>>>>>
>>>>> thanks!
>>>>> maryrose
>>>>>
>>>>> On Dec 13, 2006, at 9:01 PM, Palash Nandy wrote:
>>>>>
>>>>>> Adding mike to the thread
>>>>>>
>>>>>> We think the spammers were somehow scripting the signup with
>>>>>> fake emails. We pushed some changes out to live for this:
>>>>>>
>>>>>> Mike added a check for confirmed email to private messages
>>>>>> I added a rate limit by email to hack in an uniqueness check
>>>>>> Mike also added the pattern filters from comment spam
>>>>>>
>>>>>> We went more or less medieval on these spammers.
>>>>>>
>>>>>> On Dec 12, 2006, at 5:26 PM, Maryrose Dunton wrote:
>>>>>>
>>>>>>> Hi Heather,
>>>>>>> I'd prefer we just move email confirmation as part of the
>>>>>>> registration process. We avoided that for a long time, but I
>>>>>>> think it's probably time we just do it. We'll work on getting
>>>>>>> this in for our next push as part of a general clean up of
>>>>>>> registration.
>>>>>>>
>>>>>>> Also, I know you have a huge backlog of requests. Virginia
>>>>>>> will be working with you this week to go through all your
>>>>>>> outstanding BRDs and start prioritizing, getting resources
>>>>>>> and scheduling.

Highly Confidential

```
>>>>>>>
>>>>>>> Thanks,
>>>>>>> Maryrose
>>>>>>>
>>>>>>> On Dec 12, 2006, at 5:17 PM, Heather Gillette wrote:
>>>>>>>
>>>>>>>> Palash,
>>>>>>>>
>>>>>>>> You already know that our team asked to have this
>>>>>>>> prioritized above subscription gaming from my email earlier
>>>>>>>> today. Looks like we're all now on the same page.
>>>>>>>>
>>>>>>>> Requiring a user to confirm their email address in order to
>>>>>>>> send private messages would help a great deal (BRD 147 -
>>>>>>>> 10/10/06). We've been asking for this and no one has
>>>>>>>> addressed whether or not it will be done.
>>>>>>>>
>>>>>>>> Can we address it now?
>>>>>>>>
>>>>>>>> Thanks!
>>>>>>>>
>>>>>>>> Heather
>>>>>>>>
>>>>>>>>
>>>>>>>> On 12/12/06, Maryrose Dunton < maryrose@youtube.com
<mailto:maryrose@youtube.com> > wrote:
>>>>>>>> Hi Palash,
>>>>>>>> I know Dwipal's change to limit private messages went out,
>>>>>>>> but we're still getting a lot of complaints about spam. I,
>>>>>>>> personally, am getting about 10-15 messages like this every
>>>>>>>> day in my inbox.
>>>>>>>>
>>>>>>>>
>>>>>>>> Do you think we can do something so that we block very
>>>>>>>> obvious spam (like this one)?
>>>>>>>>
>>>>>>>> Begin forwarded message:
>>>>>>>>
>>>>>>>>> From: "Chad Hurley" < hurley@google.com
<mailto:hurley@google.com> >
>>>>>>>>> Date: December 12, 2006 10:40:25 AM PST
>>>>>>>>> To: "Maryrose Dunton" < maryrose@youtube.com>, "Steve Chen"
>>>>>>>>> < sschen@google.com  <mailto:sschen@google.com> >
>>>>>>>>> Subject: Fwd: YouTube Message: HOT SEX SITE
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> fyi...
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> ---------- Forwarded message ----------
>>>>>>>>> From: Brian Axe
>>>>>>>>> Date: Dec 12, 2006 10:32 AM
>>>>>>>>> Subject: Fwd: YouTube Message: HOT SEX SITE
>>>>>>>>> To: hurley@google.com
>>>>>>>>>
>>>>>>>>> Hi Chad,
>>>>>>>>> Thanks for speaking at the product team meeting yesterday -
>>>>>>>>> it's great to see how fast youtube has been executing, and
```

Highly Confidential

GOO001-00222801

>>>>>>>>> choosing the right focus areas ( e.g. I thought Google
>>>>>>>>> video made a big mistake working on the pay for video
>>>>>>>>> functionality and not enabling private videos sooner)...
>>>>>>>>>
>>>>>>>>> On the my reason for writing, I've received about 4 youtube
>>>>>>>>> messages like this over the last week and am concerned
>>>>>>>>> about how quickly these types of spam notes can tarnish the
>>>>>>>>> youtube brand... having launched adsense 4 yrs ago and
>>>>>>>>> seeing the hit our brand has taken for not addressing the
>>>>>>>>> "made for adsense" spam sites, I quickly learned that it
>>>>>>>>> takes only a minute to lose trust and many years to rebuild
>>>>>>>>> it...
>>>>>>>>>
>>>>>>>>> I'd act quickly on preventing these notes from inundating
>>>>>>>>> user's inboxes, perhaps even shutting down (or limiting)
>>>>>>>>> this capabilty until youtube spam efforts are in place...
>>>>>>>>>
>>>>>>>>> Brian
>>>>>>>>>
>>>>>>>>> ---------- Forwarded message ----------
>>>>>>>>> From: Brian Axe
>
>>>>>>>>> Date: Dec 12, 2006 9:52 AM
>>>>>>>>> Subject: Fwd: YouTube Message: HOT SEX SITE
>>>>>>>>> To: Brian Axe
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> ---------- Forwarded message ----------
>>>>>>>>> From: YouTube Service < service@youtube.com>
>>>>>>>>> Date: Dec 12, 2006 9:46 AM
>>>>>>>>> Subject: YouTube Message: HOT SEX SITE
>>>>>>>>> To:
>>>>>>>>>
>>>>>>>>> YouTube  Broadcast YourselfT
>>>>>>>>> jufizeguvoro65 has sent you a messageClick here to go
>>>>>>>>> directly to this message, or go to your Inbox on YouTube to
>>>>>>>>> view all your messages.
>>>>>>>>> Thanks for using YouTube!
>>>>>>>>>
>>>>>>>>> - The YouTube Team
>>>>>>>>>
>>>>>>>>> Using YouTube
>>>>>>>>> YouTube Help
>>>>>>>>> Check the Help Center for answers to common questions. Your
>>>>>>>>> Account Settings
>>>>>>>>> To change your preferences, settings, or personal info, go
>>>>>>>>> to the 'My Account' section . Email Notifications
>>>>>>>>> To change or cancel email notifications from YouTube, go to
>>>>>>>>> the Email Options section of your Profile.
>>>>>>>>> Copyright C 2006 YouTube, Inc.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>>
>>>>>
>>>>

Highly Confidential

GOO001-00222802

```
>>>
>>
>
```

_____

Highly Confidential

GOO001-00222803