To: "Steve Chen" <steve@youtube.com>, "Hurley Chad" <chadh@youtube.com>, "Jamie Byrne" <jbyrne@youtube.com>, "Chastagnol Franck" <fchastagnol@youtube.com>, "Shiva Rajaraman" <shivar@google.com>
From: "Shashi Seth" <shashis@google.com>
Cc:
Bcc:
Received Date: 2007-02-13 18:06:28 GMT
Subject: Do we need to address Myspace filter from a product perspective??

Hi:

The press is abuzz with the stories of Myspace providing filters to block pirated videos and beating YouTube to the punch. We are trying to address this issue with the launch of the user monetization pilot (see plan below) which we could possibly launch by March 15th. Do we need to do anything earlier to appease partners (and press)?

Shashi

The more I think about it, the more I am convinced that getting the pilot out very quickly is the right thing to do. Why? For the following reasons:
- It gives the press something else to focus on
- Once the press grabs on to "YouTube is creating a platform that will allow its most prolific users to make a living out of producing creative videos" a new frenzy will start
- Our user happiness will go up significantly and will bring a new set of interested publishers (and consequently a new set of viewers) to the platform
- It gives our rivals something to worry about (thats just icing on the cake)

It feels like we could move fast and get to a version of the pilot this way:

- Pick 50 users/publishers to participate
- Build the UI to allow publisher to say that they want to monetize content being uploaded, or alternatively pick content from their my accounts page and start monetizing it, and create Adsense account
- At this time we simply say that YouTube will decide the best way to monetize the content (what combination of ads to serve and how to serve them).
- We run fingerprinting to ensure that this content is copyrighted from any of our partners
- We also make sure that content is original (not stolen from another site), and that copies of it cannot be uploaded on YT again
- Perform human review to ensure that content is not copyrighted, illegal, porn, etc. We also add appropriate tags etc. to the videos to improve targeting
- Start Monetizing
- Make sure click fraud and view fraud are being accounted for
- Share 50% or more revenues
- Start reporting (very high level - ex: which Video made how much money) by pulling reports from GAM

DATE: 12/10/08  EXHIBIT# 7
DEPONENT: Chastagnol

CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential        Expert - Ads        GOO001-02754251