# YouTube Copyright & Content Policies

Zahavah Levine
Glenn Otis Brown
March 17, 2007


EXHIBIT 27
Levine
4-2-09

Highly Confidential

G00001-00561601

# YouTube is a Market Leader in Copyright Protection For UGC

- YouTube respects copyright and copyright owners

- Accordingly, YouTube has implemented a host of policies and procedures to address copyright matters. These fall into four basic categories:

    (1) User Education

    (2) Technology

    (3) Policies

    (4) Business Partnerships

Highly Confidential
G00001-00561602