# (1) User Education

- **Copyright Tips In Plain English**

  - YouTube instructs users in a "Copyright Tips" section of the YouTube website how to understand copyright infringement and strongly discourages infringement.

  - In plain language it explains what users may and may not do.

  - http://www.youtube.com/t/howto_copyright

Highly Confidential

G00001-00561603

# (1) User Education

- **Three Clear, Bold and Prominent Messages at Time of User Upload:**

  – "Do not upload copyrighted, obscene, or any other material which violates YouTube's Terms of Use."

  – "When clicking 'upload Video' you are representing that this video does not violate YouTube's Terms of Use and that you own all copyrights in this video or have express permission from the copyright owner(s) to upload it."

  – "Do not upload any TV shows, music videos, music concerts or commercials without permission unless they consist entirely of content you created yourself."

Highly Confidential
G00001-00561604