# (2) Technology

- **Digital Hashing: MD5**

  – YouTube has implemented technology to prevent videos removed for copyright reasons from being uploaded again.

  – The technology creates a unique identifier of each unauthorized video when it is removed.

  – If a user thereafter tries to upload the identical video that matches that unique identifier, the video is automatically rejected regardless of whether the users is using a different username or file name.

Highly Confidential

GOO001-00561605

# MD5-Hashing Explained



...0111001010101011000111110011111000111110010101...

Calculation of a unique 32-bit hexadecimal value using all bits in file, e.g. *"0xFFFFFFF"*

- ✓ MD5 hashes are efficient and accurate
- ✓ The hash-value covers both audio and video, and are filename independent
- ✓ MD5 hash technology prevents the upload (or repeat upload) of the *identical* video file

Highly Confidential

GOO001-00561606