## (2) Technology

- **Content Verification Take-Down Tool:**

  – Automated DMCA notification and takedown tool for content companies

  – Electronic tool that enables content companies to easily search for and identify videos on the site that contain their content and have them promptly removed with the click of a mouse.

Highly Confidential

GOO001-00561607

# Content Verification Take-Down Tool



"Electronic" DMCA
- Use console to flag videos for takedown
- No fax, letter etc. needed

Pro-active takedown
- Immediate MD5 hash created for flagged videos
- Files with identical MD5 hash are blocked during the upload

Availability
- Contact YouTube for password protected access to the console (limited # of seats)

Screen shot of YouTube takedown tool

Highly Confidential

G00001-00561608