# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 37

Subject: RE: Hot Rod Special Ops
From: "Powell, Amy - Paramount" ███████████████

To: Tipton, Kristina - Paramount
Cc: Wahtera, Megan - Paramount; Simard, Stephanie - Paramount;
     Teifeld, Tamar - Paramount
Date: Tue, 15 May 2007 20:40:04 +0000

I think we should use t-shirts for prizing- it will be more viral

Amy Powell

Senior Vice President

Interactive Marketing

Paramount Pictures

██████████████████████

_____

From: Tipton, Kristina - Paramount
Sent: Friday, May 11, 2007 2:39 PM
To: Powell, Amy - Paramount
Cc: Wahtera, Megan - Paramount; Simard, Stephanie - Paramount; Teifeld, Tamar - Paramount
Subject: Hot Rod Special Ops

Hi Amy,

We had a great kick-off call with Special Ops yesterday. Here's what we discussed on the call:

Exclusive Content

We started discussing timing of release and outreach for the following content:

-        Viral Videos (10-30 expected)

-        Scans of Flyers / Stunt Sketches (to be paired with relevant clips)

-        Photo Exclusives

-        EPK Clips & Online Exclusive Clips

-        One-sheet Reveal (targeting next week)

-        Andy / Jorma / Akiva play LineRider game and syndicate the resulting video

-        LineRider Game (non-exclusive)

They are working on suggestions for release of content.

Contests & Promotions

Special Ops is working on further detailing the promotions they would like to do, specifying the number, positioning, approximate timing, and needed prizing for them.

You had mentioned that props might be available for prizing on this film – how do we request props for this?

Talent Requests

They are working on pulling together their list of requested phoners, in-character requests, and other miscellaneous talent requests.

Special Ops Immediate Tasks

They are currently working on pulling together the following for us in preparation for our full launch next week:

- List of assets needed to start campaign

- Line Rider Groups / Outreach methods on YouTube

- Phoner / Talent Requests (include in-character materials)

- Prizing requests (target number of contests you'd like to do with what sort of prizing you'd like for them)

Goals for Campaign

Site Placements: They expect to get about 50-60 home page or featured placements through the course of the campaign.

Viral Videos: We will ascertain their goal for viral video views as we determine how many videos we can expect.

Let us know your thoughts on these benchmarks. We will break this out into weekly goals as well based on the timing we decide to release content.

Campaign Duration: 5/18 – 8/3

Campaign Cost: $18,000

Let us know if you have any questions or concerns. So far it seems like the team is very enthusiastic and on top of it.

Thanks!

Kristina Tipton

Interactive Marketing

Paramount Pictures

323-956-8453

**Schapiro Exhibit 38**

Subject: RE: is m-80
From: "Witt, Jason" <EX:/O=VIACOM/OU=MTVUSA/CN=RECIPIENTS/CN=USER
ACCOUNTS/CN=VPN/CN=WITTJ>
To: Fortner, Mark
Cc: Date: Tue, 11 Dec 2007 22:25:11 +0000

Nah. get some rest. we can talk/IM tomorrow re T-Mobile etc..

_____

From: Fortner, Mark
Sent: Tue 12/11/2007 5:23 PM
To: Witt, Jason
Subject: Re: is m-80

Okay, cool. I will have M-80 throw the teases up there, let's let them do it. I haven't seen them yet and pushing them to get them done...hopefully will have them tomorrow to look at.

Coolbirth is all set and I am still talking with Barbarian.. Did you still want to chat?

On 12/11/07 5:18 PM, "Witt, Jason" <Jason.Witt@mtvstaff.com> wrote:

Yes. I sent a separate note to Kenny and Nick.

We still put stuff on youtube. I think this would be a good thing given the traffic that they get (and the search results!).

_____

From: Fortner, Mark
Sent: Tue 12/11/2007 4:43 PM
To: Witt, Jason
Subject: Re: is m-80

I told them not to put it on YouTube, due to the impending lawsuit with mtvn.

The site is not tracking – did you hear that?

On 12/11/07 4:39 PM, "Witt, Jason" <Jason.Witt@mtvstaff.com> wrote:

putting connected up on youtube, etc? If not, I want to do it (but not finding it via searches).

thx.

jw



**Schapiro Exhibit 39**

Subject:   RE: hey
From:      "Exarhos, Tina" <EX:/O=VIACOM/OU=MTVUSA/CN=RECIPIENTS/CN=EXAROST
           >
To:        Chaves, Areti
Cc:        Date:    Tue, 30 Jan 2007 17:13:23 +0000

I'm gonna need a breakdown of who is incurring these expenses.  Is it mostly Todd Apmann?


>----------
>From:    Chaves, Areti
>Sent:    Tuesday, January 30, 2007 11:44 AM
>To:      Exarhos, Tina
>Subject:       RE: hey
>
>In 2006, we paid Wiredset a total of $458,623
>
>Assuming $10K/month is the retainer that is split between you & David, we paid them an additional $338,623.
>
>Hope this helps.
>
>_____
>From:    Exarhos, Tina
>Sent:    Tuesday, January 30, 2007 11:17 AM
>To: Chaves, Areti
>Subject: hey
>
>I called about two things yesterday that I'm hoping  you can help me on:
>
>1)can you tell me how much $$ my area spent on WIREDSET last year.  I want to look at $$ above & beyond the 5k
that comes out of my HQ each month.
>
>2)I don't remember #2.
>
>Let me know if you can get me the WiredSet info by Thur.  thx.
>

HIGHLY CONFIDENTIAL

# Schapiro Exhibit 40

Amy –

This week's online update is attached for your review. We focused on Failure to Launch and Dreamgirls.

Please let us know if you have any questions.

Thanks,
Niki

<<Weekly Update 1 25 06.doc>>

_____

Niki Vora

Project Manager

New Media Strategies

Tel: (703) 253-0050 x130

 <mailto:nvora@newmediastrategies.net> nvora@newmediastrategies.net

List of attachments:
  Weekly Update 1 25 06.doc



new media strategies

To:        Amy Powell
              Paramount Pictures

From:     Laura Traa, Managing Director of Client Services
              Niki Vora, Project Manager
              New Media Strategies

Re:        Weekly Online Update – *Failure to Launch* and *Dreamgirls*

Date:      January 25, 2006

---

## Volume of Online Buzz

During the course of the past week, online dialogue about *Failure to Launch* rose 31% from 48 to 63 total online discussions across 11 communities.  Although the majority of discussion continues to take place in Film/Entertainment communities (71%), dialogue has begun to expand into new demographics such as Women/Family, DVD, Gaming and College/Teen communities.  Resulting from the announcement of the change in the release date, 68% of the discussion skews neutral at this time and focuses primarily on speculation about why the release date was pushed back to March 10, 2006.  While some viewers feel the change is a **"good move"** for the film, others are disappointed that they have to wait an additional month to see the movie.  In addition to discussion about the release date, a handful of viewers are drawing comparisons of the movie to other comedies such as *The 40-year old Virgin* and a French film named *Tanguy*. Positive discussion (24%) stems from viewers expressing general excitement for the film such as this fan who asserts, **"I'm excited for this movie to come out. I've seen the previews for it several times and it looks great. I'm counting down the days."**  Negative dialogue is once again low, with only five discussions taking place over the past week.

Online dialogue about *Dreamgirls* skyrocketed this week, soaring 253% from 185 to 653 discussions across 16 communities.  (Please note that this is a significant increase, given that the 185 discussions reported in last week's update reflect slightly over a month's time period whereas the 653 discussions reflected in this report were uncovered over the last week.)  This significant increase in discussion can be attributed to the release of the behind-the-scenes footage last week, which is sparking a considerable amount of neutral dialogue (77%) about the actors, costumes, the music that is featured, and the film itself. The various assets such as interviews, magazine/newspaper articles, and stills that are being passed around, are also stimulating substantial amounts of discussion among film fans.  Additionally, several fans within IMDb are questioning whether the musical is based off of true events from other popular musical acts such as The Supremes or The Ronettes. Lastly, viewers who are actively discussing the casting are expressing their excitement about Jennifer Hudson's inclusion in the film, while a few are critical that Fantasia was not selected.

1

HIGHLY CONFIDENTIAL                      







## *Failure to Launch*

### Breakdown of Online Discussion by Demographic

The following is a breakdown of online discussion about *Failure to Launch* occurring in the last week, by demographic:

- o <u>Film/Entertainment (71%)</u> – increased 2% from 44 to 45 online discussions
- o <u>Women/Family (14%)</u> – increased from 0 to 9 online discussions
- o <u>DVD (10%)</u> – increased from 0 to 6 online discussions
- o <u>College/Teen (3%)</u> – increased from 0 to 2 online discussions
- o <u>Gaming (2%)</u> – increased from 0 to 1 online discussion



### Overall Tone Breakdown **(63 online discussions)**

- o <u>Neutral (68%)</u> – increased 23% from 35 to 43 total discussions
- o <u>Positive (24%)</u> – increased 36% from 11 to 15 total discussions
- o <u>Negative (8%)</u> – increased 150% from 2 to 5 total discussions

2





**Tone of Online Discussion About**
***Failure to Launch***
**(January 17 - 22, 2006)**

Negative
8%

Positive
24%

Neutral
68%

## Recurring Trends in Online Discussion

❖ <u>Box Office Speculation</u> – A number of box office watchers within Film/Entertainment communities share their thoughts and predications about how much they believe *Failure to Launch* will gross as compared to other popular February releases. This discussion occurred before Paramount's announcement that the release date was being moved to March 10th. Several viewers are optimistic and expect *Failure to Launch* to enjoy *"break out"* success.

❖ <u>One-Sheet Identical to *How to Lose a Guy*?</u> – A small number of core film fans share that the *Failure to Launch* one-sheet shares a number of similarities with the one-sheet for *How to Lose a Guy in 10 Days* of several years ago. One moviegoer notes, *"yeah, his pose on the poster is very similar to How To Lose A Guy. Almost identical,"* while another chimes in *"Wow...you're totally right."*

## Current Trends in Online Discussion

❖ <u>Discussion About Release Date Change</u> – A significant portion of *Failure to Launch* related discussion focuses on Paramount's announcement that the film's release date will be pushed back to March 10, 2006. Viewers within Film/Entertainment and DVD communities wonder why the studio decided to change the release date *"so last minute."* One DVD enthusiast ponders, *"why would Paramount move this release date so quickly? Not like the move upsets me, the film isn't my cup of tea, but it is a surprising move regardless."* Conversely, several core film fans note that *Failure to Launch*'s release date was moved as a result of a *"packed Feb 10 weekend."* A number of these moviegoers note that the move was *"a good one"* because it will allow both *Failure to Launch* and the current February 10th releases to earn more money. One viewer explains, *"this is probably because the February 10 frame is very crowded. Firewall, Final Destination 3, Pink Panther, and Curious George are all set for release that day, though I think only one of them (Firewall) will do that well."* Despite widespread optimism by fans, a handful of skeptics note that they would have preferred the old release date. One critic expands, *"It that's good I guess but one of the others should have moved. This was supposed to have the valentines day boost like Hitch/How To Lose A Guy In 10 Days."*

3

VIA 00365704



❖ <u>Fans Draw Comparisons</u> – A handful of moviegoers compare *Failure to Launch* against other popular romantic comedies including, *The 40 Year-Old Virgin*, *How to Lose a Guy in 10 Days* and the French film, *Tanguy*. A number of these viewers have gone as far as argue that *Failure to Launch* is a remake of *Tanguy*. One moviegoer notes, ***"It doesn't remind me of The 40 Year-Old Virgin at all, but haven't you heard of a french movie called 'Tanguy' a couple years back? That looks like a poor remake to me. Well, let's just hope for you guys who are going to see it that it's not as bad as the american version of taxi looked from the trailer..."***

## *Dreamgirls*

### Breakdown of Online Discussion by Demographic

The following is a breakdown of online discussion about *Dreamgirls* occurring in the last week, by demographic:

- o <u>Film/Entertainment (85%)</u> – increased 338% from 128 to 560 online discussions
- o <u>Hip Hop (6%)</u> – increased 91% from 22 to 42 online discussions
- o <u>Major Portal (5%)</u> – increased 220% from 10 to 32 online discussions
- o <u>Television (2%)</u> – decreased 29% from 14 to 10 online discussions
- o <u>Fan (1%)</u> – increased 400% from 1 to 5 online discussions
- o <u>College/Teen (1%)</u> – increased 100% from 2 to 4 online discussions



**Demographic Breakdown of Discussion About *Dreamgirls* (January 17 - 22, 2006)**

Major Portal 5%
Television 2%
Fan 1%
College/Teen 1%
Hip Hop 6%
Film/Ent 85%

### Overall Tone Breakdown **(653 online discussions)**

- o <u>Neutral (77%)</u> – increased 356% from 110 to 502 total discussions
- o <u>Positive (18%)</u> – increased 98% from 59 to 117 total discussions
- o <u>Negative (5%)</u> – increased 113% from 16 to 34 total discussions

4



**Tone of Online Discussion About**
***Dreamgirls***
**(January 17 - 22, 2006)**

Negative 5%

Positive 18%

Neutral 77%

## Recurring Trends in Online Discussion

❖ <u>Audiences Continue to Enjoy Teaser Trailer</u> – In Hip Hop and Film/Entertainment communities, viewers continue to express excitement about the *Dreamgirls* teaser trailer. One enthusiastic fan asserts, *"Ok, my excitement for this movie just went from 'sweet' to..EEEEEEEEEEEEEEEEEEE! Wow, I cannot wait."* Another musical fan adds, *"after I watched that teaser the first time, I was going 'And you, And you, And you, And you're gonna love me!!!' all over the place."*

❖ <u>Jennifer Hudson Fans Remain Ecstatic</u> – In many Mainstream and Film/Entertainment communities, moviegoers as well as *American Idol* fans welcome Jennifer Hudson's debut performance. As one *Idol* fan remarks, *"Wow, Jennifer looks great. Beyonce is her idol, she's got to be on top of the world to be getting her big break in a movie with someone she admires so much."* Another Hudson fan comments on the film's featurette, expressing, *"they talk about the nationwide search for Effie. I'm so happy for Jennifer!"* Other fans express their satisfaction, noting, *"I want to send out my congratulations to her on her most darling accomplishment"* and *"Jennifer could become the biggest Idol star ever if this movie blows up; also in the movie is Jamie Foxx and Eddie Murphy, it's gonna be a big deal!"*

## Current Trends in Online Discussion

❖ <u>Behind the Scenes Footage Builds Buzz</u> – The Behind the Scenes featurette on *Dreamgirls* is creating a lot of attention for the movie within key Mainstream and Film/Entertainment communities. Fans of Jennifer Hudson and Beyoncé share links to the feature, saying, *"here's a clip of Dreamgirls behind the scenes! This shows the Dreamettes singing and dancing in costume."* Others describing the feature note, *"It's a couple of minutes long and features quick sound bites, rehearsal footage and costume tests from the film. It's a nice piece - gives you hope that the movie will be done correctly."* One moviegoer comments on Bill Condon's interview, expressing, *"interesting comments by Condon, but then I guess he's supposed to make the film seem interesting. It does feel like it'll feel weird to see Murphy in a 'serious'-ish movie."* Finally, a movie industry watcher expresses pleasure with the *Dreamgirls* marketing team, noting, *"It's nice to see Dreamworks starting its marketing campaign early for Dreamgirls. Musicals will succeed if given the*

5



*proper push. The PR powers-that-be have killed recent ones like 'Phantom,' 'RENT,' and 'Producers' by trying to pass them off as something besides a musical (you could never tell by the trailers), confusing unfamiliar audiences and failing to create any buzz. Those three films never got the Miramax boost (like 'Chicago'), and people end up discovering them on DVD. So, it looks like Dreamworks has gotten wise. After all, Hollywood has yet to make a movie that has made more money than one of the Broadway megahits."*

❖ <u>Photos From Newspapers/Magazines Shared Widely</u> – Moviegoers and *Dreamgirls* fans in Film/Entertainment and Mainstream communities post pictures of the *Dreamgirls* cast that is featured in newspapers and magazines such as *Times* and *The Chicago Tribune*. Although viewers latch onto a number of stills, video footage and press releases, the early image of the *Dreamgirls* released in *The New York Post* last week has generated the most buzz. One excited fan comments, ***"WOW! Great! Thank you! I can see it now...BEYONCE! BEYONCE! BEYONCE! LOL,"*** while another adds, ***"they all look SOOOOOOOOOOOOOOOOOO BEAUTIFUL!!!!!!!!!!!"*** As one Jennifer Hudson fan asserts, ***"There was a photo of the three Dreamgirls in the chicago Trib today. Girl looks gorgeous!"*** Fans of the upcoming film are also referencing other assets for the movie such as an interview on Entertainment Tonight.

❖ <u>Fans Question Beyonce's Portrayal</u> – Several core film fans discussing *Dreamgirls* debate how well they believe Beyonce will be able to portray the role of Deena Jones. While a number of these fans believe the actress will be ***"surprisingly good,"*** others are less than confident. One critic exclaims, ***"I really hope that she portrays the character of Deena not Beyonce in this movie role. Deena would not speak in the same manner as Beyonce."*** Commenting on a Yahoo! interview with Beyoncé, one viewer says, ***"Beyoncé seems to be forgetting the major dramatic irony of Dreamgirls. It's that Deena gets the spotlight despite the fact that she isn't the most talented member. She's simply the most glamorous. Beyoncé forgets lots of things that are inconvenient to remember."*** Another frustrated moviegoer adds, ***"If Beyoncé is nominated for Lead Actress next year I will blow chunks. She can't sing and really can't act either from what I can tell. I thinking Mariah and 'Glitter'."***

❖ <u>Loyalists Discuss Songs</u> – Several moviegoers who are familiar with the *Dreamgirls* Broadway musical discuss the songs that will be featured in the film adaptation. These viewers note the established song list and speculate about what songs will be confirmed in the future. One excited fan wonders, ***"any word on 'Ain't No Party'??? I really want that to stay in!! If anything else was besides that was cut, I wouldn't really care all that much because as good as most of the music in this show is, some of it might not be needed."*** Additionally, fans note news that the *Dreamgirls* film adaptation will feature several new songs that are not present in the musical. One viewer states, ***"also keep in mind even though these numbers are being filmed, doesn't mean it will be in the final cut of the film. Even if it makes it onto the soundtrack, still may not make it in the film."***

❖ <u>True Story?</u> – A number of *Dreamgirls* fans who are familiar with the Broadway musical and are anticipating the film, draw comparisons between the film's plot and the true story of several popular musical acts during the same time period. Several of these viewers

6



note that the musical and film's storylines are loosely based on the true stories of The Supremes or The Ronettes. One moviegoer explains, *"although many believe the Dreamgirls story to be based loosely on The Supremes, there are those of us who believe it more closely resembles that of The Ronettes and their lead singer, Ronnie Spector."* Conversely, several viewers believe the film is purely fictional, as this viewer elaborates, *"once in an inteview Sheryl Lee Ralph said that people always associated Dreamgirls with The Supremes and Deena with Diana Ross but in actuality Dreamgirls was based on various girl groups of that time."*

❖ <u>Fantasia Fans Disappointed</u> – Over a dozen Fantasia Burrino fans share their thoughts about *Dreamgirls* and express disappointment that their favorite *American Idol* star was not cast as one of the lead actresses. While only a handful of moviegoers specifically say they will avoid the film because Burrino was not cast, several others agree that *"Fantasia would have been great in this pic."* One fan shares a link to YouTube and says, *"I'm happy for them all. Of course we wanted Fantasia to play the role, but it is all good. Fantasia is getting ALL that the Lord has for her. It's all good."* Another viewer responds, *"speak as spoke the truth Tasia is getting all thats due her. But far as dream girls go I wont be going to see it not now or later."*

❖ <u>Skin Coloring Looks "Off"</u> – A couple of viewers in Mainstream and Film/Entertainment communities share links to *Dreamgirls* photos and comment on the skin color of the actresses. One moviegoer asserts, *"first, Beyonce almost looks white in that picture. Is there a reason they would lighten her skin or am I just imagining it. Second, Jenn has that snarky grin of hers on. She actually looks alright. At least she doesn't have that frizz fro thing going on. lol."* Another viewer adds, *"Maybe it's the lighting on Beyonce? She does look rather pale...that's interesting."*

## Sample Discussions

***Failure To Launch Trend #1***

| | |
|---|---|
| **Community:** | **DVD Talk** |
| **Board:** | **Movie Talk** |
| **Subject:** | **Failure to Launch fails to launch in time for V-Day** |
| **From:** | **Mittman** |
| **Date:** | **1/20/06** |

Failure To Launch, the new Matthew McConaughey movie, has been pushed back from 2/10 until 3/10 according to Box Office Mojo. Why would Paramount move this release date so quickly? This was penciled in as the big romantic comedy for this Valentine's Day. Not like the move upsets me, the film isn't my cup of tea, but it is a surprising move regardless.

**Response:**
**From:** **Dr. DVD**
**Date:** **1/20/06**
Me thinks test screenings might have gone badly.

HIGHLY CONFIDENTIAL                                                                 VIA00365708



**Response:**
**From:** scott shelton
**Date:** 1/20/06
A simple one month bump doesn't usually indicate that.

There's a ton of other, big releases that weekend (FIREWALL, CURIOUS GEORGE, PINK PANTHER, FINAL DESTINATION 3), which is the real reason why it was moved.

**Response:**
**From:** Mittman
**Date:** 1/20/06
You're right Scott, it is a crowded weekend. I wouldn't have been surprised if one of those other films was bumped, but bumping the romantic comedy on Valentine's is just odd. I think this film would have opened up at #1 over all those other ones you listed, especially with the date crowd that will be at the multiplexes that weekend.

**Response:**
**From:** PopcornTreeCt
**Date:** 1/20/06
I thought they were launching an exclusive movie on V-Cast for cell phones.

**Response:**
**From:** Matthew Chmiel
**Date:** 1/20/06
I assume Curious George will be the number one film that weekend simply due to it's a family film with a built-in audience already established.

Final Destination 3 should have a $20 million opening weekend similar to the first two films that came before it and the fact the last two "major" R-rated horror films struck box office gold their first weekends in.

I am not going to be surprised if Firewall and Pink Panther bomb. Harrison Ford isn't the draw that he used to be and a lot of people probably thought Pink Panther came out already (due to it being heavily advertised during the summer before Sony pulled it from the calendar).

Failure To Launch probably would've done decent business -- or -- had legs due to the fact that it's a romantic comedy, but I can see the logic on why it was moved. Why a month, I don't know, but they could've delayed it until the 17th or the weekend after that.

**Response:**
**From:** DonnachaOne
**Date:** 1/20/06
WHy not move it up, a week early?

HIGHLY CONFIDENTIAL

VIA 00365709



*Failure To Launch Trend #2*

| | |
|---|---|
| **Community:** | **IMDb** |
| **Board:** | **Failure to Launch** |
| **Subject:** | **This looks a lot like The 40 Year-Old Virgin** |
| **From:** | **billybobwashere** |
| **Date:** | **1/18/06** |

When I say that, I mean like...it's about a guy who has sort of been a nerd his whole life (lives in his parents' house, has superhero toys and bed covers, etc...) and about how a woman changes him and helps take him away from that nerdy state.

does anyone else think they got the idea from "Virgin" ?

**Response:**
| | |
|---|---|
| **From:** | **phamtq** |
| **Date:** | **1/19/06** |

Actually no. The guy isn't a nerd. He's actually like everyone else except for the fact that he doesn't want to leave the nest because he think's he's got the best setup in the world.
Mom cooks for him, pays no rent, etc....

**Response:**
| | |
|---|---|
| **From:** | **m_pc** |
| **Date:** | **1/20/06** |

It doesn't remind me of The 40 Year-Old Virgin at all, but aven't you heard of a french movie called "Tanguy" a couple years back (http://www.imdb.com/title/tt0274155/) ? That looks like a poor remake to me. Well, let's just hope for you guys who are going to see it that it's not as bad as the american version of taxi looked from the trailer...

*Dreamgirls Trend #1*

| | |
|---|---|
| **Community:** | **Television Without Pity** |
| **Board:** | **AI: Previous Seasons** |
| **Subject:** | **Jennifer Hudson: Or Else Elton John Will Bitch** |
| **From:** | **Dig It** |
| **Date:** | **1/12/06** |

Some pictures from the filming are around. Beyonce looks different, "her" hair all up, Jamie looks funny rockin a conk with a superman curl/bang, and the elusive J-Hud still has yet to be photographed in the wild. Hopefully the effie unveiling is more Segway than Al Capone's vault.

**Response:**
| | |
|---|---|
| **From:** | **32writer** |
| **Date:** | **1/18/06** |

There's a pic of Jennifer, Beyonce, and Anika as the Dreamettes and a link to a video on this Broadwayworld thread.
http://www.broadwayworld.com/board/readmessage.cfm?thread=883148&dt=011806083048

9



new media strategies

> **Response:**
> **From:** MissD
> **Date:** 1/19/06
> Here's a clip of Dreamgirls behind the scenes! This shows the Dreamettes singing and dancing in costume. They talk about the nationwide search for Effie. I'm so happy for Jennifer! http://www.youtube.com/watch.php?v=low-R-bc3QY
>
> **Response:**
> **From:** CoConspirator
> **Date:** 1/19/06
> Wow, Jennifer looks great. Beyonce is her idol, she's got to be on top of the world to be getting her big break in a movie with someone she admires so much.
>
> **Response:**
> **From:** BML1980
> **Date:** 1/20/06
> Ok, my excitement for this movie just went from "sweet" to... "EEEEEEEEEEEEEEEEEE!" Wow, I cannot wait.
>
> **Response:**
> **From:** backformore
> **Date:** 1/20/06
> There was a photo of the three "Dreamgirls" in the chicago Trib today. Girl looks gorgeous!

*Dreamgirls Trend #2*

> **Community:** Broadway World
> **Board:** Message Board
> **Subject:** FIRST PICTURE OF DREAMETTES IN 'DREAMGIRLS' MOVIE MUSICAL!!
> **From:** CapnHook
> **Date:** 1/16/06
> Is in today's TIME Magazine. Can anyone scan it?
>
> **Response:**
> **From:** CapnHook
> **Date:** 1/16/06
> ALSO - Wednesday on ACCESS HOLLYWOOD they have a huge Dreamgirls segment on the upcoming film. In the teaser, they showed everyone except Jennifer Hudson in costume and even Jamie Foxx dancing from what looks like rehearsal footage of "Steppin To The Bad Side"!!!!
>
> **Response:**
> **From:** BobbyBubby
> **Date:** 1/16/06
> Damnit. I can't wait for this film!

HIGHLY CONFIDENTIAL

VIA00365711



**Response:**
**From:** Kringas
**Date:** 1/16/06
"BEYONCE GOES FROM BOOTYLICIOUS TO BOUFFANT
Before casting BEYONCE, center, in his big-screen version of the musical Dreamgirls, director Bill Condon had one worry: "I needed to know she could become a restrained, sedate character," he says. Once the singer proved she could put a clamp on the amps, Condon picked Tony winner ANIKA NONI ROSE, left, and American Idol's JENNIFER HUDSON to fill out the Dreams, a 1960s group loosely based on the Supremes. None of the stars has seen the 1980s musical, but no matter. The dramas that show-biz women endure are timeless."

**Response:**
**From:** WickedOne2
**Date:** 1/17/06
Great picture. I am so excited for this movie

**Response:**
**From:** TennesseeTwang
**Date:** 1/17/06
I Love the big hair. And I'm surprised that Anika hasn't seen a production of Dreamgirls seeing as that she herself is a stage star. There seems to be a regional or community theater production of this show going on somewhere in at ALL times.

**Response:**
**From:** ozone20
**Date:** 1/17/06
Ooooooh this is gonna be awsome! i'm so glad this show is finally getting the props it derserves! this musical is LEGENDARY and should have won the tony. talk about a revolutionary piece of theater! long overdue.

**Response:**
**From:** SueleenGay
**Date:** 1/17/06
Am I the only one who thinks this looks like a very special episode of American Dreams?

**Response:**
**From:** sweetiedarlinmia
**Date:** 1/17/06
Apparently Entertainment Tonight is going to do a story on the movie tomorrow (weds) night. I love the pic although I wish they wouldn't focus sooo much on Beyonce, though I love her.

**Response:**
**From:** ozone20
**Date:** 1/17/06
of acourse they are gonna focus on beyonce. ET and the studio probaby want it that way. she's HUGE!

11



**Response:**
**From:**     **ShuQ**
**Date:**     **1/17/06**
Ahhh...thank you so much! They all look stunning, can't wait for more!

**Response:**
**From:**     **bwayondabrain**
**Date:**     **1/17/06**
nice pic- jennifer looks nice like that! so, is that exactly how they'll look in the movie, or was that just a promotional sort of shot? looks good to me...

**Response:**
**From:**     **Marquise**
**Date:**     **1/17/06**
yes that's how they will look in the early part of the film.

*Dreamgirls Trend #3*

**Community:**     **IMDb**
**Board:**     **Dreamgirls**
**Subject:**     **Beyonce' Knowles portrayal of Deena Jones**
**From:**     **Dreamguy**
**Date:**     **1/18/06**
I just watched the ET clip of Beyonce in costume, speaking about her role in Dreamgirls. I really hope that she portrays the character of "Deena" not "Beyonce" in this movie role. Deena would not speak in the same manner as Beyonce.

As I'm sure you all know, the character of Deena develops throughout the story from shy background singer to ambitious diva all the while maintaining a poised public persona that is heavily influenced by Curtis. The Dreams are the cross over group that have been carefully groomed and scripted by Curtis. Effie is forced out of the Dreams because her voice is too "special" and she does not fit the perfect mold that Curtis envisions for DJ and the Dreams.

I do feel that Beyonce is beautiful and commercially ideal for this role. I hope and certainly expect her to articulate and portray Deena not herself in this role.

**Response:**
**From:**     **Noelle-noelle**
**Date:**     **1/18/06**
....some of you guys can not look beyond Beyonce. What has happened? Did you actual hear what she said in the interview or not... stop focusing on Beyonce so much and focus on the production. GEESH

**Response:**
**From:**     **mascio101**
**Date:**     **1/18/06**

12

HIGHLY CONFIDENTIAL

VIA00365713



She'll do fine!

**Response:**
**From:** dlesel6
**Date:** 1/18/06
Dreamguy .. I couldnt have said it better myself. Thank you so much for pointin gout the charisma of Deena Jones, and the fact that Sheryl Lee Ralph didnt talk like that on the OBCR for no reason... !!! MY GOD YOU'RE BRILLIANT!!!!
It's what I've been saying all along. It's all about charisma for these characters to become larger than life.

And I know Beyonce won't figure that out. She probably thinks the reason she's cast is because fans want to see Beyonce play out the similarities of Beyonces life in this role, and thats NOT what we want!!! Who cares that your life mirrors Deenas, we dont want to see you.. we want Deena!!! Give us Deena!!!

When I first heard this soundtrack in high school, ( I went to a Performing Arts High School in the city) me and my friends used to mock the way that Sheryl Lee Ralph talked on the OBCR, but thats' what made the character so fun. We used to mock Lorretta Divine too. Thats what makes this show funny!

Watch Beyonce miss that all together. She's gonna play this character out like Deena Jones was born in Texas and just ended a Destiny Fulfilled tour - WATCH!

**Response:**
**From:** dlesel6
**Date:** 1/18/06
why are you guys so full of doubt??? so are you saying that this movie is gonna suck? than why are you posting on this board????

negativity should be kicked out of here. and you don't know what's in beyonce's head!!

and than your also doubting the director too. because it's his job to make sure everyone is playing their roles right.

u guys need to get the *beep* outta here!!!

**Response:**
**From:** milesmoody
**Date:** 1/18/06
I think Beyonce is going to suprise.

**Response:**
**From:** hardcritic
**Date:** 1/18/06

13



Beyonce's problem is she didnt have to starve in New York City like alot of other actors, she didnt have to struggle to make it. Everything she ever had so far in her career has been protected and handed to her.

**Response:**
**From:** biggestfan2
**Date:** 1/18/06
Going to have to agree with Dreamguy and HC on this one.
I cant imagine Beyonce Knowles having her head screwed on tight enough to really do this role the justice it deserves, (ducks tomatoes) but I do think she'll try very hard and for that reason alone, it'll be a great performance!
And somoene said on an earlier post that this board is getting boring. I dont think so, I think its good that we can come and have these discussions with so many viewpoints, all it does is raises our expectations of this film, and also for the crew members and cast who sneak on to read these threads; it raises their standards... I think it's a great place to pool thoughts on this film. And gosh-darnett, I'm glad to be here! Hee-haw

**Response:**
**From:** Noelle-noelle
**Date:** 1/18/06
...I agree with you dlesel6...they are doubting this production not Beyonce...she has captured the essence of Deena. And she is passionated about it...it shows...

How can sane people see a small 30 seconds clip or pictures or so...and analyze it and determine a person intentions or destiny...that puzzles me all the time. I really think. People are just ready to destory this production, one because its all black cast with some of American's finest black entertainers and people hate ...history in the making just the same with Beyonce.

REALITY check...Dreamgirls is in production and there is nothing you can do about it but try to degrade the cast and we all know that is fruitless...

**Response:**
**From:** barbraseville
**Date:** 1/18/06
As much as I agree with a lot of these posts, I have to say:
I am a huge fan of this show and am anxiously awaiting the release of this film.

The intent of my post was to convey my hopes for Beyonce's interpretation and portral of Deena's character. Based on the photos that have been released so far, they seem to be filming in chronological order and it is very early in the filming of the story. I just hope that Beyonce will mature as the character evolves.
WHY DON'T WE LET HER ACTUALLY PLAY THE PART BEFORE WE DECIDE WHO SHE HAS PLAYED IT!?!?!

They have prolly 5, six minutes of film in the can, and we are already deciding what the flaws in the perfomances could be.

14

VIA00365715



SHEESH.

Let's not judge her performance based on one interview with Entertainment ToFreakingNight.

***Dreamgirls Trend #4***

Community:     **IMDb**
Board:             **Dreamgirls**
Subject:          ***Official Song List Thread***
From:              **levonjohnson246**
Date:              **1/19/06**
Songs currently confirmed in Dreamgirls.
Move (You're Steppin' On My Heart)
Fake Your Way To the Top
Steppin' To the Bad Side
Dreamgirls
And I Am Telling You I'm Not Going
Hard To Say Goodbye/Dreamgirls (Reprise)

Songs that will probably stay in
Caddillac Car (a very popular song, and the one that many critics loved)
Family
I Am Changing
When I First Saw You (they all have lives of their own)
One Night Only (a very popular song)

Maybe - no word
Heavy
Ain't No Party
I Meant You No Harm

Expendable (Replaceable - whether with words or with another song)
I'm Lookin' For Something Baby
Goin' Downtown
Takin the Long Way Home
Party, Party
I Want You Baby
Press Conference
Walking Down the Strip
It's All Over
The Dreams Medley
Vogue Sequence
I Miss You, Old Friend
I'm Somebody

HIGHLY CONFIDENTIAL

VIA00365716



**Response:**
**From:**          **hardcritic**
**Date:**          **1/19/06**
Source? We havent heard anything official about Hard To Say... ???? Have we?

**Response**
**From:**          **geeslady2020**
**Date:**          **1/19/06**
Yes I freeze framed part of the featurette and in the scene there's a...what do they call it...a storyboard and there is peice of paper stuck to it that says Hard to say Goodbye My love/ Dreamgirls Melody. So i'm guessing that it was the sketches for that scene.

**Response:**
**From:**          **mascio101**
**Date:**          **1/19//06**
Any word on "Ain't No Party"??? I really want that to stay in!! If anything else was besides that was cut, I wouldn't really care all that much because as good as most of the music in this show is, some of it might not be needed.

**Response:**
**From:**          **blacktigerboy**
**Date:**          **1/19/06**
of course "I am Changing" is gonna be in there

"Hello, Las Vegas"...I love it when Heather Says that

**Response:**
**From:**          **captainhook**
**Date:**          **1/19/06**
There is also the four new songs.

Also keep in mind even though these numbers are being filmed, doesn't mean it will be in the final cut of the film. Even if it makes it onto the soundtrack, still may not make it in the film.

http://www.moviemusicals.net - the latest news & information on upcoming movie musicals.

**Response:**
**From:**          **ShineDeenaShine**
**Date:**          **1/19/06**
And from the tiny clip of JHUD rehearsing AIATYING at the piano, they're including the 'stay and hold me' section of the song, thank goodness! It always jars with me to hear it sliced out of the Broadway cast album.

**Response:**
**From:**          **lfl234**
**Date:**          **1/19/06**

HIGHLY CONFIDENTIAL



new media strategies

I agree. There is searing, emotional trip that that section takes you on before going even higher with the rest of the song.

**Response:**
**From:**        **ShineDeenaShine**
**Date:**        1/19/06
Yes, I'm so pleased they're doing (or at least rehearsing, cos who knows?) the full score version. I have to say that Jennifer Hudson sounds absolutely charming, and those vulnerable, beautiful eyes are just gonna break your heart on the big screen. Excellent choice!

**Response:**
**From:**        lfl234
**Date:**        1/19/06
I have more confidence in her now more than ever. Its amazing the turnaround these video clips have given me.

**Response:**
**From:**        **ShineDeenaShine**
**Date:**        1/20/06
Oh, me too! I couldn't see further than Audra, Lilias and Heather in those roles. But now I've seen those early video clips I realise that for the movie they had to cast a bit younger, and those three girls look so fine! Now officially backing Beyonce and Jennifer :-) Shine Deena, Shine!

*Dreamgirls Trend #5*

**Community:**      **IMDb**
**Board:**          **Dreamgirls (2006)**
**Subject:**        **Based on the Ronettes, not Supremes**
**From:**           cjhanson
**Date:**           1/18/06
Although many believe the Dreamgirls story to be based loosely on The Supremes, there are those of us who believe it more closely resembles that of The Ronettes and their lead singer, Ronnie Spector.

**Response:**
**From:**        lf1234
**Date:**        1/18/06
Could you share their story with us "youngens", please?

**Response:**
**From:**        cjhanson
**Date:**        1/18/06
I wasn't born when The Ronettes were one of the big girl groups, but here is their story: Ronnie Bennett, lead singer of the Ronettes (Ronnie, her sister and their cousin) falls in love with the groups producer, Phil Spector, who was obsessed with her. His obsessive love, along with jealousy of the other members of the group, leads to the break up of the group. Phil and Ronnie



marry in 1968, and his obsessiveness leads to him forcing Ronnie into a life of isolation, never allowing her to leave the house. She becomes an alcoholic to deal with her hellish life, eventually escaping in 1972 with just the clothes on her back. She says she had to leave or else she felt she would have died there.

**Response:**
**From:**        dlesel6
**Date:**        1/18/06
tht doesn't sound like dreamgirls... the supremes story is much closer.  but it does sound like an interesting movie idea... i'll cast lindsay lohan as Ronnie

**Response:**
**From:**        prittieboy02
**Date:**        1/18/06
Sounds more close to Dreamgirls then The Supremes, whose only similarities is the change in their line up..and Oh Diana dating Barry Gordy (Their producer) Thats all that!!!

**Response:**
**From:**        ballardboy
**Date:**        1/18/06
Ronnie did not have a movie career like Deena (Diana). Effie was fired, as was Flo! Plus, Flo did "like" Berry but he didn't pursue her he pursued Diana romatically and professionally! Everyone knows Mary was having cash affairs with married men particularly Duke from the 4 tops and he didn't leave his wife. Sound familiar (Lorrell). This is way closer to the Supremes story!

**Response:**
**From:**        prittieboy02
**Date:**        1/18/06
oh yeah I concur, that is closer!! Lol

**Response:**
**From:**        dd20019
**Date:**        1/18/06
Once in an inteview Sheryl Lee Ralph said that people always associated Dreamgirls with The Supremes and Deena with Diana Ross but in actuality Dreamgirls was based on various girl groups of that time. I'll break it down for you Diana Ross was chosen to sing lead of The Supremes because of her uniqe voice much like Deena was chosen for hers. One of the reasons Effie is put in the background is because of her looks it's not the only reason just of the reasons , just like when Patti LaBelle was the lead singer for the Blubelles they auditoned for a producer who took one look at her and said she was to plain and black to sing lead. Florence Ballard was forced out of The Supremes for her incresing jealousy towards Diana's growing fame within the group anderatic behaviour just like Effie. Mary Wilson had affairs with both Duke from The Four Tops and Tom Jones both while they were married and neither left their wives for her. Cindy Birdsong used to sing with The BlueBelles before joing The Supremes. Also both Phil Spector and Berry Gordy were obseive over their leading ladies and ultimatley losing them just

18



like Curtis. Damn there are alot of simularties to The Supremes story and Dreamgirls, no wonder Mary Wilson saw it and cried.

**Response:**
**From:**      cjhanson
**Date:**       1/19/06
Let's just say it's a work of fiction that is loosely based on several different people and leave it at that. No point in getting all worked up over it.

**Response:**
**From:**      levonjohnson246
**Date:**       1/19/06
Dreamgirls is composed of composite fictional characters. Look at Jimmy. That's Sam Cooke, Jackie Wilson, Marvin Gaye, and James Brown rolled into one.

**Response:**
**From:**      lf1234
**Date:**       1/19/06
Yes, the epitome of the wild abandon of the 1950s rock and roll era.

**Response:**
**From:**      gloriajay
**Date:**       1/19/06
I can not believe we are still having this discussion. This movie as well as the play is, and always was about the rise and fall of the Supremes. However, I think this movie is going to be a combination of both, the play and the real life story. I think Condon is going to show a little more about the story of the Original Supremes and before its over you will have no doubt about the connection the play had to the original group. All the stories state "A Supreme like group" but everyone knows who the play was about and the fact that Diana walked out on the original play shows me that she knew as well! The producer said as much, Condon talks about Motown, look at Beyonce's Hair in that one shot, it looks like they snatched it off Diana Ross head. Check out these two sites and compare the stories, timelines, and history. Of course they could not come right out and say it they would have been sued and still could be. They had and still have to change the story to somehow seem fictional. I know many of you were not born during the Motown Hayday I was, I was even born in Detroit and believe me it is the Supremes! Mary Wilson wrote about it in her book. "In 1984, Wilson wrote her story Dream Girl: My life as a Supreme. Mary also became a New York Times best-selling author in 1986, when she released her autobiography, Dreamgirl: My Life As A Supreme. The book sold more than 500,000 hardcover and paperback copies, received rave reviews, and continues to be the most successful Motown autobiography to date. Dreamgirl recounted the fairy tale history of Mary''s life as a Supreme, as well as the struggles she faced in order to achieve her dreams."

**Response:**
**From:**      dd20019
**Date:**       1/19/06

HIGHLY CONFIDENTIAL

VIA 00365720



new media strategies

Florence Ballard and Beryy Gordy never had any type of intimate realationsip. FLorence Ballard was said to be very reserved an shy around men and may be a a little frigtened due to her rape at seventeen.

**Response:**
**From:**      gloriajay
**Date:**      1/19/06
Sorry, if I offended anyone. I did say rummored! that she was involved with him before Diana

*Dreamgirls Trend #6*

**Community:**  Delphi
**Board:**      Fantasia Barrino Fan Page Forum
**Subject:**    Dreamgirls Pic from the set
**From:**       speaklife1
**Date:**       1/20/06
http://www.youtube.com/w/Dreamgirls-movie-featurette?v=E_pxqO6Cnhs&search=american%20idol%20auditions

Here is the link of the clip for Dream Girls from YouTube...it is going to be nice. I'm happy for them all. Of course we wanted Fantasia to play the role, but it is all good. Fantasia is getting ALL that the Lord has for her. It's all good.

**Response:**
**From:**       Love4Tasia
**Date:**       1/20/06
Fantasia is getting ALL that the Lord has for her. It's all good.

**Response:**
**From:**       GenTasia
**Date:**       1/21/06
Speak as spoke the truth Tasia is getting all thats due her. But far as dream girls go I wont be going to see it not now or later.

**Response:**
**From:**       matrella40
**Date:**       1/21/06
I hear you and feel you Gen but I have to admit the clip looked very inviting. I loved the play.

**Response:**
**From:**       GenTasia
**Date:**       1/21/06
I've never seen it and prolly wont go see it.

**Response:**
**From:**       matrella40

HIGHLY CONFIDENTIAL                                    VIA00365721



| | |
|---|---|
| **Date:** | 1/21/06 |

I hear you Gen.  Fantasia all the way for me.

**Response:**
**From:**        speaklife1
**Date:**        1/21/06
If Dreamgirls comes to my area, I'm going to go see it because I want to support them. You might miss a treat if you don't go see it because it is stock full of wonderful artists.   Still, its okay if you don't want to see it; but, I don't think that you would be being "disloyal" to Fantasia if you do go see it.  I bet she goes to see it because as far as I have heard, she likes all of the artists who are staring in it.  I pray that God continues to bless you; and that he touches your heart and reveals to you His way in all things.  Amen. Amen.

*Dreamgirls Trend #7*

**Community:** Delphi
**Board:**        **Fantasia Barrino Fan Page Forum**
**Subject:**        **Dreamgirls Pic from the set**
**From:**        Love4Tasia
**Date:**        1/20/06
http://www.beyonceworld.net/gallery/other/Dreamgirls/images/001.jpg
http://www.beyonceworld.net/gallery/other/DreamgirlsStudio/images/002.jpg

Very interesting.....I'll be nice, that's all I'll say :D Tasia would have looked great in this pic...okay, I couldn't resist....:) Comments anyone?

**Response:**
**From:**        Sandsman101
**Date:**        1/20/06
First, Beyonce almost looks white in that picture.  Is there a reason they would lighten her skin or am I just imagining it.

Second, Jenn has that snarky grin of hers on.  She actually looks alright.  At least she doesn't have that frizz fro thing going on.  lol.

**Response:**
**From:**        Love4Tasia
**Date:**        1/20/06
LOL "frizz fro." Maybe it's the lighting on Beyonce? She does look rather pale...that's interesting..

21

# Schapiro Exhibit 41

# MTV PROGRAM PROMOTION DIGITAL ASSETS DISTRIBUTION 2006
as of 10-12-06

| WILD N OUT CYCLE I | TIMING | DIGITAL ASSETS | WEBSITES | UPLOADER |
|---|---|---|---|---|
| | 3/06-5/06 | • In-show skits (8 total) | www.youtube.com<br>www.ifilm.com<br>www.bolt.com<br>www.putfile.com<br>www.freevideoblog.com<br>www.zippyvideos.com<br>www.vsocial.com<br>www.blackvibes.com<br>www.musiciemedy.com<br>www.gangstasparty.com<br>www.africasgateway.com | • Cornerstone Promotion |

| CALL TO GREATNESS | TIMING | DIGITAL ASSETS | WEBSITES | UPLOADER |
|---|---|---|---|---|
| | 4/06-5/06 | • Trailer<br>• 8 episode clips (one per episode)<br>• Series Promos | http://www.vsocial.com/<br>http://www.buzznet.com<br>http://www.youtube.com<br>http://www.ifilm.com/<br>http://www.bolt.com<br>http://www.blip.tv<br>http://my.break.com<br>http://www.dailymotion.com<br>http://grouper.com<br>http://video.google.com/<br>www.i-am-bored.com<br>www.funlol.com<br>www.lokaroo.co<br>www.collegehumor.com<br>www.stupidvideo.com<br>www.boozetime.com | • Wiredset<br>• Username: Wiredset |

| THE HILLS | TIMING | DIGITAL ASSETS | WEBSITES | UPLOADER |
|---|---|---|---|---|
| | 5/06-8/06 | • Trailer<br>• Promo spots<br>• Next ons | www.iFilm.com<br>www.YouTube.com<br>www.revver.com<br>www.bolt.com<br>www.grouper.com | • Wiredset<br>• Username: Wiredset |

HIGHLY CONFIDENTIAL

VIA00397857

| | TIMING | DIGITAL ASSETS | WEBSITES | UPLOADER |
|---|---|---|---|---|
| **CHEYENNE** | 5/06-8/06 | • Trailer<br>• Promo spots | www.youtube.com<br>www.hollywooduclose.com<br>www.grouper.com<br>www.clipshack.com<br>www.video.google.com<br>www.livedigital.com<br>www.revver.com<br>www.iflim.com<br>www.bolt.com<br>www.putfile.com<br>www.freevideoblog.com<br>www.zippyvideos.com<br>www.blipty.com<br>www.vsocial.com | • Total Assault |
| **BLOWIN' UP** | 3/06-5/06 | • Bob Saget show clip | www.iFlim.com<br>www.YouTube.com<br>www.video.google.com<br>www.bolt.com<br>www.blip.tv<br>www.dailymotion.com<br>www.Vsocial.com<br>www.grouper.com<br>www.clipshack.com<br>www.lulu.tv<br>www.yeah.com<br>http://vids.myspace.com<br>www.superiorpics.com | • Filter Creative Group<br>• Username: istffridayyet |
| **YO MOMMA CYCLE I** | 4/06-5/06 | • Trailer<br>• One clip from each episode | www.google.com<br>www.youtube.com<br>www.zippyvideos.com<br>www.putfile.com<br>www.iflim.com<br>www.myspace.com<br>www.friendster.com<br>http://www.blackplanet.com<br>http://www.tagged.com<br>www.bolt.com<br>www.Collegeboredom.com<br>http://www.funny-city.com | • Fan2Band |

HIGHLY CONFIDENTIAL

VIA00397858

| RUN'S HOUSE | TIMING | DIGITAL ASSETS | WEBSITES | UPLOADER |
|---|---|---|---|---|
| | 3/06-6/06 | • Trailer<br>• Promo spots<br>• Next ons<br>• Diggy & JoJo Video | www.youtube.com<br>www.google.com<br>www.iflim.com<br>www.veoh.com<br>www.imeem.com<br>http://www.break.com/<br>www.vimeo.com<br>www.video.freevideoblog.com<br>www.yeah.com<br>www.vsocial.com | • Cornerstone Promotion |

| MOVIE AWARDS | TIMING | DIGITAL ASSETS | WEBSITES | UPLOADER |
|---|---|---|---|---|
| | 5/06-6/06 | • Promo Spots | www.iflim.com<br>www.youtube.com<br>www.vimeo.com<br>www.blip.tv<br>www.dailymotion.com<br>www.grouper.com<br>www.vsocial.com<br>www.revver.com<br>http://rosiedemario.blogspot.com<br>www.perezhilton.com<br>www.socialitelife.com<br>www.concreteloop.com/gossip/ | • Wiredset<br>• Username: Wiredset |

| WILD 'N OUT CYCLE II | TIMING | DIGITAL ASSETS | WEBSITES | UPLOADER |
|---|---|---|---|---|
| | 8/06-10/06 | • Trailer<br>• 8 teaser spots<br>• 8-Nick Cannon Cast Interview spots<br>• 5-Nick Cannon premiere/tune-in "raw" spots (shot in-house)<br>• Weekly Skits | www.iflim.com<br>www.YouTube.com<br>www.complex.com<br>www.vibe.com<br>www.musicremedy.com<br>www.imeem.com<br>www.blackvibes.com<br>www.raptalk.net<br>www.greasyguide.com<br>www.rapgodfathers.com<br>www.hiphopreaction.com<br>www.hipandpop.com<br>www.rapsearch.com<br>www.realtalkny.blogspot.com<br>www.rappersroom.com<br>www.soundslam.com<br>www.hhnlive.com | • Cornerstone Promotion |

VIA00397859

| LAGUNA BEACH | TIMING | DIGITAL ASSETS | WEBSITES | UPLOADER |
|---|---|---|---|---|
| | 8/15-11/29 | • Trailer<br>• Next Ons<br>• Cast Mini Bios<br>• Cami Remix | www.iFilm.com<br>www.YouTube.com<br>www.Flickr.com<br>www.video.google.com<br>www.bolt.com<br>www.blip.tv<br>www.dailymotion.com<br>www.Vsocial.com<br>www.vimeo.com<br>www.grouper.com<br>http://pureheaven.lfresh.at/index.html | • Wiredset<br>• Username: wiredset |

| TWO-A-DAYS | TIMING | DIGITAL ASSETS | WEBSITES | UPLOADER |
|---|---|---|---|---|
| | 8/06-10/06 | • 2 Trailers<br>• Promo Spots | www.iFilm.com<br>www.YouTube.com<br>www.Allmusic.com<br>www.Blastro.com<br>www.Bolt.com<br>www.Clipshack.com<br>www.Gofish.com<br>www.video.google.com<br>www.grouper.com<br>www.Livedigital.com<br>www.Maniatv.com<br>www.Metacafe.com<br>www.Musicplusty.com<br>www.Nerve.com<br>www.Revver.com<br>www.Singingfool.com<br>www.Tagworld.com<br>www.Usspot.com<br>www.Videocodezone.com<br>www.videodetective.com | • Total Assault |

HIGHLY CONFIDENTIAL

| | TIMING | DIGITAL ASSETS | WEBSITES | UPLOADER |
|---|---|---|---|---|
| **VIDEO MUSIC AWARDS** | 8/06-9/06 | VMA Promo Spots – 9 in all<br>• RHCP<br>• PARIS HILTON<br>• ALL AMERICAN REJECTS<br>• TI<br>• TAXI<br>• MELONS<br>• CHEATING WIFE<br>• GIRLS IN POOL<br>• P.I.M.P. / WOOD | www.ifilm.com<br>www.youtube.com | • Wiredset<br>• Username: Wiredset |
| **LITTLE TALENT SHOW** | 9/06-10/06 | • Trailer<br>• "Dance Vault" Clips | www.video.google.com<br>www.sharkle.com<br>www.clipshack.com<br>www.youtube.com<br>www.video.yahoo.com<br>www.gofish.com<br>www.buzznet.com<br>www.vidlife.com<br>http://tagworld.com<br>www.zippyvideos.com<br>www.dabble.com<br>www.bolt.com<br>www.dailymotion.com<br>www.eyespot.com<br>http://grouper.com<br>http://jumpcut.com<br>www.multiply.com<br>http://vids.myspace.com<br>www.putfile.com<br>www.videobomb.com<br>www.video123.com<br>www.vsocial.com<br>www.vmix.com<br>www.vidlife.com<br>www.veoh.com<br>www.tagworld.com<br>www.eyespot.com<br>www.videosift.com<br>www.vimeo.com | • Fanscape<br>• Username: Snackboard |

HIGHLY CONFIDENTIAL

VIA00397861

| | TIMING | DIGITAL ASSETS | WEBSITES | UPLOADER |
|---|---|---|---|---|
| **THE DUEL** | Starting 10/6 | • Trailer<br>• Smashed: The Duel<br>• Promo Spots<br>• Next Ons | www.YouTube.com<br>www.MySpace.com<br>http://video.Google.com<br>www.Yahoo.com<br>http://video.aol.com<br>www.msn.com<br>www.iFilm.com<br>www.Music.com<br>www.Metacafe.com<br>www.Revver.com<br>www.DailyMotion.com<br>www.Grouper.com<br>www.Bolt.com<br>www.Blip.tv<br>www.Vimeo.com<br>www.vsocial.com<br>www.Clipshack.com<br>www.OurMedia.com<br>www.EyeSpot.com<br>www.Sharkle.com<br>www.Vidlife.com | • Wiredset<br>• Username: Wiredset |
| **ROB & BIG** | 10/06-12/06 | • Trailer | http://www.youtube.com<br>http://grouper.com<br>www.imeem.com<br>http://www.clipshack.com<br>http://www.vsocial.com<br>http://www.veoh.com<br>http://stupidvideos.com<br>http://www.sharkle.com<br>http://www.vmix.com<br>http://www.hi5.com<br>http://www.metacafe.com<br>http://www.bolt.com<br>http://www.vmix.com<br>http://video.google.com<br>**PENDING**<br>www.vidlife.com<br>www.hulu.net<br>www.bebo.com<br>www.collegehumor.com<br>http://video.yahoo.com | • Filter Creative Group<br>• Username: lstfridayyet |

VIA00397862



**Schapiro Exhibit 42**

From:       Lisa Preston <lisa.preston@mtvstaff.com>
Date:       Thu, 18 Jan 2007 14:05:28 -0500
To:         Todd Apmann <Todd.Apmann@mtvstaff.com>, "Riven, Julie" <Julie.
            Riven@mtvstaff.com>, Damon Burrell <Damon.Burrell@mtvstaff.com>
Cc:         Joe Armenia <Joe.Armenia@mtvstaff.com>, Tina Exarhos <Tina.
            Exarhos@mtvstaff.com>
Subject:    Re: Monday Nights & Maui Fever Off-Channel Promotion Recap

Thanks Todd (and Julie); this recap is great to have.

I think an important follow-up for this impressive plan would be demonstrating as specifically as we can the return we see on this investment.  Over the next week or so I'd like us to enlist all of the partners who helped us execute this plan — Carat, T3, Wired Set, BuzzFeed, and internal resources — in presenting some metrics on the plan's effectiveness.

Can we regroup Monday to briefly discuss how we manage collection and presentation of that info?

Thanks,
LP

———

From: "Apmann, Todd" <Todd.Apmann@mtvstaff.com>
Date: Thu, 18 Jan 2007 13:31:58 -0500
To: "Exarhos, Tina" <Tina.Exarhos@mtvstaff.com>
Cc: "Armenia, Joe" <Joe.Armenia@mtvstaff.com>, "Riven, Julie" <Julie.Riven@mtvstaff.com>, "Preston, Lisa" <Lisa.Preston@mtvstaff.com>, "Burrell, Damon" <Damon.Burrell@mtvstaff.com>
Conversation: Monday Nights & Maui Fever Off-Channel Promotion Recap
Subject: Monday Nights & Maui Fever Off-Channel Promotion Recap

Hi Tina-

Below is the comprehensive Monday Nights / Maui Fever off-channel promotion recap from both Consumer Marketing and Program Promotion.  Julie and I worked closely together to make sure we hit our target audience in many different places online, in print, as well as on-the-ground.  Consumer Marketing obviously did the heavy lifting, with Program Promotion micro-targeting specific websites, communites, fan groups, etc.

I know you've seen most of this in various parts, but we want you to have it all in one place.  Full reports from Wiredset for our first few weeks of online promotional efforts are attached for The Hills and Dancelife, with Sweet 16 forthcoming (ps--video clips on YouTube were uploaded before we got the word to hold off).

Todd

MTV MONDAY NIGHTS & MAUI FEVER OFF-CHANNEL PROMOTION

Us Weekly
·       1/22 issue, streets 1/12 (Dancelife)
·       1/29 issue, streets 1/19 (The Hills)
·       2/5 issue, streets 1/26 (The Hills)
·       Added value email blast for Dancelife/Mon nights went out Friday morning, 1/12.

Spot Broadcast (NY, LA, Chicago, Boston)
·       1/11: The O.C. (umbrella spot)
·       1/14: Grease: You're the One that I Want (umbrella spot)
·       1/16 American Idol (Real World/Maui Fever spot)
·       1/17: American Idol (Real World/Maui Fever spot-no NY)
·       1/24 Friday Night Lights (umbrella spot)

·     1/25 The O.C. (umbrella spot)

Spot Cable (NY, LA, Chicago, Boston, Philly)
1/11-1/15: umbrella spot
·     ABC Family (Full House, Gilmore Girls, Everwood, 7th Heaven)
·     Lifetime (Grey's Anatomy, Desperate Housewives),
·     TBS (Dawson's Creek, Clueless, Ten Things I Hate About You)

Spot Radio (NY, LA, Chicago, Boston, Philly)
·     1/12-1/15: umbrella spot
·     1/19-1/22: umbrella spot

Online Media Buy
·     Starting 1/11:  sites include AIM, Alloy, Cosmogirl, Seventeen, Facebook, Gorilla Nation Blogs, Pure Video and gossipblogs.

Online KeyWord Search Campaign:  The Hills
·     Totals to Date:  30,358 click-throughs and over 6.5 million impressions
Â·     Google AdWords:  click-throughs – 24,119 / impressions – 6,039,708
Â·     Yahoo Search Marketing:  click-throughs – 2,299 / impressions – 491,529
Â·     Ask Sponsored Listings:  click-throughs – 3,940

Online Promotion:  The Hills
·     Viral Seeding of Show Assets & Specially Created Clips:  Celeb/Gossip Sites, Pop/ Teen Sites, MTV Reality Show Fansites, On-line Video Channels, Social Networks.  Site list attached.
·     Web 2.0 Marketing:  Flickr, Del.icio.us
·     The Hills Dating Game Viral Quiz:  serviced out this week
·     The Hills MySpace page:  live with a new look for the new season and a cool screensaver.
Â·     Lauren's Top 10 Ways to Score a Cool Internship + Top 10 Ways to Succeed in Hollywood:  serviced out the week of 1/22.
·     Lauren & Heidi Q&A Clips:  worked with Production to get 6 exclusive clips of Lauren and Heidi answering questions.  Will be distributed virally.

Online Promotion:  My Super Sweet 16
·     Viral Seeding of Show Assets & Specially Created Clips:  Celeb/Gossip Sites, Pop/ Teen Sites, MTV Reality Show Fansites, On-line Video Channels, Social Networks.
·     Web 2.0 Marketing:  Flickr, Del.icio.us
·     Viral Online Party Planner:  will be serviced out to various fan sites for user participation.  Fans will get an idea of just how much their own party would cost if they had the means.
Â·     "A Guide to Planning the Perfect Party, Rules #1 - #7":  viral spots created by Production.  These will be serviced out along with the standard episode next-ons.

Online Promotion:  Dancelife
·     Viral Seeding of Video Clips:  Celeb/Gossip Sites, Pop/ Teen Sites, Latin/ Urban Sites, MTV Reality Show Fansites, On-line Video Channels, Social Networks.  Site list attached.
·     Web 2.0 Marketing:  Flickr, Del.icio.us
Â·     Dancelife Email Blast:  Email blasts (2) to targeted group of persons who expressed interest in dance and music videos, dance classes and Latino women between the ages of 18 and 24.  11 million total persons targeted— initial email had a 30% open rate which is excellent.
Â·     Dancelife Viral Quiz:  will be serviced out to fan and community sites. Copy refers to dancelife.mtv.com for more information on the show and dancers' bios.
Â·     Jennifer Lopez Website & MySpace Page:  Show trailer is live on Jennifer Lopez's MySpace page and the Quiz will eventually be on there as well for all her fans to access directly.  Tune-in info included on Jennifer's official site.

Sunset Billboard
·     1/10-1/30- Dancelife creative.

VIA 00830862

Dancelife On-The-Ground Distribution
·       Produced and distributed 20k white tank tops branded DANCELIFE on the front, MTV on the back.  Each is polly bagged with a tune-in sticker closing the bag.
·       Distribution took place the weekend of 1/12 throughout Orlando, Miami and Chicago at the 2007 College Cheerleading and Dance Team National Championships, Southeast Open National Dance Championship and Company Dance (nationwide dance school founded by Paula Abdul), respectively.
·       Distribution will continue the week of 1/15 at local dance schools in Los Angeles, Manhattan, Brooklyn and the Bronx.
·

Online Promotion & Media Buy:  Maui Fever
Â·       Media Buy: hitting popular female sites and a few top gossip sites that will run from 1/16 – 2/15: TeenHollywood, Surf.rebuild.tv, Ignition,TV, Shakefire, Andpop, TeenSpot, Kiwibox, The Superficial, PinkIsTheNewBlog, Popmatters, Entertainmentworld.us, TV Gasm and more.
·       Viral Seeding of Video Clips:  Celeb/Gossip Sites, Pop/ Teen Sites, MTV Reality Show Fansites, On-line Video Channels, Social Networks.
·       Email Blast:  to 1 million Fanscape subscribers on 1/16.  Users able to click and watch trailer on iFilm.
·       Hollywood.com:  working on getting cast members to do blog posting.
·       MySpace Page:  working closely with Production to get unique assets

Mall Media
·       Starting 1/5: Dancelife/Hills promos will be running in malls across the country and static images will be posted in the Beverly Center/Mall of America/Water Tower/King of Prussia

MTV Studio Windows
·       1/9-1/22: Monday night creative
·       1/22-2/7: Tuesday night creative

   <mailto:todd.apmann@mtvstaff.com> <mailto:todd.apmann@mtvstaff.com>