# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 43

From: Apmann, Todd <Todd.Apmann@mtvstaff.com>
Date: Fri, 4 Aug 2006 13:01:04 -0400
To: Zan, Koethi <Koethi.Zan@mtvstaff.com>, Shaw, Daniel <Daniel.Shaw@mtvstaff.com>
Cc: Kauffman, Stuart <Stuart.Kauffman@mtvstaff.com>, Dolnick, Randy <Randy.Dolnick@mtvstaff.com>, Horwitz, Julie <Julie.Horwitz@mtvstaff.com>
Subject: RE: Draft to YOUTUBE

yes absolutely.

_____

From: Zan, Koethi
Sent: Friday, August 04, 2006 1:01 PM
To: Apmann, Todd; Shaw, Daniel
Cc: Kauffman, Stuart; Dolnick, Randy; Horwitz, Julie
Subject: RE: Draft to YOUTUBE

All of BALA will need this info – I have already had 3-4 instances of this happening.  Will you be our go-to person so that when anyone gets this call from the clients, we can check in with you?

_____

From: Apmann, Todd
Sent: Friday, August 04, 2006 12:53 PM
To: Zan, Koethi; Shaw, Daniel
Cc: Kauffman, Stuart; VanPelt, Elizabeth; Dolnick, Randy; Horwitz, Julie
Subject: RE: Draft to YOUTUBE

yes.  and i can give you a heads up of specific projects when they happen so you are all aware of everything.

_____

From: Zan, Koethi
Sent: Friday, August 04, 2006 12:52 PM
To: Apmann, Todd; Shaw, Daniel
Cc: Kauffman, Stuart; VanPelt, Elizabeth; Dolnick, Randy; Horwitz, Julie
Subject: RE: Draft to YOUTUBE

So this means that if our client groups tell us that they see their shows on Youtube & we find out from Youtube that they got the content from these individuals/companies, then we know it is authorized?

_____

From: Apmann, Todd
Sent: Friday, August 04, 2006 12:49 PM
To: Shaw, Daniel; Zan, Koethi
Cc: Kauffman, Stuart; VanPelt, Elizabeth; Dolnick, Randy; Horwitz, Julie
Subject: RE: Draft to YOUTUBE

Thanks everyone.  Sorry this has taken so long to get to you, but here are the people who are OK to upload MTV content to YouTube (we'll obviously make sure that everything is cleared):

Promotion Companies

Wired Set

Special Ops

Cornerstone Promotion

Total Assault

Filter Creative Group

Fanscape

ADD Marketing

Individuals

Damon Johnson

Marissa Grasso

Stephanie Snodgrass

I'll make sure to add anyone who's doing promotions for us in the future. Let me know if you have any questions.

Thanks!

———

From: Shaw, Daniel
Sent: Monday, June 19, 2006 4:08 PM
To: Zan, Koethi
Cc: Kauffman, Stuart; VanPelt, Elizabeth; Apmann, Todd; Dolnick, Randy; Horwitz, Julie
Subject: RE: Draft to YOUTUBE

Hello,

These two Hills trailers were uploaded at MTV's request by Wiredset. Todd Apman from promotions has confirmed this. Todd is going to send us a list of other clips that were also uploaded to various sites at our request.

Hope this helps.

———

From: Shaw, Daniel
Sent: Monday, June 19, 2006 4:01 PM
To: Zan, Koethi
Cc: Kauffman, Stuart; VanPelt, Elizabeth
Subject: RE: Draft to YOUTUBE

I checked with Randy Dolnick and she's never heard of Wiredset. I have a call into outr program promotions department to see if they know. I'll get back to you with what I find out.

———

From: Shaw, Daniel

VIA 11660418

Sent: Monday, June 19, 2006 4:00 PM
To: Zan, Koethi
Cc: Kauffman, Stuart; VanPelt, Elizabeth
Subject: RE: Draft to YOUTUBE

———

From: Zan, Koethi
Sent: Monday, June 19, 2006 3:51 PM
To: Shaw, Daniel
Cc: Kauffman, Stuart; VanPelt, Elizabeth
Subject: FW: Draft to YOUTUBE

Who can tell us whether we've licensed any rights to this footage to wiredset?  I doubt we have licensed any at all.  This is for The Hills & 8th & Ocean.

———

From: heather gillette [mailto:heather@youtube.com]
Sent: Friday, June 16, 2006 7:04 PM
To: Kauffman, Stuart
Cc: Zan, Koethi
Subject: RE: Draft to YOUTUBE

Dear Mr. Kauffman,

I removed all of the videos that appeared to be that of MTV's using the search link provided, other than two.  Two of the videos in the search link are hosted by a marketing company called:  Wiredset

Do they have the rights to post this content?  The two videos in question are here:

http://www.youtube.com/watch?v=XUURN3-LXh4

http://www.youtube.com/watch?v=Gg7K91wP5gE

Please let me know whether you are claiming infringement for the above videos.

Thank you!

Heather Gillette

Copyright Agent

YouTube, Inc.

———

From: Kauffman, Stuart [mailto:Stuart.Kauffman@mtvstaff.com]
Sent: Friday, June 16, 2006 9:46 AM
To: copyright@youtube.com
Cc: Zan, Koethi
Subject: FW: Draft to YOUTUBE

June 16, 2006

Via Email (copyright@youtube.com)

Highly Confidential

DMCA Complaints and/or Heather Gillette
Youtube.com
71 E. Third Avenue
2nd Floor
San Mateo CA 94401

Re:     URGENT – Notice of Infringement
        "The Hills" and "8th and Ocean"

To Whom It May Concern:

I write to notify you of an infringement of MTV Networks' ("MTVN") intellectual property rights on youtube.com, and to insist that you take immediate action to cease such infringement.

MTVN owns and operates the television programming service MTV, and is the owner of exclusive rights protected under copyright law and other intellectual property rights in the MTV television series "The Hills" and "8th and Ocean" (the "Series").

We have become aware that unauthorized versions of recent episodes of the Series are available on your website at the following links:  http://www.youtube.com/results?search=mtv+the+hills+ <http://www.youtube.com/results?search=mtv+the+hills+&search_type=search_videos> &search_type=search_videos; http://www.youtube.com/profile?user=Raze71.

MTVN did not authorize the distribution of this material, and as a result, such distribution is infringing and unlawful.

MTVN insists that you immediately remove and disable access to the above-referenced material – whether at the above referenced links or elsewhere.  MTVN further insists that you immediately destroy any and all unauthorized reproductions of such within your possession, custody or control.  Please confirm your compliance with these demands within one day of your receipt of this correspondence.

The undersigned has a good faith belief that use of the material in the manner described herein is not authorized by MTVN, its agents or the law.  The information in this notice is accurate.  And, under penalty of perjury, the undersigned is authorized to act on behalf of MTVN with respect to this matter.

Please note that this letter is not intended as a full statement of the facts, and is without waiver of any rights and remedies – all of which are expressly reserved.

Very truly yours,

/s/

Stuart Kauffman
Senior Counsel, Intellectual Property
 & Litigation
MTV Networks
1515 Broadway, 34-55
New York, NY 10036
T. 212.846-3543
F. 646.688.6849
E. stuart.kauffman@mtvstaff.com

Privileged & Confidential Attorney Client Communication.  Do Not Disclose.

Click to add my contact info to your organizer:
 <http://my.infotriever.com/vh6gt1sl> http://my.infotriever.com/vh6gt1sl

VIA 11660421

# Schapiro Exhibit 44

**From:** McCall.Shelly@mtvne.com
**Sent:** Friday, October 27, 2006 12:20 PM
**To:** wignall.leila1@mtvne.com; James.Roger@mtvne.com
**Subject:** RE: EMA Awards questions

Hello Roger,
These clips were seeded onto You tube by a company called Tviral on our behalf  - do we need to take them down?
It was

https://sftp.mtvne.com/~mtvnidigital/ema/tviral/

Here are where all the clips were which were seeded

1. Justin Timberlake host spot
2.Juliette & licks digital promo
3. Juliette & licks freaking Logon promo - made by dm ream
4. Juliette & licks telling Justin to bring it on - made by DM team



**From:** Hiran-Mutraporn, Rapeepan
**Sent:** 27 October 2006 13:14
**To:** McCall, Shelly
**Subject:** FW: EMA Awards questions

**From:** Wignall, Leila
**Sent:** 27 October 2006 12:45
**To:** James, Roger; Murphy, Sean
**Cc:** Hiran-Mutraporn, Rapeepan
**Subject:** RE: EMA Awards questions

Hi Roger
Here you go.  I don't have much info about Post show yet, but maybe Sean can help xx

JT spot is just called **EMA 2006 Host Spot**

INt'l Creative only made 1 x Juliette Lewis spot - this was called **EMA Digital Media spot** (the names aren't really that specific as they don't appear on the spots themselves)
I think online made some further clips for their viral campaign - I've cc'd Pip who should be able to help with those.

Attached Red Carpet rundown - again Sean can give you any more info not on there.

6/11/2008

x

---

**From:** James, Roger
**Sent:** 27 October 2006 12:19
**To:** Wignall, Leila
**Subject:** FW: EMA Awards questions
**Importance:** High

**Hi Leila**

**Can you help here - I need the exact name of the JT Host spot and the 3x Juliette and The Licks spots.**

**Also any info about the pre/post shows that will enable this agency to monitor our content on YouTube.**

**R**

-----Original Message-----
**From:** Deana Arizala [mailto:deanaa@baytsp.com]
**Sent:** 27 October 2006 00:54
**To:** Rimboeck, Leslie; Michelena.hallie@mtvn.com
**Cc:** Morales, Cindy; Mark M. Ishikawa; Evelyn Espinosa; McCormack, Lisa - MTVNE; Ioannou, Sofia; James, Roger - MTVNE; Courtney Nieman
**Subject:** EMA Awards questions
**Importance:** High

Leslie and Team,

Thanks for helping out.  The information is very helpful.  I do have some additional question.

1) For Justin Timberlake Host Spot and 3X Juliette & The Licks Web Show Spots that should be **ignored** in YouTube, are you able to provide us the **username** that posted those promotional clips?  Also, the "exact" title for the video clips would be good as well.  This will make it easier to filter out these promo clips.
2) If you have any information about the pre/post EMA shows Red Carpet performances, please provide us with any updates

Thanks all.

Best Regards,
Deana Arizala

----------------------------------------------------
Deana Arizala
Client Services Manager. BayTSP, Inc
408.341.2365 (direct)
408.341.2300 (voice)
408.341.2399 (fax)
----------------------------------------------------




-----Original Message-----
From: Rimboeck, Leslie [mailto:Leslie.Rimboeck@mtvstaff.com]
Sent: Thursday, October 26, 2006 11:01 AM
To: Michelena.hallie@mtvn.com; Deana Arizala
Cc: Morales, Cindy

6/11/2008

HIGHLY CONFIDENTIAL                                                    BAYTSP 001125132

Subject: RE: Scan from a Xerox WorkCentre Pro

Sure -

Just let me know what you need and I will see what I can do.

Thanks.


...leslie
212.258.7230

-----Original Message-----
From: Hallie, Michelena
Sent: Thursday, October 26, 2006 1:59 PM
To: Rimboeck, Leslie; deanaa@baytsp.com
Cc: Morales, Cindy
Subject: FW: Scan from a Xerox WorkCentre Pro

Thank you Leslie.  I received your material which I have put in a pdf
attachment.  Unfortunately, I'm not sure this is enough information to
avoid taking down our licensed product. However, that may be because I
don't know how to interpret your information.  Deana is our contact at
Bay Tsp and can tell us if this is what she needs.  If she needs more,
perhaps you can work together to figure out how to obtain it.

Michelena Hallie
Senior Vice President
Deputy General Counsel, Intellectual Property MTV Networks, Business and
Legal Affairs
1515 Broadway, 34th Floor
New York, New York 10036
████████████

-----Original Message-----
From: Xerox1515_34_07@viacom.com [mailto:Xerox1515_34_07@viacom.com]
Sent: Thursday, October 26, 2006 12:30 PM
To: Hallie, Michelena
Subject: Scan from a Xerox WorkCentre Pro


Please open the attached document.  It was scanned and sent to you using
a Xerox WorkCentre Pro.

Sent by: Guest [Xerox1515_34_07@viacom.com] Number of Images: 7
Attachment File Type: PDF

WorkCentre Pro Location: Xerox1515_34_07


For more information on Xerox products and solutions, please visit
http://www.xerox.com

HIGHLY CONFIDENTIAL                                    BAYTSP 001125133

# Schapiro Exhibit 45

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
————————————————————x

VIACOM INTERNATIONAL, INC., COMEDY
PARTNERS, COUNTRY MUSIC
TELEVISION, INC., PARAMOUNT
PICTURES CORPORATION, and BLACK
ENTERTAINMENT TELEVISION, LLC,

        Plaintiffs,

      vs.          NO. 07-CV-2103

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

        Defendants.
————————————————————x

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO., et al.,
On behalf of themselves and all
Others similarly situated,

        Plaintiffs,

      vs.
          NO. 07-CV-3582
YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE, INC.,

        Defendants.
————————————————————x

VIDEOTAPED DEPOSITION OF DAMON BURRELL
NEW YORK, NEW YORK
TUESDAY, APRIL 14, 2009
JOB NO.: 16730

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

97aca7dc-2c44-40e4-9a23-7371076034a3

1

2

3

4

5

6

7

APRIL 14, 2009

8

10:09 a.m.

9

10

11      VIDEOTAPED DEPOSITION OF DAMON

12   BURRELL, held at the offices of WILSON

13   SONSINI GOODRICH & ROSATI, PC, 1301 Avenue of

14   the Americas, New York, New York, pursuant to

15   notice, before JENNIFER OCAMPO-GUZMAN, a

16   Shorthand Reporter and Notary Public of the

17   State of New York.

18

19

20

21

22

23

24

25

1

2      A P P E A R A N C E S:

3      FOR THE PLAINTIFFS VIACOM INTERNATIONAL,

4      INC.:

5          JENNER & BLOCK, LLP

6          By:  SCOTT B. WILKENS, Esq.

7          1099 New York Avenue, NW, Suite 900

8          Washington, D.C. 20001

9          (202) 639-6000 swilkens@jenner.com

10

11

12     FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE,

13     LLC and GOOGLE, INC.:

14         WILSON SONSINI GOODRICH & ROSATI, PC

15         BY:  BART E. VOLKMER, ESQ.

16         650 Page Mill Road

17         Palo Alto, California 94304-1050

18         650-565-3508  bvolkmer@wsgr.com

19

20     ALSO PRESENT:

21         MARCELO RIVERA, Videographer

22

23

24

25

97aca7dc-2c44-40e4-9a23-7371076034a3

| | 1 | Burrell |
|---|---|---|
| 10:44:47 | 2 | Q. Can you tell me which third-party |
| 10:45:07 | 3 | marketing agencies MTV has engaged to upload |
| 10:45:12 | 4 | materials to YouTube? |
| 10:45:13 | 5 | MR. WILKENS: Objection. |
| 10:45:17 | 6 | A. I can't recall. |
| 10:45:22 | 7 | Q. Why does MTV sometimes engage |
| 10:45:38 | 8 | third-party agencies to engage in viral |
| 10:45:40 | 9 | marketing, and sometimes MTV does that work |
| 10:45:43 | 10 | in-house; why the difference? |
| 10:45:45 | 11 | MR. WILKENS: Objection. |
| 10:45:47 | 12 | A. I don't understand your question. |
| 10:45:48 | 13 | Q. Okay. Sometimes MTV will engage |
| 10:45:52 | 14 | third-party viral marketing companies like |
| 10:45:57 | 15 | Wiredset and Fanscape to promote MTV |
| 10:46:01 | 16 | materials, and sometimes MTV does that |
| 10:46:03 | 17 | internally. |
| 10:46:03 | 18 | And the question is, why does MTV |
| 10:46:06 | 19 | sometimes choose to engage third parties, and |
| 10:46:08 | 20 | sometimes it chooses to do the work in-house? |
| 10:46:10 | 21 | MR. WILKENS: Objection, lack of |
| 10:46:16 | 22 | foundation. |
| 10:46:16 | 23 | A. We use third-party agencies due to |
| 10:46:21 | 24 | lack of resources. |
| 10:46:22 | 25 | Q. Any other reasons? |

|          |    |                                                     |
|----------|----|-----------------------------------------------------|
|          | 1  | Burrell                                             |
| 10:46:34 | 2  | A.   Not that I can recall.                         |
| 10:46:36 | 3  | Q.   Can you name for me the third-party            |
| 10:47:02 | 4  | agencies that MTV has hired to engage in            |
| 10:47:06 | 5  | viral marketing?                                    |
| 10:47:10 | 6  | A.   Wiredset, Fanscape, M80, Red                   |
| 10:47:27 | 7  | Interactive, Carat Fusion, Deep Focus.              |
| 10:47:52 | 8  | That's all I can remember.                          |
| 10:47:53 | 9  | Q.   After M80, you said Red                        |
| 10:47:58 | 10 | Interactive?                                        |
| 10:47:58 | 11 | A.   I don't know if I said it before or            |
| 10:47:59 | 12 | after, but that's one.                              |
| 10:48:00 | 13 | Q.   And the other one was Carat Fusion;            |
| 10:48:03 | 14 | can you spell that for me?                          |
| 10:48:05 | 15 | A.   C-A-R-A-T.                                      |
| 10:48:10 | 16 | Q.   Is there someone at MTV who is the             |
| 10:48:21 | 17 | person in charge of the relationship with           |
| 10:48:26 | 18 | Fanscape, currently?                                |
| 10:48:29 | 19 | A.   It varies.                                     |
| 10:48:34 | 20 | Q.   Who are those people, as you sit               |
| 10:48:43 | 21 | here today, that are in charge of the               |
| 10:48:44 | 22 | relationship with Fanscape?                         |
| 10:48:48 | 23 | A.   The people on my team.                         |
| 10:48:52 | 24 | Q.   There's not one person who is                  |
| 10:49:00 | 25 | responsible for the relationship?                   |

97aca7dc-2c44-40e4-9a23-7371076034a3

| | 1 | Burrell |
|---|---|---|
| 10:49:02 | 2 | MR. WILKENS: Objection. |
| 10:49:05 | 3 | A. The people on my team. |
| 10:49:10 | 4 | Q. They all share equally in the |
| 10:49:15 | 5 | responsibilities in managing that |
| 10:49:17 | 6 | relationship? |
| 10:49:19 | 7 | A. Yes. |
| 10:49:20 | 8 | Q. Do you know who signed the most |
| 10:49:26 | 9 | recent contract with Fanscape? |
| 10:49:28 | 10 | MR. WILKENS: Objection. |
| 10:49:29 | 11 | A. I can't remember. |
| 10:49:38 | 12 | Q. What would be your best guess as to |
| 10:49:44 | 13 | who that person is that would have signed the |
| 10:49:46 | 14 | contract with Fanscape? |
| 10:49:47 | 15 | MR. WILKENS: Objection. |
| 10:49:48 | 16 | A. Again, I can't remember. |
| 10:49:52 | 17 | Q. Right, but you have a lot more |
| 10:49:55 | 18 | intimate knowledge of the department than I |
| 10:49:57 | 19 | do, and the question is: Who, in your |
| 10:49:59 | 20 | estimation, in your best guess, would be the |
| 10:50:01 | 21 | person who signed that contract with |
| 10:50:03 | 22 | Fanscape? |
| 10:50:04 | 23 | MR. WILKENS: Objection. And I |
| 10:50:05 | 24 | move to strike the argumentative part of |
| 10:50:08 | 25 | that. |

97aca7dc-2c44-40e4-9a23-7371076034a3



**Schapiro Exhibit 46**

| | |
|---|---|
| Subject: | Disturbia / Paris |
| From: | "Tipton, Kristina - Paramount" <EX:/O=VIACOM/OU=PARAMOUNT/CN= RECIPIENTS/CN=TIPTONKR> |
| To: | Bonnici, Kyle - Paramount |
| Cc: | Teifeld, Tamar - Paramount; Wahtera, Megan - Paramount |
| Date: | Mon, 11 Jun 2007 20:57:34 +0000 |

Hi Kyle,

As soon as your back, we need help with uploading the below video to viral video sites.

-       please create NON-PARAMOUNT accounts using email that can't be traced to Paramount (ie create an account)

-       Upload video with following info:

o     Title: Paris Hilton on house arrest

o     Description: Ankle bracelets are hot

o     Tags: Paris Hilton jail house arrest hot funny disturbia

o     Post as video response to:

*     http://youtube.com/watch?v=k66epna2Sss

*     http://youtube.com/watch?v=4yjRLrZfIn8

*     http://youtube.com/watch?v=EXFsxuuUjGM

Link:
http://secure.wiredrive.com/clients/buddhajonestrailers/wd/folder/55341/list

███████████████

This is top priority, so please do this before media meeting prep.  Thanks, Kyle!

Kristina Tipton

Interactive Marketing

Paramount Pictures

323-956-8453

# Schapiro Exhibit 47

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------X

VIACOM INTERNATIONAL, INC., COMEDY
PARTNERS, COUNTRY MUSIC
TELEVISION, INC., PARAMOUNT
PICTURES CORPORATION, and BLACK
ENTERTAINMENT TELEVISION, LLC,

        Plaintiffs,

vs.                  No. 07-CV-2103

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

        Defendants.

--------------------------------X

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO., et al.,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.                  No. 07-CV-3582

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

        Defendants.

--------------------------------X

HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION OF MEGAN WAHTERA
SAN FRANCISCO, CALIFORNIA
FRIDAY, DECEMBER 4, 2009

JOB NO. 18262

2

1     MEGAN WAHTERA    SAN FRANCISCO, CA    DECEMBER 4, 2009

2                  DECEMBER 4, 2009

3                    10:27 A.M.

4

5       HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MEGAN

6   WAHTERA, at WILSON SONSINI GOODRICH & ROSATI, 1 Market

7   Plaza, San Francisco, California, pursuant to notice,

8   before me, KATHERINE E. LAUSTER, CLR, CRR, RPR, CSR

9   License No. 1894.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    MEGAN WAHTERA    SAN FRANCISCO, CA    DECEMBER 4, 2009

2    A P P E A R A N C E S:

3    FOR THE PLAINTIFFS, VIACOM INTERNATIONAL, INC., and
     the WITNESS:

4
         JENNER & BLOCK, LLP
5        By:  SCOTT B. WILKENS, ESQ.
         1099 New York Avenue, NW
6        Suite 900
         Washington, DC  20001
7        T.202.639.6000
         F.202.661.4832
8        swilkens@jenner.com

9              and

10       PARAMOUNT PICTURES MOTION PICTURE GROUP
         INTERACTIVE MARKETING
11       By:  PAUL KOENIG, ESQ.
         5555 Melrose Avenue
12       Hollywood, California  90038-3197
         T.323.956.5882
13       F.323.862.2875
         paul_koenig@paramount.com

14

15   FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC, and
     GOOGLE, INC.:

16
         WILSON, SONSINI, GOODRICH & ROSATI
17       By:  MICHAEL H. RUBIN, ESQ.
              CAROLINE WILSON, ESQ.
18       650 Page Mill Road
         Palo Alto, California 94304-1050
19       T.650.493.9300
         F.650.493.6811
20       mrubin@wsgr.com
         cwilson@wsgr.com

21

22   Also Present:  JOSEPH SKORMAN, Videographer

23

24

25

```
 1            MEGAN WAHTERA   SAN FRANCISCO, CA   DECEMBER 4, 2009
 2   11:03:15  BY MR. RUBIN:
 3   11:03:16      Q.   And that is what happened here; right?
 4   11:03:17      A.   It appears so, from the e-mail, but I'm
 5   11:03:19  not sure, because I just can't remember the piece of
 6   11:03:22  content.
 7   11:03:25      Q.   Can you imagine any piece of content that
 8   11:03:28  you could have provided to Real Pie Media that
 9   11:03:33  wouldn't have been authorized?
10   11:03:36      A.   No.
11   11:03:36          MR. WILKENS:  Objection to the form, calls
12   11:03:37  for speculation.
13   11:03:38  BY MR. RUBIN:
14   11:03:39      Q.   So is there any conclusion to draw from
15   11:03:40  this e-mail, other than the fact the content was
16   11:03:42  authorized to be on YouTube?
17   11:03:45          MR. WILKENS:  Objection to the form.
18   11:03:45          THE WITNESS:  No, I don't -- from reading
19   11:03:47  this e-mail, I can't think of any reason why it
20   11:03:50  wouldn't be approved content, but I can't recall
21   11:03:54  this -- I cannot recall what happened on this
22   11:03:58  e-mail.  I can only read the e-mail.
23   11:04:00  BY MR. RUBIN:
24   11:04:06      Q.   Do you doubt the authenticity or the
25   11:04:08  accuracy of your words in Exhibit 1?
```

1          MEGAN WAHTERA   SAN FRANCISCO, CA   DECEMBER 4, 2009

2    11:04:12      A.   No, I don't.

3    11:04:13      Q.   Do you have any reason to question what

4    11:04:15  you wrote in Exhibit 1?

5    11:04:16      A.   I don't.

6    11:04:17      Q.   Do you have any reason to question what

7    11:04:19  Amy Powell wrote in Exhibit 1?

8    11:04:20      A.   I don't.

9    11:04:22      Q.   Do you have any reason to question what

10   11:04:24  Zach Braff wrote in Exhibit 1?

11   11:04:26      A.   No, except for that Zach Braff had a

12   11:04:29  history of uploading content himself that was not

13   11:04:32  always approved.

14   11:04:33      Q.   So if Zach Braff uploaded content to

15   11:04:37  YouTube --

16   11:04:38      A.   Uh-huh.

17   11:04:38      Q.   -- it was not authorized content?

18   11:04:40      A.   I'd have to -- to definitively say yes or

19   11:04:43  no, I'd have to know the circumstance, but there was

20   11:04:46  an occasion that I can recall, I just can't remember

21   11:04:49  exactly what it was, but he did upload content, as

22   11:04:52  he had access to the film that had not gone through

23   11:04:54  the normal approval process.

24   11:04:56      Q.   What would you need to know --

25   11:04:57      A.   Uh-huh.

| | |
|---|---|
| 1 | MEGAN WAHTERA    SAN FRANCISCO, CA    DECEMBER 4, 2009 |
| 2 | 11:04:58        Q.    -- about the video clip that Zach Braff |
| 3 | 11:05:00    uploaded -- |
| 4 | 11:05:01        A.    Uh-huh. |
| 5 | 11:05:02        Q.    -- to determine whether or not it was |
| 6 | 11:05:04    approved content? |
| 7 | 11:05:05        A.    In what I just described or in this |
| 8 | 11:05:06    e-mail? |
| 9 | 11:05:07        Q.    What you just described. |
| 10 | 11:05:09        A.    Music licensing rate, whether the talent |
| 11 | 11:05:11    had agreed that they could be featured in a clip for |
| 12 | 11:05:15    promotional uses, and whether it had just internal |
| 13 | 11:05:18    sign-off from higher executives.  Or -- there's an |
| 14 | 11:05:22    array of approval processes that usually take place. |
| 15 | 11:05:26        Q.    An array of internal Paramount approval |
| 16 | 11:05:29    processes that take place? |
| 17 | 11:05:31        A.    Internal and external, yes. |
| 18 | 11:05:33        Q.    But to a third party -- |
| 19 | 11:05:34        A.    Uh-huh. |
| 20 | 11:05:34        Q.    -- how would a third party distinguish |
| 21 | 11:05:37    between a clip that you, Megan Wahtera, or -- |
| 22 | 11:05:42        A.    Uh-huh. |
| 23 | 11:05:43        Q.    -- another Paramount individual authorized |
| 24 | 11:05:45    for upload and one that Zach Braff selected for the |
| 25 | 11:05:49    film and uploaded. |

47

1         MEGAN WAHTERA   SAN FRANCISCO, CA   DECEMBER 4, 2009

2    11:05:51         MR. WILKENS:  Objection to the form.

3    11:05:52         THE WITNESS:  What third party?

4    11:05:53  BY MR. RUBIN:

5    11:05:54     Q.   YouTube, for example.

6    11:05:55         MR. WILKENS:  Objection to the form, calls

7    11:05:56  for speculation.

8    11:05:57         THE WITNESS:  I don't know YouTube -- I

9    11:05:58  don't know their practices and how they

10   11:06:00  differentiate between what's approved and what's

11   11:06:03  not.

12   11:06:04  BY MR. RUBIN:

13   11:06:04     Q.   I'm asking, though, if YouTube doesn't

14   11:06:06  have access to the internal policies that Paramount

15   11:06:09  has to distinguish between an -- one approved clip

16   11:06:11  from another --

17   11:06:13     A.   Uh-huh.

18   11:06:13     Q.   -- how would YouTube be in a position to

19   11:06:15  even make the decision?

20   11:06:16         MR. WILKENS:  Objection to the form, calls

21   11:06:17  for speculation.

22   11:06:19         THE WITNESS:  Again, it's just my opinion,

23   11:06:20  but we were in contact with YouTube pretty

24   11:06:24  regularly.  We had a long-standing relationship with

25   11:06:27  them, so I would just call and ask about it.

1    MEGAN WAHTERA    SAN FRANCISCO, CA    DECEMBER 4, 2009

2    13:27:02        A.   I'm just giving you my opinion.  I don't

3    13:27:04    know how YouTube figures out what is and isn't

4    13:27:07    authorized.

5    13:27:08        Q.   Do you think it's YouTube's job to figure

6    13:27:10    out what is and isn't authorized?

7    13:27:12        A.   I don't know.  It's not my place to say.

8    13:27:15        Q.   What is your opinion?

9    13:27:17            MR. WILKENS:  Objection to the form.

10   13:27:17            THE WITNESS:  I don't have an opinion.

11   13:27:18    BY MR. RUBIN:

12   13:27:18        Q.   You don't have an opinion?

13   13:27:19        A.   I really don't.  I would prefer not to

14   13:27:21    have an opinion.  I don't -- I -- I do not work at

15   13:27:23    YouTube.  I do not police content.  It's not in my

16   13:27:26    responsibility.

17   13:27:27        Q.   This isn't -- this -- I don't mean to be

18   13:27:29    argumentative --

19   13:27:29        A.   I understand.

20   13:27:30        Q.   -- and I'm not trying to be, but today is

21   13:27:32    not about whether you choose to have an opinion or

22   13:27:35    not.  I'm asking what your opinion is.

23   13:27:38        A.   I don't have one.

24   13:27:39        Q.   Do you believe it's YouTube's ob- --

25   13:27:41    YouTube's obligation to police the content on that

```
1              MEGAN WAHTERA   SAN FRANCISCO, CA   DECEMBER 4, 2009

2    13:27:45   service?

3    13:27:45              MR. WILKENS:  Objection to the form of the

4    13:27:45   question.

5    13:27:45              THE WITNESS:  I do not have an opinion.  I

6    13:27:47   do not know if it is their responsibility.  I have

7    13:27:47   no idea.

8    13:27:48   BY MR. RUBIN:

9    13:27:48       Q.    Do you think they should?

10   13:27:49       A.    I have no idea, don't have an opinion.

11   13:27:53       Q.    Do you think Paramount should police the

12   13:27:55   content on the YouTube service?

13   13:27:57              MR. WILKENS:  Objection to the form.

14   13:27:58              THE WITNESS:  I don't know.  It's not my

15   13:28:00   job to say so.

16   13:28:01   BY MR. RUBIN:

17   13:28:01       Q.    And you have no opinion on it?

18   13:28:02       A.    I do not have an opinion.

19   13:28:12       Q.    From where did you upload this video?

20   13:28:15       A.    I uploaded this video off site, so off

21   13:28:19   lot, Paramount, to -- from an IP address.  I believe

22   13:28:23   it was like a FedEx, or a Kinko's, or one of those

23   13:28:24   types of places.

24   13:28:25       Q.    Why would you have done that?

25   13:28:27       A.    For the same reason I just referenced with
```

| 1 | | MEGAN WAHTERA   SAN FRANCISCO, CA   DECEMBER 4, 2009 |
|---|---|---|
| 2 | 13:28:29 | registering an e-mail account.  Often, I have heard, |
| 3 | 13:28:32 | or -- I can't prove that -- but that there's ways to |
| 4 | 13:28:35 | tell different IP addresses in uploading a clip, |
| 5 | 13:28:38 | where it's coming from. |
| 6 | 13:28:40 | Q.   Is there any evidence in your possession |
| 7 | 13:28:41 | that you can think of -- any documents, any e-mails, |
| 8 | 13:28:44 | anything that would support your belief -- your |
| 9 | 13:28:47 | statement that you believe that third parties can |
| 10 | 13:28:49 | discern the e-mail address or the IP address from |
| 11 | 13:28:52 | which a video is uploaded -- |
| 12 | 13:28:54 | A.   I don't know. |
| 13 | 13:28:55 | Q.   -- by simply viewing the video? |
| 14 | 13:28:57 | A.   I don't know. |
| 15 | 13:28:58 | Q.   You don't know. |
| 16 | 13:28:59 | A.   I don't know if I've ever gotten e-mail on |
| 17 | 13:29:03 | that. |
| 18 | 13:29:04 | Q.   You don't know whether you've ever |
| 19 | 13:29:06 | discussed it with anyone else? |
| 20 | 13:29:08 | A.   I don't know. |
| 21 | 13:29:09 | Q.   It's a rumor you heard? |
| 22 | 13:29:15 | A.   I work in an interac- -- interactive |
| 23 | 13:29:17 | marketing, so I know like my tech team can tell me |
| 24 | 13:29:20 | what IP address is -- stuff is being uploaded from |
| 25 | 13:29:23 | all the time.  So it's just something -- a practice |



**Schapiro Exhibit 48**

Subject: Re: Geek Giftst
From: "Powell, Amy - Paramount" █████████████████████

To: Wahtera, Megan - Paramount; Teifeld, Tamar - Paramount
Cc: Date: Wed, 03 Oct 2007 16:24:16 +0000

Is there any place else to place it behind on a different site?

----- Original Message -----
From: Wahtera, Megan - Paramount
To: Powell, Amy - Paramount; Teifeld, Tamar - Paramount
Sent: Wed Oct 03 09:23:13 2007
Subject: RE: Geek Giftst

Hi Amy,

As discussed, I don't see how we can put it behind an age gate.
That is something youtube does when content is flagged as inappropriate.

TT - let's call Youtube to see how this can be done for us.

I am also calling Michael Jones to pull the clip.

Thanks,
Megan

-----Original Message-----
From: Powell, Amy - Paramount
Sent: Wednesday, October 03, 2007 8:55 AM
To: Wahtera, Megan - Paramount; Teifeld, Tamar - Paramount
Subject: Re: Geek Giftst

Can we put behind age gate on youtube?

----- Original Message -----
From: Wahtera, Megan - Paramount
To: Powell, Amy - Paramount; Teifeld, Tamar - Paramount
Sent: Wed Oct 03 08:46:33 2007
Subject: RE: Geek Giftst

Sure thing! I can head to kinkos as soon as we have the clip and it is encoded.

-----Original Message-----
From: Powell, Amy - Paramount
Sent: Wednesday, October 03, 2007 8:45 AM
To: Wahtera, Megan - Paramount; Teifeld, Tamar - Paramount
Subject: Re: Geek Giftst

I'm actually thinking we should do it before friday

----- Original Message -----
From: Wahtera, Megan - Paramount
To: Powell, Amy - Paramount; Teifeld, Tamar - Paramount
Sent: Wed Oct 03 08:43:20 2007
Subject: RE: Geek Giftst

Sure, sounds great. We should call youtube right away though to ensure that they can manually slot the sex video

CONFIDENTIAL

VIA00374613

into "related videos" for us asap.

The related vids pull up through some sort of system within youtube and often take a while to index as "related" ﹍

Hopefully that makes sense…

_____

From: Powell, Amy - Paramount
Sent: Tuesday, October 02, 2007 8:53 PM
To: Teifeld, Tamar - Paramount
Cc: Wahtera, Megan - Paramount
Subject: RE: Geek Giftst

that was EXACTLY what i was thinking!  i think we use our spot as a tease into the r-rated clip...

MW: what do you think?

_____

From: Teifeld, Tamar - Paramount
Sent: Tue 10/2/2007 8:52 PM
To: Powell, Amy - Paramount
Subject: RE: Geek Gifts

We may have to go with you tube. The only other sites I know with age gate are AOL and IGN. Could we somehow tie it into our HP promo on you tube – like when you watch P's intro and then the regular clip, and on the right hand side where it shows "related videos" we could have the sex scene vid?

_____

From: Powell, Amy - Paramount
Sent: Tuesday, October 02, 2007 8:48 PM
To: Teifeld, Tamar - Paramount
Subject: RE: Geek Gifts

i think we're all desperate too!

where should we post behind age-gate?

_____

From: Teifeld, Tamar - Paramount
Sent: Tue 10/2/2007 8:47 PM
To: Powell, Amy - Paramount
Subject: RE: Geek Gifts

Nice!  Peter is very convincing…..haha.

_____

From: Powell, Amy - Paramount
Sent: Tuesday, October 02, 2007 8:46 PM
To: Teifeld, Tamar - Paramount
Subject: RE: Geek Gifts

p.s. stacey is going to give in on the sex scene i think...

CONFIDENTIAL

From: Teifeld, Tamar - Paramount
Sent: Tue 10/2/2007 8:45 PM
To: Powell, Amy - Paramount
Subject: RE: Geek Gifts

Got it – I'll think of something.

---

From: Powell, Amy - Paramount
Sent: Tuesday, October 02, 2007 8:44 PM
To: Teifeld, Tamar - Paramount
Subject: RE: Geek Gifts

i don't think we can give them a first screening and since SS has had stalker issues before i feel like it's better if it's a tangible item...

---

From: Teifeld, Tamar - Paramount
Sent: Tue 10/2/2007 8:31 PM
To: Powell, Amy - Paramount
Subject: FW: Geek Gifts

Think we could do a special "first" screening for them at Amblin? Or should we stay away from anything having to do with first looks at the film?

-----Original Message-----
From: Worsnup, Mickey - Paramount
Sent: Tuesday, October 02, 2007 7:21 PM
To: Teifeld, Tamar - Paramount
Subject: RE: Geek Gifts

promise them access to the first available screening, like not after Harry...although that would piss off my guy...

-----Original Message-----
From: Teifeld, Tamar - Paramount
Sent: Tue 10/2/2007 7:18 PM
To: Worsnup, Mickey - Paramount
Subject: RE: Geek Gifts

Big love.  I wanted to get them on the set of Indy, but Amy said that prob wouldn't happen.

-----Original Message-----
From: Worsnup, Mickey - Paramount
Sent: Tuesday, October 02, 2007 7:18 PM
To: Teifeld, Tamar - Paramount
Subject: RE: Geek Gifts

what is the level of love you would like to bestow?

-----Original Message-----
From: Teifeld, Tamar - Paramount
Sent: Tue 10/2/2007 7:17 PM

**To: Worsnup, Mickey - Paramount**
**Subject: Geek Gifts**

We want to get something really great for Robert at IESB and the other webmaster for helping us in our Indy sting operation.  Any clue as to what would be cool?

CONFIDENTIAL

# Schapiro Exhibit 49

From:     "Wahtera, Megan - Paramount" <Megan_Wahtera@Paramount.com>
Date:     Thu, 4 Oct 2007 08:43:17 -0700
To:       "Teifeld, Tamar - Paramount" <Tamar_Teifeld@Paramount.com>, "
          Powell, Amy - Paramount" ████████████████████
Subject:  RE: HBK - Farrelly Clips - For Youtube

Hi Amy & Tamar,

I have to send youtube our video link by noon today.

That said, I am personally thinking it's fine to upload it from here via the paraccount (or I can make one up so its less obvious) given there is nothing under the radar about this clip.

The clip is one from the EPK, and will be featured on the homepage of youtube tomorrow with our corresponding ad unit and Farrelly intro. The clip has already been up on Yahoo! sans intro.

Let me know your thoughts, otherwise I have to head to Kinko's asap!

Thanks!
Megan

-----Original Message-----
From: Teifeld, Tamar - Paramount
Sent: Wednesday, October 03, 2007 4:50 PM
To: Wahtera, Megan - Paramount; Powell, Amy - Paramount
Cc: Worsnup, Mickey - Paramount
Subject: RE: HBK - Farrelly Clips

True - it will be from us anyway and if it is from our account, it will just live with the rest of our trailers.
Amy - what do you think?

-----Original Message-----
From: Wahtera, Megan - Paramount
Sent: Wednesday, October 03, 2007 4:48 PM
To: Teifeld, Tamar - Paramount; Powell, Amy - Paramount
Cc: Worsnup, Mickey - Paramount
Subject: RE: HBK - Farrelly Clips

FYI - this goes with an ad unit on youtube on Friday - so to me, its apparent it's us.

Similar to what you see with Lions for Lambs today.

http://youtube.com/

-----Original Message-----
From: Teifeld, Tamar - Paramount
Sent: Wednesday, October 03, 2007 4:47 PM
To: Powell, Amy - Paramount; Wahtera, Megan - Paramount
Cc: Worsnup, Mickey - Paramount
Subject: RE: HBK - Farrelly Clips

Should I have Scott H upload?

-----Original Message-----
From: Powell, Amy - Paramount
Sent: Wednesday, October 03, 2007 4:46 PM
To: Wahtera, Megan - Paramount

Cc: Teifeld, Tamar - Paramount; Worsnup, Mickey - Paramount
Subject: Re: HBK - Farrelly Clips

I think it should be from off lot.....

What do you guys think about the tags?

----- Original Message -----
From: Wahtera, Megan - Paramount
To: Wahtera, Megan - Paramount; Powell, Amy - Paramount
Cc: Teifeld, Tamar - Paramount; Worsnup, Mickey - Paramount
Sent: Wed Oct 03 16:37:51 2007
Subject: RE: HBK - Farrelly Clips

It's OK to upload this one here from Parracount, correct?

Here are my tags:

The Heartbreak Kid Movie Ben Stiller Carlos Mencia Farrelly Brothers Comedy Funny Clip

_____

From: Wahtera, Megan - Paramount
Sent: Wednesday, October 03, 2007 4:08 PM
To: Powell, Amy - Paramount
Cc: Teifeld, Tamar - Paramount; Worsnup, Mickey - Paramount
Subject: RE: HBK - Farrelly Clips

On it now!

_____

From: Powell, Amy - Paramount
Sent: Wednesday, October 03, 2007 4:04 PM
To: Wahtera, Megan - Paramount
Cc: Teifeld, Tamar - Paramount; Worsnup, Mickey - Paramount
Subject: RE: HBK - Farrelly Clips

I say we do it now… gain some traction?

We should be very careful about what tags we use.

And, I'm assuming scott can help us dramatically….

Amy Powell

Senior Vice President

Interactive Marketing

Paramount Pictures

██████████████████

_____

From: Wahtera, Megan - Paramount

VIA00908730

Sent: Wednesday, October 03, 2007 4:02 PM
To: Powell, Amy - Paramount
Cc: Teifeld, Tamar - Paramount; Worsnup, Mickey - Paramount
Subject: RE: HBK - Farrelly Clips

We will get myspace one up asap!

Youtube is for our Friday buy – but I can upload now so it's live in advance if you if prefer?

Let me know!

------------------------------

From: Powell, Amy - Paramount
Sent: Wednesday, October 03, 2007 3:59 PM
To: Wahtera, Megan - Paramount
Cc: Teifeld, Tamar - Paramount; Worsnup, Mickey - Paramount
Subject: RE: HBK - Farrelly Clips

Approved. When can we get live?

Amy Powell

Senior Vice President

Interactive Marketing

Paramount Pictures

███████████████████

------------------------------

From: Wahtera, Megan - Paramount
Sent: Wednesday, October 03, 2007 3:13 PM
To: Powell, Amy - Paramount
Cc: Teifeld, Tamar - Paramount; Worsnup, Mickey - Paramount
Subject: HBK - Farrelly Clips

Hi Amy,

At long last, here are the clips.

These are web friendly versions for filmmakers to review.

http://downloads.paramount.com/mp/heartbreak_kid/myspace_final.mov

http://downloads.paramount.com/mp/heartbreak_kid/youtube_final.mov

These are not the versions I am uploading to YouTube or MySpace.

I have higher quality ones that would take too long for approvers to load which we will use for the actual sites.

Let us know when we can do so – YouTube needs by 12pm tomorrow and MySpace needs asap.

BIG thanks to Mickey for helping us out on this one!!

CONFIDENTIAL

Thanks!

Megan Wahtera
Executive Director
Interactive Marketing
Paramount Pictures
P: 323.956.8516 | F: 323.862.1101

**Schapiro Exhibit 50**

Subject:   Re: Casting.
From:      Kadetsky, Deborah <EX:/O=VIACOM/OU=MTVUSA/CN=RECIPIENTS/CN=USER
           ACCOUNTS/CN=USER/CN=KADETSKD>
To:        Perta, Micah
Cc:        Date:      Fri, 30 Jun 2006 17:04:29 +0000

You can leave it on my chair - I'm in a mtg. Have a fun wknd!!!

-----Original Message-----
From: Perta, Micah
To: Kadetsky, Deborah; Kelly, Kristen; Maxwell, Tony
Sent: Fri Jun 30 12:44:18 2006
Subject: Re: Casting.

I will have a CD to you with the qt compressed as sorensen 3 in 5 minutes!

On 6/30/06 12:43 PM, "Kadetsky, Deborah" <Deborah.Kadetsky@vh1staff.com>
wrote:

> Just watched it micah, it's great!
>
> http://www.micahperta.com/vh1/flav.mov
>
> Just gotta work on getting the file converted to something uploadable to
> our friends at youtube.
>
>
> -----Original Message-----
> From: Perta, Micah
> Sent: Friday, June 30, 2006 12:41 PM
> To: Kelly, Kristen; Kadetsky, Deborah; Maxwell, Tony
> Subject: Casting.
>
> Hey Kristen,
>
> So here is the link to the casting tape cut down.  Deliberately made to
> look like it was cut together by a 16 year old, so don't hold me too
> accountable for quality (although the heart transition truly deserves an
> emmy). Nigel and Tony love it, and if you all are OK with it, let Deb
> and us know so that we can start seeding it to utube etc...
>
> Thanks!
>
> Micah
>

**Schapiro Exhibit 51**

From:    "Hallie, Michelena" <Michelena.Hallie@mtvn.com>
Date:    Thu, 19 Apr 2007 16:05:18 -0400
To:      "Courtney Nieman" <courtneyni@baytsp.com>
Cc:      "Solow, Warren" <Warren.Solow@viacom.com>, "Morales, Cindy" <
        Cindy.Morales@mtvstaff.com>, "Eric Antze" <erica@baytsp.com>
Subject:  RE: MTVN Project 2 - Viral Advertising

They should stay up

-----Original Message-----
From: Courtney Nieman [mailto:courtneyni@baytsp.com]
Sent: Thursday, April 19, 2007 2:19 PM
To: Hallie, Michelena
Cc: Solow, Warren; Morales, Cindy; Courtney Nieman; Eric Antze
Subject: MTVN Project 2 - Viral Advertising

Michelena,

I would like to confirm something.  Does MTVN want us to take down advertising; clips that are commercials or
adverts for programming on MTVN?

Courtney Nieman
Manager Client Services
BayTSP, Inc.
408-341-2314
AIM: BayTSPCanne
Have you checked out BayTSP's Piracy news web log?
http://www.baytsp.com/weblog

---

The information contained in this email message may be confidential and is intended only for the parties to whom it is
addressed.  If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone
(408-341-2300) or email and delete the message from your system.  Please do not copy the message or distribute it
to anyone.



**Schapiro Exhibit 52**

Subject:   Re: Fw: Flags of our Fathers
From:      "Teifeld, Tamar" <EX:/O=VIACOM/OU=PARAMOUNT/CN=RECIPIENTS/CN=
           TEIFELTA>
To:        Powell, Amy - Paramount
Cc:        Worsnup, Mickey
Date:      Mon, 16 Oct 2006 17:11:12 +0000

Yes. These clips are from the EPK.

----- Replied by Tamar Teifeld on 10/16/2006 10:09:43 AM
---------------------------------------------------------------------------

From:Amy Powell

10/15/2006 08:32 AM
To: tamar_teifeld@paramount.com, mickey_worsnup@paramount.com
cc:
Subject: Fw: Flags of our Fathers

is this one of our approved clips?

http://www.youtube.com/watch?v=TkswonjOmVQ

CONFIDENTIAL

VIA 00431656

# Schapiro Exhibit 53

To:             chad@youtube.com <chad@youtube.com>; steve@youtube.com
<steve@youtube.com>; julie@youtube.com <julie@youtube.com>; kevin@youtube.com
<kevin@youtube.com>; maryrose@youtube.com <maryrose@youtube.com>; heather@youtube.com
<heather@youtube.com>
From:           julie@youtube.com <julie@youtube.com>
Cc:
Bcc:
Received Date:   2006-03-09 06:12:01 CST
Subject:         Do you YouTube? and Fox Show

Did you guys see this one?  This is exactly why we don't really know who
is uploading the content...I haven't seen this video

Fox Steals From Itself
ContactMusic - Mar 08 10:44 AM
FOX STEALS FROM ITSELF

While other networks have been firing off legal notices to the video
website YouTube.com demanding that they remove content from their
programming, Fox on Friday uploaded a live version of the opening title
sequence of The Simpsons to the site, in which human characters mimic the
actions of the animated ones. The Los Angeles Times blog "Channel Island"
reported that the clip was produced by the U.K. ad agency Devilfish and
was designed to promote the upcoming 17th season of the series on Sky One,
Fox's corporate sibling in Britain. The clip was quickly picked up by
other websites, becoming what a studio spokeswoman described as "a viral
campaign," adding, "It's amazing how quickly it went around the world."

08/03/2006

*********************************

Our story in the Sacramento Bee is set to be in next Sunday's paper in
Sacramento.  They are calling all users to chime in...kinda cool!

http://www.sacbee.com/content/lifestyle/story/14226604p-15050594c.html
Call to Readers: Do you youtube?

Published 2:15 am PST Tuesday, March 7, 2006
Story appeared in Scene section, Page E3
We're looking for people who frequent youtube.com, the amateur
video-sharing Web site that some say is the hottest way to waste time
since MySpace.
If you upload videos to the site or just like to watch them, we'd like to
hear from you. Please e-mail smcmanis@sacbee.com, and include a daytime
phone number. Your comments may be used in an upcoming story.

# Schapiro Exhibit 54

| | |
|---|---|
| **From:** | Michelena.hallie@mtvn.com |
| **Sent:** | Tuesday, October 31, 2006 5:15 PM |
| **To:** | Deana Arizala |
| **Cc:** | Morales, Cindy; Mark M. Ishikawa; Evelyn Espinosa; Courtney Nieman |
| **Subject:** | Re: Fwd: Viral Internet Marketing Clips |

Got it. We should be able to authorize you to search a list soon

-----Original Message-----
From: Deana Arizala <deanaa@baytsp.com>
To: Hallie, Michelena
CC: Morales, Cindy; Mark M. Ishikawa <marki@baytsp.com>; Evelyn Espinosa <evelyn@baytsp.com>; Courtney Nieman <courtneyni@baytsp.com>
Sent: Tue Oct 31 12:11:05 2006
Subject: Fwd: Viral Internet Marketing Clips

Michelena,


I'm not sure if you received the email below, so just in case I am going to forward it.




Best Regards,

Deana Arizala


--------------------------------------------------------
Deana Arizala
Client Services Manager. BayTSP, Inc
408.341.2365 (direct)
408.341.2300 (voice)
408.341.2399 (fax)
--------------------------------------------------------




From: Deana Arizala
Sent: Monday, October 30, 2006 10:09 AM
To: Michelena.hallie@mtvn.com
Cc: Morales, Cindy; Mark M. Ishikawa; Evelyn Espinosa; Courtney Nieman
Subject: RE: Viral Internet Marketing Clips


6/11/2008

HIGHLY CONFIDENTIAL

BAYTSP 001093408

Michelena,

Below is a list of VH1 shows I'm gathered from the links below. I do not have these shows in my list. Please let me know if these titles should be added in Cims.


VH1


The Wendy Williams Experience

Totally Awesome

Flavor of Love

Hogan Knows Best

Freestyle 59



Thanks Michelena.


Best Regards,

Deana Arizala




--------------------------------------------------------

Deana Arizala

Client Services Manager. BayTSP, Inc

408.341.2365 (direct)

408.341.2300 (voice)

408.341.2399 (fax)

--------------------------------------------------------

6/11/2008

-----Original Message-----
From: Michelena.hallie@mtvn.com
Sent: Friday, October 27, 2006 3:23 PM
To: Deana Arizala
Cc: Morales, Cindy
Subject: FW: Viral Internet Marketing Clips


Is this sufficient information? If so, you can now take down VH1 clips

2 1/2 minutes or over, other than those noted below.


-----Original Message-----

From: Kadetsky, Deborah

Sent: Friday, October 27, 2006 6:07 PM

To: Cheeks, George; Maxwell, Tony

Cc: Wilson, Adam; Hallie, Michelena; Imm, Tina

Subject: RE: Viral Internet Marketing Clips


George, are you able to do your sweep of clips according to who's posted

them?

If that is the case, the clips that we've authorized to be posted are

under the usernames "vh1staff" and "reaction2006"


If you need specific links, here is a list of what we've posted as

approved clips to date:


http://www.youtube.com/watch?v=qVVGT7Rfrvk

http://www.youtube.com/watch?v=jFoQNdwaGys

http://www.youtube.com/watch?v=_5vjL2stAz0

http://www.youtube.com/watch?v=M-G_NQZb1lI

http://www.youtube.com/watch?v=qvUzUOSbs9Y

http://www.youtube.com/watch?v=xPfTPn-eGKk

http://www.youtube.com/watch?v=3saVMo96328

http://www.youtube.com/watch?v=PjiZqOOAipw

http://www.youtube.com/watch?v=x1ycbHjePjM


6/11/2008

http://www.youtube.com/watch?v=hFoCygnKOaA

http://www.youtube.com/watch?v=4CtHP6Ut-zM

http://www.youtube.com/watch?v=Dy9lYAELqlE

http://www.youtube.com/watch?v=kihSHIoW-Tg

http://www.youtube.com/watch?v=yZ1SEDh_JPc

http://www.youtube.com/watch?v=ia_pl6rVg_k

http://www.youtube.com/watch?v=zlbL-zhMK8k

http://www.youtube.com/watch?v=ynJmXSht2jI


http://www.youtube.com/watch?v=uXnx5QxpIRc

http://www.youtube.com/watch?v=zgl3l1BKpwjQ

http://www.youtube.com/watch?v=pAkp_Hr5rN4

http://www.youtube.com/watch?v=BRbM2qfD08U

http://www.youtube.com/watch?v=QQxyhtYk3CI


Do you have a sense of how frequently we'll be doing this takedown sweep? I want to make sure than any future postings through our current process don't get removed accidentally.


Thanks,

deb


-----Original Message-----

From: Cheeks, George

Sent: Friday, October 27, 2006 1:33 PM

To: Kadetsky, Deborah; Maxwell, Tony

Cc: Wilson, Adam

Subject: Re: Viral Internet Marketing Clips


If you could send a copy directly to Michelina Hallie and copy me that would be great!


-----Original Message-----

From: Kadetsky, Deborah

To: Cheeks, George; Maxwell, Tony

CC: Wilson, Adam

Sent: Fri Oct 27 09:48:26 2006

Subject: RE: Viral Internet Marketing Clips


Hi George,

Did you get my list via Tina Imm? I can send to you directly if not...

Deb

-----Original Message-----

From: Cheeks, George

Sent: Friday, October 27, 2006 8:47 AM

To: Maxwell, Tony

Cc: Wilson, Adam; Kadetsky, Deborah

Subject: Re: Viral Internet Marketing Clips


We need everything that you have seeded thusfar as we are engaging an

outside service to send take down notices for full episodes and clips in

excess of 2 minutes and 30 seconds and we don't want to have notices

sent for content we seeded. That said, if that is too big a task I would

at least hit the stuff that we seeded over the past several months.


Thanks.


-----Original Message-----

From: Maxwell, Tony

To: Cheeks, George

CC: Wilson, Adam; Kadetsky, Deborah

Sent: Wed Oct 25 11:10:26 2006

Subject: Viral Internet Marketing Clips


Hello George,

6/11/2008

HIGHLY CONFIDENTIAL                                                        BAYTSP 001093412

Nigel asked me to follow up with you about your request for a list of viral clips we are currently supplying to websites like youtube.com. Are you looking for a monthly figure or total amount since a certain date.

Please inform.

Many thanks,
Tony


--


Tony Maxwell

VP Vh1 On Air Promotions

212-846-7867

tony.maxwell@vh1staff.com

**Schapiro Exhibit 55**

**From:** Michelena.hallie@mtvn.com
**Sent:** Saturday, November 04, 2006 11:59 AM
**To:** Mark M. Ishikawa; Evelyn Espinosa; Deana Arizala
**Subject:** Fw: Video Takedown

Just want to make sure this directive got to you: google as well as youtube takedowns should only be full episodes. Myspace and yahoo are ok to take down as originally directed.

-----Original Message-----
From: Cahan, Adam
To: Hallie, Michelena
Sent: Sat Nov 04 02:55:11 2006
Subject: Fw: Video Takedown

We should still be taking down as much as possible at myspace. It's only google/youtube that has the full episode rule.

-----Original Message-----
From: Deana Arizala <deanaa@baytsp.com>
To: Hallie, Michelena
CC: Courtney Nieman <courtneyni@baytsp.com>; Evelyn Espinosa <evelyn@baytsp.com>; Mark M. Ishikawa <marki@baytsp.com>; Cahan, Adam
Sent: Fri Nov 03 21:16:07 2006
Subject: Video Takedown


Michelena,



Below are the Notice Sent counts for today, November 3, 2006.  Have a good weekend.



Best Regards,

Deana Arizala



Summary:


YouTube: Full Episodes: 149

Myspace: Full Episodes: 23

Yahoo Video: Full Episodes: 0

Google Video: Full Episodes: 115


P2P: Gnutella: 0, eDonkey: 44 (not sent—just for view)

6/11/2008

YouTube

Full Episodes

Country Music Television

Count

CMT Music Awards

0

Country Fired Home Videos

0

Crossroads

0

Foxwothy's Big Night Out

0

Trick My Truck

0

Comedy Central

South Park

21

The Colbert Report

5

The Daily Show

1

SpikeTV

Carpocalypes

0

King of Vegas

0

Most Xtreme Challenge

0

Pros Vs Joes

0

Total Nonstop Action

0

HIGHLY CONFIDENTIAL

BAYTSP 003724706

Ultimate Fighting Championship

0

Viacom

Andy Milonakis

0

Avatar the Last Airbender

96

Backyardigans

0

Beyond the Break

0

Blue`s Room

0

Can`t Get A Date

0

Degrassi

6

Diego

HIGHLY CONFIDENTIAL

BAYTSP 003724707

0

Dora The Explorer

0

Drake & Josh

15

Fairly Odd Parents

5

GLAAD Media Awards

0

Greatest TV Quotes and Catch Phrases

0

Hi-Jinks

0

I Pity the Fool

0

Jack's Big Music Show

0

Laguna Beach

0

6/11/2008

Naked Brothers Band

0


Noah's Arc

3


Real World

0


Sit Down Comedy with David Steinberg

0


South of Nowhere

0


Spongebob Squarepants

3


TV Land Myths and Legends

0


TV Land Present the 100

0


VMA Awards

0


Wonder Pets

0

HIGHLY CONFIDENTIAL

BAYTSP 003724709

Zoey 101

0

Total

149

Google Video

Full Episodes

Country Music Television

Count

CMT Music Awards

0

6/11/2008

BAYTSP 003724710

Country Fired Home Videos

0

Crossroads

0

Foxwothy's Big Night Out

0

Trick My Truck

0

Comedy Central

South Park

0

The Colbert Report

0

The Daily Show

4

SpikeTV

Carpocalypes

HIGHLY CONFIDENTIAL

BAYTSP 003724711

0

King of Vegas

0

Most Xtreme Challenge

0

Pros Vs Joes

0

Total Nonstop Action

0

Ultimate Fighting Championship

2

Viacom

Andy Milonakis

0

Avatar the Last Airbender

67

Backyardigans

0

Beyond the Break

0


Blue`s Room

0


Can't Get A Date

0


Degrassi

0


Diego

0


Dora The Explorer

0


Drake & Josh

0


Fairly Odd Parents

1


GLAAD Media Awards

0


Greatest TV Quotes and Catch Phrases

0

Hi-Jinks

0


I Pity the Fool

0


Jack's Big Music Show

0


Laguna Beach

11


Naked Brothers Band

0


Noah's Arc

0


Real World

0


Sit Down Comedy with David Steinberg

0


South of Nowhere

10


Spongebob Squarepants

HIGHLY CONFIDENTIAL

BAYTSP 003724714

20

TV Land Myths and Legends

0

TV Land Present the 100

0

VMA Awards

0

Wonder Pets

0

Zoey 101

0

Total

115

Yahoo Video

Clips

Full Episodes

Country Music Television

Count

CMT Music Awards

0

Country Fired Home Videos

0

Crossroads

0

6/11/2008

HIGHLY CONFIDENTIAL

BAYTSP 003724716

Foxwothy's Big Night Out

0

Trick My Truck

0

Comedy Central

South Park

0

The Colbert Report

0

The Daily Show

0

SpikeTV

Carpocalypes

0

King of Vegas

0

Most Xtreme Challenge

0

6/11/2008

Pros Vs Joes

0


Total Nonstop Action

0


Ultimate Fighting Championship

0

Viacom


Andy Milonakis

0


Avatar the Last Airbender

0


Backyardigans

0


Beyond the Break

0


Blue's Room

0


Can't Get A Date

0

Degrassi

0

Diego

0

Dora The Explorer

0

Drake & Josh

0

Fairly Odd Parents

0

GLAAD Media Awards

0

Greatest TV Quotes and Catch Phrases

0

Hi-Jinks

0

I Pity the Fool

0

Jack's Big Music Show

0


Laguna Beach

0


Naked Brothers Band

0


Noah's Arc

0


Real World

0


Sit Down Comedy with David Steinberg

0


South of Nowhere

0


Spongebob Squarepants

0


TV Land Myths and Legends

0


TV Land Present the 100

0

VMA Awards

0

Wonder Pets

0

Zoey 101

0

Total

0

MySpace

Full Episodes

Country Music Television

Count

CMT Music Awards

0

Country Fired Home Videos

0

Crossroads

0

Foxwothy's Big Night Out

0

Trick My Truck

0

Comedy Central

South Park

0

The Colbert Report

0

The Daily Show

0

SpikeTV

6/11/2008

Carpocalypes

0


King of Vegas

0


Most Xtreme Challenge

0


Pros Vs Joes

0


Total Nonstop Action

0


Ultimate Fighting Championship

0

Viacom



Andy Milonakis

0


Avatar the Last Airbender

0

HIGHLY CONFIDENTIAL

BAYTSP 003724723

Backyardigans

0


Beyond the Break

0


Blue's Room

0


Can't Get A Date

0


Degrassi

0


Diego

0


Dora The Explorer

0


Drake & Josh

0


Fairly Odd Parents

2


GLAAD Media Awards

0

Greatest TV Quotes and Catch Phrases

0

Hi-Jinks

0

I Pity the Fool

0

Jack's Big Music Show

0

Laguna Beach

0

Naked Brothers Band

0

Noah's Arc

0

Real World

0

Sit Down Comedy with David Steinberg

0

South of Nowhere

10


Spongebob Squarepants

11


TV Land Myths and Legends

0


TV Land Present the 100

0


VMA Awards

0


Wonder Pets

0


Zoey 101

0


Total

23

P2P (Not sent)

Country Music Television

Gnutella

eDonkey

CMT Music Awards

0

0

Country Fired Home Videos

0

0

Crossroads

0

0

6/11/2008

HIGHLY CONFIDENTIAL

BAYTSP 003724727

Foxwothy's Big Night Out

0

0

Trick My Truck

0

0

Comedy Central

South Park

0

0

The Colbert Report

0

0

The Daily Show

0

0

HIGHLY CONFIDENTIAL

BAYTSP 003724728

SpikeTV

Carpocalypes

0

0

King of Vegas

0

0

Most Xtreme Challenge

0

0

Pros Vs Joes

0

0

Total Nonstop Action

0

0

Ultimate Fighting Championship

0

0

Viacom

Andy Milonakis

0

0

Avatar the Last Airbender

0

0

Backyardigans

0

2

Beyond the Break

0

0

Blue`s Room

0

0


Can't Get A Date

0

0


Degrassi

0

0


Diego

0

0


Dora The Explorer

0

0


Drake & Josh

0

0


Fairly Odd Parents

HIGHLY CONFIDENTIAL

BAYTSP 003724731

0

0


GLAAD Media Awards

0

0


Greatest TV Quotes and Catch Phrases

0

0


Hi-Jinks

0

0


I Pity the Fool

0

0


Jack's Big Music Show

0

0


Laguna Beach

0

0

Naked Brothers Band

0

0

Noah's Arc

0

0

Real World

0

0

Sit Down Comedy with David Steinberg

0

0

South of Nowhere

0

0

Spongebob Squarepants

0

0

HIGHLY CONFIDENTIAL

BAYTSP 003724733

Hogan Knows Best

0

41

Breaking Bonaduce

0

1

VMA Awards

0

0

Wonder Pets

0

0

Zoey 101

0

0

Total

0

44

----------------------------------------------------
Deana Arizala
Client Services Manager. BayTSP, Inc
408.341.2365 (direct)
408.341.2300 (voice)
408.341.2399 (fax)
----------------------------------------------------

**Schapiro Exhibit 56**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
VIACOM INTERNATIONAL, INC., COMEDY
PARTNERS, COUNTRY MUSIC
TELEVISION, INC., PARAMOUNT
PICTURES CORPORATION, and BLACK
ENTERTAINMENT TELEVISION, LLC,

       Plaintiffs,

vs.                 No. 07-CV-2103

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

       Defendants.
------------------------------------X
THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO., et al.,
on behalf of themselves and
all others similarly situated,

       Plaintiffs,

vs.                No. 07-CV-3582

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

       Defendants.
------------------------------------X

HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION OF ADAM CAHAN
PALO ALTO, CALIFORNIA
WEDNESDAY, DECEMBER 9, 2009
JOB NO. 18174

2

1      ADAM CAHAN     SAN FRANCISCO, CA    DECEMBER 9, 2009

2

3               9:47 A.M.

4

5      HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF ADAM

6   CAHAN, at WILSON SONSINI GOODRICH & ROSATI, 601 S.

7   California Street, Palo Alto, California, pursuant to

8   notice, before me, KATHERINE E. LAUSTER, CLR, CRR, RPR,

9   CSR License No. 1894.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1    ADAM CAHAN    SAN FRANCISCO, CA    DECEMBER 9, 2009

2    A P P E A R A N C E S :

3    FOR THE PLAINTIFFS, VIACOM INTERNATIONAL, INC., and
     the WITNESS:

4

5        JENNER & BLOCK, LLP
         By:  SUSAN J. KOHLMANN, ESQ.
         919 Third Avenue

6        37th Floor
         New York, New York  10022-39908

7        T.212.891.1690
         F.212.909.0821

8        skohlmann@jenner.com

9

10   FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC, and
     GOOGLE, INC.:

11

12       WILSON, SONSINI, GOODRICH & ROSATI
         By:  DAVE KRAMER, ESQ.
             CAROLINE WILSON, ESQ.

13       650 Page Mill Road
         Palo Alto, California 94304-1050

14       T.650.493.9300
         F.650.565.5100

15       dkramer@wsgr.com
         cwilson@wsgr.com

16

17   FOR THE WITNESS, ADAM CAHAN:

18       SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
         BY:  P. CRAIG CARDON, ESQ.

19       1901 Avenue of the Stars
         Suite 1600

20       Los Angeles, California  90067-6017
         Telephone:  310.228.3700

21       Fax:      310.228.3701
         ccardon@sheppardmullin.com

22

23

24   Also Present:  ARMANDO CARRASCO, Videographer

25

ADAM CAHAN     SAN FRANCISCO, CA     DECEMBER 9, 2009

1

2    15:02:33    has the full episode.  I'm asking for her -- if

3    15:02:35    that's what we're currently doing.

4    15:02:37    BY MR. KRAMER:

5    15:02:38        Q.    Where is the question in that, sir, in

6    15:02:40    what you wrote?

7    15:02:41        A.    It's lacking a question mark.  I'm looking

8    15:02:43    for confirmation that that's what we're currently

9    15:02:47    doing.

10   15:02:47        Q.    So you read "we should still be taking

11   15:02:50    down as much as possible -- as possible at MySpace"

12   15:02:52    as an inquiry?

13   15:02:54        A.    No, I -- so I am writing to confirm, is

14   15:02:56    this your understanding of what we're doing; right?

15   15:02:58            We should still be taking down as much as

16   15:03:04    possible at MySpace.  It's only the Google/YouTube

17   15:03:08    that has the full episode --

18   15:03:09            THE REPORTER:  Please slow down.

19   15:03:09            THE WITNESS:  Sorry.

20   15:03:09            It's only the Google/YouTube that has the

21   15:03:09    full episode rule, and what I am seeking is

22   15:03:12    confirmation.

23   15:03:12    BY MR. KRAMER:

24   15:03:13        Q.    So at this time, in early Nov- -- where

25   15:03:15    was the seeking of the confirmation?

1           ADAM CAHAN     SAN FRANCISCO, CA    DECEMBER 9, 2009

2   15:03:27     A.   It's me saying that we should still be

3   15:03:32   taking down as much as MySpace.  I don't perceive

4   15:03:36   this as -- so what I -- what I view this, in my

5   15:03:39   communication with Michelena, is I did not tell her

6   15:03:43   what should or should not be removed.

7   15:03:45         I believe at this point I'm asking her

8   15:03:49   that we should not be doing that because of what was

9   15:03:53   going on.

10  15:03:55     Q.   So Miss Hallie characterizes it as a

11  15:03:58   directive.

12  15:03:59     A.   Okay.

13  15:04:00     Q.   She interpreted it as a directive; right?

14  15:04:03   Isn't that how you read that?

15  15:04:05         MR. CARDON:  Objection --

16  15:04:06         MS. KOHLMANN:  Objection.

17  15:04:06         MR. CARDON:  -- misstates the testimony --

18  15:04:08   argument.

19  15:04:12         THE WITNESS:  Yeah, I don't know how -- I

20  15:04:14   don't know how she's interpreting this.  What --

21  15:04:16   again, I think what I'm -- at this point in the

22  15:04:21   negotiation I was asking that they not remove

23  15:04:22   additional content.  That is correct.

24  15:04:24   BY MR. KRAMER:

25  15:04:25     Q.   So it was your intent that clips of

1     ADAM CAHAN     SAN FRANCISCO, CA     DECEMBER 9, 2009

2  15:04:28  content that Viacom claimed to own on YouTube that

3  15:04:32  were anything other than an entire episode of a

4  15:04:35  television show be allowed to remain on YouTube at

5  15:04:39  this time; right?

6  15:04:40     A.   At that time, yes.

7  15:04:41     Q.   Was that because you wanted additional

8  15:04:43  clips to remain on the service so that Viacom could

9  15:04:46  use their presence as leverage in the negotiations

10  15:04:50  with Google?

11  15:04:51     A.   It was because I wanted to get paid for

12  15:04:54  them, and my -- my feeling was that once they were

13  15:04:56  removed, that they would no longer be able to go

14  15:05:00  back.

15  15:05:00     Q.   In contrast to the full episode rule that

16  15:05:02  you employed for -- that you instructed Viacom

17  15:05:06  employ for YouTube, your instructions with respect

18  15:05:09  to MySpace were to take down as much as possible;

19  15:05:12  right?

20  15:05:13        MR. CARDON:  Objection, foundation,

21  15:05:14  misstates witness's testimony.

22  15:05:24        THE WITNESS:  So --

23  15:05:25  BY MR. KRAMER:

24  15:05:25     Q.   I'm just looking at your e-mail to Miss

25  15:05:27  Hallie --

1    ADAM CAHAN    SAN FRANCISCO, CA    DECEMBER 9, 2009

2    15:05:28    A.    Right.  And I'm --

3    15:05:28    Q.    -- on November 4th.

4    15:05:30    A.    I know.  I think I'm just trying to

5    15:05:31    understand the context, and it looks to me -- it

6    15:05:34    says, "Below are the Notices Sent."  And what it has

7    15:05:37    is a list of full episode content that was removed.

8    15:05:41         And what I am stating to her is -- I'm

9    15:05:44    trying to confirm, is this my understanding?  We

10   15:05:46    should still be taking down as much as possible at

11   15:05:46    MySpace.  It's only Google and YouTube that has this

12   15:05:46    full episode -- sorry.

13   15:05:50         THE REPORTER:  Please.

14   15:05:50         THE WITNESS:  It's only Google and YouTube

15   15:05:52    that has this full episode rule, and -- because the

16   15:05:55    context of this e-mail says "full episode."  And it

17   15:05:59    was my opinion that at that time we should not be

18   15:06:02    removing the content that was there while we were

19   15:06:04    negotiating.

20   15:06:06    BY MR. KRAMER:

21   15:06:06    Q.    Why the disparate approaches between

22   15:06:09    taking down as much as possible at MySpace, and

23   15:06:13    taking down only a full episode at YouTube?

24   15:06:18         MR. CARDON:  Objection, speculation.

25   15:06:18         THE WITNESS:  I was responsible for the