# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 69

| **From:** | Deana Arizala |
|---|---|
| **Sent:** | Friday, October 27, 2006 4:10 PM |
| **To:** | Mark M. Ishikawa |
| **Cc:** | Evelyn Espinosa; Courtney Nieman |
| **Subject:** | FW: Comedy Central/Spike TV Directives |

FYI, please read the message below. Thanks.

---------------------------------------------------
Deana Arizala
Client Services Manager. BayTSP, Inc
408.341.2365 (direct)
408.341.2300 (voice)
408.341.2399 (fax)
---------------------------------------------------

---

**From:** Morales, Cindy [mailto:Cindy.Morales@mtvstaff.com]
**Sent:** Friday, October 27, 2006 7:17 AM
**To:** Deana Arizala
**Cc:** Michelena.hallie@mtvn.com
**Subject:** Comedy Central/Spike TV Directives

Hi Deana,

I have attached the information below on intentionally posted clips on YouTube that are authorized for Spike TV.

Also, as it relates to the Spike TV and Comedy Centrals titles, we would like to have all clips that are 2 1/2 mins or greater removed off YouTube; **EXCEPT** for **THE DAILY SHOW** and **COLBERT REPORT**. For these two titles, we are requesting that you remove clips that are **5 minutes or longer.**

**Approved Spike TV link:**

http://www.youtube.com/spiketv

Thanks.

Cindy

HIGHLY CONFIDENTIAL

BAYTSP 003733345

# Schapiro Exhibit 70

| From: | Michelena.hallie@mtvn.com |
|---|---|
| Sent: | Monday, October 30, 2006 8:43 PM |
| To: | Deana Arizala |
| Cc: | Morales, Cindy; Evelyn Espinosa |
| Subject: | The Daily Show and The Colbert Report |

**Importance:** High

We would like to change the length of clips of The Daily Show and The Colbert Report that should be taken down to 3 minutes or over rather than the current 5 minutes or over. (All other clip size criteria remain the same.) Please confirm receipt. Thanks, Deana.

HIGHLY CONFIDENTIAL

BAYTSP 004283955

# Schapiro Exhibit 71

**From:** Evelyn Espinosa
**Sent:** Saturday, November 04, 2006 7:15 PM
**To:** Michelena.hallie@mtvn.com
**Cc:** Mark M. Ishikawa; Deana Arizala
**Subject:** RE: Video Takedown

Thanks Michelena, we will continue as directed.
best,
Evelyn

**From:** Michelena.hallie@mtvn.com
**Sent:** Saturday, November 04, 2006 3:59 AM
**To:** Mark M. Ishikawa; Evelyn Espinosa; Deana Arizala
**Subject:** Fw: Video Takedown

Just want to make sure this directive got to you: google as well as youtube takedowns should only be full episodes. Myspace and yahoo are ok to take down as originally directed.

-----Original Message-----
From: Cahan, Adam
To: Hallie, Michelena
Sent: Sat Nov 04 02:55:11 2006
Subject: Fw: Video Takedown

We should still be taking down as much as possible at myspace. It's only google/youtube that has the full episode rule.

-----Original Message-----
From: Deana Arizala <deanaa@baytsp.com>
To: Hallie, Michelena
CC: Courtney Nieman <courtneyni@baytsp.com>; Evelyn Espinosa <evelyn@baytsp.com>; Mark M. Ishikawa <marki@baytsp.com>; Cahan, Adam
Sent: Fri Nov 03 21:16:07 2006
Subject: Video Takedown


Michelena,



Below are the Notice Sent counts for today, November 3, 2006. Have a good weekend.



Best Regards,

Deana Arizala



Summary:


6/11/2008

HIGHLY CONFIDENTIAL

BAYTSP 003727465

YouTube: Full Episodes: 149

Myspace: Full Episodes: 23

Yahoo Video: Full Episodes: 0

Google Video: Full Episodes: 115

P2P: Gnutella: 0, eDonkey: 44 (not sent—just for view)

YouTube

Full Episodes

Country Music Television

Count

CMT Music Awards

0

Country Fired Home Videos

0

Crossroads

0

Foxwothy`s Big Night Out

0

Trick My Truck

0

Comedy Central

South Park

21

The Colbert Report

5

The Daily Show

1

SpikeTV

Carpocalypes

0

King of Vegas

0

Most Xtreme Challenge

0

6/11/2008

Pros Vs Jocs

0


Total Nonstop Action

0


Ultimate Fighting Championship

0

Viacom



Andy Milonakis

0


Avatar the Last Airbender

96


Backyardigans

0


Beyond the Break

0


Blue's Room

0


Can't Get A Date

0

Degrassi

6

Diego

0

Dora The Explorer

0

Drake & Josh

15

Fairly Odd Parents

5

GLAAD Media Awards

0

Greatest TV Quotes and Catch Phrases

0

Hi-Jinks

0

I Pity the Fool

0

Jack's Big Music Show

0


Laguna Beach

0


Naked Brothers Band

0


Noah's Arc

3


Real World

0


Sit Down Comedy with David Steinberg

0


South of Nowhere

0


Spongebob Squarepants

3


TV Land Myths and Legends

0


TV Land Present the 100

0

VMA Awards

0


Wonder Pets

0


Zoey 101

0


Total

149


Google Video


Full Episodes

Country Music Television

Count

CMT Music Awards

0

Country Fired Home Videos

0

Crossroads

0

Foxwothy's Big Night Out

0

Trick My Truck

0

Comedy Central

South Park

0

The Colbert Report

0

The Daily Show

HIGHLY CONFIDENTIAL

BAYTSP 003727472

4

SpikeTV

Carpocalypes

0

King of Vegas

0

Most Xtreme Challenge

0

Pros Vs Joes

0

Total Nonstop Action

0

Ultimate Fighting Championship

2

Viacom

Andy Milonakis

0

BAYTSP 003727473

Avatar the Last Airbender

67

Backyardigans

0

Beyond the Break

0

Blue's Room

0

Can't Get A Date

0

Degrassi

0

Diego

0

Dora The Explorer

0

Drake & Josh

0

Fairly Odd Parents

1

HIGHLY CONFIDENTIAL

BAYTSP 003727474

GLAAD Media Awards

0


Greatest TV Quotes and Catch Phrases

0


Hi-Jinks

0


I Pity the Fool

0


Jack's Big Music Show

0


Laguna Beach

11


Naked Brothers Band

0


Noah's Arc

0


Real World

0


Sit Down Comedy with David Steinberg

0

HIGHLY CONFIDENTIAL

BAYTSP 003727475

South of Nowhere

10


Spongebob Squarepants

20


TV Land Myths and Legends

0


TV Land Present the 100

0


VMA Awards

0


Wonder Pets

0


Zoey 101

0


Total

115

HIGHLY CONFIDENTIAL                                                    BAYTSP 003727476

Yahoo Video

Clips

Full Episodes

Country Music Television

Count

CMT Music Awards

0

6/11/2008

HIGHLY CONFIDENTIAL

BAYTSP 003727477

Country Fired Home Videos

0

Crossroads

0

Foxwothy's Big Night Out

0

Trick My Truck

0

Comedy Central

South Park

0

The Colbert Report

0

The Daily Show

0

SpikeTV

Carpocalypes

0

King of Vegas

0

Most Xtreme Challenge

0

Pros Vs Joes

0

Total Nonstop Action

0

Ultimate Fighting Championship

0

Viacom

Andy Milonakis

0

Avatar the Last Airbender

0

Backyardigans

0

Beyond the Break

HIGHLY CONFIDENTIAL

BAYTSP 003727479

0

Blue's Room

0

Can't Get A Date

0

Degrassi

0

Diego

0

Dora The Explorer

0

Drake & Josh

0

Fairly Odd Parents

0

GLAAD Media Awards

0

Greatest TV Quotes and Catch Phrases

0

Hi-Jinks

0


I Pity the Fool

0


Jack's Big Music Show

0


Laguna Beach

0


Naked Brothers Band

0


Noah's Arc

0


Real World

0


Sit Down Comedy with David Steinberg

0


South of Nowhere

0


Spongebob Squarepants

0

TV Land Myths and Legends

0

TV Land Present the 100

0

VMA Awards

0

Wonder Pets

0

Zoey 101

0

Total

0

MySpace

Full Episodes

Country Music Television

Count

CMT Music Awards

0

Country Fired Home Videos

0

Crossroads

0

Foxwothy's Big Night Out

0

Trick My Truck

0

Comedy Central

South Park

0

The Colbert Report

0


The Daily Show

0

SpikeTV


Carpocalypes

0


King of Vegas

0


Most Xtreme Challenge

0


Pros Vs Joes

0


Total Nonstop Action

0


Ultimate Fighting Championship

0

Viacom

HIGHLY CONFIDENTIAL                                                   BAYTSP 003727484

Andy Milonakis

0


Avatar the Last Airbender

0


Backyardigans

0


Beyond the Break

0


Blue`s Room

0


Can't Get A Date

0


Degrassi

0


Diego

0


Dora The Explorer

0


Drake & Josh

0

HIGHLY CONFIDENTIAL
BAYTSP 003727485

Fairly Odd Parents

2


GLAAD Media Awards

0


Greatest TV Quotes and Catch Phrases

0


Hi-Jinks

0


I Pity the Fool

0


Jack's Big Music Show

0


Laguna Beach

0


Naked Brothers Band

0


Noah's Arc

0


Real World

0

Sit Down Comedy with David Steinberg

0

South of Nowhere

10

Spongebob Squarepants

11

TV Land Myths and Legends

0

TV Land Present the 100

0

VMA Awards

0

Wonder Pets

0

Zoey 101

0

Total

23

HIGHLY CONFIDENTIAL

BAYTSP 003727487

P2P (Not sent)

Country Music Television

Gnutella

eDonkey

CMT Music Awards

0

0

Country Fired Home Videos

0

6/11/2008

HIGHLY CONFIDENTIAL

BAYTSP 003727488

0

Crossroads

0

0

Foxwothy`s Big Night Out

0

0

Trick My Truck

0

0

Comedy Central

South Park

0

0

The Colbert Report

0

0

6/11/2008

HIGHLY CONFIDENTIAL

BAYTSP 003727489

The Daily Show

0

0


SpikeTV


Carpocalypes

0

0


King of Vegas

0

0


Most Xtreme Challenge

0

0


Pros Vs Joes

0

0

Total Nonstop Action

0

0

Ultimate Fighting Championship

0

0

Viacom

Andy Milonakis

0

0

Avatar the Last Airbender

0

0

Backyardigans

0

2

Beyond the Break

0

0

Blue's Room

0

0

Can't Get A Date

0

0

Degrassi

0

0

Diego

0

0

Dora The Explorer

0

0

Drake & Josh

0

0

Fairly Odd Parents

0

0

GLAAD Media Awards

0

0

Greatest TV Quotes and Catch Phrases

0

0

Hi-Jinks

0

0

I Pity the Fool

0

0

Jack's Big Music Show

HIGHLY CONFIDENTIAL

BAYTSP 003727493

0

0

Laguna Beach

0

0

Naked Brothers Band

0

0

Noah's Arc

0

0

Real World

0

0

Sit Down Comedy with David Steinberg

0

0

South of Nowhere

0

0

Spongebob Squarepants

0

0

Hogan Knows Best

0

41

Breaking Bonaduce

0

1

VMA Awards

0

0

Wonder Pets

0

0

Zoey 101

0

0

HIGHLY CONFIDENTIAL

BAYTSP 003727495

Total

0

44

------------------------------------------------------
Deana Arizala
Client Services Manager. BayTSP, Inc
408.341.2365 (direct)
408.341.2300 (voice)
408.341.2399 (fax)
------------------------------------------------------

# Schapiro Exhibit 72

| **From:** | Evelyn Espinosa |
|---|---|
| **Sent:** | Tuesday, November 14, 2006 5:12 PM |
| **To:** | Deana Arizala |
| **Cc:** | Courtney Nieman; Sarah Cruz |
| **Subject:** | FW: MTVN Weekly Report October 30, 2006 - November 5, 2006 |

pls confirm with michelena

---

**From:** Michelena.hallie@mtvn.com
**Sent:** Tuesday, November 14, 2006 7:05 AM
**To:** Evelyn Espinosa
**Cc:** Mark M. Ishikawa; Courtney Nieman; Cahan, Adam; Deana Arizala; Morales, Cindy; Sarah Cruz
**Subject:** RE: MTVN Weekly Report October 30, 2006 - November 5, 2006

Are we up and running on taking down clips off youtube now?

---

**From:** Evelyn Espinosa [mailto:evelyn@baytsp.com]
**Sent:** Thursday, November 09, 2006 6:00 PM
**To:** Hallie, Michelena
**Cc:** Mark M. Ishikawa; Courtney Nieman; Cahan, Adam; Deana Arizala; Morales, Cindy; Sarah Cruz
**Subject:** RE: MTVN Weekly Report October 30, 2006 - November 5, 2006
**Importance:** High

Michelena,

This serves to confirm your new directive below.
Please be advised that it will take a day or two to re-sort through the material for the clip length change.
Please let me know if you have any questions.
Best regards,
Evelyn

---

**From:** Michelena.hallie@mtvn.com
**Sent:** Thursday, November 09, 2006 2:05 PM
**To:** Sarah Cruz
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Courtney Nieman; Cahan, Adam; Deana Arizala; Morales, Cindy
**Subject:** RE: MTVN Weekly Report October 30, 2006 - November 5, 2006
**Importance:** High

Sarah, we would like to implement effective immediately our original policy to take down all clips that have been identified as exclusively our material under the following criteria:

- Daily Show and Colbert Report:  3 minutes or longer
- All other shows on our list: 2 1/2 minutes or longer

If you identify any clips of the above lengths that include any material other than our own programs, do not remove them until they have been submitted to me and I have approved removal.

Please confirm receipt of this new directive.


Michelena Hallie
Senior Vice President
Deputy General Counsel, Intellectual Property
MTV Networks, Business and Legal Affairs

6/23/2008

1515 Broadway, 34th Floor
New York, New York 10036

████████

**From:** Deana Arizala [mailto:deanaa@baytsp.com]
**Sent:** Wednesday, November 08, 2006 8:11 PM
**To:** Hallie, Michelena; Morales, Cindy
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Courtney Nieman; Cahan, Adam; Sarah Cruz
**Subject:** MTVN Weekly Report October 30, 2006 - November 5, 2006
**Importance:** High

Michelena,

Enclosed is the Weekly Report from October 30, 2006 – November 5, 2006. I had emailed this report in advance because I will be
out of the office tomorrow till November 13, 2006. Please direct any update or request to Sarah. Her email is
sarahc@baytsp.com. If it is urgent, please contact Evelyn or Mark.

Thank you.


Best Regards,
Deana Arizala



---------------------------------------------------
Deana Arizala
Client Services Manager. BayTSP, Inc
408.341.2365 (direct)
408.341.2300 (voice)
408.341.2399 (fax)
---------------------------------------------------

6/23/2008

# Schapiro Exhibit 73

Subject:  FW: New Protocol on Daily Show and Colbert
From:     "Hallie, Michelena" <EX:/O=VIACOM/OU=CORPUSA/CN=RECIPIENTS/CN=
          HALLIEM>
To:       Herzog, Doug; Cahan, Adam
Cc:       Date:    Fri, 17 Nov 2006 17:26:17 +0000

Fyi.

-----Original Message-----
From: Deana Arizala [mailto:deanaa@baytsp.com]
Sent: Friday, November 17, 2006 12:22 PM
To: Hallie, Michelena
Cc: Mark M. Ishikawa; Evelyn Espinosa; Morales, Cindy; Courtney Nieman
Subject: RE: New Protocol on Daily Show and Colbert
Importance: High

Michelena,

We will go ahead and proceed with the changes and take down 2:30 or longer clips for The Daily Show and The
Colbert Report starting today.

Best Regards,
Deana Arizala

--------------------------------------------------------
Deana Arizala
Client Services Manager. BayTSP, Inc
408.341.2365 (direct)
408.341.2300 (voice)
408.341.2399 (fax)
--------------------------------------------------------

-----Original Message-----
From: Michelena.hallie@mtvn.com
Sent: Friday, November 17, 2006 9:15 AM
To: Deana Arizala; Courtney Nieman
Cc: Mark M. Ishikawa; Evelyn Espinosa; Morales, Cindy
Subject: New Protocol on Daily Show and Colbert

I can now authorize take down of all Daily Show and Colbert that are 2:30 or longer.  Please let me know when that
will begin happening.

# Schapiro Exhibit 74

**From:** Deana Arizala

**Sent:** Friday, November 17, 2006 10:48 PM

**To:** Michelena.hallie@mtvn.com; Courtney Nieman

**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Morales, Cindy

**Subject:** RE: 24 hour advance notice on rule changes.

Michelena,

I just want to inform you that yes; Cindy and I spoke and clarified the misunderstanding.   Furthermore, we will go ahead and add the list below on our system.  We will NOT take down any of the new shows listed below till instructed.



Best Regards,
Deana Arizala


-------------------------------------------------
Deana Arizala
Client Services Manager. BayTSP, Inc
408.341.2365 (direct)
408.341.2300 (voice)
408.341.2399 (fax)
-------------------------------------------------




**From:** Michelena.hallie@mtvn.com
**Sent:** Friday, November 17, 2006 2:38 PM
**To:** Courtney Nieman; Deana Arizala
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Morales, Cindy
**Subject:** RE: 24 hour advance notice on rule changes.

Ok.  Good to go.  Please make the changes noted.  I understand we can expect a report on the amount and sizes of the clips on the new shows within a week.  After getting that material we will instruct on the size of clips to take down.  So until that time, **no clips from this new list should be taken down**.  In contrast, clips from the original list that remain on the list (ie excluding those in yellow that are being deleted) should be taken down as previously noted.  **In other words the original list as modified should have take downs of 2 1/2 minutes for all but Daily and Colbert which should be taken down at 3 minutes.**

I understand Deana and Cindy clarified the misunderstanding and we are taking down ALL shows but Colbert and Daily at 2 1/2 minutes.  Please let me know if that is incorrect.



**From:** Hallie, Michelena
**Sent:** Friday, November 17, 2006 4:07 PM
**To:** 'Courtney Nieman'
**Cc:** 'Mark M. Ishikawa'; 'Evelyn Espinosa'; 'Deana Arizala'
**Subject:** RE: 24 hour advance notice on rule changes.

No final word but once I do get the sign off -- it should be Jimmy Neutron not Jimmy Neutro


6/11/2008

HIGHLY CONFIDENTIAL                                                                 BAYTSP 003721230

**From:** Hallie, Michelena
**Sent:** Friday, November 17, 2006 2:58 PM
**To:** 'Courtney Nieman'
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Deana Arizala
**Subject:** RE: 24 hour advance notice on rule changes.

I think that makes sense. Next time I tell you to change course on a dime, slap me.

And subject to your new 24 hour rule, the direction now is to stay the course with 3 minutes on Colbert and Daily and 2 1/2 on all else. But we will also want you to substitute out the programs in yellow in the first grid below for the programs listed in the lower grid.

I'll give you final authorization by COB today.

Btw, I'll be in London next Monday and flying back tuesday, but accessible by email when not in flight.

The **13** (of 41) highlighted below should be dropped from our sweeps:

| | |
|---|---|
| Andy Milonakis - Clips | 332 |
| Avatar the Last Airbender - Clips | 1451 |
| Backyardigans - Clips | 69 |
| Beyond the Break - Clips | 11 |
| **Breaking Bonaduce - Clips** | **4** |
| **Can't Get A Date - Clips** | **5** |
| **CMT Music Awards - Clips** | **7** |
| **Country Fried Home Videos - Clips** | **4** |
| Crossroads - Clips | 20 |
| Degrassi - Clips | 755 |
| **Diego - Clips** | **2** |
| **Dora The Explorer - Clips** | **12** |
| Drake & Josh - Clips | 207 |
| Fairly Odd Parents - Clips | 71 |
| Flavor of Love | 142 |
| **Foxworthy's Big Night Out - Clips** | **5** |
| GLAAD Media Awards - Clips | 16 |
| Hip Hop Honors Award - Clips | 6 |
| Hogan Knows Best - Clips | 9 |
| I Pity The Fool - Clips | 15 |
| **Jack's Big Music Show - Clips** | **7** |
| Laguna Beach - Clips | 63 |
| Most Xtreme Challenge - Clips | 14 |
| Naked Brothers Band - Clips | 49 |
| Noah's Arc - Clips | 29 |
| | |

6/11/2008

BAYTSP 003721231

| | |
|---|---|
| Real World - Clips | 10 |
| **Sit Down Comedy with David Steinberg - Clips** | **0** |
| South of Nowhere - Clips | 503 |
| South Park - Clips | 4009 |
| South Park - Full Episode | 106 |
| Spongebob Squarepants - Clips | 324 |
| The Colbert Report - Clips | 740 |
| The Daily Show - Clips | 1642 |
| **The Wendy Williams Experience - Clips** | **3** |
| Totally Awesome - Clips | 35 |
| **TotalNonstop Action! - Clips** | **9** |
| **Trick My Truck - Clips** | **2** |
| Ultimate Fighting Championship - Clips | 30 |
| VMA Awards - Clips | 221 |
| **Wonder Pets - Clips** | **12** |
| Zoey 101 - Clips | 65 |
| Grand Total | 11016 |

**In addition, there are several shows to add**

Chappelle Show (CC)

Comedy Central Presents (CC)

Drawn Together (CC)

Mind of Mencia (CC)

Reno 911! (CC)

Stella (CC)

Upright Citizen Brigade (CC)

Punk'd (MTV)

Pimp My Ride (MTV)

Beavis & Butthead (MTV)

Celebrity Death Match (MTV)

Best Week Ever (VII1)

Mr. Meaty (Nick)

Jimmy Neutro (Nick)

Unfabulous (Nick)

Amanda Show (Nick)

6/11/2008

Rugrats (Nick)

Invader Zim (Nick)

Ren and Stimpy (Nick)


Michelena Hallie
Senior Vice President
Deputy General Counsel, Intellectual Property
MTV Networks, Business and Legal Affairs
1515 Broadway, 34th Floor
New York, New York 10036
███████████

---

**From:** Courtney Nieman [mailto:courtneyni@baytsp.com]
**Sent:** Friday, November 17, 2006 2:19 PM
**To:** Hallie, Michelena
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Deana Arizala; Courtney Nieman
**Subject:** 24 hour advance notice on rule changes.

Michelena,

I would like to make a suggestion: any rule changes should be submitted 24 hours in advance of implementation. To allow for the change of mind that might take place. (Emergency changes, stop orders, and immediate take down orders, will be exempted from the 24 hour notice.)

New assets (titles) can be added immediately. We would not begin enforcement activity on a new asset for at least 24 hours, due to the time it takes to gather infringements. So, this suggestion would not affect a new asset.

What do you think?

  Courtney

---

**From:** Michelena.hallie@mtvn.com
**Sent:** Friday, November 17, 2006 10:41 AM
**To:** Deana Arizala; Courtney Nieman
**Cc:** Cahan, Adam
**Subject:** Daily and Colbert

If you haven't already started please hold off on takedowns under new criteria for Daily and Colbert. I'll let you know how to proceed shortly.


6/11/2008

# Schapiro Exhibit 75

**From:** Mark M. Ishikawa
**Sent:** Saturday, October 07, 2006 6:50 AM
**To:** Hallie, Michelena
**Cc:** paramount_cc
**Subject:** Assets remaining on YouTube

Michelena,

We have completed our initial scans and removal of the selected assets from YouTube as per your instructions.  We will continue to scan and remove assets as they are uploaded.

I did some scanning of the remaining assets which did not meet the "appears like entire episodes" model and quite a bit remains.

We are leaving a majority of the content on YouTube. We have other clients that will send takedown notices for clips as short as 4 seconds as long as its identifiable as the content.

Let me know if you want to discuss this.

Thx

Mark

HIGHLY CONFIDENTIAL

# Schapiro Exhibit 76

I would like a call between 2:30 and 5:30 NY time tomorrow. It is essential that I have a thorough understanding of what is going on. Please let me know what time works for you.

-----Original Message-----
From: Hallie, Michelena
To: 'courtneyni@baytsp.com' <courtneyni@baytsp.com>
CC: 'evelyn@baytsp.com' <evelyn@baytsp.com>; 'deanaa@baytsp.com' <deanaa@baytsp.com>; 'marki@baytsp.com' <marki@baytsp.com>; 'sarahc@baytsp.com' <sarahc@baytsp.com>
Sent: Wed Nov 15 21:32:25 2006
Subject: Re: Time Breakdown of Clips from yesterday.

Sorry. I should have hit Reply All. (I initially sent this only to Courtney)

 First, what about Daily Show and Colbert that were longer than 2 1/2 minutes and shorter than 3 minutes? And does this mean there were only 36 clips passed over on youtube? I can't believe there were only 44 of our clips total on youtube since we didn't remove any clips last week. (My recollection is we took only 8 down under our criteria.). Is that right?

-----Original Message-----
From: Courtney Nieman <courtneyni@baytsp.com>
To: Hallie, Michelena
CC: Evelyn Espinosa <evelyn@baytsp.com>; Deana Arizala <deanaa@baytsp.com>; Mark M. Ishikawa <marki@baytsp.com>; Courtney Nieman <courtneyni@baytsp.com>; Sarah Cruz <sarahc@baytsp.com>
Sent: Wed Nov 15 21:20:53 2006
Subject: Time Breakdown of Clips from yesterday.

Michelena,

Here is the break down of the "Passed On" clips from yesterday's report

Time Break Down of Video Clips

| Length * | YouTube | MySpace | Google | Total | % |
|----------|---------|---------|--------|-------|-----|
| 0-60 | 277 | 14 | 41 | 332 | 47% |
| 61-90 | 150 | 12 | 33 | 195 | 28% |
| 91-120 | 61 | 6 | 17 | 84 | 12% |
| 121-150 | 52 | 4 | 6 | 62 | 9% |
| 151-180 | 10 | 1 | 18 | 29 | 4% |
| | 550 | 37 | 115 | 702 | |

 *Clip length is reported in seconds.

Call me if you have any questions.

Courtney Nieman
Manager Client Services
BayTSP, Inc.
408-341-2314
AIM: BayTSPCanne
Have you checked out BayTSP's Piracy news web log? http://www.baytsp.com/weblog <http://www.baytsp.com/weblog>

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

6/11/2008

# Schapiro Exhibit 77

From:     "Ganeless, Michele" <Michele.Ganeless@comedycentral.com>
Date:     Wed, 1 Nov 2006 14:53:45 -0500
To:       "Witt, Jason" <Jason.Witt@mtvstaff.com>
Subject:  RE: Really?

I'm not aware of any new announcements....i think there was an attempt to clarify that there are still cc clips on youtube....that in fact, they were never asked to remove them all.  This was circulating yesterday as well in various reports.

It's all so f@&*ing overblown.  I'm so over it.

-----Original Message-----
From: Witt, Jason
Sent: Wednesday, November 01, 2006 2:14 PM
To: Ganeless, Michele
Subject: Really?

Seems like an awkward announcement.

Viacom keeps clips on YouTube
Viacom <http://r.smartbrief.com/resp/eLconZgYBXzodIfCfGcZsNmr>  said it will allow YouTube Inc. <http://r.smartbrief.com/resp/eLconZgYBXzodUfCfGcZxGUS>  to continue running clips from Comedy Central's "The Daily Show with Jon Stewart" and "The Colbert Report" -- only days after it requested that some of its programming be removed. The change of heart suggests that a deal between the two companies is near.

---------------------------
Sent from my BlackBerry Wireless Handheld



# Schapiro Exhibit 78

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK


THE FOOTBALL ASSOCIATION PREMIER   )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all     )
others similarly situated,         )
                               )
           Plaintiffs,    )
     vs.                ) Case No.
                            ) 07-CV-3582
                             )
YOUTUBE, INC., YOUTUBE, LLC, and   )
GOOGLE, INC.,                  )
                             )
          Defendants.    )
                             )
_____)


VIDEOTAPED DEPOSITION OF
VICTORIA TRAUBE
NEW YORK, NEW YORK
THURSDAY, OCTOBER 8, 2009


BY:  REBECCA SCHAUMLOFFEL
JOB NO. 17869

A P P E A R A N C E S:


FOR THE PLAINTIFFS:
     LIEFF, CABRASER, HEIMANN &
     BERNSTEIN, LLLP
BY:  DAVID S. STELLINGS, ESQ.
     ANNIKA MARTIN, ESQ.
     250 Hudson Street, 8th floor
     New York, New York 10013-1413
     Dstellings@lchb.com




FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE,
LLC and  GOOGLE, INC.:
     MAYER BROWN, LLP
By:  GREGORY A. FRANTZ, ESQ.
     FIDELIS I. AGBAPURUONWU, ESQ.
     1675 Broadway
     New York, New York 10019
     (212) 506-2146
     Gfrantz@mayerbrown.com
     Fagbapuruonwu@mayerbrown.com



ALSO PRESENT:


Katherine Wagner

Sallean Browne, Videographer

VICTORIA TRAUBE

1

2      EMI, Cafe Concerto and Nichion; can you

3      think of occasions in which they have

4      requested the right to authorize a work

5  13:42:56  being posted on the Internet?

6          A.    None of them, as far as I

7      can recall, has made such a request.

8          Q.    As you sit here today, can

9      you definitively state that you've not

10  13:43:13  received any such requests?

11          A.    I haven't.  I can't

12      definitively state that the publishing

13      company never received such a request.

14      But I think I would have heard of it.

15  13:43:26      Q.    When you say "the publishing

16      company" --

17          A.    I am referring to our

18      division, Williamson Music.

19          Q.    Going back to the Young Vic

20  13:43:39  reference that you made before, why did

21      R&H, in this case, allow the work to be

22      posted on YouTube?

23          A.    Because this particular

24      customer feels that it is important for

25  13:43:52  their promotion of their production.

                          VICTORIA TRAUBE

1
2          Q.    And did R&H object to this
3     particular work being posted or this
4     particular use being posted on the
5  13:44:02  Internet?
6          A.    To the contrary.  They asked
7     for our permission and we agreed.
8          Q.    Right.  Ultimately you
9     agreed, but was there a period of
10 13:44:13  discussions in which R&H resisted the
11    idea first?
12             MR. STELLINGS:  Objection.
13         A.    No, not to the customer.
14         Q.    So in other words, R&H
15 13:44:25  immediately agreed to the idea of
16    authorizing this particular use to be
17    on YouTube?
18             MR. STELLINGS:  Objection.
19             Vague.
20 13:44:38     A.    Any previous discussions
21    among me and management were related to
22    this litigation and, therefore,
23    privileged.
24         Q.    Is this the only
25 13:44:55  circumstance that you are aware of in

1          VICTORIA TRAUBE

2          which R&H has allowed a particular use

3          to be on YouTube?

4                    A.    No.

5    13:45:11         Q.    Can you describe any

6          additional instances?

7                    A.    There is a show called White

8          Christmas, Irving Berlin's White

9          Christmas.  It is produced under a

10   13:45:36  license from the Rodgers & Hammerstein

11         Organization on behalf of our client,

12         Irving Berlin.  It is a first-class

13         contract prepared a number of years

14         ago.  It may go back as far as 2003,

15   13:45:59  although I am not sure.

16                    And the website for White

17         Christmas, The Musical, has a link, I

18         think that's what it is called, I think

19         a link to YouTube where they show clips

20   13:46:24  from the show.

21                    The producers licensed with

22         us allows advertising and promotional

23         use on the Internet and it was a

24         license that was entered into some time

25   13:46:40  ago.  So this was a use that we

1                    VICTORIA TRAUBE

2          considered authorized by a preexisting

3          contract.

4                    Q.    And you described it as a

5    13:46:57  first-class license?

6                    A.    Yes.   First class is -- it

7          is a form of production.   It is sort of

8          the most prestigious professional

9          production, plays only in major cities.

10   13:47:13  It played on Broadway last season,

11         which I believe was the first time that

12         they put up these links.   So you can

13         call it a Broadway production, if that

14         helps.

15   13:47:25  Q.    Did R&H ever object to this

16         particular use of its work on YouTube?

17                   A.    We did not because we felt

18         it was authorized by the contract and

19         that it was something that we were

20   13:47:43  willing to permit.

21                   Q.    If it wasn't authorized by a

22         contract, would R&H still be willing to

23         permit it?

24                   A.    No.

25   13:47:51  Q.    Are there similar contracts

VICTORIA TRAUBE

2          that R&H has issued in the past that

3          permit works to be posted on YouTube?

4               A.   I don't know about any

5   13:48:07   language specifically allowing use on

6          YouTube.  Our first class contracts

7          generally contain a clause of the kind

8          that I just described permitting

9          Internet use for promotional purposes;

10  13:48:20   at least the first class contracts that

11         we have entered into recently.  I

12         believe it is formulated as radio,

13         television and Internet media uses.

14              Q.   Are you aware of whether R&H

15  13:48:35   has issued these types of first-class

16         licenses for any of the works in suit?

17              A.   These licenses would not

18         have been for the works in suit.  We

19         have had various first-class

20  13:48:59   productions of The Sound of Music which

21         contains some of the works in suit.

22         But I honestly don't know if the same

23         language is in every first-class

24         contract.

25  13:49:22        Q.   Do you have a sense of what

1                    VICTORIA TRAUBE

2         percentage of the licenses that your

3         company authorizes or issues are these

4         first-class licenses?

5   13:49:31         MR. STELLINGS:  I am going

6         to object.  And we are, again,

7         getting into this licensing area

8         that Miss Traube is not here to

9         testify on behalf of Rodgers &

10  13:49:39  Hammerstein about.

11         MR. FRANTZ:  And again, the

12         understanding was we weren't going

13         to go at specific clauses, but

14         this is specifically relevant to a

15  13:49:46  number of subjects in Exhibit 1.

16         MR. STELLINGS:  You have

17         been asking some fairly specific

18         licensing related questions about

19         specific licenses.

20  13:49:56         MR. FRANTZ:  Actually, I am

21         asking generally what are the

22         general practices.  There are no

23         documents in front of the witness.

24         So in any event, is the

25  13:50:03  instruction not to answer or the

VICTORIA TRAUBE

1

2      A.    That's what happened in the

3   Annie Get Your Gun case.

4      Q.    Other than that

5   14:11:56  circumstance, have there been any

6   others?

7      A.    I can't think of any.

8      Q.    Let's do the next exhibit,

9   please.

10           (Whereupon, the

11           aforementioned Notices of

12           Infringement, RH00153606-'153613,

13           were marked as Defendant's Exhibit

14           4 for identification as of this

15  14:12:45   date by the Reporter.)

16      Q.    When you are ready, look up

17   and I will start questioning.

18           Can you identify these

19   documents?

20  14:13:01   A.    Yes.   These were Notices of

21   Infringement prepared for me, and

22   bearing my signature, relating to use

23   on YouTube, a number of musical

24   composition from an amateur production

25  14:13:21   of Annie Get Your Gun presented by the

VICTORIA TRAUBE

1

2     New Horizon Community Theater, of which

3     I have spoken previously in this

4     deposition.

5   14:13:32     Q.    Who were these documents

6     prepared by?

7     A.    By Robin Walton, who is a

8     paralegal that works for me.

9     Q.    Did YouTube respond promptly

10   14:13:45   to the Takedown Notices?

11     MR. STELLINGS:  Objection.

12     The document speaks for itself.

13     But you can answer.

14     A.    I see here that we have got

15   14:13:54   a response on April 30th.  Sorry,

16     April 29th, to a Notice filed by fax on

17     April 28th.

18     Q.    Has R&H ever had a problem

19     with YouTube not responding

20   14:14:12   expeditiously to Takedown Notices?

21     MR. STELLINGS:  Objection.

22     A.    No.

23     Q.    Who decided to send these

24     Takedown Notices?

25   14:14:25     A.    These in particular?

VICTORIA TRAUBE

Q.    Yes.

A.    Me.

Q.    Do you know how these

14:14:29    allegedly infringing URLs were

identified?

A.    Yes.  This is in my

testimony from earlier, but it wasn't

in the context of these specific

14:14:40    Notices.  I think.  I think I talked

about -- well, okay.  We got a tip from

somebody on our website, you know, in

the general box that there were these

compositions, a number of compositions,

14:15:04    from Annie Get Your Gun posted on the

Internet.

Okay.  I am misremembering.

I don't know how the initial uses were

brought to our attention.  What I do

14:15:21    know is that a few days later we got a

tip in our mailbox that the

compositions were back up on -- the

same compositions, which had been taken

down, were up on somebody else's

14:15:39    website and we sent the second Letter

1              VICTORIA TRAUBE

2        probably tell from looking at these

3        clips where they emanated from.

4               So there are two reasons why

5  15:04:30  there would be no need to consult with

6        EMI, in my opinion.

7            Q.   I am just going to go back

8        to the testimony for one second.  So

9        what you just said was, in your

10  15:05:06  opinion, there would be no need to

11       consult with EMI.

12            My question is whether you

13       know, definitively, steps that your

14       counsel has taken as far as contacting

15  15:05:20  sub-publishers with respect to

16       potential authorization for all of the

17       clips in suit?

18            A.   And the answer is, I don't

19       know.

20  15:05:28       Q.   Earlier you mentioned that

21       although a sub-agent itself does not

22       have a right to authorize a particular

23       clip to be on YouTube, it is possible

24       that a sub-agent would ask for that

25  15:05:43  right on behalf of a particular

VICTORIA TRAUBE

1

2    licensee; is that correct?

3         A.    Yes.

4         Q.    And with respect to all of

5  15:05:50  the clips in suit, has your counsel, to

6    your knowledge, gone through the

7    process of contacting all of the

8    sub-agents, or potential licensees,

9    that may have asked for the right to

10  15:06:03  post a particular work --

11        A.    There's --

12        Q.    -- on YouTube?

13             MR. STELLINGS:  Object to

14        the form of the question.

15  15:06:09       You can answer.

16        A.    There would be no reason to

17    do that.  The only person they would

18    have to talk to is me because any

19    requests from a sub-agent would have

20  15:06:21  come from me, and I would have told my

21    counsel if I had agreed to any use on

22    YouTube.

23        Q.    But you, yourself, have not

24    gone through all of the clips in suit,

25  15:06:33  have you?

VICTORIA TRAUBE

1

2          A.     No, but I have told my

3     counsel about the few occasions that I

4     have mentioned here where I agreed to

5     15:06:44    allow promotional use on YouTube.  They

6     are pretty -- there are very few and

7     pretty bright in my mind.

8          Q.     And you mentioned two today.

9     Are there any another instances besides

10    15:06:56    the two you have testified to today?

11         A.     The only other one that

12    comes to mind, now that I think about

13    it, is the -- we talked about the Dutch

14    television program.  There was a clip

15    15:07:36    using one of The Sound of Music songs

16    related to that program.  And again --

17    let's see what I can say without

18    getting into privileged material.  We

19    licensed that clip after we discovered

20    15:08:00    it.

21         Q.     And you licensed the right

22    for that clip to appear on YouTube?

23         A.     Yes.

24         Q.     And do you recall which

25    15:08:13    particular Sound of Music song we are

1              VICTORIA TRAUBE

2      talking about?

3              A.    Earlier I said I thought it

4      was Do-Re-Mi, but I am just not sure.

5   15:08:23    Q.    You may have stated this,

6      but it is not crisp in my mind right

7      now.  In that case, the particular

8      entity that used the clip was a Dutch

9      television show?

10  15:08:40    A.    Yes.

11             Q.    And do you remember the name

12     of the Dutch television show?

13             A.    No.  It was -- but it was

14     something about Maria.  It was a Star

15  15:08:55  Search program to cast the role of

16     Maria.

17             Q.    Did the Dutch television

18     show reach out to you in particular to

19     get a license to have the work posted

20  15:09:15  on YouTube?

21             A.    No, that's not how it

22     happened.

23             Q.    Can you explain how it

24     happened?

25  15:09:23    A.    Yes.  The clip came to our

1          VICTORIA TRAUBE

2          attention and we decided that it should

3          be licensed as opposed to taken down.

4                    Q.     How did the clip come to

5   15:09:43   your attention?

6                    A.     People sent it to us.

7                    Q.     Was this a clip on YouTube?

8                    A.     It was on YouTube.  It may

9          have been other places as well.

10  15:09:53   Q.     Why did the company

11         determine that it should be licensed as

12         opposed to taken down?

13                   A.     Because it got a fair amount

14         of public attention.  And also, we were

15  15:10:13   in the process of being bought by a

16         Dutch company and it just seemed to us,

17         from a public relations standpoint,

18         that we were better off licensing it

19         than sending a Takedown Notice.

20  15:10:27   Q.     When was this license

21         issued?

22                   A.     Some time in the last year.

23                   MR. FRANTZ:  We will request

24         a copy of that license as well as

25  15:10:39   any other license allowing that

                          VICTORIA TRAUBE

 1

 2              clip to be posted on YouTube.

 3              Q.    Do you recall the terms

 4       under which that particular license was

 5  15:10:53  granted?

 6              A.    I do not.

 7              Q.    What do you mean that it

 8       would be beneficial to the company,

 9       from a public relations standpoint, to

10  15:11:05  have the work on YouTube?

11                   MR. STELLINGS:  Object to

12              the form of the question.

13              A.    Is that what I said?  I

14       don't think I said that.  I think that

15  15:11:10  I said it would not be good from a

16       public relations standpoint.  And that

17       it wouldn't be a good thing, from a

18       public relations standpoint, to have

19       taken down a clip that had already

20  15:11:22  gotten a fair amount of attention.  It

21       was just -- it was our business sense.

22                   It was a business decision

23              that it was -- since it is our position

24              that we need to control how our

25  15:11:43  material is used, it was our choice to

1       VICTORIA TRAUBE

2       active consideration or promotion on

3       YouTube, I don't know.

4               MR. FRANTZ:  So as part of

5   16:01:27    the continued deposition, we are

6       going to ask that a witness be

7       provided with knowledge.

8               MR. STELLINGS:  With

9       knowledge about this specific

10  16:01:41    document you mean, right?

11              MR. FRANTZ:  With knowledge

12      of the subject as well as this

13      particular document.  The subject

14      being 5.

15  16:01:47        MR. STELLINGS:  Miss Traube

16      spent a couple of hours testifying

17      about 5 so far today.  Maybe an

18      hour.  But we will try to get more

19      information about the specific

20  16:01:56    document.

21              MR. FRANTZ:  As well as the

22      subject, as the testimony is clear

23      that Miss Traube did not prepare

24      on Topic Number 5.

25  16:02:13   BY MR. FRANTZ:

VICTORIA TRAUBE

1

2          Q.     Have you ever used YouTube

3   at work?

4          A.     I have gone to the YouTube

5   16:02:27   website at work for personal reasons.

6          Q.     When you say "personal

7   reasons," what do you mean by that?

8          A.     Mostly to see cat videos.

9          Q.     Are there other reasons

10   16:02:40   besides seeing cat videos?

11          MR. STELLINGS:   Any dog

12          videos?

13          THE WITNESS:   I don't care

14          for dogs, but there was one with

15   16:02:50          lions.

16          Q.     Besides seeing animals --

17          A.     Animals are really my major

18   interest.

19          Q.     Other than the animals, have

20   16:03:03   you ever visited YouTube for any other

21   reason at work?

22          A.     People may have sent me

23   YouTube clips.

24          Q.     Do you recall viewing any

25   16:03:20   clips on YouTube?

VICTORIA TRAUBE

1

2          A.      Well, you know, I am just

3      not sure whether it was YouTube, but

4      remember that clip of Susan Boyle when

5  16:03:26   she was discovered in the UK?

6          Q.      Yes.

7          A.      Somebody sent me that clip

8      and I looked at it.

9          Q.      As far as other R&H

10 16:03:39   employees, are you aware of other

11     employees using YouTube at work?

12         A.      Well, we know Bert uses

13     Google Alert, which I assume sends him

14     to YouTube sometimes.

15 16:03:54   Q.      Why do you assume that?

16         A.      I just assume it.  I don't

17     know it for a fact.

18         Q.      Other than Mr. Fink, are you

19     aware of other employees using YouTube

20 16:04:03   at work?

21         A.      Other than Mr. Fink, I am

22     not.

23         Q.      When you have used YouTube,

24     have you taken any steps to make sure

25 16:04:11   that a particular clip you viewed is

1                        VICTORIA TRAUBE

2            not infringing?

3                    A.    Of a cat?

4                    Q.    Of any clip that you viewed.

5    16:04:19        A.    No, I have not.

6                        MR. FRANTZ:  Let's do the

7            next exhibit.

8                        (Whereupon, the

9            aforementioned E-mail, RH00056543,

10   16:04:22        was marked as Defendant's Exhibit

11           9 for identification as of this

12           date by the Reporter.)

13                   A.    Yes.

14                   Q.    Do you recall this E-mail?

15   16:04:52        A.    I recall the situation.  I

16           don't recall the E-mail.

17                   Q.    And can you describe the

18           situation?

19                   A.    Yes.  It came to my

20   16:04:59  attention that our IT people had chosen

21           to block access to YouTube from the

22           office.  They do that with various

23           websites that they think people are

24           spending time on.  For example,

25   16:05:14  Facebook is blocked.

VICTORIA TRAUBE

1

2              When I found out that they

3       blocked YouTube, I was furious that

4       they would have done it without asking

5   16:05:23   me since we were in litigation at the

6       time, and I required them to unblock it

7       immediately.

8              Q.    The purpose for the IT folks

9       blocking the website was your

10  16:05:36   understanding that employees were

11      spending too much time on YouTube?

12             A.    That's what they told me.

13             Q.    Do you know what sort of

14      videos the employees were viewing on

15  16:05:44   YouTube?

16             A.    I do not know.

17             Q.    And why were you furious

18      that YouTube had been blocked at work?

19             A.    Because I just couldn't

20  16:05:53   believe that they would do something in

21      connection with -- related to an

22      ongoing litigation without talking to

23      the general counsel of the company.

24             Q.    And did you subsequently

25  16:06:06   disable, or I should say re-enable,

VICTORIA TRAUBE

2     access to YouTube at work?

3         A.    They did.  The IT people

4     did, yes.

5  16:06:12    Q.    You told them to do that?

6         A.    I did.

7         Q.    Why did you tell them to do

8     that?

9         A.    Because I didn't see any

10  16:06:19  reason to block it.  It seemed

11     gratuitous.

12         Q.    What about the purported

13     reason that employees were wasting too

14     much time on YouTube?

15  16:06:35    A.    It is not really a decision

16     of the IT department.

17         Q.    Do you know what Bert Fink

18     was doing on YouTube at work?

19         A.    I don't know.

20  16:06:57    Q.    Other than Mr. Fink, is

21     there anyone else that would know that?

22         A.    Well, I don't think so.

23     Bill Gaden might know.  It was reported

24     to him at the time.

25  16:07:17    Q.    Are you aware of any R&H

# Schapiro Exhibit 79

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------
THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO., et al.,
on behalf of themselves and all
others similarly situated,

                      Plaintiffs,

    -against-           Case No.
                      07-CV-3582

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE, INC.,

                      Defendants.
------------------------------------


CONTINUED VIDEOTAPED DEPOSITION OF
VICTORIA G. TRAUBE
NEW YORK, NEW YORK
Friday, December 18, 2009

JOB NO: 18329
Reported by:
AYLETTE GONZALEZ

December 18, 2009
Time:  10:12 a.m.

CONTINUED VIDEOTAPED DEPOSITION
OF VICTORIA G. TRAUBE, held at the
offices of Mayer Brown, LLP., 1675
Broadway, New York, New York 10019,
pursuant to notice, before Aylette
Gonzalez, Certified LiveNote Reporter
and Notary Public of the State of New
York.

1

2      A P P E A R A N C E S :

3

4      FOR THE PLAINTIFFS and WITNESS:

5            LIEFF, CABRASER, HEIMANN &

6            BERNSTEIN, LLP.

7      BY:   DAVID STELLINGS, ESQ.

8      EMAIL:  dstellings@lchb.com

9      BY:   ANNIKA MARTIN, ESQ.

10     EMAIL:  akmartin@lchb.com

11            250 Hudson Street, 8th floor

12            New York, New York 10013-1413

13     PHONE NUMBER:  (212) 355-9500

14

15

16     FOR THE DEFENDANTS:

17            MAYER BROWN, LLP.

18     BY:   GREGORY A. FRANTZ, ESQ.

19     EMAIL:  grantz@mayerbrown.com

20     BY:   FIDELIS I. AGBAPURUONWU, ESQ.

21     EMAIL:  fagbapuruonwu@mayerbrown.com

22            1675 Broadway

23            New York, New York 10016

24     PHONE NUMBER:  (212) 506-2296

25

1

A P P E A R A N C E S: (Continued)

3

ALSO PRESENT:

        TOM KRAUSE, Videographer

        KATHRYN E. WAGNER,

                National Music

                Publishers' Association

1              VICTORIA G. TRAUBE

2    managed to read it.

3         Q.    Oh, great.  So earlier,

4    Ms. Traube, you testified about a clip that

5    had been uploaded to YouTube for            10:17:24

6    "Do-Re-Mi", that was uploaded with

7    authorization; is this the clip that you

8    were referring to?

9              MR. STELLINGS:  Object to the

10             form of the question.           10:17:35

11        A.    It appears to be the clip I

12   referred to.  It's not -- it was not

13   uploaded with authorization.

14        Q.    When you say it was not

15   uploaded with authorization, is your       10:17:52

16   testimony that it was uploaded without

17   authorization?

18        A.    It was.

19        Q.    And if I could just direct your

20   attention again to the top right-hand box,  10:18:01

21   I'm not sure if it's a bit difficult to

22   read, but it appears that the username who

23   uploaded it is -- and I don't know how to

24   pronounce this, it says

25   S-A-I-H-T-T-A-M-1988; do you see where I'm  10:18:15

1          VICTORIA G. TRAUBE

2    looking?

3          A.    I see where you're looking.

4          Q.    Do you know who the user that I

5    just spelled out the name, do you know who          10:18:26

6    that user is?

7          A.    No.

8          Q.    Do you know who actually

9    uploaded the clip?

10          A.    No.  This clip, no, I do not          10:18:32

11    know who uploaded this specific clip you're

12    showing me in this specific instance.

13          Q.    As far as a certain clip of the

14    same performance, it doesn't necessarily

15    need to be this very clip, realizing of          10:18:55

16    course that the same clip could be uploaded

17    more than once, are you aware of any party

18    that uploaded a clip of this performance?

19          A.    It was my understanding that

20    the clip was uploaded by the television          10:19:10

21    station who created the clip as publicity

22    for the Maria Star Search program.

23          Q.    Did there come a time when this

24    clip that you just referred to ultimately

25    became licensed?          10:19:42

1          VICTORIA G. TRAUBE

2          A.    Yes.

3          Q.    Who issued that license?

4          A.    It was licensed by EMI Belgium

5    and the actual person is Guy Vanderhoven.          10:19:57

6          Q.    What, if anything, is the

7    relationship between EMI Belgium and R&H?

8          A.    They're our subpublisher.

9          Q.    Was R&H aware that EMI licensed

10   the clip at the time the license was               10:20:21

11   issued?

12         A.    Yes.

13         Q.    Did the license issue before or

14   after or at the same time as the clip was

15   uploaded?                                           10:20:36

16         A.    After.

17         Q.    Do you have a sense of how long

18   after the clip was uploaded, the license

19   was issued?

20         A.    You know, it took some period          10:20:45

21   of time, months perhaps.

22         Q.    At the time the license was

23   issued by EMI Belgium, was R&H aware of it

24   immediately?

25              MR. STELLINGS:  Object to the            10:21:11

1      VICTORIA G. TRAUBE

2      form of the question.

3      A.    What's it in that sentence?

4      Q.    It is the fact that the license

5  has been issued; was R&H aware that the          10:21:18

6  license had been issued at the time that

7  the license was issued?

8      A.    Yes, but I need to take a break

9  to discuss a privilege question.

10     Q.    Okay.                                   10:21:40

11          THE VIDEOGRAPHER:  The time is

12          10:21 a.m. and we're going off the

13          record.

14          (Whereupon, an off-the-record

15          discussion was held.)                    10:25:47

16          THE VIDEOGRAPHER:  The time is

17          10:25 a.m.  We're back on the record.

18     Q.    I'm not sure if there was a

19  question pending, but you said you wanted

20  to consult with Counsel.  Is there          10:25:59

21  something you wanted to add to the last

22  answer?

23     A.    No, I believe I answered the

24  last question by saying yes.

25     Q.    Now, if I could read back some          10:26:11

1          VICTORIA G. TRAUBE

2    of your earlier testimony from the first

3    part of the deposition.  I'm referring to

4    page 50, starting at line 24, are you there

5    yet?                                          10:26:36

6         A.    Yeah.

7         Q.    So question:  Has R&H ever had

8    difficulty in determining whether

9    particular use of license on the internet.

10   Mr. Stellings objects to the form of the      10:26:43

11   question.  You can answer.

12              Answer:  Not really a

13   difficulty.  It is just -- let me give an

14   example.  A clip from the television show

15   in Holland had turned up on the internet.     10:26:53

16   We had to determine -- first, we had to

17   determine if the television show was

18   licensed.  That meant we had to go to the

19   foreign subpublisher and to the stage

20   producer, too and to our foreign subagent.    10:27:01

21   And ultimately, it just took a few steps to

22   discover that the use was in fact properly

23   licensed for television.  So it's not

24   just -- it just sometimes takes a little

25   bit of work to determine whether a subagent   10:27:12

VICTORIA G. TRAUBE

has issued a license, that's what I meant

by difficulty.

       Is this testimony in reference

to the same clip of a performance in the      10:27:20

train station in Belgium?

    A.    Yeah, yes.

    Q.    In the testimony, you seem to

suggest, do you not, that R&H was not

immediately aware of the license having     10:27:35

been issued; is that correct?

       MR. STELLINGS:  Object to the

       form of the question; misstates the

       witness' testimony.  You can answer.

    A.    No, here's what happened.  We    10:27:42

became aware that the clip was up on

YouTube.  It was an unlicensed use.  What

was licensed was the television program,

the name of which I cannot pronounce in

Dutch, but it was the Star Search program    10:28:09

for Maria, which had been licensed

previously through the London producers of

"The Sound of Music" and we had granted a

stage license for a production of "The

Sound of Music" and the television program   10:28:32

```
 1            VICTORIA G. TRAUBE

 2   was intended to choose the Maria for the

 3   stage production.

 4            We -- when we became aware of

 5   the clip, what we had to find out was          10:28:44

 6   whether it was related to the television

 7   show.  The television show was licensed.

 8   The format was licensed by the really

 9   useful group in London that created the

10   format for the Star Search program and the    10:29:13

11   right to use music from the show on the

12   Dutch television program is covered by what

13   is called a blanket license.

14            The blanket license belongs to

15   the Dutch television station.  That was        10:29:28

16   what I had to figure out.  It didn't -- it

17   took a little doing, not that much doing.

18   But what became clear is that the use of

19   that clip had not been licensed for

20   appearance on YouTube.                         10:29:49

21       Q.    Did there come a time that it

22   was licensed to be on YouTube?

23       A.    Yes.

24       Q.    That license was issued by EMI?

25       A.    Yes.                                 10:30:01
```

1    VICTORIA G. TRAUBE

2    Q.    And we've requested a copy of

3    the license, but we haven't received it.

4    Do you know if such a copy exist?

5    A.    I do not have a copy of the          10:30:10

6    license.  It is possible that all there was

7    was an invoice as opposed to a formal

8    license.

9    Q.    Do you know the terms under

10   which it was licensed?                      10:30:27

11   A.    Yes.

12   Q.    What were the terms?

13   A.    Five hundred euros.

14   Q.    Were there any restrictions on

15   the ability to use on YouTube?              10:30:36

16   A.    The right granted was the right

17   to show what I will call the Antwerp video

18   on YouTube.

19   Q.    Did EMI consult with R&H in

20   issuing this license?                       10:30:54

21   A.    Yes.

22   Q.    Do you know what the date of

23   the license was, approximately?

24         MR. STELLINGS:  If you know,

25         you can answer.  I don't want you to   10:31:08

VICTORIA G. TRAUBE

1
2      document production, we'll produce

3      additional documents, but as of now,

4      without that agreement for the

5      bilateral document production          10:40:51

6      supplementation, we will not be

7      unilaterally supplementing our

8      document production.

9           MR. FRANTZ:  I obviously

10     disagree with that.  It clearly calls    10:41:01

11     for several document requests and

12     clear rather than in the scope and

13     rather than go on and on on the

14     record, we agree to talk about that

15     after the deposition.                    10:41:11

16          MR. STELLINGS:  Sure.

17  TO BE FURNISHED:_____

18  _____

19     Q.    In this instance you just

20  referred to, why was it that you decided to  10:41:14

21  authorize this use on YouTube?

22     A.    Because the theater really

23  wanted to be able to leave the clips up and

24  made a special plea.

25     Q.    Did they express that they          10:41:43

1        VICTORIA G. TRAUBE

2   really wanted to leave these clips up to

3   you?

4        A.   Not directly to me, through one

5   of my colleagues.                          10:41:52

6        Q.   Which colleague was that?

7        A.   I think it may have been Bruce

8   Pammerhacker, our music director that was

9   down there for music rehearsals.

10        Q.   Was anyone else involved in the   10:42:11

11   discussions regarding this requested

12   license for YouTube?

13        A.   No.

14        Q.   Did -- I can't say the last

15   name, so I'll say Bruce.  Did Bruce express  10:42:26

16   a view to you as to whether this license,

17   this view should be authorized?

18        A.   Not -- no, he didn't really

19   express a view.  He simply conveyed to me a

20   message that the theater wanted the ability  10:42:40

21   to leave these clips up.

22        Q.   Other than the instance we've

23   just been discussing, can you recall any

24   other instances in which R&H has authorized

25   it's contents to appear on YouTube?          10:42:58

1          VICTORIA G. TRAUBE

2      A.    Yes.

3      Q.    Can you describe that?

4      A.    Fairly recently, a theater in

5    Philadelphia posted clips from it's                    10:43:09

6    production of "Light in the Piazza" on

7    YouTube, again, not permitted by the

8    license.

9          The licensing agent at R&H

10   instructed the theater on the telephone               10:43:31

11   that they didn't have the right to do this

12   and that the clips needed to come down, but

13   the theater, as I understand it, and this

14   is just reported to me by Michelle who is

15   the licensing agent, the theater wanted to            10:43:50

16   leave the clips up and they -- and once

17   again, when a customer wants something, I

18   determine that it was all right to allow --

19   to actually license the usage.

20     Q.    Did R&H issue a written license             10:44:10

21   in this instance?

22     A.    Yes.

23         MR. FRANTZ:  We request a copy

24     of that license.  I know what you're

25     going to say.                                       10:44:21

1          VICTORIA G. TRAUBE

2          MR. STELLINGS:  I'm not going

3      to say anything.

4  TO BE FURNISHED:_____

5  _____          10:44:25

6          Q.    Other than the two instances

7  we've just discussed, were there any other

8  instances in which R&H has authorized its

9  contents to appear on YouTube?

10         A.    Well, we previously discussed          10:44:34

11  in my last deposition the Young Vic,

12  "Annie, Get Your Gun" use.

13         Q.    Right.  Just to be clear, I'm

14  excluding the five that we've discussed.

15         A.    Okay.  There is a current tour,          10:44:47

16  a first class tour of "South Pacific".  It

17  was brought to my attention that the

18  promoter, that is to say the theater owner

19  in San Francisco where the show opened, had

20  links from its own page to YouTube where          10:45:19

21  they were showing clips from the show.

22              When I looked at the license

23  that we had issued, I discovered that the

24  license did not include what I considered

25  to be a customary clause for these kinds of          10:45:46

1            VICTORIA G. TRAUBE

2  first class licenses authorizing

3  promotional use of elements from the show

4  and radio television and the internet.

5  Accordingly, I am in the process of       10:45:57

6  amending the "South Pacific" license

7  agreement to permit use of clips from the

8  show for promotional purposes on radio,

9  television and the internet.

10      Q.   And the internet would include    10:46:20

11  YouTube, correct?

12      A.   It would.

13      Q.   Do you have any concerns about

14  this or any of the other clips we've just

15  been discussing being on YouTube?       10:46:31

16        MR. STELLINGS:  Object to the

17        form of the question.  You can

18        answer.

19      A.   Do I have any concerns, no.

20        MR. FRANTZ:  Let's do the next    10:46:49

21        exhibit, please.  This is an exhibit

22        that was previously marked as Exhibit

23        8, so we don't need to mark it, I

24        don't think.

25      Q.   You have in front of you,      10:47:24

1          VICTORIA G. TRAUBE

2     Ms. Traube, a document previously marked as

3     Exhibit 8; do you recall this document?

4          A.    I do.

5          Q.    SP in this e-mail chain refers          10:47:32

6     to "South Pacific"; is that correct?

7          A.    That's correct.

8          Q.    You see in this e-mail chain,

9     Mr. Gaden is suggesting that "South

10    Pacific", that he might want to promote        10:47:51

11    "South Pacific" on YouTube; is that

12    correct?

13         A.    That is correct.

14         Q.    Did R&H, in fact, promote

15    "South Pacific" on YouTube in this             10:48:02

16    instance?

17         A.    No.

18         Q.    Did R&H promote it on any other

19    websites in connection with this e-mail?

20         A.    Not in connection with this          10:48:08

21    e-mail.

22         Q.    To clarify, I'm saying in

23    connection with this e-mail just to

24    distinguish from the previous testimony,

25    where you said that you're currently in the    10:48:19

1          VICTORIA G. TRAUBE

2      A F T E R N O O N    S E S S I O N

3

4          (Time noted:  12:50 p.m.)

5

6  V I C T O R I A   G.   T R A U B E,

7  resumed and testified as follows:

8  EXAMINATION BY (Cont'd.)

9  MR. FRANTZ:

10          THE VIDEOGRAPHER:  The time is          12:51:15

11      12:50 p.m. and this is tape number

12      three of the videotaped deposition of

13      Victoria Traube.

14      Q.   Welcome back, Ms. Traube.

15      A.   Thank you.                              12:51:56

16      Q.   I wanted to actually read back

17  some testimony not from today, but from

18  October 8th.  I'm referring to page 139,

19  line ten, starting there.  If you're ready,

20  just look up?                                   12:52:19

21      A.   How far am I supposed to read?

22      Q.   I'm just going to do to the top

23  of the next page.

24      A.   Okay, I'll just listen to you

25  read.                                           12:52:32

1          VICTORIA G. TRAUBE

2          Q.    So, the testimony was,

3     Question:  Besides that, are there other

4     third-party websites that sometimes R&H

5     permits works to be posed on.  Answer:  I'm          12:52:39

6     not sure.  Let me give you a specific.

7     When synchronization rights are granted for

8     the use of a musical composition in a

9     commercial, the advertising agency or the

10    sponsor acquiring that's acquiring the          12:52:51

11    rights may want the right to post the

12    commercial on the internet as well as

13    showing it on the television and typically,

14    we have to agree.  Well, we don't have to

15    agree, but we choose to agree to it and I          12:53:02

16    just plain don't know whether there are

17    ever third-party websites involved.

18              I was reading back that

19    testimony, because I was hoping it might

20    refresh your recollection as to sync          12:53:15

21    licenses for use in commercials and having

22    heard that earlier testimony, can you

23    recall any sync licenses for commercials

24    which R&H works were authorized to appear

25    on YouTube?          12:53:28

1        VICTORIA G. TRAUBE

2        A.     There was a U.K. promotional

3   piece for Turner Classic Television and

4   that promotional piece, it was an

5   advertisement/promotional piece, but the                    12:54:09

6   purpose was to promote the Turner service

7   and that it was my understanding that that

8   promotional piece was to appear on websites

9   including YouTube.

10        Q.     And when was that; when did              12:54:26

11   that event occur?

12        A.     I'm pretty sure that it was

13   recently, over the summer of 2009.

14        Q.     In that Turner promotional

15   piece that appeared on YouTube, were there         12:54:53

16   any R&H musical compositions included in

17   the piece?

18        A.     Yes.

19        Q.     Do you know which ones?

20        A.     I think -- I just can't                 12:55:05

21   remember exactly.  It was one song from

22   "The Sound of Music".

23        Q.     Do you know whether it was

24   "Do-Re-Mi"?

25        A.     I want to say it was "My               12:55:19

VICTORIA G. TRAUBE

1

2   Favorite Thing", but I could be wrong.

3      Q.   Did you -- do you recall

4   issuing the license in this instance that

5   we're talking about right now?         12:55:41

6      A.   I do not know whether the

7   license was ever, in fact, issued.

8      Q.   Do you consider this particular

9   use to be authorized?

10      A.   I don't know whether the use      12:55:57

11   actually took place.  What I was telling

12   you about -- you know what, well, okay.

13   It's not -- I was consulted in my capacity

14   as Counsel about the possibility of this

15   particular promotional use, that is where     12:56:20

16   my knowledge of it comes from.

17      Q.   Did R&H ultimately authorize

18   the promotional use?

19      A.   I don't know.

20      Q.   You don't know whether R&H      12:56:39

21   authorized it?

22      A.   I don't know.

23      Q.   Did you authorize it

24   personally?

25      A.   Are we getting into privilege?    12:56:46

1    VICTORIA G. TRAUBE

2    MR. STELLINGS:  You can testify

3    whether you authorized it or not.

4    A.    I did not object to it.

5    Q.    Who were you discussing this                    12:57:02

6    with?

7    A.    It would have been Nancy DeToro

8    who was doing sync licensing.

9    Q.    Was the licensee or the party

10   that would have been the licensee, was that           12:57:21

11   party Turner Classic?

12   A.    I don't know whether it was

13   Turner Classic or an advertising agency.

14   Q.    Why is it that you did not

15   object to this particular use or                      12:57:32

16   contemplated use?

17        MR. STELLINGS:  You should

18        answer only to the extent that your

19        answer would not implicate work

20        product.                                         12:57:41

21   A.    I can't answer without

22   implicating work product.

23   Q.    The answer is simply because

24   the licensee was interested in it and R&H

25   seeks to please its licensee?                         12:57:54

1     VICTORIA G. TRAUBE

2  exhibit, please.

3    (Defendants' Exhibit 29,

4  agreement, marked for identification,

5  as of this date.)    13:20:10

6    (Whereupon, at this time, a

7  short break was taken.)

8    THE VIDEOGRAPHER:  The time is

9  1:19 p.m. and we're back on the

10  record.    13:20:15

11  Q. I believe you have Exhibit 28

12 in front of you?

13  A. 29.

14  Q. This is a subpublisher

15 agreement between Williamson Music and Cafe 13:20:27

16 Concerto, correct?

17  A. Um-hum.

18  Q. Williamson Music is affiliated

19 with R&H; correct?

20  A. They're the subpublisher for 13:20:36

21 Italy.

22  Q. Williamson Music is the

23 subpublisher?

24  A. No, Cafe Concerto is.

25  Q. My question is Williamson 13:20:44

1          VICTORIA G. TRAUBE

2   Music, what is the relationship between

3   Williamson Music and R&H?

4          A.    Williamson Music is a division

5   of the Rodgers and Hammerstein                    13:20:53

6   Organization, it's a nominee.

7          Q.    If you look at the agreement,

8   looking at the Grant of Right, clause 1B,

9   does that include internet use?

10         A.    Well, you can read it as well        13:21:26

11  as I can.  It includes reproductions by

12  downloads through electronic media such as

13  internet, but only to the extent authorized

14  by SIAE, which is the Italian licensing

15  society.                                           13:21:47

16         Q.    Do you know what it means only

17  to the extent authorized by SIAE?

18         A.    I do not.   .

19         Q.    Also looking at paragraph 1C,

20  again, does that indicate internet             13:22:01

21  authorization to you?

22         A.    Only to the extent authorized

23  by the society and I do not know what that

24  extent is.

25         Q.    Earlier you testified that         13:22:15

1      VICTORIA G. TRAUBE

2    subpublishers do not have the right to

3    authorize internet use, does anything in

4    this agreement make you question your

5    earlier testimony?                          13:22:35

6        A.    Obviously, but I don't.  Number

7    one, I don't think I've actually ever read

8    the Cafe Concerto agreement before and

9    number two, I don't know what to the extent

10   authorized by SIAE means and I don't want    13:23:01

11   to speculate.  I could find out.

12       Q.    Earlier you testified that you

13   were not certain whether your Counsel had

14   checked with all of the subpublishers for

15   the works in suit before asserting these     13:23:17

16   clips in this action; is that correct?

17            MR. STELLINGS:  Object to the

18            form of the question.  You can

19            answer.

20       A.    I was not -- I testified that I    13:23:25

21   was not certain that my Counsel had checked

22   with our subpublishers; I do not believe

23   our Counsel checked with our subpublishers.

24       Q.    Did R&H itself or anyone else

25   acting on behalf of R&H consult with all of  13:23:42

1          VICTORIA G. TRAUBE

2      A.    I don't know.

3      Q.    What about the clip we

4  discussed earlier at length, the train

5  station in Belgium, would that be an                    13:37:56

6  example of a clip that included R&H

7  contents, but R&H could not immediately

8  determine whether it was authorized or not?

9          MR. STELLINGS:  Object to the

10      form.  You can answer.                              13:38:08

11      A.    It did take me a couple of

12  e-mails and a couple of phone calls to

13  determine that that clip was not

14  authorized.

15      Q.    Who did you send those e-mails          13:38:30

16  to?

17      A.    Probably --

18          MR. STELLINGS:  Don't

19      speculate, please.

20      A.    Okay.  I honestly don't                       13:39:01

21  remember with any specificity.

22      Q.    Have there been any instances

23  where a DMCA Takedown Notice sent on behalf

24  of R&H has been challenged or otherwise the

25  subject of dispute?                                      13:39:30

                VICTORIA G. TRAUBE

1

2       A.   No.

3            MR. FRANTZ:  Why don't we take

4       a short break.  I think I'm almost

5       done.                                    13:39:43

6            THE VIDEOGRAPHER:  The time is

7       1:39 p.m.  We're going off the

8       record.

9            (Whereupon, at this time, a

10      short break was taken.)                   14:04:39

11           THE VIDEOGRAPHER:  The time is

12      2:04 p.m. and this is tape number

13      four of the videotaped deposition of

14      Victoria Traube.

15      Q.   I just wanted to do some           14:04:57

16      cleanup as to the authorized uses on

17      YouTube that I think I may have gotten it

18      wrong.  Let me try to clarify it for the

19      record.

20           On October 8th, we talked about    14:05:08

21      three authorized uses on YouTube, "White

22      Christmas", the musical, Young Vic's

23      production of "Annie, Get Your Gun" and

24      "Do-Re-Mi" and the Belgium train station;

25      is that correct?                         14:05:22

1                    VICTORIA G. TRAUBE

2          A.    Yes.

3          Q.    Today, I believe, we talked

4     about an additional three, if not four.

5     Let me try to run through them, make sure I          14:05:28

6     have them right.

7                    First new one was the June 2009

8     Lyric Stage Production in Texas; is that

9     correct?

10         A.    Correct.                                    14:05:36

11         Q.    Second new one was the

12    production of "Light in the Piazza" in

13    Philadelphia; is that correct?

14         A.    Yes.

15         Q.    Third new one was "The Tour of              14:05:44

16    South Pacific" in San Francisco that you

17    said was currently -- the paperwork is

18    currently being revised; is that correct?

19         A.    Correct.

20         Q.    A fourth one that you                       14:05:53

21    referenced, which was Turner Classic, but I

22    think the testimony was that you weren't

23    certain if a license was ultimately issued;

24    is that correct?

25         A.    Yes.                                        14:06:02

1          VICTORIA G. TRAUBE

2      Q.    Starting with the 2009 Lyric

3  Stage Production in Texas, do you know what

4  compositions were included in the

5  particular use on YouTube?             14:06:12

6      A.    No, they were from the King and

7  I.

8      Q.    Do you know if any of the

9  compositions are works in suit?

10     A.    I don't know.             14:06:31

11     Q.    Do you know if any of them were

12  "Getting to Know You"?

13     A.    I don't know.

14     Q.    When did R&H first become aware

15  of this particular use on YouTube?     14:06:57

16     A.    The Lyric Stages?

17     Q.    Correct.

18     A.    It was June of 2009.

19     Q.    Approximately, when did R&H

20  issue the license?               14:07:09

21     A.    In July of 2009.

22     Q.    Does R&H ever inform YouTube of

23  this license?

24     A.    No.

25        MR. FRANTZ:  To the extent we     14:07:27

1          VICTORIA G. TRAUBE

2       haven't already, we request

3       production of all documents relating

4       to this particular subject.

5   TO BE FURNISHED:_____          14:07:32

6   _____

7       Q.    The second, I'll call new use

8   for today, was the production of "Light in

9   the Piazza" in Philadelphia and I believe I

10  asked you if you could recall the                  14:07:42

11  composition and I believe your testimony

12  was that you could not?

13      A.    I can't, but I can tell you

14  they're not the works in suit.

15      Q.    Do you recall when R&H first           14:07:52

16  became aware of this use on YouTube?

17      A.    Recently, November possibly.

18      Q.    November of 2009?

19      A.    Yes.

20      Q.    Has a license been issued            14:08:11

21  already?

22      A.    It has.

23      Q.    That license was issued by R&H

24  itself; is that right?

25      A.    R&H Theatricals, the                  14:08:27

```
 1              VICTORIA G. TRAUBE
 2     theatricals division.
 3              MR. FRANTZ:  We also call for
 4         production for all documents relating
 5         to this appearance of an R&H          14:08:36
 6         composition on YouTube.
 7     TO BE FURNISHED:_____
 8     _____
 9              Q.    The third new use from today
10     was "The Tour of South Pacific" in San   14:08:45
11     Francisco, can you tell me when you became
12     aware of that existence of those clips on
13     YouTube?
14              A.    Sometime in the summer.
15              Q.    You're in the process of    14:09:04
16     issuing a license, but it hasn't happened
17     yet; is that correct?
18              A.    It's been drafted and sent, but
19     not signed.
20              Q.    Do you know which compositions  14:09:13
21     appear in the clips on YouTube?
22              A.    I do not know.
23              Q.    The compositions would be
24     compositions from the --
25              A.    From the musical "South      14:09:24
```

1          VICTORIA G. TRAUBE

2  Pacific".

3      Q.   Do you know if any of those

4  compositions are works in suit?

5      A.   I don't know.                    14:09:30

6          MR. FRANTZ:  We'll call for

7      production of all documents relating

8      to this use on YouTube.

9  TO BE FURNISHED:_____

10  _____    14:09:41

11      Q.   The last new use that we

12  learned about today is the Turner Classic

13  use and again the same question, do you

14  recall which composition or compositions

15  from R&H are involved?                   14:09:55

16      A.   I'm pretty sure it was "My

17  Favorite Things".

18      Q.   Do you know whether there are

19  other compositions involved?

20      A.   I believe there was only one.    14:10:12

21      Q.   When did R&H become aware of

22  the use?

23      A.   Sometime this summer -- well,

24  no, I'm sorry, I take that back.  This was

25  not a pre-existing use.  This was a request    14:10:30

```
 1              VICTORIA G. TRAUBE
 2    for a license for use that had not yet
 3    occurred.
 4          Q.   Do you know whether the clips
 5    are currently on YouTube?                        14:10:44
 6          A.   I do not -- I don't know.  I
 7    also don't know whether the license was in
 8    fact issued.
 9               MR. FRANTZ:  We'll also request
10          production of all documents relating      14:10:54
11          to this particular use on YouTube or
12          contemplated use on YouTube.
13    TO BE FURNISHED:_____
14    _____
15          Q.   With respect to all seven of        14:11:00
16    the instances of uses on YouTube or at
17    least contemplated uses on YouTube, in any
18    of those cases, did R&H inform YouTube of
19    the licenses?
20          A.   No.                                   14:11:19
21               MR. STELLINGS:  Objection,
22          asked and answered.
23          Q.   I think we're going to talk
24    about the purchase agreement briefly.  The
25    purchase agreement, I believe, was            14:11:33
```

1     VICTORIA G. TRAUBE

2    previously marked as Exhibit 19.  You have

3    it in front of you.

4

5                                                     14:12:21

6

7          A.     Yes, I do.

8          Q.     Was that, in fact, the purchase

9    price for this transaction?

10         A.     By contract, yes.                   14:12:30

11         Q.     Did this purchase price account

12   at all for the valuation of the R&H

13   copyrights?

14              MR. STELLINGS:  Objection,

15         vague.  You can answer.                    14:12:47

16         A.     Sure.

17         Q.     How was, if at all, valuation

18   performed on the R&H copyrights?

19              MR. STELLINGS:  Objection.  You

20         can answer.                                14:13:09

21         A.     The custom in the industry is

22   to use a multiple of average earnings.

23         Q.     Is that the process by which

24   the works were valued in this case?

25         A.     That's my understanding.            14:13:30

# Schapiro Exhibit 80

You Tube
Broadcast Yourself™

Home   Videos   Channels   Shows

Create Account  or  Sign In

Subscriptions   History   Upload

[Search]

## Sound of Music | Central Station Antwerp (Belgium)



      3:05 / 4:05    

★★★★☆ 16,669 ratings                    13,467,721 views

✦ Favorite   ✦ Share   ✦ Playlists   ✦ Flag

MySpace        Facebook        Twitter                    (more share options)

Download This Song: AmazonMP3  iTunes                    Advertisement

▶ Statistics & Data

▼ Video Responses (11)                    Sign in to post a Video Response



ToniNoneshe        dingone...        dingone...        mamamal...

View All · Play All

▼ Text Comments (10,231)  Options                    Sign in to post a Comment

**2OfDiamonds** (1 hour ago)                    Reply  0 👎 👍
If you think there was idiots that spontaneously joined in, I think you are the idiot here.

thank you, have a nice day.

**LeDeuf** (3 hours ago)                    Reply  0 👎 👍
Where capitalism rules, so does advertising. Sorry about that. And I suspect that the participants in this particular 'flash mob' were probably quite enjoying themselves, along with many of the people watching.
Go to the YouTube channel 'Improv Everywhere' and you will see flash mobs intended for pure entertainment. No rebellion. No marketing. Just fun. :)

**Rokkoko** (7 hours ago)                    Reply  -1 👎 👍
I am getting increasingly tired of these pseudo flash mobs organised by marketing "creatives". Flash mobs used to be an act of rebellion. Nowdays the so called "creative" agencies killed it's spirit and turned it into a marketing tool, I am just wondering about 2 things:
1) How is this supposed to encourage me to watch a TV show?
2) Do the idiots who join in spontaneously realise they are making fools of themselves for free, whereas everyone else is getting paid for it?

**ooldesign** (6 hours ago)                    Reply  0 👎 👍
what exactly were they marketing?! Have you thought about performance art or performance as an act of rebellion?

I understand agencies regularly adopt or steal ideas born from the underclasses/ground i.e Graffiti = Vodafone I mean you are probably wearing high top nike air Jordans from the late 80's but now they're cool again. I wonder why?

**ooldesign** (6 hours ago)                    Reply  0 👎 👍
Comment removed by author

**catalas** (6 hours ago)                    Reply  0 👎 👍
Coreografia meravellosa, en un lloc públic i amb una cançó inolvidable.

**99point9** (12 hours ago)                    Reply  0 👎 👍
Hahaha this is so flippin awesome!

**jaydee711** (12 hours ago)                    Reply  0 👎 👍
gawd. it made me tear up, but it was just what I needed in these times. I would have wanted to live in this completely different world were everyone just broke out in song from time to time

**slabil** (14 hours ago)                    Reply  +1 👎 👍
Esta demasiado espectacular realmente estoy sorprendida estoy sin palabras demasiado bello...

**livra5387** (17 hours ago)                    Reply  +2 👎 👍
aashahahahhaaaaa this is wonderful!! I watch it all the time and I laugh everytime! wouldn't it be nice if we could all break out into song?? :)

Showing 10 of 10,231 comments     Show More Comments     View All 10,231 comments

### Would you like to comment?
Join YouTube for a free account, or sign in if you are already a member.



saihttam1988
March 23, 2009
(see info)                    [Subscribe]

More than 200 dancers were performing their version of "Do Re Mi", in the Central Station of Antwerp, with just 2 rehearsals they created this amazing stunt! Those 4 fantastic minutes started the 23 of march 2009, 08:00 AM. It is a promotion stunt for a Belgian television program, where they are looking for someone to play the leading role, in the musical of "The Sound of Music".

Category: Entertainment

Tags: sound of music antwerpen centraal
belgium

URL: http://www.youtube.com/watch?v=7EYAUs6L

Embed: <object width="560" height="340"><param na

▶ More From: saihttam1988

▼ Related Videos

Beyonce 100 Single Ladies Flash-Dance Piccadill...
2,003,766 views
PercyGreen17

Do Re Mi - Wellington Railway Station, NZ - Tew...
193,956 views
strugandntrugs

No Pants Subway Ride 2009
11,690,072 views
ImprovEverywhere

The T-Mobile Dance
16,284,655 views
lifeislonsharing

Susan Boyle - Singer - Britains Got Talent 2009...
81,235,963 views
BritainsGotTalentsd

[OFFICIAL] Michael Jackson Dance Tribute - STOC...
4,812,457 views
Bounce3weden

### Featured Videos

General Turns Palm into ABCNews

Working Your Core: How to Do modernmom

Untamed and Uncut: AnimalPlanetTV

🌐 Try YouTube in a fast, new web browser! Download Google Chrome for PC

[Search]

YouTube        Program        Help        Policy        Discover

DEFENDANT'S
EXHIBIT
16
12/18/09

| Contact Us | Advertising | Get Help | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | Creators Corner | | TestTube |

Current Location: **Worldwide**  Show locations

Current Language: **English**  Show languages

**Add YouTube to your Google homepage**

© 2009 YouTube, LLC

# Schapiro Exhibit 81



Date: August 18, 2005
License No.: 10442

# SYNCHRONIZATION LICENSE AGREEMENT: Motion Picture

**LICENSOR:**
Cal IV Entertainment, LLC
d/b/a Cal IV Songs and Hope-N-Cal Music
808 19th Avenue South
Nashville, TN 37203 USA
FIN: 62-1807079

**LICENSEE:**
Universal Pictures
a div. of Universal City Studios, LLLP
100 Universal City Plaza
Bldg 1320W/3
Universal City, CA 91608

FOR AND IN CONSIDERATION OF THE SUM OF ▮▮▮▮▮ for synchronization rights hereinafter set forth and performing rights and other rights set forth in Paragraphs 5 and 6 below, said sums payable upon the execution and delivery hereof and in consideration of all the other promises and agreements contained herein, Licensor, for and on behalf of the publisher(s) referred to herein, does hereby give and grant unto Licensee and its successors and assigns the non-exclusive, irrevocable right, license, privilege and authority to record in any manner, medium or form, whether now known or hereafter devised, the music and words of the musical composition set forth below only in connection with the motion picture entitled below in any language, to make copies of the recording in any and all gauges of film and to import the recording and/or copies of the recording into any country within the territory covered by this license, subject to the terms, conditions and limitations set forth below:

1. **MUSICAL COMPOSITION:**
"Sharing The Night Together" written by Eddie Struzick and Ava Aldridge.
Percentage controlled by Cal IV Entertainment, LLC d/b/a Cal IV Songs (ASCAP) and Hope-N-Cal Music (BMI): 100.00%

2. **MOTION PICTURE:**
Production: *The 40 Year-Old Virgin*
Type/Length of Use: Background/Vocal; 2:09 in duration
Theatrical Release Date: August 19, 2005

3. **TERRITORY:** This license is granted for the territory of: The Entire World.

4. **RIGHTS:** Licensor hereby grants to Licensee broad rights in perpetuity for any and all linear media, whether now known or hereafter devised, including, without limitation, for theatrical, non-theatrical, Internet (whether downloading, streaming or otherwise) and television film release; free, pay, cable and subscription television, CATV, closed circuit television; uses in air, screen, in-context audio/visual, in-context television and radio advertising and in-context trailers; and the right to fix and distribute the composition in and as part of the Production in all forms of linear audio/visual devices, whether now known or hereafter devised, (including, but not limited to video cassettes and discs) throughout the universe.

5. **PERFORMANCE LICENSE – UNITED STATES:** Licensor grants to Licensee the non-exclusive right and license in the United States and its possessions to perform publicly, either for profit or non-profit, and to authorize others so to perform the Musical Composition only in synchronization or timed relationship to the Motion Picture and trailers thereof as follows:

    (a) Theatrical Performance: in the exhibition of the Motion Picture to audiences in theatres and other public places where motion pictures are customarily exhibited, and where admission fees are charged, including but not limited to, the right to perform the Musical Composition by transmission of the Motion Picture to audiences in theatres and such other public places for the duration of United States copyright of the Musical Composition.

    (b) Public Television Performance: In the exhibition of the Motion Picture by free television, pay television, networks, local stations, pay cable, closed circuit, satellite transmission, and all other types or methods of television or electronic reproduction and transmissions ("Television Performance") to audiences not included in Subparagraph 5(a) only by entities having performance licenses therefore from the appropriate performing rights societies. Television Performance of the Motion Picture by anyone not licensed for such performing rights by ASCAP or BMI is subject to clearance of the performing right either from Licensor or ASCAP or BMI or from any other agent acting for or on behalf of Licensor and to payment of an additional license fee therefore.

6. **FOREIGN PERFORMING LICENSE:** It is understood that the performance of the Musical Composition in connection with the exhibition of the Motion Picture in countries or territories within the Territory but outside of the United States and its possessions shall be subject to clearance by performing rights societies in accordance with their customary practice and the payment of their customary fees. Licensor agrees that to the extent it controls said performing rights, it will license an appropriate performing rights society in the respective countries to grant such performing right.

7. **LIMITED VIDEOGRAM LICENSE:** Licensor hereby further grants to Licensee, in each country of the Territory, the non-exclusive right to cause or authorize the fixing of the Musical Composition in and as part of the Motion Picture on audio-visual contrivances such as video cassettes, video tapes, video discs and similar compact audiovisual devices reproducing the entire Motion Picture in substantially its original form ("Videogram") only for the purposes, uses, and performances hereinabove set forth.

8. **RESTRICTIONS:** This license does not include any right or authority (a) to make any change in the original lyrics or in the fundamental character of the music of the Music Composition; (b) to use the title, the subtitle or any portion of the lyrics of the Musical Composition as the title or subtitle of the Motion Picture; (c) to dramatize or to use the plot or any dramatic content of the lyrics of the Musical Composition; or (d) to make any other use of the Musical Composition not expressly authorized herein.



**808 19ᵗʰ Avenue South • Nashville, TN 37203**
Tel: 615 321-2700 • Fax: 615 321-3222

9. **WARRANTY:** Licensor warrants only that it has the right to grant this license and this license is given and accepted without any other representations, warranty or recourse, express or implied, except for Licensor's agreement to repay the consideration for this license if said warranty shall be breached with respect thereto. Notwithstanding anything to the contrary herein contained, in no event shall the total liability of Licensor in any case exceed the amount of consideration received by it hereunder.

10. **LICENSOR'S RESERVATION OF RIGHTS:** Subject only to the non-exclusive rights herein-above granted to Licensee all rights of every kind and nature in the Musical Composition are reserved to said Licensor together with all rights of use thereof.

11. **ADVERTISING:** The recording and performing rights hereinabove granted include such rights for in-context air, screen and television trailers solely for the advertising and exploitation of the Motion Picture.

12. **CUE SHEET:** Licensee agrees to furnish Licensor a cue sheet of the Motion Picture within thirty (30) days after the first public exhibition of the Motion Picture at which admission is charged (except so-called "sneak" previews).

13. **REMEDIES:** In the event that Licensee, or its assigns, licensees or sub-licensees, breaches this Agreement by, among other things, failing to pay timely any license fees required hereunder, and fails to cure such breach within thirty (30) days after notice of such breach given by Licensor to Licensee, then this license will automatically terminate. Such termination shall render the distribution, licensing, or use of the Music Composition as unauthorized uses, subject to the rights and remedies provided by the laws, including copyright, and equity of the various countries within the Territory.

14. **NOTICES:** All notices, demands or requests provided for or desired to be given pursuant to this Agreement must be in writing. All such documents shall be deemed to have been given when served by personal delivery or three days following their deposit in the United States mail, postage prepaid, certified or registered addressed as follows:

      (a)  To Licensor:
          Cal IV Entertainment, LLC
          Attn: Director, Administration
          808 19ᵗʰ Avenue South
          Nashville, TN 37203

  and

      (b)  To Licensee:
          Universal Pictures, a div. of Universal City Studios, LLLP
          100 Universal City Plaza
          Bldg 1320W/3
          Universal City, CA 91608

or to such other address in the United States as either party may hereafter designate in writing delivered in the manner aforesaid.

15. **ENTIRE AGREEMENT:** This is the entire agreement between Licensor and Licensee pertaining to the subject matter hereof, and no amendment, waiver, discharge or termination shall be binding, unless reduced to writing and signed by the party sought to be bound, except as otherwise specifically contained herein. This license is binding upon and shall inure to the benefit of the respective successors and/or assigns of the parties hereto but in no event shall Licensee be relieved of its obligations hereunder without the express written consent of Licensor. This Agreement shall be construed in all respects in accordance with the laws of the State of Tennessee applicable to agreements entered into and to be wholly performed therein. In the event of a dispute between Licensor and Licensee arising out of, connected with or related to this Agreement, the state and federal courts located in Nashville, Davidson County, Tennessee shall have the exclusive jurisdiction to adjudicate such dispute, both Licensor and Licensee irrevocably submit to the jurisdiction of said courts, and the prevailing party shall be entitled to recover from the other its reasonable attorneys' fees and other costs incurred in connection with such dispute in addition to any other relief to which the prevailing party may be entitled. The recording and performing and other rights hereinabove granted shall endure for the periods of all copyrights in and to the Musical Composition, and any and all renewals or extensions thereof that Licensor may now own or control or hereafter own or control without Licensee having to pay any additional consideration therefore.

IN WITNESS WHEREOF, the parties have caused the foregoing to be executed as of the 18ᵗʰ day of August 2005:

LICENSOR:
**CAL IV ENTERTAINMENT, LLC**
d/b/a Cal IV Songs and Hope-N-Cal Music

By _____
    An Authorized Signatory

LICENSEE:
**UNIVERSAL PICTURES**
a div. of Universal City Studios, LLLP

By _____
    An Authorized Signatory

FORM APPROVED
BY _____ RG
DATE 1/31/06

Highly Confidential