# (3) Policies

- **Clear and Publicly Posted YouTube Procedures**

  - Terms of Use clearly prohibit copyright infringement

  - Numerous links on every page of the YouTube website:

    - Explains simple email DMCA notice-and-takedown process

    - Copyright tips and policies

- YouTube is generally recognized by content owners as having an industry-leading response time to takedown requests.

Highly Confidential

G00001-00561609

# (3) Policies

- **Repeat Infringer Policy**

  - YouTube has a strict policy of terminating accounts of users who are repeat infringers.

  - Three "strikes" and you're out

  - This policy is automated.

Highly Confidential

G00001-00561610