# (3) Policies

- **10-Minute Limit On Video Uploads**

    - Videos uploaded to the site by general users cannot exceed ten minutes in length

    - Prevents users from uploading entire episodes of infringing commercial programs or movies.

    - The system automatically rejects videos over ten minutes

Highly Confidential

G00001-00561611

# (4) Business Partnerships

- YouTube works closely with content companies to enable them to:

  – Harness the powerful promotional potential of YouTube's growing audience

  – Monetize content and share in the revenue

  – Connect with fans in new ways

  – Create a win-win for all parties

Highly Confidential
GOO001-00561612