# (4) Business Partnerships

- Deals generally include two types of monetization:
  - Partner content delivered directly from content partner
  - "Claimed Content"
    - YouTube and content company work together to identify partner content on YouTube ("Claim Your Content")
    - Once content identified and "claimed," YouTube sells ads and shares revenue with partner
    - YouTube does not sell ads around user uploaded content that has not been "claimed" by a content partner

Highly Confidential

G00001-00561613

## (4) Business Partnerships

- Claim Your Content: Two Ways for Partner to Locate Content on YouTube

  – Identification With Audio Fingerprinting

  – Identification With "Claim Your Content" Metadata Search Tool

Highly Confidential
G00001-00561614