# (4) Business Partnerships

- Audio Fingerprinting
  - Our audio fingerprinting system is in testing now and rolling out soon for more content partners
  - With cooperation from the content partner, this system will assist in identifying the partners content by its audio elements—not video (e.g., a soundtrack to a film)
  - YouTube currently licenses Audible Magic's technology, and is always evaluating other options

- While not yet commercially viable, YouTube is actively evaluating and intends to implement video fingerprinting solutions.

- The more content we identify, the more we can license and monetize—our interests are aligned

Highly Confidential

G00001-00561615

# (4) Business Partnerships

## Identification With "Claim Your Content" Metadata Search Tool

- For cases in which audio fingerprinting is not an ideal solution, YouTube also offers content holders metadata search tools that notify content holders when videos whose metadata includes certain keywords are uploaded to the site.

- Once notified, content partners choose whether to license and monetize such content or take such content down.

Highly Confidential

GOO001-00561616