

Screen shot of CYC search console

- Search interface
- Manage searches

Action setting: block, track, or monetize

Copyright claimed: audio, video, or audio+video

Highly Confidential

G00001-00561617

# CYC management console



- Ability to assign a custom ID for internal tracking purposes
- The action setting for a claimed video can always be changed (e.g., from track to monetize)

Highly Confidential

GOO001-00561618