# Removal of Inappropriate Content

*YouTube is committed to providing a safe and positive environment for its users*

- YouTube therefore prohibits the following types of content from appearing on the site:
    - **Obscene**
    - **Threatening**
    - **Pornographic**
    - **Harassing**
    - **Hateful**
    - **Racially or ethnically offensive**
    - **Encourages or depicts illegal behavior**
    - **Otherwise inappropriate**

- YouTube provides community flagging tools to enable any user to easily report inappropriate content. Reports are viewed by YouTube's "Content Squad" very quickly, and inappropriate material is removed from the site.

Highly Confidential
G00001-00561619

## Summary

### YouTube Has In Place Robust Copyright Policies

- ✓ Education (Copyright tips, Prominent Messaging)
- ✓ Technology (MD5 hash, Content Verification Tool)
- ✓ Policies (10-Minute Limit, Repeat Infringer Policy)
- ✓ Promote Business Opportunities
  - Claim Your Content
  - Expand Options to Promote & Monetize Beyond Take Downs

Highly Confidential

GOO001-00561620