Speaker Notes Slide: 1
Welcome to this overview of Google.

Highly Confidential