```
To:
From:              "YouTube Support" <support@support.youtube.com>
CC:
BCC:
Sent Date:
Subject:           Re: [#159135852] YouTube Support
```

Hi there Whitney,

Thanks for your email. I looked on YouTube for your video- tater eating bear using your username- ▮▮▮▮ and was able to find it in search.

In the future, please keep in mind that depending on site traffic, changes to video information can take 8 hours or more to show up in the search index after they've been uploaded, changed, or removed. This includes changes to tags, ratings, views, and comments.

To bypass this time, you may want to send your friends the link of the video via email or private message. To find videos that were recently uploaded, you may want to sort by "Date Added". To do this, search for the terms that describe the video. From the search results page, click the "Date Added" link on the left of the screen. This will allow you to see the most recently uploaded videos first.

Hope this helps,

Remita
The YouTube Team

Original Message Follows:
------------------------
From: ▮▮▮▮
Subject: YouTube Support
Date: Mon, 11 Jun 2007 09:28:35 -0700

I uploaded my video thru the ituber.org site.  However, I haven't heard from ituber and the tater eating griz doesn't show up on the ituber/youtube page?  Is something incorrect in the way I uploaded?


errormsg:
username: ▮▮▮▮
Language: en
subject: confirmation
IssueType: signup
browser: ie6

Highly Confidential

GOO001-08643428