| | |
|---|---|
| To: | "David G King" <█████████████> |
| From: | "Philip Inghelbrecht" <inghelbrecht@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-03-27 01:00:32 GMT |
| Subject: | AM again |

Microsoft Selects Audible Magic's Digital Fingerprinting Technology as Filtering Solution for Soapbox Video Site

Microsoft has chosen the industry leader, Audible Magic, as their filtering vendor. Audible Magic will be providing Soapbox, Microsoft's user-generated video-sharing site, with solutions to identify and filter copyrighted, user-generated content, utilizing Audible Magic's content identification and digital fingerprinting technology. The system will be used to identify music and other copyrighted content.

"We're excited to work with Audible Magic in order to enhance the Soapbox service," said Rob Bennett, General Manager, MSN Entertainment and Video Services. "Fostering a rich user-generated video service to complement our broad array of licensed content is a top priority for MSN, and Audible Magic will be an important part of making sure we can deliver on this strategy for consumers while respecting the rights of content owners."

Audible Magic has been actively providing services for Web 2.0 sites and the licensing agreement with Microsoft is the latest in a series of announcements. Recent partnerships include MySpace, GoFish, Grouper, Break.com and Viacom's MTVN. Vance Ikezoye, founder and CEO of Audible Magic, said, "We are proud to be working with Microsoft in the crucial area of protecting intellectual property. That issue has always been important to Microsoft. We are committed to supporting them by providing best of class technology services."

--
Philip Inghelbrecht
Strategic Partner Development
Google Inc
Dir █████████
Cell █████████
Fax 650 963-3290

Confidential

GOO001-09612201