| | |
|---|---|
| To: | "David Eun" <deun@google.com> |
| From: | "David Eun" <deun@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-02-15 15:49:37 CST |
| Subject: | Iger |

Every potential partner (with or without a YT deal) has access to the automated takedown tool. This comprises of (i) an online console to file DMCA complaints and request take-downs and (ii) an MD5 hash to pro-actively take down a new upload of a previously taken-down video file ( i.e. assumin= it is bit-for-bit identical).
>> Our CYC tools are now live as well and are only offered to partners who enter into a revenue deal with us. In particular, I believe that WMG and UMG are live. In order to identify possible infringements, they can either upload their videos into a reference database (beforehand) for matching through fingerprint (FP) technology or perform keyword searches across the YT index . Once a video is identified, the partner can either request (I) = take-down, (ii) embrace with revenue share, or (iii) embrace without revenu= share but tracking. We calculate both a hash and derive a FP of every vide= assigned in either of these three buckets, and future uploads of the same video (through either exact (=hash) or approximate (=FP) matching) is treated in the same way (takedown, embrace, track) as the originally designated one.

Today we have:


1) digital hashing on all files

2) Content Verification program offered on a select basis to partners (or companies that have contacted us with DMCA concerns). This is basicall= a way to easily notify YouTube of infringing content. In practice the "user" sees a little check box next to video search results. If they check the box we are notified of a takedown request. We offer this on a select basis because of the potential for abuse/misuse by content companies. All searches have to be entered manually – same behavior you have as a genera= YouTube user


The new CYC system has


1) digital hashing on all files

2) Audio fingerprinting system whereby the content partner can send "reference fingerprints" to Audible Magic's database along with a policy decision to license or block each piece of content. Each time a piece of content is uploaded to YouTube we will check Audible's database and look fo= a match. If there is a match the partner's policy kicks in (e.g. license o= block).

3) Advanced text search tool. Enables partners to enter in any numbe= of search terms or strings. Partners can send these terms to YouTube in an

Highly Confidential

DATE: 4-22-09   EXHIBIT# 27
DEPONENT: HURLEY, C.
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

G00001-01511226

XML feed or enter them manually. Searches can be narrowed or broadened and all searches can be saved. YouTube will "push" search results to the partner in the form of a daily email showing and matches. Partner gets a nice admin interface showing all the matches. Partner is responsible for reviewing the matches and per the DMCA identifying their content. If the partner identifies content they are given the choice to either license or block the content. Any content the partner identifies is automatically audio fingerprinted and placed in the Audible Magic database so the entire process gets smarter over time.

--
David Eun
NY: 212-565-8070
CA: 650-253-1993

**Highly Confidential**

GOO001-01511227