| To: | "Daniel Alegre" <dalegre@google.com> |
|---|---|
| From: | "Gautam Anand" <gautam@google.com> |
| Cc: | "Alex Ellerson" <ellerson@google.com>, "John Farrell" <jfarrell@google.com>, "Alexandre Hohagen" <ahohagen@google.com>, "Leonardo Tristao" <ltristao@google.com>, "Diego Molina" <dmolina@google.com> |
| Bcc: | |
| Received Date: | 2007-03-03 06:54:27 GMT |
| Subject: | Re: Reunião 8 de Março |

---

Daniel,

Here is a pretty detailed deck on YT copyright policy.  I've sent this to both Leonardo and Diego before. There was also a previous  thread on Televisa where I had outlined their pitch from all the meetings held in Japan.

Hope this helps,

-g


On 3/2/07, Daniel Alegre <dalegre@google.com> wrote:
>
> Gautam, Leonardo, Diego,
> what do you think we need to show for both the Globo and Televisa
> meetings?  I want to make sure that, if we do use ppt (which from the sou=ds
> of it, we will be using a short 15-20 mins ppt for Globo's CEO), we have =he
> right ones.  Please work with Gautam on creating the right presentations =nd
> send to me before EOD Sunday CA time so that I have ample time to review
> with Omid and prepare for the meetings.
>
> Gautam or Alex,
> do you have a document that can give me the right background on how we
> filter content for rights owners?  Not something to show the partner but
> something that clearly explains to me how the process works?
>
> Thanks,
> Daniel
>
> On 3/2/07, Alex Ellerson <ellerson@google.com > wrote:
> >
> > Hey Gautam,
> >
> > Eva Ho put together a new marketing deck, attached.  Let me know if thi=
> > looks useful.
> >
> > Best,
> > Alex
> >
> >
> > On 3/1/07, Gautam Anand <gautam@google.com> wrote:
> > >
> > > Hi Alex,
> > >
> > > Omid will be meeting the head of Globo in Brazil next week (see email
> > > below).  We were wondering if you or your team have a presentation th=t is
> > > being used with the larger media companies as part of your current

> > > discussions.
> > >
> > > Thanks,
> > > Gautam
> > >
> > >
> > > -----Original Message-----
> > > From: John A. Farrell
> > > To: Gautam Anand; John Farrell; Daniel Alegre
> > > CC: Alexandre Hohagen; Leonardo Tristao; Diego Molina
> > > Sent: Thu Mar 01 20:31:58 2007
> > > Subject: Re: Reunião 8 de Março
> > >
> > > Thanks Gautam
> > >
> > > ----- Original Message -----
> > > From: Gautam Anand < gautam@google.com>
> > > To: John Farrell; Daniel Alegre
> > > Cc: Alexandre Hohagen; Leonardo Tristao; Diego Molina
> > > Sent: Thu Mar 01 20:30:53 2007
> > > Subject: Re: Reunião 8 de Março
> > >
> > > Hi John,
> > >
> > > Not sure about a specific presentation being used for large media
> > > companies but Dave has a presentation he used during the content offs=t
> > > which would be useful here.  I'll try to dig it up or will ask Dave.
> > >
> > > Will also forward this to allex ellerson who's been leading the
> > > discussions with the large media cos in the US to see if he can also =rovide
> > > something.
> > >
> > > -g
> > >
> > > -----Original Message-----
> > > From: John Farrell
> > > To: Daniel Alegre
> > > CC: Alexandre Hohagen; Leonardo Tristao; Gautam Anand; Diego Molina
> > > Sent: Thu Mar 01 12:13:08 2007
> > > Subject: Re: Reunião 8 de Março
> > >
> > > Hi Gautam-
> > >
> > > Leo and I looked through the presentation you sent us and we think th=
> > > tone is too tactical, i.e. "how to partner with Youtube", and what we
> > > need to is a broader strategic overview of Google's vision plans as i=
> > > relates to working with Media companies.
> > >
> > > As you know, Globo is the largest media company in Brazil, and Omid,
> > > Daniel and our local management team plan to meet with the local equi=alent
> > > of Rupert Murdoch.  It may be that Omid and Daniel decide not to use =
> > > presentation, but it would be prudent to prepare a high-level deck as
> > > backup.
> > >
> > > Here are some of the key issues we think we need to address:
> > >
> > >    What is Google long term vision-  Globo is concerned we will

> > > eventually compete directly with them in traditional media
> > >
> > > > What is our partnership strategy.   Gobo has followed developments
> > > in the US very closely
> > >
> > > > What are the partnership opportunities between Google and Globo,
> > > and how should we structure a deal.
> > >
> > > Do you know what Omid has used for high level meetings with Viacom,
> > > Fox, or CBS?  Should we ask Dave Eun's team for help?
> > >
> > >
> > >
> > > This information will also be useful for our meeting with Televisa in
> > > Mexico.
> > >
> > >
> > > On 2/26/07, John Farrell < jfarrell@google.com <mailto:jfarrell@googl=.com>
> > > wrote:
> > >
> > >       Gautam-
> > >
> > >       Do you have a standard presentation the youtube team has been
> > > using to pitch to large media companies?
> > >
> > >       Best,
> > >       John
> > >
> > >
> > >
> > >
> > >
> > >       On 2/26/07, Daniel Alegre <dalegre@google.com > wrote:
> > >
> > >       Alexandre <adding Leonardo and John>,
> > >       do we have an NDA with Globo?  We will need to have on=
> > > to cover strategic issues.  in the briefing for Omid, pls highlight t=ese
> > > issues.  Also, if you think we should cover a ppt presentation, Leona=d,
> > > John, pls prepare a ppt for us to walk them through.
> > >
> > >       As for the flights - pls communicate directly with
> > > Ginger as she is handling the logistics.  I will go with him.
> > >       pls respond to the email I just sent around.
> > >
> > >       Thx.
> > >       Daniel
> > >
> > >
> > >       On 2/26/07, Alexandre Hohagen <ahohagen@google.com>
> > > wrote:
> > >
> > >             Makes all sense. I think the most important
> > > issues are the following:
> > >
> > >             - They really want to understand if there are
> > > and where are possible synergies between the two companies;
> > >             - They mentioned a couple of time the Sky deal
> > > in UK. They want to understand what the deal is and if it is applicab=e to