> > > Brazil;
> > >             - They would love to understand the video
> > > strategy (similar to what we wanted to do when Google bought Youtube)=
> > >             - There is a sensitive issue regarding our ad
> > > sales model. As you know the practice in Brazil is that every media c=mpany
> > > pays 20% commissions on media buy. We do not do this and they think w= might
> > > screw the market;
> > >
> > >             I think we can accommodate in the reduced time=
> > > I agree the meetings need to be high level and discuss strategy/ not =eal
> > > details... but I consider important to touch the points above.
> > >
> > >             In a separate note, I need you to pls confirm
> > > the last agenda I sent you. You mentioned that Ginger should take a l=ok on
> > > it. In my side it is still missing:
> > >
> > >             - Final agenda confirmation;
> > >             - If Omid agreed with the Belo visit;
> > >             - If you will go with him...
> > >             - Is it possible to go straight to Belo and do
> > > not stop in Sao Paulo?
> > >             - Flight info from you and Omid in the jet and
> > > Sukhinder coming back from MX on Tue morning
> > >
> > >         Thx.
> > >         Alexandre
> > >
> > >
> > >
> > >
> > >             On 2/26/07, Daniel Alegre < dalegre@google.com=mailto:dalegre@google.com>
> > > > wrote:
> > >
> > >             agree...we should not have more than 3=
> > > mins business discussion - we don't want to get deep in the philosoph= -
> > > legal issues at this meeting - that should be left up to the deal tea=s. I
> > > would recommend a tour of the facilities 30-45 mins. and then an open
> > > discussion forum (1 hour max). I would stay away from ppts as we sho=ld
> > > assume that both know about each other. if they insist, then you can=give a
> > > ppt overview of ggl (15 mins) and them of theirs (15mins.) and 30-45 =ins
> > > discussion. again, I want to stay away from detailed business/legal =alk.
> > >             make sense?
> > >             Daniel
> > >
> > >
> > >
> > >             On 2/24/07, Alexandre Hohagen < ahohag=n@google.com
> > > <mailto:ahohagen@google.com> > wrote:
> > >
> > >             Fyi, Globo is sugesting a 3 hs
> > > visit to their facilities in Rio. I
> > >             think this will be extremely
> > > interesting. Only doubt is if the 1:30 h
> > >             debate isn't too long.
> > > > Thoughts?
> > >
> > >             ---------- Forwarded message
> > > > ----------

Highly Confidential

GOO001-02506823

```
> > >                  From: Frederico Monteiro <
> > > Frederico@corp.globo.com>
> > >                  Date: Sat, 24 Feb 2007 10:58:4=
> > > -0200
> > >                  Subject: Reunião 8 de Març=
> > >                  To: Alexandre Hohagen <
> > > ahohagen@google.com <mailto: ahohagen@google.com> >
> > >
> > >                  Alexandre,
> > >
> > >                  Por favor veja se esse roteiro
> > > proposto para o dia 8 está OK por vocês.
> > >
> > >                  Será importante identificar =ma
> > > pessoa na sua estrutura que possa
> > >                  coordenar com alguém do noss=
> > > lado os aspectos operacionais da visita
> > >                  (coordenadas do helicóptero,
> > > eventuais necessidades de segurança,
> > >                  eventuais restrições
> > > alimentares, horários extatos de chegada e
> > >                  partida, etc).
> > >
> > >                  Vamos tentar no falar no iní=o
> > > da semana ?
> > >
> > >                  abs
> > >
> > >                  Fred
> > >
> > >
> > >
> > >
> > >                  --
> > >                  O Google Brasil está
> > > recrutando. Acesse www.google.com.br/jobs
> > >
> > >
> > > _____
> > >
> > >                  Alexandre Hohagen ¦ Google I=c.
> > > ¦ Brazil ¦ www.google.com.br
> > >
> > >
> > >
> > >
> > >
> > >
> > >                  --
> > >          Daniel Alegre
> > >          Director, International Business
> > > Development
> > >
> > >                  This email and the information it
> > > contains are confidential and maybe privileged. If you have received =his
> > > email in error please notify me immediately. You should not copy it f=r any
> > > purpose, or disclose its contents to any other person. Internet
```

Highly Confidential                                                                                  GOO001-02506824

```
> > > communications are not secure and, therefore, Google does not accept =egal
> > > responsibility for the contents of this message as it has been transm=tted
> > > over a public network. If you suspect the message may have been inter=epted
> > > or amended please call me.
> > >                       The above communication may include
> > > discussions or proposals of a potential business arrangement, and if =o, are
> > > provided solely as a basis for further discussion, and should not be
> > > intended to and do not constitute a legally binding obligation.  No l=gally
> > > binding obligations will be created, implied, or inferred until an ag=eement
> > > in final form is executed in writing by all parties involved.
> > >
> > >
> > >
> > >
> > >                  --
> > >
> > >               O Google Brasil está recrutando. Acesse
> > > www.google.com.br/jobs < http://www.google.com.br/jobs>
> > >
> > >
> > >_____
> > >
> > >             Alexandre Hohagen ¦ Google Inc. ¦ Brazil =A6
> > > www.google.com.br
> > >
> > >
> > >
> > >          --
> > >          Daniel Alegre
> > >          Director, International Business Development
> > >
> > >          This email and the information it contains are
> > > confidential and maybe privileged. If you have received this email in=error
> > > please notify me immediately. You should not copy it for any purpose,=or
> > > disclose its contents to any other person. Internet communications ar= not
> > > secure and, therefore, Google does not accept legal responsibility fo= the
> > > contents of this message as it has been transmitted over a public net=ork.
> > > If you suspect the message may have been intercepted or amended pleas= call
> > > me.
> > >          The above communication may include discussions or
> > > proposals of a potential business arrangement, and if so, are provide=
> > > solely as a basis for further discussion, and should not be intended =o and
> > > do not constitute a legally binding obligation.  No legally binding
> > > obligations will be created, implied, or inferred until an agreement =n
> > > final form is executed in writing by all parties involved.
> > >
> > >
> > >
> > >
> > >          --
> > >      This email and the information it contains are confidential an=
> > > may be privileged. If you have received this email in error please no=ify me
> > > immediately. You should not copy it for any purpose, or disclose its
> > > contents to any other person. Internet communications are not secure =nd,
> > > therefore, Google does not accept legal responsibility for the conten=s of
> > > this message as it has been transmitted over a public network. If you
> > > suspect the message may have been intercepted or amended please call =e.
```

Highly Confidential                                                                                    GOO001-02506825