```
>>>
>>>    John Farrell
>>>    Strategic Partner Development
>>>
>>>    ▮▮▮▮▮▮▮▮▮
>>>    jfarrell@google.com
>>>
>>>
>>>
>>>
>>> --
>>> This email and the information it contains are confidential and may b=
>>> privileged. If you have received this email in error please notify me
>>> immediately. You should not copy it for any purpose, or disclose its
>>> contents to any other person. Internet communications are not secure =nd,
>>> therefore, Google does not accept legal responsibility for the conten=s of
>>> this message as it has been transmitted over a public network. If you
>>> suspect the message may have been intercepted or amended please call =e.
>>>
>>> John Farrell
>>> Strategic Partner Development
>>>
>>> ▮▮▮▮▮▮▮▮
>>> jfarrell@google.com
>>>
>>
>>
>>
>
>
> --
> Daniel Alegre
> Director, International Business Development
>
> This email and the information it contains are confidential and maybe
> privileged. If you have received this email in error please notify me
> immediately. You should not copy it for any purpose, or disclose its
> contents to any other person. Internet communications are not secure and,
> therefore, Google does not accept legal responsibility for the contents o=
> this message as it has been transmitted over a public network. If you
> suspect the message may have been intercepted or amended please call me.
> The above communication may include discussions or proposals of a
> potential business arrangement, and if so, are provided solely as a basis
> for further discussion, and should not be intended to and do not constitu=e
> a legally binding obligation.  No legally binding obligations will be
> created, implied, or inferred until an agreement in final form is execute=
> in writing by all parties involved.
>
```

--

Gautam Anand
Strategic Partner Development
Google, Inc.

1600 Amphitheatre Parkway
Mountain View, CA 94043

Highly Confidential

GOO001-02506826

e: gautam@google.com
v: ████████
f: 650.649.2393

---

Attachments:

YouTube Copyright Policies Preso -12 14 06- -3-.ppt

Highly Confidential

GOO001-02506827



Highly Confidential

GOO001-02506828