# Copyright is a Serious Matter for YouTube

YouTube respects the rights of copyright owners and takes copyright matters very seriously.

Accordingly, YouTube has implemented a host of policies and procedures to address copyright matters. These fall into four basic categories:

    YouTber pyrighton
    Y2ul ei cnosoay
    Y3u f osti teb
    Ywu dr btnebb f grhnerbctkb

Highly Confidential
GOO001-02506828.0001

# (1) User Education

- **Copyright Tips In Plain English**
  - YouTube instructs users in a "Copyright Tips" section of the YouTube website how to understand YouTube's copyright policy and strongly discourages infringement.
  - In plain language, it explains what users may and may not do.

- **Clear and Prominent Messaging at Time of User Upload:**
  - "Do not upload copyrighted, obscene, or any other material which violates YouTube's Terms of Use."
  - "When clicking 'upload Video' you are representing that this video does not violate YouTube's Terms of Use and that you own all copyrights in this video or have express permission from the copyright owner(s) to upload it."
  - "Do not upload any TV shows, music videos, music concerts or commercials without permission unless they consist entirely of content you created yourself."

Highly Confidential
GOO001-02506828.0002

# (2) Technology

- **Notification and Takedown Tools For Content Companies**

    YouTube offers content holders an electronic tool that enables them to easily identify videos on the site that contain their content and determine whether to leave them up or have them promptly removed.

- **Digital Hashing**

    YouTube also uses technology to prevent videos removed for copyright reasons from being uploaded again. The technology creates a unique identifier of each unauthorized video when it is removed. If a user thereafter tries to upload a video that matches that unique identifier, the video is automatically rejected regardless of whether the users is using a different username or file name.

Highly Confidential
GOO001-02506828.0003