# (3) Policies

- **Clear and Publicly Posted Procedures**
    - YouTube's Terms of Use clearly prohibit copyright infringement
    - YouTube includes numerous links on the YouTube website to information about our copyright procedures, which set forth a simple notice-and-takedown process in accordance with the Digital Millenium Copyright Act. A designated copyright agent and content team handle and process all infringement notifications.
    - YouTube is generally recognized by content owners as having an industry-leading response time to takedown requests.
- **Repeat Infringer Policy**
    - YouTube has a strict policy of terminating accounts of users who are repeat infringers. This policy is automated.
- **10-Minute Limit**
    - Videos uploaded to the site by general users cannot exceed ten minutes in length, which prevents users from uploading entire episodes of infringing commercial programs or movies to the site. The system automatically rejects videos over ten minutes.

# (4) Business Partnerships

*YouTube works closely with content companies to help them harness the promotional and monetary potential of YouTube's growing audience--a win-win for all parties.*

## Identification Through Audio Fingerprinting

YouTube will soon roll out an audio fingerprinting system for content partners. With cooperation from the content partner, this system will assist content partners who wish to identify their content by its audio elements (for example, a soundtrack to a film) -- and then choose whether they would like to license and monetize such content or take such content down.

## Identification Through Metadata Search Tools

For cases in which audio fingerprinting is not an ideal solution, YouTube also offers content holders metadata search tools that notify content holders when videos whose metadata includes certain keywords are uploaded to the site. Once notified, content holders may choose whether they would like to license and monetize such content or take such content down.

# Removal of Inappropriate Content

*YouTube is committed to providing a safe
and healthy environment for its users*

YouTube reserves the right to remove any content
that appears in the site:

- Obscene
- Threatening
- Pornographic
- Harassing
- Hateful
- Racially or ethnically offensive
- Encourages or depicts illegal behavior
- Otherwise inappropriate

YouTube will del te C ontent Regarding i ill i1 engs le and
uleui1 egidduep1ui ongppuipugie c1nienim Rep 1
I œwed sd YouTube'd br 1nieni yqugdR Ieud qurcp
ongppuipugie C gieugl d ueC 1Ied PuiC i t e Idem

Highly Confidential

GOO001-02506828.0006