| | |
|---|---|
| To: | "'Maryrose Dunton'" <maryrose@youtube.com> |
| From: | "Julie Supan" <julie@youtube.com> |
| Cc: | "'Jennifer Nielsen'" <jenny@youtube.com> |
| Bcc: | |
| Received Date: | 2006-10-09 04:52:57 GMT |
| Subject: | FW: FINAL Releases |

Maryrose,

Here are all three FINAL releases for tomorrow - 6amPT.  Thank you!

Jules

Attachments:

CBS and YouTube Release FINAL.doc
SonyBMG and YouTube FINAL.doc
Universal Music and YouTube Release FINAL.doc

Highly Confidential
GOO001-01870875

**Media Contacts:**

Julie Supan                         Dana McClintock
YouTube                             CBS Corporation
press@youtube.com                   212-975-1077

# CBS AND YOUTUBE STRIKE STRATEGIC CONTENT AND ADVERTISING PARTNERSHIP

*CBS to Distribute Daily Sports, News and Entertainment Programming through New Brand Channel*

*First TV Network to Test YouTube Content Identification Architecture To Connect and Engage with Viewers*

NEW YORK, NY and SAN BRUNO, Calif. – October 09, 2006 – YouTube, Inc. and CBS Corporation (NYSE: CBS.A and CBS) have struck a strategic content and advertising partnership announced today by Leslie Moonves, President and CEO of CBS Corporation and Chad Hurley, CEO and Co-Founder of YouTube. The deal calls for the CBS Television Network, its premium television service provider, Showtime Networks Inc., as well as its basic cable/digital media service, CSTV Networks, Inc., to offer the YouTube community a wide variety of short-form video programming from its news, sports and entertainment divisions on a daily basis beginning this month. YouTube and CBS will share revenue from advertising sponsorships of CBS Videos.

In addition, CBS is the first TV network to test YouTube's new advanced content identification architecture and reporting system which will allow CBS to protect its intellectual property by identifying and locating copyrighted CBS content on YouTube. CBS will then have the opportunity to either remove it from the site or, at CBS's sole discretion, allow it to remain. If CBS allows the content to remain on the site, CBS will share in any revenue from advertising placed adjacent to the content.

"We're pleased to be the first network to strike a major content deal with what is clearly one of the fastest growing new media platforms out there," said Moonves. "This strategic partnership is a unique development in CBS's continuing initiative to monetize our industry-leading content across new distribution platforms. We're now able to offer select entertainment, news and sports programming to a new significant audience, get paid for it, and learn a few things along the way."

Highly Confidential                                    GOO001-01870876

"We're excited to partner with CBS to bring their high-quality, entertaining content to our users. As the first major network to offer a daily delivery of informative and entertaining video clips, CBS will have the opportunity to reach YouTube's far-reaching and diverse community in a unique and powerful way," said Hurley. "Today's agreement demonstrates that YouTube has become a revenue-generating distribution channel for major networks and other media companies. By partnering with YouTube, media companies can now have a two-way dialogue with viewers who can provide feedback about what they find entertaining."

Under this agreement, CBS will also be providing the YouTube community with video content from CSTV. College sports fans can watch and share some of their favorite college athletics events on YouTube. Beyond highlights and footage from CSTV's network of more than 100 broadband channels of live college sports, the college sports leader will utilize its relationship with students at hundreds of universities to enable fans to upload their own content from tailgate parties, pep rallies and other campus events.

Content on YouTube's new CBS Brand Channel will include daily contributions from:
- CBS Entertainment; including short clips from top CBS programs including "Survivor," "CSI," and "The Late Show with Dave Letterman," as well as mini-previews and footage from its new fall lineup.
- CBS News; including short videos from "CBS Evening News with Katie Couric," "The Early Show," and "60 Minutes."
- CBS Sports; including analysis of college and professional sports, as well as programming from CSTV.
- Showtime Networks, including promotional video clips from its critically acclaimed original series including "Dexter," "Brotherhood" "Sleeper Cell and "The L Word."

**About YouTube Brand Channels**
YouTube Brand Channels provide an enhanced environment for media companies and advertisers to showcase their video content on YouTube with a look and feel that is consistent with their brand imagery. This new concept helps brands connect and engage with consumers in a unique and powerful way, around compelling, programmable video content. For more information on YouTube Brand Channels, please contact advertising@youtube.com.

Highly Confidential

**About CBS**

CBS Corporation (NYSE: CBS.A and CBS) is a mass media company with constituent parts that reach back to the beginnings of the broadcast industry, as well as newer businesses that operate on the leading edge of the media industry. The Company, through its many and varied operations, combines broad reach with well-positioned local businesses, all of which provide it with an extensive distribution network by which it serves audiences and advertisers in all 50 states and key international markets. It has operations in virtually every field of media and entertainment, including broadcast television (CBS and The CW – a joint venture between CBS Corporation and Warner Bros. Entertainment), cable television (Showtime Networks and CSTV Networks), local television (CBS Television Stations), television production and syndication (CBS Paramount Network Television and CBS Television Distribution Group), radio (CBS Radio), advertising on out-of-home media (CBS Outdoor), publishing (Simon & Schuster), digital media (CBS Digital Media Group and CSTV Networks) and consumer products (CBS Consumer Products). For more information, log on to www.cbscorporation.com.

**About YouTube**

Founded in February 2005, YouTube is a consumer media company for people to watch and share original videos worldwide through a Web experience. YouTube allows people to easily upload and share video clips on www.YouTube.com and across the Internet through websites, blogs, and e-mail. YouTube currently delivers more than 100 million video views every day with 65,000 new videos uploaded daily and it has quickly become the leading destination on the Internet for video entertainment.

###

Highly Confidential

GOO001-01870878

**Media Contacts:**

Julie Supan  
YouTube  
press@youtube.com

John McKay  
Sony BMG  
212-833-5520

# SONY BMG MUSIC ENTERTAINMENT SIGNS CONTENT LICENSE AGREEMENT WITH YOUTUBE

*Alliance Adds One of the World's Largest Music Companies to Growing Roster of Media Companies Working with YouTube to Reach its Massive Audience*

NEW YORK, NY and SAN BRUNO, Calif. – October 09, 2006 –YouTube, Inc., a consumer media company that enables people to watch and share original videos through a Web experience, and SONY BMG MUSIC ENTERTAINMENT, today announced a deal that will make available a wide variety of video content from the music company's world-renowned library to the YouTube community. YouTube users will be able to interact with videos from a wide array of SONY BMG MUSIC ENTERTAINMENT artists ranging from the most important recordings in history to today's hottest young artists.

In addition, SONY BMG and You Tube will work together to develop new and exciting opportunities which allow users to include certain SONY BMG sound recordings in their own uploads, adding to the Internet's most vibrant video entertainment destination. As a result of this agreement SONY BMG will be able to fully realize the commercial potential of its content. SONY BMG and YouTube will share revenue from advertising on all SONY BMG music videos that incorporate audio and audiovisual works from the vast SONY BMG MUSIC ENTERTAINMENT library.

"SONY BMG, with its dynamic roster of artists and forward-thinking management team, is exactly the type of media company YouTube seeks to partner with in order to provide the most entertaining service to our users," said Chad Hurley, CEO and Co-Founder of YouTube. "Offering our community exciting and creative new ways to interact with SONY BMG artists' content is a major step for both companies, not just

Highly Confidential   GOO001-01870879

in terms of financial potential, but because it deepens our community's relationship with the music it loves."

"With its trademark blend of music, videos and fan generated content, the YouTube environment represents a fascinating new way to deepen the relationship between our artists and their fans," commented Thomas Hesse, President, Global Digital Business, SONY BMG MUSIC ENTERTAINMENT. "We are pleased to be working with YouTube on this new initiative that respects the rights of artists and copyright holders, while at the same time making our content commercially available to a broader audience than even before."

YouTube recently announced a new content identification architecture, intended to help copyright holders identify their content on YouTube. This architecture will provide SONY BMG the opportunity to authorize and monetize the use of their works within the user-generated content on the site. SONY BMG MUSIC ENTERTAINMENT's music video library and special artist content will be made available simultaneously with launch of this system, set for the end of this year.

SONY BMG MUSIC ENTERTAINMENT will work with artists and rights holders to embrace this new opportunity to reach a tremendous new audience to promote and distribute their music. SONY BMG MUSIC ENTERTAINMENT will also work with YouTube to expeditiously remove certain copyrighted materials which are not available for exhibition on the site.

**About SONY BMG MUSIC ENTERTAINMENT**
SONY BMG MUSIC ENTERTAINMENT is a global recorded music joint venture with a roster of current artists that includes a broad array of both local artists and international superstars, as well as a vast catalog that comprises some of the most important recordings in history. SONY BMG MUSIC ENTERTAINMENT is 50% owned by Bertelsmann A.G. and 50% owned by Sony Corporation of America.

**About YouTube**
Founded in February 2005, YouTube is a consumer media company for people to watch and share original videos worldwide through a Web experience. YouTube allows people to easily upload and share video clips on www.YouTube.com and across the Internet through websites, blogs, and e-mail. YouTube currently delivers more than 100 million

video views every day with 65,000 new videos uploaded daily and it has quickly become the leading destination on the Internet for video entertainment.

###

Highly Confidential

Media Contacts:

Julie Supan                                      Peter Lofrumento
Senior Director, Marketing                       Senior Vice President
YouTube                                          Universal Music Group
650-685-6401                                     212-331-2585
press@youtube.com                                peter.lofrumento@umusic.com

# UNIVERSAL MUSIC GROUP AND YOUTUBE FORGE STRATEGIC PARTNERSHIP

*Innovative Video Distribution and Revenue Agreement to Enhance Entertainment Experience and Embrace User-Generated Content While Fairly Compensating Artists*

UNIVERSAL CITY, CA and SAN BRUNO, Calif. – October 09, 2006 –YouTube, Inc., a consumer media company, which enables people to watch and share original videos through a Web experience, and Universal Music Group (UMG), the world's leading music company, today announced an agreement offering YouTube and its users access to thousands of videos on YouTube from UMG's extensive roster of artists covering every genre of music. In addition, under this agreement, UMG broadly embraces the power and creativity of user-generated content, allowing users to incorporate music from UMG's recorded music catalog into the videos they create and upload onto YouTube.  UMG and its artists will be compensated not just for UMG produced videos but also for the unique, user created content that incorporates UMG music.

YouTube and UMG have also agreed to a process to protect UMG copyrights using technology to filter out UMG content that is not authorized to appear on the YouTube service. "With this strategic alliance, UMG brings an incredible array of entertaining video content to the YouTube community to help its artists communicate directly with fans.  By allowing the use of their content in user-generated videos, UMG is embracing the creative spirit of our users and music lovers around the world while protecting the rights of their artists, "said Chad Hurley, CEO and Co-Founder of YouTube. "As a new distribution channel for media companies, YouTube is committed to balancing the needs of the fan community with those of copyright holders to continue to provide the best

Highly Confidential                                                                                          GOO001-01870882

video entertainment service on the Internet – one that promotes individuality, respect and originality."

"Universal is committed to finding innovative ways to distribute our artists' works and today's agreement with YouTube furthers that strategy by helping transform this new user-generated content culture into a mutually beneficial business opportunity," said Doug Morris, Chairman and CEO, Universal Music Group, "We pride ourselves in empowering new business models that create new revenue streams for content creators. You Tube is providing a new and exciting opportunity for music lovers around the world to interact with our content, while at the same time recognizing the intrinsic value of the content that is so important to the user experience."

UMG's strength and legacy of music flows from a diverse family of record labels which include: Interscope Geffen A&M, Geffen Records, Island Def Jam Music Group, Machete Music, Mercury Records, Polydor Records, Universal Motown Records Group, Universal Music Classics Group (which includes Decca, Deutsche Grammophon, Philips and ECM), Universal Music Latino, Universal Music Group Nashville (which includes Lost Highway, MCA Nashville and Mercury Nashville), and Verve Music Group.

**About Universal Music Group**
Universal Music Group is the world's leading music company with wholly owned record operations or licensees in 75 countries. Its businesses also include Universal Music Publishing Group, one of the industry's largest global music publishing operations.

Universal Music Group consists of record labels Decca Music Group, Deutsche Grammophon, DreamWorks Nashville, Interscope Geffen A&M Records, Geffen Records, Island Def Jam Music Group, Lost Highway Records, MCA Nashville, Mercury Nashville, Mercury Records, Philips, Polydor Records, Universal Music Latino, Universal Motown Records Group, and Verve Music Group as well as a multitude of record labels owned or distributed by its record company subsidiaries around the world. The Universal Music Group owns the most extensive catalog of music in the industry, which is marketed through two distinct divisions, Universal Music Enterprises (in the U.S.) and Universal Strategic Marketing (outside the U.S.). Universal Music Group also includes eLabs, a new media and technologies division, and Universal Music Mobile.

Universal Music Group is a unit of Vivendi, a global media and communications company.

**About YouTube**
Founded in February 2005, YouTube is a consumer media company for people to watch

Highly Confidential

and share original videos worldwide through a Web experience. YouTube allows people to easily upload and share video clips on www.YouTube.com and across the Internet through websites, blogs, and e-mail. YouTube currently delivers more than 100 million video views every day with 65,000 new videos uploaded daily and it has quickly become the leading destination on the Internet for video entertainment.

### 

Highly Confidential