| | |
|---|---|
| To: | "'Matthew Liu'" <matthew@youtube.com>, "Read, Christopher \(WEA Corp\)" <Christopher.Read@wmg.com> |
| From: | "Chrislu, Spencer \(WEA Corp\)" <Spencer.Chrislu@wmg.com> |
| Cc: | "Chrislu, Spencer \(WEA Corp\)" <Spencer.Chrislu@wmg.com>, "'Frey Waid'" <frey@youtube.com>, "'Ian Ritchie'" <ian@youtube.com>, "Kraus, Patrick \(WEA Corp\)" <Patrick.Kraus@wmg.com> |
| Bcc: | |
| Received Date: | 2006-07-13 19:58:13 GMT |
| Subject: | RE: Youtube - Flash Encode |

Chris,
There is a test file ready to send. You can find it at:
J:\track_videofiles\test_files\YouTube\

Enjoy,

Spence

P.S. I'd still like to have the conversation concerning Flash 8 vs. Flash 7 so we can scope the amount of work needed for each. Thanks.


-----Original Message-----
From: Matthew Liu [mailto:matthew@youtube.com]
Sent: Tuesday, July 11, 2006 2:12 PM
To: Read, Christopher (WEA Corp)
Cc: Chrislu, Spencer (WEA Corp); 'Frey Waid'; 'Ian Ritchie'; Kraus, Patrick (WEA Corp)
Subject: Re: Youtube - Flash Encode
Importance: High


Hi all,

We don't have a formalized spec sheet but encode all our videos in the following format (Flash7 FLV progressive stream):

Video resolution: 320x240 (4:3 aspect ratio). All videos that do not follow this format (e.g. 16:9 widescreen are letter-boxed to 4:3).
Video bitrate: 256 kb/s
Audio bitrate: 64 kb/s mono (mp3 format)
Max frame rate: 30 fps
Contrast: This is mostly subjective but videos with lower contrast tend to look better. You will probably want to experiment to find optimal levels for WMG videos.

Please let me know if this will suffice. If not, please let me know exactly what additional pieces of information your team needs and we can dig it up for you. Thanks.

Matt


On Jul 11, 2006, at 9:07 AM, Read, Christopher (WEA Corp) wrote:


Guys,

Have you been able to send the detailed specs yet?

Thanks,
chris

---

From: Chrislu, Spencer (WEA Corp)
Sent: Tuesday, July 04, 2006 9:49 AM
To: Read, Christopher (WEA Corp); 'Matthew Liu'; 'Frey Waid'; 'Ian Ritchie'
Cc: Kraus, Patrick (WEA Corp)
Subject: RE: Youtube - Flash Encode

All,
 I'm just looking for a more formal spec layout that calls out as many of
the details as possible. Things like frame size, peak video rate, etc.
 Any extra detail is greatly appreciated.

Thanks,

Spence

-----Original Message-----
From: Read, Christopher (WEA Corp)
Sent: Tuesday, July 04, 2006 7:27 AM
To: 'Matthew Liu'; Frey Waid; Ian Ritchie
Cc: Chrislu, Spencer (WEA Corp); Kraus, Patrick (WEA Corp)
Subject: Youtube - Flash Encode

Hi Guys,

We're going to be doing Flash encoding on your behalf. Below are the
technical specs we've received. Can you provide a more detailed technical
specification?

>From Chris Maxcy: We are using a Sorenson squeeze 4.1 encoder with the
bitrates set at 256 kbp/s for video and 64 kbp/s for audio. the framerate is
dependent on the original, source video.

I've copied in Spence Chrislu and Pat Kraus. They're our video experts and
will probably have some more detailed questions for you.

Thanks - and Happy Fourth of July!

chris

Matthew Liu
Product Manager
▬▬▬▬ | matthew@youtube.com <mailto:matthew@youtube.com>
Highly Confidential

Highly Confidential

GOO001-05175718