# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 140

## Housley, Michael

**From:** Andrea Cordone [andreac@baytsp.com]
**Sent:** Wednesday, April 16, 2008 7:23 PM
**To:** Housley, Michael
**Cc:** Sean Ray; Evelyn Espinosa; Elliott Kohtz
**Subject:** RE: Whitelist

Mike,

All of the following usernames are on the white-list in BVM and in the CIMS filters:

BAAFamily
BadBoyRecords
barelypolitical
BdubEtv
bestweekevertv
blacktreemedia
bpfrecords
bravenewfilms
BroadwayJoe
BroadwayJoe415
bullrunvideo
CBS
ChannelFrederator
cimatics
Damonjohnson
fanscapevideos
FanscapeVideos4U
FiveChemical
freeforlife112
FreshTakes
FutureWorld77
HGiantVid
irenemariemodels
Isitfridayyet
JackassWorldMTV
jerseymouth1
ladyfragment
Lakeshore Records
laurenceegibbs
LiberalViewer
Menudo
OfficialReno911
Paraccount
Paramount
Paramount Pictures
ParamountPictures
ParentsConnect
ParkMyVibe
PinkStrawberry
PinkStrawberry1
powermadeak47dotcom
powmadeak47
reaction2006
reno911miami
rollingoutTELEVISION
RunsHouseVideos
shishka
Snackboard

SpikeTV
TDSwriters
thatisalsofunny
thatsfunny
Thatsnotfunny
themoviemonkey
thesparksfly
TNAWrestling
tomato808
TVgasmdotcom
TXCANY
vh1staff
Victorweb
virtualmtv
VLogging
Wiredset

These usernames appear only in CIMS:

ArtisanNewsService
Digitalfilmmaker
MyDamnChannel
universalmusicgroup

Please let me know if you have any questions or if there any changes that should be made.

Best Regards,

Andrea Cordone
Client Services Manager
BayTSP, Inc.
408.341.2365
andreac@baytsp.com
**Save the date!  Join us for "One World 2008:  Managing Piracy in the Global Village" -**
**BayTSP's 5th Annual Anti-Piracy Conference September 15-17th!  Join us!**

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed.  If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email and delete the message from your system.  Please do not copy the message or distribute it to anyone.  This message was prepared at the request of counsel.

**From:** Housley, Michael [mailto:Michael.Housley@viacom.com]
**Sent:** Wednesday, April 16, 2008 2:13 PM
**To:** Andrea Cordone
**Cc:** Sean Ray; Evelyn Espinosa; Elliott Kohtz
**Subject:** RE: Whitelist

Thanks, Andrea.  Can you send me a list of all white-listed usernames?

**From:** Andrea Cordone [mailto:andreac@baytsp.com]
**Sent:** Wednesday, April 16, 2008 5:06 PM
**To:** Housley, Michael
**Cc:** Sean Ray; Evelyn Espinosa; Elliott Kohtz
**Subject:** RE: Whitelist

Mike,

The username "BAAFamily" has been added to the BVM white-list and the filters in CIMS.

Best Regards,

Andrea Cordone
Client Services Manager
BayTSP, Inc.
408.341.2365
andreac@baytsp.com

**Save the date!  Join us for "One World 2008:  Managing Piracy in the Global Village" -
BayTSP's 5th Annual Anti-Piracy Conference September 15-17th!  Join us!**

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed.  If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email and delete the message from your system.  Please do not copy the message or distribute it to anyone.  This message was prepared at the request of counsel.

**From:** Housley, Michael [mailto:Michael.Housley@viacom.com]
**Sent:** Wednesday, April 16, 2008 1:55 PM
**To:** Andrea Cordone
**Cc:** Sean Ray
**Subject:** Whitelist

Hello Andrea,

Please white-list the username, BAAFamily.

Thanks,

Mike

HIGHLY CONFIDENTIAL

## Housley, Michael

**From:** Housley, Michael
**Sent:** Wednesday, April 16, 2008 7:30 PM
**To:** Pierre-Louis, Stanley; Solow, Warren
**Subject:** RE: BY on YOU TUBE

Per your request...

ArtisanNewsService
BAAFamily
BadBoyRecords
barelypolitical
BdubEtv
bestweekevertv
blacktreemedia
bpfrecords
bravenewfilms
BroadwayJoe
BroadwayJoe415
bullrunvideo
CBS
ChannelFrederator
cimatics
Damonjohnson
Digitalfilmmaker
fanscapevideos
FanscapeVideos4U
FiveChemical
freeforlife112
FreshTakes
FutureWorld77
HGiantVid
irenemariemodels
Isitfridayyet
JackassWorldMTV
jerseymouth1
ladyfragment
Lakeshore Records
laurenceegibbs
LiberalViewer
Menudo
MyDamnChannel
OfficialReno911
Paraccount
Paramount
Paramount Pictures
ParamountPictures
ParentsConnect
ParkMyVibe
PinkStrawberry
PinkStrawberry1
powermadeak47dotcom
powmadeak47
reaction2006
reno911miami
rollingoutTELEVISION
RunsHouseVideos
shishka

Snackboard
SpikeTV
TDSwriters
thatisalsofunny
thatsfunny
Thatsnotfunny
themoviemonkey
thesparksfly
TNAWrestling
tomato808
TVgasmdotcom
TXCANY
universalmusicgroup
vh1staff
Victorweb
virtualmtv
VLogging
Wiredset

---

**From:** Pierre-Louis, Stanley
**Sent:** Wednesday, April 16, 2008 5:12 PM
**To:** Housley, Michael; Solow, Warren
**Subject:** RE: BY on YOU TUBE

can you send me our up-to-date white list?  thanks.

---

**From:** Housley, Michael
**Sent:** Wednesday, April 16, 2008 5:10 PM
**To:** Solow, Warren; Pierre-Louis, Stanley
**Subject:** RE: BY on YOU TUBE

Addition to white-list has been confirmed.

---

**From:** Solow, Warren
**Sent:** Wednesday, April 16, 2008 4:53 PM
**To:** Housley, Michael; Pierre-Louis, Stanley
**Subject:** FW: BY on YOU TUBE

Mike, white list this url

Stan, did you know about this, or did they go rogue

---

**From:** Porch, Antonious
**Sent:** Wednesday, April 16, 2008 4:23 PM
**To:** Solow, Warren
**Subject:** FW: BY on YOU TUBE

We are marketing our tour!

---

**From:** Vargo, Susan
**Sent:** Wednesday, April 16, 2008 3:56 PM
**To:** Porch, Antonious
**Cc:** Rosenstein, Stuart
**Subject:** FW: BY on YOU TUBE

Hi Antonious,  I wanted to let you know that we have placed the following B-Roll for the Backyardigans Live tour on youtube.  Please let us know if you need any further information.

Thanks!

---

**From:** Andy Holland [mailto:andy.holland@broadwayacrossamerica.com]
**Sent:** Wednesday, April 16, 2008 3:52 PM
**To:** Amy Gentry
**Cc:** Rosenstein, Stuart; Vargo, Susan; Stacey Burns; Nunez, Erica - Nick; jennifer.costello@broadwayacrossamerica.com
**Subject:** Re: BY on YOU TUBE

Hello-

The Backyardigans B-Roll is up on You Tube. You can see it here:
http://youtube.com/watch?v=SqNAhB5B6-Q

The keywords I used for searching are:

Backyardigans
Live
Tour
Tale
Mighty
Knights
USA
Nickelodeon
Concert

Please let me know if there are more you'd like me to add.

Thanks!

On 4/15/08, **Amy Gentry** <amy.gentry@broadwayacrossamerica.com> wrote:
> Great.  Andy is working on this now and will hopefully have this up today.  Will keep you posted and send
> over the different names we're under.
>
> On Tue, Apr 15, 2008 at 8:12 AM, Rosenstein, Stuart <Stuart.Rosenstein@nick.com> wrote:
>
>> Hey Amy - Spoke to our online group last night and we are free to post on YouTube as long as we own the rights to
>> the footage which we do . I think we should do that  right away as we all know that the Canadian show is on the top
>> of the queue and we should knock them off there
>>
>> Up to you but I would guess it would be a section of b-roll with multiple similar postings under different names to
>> capture the search engine inquiries
>>
>> Backyardigans Live USA
>> Backyardigans Live Show
>> Backyardigans Live - Nickelodeon
>>
>> Others?
>>
>> What ever names you post under should be conveyed to Susan who will send to Antonious Porch in Online Legal for

their Youtube list

tx

**Stuart Rosenstein**
Senior Vice President
Resorts & Theatricals
Nickelodeon Recreation
(212) 258 -7764
(212) 846-1833 (F)

--
NOTE NEW EMAIL ADDRESS: amy.gentry@broadwayacrossamerica.com

Amy Gentry
Broadway Across America
Senior Director of Marketing
█████████ / 206-622-8749 fx
2033 6th Ave, Suite 995 | Seattle, WA | 98121

GO TO http://lntpstore.hipcricket.com/ to opt in to receive information about our family shows via text message!

**Housley, Michael**

| | |
|---|---|
| **From:** | Sean Ray [seanr@baytsp.com] |
| **Sent:** | Monday, June 16, 2008 9:24 PM |
| **To:** | Housley, Michael |
| **Cc:** | Andrea Cordone; Elliott Kohtz; Evelyn Espinosa; Tim Methenitis |
| **Subject:** | MTVN white-list |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | MTVN white-list.pdf |

Attached is a complete list of usernames white-listed for MTVN

The following usernames were in CIMS before Andrea started in a rule called VIRAL PLACEMENT:
Wiredset
thatisalsofunny
thatsfunny

Since then we have added these:
Blunty3000
2008classicawards

The following usernames were in CIMS before Andrea in a rule called MTVN Partners:

BadBoyRecords
bestweekevertv
blacktreemedia
bpfrecords
bravenewfilms
bullrunvideo
CBS
DamonJohnson
digitalfilmmaker
FutureWorld77
irenemariemodels
Isitfridayyet
jerseymouth1
ladyfragment
laurenceegibbs
LiberalViewer
reaction2006
reno911miami
shishka
Snackboard
SpikeTV
thesparksfly
TNAWrestling
TXCANY
universalmusicgroup
vh1staff
Victorweb
Vlogging
Wiredset

If you have any questions or need any further assistance please let us know.

Regards,

Sean Ray
Client Services
BayTSP, Inc.
408-341-2300 (Main)
408-341-2399 (Fax)
AIM Handle: seanray13
seanr@baytsp.com
www.baytsp.com
**Save the date!  Join us for "One World 2008:  Managing Piracy in the Global Village" -  BayTSP's 5th Annual Anti-Piracy Conference September 15-17th!  Join us!**
The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

---

**From:** Elliott Kohtz
**Sent:** Monday, June 16, 2008 5:28 PM
**To:** paramount_dailies
**Cc:** Paramount_dailies_cc; Bryan Mejia; Timothy Methenitis
**Subject:** Spiderwick Chronicles Daily Report 06-16-08


## Tracking and Enforcement Update
**This report reflects data gathered yesterday.**


## RADAR Alerts:

HIGHLY CONFIDENTIAL
1/22/2010

Discovered - 0
Pending - 25
Verified - 0
Discarded - 0

**As of 2 AM on Monday Jun 16, RADAR has detected no new sources claiming to be Spiderwick Chronicles. We have verified no releases, discarded no releases, and are in the process of finding download sources for all other releases. Please refer to individual RADAR Alerts for potential new detections not covered in this report period.**

**<u>Infringements:</u>**
P2P - 1505
Non P2P - 0
Streaming - 0
Cumulative - 205448

**<u>Top Protocols:</u>**
eDonkey  - 1028
BitTorrent  - 477

**<u>Top Countries:</u>**
Germany - 807
United Kingdom - 106
Israel - 81
USA - 50
France - 47

Regards,

Elliott Kohtz
BayTSP, Inc.
Client Service Support
Elliottk@baytsp.com
AIM: elliottbaytsp
Direct: 408.341.2320

**Save the date!  Join us for "One World 2008:  Managing Piracy in the Global Village" -  BayTSP's 5th Annual Anti-Piracy Conference September 15-17th!  Join us!** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed.  If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email and delete the message from your system.  Please do not copy the message or distribute it to anyone. This message was prepared at the request of counsel.

Attached is a complete list of usernames white-listed for MTVN

The following usernames were in CIMS before Andrea started in a rule called VIRAL PLACEMENT:
>
> Wiredset
> thatisalsofunny
> thatsfunny

Since then we have added these:
>
> Blunty3000
> 2008classicawards

The following usernames were in CIMS before Andrea in a rule called MTVN Partners:

BadBoyRecords
bestweekevertv
blacktreemedia
bpfrecords
bravenewfilms
bullrunvideo
CBS
DamonJohnson
digitalfilmmaker
FutureWorld77
irenemariemodels
Isitfridayyet
jerseymouth1
ladyfragment
laurenceegibbs
LiberalViewer
reaction2006
reno911miami
shishka
Snackboard
SpikeTV
thesparksfly
TNAWrestling
TXCANY
universalmusicgroup
vh1staff
Victorweb
Vlogging
Wiredset

Complete MTVN white-list

ArtisanNewsService
BAAFamily
BadBoyRecords
barelypolitical
BdubEtv
bestweekevertv
blacktreemedia
bpfrecords
bravenewfilms
BroadwayJoe
BroadwayJoe415
bullrunvideo
CBS
ChannelFrederator
cimatics
Damonjohnson
digitalfilmmaker
duke12085
Edwardtubbs
fanscapevideos
FanscapeVideos4U
FiveChemical
freeforlife112
FreshTakes
FutureWorld77
GossipGirl40
HGiantVid
irenemariemodels
Isitfridayyet
JackassWorldMTV
jerseymouth1
ladyfragment
Lakeshore Records
lakeshoreent
lakeshorerecords
laurenceegibbs
LiberalViewer
livinglegend
menudo
MyDamnChannel
OfficialReno911
Paraccount
Paramount
Paramount Pictures
ParamountPictures
ParentsConnect
ParkMyVibe
PinkStrawberry
PinkStrawberry1
powmadeak47
reaction2006
reno911miami
rollingoutTELEVISION

RunsHouseVideos
selfmag
shishka
Snackboard
spiketv
SpikeTV
TDSwriters
teodorafilm
thatisalsofunny
thatsfunny
Thatsnotfunny
themoviemonkey
thesparksfly
TNAWrestling
tomato808
turningthebig40
TVgasmdotcom
TXCANY
unversalmusicgroup
vh1staff
Victorweb
virtualmtv
VLogging
Wiredset
IrenaZilberman
Blunty3000
2008classicawards

## Housley, Michael

| | |
|---|---|
| **From:** | Sean Ray [seanr@baytsp.com] |
| **Sent:** | Thursday, May 14, 2009 1:06 PM |
| **To:** | Housley, Michael |
| **Cc:** | Elliott Kohtz |
| **Subject:** | RE: White-list |
| **Attachments:** | Paramount Video White-list.xls |

Mike,

Here is the Paramount White-list spreadsheet.

Regards,
Sean Ray
Client Service Manager
BayTSP, Inc.
408-341-2384 (Direct)
408-656-6067 (Mobile)
408-341-2399 (Fax)
AIM Handle: seanray13
seanr@baytsp.com
www.baytsp.com

**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

**From:** Housley, Michael [mailto:Michael.Housley@viacom.com]
**Sent:** Thursday, May 14, 2009 8:28 AM
**To:** Sean Ray
**Cc:** Elliott Kohtz
**Subject:** RE: White-list

Thanks, Sean. When you have a chance, please send me the current Paramount white-list.

**From:** Sean Ray [mailto:seanr@baytsp.com]
**Sent:** Tuesday, May 12, 2009 12:44 PM
**To:** Housley, Michael
**Cc:** Elliott Kohtz
**Subject:** RE: White-list

Mike,

YouTube user **jimgaffigancomic** has been added to the filters in BVM and CIMS. User **eutube** had already been added.

For your records I have attached the current Cleared User spreadsheet. I know I have not sent you and updated spreadsheet for quite some time.

Regards,

Sean Ray
Client Service Manager
BayTSP, Inc.
408-341-2384 (Direct)
408-656-6067 (Mobile)
408-341-2399 (Fax)
AIM Handle: seanray13
seanr@baytsp.com
www.baytsp.com

**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

**From:** Housley, Michael [mailto:Michael.Housley@viacom.com]
**Sent:** Tuesday, May 12, 2009 8:52 AM
**To:** Sean Ray
**Cc:** Elliott Kohtz
**Subject:** White-list

Sean,

If we have not already done so, please white-list the following username.

jimgaffigancomic

Thanks,

Mike





| Non-Viral & Not Classified | | | Viral White-list |
|---|---|---|---|
| ArtisanNewsService | Lakeshore Records | themoviemonkey | 2008classicawards |
| BAAFamily | lakeshoreent | ThePDEtube | alienatepeople |
| BadBoyRecords | lakeshorerecords | thesparksfly | Blunty3000 |
| BarackObama.com | laurenceegibbs | TNAWrestling | fanscapemtv |
| barelypolitical | LiberalViewer | tomato808 | funnyvids222 |
| BdubEtv | livinglegend | turningthebig40 | luvinthen |
| bestweekevertv | MediocreFilms | TVgasmdotcom | mahalodotcom |
| blacktreemedia | menudo | TXCANY | mtvfanscape |
| bpfrecords | mirandacosgrove | unversalmusicgroup | MTVPressClips |
| bravenewfilms | MultiVuOnline | upinl | newrealitytv |
| BroadwayJoe | MyDamnChannel | VenetianPrincess | NickKCA |
| BroadwayJoe415 | nalts | vh1staff | ParamountGermany |
| bullrunvideo | NRDCflix | Victorweb | paramountpictureshow |
| CBS | OfficialReno911 | virtualmtv | PPUKPictureShow |
| ChannelFrederator | Paraccount | VLogging | upinl |
| charlestrippy | Paramount | VoteRonWhite | vcr345 |
| cimatics | Paramount Pictures | waverlyflams | Wiredsetvideo |
| collegehumor | ParamountFrance | waverlyflams | |
| Damonjohnson | ParamountPictures | Wiredset | |
| dasDing | ParentsConnect | yogabbagabba | |
| digitalfilmmaker | ParkMyVIbe | | |
| DionneTv | parrygripp | | |
| duke12085 | parrygrippradio | | |
| Edwardtubbs | PinkStrawberry | | |
| egamimedia | PinkStrawberry1 | | |
| Equality4All | powermadeak47dotcom | | |
| eutube | powmadeak47 | | |
| fanscapevideos | reaction2006 | | |
| FanscapeVideos4U | reno911miami | | |
| FiveChemical | rollingoutTELEVISION | | |
| freeforlife112 | RunsHouseVideos | | |
| FreshTakes | selfmag | | |
| FutureWorld77 | shaycarl | | |
| Gadzoo01 | shishka | | |
| GossipGirl40 | Snackboard | | |
| HGiantVid | spiketv | | |
| IrenaZilberman | SpikeTV | | |
| irenemariemodels | StarTrekLeFilm | | |
| ISATKM | sugarscaper | | |
| Isitfridayyet | TDSwriters | | |
| JackassWorldMTV | teodorafilm | | |
| jerseymouth1 | thatisalsofunny | | |
| jimgaffigancomic | thatsfunny | | |
| JohnMcCain.com | Thatsnotfunny | | |
| ladyfragment | TheDocklands | | |

| Non-Viral & Unknown | | | Viral list |
|---|---|---|---|
| PinkStrawbery1 | fueltv | redrawndog | Paramount 2009 |
| "FXLover" | fueltvoap | reno911miami | Paramount 2010 |
| adultswimdotcouk | FUELTVSHOWMEYOURID | reyesdelacalle | Wiredset |
| AlvinDanceSteps | FutureWorld77 | senha: senharei | RockYouInc |
| AlwaysSunnyFX | FXDirt | shishka | alienatepeople |
| Arkanet | FXTheRiches | Simpsonsmoviechannel | luvinthen |
| AustinOz06 | giagirl | simpsonsofilme | ParamountGermany |
| BadBoyRecords | gossipgirltvofficial | Snackboard | paramountpictureshow |
| bb0s | gypsyvixen | spiketv | |
| bestweekevertv | h0mer001 | SpikeTV | |
| blacktreemedia | hapanesegirl | squareguy | |
| Blip | horrorzone89 | Substance001trailers | |
| bpfrecords | HortonGB | sunshinefan07 | |
| bravenewfilms | huluDotCom | sunshinemovie | |
| BroadwayJoe | imagenesdelmasalla | sunspotscompetition | |
| BroadwayJoe415 | imagensdoalem | superdeluxecomedy | |
| bufalodelanoche | irenemariemodels | Tastefullymine | |
| cafehopping | Isitfridayyet | tcfmexico | |
| canyouhandleit | JackassWorldMTV | tcmclassicshorts | |
| CBS | jerseymouth1 | Thatisalsofunny | |
| CBSNewsOnline | Jonnysleftfoot | Thatsfunny | |
| clr1616 | julianwlai | Thatsnotfunny | |
| Damonjohnson | kackylacky | Thegypsyvixen | |
| Davedore | ladyfragment | themoviemonkey | |
| Digestor2365 | Lakeshore Records | thesparksfly | |
| Digi80 | lakeshoreent | Timmsie | |
| DMGIfamily | lakeshorerecords | TNAWrestling | |
| dnafilmsltd | laurenceegibbs | tsuemetai07 | |
| durodematar4 | LiberalViewer | TXCANY | |
| Eibrandedcontent | madmanonline | vh1staff | |
| eyeofbeholder | menghsitsai | Victorweb | |
| FanscapeVideos4U | michel@10minutos.com.br | VideoNasty | |
| filmmakerdotcom | minkmomo | VLogging | |
| FiveChemical | Miranda4444 | WarnerBrosOnline | |
| foxabulous | mksuperdeluxe | wemakevideonasty | |
| foxatomic | NBC | Wfox | |
| FoxBroadcasting | news4uandi | wigfilms | |
| foxdigitalcopy | nktomic | wvlover | |
| foxfutvolley | Paraccount | JohnMcCain.com | |
| foxhomede | Paramount | BarakObama.com | |
| FoxKino | Paramount Pictures | strangewildernessuk | |
| FoxMovies | ParamountPictures | egamimedia | |
| Foxrental | ParkMyVibe | StarTrekLeFilm | |
| foxsearchlight | PinkStrawberry | ParamountFrance | |
| foxsearchlight1 | powermadeak47dotcom | | |
| foxtvdvd | powmadeak47 | | |
| Foxwtb | reaction2006 | | |
| freeforlife112 | reaction2006 | | |



# Schapiro Exhibit 141

| **From:** | Mark M. Ishikawa |
|-----------|------------------|
| **Sent:** | Saturday, October 28, 2006 11:06 PM |
| **To:** | Perry, Alfred - Paramount |
| **Cc:** | John Salter; Scott Martin |
| **Subject:** | pending authorization |

Al,

We are going to hold off on removing the OTH clips on YouTube cause we do not know which videos Marketing has put up.  Pls call me ASAP with further instructions.

Mark

HIGHLY CONFIDENTIAL



**Schapiro Exhibit 142**

Subject: Fw: Fw: MI:3
From: "Alfred Perry" <>
To: Scott Martin
Cc: Date: Wed, 19 Apr 2006 23:47:28 +0000

Redacted
for Privilege ████████████████████████████

----------------------------------------------------

Sent from my BlackBerry wireless handheld

From: Alfred Perry
Sent: 04/19/2006 04:46 PM
To: Bryan Warman
Cc: Amy Powell
Subject: Re: Fw: MI:3

Thanks to all....we hoped as much.

----------------------------------------------------

Sent from my BlackBerry wireless handheld

From: Bryan Warman
Sent: 04/19/2006 04:45 PM
To: Alfred Perry
Cc: Amy Powell
Subject: Re: Fw: MI:3

Alfred, Dan & Joe,

None of the below scenes mistakenly listed as "leaked" in this article were leaked at all, they were all brought online this week as pat of normal online publicity before the release of the film.

These 2 clips plus 7 others are all online on numerous websites including the official site at MissionImpossible.com

Hope this helps clear up any confusion...

Please feel free to let Amy Powell or myself know if there are any other questions or concerns about these or any other clips online.

Bryan Warman
Creative Director
Motion Picture Interactive Marketing
Paramount Pictures
5555 Melrose Avenue - Marathon, 3204
Hollywood, CA 90038
P: 323.956.8275 | F: 323.862.1107

----- Replied by Bryan Warman on 4/19/2006 4:41:50 PM
--------------------------------------------------------------------------

From: Alfred Perry
Sent: 04/19/2006 04:37 PM
To: Amy Powell
Subject: Fw: MI:3

----- Forwarded by Alfred Perry/PHE/MP/Paramount_Pictures on 04/19/2006 04:36 PM -----

From:Alfred Perry

04/19/2006 04:32 PM
To: Scott Martin
cc:
Subject: Fw: MI:3

████████████████████████████████████████████████

---------------------------------------------------

Sent from my BlackBerry wireless handheld

From: Joe Ruvalcaba
Sent: 04/19/2006 04:27 PM
To: Alfred Perry
Subject: Fw: MI:3

I just spoke with Dan Seymour and Brad Borchard from the MPA re. MI:3 scenes found on YouTube.com. ████

The 3 clips I found on the site are:

1. Mission Impossible 3: I've Got a Signal
2. Mission Impossible 3: Are You In
3. MI:3 Trailer

Also noting that an article was posted today on the FOX NEWS website indicating scenes have hit the Internet.

Here's a cut and paste of the article:

'Mission: Impossible' Scenes Hit Internet
    Tom Cruise's baby was not the only birth in his life over the past 24 hours. Today, scenes from his upcoming thriller, "Mission: Impossible 3," are being leaked to the Internet.
    In the last day or so, two scenes have made it onto youtube.com. They aren't trailers. These are scenes. One of them is called "I've Got a Signal" and the other is "Are You In?"
    Both scenes are a minute long. The first one is an action sequence with Ving Rhames and Jonathan Rhys-Myers. You can't really judge it, but it's very colorful chase that ends with a big explosion. The sound is good enough that the clip will definitely whet appetites for more.
    The second scene, however, is less exciting. It's Tom delivering an impassioned speech to Rhames and Rhys-Myers in front of a clear planning board. Honestly, it looks a little like an outtake from "Minority Report."
    But at least there's a funny little spoiler: it seems that Philip Seymour Hoffman's villain is named Oscar Davian, a tribute to his longtime manager and friend Davien Littlefield. The character is referred to in the movie by his last name, so there's a lot of talk about "Davian." It's a nice inside joke.
    It's hard to say whether Paramount has authorized these clips as a way of stoking interest in the $200 million film (that includes promotion), or if some snarky person in the production office is behind the leaks.
    And if there are two today, are more coming? The answer is probably yes. Paramount's mission, if they choose to accept it, may be to stem the tide in coming days.
    The clips can be found on youtube simply by typing in Cruise's name or the name of the movie in the search engine.
    But be warned: you will also find several parodies of the film and of Cruise himself regarding Katie Holmes and Scientology. They are almost more fun to watch than the clips.

----- Forwarded by Joe Ruvalcaba/PHE/MP/Paramount_Pictures on 04/19/2006 04:16 PM -----

From:<Dan_Seymour@mpaa.org>
04/19/2006 04:14 PM
To: <Joe_Ruvalcaba@paramount.com>
cc:
Subject: FW: MI:3

Daniel Seymour
Internet Investigations Manager
Worldwide Internet Enforcement
Motion Picture Association of America
818.995.6600

From: Borchard, Brad
Sent: Wednesday, April 19, 2006 3:43 PM
To: Seymour, Dan; Bergstrom, Peter; Winter, Craig; Yang, Jason; Huang, Eddie; Gischner, Michael
Subject: MI:3
Importance: High

Saw that two scenes have been leaked onto YouTube.com. Anyway we can confirm that this is the studio doing this to create buzz or do we have a serious leak that we need to start tracking on?

http://www.foxnews.com/story/0,2933,192331,00.html

Brad

Powered by CardScan

# Schapiro Exhibit 143

| From: | Al Perry |
|---|---|
| Sent: | Friday, June 22, 2007 12:04 AM |
| To: | Warren Kim; Courtney Nieman; Amy Powell; Tipton, Kristina - Paramount |
| Cc: | Mark M. Ishikawa; Evelyn Espinosa; Scott Martin |
| Subject: | RE: Transformers |

---

**From:** Warren Kim [mailto:warrenk@baytsp.com]
**Sent:** Thursday, June 21, 2007 4:27 PM
**To:** Courtney Nieman; Perry, Alfred - Paramount; Powell, Amy - Paramount; Tipton, Kristina - Paramount
**Cc:** Mark M. Ishikawa; Evelyn Espinosa
**Subject:** RE: Transformers

Courtney/Blair-
Do not send notices for these clips until you get confirmation.  IGN clips are almost always all authorized.  Some of these may be from the EPK DVD.  And I recognize some of the footage from TV spots and other sneak clips.

Al/Amy/Kristina —
We will not send any takedown notices until we receive confirmation from you.

Thank you,
Warren

---

**From:** Courtney Nieman
**Sent:** Thursday, June 21, 2007 4:20 PM
**To:** Al Perry; Amy Powell
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Warren Kim
**Subject:** FW: Transformers
**Importance:** High

We found these just a short time ago.  I have asked Blair to send take down notices on them.  They don't look like teasers or trailers.  Many scenes I haven't picked up on before.  Let me know if you want me to stop the take down notices.

Courtney Nieman
**From:** Blair Taylor
**Sent:** Thursday, June 21, 2007 4:10 PM
**To:** Warren Kim; Courtney Nieman
**Subject:** Transformers

yugiohtcgcollector02

http://www.youtube.com/watch?v=5G8Tcms6xQk
http://www.youtube.com/watch?v=3v1NUJze4nI
http://www.youtube.com/watch?v=rSVdjKXmVD0
http://www.youtube.com/watch?v=VG3OjK41Q8E
http://www.youtube.com/watch?v=fyCNSWALU6k
http://www.youtube.com/watch?v=wZRELoQN-HQ
http://www.youtube.com/watch?v=wxxnlle5K_g
http://www.youtube.com/watch?v=RDPGh6hsW0g
http://www.youtube.com/watch?v=Esyyx1i1_nQ

This user has all the above clips on YouTube.  To me they do not appear to be parts of the trailer.  Please advise~

Thanks
b

6/11/2008

....................................
Blair Taylor
Client Services Support
BayTSP, Inc
blairt@baytsp.com
408.341.2300
....................................

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

6/11/2008

# Schapiro Exhibit 144

Subject: RE: BayTSP | Transformers Search Update | 5/8/07
From: "Powell, Amy - Paramount" <EX:/O=VIACOM/OU=PARAMOUNT/CN=
RECIPIENTS/CN=POWELLAM>
To: Warren Kim; Perry, Alfred - Paramount; Martin, Scott - Paramount
; Salter, John - Paramount; Christiansen, Mark - Paramount
Cc: Mark M. Ishikawa; Courtney Nieman; Sarah Cruz; RADAR
Date: Wed, 09 May 2007 03:39:52 +0000

Please do NOT take this down. tx

––––––

From: Warren Kim [mailto:warrenk@baytsp.com]
Sent: Tue 5/8/2007 9:50 AM
To: Powell, Amy - Paramount; Perry, Alfred - Paramount; Martin, Scott - Paramount; Salter, John - Paramount;
Christiansen, Mark - Paramount
Cc: Mark M. Ishikawa; Courtney Nieman; Sarah Cruz; RADAR
Subject: BayTSP | Transformers Search Update | 5/8/07

We have not found any additional video detections for Transformers that match the search criteria. There is a short
clip of TF footage shown on the Ellen Degeneres show:

http://www.youtube.com/watch?v=01Uky6nQJVQ

We will not take action on this unless instructed to do so.

Thank you,

---------------------------------------------
Warren Kim

Manager, Team RADAR
BayTSP, Inc.

Phone: (408) 341-2300
AIM: BayTSP Warren
---------------------------------------------

Be sure to visit www.baytsp.com/weblog for the latest P2P news...

The information contained in this email message may be confidential and is intended only for the parties to whom it is
addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or
email and delete the message from your system. Please do not copy the message or distribute it to anyone.

# Schapiro Exhibit 145

**From:** Kelly Seaman [kseaman@google.com]
**Sent:** Saturday, March 01, 2008 1:44 AM
**To:** Myers, Jake - Paramount Vantage
**Cc:** Teifeld, Tamar - Paramount; Andrea Cordone; Arian Hormozi; Mark Hall; Sarah Cruz; Sean Ray
**Subject:** [text][html] Re: [text][heur] Re: [C#246525705] DMCA Counter Notification - from: TheFilmFactoryUK - re:Paramount Pictures Corp.

That is correct. Jake, those videos can be taken down now if that's your preference.

On Fri, Feb 29, 2008 at 5:28 PM, Myers, Jake - Paramount Vantage <jake.myers@paramountvantage.com> wrote:
I uploaded all these per the request of Kelly Seaman from Youtube, for
their Oscar showcase...


Jake Myers
Paramount Vantage
Interactive Marketing
5555 Melrose Ave., Lasky 108
Los Angeles, CA 90038
Ph: 323.956.2876
AIM: jakemyers2001

How She Move
In Theaters Now
www.howshemove.com

-----Original Message-----
From: Teifeld, Tamar - Paramount
Sent: Friday, February 29, 2008 5:07 PM
To: 'Andrea Cordone'
Cc: Arian Hormozi; Hall, Mark - Paramount; Sarah Cruz; Sean Ray; Myers,
Jake - Paramount Vantage
Subject: RE: [text][heur] Re: [C#246525705] DMCA Counter Notification -
from: TheFilmFactoryUK - re:Paramount Pictures Corp.

There will be blood is a Vantage film. Jake from the online team there
can help you with this. He is CC'd here.

-----Original Message-----
From: Andrea Cordone [mailto:andreac@baytsp.com]
Sent: Friday, February 29, 2008 3:21 PM
To: Teifeld, Tamar - Paramount
Cc: Arian Hormozi; Hall, Mark - Paramount; Sarah Cruz; Sean Ray
Subject: FW: [text][heur] Re: [C#246525705] DMCA Counter Notification -
from: TheFilmFactoryUK - re:Paramount Pictures Corp.

Hello Tamar,

Today we received the following counter- notification, however it is
unclear whether the content is infringing. I have attached a copy of
the clip for your review.

The identifying information is as follows:

6/23/2008

HIGHLY CONFIDENTIAL                                                              BAYTSP 001088445

Notice ID: 10679
Asset: THERE WILL BE BLOOD
Protocol: YouTube
Video Title: There Will Be Blood - We Have Oil Here
Video Length: 137
Timestamp: 27 Feb 2008 07:59:10 GMT
Last Seen Date: 27 Feb 2008 08:06:09 GMT
URL: http://www.youtube.com/watch?v=ohtElSm4ce0
Username (if available): TheFilmFactoryUK

Please let us know what action to proceed with.

Best Regards,

Andrea Cordone
Client Services Manager
BayTSP, Inc.
408.341.2365
andreac@baytsp.com

The information contained in this email message may be confidential and
is intended only for the parties to whom it is addressed. If you are
not the intended recipient or an agent of same, please notify us of the
mistake by telephone (408-341-2300) or email and delete the message from
your system. Please do not copy the message or distribute it to anyone.
This message was prepared at the request of counsel.

-----Original Message-----
From: Nicole Manske
Sent: Friday, February 29, 2008 8:17 AM
To: Andrea Cordone
Cc: Arian Hormozi; Leland Woo
Subject: FW: [text][heur] Re: [C#246525705] DMCA Counter Notification -
from: TheFilmFactoryUK - re:Paramount Pictures Corp.

Here is a counter notice for Paramount.

Nicole Manske
Compliance Administrator :: BayTSP Inc.
PO Box 1314 Los Gatos, CA 95031
www.baytsp.com
408-341-2300 - Main
408-341-2342 - Direct
408-341-2399 - Fax

---------------------------------------------------------------

The information contained in this email message may be confidential and
is intended only for the parties to whom it is addressed. If you are not
the intended recipient or an agent of same, please notify us of the
mistake by telephone or email and delete the message from your system.
Please do not copy the message or distribute it to anyone

From: Copyright Service [mailto:copyright@youtube.com]
Sent: Thursday, February 28, 2008 8:14 PM
To: Copyright-Compliance
Subject: [text][heur] Re: [C#246525705] DMCA Counter Notification -
from: TheFilmFactoryUK - re:Paramount Pictures Corp.

Hi there,


We received the attached counter-notification in response to a complaint
you filed with us. As described in the United States Digital Millennium
Copyright Act (DMCA) 17 U.S.C. 512, by this email, we're providing you
with the counter-notification and await your notice (in not more than 10
days) that you've filed an action seeking a court order to restrain the
counter-notifier's allegedly infringing activity. Such notice should be
submitted by replying to this email. If we don't receive notice from
you,
we will reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.


Sincerely,

Harry
The YouTube Team


Original Message Follows:
------------------------
From: Jim Forsyth <jim.forsyth@theppc.com>
Subject: YouTube DMCA Counter-Notification
Date: Thu, 28 Feb 2008 10:00:13 +0000

Dear YouTube,

I am the producer for www.therewillbeblood.co.uk - the UK site for the
movie, 'There Will Be Blood'. All clips that we have used on this site
and
YouTube have been ok'd by Paramount Pictures.

Please put the video back up on YouTube as there is no good reason for
it
to
have been taken down.

Kind Regards

Jim

1. URL: There Will Be Blood - We Have Oil Here:
http://uk.youtube.com/watch?v=ohtElSm4ce0

2. Jim Forsyth, 91 Berwick Street, London, Soho UK. -
jim.forsyth@theppc.com
YouTube username: TheFilmFactoryUK

6/23/2008

HIGHLY CONFIDENTIAL                                                          BAYTSP 001088447

3. I consent to the jurisdiction of Federal District Court for the judicial
district in which your address is located (or San Francisco County,
California if your address is outside of the United States), and that you
will accept service of process from the person who provided notification
under subsection (c)(1)(C) or an agent of such person.

4. I swear, under penalty of perjury, that I have a good faith belief that
the material was removed or disabled as a result of a mistake or
misidentification of the material to be removed or disabled.

5. Signature attached.

---

This email has been scanned for all viruses by the MessageLabs SkyScan
service.

--
Kelly Seaman
Content Partnerships
YouTube
901 Cherry Avenue
San Bruno, CA 94066
kseaman@youtube.com
█████████████
F: 650-963-3367