**Apple TV/YouTube Announcement Coverage**
**May 30, 2007**

Apple says YouTube to be available on Apple TV
**Reuters**
May 30, 2007
http://in.today.reuters.com/News/newsArticle.aspx?type=technologyNews&storyID=2007-05-31T050037Z_01_NOOTR_RTRJONC_0_India-300726-2.xml

Reuters pick up:
    **CNN Money**
    **EarthTimes.org**
    **Hollywood Reporter**
    **InformationWeek**
    **KPLC TV**
    **National Post**
    **Red Herring**
    **Scientific American**
    **Scotsman**
    **Washington Post**
    **WIS**

Apple says YouTube coming to Apple TV
May Wong
**Associated Press**
May 30, 2007
http://www.businessweek.com/ap/financialnews/D8PEVVJO0.htm

Associated Press pick up:

| | |
|---|---|
| **ABCMoney.co.uk** | **Monterey County Herald** |
| **amNewYork** | **MSN Money** |
| **AZCentral.com** | **MSNBC** |
| **Brandon Sun** | **Newsday** |
| **Brisbane Times** | **Philadelphia Daily News** |
| **BusinessWeek** | **Philadelphia Inquirer** |
| **Canada.com** | **Press-Enterprise** |
| **Central Florida News** | **San Francisco Chronicle** |
| **Centre Daily Times** | **San Jose Mercury News** |
| **Columbus Ledger-Enquirer** | **San Luis Obispo Tribune** |
| **Denver Post** | **Seattle Post Intelligencer** |
| **Desert News** | **Sydney Morning Herald** |
| **Forbes** | **The Age** |
| **Fox News** | **The Ledger** |
| **Hemscott** | **The News Tribune** |
| **International Herald Tribune** | **The Olympian** |
| **KESQ** | **Times Daily** |
| **KSBY** | **Town Hall** |
| **KTAR** | **Wilmington Morning Star** |
| **KTSP** | **WKRN** |
| **Lompoc Record** | **Worcester Telegram** |
| **Macon Telegraph** | **WRAL** |
| **Miami Herald** | **Wyoming News** |

Confidential

YouTube Wins A Seat On The Couch
Dan Frommer
**Forbes.com**
May 30, 2007
http://www.forbes.com/digitalinfrastructure/2007/05/30/apple-google-youtube-tech-intel-cx_df_0530appletube.html

D5: Steve Jobs and his gadgets
Dan Fost
**San Francisco Chronicle**
May 30, 2007
http://www.sfgate.com/cgi-bin/blogs/sfgate/detail?blogid=19&entry_id=17085

YouTube content to be available on Apple TV
Rex Crum
**MarketWatch**
May 30, 2007
http://www.marketwatch.com/news/story/apple-make-youtube-content-available/story.aspx?guid=%7B873FA3D8-A3F5-4D1C-A549-27217C1BF30C%7D

YouTube Comes to Apple
Daniel Del'Re
**TheStreet.com**
May 30, 2007
http://www.thestreet.com/_dm/newsanalysis/techhardware/10359726.html

Apple Makes Product Available to YouTube
Daisy Whitney
**TV Week**
May 30, 2007
http://www.tvweek.com/news.cms?newsId=12121

Apple TV set to download YouTube
Tom Krazit
**CNET News.com**
May 30, 2007
http://news.com.com/Apple+TV+set+to+download+YouTube/2100-1041_3-6187650.html

Apple TV to begin streaming YouTube
**Silicon Valley / San Jose Business Journal**
May 30, 2007
http://sanjose.bizjournals.com/sanjose/stories/2007/05/28/daily32.html

Apple TV gets married to YouTube
Douglas McIntyre
**Blogging Stocks**
May 30, 2007
http://www.bloggingstocks.com/2007/05/30/apple-tv-gets-married-to-youtube/

GOO001-07726988

Market Report
**Briefing.com**
May 30, 2007
http://news.moneycentral.msn.com/provider/providerarticle.aspx?Feed=BCOM&Date=20070530&ID=6973739

Briefing.com pick up:
**MSN Money**

YouTube videos to play on Apple TV
**AFP News Brief**
May 30, 2007
http://www.france24.com/france24Public/en/administration/afp-news.html?id=070531001359.gim5qwlr&cat=null

Apple TV Gets YouTube, Larger Hard Drive
Tim Gideon
**PC Magazine**
May 30, 2007
http://www.pcmag.com/article2/0,1895,2138952,00.asp

Apple bringing YouTube to Apple TV
Jim Dalrymple
**Macworld**
May 30, 2007
http://www.macworld.com/news/2007/05/30/youtubetv/index.php

Macworld pick up:
**PC World**

Apple TV to offer YouTube content
Annabel McAleer
**PC World (New Zealand)**
May 30, 2007
http://pcworld.co.nz/pcworld/pcw.nsf/feature/0199E8A6787A7B67CC2572EB0080BBA5

Apple debuts Apple TV with 160GB hard drive, YouTube integration coming mid-June
**Mac Daily News**
May 30, 2007
http://macdailynews.com/index.php/weblog/comments/13753/

Briefly: YouTube on Apple TV; iPod battery
**MacNN**
May 30, 2007
http://www.macnn.com/articles/07/05/28/youtube.on.apple.tv/

Apple TV to Serve Up YouTube
**Multichannel News**
May 30, 2007
http://www.multichannel.com/article/CA6447815.html

Apple Partners With YouTube
Andy Patrizio
**InternetNews.com**
http://www.internetnews.com/wireless/article.php/3680621

YouTube coming to Apple TV
Stuart Miles
**Pocket Lint**
May 30, 2007
http://www.pocket-lint.co.uk/news/news.phtml/7959/8983/youtube-coming-to-apple-tv.phtml

Apple TV upgraded: YouTube and 160GB HD
Danny Gorog
**APC (MSN)**
May 30, 2007
http://www.apcmag.com/6240/apple_tv_gives_more

YouTube officially coming to Apple TV!
**TechWack!**
May 30, 2007
http://news.techwhack.com/5890/apple-tv-youtube/

Apple TV Adds YouTube, Larger Hard Drive
Tim Gideon
**ExtremeTech**
May 30, 2007
http://www.extremetech.com/article2/0,1697,2138982,00.asp

YouTube on your Apple TV
Stephen Withers
**IT Wire**
May 30, 2007
http://www.itwire.com.au/content/view/12546/53/

Apple TV gains YouTube support, 160GB option
Aidan Malley
**Apple Insider**
May 30, 2007
http://www.appleinsider.com/articles/07/05/30/apple_tv_gains_youtube_support_160gb_option.html

Apple TV gets official YouTube support, maybe HD content (updated)
Jacqui Cheng
**Ars Technica**
May 30, 2007
http://arstechnica.com/journals/apple.ars/2007/05/30/forget-plugins-youtube-gets-official-apple-tv-support-from-apple

Apple TV to Have YouTube Access
**Gearlog**
May 30, 2007
http://www.gearlog.com/2007/05/apple_tv_to_have_youtube_acces.php

---

Apple says YouTube to be available on Apple TV
**Reuters**
May 30, 2007
http://in.today.reuters.com/News/newsArticle.aspx?type=technologyNews&storyID=2007-05-31T050037Z_01_NOOTR_RTRJONC_0_India-300726-2.xml

SAN FRANCISCO (Reuters) - Apple Inc. said on Wednesday that Google Inc.'s YouTube Internet video site will soon be available on its Apple TV set-top box.

Starting in mid-June, Apple TV will stream videos wirelessly from the Internet on YouTube, the company said. Thousands of the most current and popular YouTube videos will be available then, it said.

Apple TV works with iTunes to play users' content -- video, movies, television shows and the like -- wirelessly on a wide-screen television.

Apple also on Wednesday launched iTunes Plus, a music download service that has no copy-protection software limiting consumers' use of the songs. It features artists with EMI Group, including Coldplay, The Rolling Stones and Joss stone.

Jobs has called on the music industry to allow online retailers like iTunes to sell digital songs without restrictions to give the digital music sector a boost and give consumers what they want.

EMI said in April that it would allow retailers to sell its music without protection, with its first partner being Apple. Earlier this month, EMI said it would also work with online retailer Amazon.com Inc.

Along with the YouTube announcement, Apple said that YouTube members can also log in to their YouTube accounts on Apple TV to view and save videos.

MTV Networks owners Viacom Inc. said it would welcome the chance to license its content to Apple.

"We're always vigilant about protecting our copyrights. But we would welcome the opportunity to license our content to Apple as we do with all distributors," a Viacom spokesman said.

Viacom sued YouTube in March for $1 billion charging it with "massive intentional copyright infringement" after finding hundreds of thousands of Viacom-owned videos uploaded to the service without its permission.

Apple also said it was selling a new Apple TV with a 160 gigabyte hard drive. The drive has four times the storage of its previous TVs for up to 200 hours of video, 36,000 songs, 25,000 photos or a combination of each.

With a wireless, high-speed Internet connection, Apple TV can automatically sync content from one Mac or Windows PC or stream content from as many as five additional computers to a television without wires.

An Apple TV costs $299. The larger model will cost $399, and will be available on Thursday.

Shares of Apple rose $4.42, or 3.9 percent, to close at $118.77, after brokerage firm WR Hambrecht & Co. upgraded its price target on Apple to $125.

**###**

Apple says YouTube coming to Apple TV
May Wong
**Associated Press**
May 30, 2007
http://www.businessweek.com/ap/financialnews/D8PEVVJO0.htm

Apple Inc. said Wednesday it will soon introduce the ability for Apple TV users to access the popular YouTube service on their living room televisions through its video-streaming set-top-box.

Beginning in mid-June, users of the Apple TV device will be able to wirelessly stream videos directly from YouTube. The feature will help address what some observers have said was a shortcoming of Apple TV.

The slim, book-sized device streams movies and songs stored in the user's iTunes personal library but can't directly access Internet-based videos.

With the impending Apple TV feature, which will be available as a free software update, members of Google Inc.'s YouTube will be able to log on to their YouTube accounts right from their televisions.

"This is the first time users can easily browse, find and watch YouTube videos right from their living room couch, and it's really, really fun," said Steve Jobs, Apple's chief executive. "YouTube is a worldwide sensation, and Apple TV is bringing it directly from the Internet onto the widescreen TV."

Thousands of the most popular and current videos on YouTube will be available at launch and more will be added each week until the full YouTube catalog is accessible on Apple TV this fall, Apple said.

Apple also said it will begin offering on Thursday a beefier model of Apple TV, quadrupling its maximum storage capacity with a 160-gigabyte hard drive. Its price will be $399.

Shares of Apple closed at $118.77, up $4.42, or nearly 4 percent, and gained another 28 cents in extended trading.

Earlier in the day, Apple started selling, as expected, some songs without copy protection software on its iTunes Store -- a move that some analysts predict will be a model for future online music sales.

### ###

YouTube Wins A Seat On The Couch
Dan Frommer
**Forbes.com**
May 30, 2007
http://www.forbes.com/digitalinfrastructure/2007/05/30/apple-google-youtube-tech-intel-cx_df_0530appletube.html

YouTube has always had one big flaw: you needed a computer to see it. Now Google's friends at Apple are bringing goofy video back where it belongs--the living room couch.

Wednesday, Apple (nasdaq: AAPL - news - people ) chief Steve Jobs said a free software update coming next month to his company's Apple TV gadget will let users watch YouTube videos on their TVs--no computer required.

Confidential

Both companies win in this obvious move: Rabid YouTube fanatics can finally watch their favorite clips in a more comfortable setting. And would-be Apple TV buyers finally have a compelling reason to drop $300 on the gadget, whose other functions--streaming movies and music off a computer--are less exciting.

If this deal works, Apple has a head start on its competitors. But look for lots of tech giants--like Microsoft (nasdaq: MSFT - news - people ), Cisco (nasdaq: CSCO - news - people ) and Sony (nyse: SNE - news - people )--to jump in with similar products that have similar content deals.

And it's also not clear if Apple's YouTube variant will even be remotely similar to the Web version of YouTube. The video site previously wooed observers with a deal to distribute its videos on Verizon Wireless phones; the resulting product was a stripped-down snore.

Will YouTube's choppy video be watchable on your 42-inch high-def plasma? "You get what you get," Jobs says. Will TV networks and movie studios get even more upset when their illicitly uploaded clips can be viewed on a TV? Will searching (or browsing) be easy enough with Apple TV's tiny remote control? At this point, it's unclear.

Jobs dropped the news Wednesday at The Wall Street Journal's technology conference. Stay tuned: He speaks again later tonight in a rare appearance alongside Microsoft's Bill Gates.

Brian Caulfield and Rachel Rosmarin contributed to this report.

### ###

D5: Steve Jobs and his gadgets
Dan Fost
**San Francisco Chronicle**
May 30, 2007
http://www.sfgate.com/cgi-bin/blogs/sfgate/detail?blogid=19&entry_id=17085

One of the few places where Apple Inc. CEO Steve Jobs appears, outside of the Macworld Expo, is the D: All Things Digital conference, where famed Apple fan Walt Mossberg, tech columnist for the Wall Street Journal, is one of the co-hosts.

In his appearance on stage with Mossberg this morning, Jobs did not disappoint, offering up some news, a product demo, and a typically tart comment aimed at his rivals in Redmond, Wash.

Dan Farber/ZDNet

Walt Mossberg and Steve Jobs
Jobs said Apple remains on track to release its hotly anticipated iPhone in June, although he acknowledged that the company might squeak in on June 30.

He managed to simultaneously heighten and downplay expectations for the Apple TV product, calling it a "hobby," but saying that he once thought of the iPod in the same way, and Apple has now sold 100 million iPods. He said Apple TV does not aim to replace cable companies' set-top boxes, but instead to be a "DVD player for the Internet age," serving up all sorts of downloadable content to a television set.

His news, and his demo: YouTube videos will be available on Apple TV. He showed some hilarious videos, including one of a particularly limber break dancer, and another of a human slingshot.

"Since we got this working, we've been watching a ton of this stuff," he said, adding later, "It's amazing how mesmerizing these things are."

GOO001-07726993

Mossberg, in a reference to Apple's delayed operating system, then quipped, "Does that mean Leopard is slipping again?"

While Jobs and Mossberg generally steered clear of Microsoft -- there will be plenty of time for that tonight, when Jobs and Bill Gates get together on stage for the first time in years -- the Apple chief apparently couldn't resist one dig.

Mossberg was pressing Jobs to reveal how many copies of iTunes software were out there in the world, and ultimately got him to agree that the figure could surpass 300 million. Naturally, most of those run on the Windows operating system.

"That makes you an enormous Windows software developer," Mossberg said. "How does that make you feel?"

"People say iTunes is their favorite piece of Windows software," Jobs said. He paused.

"It's like giving a glass of ice water to somebody in hell."

Amid much laughter, Mossberg said, "There's that Steve Jobs humility."

And yet, throughout the talk, Jobs did show doses of modesty. He professed surprise at the number of iPods sold, at how many people are using iTunes. And he said almost poignantly that the power of technology is the way people find new, unplanned uses for it.

"We try to make tools for people to enjoy entertainment, to communicate, to create," he said. "In this age we're living in, these computer-based tools always surprise you on the upside. We didn't create Apple TV thinking of YouTube and here it is. We didn't create iTunes thinking about universities," and yet Apple announced today that several major universities would record lectures and make them freely available.

"That's why I love what we do," Jobs said. "We make these tools and they're constantly surprising us with what we can do with them."

John Paczkowski offers a good rundown of the Q&A at the official D Web site.

###

YouTube content to be available on Apple TV
Rex Crum
**MarketWatch**
May 30, 2007
http://www.marketwatch.com/news/story/apple-make-youtube-content-available/story.aspx?guid=%7B873FA3D8-A3F5-4D1C-A549-27217C1BF30C%7D

SAN FRANCISCO (MarketWatch) -- Apple Inc. said Wednesday that its Apple TV set-top box will be able to wirelessly stream video content from Google Inc.'s YouTube video-sharing site, beginning in mid-June.
Apple said that a free software download coming next month will allow Apple TV users to stream videos directly from YouTube to their widescreen televisions. Speaking at the fifth-annual D-All Things Digital Conference in Carlsbad, Calif., Apple Chief Executive Steve Jobs said that the full YouTube catalog will be available on Apple TV in the fall.
Jobs gave a brief demonstration of the Apple TV with YouTube in which he showed a variety of videos from the site, which is owned by Google. In addition to using Apple TV in order to watch videos from YouTube, Apple said that Apple TV users will be able to use the device to log in to their personal YouTube accounts and watch and save videos.

Jobs said that he views Apple TV as a "hobby" for the company, but he does think the device has a future alongside Macintosh computers and iPod digital media players, as well as its upcoming iPhone, slated for release in June.

"Our model for Apple TV is a DVD player for the Internet," the chief executive added.

Apple TV works like a set-top box and can wirelessly stream music and photos, as well as TV shows and movies purchased through Apple's iTunes store.

David Moody, Apple's vice president for Mac hardware product marketing, said that unlike content from iTunes, the YouTube content won't be able to be stored on Apple TV's hard drive.

The company also said that Apple TV can now be purchased with an optional 160-gigabyte hard drive, which can hold 200 hours of video, for $399. The original Apple TV, which came out in March and can hold 50 hours of video, costs $299.

Apple shares climbed $4.42, or almost 4%, to close Wednesday at $118.77.

### 

YouTube Comes to Apple
Daniel Del'Re
**TheStreet.com**
May 30, 2007
http://www.thestreet.com/_dm/newsanalysis/techhardware/10359726.html

Apple's (AAPL) Chief Executive Steve Jobs told an audience of technology fanatics Wednesday that the company's television product, Apple TV, will let users watch videos from Internet site YouTube.

At the Carlsbad, Calif., tech conference All Things D, Jobs said that Apple TV users will have a choice of watching YouTube's trove of videos on their living-room TV in addition to their computer screen.

Apple will make the YouTube feature available as a software upgrade in mid-June.

Apple is diving deeper into the market for consumer electronics and entertainment products. Jobs told the onlookers at the conference that Apple focuses on three core businesses: Mac computers, iPod music devices and cell phones.

He called Apple TV a "hobby," but said that music was a hobby until the iPod proved wildly popular with consumers.

Apple TV is a device that rests on top of a TV like a cable set-top box. It links to Apple's iTunes store from which users can download movies, music and videos. The product also can link to Mac notebooks and desktops, so that people can view photos and listen to music stored on a computer.

And to complete the entertainment experience, Apple also unveiled a new television with enough memory to store up to 200 hours of videos and tens of thousands of songs and digital photos.

Apple is following a well-trodden route of tying together its hardware, software and services. The iPod's success has as much to do with the availability of music on the iTunes downloading service as it has with its sleek design and user-friendly commands.

Similarly, the iPhone handset will be able to download music from iTunes. It will also use Apple's Web browser to connect to the Internet.

The YouTube announcement points to a tighter relationship with Google (GOOG) , which bought YouTube in October.

GOO001-07726995

Cupertino, Calif.-based Apple and AT&T/Cingular (T) have indicated that Apple's iPhone will come loaded with Google Maps and search functions.

At the conference, Jobs said that Apple is not currently allowing third-party software developers to create applications for the iPhone.

But Google might prove to be an exception seeing as it already has a foot in the door and has been eying the mobile market from the sidelines.

Apple's stock closed up $4.42, or nearly 4%, to close at $118.77. After hours, shares recently gained 31 cents.

### ###

Apple Makes Product Available to YouTube
Daisy Whitney
**TV Week**
May 30, 2007
http://www.tvweek.com/news.cms?newsId=12121

Apple will open its Apple TV product to YouTube starting in June, the company's CEO Steve Jobs said at the D5 conference in Carlsbad, Calif. today.

The YouTube deal marks the first time that Apple TV, which pipes iTunes content to a TV set, will allow consumers to access non-iTunes content.

Additional Internet video content may come in time, Mr. Jobs said.

Allowing access to YouTube could be the first step toward true PC-TV convergence. Given Apple's strong track record with the iPod, the company is poised to make significant inroads into the living room if it continues to allow consumers to access Internet video.

The YouTube feature will be available as a software upgrade next month.

### ###

Apple TV set to download YouTube
Tom Krazit
**CNET News.com**
May 30, 2007
http://news.com.com/Apple+TV+set+to+download+YouTube/2100-1041_3-6187650.html

Jobs revealed the partnership with YouTube during his talk at the D: All Things Digital conference in Carlsbad, Calif. Starting next month, Apple TV users will be able to select "YouTube" as an option from the device's main menu and view thousands of the most viewed and most popular videos on the site.

Apple TV is designed to connect a wide-screen television with content purchased or downloaded over the Internet by a Mac or PC. Until now, however, Apple TV users looking for content were mostly dependent on television programs or movies they had purchased through the iTunes Store. There's no browser inside the interface that would let users access other Internet videos, though they could move their home videos to Apple TV.

Now, Apple has designed a hook into YouTube that will let Apple TV owners access the most popular videos that have been converted into the h.264 standard, said David Moody, vice

GOO0001-07726996

president for Mac hardware marketing at Apple. The full catalog of YouTube videos will be available later in the year, as YouTube converts the rest, Moody said.

Apple also announced that it will make a higher-capacity version of Apple TV available Thursday. The current Apple TV product costs $299 with a 40GB hard drive, but a version with a 160GB hard drive will now cost $399.

### 

Apple TV to begin streaming YouTube
**Silicon Valley / San Jose Business Journal**
May 30, 2007
http://sanjose.bizjournals.com/sanjose/stories/2007/05/28/daily32.html

Apple Inc. said Wednesday that Apple TV users will soon be able to stream Google Inc.'s YouTube.

Cupertino-based Apple (NASDAQ:AAPL) said the feature will begin in June.

Mountain View-based Google's (NASDAQ:GOOG) YouTube will first be available as a free software update, and Apple CEO Steve Jobs said the full YouTube catalog will be available on Apple TV in the fall.

The company also said Apple TV can now be bought for $399 with a 160-gigabyte hard drive, representing four times the storage of the current model.

### 

Apple TV gets married to YouTube
Douglas McIntyre
**Blogging Stocks**
May 30, 2007
http://www.bloggingstocks.com/2007/05/30/apple-tv-gets-married-to-youtube/

Steves Jobs wanted some extra attention at the All Things Digital Conference, and he got it.

Apple (NASDAQ:AAPL) announced that it new TV set-top box would get a software download that will allow it to stream YouTube video to a TV set. The deal gives Google's (NASDAQ:GOOG) some exposure, but it hardly needs any more than it has as the world's largest video- sharing site.

The partnership leaves open a couple of questions. The first is whether consumers want to watch low-resolution video on a TV screen. Anyone looking at YouTube's most popular videos will find that many of them are fuzzy and that some detail is washed due to low frame-rates or poor camera quality.

The other, perhaps larger issue is whether the media companies doing battle with YouTube over copyright will be upset by Apple giving the video site yet another venue for showing its content.

Whether it is reasonable or not, Viacom (NYSE:VIA) may not want to see a company it is battling in court doing business with Apple. The iPod and computer company does have to be careful. It is already in the video download business. But, on the iPod, it makes money.

Douglas A. McIntyre is a partner at 24/7 Wall St.

### 

GOO001-07726997

Market Report
**Briefing.com**
May 30, 2007
http://news.moneycentral.msn.com/provider/providerarticle.aspx?Feed=BCOM&Date=20070530&ID=6973739

Apple: YouTube coming to Apple TV Co announces it's bringing YouTube to the living room with Apple TV. Beginning in mid-June, Apple TV will wirelessly stream videos directly from YouTube and play them on a user's widescreen TV. Apple today also announced that it is offering a new Apple TV build-to-order option with a 160GB hard drive.

### ###

YouTube videos to play on Apple TV
**AFP News Brief**
May 30, 2007
http://www.france24.com/france24Public/en/administration/afp-news.html?id=070531001359.gim5qwlr&cat=null

Apple announced Wednesday that YouTube videos will make its television debut in June thanks to Apple TV devices.

Apple TV remote controls will let users peruse offerings of Internet video-sharing superstar YouTube and beam selections to the set-top boxes for viewing on televisions, according to Apple's chief executive Steve Jobs.

"This is the first time users can easily browse, find and watch YouTube videos right from their living room couch, and it's really, really fun," Jobs said in a release.

"YouTube is a worldwide sensation, and Apple TV is bringing it directly from the Internet onto the widescreen TV in your living room."

Thousands of current and popular YouTube videos will be available on Apple TV when the new feature launches in mid-June and YouTube will add more weekly, with its full catalog available by year's end, Apple said.

YouTube members will be able to log-in to their accounts via Apple TV to view and save videos featured at the Google-owned company's website, Apple said.

Apple TV devices plug into widescreen television sets or home theater systems and wirelessly connect to computers, accessing movies, music, pictures, podcasts and other downloaded entertainment content.

Apple also announced on Wednesday that it is offering a "built-to-order" Apple TV with a 160 gigabyte hard drive capable of storing as much as 200 hours of video, 36,000 songs, 25,000 pictures or combinations of the data.

The Cupertino, California-based company's higher-capacity Apple TV is priced at 399 dollars, a hundred dollars more than the standard model that features a quarter of the storage space.

### ###

Confidential

Apple TV Gets YouTube, Larger Hard Drive
Tim Gideon
**PC Magazine**
May 30, 2007
http://www.pcmag.com/article2/0,1895,2138952,00.asp

On Wednesday, Steve Jobs announced two updates for its Apple TV: the ability to directly access YouTube content from the devices menu on an HDTV, and a substantially larger (160GB) hard drive.

The YouTube feature has already been integrated into other media extenders, like the Netgear Digital Entertainer EVA8000, but Apple TV has the best user interface in the media-extender game, and integrating YouTube eliminates a big selling point the competition had over Apple. The YouTube feature will be available as a free software update in mid-June. Eventuallyt, all Apple TVs will ship with the YouTube function installed.

Apple TV: Why It Matters
Despite the fact that YouTube videos are low-resolution, the development is still good news for YouTube fans, who were never watching clips for the video quality in the first place. The YouTube menu is seamlessly integrated into the Apple TV user interface and navigation is very similar to navigating YouTube on a PC.

Apple TV will wirelessly stream content directly from YouTube via a wireless router—the PC is not involved in the process. This means that iTunes is not part of the process, either. The YouTube function operates much in the same way that the Quicktime movie preview streaming function works on Apple TV: the feed comes directly from the Internet connection, as opposed to your music stream coming from the iTunes library.

Some users might be disappointed to learn that, unlike with the Netgear Digital Entertainer EVA8000, users will not be able to resize YouTube content on your screen. In other words, if the resolution of the YouTube video is terrible, it will look even more pixilated when blown up to fill your entire screen. The EVA8000 includes a zoom in/out function, but on Apple TV there's no way to make content any smaller.

"We want people to know that you can upload content onto YouTube with some pretty high resolutions," an Apple rep explained to PC Magazine Wednesday afternoon just after the announcement, adding that controls for resizing were intentionally left out. "We want this device to be as easy to operate as possible."

Apple, therefore, is relying on video uploaders to control the quality of the product.

There is no way to save YouTube content onto the Apple TV hard drive, nor is there a way to save it to your iTunes library. This isn't much of a surprise, however, since you can't do this on YouTube, either (unless, of course, you utilize some file converting software). Users, however, can log into their YouTube accounts via Apple TV (utilizing the Apple remote and a keypad on the TV screen similar to the keypad used for logging into a secured wireless network via Apple TV). And while you can't download content, users can access any favorite videos they've bookmarked via YouTube, and access them quickly.

Apple reps said there was no plan at this time to allow YouTube users to upload video via iTunes and/or Apple TV. So for now, at least, the YouTube experience on Apple TV will strictly be confined to streaming, not adding, content.

Users initially won't have access to YouTube's entire library, but thousands of clips and the most popular videos will be available at launch in mid-June. YouTube will keep adding thousands of

GOO001-07726999

videos each week until its entire collection is available for Apple TV streaming sometime in the fall. The YouTube icon will be added to the existing Apple TV menu for easy access.

The other big announcement is that, starting Thursday, Apple will offer a "made-to-order" Apple TV with a 160-GB hard drive. That's enough space to store 200 hours of video, 36,000 music files, or 25,000 photos, by Apple's estimation. Apple was mum on whether this move was intended to create space for future HD content, which takes up more hard drive space.

The Apple TV hard drive has until now been limited to 40 GB, which fills up pretty quickly when downloading movies and housing a large music collection. With the new, much larger capacity, Apple is essentially creating a gigantic iPod that can wirelessly stream content. The 160-GB Apple TV will go for $400, or $100 more than the 40GB version.

###

Apple bringing YouTube to Apple TV
Jim Dalrymple
**Macworld**
May 30, 2007
http://www.macworld.com/news/2007/05/30/youtubetv/index.php

Apple CEO Steve Jobs on Wednesday said the company is bringing the Google-owned YouTube video service to Apple TV. A free software update will be available in mid-June, which will enable the service.

YouTube will be offered as an item in the Apple TV main menu. Using the Apple Remote users can browse, find and watch free videos from YouTube. Apple said that thousands of the most current and popular YouTube videos will be available on Apple TV at launch in mid-June, with YouTube adding thousands more each week until the full YouTube catalog is available this fall.

It will take a while to have the full YouTube catalog available because the service is converting all of its content using the Apple supported H.264 video codec, explained David Moody, Apple's vice president, Mac Hardware, Product Marketing. Any video uploaded in June will automatically be encoded using H.264.

While Apple TV will have search functionality for YouTube, the company would not comment on whether that feature would be available for other media on the device.
Users will be able to navigate through YouTube's categories and members can also log-in to their YouTube accounts on Apple TV.

In addition to YouTube support, Apple is offering a new build-to-order option for Apple TV. The new configuration adds a 160GB hard drive — four times the current storage for up to 200 hours of video, 36,000 songs, 25,000 photos or a combination of each.

Apple TV costs $299 or $399 for the 160GB model.

*Update: Added more information from interview with Apple executives.*

###

Apple TV to offer YouTube content
Annabel McAleer
**PC World (New Zealand)**
May 30, 2007
http://pcworld.co.nz/pcworld/pcw.nsf/feature/0199E8A6787A7B67CC2572EB0080BBA5

YouTube video content will be available on Apple TV from mid-June, Apple CEO Steve Jobs announced today.

A software update will enable Apple TV to wirelessly stream free video content directly from YouTube.

YouTube will be offered as an item in the Apple TV main menu, letting users watch free YouTube videos on widescreen TV. Search and navigation of YouTube's categories will be via the Apple Remote, and YouTube members will be able to log in to their accounts from Apple TV.

"This is the first time users can easily browse, find and watch YouTube videos right from their living room couch, and it's really, really fun," said Apple CEO Steve Jobs. "YouTube is a worldwide sensation, and Apple TV is bringing it directly from the internet onto the widescreen TV in your living room."

Thousands of the most current and popular YouTube videos are scheduled to be available on Apple TV at launch in mid-June, with YouTube adding thousands more each week until the full YouTube catalogue is available.

Apple also announced a new build-to-order option for Apple TV. It is now possible to order an Apple TV with a 160GB hard drive, four times the standard storage, with room for up to approximately 200 hours of video, 36,000 songs, 25,000 photos or a combination of each.

Apple TV retails for $498; the 160GB hard drive option is available from today for $659.

The July 2007 issue of PC World, on sale 2 July, will include a full review of Apple TV.

### ###

Apple debuts Apple TV with 160GB hard drive, YouTube integration coming mid-June
**Mac Daily News**
May 30, 2007
http://macdailynews.com/index.php/weblog/comments/13753/

Apple today announced that it's bringing the Internet's most popular originally-created content from YouTube to the living room with Apple TV. Beginning in mid-June, Apple TV will wirelessly stream videos directly from YouTube and play them on a user's widescreen TV. Using Apple TV's elegant interface and simple Apple Remote, viewers can easily browse, find and watch free videos from YouTube in the comfort of their living room.

"This is the first time users can easily browse, find and watch YouTube videos right from their living room couch, and it's really, really fun," said Steve Jobs, Apple's CEO, in the press release. "YouTube is a worldwide sensation, and Apple TV is bringing it directly from the Internet onto the widescreen TV in your living room."

Thousands of the most current and popular YouTube videos will be available on Apple TV at launch in mid-June, with YouTube adding thousands more each week until the full YouTube catalog is available this fall. With Apple TV's stunning interface and simple Apple Remote, users can easily navigate through YouTube's familiar video browsing categories or search for specific videos. YouTube members can also log-in to their YouTube accounts on Apple TV to view and save their favorite videos.

Apple TV seamlessly integrates with iTunes® to wirelessly play a user's favorite content from a PC or Mac on their widescreen TV, including movies, TV shows, music, photos and podcasts. Apple TV users can choose from over 500 movies and 350 TV shows in near DVD quality; over five million songs; 5,000 music videos; 100,000 podcasts; and 20,000 audiobooks from the

GOO0001-07727001

iTunes Store. Users can enjoy their favorite music on a home entertainment system and view slideshows of their photo albums on a widescreen TV.

Apple today also announced that it is offering a new Apple TV build-to-order option with a 160GB hard drive. The new larger hard drive offers four times the storage for up to 200 hours of video, 36,000 songs, 25,000 photos or a combination of each. Apple TV is easy to connect to a broad range of widescreen TVs and home theater systems and comes standard with HDMI, component video, analog and optical audio ports. Using high-speed AirPort 802.11n Wi-Fi wireless networking, Apple TV can auto-sync content from one computer or stream content from up to five additional computers right to a TV without any wires.

Apple TV, which includes the Apple Remote, is available through the Apple Store, Apple's retail stores and Apple Authorized Resellers for a suggested retail price of US$299. Apple TV with a 160GB hard drive will be available tomorrow for a suggested retail price of $399. The YouTube feature for Apple TV will be available as a free software update in mid-June.

Apple TV requires iTunes 7.1 or later running on a Mac with Mac OS X version 10.3.9 or later, or a Windows PC with Windows XP Home/Professional (SP2).

###

Briefly: YouTube on Apple TV; iPod battery
**MacNN**
May 30, 2007
http://www.macnn.com/articles/07/05/28/youtube.on.apple.tv/

In brief: Software arrives for watching YouTube videos on the Apple TV, MacNN reviews a battery for the iPod video, Iconkits produces new collections, and baseball fans witness unusual changes at the iTunes Store. Though it is possible to manually convert YouTube videos for the Apple TV, a plug-in called A Series of Tubes allows users to browse popular categories (Recently Featured, Week's Most Viewed, etc.) without the extra effort. It does however require v0.5 or later of Perian on the settop, and Tubes is installed through software such as ATVLoader.

NuPower ViDEO+ reviewed

Now posted is a review of NewerTech's NuPower ViDEO+, an expanded battery for the iPod video. Whereas the default life of the 60GB player is approximately 20 hours of music, the ViDEO+ multiplies this by four, giving users 80 hours of music, or 16 hours of video. A 30GB player jumps from 12 to 40 hours of music. NewerTech is currently selling the product for $50.

New Iconkits collections

Iconkits has begun selling three new collections for software developers, called Profile Addon 2, 3 and 4. The icons are done in a minimalist black-and-white style, and cover everything from music control to finances and currency. Each pack contains 20 icons in four different sizes, and costs $50.

Baseball comes and goes at iTunes Store

Those who have been using the iTunes Store to watch baseball may have noticed some changes. setteB.IT observes that Major League Baseball has already pulled its Games of the Week feature six weeks in, but that this has been replaced by Games of the Year, which has seven videos for download. In an incidental move, the iTunes Store is featuring older Indianapolis 500 races from 1982, 1985, 1992 and 2006.

###

Apple TV to Serve Up YouTube
**Multichannel News**
May 30, 2007
http://www.multichannel.com/article/CA6447815.html

Apple is bringing content from Google's YouTube to big-screen TVs: Starting in mid-June, Apple TV will wirelessly stream videos directly from YouTube and play them on users' television sets.

"This is the first time users can easily browse, find and watch YouTube videos right from their living-room couch, and it's really, really fun," Apple CEO Steve Jobs said in a prepared statement. "YouTube is a worldwide sensation, and Apple TV is bringing it directly from the Internet onto the wide-screen TV in your living room."

Apple said thousands of the most current and popular YouTube videos will be available on Apple TV initially, with the full YouTube catalog to be available this fall. YouTube members will also be able to log in to their YouTube accounts on Apple TV to view and save their favorite videos.

The move by Apple comes even as Google and YouTube are locked in a standoff with Viacom, which filed a $1 billion copyright-infringement lawsuit against the video-sharing site.

Google has insisted that it "respects" copyrights and responded to Viacom's copyright-infringement lawsuit by asserting that the media company's legal action "threatens the way hundreds of millions of people" use the Internet.

Also Wednesday, Apple announced that it is offering a new Apple TV option with a 160-gigabyte hard drive -- four times the capacity of the standard unit. The 160-GB Apple TV will be priced at $399 compared with a suggested retail price of $299 for the 40-GB version that started shipping in March.

### 

Apple Partners With YouTube
Andy Patrizio
**InternetNews.com**
http://www.internetnews.com/wireless/article.php/3680621

Apple today announced it's giving its floundering Apple TV something it has yet to gain, besides an audience: content. The company struck a deal with Google's YouTube video streaming service to provide originally-created content on Apple TV.

Separately, and perhaps because of the YouTube deal, Apple (Quote) announced it will offer a second line of Apple TV units, this time with a 160GB hard drive. The original Apple TV unit with a 40GB drive will remain on the market.

The 160GB unit means a quadrupling of storage capability, so it will be able to hold up to 200 hours of video or 36,000 songs or 25,000 photos or a lesser combination of each. The 40GB version of Apple TV will continue to sell for $299 while the 160GB version sells for $399.

Apple will offer a free software upgrade to Apple TV subscribers in mid-June. Once the device is patched, Apple TV will wirelessly stream videos directly from YouTube and play them on a user's TV. Thousands of the most current and popular YouTube videos will be available on Apple TV at launch, with YouTube adding thousands more each week until the entire YouTube catalog is available this fall.

Apple TV is already integrated with Apple's iTunes digital download service to play content off the user's PC or Macintosh computers. iTunes offers Apple TV users more than 500 movies and 350 TV shows in near-DVD quality, more than five million songs, 5,000 music videos, 100,000 podcasts and 20,000 audiobooks.

"This is the first time users can easily browse, find and watch YouTube videos right from their living room couch, and it's really, really fun," said Steve Jobs, Apple's CEO, in a statement.

The quality of Apple TV content remains to be seen. Most YouTube video is grainy and blocky when watched in a window on a PC, to say nothing of what it would look like on a high definition TV. An Apple spokesperson contacted by internetnews.com declined to comment on whether any special, high definition content would be available for YouTube.

Apple TV needs all the help it can get. Fortune magazine is the latest to call it a failure. Analyst Rob Enderle of The Enderle Group said Apple TV has been "a spectacular failure" and wonders if the YouTube deal will help.

"The YouTube deal is nice but they don't have any high def content and that's what counts," he told internetnews.com. "The problem with the player has always been content. That box has to get a lot of decent content for that device to recover. To make all that hoopla on HDMI connectors and not have any HD content was ridiculous."

Apple broke its own model that made the iPod a success: easy to use, a good service and lots of applicable content. Apple TV needs high definition video to make some headway, said Enderle.

### 

YouTube coming to Apple TV
Stuart Miles
**Pocket Lint**
May 30, 2007
http://www.pocket-lint.co.uk/news/news.phtml/7959/8983/youtube-coming-to-apple-tv.phtml

DIYers might have been doing it for some time, but Apple has today announced support for Google's YouTube via its Apple TV product at the All Things Digital conference in California.

From the middle of next month, Apple will enable its Apple TV device to wirelessly stream videos directly from YouTube and play them on a user's widescreen TV.

"This is the first time users can easily browse, find and watch YouTube videos right from their living room couch, and it's really, really fun," said Steve Jobs, Apple's CEO.

Apple has said that it will allow users to view selected videos until the full YouTube catalogue is available this Autumn.

YouTube members can also log-in to their YouTube accounts on Apple TV to view and save their favourite videos.

The company also announced that it is launching a larger 160Gb hard drive model, four times that currently available capable of storing up to 200 hours of video, 36,000 songs, 25,000 photos or a combination of each.

The new device will cost £269 in the UK and $399 in the US. The YouTube feature for Apple TV will be available as a free software update in mid-June.

### 

GOO001-07727004

Apple TV upgraded: YouTube and 160GB HD
Danny Gorog
**APC (MSN)**
May 30, 2007
http://www.apcmag.com/6240/apple_tv_gives_more

This morning at the D5 conference in California, Steve Jobs announced the first in a series of upgrades to Apple TV. Come mid-June, Apple TV users will be able to run a software update and get a new menu called 'YouTube '.

In one sense it's actually not surprising given Eric Schmidt's (Google's CEO) involvement on the Apple board. Clicking on the YouTube menu gives AppleTV users access to YouTube content, streamed directly off the Internet.

In another sense it's very surprising, since Apple TV seemed clearly designed to be a vehicle for playing back videos purchased on the iTunes Store, given its lack of support for popular video CODECs like DivX/Xvid.

After Steve's speech, Apple also issued a press release indicating that Apple TV would get a new BTO (build to order) option, offering a 160GB internal hard drive (instead of the standard 40GB).

As an Apple TV owner (more on that later) I'm not sure the 160GB is necessary given the ease at which content can be streamed directly from your iTunes library, though it does address a complaint from many reviewers.

This update should also quell some of the AppleTV naysayers into submission, and is a sign that Apple intends to open their borders to content that they feel suits the new TV medium.

In the Q&A style interview with Walt Mossberg, Steve Jobs hinted that eventually users would be able to purchase and stream other content, but at the moment Apple feels iTunes is still the best interface to manage media.

Apple also announced the immediate availability of iTunes Plus, its DRM free music offering. If you've already used iTunes to buy music, check out the new section as you may be able to 'upgrade' your old 128kbps AAC files to the new 256kbps DRM free version. The new tracks cost $2.19, up from $1.69, while album pricing remains the same.

As always, the seamless upgrade simply replaces your content and moves your old DRM'd files in to the trash (where they belonged all the time?)

Later today Steve Jobs is also going head-to-head with Bill Gates in a much anticipated bout on the D5 stage. Most analysts are expecting the pair to get down and dirty. I'm hoping to see Jobs take Gates down, with lots of talk about the failures of Vista, Zune, xBox 360 and Microsoft's lack of web cred. Bring it on!

### ###

YouTube officially coming to Apple TV!
**TechWack!**
May 30, 2007
http://news.techwhack.com/5890/apple-tv-youtube/

This is good news for all the Apple TV owners. They would no longer be required to hack their Apple TV devices to run YouTube videos on it.

GOO001-07727005

Apple has announced that they would now be bringing support for YouTube video service to Apple TV. Apple would soon be releasing a free software update next month to enable this functionality.

The company said that this new feature would be available as an item in the Apple TV main menu.

Apple TV owners would be able to browse, find and watch free videos from YouTube.

Apple added that they would be making available thousand of videos hosted on YouTube available on Apple TV at the launch of this update.

Also, Google would be adding more and more videos available on Apple TV through YouTube as the time passes by.

The process of making available videos from YouTube on Apple TV would take sometime considering the two companies would be converting all of its content using the Apple supported H.264 video codec.

And starting next month, any new videos uploaded to YouTube would automatically be encoded using H.264.

Apple also said that they would be making available a search feature to let the users hunt for videos hosted on the video sharing service.

The company also launched a build-to-order option for Apple TV. This version of the Apple TV adds a 160GB hard drive if the user so desires.

### ###

Apple TV Adds YouTube, Larger Hard Drive
Tim Gideon
**ExtremeTech**
May 30, 2007
http://www.extremetech.com/article2/0,1697,2138982,00.asp

Steve Jobs announced on Wednesday two updates for Apple TV: the ability to directly access YouTube content from the devices menu on your HDTV, and a substantially larger (160GB) hard drive.

The YouTube feature has already been integrated into other media extenders, like the Netgear Digital Entertainer EVA8000, but Apple TV has the best user interface in the media-extender game, and integrating YouTube eliminates a big selling point the competition had over Apple. The YouTube feature will be available as a software update in mid-June.

Despite the fact that YouTube videos are low-resolution and will look kind of lousy on a large screen, the development is still good news for YouTube fans, who were never watching clips for the video quality in the first place. Apple TV will wirelessly stream content directly from YouTube.

Users won't initially have access to YouTube's entire library, but thousands of clips and the most popular videos will be available at launch in mid-June. YouTube will keep adding thousands of videos each week until its entire collection is available for Apple TV streaming sometime in the Fall. The YouTube icon will be added to the existing Apple TV menu for easy access.

GOO001-07727006

The other big announcement is that, starting tomorrow, Apple will offer a "made-to-order" Apple TV with a 160GB hard drive. That's enough space to store 200 hours of video, 36,000 music files, or 25,000 photos, by Apple's estimation.

The Apple TV hard drive has until now been 40GB, which fills up pretty quickly when you're downloading movies and housing a large music collection. With the new, much larger capacity, Apple is essentially creating a gigantic iPod that can wirelessly stream content. The 160GB Apple TV will go for $400, or $100 more than the 40GB version.

### 

YouTube on your Apple TV
Stephen Withers
**IT Wire**
May 30, 2007
http://www.itwire.com.au/content/view/12546/53/

Apple TV will soon be able to stream YouTube videos as well as providing the option of greater storage.

From mid-June, thousands of the most current and popular YouTube videos will be available on Apple TV. The number will be increased on a weekly basis until the full catalogue is available in the northern spring.

Youtube content will be integrated into the normal Apple TV interface controlled by Apple's six-button remote, and users will be able to log in to their YouTube accounts to view and save their favourite videos.

"This is the first time users can easily browse, find and watch YouTube videos right from their living room couch, and it's really, really fun," said Steve Jobs, Apple's CEO. "YouTube is a worldwide sensation, and Apple TV is bringing it directly from the Internet onto the widescreen TV in your living room."

Apple's announcement did not indicate whether a software update will be required for the Apple TV itself, or just for the host computer.

The company has also announced an optional 160G hard drive for the Apple TV, allowing the storage of up to 200 hours of video, 36,000 songs, 25,000 photos or a combination of each. This configuration will cost $A579, compared with $A449 for the standard 40G model.

### 

Apple TV gains YouTube support, 160GB option
Aidan Malley
**Apple Insider**
May 30, 2007
http://www.appleinsider.com/articles/07/05/30/apple_tv_gains_youtube_support_160gb_option.html

Apple CEO Steve Jobs took to the D: All Things Digital conference stage with surprise news that his company's media hub would soon grab YouTube clips -- and unveiled a hard drive upgrade behind the scenes.

During his interview with the Wall Street Journal's Walt Mossberg at the fifth annual D event, Jobs revealed that a software upgrade to the Apple TV would give access to YouTube videos through its Internet connection, demonstrating the function through a segment of "America's Got Talent."

Unlike the computer experience, however, owners wouldn't access the clips directly; instead, clips would be added manually by a team that hosts the videos in an Apple TV-ready form. YouTube account holders could then login to their accounts from the hub and either browse individual categories or search for themselves using only the Apple Remote.

Image quality, however, wasn't set to be one of the changes. Jobs noted that the conversion would be an as-is method rather than employ upscaling or other enhancements. "You get what you get," he said.

"Thousands" of videos will go live when the update appears in mid-June, but continuing work will see the entire YouTube catalog in Apple TV form sometime during the fall.

And addressing concerns that the stock Apple TV's 40GB hard drive was inadequate for avid media collectors, the California firm also announced a 160GB hard disk option for the device, which raises the overall price to $400.

The revision is expected to appear tomorrow through the company's online store.

### 

Apple TV gets official YouTube support, maybe HD content (updated)
Jacqui Cheng
**Ars Technica**
May 30, 2007
http://arstechnica.com/journals/apple.ars/2007/05/30/forget-plugins-youtube-gets-official-apple-tv-support-from-apple

Apple dropped another bomb on us this afternoon, and I totally missed it because I was offline for less than an hour. There is a lesson to be learned here, folks: never go offline. Engadget has a pseudo-transcript of Steve Jobs at D 2007, the "all things digital" conference hosted by Walt Mossberg.

The news is that Apple will officially be supporting YouTube on the Apple TV. That's right—the Apple TV is, all of a sudden, no longer a closed iTunes ecosystem. Apple announced that beginning in mid-June, Apple TV users would be able to stream YouTube videos directly to the Apple TV through the device's pretty interface, no plug-ins required. And for free.

Buried in the announcement is also another intriguing nugget: the company is now adding an additional, build-to-order option for the Apple TV that has a 160GB drive instead of the default 40GB. This is probably great news to many, and infuriating news to those who already bought Apple TVs. It has become sort of a mantra that the default 40GB was too low for most avid TV consumers, although it doesn't bother me personally since I'm more of a streaming fan. While the 40GB option remains at $299, the 160GB option is now $399.

Steve Jobs made sure to lay it on thick about how great Apple is to partake in this venture. "This is the first time users can easily browse, find and watch YouTube videos right from their living room couch, and it's really, really fun," he said. "YouTube is a worldwide sensation, and Apple TV is bringing it directly from the Internet onto the widescreen TV in your living room."

Apple said that "thousands" of YouTube videos would be available at launch, with YouTube's full catalog available to the Apple TV in the fall. This sounds like Apple will not be streaming from YouTube directly, but that the videos will go through some sort of Apple proxy before reaching my TV. In this case, I'm curious as to how it will work. How will users be able to navigate the tens of

GOO001-07727008

thousands of videos available on the site? When new videos are uploaded to the site, how quickly will they appear for Apple TV consumption? I need to be able to see my Mentos-induced Diet Coke explosions now.

Steve also said the iTunes Store will be selling its 100 millionth TV show this year. There was also an interesting tease relating to one of the complaints regarding the Apple TV, the visual quality of content from video downloaded from the iTunes Store. While some people are unhappy with that quality, Steve Jobs is not one of them.
It's pretty good quality -- we aren't selling high def... at this point. But I think in the future that might change!

It can't happen soon enough for those cursed with superior vision. The question now becomes when, and what content, movies, TV, music videos? These are questions that currently have no answers. Come mid-June, I'll be waiting with bated breath, Steve.

###

Apple TV to Have YouTube Access
**Gearlog**
May 30, 2007
http://www.gearlog.com/2007/05/apple_tv_to_have_youtube_acces.php

More Apple news was anounced by Steve Jobs at D. From Tim Gideon's PCMag.com story:

Steve Jobs just announced two updates for Apple TV: the ability to directly access YouTube content from the devices menu on your HDTV, and a substantially larger (160GB) hard drive. The YouTube feature has already been integrated into other media extenders, like the Netgear Digital Entertainer EVA8000, but Apple TV has the best user interface in the media-extender game, and integrating YouTube eliminates a big selling point the competition had over Apple. The YouTube feature will be available as a software update in mid-June.

Tim just got off the phone with Apple, so he'll be updating the story soon with more juicy details.

###

GOO001-07727009