| | |
|---|---|
| To: | "Kelly Liang" <kliang@google.com>, "Taylor Cascino" <tcascino@youtube.com> |
| From: | "dwipal@google.com" <dwipal@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-03-21 00:09:20 CST |
| Subject: | Fwd: Mobile Messaging |

---------- Forwarded message ----------
From: Jennifer Nielsen <jenny@youtube.com>
Date: Mar 12, 2007 7:42 PM
Subject: Mobile Messaging
To: Dwipal Desai <dwipal@youtube.com>

Hey Dwipal,

I totally forgot to send you this info on Friday. My apologies. Below are three mobile press releases we have issued – Verizon, Nokia and Vodafone. Also, I have pasted messaging/speaking points from the Vodaphone and Nokia press announcements that went out in February. Attached is our master messaging document that covers everything else.

If you get a question you are not sure about, you can say that you are not the right person to answer that and to contact the press department at YouTube for more information.

I will call your cell on my way home. Mine is ▮▮▮▮▮▮ if you want to touch base.

-J


*YouTube Mobile Messaging *

*Nokia & Vodafone Partnership Key Messages*

*YouTube Q&A*


*Overall*


·    Outside of the US, we're launching our mobile website that will allow mobile partners to seamlessly integrate YouTube videos into their offerings

Highly Confidential
GOO001-02552363

- This is another step forward in achieving our mobile strategy o=
delivering entertaining videos to users whenever they want and wherever the=
go

- Our partnerships with Verizon Wireless in the U.S. and now Noki=
and Vodafone overseas, are the first of many that will to deliver
entertaining videos to people on the go

- Our mobile partnerships demonstrate our continued success in
developing strong relationships with leading mobile carriers

- People want to be entertained in a way that fits their individu=l
lifestyles, so offering videos to mobile users is a natural evolution for
YouTube

*Nokia*

* *

- Our agreement with Nokia is the first with a mobile device
manufacturer

- Nokia is one of the largest OEM companies and will be an import=nt
partner to help showcase our mobile offerings

- Customers will know that when they purchase a Nokia phone, they
will have easy access to the YouTube community in the palm of their hand

*Vodafone*

* *

- Our distribution agreement with Vodafone is the first with an
international mobile carrier

- Our agreement with Vodafone represents a platform for us to unv=il
our mobile website

- The relationship with Vodafone allows for the distribution of o=r
content across multiple countries and regions

- With access to YouTube videos through Vodafone *live!* users wi=l
be able to enjoy entertaining videos whenever AND wherever they want

- We will work with Vodafone and continue to explore ways to enha=ce

Highly Confidential

this offering and cooperate closely in the coming months

* *

*YouTube Q&A*

* *

*What is YouTube Mobile?*

YouTube Mobile is our mobile website that will allow mobile partners to
seamlessly integrate YouTube videos into their offerings, and allow
consumers to enjoy entertaining videos whenever and wherever the want.

* *

*What is YouTube's overall mobile strategy?*

People want to be entertained in a way that fits their individual
lifestyles, so to that end, we've built a mobile service that will allow
mobile partners to seamlessly integrate YouTube videos into their offerings=
and allow consumers to enjoy entertaining videos whenever and wherever the
want.

* *

*Why are you launching YouTube Mobile overseas first?*

YouTube currently has a limited exclusive agreement with Verizon Wireless i=
the United States, but will roll out its YouTube Mobile service to
additional partners in the coming months. Our partnerships with Verizon
Wireless, Vodafone and Nokia are the first of many that will deliver
entertaining YouTube videos to mobile phones.

*When will the Nokia and Vodafone services launch?*

The Vodafone service will launch in April in the UK initially, followed by
other Vodafone subsidiaries and affiliates in several international markets
(excluding the U.S.) at a later date.

*Are you planning to announce any other international mobile partnerships i=
the near future?*

At this time, our distribution agreement with Vodafone is the first with an
international mobile carrier. Our partnerships with Verizon Wireless in the
U.S. and now Vodafone in the UK, are the first of many that will deliver
entertaining videos to mobile phones.

Highly Confidential

GOO001-02552365

===============*PRESS RELEASES*=====3D========

*Vodafone announces agreement to launch YouTube Mobile*

Enables easy access and usability on the move

Customers to access new videos daily, upload content, forward recommendations to friends

Newbury, 9 February 2007: Vodafone, today announced an agreement with YouTube to offer Vodafone customers a YouTube experience on their mobile phones.

Launching in the UK initially, the agreement is expected to offer Vodafone customers in key markets across Europe the chance to access a version of th= popular YouTube service directly from Vodafone live!

As part of the service, YouTube will provide a daily selection of new video= providing Vodafone customers with the entertaining experience they've come to expect from YouTube. Customers can forward links for their favourite videos to friends and family, upload their own content from their mobile phones and search across multiple categories.

"People want to view and share favourite YouTube videos seamlessly wherever and whenever they want," said Steve Chen, Co-Founder and Chief Technology Officer for YouTube. "Partnering with Vodafone will accelerate those efforts to serve our loyal YouTube users as well as allow new mobile audiences to enjoy YouTube."

"Today's announcement with YouTube further expands the range of Internet services we're bringing to the mobile, introducing a seamless experience that allows customers to engage with user generated content on the move," said Frank H. Rövekamp, Global Chief Marketing Officer, Vodafone. "Throug= attracting the most popular internet brands onto Vodafone mobile devices we will continue to ensure our customers can access and share the best entertainment anytime and anywhere."

Vodafone and YouTube will continue to explore ways to enhance this offering

and cooperate closely in the coming months.

About Vodafone

Vodafone is the world's leading international mobile telecommunications group with equity interests in 25 countries across 5 continents as at 31 December 2006, as well as 35 partner networks. By the end of January, Vodafone announced it had over 200 million proportionate customers worldwide. For further information, please visit www.vodafone.com

*Nokia unveils new mobile internet video experience*

*Co-operation with YouTube allows users to enjoy YouTube(TM) videos on the go via Nokia Nseries devices *

3GSM World Congress 2007, Barcelona, Spain/Espoo, Finland - Nokia today announced a new mobile internet video experience which enables enhanced internet video consumption by bringing YouTube videos into the hands of Nokia Nseries multimedia computer owners. YouTube videos are accessible with Nokia Web Browser with Mini Map through the new YouTube mobile site to be launched shortly. Also, YouTube video RSS feeds can now be consumed through the new Nokia Video Center application.

"We are thrilled to be giving users easy access to entertaining YouTube videos anytime and anywhere. By partnering with an industry leader like Nokia, we're able to bring YouTube videos to mobile phone users worldwide," said Steve Chen, Co-Founder and Chief Technology Officer for YouTube.

"We are extremely excited to be able to announce YouTube as one of our firs= global partners in bringing internet videos easily to our Nokia Nseries owners," said Harri Männistö, Director, Multimedia, Nokia. "The additio= of the enhanced internet video experience is a logical continuation of the wid= range of internet experiences available on Nokia Nseries multimedia computers covering already for example photo and video uploading and sharing, music discovery as well as search and navigation."

*Nokia Web Browser with Mini Map*

The Nokia Web Browser with Mini Map enables mobile discovery of videos in websites such as the YouTube Mobile site in a similar way as with PC web browsers. With YouTube Mobile now also compatible with the AVC video format which is the most common format supported in mobile devices, the single-click playback of videos is also possible in the same intuitive way as with PC web browsers. The Nokia Web Browser with Mini Map and AVC video

Highly Confidential

GOO001-02552367

playback are standard features in all the latest Nokia Nseries multimedia computers.

*Nokia** Video Center*

The new Nokia Video Center offers a comprehensive and user friendly mobile video RSS feed and video on demand consumption experience with an easy-to-use interface for discovering, viewing and storing one's favorite content on the Nokia Nseries multimedia computer. It combines branded video RSS feed services, internet videos and sideloaded videos from the PC into one single place such as the Nokia N95 and the recently announced Nokia N93i.

"Our cooperation with YouTube paves the way for continued growth for internet based content distribution. Enabling people to have access to a wide range of videos on their connected multimedia computers offers great potential for this area," said Torsti Tenhunen, Director, Multimedia, Nokia= "Also, Nokia Video Center offers content producers and distributors a uniqu= way to lead consumers directly to dynamic video services which can easily b= produced and tailored for various interests."

Nokia Video Center will be available globally in the markets where Nokia Nseries devices are sold. It will first be preinstalled in the Nokia N95 device and thereafter in most of the new Nokia Nseries devices. Nokia Video Center will also be available as download version for selected compatible S60 devices.

*About Nokia Nseries*

Nokia Nseries is a range of high performance multimedia computers that delivers unparalleled mobile multimedia experiences by combining the latest technologies with stylish design and ease of use. With Nokia Nseries products, consumers can use a single device to enjoy entertainment, access information and to capture and share pictures and videos, on the go at any time. www.nseries.com

*About Nokia*

Nokia is a world leader in mobile communications, driving the growth and sustainability of the broader mobility industry. Nokia connects people to each other and the information that matters to them with easy-to-use and innovative products like mobile phones, devices and solutions for imaging, games, media and businesses. Nokia provides equipment, solutions and services for network operators and corporations.

Highly Confidential

GOO001-02552368

\*\*

\*YouTube Goes Mobile \*\*\*

YouTube Agreement with Verizon Wireless Marks First Step to Deliver Video Entertainment to Consumers on the Go

11/28/2006

\*SAN BRUNO, CA and BASKING RIDGE, NJ\* — YouTube, a consumer media company that enables people to watch and share original videos through a Web experience, today announced that, in early December, its leading video entertainment service will be available to people on mobile devices. In its first strategic mobile distribution agreement, YouTube will enable Verizon Wireless V CAST consumers to access a selection of YouTube videos from thei= mobile phones exclusively for a limited time.

In this landmark arrangement, YouTube will deliver a sampling of the most popular videos to Verizon Wireless' V CAST subscribers in the United States= With the largest community for online video entertainment, YouTube's move into the mobile space will enable a new audience of mobile users to enjoy entertaining videos virtually whenever and now wherever they want.

"We are excited to launch our new mobile service and to partner with Verizo= Wireless to bring YouTube videos to a new audience," said Steve Chen, chief technology officer and co-founder of YouTube. "People want to be entertaine= in a way that fits their individual lifestyle. This service offers our community and Verizon Wireless subscribers a new opportunity to connect and engage with their favorite videos. We will continue to roll out more exciting partnerships and features for the mobile user over the coming year."

"Delivering YouTube content gives V CAST customers a mobile connection to video content that has revolutionized how people are being entertained today," said John Harrobin, vice president of digital media for Verizon Wireless. "Today's announcement is groundbreaking for mobile video, and we're proud to be working with the leader in online video entertainment. This relationship signals Verizon Wireless' commitment to bring the very best entertainment to V CAST customers."

YouTube will provide Verizon Wireless' V CAST customers with a variety of videos, enabling users to access video clips on any one of the Verizon Wireless V CAST-enabled handsets, including the Chocolate (LG VX8500) and MOTOKRZR K1m. Video enthusiasts also will be able to record and share their favorite moments with their mobile phones – whether it's an unbelievable skateboard trick or memorable moments, such as their child's first steps.

To get V CAST, Verizon Wireless customers can purchase a V CAST VPak subscription for $15.00 monthly access, or $3.00 daily access, added to their Verizon Wireless calling plan. The subscription includes unlimited basic video, but application download fees apply for 3D games and premium video. There are no airtime charges to stream or watch V CAST content.

For more information about Verizon Wireless products and services, visit a Verizon Wireless Communications Store, call 1-800-2 JOIN IN or go to www.verizonwireless.com.

Highly Confidential

GOO001-02552369

*About YouTube*
Founded in February 2005, YouTube is a consumer media company for people to
watch and share original videos worldwide through a Web experience. YouTube
allows people to easily upload and share video clips on www.YouTube.com and
across the Internet through websites, blogs, and e-mail. YouTube has quickl=
become the leading destination on the Internet for video entertainment.

*About Verizon Wireless **
*Verizon Wireless operates the nation's most reliable wireless voice and
data network, serving 57 million customers. The largest US wireless company
and largest wireless data provider, based on revenues, Verizon Wireless is
headquartered in Basking Ridge, N.J., with 60,000 employees nationwide. The
company is a joint venture of Verizon Communications (NYSE:VZ) and Vodafone
(NYSE and LSE: VOD). Find more information on the Web at
www.verizonwireless.com. To preview and request broadcast-quality video
footage and high-resolution stills of Verizon Wireless operations, log on t=
the Verizon Wireless Multimedia Library at
www.verizonwireless.com/multimedia.

####

-----------------------------

*Jennifer Nielsen *
Marketing Manager
*Office: *

*Mobile**:*
*Email:* jenny@youtube.com

<http://www.youtube.com>
1000 Cherry Ave, 2nd Floor
<http://maps.google.com/maps?q=71+E.+Third+Ave%2C+2nd+Floor%2CSan+Mateo%2=CA+94401&hl=en>S
an
Bruno, CA 94066

We're hiring! <http://www.youtube.com/t/jobs>

-----------------------------

-----------------------------
_____

Attachments:

YouTube MASTER Messaging FAQ rev 11-1-06.doc

Highly Confidential