To: "David Eun" <deun@google.com>
From: "Chris Maxcy" <maxcy@google.com>
Cc:
Bcc:
Received Date: 2007-08-01 09:55:32 CST
Subject: TW Summary - Encoding to H.264

Dave,

Here is the summary we discussed today on the H.264 encoding question. Please let me know if this is the format you are looking for.

Thanks!

Chris

Summary:

In an effort to support our strategy of making YouTube available anytime, on any screen, YouTube has been building partnerships with leading mobile carriers, handset manufacturers and CE device manufacturers worldwide. At the same time we've also launched a WAP site so users can access YouTube content from mobile phones. In order to deliver content through the WAP site and through IP connected devices like the Apple TV we made the decision to re-encode YouTube files into the H.264 (MPEG-4) format. This is an industry standard format for mobile delivery.

To date the YouTube engineering team has re-encoded approximately 30,000 of the top watched videos onYouTube. The re-encoding process is completely automated - we look for the most watched content and prioritize this for re-encoding. By October 2007 the goal is to have the entire YouTube video catalog encoded into the H.264 format to support our broad Mobile/IPTV efforts.

When we license content from a media company or identify & license content through the Content Management System (audio/video fingerprinting, or text search tool) the partner has the option to disable distribution of their content off of the YouTube.com site. This includes blocking content from the YouTube WAP site or from being displayed on the Apple TV/iPhone. Regardless of where consumers access YouTube (website, Apple TV or the WAP site) all content is delivered in a streaming only format - no downloads are permitted. Content that is removed from the main YouTube site is simultaneously removed from our IPTV and Mobile channels to ensure we protect the rights of content owners.

--

Chris Maxcy
YouTube.com
chris@youtube.com

DATE: 7·23·03    EXHIBIT# 21
DEPONENT: MAXCY, CHRIS
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

EXHIBIT
3
12/15/09 Patterson

G00001-00010746