| | |
|---|---|
| To: | "Matthew Rizzo" <mrizzo@youtube.com> |
| From: | "David Chandler" <chandler@google.com> |
| Cc: | "Cuong Do" <cdo@youtube.com>, "Jeremy Doig" <jeremydo@google.com>, "Joe White" <whitejl@google.com>, "David Stoutamire" <dps@google.com> |
| Bcc: | |
| Received Date: | 2006-11-16 00:39:01 GMT |
| Subject: | Re: Dear YouTube Search Engine Keepers |

Matthew and I spoke. To get to Milestone 1 it's perhaps just a matter
of modifying the existing Python script that handles document
additions/deletions/updates to use the google Python APIs that
vsp_insert.py once used (when Google Video was using mysql + python)
to tell my mustang index of updates. Eventually the youtube.com
python frontend must be modified to speak to our mustang index, but
that's a later milestone and should be straightforward since there's a
google python API for that part of things too. Yay SWIG.

I'm going to fly up to Mountain View/San Bruno Monday at noon and stay
the rest of the 3-day work week. I'm not attached to actually getting
anything done, but it will be nice to meet Matthew in person and I'll
be available to anyone with questions if I can find a chair and
network access. If not I'll hang out at the googleplex and enjoy
gourmet food and gourmet network access.

-David

On 11/15/06, Matthew Rizzo <mrizzo@youtube.com> wrote:
> "Related videos" on the right hand side of the flash player match one
> or more of the keywords of the video you are watching. The videos in
> the flash player are from a recommendation engine and does not come
> from PyLucene. We served the watch page 230 million times on saturday
> so that is about 2.6K per second queries from just that. We cache
> some of the results in memcache, but I think that is pretty much in
> the ballpark.
>
> Talk to you tomorrow,
>
> Rizzo
> On Nov 14, 2006, at 11:34 PM, David Chandler wrote:
>
> > 14:00 works. When a video gets watched, I'm curious what query is
> > generated. Is this PyLucene index responsible for the related videos
> > (in the flash player at the end and outside of it)?
> >
> > -David
> >
> > On 11/14/06, Matthew Rizzo <mrizzo@youtube.com> wrote:
> >>
> >> We are maintaining 4 indexes; one each for video, user, playlists and
> >> groups. Video is used most while the others get a comparatively
> >> infinitesimal amount of traffic. I will focus on video since that is
> >> our primary business and is a larger problem than the other 3 indexes
> >> combined. We currently get about 3-3.5K queries per second on our
> >> video search during peak times. We issue 3 different types of queries
> >> and allow 5 ways to sort.
> >>
> >> We issue a search when:

Highly Confidential GOO001-00243149

```
> >>        * video gets watched
> >>        * a user requests
> >>        * the browse by categories page gets hit
> >>        * a user is subscribed to a tag and hits the index or
> >> subscription
> >> center page
> >>
> >> We currently index 12 million videos (processed videos that are
> >> public) via PyLucene.  We update the index 2x per day, which
> >> constitutes a 25% change in the index. This is done via a batch tool
> >> that selects videos from a replica of our master database if a video
> >> has changed since the tool's last execution.   This takes about 5
> >> hours to apply the changes to the index and 2 hours to replicate the
> >> index to the search machines. The number of records in our video
> >> index doubles every four months and the index's size is 3.7G.
> >>
> >> The following are the fields used to render the results which are
> >> stored in the index:
> >>        keywords (text 5k max)
> >>        title (text 5k max)
> >>        description (text 5k max)
> >>        category (int)
> >>        username of the owner of the video (text 20 characters)
> >>        view count (int)
> >>        time added (int)
> >>        average rating (int)
> >>        length (int)
> >>        vote count (int)
> >>        vote sum (int)
> >>        video id (text 11 characters)
> >>
> >> I will give you a call tomorrow at 14:00 PST if that works for
> >> you. E-
> >> mail me with an alternative time if this time is not convenient
> >> for you.
> >>
> >> Rizzo
> >> On Nov 14, 2006, at 7:54 PM, David Chandler wrote:
> >>
> >> > How about a phone call (310 309-6827w, 607 316-2291m), when
> >> you've got
> >> > 20 minutes, to talk about the best way to get to Milestone 1?  I'll
> >> > define Milestone 1 as a search index in Google's prod
> >> datacenters that
> >> > has both google video and youtube docs (and the ability to restrict
> >> > searches to just one or the other), all such docs as of today, say.
> >> > This will be a testing index for a demo, but it will use all of
> >> > google's link information to rank things pretty well.
> >> >
> >> > The real issue, then, is to communicate where your data lives
> >> now so I
> >> > can figure out how to pull it out where I need it.
> >> >
> >> > Any documentation you have would be useful; I'm especially
> >> interested
> >> > in what data you store per video -- tags, ratings, pages that embed
> >> > the video, etc. -- and how often that's updated since the perfect
> >> > system for that may or may not be the system we've got right now.
```

Highly Confidential

> >> > Source code is useful, so as soon as you figure out how to share
> >> that
> >> > with other Googlers, I'd benefit from reading it.
> >> >
> >> > Also, how many search queries per second do you get at peak?
> >> How many
> >> > videos are in your index?  How fast is it growing?
> >> >
> >> > -David
> >> >
> >> > On 11/14/06, Matthew Rizzo <mrizzo@youtube.com> wrote:
> >> >> Hello all,
> >> >> How do you guys want to move forward on this? Let me know what
> >> >> information you need from me. I don't have intranet access yet I
> >> >> think that will come tomorrow or thursday.
> >> >>
> >> >> Feel free to use my google email if that is easier for you
> >> >> (mrizzo@google.com)
> >> >>
> >> >> Rizzo
> >> >> On Nov 14, 2006, at 3:31 PM, Cuong Do wrote:
> >> >>
> >> >> > David,
> >> >> >
> >> >> > I'm CC'ing Matt Rizzo on this e-mail.  He is the keeper of
> >> YouTube
> >> >> > search and will likely be leading the effort to integrate into
> >> >> > Google Search from the engineer side.
> >> >> >
> >> >> > Cuong
> >> >> >
> >> >> > On Nov 14, 2006, at 2:59 PM, David Chandler wrote:
> >> >> >
> >> >> >> Hi Cuong,
> >> >> >>
> >> >> >> Jeremy tells me you wrangle youtube's backend.  I'm the
> >> >> wrangler of
> >> >> >> Google Video's search index, and I'd appreciate it if you could
> >> >> >> put me
> >> >> >> in contact with the right engineers to talk about getting
> >> >> youtube's
> >> >> >> docs in our search index.  I hope we can do a better job of
> >> >> ranking
> >> >> >> them than you currently do and hope to take some of the load
> >> >> off of
> >> >> >> your shoulders so you can focus on youtube's strengths.
> >> (Google
> >> >> >> Video
> >> >> >> and Google Search also both want to search over youtube's
> >> videos.)
> >> >> >>
> >> >> >> Regards,
> >> >> >> David
> >> >> >>
> >> >> >> work: 310 309-6827
> >> >> >> cell: 607 316-2291
> >> >> >
> >> >>

> >> >>
> >>
> >>
>
>

___