# YouTube Site Navigation

**What is YouTube?**
YouTube is an online video streaming
service that allows anyone to view and
share videos that have been uploaded
by our members.



YouTube Confidential

Highly Confidential

GOO001-02338330

# YouTube HOMEPAGE

**Director Videos**
**Biz Dev – 200%**
**Sales – 200%**

**Featured Videos**
**Editorial Team**
**Picks**



**Search**

**300x35**

**Homepage Video**
**Roadblock**

**Sign Up**
**Member Login**
**Username**
**Password**



YouTube Confidential

Highly Confidential

GOO001-02338331

# Video Section



160x600



YouTube Confidential

Highly Confidential

# Categories Section



160x600



YouTube Confidential

Highly Confidential

# Channels Section



160x600



YouTube Confidential

Highly Confidential

GOO001-02338334

# Community Section



160x600



YouTube Confidential

Highly Confidential

GOO001-02338335

# Search Results 728x90 & 160x600



728x90

160x600



YouTube Confidential

Highly Confidential

GOO001-02338336

# Sign Up



Every Channel Signup
automatically makes a direct URL.
For example:
If you sign up as "morefriedchicken"
you will get the URL
http://www.youtube.com/morefriedchicken

In order to upload Videos you must first
confirm your email address via an auto
generated email from YouTube



YouTube Confidential

Highly Confidential

# Video Upload: 2 steps







YouTube Confidential

Highly Confidential

# How To Upload Videos



YouTube Confidential

# How to Upload Videos to YouTube

1) 1st Step – You Need to set up a YouTube Account

2) Log in and click the "Upload" tab

3) If this is your first upload, confirm your email address and check your email

4) Title, describe, tag, and select a relevant category for your video

5) Use the "Browse" button to locate your video

6) Press "Upload" and wait for confirmation



YouTube Confidential

Highly Confidential

# Email Confirmation

1) Go to Upload Videos

2) Enter:  Current Password

Email Address

3) Click link to confirm







YouTube Confidential

Highly Confidential

GOO001-02338341

# Video Upload: Step One Label Your Video



Tags are relevant keywords that you choose to be associated with your video. Video are primarily searched and located by these tags.



YouTube Confidential

Highly Confidential

GOO001-02338342

# Video Upload: Step Two Upload Your Video



YouTube converts all
uploaded movies into
Flash. Videos
uploaded must be
content owned by the
uploaded, less than
100MB, and less than
10 minutes long.

*Please be patient
your Video upload
could take a few
minutes



YouTube Confidential

Highly Confidential

GOO001-02338343