| | |
|---|---|
| To: | "Steve Chen" |
| From: | "Jawed" |
| Cc: | "YouTube Group" < > |
| Bcc: | |
| Received Date: | 2005-09-11 04:28:24 CST |
| Subject: | Re: admin_categorize.php |

there has not been any reply to my QA email. in other words, no QA has occurred since last night (except for mine and Pan's, but we are developers and thus not good people to QA our own features).

Jawed

---
http://www.jawed.com/


On Sat, 10 Sep 2005, Steve Chen wrote:

> hey you guys.
>
> can you help me categorize some of the videos (log in as yourselves
> and go to http://www.youtube.com/admin_categorize.php).
>
> i've just gone through 850 videos. only about 15000 more.
>
> -s
>
>

Highly Confidential

GOO001-01177848