To: "steve@youtube.com" <steve@youtube.com>
From: "Kevin Donahue" <kevin@youtube.com>
Cc: "'Maryrose Dunton'" <maryrose@youtube.com>, "'Chad Hurley'" <chad@youtube.com>, "'Brent Hurley'" <brent@youtube.com>, "'Maxcy Chris'" <chris@youtube.com>
Bcc:
Received Date: 2006-03-30 19:53:48 CST
Subject: RE: content partners seeing porn thumbnails

---

If that's the case then that's all we can do. :) Just trying to be an advocate for the best possible solution. In past I've been very proud of how we've been doing on this and we've even received compliments on it, but last week was painful with all the potential partners noticing the porn. My understanding is that it was a technical glitch last week that caused this.

-----Original Message-----
From: Steve Chen [mailto:steve@youtube.com]
Sent: Thursday, March 30, 2006 10:50 AM
To: Kevin Donahue; Steve Chen
Cc: Maryrose Dunton; Chad Hurley; Brent Hurley; Maxcy Chris
Subject: Re: content partners seeing porn thumbnails

We are already doing the best we can.
-----Original Message-----
From: "Kevin Donahue" <kevin@youtube.com>
Date: Thu, 30 Mar 2006 10:46:52
To:<steve@youtube.com>
Cc:"'Maryrose Dunton'" <maryrose@youtube.com>, "'Chad Hurley'" <chad@youtube.com>, "'Brent Hurley'" <brent@youtube.com>, "'Maxcy Chris'" <chris@youtube.com>
Subject: RE: content partners seeing porn thumbnails

They do want it off completely and there's no arbitrary cut-off point that's okay. They know and we know that we can't keep it 100% clean unless we stage and review everything. They do understand what kind of site we are and that we're not doing that and not planning to do that. It's just better if the perception is that we are keeping the site pretty clean - out of sight is out of mind. There's a big difference for them in actually seeing the porn there themselves vs. understanding that it may be there somewhere - under the surface, and not readily visible from a click or two from the home page (as is the case when it shows up in "recent videos").

-----Original Message-----
From: Steve Chen [mailto:steve@youtube.com]
Sent: Thursday, March 30, 2006 10:38 AM
To: Kevin Donahue; Steve Chen
Cc: Maryrose Dunton; Chad Hurley; Brent Hurley; Maxcy Chris
Subject: Re: content partners seeing porn thumbnails

So my point is this. Is there an arbitrary cutoff for porn that's okay? We'll advertise or do a deal if porn is on the site for 8 minutes but not 1 0?

They want the porn to be off ompletely, because regardless of the length of the window, they don't want a Disney ad to show up alongside porn. So I bring it back to, do they know what kind of site YouTube is?
-----Original Message-----

From: "Kevin Donahue" <kevin@youtube.com>
Date: Thu, 30 Mar 2006 10:33:33
To:<steve@youtube.com>
Cc:"'Maryrose Dunton'" <maryrose@youtube.com>, "'Chad Hurley'" <chad@youtube.com>, "'Brent Hurley'" <brent@youtube.com>, "'Maxcy Chris'" <chris@youtube.com>
Subject: RE: content partners seeing porn thumbnails

Yep. They do. And I know that we'll never reach 100% efficiency with this (they probably know this too), I'm just suggesting we come up with the best possible solution we can come up with for this.

-----Original Message-----
From: Steve Chen [mailto:steve@youtube.com]
Sent: Thursday, March 30, 2006 10:31 AM
To: Kevin Donahue; Steve Chen
Cc: Maryrose Dunton; Chad Hurley; Brent Hurley; Maxcy Chris
Subject: Re: content partners seeing porn thumbnails

Do they know how YouTube works?
-----Original Message-----
From: kevin@youtube.com
Date: Thu, 30 Mar 2006 07:11:25
To:"Steve Chen" <steve@youtube.com>
Cc:kevin@youtube.com, "'Maryrose Dunton'" <maryrose@youtube.com>, "'Chad Hurley'" <chad@youtube.com>, "'Hurley Brent'" <brent@youtube.com>, chris@youtube.com
Subject: Re: content partners seeing porn thumbnails

I disagree. I think it's extremely damaging to our brand and our business. Even if we see content partners willing to do limited deals with us now, unless we do a better job with the porn stuff, we may not ever see major advertisers working with us. And they bring the real dollars to a business like ours. It came up again in my meeting with Disney yesterday. 3 of the 4 guys from Disney in th room had seen porn images and had some reservations. I assured them that it was a temporary technical glitch and that we were in the process of correcting it.

> when we mention "removing image stills", we're talking about removing
> these videos from the "browse" sections, right? it's already being
> done in, at most, 30 minutes and on average 15 minutes. these guys
> must understand that it's a user-generated content site, they're
> bound to see stuff like this. as to the myspace problem, we're
> eventually going to face that problem too. anyway, i don't think
> it's worth investing the time & effort into making something that
> takes 15 minutes take 5 minutes instead.
>
> -s
>
> On Mar 29, 2006, at 8:30 AM, kevin@youtube.com wrote:
>
>> they clicked on the "videos" link and saw them in the "recently added"
>> area. When I'm talking to content partners on the phone and they are
>> clicking around on the site to get to know it, they often goe there
>> directly after they look at the home page. can we remove all image
>> stills
>> within a few minutes of removing an inappropriate video link? having
>> those images on our site for any amount of time at all is dangerous

>> for
>> us. with all the conversations I'm now having with turner, major
>> league
>> baseball, comcast's head of programming, and tens of others (soon
>> to be
>> scores and hundreds of potential partners) we will be under greater
>> scrutiny than before. they won't want to work with a site that is
>> in any
>> way seedy or smutty. this is myspace's biggest problem when it
>> comes to
>> their business model. they are generating extremely low ad revenues
>> considering their reach and audience. big advertisers won't go there
>> because they don't want their ads to show up next to a nasty photo
>> of some
>> kind.
>>
>>> How did they see the thumbnails? I'm assuming they saw it through
>>> the search results page which is cached content that gets refreshed
>>> every 60 minutes. If they saw it on the "browse" pages (recently
>>> added, most voted, most viewed, so on), that gets refreshed every 30
>>> minutes. The video itself will not be accessible from the watch page
>>> as soon as it's taken down.
>>>
>>> But, an FYI, the physical files -- videos and image stills -- are
>>> removed at infrequent, periodic cycles. However, I don't think
>>> that's where the concern lies...?
>>>
>>> -s
>>>
>>> On Mar 27, 2006, at 12:19 PM, Kevin Donahue wrote:
>>>
>>>> Guys,
>>>>
>>>> Today I've received 2 complaints from different potential content
>>>> partners related to adult content they've seen on our site. It
>>>> turns out they're seeing the thumbnails which are persisting even
>>>> after we remove the videos themselves. Where are we with being
>>>> able to remove the thumbnails more quickly when a video is removed?
>>>> Thx.
>>>>
>>>> - Kevin
>>>>
>>>>
>>>>
>>>> <image001.jpg>
>>>>
>>>>
>>>>
>>>> Kevin Donahue
>>>>
>>>> VP Marketing & Programming
>>>>
>>>> 71 E. Third Ave I San Mateo, CA I 94401
>>>>
>>>> kevin@youtube.com I [redacted]
>>>>
>>>>
>>>>

>>>> My YouTube Video Pick of the Day: Ronaldinho - Nike
>>>>
>>>>
>>>>
>>>>
>>>>
>>>>
>>>
>>>
>>
>>
>
>

<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN" "http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
<key>date-sent</key>
<real>1143744823</real>
<key>flags</key>
<integer>570686593</integer>
<key>original-mailbox</key>
<string>pop://maryrose@dev.youtube.com/</string>
<key>remote-id</key>
<string>4352fd8400009edb</string>
<key>sender</key>
<string>"Kevin Donahue" <kevin@youtube.com></string>
<key>subject</key>
<string>RE: content partners seeing porn thumbnails</string>
<key>to</key>
<string><steve@youtube.com></string>
</dict>
</plist>

---