| To: | "Suzie Reider" <sreider@google.com> |
|---|---|
| From: | "Jordan Hoffner" <jhoffner@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-07-07 00:10:59 GMT |
| Subject: | Fw: Fwd: [Video-bd] Banner Ads Requested by Content Partners - Process |

Hi-
Hope you are having a nice 4th. Take a look at the below. If we wanted to use the banner inventory to promote partners' content on UGC watch pages, is that something we can do? Who makes that policy decision? We could use that inventory.
Let me know what you think.
-------------------------
Jordan Hoffner
Google

w
c

"If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks."

----- Original Message -----
From: Jordan Hoffner
To: Philip Inghelbrecht
Cc: Alex Ellerson
Sent: Fri Jul 06 16:05:05 2007
Subject: Re: Fwd: [Video-bd] Banner Ads Requested by Content Partners - Process

It is different in the mind of Suzie and the compliance folks. Let's take the example of Warner Bros. They could be promoting a movie for new releaseby buying those units. If we give them away as part of a content deal, we are just undercutting the sales group. That may not be the most rational decisionmaking, but it is something they feel strongly about.
On the UGC side: The policy since january is to run nothing other than house ads promoting the YT service in UGC. If you are asking to change the policy, that's fine, we can look into it so that we are giving partners what they need to drive audiences to their content.
-------------------------
Jordan Hoffner
Google

w
c

"If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks."

----- Original Message -----
From: Philip Inghelbrecht <inghelbrecht@google.com>
To: Jordan Hoffner
Cc: Alex Ellerson
Sent: Fri Jul 06 15:53:29 2007
Subject: Re: Fwd: [Video-bd] Banner Ads Requested by Content Partners - Process

We have about 400MM idling banner impressions daily which we *badly* need to turn into promotional tools. If we can't do search/category pages .. fine, but at the bare minimum we should get all UGC pages.

Banners and PVAs are really not any different from dir video thumbnails. They just look a bit different .. but they

Highly Confidential

GOO001-02034326

serve the same purpose.

[p]

On 7/6/07, Jordan Hoffner <jhoffner@google.com> wrote:

Happy to discuss. Looking at the trail here, I think Sandy may have lost some meaning in translation. However, they REALLY have a problem with banners on search watch pages.
Front page and now search PVAs are also highly problematic. I told her to check with Eva before any policy is set to make sure that was the case.

Are you giving out those top masthead banners in search? Every conversation I have had with a partner promotion rotation is limited to director's videos, which stated below are still kosher.
Front page and now search PVAs are also highly problematic.

--------------------------
Jordan Hoffner
Google
w
c

"If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks."

----- Original Message -----
From: Philip Inghelbrecht <inghelbrecht@google.com>
To: Alex Ellerson; Jordan Hoffner
Sent: Fri Jul 06 14:36:31 2007
Subject: Fwd: [Video-bd] Banner Ads Requested by Content Partners - Process

Hi guys

We really, really cannot give this away. It's the only currency we have. Can we pls discuss ASAP? Thx - [p]

---------- Forwarded message ----------
From: Sandy Kuo < skuo@google.com <mailto:skuo@google.com> >
Date: Jul 6, 2007 2:27 PM
Subject: Re: [Video-bd] Banner Ads Requested by Content Partners - Process
To: Philip Inghelbrecht < inghelbrecht@google.com <mailto:inghelbrecht@google.com> <mailto:inghelbrecht@google.com> >
Cc: Talia Dear <talia@google.com>

MGs? no more acronyms! =)

This would apply to all banner advertisement. This is interesting, when I approached Jordan about this, he said he didn't think any SPDs were giving these out but that Director's Videos were the only promos given out. The way you're positioning the below, it makes it sound like it's quiet common. Jordan was fully on board with our policy.

why we need it to go through like a media buy? This ensures that we're sox compliant and operationally coordinated.

Highly Confidential

GOO001-02034327

On 7/6/07, Philip Inghelbrecht < inghelbrecht@google.com <mailto:inghelbrecht@google.com> > wrote:

> Hi Sandy
>
> It would be the same concept as dir videos, just another form of promotion. We absolutely need this in our deal making (since we don't pay out much or even offer MGs). Thx - [p]
>
> PS - why was this scrapped btw?

On 7/6/07, Sandy Kuo < skuo@google.com <mailto:skuo@google.com> > wrote:

> Hi Philip - I've removed everyone from the email thread except for Talia.
>
> Could you give more clarification on what these promotional offerings are? Our policy would include all banner advertisements. This does not apply to director's videos (the policy on how Director's Video will be given out will be looked at separately).
>
> Thanks,
> Sandy

On 7/6/07, Philip Inghelbrecht < inghelbrecht@google.com <mailto:inghelbrecht@google.com <mailto:inghelbrecht@google.com> > > wrote:

> Hi Sandy
>
> Could you please confirm that this does not include promotional offerings (typically in lieu of MG..) as part of content licensing deals. Thx - [p]

On 7/6/07, Sandy Kuo <skuo@google.com> wrote:

> Hi Team,
>
> Please note that going forward, if your content partner requests any banner advertisement (including those on contests and groups) or PVA, they will have to purchase them like any other media buy. Please reach out to ███████████████ to get assistance coordinating the campaign.
>
> Please let me or Talia know if you have any questions.
>
> Thanks,
> Sandy
>
> --
> ----------------------------------------------------------------------
> This email and the information it contains are confidential and may be privileged. If you have received this email in error please notify me immediately. You should not copy it for any purpose, or disclose its contents to any other person. Internet communications are not secure and, therefore, Google does not accept legal responsibility for the contents of this message as it has been transmitted over a public network. Please contact me if you suspect the message may have been intercepted or amended.

bd@google.com>
https://mailman.corp.google.com/mailman/listinfo/video-bd
<https://mailman.corp.google.com/mailman/listinfo/video-bd>
<https://mailman.corp.google.com/mailman/listinfo/video-bd>

--
Philip Inghelbrecht
Strategic Partner Development
Google Inc
Dir
Cell
Fax 650 963-3290

"If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks."

--
------------------------------------------------------------------------
This email and the information it contains are confidential and may be privileged. If you have received this email in error please notify me immediately. You should not copy it for any purpose, or disclose its contents to any other person. Internet communications are not secure and, therefore, Google does not accept legal responsibility for the contents of this message as it has been transmitted over a public network. Please contact me if you suspect the message may have been intercepted or amended.

--
Philip Inghelbrecht
Strategic Partner Development
Google Inc
Dir
Cell
Fax 650 963-3290

"If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks."

--
------------------------------------------------------------------------
This email and the information it contains are confidential and may be privileged. If you have received this email in error please notify me immediately. You should not copy it for any purpose, or disclose its contents to any other person. Internet communications are not secure and, therefore, Google does not accept legal responsibility for the contents of this message as it has been transmitted over a public network. Please contact me if you suspect the message may have been intercepted or amended.

Highly Confidential

--
Philip Inghelbrecht
Strategic Partner Development
Google Inc
Dir
Cell
Fax 650 963-3290

"If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks."

--
Philip Inghelbrecht
Strategic Partner Development
Google Inc
Dir
Cell
Fax 650 963-3290

"If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks."

Highly Confidential