```
To:             "Richard Kuo" <rkuo@google.com>
From:           "Cliff Samaniego" <csamaniego@google.com>
CC:             "Adam Relis" <arelis@youtube.com>, "alexj@youtube.com"
<AlexJ@youtube.com>
BCC:
Sent Date:      2007-06-08 06:45:32 GMT
Subject:        Re: 2 screen shots from HSN
```

I think I know what's going on here. Richard, if we migrate any partners, their content is automatically claimed, yes? If they are claimed, then the Ad Sales team automatically receives a client ID and ads are automatically turned on.

I think I ran across this once when we did tests with the first wave of the migration. There were a few non-profits (linktv

On 6/7/07, Richard Kuo <rkuo@google.com> wrote:
>
> If your partners are uploading videos via the web and not claiming
> them...that might account for it. Also the ads system can be a bit flaky
> sometimes...you should continue to keep an eye open for weird behavior.
>
> I don't think there any particular way to message this...we host content
> and in return we run ads against it. The only reason this seems weird is
> because we're running house ads against all non-partner content due to
> playing it safe, so to speak.
>
> On 6/7/07, Adam Relis <arelis@youtube.com> wrote:
> >
> > Fair enough. I just haven't seen these type of ads above videos for any
> > of my other partners. It's always a house ad.
> >
> > Is there a particular way I should message this to them?
> >
> > On 6/7/07, Richard Kuo <rkuo@google.com> wrote:
> > >
> > > Pretty much every partner on YouTube has a content owner account.
> > >
> > > We revshare if the deal is for revshare. BBC has opted out of ads and
> > > we will probably be doing it with university deals. But these have social
> > > and/or large deal scope merits and for HSN, we might be skeptical about
> > > allowing them to opt out?
> > >
> > > 1 by 1 is one way to do it...not a great one right now. We have more
> > > ways to find unclaimed content coming.
> > >
> > > On 6/7/07, Adam Relis < arelis@youtube.com> wrote:
> > > >
> > > > I'm not sure I've heard of this type of account before. How does a
> > > > partner get set up with it? Do we split revenue here? Can the partner opt
> > > > out?
> > > >
> > > > FYI, this is a torso partner, so there should not be any negotiated
> > > > deal associated. Also, they have over 6000 videos, so if they did wnat to

Highly Confidential                    Expert - Lics                    GOO001-06811230

```
> > > > continue and claim the content, what's the best way to do that? 1 by
1?
> > > >
> > > > Thanks,
> > > >
> > > > Adam
> > > >
> > > > On 6/7/07, Richard Kuo < rkuo@google.com> wrote:
> > > > >
> > > > > These partners have content owner accounts which indicates that
> > > > > they "own" the content they are uploading.  We run ads against all
licensed
> > > > > content of this nature, unless the negotiated agreement for some
reason
> > > > > tells us not to.
> > > > >
> > > > > If some content in their account somehow failed to claim properly,
> > > > > they might want to manually claim it as the message indicates.
> > > > >
> > > > > On 6/7/07, Adam Relis <arelis@youtube.com> wrote:
> > > > > >
> > > > > > Hey All,
> > > > > >
> > > > > > I just got off the phone with HSN, and they have some very
> > > > > > strange things going on in their account. See the attached
screenshots.
> > > > > >
> > > > > > Basically it looks like their content has paid banners running
> > > > > > across some of their videos when they are not signed up for rev
share.
> > > > > >
> > > > > > Also, on a number of migrated videos from GV, there is a message
> > > > > > about claiming content.
> > > > > >
> > > > > > Not sure what's going on here, but thought I should pass it
> > > > > > along. Thanks for taking a look.
> > > > > >
> > > > > > -Adam
> > > > > >
> > > > > > ---------- Forwarded message ----------
> > > > > > From: Pizzuto, Joseph
> > > > > > Date: Jun 7, 2007 1:57 PM
> > > > > > Subject: RE: 2 screen shots from HSN
> > > > > > To: Adam Relis <arelis@youtube.com>
> > > > > >
> > > > > >  Try this?
> > > > > >
> > > > > >
> > > > > >
> > > > > >
> > > > > >  ------------------------------
> > > > > >
> > > > > > *From:* arelis@google.com [mailto: arelis@google.com] *On Behalf
> > > > > > Of *Adam Relis
> > > > > > *Sent:* Thursday, June 07, 2007 4:47 PM
> > > > > > *To:* Pizzuto, Joseph
> > > > > > *Subject:* Re: 2 screen shots from HSN
> > > > > >
```

Highly Confidential                    Expert - Lics                    GOO001-06811231

```
> > > > > >
> > > > > >
> > > > > > Hi Joe,
> > > > > >
> > > > > > I don't see any attachments here. Can you please resend when you
> > > > > > have a second?
> > > > > >
> > > > > > Thanks!
> > > > > >
> > > > > > On 6/7/07, *Pizzuto, Joseph* <█████████████████████> wrote:
> > > > > >
> > > > > >
> > > > > >
> > > > > >
> > > > > > --
> > > > > > ******************
> > > > > > Adam Relis
> > > > > > YouTube
> > > > > > 1000 Cherry Ave, Suite 200
> > > > > > San Bruno , CA 94066
> > > > > > Phone: █████████
> > > > > > Fax: 650.963.3367
> > > > > > arelis@youtube.com
> > > > > >
> > > > > > "This email and the information it contains are confidential and
> > > > > > may be privileged. If you have received this email in error please
notify me
> > > > > > immediately and do not copy it for any purpose, or disclose its
contents to
> > > > > > any other person.  Internet communications are not secure and,
therefore,
> > > > > > Google does not accept legal responsibility for the contents of
this message
> > > > > > as it has been transmitted over a public network. If you suspect
the message
> > > > > > may have been intercepted or amended please call me."
> > > > > >
> > > > > >
> > > > > >
> > > > > > --
> > > > > > ******************
> > > > > > Adam Relis
> > > > > > YouTube
> > > > > > 1000 Cherry Ave, Suite 200
> > > > > > San Bruno , CA 94066
> > > > > > Phone: █████████
> > > > > > Fax: 650.963.3367
> > > > > > arelis@youtube.com
> > > > > >
> > > > > > "This email and the information it contains are confidential and
> > > > > > may be privileged. If you have received this email in error please
notify me
> > > > > > immediately and do not copy it for any purpose, or disclose its
contents to
> > > > > > any other person.  Internet communications are not secure and,
therefore,
> > > > > > Google does not accept legal responsibility for the contents of
this message
> > > > > > as it has been transmitted over a public network. If you suspect
the message
```

Highly Confidential          Expert - Lics          GOO001-06811232

```
> > > > > > may have been intercepted or amended please call me."
> > > > > >
> > > > >
> > > > >
> > > >
> > > >
> > > > --
> > > > ******************
> > > > Adam Relis
> > > > YouTube
> > > > 1000 Cherry Ave, Suite 200
> > > > San Bruno , CA 94066
> > > > Phone: ▮▮▮▮▮▮▮▮
> > > > Fax: 650.963.3367
> > > > arelis@youtube.com
> > > >
> > > > "This email and the information it contains are confidential and may
> > > > be privileged. If you have received this email in error please notify
me
> > > > immediately and do not copy it for any purpose, or disclose its
contents to
> > > > any other person.  Internet communications are not secure and,
therefore,
> > > > Google does not accept legal responsibility for the contents of this
message
> > > > as it has been transmitted over a public network. If you suspect the
message
> > > > may have been intercepted or amended please call me."
> > > >
> > >
> > >
> >
> >
> > --
> > ******************
> > Adam Relis
> > YouTube
> > 1000 Cherry Ave, Suite 200
> > San Bruno , CA 94066
> > Phone: ▮▮▮▮▮▮▮▮
> > Fax: 650.963.3367
> > arelis@youtube.com
> >
> > "This email and the information it contains are confidential and may be
> > privileged. If you have received this email in error please notify me
> > immediately and do not copy it for any purpose, or disclose its contents
to
> > any other person.  Internet communications are not secure and, therefore,
> > Google does not accept legal responsibility for the contents of this
message
> > as it has been transmitted over a public network. If you suspect the
message
> > may have been intercepted or amended please call me."
> >
>
>


--
Cliff Samaniego
```

Highly Confidential                                    Expert - Lics                                    GOO001-06811233

YouTube
1000 Cherry Avenue, Suite 200
San Bruno, CA 94066
Phone: (650) 827-6123
Fax: (650) 963-3367


"This email and the information it contains are confidential and may be privileged. If you have received this email in error please notify me immediately and do not copy it for any purpose, or disclose its contents to any other person.  Internet communications are not secure and, therefore, Google does not accept legal responsibility for the contents of this message as it has been transmitted over a public network. If you suspect the message may have been intercepted or amended please call me."

---

Highly Confidential      Expert - Lics      GOO001-06811234