| | |
|---|---|
| To: | "Chad Hurley" <chad@youtube.com> |
| From: | "Maryrose Dunton" <maryrose@youtube.com> |
| Cc: | |
| Bcc: | |
| Sent Date: | 2006-01-09 05:33:34 CST |
| Subject: | Re: ? |

Yep, correct on all the other sections - we just didn't add one for system flagged words, but I think we should be able to get that in no problem. :)


On Jan 8, 2006, at 9:31 PM, Chad Hurley wrote:

> Yes, exactly... and I thought we were going to break up the review
> section into multiple tabs... like one for private videos, one for
> user-flagged inappropriate videos, one for user-flagged feature
> this videos, one for over 10 minute runtimes, and now one for
> system-flagged words.
>
> This would be awesome to get in the push.
>
> Thanks!
>
>
>
>
> On Jan 8, 2006, at 9:20 PM, Maryrose Dunton wrote:
>
>> We hadn't planned to check for racy/inappropriate tags, but I
>> think we can add this fairly easily. How do we want to deal with
>> this, anything with an inappropriate tag, description or title
>> would get 'flagged' as racy and go into into the review tab?
>>
>>
>> On Jan 8, 2006, at 9:15 PM, Chad Hurley wrote:
>>
>>> See below... is this include in the video reviewing spec?
>>> Checking for racy/inappropriate tags? This could go into the a
>>> new review tab... just like the new separate private and flagged
>>> areas for video review that are going out in the next push. Right?
>>>
>>> -Chad
>>>
>>>
>>> Begin forwarded message:
>>>
>>>> From: Chad Hurley <chad@youtube.com>
>>>> Date: January 8, 2006 9:11:14 PM PST
>>>> To: Roelof Botha <Botha@sequoiacap.com>
>>>> Cc: "Steve Chen" <Steve@Youtube.Com>
>>>> Subject: Re: ?
>>>>
>>>> I think this is included in the spec. I'll have to check if it
>>>> is making it out for this push.
>>>>

Highly Confidential

GOO001-00827716

```
>>>> -Chad
>>>>
>>>>
>>>> On Jan 8, 2006, at 8:29 PM, Roelof Botha wrote:
>>>>
>>>>> What about some of the ideas we discussed before, like queueing
>>>>> high risk
>>>>> tags (e.g., blowjob) so that they are reviewed before going live?
>>>>>
>>>>> From: Chad Hurley [mailto:chad@youtube.com]
>>>>> Sent: Sunday, January 08, 2006 8:28 PM
>>>>> To: Roelof Botha
>>>>> Cc: Steve Chen
>>>>> Subject: Re: ?
>>>>> Importance: High
>>>>>
>>>>> This is becoming more and more of a problem on our site.... the
>>>>> next push is going to help solve a lot of our content
>>>>> management issues, but this is going to be an ongoing battle.
>>>>>
>>>>> -Chad
>>>>>
>>>>>
>>>>> On Jan 8, 2006, at 8:22 PM, Roelof Botha wrote:
>>>>>
>>>>>>
>>>>>>
>>>>>> From: Michael Moritz
>>>>>> Sent: Sunday, January 08, 2006 8:12 PM
>>>>>> To: Roelof Botha
>>>>>> Subject: ?
>>>>>> Importance: High
>>>>>>
>>>>>> http://www.youtube.com/w/wow?
>>>>>> v=1L9mRHvvjc4&feature=Recent&page=1&t=t&f=b
>>>>>
>>>>
>>>
>>
>
```

Highly Confidential

GOO001-00827717