| | |
|---|---|
| To: | "Mike Solomon" <mike@youtube.com> |
| From: | "Nadine Harik" <nadineh@google.com> |
| Cc: | "Franck Chastagnol" <franckc@google.com>, "Aaron Lee" <akylee@google.com>, "Vijay Karunamurthy" <vjkaruna@youtube.com>, "YouTube Developers" <developer@youtube.com>, "YouTube Ops" <ops@youtube.com> |
| Bcc: | |
| Received Date: | 2007-10-28 00:06:58 CST |
| Subject: | Re: api / embed problem? |

Yes the change just got pushed out. We now only call for the token if the user presses play. Note that since the swf is cached, people could still be getting the old swf from their browser.

On 10/27/07, Mike Solomon <mike@youtube.com> wrote:
>
> I'm back, did this ever get pushed out? If not, what can I do? I
> still see a similarly large number of requests.
>
> -Mike
>
> On Oct 27, 2007, at 12:52 PM, Franck Chastagnol wrote:
>
> > thanks nadine for the update.
> >
> > the fix for rating can wait until monday, i check with PM team on
> > that.
> >
> > i can help with testing on web1 at 2pm from my Mac with FireFox and
> > Safari but do not have a Windows machine.
> > can someone help with IE testing ?
> >
> > franck
> >
> > On 10/27/07, Nadine Harik <nadineh@google.com> wrote: Here's the
> > fix I'm proposing.
> >
> > I change the admp_i4.swf to only call for the t token if a user
> > presses play. Note that this quick fix will break ratings if the
> > user tries to rate before playing the video. I'll try to fix that
> > later.
> >
> > Time to push:
> >
> > Due to testing with doubleclick ads it's taking longer than
> > expected. I hope to have something in an hour. So I would like to
> > push to web1 around 2.
> >
> > In order to test on web1 we will need to copy the swf over and
> > change one line in the js so that the ad points to the swf on web.
> >
> > the swf needs to go to: /src/web/htdocs/swf/admp_i4.swf
> >
> > the js is /src/web/htdocs/js/pva.js
> >
> > the line
> > document.getElementById("FLASH_"+myObjName).SetVariable
> > ("dc_PVAurl", " http://www.youtube.com/pva/");

Highly Confidential

GOO001-00718495

> >
> > needs to change to:
> > document.getElementById("FLASH_"+myObjName).SetVariable
> > ("dc_PVAurl", " http://web1.sjl.youtube.com/pva/");
> > To test we just need to make sure that the video plays on all
> > browsers. I'm having a hard time testing IE while also connected
> > to  the google network and don't have a mac, so if anyone else
> > could help with that that would be great.
> >
> > Thanks,
> > nadine
> >
> >
> >
> > On 10/27/07, Mike Solomon < mike@youtube.com> wrote:
> > > Sounds good to me.
> > >
> > > On Oct 27, 2007, at 11:36 AM, Franck Chastagnol wrote:
> > >
> > > > I talked with Nadine.
> > > >
> > > > She is working on a quick fix for the get_video_token - ETA is
> > noon.
> > > > This quick fix may break PVA rating in some cases (if user does
> > not
> > > > play video).
> > > >
> > > > I'm going to discuss with PM to find out how bad it is if PVA
> > > > rating is broken.
> > > > If it is bad, we may ask OPS to push a fix for PVA rating later
> > > > this afternoon or evening.
> > > >
> > > > Thanks,
> > > > Franck
> > > >
> > > > On 10/27/07, Nadine Harik < nadineh@google.com> wrote:Yes, this
> > was
> > > > my change. Before we were passing the token in to the call for the
> > > > swf. In order to cache the swf I made it so that we request the
> > > > token after the swf is loaded. It was suggested that I do this
> > > > right away so that there isn't a delay when a user clicks play.
> > > > I'll change it so that it requests the token only when a user
> > > > clicks play.
> > > >
> > > >
> > > > On 10/27/07, Mike Solomon < mike@youtube.com> wrote: Can someone
> > > > call Nadine or Aaron and get them started on this? I want
> > > > a fix no later than noon.
> > > >
> > > > On Oct 27, 2007, at 10:23 AM, Geoff Stearns wrote:
> > > >
> > > > > [+Aaron, Nadine]
> > > > >
> > > > > Ah, you are right, it must be the pva then - maybe Aaron +
> > Nadine
> > > > > changed it recently?
> > > > >
> > > > >

> > > > >
> > > > > On 10/27/07, Vijay Karunamurthy <vjkaruna@youtube.com > wrote:
> > > > >> Hey Geoff - I noticed the homepage makes the requests for me in
> > > > >> Firebug:
> > > > >>
> > > > >> http://www.youtube.com/api2_rest?method=youtube%2Evideos%2Eget%
> > > > >> 5Fvideo
> > > > >> %5Finfo&video_id=zLn3X%2DmzpUc
> > > > >> http://www.youtube.com/api2_rest?
> > > > >> method=youtube.videos.get_video_token&video_id=zLn3X-mzpUc
> > > > >>
> > > > >> On Oct 27, 2007, at 10:17 AM, Geoff Stearns wrote:
> > > > >>
> > > > >>> I looked at the casio page and they are using the rel=0
> > player, so
> > > > >>> that page should never even request a token... (and it's
> > not, i
> > > > just
> > > > >>> checked).
> > > > >>>
> > > > >>> I noticed it's on the homepage pva as well, but that uses
> > the old
> > > > >>> player, so that won't be making that request either.
> > > > >>>
> > > > >>>
> > > > >>> On 10/27/07, Geoff Stearns < tensafefrogs@google.com> wrote:
> > > > >>>> The new embed player uses get_video_token before it plays a
> > > > >>>> video but
> > > > >>>> only after the first video (the first token is sent back
> > as a url
> > > > >>>> param when the users requests the swf).
> > > > >>>>
> > > > >>>> The custom player and acdc players also use this before
> > playing a
> > > > >>>> video - we were having caching issues in the cafe response
> > > > that the
> > > > >>>> acdc players were using - the tokens were expired before they
> > > > >>>> could be
> > > > >>>> used, which means players that can't play any videos.
> > > > >>>>
> > > > >>>> I can roll back the change on the embed player if it's a
> > concern.
> > > > >>>>
> > > > >>>>
> > > > >>>>
> > > > >>>> On 10/27/07, Mike Solomon < mike@youtube.com > wrote:
> > > > >>>>> In a recent sampling I found a few things:
> > > > >>>>>
> > > > >>>>> Top Requested Items (naive, not normalizing stupid vanity
> > urls)
> > > > >>>>>   111017 /get_video
> > > > >>>>>   109270 /watch
> > > > >>>>>    38026 /set_awesome
> > > > >>>>>    37297 /api2_rest
> > > > >>>>>    14858 /
> > > > >>>>>    12256 /user_info
> > > > >>>>>    10251 /tracker
> > > > >>>>>

Highly Confidential

GOO001-00718497

> > > > >>>>> /api2_rest is way up there.
> > > > >>>>>
> > > > >>>>> A few entries stand out:
> > > > >>>>>
> > > > >>>>>    7493 GET /api2_rest?
> > > > >>>>> method=youtube.videos.get_video_token&video_id=zLn3X-
> > mzpUc HTTP/
> > > > >>>>> 1.1
> > > > >>>>>    7477 GET /api2_rest?method=youtube%2Evideos%2Eget%
> > 5Fvideo%
> > > > >>>>> 5Finfo&video_id=zLn3X%2DmzpUc HTTP/1.1
> > > > >>>>>     697 GET /api2_rest?method=youtube%2Evideos%2Eget%
> > 5Fvideo%
> > > > >>>>> 5Finfo&video_id=ne90AB949SM HTTP/1.1
> > > > >>>>>     680 GET /api2_rest?
> > > > >>>>>
> > method=youtube.videos.get_video_token&video_id=ne90AB949SM HTTP/
> > > > >>>>> 1.1
> > > > >>>>>
> > > > >>>>> The top two have something to do with a Casio contest.
> > > > >>>>>
> > > > >>>>> Interestingly enough, these top two have only generated ~100
> > > > > hits
> > > > >>>>> to /
> > > > >>>>> get_video to actually watch something, and zero hits to the
> > > > > actual
> > > > >>>>> embed page.
> > > > >>>>>
> > > > >>>>> At first, I though it was some kind of gaming, but now I'm
> > > > > leaning
> > > > >>>>> towards bug. Why would you need 7000 calls to
> > > > >>>>> youtube.videos.get_video_token for 50 calls to get_video?
> > > > >>>>>
> > > > >>>>> If someone can explain, that would be great. I ask, because
> > > > >>>>> this is
> > > > >>>>> an aberration in traffic, and could explain the higher than
> > > > > normal
> > > > >>>>> cpu utilization on the webs.
> > > > >>>>>
> > > > >>>>> -Mike
> > > > >>>>>
> > > > >>>>
> > > > > >>
> > > > > >>
> > > > >
> > > > >
> > > > >
> > > >
> > > >
> > >
> > >
> >
> >

Highly Confidential

GOO001-00718498