

Attorney client privileged and confidential

Highly Confidential  GOO001-06361166

1

# Agenda

- Content Compliance – Workflow
- Compliance Guidelines
- Examples

Attorney client privileged and confidential

Highly Confidential
GOO001-06361167



# Content Compliance – Workflow

- Log into admin.youtube.com using your YouTube user name & password
- Click on "Content Claim Queues"
- From the "Select Queue Type" drop-down, select "CYC-User" and click "Apply Filter"



Highly Confidential
G00001-06361169



Highly Confidential
G00001-06361170



## Compliance Guidelines - Flags for investigation

* What are Flags?
  - Flags trigger a closer look at the video.
  - Read the "Claim Description by User" in the Admin tool to see if they have clarified any of the flags.



* Please Do Not Escalate if Flags are clarified, unless you have doubt.

Attorney client privileged and confidential

Highly Confidential

G00001-06361172

## Review Guidelines - Flags for investigation

- Green MPA rating screen
- Letterbox or wide-screen format
- Recognizable music
- Recognizable pop-culture icons
- Network TV logos or watermarks in corner of screen
- Thumbnails containing mixture of TV show and commercials
- Credits and Intros
- Professional sports or concert imagery broadcast on TV
- Photos or images owned by someone else

Attorney client privileged and confidential

YouTube

8

Highly Confidential
G00001-06361173

# Compliance Guidelines - Escalation process

- Escalate by sending to "hold queue" with comments
  - Please include reason for escalation with timecode
    Eg. Eagles music at 2:20 or Shot from Harry Potter at 1:20



- Notify the Torso Team by sending an email
  user-partners@youtube.com

Attorney client privileged and confidential

## Compliance Guidelines – Escalate Examples

- Video includes recognizable Film, Video, TV, Music Video, Audio, Commercial etc.
- TV watermark/Logo within frames and certain it's a professional TV broadcast
- Video includes recognizable trademarked cartoon characters
- Video content contains visible recognizably trademarked logo that is the focal point or receives endorsement
- Video has a visible television/poster/advertisement/magazine/book/CD/still image owned by someone else that is the focal point
- Video includes recognizable music/soundtrack not caught by fingerprinting, such as cover versions of hit songs.
- Video is filmed in non-public area of an identifiable business/corporation (2:20)

Attorney client privileged and confidential

Highly Confidential    GOO001-06361175

## Compliance Guidelines - Approve

- No visible watermarks and do not recognize content
- Content has watermark, but doesn't look like a TV broadcast.
- Visible recognizably trademarked logos are in the background (3:1)

Attorney client privileged and confidential

Highly Confidential

GOO001-06361176

## Music FAQs

- Music
    - Creating their own version of a copyrighted song is not fair use
    - Need to clear the composition rights.
- Cleared Music Sites
    - Ccmixter.org
    - Soundclick.com

Attorney client privileged and confidential

Highly Confidential	G00001-06361177



Check Claim Description Field in the Admin tool– if they have the rights to use it, approve, if not escalate

13

Highly Confidential

G00001-06361178

Questions
Attorney client privileged and confidential
YouTube