| | |
|---|---|
| To: | "YouTube Group" <█████████> |
| From: | "Chad Hurley" <chad@youtube.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2005-08-15 05:42:53 GMT |
| Subject: | Re: our 100 most active viewers |

haha, i think half the time i'm not logged in because of switching between the live site and my playground. this is an awesome job though, where else would someone tell you to stop wasting time and watch videos! haha

On Aug 14, 2005, at 6:16 PM, Steve Chen wrote:

> what the fuck chad! start watching some movies!!! 1395???
>
> -s
>
> Begin forwarded message:
>
>> From: Jawed █████████
>> Date: August 14, 2005 6:09:35 PM PDT
>> To: █████████
>> Subject: our 100 most active viewers
>>
>>
>> The cool thing is we have people who view just as many videos as
>> some of
>> us.
>>
>> number of videos viewed:
>>
>> +----------------+------+
>> | username       | count |
>> +----------------+------+
>> | steve          | 2850 |
>> | lostheadfactory | 2840 |
>> | jawed          | 2441 |
>> | Dan2           | 1846 |
>> | koolkeith500   | 1515 |
>> | Chad           | 1395 |
>> | anillo65       | 1357 |
>> | tunafat        | 1313 |
>> | WeirdSheep     | 1243 |
>> | cheayee        | 1187 |
>> | vagus          | 717 |
>> | nightbringer90 | 701 |
>> | larfus         | 560 |
>> | DeKku          | 501 |
>> | Kaizenamazen   | 483 |
>> | Aizzia         | 459 |
>> | wwwresrch      | 458 |
>> | Rob            | 412 |
>> | srhee79        | 389 |
>> | melancholy     | 389 |
>> | musicant       | 382 |

```
>> | safetycritical  | 344 |
>> | vivin289        | 332 |
>> | chrisssheeen    | 331 |
>> | mike0tron       | 328 |
>> | fenix           | 323 |
>> | xcrisisx        | 314 |
>> | Jeanpierre038   | 309 |
>> | lqdchicky83     | 277 |
>> | mojaam          | 272 |
>> | xlanz           | 271 |
>> | Maty31          | 262 |
>> | minishorts      | 257 |
>> | chariyc         | 254 |
>> | savioshow       | 253 |
>> | ninja           | 251 |
>> | necropolis      | 243 |
>> | cabmobile       | 238 |
>> | taketake        | 234 |
>> | Flare68         | 234 |
>> | crispin3d       | 230 |
>> | alaputacalle    | 230 |
>> | Mechaunt        | 229 |
>> | JimmyKets       | 227 |
>> | konefku         | 225 |
>> | COBALTGRUV      | 224 |
>> | contron         | 224 |
>> | cinemato        | 223 |
>> | johnkuang       | 215 |
>> | s00zelo0        | 211 |
>> | DonaldHurley    | 210 |
>> | JermLeather     | 208 |
>> | papa            | 208 |
>> | COURTIZZLE      | 205 |
>> | ronnywang       | 204 |
>> | 3boo            | 195 |
>> | xsezzx          | 193 |
>> | ohmmiunque      | 192 |
>> | rsm             | 191 |
>> | nightbringer490 | 190 |
>> | allenh          | 189 |
>> | slvgdvg         | 187 |
>> | Joelia          | 185 |
>> | shannonkringen  | 183 |
>> | mrcardboard     | 180 |
>> | braveheart      | 178 |
>> | nickhow         | 177 |
>> | health01        | 174 |
>> | fannyman        | 174 |
>> | sfgraves        | 167 |
>> | wonow           | 164 |
>> | mel171103kev    | 164 |
>> | marvel          | 163 |
>> | sawaki          | 162 |
>> | JinX            | 161 |
>> | BMWDave         | 160 |
>> | skye            | 158 |
>> | Slightlyevil    | 158 |
>> | bualbula        | 157 |
```

Highly Confidential

GOO001-01949764

```
>> | irishdruid469 |  156 |
>> | smidjepeter   |  156 |
>> | sushy99       |  155 |
>> | putchar       |  155 |
>> | moondoggie    |  154 |
>> | nazrul        |  153 |
>> | haze          |  153 |
>> | dng05         |  153 |
>> | digitalreporter | 153 |
>> | ymwan         |  152 |
>> | marit         |  150 |
>> | farconeti     |  149 |
>> | hafiz         |  149 |
>> | selcal        |  147 |
>> | boltcrank     |  144 |
>> | testament     |  144 |
>> | kras          |  142 |
>> | villatic      |  141 |
>> | yanno         |  141 |
>> | tfirma        |  138 |
>> | amerwitz      |  137 |
>> +-----------------+-------+
>>
>> select u.username, count(*) as count from ut_watch w, ut_user u where
>> w.user_id = u.id group by w.user_id order by count desc limit 100;
>>
>> Jawed
>>
>> _____
>> http://www.jawed.com/
>>
>>
>>
>
```

Highly Confidential

GOO001-01949765