To: 'Cahan, Adam' <Adam.Cahan@mtvn.com>; 'chad@youtube.com' <chad@youtube.com>; 'chris@youtube.com' <chris@youtube.com>
From: Christopher Maxcy <maxcy@google.com>
Cc: 'Dooley, Tom' <TED@viacom.com>; 'Mark Yoshitake' <myoshitake@google.com>; 'David Eun' <deun@google.com>
Bcc:
Received Date: 2007-02-02 18:21:00 CST
Subject: RE: YouTube/Viacom

---

Adam,


I'd be happy to get you set up on the tool in order to get this & any future content down. If we get going quickly Viacom would be the first to use the tool (still in alpha). I assume the 105k takedown went through the proper DMCA channels? Are you available at noon today to discuss with our technical team?


Cheers,


Chris

---

From: Cahan, Adam [mailto:Adam.Cahan@mtvn.com]
Sent: Friday, February 02, 2007 7:25 AM
To: chad@youtube.com; chris@youtube.com
Cc: Dooley, Tom
Subject: YouTube/Viacom
Importance: High


Chad/Chris -

This morning we have asked YouTube to take down an additional 105K Viacom/MTV Networks video assets representing 1.15B views. Unfortunate that we could not close the gap here for a partnership.

Going forward we're going to require your support in ensuring our assets do not continue to reappear.

Our current identification tool is insufficient for our needs. We've discussed YouTube's plans for a search tool to enable us to review all current hosted videos. When is that available to us?

Best - Adam

---