```
To:            "Matthew Liu" <matthew@youtube.com>
From:          "Connie Chan" <connie@elevation.com>
CC:
BCC:
Sent Date:     2006-07-21 23:26:49 GMT
Subject:       RE: coda322 sent you a video!
```

Just visitng from taiwan she only comes once a year at most

My hours this past week are probably the worst they have ever been. Monday was 5am Tuesday was 4 am Wednesday was 3 am yesterday was 4 am. Granted I get in the office now at 9-9:30 instead of 8:30-9, it still sucks a lot. It's really making me rethink whether or not I'm going to do a 3rd year here

Sigh

-depressed

---

From: Matthew Liu [mailto:matthew@youtube.com]
Sent: Friday, July 21, 2006 4:23 PM
To: Connie Chan
Subject: Re: coda322 sent you a video!

Is she moving or just visiting? What types of hours are you doing

On Jul 21, 2006, at 4:13 PM, Connie Chan wrote:

I'm upset lately... work has been terrible in terms of hours this week and my grandma is leaving for Taiwan tomorrow morning. Everyday by the time I get home she's already asleep. I hate it.

---

From: YouTube Service [mailto:service@youtube.com]

Highly Confidential

GOO001-06525907

```
Sent: Friday, July 21, 2006 4:12 PM
To: Connie Chan
Subject: coda322 sent you a video!


YouTube(tm) - Broadcast Yourself


coda322 wants to share the following video with you:

 <http://www.youtube.com/watch?v=Q-1aui-wluE>

Video Description


A cherished holiday from a new and horrible perspective. Brought to you
by Blame Society Productions. More of our films at http://www.splu.net

Directed by Aaron Yonda
Voice of Pumpkin...Matt Sloan
Demon 1...Ouisia Whitaker-Devault
Demon 2...Maya Whitaker-Long
Demon 3...Carmen Prater-Bellver
Demon 4...Sara Prater-Bellver
Kidnapper 1...Nick Drake
Kidnapper 2...Aaron Yonda
Disemboweler 1...Matt Sloan
Disembowler 2...Aaron Yonda
Produced by...Erik Gunneson, Aaron Yonda
Cinematographer...Erik Gunneson
Assistant Cinematographer...Doug Chapin
Written by...Aaron Yonda, Benson Gardner
Sound Recordist...Erik Gunneson
Music By...Alpha Consumer-JT Bates, Michael Lewis, Jeremy Ylvisaker
Sound and Video Editor...Aaron Yonda
Set Design and Props...Tona Williams
Grips...Stew Fyfe, Meg Hamel, Nate Matteson, Justin Sprecher
Special Thanks...Julie Whitaker, Hermanson Pumpkin Patch, University of
Wisconsin-Madison Department of Communication Arts
2006


Personal Message


Eric, you will love this. Connie, you will not...

To respond to coda322, click here
<http://www.youtube.com/outbox?to_user=coda322> .

Thanks,
coda322

To change or cancel your email notifications, go to your email options
<http://www.youtube.com/my_profile_email> .
```

Highly Confidential
GOO001-06525908

Copyright (c) 2006 YouTube, Inc.

Matthew Liu

Product Manager

███████████ matthew@youtube.com

---

Highly Confidential
GOO001-06525909