To: "Bhanu Narasimhan" <bhanun@google.com>, "Nikesh Arora" <████████>
From: "David Eun" <deun@google.com>
Cc: "Peter Chane" <peterch@google.com>, "Hunter Walk" <hunter@google.com>, "Patrick Walker" <pjwalker@google.com>, "Ethan Anderson" <eanderson@google.com>, "David Fischer" <dfischer@google.com>, "Dave Eun" <deun@google.com>, "John Herlihy" <johnh@google.com>, "William Kipp" <wkipp@google.com>, "Jennifer Feikin" <jfeikin@google.com>, "Susan Wojcicki" <████████>, "Nikhil Bhatla" <nikhil@google.com>
Bcc:
Received Date: 2006-03-08 18:25:03 CST
Subject: RE: Video Ops Update

---

Thanks, Bhanu.

Nikesh et al, given the concerns that content owners have about properly screening for illegal content and our rapidly increasing base of user-submitted content in general, I thought it'd be helpful to have a clear view on what affirmative measures Bhanu and her team are taking today - and what they plan to do going forward.

We should all keep in mind that as more user-submitted content increases, our ability to screen for copyright infringements will become increasingly important - not just from a partnership standpoint but from a pure legal standpoint. At some point, the complaints/concerns we receive could turn into lawsuits from deep pocketed content owners, or a class of them. We need to make sure that the tools and capabilities we have to filter content continue to keep pace with developments to our Video strategy, as we readjust allocations of time and resources across all the functional areas involved...

Dave

---

From: Bhanu Narasimhan [mailto:bhanun@google.com]
Sent: Wednesday, March 08, 2006 9:59 AM
To: Nikesh Arora
Cc: Peter Chane; Hunter Walk; Patrick Walker; Ethan Anderson; David Fischer; Dave Eun; John Herlihy; William Kipp
Subject: Video Ops Update

Hi Nikesh,

As you may already know, I am managing the video ops team here in MV. I was chatting with Dave Eun yesterday, giving him an overview of our tools and processes, and he mentioned that perhaps I could email you some information on this as well so you have better visibility into what we are currntly doing and what our plans are for the future. I have

Highly Confidential

EXHIBIT
Eun 1
8/7/08

G00001-00923210

included highlights below, and am also enclosing some slides that I
shared with Dave a couple of weeks ago that contain an overview of video
and video ops. Please feel free to email me any additional questions
that you may have.

Thanks,
Bhanu

---------------------------------------------------------------
-------------

Google Video Current State


US Product, US Policies Apply

Video is currently a US/.com product with IP restrict in china and
India. We removed IP restrict recently in Fr, DE, Korea. Currently our
team is working solely under US policies and applicable copyright laws,
however, we are committed to honoring the rights of copyright owners
worldwide.


Content Reviewed in US Only

Online and standard partner uploaded content currently gets reviewed
only in the US. Our team sees thumbnails only, no audio. We disapprove
for policy (porn, violence, etc.) or copyright - content that is not
recognized by reviewer (like bollywood movies, european shows, etc) is
approvable.


Takedowns Based on DMCA, User/Googler input

We rely on content owners sending us DMCA complaints to takedown
copyright content. We review emails sent to us by users and review
videos for possible policy violations.

We also have an internal sparrow page that googlers can leverage to
bring content to our attention
(http://www.corp.google.com/sparrow/googlevideo/takedown.html#sparrow) -
we review this content and takedown if appropriate. We try to notify the
uploader that their content was taken down soon after the fact. We also
give uploaders info on how to counter complain if they think they do in
fact own copyright to their video.


Part Time Dublin Team Fielding Complaints and Identifying Infringing
Content

When we removed IP restrict in Fr, DE, we also trained and assigned 3
part time resources from the online ops team in Dublin to help with
user/government complaints so we could provide more speedy resolution.
These people work for Bill Kipp and are trained in policy/copyright
related emails and takedowns.

We are currently leveraging this part time team to identify infringing UK/European content in the index and asking them to add the URLs to our sparrow page. We have just begun taking this content down. In the meantime, the BBC has recently been sending us DMCA complaints (nearly 200 videos thus far)

Google Video Future State

Google Video Engineering Currently Working on Tools to Protect Content Owners

1) Enhanced Google Operations tools [incremental releases over next 4-6 weeks]
Increased ease of use and accuracy via the presentation of video meta data into the review process, highlighting of family unsafe words, using metadata to find similar files already live or that have been previously removed from GV. Creation of a takedown tool to speed the removal of problematic videos once they are live. Tracking violations by uploader to facilitate closing accounts of serial violators.

2) Technical copyright/duplication file detection [next 1-3 months]
Introducing activities into the review pipeline which will compare the audio and/or video of uploaded files against canonical content already live within GV (or potentially even against premium content not live with GV but in an authoritative DB we can compare against). These reviews will potentially automatically disapprove matches or raise a flag for manual review.

3) Auto-DMCA request tool [first release by EOM]
Permissioned partners will be able to flag videos in the GV UI and electronically submit these in batches to Google as DMCA takedown requests.

Full Time Dublin Ops Team Upon Localization

When we localize video and launch in Europe, we will have a fulltime team in Dublin (probably one person per language) that will handle the full spectrum of video reviews, emails and takedowns. The review tool will have European queues so that content uploaded in Europe gets reviewed by Dublin. We are also working with the legal teams to localize our help content and CRs for European laws, and our steps may vary somewhat from the US. The MV team will train the Dublin team and ensure things get off the ground smoothly.