CODED FIELDS:
BEGDOC: GOO001-00507525
ENDDOC: GOO001-00507532
BEGATTACH: GOO001-00507525
ENDATTACH: GOO001-00507532
RECORDTYPE: E-File
CUSTODIAN: Dunton_(Maryrose)-GOONDCE000001612
DATASETID: GOONDCE000001612
MASTER_DATE: 01/25/2006
SENTON_DATE_TIME:
CREATE_DATE_TIME: 01/25/2006:03:20:56
LASTMOD_DATE_TIME: 01/25/2006:03:20:56
RECEIVED_DATE_TIME:
PARENTFOLDER: HAL-SB-0207\1 Customer\Macintosh HD\Users\maryrose\Library\Application Support\Adium 2.0\Users\Default\Logs\AIM.maryrosedunton\tunawarrior-GOONDCE000001612
AUTHOR:
TO:
CC:
BCC:
SUBJECT_TITLE: tunawarrior (2006-01-24).html
ORIGINALSOURCE:
NATIVEPATH:
FILEEXT: html
FILENAME: tunawarrior (2006-01-24).html-GOONDCE000001612
FILESIZE: 35829
MD5HASH: 461e529cf645ec76295156c819523baf

DATE: 8.22.08    EXHIBIT# 3
DEPONENT:
DUNTON, MARYROSE
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL        1        GOO001-00507525-GOO001-00507532

12:09:39 AM tunawarrior:
everyone's talking to us

12:10:05 AM maryrosedunton:
hah. oh totally. but ya, since the team is getting larger and larger, you can't really openly admit to that

12:10:21 AM maryrosedunton:
people freak out

12:10:24 AM tunawarrior:
if i were running the show. i'd say, we concentrate all of our efforts in building up our numbers as aggressively as we can through whatever tactics, however evil

12:10:30 AM tunawarrior:
ie, scraping myspace

12:10:33 AM maryrosedunton:
ya

12:10:38 AM tunawarrior:
but just get user metrics up, views up, keep scaling out.

12:10:47 AM tunawarrior:
then 3 months, sell it with 20m views per day and like 2m users or somethihng.

12:10:57 AM tunawarrior:
because my fear is, in 3 months.

12:11:02 AM tunawarrior:
to keep up with this growth.

12:11:05 AM tunawarrior:
things are going to get so out of control.

12:11:14 AM tunawarrior:
we're going to be pushing like 10% of the traffic that google pushes or something.

12:11:20 AM tunawarrior:
with 1/1000th the budget.

12:11:24 AM maryrosedunton:
blah

12:11:37 AM tunawarrior:
hahaha

12:11:39 AM tunawarrior:
what's that blah mean

12:11:46 AM tunawarrior:
think i'm pessimistic?

12:12:02 AM maryrosedunton:
hah...oh no, I just mean that's a crazy amount of traffic

12:12:06 AM tunawarrior:
see, i think we can sell for somewhere between $250m - $500m.

12:12:08 AM tunawarrior:

in the next 3 months.

**12:12:16 AM tunawarrior:**
and there *is* a potential to get
to $1b or something.

**12:12:28 AM tunawarrior:**
but, man, that's going to take like
2 years of hard work and probably dilution and
getting another round of funding.

**12:12:29 AM maryrosedunton:**
and honestly, I can't imagine we
could make enough just in advertising to cover
operating costs for something that large

**12:13:56 AM tunawarrior:**
ya, none of these internet companies
that get a lot of traffic with a revenue
model based on purely advertising make that much money.

**12:14:02 AM tunawarrior:**
thinking like friendster and even
myspace

**12:14:20 AM tunawarrior:**
i think it has to be a more unique
model

**12:14:25 AM tunawarrior:**
like google's is unique to google

**12:14:38 AM tunawarrior:**
i *think* we can try to pull off
something like that but still highly risky

**12:14:54 AM maryrosedunton:**
ya, and a lot of time, and a lot
of work.

**12:16:14 AM tunawarrior:**
hmm we're beating friendster nowadays
in traffic

**12:18:04 AM maryrosedunton:**
nice. hrm, but you know, i still
think to make us attractive to someone purchasing
us, we've got to really build up users

**12:18:39 AM tunawarrior:**
agreed

**12:18:52 AM tunawarrior:**
and user retention

**12:19:05 AM tunawarrior:**
in ways other than just returning
to watch more videos

**12:19:26 AM maryrosedunton:**
yup. the views are awesome. but I
don't know how much that's really worth to
someone at the end of the day

**12:20:14 AM maryrosedunton:**
oh shit. we passed flickr too

**12:20:16 AM tunawarrior:**
oh i personally think it's still
highly valuable

HIGHLY CONFIDENTIAL

GOO001-00507525-GOO001-00507532

**12:20:18 AM tunawarrior:**
but

**12:20:30 AM tunawarrior:**
i think there are some easy things we can do for the next 3 months

**12:20:33 AM tunawarrior:**
that will make us worth a lot more

**12:20:37 AM tunawarrior:**
using the huge # of uunique visitors

**12:20:42 AM tunawarrior:**
as a foundation to build from

**12:21:37 AM maryrosedunton:**
right. I'm actually pleased with the groups stuff, I wasn't sure how that would do

**12:21:45 AM tunawarrior:**
oh i love it

**12:22:00 AM tunawarrior:**
i didn't really take a look at it much pre-push except in passing on the QA playground

**12:22:04 AM tunawarrior:**
but i'm happy that people are using it

**12:22:10 AM maryrosedunton:**
ya, totally

**12:22:11 AM tunawarrior:**
tthe profile stuff will be cool too

**12:22:30 AM maryrosedunton:**
agreed. oh, did you see my email about the blog stuff. I do think Mike has a good point actually

**12:22:51 AM maryrosedunton:**
and wonder if we want to reinvent the wheel with all that stuff?

**12:22:55 AM maryrosedunton:**
(the blog stuff)

**12:23:04 AM tunawarrior:**
hmm

**12:23:09 AM tunawarrior:**
the only point that i'd contend with is

**12:23:14 AM tunawarrior:**
for every person using the blog functionality

**12:23:19 AM tunawarrior:**
we'd be getting more user generated content

**12:23:27 AM tunawarrior:**
and that person will want others to read it, so on, that cycle

**12:24:21 AM maryrosedunton:**
right, but I wonder if we would gain

more users from integrating with livejournal,
instead of trying to duplicate them?

12:24:43 AM tunawarrior:
right, ya i see that point too

12:25:04 AM tunawarrior:
but the bulk of the user generated
content that these guys are spending 30+
minutes to write each day

12:25:08 AM tunawarrior:
is going to be hosted elsewhere,
hm

12:25:13 AM tunawarrior:
well, i can go either way

12:25:16 AM tunawarrior:
if it can get us to market faster

12:25:30 AM tunawarrior:
i really like the whole dropdown
to integrate address book thing

12:25:55 AM tunawarrior:
wondering if we can put rizzo on
like

12:26:04 AM tunawarrior:
permanent, small-features, going
out next week.

12:26:11 AM tunawarrior:
and he'll always be working on the
live branch.

12:26:28 AM maryrosedunton:
oh probably.

12:26:51 AM maryrosedunton:
hrm. the premium content provider
stuff though, do we want that going out on
the live branch?

12:26:58 AM maryrosedunton:
that's on rizzo's plate

12:27:03 AM tunawarrior:
hm it's pretty big, isn't it?

12:27:31 AM maryrosedunton:
actually, the flow isn't really all
that complicated. it's just rizzo needs to figure out
how to deal with the images.

12:27:46 AM tunawarrior:
ah right.

12:27:47 AM maryrosedunton:
allowing users to upload images for
their watch pages and profile

12:28:12 AM tunawarrior:
ya big problems to tackle seeing
as how we're already having so much trouble
serving out the images on our current machines.

12:28:19 AM tunawarrior:
it's funny how we have no problems
serving out videos

HIGHLY CONFIDENTIAL		7		GOO001-00507525-GOO001-00507532

**The following is a true and correct copy of this
instant message conversation as produced by Defendants.**

```html
<div class="receive"><span class="timestamp">12:07:34 AM</span> <span class="sender">tunawarrior:</span><pre class="message">man, we better start making some revenue soon</pre></div>
<div class="send"><span class="timestamp">12:08:05 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">ya? how bad are things?</pre></div>
<div class="receive"><span class="timestamp">12:08:23 AM</span> <span class="sender">tunawarrior:</span><pre class="message">not too bad but they will get bad as soon as we start doing everything to scale out</pre></div>
<div class="send"><span class="timestamp">12:08:30 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">oh right</pre></div>
<div class="receive"><span class="timestamp">12:08:40 AM</span> <span class="sender">tunawarrior:</span><pre class="message">building out our own data center, cdn, serverbeach. and to keep up the growth.</pre></div>
<div class="receive"><span class="timestamp">12:08:43 AM</span> <span class="sender">tunawarrior:</span><pre class="message">oh let me see how we did yesterday.</pre></div>
<div class="receive"><span class="timestamp">12:08:59 AM</span> <span class="sender">tunawarrior:</span><pre class="message">my sort of opinion is that.</pre></div>
<div class="receive"><span class="timestamp">12:09:02 AM</span> <span class="sender">tunawarrior:</span><pre class="message">we should sell this thing in 3 months.</pre></div>
<div class="receive"><span class="timestamp">12:09:04 AM</span> <span class="sender">tunawarrior:</span><pre class="message">...</pre></div>
<div class="send"><span class="timestamp">12:09:15 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">haha...but 'we're not for sale' :-P</pre></div>
<div class="receive"><span class="timestamp">12:09:31 AM</span> <span class="sender">tunawarrior:</span><pre class="message">ya i told chad that we should consider it</pre></div>
<div class="receive"><span class="timestamp">12:09:37 AM</span> <span class="sender">tunawarrior:</span><pre class="message">i mean, microsoft, google, yahoo</pre></div>
<div class="receive"><span class="timestamp">12:09:39 AM</span> <span class="sender">tunawarrior:</span><pre class="message">everyone's talking to us</pre></div>
<div class="send"><span class="timestamp">12:10:05 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">hah. oh totally. but ya, since the team is getting larger and larger, you can't really openly admit to that</pre></div>
<div class="send"><span class="timestamp">12:10:21 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">people freak out</pre></div>
<div class="receive"><span class="timestamp">12:10:24 AM</span> <span class="sender">tunawarrior:</span><pre class="message">if i were running the show. i'd say, we concentrate all of our efforts in building up our numbers as aggressively as we can through whatever tactics, however evil</pre></div>
<div class="receive"><span class="timestamp">12:10:30 AM</span> <span class="sender">tunawarrior:</span><pre class="message">ie, scraping myspace</pre></div>
<div class="send"><span class="timestamp">12:10:33 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">ya</pre></div>
<div class="receive"><span class="timestamp">12:10:38 AM</span> <span class="sender">tunawarrior:</span><pre class="message">but just get user metrics up, views up, keep scaling out. </pre></div>
<div class="receive"><span class="timestamp">12:10:47 AM</span> <span class="sender">tunawarrior:</span><pre class="message">then 3 months, sell it with 20m views per day and like 2m users or somethihng.</pre></div>
<div class="receive"><span class="timestamp">12:10:57 AM</span> <span class="sender">tunawarrior:</span><pre class="message">because my fear is, in 3 months.</pre></div>
<div class="receive"><span class="timestamp">12:11:02 AM</span> <span class="sender">tunawarrior:</span><pre class="message">to keep up with this growth.</pre></div>
<div class="receive"><span class="timestamp">12:11:05 AM</span> <span class="sender">tunawarrior:</span><pre class="message">things are going to get so out of control.</pre></div>
<div class="receive"><span class="timestamp">12:11:14 AM</span> <span class="sender">tunawarrior:</span><pre class="message">we're going to be pushing like 10% of the traffic that google pushes or something.</pre></div>
<div class="receive"><span class="timestamp">12:11:20 AM</span> <span class="sender">tunawarrior:</span><pre class="message">with 1/1000th the budget.</pre></div>
<div class="send"><span class="timestamp">12:11:24 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">blah</pre></div>
```

Highly Confidential

GOO001-00507526

```
<div class="receive"><span class="timestamp">12:11:37 AM</span> <span class="sender">tunawarrior:</span><pre class="message">hahaha</pre></div>
<div class="receive"><span class="timestamp">12:11:39 AM</span> <span class="sender">tunawarrior:</span><pre class="message">what's that blah mean</pre></div>
<div class="receive"><span class="timestamp">12:11:46 AM</span> <span class="sender">tunawarrior:</span><pre class="message">think i'm pessimistic?</pre></div>
<div class="send"><span class="timestamp">12:12:02 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">hah...oh no, I just mean that's a crazy amount of traffic</pre></div>
<div class="receive"><span class="timestamp">12:12:06 AM</span> <span class="sender">tunawarrior:</span><pre class="message">see, i think we can sell for somewhere between $250m - $500m.</pre></div>
<div class="receive"><span class="timestamp">12:12:08 AM</span> <span class="sender">tunawarrior:</span><pre class="message">in the next 3 months.</pre></div>
<div class="receive"><span class="timestamp">12:12:16 AM</span> <span class="sender">tunawarrior:</span><pre class="message">and there *is* a potential to get to $1b or something.</pre></div>
<div class="receive"><span class="timestamp">12:12:28 AM</span> <span class="sender">tunawarrior:</span><pre class="message">but, man, that's going to take like 2 years of hard work and probably dilution and getting another round of funding.</pre></div>
<div class="send"><span class="timestamp">12:12:29 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">and honestly, I can't imagine we could make enough just in advertising to cover operating costs for something that large</pre></div>
<div class="receive"><span class="timestamp">12:13:56 AM</span> <span class="sender">tunawarrior:</span><pre class="message">ya, none of these internet companies that get a lot of traffic with a revenue model based on purely advertising make that much money.</pre></div>
<div class="receive"><span class="timestamp">12:14:02 AM</span> <span class="sender">tunawarrior:</span><pre class="message">thinking like friendster and even myspace</pre></div>
<div class="receive"><span class="timestamp">12:14:20 AM</span> <span class="sender">tunawarrior:</span><pre class="message">i think it has to be a more unique model </pre></div>
<div class="receive"><span class="timestamp">12:14:25 AM</span> <span class="sender">tunawarrior:</span><pre class="message">like google's is unique to google</pre></div>
<div class="receive"><span class="timestamp">12:14:38 AM</span> <span class="sender">tunawarrior:</span><pre class="message">i *think* we can try to pull off something like that but still highly risky</pre></div>
<div class="send"><span class="timestamp">12:14:54 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">ya, and a lot of time, and a lot of work.</pre></div>
<div class="receive"><span class="timestamp">12:16:14 AM</span> <span class="sender">tunawarrior:</span><pre class="message">hmm we're beating friendster nowadays in traffic</pre></div>
<div class="send"><span class="timestamp">12:18:04 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">nice. hrm, but you know, i still think to make us attractive to someone purchasing us, we've got to really build up users</pre></div>
<div class="receive"><span class="timestamp">12:18:39 AM</span> <span class="sender">tunawarrior:</span><pre class="message">agreed</pre></div>
<div class="receive"><span class="timestamp">12:18:52 AM</span> <span class="sender">tunawarrior:</span><pre class="message">and user retention</pre></div>
<div class="receive"><span class="timestamp">12:19:05 AM</span> <span class="sender">tunawarrior:</span><pre class="message">in ways other than just returning to watch more videos</pre></div>
<div class="send"><span class="timestamp">12:19:26 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">yup. the views are awesome. but I don't know how much that's really worth to someone at the end of the day</pre></div>
<div class="send"><span class="timestamp">12:20:14 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">oh shit. we passed flickr too</pre></div>
<div class="receive"><span class="timestamp">12:20:16 AM</span> <span class="sender">tunawarrior:</span><pre class="message">oh i personally think it's still highly valuable</pre></div>
<div class="receive"><span class="timestamp">12:20:18 AM</span> <span class="sender">tunawarrior:</span><pre class="message">but</pre></div>
<div class="receive"><span class="timestamp">12:20:30 AM</span> <span class="sender">tunawarrior:</span><pre class="message">i think there are some easy things we can do for the next 3 months</pre></div>
<div class="receive"><span class="timestamp">12:20:33 AM</span> <span class="sender">tunawarrior:</span><pre class="message">that will make us worth a lot more</pre></div>
<div class="receive"><span class="timestamp">12:20:37 AM</span> <span class="sender">tunawarrior:</span>
```

Highly Confidential

GOO001-00507527

```html
</span><pre class="message">using the huge # of uunique visitors</pre></div>
<div class="receive"><span class="timestamp">12:20:42 AM</span> <span class="sender">tunawarrior:</span><pre class="message">as a foundation to build from</pre></div>
<div class="send"><span class="timestamp">12:21:37 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">right. i'm actually pleased with the groups stuff, I wasn't sure how that would do</pre></div>
<div class="receive"><span class="timestamp">12:21:45 AM</span> <span class="sender">tunawarrior:</span><pre class="message">oh i love it</pre></div>
<div class="receive"><span class="timestamp">12:22:00 AM</span> <span class="sender">tunawarrior:</span><pre class="message">i didn't really take a look at it much pre-push except in passing on the QA playground</pre></div>
<div class="receive"><span class="timestamp">12:22:04 AM</span> <span class="sender">tunawarrior:</span><pre class="message">but i'm happy that people are using it</pre></div>
<div class="send"><span class="timestamp">12:22:10 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">ya, totally</pre></div>
<div class="receive"><span class="timestamp">12:22:11 AM</span> <span class="sender">tunawarrior:</span><pre class="message">tthe profile stuff will be cool too</pre></div>
<div class="send"><span class="timestamp">12:22:30 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">agreed. oh, did you see my email about the blog stuff. I do think Mike has a good point actually</pre></div>
<div class="send"><span class="timestamp">12:22:51 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">and wonder if we want to reinvent the wheel with all that stuff?</pre></div>
<div class="send"><span class="timestamp">12:22:55 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">(the blog stuff)</pre></div>
<div class="receive"><span class="timestamp">12:23:04 AM</span> <span class="sender">tunawarrior:</span><pre class="message">hmm</pre></div>
<div class="receive"><span class="timestamp">12:23:09 AM</span> <span class="sender">tunawarrior:</span><pre class="message">the only point that i'd contend with is</pre></div>
<div class="receive"><span class="timestamp">12:23:14 AM</span> <span class="sender">tunawarrior:</span><pre class="message">for every person using the blog functionality</pre></div>
<div class="receive"><span class="timestamp">12:23:19 AM</span> <span class="sender">tunawarrior:</span><pre class="message">we'd be getting more user generated content</pre></div>
<div class="receive"><span class="timestamp">12:23:27 AM</span> <span class="sender">tunawarrior:</span><pre class="message">and that person will want others to read it, so on, that cycle</pre></div>
<div class="send"><span class="timestamp">12:24:21 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">right, but I wonder if we would gain more users from integrating with livejournal, instead of trying to duplicate them? </pre></div>
<div class="receive"><span class="timestamp">12:24:43 AM</span> <span class="sender">tunawarrior:</span><pre class="message">right, ya i see that point too</pre></div>
<div class="receive"><span class="timestamp">12:25:04 AM</span> <span class="sender">tunawarrior:</span><pre class="message">but the bulk of the user generated content that these guys are spending 30+ minutes to write each day</pre></div>
<div class="receive"><span class="timestamp">12:25:08 AM</span> <span class="sender">tunawarrior:</span><pre class="message">is going to be hosted elsewhere, hm</pre></div>
<div class="receive"><span class="timestamp">12:25:13 AM</span> <span class="sender">tunawarrior:</span><pre class="message">well, i can go either way</pre></div>
<div class="receive"><span class="timestamp">12:25:16 AM</span> <span class="sender">tunawarrior:</span><pre class="message">if it can get us to market faster</pre></div>
<div class="receive"><span class="timestamp">12:25:30 AM</span> <span class="sender">tunawarrior:</span><pre class="message">i really like the whole dropdown to integrate address book thing</pre></div>
<div class="receive"><span class="timestamp">12:25:55 AM</span> <span class="sender">tunawarrior:</span><pre class="message">wondering if we can put rizzo on like</pre></div>
<div class="receive"><span class="timestamp">12:26:04 AM</span> <span class="sender">tunawarrior:</span><pre class="message">permanent, small-features, going out next week.</pre></div>
<div class="receive"><span class="timestamp">12:26:11 AM</span> <span class="sender">tunawarrior:</span><pre class="message">and he'll always be working on the live branch.</pre></div>
<div class="send"><span class="timestamp">12:26:28 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">oh probably. </pre></div>
```

Highly Confidential

G00001-00507528