CODED FIELDS:
BEGDOC: GOO001-00507535
ENDDOC: GOO001-00507540
BEGATTACH: GOO001-00507535
ENDATTACH: GOO001-00507540
RECORDTYPE: E-File
CUSTODIAN: Dunton_(Maryrose)-GOONDCE000001612
DATASETID: GOONDCE000001612
MASTER_DATE: 02/28/2006
SENTON_DATE_TIME:
CREATE_DATE_TIME: 02/28/2006:07:51:49
LASTMOD_DATE_TIME: 02/28/2006:07:51:49
RECEIVED_DATE_TIME:
PARENTFOLDER: HAL-SB-0207\1 Customer\Macintosh HD\Users\maryrose\Library\Application Support\Adium 2.0\Users\Default\Logs\AIM.maryrosedunton\tunawarrior-GOONDCE000001612
AUTHOR:
TO:
CC:
BCC:
SUBJECT_TITLE: tunawarrior (2006-02-27).html
ORIGINALSOURCE:
NATIVEPATH:
FILEEXT: html
FILENAME: tunawarrior (2006-02-27).html-GOONDCE000001612
FILESIZE: 24265
MD5HASH: e38111c769642284cc539cd2fe3acff6

DATE: 8·22·0? EXHIBIT# 5
DEPONENT: DUNTON, MARYROSE
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL        1        GOO001-00507535-GOO001-00507540

hah. god, I still keep 1/2 expecting
us to hit a ceiling...to plateau  - but it doesn't
seem like it's going to happen

**12:21:37 AM tunawarrior:**
i have been thinking a little differently
about it.  i was thinking, maybe we're doing
so well on all the rankings and registrations is that we may
be fundamentally different from all these other
websites, as in.

**12:21:46 AM tunawarrior:**
we don't really provide a service
like ebay/google/craigslist

**12:22:18 AM tunawarrior:**
but we're the first mass entertainment
thing accessible through the internet.
uhm, like we're some kind of convergence thing between tv/internet.

**12:22:53 AM maryrosedunton:**
yup. I spent like an two hours today
just zoned out watching videos

**12:23:05 AM tunawarrior:**
dude, watch your email in about 2
minutes

**12:23:07 AM tunawarrior:**
these numbers are amazing

**12:23:08 AM tunawarrior:**
today

**12:23:14 AM maryrosedunton:**
hah...cool.

**12:24:13 AM maryrosedunton:**
oh, I totally agree on the convergence
thing - it sounds sort of dorky, but I really
do think we're revolutionizing entertainment

**12:24:39 AM maryrosedunton:**
I run into more and more random people
who are huge fans of ours

**12:24:51 AM tunawarrior:**
oh, exactly. re: revolutionizing
entertainment

**12:25:04 AM tunawarrior:**
haha, it does sound dorky but i think
it has just been over-used by other
companies who have attempted to do it.

**12:26:20 AM maryrosedunton:**
ya, totally. oh man, powers was telling
me about all this cool collaborative
filtering/recommendations stuff he built for slide - and it's
never been used. max doesn't think that's the right
direction for the product or something.

**12:26:40 AM tunawarrior:**
right, i was sort of thinking.  like
while it's awesome that we're kicking ass on
alexa and we're rising on the charts.

**12:26:54 AM maryrosedunton:**

hah

**12:26:59 AM tunawarrior:**
but i think we're bigger than the
internet, that we should be comparing ourselves
to, say, abc/fox/whatever.

**12:27:00 AM maryrosedunton:**
I like the steve mike thing you put
in there

**12:27:40 AM maryrosedunton:**
f-ing a. look at the numbers from
2/1 to now

**12:27:52 AM tunawarrior:**
ya

**12:27:55 AM tunawarrior:**
like a 150% increase

**12:27:59 AM tunawarrior:**
and!!

**12:28:06 AM tunawarrior:**
the thing is, still, a ton of people
have never heard of us.

**12:28:20 AM tunawarrior:**
if we can keep up the scaling and
make some revenue

**12:28:44 AM maryrosedunton:**
oh, I know, although I meet more
and more people who have heard of us
now

**12:28:49 AM tunawarrior:**
who wouldn't use us? potentially
better entertainment than cable and you don't
have to pay for it, you can talk to other users about it, you
can create your own channels, so on so
on.

**12:29:29 AM maryrosedunton:**
yup. registrations doubled this month,
but I still feel like we're lacking
there

**12:29:51 AM tunawarrior:**
hahaha. it's a little funny, being
in the product side of youtube, isn't
it?

**12:29:59 AM tunawarrior:**
it's like, you have to look at these
charts and numbers and see where we can
improve

**12:30:03 AM tunawarrior:**
when this is like unprecedented growth

**12:30:04 AM tunawarrior:**
for any company

**12:30:19 AM maryrosedunton:**
hah. ya, totally. you still have
to always focus on where we can do
better

12:37:26 AM maryrosedunton:
oh, so by the way, after our discussion
on friday, I did a little exercise on friday
and went through all the most viewed/most dicussed/top favorites/top
rated to try and figure out what percentage
is or has copyrighted material. it was over 70%

12:38:55 AM maryrosedunton:
hah. shit. never mind

12:39:12 AM tunawarrior:
hahaha

12:39:21 AM tunawarrior:
maryrose, you're fired.

12:39:43 AM maryrosedunton:
oh, what I meant to say is after
I found that 70%, I went and flagged it all for
review

12:39:57 AM tunawarrior:
oh! of course.

12:40:36 AM maryrosedunton:
because we've got to work towards
having a site 100% free of copyrighted
material, ya know.

12:40:54 AM tunawarrior:
yes, error on the side of protecting
copyrights. at all costs.

12:41:12 AM maryrosedunton:
too bad micah doesn't agree with
us. we might have to fire him.

12:41:48 AM tunawarrior:
yes, sticking to our in-house 1 strike
per employee policy.

12:41:55 AM tunawarrior:
love the guy to death, but rules
are rules.

tunawarrior disconnected (1:41:46 AM)

11:51:48 PM tunawarrior:
http://www.apple.com/downloads/dashboard/

**The following is a true and correct copy of this instant message conversation as produced by Defendants.**

```html
</span><pre class="message">haha</pre></div>
<div class="receive"><span class="timestamp">12:20:26 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">what if...</pre></div>
<div class="receive"><span class="timestamp">12:20:27 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">we beat myspace</pre></div>
<div class="receive"><span class="timestamp">12:20:30 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">by the end of march</pre></div>
<div class="send"><span class="timestamp">12:20:52 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">hah. god, I still keep 1/2 expecting us to hit a ceiling...to plateau - but it doesn't seem like it's going to happen</pre></div>
<div class="receive"><span class="timestamp">12:21:37 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">i have been thinking a little differently about it. i was thinking, maybe we're doing so well on all the rankings and registrations is that we may be fundamentally different from all these other websites, as in.</pre></div>
<div class="receive"><span class="timestamp">12:21:46 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">we don't really provide a service like ebay/google/craigslist</pre></div>
<div class="receive"><span class="timestamp">12:22:18 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">but we're the first mass entertainment thing accessible through the internet. uhm, like we're some kind of convergence thing between tv/internet.</pre></div>
<div class="send"><span class="timestamp">12:22:53 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">yup. I spent like an two hours today just zoned out watching videos</pre></div>
<div class="receive"><span class="timestamp">12:23:05 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">dude, watch your email in about 2 minutes</pre></div>
<div class="receive"><span class="timestamp">12:23:07 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">these numbers are amazing</pre></div>
<div class="receive"><span class="timestamp">12:23:08 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">today</pre></div>
<div class="send"><span class="timestamp">12:23:14 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">hah...cool. </pre></div>
<div class="send"><span class="timestamp">12:24:13 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">oh, I totally agree on the convergence thing - it sounds sort of dorky, but I really do think we're revolutionizing entertainment</pre></div>
<div class="send"><span class="timestamp">12:24:39 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">I run into more and more random people who are huge fans of ours</pre></div>
<div class="receive"><span class="timestamp">12:24:51 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">oh, exactly. re: revolutionizing entertainment</pre></div>
<div class="receive"><span class="timestamp">12:25:04 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">haha, it does sound dorky but i think it has just been over-used by other companies who have attempted to do it.</pre></div>
<div class="send"><span class="timestamp">12:26:20 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">ya, totally. oh man, powers was telling me about all this cool collaborative filtering/recommendations stuff he built for slide - and it's never been used. max doesn't think that's the right direction for the product or something. </pre></div>
<div class="receive"><span class="timestamp">12:26:40 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">right, i was sort of thinking. like while it's awesome that we're kicking ass on alexa and we're rising on the charts.</pre></div>
<div class="send"><span class="timestamp">12:26:54 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">hah</pre></div>
<div class="receive"><span class="timestamp">12:26:59 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">but i think we're bigger than the internet, that we should be comparing ourselves to, say, abc/fox/whatever.</pre></div>
<div class="send"><span class="timestamp">12:27:00 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">I like the steve mike thing you put in there</pre></div>
<div class="send"><span class="timestamp">12:27:40 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">f-ing a. look at the numbers from 2/1 to now</pre></div>
<div class="receive"><span class="timestamp">12:27:52 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">ya</pre></div>
<div class="receive"><span class="timestamp">12:27:55 AM</span> <span class="sender">tunawarrior:
```

Highly Confidential

G00001-00507538

```html
</span><pre class="message">like a 150% increase</pre></div>
<div class="receive"><span class="timestamp">12:27:59 AM</span> <span class="sender">tunawarrior:</span><pre class="message">and!!</pre></div>
<div class="receive"><span class="timestamp">12:28:06 AM</span> <span class="sender">tunawarrior:</span><pre class="message">the thing is, still, a ton of people have never heard of us.</pre></div>
<div class="receive"><span class="timestamp">12:28:20 AM</span> <span class="sender">tunawarrior:</span><pre class="message">if we can keep up the scaling and make some revenue</pre></div>
<div class="send"><span class="timestamp">12:28:44 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">oh, I know, although I meet more and more people who have heard of us now</pre></div>
<div class="receive"><span class="timestamp">12:28:49 AM</span> <span class="sender">tunawarrior:</span><pre class="message">who wouldn't use us?  potentially better entertainment than cable and you don't have to pay for it, you can talk to other users about it, you can create your own channels, so on so on.</pre></div>
<div class="send"><span class="timestamp">12:29:29 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">yup. registrations doubled this month, but I still feel like we're lacking there</pre></div>
<div class="receive"><span class="timestamp">12:29:51 AM</span> <span class="sender">tunawarrior:</span><pre class="message">hahaha.  it's a little funny, being in the product side of youtube, isn't it?</pre></div>
<div class="receive"><span class="timestamp">12:29:59 AM</span> <span class="sender">tunawarrior:</span><pre class="message">it's like, you have to look at these charts and numbers and see where we can improve</pre></div>
<div class="receive"><span class="timestamp">12:30:03 AM</span> <span class="sender">tunawarrior:</span><pre class="message">when this is like unprecedented growth</pre></div>
<div class="receive"><span class="timestamp">12:30:04 AM</span> <span class="sender">tunawarrior:</span><pre class="message">for any company</pre></div>
<div class="send"><span class="timestamp">12:30:19 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">hah. ya, totally. you still have to always focus on where we can do better</pre></div>
<div class="send"><span class="timestamp">12:37:26 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">oh, so by the way, after our discussion on friday, I did a little exercise on friday and went through all the most viewed/most dicussed/top favorites/top rated to try and figure out what percentage is or has copyrighted material. it was over 70%</pre></div>
<div class="send"><span class="timestamp">12:38:55 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">hah. shit. never mind</pre></div>
<div class="receive"><span class="timestamp">12:39:12 AM</span> <span class="sender">tunawarrior:</span><pre class="message">hahaha</pre></div>
<div class="receive"><span class="timestamp">12:39:21 AM</span> <span class="sender">tunawarrior:</span><pre class="message">maryrose, you're fired.</pre></div>
<div class="send"><span class="timestamp">12:39:43 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">oh, what I meant to say is after I found that 70%, I went and flagged it all for review</pre></div>
<div class="receive"><span class="timestamp">12:39:57 AM</span> <span class="sender">tunawarrior:</span><pre class="message">oh!  of course.</pre></div>
<div class="send"><span class="timestamp">12:40:36 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">because we've got to work towards having a site 100% free of copyrighted material, ya know.</pre></div>
<div class="receive"><span class="timestamp">12:40:54 AM</span> <span class="sender">tunawarrior:</span><pre class="message">yes, error on the side of protecting copyrights. at all costs.</pre></div>
<div class="send"><span class="timestamp">12:41:12 AM</span> <span class="sender">maryrosedunton:</span><pre class="message">too bad micah doesn't agree with us. we might have to fire him.</pre></div>
<div class="receive"><span class="timestamp">12:41:48 AM</span> <span class="sender">tunawarrior:</span><pre class="message">yes, sticking to our in-house 1 strike per employee policy.</pre></div>
<div class="receive"><span class="timestamp">12:41:55 AM</span> <span class="sender">tunawarrior:</span><pre class="message">love the guy to death, but rules are rules.</pre></div>
<div class="status">tunawarrior disconnected (1:41:46 AM)</div>
<div class="receive"><span class="timestamp">11:51:48 PM</span> <span class="sender">tunawarrior:</span>
```

**Highly Confidential**

G00001-00507539

```
</span><pre class="message"><a href="http://www.apple.com/downloads/dashboard/" title="http://www.apple.com/downloads/dashboard/">http://www.apple.com/downloads/dashboard/</a></pre></div>
```

Highly Confidential

GOO001-00507540