CODED FIELDS: BEGDOC: GOO001-00507405
ENDDOC: GOO001-00507407
BEGATTACH: GOO001-00507405
ENDATTACH: GOO001-00507407
RECORDTYPE: E-File
CUSTODIAN: Dunton_(Maryrose)-GOONDCE000001612
DATASETID: GOONDCE000001612
MASTER_DATE: 01/03/2006
SENTON_DATE_TIME:
CREATE_DATE_TIME: 01/03/2006:21:35:58
LASTMOD_DATE_TIME: 01/03/2006:21:35:58
RECEIVED_DATE_TIME:
PARENTFOLDER: HAL-SB-0207\1 Customer\Macintosh HD\Users\maryrose\Library\Application Support\Adium 2.0\Users\Default\Logs\AIM.maryrosedunton\ojakemo-GOONDCE000001612
AUTHOR:
TO:
CC:
BCC:
SUBJECT_TITLE: ojakemo (2006□01□03).html
ORIGINALSOURCE:
NATIVEPATH:
FILEEXT: html
FILENAME: ojakemo (2006□01□03).html-GOONDCE000001612
FILESIZE: 13865
MD5HASH: 4aba32f5749eb934838b6121c51e1349

HIGHLY CONFIDENTIAL

1:13:24 PM ojakemo:
happy new year
1:13:30 PM maryrosedunton:
happy new year!



1:15:35 PM ojakemo:
heard about your myspace thing (your = youtube)
1:15:43 PM ojakemo:
apparently it was in the New York Times?
1:15:44 PM maryrosedunton:
hah. ya, although I didn't realize how bad it was until the next day. :)
1:15:48 PM maryrosedunton:
oh ya!
1:15:54 PM maryrosedunton:
we got so much press off of that
1:16:11 PM maryrosedunton:
funny, because one of your publishers did a big blogspot on it. :)
1:16:14 PM maryrosedunton:
blogherald
1:16:33 PM ojakemo:
haha nice
1:16:50 PM ojakemo:
we found out that our script to verify publishers hasn't run for three
months
1:16:55 PM maryrosedunton:
oh, by the way, NYTimes incorrectly quoted their sources. the quotes they
attributed to irrate 'bloggers' were actually from the blog I write on our
site. :)
1:17:01 PM ojakemo:

2

HIGHLY CONFIDENTIAL

haha
1:17:01 PM ojakemo:
nice
1:17:09 PM ojakemo:
well, no such thing as bad publicity :)
1:17:41 PM maryrosedunton:
indeed. between that and the Saturday Night Clips that got
put on our site (which
also made the Times) we're now getting close to 7 million views a day
1:18:02 PM ojakemo:
wow
1:18:05 PM ojakemo:
what was it when you started?
1:18:38 PM maryrosedunton:
398,737
1:18:53 PM maryrosedunton:
that was the stats from the day I started. :)
1:19:11 PM ojakemo:
wow
1:19:15 PM ojakemo:
20x as much, eh
1:19:16 PM ojakemo:
not bad
1:19:25 PM maryrosedunton:
ya, it's crazy. :)
1:19:53 PM ojakemo:
yah
1:20:02 PM ojakemo:
i'm thinking i might start looking around for a different job
1:20:05 PM ojakemo:
sssh
1:20:21 PM maryrosedunton:
hah...well, you should come by



1:21:16 PM ojakemo:
i could wait until my 1-year date
1:21:18 PM maryrosedunton:
oh, really? well...leads are good

HIGHLY CONFIDENTIAL

The following is a true and correct copy of this
instant message conversation as produced by Defendants.

```html
<div class="receive"><span class="timestamp">1:13:24 PM</span> <span class="sender">ojakemo:</span><pre class="message">happy new year</pre></div>
<div class="send"><span class="timestamp">1:13:30 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">happy new year!</pre></div>
```

<div style="background:black">[redacted]</div>

```html
<div class="receive"><span class="timestamp">1:15:35 PM</span> <span class="sender">ojakemo:</span><pre class="message">heard about your myspace thing (your = youtube)</pre></div>
<div class="receive"><span class="timestamp">1:15:43 PM</span> <span class="sender">ojakemo:</span><pre class="message">apparently it was in the New York Times?</pre></div>
<div class="send"><span class="timestamp">1:15:44 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">hah. ya, although I didn't realize how bad it was until the next day. :)</pre></div>
<div class="send"><span class="timestamp">1:15:48 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">oh ya!</pre></div>
<div class="send"><span class="timestamp">1:15:54 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">we got so much press off of that</pre></div>
<div class="send"><span class="timestamp">1:16:11 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">funny, because one of your publishers did a big blogspot on it. :)</pre></div>
<div class="send"><span class="timestamp">1:16:14 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">blogherald</pre></div>
<div class="receive"><span class="timestamp">1:16:33 PM</span> <span class="sender">ojakemo:</span><pre class="message">haha nice</pre></div>
<div class="receive"><span class="timestamp">1:16:50 PM</span> <span class="sender">ojakemo:</span><pre class="message">we found out that our script to verify publishers hasn't run for three months</pre></div>
<div class="send"><span class="timestamp">1:16:55 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">oh, by the way, NYTimes incorrectly quoted their sources. the quotes they attributed to irrate 'bloggers' were actually from the blog I write on our site. :)</pre></div>
<div class="receive"><span class="timestamp">1:17:01 PM</span> <span class="sender">ojakemo:</span><pre class="message">haha</pre></div>
<div class="receive"><span class="timestamp">1:17:01 PM</span> <span class="sender">ojakemo:</span><pre class="message">nice</pre></div>
<div class="receive"><span class="timestamp">1:17:09 PM</span> <span class="sender">ojakemo:</span><pre class="message">well, no such thing as bad publicity :)</pre></div>
<div class="send"><span class="timestamp">1:17:41 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">indeed. between that and the Saturday Night Clips that got put on our site (which also made the Times) we're now getting close to 7 million views a day</pre></div>
<div class="receive"><span class="timestamp">1:18:02 PM</span> <span class="sender">ojakemo:</span><pre class="message">wow</pre></div>
<div class="receive"><span class="timestamp">1:18:05 PM</span> <span class="sender">ojakemo:</span><pre class="message">what was it when you started?</pre></div>
<div class="send"><span class="timestamp">1:18:38 PM</span> <span class="sender">maryrosedunton:</span>
```

Highly Confidential

G00001-00507405