CODED FIELDS: BEGDOC: GOO001-01931840
ENDDOC: GOO001-01931851
BEGATTACH: GOO001-01931840
ENDATTACH: GOO001-01931851
RECORDTYPE: E-File
CUSTODIAN: Dunton_(Maryrose)-GOONDCE000001612
DATASETID: GOONDCE000001612
MASTER_DATE: 03/02/2006
SENTON_DATE_TIME:
CREATE_DATE_TIME: 03/02/2006:07:32:35
LASTMOD_DATE_TIME: 03/02/2006:07:32:35
RECEIVED_DATE_TIME:
PARENTFOLDER: HAL-SB-0207\1 Customer\Macintosh HD\Users\maryrose\Library\Application Support\Adium 2.0\Users\Default\Logs\AIM.maryrosedunton\nurblieh-GOONDCE000001612
AUTHOR:
TO:
CC:
BCC:
SUBJECT_TITLE: nurblieh (2006-03-01).html
ORIGINALSOURCE:
NATIVEPATH:
FILEEXT: html
FILENAME: nurblieh (2006-03-01).html-GOONDCE000001612
FILESIZE: 55941
MD5HASH: 3ef7781488209bb1346651455030a633

candidate to a number of new and old media firms, the possibility of lawsuits will probably
keep potential suitors
away for now.
1:14:54 PM nurblieh:
ah fark
1:15:01 PM nurblieh:
that's about the worst thing they could say.
1:15:29 PM nurblieh:
they could say we suck, but that wouldn't do any harm because the #s speak for

themselves. but this...
1:18:13 PM nurblieh:
this affects my chance at being rich, and that upsets me. ;)
1:21:21 PM maryrosedunton:
haha...totoally
1:22:03 PM maryrosedunton:
it's really bad. julie has been getting calls all day. to me, this is way scarier than
people talking us having porn on our site
1:26:44 PM nurblieh:
i wonder if they cashed my early exercise check yet. ;)
nurblieh disconnected (1:26:48 PM)
9:58:47 PM maryrosedunton:
man, today sucks
10:01:38 PM maryrosedunton:
hrm. is this thing working?
10:04:38 PM nurblieh:
yeah
10:04:43 PM maryrosedunton:
hah
10:04:44 PM nurblieh:
sorry. was in the other room.
10:04:53 PM nurblieh:
aside from the bad press, why was today bad?
10:04:58 PM maryrosedunton:
that's ok, I keep having problems with my adium
10:05:06 PM maryrosedunton:
happened again today
10:05:07 PM nurblieh:
my day was shit, but it was just my stuff.
10:05:23 PM maryrosedunton:
where I could see everyone on my list, but the weren't getting my
messages
10:05:32 PM nurblieh:
doh
10:05:38 PM nurblieh:
i've never had that problem, that i know of.
10:05:48 PM maryrosedunton:

HIGHLY CONFIDENTIAL                    GOO001-01931840-GOO001-01931851

ha

10:14:40 PM nurblieh:
well i'm glad he realizes it

10:16:04 PM maryrosedunton:
hah...well, i think the thing is, we were all in early when that newsweek thing
came out, and the shit hit the fan big time. the press was calling julie like crazy, the
lawyers were calling us, we
were trying to find people to make some changes to the site (not even including rizzo's
stuff) and no one was in
yet. steve was freaking out too. that was bad, bad press. that stuff could squash us

10:17:44 PM nurblieh:
i hope everyone is overreacting to it.

10:17:51 PM maryrosedunton:
god, I hope so too

10:18:02 PM nurblieh:
i mean, if no one had mentioned it... iwould never have really thought about what
being hte napster of video means.

10:18:04 PM maryrosedunton:
but the thing is, nbc and cbs glommed on to it

10:18:06 PM nurblieh:
now i of course i realize it's bad press

10:18:34 PM nurblieh:
i just hope our success speaks for itself. the press is going to be idiotic no matter
what.

10:19:01 PM maryrosedunton:
ya, that's why there was so much pressure for rizzo's feature - chris was saying
if we don't get an official partner  now  - other companies won't want to work with us.
I guess warner brothers
already started questioning chris about the article

10:19:07 PM nurblieh:
i realize that calling us the napster of video is unimaginative and lazy
journalism... hopefully everyone else does too.

10:19:30 PM maryrosedunton:
ya, but the truth of the matter is, probably 75-80% of our views come from
copyrighted material

10:19:35 PM nurblieh:
tell them the WB is an awful channel and we wouldn't do business with them
anyways. ;)

10:19:38 PM maryrosedunton:
haha

10:20:04 PM nurblieh:
yeesh. you might be right about those #s.

HIGHLY CONFIDENTIAL                    GOO001-01931840-GOO001-01931851

10:20:05 PM nurblieh:
```
that's bad
```
10:20:11 PM nurblieh:
```
but there is good original content....
```
10:20:26 PM maryrosedunton:
```
ya, there is some. it's just such a small percentage
```
10:21:09 PM nurblieh:
```
i shouldn't even be worrying about this. at the current pace we wont' have any
servers to serve content in 4 weeks. copyrighted or not.
```
10:21:17 PM maryrosedunton:
```
hahah
```
10:21:35 PM maryrosedunton:
```
well, if we clean our site of all copyrighted content, we won't have that problem I
guess
```
10:21:39 PM nurblieh:
```
haha
```
10:21:46 PM nurblieh:
```
god i almost hope that happens
```
10:22:07 PM nurblieh:
```
all the stuff i care about is so amazingly screwed right now.
```
10:22:25 PM maryrosedunton:
```
:(
```
10:22:33 PM maryrosedunton:
```
what's up with the database anway?
```
10:22:36 PM maryrosedunton:
```
not happy?
```
10:22:39 PM nurblieh:
```
shannon and micah called me today about IT stuff too.
```
10:22:41 PM nurblieh:
```
boy was i happy
```
10:22:50 PM maryrosedunton:
```
oh lord
```
10:22:58 PM nurblieh:
```
the new release had a lot of bad queries. cuong spent most of the day finding
and fixing them.
```
10:23:05 PM nurblieh:
```
the DB is back to an ok state fortunately, or at least better.
```
10:23:09 PM maryrosedunton:
```
oh, I know, I got sucked into trying to help shannon with her email for about
15mins
```
10:23:15 PM nurblieh:
```
i know, sorry about that.
```
10:23:23 PM maryrosedunton:
```
ha, that's ok
```

HIGHLY CONFIDENTIAL                    GOO001-01931840-GOO001-01931851

themselves. but this...

**nurblieh** (1:18:13 PM): this affects my chance at being rich, and that upsets me. ;)

**maryrosedunton** (1:21:21 PM): haha...totoally

**maryrosedunton** (1:22:03 PM): it's really bad. julie has been getting calls all day. to me, this is way scarier than people talking us having porn on our site

**nurblieh** (1:26:44 PM): i wonder if they cashed my early exercise check yet. ;)

*nurblieh disconnected (1:26:48 PM)*

**maryrosedunton** (9:58:47 PM): man, today sucks

**maryrosedunton** (10:01:38 PM): hrm. is this thing working?

**nurblieh** (10:04:38 PM): yeah

**maryrosedunton** (10:04:43 PM): hah

**nurblieh** (10:04:44 PM): sorry. was in the other room.

**nurblieh** (10:04:53 PM): aside from the bad press, why was today bad?

**maryrosedunton** (10:04:58 PM): that's ok, I keep having problems with my adium

**maryrosedunton** (10:05:06 PM): happened again today

**nurblieh** (10:05:07 PM): my day was shit, but it was just my stuff.

**maryrosedunton** (10:05:23 PM): where I could see everyone on my list, but the weren't getting my messages

**nurblieh** (10:05:32 PM): doh

**nurblieh** (10:05:38 PM): i've never had that problem, that i know of.

**maryrosedunton** (10:05:48 PM): hah...so I'm not sure if I'm being ignored or it's not working. ;)

**nurblieh** (10:06:00 PM): hehe

**maryrosedunton** (10:08:41 PM): #1, the press thing like sent my day into a crazy downward tailspin. chad called me on my way in because he was freaking out about it and we were trying to get 8 million changes pushed live to cover our asses. kevin has been on my ass all day (and night) about rizzo's premium content stuff which still doesn't appear to be working. chad freaked out that no one was in the office by like 2PM and started ranting to me about 'core hours' for engineers. we went to pick up the keys for our new house -went to the house, and the keys don't work. also, the real estate agent told us that some crazy guy with gold teeth went up to the old owners while they were moving out, said he was the 'new owner' and needed to take some measurements. like idiots they let him in to inspect the place. now we have a potential crazy guy who is going to try and break into the house.

[redacted]

**nurblieh** (10:09:31 PM): wow, that is all crap.

**maryrosedunton** (10:09:35 PM): hah

**nurblieh** (10:09:38 PM): and all of it is completely out of your hands.

Highly Confidential                                                                                                                          GOO001-01931841

```
</span><pre class="message">hah...well, i think the thing is, we were all in early when that newsweek thing came out, and the shit hit the fan big time. the press was calling julie like crazy, the lawyers were calling us, we were trying to find people to make some changes to the site (not even including rizzo's stuff) and no one was in yet. steve was freaking out too. that was bad, bad press. that stuff could squash us</pre></div>
<div class="receive"><span class="timestamp">10:17:44 PM</span> <span class="sender">nurblieh:</span><pre class="message">i hope everyone is overreacting to it.</pre></div>
<div class="send"><span class="timestamp">10:17:51 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">god, I hope so too</pre></div>
<div class="receive"><span class="timestamp">10:18:02 PM</span> <span class="sender">nurblieh:</span><pre class="message">i mean, if no one had mentioned it... iwould never have really thought about what being hte napster of video means.</pre></div>
<div class="send"><span class="timestamp">10:18:04 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">but the thing is, nbc and cbs glommed on to it</pre></div>
<div class="receive"><span class="timestamp">10:18:06 PM</span> <span class="sender">nurblieh:</span><pre class="message">now i of course i realize it's bad press</pre></div>
<div class="receive"><span class="timestamp">10:18:34 PM</span> <span class="sender">nurblieh:</span><pre class="message">i just hope our success speaks for itself. the press is going to be idiotic no matter what.</pre></div>
<div class="send"><span class="timestamp">10:19:01 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">ya, that's why there was so much pressure for rizzo's feature - chris was saying if we don't get an official partner _now_ - other companies won't want to work with us. I guess warner brothers already started questioning chris about the article</pre></div>
<div class="receive"><span class="timestamp">10:19:07 PM</span> <span class="sender">nurblieh:</span><pre class="message">i realize that calling us the napster of video is unimaginative and lazy journalism... hopefully everyone else does too.</pre></div>
<div class="send"><span class="timestamp">10:19:30 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">ya, but the truth of the matter is, probably 75-80% of our views come from copyrighted material</pre></div>
<div class="receive"><span class="timestamp">10:19:35 PM</span> <span class="sender">nurblieh:</span><pre class="message">tell them the WB is an awful channel and we wouldn't do business with them anyways. ;)</pre></div>
<div class="send"><span class="timestamp">10:19:38 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">haha</pre></div>
<div class="receive"><span class="timestamp">10:20:04 PM</span> <span class="sender">nurblieh:</span><pre class="message">yeesh. you might be right about those #s.</pre></div>
<div class="receive"><span class="timestamp">10:20:05 PM</span> <span class="sender">nurblieh:</span><pre class="message">that's bad</pre></div>
<div class="receive"><span class="timestamp">10:20:11 PM</span> <span class="sender">nurblieh:</span><pre class="message">but there is good original content....</pre></div>
<div class="send"><span class="timestamp">10:20:26 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">ya, there is some. it's just such a small percentage</pre></div>
<div class="receive"><span class="timestamp">10:21:09 PM</span> <span class="sender">nurblieh:</span><pre class="message">i shouldn't even be worrying about this. at the current pace we wont' have any servers to serve content in 4 weeks. copyrighted or not.</pre></div>
<div class="send"><span class="timestamp">10:21:17 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">hahah</pre></div>
<div class="send"><span class="timestamp">10:21:35 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">well, if we clean our site of all copyrighted content, we won't have that problem I guess</pre></div>
<div class="receive"><span class="timestamp">10:21:39 PM</span> <span class="sender">nurblieh:</span><pre class="message">haha</pre></div>
<div class="receive"><span class="timestamp">10:21:46 PM</span> <span class="sender">nurblieh:</span><pre class="message">god i almost hope that happens</pre></div>
<div class="receive"><span class="timestamp">10:22:07 PM</span> <span class="sender">nurblieh:</span><pre class="message">all the stuff i care about is so amazingly screwed right now.</pre></div>
<div class="send"><span class="timestamp">10:22:25 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">:(</pre></div>
<div class="send"><span class="timestamp">10:22:33 PM</span> <span class="sender">maryrosedunton:
```

Highly Confidential

GOO001-01931843