CODED FIELDS:   BEGDOC: GOO001-07585952
  ENDDOC: GOO001-07585953
  BEGATTACH: GOO001-07585952
  ENDATTACH: GOO001-07585953
  RECORDTYPE: E-file
  CUSTODIAN: Rizzo_(Matt)_-_GOONDCE00090052
  DATASETID: GOONDCE00090052
  MASTER_DATE:
  PARENTFOLDER: GOONDCE00090052\GOONDCE00090052\HAL-SB-0153\1 Customer\Macintosh HD\Users\mrizzo\Library\Application Support\Adium 2.0\Users\Default\Logs\AIM.mattadoor\maryrosedunton\ - GOONDCE00090052
  AUTHOR:
  TO:
  CC:
  BCC:
  NATIVEPATH:
  FILEEXT: .AdiumHTMLLog
  FILENAME: maryrosedunton (2006-08-03).AdiumHTMLLog - GOONDCE00090052
  FILESIZE: 4938
  MD5HASH: 25D393CF0A6D0AE61EEB6A7DD57621F04343B0E7BB1D2A413971D46835488FF7
  CREATE_DATE:
  RECEIVEDDATE:
  SUBJECTTITLE:
  ORIGINALSOUR: [UNAVAILABLE] - GOONDCE00090052
  SENTON_DATE:
  LASTMOD_DATE:

11:56:51 AM mattadoor:
don't I sound so caring in that email?
12:42:05 PM maryrosedunton:
haha...you sound incredibly caring
12:45:43 PM mattadoor:
it is just so CS can't bitch
12:48:33 PM mattadoor:
is that video I featured ok?
12:49:09 PM maryrosedunton:
oh I didn't even realized you featured a video. I haven't looked at the home page yet
12:49:11 PM maryrosedunton:
ahhh
12:49:13 PM maryrosedunton:
I see it now
12:49:29 PM mattadoor:
she had like nothing...
12:49:34 PM mattadoor:
now 71K
12:49:37 PM mattadoor:
views
12:49:42 PM mattadoor:
that is power
12:49:52 PM maryrosedunton:
so *technically* if you even perform a copyrighted song, it's considered infringment. but we can leave this up until someone bitches
12:50:05 PM maryrosedunton:
I featured that kid playing the stars wars theme on a bango and we had to take it down
12:50:11 PM mattadoor:
wow
12:50:14 PM maryrosedunton:
but it stayed up for a day before we got notified
12:50:15 PM mattadoor:
lucas arts?
12:50:20 PM maryrosedunton:
ya
12:50:23 PM maryrosedunton:
they're bastards
12:50:23 PM mattadoor:
that prick
12:50:32 PM mattadoor:
kid on a banjo

HIGHLY CONFIDENTIAL GOO001-07585952-GOO001-0758593

12:50:36 PM maryrosedunton:
5 1/2
stars
12:50:37 PM mattadoor:
they should be
ashamed
12:50:38 PM maryrosedunton:
it's doing
well
12:51:00 PM maryrosedunton:
totally! I mean come
on, that only helps promote stupid star wars
12:51:29 PM mattadoor:
yeah
12:51:51 PM mattadoor:
I actually got a chance to
meet the composer of that song
12:51:54 PM mattadoor:
in LS
12:51:56 PM mattadoor:
LA
12:52:00 PM mattadoor:
in 2004
mrd went away (1:21:43 PM)
Away Message: Away (1:21:43 PM)
mrd came back (1:29:36 PM)

HIGHLY CONFIDENTIAL

**The following is a true and correct copy of this
instant message conversation as produced by Defendants.**

```html
<div class="send"><span class="timestamp">11:56:51 AM</span> <span class="sender">mattadoor: </span><pre class="message">don't I sound so caring in that email?</pre></div>
<div class="receive"><span class="timestamp">12:42:05 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">haha...you sound incredibly caring</pre></div>
<div class="send"><span class="timestamp">12:45:43 PM</span> <span class="sender">mattadoor: </span><pre class="message">it is just so CS can't bitch</pre></div>
<div class="send"><span class="timestamp">12:48:33 PM</span> <span class="sender">mattadoor: </span><pre class="message">is that video I featured ok?</pre></div>
<div class="receive"><span class="timestamp">12:49:09 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">oh I didn't even realized you featured a video. I haven't looked at the home page yet</pre></div>
<div class="receive"><span class="timestamp">12:49:11 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">ahhh</pre></div>
<div class="receive"><span class="timestamp">12:49:13 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">I see it now</pre></div>
<div class="send"><span class="timestamp">12:49:29 PM</span> <span class="sender">mattadoor: </span><pre class="message">she had like nothing...</pre></div>
<div class="send"><span class="timestamp">12:49:34 PM</span> <span class="sender">mattadoor: </span><pre class="message">now 71K</pre></div>
<div class="send"><span class="timestamp">12:49:37 PM</span> <span class="sender">mattadoor: </span><pre class="message">views </pre></div>
<div class="send"><span class="timestamp">12:49:42 PM</span> <span class="sender">mattadoor: </span><pre class="message">that is power</pre></div>
<div class="receive"><span class="timestamp">12:49:52 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">so *technically* if you even perform a copyrighted song, it's considered infringment. but we can leave this up until someone bitches</pre></div>
<div class="receive"><span class="timestamp">12:50:05 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">I featured that kid playing the stars wars theme on a bango and we had to take it down</pre></div>
<div class="send"><span class="timestamp">12:50:11 PM</span> <span class="sender">mattadoor: </span><pre class="message">wow</pre></div>
<div class="receive"><span class="timestamp">12:50:14 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">but it stayed up for a day before we got notified</pre></div>
<div class="send"><span class="timestamp">12:50:15 PM</span> <span class="sender">mattadoor: </span><pre class="message">lucas arts?</pre></div>
<div class="receive"><span class="timestamp">12:50:20 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">ya</pre></div>
<div class="receive"><span class="timestamp">12:50:23 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">they're bastards</pre></div>
<div class="send"><span class="timestamp">12:50:23 PM</span> <span class="sender">mattadoor: </span><pre class="message">that prick</pre></div>
<div class="send"><span class="timestamp">12:50:32 PM</span> <span class="sender">mattadoor: </span><pre class="message">kid on a banjo</pre></div>
<div class="receive"><span class="timestamp">12:50:36 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">5 1/2 stars</pre></div>
<div class="send"><span class="timestamp">12:50:37 PM</span> <span class="sender">mattadoor: </span><pre class="message">they should be ashamed</pre></div>
<div class="receive"><span class="timestamp">12:50:38 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">it's doing well</pre></div>
<div class="receive"><span class="timestamp">12:51:00 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">totally! I mean come on, that only helps promote stupid star wars</pre></div>
<div class="send"><span class="timestamp">12:51:29 PM</span> <span class="sender">mattadoor:
```

Highly Confidential

GOO001-07585952

```
</span><pre class="message">yeah</pre></div>
<div class="send"><span class="timestamp">12:51:51 PM</span> <span class="sender">mattadoor:
</span><pre class="message">I actually got a chance to meet the composer of that song</pre></div>
<div class="send"><span class="timestamp">12:51:54 PM</span> <span class="sender">mattadoor:
</span><pre class="message">in LS</pre></div>
<div class="send"><span class="timestamp">12:51:56 PM</span> <span class="sender">mattadoor:
</span><pre class="message">LA</pre></div>
<div class="send"><span class="timestamp">12:52:00 PM</span> <span class="sender">mattadoor:
</span><pre class="message">in 2004</pre></div>
<div class="status">mrd went away (1:21:43 PM)</div>
<div class="status">Away Message: Away (1:21:43 PM)</div>
<div class="status">mrd came back (1:29:36 PM)</div>
```

Highly Confidential

GOO001-07585953