CODED FIELDS: BEGDOC: GOO001-00507331
ENDDOC: GOO001-00507343
BEGATTACH: GOO001-00507331
ENDATTACH: GOO001-00507343
RECORDTYPE: E-File
CUSTODIAN: Dunton_(Maryrose)-GOONDCE000001612
DATASETID: GOONDCE000001612
MASTER_DATE: 02/17/2006
SENTON_DATE_TIME:
CREATE_DATE_TIME: 02/17/2006:07:29:44
LASTMOD_DATE_TIME: 02/17/2006:07:29:44
RECEIVED_DATE_TIME:
PARENTFOLDER: HAL-SB-0207\1 Customer\Macintosh HD\Users\maryrose\Library\Application Support\Adium 2.0\Users\Default\Logs\AIM.maryrosedunton\nurblieh-GOONDCE000001612
AUTHOR:
TO:
CC:
BCC:
SUBJECT_TITLE: nurblieh (2006-02-16).html
ORIGINALSOURCE:
NATIVEPATH:
FILEEXT: html
FILENAME: nurblieh (2006-02-16).html-GOONDCE000001612
FILESIZE: 60195
MD5HASH: 1334a25383aedb7f42d609e5ba7925c6

nurblieh connected (11:22:05 AM)
nurblieh disconnected (11:34:37 AM)
nurblieh connected (11:56:41 AM)
nurblieh went away (3:27:15 PM)
Away Message: Away (3:27:16 PM)
nurblieh connected (9:28:30 PM)
9:49:06 PM nurblieh:
did you happen to note a nice looking new civic a few cars down from you in the garage?
9:49:15 PM maryrosedunton:
haha...no
9:49:20 PM maryrosedunton:
yours? :)
9:49:26 PM nurblieh:
oh well.
9:49:28 PM nurblieh:
yeah heh
9:49:36 PM maryrosedunton:
hehe...sorry, I rarely notice cars
9:49:44 PM nurblieh:
yeah i really didn't expect it
9:49:50 PM maryrosedunton:
:)
9:50:41 PM nurblieh:
i drove solo, rizzo, klein and myself from mtview to san jose on wednesday.
another 700lbs in the car made for an interesting drive.
9:50:59 PM maryrosedunton:
hah. was it noticeable?
9:51:04 PM maryrosedunton:
more drag?
9:51:11 PM nurblieh:
definitely.
9:51:18 PM nurblieh:
from a stop
9:51:22 PM nurblieh:
and turning mostly
9:51:38 PM maryrosedunton:
hehe...that must have been a tight squeeze
9:51:43 PM maryrosedunton:
you have a 2 door right?
9:51:46 PM nurblieh:
yeah
9:51:56 PM maryrosedunton:
ya, so the backseat is kinda small like mine
9:51:57 PM nurblieh:
klein fit pretty well, but rizzo's almost 6ft
9:52:00 PM maryrosedunton:
right
9:53:02 PM nurblieh:

was it me, or was the lawyer thing today a cover-your-ass thing from the
company?
9:53:11 PM maryrosedunton:
oh totally
9:53:12 PM nurblieh:
learn anything helpful?
9:53:25 PM maryrosedunton:
did you hear what they were saying? it was really hardcore
9:53:37 PM nurblieh:
i heard most of it. i couldn't sit still though.
9:53:41 PM maryrosedunton:
if we even _see_ copyrighted material on the site, as employees we're
supopsed to report it
9:53:42 PM maryrosedunton:
sure, whatever
9:54:06 PM maryrosedunton:
I guess that fact that I started like 5 groups based on copyrighted material
probably isn't so great
9:54:09 PM nurblieh:
right exactly
9:54:12 PM nurblieh:
ha
9:54:29 PM nurblieh:
but it's a cover your ass... so the board can say we told maryrose not to do
this.
9:54:40 PM maryrosedunton:
yup, exactly
9:55:00 PM nurblieh:
i didn't get the impression that the girl new much.
9:55:23 PM maryrosedunton:
agreed. I actually wasn't very impressed with her at all
9:55:40 PM maryrosedunton:
and she seemed to be completely on the side of the copyright holders
9:55:48 PM nurblieh:
heheh
9:55:55 PM maryrosedunton:
aren't these attorneys supposed to be representing us?
9:56:20 PM maryrosedunton:
the other woman attorney (who was standing in the back) I like a lot more. I've
had numerous conversations with her, and she's much mroe laid back
9:57:24 PM nurblieh:
who was the dork in the suit?
9:57:24 PM nurblieh:
heh
9:58:04 PM maryrosedunton:
haha

**The following is a true and correct copy of this instant message conversation as produced by Defendants.**

ï»¿<div class="status">nurblieh connected (11:22:05 AM)</div>
<div class="status">nurblieh disconnected (11:34:37 AM)</div>
<div class="status">nurblieh connected (11:56:41 AM)</div>
<div class="status">nurblieh went away (3:27:15 PM)</div>
<div class="status">Away Message: Away (3:27:16 PM)</div>
<div class="status">nurblieh connected (9:28:30 PM)</div>
<div class="receive"><span class="timestamp">9:49:06 PM</span> <span class="sender">nurblieh: </span><pre class="message">did you happen to note a nice looking new civic a few cars down from you in the garage?</pre></div>
<div class="send"><span class="timestamp">9:49:15 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">haha...no</pre></div>
<div class="send"><span class="timestamp">9:49:20 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">yours? :)</pre></div>
<div class="receive"><span class="timestamp">9:49:26 PM</span> <span class="sender">nurblieh: </span><pre class="message">oh well.</pre></div>
<div class="receive"><span class="timestamp">9:49:28 PM</span> <span class="sender">nurblieh: </span><pre class="message">yeah heh</pre></div>
<div class="send"><span class="timestamp">9:49:36 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">hehe...sorry, I rarely notice cars</pre></div>
<div class="receive"><span class="timestamp">9:49:44 PM</span> <span class="sender">nurblieh: </span><pre class="message">yeah i really didn't expect it</pre></div>
<div class="send"><span class="timestamp">9:49:50 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">:)</pre></div>
<div class="receive"><span class="timestamp">9:50:41 PM</span> <span class="sender">nurblieh: </span><pre class="message">i drove solo, rizzo, klein and myself from mtview to san jose on wednesday. another 700lbs in the car made for an interesting drive.</pre></div>
<div class="send"><span class="timestamp">9:50:59 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">hah. was it noticeable?</pre></div>
<div class="send"><span class="timestamp">9:51:04 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">more drag?</pre></div>
<div class="receive"><span class="timestamp">9:51:11 PM</span> <span class="sender">nurblieh: </span><pre class="message">definitely.</pre></div>
<div class="receive"><span class="timestamp">9:51:18 PM</span> <span class="sender">nurblieh: </span><pre class="message">from a stop</pre></div>
<div class="receive"><span class="timestamp">9:51:22 PM</span> <span class="sender">nurblieh: </span><pre class="message">and turning mostly</pre></div>
<div class="send"><span class="timestamp">9:51:38 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">hehe...that must have been a tight squeeze</pre></div>
<div class="send"><span class="timestamp">9:51:43 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">you have a 2 door right?</pre></div>
<div class="receive"><span class="timestamp">9:51:46 PM</span> <span class="sender">nurblieh: </span><pre class="message">yeah</pre></div>
<div class="send"><span class="timestamp">9:51:56 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">ya, so the backseat is kinda small like mine</pre></div>
<div class="receive"><span class="timestamp">9:51:57 PM</span> <span class="sender">nurblieh: </span><pre class="message">klein fit pretty well, but rizzo's almost 6ft</pre></div>
<div class="send"><span class="timestamp">9:52:00 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">right</pre></div>
<div class="receive"><span class="timestamp">9:53:02 PM</span> <span class="sender">nurblieh: </span><pre class="message">was it me, or was the lawyer thing today a cover-your-ass thing from the company?</pre></div>
<div class="send"><span class="timestamp">9:53:11 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">oh totally</pre></div>
<div class="receive"><span class="timestamp">9:53:12 PM</span> <span class="sender">nurblieh: </span><pre class="message">learn anything helpful?</pre></div>
<div class="send"><span class="timestamp">9:53:25 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">did you hear what they were saying? it was really hardcore</pre></div>
<div class="receive"><span class="timestamp">9:53:37 PM</span> <span class="sender">nurblieh:

</span><pre class="message">i heard most of it. i couldn't sit still though.</pre></div>
<div class="send"><span class="timestamp">9:53:41 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">if we even _see_ copyrighted material on the site, as employees we're supopsed to report it</pre></div>
<div class="send"><span class="timestamp">9:53:42 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">sure, whatever</pre></div>
<div class="send"><span class="timestamp">9:54:06 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">I guess that fact that I started like 5 groups based on copyrighted material probably isn't so great</pre></div>
<div class="receive"><span class="timestamp">9:54:09 PM</span> <span class="sender">nurblieh: </span><pre class="message">right exactly</pre></div>
<div class="receive"><span class="timestamp">9:54:12 PM</span> <span class="sender">nurblieh: </span><pre class="message">ha</pre></div>
<div class="receive"><span class="timestamp">9:54:29 PM</span> <span class="sender">nurblieh: </span><pre class="message">but it's a cover your ass... so the board can say we told maryrose not to do this.</pre></div>
<div class="send"><span class="timestamp">9:54:40 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">yup, exactly</pre></div>
<div class="receive"><span class="timestamp">9:55:00 PM</span> <span class="sender">nurblieh: </span><pre class="message">i didn't get the impression that the girl new much.</pre></div>
<div class="send"><span class="timestamp">9:55:23 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">agreed. I actually wasn't very impressed with her at all</pre></div>
<div class="send"><span class="timestamp">9:55:40 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">and she seemed to be completely on the side of the copyright holders</pre></div>
<div class="receive"><span class="timestamp">9:55:48 PM</span> <span class="sender">nurblieh: </span><pre class="message">heheh</pre></div>
<div class="send"><span class="timestamp">9:55:55 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">aren't these attorneys supposed to be representing us? </pre></div>
<div class="send"><span class="timestamp">9:56:20 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">the other woman attorney (who was standing in the back) I like a lot more. I've had numerous conversations with her, and she's much mroe laid back</pre></div>
<div class="receive"><span class="timestamp">9:57:24 PM</span> <span class="sender">nurblieh: </span><pre class="message">who was the dork in the suit?</pre></div>
<div class="receive"><span class="timestamp">9:57:24 PM</span> <span class="sender">nurblieh: </span><pre class="message">heh</pre></div>
<div class="send"><span class="timestamp">9:58:04 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">haha</pre></div>
<div class="send"><span class="timestamp">9:58:24 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">I don;t know, but he couldn't figure out how to work the projector. that was kinda funny</pre></div>
<div class="receive"><span class="timestamp">9:58:45 PM</span> <span class="sender">nurblieh: </span><pre class="message">heheh</pre></div>