CODED FIELDS:      BEGDOC: GOO001-01931799
ENDDOC: GOO001-01931811
BEGATTACH: GOO001-01931799
ENDATTACH: GOO001-01931811
RECORDTYPE: E-File
CUSTODIAN: Dunton_(Maryrose)-GOONDCE000001612
DATASETID: GOONDCE000001612
MASTER_DATE: 02/04/2006
SENTON_DATE_TIME:
CREATE_DATE_TIME: 02/04/2006:03:23:49
LASTMOD_DATE_TIME: 02/04/2006:03:23:49
RECEIVED_DATE_TIME:
PARENTFOLDER: HAL-SB-0207\1 Customer\Macintosh
HD\Users\maryrose\Library\Application Support\Adium
2.0\Users\Default\Logs\AIM.maryrosedunton\nurblieh-GOONDCE000001612
AUTHOR:
TO:
CC:
BCC:
SUBJECT_TITLE: nurblieh (2006-02-03).html
ORIGINALSOURCE:
NATIVEPATH:
FILEEXT: html
FILENAME: nurblieh (2006-02-03).html-GOONDCE000001612
FILESIZE: 58759
MD5HASH: 1dab07fe52f54285b8a90c59f7a2eeb0



1:00:58 AM nurblieh: i'm going to go to bed soon, they can call me if they need somethign.
1:01:15 AM maryrosedunton: ya, me too. thanks for letting me vent. :)
1:02:23 AM maryrosedunton: nite
10:45:39 AM nurblieh: the british military experimenting with LSD,http://video.google.com/videoplay?docid =517198059628627413
10:52:35 AM nurblieh: hey. is the pretty girls stuff supposed to go live?
10:53:31 AM maryrosedunton: ya, let me check and make sure cab got her edits in
10:53:42 AM nurblieh: yeah, i saw she checked in.
10:53:45 AM nurblieh: which is why i asked.
10:53:51 AM maryrosedunton: ah gottcha
10:53:55 AM maryrosedunton: ya, it should be ready shortly
11:02:41 AM maryrosedunton: man, I have to take down my beatles ed sullivan video that sucks.
11:02:51 AM nurblieh: doh!
11:02:56 AM nurblieh: did apple music contact us?
11:03:01 AM nurblieh: or whomever owns the estate these days
11:03:47 AM maryrosedunton: no, but in that NYTimes article it talks specifically about the people who own the copyrights to the Ed Sullivan show working with us to take down all bootlegged copies
11:03:59 AM maryrosedunton: l told brent I have a copy and he told me I have to take it down. :(
11:04:02 AM nurblieh: ahhh
11:04:07 AM nurblieh: damn.

11:04:13 AM
maryrosedunton: hahha...l know
11:04:28 AM
nurblieh: we're going to need a full time team removing copyright.
11:04:30 AM
maryrosedunton: maybe I'll just make it private. ;)
11:04:33 AM
nurblieh: heheh
11:05:46 AM
maryrosedunton: chad sent me an email and told me we can't feature videos or have contest winners w/ copyrighted songs in them
11:05:53 AM
maryrosedunton: l guess we're getting smacked down or something
11:06:04 AM
maryrosedunton: funny because our 'making of youtube' has the white stripes hehe
11:06:21 AM
nurblieh: man. that's like half our videos.
11:06:27 AM
maryrosedunton: l know
11:06:38 AM
maryrosedunton: how does google get away with it I wonder?
11:08:23 AM
nurblieh: do they get away with it tho?
11:08:49 AM
maryrosedunton: l think so, they also have copyrighted content featured - and stuff they don't own like the family guy
11:09:09 AM
nurblieh: i didn't even know they had "featured" stuff.
11:09:32 AM
maryrosedunton: oh, just on their home page
11:09:52 AM
nurblieh: ha. never been to the front page, guess ill check it out.
11:53:46 AM
maryrosedunton: ok...can you push the pretty girls stuff to stage and I'll test it?
11:53:56 AM
maryrosedunton: like pulling teeth with that one. jesus
12:05:33 PM
nurblieh: heheh
12:05:38 PM
nurblieh: she was in early this morning i noticed.
12:05:51 PM
maryrosedunton: haha.. .yup
12:06:01 PM
maryrosedunton: because I asked her to get it done by last night
12:06:11 PM
nurblieh: that's sort of what i assumed heh

**The following is a true and correct copy of this instant message conversation as produced by Defendants.**

title="http://video.google.com/videoplay?docid=517198059628627413">http://video.google.com/videoplay?docid=517198059628627413</a></pre></div>

<div class="receive"><span class="timestamp">10:52:35 AM</span> <span class="sender">nurblieh: </span><pre class="message">hey. is the pretty girls stuff supposed to go live?</pre></div>

<div class="send"><span class="timestamp">10:53:31 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">ya, let me check and make sure cab got her edits in</pre></div>

<div class="receive"><span class="timestamp">10:53:42 AM</span> <span class="sender">nurblieh: </span><pre class="message">yeah, i saw she checked in.</pre></div>

<div class="receive"><span class="timestamp">10:53:45 AM</span> <span class="sender">nurblieh: </span><pre class="message">which is why i asked.</pre></div>

<div class="send"><span class="timestamp">10:53:51 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">ah gottcha</pre></div>

<div class="send"><span class="timestamp">10:53:55 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">ya, it should be ready shortly</pre></div>

<div class="send"><span class="timestamp">11:02:41 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">man, I have to take down my beatles ed sullivan video that sucks.</pre></div>

<div class="receive"><span class="timestamp">11:02:51 AM</span> <span class="sender">nurblieh: </span><pre class="message">doh!</pre></div>

<div class="receive"><span class="timestamp">11:02:56 AM</span> <span class="sender">nurblieh: </span><pre class="message">did apple music contact us?</pre></div>

<div class="receive"><span class="timestamp">11:03:01 AM</span> <span class="sender">nurblieh: </span><pre class="message">or whomever owns the estate these days</pre></div>

<div class="send"><span class="timestamp">11:03:47 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">no, but in that NYTimes article it talks specifically about the people who own the copyrights to the Ed Sullivan show working with us to take down all bootlegged copies</pre></div>

<div class="send"><span class="timestamp">11:03:59 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">I told brent I have a copy and he told me I have to take it down. :(</pre></div>

<div class="receive"><span class="timestamp">11:04:02 AM</span> <span class="sender">nurblieh: </span><pre class="message">ahhh</pre></div>

<div class="receive"><span class="timestamp">11:04:07 AM</span> <span class="sender">nurblieh: </span><pre class="message">damn.</pre></div>

<div class="send"><span class="timestamp">11:04:13 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">hahha...I know</pre></div>

<div class="receive"><span class="timestamp">11:04:28 AM</span> <span class="sender">nurblieh: </span><pre class="message">we're going to need a full time team removing copyright.</pre></div>

<div class="send"><span class="timestamp">11:04:30 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">maybe I'll just make it private. ;)</pre></div>

<div class="receive"><span class="timestamp">11:04:33 AM</span> <span class="sender">nurblieh: </span><pre class="message">heheh</pre></div>

<div class="send"><span class="timestamp">11:05:46 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">chad sent me an email and told me we can't feature videos or have contest winners w/ copyrighted songs in them</pre></div>

<div class="send"><span class="timestamp">11:05:53 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">I guess we're getting smacked down or something</pre></div>

<div class="send"><span class="timestamp">11:06:04 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">funny because our 'making of youtube' has the white stripes hehe</pre></div>

<div class="receive"><span class="timestamp">11:06:21 AM</span> <span class="sender">nurblieh: </span><pre class="message">man. that's like half our videos.</pre></div>

<div class="send"><span class="timestamp">11:06:27 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">I know</pre></div>

<div class="send"><span class="timestamp">11:06:38 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">how does google get away with it I wonder? </pre></div>

<div class="receive"><span class="timestamp">11:08:23 AM</span> <span class="sender">nurblieh: </span><pre class="message">do they get away with it tho?</pre></div>

<div class="send"><span class="timestamp">11:08:49 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">I think so, they also have copyrighted content featured - and stuff they don't own like the family guy</pre></div>

<div class="receive"><span class="timestamp">11:09:09 AM</span> <span class="sender">nurblieh:

Highly Confidential