CODED FIELDS:   BEGDOC: GOO001-02363217
ENDDOC: GOO001-02363219
BEGATTACH: GOO001-02363217
ENDATTACH: GOO001-02363219
RECORDTYPE: E-File
CUSTODIAN: Eun_(David)-GOONDCE000000035
DATASETID: GOONDCE000000035
MASTER_DATE: 06/02/2006
SENTON_DATE_TIME:
CREATE_DATE_TIME: 11/09/2007:18:17:27
LASTMOD_DATE_TIME: 11/09/2007:18:17:27
RECEIVED_DATE_TIME: 06/02/2006:20:40:27
PARENTFOLDER: HAL-MV-1035\deun.mbox~EXTRACTED-GOONDCE000000035
AUTHOR: "Patrick Walker" <pjwalker@google.com>
TO: "deun@google.com" <deun@google.com>
CC:
BCC:
SUBJECT_TITLE: 020307.eml
ORIGINALSOURCE:
NATIVEPATH:
FILEEXT: eml
FILENAME: 020307.eml-GOONDCE000000035
FILESIZE: 11276
MD5HASH: 4d7bf850cc103103ae3dde4dcf7bdc89

**Patrick**: hi david. how did it go yesterday?
**me**: hi, patrick.
**me**: in mtg now with mtv
**me**: went ok yesterday
**Patrick**: that's good.
**me**: discussed copyright policy change and averted decision to change policy -- but only temporarily
me: i'm in ny next week
Patrick: ah. so still hanging in there
me: let's try to connect on monday
me: yes
**me**: sergey and i pushed back hard on the proposal
**me**: eric's shifted and supports the change
**me**: more later...
**Patrick**: ok thanks for the update
**Patrick**: btw, in redline now with MTV UK&Ireland for very deep catalogue of programming from US & Europe
**Patrick**: which they'd like to extend to multiple languages/territories out here
**me**: gt. u sld snc w/ daniel blackman
**Patrick**: only problem is -- no monetization options! was just told today we can't sell in the UK until end of Aug. keeps getting put back...
**Patrick**: yes, will keep synching w/daniel
**me**: precisely one of the reasons why
**me**: we shld set partner expectations consistently
**me**: let's discuss
**Patrick**: yep. in berlin monday but can chat by mobile when you have some time.
------=_Part_1074479_10476035.1149277227798--

**The following is a true and correct copy of this instant message conversation as produced by Defendants.**

From 1205104617126112142@xxx Fri Jun 2 12:42:01 2006
Delivered-To: deun@google.com
Received: by 10.253.25.34 with SMTP id 34cs159844fpy; Fri, 2 Jun 2006 12:40:27 -0700 (PDT)
Received: by 10.253.16.19 with SMTP id 19mr8980fpp; Fri, 02 Jun 2006 12:40:27 -0700 (PDT)
Message-ID: <10628753.10749551149277227798.chat@gmail.com>
From: Patrick Walker <pjwalker@google.com>
To: deun@google.com
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="----=_Part_1074479_10476035.1149277227798"

------=_Part_1074479_10476035.1149277227798
Content-Type: text/xml; charset=utf-8
Content-Transfer-Encoding: 7bit

<con:conversation xmlns:con="google:archive:conversation"><cli:message to="deun@google.com" from="pjwalker@google.com" xmlns:cli="jabber:client"><cli:body>hi david. how did it go yesterday?</cli:body><time ms="1149275739085" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com" from="deun@google.com" xmlns:cli="jabber:client"><cli:body>hi, patrick.</cli:body><met:google-mail-signature xmlns:met="google:metadata">61991efbf0e15b5c</met:google-mail-signature><time ms="1149276985633" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com" from="deun@google.com" xmlns:cli="jabber:client"><cli:body>in mtg now with mtv</cli:body><met:google-mail-signature xmlns:met="google:metadata">d48db382886b8ab8</met:google-mail-signature><time ms="1149276990388" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com" from="deun@google.com" xmlns:cli="jabber:client"><cli:body>went ok yesterday</cli:body><met:google-mail-signature xmlns:met="google:metadata">fbdd80d8d727df77</met:google-mail-signature><time ms="1149276995345" xmlns="google:timestamp"/></cli:message><cli:message to="deun@google.com/cboo.4A153F96" int:sequence-no="1" int:time-stamp="1149277011858" from="pjwalker@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>that's good. </cli:body><time ms="1149277011892" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com/Crick.v89D69B77D1" int:sequence-no="1" int:time-stamp="1149277016464" from="deun@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>discussed copyright policy change and averted decision to change policy -- but only temporarily</cli:body><met:google-mail-signature xmlns:met="google:metadata">63882c7c5b44f3c0</met:google-mail-signature><time ms="1149277016457" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com/Crick.v89D69B77D1" int:sequence-no="2" int:time-stamp="1149277023363" from="deun@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>i'm in ny next week</cli:body><met:google-mail-signature xmlns:met="google:metadata">74429e25f466b435</met:google-mail-signature><time ms="1149277023355" xmlns="google:timestamp"/></cli:message><cli:message to="deun@google.com/cboo.4A153F96" int:sequence-no="2" int:time-stamp="1149277027108" from="pjwalker@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>ah. so still hanging in there</cli:body><time ms="1149277027145" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com/Crick.v89D69B77D1" int:sequence-no="3" int:time-stamp="1149277030626" from="deun@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>let's try to connect on monday</cli:body><met:google-mail-signature xmlns:met="google:metadata">dc857e0b9ac98515</met:google-mail-signature><time ms="1149277030619" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com/Crick.v89D69B77D1" int:sequence-no="4" int:time-stamp="1149277032103" from="deun@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>yes</cli:body><met:google-mail-signature xmlns:met="google:metadata">bcaea330fccbcd40</met:google-mail-signature><time ms="1149277032095" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com/Crick.v89D69B77D1" int:sequence-no="5" int:time-stamp="1149277045991" from="deun@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>sergey and i pushed back hard on the proposal</cli:body><met:google-mail-signature xmlns:met="google:metadata">7d9278d1974953ff</met:google-mail-signature><time ms="1149277045984" xmlns="google:timestamp"/></cli:message><cli:message

to="pjwalker@google.com/Crick.v89D69B77D1" int:sequence-no="6" int:time-stamp="1149277052800" from="deun@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>eric's shifted and supports the change</cli:body><met:google-mail-signature xmlns:met="google:metadata">91cbafd53019e747</met:google-mail-signature><time ms="1149277052792" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com/Crick.v89D69B77D1" int:sequence-no="7" int:time-stamp="1149277055650" from="deun@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>more later...</cli:body><met:google-mail-signature xmlns:met="google:metadata">64dae2c32ae542a6</met:google-mail-signature><time ms="1149277055648" xmlns="google:timestamp"/></cli:message><cli:message to="deun@google.com/cboo.4A153F96" int:sequence-no="3" int:time-stamp="1149277061999" from="pjwalker@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>ok thanks for the update</cli:body><time ms="1149277062001" xmlns="google:timestamp"/></cli:message><cli:message to="deun@google.com/cboo.4A153F96" int:sequence-no="4" int:time-stamp="1149277150872" from="pjwalker@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>btw, in redline now with MTV UK&Ireland for very deep catalogue of programming from US & Europe</cli:body><time ms="1149277150878" xmlns="google:timestamp"/></cli:message><cli:message to="deun@google.com/cboo.4A153F96" int:sequence-no="5" int:time-stamp="1149277170076" from="pjwalker@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>which they'd like to extend to multiple languages/territories out here</cli:body><time ms="1149277170081" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com/Crick.v89D69B77D1" int:sequence-no="8" int:time-stamp="1149277227805" from="deun@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>gt. u sld snc w/ daniel blackman</cli:body><met:google-mail-signature xmlns:met="google:metadata">4ffaa6b6ebe8119d</met:google-mail-signature><time ms="1149277227798" xmlns="google:timestamp"/></cli:message><cli:message to="deun@google.com/cboo.4A153F96" int:sequence-no="6" int:time-stamp="1149277236308" from="pjwalker@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>only problem is -- no monetization options! was just told today we can't sell in the UK until end of Aug. keeps getting put back...</cli:body><time ms="1149277236310" xmlns="google:timestamp"/></cli:message><cli:message to="deun@google.com/cboo.4A153F96" int:sequence-no="7" int:time-stamp="1149277249362" from="pjwalker@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>yes, will keep synching w/daniel</cli:body><time ms="1149277249366" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com/Crick.v89D69B77D1" int:sequence-no="9" int:time-stamp="1149277285800" from="deun@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>precisely one of the reasons why</cli:body><met:google-mail-signature xmlns:met="google:metadata">dbc86ae9d53d73f0</met:google-mail-signature><time ms="1149277285793" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com/Crick.v89D69B77D1" int:sequence-no="10" int:time-stamp="1149277300119" from="deun@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>we shld set partner expectations consistently</cli:body><met:google-mail-signature xmlns:met="google:metadata">f8ead1748fc39a8d</met:google-mail-signature><time ms="1149277300114" xmlns="google:timestamp"/></cli:message><cli:message to="pjwalker@google.com/Crick.v89D69B77D1" int:sequence-no="11" int:time-stamp="1149277306721" from="deun@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>let's discuss</cli:body><met:google-mail-signature xmlns:met="google:metadata">f69778c5d9a122cb</met:google-mail-signature><time ms="1149277306715" xmlns="google:timestamp"/></cli:message><cli:message to="deun@google.com/cboo.4A153F96" int:sequence-no="8" int:time-stamp="1149277322519" from="pjwalker@google.com" xmlns:int="google:internal" xmlns:cli="jabber:client"><cli:body>yep. in berlin monday but can chat by mobile when you have some time. </cli:body><time ms="1149277322519" xmlns="google:timestamp"/></cli:message></con:conversation>
------=_Part_1074479_10476035.1149277227798
Content-Type: text/html; charset=utf-8
Content-Transfer-Encoding: 7bit

<SPAN><SPAN style="font-weight:bold">Patrick</SPAN>: hi david. how did it go yesterday?</SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: hi, patrick.</SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: in mtg now with mtv</SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: went ok yesterday</SPAN><BR><SPAN><SPAN style="font-weight:bold">Patrick</SPAN>: that's good. </SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: discussed copyright policy change and averted decision to change policy -- but only temporarily</SPAN><BR><SPAN><SPAN style="font-

weight:bold">me</SPAN>: i'm in ny next week</SPAN><BR><SPAN><SPAN style="font-weight:bold">Patrick</SPAN>: ah. so still hanging in there</SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: let's try to connect on monday</SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: yes</SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: sergey and i pushed back hard on the proposal</SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: eric's shifted and supports the change</SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: more later...</SPAN><BR><SPAN><SPAN style="font-weight:bold">Patrick</SPAN>: ok thanks for the update</SPAN><BR><SPAN><SPAN style="font-weight:bold">Patrick</SPAN>: btw, in redline now with MTV UK&Ireland for very deep catalogue of programming from US & Europe</SPAN><BR><SPAN><SPAN style="font-weight:bold">Patrick</SPAN>: which they'd like to extend to multiple languages/territories out here</SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: gt. u sld snc w/ daniel blackman</SPAN><BR><SPAN><SPAN style="font-weight:bold">Patrick</SPAN>: only problem is -- no monetization options! was just told today we can't sell in the UK until end of Aug. keeps getting put back...</SPAN><BR><SPAN><SPAN style="font-weight:bold">Patrick</SPAN>: yes, will keep synching w/daniel</SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: precisely one of the reasons why</SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: we shld set partner expectations consistently</SPAN><BR><SPAN><SPAN style="font-weight:bold">me</SPAN>: let's discuss</SPAN><BR><SPAN><SPAN style="font-weight:bold">Patrick</SPAN>: yep. in berlin monday but can chat by mobile when you have some time. </SPAN><BR>

------=_Part_1074479_10476035.1149277227798--