CODED FIELDS: BEGDOC: GOO001-07738864
ENDDOC: GOO001-07738865
BEGATTACH: GOO001-07738864
ENDATTACH: GOO001-07738865
RECORDTYPE: E-file
CUSTODIAN: Wang_(Virginia)_-_GOONDCE00090056
DATASETID: GOONDCE00090056
MASTER_DATE:
PARENTFOLDER: GOONDCE00090056\HAL-SB-0105\1 Apple_HFS_Untitled_1\Macintosh HD\Users\veedub restored\veedub\Adium 2.0\Users\Default\Logs\AIM.missveeandchip\miaqsf\ - GOONDCE00090056;GOONDCE00090056\HAL-SB-0105\Veedub Sparse\C\veedub\Library\Application Support\Adium 2.0\Users\Default\Logs\AIM.missveeandchip\miaqsf\ - GOONDCE00090056
AUTHOR:
TO:
CC:
BCC:
NATIVEPATH:
FILEEXT: .AdiumHTMLLog
FILENAME: miaqsf (2007-03-15).AdiumHTMLLog - GOONDCE00090056
FILESIZE: 6887
MD5HASH: 83D97E200E0F9F7C5A20756B02F9A01B7945B23AF2E09273C649F1DD76D22BD2
CREATE_DATE:
RECEIVEDDATE:
SUBJECTTITLE:
ORIGINALSOUR: [UNAVAILABLE] - GOONDCE00090056
SENTON_DATE:
LASTMOD_DATE:

11:51:36 AM missveeandchip:
```
hey mia
```
11:51:38 AM missveeandchip:
```
it's
virginia
```
11:51:51 AM missveeandchip:
```
powers says we need
more cute videos
```
11:51:54 AM miaqsf:
```
hi!
```
11:51:58 AM miaqsf:
```
yes!
```
11:52:03 AM missveeandchip:
```
i dunno if i have any
handy
```
11:52:05 AM missveeandchip:
```
i have to look them
up
```
11:52:10 AM miaqsf:
```
released in 2006
```
11:52:17 AM missveeandchip:
```
did joe already send
u the dog one
```
11:52:19 AM miaqsf:
```
uploaded i mean
```
11:52:21 AM missveeandchip:
```
oh, dunno when that
came out
```
11:52:33 AM miaqsf:
```
not sure which dog
one
```
11:52:35 AM missveeandchip:
```
tho that's a bit off
colour
```
11:53:03 AM missveeandchip:
```
yeah, prob not
appropriate for this
```
11:53:06 AM missveeandchip:
```
but i'll let u
decide
```
11:53:06 AM missveeandchip:
http://www.youtube.com/watch?v=HN-wGjYnths
11:53:14 AM missveeandchip:
```
oh wait, it's from
march 2007
```
11:53:21 AM missveeandchip:
```
and we prob have
music copyright issues with this
```
11:53:25 AM missveeandchip:
```
i'll take a look
today
```
11:53:34 AM missveeandchip:

**11:59:29 AM miaqsf:**
mostly i watch and
don't favorite/keep track

**11:59:29 AM miaqsf:**
don't stress too much about
it - if you have any good ones, just email em to me

**11:59:38 AM miaqsf:**
thanks virginia!

**11:59:40 AM missveeandchip:**
yeah, but i wanna
save the category!

**12:49:00 PM missveeandchip:**
ok, just sent over a
bunch but it was hard to find anything i thought was vote worthy

**12:49:08 PM missveeandchip:**
that we could
use

**12:49:17 PM missveeandchip:**
since so much of it
involves copywritten stuff

**12:49:25 PM missveeandchip:**
anyhow, lemme know
how it goes!

**12:49:33 PM missveeandchip:**
if we don't have a
cute category, i'll be ok

**12:49:42 PM missveeandchip:**
it just means i need
to save them up for next year!

**12:56:45 PM miaqsf:**
thanks virginia! we will save
it!

**12:57:06 PM missveeandchip:**
no really, it's ok if
u don't

**12:57:21 PM missveeandchip:**
but if we don't i
will make it happen for next year!!

**12:57:35 PM miaqsf:**
no we really want
to

**12:57:37 PM miaqsf:**
it's a fun
category

**12:57:52 PM missveeandchip:**
well, i think the
cuppy cake vid (first URL in my email) would be good

**12:58:01 PM missveeandchip:**
if u don't already
have it

**12:58:06 PM missveeandchip:**
how many vids do u
need total for voting?

**12:59:17 PM miaqsf:**

yeah we have cuppycake,
aiming for 10
1:00:03 PM missveeandchip:
sigh
1:00:11 PM missveeandchip:
u'd think with so
many vids it'd be easy

**The following is a true and correct copy of this
instant message conversation as produced by Defendants.**

```html
<div class="send"><span class="timestamp">11:51:36 AM</span> <span class="sender">missveeandchip: </span><pre class="message">hey mia</pre></div>
<div class="send"><span class="timestamp">11:51:38 AM</span> <span class="sender">missveeandchip: </span><pre class="message">it's virginia</pre></div>
<div class="send"><span class="timestamp">11:51:51 AM</span> <span class="sender">missveeandchip: </span><pre class="message">powers says we need more cute videos</pre></div>
<div class="receive"><span class="timestamp">11:51:54 AM</span> <span class="sender">miaqsf: </span><pre class="message">hi!</pre></div>
<div class="receive"><span class="timestamp">11:51:58 AM</span> <span class="sender">miaqsf: </span><pre class="message">yes!</pre></div>
<div class="send"><span class="timestamp">11:52:03 AM</span> <span class="sender">missveeandchip: </span><pre class="message">i dunno if i have any handy</pre></div>
<div class="send"><span class="timestamp">11:52:05 AM</span> <span class="sender">missveeandchip: </span><pre class="message">i have to look them up</pre></div>
<div class="receive"><span class="timestamp">11:52:10 AM</span> <span class="sender">miaqsf: </span><pre class="message">released in 2006</pre></div>
<div class="send"><span class="timestamp">11:52:17 AM</span> <span class="sender">missveeandchip: </span><pre class="message">did joe already send u the dog one</pre></div>
<div class="receive"><span class="timestamp">11:52:19 AM</span> <span class="sender">miaqsf: </span><pre class="message">uploaded i mean</pre></div>
<div class="send"><span class="timestamp">11:52:21 AM</span> <span class="sender">missveeandchip: </span><pre class="message">oh, dunno when that came out</pre></div>
<div class="receive"><span class="timestamp">11:52:33 AM</span> <span class="sender">miaqsf: </span><pre class="message">not sure which dog one</pre></div>
<div class="send"><span class="timestamp">11:52:35 AM</span> <span class="sender">missveeandchip: </span><pre class="message">tho that's a bit off colour</pre></div>
<div class="send"><span class="timestamp">11:53:03 AM</span> <span class="sender">missveeandchip: </span><pre class="message">yeah, prob not appropriate for this</pre></div>
<div class="send"><span class="timestamp">11:53:06 AM</span> <span class="sender">missveeandchip: </span><pre class="message">but i'll let u decide</pre></div>
<div class="send"><span class="timestamp">11:53:06 AM</span> <span class="sender">missveeandchip: </span><pre class="message"><a href="http://www.youtube.com/watch?v=HN-wGjYnths" title="http://www.youtube.com/watch?v=HN-wGjYnths">http://www.youtube.com/watch?v=HN-wGjYnths</a></pre></div>
<div class="send"><span class="timestamp">11:53:14 AM</span> <span class="sender">missveeandchip: </span><pre class="message">oh wait, it's from march 2007</pre></div>
<div class="send"><span class="timestamp">11:53:21 AM</span> <span class="sender">missveeandchip: </span><pre class="message">and we prob have music copyright issues with this</pre></div>
<div class="send"><span class="timestamp">11:53:25 AM</span> <span class="sender">missveeandchip: </span><pre class="message">i'll take a look today</pre></div>
<div class="send"><span class="timestamp">11:53:34 AM</span> <span class="sender">missveeandchip: </span><pre class="message">mostly i watch and don't favorite/keep track</pre></div>
<div class="receive"><span class="timestamp">11:59:29 AM</span> <span class="sender">miaqsf: </span><pre class="message">don't stress too much about it - if you have any good ones, just email em to me</pre></div>
<div class="receive"><span class="timestamp">11:59:38 AM</span> <span class="sender">miaqsf: </span><pre class="message">thanks virginia!</pre></div>
<div class="send"><span class="timestamp">11:59:40 AM</span> <span
```

Highly Confidential

```html
class="sender">missveeandchip: </span><pre class="message">yeah, but i wanna save the category!</pre></div>
<div class="send"><span class="timestamp">12:49:00 PM</span> <span class="sender">missveeandchip: </span><pre class="message">ok, just sent over a bunch but it was hard to find anything i thought was vote worthy</pre></div>
<div class="send"><span class="timestamp">12:49:08 PM</span> <span class="sender">missveeandchip: </span><pre class="message">that we could use</pre></div>
<div class="send"><span class="timestamp">12:49:17 PM</span> <span class="sender">missveeandchip: </span><pre class="message">since so much of it involves copywritten stuff</pre></div>
<div class="send"><span class="timestamp">12:49:25 PM</span> <span class="sender">missveeandchip: </span><pre class="message">anyhow, lemme know how it goes!</pre></div>
<div class="send"><span class="timestamp">12:49:33 PM</span> <span class="sender">missveeandchip: </span><pre class="message">if we don't have a cute category, i'll be ok</pre></div>
<div class="send"><span class="timestamp">12:49:42 PM</span> <span class="sender">missveeandchip: </span><pre class="message">it just means i need to save them up for next year!</pre></div>
<div class="receive"><span class="timestamp">12:56:45 PM</span> <span class="sender">miaqsf: </span><pre class="message">thanks virginia! we will save it!</pre></div>
<div class="send"><span class="timestamp">12:57:06 PM</span> <span class="sender">missveeandchip: </span><pre class="message">no really, it's ok if u don't</pre></div>
<div class="send"><span class="timestamp">12:57:21 PM</span> <span class="sender">missveeandchip: </span><pre class="message">but if we don't i will make it happen for next year!!</pre></div>
<div class="receive"><span class="timestamp">12:57:35 PM</span> <span class="sender">miaqsf: </span><pre class="message">no we really want to</pre></div>
<div class="receive"><span class="timestamp">12:57:37 PM</span> <span class="sender">miaqsf: </span><pre class="message">it's a fun category</pre></div>
<div class="send"><span class="timestamp">12:57:52 PM</span> <span class="sender">missveeandchip: </span><pre class="message">well, i think the cuppy cake vid (first URL in my email) would be good</pre></div>
<div class="send"><span class="timestamp">12:58:01 PM</span> <span class="sender">missveeandchip: </span><pre class="message">if u don't already have it</pre></div>
<div class="send"><span class="timestamp">12:58:06 PM</span> <span class="sender">missveeandchip: </span><pre class="message">how many vids do u need total for voting?</pre></div>
<div class="receive"><span class="timestamp">12:59:17 PM</span> <span class="sender">miaqsf: </span><pre class="message">yeah we have cuppycake, aiming for 10</pre></div>
<div class="send"><span class="timestamp">1:00:03 PM</span> <span class="sender">missveeandchip: </span><pre class="message">sigh</pre></div>
<div class="send"><span class="timestamp">1:00:11 PM</span> <span class="sender">missveeandchip: </span><pre class="message">u'd think with so many vids it'd be easy</pre></div>
```

Highly Confidential
GOO001-07738865