CODED FIELDS:
BEGDOC: GOO001-00829681
ENDDOC: GOO001-00829694
BEGATTACH: GOO001-00829681
ENDATTACH: GOO001-00829694
RECORDTYPE: E-File
CUSTODIAN: Dunton_(Maryrose)-GOONDCE000001612
DATASETID: GOONDCE000001612
MASTER_DATE: 03/15/2006
SENTON_DATE_TIME:
CREATE_DATE_TIME: 03/15/2006:07:59:57
LASTMOD_DATE_TIME: 03/15/2006:07:59:57
RECEIVED_DATE_TIME:
PARENTFOLDER: HAL-SB-0207\1 Customer\Macintosh HD\Users\maryrose\Library\Application Support\Adium 2.0\Users\Default\Logs\AIM.maryrosedunton\mattadoor-GOONDCE000001612
AUTHOR:
TO:
CC:
BCC:
SUBJECT_TITLE: mattadoor (2006-03-14).html
ORIGINALSOURCE:
NATIVEPATH:
FILEEXT: html
FILENAME: mattadoor (2006-03-14).html-GOONDCE000001612
FILESIZE: 61540
MD5HASH: dc222105be16056a201f222017434019

DATE: 9·22·08  EXHIBIT# 20
DEPONENT: DUNTON, MARYROSE
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL   1   GOO001-00829681-GOO001-00829694



**12:14:53 PM maryrosedunton:**
oh so can we do a saved search w/ alerts for the copyright cop stuff? I'm thinking we can be pretty ghetto about it and basically use the same stuff we use for subscriptions and repackage it. the only difference they can sign up for email alerts

**12:14:54 PM mattadoor:**
u wear guy jeans?

**12:15:04 PM maryrosedunton:**
hah. both actually

**12:15:08 PM maryrosedunton:**
I have guys and girls

**12:15:36 PM mattadoor:**
shame the cut isn't universal

**12:15:56 PM maryrosedunton:**
I like some guys jeans because they're cut straight

**12:16:20 PM mattadoor:**
you can have whatever you want, but it is just how much time do you guys want to give to these fucking assholes

**12:16:30 PM mattadoor:**
^^

**12:16:55 PM maryrosedunton:**
hah. not any time really.

**12:16:56 PM mattadoor:**
I would rather build stuff for people that make our site better

**12:17:11 PM mattadoor:**
I still have to build some stuff for solo

**12:17:22 PM maryrosedunton:**
agreed. hrm. well, let me talk to brent and these guys and see how big a deal they think this crap is

**12:17:25 PM mattadoor:**
to help with the indexing

**12:17:27 PM maryrosedunton:**
right

**12:18:40 PM mattadoor:**
also there is only going to be a handful of people using this feature

**12:18:47 PM maryrosedunton:**

```
I hope so
```
12:18:47 PM mattadoor:
```
so why build it well
```
12:19:10 PM maryrosedunton:
```
basically this is all a cya for us.
kinda sucks really
```
12:20:10 PM mattadoor:
```
yeah I know but since we have it,
"dyeanu" (in  heeb venacular)
```
12:20:47 PM maryrosedunton:
```
wait, what's dyeanu?
```
12:21:17 PM mattadoor:
```
it is what you say at passover when
you read the passage of the
plaques
```
12:21:19 PM mattadoor:
```
errr
```
12:21:26 PM mattadoor:
```
plagues
```
12:21:31 PM maryrosedunton:
```
ah
```
12:21:41 PM mattadoor:
```
u ever do that stuff?
```
12:22:06 PM mattadoor:
```
you know saved search wouldn't be
a bad idea for anyone
```
12:22:09 PM mattadoor:
```
err
```
12:22:10 PM mattadoor:
```
everyone
```
12:22:18 PM maryrosedunton:
```
no, we never did any of that stuff
```
12:22:24 PM maryrosedunton:
```
ya, true
```
12:23:25 PM maryrosedunton:
```
oh, users have asked for the saved
search stuff. the subscriptions is kinda that
idea I guess
```
12:24:03 PM maryrosedunton:
```
but I would rather be able to see
all the search results for my saved
searchs
```



**The following is a true and correct copy of this instant message conversation as produced by Defendants.**



```html
<div class="send"><span class="timestamp">12:14:53 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">oh so can we do a saved search w/ alerts for the copyright cop stuff? I'm thinking we can be pretty ghetto about it and basically use the same stuff we use for subscriptions and repackage it. the only difference they can sign up for email alerts</pre></div>
<div class="receive"><span class="timestamp">12:14:54 PM</span> <span class="sender">mattadoor:</span><pre class="message">u wear guy jeans?</pre></div>
<div class="send"><span class="timestamp">12:15:04 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">hah. both actually</pre></div>
<div class="send"><span class="timestamp">12:15:08 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">I have guys and girls</pre></div>
<div class="receive"><span class="timestamp">12:15:36 PM</span> <span class="sender">mattadoor:</span><pre class="message">shame the cut isn't universal</pre></div>
<div class="send"><span class="timestamp">12:15:56 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">I like some guys jeans because they're cut straight</pre></div>
<div class="receive"><span class="timestamp">12:16:20 PM</span> <span class="sender">mattadoor:</span><pre class="message">you can have whatever you want, but it is just how much time do you guys want to give to these fucking assholes</pre></div>
<div class="receive"><span class="timestamp">12:16:30 PM</span> <span class="sender">mattadoor:</span><pre class="message">^^</pre></div>
<div class="send"><span class="timestamp">12:16:55 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">hah. not any time really. </pre></div>
<div class="receive"><span class="timestamp">12:16:56 PM</span> <span class="sender">mattadoor:</span><pre class="message">I would rather build stuff for people that make our site better</pre></div>
<div class="receive"><span class="timestamp">12:17:11 PM</span> <span class="sender">mattadoor:</span><pre class="message">I still have to build some stuff for solo</pre></div>
<div class="send"><span class="timestamp">12:17:22 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">agreed. hrm. well, let me talk to brent and these guys and see how big a deal they think this crap is</pre></div>
<div class="receive"><span class="timestamp">12:17:25 PM</span> <span class="sender">mattadoor:</span><pre class="message">to help with the indexing</pre></div>
<div class="send"><span class="timestamp">12:17:27 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">right</pre></div>
<div class="receive"><span class="timestamp">12:18:40 PM</span> <span class="sender">mattadoor:</span><pre class="message">also there is only going to be a handful of people using this feature</pre></div>
```

**Highly Confidential**

G00001-00829687

```html
<div class="send"><span class="timestamp">12:18:47 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">I hope so</pre></div>
<div class="receive"><span class="timestamp">12:18:47 PM</span> <span class="sender">mattadoor:</span><pre class="message">so why build it well</pre></div>
<div class="send"><span class="timestamp">12:19:10 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">basically this is all a cya for us. kinda sucks really</pre></div>
<div class="receive"><span class="timestamp">12:20:10 PM</span> <span class="sender">mattadoor:</span><pre class="message">yeah I know but since we have it, "dyeanu" (in heeb venacular)</pre></div>
<div class="send"><span class="timestamp">12:20:47 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">wait, what's dyeanu?</pre></div>
<div class="receive"><span class="timestamp">12:21:17 PM</span> <span class="sender">mattadoor:</span><pre class="message">it is what you say at passover when you read the passage of the plaques</pre></div>
<div class="receive"><span class="timestamp">12:21:19 PM</span> <span class="sender">mattadoor:</span><pre class="message">errr</pre></div>
<div class="receive"><span class="timestamp">12:21:26 PM</span> <span class="sender">mattadoor:</span><pre class="message">plagues </pre></div>
<div class="send"><span class="timestamp">12:21:31 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">ah</pre></div>
<div class="receive"><span class="timestamp">12:21:41 PM</span> <span class="sender">mattadoor:</span><pre class="message">u ever do that stuff?</pre></div>
<div class="receive"><span class="timestamp">12:22:06 PM</span> <span class="sender">mattadoor:</span><pre class="message">you know saved search wouldn't be a bad idea for anyone</pre></div>
<div class="receive"><span class="timestamp">12:22:09 PM</span> <span class="sender">mattadoor:</span><pre class="message">err</pre></div>
<div class="receive"><span class="timestamp">12:22:10 PM</span> <span class="sender">mattadoor:</span><pre class="message">everyone</pre></div>
<div class="send"><span class="timestamp">12:22:18 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">no, we never did any of that stuff</pre></div>
<div class="send"><span class="timestamp">12:22:24 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">ya, true</pre></div>
<div class="send"><span class="timestamp">12:23:25 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">oh, users have asked for the saved search stuff. the subscriptions is kinda that idea I guess</pre></div>
<div class="send"><span class="timestamp">12:24:03 PM</span> <span class="sender">maryrosedunton:</span><pre class="message">but I would rather be able to see all the search results for my saved searchs</pre></div>
```



Highly Confidential

GOO001-00829688