CODED FIELDS:
BEGDOC: GOO001-00829702
ENDDOC: GOO001-00829718
BEGATTACH: GOO001-00829702
ENDATTACH: GOO001-00829718
RECORDTYPE: E-File
CUSTODIAN: Dunton_(Maryrose)-GOONDCE000001612
DATASETID: GOONDCE000001612
MASTER_DATE: 03/11/2006
SENTON_DATE_TIME:
CREATE_DATE_TIME: 03/11/2006:07:47:25
LASTMOD_DATE_TIME: 03/11/2006:07:47:25
RECEIVED_DATE_TIME:
PARENTFOLDER: HAL-SB-0207\1 Customer\Macintosh HD\Users\maryrose\Library\Application Support\Adium 2.0\Users\Default\Logs\AIM.maryrosedunton\mattadoor-GOONDCE000001612
AUTHOR:
TO:
CC:
BCC:
SUBJECT_TITLE: mattadoor (2006-03-10).html
ORIGINALSOURCE:
NATIVEPATH:
FILEEXT: html
FILENAME: mattadoor (2006-03-10).html-GOONDCE000001612
FILESIZE: 76883
MD5HASH: b90619442d7f76ff6d8447cada6a9c2a

DATE: 3.22.08
EXHIBIT# 22
DEPONENT: DUNTON, MARYROSE
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830



11:39:48 AM mattadoor:
u want me to make a complaint for
each on of these?
11:40:53 AM maryrosedunton:
each one of what?
11:41:13 AM mattadoor:
the ones that will be in the email
11:42:02 AM mattadoor:
or is that overkill
11:42:16 AM maryrosedunton:
sorry, what do you mean by a complaint?
11:42:53 AM mattadoor:
when you complain about inappropriate/copyright
stuff on the
website
11:43:02 AM mattadoor:
and you see it in admin_flagged
11:43:06 AM mattadoor:
what is that called?
11:43:07 AM maryrosedunton:
oh duh, right. so, I don't think
we need that
11:43:20 AM maryrosedunton:
because heather and brent will work
directly from the email
11:43:25 AM maryrosedunton:
that gets sent to them
11:43:29 AM mattadoor:
ok
11:43:37 AM mattadoor:
it is called a complaint?
11:43:51 AM maryrosedunton:
but, we will want to have some history

of the flagging in case we ever need to go back to it for users that abused the system

11:44:03 AM maryrosedunton:
ya, a complaint

11:44:28 AM mattadoor:
yeah we will have the time they flagged it

11:44:31 AM mattadoor:
and w/e

11:44:38 AM maryrosedunton:
cool

12:04:05 PM maryrosedunton:
hey question, so could we also do something for these guys where they can get email alerts sent to them (either like daily or weekly) whenever a video is uploaded with their designated keyword?

12:04:40 PM mattadoor:
yeah, but

12:04:43 PM mattadoor:
^^

12:05:07 PM mattadoor:
you need to make an interface for them to choose keywords

12:05:25 PM maryrosedunton:
right, and for them to select how often they want to receive alerts

12:05:25 PM mattadoor:
and then have some tool that runs and does that for them

12:05:39 PM mattadoor:
lol u know

12:05:46 PM maryrosedunton:
hrm. i hate this feature. I hate making it easier for these a-holes

12:06:10 PM mattadoor:
this seems like an aweful lot of work for people who are following the rules

12:06:14 PM mattadoor:
well

12:06:24 PM mattadoor:
I suppose they are more like "guidelines"

12:06:50 PM maryrosedunton:
ya. ok, forget about the email alerts stuff. I'll tell chad that's for 'phase 2' or something

12:07:17 PM mattadoor:
it isn't hard

12:07:27 PM mattadoor:
but prolly take another day or w/e

12:07:48 PM mattadoor:
but I still don't see why we have

to cater to these guys
12:07:55 PM mattadoor:
next meeting with the lawyers
12:07:58 PM mattadoor:
I am not coming
12:08:29 PM maryrosedunton:
ya, we're just trying to cover our
asses so we don't get sued. but I would rather
build really cool features for the premium guys to make them
want to put their stuff on our site
themselves
12:08:59 PM mattadoor:
we went through this stuff with the
pal
12:09:07 PM mattadoor:
visa sued us
12:09:12 PM mattadoor:
mc sued us
12:09:17 PM mattadoor:
ebay
12:09:26 PM mattadoor:
i didn't mind those problems
12:09:34 PM maryrosedunton:
ya, we're going to get sued, it's
inevitable.
12:09:46 PM mattadoor:
it is just can we win!
12:09:51 PM maryrosedunton:
right
12:10:00 PM mattadoor:
or right-o as you would say
12:10:05 PM maryrosedunton:
haha
12:10:11 PM maryrosedunton:
right-o
12:10:27 PM maryrosedunton:
I've been spending to much time sitting
by pan
12:10:36 PM maryrosedunton:
I caught myself saying 'oh jeeze'



**The following is a true and correct copy of this instant message conversation as produced by Defendants.**

<div class="receive"><span class="timestamp">11:39:48 AM</span> <span class="sender">mattadoor: </span><pre class="message">u want me to make a complaint for each on of these?</pre></div>
<div class="send"><span class="timestamp">11:40:53 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">each one of what?</pre></div>
<div class="receive"><span class="timestamp">11:41:13 AM</span> <span class="sender">mattadoor: </span><pre class="message">the ones that will be in the email</pre></div>
<div class="receive"><span class="timestamp">11:42:02 AM</span> <span class="sender">mattadoor: </span><pre class="message">or is that overkill</pre></div>
<div class="send"><span class="timestamp">11:42:16 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">sorry, what do you mean by a complaint?</pre></div>
<div class="receive"><span class="timestamp">11:42:53 AM</span> <span class="sender">mattadoor: </span><pre class="message">when you complain about inappropriate/copyright stuff on the website</pre></div>
<div class="receive"><span class="timestamp">11:43:02 AM</span> <span class="sender">mattadoor: </span><pre class="message">and you see it in admin_flagged</pre></div>
<div class="receive"><span class="timestamp">11:43:06 AM</span> <span class="sender">mattadoor: </span><pre class="message">what is that called?</pre></div>
<div class="send"><span class="timestamp">11:43:07 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">oh duh, right. so, I don't think we need that</pre></div>
<div class="send"><span class="timestamp">11:43:20 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">because heather and brent will work directly from the email</pre></div>
<div class="send"><span class="timestamp">11:43:25 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">that gets sent to them</pre></div>
<div class="receive"><span class="timestamp">11:43:29 AM</span> <span class="sender">mattadoor: </span><pre class="message">ok</pre></div>
<div class="receive"><span class="timestamp">11:43:37 AM</span> <span class="sender">mattadoor: </span><pre class="message">it is called a complaint?</pre></div>
<div class="send"><span class="timestamp">11:43:51 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">but, we will want to have some history of the flagging in case we ever need to go back to it for users that abused the system</pre></div>
<div class="send"><span class="timestamp">11:44:03 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">ya, a complaint</pre></div>
<div class="receive"><span class="timestamp">11:44:28 AM</span> <span class="sender">mattadoor: </span><pre class="message">yeah we will have the time they flagged it</pre></div>
<div class="receive"><span class="timestamp">11:44:31 AM</span> <span class="sender">mattadoor: </span><pre class="message">and w/e</pre></div>
<div class="send"><span class="timestamp">11:44:38 AM</span> <span class="sender">maryrosedunton: </span><pre class="message">cool</pre></div>
<div class="send"><span class="timestamp">12:04:05 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">hey question, so could we also do something for these guys where they can get email alerts sent to them (either like daily or weekly) whenever a video is uploaded with their designated keyword? </pre></div>
<div class="receive"><span class="timestamp">12:04:40 PM</span> <span class="sender">mattadoor: </span><pre class="message">yeah, but</pre></div>
<div class="receive"><span class="timestamp">12:04:43 PM</span> <span class="sender">mattadoor: </span><pre class="message">^^</pre></div>
<div class="receive"><span class="timestamp">12:05:07 PM</span> <span class="sender">mattadoor: </span><pre class="message">you need to make an interface for them to choose keywords</pre></div>
<div class="send"><span class="timestamp">12:05:25 PM</span> <span class="sender">maryrosedunton: </span><pre class="message">right, and for them to select how often they want to receive alerts</pre></div>
<div class="receive"><span class="timestamp">12:05:25 PM</span> <span class="sender">mattadoor: </span><pre class="message">and then have some tool that runs and does that for them</pre></div>
<div class="receive"><span class="timestamp">12:05:39 PM</span> <span class="sender">mattadoor:

</span><pre class="message">lol u know</pre></div>
<div class="send"><span class="timestamp">12:05:46 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">hrm. i hate this feature. I hate making it easier for these a-holes</pre></div>
<div class="receive"><span class="timestamp">12:06:10 PM</span> <span class="sender">mattadoor:
</span><pre class="message">this seems like an aweful lot of work for people who are following the
rules</pre></div>
<div class="receive"><span class="timestamp">12:06:14 PM</span> <span class="sender">mattadoor:
</span><pre class="message">well</pre></div>
<div class="receive"><span class="timestamp">12:06:24 PM</span> <span class="sender">mattadoor:
</span><pre class="message">I suppose they are more like "guidelines"</pre></div>
<div class="send"><span class="timestamp">12:06:50 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">ya. ok, forget about the email alerts stuff. I'll tell chad that's for 'phase 2' or
something</pre></div>
<div class="receive"><span class="timestamp">12:07:17 PM</span> <span class="sender">mattadoor:
</span><pre class="message">it isn't hard</pre></div>
<div class="receive"><span class="timestamp">12:07:27 PM</span> <span class="sender">mattadoor:
</span><pre class="message">but prolly take another day or w/e</pre></div>
<div class="receive"><span class="timestamp">12:07:48 PM</span> <span class="sender">mattadoor:
</span><pre class="message">but I still don't see why we have to cater to these guys</pre></div>
<div class="receive"><span class="timestamp">12:07:55 PM</span> <span class="sender">mattadoor:
</span><pre class="message">next meeting with the lawyers</pre></div>
<div class="receive"><span class="timestamp">12:07:58 PM</span> <span class="sender">mattadoor:
</span><pre class="message">I am not coming</pre></div>
<div class="send"><span class="timestamp">12:08:29 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">ya, we're just trying to cover our asses so we don't get sued. but I would rather
build really cool features for the premium guys to make them want to put their stuff on our site
themselves</pre></div>
<div class="receive"><span class="timestamp">12:08:59 PM</span> <span class="sender">mattadoor:
</span><pre class="message">we went through this stuff with the pal</pre></div>
<div class="receive"><span class="timestamp">12:09:07 PM</span> <span class="sender">mattadoor:
</span><pre class="message">visa sued us</pre></div>
<div class="receive"><span class="timestamp">12:09:12 PM</span> <span class="sender">mattadoor:
</span><pre class="message">mc sued us</pre></div>
<div class="receive"><span class="timestamp">12:09:17 PM</span> <span class="sender">mattadoor:
</span><pre class="message">ebay </pre></div>
<div class="receive"><span class="timestamp">12:09:26 PM</span> <span class="sender">mattadoor:
</span><pre class="message">i didn't mind those problems</pre></div>
<div class="send"><span class="timestamp">12:09:34 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">ya, we're going to get sued, it's inevitable. </pre></div>
<div class="receive"><span class="timestamp">12:09:46 PM</span> <span class="sender">mattadoor:
</span><pre class="message">it is just can we win!</pre></div>
<div class="send"><span class="timestamp">12:09:51 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">right</pre></div>
<div class="receive"><span class="timestamp">12:10:00 PM</span> <span class="sender">mattadoor:
</span><pre class="message">or right-o as you would say</pre></div>
<div class="send"><span class="timestamp">12:10:05 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">haha</pre></div>
<div class="send"><span class="timestamp">12:10:11 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">right-o</pre></div>
<div class="send"><span class="timestamp">12:10:27 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">I've been spending to much time sitting by pan</pre></div>
<div class="send"><span class="timestamp">12:10:36 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">I caught myself saying 'oh jeeze'</pre></div>

[redacted]