CODED FIELDS: BEGDOC: GOO001-07169720
ENDDOC: GOO001-07169733
BEGATTACH: GOO001-07169720
ENDATTACH: GOO001-07169733
RECORDTYPE: E-file
CUSTODIAN: Liu_(Matthew)_-_GOONDCE00090051
DATASETID: GOONDCE00090051
MASTER_DATE:
PARENTFOLDER: GOONDCE00090051\HAL-SB-0130\1 Customer\Macintosh HD\Users\MatthewLiu\Library\Application Support\Adium 2.0\Users\Default\Logs\AIM.coda322\kryten21\ - GOONDCE00090051
AUTHOR:
TO:
CC:
BCC:
NATIVEPATH:
FILEEXT: .AdiumHTMLLog
FILENAME: kryten21 (2006-06-19).AdiumHTMLLog - GOONDCE00090051
FILESIZE: 57937
MD5HASH: 618F7A58422C7EE9ACDA87924D967D8287018AE575418553FD4C27F8F55180DE
CREATE_DATE:
RECEIVEDDATE:
SUBJECTTITLE:
ORIGINALSOUR: [UNAVAILABLE] - GOONDCE00090051
SENTON_DATE:
LASTMOD_DATE:

coda322:
yo
kryten2l:
yo
coda322:
HANS GYMB MED
kryten2l:
hey, give me a guess
coda322:
kryten2l:

what percentage of the videos on youtube are violating copyright
                            infringement
coda322:
its a lot lower than you would think
coda322:
but in terms of
coda322:
percentage of videos that are watched
coda322:
it is significantly higher
kryten2l:
wow, shiiit.med is racking it up
kryten2l:
just give me a guess on both
kryten2l:
percentage
coda322:
i have no idea dood
coda322:
your guess is as agood as mine
kryten2l:
damn
kryten2l:
MED
kryten2l:
geeez
kryten2l:
we'd be up 6% or so on the portfolio
coda322:
we would be down
coda322:
on gymb
coda322:
and hans
coda322:
and we wouldnt be as up on med
kryten2l:
maybe not 6%
coda322:

but still positive though
kryten2l:
yeah
kryten2l:
sorry
kryten2l: ã€Œ Redacted
11:37:04 AM it's ok we can wait a few
11:37:32 AM nice, all my bosses like my idea, perhaps i can do a killer job and get impressive
11:38:20 AM nice my friend
11:38:22 AM time to get rich
11:38:48 AM i must come up wiht one crazy idea
11:38:50 AM every 2 weeks
11:39:01 AM no every week
11:39:09 AM must become the golden boy of youtube
11:40:57 AM hahah
11:41:03 AM nice man
11:41:04 AM please do so
11:41:10 AM and get your friends jobs
11:41:31 AM sure
Redacted
11:57:06 AM
kryten2l:

so what do you think my best approach is
11:57:08 AM kryten2l:
to getting a job there
11:57:31 AM coda322:
mm
11:57:33 AM coda322:
know the site
11:57:36 AM coda322:
know the business
11:57:40 AM coda322:
get a list of big ideas
11:57:46 AM coda322:
the interesting thing is
11:58:00 AM coda322:
they arent huge on university and grades here
11:58:10 AM coda322:
or as huge as a place like google or zazzle
11:58:39 AM coda322:
some fot he poeple here just went to whatever schools before goign to
                        paypal and i guess they performed really well
11:58:49 AM coda322:
a coupel poeple make fun of me for going to stanford
11:59:13 AM kryten2l:

```
hahah
11:59:13 AM kryten2l:
  really
11:59:14 AM kryten2l:
wow
11:59:20 AM kryten2l:
i guess there aren't many stanford
folks there
11:59:26 AM coda322:
no
11:59:28 AM coda322:
not at all
11:59:30 AM coda322:
i mgiht be the only one
11:59:32 AM kryten2l:
the university thing is fine
11:59:40 AM kryten2l:
as long as i can get my foot in the
door
11:59:40 AM kryten2l:
i'll talk my way thru
12:03:09 PM coda322:
yeah
12:03:10 PM coda322:
im saying
12:03:15 PM coda322:
its probably an advantage
12:03:19 PM coda322:
they will think you are super smart
12:04:15 PM kryten2l:
yeah
12:04:22 PM kryten2l:
well, i just gotta get that foot in
the door
```
12:04:41 PM kryten2l: ã€Œ
```
which i need to wait on you for
```
coda322:
```
yeah
```
kryten2l:
```
perhaps if the bd route does not pan
out, i will just have to go into
                            software
```
coda322:

kryten2l:

```
wow
```

kryten2l:
```
nice
```

kryten2l:

$15k

kryten21:
assholes

coda322:
http://www.revver.com/video/27

335/?  session just started =1

coda322:
assholes
kryten21:
hahah
kryten21:
wow that is pretty cool
kryten21:
screw you guys
kryten21:
i'm putting my video on revver
coda322:
ok
coda322:
and no one will watch it
coda322:
becuase people dont use revver
coda322:
its a piece of shit
coda322:
although some poeple will start using it now after the positive
buzz
kryten21:
yeah
kryten21:
time to get rich
coda322:
take a look here
coda322:

is the result per trade

**The following is a true and correct copy of this
instant message conversation as produced by Defendants.**

```html
<div class="send"><span class="timestamp">11:21:09 AM</span> <span class="sender">coda322: </span><pre class="message">yo</pre></div>
<div class="receive"><span class="timestamp">11:22:12 AM</span> <span class="sender">kryten21: </span><pre class="message">yo</pre></div>
<div class="send"><span class="timestamp">11:23:08 AM</span> <span class="sender">coda322: </span><pre class="message">HANS GYMB MED</pre></div>
<div class="receive"><span class="timestamp">11:23:59 AM</span> <span class="sender">kryten21: </span><pre class="message">hey, give me a guess</pre></div>
<div class="send"><span class="timestamp">11:24:17 AM</span> <span class="sender">coda322: </span><pre class="message">?</pre></div>
<div class="receive"><span class="timestamp">11:24:21 AM</span> <span class="sender">kryten21: </span><pre class="message">what percentage of the videos on youtube are violating copyright infringement</pre></div>
<div class="send"><span class="timestamp">11:24:56 AM</span> <span class="sender">coda322: </span><pre class="message">its a lot lower than you would think</pre></div>
<div class="send"><span class="timestamp">11:25:01 AM</span> <span class="sender">coda322: </span><pre class="message">but in terms of</pre></div>
<div class="send"><span class="timestamp">11:25:07 AM</span> <span class="sender">coda322: </span><pre class="message">percentage of videos that are watched</pre></div>
<div class="send"><span class="timestamp">11:25:13 AM</span> <span class="sender">coda322: </span><pre class="message">it is significantly higher</pre></div>
<div class="receive"><span class="timestamp">11:25:34 AM</span> <span class="sender">kryten21: </span><pre class="message">wow, shiiit.med is racking it up</pre></div>
<div class="receive"><span class="timestamp">11:25:44 AM</span> <span class="sender">kryten21: </span><pre class="message">just give me a guess on both</pre></div>
<div class="receive"><span class="timestamp">11:25:45 AM</span> <span class="sender">kryten21: </span><pre class="message">percentage</pre></div>
<div class="send"><span class="timestamp">11:26:03 AM</span> <span class="sender">coda322: </span><pre class="message">i have no idea dood</pre></div>
<div class="send"><span class="timestamp">11:26:38 AM</span> <span class="sender">coda322: </span><pre class="message">your guess is as agood as mine</pre></div>
<div class="receive"><span class="timestamp">11:27:00 AM</span> <span class="sender">kryten21: </span><pre class="message">damn</pre></div>
<div class="receive"><span class="timestamp">11:27:00 AM</span> <span class="sender">kryten21: </span><pre class="message">MED</pre></div>
<div class="receive"><span class="timestamp">11:27:04 AM</span> <span class="sender">kryten21: </span><pre class="message">geeez</pre></div>
<div class="receive"><span class="timestamp">11:27:16 AM</span> <span class="sender">kryten21: </span><pre class="message">we'd be up 6% or so on the portfolio</pre></div>
<div class="send"><span class="timestamp">11:30:17 AM</span> <span class="sender">coda322: </span><pre class="message">we would be down</pre></div>
<div class="send"><span class="timestamp">11:30:19 AM</span> <span class="sender">coda322: </span><pre class="message">on gymb</pre></div>
<div class="send"><span class="timestamp">11:30:21 AM</span> <span class="sender">coda322: </span><pre class="message">and hans</pre></div>
<div class="send"><span class="timestamp">11:30:42 AM</span> <span class="sender">coda322: </span><pre class="message">and we wouldnt be as up on med</pre></div>
<div class="receive"><span class="timestamp">11:30:44 AM</span> <span class="sender">kryten21: </span><pre class="message">maybe not 6%</pre></div>
<div class="send"><span class="timestamp">11:30:45 AM</span> <span class="sender">coda322: </span><pre class="message">but still positive though</pre></div>
<div class="receive"><span class="timestamp">11:30:46 AM</span> <span class="sender">kryten21: </span><pre class="message">yeah</pre></div>
<div class="receive"><span class="timestamp">11:30:46 AM</span> <span class="sender">kryten21: </span><pre class="message">sorry</pre></div>
<div class="receive"><span class="timestamp">11:30:52 AM</span> <span class="sender">kryten21:
```

Highly Confidential
GOO001-07169720



Redacted

```
<div class="receive"><span class="timestamp">11:37:04 AM</span> <span class="sender">kryten21:</span><pre class="message">it's ok we can wait a few</pre></div>
<div class="send"><span class="timestamp">11:37:32 AM</span> <span class="sender">coda322:</span><pre class="message">nice, all my bosses like my idea, perhaps i can do a killer job and get impressive</pre></div>
<div class="receive"><span class="timestamp">11:38:20 AM</span> <span class="sender">kryten21:</span><pre class="message">nice my friend</pre></div>
<div class="receive"><span class="timestamp">11:38:22 AM</span> <span class="sender">kryten21:</span><pre class="message">time to get rich</pre></div>
<div class="send"><span class="timestamp">11:38:48 AM</span> <span class="sender">coda322:</span><pre class="message">i must come up wiht one crazy idea</pre></div>
<div class="send"><span class="timestamp">11:38:50 AM</span> <span class="sender">coda322:</span><pre class="message">every 2 weeks</pre></div>
<div class="send"><span class="timestamp">11:39:01 AM</span> <span class="sender">coda322:</span><pre class="message">no every week</pre></div>
<div class="send"><span class="timestamp">11:39:09 AM</span> <span class="sender">coda322:</span><pre class="message">must become the golden boy of youtube</pre></div>
<div class="receive"><span class="timestamp">11:40:57 AM</span> <span class="sender">kryten21:</span><pre class="message">hahah</pre></div>
<div class="receive"><span class="timestamp">11:41:03 AM</span> <span class="sender">kryten21:</span><pre class="message">nice man</pre></div>
<div class="receive"><span class="timestamp">11:41:04 AM</span> <span class="sender">kryten21:</span><pre class="message">please do so</pre></div>
<div class="receive"><span class="timestamp">11:41:10 AM</span> <span class="sender">kryten21:</span><pre class="message">and get your friends jobs</pre></div>
<div class="send"><span class="timestamp">11:41:31 AM</span> <span class="sender">coda322:</span><pre class="message">sure</pre></div>
```

Redacted

```
<div class="send"><span class="timestamp">11:42:05 AM</span> <span class="sender">coda322:</span><pre class="message">so typiclaly with a deal of this magnitude, we can sign within 2-3
```

Highly Confidential
GOO001-07169721

months</pre></div>

Redacted

Redacted

Highly Confidential
GOO001-07169722

```html
<div class="receive"><span class="timestamp">11:57:06 AM</span> <span class="sender">kryten21:</span><pre class="message">so what do you think my best approach is</pre></div>
<div class="receive"><span class="timestamp">11:57:08 AM</span> <span class="sender">kryten21:</span><pre class="message">to getting a job there</pre></div>
<div class="send"><span class="timestamp">11:57:31 AM</span> <span class="sender">coda322:</span><pre class="message">mm</pre></div>
<div class="send"><span class="timestamp">11:57:33 AM</span> <span class="sender">coda322:</span><pre class="message">know the site</pre></div>
<div class="send"><span class="timestamp">11:57:36 AM</span> <span class="sender">coda322:</span><pre class="message">know the business</pre></div>
<div class="send"><span class="timestamp">11:57:40 AM</span> <span class="sender">coda322:</span><pre class="message">get a list of big ideas</pre></div>
<div class="send"><span class="timestamp">11:57:46 AM</span> <span class="sender">coda322:</span><pre class="message">the interesting thing is</pre></div>
<div class="send"><span class="timestamp">11:58:00 AM</span> <span class="sender">coda322:</span><pre class="message">they arent huge on university and grades here</pre></div>
<div class="send"><span class="timestamp">11:58:10 AM</span> <span class="sender">coda322:</span><pre class="message">or as huge as a place like google or zazzle</pre></div>
<div class="send"><span class="timestamp">11:58:39 AM</span> <span class="sender">coda322:</span><pre class="message">some fot he poeple here just went to whatever schools before goign to paypal and i guess they performed really well</pre></div>
<div class="send"><span class="timestamp">11:58:49 AM</span> <span class="sender">coda322:</span><pre class="message">a coupel poeple make fun of me for going to stanford</pre></div>
<div class="receive"><span class="timestamp">11:59:13 AM</span> <span class="sender">kryten21:</span><pre class="message">hahah</pre></div>
<div class="receive"><span class="timestamp">11:59:13 AM</span> <span class="sender">kryten21:</span><pre class="message">really</pre></div>
<div class="receive"><span class="timestamp">11:59:14 AM</span> <span class="sender">kryten21:</span><pre class="message">wow</pre></div>
<div class="receive"><span class="timestamp">11:59:20 AM</span> <span class="sender">kryten21:</span><pre class="message">i guess there aren't many stanford folks there</pre></div>
<div class="send"><span class="timestamp">11:59:26 AM</span> <span class="sender">coda322:</span><pre class="message">no</pre></div>
<div class="send"><span class="timestamp">11:59:28 AM</span> <span class="sender">coda322:</span><pre class="message">not at all</pre></div>
<div class="send"><span class="timestamp">11:59:30 AM</span> <span class="sender">coda322:</span><pre class="message">i mgiht be the only one</pre></div>
<div class="receive"><span class="timestamp">11:59:32 AM</span> <span class="sender">kryten21:</span><pre class="message">the university thing is fine</pre></div>
<div class="receive"><span class="timestamp">11:59:40 AM</span> <span class="sender">kryten21:</span><pre class="message">as long as i can get my foot in the door</pre></div>
<div class="receive"><span class="timestamp">11:59:40 AM</span> <span class="sender">kryten21:</span><pre class="message">i'll talk my way thru</pre></div>
<div class="send"><span class="timestamp">12:03:09 PM</span> <span class="sender">coda322:</span><pre class="message">yeah</pre></div>
<div class="send"><span class="timestamp">12:03:10 PM</span> <span class="sender">coda322:</span><pre class="message">im saying</pre></div>
<div class="send"><span class="timestamp">12:03:15 PM</span> <span class="sender">coda322:</span><pre class="message">its probably an advantage</pre></div>
<div class="send"><span class="timestamp">12:03:19 PM</span> <span class="sender">coda322:</span><pre class="message">they will think you are super smart</pre></div>
<div class="receive"><span class="timestamp">12:04:15 PM</span> <span class="sender">kryten21:</span><pre class="message">yeah</pre></div>
<div class="receive"><span class="timestamp">12:04:22 PM</span> <span class="sender">kryten21:</span><pre class="message">well, i just gotta get that foot in the door</pre></div>
<div class="receive"><span class="timestamp">12:04:41 PM</span> <span class="sender">kryten21:
```

Highly Confidential
GOO001-07169723

```html
</span><pre class="message">which i need to wait on you for</pre></div>
<div class="send"><span class="timestamp">12:09:06 PM</span> <span class="sender">coda322: </span><pre class="message">yeah</pre></div>
<div class="receive"><span class="timestamp">12:15:58 PM</span> <span class="sender">kryten21: </span><pre class="message">perhaps if the bd route does not pan out, i will just have to go into software</pre></div>
<div class="send"><span class="timestamp">12:17:18 PM</span> <span class="sender">coda322: </span><pre class="message"><a href="http://nalts.wordpress.com/2006/06/19/get-rick-quick-amazing-case-study-on-viral-video-impact-diet-coke-and-mentos/" title="http://nalts.wordpress.com/2006/06/19/get-rick-quick-amazing-case-study-on-viral-video-impact-diet-coke-and-mentos/">http://nalts.wordpress.com/2006/06/19/get-rick-quick-amazing-case-study-on-viral-video-impact-diet-coke-and-mentos/</a></pre></div>
<div class="receive"><span class="timestamp">12:18:58 PM</span> <span class="sender">kryten21: </span><pre class="message">wow</pre></div>
<div class="receive"><span class="timestamp">12:18:59 PM</span> <span class="sender">kryten21: </span><pre class="message">nice</pre></div>
<div class="receive"><span class="timestamp">12:19:01 PM</span> <span class="sender">kryten21: </span><pre class="message">$15k</pre></div>
<div class="receive"><span class="timestamp">12:19:02 PM</span> <span class="sender">kryten21: </span><pre class="message">assholes</pre></div>
<div class="send"><span class="timestamp">12:20:16 PM</span> <span class="sender">coda322: </span><pre class="message"><a href="http://www.revver.com/video/27335/?__session_just_started__=1" title="http://www.revver.com/video/27335/?__session_just_started__=1">http://www.revver.com/video/27335/?__session_just_started__=1</a></pre></div>
<div class="send"><span class="timestamp">12:20:28 PM</span> <span class="sender">coda322: </span><pre class="message">assholes</pre></div>
<div class="receive"><span class="timestamp">12:21:57 PM</span> <span class="sender">kryten21: </span><pre class="message">hahah</pre></div>
<div class="receive"><span class="timestamp">12:22:00 PM</span> <span class="sender">kryten21: </span><pre class="message">wow that is pretty cool</pre></div>
<div class="receive"><span class="timestamp">12:22:01 PM</span> <span class="sender">kryten21: </span><pre class="message">screw you guys</pre></div>
<div class="receive"><span class="timestamp">12:22:05 PM</span> <span class="sender">kryten21: </span><pre class="message">i'm putting my video on revver</pre></div>
<div class="send"><span class="timestamp">12:29:54 PM</span> <span class="sender">coda322: </span><pre class="message">ok</pre></div>
<div class="send"><span class="timestamp">12:29:57 PM</span> <span class="sender">coda322: </span><pre class="message">and no one will watch it</pre></div>
<div class="send"><span class="timestamp">12:30:02 PM</span> <span class="sender">coda322: </span><pre class="message">becuase people dont use revver</pre></div>
<div class="send"><span class="timestamp">12:30:04 PM</span> <span class="sender">coda322: </span><pre class="message">its a piece of shit</pre></div>
<div class="send"><span class="timestamp">12:30:10 PM</span> <span class="sender">coda322: </span><pre class="message">although some poeple will start using it now after the positive buzz</pre></div>
<div class="receive"><span class="timestamp">12:31:18 PM</span> <span class="sender">kryten21: </span><pre class="message">yeah</pre></div>
<div class="receive"><span class="timestamp">12:31:20 PM</span> <span class="sender">kryten21: </span><pre class="message">time to get rich</pre></div>
<div class="send"><span class="timestamp">12:31:36 PM</span> <span class="sender">coda322: </span><pre class="message">take a look here</pre></div>
<div class="send"><span class="timestamp">12:31:37 PM</span> <span class="sender">coda322: </span><pre class="message"><a href="http://www.alexaholic.com/metacafe.com+grouper.com+toptvbytes.com+revver.com+vidilife.com" title="http://www.alexaholic.com/metacafe.com+grouper.com+toptvbytes.com+revver.com+vidilife.com"
```

Highly Confidential

GOO001-07169724

Redacted

Redacted

Highly Confidential



Redacted

```
<div class="receive"><span class="timestamp">11:28:10 PM</span> <span class="sender">kryten21:</span><pre class="message">is the result per trade</pre></div>
<div class="receive"><span class="timestamp">11:28:34 PM</span> <span class="sender">kryten21:</span>
```

Highly Confidential
GOO001-07169727

Redacted

Highly Confidential GOO001-07169728

Redacted

Redacted

Redacted

Highly Confidential

GOO001-07169731

Redacted

Highly Confidential

GOO001-07169732

Redacted

Highly Confidential