| From: | Jawed |
|---|---|
| Sent: | Saturday, April 23, 2005 1:43 PM |
| To: | Steve Chen |
| Cc: | Chad Hurley |
| Subject: | Re: This Wired Article came out today |

It's all 'bout da videos, yo.

We'll be an excellent acquisition target once we're huge.

Jawed

---

Jawed Karim                http://jawed.com/

On Sat, 23 Apr 2005, Steve Chen wrote:

>
> Search Battle Heads to Video
>
> By Joanna Glasner
> <http://www.wired.com/news/feedback/mail/1,2330,0-28-67302,00.html>
>
> Story location: http://www.wired.com/news/digiwood/0,1412,67302,00.html
>
> 02:00 AM Apr. 23, 2005 PT
>
> As millions of broadband subscribers who missed a wardrobe-malfunction
> moment on TV can attest, the internet can be a convenient resource for
> finding much-talked-about events on video.
>
> Whether it's Janet Jackson's Super Bowl breast exposure or The Daily Show
> host Jon Stewart's explosive appearance on a political talk show, video
> clips of high-profile moments have sent millions of net users scrambling to
> search engines for footage.
>
> <a><img></a>
>
> But until recently, internet users who don't patronize peer-to-peer sites
> had few options for tracking down video content outside of entering a query
> in a standard search box.
>
> Large net portals and a handful of smaller sites are looking to change that.
> In recent weeks, Yahoo, Google and MSN have each rolled out services
> designed to make it easier to upload or locate video online. The portals'
> rollouts come as a handful of startups and independent film sites are
> creating tools to make putting video online nearly as simple as publishing
> text.
>
> Recently, Yahoo launched a beta version of a service called Media RSS that
> lets anyone with footage submit videos <http://search.yahoo.com/mrss/submit>
> for distribution. Bradley Horowitz, director of multimedia and desktop
> search at Yahoo, said the feature is designed to provide an easy way for
> "mom and pop creators of video" to connect with people who might be
> interested in viewing their content. The RSS feature follows the December
> launch of a video search engine <http://video.yahoo.com> .

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009137

> 
> This year, Yahoo is projecting that the number of videos streamed over the
> web will grow by nearly 50 percent from last year. Citing forecasts it
> commissioned from AccuStream iMedia Research, Yahoo said net users are
> expected to stream more than 21 billion videos in 2005, up from 14.2 billion
> last year.
> 
> Yahoo's video-related rollouts come as the company's arch rival, Google, is
> expanding in the video search arena. Google is currently running a beta
> version of an upload program <https://upload.video.google.com> that lets
> anyone submit videos electronically to its Google Video site, so long as
> they own the rights to the work. The company said the videos will be made
> available on its video search site <http://video.google.com> , but has not
> specified a date.
> 
> Meanwhile, Microsoft's MSN, which launched its own video search site
> <http://video.msn.com/video/p.htm> last fall, has been steadily beefing up
> its film offerings. Earlier this month, the company announced an agreement
> to publish videos distributed by streaming provider Ifilm.
> 
> Blair Harrison, Ifilm's CEO, says current offerings of online video
> represent a tiny fraction of what will be available in the next few years.
> 
> "Everyone is adding video to their sites in much the way they added Flash or
> other technologies to their sites a few years ago," Harrison said. As
> digital rights management technologies evolve, Harrison also expects
> Hollywood producers will be more comfortable putting TV shows and movies on
> the web and letting fans search for them.
> 
> Harrison expects the amount of homespun video footage available for online
> consumption will skyrocket next year, when handsets with built-in video
> cameras are nearly as widely available as still-picture camera phones are
> today.
> 
> Already, Harrison said, people are adding videos to dating site profiles,
> uploading homemade movies, and putting film snippets on social-networking
> sites like Myspace.com at an ever-accelerating pace. However, he believes
> that programs for editing video and publishing it online are not yet
> user-friendly enough to appeal to most internet users.
> 
> Tiffiniy Cheng, co-director of the Participatory Culture Foundation, a group
> that is building a tool for independent video makers to put content online,
> hopes to make the publishing process easier in the near future.
> 
> "We want to make uploading a video as easy as blogging," Cheng said.
> Participatory Culture, she said, plans to make a publishing tool integrated
> with the file-sharing network BitTorrent available in a few weeks.
> 
> Ifilm's Harrison also envisions strong demand shaping up for services that
> will help people navigate a seemingly bottomless supply of video content.
> 
> "If I'm faced with a programming universe of literally thousands of
> channels, it becomes effectively useless to flick through a channel lineup.
> People will develop guides and bookmarks to navigate from their own
> perspective," he said.
> 
> Harrison says it remains unclear who will provide the guides and bookmarks.
> The big portals, with their vast reach, are well-poised to help internet
> users navigate the video universe. However, it's also quite possible that a
> "small, smart newcomer" could take established players by surprise.
> 

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

> "Anyone that is 200 million members strong or more has the benefit of scale
> of audience," Harrison said. "But it doesn't take long to be successful if
> you truly have a superior offering."
>
>
>
>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009139