**From:** Steve Chen ▮
**Sent:** Monday, April 25, 2005 7:57 AM
**To:** 'Chad Hurley' ▮
**Cc:** 'Jawed' ▮
**Subject:** RE: give it a try (fwd)

I agree, we should get rid of some of his videos.

It's going to be really important that the first set of videos in there set an example of the videos we'd like to see on our site.

We need chicks videos!

-s

-----Original Message-----
From: Chad Hurley ▮
Sent: Monday, April 25, 2005 8:48 AM
To: steve ▮
Cc: Jawed
Subject: Re: give it a try (fwd)

what are the sign up looking like?

and I think we should reject some new videos from BootieChrist... the kid signing is a rip off and the I'm not sure about the South Park one since its copyrighted material.

-chad


On Apr 25, 2005, at 8:13 AM, Steve Chen wrote:

> Alright kids. Let's see how we do today!
>
> On 4/25/05, Jawed ▮ wrote:
>> good tips
>>
>> Jawed
>>
>> _____
>> Jawed Karim            http://jawed.com/
>>
>> ---------- Forwarded message ----------
>> Date: Mon, 25 Apr 2005 02:41:54 -0700
>> From: Rock Meng ▮
>> To: 'Jawed' ▮
>> Subject: RE: give it a try
>>
>> I'm not sure how to make it more obvious, but the video is so
>> distracting that I have noticed my friends who I'm sending the link
>> do not even realize that the video is connected to a person who's
>> profile is listed to the left. Also, it's difficult to even tell
>> that the profiles are changing as you click through and rank the
>> videos. So what you might want to do is break out the persons handle
>> or screen name and put it in bold in bigger font at the top of the

DATE: 4-22-09
DEPONENT: HURLEY, C.
EXHIBIT# 29
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    JK00004704

```
>> intro "hi, I'm person x, and 23 year old straight...." to make it a
>> little more obvious that it's a actual persons profile attached to
>> the video and all the videos belong to diff ppl....just a suggestion.
>>
>> Also, eventually, you might want to have a more detailed profile
>> questionnaire.
>>
>> And of course, the most important thing....get a lot of videos of hot
>> hot girls, cause that's what really draws ppl in.
>>
>>> -----Original Message-----
>>> From: Jawed
>>> Sent: Monday, April 25, 2005 12:23 AM
>>> To: Rock Meng
>>> Cc: 'Rishi Kacker'
>>> Subject: RE: give it a try
>>>
>>> ok.. go! :)
>>>
>>>
>>> Jawed
>>>
>>> _____
>>> Jawed Karim            http://jawed.com/
>>>
>>> On Sun, 24 Apr 2005, Rock Meng wrote:
>>>
>>>> Jawed,
>>>>
>>>> Should I distribute to my Stanford friends, or should I wait?  If
>> you
>>>> have a video of Rishi dancing on there, the traffic will straight
>>>> overload your servers.
>>>>
>>>>> -----Original Message-----
>>>>> From: Jawed
>>>>> Sent: Sunday, April 24, 2005 2:08 AM
>>>>> To: Rishi Kacker; Rock Meng
>>>>> Subject: give it a try
>>>>>
>>>>> http://www.youtube.com/index.php
>>>>>
>>>>> there is zero content. I'm depending on you and your friends!
>>>>>
>>>>>
>>>>> Jawed
>>>>>
>>>>> _____
>>>>> Jawed Karim            http://jawed.com/
>>>>
>>>>
>>>>
>>
>>
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00004705