| From: | Steve Chen |
| --- | --- |
| Sent: | Wednesday, June 15, 2005 1:34 PM |
| To: | Chad Hurley <chad@youtube.com> |
| Cc: | Karim Jawed |
| Subject: | Re: committed rss feed icons and links |



yes. i can change that.

btw check out -- http://www.serverbeach.com/catalog/aup.php

we got a complaint from someone that we were violating their user agreement. i *think* it may be because we're hosting copyrighted content. instead of taking it down -- i'm not about to take down content because our ISP is giving us shit -- we should just investigate moving www.youtube.com.

-s

On Jun 15, 2005, at 2:28 PM, Chad Hurley wrote:

> check and update these pages:
>
> results.php
> watch.php
> profile.php
>
> make sure it all works right and that the results page can handle
> multiple tags for the rss.
>
> and steve can we change the user's rss feed title to  User //
> username, just like the tag rss Tag // tag
>
> -chad
>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**

JK00005039