From: Chad Hurley <chad@youtube.com>
Sent: Wednesday, June 15, 2005 3:54 PM
To: Chen Steve ▮; Karim Jawed ▮
Subject: user moderation flagging
Attach: Message Text.txt

---

so, a way to avoid the copyright bastards might be to remove the "No copyrighted or obscene material." line and let the users moderate the videos themselves. legally, this will probably be better for us, as we'll make the case we can review all videos and tell them if they're concerned they have the tools to do it themselves.... like craigslist on top of the page...

http://www.craigslist.org/pen/off/79065159.html

please flag with care : [miscategorized] [prohibited] [spam] [discussion] [best of]

or hotornot under the pictures...

Please help keep this site **FUN, CLEAN,** and **REAL**.
Click here if the picture above is broken, copyrighted, or inappropriate.

DATE: 4.22.09  EXHIBIT# 1
DEPONENT: Hurley, C
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
REDESIGNATED CONFIDENTIAL

JK00005043