**From:** Jawed <█████████>
**Sent:** Monday, June 20, 2005 9:29 PM
**To:** Chad Hurley <█████████>; Steve Chen <█████████>
**Subject:** Re: how much are we worth

Put another way, I know that when we watch admin.php we're mostly excited by video uploads right now. But I think our focus should shift to user signups.

FACT: most of our visitors will be viewing videos
FACT: we need users more than we need videos

How can we convert viewers into signups?

This next push will focus mostly on better viewing, through the "top" lists. In the next push let's think of something that converts these viewing visitors into registrations.

That's why I was saying let's not plan features too far in advance. Just one push at a time and let's see where it takes us.

Thoughts?

Jawed

---

http://www.jawed.com/


On Tue, 21 Jun 2005, Jawed wrote:

> So Steve,
>
> The reason I said that we're not worth $1 mil right now is because all we
> have is the product. If I looked at Youtube as an outside investor RIGHT
> NOW I would see 3 months of effort by 3 people. In salary terms that's
> less than $100k. Any company can build Youtube for $100k in 3 months.
>
> Where our value comes in is USERS. If we had 100,000 users THERE IS NO WAY
> any company could achieve that quickly. 100,000 users becomes even MORE
> valuable (as does the 3 month figure) if there is a competitor already in
> the space.
>
> So our buy-out value is positively affected by:
>
> 1) more Youtube users
> 2) competing services from Google / Marc Andreessen / etc
>
> The only thing that we have control over is users. We must build features
> that sign up tons of users, and keep them coming back.
>
> And I think that's more important than sheer # of videos. Anyone can go
> out and build a database of 50,000 videos. They're mostly free right? What
> nobody can do is get that many users easily.
>
> It may be obvious, but we should be all about users, users, users, and
> much more so than about videos!

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009381

> 
> That's why Chad, I would encourage you to make our interface more focused
> on the USERS and less the VIDEOS. The users have to be the stars of the
> site...
> 
> Thoughts?
> 
> 
> Jawed
> 
> _____
> http://www.jawed.com/
> 

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009382