**From:** Jawed <█████████>
**Sent:** Monday, June 20, 2005 9:44 PM
**To:** Chad Hurley <█████████>; Steve Chen <█████████>
**Subject:** Re: FEATURE LIST FOR PUSH 2

99% of visitors DO NOT upload videos, ever.

If we want to sign up lots of users who keep coming back, we have to target the people who will never upload a video in their life.

And those are really valuable because they spend time watching. And if they watch, then it's just like TV, which means lots of value.

Jawed



http://www.jawed.com/


On Tue, 21 Jun 2005, Jawed wrote:

> I still think Chad's public/private favorites is a great feature. We
> should do notifications along with it. So we can say:
>
>
>
>
> SIGN UP NOW TO:
>
> - add favorites, share favorite lists with friends
>
> - get notified of new videos
>   (like 747s? Get notified when a new 747 video is uploaded!)
>
>
>
> I think people would totally dig this
>
>
> .
> Jawed
>
>
> _____
> http://www.jawed.com/
>
>
>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009383