| | |
|---|---|
| **From:** | Steve Chen <steve@youtube.com> |
| **Sent:** | Monday, July 4, 2005 2:43 PM |
| **To:** | Chad Hurley <chad@youtube.com> |
| **Cc:** | Karim Jawed <█████████> |
| **Subject:** | Re: budlight commercials |



can we please leave these in a bit longer?

another week or two can't hurt.

-s

On Jul 4, 2005, at 2:52 PM, Chad Hurley wrote:

> we need to reject these too.
>
> -chad
>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
REDESIGNATED CONFIDENTIAL

JK00005928