**From:** Steve Chen <steve@youtube.com>
**Sent:** Monday, July 4, 2005 3:01 PM
**To:** Jawed <[redacted]>
**Cc:** Chad Hurley <chad@youtube.com>
**Subject:** Re: budlight commercials

---

you guys.

okay first, regardless of the video they upload, people are going to be telling people about the site, therefore making it viral. they're going to drive traffic.

second, it adds more content on the site.

third, we're going to be adding advertisements in the future so this gets them used to it.

i'm asking for a couple more weeks.

-s

On Jul 4, 2005, at 3:56 PM, Jawed wrote:

> I added back in all 28 bud videos.
>
> stupid...
>
> Jawed
>
> ______________________
> http://www.jawed.com/
>
>
>
> On Mon, 4 Jul 2005, Chad Hurley wrote:
>
>
>> we need to reject these too.
>>
>> -chad
>>
>>
>

DATE: 4-22-09
DEPONENT: HURLEY, C. EXHIBIT# 33
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830