From: Chad Hurley <chad@youtube.com>
Sent: Sunday, July 10, 2005 9:41 PM
To: Jawed <████████>
Cc: Steve Chen <████████>
Subject: Re: Chad

ok man,

save your meal money for some lawsuits! ;)

no really, i guess we'll just see what happens.

-chad

On Jul 10, 2005, at 10:36 PM, Jawed wrote:

> http://www.youtube.com/watch.php?v=E3WqfFI-K_U
>
> That is a copyright video, a recording of a news clip.
>
> Ordinarily I'd say reject it, but I agree with Steve, let's ease up
> on our
> strict policies for now. So let's just leave copyrighted stuff
> there if
> it's news clips. I still think we should reject some other (C) things
> tho...
>
> Jawed
>
> _____
> http://www.jawed.com/
>
>
>
>

DATE: 4·22·09      EXHIBIT# 4
DEPONENT: Hurley, C
CASE: Viacom, et al., v. YouTube, et al., The Football
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
    A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                           JK00006057
**REDESIGNATED CONFIDENTIAL**