| From: | Brent Hurley <brent@youtube.com> |
|---|---|
| Sent: | Tuesday, October 11, 2005 1:07 PM |
| To: | Steve Chen <steve@youtube.com>; Chad Hurley <chad@youtube.com>; Jawed Karim <jawed@youtube.com> |
| Subject: | Re: Admin Improvements |
| Attach: | Message Text.txt |

Oh, also flag/highlight any video with a runtime >10 minutes, since most of those are copyrighted shows.

On 10/11/05 1:31 PM, "Brent Hurley" <brent@youtube.com> wrote:

> I think a few tweaks would really improve the admin for reviewing videos.
>
> Suggested Tweaks:
>
> 1. If we reject a video, flag the user who uploaded it so that anytime they upload a new video, we need to approve it before going live. We should also include this 'your account has been flagged' information in the video rejection email notification, along with a reminder that offensive material is neither permitted in the public nor the PRIVATE domain.
> 2. Flag any video tagged with obscene/offensive language (i.e. F*ck, sex, ass) for review.
> 3. Flag any video with *hot* tags, such as Family Guy, Angry Kid, etc. (We can add to this *hot* list as needed)
> 4. When two unique visitors flag a video as inappropriate, immediately remove it from the site for further review.
> 5. Sort admin so that flagged videos are on top, followed by videos that were uploaded the longest time ago.
>
> Thoughts?
>
> ~Brent

DATE: 4-22-09
DEPONENT: HURLEY, C.
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
EXHIBIT# 45

A. Ignacio Howard, CSR, RPR, CCRR, CLR, No. 9830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00000382