| | |
|---|---|
| **From:** | Steve Chen ▇▇▇▇▇▇▇▇▇ |
| **Sent:** | Saturday, September 3, 2005 1 03 AM |
| **To:** | Jawed ▇▇▇▇▇▇▇ |
| **Cc:** | Chad Hurley <chad@youtube com> |
| **Subject:** | Re copyrighted material!!! |

yes, then i agree with you take down whole movies take down
entire TV shows take down XXX stuff

everything else keep including sports, commercials, news, etc

keeping it, we improve video uploads, videos viewed, and user
registrations by removing it, we may taint our reputation, but,
where else are these people going to go to upload personal videos?

-s

On Sep 3, 2005, at 2 00 AM, Jawed wrote

> my suggested policy is really lax though all I'm saying is take down
> whole movies we dont get many of those and we SHOULD take down
> entire TV
> shows, like an entire family guy episode
>
> we've also been taking down clips of TV shows, like family guy we
> should probably continue doing that, otherwise youtube will just
> look like
> a dumping ground for copyrighted stuff if we keep that policy, I
> don't
> think our views will decrease at all
>
> XXX stuff we should never allow at least, not until we have a way to
> separate it via tagging as "R-rated"
>
> Jawed
>
>  _____
> http //www jawcd com/
>
>
>
> On Sat, 3 Sep 2005, Steve Chen wrote
>
>
>> ya, i know that if remove all that content we go from 100,000 views
>> a day down to about 20,000 views or maybe even lower
>>
>> the copyright infringement stuff i mean, we can presumably claim
>> that we don't know who owns the rights to that video and by
>> uploading, the user is claiming they own that video we're protected
>> by DMCA for that we'll take it down if we get a "cease and desist"
>>
>> what i mean is, potentially, any of this content could be the user's
>> videos maybe it's david sacks uploading a clip/preview of some
>> movie
>>
>> why don't we just remove the XXX stuff for now?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00007416

>>
>> -s
>>
>> On Sep 3, 2005, at 1 53 AM, Jawed wrote
>>
>>
>>> well I'd just remove the obviously copyright infringing stuff
>>>
>>> movies and tv shows, I'd get rid of we are not a glorified putfile,
>>> right?
>>>
>>> none of the most favorite videos are movies or tv shows we're ok
>>> cracking
>>> down on this content we'll leave music videos, news clips, and
>>> clips of
>>> comdey shows for now
>>>
>>> I think thats a pretty good policy for now, no?
>>>
>>> Jawed
>>>
>>> _____
>>> http //www jawed com/
>>>
>>>
>>>
>>> On Sat, 3 Sep 2005, Steve Chen wrote
>>>
>>>
>>>
>>>> i'm thinking it's still okay
>>>>
>>>> what's the difference between big-boys/stupidvideos vs youtube?
>>>> isn't it the community and user aspect?
>>>>
>>>> if you look at the top videos on the site, it's all from this
>>>> type of
>>>> content in a way, if you remove the potential copyright
>>>> infringements, wouldn't you still say these are still "personal"
>>>> videos?
>>>>
>>>> if you define "personal" videos to be videos on your personal hard
>>>> drive that you want to upload and share with people?
>>>>
>>>> anyway, if we do remove that stuff, site traffic and virality will
>>>> drop to maybe 20% of what it is i think, as people hear about the
>>>> site, a good amount of the materials on the site is still
>>>> personal --
>>>> they'll start recognizing that it's a place to share their own
>>>> personal videos
>>>>
>>>> i'd hate to prematurely attack a problem and end up just losing
>>>> growth due to it
>>>>
>>>> also, doesn't the DMCA cover us from a lot of this, as the guy
>>>> said?
>>>>
>>>> -s
>>>>
>>>> On Sep 3, 2005, at 12 22 AM, Chad Hurley wrote
>>>>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00007417

```
>>>>
>>>>
>>>>> aaahhhhh, the site is starting to get out of control with
>>>>> copyrighted material   we are becoming another big-boys or
>>>>> stupidvideos  if you came to the site now, that is what you would
>>>>> think the site is all about    just look at the recent videos in
>>>>> the admin tool
>>>>>
>>>>> i think we may need to start enforcing the restrictions soon and
>>>>> implement the flagging feature
>>>>>
>>>>> -chad
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>
>>>>
>>>>
>>>>
>>>
>>>
>>
>>
>>
>
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY