From: Chad Hurley <chad@youtube.com>
Sent: Sunday, July 10, 2005 10:42 AM
To: Steve Chen <​███████​>
Cc: Jawed <​███████​>
Subject: Re: unique visitors

yup, we need views. i'm a little concerned with the recent supreme court ruling on copyrighted material though. perhaps, when we add the video type drop down, we do add "viral videos", so it's easier to take out later if it is a problem.

Video Type:
-Personal
-Blog
-Viral
-"For Sale"

It would also really give us a chance to customize the fields on upload for each.

???


On Jul 10, 2005, at 4:45 AM, Steve Chen wrote:

> I agree.
>
> -s
>
> On Jul 9, 2005, at 6:03 PM, Jawed wrote:
>
>
>> Look at their sites, and their ad rates:
>>
>> http://www.logicstart.com/advertising/
>>
>> Guys, I care mostly about how many unique visitors we get.
>>
>> Let's do the hotornot thing.. let's allow stupid videos, I'm not
>> concerned
>> because I think in the long run, stupid videos will be 1% of our
>> videos.
>> But it gets the initial visitors. After a while, they will start
>> uploading
>> other interesting clips.
>>
>> Jawed
>>
>> _____
>> http://www.jawed.com/
>>
>>
>>
>>
>
>

DATE: 4-22-09  EXHIBIT# 34
DEPONENT: HURLEY, C.
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    JK00006055

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00006056