| From: | Jawed <███████████> |
|---|---|
| Sent: | Tuesday, July 19, 2005 11:54 AM |
| To: | Chad Hurley <chad@youtube.com> |
| Subject: | Re: GOAL (fwd) |

Ok, Steve apologized for overreacting ;)

Jawed

_____
http://www.jawed.com/

---------- Forwarded message ----------
Date: Tue, 19 Jul 2005 10:26:50 -0700
From: Steve Chen <███████████>
To: Jawed <███████████>
Cc: Chad Hurley <chad@youtube.com>
Subject: Re: GOAL

why don't i just put up 20 videos of pornography and obviously copyrighted materials and then link them from the front page.

what were you thinking.

-s

On Jul 19, 2005, at 9:14 AM, Jawed wrote:

> well I was talking about VIEWERS, not views... 21,000.
>
> Jawed
>
> _____
> http://www.jawed.com/
>
>
>
> On Tue, 19 Jul 2005, Steve Chen wrote:
>
>
>> 30000 actually.
>> -s
>>
>> On Jul 18, 2005, at 11:10 PM, Jawed wrote:
>>
>>
>>> Uh read my email below. Today we had 21,000.
>>>
>>> Jawed
>>>
>>> _____
>>> http://www.jawed.com/
>>>
>>>
>>>
>>> On Sat, 9 Jul 2005, Jawed wrote:

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
REDESIGNATED CONFIDENTIAL

JK00009595

```
>>>
>>>
>>>
>>>> We have never really put this into precise words or numbers, but I
>>>> would
>>>> like to state our goal right here, for the next 6 months.
>>>>
>>>> REACH 50,000 UNIQUE VIDEO VIEWERS PER DAY.
>>>>
>>>> It took uGoto about 9 months to scale from 0 to 70,000 unique
>>>> visitors per
>>>> day. The thing is, I have no idea what tactics they employed. Did
>>>> they
>>>> advertise? Does eBaumsworld advertise? Does big-boys.com
>>>> advertise? Does
>>>> collegehumor advertise?
>>>>
>>>> Jawed
>>>>
>>>> _____
>>>> http://www.jawed.com/
>>>>
>>>>
>>>>
>>>>
>>>
>>>
>>
>>
>>
>
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**

JK00009596