| | |
|---|---|
| From: | Jawed <█████████> |
| Sent: | Saturday, July 23, 2005 10:36 AM |
| To: | Chad Hurley <chad@youtube.com> |
| Cc: | YouTube Group ██████ |
| Subject: | Re: reject? |



I say we reject this one, but not the other ones. This one is totally blatant.

Jawed

---
http://www.jawed.com/


On Sat, 23 Jul 2005, Chad Hurley wrote:

> if we reject this, we need to reject all the other copyrighted
> ones.... should we just develop a flagging system for a future push?
>
> -chad
>
>
>
> On Jul 23, 2005, at 11:26 AM, Jawed wrote:
>
> > http://www.youtube.com/watch.php?v=JibSAAF8zO4
> >
> > Jawed
> >
> > ---
> > http://www.jawed.com/
> >
> >
> >
> >
>
>
>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009668