**From:** Steve Chen <steve@youtube.com>
**Sent:** Friday, July 29, 2005 6:51 AM
**To:** Chad Hurley <chad@youtube.com>
**Cc:** YouTube Group <​█████████>
**Subject:** Re: http://www.filecabi.net/



right, i understand those goals but, at the same time, we have to
keep in mind that we need to attract traffic. how much traffic will
we get from the personal videos? remember, the only reason why our
traffic surged was due to a video of this type.

i'm not really disagreeing with you but i also think we shouldn't be
so high & mighty and think we're better than these guys. viral
videos will tend to be THOSE type of videos.

-s

On Jul 29, 2005, at 7:45 AM, Chad Hurley wrote:

> hmm, i know they are getting a lot of traffic... but its because
> they are a stupidvideos.com-type of site. they might make enough
> money to pay hosing bills, but sites like this and big-boys.com
> will never go public. I would really like to build something more
> valuable and more useful... actually build something that people
> will talk about and changes they way people use video on the internet.
>
>
>
> On Jul 29, 2005, at 1:33 AM, Steve Chen wrote:
>
>
>> haha ya.
>>
>> or something.
>>
>> just something to watch out for. check out their alexa ranking.
>>
>> -s
>>
>> On Jul 29, 2005, at 1:25 AM, Chad Hurley wrote:
>>
>>
>>> hmm, steal the movies?
>>>
>>>
>>>
>>> On Jul 29, 2005, at 1:05 AM, Steve Chen wrote:
>>>
>>>
>>>
>>>
>>>> steal it!
>>>>
>>>>
>>>>
>>>>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**

JK00006392

&gt;&gt;&gt;&gt;
&gt;&gt;&gt;&gt;
&gt;&gt;&gt;
&gt;&gt;&gt;
&gt;&gt;&gt;
&gt;&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;
&gt;

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00006393