**From:** Steve Chen <​█████████​>
**Sent:** Wednesday, August 10, 2005 12:27 AM
**To:** Jawed <​█████████​>
**Cc:** Chad Hurley <chad@youtube.com>; YouTube Group <​█████████​>
**Subject:** Re: monitoring videos



sounds good.

-s

On 8/9/05, Jawed █████████ wrote:
> lets remove stuff like movies/tv shows.
>
> lets keep short news clips for now. we can become stricter over time, just
> not overnight.
>
> like the CNN space shuttle clip, I like. we can remove it once we're
> bigger and better known, but for now that clip is fine.
>
> Jawed
>
> _____
> http://www.jawed.com/
>
>
>
> On Tue, 9 Aug 2005, Chad Hurley wrote:
>
>> i just don't want to create a bad vibe... and perhaps give the users
>> or the press something bad to write about, sort of like that last
>> blog posting ... http://clintsharp.com/archives/2005/08/09/youtube-
>> stealing-your-content/
>>
>>
>>
>> On Aug 9, 2005, at 3:16 PM, Steve Chen wrote:
>>
>>> but we should just keep that stuff on the site. i really don't see
>>> what will happen.
>>>
>>> what? someone from cnn sees it? he happens to be someone with
>>> power? he happens to want to take it down right away. he gets in
>>> touch with cnn legal. 2 weeks later, we get a cease & desist
>>> letter. we take the video down.
>>>
>>> -s
>>>
>>> On Aug 9, 2005, at 2:40 PM, Jawed wrote:
>>>
>>>> Steve is changing the most-recent on browse.php to only include
>>>> videos
>>>> that have been reviewed.
>>>>
>>>> Jawed
>>>>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                                      JK00006689
REDESIGNATED CONFIDENTIAL

```
> > >> _____
> > >> http://www.jawed.com/
> > >>
> > >>
> > >>
> > >> On Tue, 9 Aug 2005, Chad Hurley wrote:
> > >>
> > >>
> > >>
> > >>> we need to start being diligent about rejecting copyrighted /
> > >>> inappropriate content.
> > >>>
> > >>> we are getting serious traffic and attention now, I don't want this
> > >>> to be killed by a potentially bad experience of a network exec or
> > >>> someone visiting us.
> > >>>
> > >>> like there is a cnn clip of the shuttle clip on the site today, if
> > >>> the boys from Turner would come to the site, they might be pissed?
> > >>> these guys are the ones that will buy us for big money, so lets make
> > >>> them happy.
> > >>>
> > >>> we can then roll a lot of this work into a flagging system soon.
> > >>>
> > >>> -chad
> > >>>
> > >>>
> > >>>
> > >>
> > >>
> > >
> > >
> > >
> >
> >
> >
>
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00006690