| From: | Roelof Botha <Botha@sequoiacap.com> |
|---|---|
| Sent: | Friday, August 5, 2005 1:42 PM |
| To: | Jawed <███████> |
| Cc: | Dina Gil <dina@sequoiacap.com> |
| Subject: | RE: YouTube Message: ramping up |

Hi Jawed,

Thanks! I've copied Dina, who can help coordinate the meeting with me and Sameer Gandhi.

I think 3pm next Thursday would work for both Sameer and me.

Best,
Roelof

-----Original Message-----
From: Jawed [mailto:███████]
Sent: Friday, August 05, 2005 2:33 PM
To: Roelof Botha
Subject: Re: YouTube Message: ramping up

Hi Roelof,

This is my email. Our team could meet on Thursday or Friday.

Talk to you soon!

Jawed


On Fri, 5 Aug 2005, YouTube Service wrote:

> roelof has sent you this message at YouTube:
>
> Hi Jawed,
>
> I'd love to set up a meeting for next week then. At which email address
> can I reach you (so my assistant can help schedule the meeting with me
> and another partner here)?
>
> Best,
> Roelof
>
> jawed wrote:
>
> > Yup, would love to. Let me know when.
> >
> > In other news, we just found out that we are going to be the first
> > people to present at the DEMO conference http://demo.com/.
> >
> > Thanks,
> > Jawed
> >
> > roelof wrote:
> >

> > > Hi Jawed,
> > >
> > > You guys have built something extremely interesting! An easy-to-use,
> > > fun, and viral product. Is there any way I might convince you to
> > > meet with Sequoia to talk about youtube.com?
> > >
> > > Best,
> > > Roelof