| From: | Jawed <██████> |
|---|---|
| Sent: | Tuesday, August 9, 2005 8:05 AM |
| To: | Roelof Botha <Botha@sequoiacap.com> |
| Subject: | Re: FW: my first youtube video |

Roelof,

I don't think we'll have a Powerpoint presentation. Right now I think the best we have is a simple product demonstration, so it would be cool if we could do that.

By the way, we found out that we'll be the first people to present at DEMO in September (demo.com). That will also be a simple product demonstration as well.

Jawed

---
http://www.jawed.com/


On Tue, 9 Aug 2005, Roelof Botha wrote:

>
> The site is excellent! I've been struggling to figure out how to share videos with family & friends. Email just
> doesn't work. I look forward to thursday's meeting. Do you have a presentation, or do you need any help with that?
>
> Best
> Roelof
>
>
> -----Original Message-----
> From: Jawed [mailto:██████]
> Sent: Tue Aug 09 08:34:15 2005
> To: Roelof Botha
> Subject: Re: FW: my first youtube video
>
> Awesome! I had no idea that was another Sequoia colleague ;)
>
> By the way we just pushed out a ton of new features. You can now see your
> friends' favorites and videos more easily and it shows total views for all
> your videos on the front page.
>
> Jawed
>
> ---
> http://www.jawed.com/
>
>
> On Tue, 9 Aug 2005, Roelof Botha wrote:
>
> >
> >
> > -----Original Message-----
> > From: Mark Kvamme [mailto:Kvamme@sequoiacap.com]
> > Sent: Mon Aug 08 22:39:42 2005

```
>> To:      Roelof Botha
>> Subject:     my first youtube video
>>
>>
>> http://www.youtube.com/?v=z4wRLTbP0T0
>>
>>
>>
>
>
>
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009792