| | |
|---|---|
| From: | Steve Chen <steve@youtube.com> |
| Sent: | Friday, September 2, 2005 1:47 AM |
| To: | Chad Hurley <chad@youtube.com> |
| Cc: | YouTube Group <██████████> |
| Subject: | Re: YouTube Message: hey dude |
| Attach: | Message Text.txt |



i just went through the admin stuff to review the videos we have on the site now. one thing that struck me, you know how sites like meetro, mph online, and gamefly are actually using our site as the platform for serving up their video ads/content? well, over time, more established places will start using us.

should we just assume that a user uploading content really owns the content and is agreeing to all the terms of use? so we don't take down anything other than obscene stuff?

-s

On Sep 1, 2005, at 12:01 PM, Chad Hurley wrote:

> I emailed this guy in the morning to remove the videos... if he doesn't act soon, I'll remove them.
>
> -Chad
>
> On Sep 1, 2005, at 11:54 AM, Steve Chen wrote:
>
>> what do we do here?
>>
>> -s
>>
>> Begin forwarded message:
>>
>> From: YouTube Service <service@youtube.com>
>> Date: September 1, 2005 10:27:17 AM PDT
>> To: ██████████
>> Subject: YouTube Message: hey dude



**YouTube Message: hey dude**

koolkeith500 has sent you this message at YouTube:

**so I take it that you guys are going to have that UCbearcats guy take down all of those family uploaded?**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**

JK00007378

**if not, i might as well upload mine back on here :O)**

steve wrote:

> hey dude. do you mind taking down the family guy videos? i'm afraid we're going to get in t|
it's copyrighted content...

To respond, click here.
Thank you for using YouTube,
YouTube Team.

---

Copyright © 2005 YouTube, LLC™

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00007379