| From: | YouTube Service <service@youtube.com> |
|---|---|
| Sent: | Sunday, September 4, 2005 8:35 AM |
| To: | jk1 <​█████████> |
| Subject: | YouTube Message: New York Subway |
| Attach: | Message Text.txt |





YouTube Message: New York Subway

Mechaunt has sent you this message at YouTube:

**Jawed - You have a lot of people posting Chappelle Show clips and stuff like that. Aren't you guys worried that someone might sue you for copywrite violation like Napster?**

**-y**

jawed wrote:

> ahaha

To respond, click here.
Thank you for using YouTube,
YouTube Team.

---

Copyright © 2005 YouTube, LLC™

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**

JK00007423