| | |
|---|---|
| **From:** | Chad Hurley <chad@youtube.com> |
| **Sent:** | Friday, September 23, 2005 10:27 AM |
| **To:** | Chen Steve <steve@youtube.com>; Karim Jawed <██████████> |
| **Subject:** | flagging change |

hey guys,

can we remove the flagging link for "copyrighted" today? we are
starting to see some complains for this and basically if we don't
remove them we could be held liable for being served a notice. it's
actually better if we don't have the link there at all because then
the copyright holder is responsible for serving us notice of the
material and not the users.

anyways, it would be good if we could remove this asap.

thanks, chad

DATE: 4-22-09
DEPONENT: HURLEY, C,     EXHIBIT# 11

CASE: Viacom, et al., v. YouTube, et al., The Football
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**