| | |
|---|---|
| **From:** | Brent Hurley <brent@youtube.com> |
| **Sent:** | Tuesday, October 18, 2005 1:58 PM |
| **To:** | Steve Chen <steve@youtube.com> |
| **Cc:** | Chad Hurley <chad@youtube.com>; Jawed <■■■■■>; Mike Solomon <mike@youtube.com> |
| **Subject:** | Re: Baker Skateboards |
| **Attach:** | Message Text.txt |

Yes, I rejected all of the videos that were listed in this email yesterday. Looks like the users simply uploaded the videos again today.

**We need to beef up admin. Create a tag watch list, like Family Guy, Baker skateboarding, etc. Also, once we reject a video, flag the user so that we must review all of their new videos before they go live. Otherwise, this will continue to happen. :(

On 10/18/05 2:50 PM, "Steve Chen" <steve@youtube.com> wrote:

> brent, did you have a chance to do this?
>
> -s
>
> Begin forwarded message:
>
>> From: robin fleming <■■■■■■■■■■■■■■■>
>> Date: October 18, 2005 11:57:24 AM PDT
>> To: Steve Chen <steve@youtube.com>
>> Subject: Re: Baker Skateboards
>>
>> there's still over 60% of our video posted on your
>> site. please remove asap.
>> thanks,
>> robin
>>
>> --- Steve Chen <steve@youtube.com> wrote:
>>
>>> robin:
>>>
>>> working on removing them shortly.
>>>
>>> -s
>>>
>>> On Oct 17, 2005, at 4:16 PM, robin fleming wrote:
>>>
>>>> steve-
>>>> since our last e-mail conversation i've found
>>>>
>>>> another
>>>>
>>>> batch of people uploading our latest video
>>>>
>>>> "Baker3"

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**

JK00008331

which we own the copyright to.
please remove all the links listed below or i will
have to send over a cease and desist.
thanks,
robin fleming
baker brand inc.

http://www.youtube.com/watch.php?v=ED9Zg7MULQA&search=baker

http://www.youtube.com/watch.php?v=vkVyGpf5qys&search=baker

http://www.youtube.com/watch.php?v=6ul2kADFTmA&search=baker

http://www.youtube.com/watch.php?v=tLnuyrHFtZU&search=baker

http://www.youtube.com/watch.php?v=-2lEXNspSqA&search=baker

http://www.youtube.com/watch.php?v=IoHGMqZ2_yY&search=baker

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00008332

http://www.youtube.com/watch.php?v=UgspM29FWMg&search=baker

http://www.youtube.com/watch.php?v=fQXHDX465xM&search=baker

http://www.youtube.com/watch.php?v=jI5pWldV3fY&search=baker

http://www.youtube.com/watch.php?v=_EV2KhrmwtU&search=baker

http://www.youtube.com/watch.php?v=tFnn3nnkct8&search=baker

http://www.youtube.com/watch.php?v=9ZdgLEWKGBk&search=baker

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
JK00008333

http://www.youtube.com/watch.php?v=g0g6dy-ZAZo&search=baker

http://www.youtube.com/watch.php?v=RTokj8Op_e8&search=baker

http://www.youtube.com/watch.php?v=02qFPQ9y_fc&search=baker

http://www.youtube.com/watch.php?v=UFh9btkrNOU&search=baker

http://www.youtube.com/watch.php?v=Cu7w177g68M&search=baker

---
Yahoo! Mail - PC Magazine Editors' Choice 2005
http://mail.yahoo.com

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00008334

---
Start your day with Yahoo! - Make it your home page!
http://www.yahoo.com/r/hs

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00008335