| From: | anonymousdude ███████████████ |
|---|---|
| Sent: | Friday, November 18, 2005 5:56 PM |
| To: | chad <chad@youtube.com>; steve <steve@youtube.com>; youtube ███████████████; brent <brent@youtube.com>; cdo <cdo@youtube.com> |
| Subject: | YouTube Contact regarding Product Question |

How is it that 'Family Guy' cartoon clips are deleted, by ECW,WWE,WCW, clips and other TV clips are free to watch?

What is the difference with the copyright?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**

JK00000824