| | |
|---|---|
| **From:** | lvpsganchito ▓▓▓▓▓▓▓▓▓ |
| **Sent:** | Monday, November 21, 2005 2:44 AM |
| **To:** | chad <chad@youtube.com>; steve <steve@youtube.com>; youtube ▓▓▓▓▓▓▓▓▓; brent <brent@youtube.com>; cdo <cdo@youtube.com> |
| **Subject:** | YouTube Contact regarding Other |

Hi
I'm alittle confused about the rejection of my last and other videos. I have seen other "family guy" videos on here and when I put one on here its against the rules. Please explian. I also have other vids that are cartoons from TV Funhouse from SNL, that are still active and live. What is the difference? Another thing. I've seen other people put commercial showing a womans breast. When I uploaded a woman exposing herself(breast) to her cam it gets rejected. Please explain. I love the site and I dont want to violate anymore rules.
Thnx
Willie
screename(ganchito)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**

JK00000836