| | | |
|---|---|---|
| **From:** | christoform |  |
| **Sent:** | Wednesday, March 8, 2006 12:12 PM | |
| **To:** | ue <ue@youtube.com> | |
| **Cc:** | YouTube Developers | |
| **Subject:** | UT search results layout skewed | |
| **Attach:** | error-searchResults.jpg | |

Do a search for "dailyshow" on the live UT site.

Notice the search result span wider than the masthead (875px) and the right side ad is therefore way off to the right.

Attached is a screen shot.

-form


<<...>>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00002261






HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    JK00002262