| From: | Jawed |
| Sent: | Wednesday, April 20, 2005 4:18 PM |
| To: | Chad Hurley |
| Cc: | Steve Chen |
| Subject: | Re: Todos summary |



Yup, I know. We'll monitor and adjust as necessary.

Jawed

---
Jawed Karim           http://jawed.com/

On Wed, 20 Apr 2005, Chad Hurley wrote:

> ok, video and profiles will be available immediately but still must be
> reviewed for "official" approved status. but we really need to be
> careful with the profile stuff, this is more about monitoring contact
> info... this is where we are planning on making money.
>
>
>
>
>
> On Apr 20, 2005, at 2:52 PM, Jawed wrote:
>
>> I want to tweak this approach slightly, Chad.
>>
>> We can always adjust it as we grow, but I think we should start with
>> this:
>>
>> Profiles will be assumed approved unless rejected, so after signing up
>> your account is immediately active. One of the things I hate about
>> match.com is the 24 hr delay after changing your profile even slightly.
>> Since we are trying to grow fast, we'll assume profiles are for the
>> most
>> part clean. But we will review them and reject bad ones. If this gets
>> overwhelming we can always adjust.
>>
>> Videos will also be assumed approved unless rejected. Again, we are
>> trying
>> to grow and want people to upload and IMMEDIATELY share the video.
>>
>> If videos get flooded with porn we can always approve videos first
>> BEFORE
>> they are shown anywhere, that's a one-line code change. But I have
>> enough
>> faith, and want to grow quickly, so that we can be lenient to start
>> with.
>>
>> Jawed
>>
>> ---
>> Jawed Karim           http://jawed.com/
>>
>> On Wed, 20 Apr 2005, Chad Hurley wrote:

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009130



>>
>>> We need the review process to work for both videos and profiles...
>>>
>>> So for the initial sign up, we will need to review the profiles and
>>> either approve or reject them. Approved profiles will go on to create
>>> accounts that can be seen by everyone. Rejected profiles will create
>>> pending accounts that won't be seen by everyone, but will still allow
>>> the user to login and change their "About Me" section. A user's
>>> account
>>> will also become pending if they change their "About Me" section after
>>> becoming approved.
>>>
>>> For the video upload process, we will need to review the videos and
>>> again either approve or reject them. Approved videos will be put into
>>> the public video mix. Rejected one will be removed, so the user
>>> doesn't
>>> need to remove it, but just add a new video. We could also add the
>>> option of "rejecting and save" for select videos too... of course,
>>> just
>>> for internal professional review! ;)
>>>
>>> -chad
>>>
>>>
>>>
>>> On Apr 20, 2005, at 12:37 PM, Jawed wrote:
>>>
>>>> This will be super simple so as to not delay launch. Only us three
>>>> will be
>>>> able to approve/reject videos (user: "steve", "jawed", "chad"). it
>>>> will
>>>> just work if you are already logged in.
>>>>
>>>> Any thoughts on what we should do if the profile text contains
>>>> contact
>>>> info? Reject? but how? replace profile with something, or close user
>>>> account?
>>>>
>>>> Jawed
>>>>
>>>> _____
>>>> Jawed Karim                http://jawed.com/
>>>>
>>>> On Wed, 20 Apr 2005, Chad Hurley wrote:
>>>>
>>>>> and are you going to implement the admin account and login process?
>>>>> it's a separate sign up and login then the main site.
>>>>>
>>>>> -chad
>>>>>
>>>>>
>>>>>
>>>>> On Apr 20, 2005, at 11:29 AM, Jawed wrote:
>>>>>
>>>>>> A couple of things remaining:
>>>>>>
>>>>>>>> Chad:
>>>>>>>> ---
>>>>>>>>
>>>>>>>> Add ego stats (times viewed, avg vote) to myvideos, favorites
>>>>>>>>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009131

> >>>>>>> Change mouse pointer to "hand" icon when over flash link
> >>>>
> >>>>
> >>>>
> >>
> >>
> >>
>
>
>

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY