| From: | Jawed Karim |
| Sent: | Sunday, February 13, 2005 11:10 PM |
| To: | Chad Hurley; Steve Chen |
| Subject: | video idea |

Codename: "Video"
I don't want to spell out the idea on the insecure email channel. Even if
you say the phrase "Video H or N" in public, people will know what you
mean, so let's just call it Video. Don't say it in combination with the H
or N site :)

I just talked to both of you on the phone. I'm 100% convinced that this
can be HUGE if executed right. It's the kind of thing that will be picked
up by MTV and Maxim right away.

Timing is perfect because video digital cameras are exploding right now.
Our site should be video-only to emphasize the unique aspect of our site.

Issues:

- Want to convert uploaded AVI's to Flash movies, so it displays nicely
everywhere (don't want to launch MS MediaPlayer etc). AVI's also have some
compatibility issues sometimes.

- Bandwidth costs will be high, but bandwidth is getting very cheap, so
might be OK. (Cheap at high volume)

- H or N can add our idea in about 10 days, so we must come out with all
guns blazing and have matchmaking functionality already built in, so we
can immediately be a useful site, and not just a new fad.

- BIGGEST ISSUE BY FAR: web server scalability. We will face the same
issues as H or N did the first month. They moved hosting centers, rewrote
system, used MySQL mirrors, etc. They also wrote an architecture tutorial
:) Y'all should read this now:
http://www.webtechniques.com/archives/2001/05/hong/

Meet tomorrow night after 8PM at Chad's!

Jawed

---

Jawed Karim            http://jawed.com/


"First, let me make it very clear, poor people aren't necessarily killers.
Just because you happen to be not rich doesn't mean you're willing to kill."
- George W. Bush, Washington, D.C., May 19, 2003

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                                        JK00008859