| | |
|---|---|
| FILE: | JK00010387_MVI_0922.avi |
| SIZE: | 24737992 |
| DATE: | 8/11/2005 |
| VIDEO_LENGTH: | 0:00:38 |
| TIME: | 19:40 |
| EXTENSION: | avi |
| SYSTEM_NOTES: | Microsoft Audio Video Interleaved file for Windows movie |
| OPEN_WITH: | WINDOWS |

**Transcription of JK00010387_MVI_0922.avi**

CHAD HURLEY: He sat there for a minute. Like, it was like dead silent. So were just like . . . . He was just kind of looking at the screen --

STEVE CHEN: He was like, so basically --

JAWED KARIM: He was pretty impressed.

CHEN: Right -- it's like anywhere on the Internet you have a little TV set in front of you.

HURLEY: That you can control and, you know, basically up serve ads. And the whole relevant thing with like, tags, and you know what that what that viewer has seen before, or watched, actually. It's pretty compelling.

KARIM: So if we got them involved, at what point would we tell them our dirty little secret, which is that we actually just want to sell out quickly?

CHEN: Are you filming?

KARIM: No.

HURLEY: You're going to have to erase this file.

KARIM: It won't be released until after the acquisition.