# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 211



# Schapiro Exhibit 212

**YouTube**
Broadcast Yourself ™

[Search]    Create Account  or  Sign In

Home  Videos  Channels  Shows         Subscriptions  History  [Upload]

## ORGANIZING FOR AMERICA                    [GET INVOLVED]

**BarackObama.com**   [Subscribe]   All   **Uploads**   Playlists
BarackObamadotcom's Channel

[Search]
Date Added | Most Viewed | Top Rated

**President Obama Opens the Health Reform**
325 views - 1 hour ago

**El Camino a La Recuperación**
1,687 views - 1 week ago

**Road to Recovery**
87,154 views - 1 week ago

**"I will not walk away from health reform"**
11,929 views - 2 weeks ago

**A Conversation with the President**
27,426 views - 2 weeks ago

0:01 / 0:30

Info   ♥ Comments   ♥ Favorite   → Share   + Playlists   ⚑ Flag

**"Seven" - TV Ad**                                           4,526 ratings  ★★★★½
From: BarackObamadotcom | August 21, 2008 | 1,047,685 views

"Seven" discusses just how out of touch John McCain is with the struggles of everyday people. The ad highlights John McCain's desire to offer more of the same economic policies we've gotten from President Bush. On the air...

View comments, related videos, and more

**Your Thoughts on 2010**
102,917 views - 3 weeks ago

**An Open Discussion Across the Aisle**
71,179 views - 3 weeks ago

**OFA's State of the Union Watch Parties in the**

Internet    100%