Schapiro Exhibit 213



**Schapiro Exhibit 214**



**Schapiro Exhibit 215**

