# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 216**



**Schapiro Exhibit 217**

