# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 218**



# Schapiro Exhibit 219



**Schapiro Exhibit 220**

