# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 221



# Schapiro Exhibit 222



**Schapiro Exhibit 223**

