# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 224**



**Schapiro Exhibit 225**



**Schapiro Exhibit 226**



**Schapiro Exhibit 227**

