# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 228**

