# SCHAPIRO DECLARATION EXHIBITS CONTINUED


**Schapiro Exhibit 229**



**Schapiro Exhibit 230**



**Schapiro Exhibit 231**

