# SCHAPIRO DECLARATION EXHIBITS CONTINUED

Schapiro Exhibit 232



Schapiro Exhibit 233



**Schapiro Exhibit 234**

