

Sign Up | My Account | Hi

Search for

Home        Videos        Channels        Groups        Categor



## Episode 1004 - Cartoon Wars, Part 2



00:02 / 21:59

Added  November 27, 2006
From  TheDishonoredOne

DIRECTOR

Provided By
TheDishono

South Park Episode 1004 - Cartoon \
Category  Comedy
Tags  South  Park  Full  Complete  (
URL  http://www.youtube.com/watch?v=c
Embed  <object width="425" height="350"><

Related    More from this use

Showing 1-20 of 154658



Rate this video:
★★★★☆
20 ratings

Save to Favorites    Share Video    Flag as
Add to Groups       Post Video     Inappropriate

Views: **596**  |  Comments: **7**  |  Favorited: **24** times  |  more stats...

There are 6 honors for this video

### Comments & Responses

Post a video response
Post a text comment

**SoullessGabe** (18 hours ago)
thank you for uploading these XD...THANK YOU SO MUCH!
(Reply)

**annita61** (17 hours ago)
Tnx!! I was waitng 4 this!! ^^
(Reply)

**Highly Confidential**                                                VIA14375471

ANTIashkeNAZIjew7254 (14 hours ago)
fucking zionist garbage.
(Reply)

    RiddzManz (2 hours ago)
    ur a fuckin nob
    (Reply)

rasmuswedin (6 hours ago)
Ha ha. So what's up? Has Family Guy actually aired a clip with mohamed or what?
(Reply)

MouseGirl86362 (5 hours ago)
LOL! Family guy sis crap. So is the Simpsons compared to SP.
(Reply)

DeanRumball (4 hours ago)
i was waiting 2 days for this!!!! lol
(Reply)

## Would you like to comment?

Join YouTube for a free account, or Login if you are already a member.


Episode 1002 - Alert!
22:06
From: TheDishono
Views: 8943


Episode 1003 - Wars Part 1
21:58
From: TheDishono
Views: 8376


Episode 1004 - ( Wars, Part 2
21:59
From: TheDishono
Views: 115
<< Now Playing


Episode 1007 -
21:57
From: TheDishono
Views: 6945


Episode 1008 - Not Warcraft
21:55

Showing 1-20 of 154658

New on YouTube
One week left! Vote in the Youtube Un
Do you believe? It takes 5ive.
Do you want lies with that?
He's back! Superman Returns.

| Your Account | | YouTube | | Help & Info | |
|---|---|---|---|---|---|
| Videos | Subscriptions | About | Advertising | Help Center | Safety Tips |
| Favorite | Inbox | Blog | Jobs | Video Toolbox | RSS Syndication |
| Playlists | more... | Contact | Press | Developer APIs | Community Guideline |

Search for      [ Search ]

Copyright © 2006 YouTube, Inc.

Highly Confidential — VIA14375472