

Hello, billnwashdc ✉ (0) | My Account ▼ | Hist

Search for

[ Home ] [ Videos ] [ Channels ] [ Groups ] [ Categor ]

**Learn how to upgrade FREE* to Windows Vista and Microsoft Office Small Business 2007.**
*with purchase of Small Business Desktop Advantage
Roll over to replay

## Crank Yankers episode 7



00:52 / 21:29

Added February 15, 2006
From mikke
episode 7
Category Entertainment
Tags crank yankers jimmy kimme
URL http://www.youtube.com/watch?v=
Embed <object width="425" height="350"

Related | More from this u:

Showing 1-20 of 45303

Crank Yankers
21:29
From: mikke
Views: 35946
<< Now Playing


Sarah Silverm
You're Gonna
02:06
From: squarejol
Views: 154465


Sarah Silverm
German Cars
02:42
From: squarejol
Views: 62657


Eminem on Ji
Live
04:49
From: savagepe
Views: 26592


Dane Cook - J
Kimmel Show
PT2

Rate this video: ★★★★☆ 200 ratings
♡ Save to Favorites    ✉ Share Video    ✗ Flag as Inappropriate
👥 Add to Groups    ▷ Post Video

Views: **36,089**    Comments: **46**    Favorited: **320** times    more stats...

### Comments & Responses

Post a video response
Post a text comment

thedeathoflife2 (9 months ago)
this is f*cking funny

(Reply) (Mark as spam)

slipknotandtool (8 months ago)
Awesome! Thx for uploading! Hilarious!

(Reply) (Mark as spam)


Showing 1-20 of 45303

**Highly Confidential**                                                                         VIA14375444

**andgirl** (8 months ago)
sarah silverman is amazing.
(Reply) (Mark as spam)

**beechamgarfie** (8 months ago)
i love it!!! crankers rocks but only gave 1 star by accident!! sorry.
(Reply) (Mark as spam)

**MrBelmontvedere** (7 months ago)
yay puppets
(Reply) (Mark as spam)

**domw86** (7 months ago)
crank yankers rock!!!!!!
(Reply) (Mark as spam)

**ike19142** (7 months ago)
lmmfao@spoonie luv....HAHAHAHAHAHAHAHAHAH!!!
(Reply) (Mark as spam)

**mikke** (7 months ago)
grandpa in the bathtub is the best part XD
(Reply) (Mark as spam)

**HornPlayer02** (7 months ago)
LOLOLOL the phone zone was so funny!!!
(Reply) (Mark as spam)

**Andreas100** (6 months ago)
Så roliga dom är alltså synd att dom inte visar Crank Yankers i Sverige längre
(Reply) (Mark as spam)

View all 46 comments

**Comment on this video**    Post a video response

[ Post Comment ]

**New on YouTube**
One week left! Vote in the Youtube U
Do you believe? It takes 5ive.
Do you want lies with that?
He's back! Superman Returns.

---

**Your Account**
Videos      Subscriptions
Favorite    Inbox
Playlists   more...

**YouTube**
About       Advertising
Blog        Jobs
Contact     Press

**Help & Info**
Help Center     Safety Tips
Video Toolbox   RSS Syndication
Developer APIs  Community Guideline

Search for [        ]  [ Search ]

Copyright © 2006 YouTube, Inc.

http://www.youtube.com/watch?v=HyEqXGDLnIQ    11/27/2006

**Highly Confidential**    VIA14375445