

Hello, billnwashdc (0) | My Account | History | QuickList (

Search for

Home | Videos | Channels | Groups | Categories

# Rugrats episode 1 Tommy's Birthday part 1

00:13 / 09:59

Rate this video: ★★★★☆ 99 ratings

Save to Favorites | Add to Groups | Share Video | Post Video | Flag as Inappropriate

Views: **30,987** | Comments: **54** | Favorited: **245** times | more stats...

Added **August 07, 2006**
From Kumsquat

Subscribe to Kumsquat

Rugrats season 1 episode 1 Tommy's First Birthday. part 1
part 2: http://www.youtube.com/watc... (less)

**Category** Entertainment

**Tags** Rugrats Nickelodeon

**URL** http://www.youtube.com/watch?v=0eEThfOuCls

**Embed** <object width="425" height="350"><param name="m

Related | More from this user | Playlists

Showing 1-20 of 1999 See All Videos

Rugrats episode 1 Tommy's Birthday part 1
**09:59**
From: Kumsquat
Views: 30570
**<< Now Playing**

Rugrats episode 1 Tommy's Birthday part 2
**10:39**
From: Kumsquat
Views: 16651

RUGRATS
**04:07**
From: NICEGIRL15
Views: 5783

Rugrats Commercial
**00:30**
From: universal360
Views: 4119

Rugrats Promo on Prevue Family (1998)
**00:25**

## Comments & Responses

Post a video response
Post a text comment

ebolaoutkast (3 months ago)
Thankx
(Reply) (Mark as spam)

bigdawg8412 (3 months ago)
Cool.The very first episode.
(Reply) (Mark as spam)

YouTube - Rugrats episode 1 Tommy's Birthday part 1 Page 2 of 3

zidane77077 (3 months ago)
tommy wore red?
(Reply) (Mark as spam)

JarrodDrover (3 months ago)
i used to love this show
(Reply) (Mark as spam)

poipului (3 months ago)
thank you so much for uploading rugrats eopisodes! omg! i can't believe it. can you upload the episode where angelica runs way? thanks.
(Reply) (Mark as spam)

MarYRulesTheEarth (3 months ago)
and the one with elaine and bens wedding?
(Reply) (Mark as spam)

T82486 (3 months ago)
blood wanted that dog food, HUBBARAMA LOL!
(Reply) (Mark as spam)

Adem422 (3 months ago)
hey i like that episode but soon im gonna upload episodes of the rugrats and i mean the orginal rugrats episodes but i can't until i get my new dazzle video capture card and you guys will ike the episodes i upload well thx bye
(Reply) (Mark as spam)

LIIL837 (3 months ago)
Does anyone have the unseen episode in 1989,Tommy and the great white thing. Go to wikipedia.com to check it out
(Reply) (Mark as spam)

sKilLs77 (3 months ago)
This one is so old, Its from 1991. This show is 14 years old!!
(Reply) (Mark as spam)

View all 54 comments

## Comment on this video

Post a video response

Post Comment

Showing 1-20 of 1999 See All Videos

**New on YouTube**

One week left! Vote in the Youtube Underground.

Do you believe? It takes 5ive.

Do you want lies with that?

He's back! Superman Returns.

**Your Account**
Videos Subscriptions
Favorite Inbox
Playlists more...

**YouTube**
About Advertising
Blog Jobs
Contact Press

**Help & Info**
Help Center Safety Tips Terms of Use
Video Toolbox RSS Syndication Privacy Polic
Developer APIs Community Guidelines Copyright Inf

Search for Search

http://www.youtube.com/watch?v=0eEThfOuCls 11/27/2006

**Highly Confidential** **VIA14375527**

Copyright © 2006 YouTube, Inc.

Highly Confidential VIA14375528