



| Home | Videos | Channels | Search for<br>Groups | Categor |



## Barack Obama on Daily Show



Rate this video:
★★★★☆
481 ratings

♡ Save to Favorites
👥 Add to Groups

✉ Share Video
⤴ Post Video

✗ Flag as Inappropriate

Views: **56,279** | Comments: **169** | Favorited: **297** times

Added October 27, 2006
From **rantdog**
Senator Barack Obama appears on t[...]
Category Comedy
Tags Barack Obama Jon Stewart
URL http://www.youtube.com/watch?v=F[...]
Embed <object width="425" height="350"><

Related | More from this use[r]

Showing 1-20 of 23356


Barack Obama [on Daily]
Show
06:40
From: rantdog
Views: 55811
<< Now Playing


Barack Obama
05:17
From: franciscore[...]
Views: 4109


The Jon Stewar[t]
01:32
From: thesilentpa[t]
Views: 16066

## Comments & Responses

Video Responses (1 responses)　　　　　　　　Post a Video Response


Barack Obama
Rose"
00:55
From: CharlieRos[e]
Views: 6

loading...


Obama Speech
Colorado
08:32

Text Comments (169)　　　　　　　　　　　　Post a text comment

Showing 1-20 of 23356

Highly Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　VIA14375557

**TranceDevotee** (1 week ago)
Wow, I didn't know he was black!
(Reply)

**sensorglitch** (1 week ago)
Obama 4 Prez!
(Reply)

**MaxineDemian** (1 week ago)
I will quit my job, relocate, and volunteer every waking hour if Obama runs. We need someone with a conscience!
(Reply)

**mandyrandy** (1 week ago)
I love my Senator. He can hold his own with anyone. He has had my vote before and will again if he runs in '08!
(Reply)

**rantdog** (1 week ago)
Barack Obama would be a massive improvement over what we got right now. I just wish there weren't so many racist idiots out there that are still clueless when it comes to government accountability. Hey... we've got a handful that leave comments here....
(Reply)

**bbryans21** (1 week ago)
Obama is the next JFK, hope he can rally together the USA support and get our boys home...
(Reply)

**random0815** (1 week ago)
now barrack obama is prob. the worst possible name to run for presidency with, sounds like the name of a terrorist camp

he seems to be ok, quick thinker, but this book... well guess you cant make it in the us without a bit of schmaltz, hope they put it in a book to keep it out of politics

stewart is rlly anythg but overhyped, he has worked from the bottom up and has done some rlly great things for the democracy, he deserves all the attention he gets and he selflessly passes it on to the cause
(Reply)

**IHeartOverTheTop** (1 week ago)
OK, I'm not a political activist. I'm not all that smart, either...although I'd say I'm at least as competent as our president. The point is, it doesn't matter whether you've voted republican since Reagan or you're a whiny-ass liberal. The USA needs a change right now. So, I'm asking anyone that will listen to vote for anybody OTHER than a republican. Vote dem, green, libertarian, whatever. Just PLEASE don't vote GOP this next time around. Give America a chance to redeem itself.
(Reply)

**carlitobenito1981** (5 days ago)
QUOTE: bedsidetrash (3 weeks ago)
UMMMMMM HE DIDN'T ANSWER what he would do in iraq. jon stewart critized obama recently i think before this video "the senate is where smart people go to die" referring to obama.

(rolls eyes) Watch it again, he clearly states phasing out troops and leaving it for the

**New on YouTube**
Winners Chosen in Youtube Undergro
Turistas Go Home. Check out the Turi
Do you believe? It takes 5ive.
Do you want lies with that?
He's back! Superman Returns.

**Highly Confidential** VIA14375558

Iraqis. Exactly the same plan Bush has now a year later lol!

This guy has to run

(Reply)

**mytube2048** (5 days ago)
Barrack obama love.

(Reply)

View all 169 comments

## Would you like to comment?

Join YouTube for a free account, or Login if you are already a member.

| Your Account | | YouTube | | Help & Info | |
|---|---|---|---|---|---|
| Videos | Subscriptions | About | Advertising | Help Center | Safety Tips |
| Favorite | Inbox | Blog | Jobs | Video Toolbox | RSS Syndication |
| Playlists | more... | Contact | Press | Developers | Community Guidelines |

**Search for** [_____] [Search]

Copyright © 2006 YouTube, Inc.

**Highly Confidential** — VIA14375559