

Sign Up | My Account | Hi

Search for

Home    Videos    Channels    Groups    Categor



## Daria S01E01 part 2 'Esteemsters'



Added May 20, 2006
From mrcraggle

Series 1 - Episode 1 of Daria
On their ... (more)

Category Arts & Animation

Tags  daria  beavis  butthead  mtv  (

URL  http://www.youtube.com/watch?v=N

Embed <object width="425" height="350"><

Related   More from this use

Showing 1-20 of 360683



Daria S01E01 pa
'Esteemsters'
09:59
From: mrcraggle
Views: 11090
<< Now Playing



Daria S01E01 p
'Esteemsters'
09:59
From: mrcraggle
Views: 10973

Rate this video:
★★★★☆
102 ratings

 Save to Favorites    Share Video    Flag as
Add to Groups    Post Video   Inappropriate

Views: **11,119**  |  Comments: **15**  |  Favorited: **168** times  |  more stats...



Daria - 'The Invi
1
06:42
From: mrcraggle
Views: 21757

### Comments & Responses

Post a video response
Post a text comment

**JhonenTHM** (6 months ago)
This show PWNS ALL

(Reply)

Daria - 'The Invi
2
07:37
From: mrcraggle
Views: 17899

**blackacidrainbow** (5 months ago)
Boo Yah.x

(Reply)



Daria - 'The Invi
3
07:03

Showing 1-20 of 360683

**angwoo82** (5 months ago)

**Highly Confidential**    VIA14375446

I can't wait for more episodes to be posted. I am so looking forward to it!!!!! Heck Yea!!! Daria Rules.

(Reply)

**LivefreaKy** (5 months ago)

the kid that says "we're talking about us!" at the beggining is wearing a "The Head" t-shirt.. does anyone remember watching that show?

Daria kicks ass!

(Reply)

**indigoiris36** (4 months ago)

hooray for Daria! thanks for posting this!

(Reply)

**DarkKnightRoxas** (3 months ago)

she's so smart and there so stuped.

(Reply)

**ultamentdark** (3 months ago)

dam i wish to be like darira one day all cool and such but i have no chance of beaing as smart

(Reply)

**SandraVerdugo** (3 months ago)

a ha Daria i love this show..

(Reply)

**LtFrankBullitt** (2 months ago)

barney is cool

(Reply)

**Mick342** (2 months ago)

Sha arrite....

(Reply)

**View all 15 comments**

## Would you like to comment?

Join YouTube for a free account, or Login if you are already a member.

**New on YouTube**

One week left! Vote in the Youtube Un

Do you believe? It takes 5ive.

Do you want lies with that?

He's back! Superman Returns.

| Your Account | | YouTube | | Help & Info | |
|---|---|---|---|---|---|
| Videos | Subscriptions | About | Advertising | Help Center | Safety Tips |
| Favorite | Inbox | Blog | Jobs | Video Toolbox | RSS Syndication |
| Playlists | more... | Contact | Press | Developer APIs | Community Guideline |

Search for                    [ Search ]

Copyright © 2006 YouTube, Inc.