Worldwide | English          (0)   ProjectAssistant1099 | Account | QuickList (0) | Help | Sign Out

Home | Videos | Channels | Community          [Search]          [Upload]

# What What In The Butt! - Butters Stotch



0:33 / 1:04

2 ratings                                                                                   299 views

Favorite    Share    Playlists    Flag

Send Video    MySpace    Facebook                          (more share options)

**Statistics & Data**

Video Responses (0)                                                        Post a Video Response

Text Comments (1) Options                                                  Post a Text Comment

robneji (10 months ago)                                      Reply | Spam    0
ha! is this andy??

View all 1 comments

**Comment on this video**                                              Post a Video Response

                                                  Audio Preview

Post Comment   Remaining character count: 500

**sportguy73095**
June 07, 2008
(more info)

South Park!@!@!@!

URL: http://www.youtube.com/watch?v=bZZMrj9-
Embed: <object width="425" height="344"><param

[Subscribe]

## More From: sportguy73095
## Related Videos

South Park - what what in the butt (butters)
686,528 views
WTFCaRtOonS666

butters - what what in the butt
769,080 views
fattydude101

BUTTERS--- What What (in the butt) REMIX!!!!
559,047 views
Kazumuru

Leopold Butters Stotch (South Park) Is it any W...
2,545 views
bery26

south park - what what (in the butt)

## Featured Videos

Программа URBANA выпуск 10
334 views
a1tv

Where to Buy a Glass Display Dome
1,519 views
eHow

Isaac's Video Blog 03-19-09
366 views
WATCHISAAC

---

Add to iGoogle                                       [Search]

**Your Account**
Videos
Favorites
Playlists

Inbox
Subscriptions
more...

**Help & Info**
Help Resources
Safety Center
Developer APIs
Advertising
YouTube Handbook

Community Help Forums
Copyright Notices
Community Guidelines
YouTube On Your Site

**YouTube**
Company Info
TestTube
Terms of Service
Privacy Policy

Press
Contact
Blog
Jobs

© 2009 YouTube, LLC

**Highly Confidential**                                              VIA14375721