

# What What In The Butt! - Butters Stotch

**Highly Confidential**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**VIA14375701**