

**YouTube** | beavis | Search | Create Account or Sign In

Home　Videos　Channels　Shows　　Subscriptions　History　Upload

## Beavis and Butthead vaya cornholio

[video player — 0:57 / 6:02]

**Conner3263**　June 16, 2008　(more info)　[Subscribe]

look at my channel for more beavis and butheat and more will come at the end of the url type in &fmt=18 and its high quality I do NOT own this video. Everything belongs to Mtv. This vid...

URL: http://www.youtube.com/watch?v=2yW_sIKBf
Embed: Embedding disabled by request

★★★★★ 6,282 ratings　　　　　　　　1,154,158 views

Favorite　Share　Playlists　Flag
MySpace　Facebook　Twitter　(more share options)

▸ **More From: Conner3263**

▾ **Related Videos**

- Beavis and Butthead-Sugar — 684,058 views — beaverandbutthole — Featured Video
- Brutus - Cornholio — 88,872 views — BrutuSLD
- Beavis & Butthead — 171,260 views — gusro12
- beavis and butthead - evolution sox * — 376,538 views — flowersviolence
- the great cornholio — 151,245 views — willianlima45
- Beavis and Butthead The Best Clips — 1,084,741 views — GroterMovies
- Beavis "I need TP for my Bunghole" — 130,794 views

▸ **Statistics & Data**

▸ **Video Responses (0)**

▸ **Text Comments (4,042)** Options　　　Sign in to post a Comment

**derSpuk** (45 minutes ago)　　Reply  0
i need t.p. for my bunghole!

**deeoosee** (5 hours ago)　　Reply  0
Thirsty, Beavis?

**cyberlives2** (6 hours ago)　　Reply  0
ROFL I hadn't seen this in years. It's still awesome!!

**MrTurtle92** (8 hours ago)　　Reply  0
they were the shit back in the days.

**sadowdark** (10 hours ago)　　Reply  0
lol

**BloodyCape200** (11 hours ago)　　Reply  0
"i would hate for my bungholio to get polio!" OH MY GOD!!! AHAHAHA!!!!

**michaelalvarado12607** (12 hours ago)　　Reply  0
abla blah blah blah blah blah
espanol forrrr my bunghole
que dejo? hahhehaheahehah
do you have tee pee?
tee pee for a my bunghole?!

tienes sus papeles barrangdidi barrandodoo lol

**r0bertaaaaa** (16 hours ago)　　Reply  0
Bitch, I AM Cornholio. ;DD

**turbokush69** (18 hours ago)　　Reply  0
dude i so wish cornholio was a real person

**timuhl** (20 hours ago)　　Reply  0
MTV, BRING BACK BEAVIS AND BUTTHEAD, i love this show, i remember watching this as a lil kid growing up, the music was shitty but cartoon kicked ass.

I am cornholio, i need tp for my bunghole

Pages:  1  2  3  ...　　　　　　　　　　　　　Next

View all 4,042 comments

**Would you like to comment?**
Join YouTube for a free account, or sign in if you are already a member.

Try YouTube in a new web browser! **Download Google Chrome**

Highly Confidential　　　　　　　　　　　　　　　　　VIA14375674

