

Sign Up | My Account | Hi

Search for

Home    Videos    Channels    Groups    Categor



**Episode 1005 - A Million Little Fibers**



Added November 23, 2006
From TheDishonoredOne

Th



Provided By
TheDishonor

South Park Episode 1005 - A Million I
Category Comedy
Tags South Park Full Complete (r
URL http://www.youtube.com/watch?v=L
Embed <object width="425" height="350"><

 More from this use

Showing 1-20 of 172985

Rate this video:
★★★★☆
36 ratings

 Save to Favorites    Share Video   Flag as Inappropriate
Add to Groups    Post Video

Views: **5,417** | Comments: **16** | Favorited: **45** times

**Comments & Responses**    Post a video response
Post a text comment

radislave (4 days ago)
One of the worst episodes of southpark... not funny (except her vagina and asshole with the gun hehe) and the towel's voice is annoyyyinggg
(Reply)

FlamingHound (3 days ago)
agreed. kind of a lame episode.
(Reply)



Highly Confidential    VIA14375466

**piemaniac123** (3 days ago)

hhaha oprah's vagina has killed a police officer lol

(Reply)

**Damianhockley** (3 days ago)

well if u heared of oprah and that dude that made a book of million little peices youd get it

(Reply)

**GAWEY** (3 days ago)

the fuck. this episode was hilarious his joint talked to him. lol.

(Reply)

**kipswitch** (3 days ago)

Yeah, I dont think that guy who embellished his book in real life deserved the wrath of O. That was political garbage. She sold herself out on that one.

(Reply)

**Astronopolis** (2 days ago)

lol i hate towelie

(Reply)

**rosickyrulz** (2 days ago)

lmao,the thing in the end with oprah is weird,but funny!(as usuall for south park)!

(Reply)

**ST0077** (2 days ago)

yup its a lame episode

(Reply)

**ocelot6** (2 days ago)

Dumbasses, believe it or not South Park is a show that's focused on people who are well-read and keep up with current events. A lot of the shit in it has to do with the idiots that reside in this country and the stupid shit they do and believe. The point of this episode is that the book actually helped people, but since it was a lie blah blah you get the point I'm going to bed.

(Reply)

View all 16 comments

## Would you like to comment?

Join YouTube for a free account, or Login if you are already a member.

Episode 1005 - A Little Fibers
22:06
From: TheDishono
Views: 4937
<< Now Playing

South Park A M Fibers
21:40
From: southparkst
Views: 6237

Episode 1002 - Alert!
22:06
From: TheDishonc
Views: 8943

Episode 1003 - Wars Part 1
21:58
From: TheDishonc
Views: 8376

Episode 1004 - Wars, Part 2
21:59

Showing 1-20 of 172985

**New on YouTube**

One week left! Vote in the Youtube Un

Do you believe? It takes 5ive.

Do you want lies with that?

He's back! Superman Returns.

| Your Account | | YouTube | | Help & Info | |
|---|---|---|---|---|---|
| Videos | Subscriptions | About | Advertising | Help Center | Safety Tips |
| Favorite | Inbox | Blog | Jobs | Video Toolbox | RSS Syndication |
| Playlists | more... | Contact | Press | Developer APIs | Community Guideline |

Search for

[ Search ]

Copyright © 2006 YouTube, Inc.

**Highly Confidential**

VIA14375467