

Sign Up | My Account | Hi

Search for

| Home | Videos | Channels | Groups | Categor |



## Stephen Colbert vs. Congressman Lynn Westmoreland



Added June 16, 2006
From stacye

The Colbert Report - June 14, 2006

Category Comedy

Tags Colbert

URL http://www.youtube.com/watch?v=h

Embed <object width="425" height="350"><

Related | More from this use

Showing 1-20 of 2043


**colbert picks th**
01:47
From: ebailey
Views: 160699


**Wrap Rage**
01:06
From: pkdaly
Views: 101208



| Rate this video: ★★★★☆ 454 ratings | ♡ Save to Favorites  ✉ Share Video  ✗ Flag as |
|  | 👥 Add to Groups  ◁ Post Video  Inappropriate |

Views: **124,868** | Comments: **124** | Favorited: **823** times | more stats...


**Stephen Colbert Congressman L Westmoreland**
01:17
From: stacye
Views: 124294
<< Now Playing

### Comments & Responses

Post a video response
Post a text comment

**kptk5** (3 weeks ago)
PWnd

(Reply)

**oltars** (2 weeks ago)
WOW! Scary

(Reply)


**Colbert Report: F$#king thing i' heard!**
02:12
From: rocom
Views: 149367

**Colbert Challen**

Showing 1-20 of 2043

**Highly Confidential**    VIA14375535

**TyreseDeShaunWilliam** (2 weeks ago)
OWNED
(Reply)

**drakono** (2 weeks ago)
Colbert's best barbs are the ones that slip under the radar. Listen at the end. "Thank you for taking the time away from keeping the Sabbath day holy to talk to me." "Anytime, Stephen." Now THAT's humor!
(Reply)

**jdpainter** (1 week ago)
Too bad this moron just got re-elected...and by an overwhelming majority! Unbelievable. At least he's not my representative.
(Reply)

**Mechlover** (1 week ago)
Gotta love America...
(Reply)

**sarcasm89** (1 week ago)
awesomeness
(Reply)

**milwrift** (1 week ago)
there is no way he forgot do not kill.
(Reply)

**AngryPirateProd** (1 day ago)
Why!? Why must you cause me pain, America!?
(Reply)

**L0wRyd3r** (13 hours ago)
Do not kill was the first one he said...
(Reply)

**View all 124 comments**

## Would you like to comment?

Join YouTube for a free account, or Login if you are already a member.

**New on YouTube**
Winners Chosen in Youtube Undergro
Turistas Go Home. Check out the Turi
Do you believe? It takes 5ive.
Do you want lies with that?
He's back! Superman Returns.

| Your Account | | YouTube | | Help & Info | |
|---|---|---|---|---|---|
| Videos | Subscriptions | About | Advertising | Help Center | Safety Tips |
| Favorite | Inbox | Blog | Jobs | Video Toolbox | RSS Syndication |
| Playlists | more... | Contact | Press | Developers | Community Guidelines |

Search for [ Search ]

Copyright © 2006 YouTube, inc.

**Highly Confidential** | **VIA14375536**