2009 vmas | Search

Create Account or Sign In

Home Videos Channels Shows

Subscriptions History Upload

# Kanye West shits on Taylor Swift - 2009 VMA's

0:01 / 3:18

111 ratings

334 views

Favorite Share Playlists Flag

MySpace Facebook Twitter (more share options)

**Statistics & Data**

**Video Responses (0)** Sign in to post a Video Response

**Text Comments (753)** Options Sign in to post a Comment

**annatut1** (21 seconds ago) Reply 0

To Blackscarface: Wow...You sound really well educated! If you thought that was funny you must also be a great person! Your mother or I'm sorry "Matha" would be so proud!

**69santaella** (22 seconds ago) Reply 0

sky absolut you are so right man

**acfann1** (23 seconds ago) Reply 0

man somebody said "that shits real" dude that was so fuckin racist.... admit kanye hates white people...... as far as the best video .....ever watch a fuckin tool video or a anathallo video(real music)....i dont even like taylors music and i love kanye but that was a dick move i lost alot of respect 4 him man

**SullenMorbius** (24 seconds ago) Reply 0

Oh man, can you imagine if a white guy had stolen the spotlight from a black woman in the same position? He'd have hell to pay. Sharpton would be on than quicker than a lion to an impala. I think we can colllectively refer to this guy as a ruthless, careless nigger, and he'll get a pass on the media like they all do.

**Black722Heart** (25 seconds ago) Reply 0

Kanye West Is My Hero Thats What I Call A (Brave Individual) Point Blank Period. LOL

Comment(s) marked as spam Show

**Gundam 00 is now on YouTube**
Check out full episodes of giant robot domination.
youtube.com/shows

YouTube Announcement

**dontwatchmyaccount** September 13, 2009 Subscribe

(more info)

WOW Kanye West is what many refer to as .... a douchebag

URL http://www.youtube.com/watch?v=B7K4Vgxi2

Embed <object width="425" height="344"><param n

**More From: dontwatchmyaccount**

**Related Videos**

**2009 MTV Video Music Awards Preview**
25,684 views
clevverTV

**2009 MTV VMAS $100 CONTEST**
1,645 views
theskorpionshow

**Vote For Britney At The 2009 Vmas**
3,808 views
ImperialOutkast

**Video Music Awards 2009 LOGO**
336 views
Delgad100

**KANYE WEST 's - HEARTLESS , LOVE**
378,004 views
lovemusic177

**WATCH Video Music Awards 2009 THE show**
322 views
MrGaboa

**IN Video Music Awards 2009**
284 views
Numbers76

**Featured Videos**

**Nokia N97 Firmware 2.0**
83,241 views
thenokiablog

**Dr. Tran MAIL (S1, Ep02)**
127,525 views
MondoMedia

**Controversial German AIDS**
114,489 views
TheYoungTurks

EXHIBIT NO. 11
11-13-09
A. IGNACIO HOWARD CSR 9830

**moto815** (38 seconds ago) Reply 0

he just jealous that she got an award & he doesn't.

**MRCAB** (39 seconds ago) Reply 0

Wow, a super-A-hole!

**NtlgntNrg** (49 seconds ago) Reply 0

kanye sucks as always...

**Pyrofreak321** (1 minute ago) Reply 0

kanye is a racist

**Pages: 1 2 3 ...** **Next**

**View all 753 comments**

## Would you like to comment?

Join YouTube for a free account, or sign in if you are already a member.

2009 vmas **Search**

| YouTube | Programs | Help | Policy | Discover |
|---|---|---|---|---|
| Contact Us | Advertising | **Get Help** | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | | | TestTube |

Current Location: **Worldwide** Show locations

Current Language: **English** Show languages

**Add YouTube to your Google homepage**

© 2009 YouTube, LLC