| comedy central | Search |

Home   Videos   Channels   Shows

Create Account or Sign In
Subscriptions   History   Upload

**"comedy central"** results 1 - 20 of about 32,400

**All**   **Channels**   **Playlists**         Sort by: Relevance   Uploaded: Anytime   Type: All         **Advanced Options**

Also try: comedy central **presents**   demetri martin comedy central   katt williams   katt williams american hustle   gabriel iglesias         Wonder Wheel

Promoted Videos


**Comedy Central: Chris Rock on Rap music**
Comedy Central: Chris Rock on Rap music

1 year ago   117,421 views   ComedyCentralProgram

Delusions of Grandeur
"bathtub band" episode 1
thoughts by Megan and Lindsay.
5 months ago                1,014 views
                                    inel44


**"Waterslide Hair" - Sebastian - On Comedy Central April 28th**
Sebastian Live comes out on DVD June 2nd AUDIO CD (available now)
www.amazon.com DVD www.amazon.com

4 months ago   44,471 views   kushcomedy


**Dane Cook Comedy Central**
One of Dane Cook's acts from back in the day. He talks about Car Accidents, and
Bad Cops, and his only single.

2 months ago   24,174 views   FusionofEvilAccount

### Recent Videos for **comedy central**


**Comedy Central Presents - Zach Galifianakis (Part 2 of 3)**
3 days ago
okwerds


**Comedy Central Presents: Demetri Martin Part 2**
22 hours ago
maxwellmadrid

See more recent videos for **comedy central** »


**Laughter for Life - Comedy Central - Marcus**
Marcus Brigstow Stand Up

2 years ago   365,186 views   evoesta


**KATT WILLIAMS: Every Day I'm Hustlin'**
SPECIAL CURRENTLY ON **COMEDY CENTRAL** AND ON DVD BUY THE DVD
HERE: store.salientmedia.com http ... katt williams pimp chronicles **comedy central**

1 year ago   2,012,051 views   kushcomedy


**Craig Ferguson DVD Clip From The Comedy Central Special**
Check out this uncensored clip from the **Comedy Central** special Craig Ferguson: A
Wee Bit O Revolution out on DVD March 24th from Image ...

5 months ago   24,880 views   TMRzoo

### Channel Results for **comedy central**


**Takilicio Comedy Central**
Comedy Channel!!! . Ftiaxno asteia videakia opote exo xrono kai oreksi! Elpizo na
Recent Video: ΠΡΑΓΜΑΤΙΚΑ ΑΠΙΣΤΕΥΤΟ! ΒΥΖΙΑ-ΚΑΡΠΟΥΖΙΑ!!...
**Channel**   36 Videos   239 Subscribers   takilicio


**Walter For President**
Walter makes a very important political announcement' ... Jeff Dunham **Comedy**
**Central** ventriloquist **comedy** Peanut Walter premiere President ...

1 year ago   2,509,098 views   rusty6of6



Watch Movies On YouTube
WATCH NOW
Advertisement

EXHIBIT 1  8/10
CASE Viacom v. YouTube
Deposition of Variat Kacholia
Testimony of_____
Exhibit #_____
Plaintiff ☑   Defendant ☐


### Comedy Central Stand-Up Gabriel Igl
this guy uses sound effects to he's show

6 months ago    16,186 views    CodyG4presidentbaby


### "The Wife" - Willie Barcena - comedy central May 2nd
Find out how your relationship changes after 10 years. The DVD drops cinco de mayo. ON **COMEDY CENTRAL** THIS SATURDAY at 11PM GET DVD

3 months ago    32,160 views    kushcomedy

## Playlist Results for **comedy central**


### Comedy Central 'Roast of Larry The Cable Guy' March 1, 2009    12
Jeffrey Ross 'Laugh No Matter What" at **Comedy Central** 'Roast of Larry The
India De Beaufort and Marques Ray at **Comedy Central** 'Roast of Larry The
Gary Busey "Breaks Even" at **Comedy Central** 'Roast of Larry The Cable Guy'
**Playlist**  (12 videos)   maximotv


### comedy central    85 videos
Sept 23 Jeff Dunham Comedy Central Premiere (3:21)
Laughter for Life - Comedy Central - Marcus (8:55)
Jamie Foxx Destroys Doug Williams in Comedy Roast (5:28)
**Playlist**  (85 videos)   ozzynrvn


### Comedy central-DeNiro vs Rocky
**Comedy central**....

1 year ago    15,495 views    ifgodss


### Sept 23 Jeff Dunham Comedy Central Premiere
Highlight video of Jeff Dunham's 2nd **Comedy Central** special, "Spark of Insanity". This 90 minute version will be aired ONE night ONLY, Sunday ...

1 year ago    2,310,394 views    rusty6of6


### ANT Comedy Central Comedian Funny!!!!!
Alternate ending logo

11 months ago    23,273 views    booklivecomedy


### Sarah Silverman's "Demented" Comedy
Katie Couric sat down for a recent interview with Comedienne Sarah Silverman. The two discussed her **Comedy Central** show "The Sarah Silverman ...

10 months ago    157,225 views    KatieCouric


### Sir General Pervez Musharraf at Comedy Central !
Great leader and Army Chief in the history of Pakistan. Former president Sir General Pervez Musharraf having very informal & a bit funny Q&A at ...

3 months ago    8,708 views    mraza82


### Comedy Central ROAST of JOAN RIVERS July 26, 2009
www.maximotv.com **Comedy Central** 'Roast of Joan Rivers' Red carpet at CBS Studios in Studio City,Ca July 26, 2009 Interviews with Tom Arnold ...

3 weeks ago    28,325 views    maximotv


### Comedy Central - Jimmy Carr (Part 1)
A Live (obviously) performance of Jimmy Carr in New York peforming on the **Central Comedy** Programme. An excellent listen - will make you laugh ...

1 year ago    143,595 views    gmcaveety93


### Comedy Central 'Roast of Larry The Cable Guy' March 1, 2009

**Highly Confidential**

VIA14375205


www.maximotv.com Exclusive interviews with Gary Busey, Iliza Schlesinger, Maureen McCormick, Kyle Cease, Nick DiPaolo, India De Beaufort, Marques ...
5 months ago    62,614 views    maximotv


Jasper Redd Stand Up Comedy
as the name says

2 years ago    143,292 views    sevenup7777777


Delusions of Grandeur                                          Promoted Videos
"bathtub band" episode 1 thoughts by Megan and Lindsay.

5 months ago    1,014 views    lnel44

Also try:  comedy central presents    demetri martin comedy central    katt williams    katt williams american hustle
     

Pages: **1** 2 3 4 5 6 7 ... Next

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

| comedy central | | | | Search |
|---|---|---|---|---|
| YouTube | Programs | Help | Policy | Discover |
| Contact Us | Advertising | Help Resources | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | | | TestTube |

Current Location: **Worldwide**  Show locations                                    **Add YouTube to your Google homepage**
Current Language: **English**  Show languages

© 2009 YouTube, LLC

**Highly Confidential**                                                                                                                    VIA14375206