| anchorman | Search　　　Create Account or Sign In

Home　Videos　Channels　Shows　　　Subscriptions　History　Upload

"anchorman" results **1 - 20** of about **4,720**

All　Channels　Playlists　　Sort by: Relevance　Uploaded: Anytime　Type: All　　Advanced Options

Also try: **afternoon delight**　　　Wonder Wheel


**Best of Anchorman**　　　Promoted Videos
i put together a collection of my favourite **anchorman** clips

1 year ago　209,036 views　loopdiloop89


The T-Mobile® myTouch™ 3G
Available Now at T-Mobile.com!
Order Today and Get Free Shipping.
LonelyPlanet


**Anchorman** Trailer
Original **Anchorman** Trailer EDIT: I didn't make this trailer it was the original theatrical trailer.

1 year ago　130,472 views　priest99


Work with Will Ferrell
And Adam McKay - the FOD Team!
Enter this Short Film Contest Now.
LetsGoViral


**anchorman** movie fight scene
ha ...

6 months ago　51,962 views　pocketsnzl

When in Rome
Yankin' it in Europe
American Guide to Studying Abroad
2 months ago　　　252 views
　　　artifex85


**Anchorman**
The original audition tapes for ESPN

3 years ago　767,905 views　Sobe58


**Anchorman**-Afternoon Delight
If you dont think this is the best song ever.....I will fight you

3 years ago　883,213 views　justblaze8887


**Anchorman** -Wake Up, Ron Burgundy: The Lost Movie pt 4
**Anchorman** - Wake Up, Ron Burgundy: The Lost Movie pt 4 www.imdb.com

1 year ago　232,585 views　afay

Playlist Results for **anchorman**


**Anchorman** -Wake Up, Ron Burgundy: The Lost Movie　12 videos
　**Anchorman** -Wake Up, Ron Burgundy: The Lost Movie pt 2 (9:52)
　**Anchorman** -Wake Up, Ron Burgundy: The Lost Movie pt 3 (9:55)
　**Anchorman** -Wake Up, Ron Burgundy: The Lost Movie pt 4 (9:41)
Playlist　12 videos (play all)　BRASHIERRENEE


SP by Odion
sex panther by odion ... **anchorman** ...

1 year ago　64,576 views　kbthrilla15


**Anchorman** -Wake Up, Ron Burgundy: The Lost Movie pt 2
Wake Up, Ron Burgundy: The Lost Movie Part One : www.youtube.com Copyright of this, and all of my videos, goes to Paramount. www.imdb.com

1 year ago　249,929 views　afay


The Top Ten Lines from **Anchorman**-The Legend of Ron Burgundy
I Love Lamp!!! classic line from Brick

1 year ago　118,085 views　GodzillaMysterio415


**Anchorman** -Wake Up, Ron Burgundy: The Lost Movie pt 1
The first part of the **Anchorman** -Wake Up, Ron Burgundy: The Lost Movie.

2 months ago　12,105 views　sarmenia

**Highly Confidential**　　　VIA14375664

Also try:

**Anchorman** 2    8 videos
- **Anchorman** - Wake Up, Ron Burgundy: The Lost Movie pt 9 (8:45)
- **Anchorman** - Wake Up, Ron Burgundy: The Lost Movie pt 8 (9:48)
- **Anchorman** - Wake Up, Ron Burgundy: The Lost Movie pt 7 (9:42)

**Playlist**    8 videos (play all)    gorey100

The Best of Brick Tamland
every scene he's in. --No copyright infringement intended.-- ... **Anchorman** The Legend of Ron Burgundy Brick Tamland Steve Carell Tribute Best ...
1 year ago    582,430 views    jedimaster456

**Anchorman** Burrito scene - high speed
look at the title
2 years ago    488,235 views    A7Xisdabomb

HMHB - Bob Wilson **Anchorman**
The No.1 hit record Bob Wilson, **Anchorman** by the band Half Man Half Biscuit
1 year ago    2,999 views    rebelbiscuit

Chali 2Na & Dan The Automator - **Anchorman**
Dan The Automator live with Chali 2Na performing "**Anchorman**" from the 2K7 album on Decon. Filmed at the El Rey theatre in Los Angeles.
Translate
2 years ago    29,144 views    SeeYouL8r

Lamp
I love Lamp ... Lamp Brick ...
3 years ago    223,716 views    saviormachine

An "**Anchorman**" Hair Transplant--Results
Palm Beach-Florida news anchor and hair loss sufferer, Jim Abath, undergoes a hair transplant procedure with Dr. Bauman. Several other hair loss ...
2 years ago    148,678 views    alanbauman

Lego **Anchorman**: Afternoon Delight
Visit www.monscooch.wordpress.com for more **Anchorman** The Legend Of Ron Burgandy: The Afternoon Delight scene This film was made as part of the NUI ...
2 years ago    127,216 views    PedroMonscooch

**Anchorman** Recut
haha
2 years ago    33,307 views    jrig11

**Anchorman** Donates Kidney
LA **Anchorman**, Phillip Palmer, donates his kidney to friend and KABC-TV colleague, Dale Davis.
2 years ago    1,632 views    cchenactor

Slic B. "The **Anchorman**"
Directed, Edited, & Shot By: "S.Mar.T" Shawn Marcus & "DJ Funky" Darryl James
1 year ago    2,735 views    djfunkyatl

Promoted Videos

The T-Mobile® myTouch™ 3G
Available Now at T-Mobile.com! Order Today and Get Free Shipping.

LonelyPlanet

**afternoon delight**

Pages: 1   2   3   4   5   6   7   ... Next

**Highly Confidential**     VIA14375665

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

 Try YouTube in a new web browser! **Download Google Chrome**

anchorman   [Search]

| YouTube | Programs | Help | Policy | Discover |
|---|---|---|---|---|
| Contact Us | Advertising | **Get Help** | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | | | TestTube |

Current Location: **Worldwide**   Show locations          Add YouTube to your Google homepage
Current Language: **English**   Show languages

© 2009 YouTube, LLC

Highly Confidential    VIA14375666