| blue hawaii | Search    **Create Account** or Sign In

Home   Videos   Channels   Shows     Subscriptions   History   Upload

"**blue hawaii**" results **1 - 20** of about **3,110**

All   Channels   Playlists     Sort by: Relevance    Uploaded: Anytime    Type: All     Advanced Options

Sponsored Links
**"Blue Hawaii" DVD**
(1961) Musical with Elvis Presley.
1000s of titles not found elsewhere
MoviesUnlimited.com


Vikingarna - **Blue Hawaii**
maybe the greatest song ever
Translate
1 year ago    196,742 views    vik60

**Blue Hawaii**
Find **Blue Hawaii** at Target.
Shop and Save at Target.com.
www.Target.com


Elvis **Blue Hawaii**
elvis **Blue hawaii** movie pictures
Translate
1 year ago    142,809 views    elvisdreamgirl

**Blue Hawaii**
Turner Classic Movies Official Site
Classic Titles on DVD - All Genres!
www.TCM.com


Elvis in **Blue Hawaii** Music Video
I've been making a music video including clips from almost all of Elvis' movies (I'm using around 30 of them) but I figured I'd put out one from **...**
Translate
1 year ago    21,221 views    LuLu615


No More - Elvis Presley
Film **Blue Hawaii ...** More Elvis Presley **blue hawaii ...**
Translate
11 months ago    48,466 views    vinsmarti


Billy Vaughn - **Blue Hawaii**
**Blue Hawaii**

1 year ago    85,667 views    kotetu1011


**Blue Hawaii** by Elvis Presley
From the Elvis Presley movie **Blue Hawaii**. All my thanks to my wife, Toni - Dayniac4324 - for helping me make my very first video. I hope you enjoy!
Translate
8 months ago    18,265 views    dlpine71


Elvis - **Blue Hawaii**.
From the movie of the same name.

5 months ago    2,296 views    videomolly


**Blue Hawaiian** Moon guitar
**Hawaii**

2 years ago    36,143 views    frangipane1


Elvis - **Blue Hawaii**
**Blue Hawaii** song
Translate
1 year ago    17,191 views    tocorte


Brian Wilson - In **Blue Hawaii**
The sixteenth track from the Brian Wilson album "SMiLE" from 2004.

1 year ago    6,728 views    Alixx2

Playlist Results for **blue hawaii**


Elvis ムービー シーン ,62    61 videos
- Elvis - **Blue Hawaii** (1:40)
- Moonlight Swim - Film **Blue Hawaii** - Elvis Presley (1:51)
- Elvis **Blue Hawaii** (2:45)

**Playlist**    61 videos (play all)    bs88bs88

**Highly Confidential**     VIA14375611



| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | | | TestTube |

Current Location: **Worldwide**  Show locations  **Add YouTube to your Google homepage**
Current Language: **English**  Show languages

© 2009 YouTube, LLC

**Highly Confidential**  VIA14375613