

| behind the music | Search |

Home  Videos  Channels  Shows

Create Account  or  Sign In

Subscriptions  History  Upload

"**behind the music**" results **1 - 20** of about **261,000**

All  Channels  Playlists       Sort by: Relevance   Uploaded: Anytime   Type: All       Advanced Options

Playlist Results for **behind the music**                                                                    Promoted Videos


**Behind The Music**   16 videos
- Poison **Behind The Music** part 1 (9:22)
- POISON **BEHIND THE MUSIC** part 2 (9:25)
- POISON **BEHIND THE MUSIC** part 3 (9:25)

**Playlist**   16 videos (play all)   JustinEarnshaw

"Beaterator" - PSP & PSN
Features original **music** produced by
Timbaland and Rockstar. Watch now!
RockstarGames


Steel Panther - **Behind The Music**: Uncensored
**Music** video by Steel Panther performing **Behind The Music**: Uncensored with
Michael Alperowitz [Video Director], Michael Alperowitz [Video Producer ...
6 months ago   34,826 views   universalmusicgroup

Get free tickets to the
next Mark and Estel show
subscribe to markandestel
2 months ago                        1,267 views
                                    markandestel


"Watina": A Look **Behind the Music** of Andy Palacio
A visual presentation of the new album by Andy Palacio & the Garifuna Colelctive
entitled "Watina". Formed by members of the unique African ...
2 years ago   66,343 views   jacobbogie


"Any Man"
Performed by Rocco DeLuca and
the Burden - Mercy Tour 2009
3 months ago                        3,067 views
                                    RoccoDeLucaLive


Megadeth **Behind the music**   9 videos
- Megadeth documentary (Part 1 of 11) (7:45)
- Megadeth documentary (Part 3 of 11) (4:59)
- Megadeth documentary (Part 4 of 11) (6:24)

**Playlist**   9 videos (play all)   rikyvalli


LEAVE THE WORLD **BEHIND** - OFFICIAL **MUSIC** VIDEO (AXWELL,
INGROSSO, ANGELLO, ...
Leave The World **Behind** - Official **Music** Video. The Swedish House Mafia, Dutch
wonder Laidback Luke and Canadian vocalist Deborah Cox have teamed ...
2 months ago   447,038 views   Axwellofficial


Alec John Such - **Behind the music**
Bon Jovi are talking about Alec why he was fired from the band

2 years ago   30,258 views   LoveYouAlec


The Vandals "**Behind The Music**"
Live At The House Of Blues in Anaheim, OC, The Vandals perform "**Behind The
Music**" from the 2000 album "Look What I almost Stepped In." This was ...
2 years ago   14,438 views   joeescalante


POISON **BEHIND THE MUSIC** part 2
the second part of **behind the music** esta es la segunda parte

1 year ago   29,014 views   ccbsg


Crystal King - Ai Wo Torimodose (**Behind The Music**)
Ai Wo Torimodose (**Behind The Music**)

2 years ago   18,279 views   HangPC2


Demons **Behind The Music** Industry (Ex Illuminati explains)
You can still see my videos at livevideo.com under the name SUPERFIRE702
www.livevideo.com John Todd, former member of the Illuminati and **music** ...
1 year ago   142,576 views   spiritroar

Green Day - **Behind The Music** (Part 1)
Green Day's 1-hour VH1 "**Behind The Music**" special.

4 months ago   11,427 views   GreenDayNet

Highly Confidential                                                                                   VIA14375671

Triple J TV: **Behind The Music**, Bluejuice
Sam Simmons takes you **behind the music** with Bluejuice.

Pages: 1 **2** 3 4 5 6 7 ... Next

8 months ago    2,142 views    EntertainmentOnABC

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

Queen Pen - Man **Behind The Music**
**Music** video by Queen Pen performing Man **Behind The Music** (C) 1997 Interscope Records

3:39     2 years ago    14,453 views    universalmusicgroup

NKOTB **Behind** The Scenes The Block Pt1 **Behind the Music** New Kids on the Block
New Kids on the Block **Behind** the Scenes bonus dvd from the deluxe edition of The Block

9:59     10 months ago    36,574 views    prewittj1

DOAP NIXON - **BEHIND THE MUSIC**
DOAP NIXON - **BEHIND THE MUSIC**

4:05     1 year ago    20,471 views    digitalhustlefilms

Vh1: **Behind The Music** - PanterA (1/5)
Part 1 of 5 History of PanterA

9:50     1 month ago    4,870 views    Zuberzuber

Vh1: **Behind The Music** - PanterA (2/5)
Part 2 of 5. History of PanterA. Metal legend of all time. enjoy
Translate

9:46     1 month ago    4,040 views    Zuberzuber

GEORGE MICHAEL **BEHIND THE MUSIC** PART4 // END
VH1 DOCUMENTARY
Translate

10:32     2 weeks ago    1,790 views    WILFRIEDMONT74

**BEHIND THE MUSIC** THAT SUCKS: 50 Cent
It's a tale of two fitties as Mr. Cent gets rich and dies sucking.

3:07     8 months ago    3,525 views    heavy

Green Day - **Behind The Music** (Part 2)
Green Day's 1-hour VH1 "**Behind The Music**" special.

5:03     4 months ago    8,427 views    GreenDayNet

Green Day - **Behind The Music** (Part 3)
Green Day's 1-hour VH1 "**Behind The Music**" special.

6:09     4 months ago    8,567 views    GreenDayNet

Green Day - **Behind The Music** (Part 4)
Green Day's 1-hour "**Behind The Music**" special.

5:48     4 months ago    9,577 views    GreenDayNet

"Beaterator" - PSP & PSN       Promoted Videos
Features original **music** produced by Timbaland and Rockstar. Watch now!
RockstarGames

Try YouTube in a new web browser! **Download Google Chrome**

behind the music     [Search]

YouTube     Programs     Help     Policy     Discover

| Contact Us | Advertising | **Get Help** | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | | | TestTube |

Current Location: **Worldwide**   Show locations              **Add YouTube to your Google homepage**
Current Language: **English**   Show languages

© 2009 YouTube, LLC

**Highly Confidential**                                        VIA14375673