| daria college | Search | Create Account or Sign In

Home　Videos　Channels　Shows　　　　　　　　　　　　　　　　　　Subscriptions　History　Upload

"daria college" results **1 - 20** of about **43**

All　Channels　Playlists　　　　Sort by: Relevance　Uploaded: Anytime　Type: All　　　　Advanced Options


Dar1a Is it **college** yet 1-8
Song list www.outpost-**daria**.com
6 months ago　15,529 views　eedwardgrey2


Is It **College** Yet? opening scene
Opening scene of the Is It **College** Yet? movie starring **Daria**.
1 month ago　811 views　Overloled

Playlist Results for **daria college**


**Daria college** yet　8 videos
- Dar1a Is it **college** yet 4 8 (10:04)
- Dar1a Is it **college** yet 5 8 (10:49)
- Dar1a Is it **college** yet 2 8 (10:08)
**Playlist**　8 videos (play all)　TheAleta1


IICY　7 videos
- Dar1a Is it **college** yet 5 8 (10:49)
- Dar1a Is it **college** yet 6 8 (8:54)
- Dar1a Is it **college** yet 2 8 (10:08)
**Playlist**　7 videos (play all)　nanakk


**Daria** Tribute - Amv
Pictures: sc.deviantart.com A retrospective of the great TV series "**Daria**", included the two movies, with the three songs of Splendora that makes ...
8 months ago　32,376 views　crewfreaky


**Daria**! 1/2
**Daria**! The songs from the musical episode of **Daria** I do not own **Daria**, or the music For all your **Daria** needs: www.outpost-**daria**.com Check out this ...
1 month ago　1,891 views　smilyhat


**Daria** Rabotkina- piano
**Daria** Rabotkina, winner of the 2007 Concert Artists Guild International Competition, has been lauded as a pianist full of fire and warmth (The ...
Translate
1 year ago　6,300 views　ConcertArtistsGuild


Dar1a Is it **college** yet 8 8
Song list www.outpost-**daria**.com
6 months ago　12,974 views　eedwardgrey2


Dar1a Is it **college** yet 5 8
Song list www.outpost-**daria**.com
6 months ago　11,836 views　eedwardgrey2


Dar1a Is it **college** yet 2 8
Song list www.outpost-**daria**.com
6 months ago　12,917 views　eedwardgrey2


Dar1a Is it **college** yet 7 8
Song list www.outpost-**daria**.com
6 months ago　10,672 views　eedwardgrey2


Advertisement

Sponsored Links
**Daria College** at Amazon
Save on **daria college**!
Qualified orders over $25 ship free
Amazon.com

**Highly Confidential**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　VIA14375620



Dar1a Is it **college** yet 3 8
Song list www.outpost-**daria**.com

6 months ago    11,638 views    eedwardgrey2

Pages: 1  2  3  Next

Some search results have been omitted that contain duplicates.
If you like, you can repeat the search with the omitted results included

Dar1a Is it **college** yet 6 8
Song list www.outpost-**daria**.com

6 months ago    11,816 views    eedwardgrey2

Dar1a s01e03 **College** Bored 2-2
Song list www.outpost-**daria**.com With thanks to Nabbla for editing.

1 month ago    5,538 views    eedwardgrey2

**Daria** Winnicka - Admissions Representative
**Daria** Winnicka, Admission Representative at Sherman **College**

7 months ago    178 views    shermancollege

**College** Life Season2 Ep3- "Lies"
**Daria** heads out to Samanthas art gallery,not knowing who she is. Blade meets up with his old friend alex. Real short ep. working on the next.

2 years ago    5,057 views    circlescircus

Russian Student **Daria** talks about Leeds English School
**Daria** talks about her time at Leeds English Language School. She went on to study at Notre Dame **College** to take A levels and is now studying for **...**

1 year ago    480 views    leedsenglish

Tremendous **Daria** Hot Sexy XXX Uncensored Kissing Video.
I found it difficult to penetrate her although she was thoroughly lubricated. Her breasts felt full and her nipples became as hard as bullets and **...**

8 months ago    26,154 views    adamopp112

**Daria**-Mystik Spiral-Trent-Best Bits 1/2
Mystik Spiral from MTVs **Daria** Best Bits For all your **Daria** needs: www.outpost-**daria**.com For all your Sick Sad World needs: ssw.ssw.net Check out **...**

2 weeks ago    185 views    smilyhat

Dar1a s01e03 **College** Bored 1 2
Song list www.outpost-**daria**.com With thanks to Nabbla for editing

1 week ago    839 views    eedwardgrey2

Dar1a Is it **college** yet 4 8
Song list www.outpost-**daria**.com

6 months ago    11,542 views    eedwardgrey2

**College** Life Season2 Ep1- "Romance?"
Some of the gang,and what they're up to. its been two years since we last seen them in **college**.Megan and Jack are engage,Blade is still with Sam **...**

2 years ago    9,026 views    circlescircus

Try YouTube in a new web browser! **Download Google Chrome**

daria college    [Search]

| YouTube | Programs | Help | Policy | Discover |
|---|---|---|---|---|
| Contact Us | Advertising | **Get Help** | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | | | TestTube |

Current Location: **Worldwide**   Show locations                                                           **Add YouTube to your Google homepage**
Current Language: **English**   Show languages

© 2009 YouTube, LLC

**Highly Confidential**                                                                                                      VIA14375622