grease     [Search]     Create Account   or   Sign In

Home   Videos   Channels   Shows                    Subscriptions   History   Upload

"grease" results **1 - 20** of about **46,800**

All     Channels     Playlists          Sort by: Relevance     Uploaded: Anytime     Type: All          Advanced Options

Also try:  grease **we go together**     **summer lovin** grease     grease **lightning**     grease **summer nights**     **summer night**     **john travolta**          Wonder Wheel

     **Grease** - John Travolta & Olivia Newton youre the one that I want                                    Promoted Videos
            Movie: **Grease** Year: 1978 uk.imdb.com Song: John Farrar (music and lyrics), John
            Travolta & Olivia Newton-John (singing)- "YOU'RE THE ONE THAT I ...
                    1 year ago     984,138 views     MysticWindENT                      T-Mobile® myTouch™ 3G
                                                                                                              Available Now Only at T-Mobile-
                                                                                                              Get Yours Today for Just $199.99!
                                                                                                              LonelyPlanet

     **Grease** Lightning
            **Grease** Lightning!
                                                                                                   Rachel Zoe Project
                    1 year ago     914,018 views     Justinacefire1                                           Tune to Bravo's Rachel Zoe
                                                                                                              Project Mondays at 10/9c and Vote!
                                                                                                              1 week ago                13,104 views
                                                                                                                                           BravoTV

     Opening Credits to **Grease**
            Opening Credits to **Grease**
                                                                                                   Modern Family Preview
                    2 years ago    322,070 views     keempoo                                                  Vote Now For Your Favorite Fall
                                                                                                              Shows Including ABC's Modern Family
                                                                                                              2 weeks ago               12,828 views
                                                                                                                                        ABCNetwork

     **Grease** - Look at me, I'm Sandra Dee
            Stockard Channing singing 'Look at me, I'm Sandra Dee' in **Grease**, the movie. Look
            at me, I'm Sandra Dee Lousy with virginity Won't go to bed 'til ...
                    10 months ago     488,870 views     nilsolgersson

Recent Videos for **grease**

     DUNCAN JAMES ET AL                       Skittles **Grease**
            PART 01 **GREASE** THE
            SCHOOL MUSICAL 30 08
            09                                                               6 days ago
            2 days ago                                                       bebo199
            HHHCrew69

See more recent videos for **grease** »

     **GREASE** -There are Worse Things I Could Do
            Rizzo (Stockard Channing), the dissolute girl, Pink Ladies' leader of the famous
            musical
                    1 year ago    265,487 views     ellaround

Playlist Results for **grease**

     **Grease** Stuff    42 videos
            • **Grease** - Summer Nights (4:54)
            • **Grease** - We Go Together (3:11)
            • **Grease**- Sandy and Danny (3:07)
            Playlist     42 videos (play all)     MamaLove11

     **GREASE**!!!    37 videos
            • **Grease**:YTOTIW Endless Love Austin Ashley Max Laura 3/18/07 (3:31)
            • **Grease** Final 14 Performance Recap (3:59)
            • **Grease**:YTOTIW Hopelessly Devoted to You Ashley Laura 3/18/07 (3:22)
            Playlist     37 videos (play all)     japaneesegirl

     Olivia Newton-John - The **Grease** Mega-Mix: Video
            Music video by Olivia Newton-John performing The **Grease** Mega-Mix: Video (C)
            1990 Polydor Ltd. (UK)
                    11 months ago    31,158 views     universalmusicgroup

     **Grease** - 2008 Tony Awards
            62nd Annual Tony Awards. Best Revival of a Musical nominee, "**Grease**". (yes,
            again)
                    1 year ago    160,006 views     buttertartlover

     **Grease** lightning with lyrics
            Why this car could be systematic hydromatic ultramatic Why it could be **grease**
            lightning (**Grease** lightning) We'll get some overhead lifters and ...

**Highly Confidential**          VIA14375635

1 year ago   840,317 views   helenkw11          Also try:

**Grease** - you are the one that i want
greasee lo mejor ioo amo a sandyyyy 2 jaja chiste lokal jaj

1 year ago   126,370 views   lifeinwhite

beauty school drop out **grease**
**grease** the movie- beauty school drop out a great movie.

1 year ago   222,687 views   ronsmith779

**Grease** - We Go Together
song-We Go Together sung by-The Cast Of **Grease** pictures from the movie

2 years ago   5,382,958 views   perfectprincess365

**Grease** - Summer Nights Lego Stop Motion Animation
My dissertation stop motion animation... A recreation of the song Summer Nights from **Grease** using Lego.

2 years ago   1,163,437 views   demondoggz

Karaoke - **Grease** - Summer Nights
Have Fun :) There isn't a instrumental :] But it's still karaoke! I'M SORRIII! And show me, how you sing the song!

2 years ago   1,378,859 views   KaraokeMe

**Grease** trailer
this is the best movie ever... john travolta looks so good in this movie...so hard to belive that's really him in hairspray.

2 years ago   1,381,649 views   bptzfinestprincess

Bee Gees - **Grease** (live, 1997)
The Bee Gees during their One Night Only tour at the MGM Grand in Las Vegas.

3 years ago   1,589,968 views   raymondje

Frankie Valli - **Grease** (1978 Clip)
RSO HQ Playback

2 years ago   538,347 views   skytrax1

**Grease** - Cast Interviews Part 1
**Grease** is an energetic and exciting musical homage to the age of rock 'n' roll. As part of the 20 year anniversary the cast members talked about ...
Translate

2 years ago   252,560 views   nicannhat

**Grease**- Sandy and Danny
It's some pics from the movie **grease** and the song you are the one that i want it's from the movie yeah i didn't make **grease**... just think about it ...

2 years ago   3,545,464 views   Sasukekyofan

T-Mobile® myTouch™ 3G          Promoted Videos
Available Now Only at T-Mobile- Get Yours Today for Just $199.99!

LonelyPlanet

grease **we go together**   summer lovin grease   grease lightning   grease summer nights   summer night   john travolta

Pages: 1 2 3 4 5 6 7 ... Next

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

Try YouTube in a new web browser! **Download Google Chrome**

| | | | | |
|---|---|---|---|---|
| grease | | | Search | |
| YouTube | Programs | Help | Policy | Discover |
| Contact Us | Advertising | **Get Help** | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | | | TestTube |

Current Location: **Worldwide**   Show locations         **Add YouTube to your Google homepage**
Current Language: **English**   Show languages

© 2009 YouTube, LLC

**Highly Confidential**    VIA14375637