honeymooners  [Search]   Create Account or Sign In

Home  Videos  Channels  Shows                      Subscriptions  History  Upload

"**honeymooners**" results **1 - 20** of about **25,600**

All   Channels   Playlists         Sort by: Relevance   Uploaded: Anytime   Type: All              Advanced Options

Also try: **jackie gleason**                                                                       Wonder Wheel

Sponsored Links


Best of the **Honeymooners** 1
Classic **honeymooners** funny moments
6 months ago   14,683 views   KingJamesBible

**Honeymoon** Pkg. Included
Hot New Promotions at Sandals
Luxury Included® Resorts. Book Now!
www.Sandals.com

The **Honeymooners** on DVD
Own all 39 **Honeymooners** Episodes
on DVD. Free Shipping & Gift Wrap!
TheClassicTheater.com/Honeymooners


Best of the **Honeymooners** 2
More **honeymooners** classic comedy
6 months ago   9,099 views   KingJamesBible

**Honeymoon** Vacations
Many Destinations Avail. w/Package
Deals-$200 Savings now Available
www.EpicureanTours.com


The **Honeymooners** | Ralph Learns to Play Golf
From the Classic 39, Episode 3: "The Golfer"
6 months ago   10,264 views   shawh

Funjet Vacation Agent
Save on Trips for Families, Couples
Caribbean, Beach, Cancun, Sun, More
www.funjet.com/index.asp?plCode=166


The **Honeymooners**: Brother Ralph
Ralph is laid-off. Alice has an idea on how to make money in the meantime, but Ralph is not happy with the idea. Digital Images Toronto Public ...
1 year ago   10,304 views   DigitalImagesToront

**Honeymoon** Guru, LLC
Customizing **Honeymoons** For Greater
Austin, Texas Area
www.yourhoneymoonguru.com

Cheap **Honeymoon** Packages
Select Your **Honeymoon** Vacation Now!
Select Your **Honeymoon** Vacation Now.
HoneymoonVacationPackage.info


The **Honeymooners** - New Year's Eve Party 1/5 (1953)
Part 2 - www.youtube.com It's Christmas Eve. Alice is decorating the tree and setting out holiday refreshments. Ralph comes home with potato salad ...
6 months ago   6,648 views   classicmagicbox

2nd **Honeymoon** Getaway
Secluded in the beautiful rolling
hills of Indiana. More info here.
www.frenchlick.com/Honeymoon


The **Honeymooners** Original 1956 Opening
The **Honeymooners** original network opening, sponsor spot and closing from 1956. From one of the classic 39.
7 months ago   8,740 views   NTSTV

Romantic **Honeymoon** Resort
All Inclusive Romantic Getaway
Celebrate Your Love in Paradise!
www.TurtleFiji.com


Best of the **Honeymooners** 3
More classic **honeymooners** comedy
6 months ago   5,141 views   KingJamesBible


The **Honeymooners** - Letter to the Boss 1/5 (1953)
Part 2 - www.youtube.com Ralph comes home in a rage; after driving a bus for the Gotham Bus Company for nine years, he's been told to turn in his ...
6 months ago   4,184 views   classicmagicbox


1950's Television: "The **Honeymooners**" on DuMont Television Network
1950's Television: A early "**Honeymooners**" sketch with Jackie Gleason, Art Carney and Pert Kelton. This sketch aired on the DuMont Television ...
7 months ago   6,985 views   MattTheSaiyan


The **Honeymooners** LOST EPISODE The Prowler pt. 1
Ralph is ready to defend hearth and home when word about a prowler spreads through the neighborhood.
2 months ago   2,029 views   fullgrownnut


The **Honeymooners** - funny moments
ed refusing to apologise
1 year ago   29,205 views   mrwrister


**Honeymooners** '93 Episode 1

**Highly Confidential**                                                                      VIA14375638

In Living Color version of The **Honeymooners**
9 months ago    2,557 views    laughvids

Also try:

**Playlist Results for honeymooners**

TV    53 videos
- Best of the **Honeymooners** 2 (9:15)
- The **Honeymooners** - New Year's Eve Party 1/5 (1953) (7:26)
- The **Honeymooners** Christmas Party part 1 - Lost Episode (1:40)

**Playlist**    53 videos (play all)    bronxmamaof3

THE **HONEYMOONERS** - RALPH KRAMDEN SAYS HARDEE HAR HAR
One of numerous Ralph Sayings! Sorry for poor quality of video clips; no time to redo.
2 years ago    11,060 views    WingThaiJ

Golden Girls and **Honeymooners**    113 videos
- Golden Girls (S2) - "Vacation" pt.1/3 (9:22)
- Golden Girls (S2) - "Vacation" pt.2/3 (8:24)
- Golden Girls (S2) - "Vacation" pt.3/3 (6:22)

**Playlist**    113 videos (play all)    Shilpusuresh

The **Honeymooners** Christmas Party part 1 - Lost Episode
This is a scene from The Honeymooner's Lost Episode Christmas Party which first aired December 12, 1953 starring Jackie Gleason, Audrey Meadows ...
1 year ago    10,067 views    fullgrownnut

**Honeymooners** Original Opening
The original opening for the classic TV show "The **Honeymooners**". During the original broadcasts. Starring Jackie Gleason & Art Carney. Brought to ...
1 year ago    10,619 views    jiltedromeo

The **Honeymooners** Christmas Party part 2 - Lost Episode
This is a scene from The Honeymooner's Lost Episode Christmas Party which first aired December 12, 1953 starring Jackie Gleason, Audrey Meadows ...
no rating    1 year ago    6,919 views    fullgrownnut

**HONEYMOONERS** GET CAUGHT!!!
Oh my GOD!!! You have to see this to believe it!!!
1 year ago    112,930 views    romeocandido

Classic **Honeymooners** Golf Scene
Classic scene with Jackie Gleason & Art Carney.
10 months ago    11,380 views    GrandStrandGolfNews

**Honeymooners** The Hypnotist Clip 3
This is one of the funniest part of this episode were Alice gets hypnotized.
4 months ago    3,654 views    ethetoy2

Hottest ever indian **honeymoon** (24desi.com)
shuhagraat of an indian mallu aunty
2 months ago    62,810 views    varunsegam

jackie gleason

Pages: 1  2  3  4  5  6  7  ...  Next

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

Try YouTube in a new web browser!  **Download Google Chrome**

| | | honeymooners | Search | |
|---|---|---|---|---|
| YouTube | Programs | Help | Policy | Discover |
| Contact Us | Advertising | **Get Help** | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | | | TestTube |

Current Location: **Worldwide**   Show locations                              **Add YouTube to your Google homepage**
Current Language: **English**   Show languages

© 2009 YouTube, LLC

**Highly Confidential**	VIA14375640