tropi Search

Create Account or Sign In

Subscriptions History Upload

Hon

tropic thunder Suggestions
tropic thunder tom cruise
tropical thunder
tropic thunder trailer
tropic thunder tom cruise dance
tropical panama
tropicana
tropicalisimo apache
tropical
tropic thunder soundtrack
close

## Videos Being V

edit

about you episode 7

Patricia Heaton Fails at Math - Funny - Who Wants...
9,723 views
mecha03

Townhall Protest Liberal Left Lies & Assault A Disabled W...
218,365 views
InflationUS

Big Brother 11 - Episode 18 - Part 2/5
12,786 views
Quirkydude

## Featured Videos

PERSONA trailer
3 weeks ago
3,566 views
theauteurscinema

エントリー動画「心に残る鉄道風景」部門
3 weeks ago
21 694 views
ImpressJapan

Al Gore on Laura and Euna's Retu...
1 week ago
9,462 views
Current

Pavitra Rishta Promo 6
12 hours ago
429 views
zeetv

Advertisement

Want to customize this homepage?
Sign In or Sign Up now!

You
The. Battle. Is. On.
Help us get the #1 fan page on Facebook. Join now.

Tune in to Music Tuesdays
A weekly dose of must-see music videos on YouTube.

## Most Popular (view all)

### Entertainment

BRAD PITT ON * REAL TIME * PART 2 Au...
375,358 views
AngelinaJolieVI...

### Music

NEW SONG 2009: Chris Brown - Changed ...
519,737 views
ChrisBrownFM

### News & Politics

Townhall Protest Liberal Left Lies & ...
216,470 views
InflationUS

### Film & Animation

Bleach 233 English Sub Part 3/3 HQ
6,360 views
HollowIchigoBle...

### Sports

WWE RAW 8/17/09 PART 3/14
60,642 views
TeamRatedRKOv5

### Howto & Style

Quick Back 2 School Hair and Outfit
95,431 views
DulceCandy87

### Comedy

Derek IS! Therefore He Humps!!
79,630 views
PhilipDeFranco

### Gaming

FREEPORT CQB AIRSOFT SCOTLAND
8,271 views
scoutthedoggie

### What's New

Movie Trailers
Get a sneak peek into upcoming movies!

YouTube News
See the latest breaking news

Robot Chicken, Gossip Girl and Ellen Clips Coming Soon to YouTube
**Pop-culture-ridiculing dolls, beautiful backstabbers, and one of the most popular talk show hosts on TV are headed to YouTube, thanks to a new partnership announced today with Time Warne...**
Read more in our Blog

YouTube Reporters' Center
Learn how to report the news from the experts.

Liu
EXHIBIT NO. 13
11.13.09
A. IGNACIO HOWARD CSR 9830

Highly Confidential

## Most Viewed

The Guild - Do You Wanna Date My Avatar
965,888 views
watchtheguild

## Top Favorited

Understanding Automatic Door FAIL
228,462 views
failblog

Search

| YouTube | Programs | Help | Policy | Discover |
|---|---|---|---|---|
| Contact Us | Advertising | Help Resources | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | | | TestTube |

Current Location: **Worldwide** Show locations
Current Language: **English** Show languages

**Add YouTube to your Google homepage**

© 2009 YouTube, LLC

**Highly Confidential** **VIA14375229**