| daily | Search |
|---|---|

daily show
daily show jon stewart
daily smoker
dailymotion
daily show jim cramer
daily show sweden
daily show obama
daily show cramer
daily show with jon stewart
dailymotion.com

Suggestions    close

Home

Create Account  or  Sign In
Subscriptions  History  Upload

Show Ad

**Spotlight: Outside Lands**   edit

OutsideLands
This summer ... ancisco's Golden Gate Park. Click ... n some of the choicest moments so...

Want to customize this homepage?
Sign In or Sign Up now!


Voltron is now on YouTube
Watch five defenders of the universe join forces.
youtube.com/shows


Dave Matthews Band @ Outside Lands
15 hours ago
19,327 views
OutsideLands


Streetsweeper Social Club f/ Tom...
18 hours ago
14,341 views
OutsideLands


Thievery Corporation - Live @ Ou...
1 day ago
45,952 views
OutsideLands


Silversun Pickups - Live @ Outsi...
1 day ago
40,265 views
OutsideLands


POPTUB
We make YouTube videos about YouTube videos on YouTube. It's not that complicated.
youtube.com/poptub

**Videos Being Watched Now** (view all)   edit

1,000,000 Subscribers!!!
572,637 views
smosh


Michael Jackson still alive after helicopter transport to...
1,057,258 views
LosAngelesCot24


'Bacon is good for me!'
64,597 views
FlyLo123


Miley Cyrus - Live Today Show 8/28/09 - Party In The USA
19,917 views
EverythingMiley05

**What's New**

Movie Trailers
Get a sneak peek into upcoming movies!

YouTube News
See the latest breaking news

Vote on the No. 1 Video Vaccine
A month ago, U.S. Department of Health and Human Services (HHS) Secretary Katherine Sebelius put out a call asking you to raise awareness about how citizens can steel themselves against the H1N1 (a...

Read more in our Blog


Get the Latest News Every Day
Watch top headlines, breaking news, and stories captured by you.
youtube.com/news

**Featured Videos**


Congressional Colleagues On
3 hours ago
188 views
CBS


The KARAOKE Channel
1 month ago
16,092 views
TheKARAOKEChannel


First Look: Avatar
5 days ago
126,017 views
tvguide


E:60: Plaxico Burress Extended I...
4 days ago
2,767 views
ESPN

**Most Popular** (view all)

Entertainment


A Day in The Life of Dax Flame
241,434 views
TheStation

Music

MILEY CYRUS Party In The USA "Everyth...
689,933 views
BrittaniLouiseT...

News & Politics

Edward Kennedy Funeral

Film & Animation


Wizards Of Waverly

**Highly Confidential**                                                                                          **VIA14375363**

 Mass - Preside...
45,616 views
PoliticsNewsPol...

 Place: The Movie P...
9,153 views
RomezRokai123

### Sports

 WWE SmackDown 8/28/09 PART 6/9
59,992 views
TeamRatedRKOv5

### Howto & Style

 Happy Birthday! Michael Jackson Fashi...
199,383 views
MichellePhan

### Science & Technology

 PS3 Slim vs. PS3 Fat
105,505 views
jon4lakers

### Pets & Animals

 Mean Kitty VS Domo-Kun 8.27.09
69,252 views
TheMeanKitty

### Most Viewed

 THE DEATH GAME!!!!!
856,377 views
ShaneDawsonTV

### Top Favorited

 Selena Gomez and the Scene - Falling ...
371,204 views
SelGomez

[Search]

| YouTube | Programs | Help | Policy | Discover |
|---|---|---|---|---|
| Contact Us | Advertising | **Get Help** | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | | | TestTube |

Current Location: **Worldwide**  Show locations
Current Language: **English**  Show languages

Add YouTube to your Google homepage

© 2009 YouTube, LLC

**Highly Confidential**                                                                                                              VIA14375364