| south | Search |
|---|---|

| south park | Suggestions |
|---|---|
| south park episodes | |
| south park kanye west | |
| south park world of warcraft | |
| south park jonas brothers | |
| south park wheel of fortune | |
| south park songs | |
| south park guitar hero | |
| south park mexican | |
| south park obama | |

Hom...

Create Account or Sign In

Subscriptions　History　Upload

Show Ad

### Spotlight: Outs...

OutsideLa...
This summ... ...ancisco's Golden Gate
Park. Click ...n some of the choicest
moments s...

close

edit

Want to customize this homepage?
Sign In or Sign Up now!



**Move Over, Megan!**
We want to have the #1 fan page on Facebook. Join now and help us win.
facebook.com/youtube




**Dave Matthews Band @ Outside Lands**
15 hours ago
19,327 views
OutsideLands


**Streetsweeper Social Club f/ Tom...**
18 hours ago
14,341 views
OutsideLands


**Thievery Corporation - Live @ Ou...**
1 day ago
45,952 views
OutsideLands


**Silversun Pickups - Live @ Outsi...**
1 day ago
40,265 views
OutsideLands



**POPTUB**
We make YouTube videos about YouTube videos on YouTube. It's not that complicated.
youtube.com/poptub

### Videos Being Watched Now (view all)　　　　　　　　edit



How I permanently got rid of my acne
24,741 views
AllThatGlitters21


**Weeks Before Death, DJ AM: 'I'm Blessed, Alive'**
22,360 views
AssociatedPress


**Miley Cyrus - Live Today Show 8/28/09 - Party In The USA**
19,917 views
EverythingMiley05


**Justin Bieber - 102.7 Ryan Seacrest with rare photos! (:**
7,755 views
xellennxo7

#### What's New

**Movie Trailers**
Get a sneak peek into upcoming movies!

**YouTube News**
See the latest breaking news

**Vote on the No. 1 Video Vaccine**
A month ago, U.S. Department of Health and Human Services (HHS) Secretary Katherine Sebelius put out a call asking you to raise awareness about how citizens can steel themselves against the H1N1 (a...

Read more in our Blog



**YouTube Video Volunteers**
Join the Vlogbrothers and LisaNova. Use your video skills to make a difference.
videovolunteers

### Featured Videos


**Runescape Gods Exposed - Episode...**
1 week ago
198,826 views
machinima


**World of Warcraft Cataclysm Bliz...**
1 week ago
541,769 views
machinima


**Playstation 3 Slim Unboxing**
4 days ago
184,717 views
jon4lakers


**Gecko Feet Sticky from Gravity**
1 week ago
54,930 views
DiscoveryNetworks

### Most Popular (view all)

**Entertainment**


A Day in The Life of Dax Flame
241,434 views
TheStation

**Music**


MILEY CYRUS Party In The USA "Everyth...
689,933 views
BrittaniLouiseT...

**News & Politics**

Edward Kennedy Funeral

**Film & Animation**

Wizards Of Waverly

Highly Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　VIA14375413

 Mass - Preside...
45,616 views
PoliticsNewsPol...

 Place: The Movie P...
9,153 views
RomezRokai123

### Sports

 WWE SmackDown 8/28/09 PART 6/9
59,992 views
TeamRatedRKOv5

### Howto & Style

 Happy Birthday! Michael Jackson Fashi...
199,383 views
MichellePhan

### Comedy

 Stupid Mario Brothers - The Movie ACT...
97,593 views
Richalvarez

### Nonprofits & Activism

 MADONNA BOOED IN BUCAREST FOR
28,639 views
LeleneRomene

### Most Viewed

 THE DEATH GAME!!!!!
856,377 views
ShaneDawsonTV

### Top Favorited

 Selena Gomez and the Scene - Falling ...
371,204 views
SelGomez

Search

| YouTube | Programs | Help | Policy | Discover |
|---|---|---|---|---|
| Contact Us | Advertising | **Get Help** | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | | | TestTube |

Current Location: **Worldwide**   Show locations
Current Language: **English**   Show languages

Add YouTube to your Google homepage

© 2009 YouTube, LLC

**Highly Confidential**                                                                VIA14375414