comedy    Search      Create Account or Sign In

- comedy central
- comedy club
- comedy circus
- comedy central presents
- comedy movies
- comedy football
- comedy street
- comedy central roast
- comedy show
- comedy club russia

Suggestions    close

Home      Subscriptions   History   Upload

## Videos Being W...    edit


...about you episode 7

**Patricia Heaton Fails at Math - Funny - Who Wants...**
9,723 views
mecha03


**Townhall Protest Liberal Left Lies & Assault A Disabled W...**
218,365 views
InflationUS

**Big Brother 11 - Episode 18 - Part 2/5**
12,786 views
Quirkydude

### Featured Videos

  

**PERSONA trailer**
3 weeks ago
3,566 views
theauteurscinema

**エントリー動画「心に残る鉄道風景」部門**
3 weeks ago
21,694 views
ImpressJapan

**Al Gore on Laura and Euna's Retu...**
1 week ago
9,462 views
Current

**Pavitra Rishta Promo 6**
12 hours ago
429 views
zeetv

Advertisement


**The. Battle. Is. On.**
Help us get the #1 fan page on Facebook. Join now:
facebook.com/youtube

### Most Popular (view all)

**Entertainment**


BRAD PITT ON * REAL TIME * PART 2 Au...
375,358 views
AngelinaJolieVI...

**Music**


NEW SONG 2009: Chris Brown - Changed ...
519,737 views
ChrisBrownFM

**News & Politics**


Townhall Protest Liberal Left Lies & ...
216,470 views
InflationUS

**Film & Animation**


Bleach 233 English Sub Part 3/3 HQ
6,360 views
HollowIchigoBle...

**Sports**


WWE RAW 8/17/09 PART 3/14
60,642 views
TeamRatedRKOv5

**Howto & Style**


Quick Back 2 School Hair and Outfit
95,431 views
DulceCandy87

**Comedy**


Derek IS! Therefore He Humps!!
79,630 views
PhilipDeFranco

**Gaming**


FREEPORT CQB AIRSOFT SCOTLAND
8,271 views
scoutthedoggie

**Tune in to Music Tuesdays**
A weekly dose of must-see music videos on YouTube.
MusicTuesday

### What's New

**Movie Trailers**
Get a sneak peek into upcoming movies!

**YouTube News**
See the latest breaking news

Robot Chicken, Gossip Girl and Ellen Clips Coming Soon to YouTube
Pop-culture-ridiculing dolls, beautiful backstabbers, and one of the most popular talk show hosts on TV are headed to YouTube, thanks to a new partnership announced today with Time Warne...
Read more in our Blog


**YouTube Reporters' Center**
Learn how to report the news from the experts.
reporterscenter

**Highly Confidential**     VIA14375207

## Most Viewed



**The Guild - Do You Wanna Date My Avatar**
965,888 views
watchtheguild

## Top Favorited



**Understanding Automatic Door FAIL**
228,462 views
failblog

Search

| YouTube | Programs | Help | Policy | Discover |
|---|---|---|---|---|
| Contact Us | Advertising | Help Resources | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | | | TestTube |

Current Location: **Worldwide**   Show locations
Current Language: **English**   Show languages

**Add YouTube to your Google homepage**

© 2009 YouTube, LLC

**Highly Confidential**    VIA14375208