Share    Report Abuse    Next Blog»                                                           Create Blog    Sign In

Search

Home   Videos   Channels   Shows

# Broadcasting Ourselves ;)
## The Official YouTube Blog

**MONDAY, SEPTEMBER 12, 2005**

We are ecstatic to announce the changes we made to the site last night. As a result of many sleepless nights, we have completed a very feature-rich release. Once again, many of these changes are in direct response to *your* feedback, so please keep them coming. And the changes include...

- First up, **video flagging**. At the bottom of the video watch page, you will notice a new section for flagging a video. If you encounter a video that's inappropriate or copyrighted, please use this feature to notify us. We will aggressively monitor these submissions and respond as quickly as we can.

- Second, **Friends & Sharing**. We poured a tremendous amount of time and effort into enhancing our sharing functionality. With the new sharing feature, an easy-to-use pop-up appears over the video. From here, you can choose with whom you'd like to share the video with. This feature is really something that you have to see to appreciate. Trust me! Log in and watch a video. Then, click on 'Share this Video'... I told you so!

- Lastly, **Channels**. While the video uploads have been pouring in, we realized it grew ever more difficult for viewers to find relevant and interesting videos. Though tags are very efficient at identifying specific details about content, we wanted to further simplify the browsing experience. With the release of Channels, similar content will be categorized and grouped into common channels. By "flipping" to a channel such as Short Movies or Travel & Places, you can browse through all videos within the channel.

Once again, thanks for using the site! Please contact us with any suggestions or feedback.

### 4 comments:

**LethaL.IndusTry said...**

Porno izle

Free Porn

Porno Tube

### Search This Blog

Search

powered by Google

### Subscribe To

Posts

Comments

### Community Gatherings

Los Angeles, CA - Vidcon - July 9-11, 2010

Past Gatherings

**Hosting a meetup? Leave a comment on this channel with details**

### Twitter / youtube

youtube: 5 yrs ago today @chad_hurley registered a URL. Now 20+ hrs of video uploaded every min to @youtube http://bit.ly/be370y (via @hunterwalk)

youtube: Top 5 "I Love You's" in the Movies: http://youtu.be/kjTrcXyqwjg from @rottentomatoes and @current

youtube: Who needs real flowers when you can make a beautiful origami rose: http://youtu.be/A8EyLFWXV_0 Happy Valentine's Day

youtube: For V-day, tales of YouTube love from @shaycarl, @alphalavie, @charlestrippy, @kickthepj & vloglovers: http://goo.gl/4xol

youtube: User experience manager shares her #TED sketchbook: http://goo.gl/8aFh

### What We're Watching

Adopt a Feature

Citizentube

November 12, 2009 4:24 AM

**Harew said...**
film izle

film izle

program indir

dizi izle

dizi izle

erotik film izle

sehir

porno izle

November 17, 2009 6:28 AM

**artist said...**
thank you very nice this post

very good :))))))
porno izle
porno izle
adsense earn

December 5, 2009 6:31 PM

**zeroxy said...**
thx
sinema , vizyondakiler

December 15, 2009 8:25 AM

## Post a Comment

Comment as: Select profile...

Post Comment   Preview

### Links to this post

Create a Link



EDU
Movies
MusicTuesday
News
Screening Room
Shows
YouTube Channel

**What We're Reading**
Citizentube
Creator's Corner
Partner & Advertiser Blog

**Blog Archive**
► 2010 (51)
► 2009 (284)
► 2008 (251)
► 2007 (131)
► 2006 (37)
▼ 2005 (15)
  ► December (1)
  ► November (2)
  ► October (1)
  ▼ September (1)
    We are ecstatic to announce the changes we made to...
  ► August (3)
  ► July (7)

**Followers**

Follow
with Google Friend Connect

Followers (3181)   More »

Already a member? Sign in

Copyright © 2009 YouTube Inc. All rights reserved.
Privacy Policy | Terms of Service

Newer Post    Home    Older Post

Subscribe to: Post Comments (Atom)