Share   Report Abuse   Next Blog»                                                                                                          Create Blog   Sign In

Search

Home   Videos   Channels   Shows

**Broadcasting Ourselves ;)**
The Official YouTube Blog

THURSDAY, FEBRUARY 16, 2006

## Lazy Sunday

Hi Tubers! NBC recently contacted YouTube and asked us to remove Saturday Night Live's "Lazy Sunday: Chronicles of Narnia" video. We know how popular that video is but YouTube respects the rights of copyright holders. You can still watch SNL's "Lazy Sunday" video for free on NBC's website.

Some good news: we are happy to report that YouTube is now serving up more than 15 million videos streamed per day- that's nearly 465M videos streamed per month with 20,000 videos being uploaded daily.

Keep broadcasting!

### 4 comments:

**LethaL.IndusTry said...**

Porno izle

Free Porn

Porno Tube

November 12, 2009 4:32 AM

**artist said...**

thank you very nice this post

very good ))
porno izle
porno izle
adsense earn

December 5, 2009 5:57 PM

**zeroxy said...**

Nice Thx

sinema , vizyondakiler

December 16, 2009 8:23 AM

**Sinema izle said...**

film izle
sinema izle
erotik film izle
indirmeden film izle
bedava film izle

### Search This Blog

Search
powered by Google

### Subscribe To

Posts
Comments

### Community Gatherings

Los Angeles, CA - Vidcon - July 9-11, 2010

Past Gatherings

**Hosting a meetup? Leave a comment on this channel with details**

### Twitter / youtube

youtube: 5 yrs ago today @chad_hurley registered a URL. Now 20+ hrs of video uploaded every min to @youtube http://bit.ly/be370y (via @hunterwalk)

youtube: Top 5 "I Love You's" in the Movies: http://youtu.be/kjTrcXyqwjg from @rottentomatoes and @current

youtube: Who needs real flowers when you can make a beautiful origami rose: http://youtu.be/A8EyLFWXV_0 Happy Valentine's Day

youtube: For V-day, tales of YouTube love from @shaycarl, @alphalavie, @charlestrippy, @kickthepj & vloglovers: http://goo.gl/4xol

youtube: User experience manager shares her #TED sketchbook: http://goo.gl/8aFh

### What We're Watching

Adopt a Feature

Citizentube

December 17, 2009 6:24 AM

**Post a Comment**

Comment as: Select profile...

[Post Comment] [Preview]

**Links to this post**

Create a Link

Newer Post        Home        Older Post

Subscribe to: Post Comments (Atom)

Copyright © 2009 YouTube Inc. All rights reserved.
Privacy Policy | Terms of Service

EDU
Movies
MusicTuesday
News
Screening Room
Shows
YouTube Channel

**What We're Reading**

Citizentube
Creator's Corner
Partner & Advertiser Blog

**Blog Archive**

► 2010 (51)
► 2009 (284)
► 2008 (251)
► 2007 (131)
▼ 2006 (37)
  ► December (2)
  ► November (5)
  ► October (7)
  ► September (3)
  ► August (3)
  ► July (1)
  ► June (3)
  ► May (3)
  ► April (2)
  ► March (3)
  ▼ February (3)
    Your Features Have Arrived!
    Lazy Sunday
    It's Hammer Time!
  ► January (2)
► 2005 (15)

**Followers**

[Follow]
with Google Friend Connect

Followers (3182)    More »

Already a member? Sign in