Share   Report Abuse   Next Blog»   Create Blog   Sign In

Search

Home  Videos  Channels  Shows

**Broadcasting Ourselves ;)**
The Official YouTube Blog

SUNDAY, OCTOBER 8, 2006

## How Flagging Works

A few days ago I posted that we've been feverishly working on ways to combat both abusive flagging and spamming on the site. We've gotten tons of emails with some really great ideas of things we could implement to help in these areas, so thank you for both your patience and your suggestions.

There does, however, seem to be a fair amount of confusion about the way flagging currently works so I think some clarification is probably needed. A video gets 'flagged' by a user clicking on the 'flag as inappropriate' link located below each video. Once a video is flagged, it is sent into a queue for our customer support team to review. Videos are NEVER automatically removed simply because they've been flagged. Every single flagged video is reviewed by someone at YouTube who then determines if the video contains material that is against our terms of use. You may have noticed that sometimes you're asked to login or register to verify your age because the video you're attempting to view may contain content that is inappropriate for some users. Sometimes flagged videos that we review do abide by our terms of use, but are not quite appropriate for all YouTube users. This could be due to a number of things - profanity, violence, adult content etc. Although they still abide by our terms of use, you can think of these videos as 'R' rated.

There are thousands of videos that are flagged for review every single day, and since we're still a small company with an even smaller team of people reviewing videos we do admittedly make mistakes at times. Occasionally a video gets flagged and we accidently take it down, or mark it as inappropriate. We're doing everything we can to diminish that margin of error but we would be lying if we said it's a 100% fail proof system.

We'll be continuing to roll out improvements to our flagging and spam filtering controls over the coming weeks so please check back here for continual updates. As always, thank you for patience and your feedback.

Best,

Maryrose

The YouTube Team

### 3 comments:

**LethaL.IndusTry said...**

Porno izle

Free Porn

---

**Search This Blog**

Search
powered by Google

**Subscribe To**

Posts
Comments

**Community Gatherings**

Los Angeles, CA - Vidcon - July 9-11, 2010

Past Gatherings

**Hosting a meetup? Leave a comment on this channel with details**

**Twitter / youtube**

youtube: 5 yrs ago today @chad_hurley registered a URL. Now 20+ hrs of video uploaded every min to @youtube http://bit.ly/be370y (via @hunterwalk)

youtube: Top 5 "I Love You's" in the Movies: http://youtu.be/kjTrcXyqwjg from @rottentomatoes and @current

youtube: Who needs real flowers when you can make a beautiful origami rose: http://youtu.be/A8EyLFWXV_0 Happy Valentine's Day

youtube: For V-day, tales of YouTube love from @shaycarl, @alphalavie, @charlestrippy, @kickthepj & vloglovers: http://goo.gl/4xol

youtube: User experience manager shares her #TED sketchbook: http://goo.gl/8aFh

**What We're Watching**

Adopt a Feature

Citizentube

Porno Tube

Son Çıkan Albümler

November 12, 2009 6:31 AM

**artist said...**

thank you very nice this post

very good :))))))
porno izle
porno izle
adsense earn

December 5, 2009 6:28 PM

**azad duman said...**

resim

film izle

film izle

program indir

dizi izle

dizi izle

erotik film izle

sehir

porno izle

December 12, 2009 1:38 PM

## Post a Comment

Comment as: Select profile...

[Post Comment] [Preview]

### Links to this post

Create a Link



EDU
Movies
MusicTuesday
News
Screening Room
Shows
YouTube Channel

**What We're Reading**
Citizentube
Creator's Corner
Partner & Advertiser Blog

**Blog Archive**
► 2010 (51)
► 2009 (284)
► 2008 (251)
► 2007 (131)
▼ 2006 (37)
  ► December (2)
  ► November (5)
  ▼ October (7)
    Staff Pick of the Week: Nerdkiller
    Please Be Decent and Kind
    Greetings from the YouTube SQUAD
    It's Like Niagara Falls Over Here
    Thank You
    How Flagging Works
    Our days are numbered
  ► September (3)
  ► August (3)
  ► July (1)
  ► June (3)
  ► May (3)
  ► April (2)
  ► March (3)
  ► February (3)
  ► January (2)
► 2005 (15)

**Followers**

Follow
with Google Friend Connect

Followers (3182)  More »

Already a member? Sign in

Copyright © 2009 YouTube Inc. All rights reserved.
Privacy Policy | Terms of Service

Newer Post   Home   Older Post

Subscribe to: Post Comments (Atom)