Share   Report Abuse   Next Blog»     Create Blog   Sign In

[ Search ]

**Home   Videos   Channels   Shows**

# Broadcasting Ourselves ;)
## The Official YouTube Blog

**FRIDAY, MAY 16, 2008**

### New Features For Search, Contacts and Inbox

Hey 'Tubers, it's time for another round of site updates. We added some new features to improve searching for videos, inbox and managing your contacts on YouTube. Check it...

**QUERY SUGGESTIONS FOR SEARCH**

A query suggestions option is now available for search. To opt in, click the "advanced" link next to the search button, then choose "Display query suggestions as I type" from the search settings. As you type in your search terms a menu will appear with suggested results to choose from to help you more quickly find the videos you're looking for. On the search results page you'll also get an additional list of recommended searches by clicking on any of the terms listed next to the new "Also try" menu.

**GOOGLE CONTACT IMPORTER**

To import your Google contacts into YouTube, click "Import" on the "My Contacts" page, then log in to your Google account. Once we've finished importing, click "Share" to easily send a video you're watching to any of your contacts. You can even "friend" your YouTube contacts and we'll help you stay up to date on the videos they're favoriting, rating, and uploading.

**INBOX IMPROVEMENTS FOR COMMENTS**

Based on your feedback, we've made some improvements to the notifications for video comments in your YouTube Inbox. Comments made to your videos are separated from comments left in response to your comment on someone else's video. The actual text of the comment is also now displayed and you can approve or reject a comment in-line.

Thanks to Pzottolo for another video version of our latest site update:

**Search This Blog**

[ Search ]
powered by Google

BY FEEDBURNER

**Subscribe To**

Posts
Comments

**Community Gatherings**

Los Angeles, CA - Vidcon - July 9-11, 2010

Past Gatherings

**Hosting a meetup? Leave a comment on this channel with details**

**Twitter / youtube**

youtube: Gear up for the Super Bowl! The AdBlitz channel is back and live early this year: http://www.youtube.com/adblitz

youtube: Congrats to @booneoakley, whose YouTube video was one of @huffingtonpost's Most Innovative Site Designs of All Time http://bit.ly/7815xY

youtube: The Dr. (Phil) is in and he wants you to create a video for your favorite arts org: http://bit.ly/82752S (RT @citizentube)

youtube: Nexus One, the newest Android-powered phone, offers seamless YouTube experience: http://bit.ly/888b9X

youtube: YouTube Feather -- www.youtube.com/feather_beta -- makes @cnet's list of five favorite redesigns of 2009: http://bit.ly/8xpGGx

**What We're Watching**

Adopt a Feature
Citizentube



EXHIBIT
CASE Viacom v. ___
Deposition of ___
Testimony of ___
Exhibit # ___
Plaintiff ☑   Defendant ☐



Don't forget to share your feedback with us via video, email or throw some comments on this here blog.

Best,

The YouTube Team

### 54 comments:

**KOHPelord said...**
I like the improvement to the comment inbox... but now most of us cannot post a comment under the 'View all comments' page.

May 16, 2008 4:00 PM

**FlippyCat said...**
The inline comments are great, but only if you get 1 comment on the video before you check them, since it only shows the most recent per video.

May 16, 2008 4:34 PM

**parikjan said...**
good job

May 16, 2008 4:35 PM

**parikjan said...**
nice job wit the inbox. wayyyyyy easier. THNKS!!!

May 16, 2008 4:35 PM

**philmoskowitz said...**
You desperately need an "Refresh Comments" button. This will allow people to participate in the comments dialog without reloading the video everytime.

May 16, 2008 5:11 PM

**sxephil said...**
GREAT! Now if only my videos had ads instead of a blank box 9/10 of the time I'd be really happy. Not even one response from you guys......its sad....pathetic really.

May 16, 2008 5:12 PM

EDU
Movies
MusicTuesday
News
Screening Room
Shows
YouTube Channel

**What We're Reading**
Citizentube
Creator's Corner
Partner & Advertiser Blog

**Blog Archive**
► 2010 (4)
► 2009 (284)
▼ 2008 (251)
  ► December (20)
  ► November (21)
  ► October (29)
  ► September (28)
  ► August (22)
  ► July (25)
  ► June (19)
  ▼ May (21)
    Budget Travel Tips on YouTube
    It's National BBQ Month
    23 Days: Euro 2008 on YouTube
    Accuracy Restored to Subscriber Counts
    Trendspotting Tuesday: Robots are Like Kittens for...
    Tribeca Film Festival on YouTube
    Win a trip to the GOP Convention
    Voting Begins for Film Scholarship
    Trendspotting Tuesday: How to YouTube
    Dialogue with Sen. Lieberman on terrorism videos
    Meet the new YouTube News Manager
    China's Earthquake Captured on YouTube
    New Features For Search, Contacts and Inbox
    YouTube's Living Legends: The Rolling Stones Respo...
    Demographics Now Available in YouTube Insight
    Cannes 360
    Trendspotting Tuesday: Helmet Cam POV

**ACE9010 said...**

Can't post comments under view all comments. Reply button no longer functions and groups are now rendered useless. Oh yeah Thanks youtube you guys really know how to fix what isn't broken

May 16, 2008 5:16 PM

**IceflowStudios said...**

I would love to see inline comments on the emails we get externally as well. That would be awesome.

May 16, 2008 5:54 PM

**DONTclickonmyblogads said...**

cool, good job youtube

May 16, 2008 8:10 PM

**OzBros said...**

Please YouTube; bring back the 'View All' link on "My Recent Comments" on the profile pages and correct the default black font, accordingly.
Thank you!

May 16, 2008 10:48 PM

**ufomonkey said...**

nice <3

May 16, 2008 11:54 PM

**Electrice said...**

Ever since you and google hooked up .Youtube has gone down hill as far as features go! Whatever...

May 17, 2008 12:21 AM

**jdawgsworld said...**

i am really happy with the changes...i'd like to see more improvements in the way the playlist works...

May 17, 2008 9:43 AM

**M1t0s1sReloaded said...**

Why can't youtube have an rss feed for searches?
Page2rss doesn't always work.

May 17, 2008 11:13 AM

**setheurovision94 said...**

More bugs starting to come down on YouTube users; I can't comment anymore under the 'view all comments' page for any video. Also the 'View All' comments page link is STILL gone plus its background is missing. Please fix this as soon as possible, please.

May 17, 2008 2:29 PM

**theestranger said...**

If you could take your time fixing sxephil's problem with the ads, that'd be great.

May 17, 2008 4:59 PM

**tt555ster said...**

realy unreal

May 17, 2008 5:25 PM

**office37 said...**

You need to make better complaint forms. You don't leave us much room to explain a situation. The only time I ever get a reply is if my help request goes in your spam filter and that is automated.

May 17, 2008 6:30 PM

---

YouTube

Raising Awareness for Disaster in Myanmar

New Inbox And My Contacts Features Are Live

What Is Parkour, Anyway?

► April (24)
► March (14)
► February (12)
► January (16)

► 2007 (131)
► 2006 (37)
► 2005 (15)

**Followers**

Follow with Google Friend Connect

Followers (2392)  More »



Already a member? Sign in

Copyright © 2009 YouTube Inc. All rights reserved.
Privacy Policy | Terms of Service

**office37 said...**

Does somebody at youtube ever read complaints? I'm glad nobody depends on you for emergency service.

May 17, 2008 6:32 PM

**OzBros said...**

Once again, please YouTube; bring back the 'View All' link on "My Recent Comments" on the profile pages and correct the default black font, accordingly. Thank you!

May 17, 2008 8:40 PM

**OzBros said...**

Once again, please YouTube; bring back the 'View All' link on "My Recent Comments" on the profile pages and correct the default black font, accordingly. Thank you!

May 17, 2008 8:40 PM

**MamiyaOtaru said...**

view all comments = no reply possible. This, needless to say, is broken. fixkthx

May 17, 2008 11:55 PM

**setheurovision94 said...**

Absolutely, MamiyaOtaru; a new and extremely annoying bug which renders it almost impossible to reply to anything but the most recent comments.

May 18, 2008 2:40 AM

**captainvideoblogger said...**

Bumb for MamiyaOtarus comment. Shame on you youtube coders!

May 18, 2008 3:56 AM

**bobpeters61 said...**

No more seeing what videos are currently being watched by other people?

That was a constant source for starting points into strings of related videos.

There's a feature I miss already.

May 18, 2008 5:08 PM

**Overhazard said...**

Ah, so I see that this problem of being unable to reply in the full list of comments is widespread and I'm glad I'm not alone. You can still reply in the list of comments on the video.

There's been an even worse problem for me ever since this started, however: When I reply to a comment from the video, the original comment disappears, like as if I had clicked "Remove" about 15 minutes after I had replied. THAT is really broken.

May 18, 2008 10:04 PM

**DeceasedCrab said...**

Speaking of new features in comments, I am no longer able to reply to or approve comments in my "View All Comments" page for a video.

There Needs to be a tech support link on the site somewhere.

May 19, 2008 4:13 AM

**suttsteve said...**

Yeah, as others have said, it's impossible to add comments on the "view all comments" pages of videos.

Also, I've noticed that when you delete comments from the inbox with the "Delete" link under the

comment, sometimes it deletes the actual comment on the video. I'm guessing that's not intentional.

May 19, 2008 2:34 PM

**guidotnb said...**

No one can reply to comments from the View All Comments page. This is adversely affecting communication with our subscribers. Also... Please help sxephil with his Ad problem. How is he supposed to make any money if no one can see the ads?

May 19, 2008 6:09 PM

**DeceasedCrab said...**

As of tonight it seems to be fixed. But it took several days to do so. Concerning.

May 19, 2008 8:34 PM

**FlippyCat said...**

inline comments in e-mail notices for replies, finally!

May 20, 2008 8:22 PM

**genisesowner1 said...**

dear youtube, I know this is unrelated to the video, but my friend is seriously concerned that his account is gonna be suspended because of the large number of game play videos on his account (as with mine as will), and I need ask why accounts are going down like crazy? Is their a glitch in the system?
If so, please fix it before more people fall victim. Also, please don't suspend people who just post gameplay vids unless you have a good reason. I'm doing nothing wrong, and i'm VERY unpopular, with only about 740 channel views. I spend a lot of time out of my life to make my videos, and I don't want them lost forever, because the files containing them got deleted... So, please don't suspend me and my friend for posting our video game videos. And if you must, can you give us warnings? I don't want the suspension axe suddenly dropped on me without some warnings first. thank you for taking this post into consideration.

May 21, 2008 1:24 PM

**LeoHareMusic said...**

I know it was not mentioned here, but one new search "feature" I don't care for is the "Only Show Partner Videos" option in search results. Are we non-partners now second class citizens? If a filter like that is somehow justified, how about a second filter for "Show results without partner videos" just to level the field?

May 26, 2008 8:16 AM

**cmptrwhiz said...**

Question: why do you track the number of videos and messages sent? I can only imagine you keep track of videos watched as well, why don't you post those? In addition, is the information readily available to the government? What about if they request the info? Have you ever turned info over to the gov?

May 26, 2008 8:19 PM

**mahajaroussky said...**

hello you tube team
i am bothered from block user
i like to subscribe to channels
but users blocked me
i want to remove that bad option
and i want to guide me
how to upload videos from website

May 29, 2008 2:17 AM

**mahajaroussky said...**

i want to remove block user
this option is not good
i suffered tired from channels

which blocked me
also i want to omit option
friends only comment
tell me how to upload videos from websites

May 29, 2008 2:20 AM

**Nusantaraku said...**

Whenever i wanna post some comments on some channel, the page asked me to verify some codes. Usually that happens when i posted 3-4 comments. That`s fine to fight spamming. But i was curious, when i wanna post few other comment, the page leave some error message. It means i've to wait for few minutes before it could pass through your spam filtering systems. These happens for so long time ago till now. YouTube! Please fix it! I was lazy to post some good comments at my subscribers due to these problems. It really a waste of time for me here. THANKS in advance if you guys would ever consider to fix the blahs! ^_^ ~NH

May 29, 2008 3:52 AM

**GEESUS494 said...**

great features..but please go back to the old video player (when we could resize the vids) - most videos that have been uploaded are so fuzzy u can't even see them anymore unless u upload it as high quality ones!

June 4, 2008 11:47 AM

**kuroinomiko said...**

I really love the "friend activity" feature on the main page. I have found some great videos that way. I sure hope you-tube has a plan to expand that so we can see more activity. 3 isn't enough, I'd like to go back 24 hours!

June 20, 2008 6:37 AM

**comedyandromancefan said...**

I need some help, my auto suggest isn't working. It did once and now it has stopped. Is there anyway of getting it back?

July 5, 2008 3:55 PM

**genericSildenafil said...**

You need to make better complaint forms. You don't leave us much room to explain a situation. The only time I ever get a reply is if my help request goes in your spam filter and that is automated.

August 14, 2008 2:29 PM

**genericSildenafil said...**

You need to make better complaint forms. You don't leave us much room to explain a situation. The only time I ever get a reply is if my help request goes in your spam filter and that is automated.

August 14, 2008 2:29 PM

**genericSildenafil said...**

You need to make better complaint forms. You don't leave us much room to explain a situation. The only time I ever get a reply is if my help request goes in your spam filter and that is automated.

August 14, 2008 2:29 PM

**iwant2ballama said...**

why do some videos say

'no longer available'

thats never happened to me except for the last couple days!

November 9, 2008 9:25 AM

**iwant2ballama said...**
EDIT

i mean the last couple of months!

please email me if you can help please! (through my youtube account)

November 9, 2008 9:26 AM

**iwant2ballama said...**

EDIT i mean the last couple months...email me if you can help please!!!

November 9, 2008 9:26 AM

**mark0876h said...**

http://scribd.com/people/documents/5098128/folder/53519

December 2, 2008 2:26 PM

**RockstarStore said...**

As of tonight it seems to be fixed. But it took several days to do so. Concerning.

December 8, 2008 2:09 PM

**hbsjcd3 said...**

These are awesome features. But a how-to video would help to use them. Just my 2 cents worth :)

January 30, 2009 4:01 PM

**katdy69qa said...**

Yesterday when I clicked on send video I could send to friends or contacts. All I had to do was click on all friends and it was a different list now it says all contacts and instead of all friends it says g. name. i have no idea why.

March 27, 2009 6:10 PM

**homininid said...**

Nice features

May 21, 2009 12:21 PM

**autoinsurancequotes1 said...**

Those changes for the comments system, was actually well implemented

June 3, 2009 10:06 PM

**SarahxJane said...**

I want to be able to reply back to a comment left on another persons video.
Why isn't there a way to do that?
I don't want to sort through 1000 comments to find mine or theirs.
Perhaps I'm missing it, but I only have an option to delete.

June 10, 2009 9:34 PM

**Kiara said...**

I think this is great. At least we get to know, which videos are being approved by viewers and the videos they absolutely like. Well I have some of the Download Games, and hopefully we are able to post some of these games in youtube to give you guys a preview.

November 1, 2009 8:45 AM

**Post a Comment**

**Comment as:** Select profile...

[ Post Comment ]  [ Preview ]

### Links to this post

Create a Link

Newer Post        Home        Older Post

Subscribe to: Post Comments (Atom)