Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                Sign in



Example: "CSCO" or "Google"        [Get quotes]

**Google Inc. historical prices**   Watch this stock

Show: **Daily** | Weekly          Nov 13, 2006  _  Nov 13, 2006   [Update]

**Historical chart**

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| Nov 13, 2006 | 474.90 | 481.17 | 474.14 | 481.03 | 4,293,600 |

Show rows: 30        1 - 1 of 1 rows

481
481
481

Nov 13, 2006        Nov 13, 2006

**Export**

Download to spreadsheet

Google Finance Beta available in: U.S. - Canada - U.K. - 简体中文 (China) - 香港版 (Hong Kong)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2010 Google   Google Home - Help - Privacy Policy - Terms of Service