

Search

Create Account  or  Sign In

Home   Videos   Channels   Shows

Subscriptions   History   Upload

**About YouTube**
Contact us
Company blog
Press room
Company History
YouTube store
Jobs

**Discover**
YouTube on Your Phone
YouTube on Your TV
YouTube on Your Site
YouTube RSS Feeds
TestTube

**Programs**
Advertising Programs
Partnerships
Developer Tools
Content Management

**Policy**
Privacy Policy
Terms of Service
Copyright Notices
Community Guidelines

**Help**
Help Center
Safety Center
Creator's Corner
Video Speed Info
YouTube Handbook
Contact Us

## Company History

Founded in February 2005, YouTube is the leader in online video, and the premier destination to watch and share original videos worldwide through a Web experience. YouTube allows people to easily upload and share video clips on www.YouTube.com and across the Internet through websites, mobile devices, blogs, and email.

Everyone can watch videos on YouTube. People can see first-hand accounts of current events, find videos about their hobbies and interests, and discover the quirky and unusual. As more people capture special moments on video, YouTube is empowering them to become the broadcasters of tomorrow.

YouTube received funding from Sequoia Capital in November 2005 and was officially launched one month later in December. Chad Hurley and Steve Chen proceeded to become the first members of the YouTube management team and currently serve as Chief Executive Officer and Chief Technology Officer respectively.

In November 2006, within a year of its launch, YouTube was purchased by Google Inc. in one of the most talked-about acquisitions to date.

YouTube has struck numerous partnership deals with content providers such as CBS, BBC, Universal Music Group, Sony Music Group, Warner Music Group, NBA, The Sundance Channel and many more.



Try YouTube in a fast, new web browser! **Download Google Chrome for PC**

Search

| YouTube | Programs | Help | Policy | Discover |
|---|---|---|---|---|
| Contact Us | Advertising | **Get Help** | Privacy Policy | YouTube on Your Phone |
| YouTube Store | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube on Your TV |
| Business Blog | Content Management | Safety Center | Community Guidelines | YouTube RSS Feeds |
| YouTube Blog | | Creator's Corner | | TestTube |
| | | Video Speed Info | | |

Current Location: **Worldwide**   Show locations               Add YouTube to your Google homepage
Current Language: **English**   Show languages
Safety Mode is off

© 2010 YouTube, LLC