

| | Search |
|---|---|

Home   Videos   Channels   Shows

Create Account  or  Sign In

Subscriptions   History   Upload

**About YouTube**

Contact us
Company blog
Press room
Company History
YouTube store
Jobs

**Discover**

YouTube on Your Phone
YouTube on Your TV
YouTube on Your Site
YouTube RSS Feeds
TestTube

**Programs**

Advertising Programs
Partnerships
Developer Tools
Content Management

**Policy**

Privacy Policy
Terms of Service
Copyright Notices
Community Guidelines

**Help**

Help Center
Safety Center
Creator's Corner
Video Speed Info
YouTube Handbook
Contact Us

**Content Management**

Overview : Audio ID and Video ID : Content Verification Program : Copyright Infringement Notification

## Content Verification Program

YouTube is committed to helping copyright holders find and remove allegedly infringing content from our site. To that end, we have created a Copyright Verification Tool that assists copyright owners in searching for material that they believe to be infringing, and providing YouTube with information reasonably sufficient to permit us to locate that material.

This tool is designed especially for copyright-holding companies to issue multiple removal requests. Individual notifications may be submitted by following these instructions.

If you already have a YouTube account, you can apply for access to this tool by filling out the YouTube Content Verification Program Application, printing it, and faxing it to the fax number shown on the printout. This form identifies your authorized agents and acts as a legal affirmation that you hold copyright to the material about which you will notify YouTube. If you do not currently have an account, please create an account, after which you can access the Content Verification Program Application.

 Try YouTube in a fast, new web browser! **Download Google Chrome for PC**

Help   About   Safety   Privacy   Terms   Copyright   Partners   Developers   Advertising

Language: English   Location: Worldwide   Safety mode: Off