

YouTube Help    Search Help

**Try Google's new browser.**    Hide
Browse the web faster, safer, and more easily with Google Chrome.

## Solve a Problem: Video not in search

Depending on site traffic, changes to video information can take 8 hours or more to show up in the search index after they've been uploaded, changed, or removed. This includes changes to tags, ratings, views, and comments. Please be patient -- the video will show in the search index shortly. To bypass this time, you may want to send your friends the link of the video via email or private message.

To find videos that were recently uploaded, you may want to sort by "Date Added". To do this, search for the terms that describe the video. From the search results page, click the "Date Added" link on the top of the screen. This will allow you to see the most recently uploaded videos first.

Note that unless the username of the uploader is specified as a tag it may not be indexed for a video search. To find a user (and their videos), perform a search for their username and then select "Channels" on the left side of the page.

updated 12/10/2009

**Was this information helpful?**    ◯ Yes  ◯ No

| YouTube | Programs | Help & Info | Legal | Discover |
|---|---|---|---|---|
| Contact Us Company Info Press Room YouTube Blog | Advertising Developers Partnerships Content Management | Help Resources Youtube Handbook Community Help Forums Safety Center | Privacy Policy Terms of Service Copyright Notices Community Guidelines | YouTube on Your Phone YouTube On Your Site YouTube RSS Feeds TestTube |

© 2010 YouTube, LLC - Change Language: English (US)