# You Tube
**Broadcast Yourself**
Worldwide | English

Sign Up | QuickList (0) | Help | Sign In

Home | Videos | Channels | Community     [Search]     Upload ▼

### Videos being watched right now...

    
3:17 | 1:00 | 6:35 | 3:16 | 2:33

### Promoted Videos

   

**David After Dentist After REMIX**
1,551,958 views
tobuscus

**Spotted Before Car Fight Rihanna...**
136,944 views
hollywoodtv

**Grammys 2009 Katy Perry**
88,427 views
tvguide

**Miley Cyrus... It's ON! (Music V...**
767,732 views
VenetianPrincess

## Featured Videos                              See More Featured Videos

Featured | Most Viewed | Most Discussed | Top Favorited


**Serena Williams from The Black List (Volume One)-1**
Tennis great Serena Williams as featured in The Black List. As a new chapter
★★★★★  1,275 views  blacklist


**Steve Stoute from The Black List (Volume One)-1**
Entrepreneur Steve Stoute as featured in The Black List. As a new chapter begins
★★★★☆  10,930 views  blacklist


**Ace of Cake's Valentine's Day Guru Challenge - Red Carpet**
Jennifer Wilson, Owner of Red Carpet Cakes show's her love for Ace of Cakes with
★★★☆☆  227,668 views  RedCarpetCakes


**The Way to a Man's Heart is Through His Stomach**
I've never decorated a cake before but the challenge sounded fun so I took a
★★★★☆  126,862 views  Raybaybay89


**Valentines Day Cake**
Vegan and Organic! AWESOME! EDIT: Everyone wants the recipe! But of course! h...
★★★★★  60,105 views  mielwade


**I Love You Cake**
EDIT: For some reason, my website has chosen this week to malfunction. If you
★★★★★  35,084 views  jetski989


**My Valentine's Day Cake - Cupid's Touch**
My cake for the ace of cakes valentines day challenge is a three tiered cake illus...
★★★★☆  67,820 views  Danielleee111


**Bee Mine Valentine Cake - Food Network - Ace of Cakes**
Kristin Weldon Peri creating a Valentine's theme cake for the Ace of Cakes Valenti...
★★★★☆  24,306 views  divinecakes


**Ace Of Cakes Valentines Day Guru Challenge**
A Knight in shining armor fights an Evil Dragon with his Fender Bass Guitar to sav...

---

### SEE MORE DWIGHT HOWARD > — adidas

Watch in Widescreen
0:00 / 0:33

**Dwight Howard: ManChild of the East**
★★★☆☆

*Advertisement*

**Want to customize this homepage?**
**Sign up for a YouTube Account**

Sign in with your Google Account!

**Try YouTube in a new web browser!**
**Download Google Chrome**


**The YouTube Screening Room**
Films Celebrating Black History Month. Watch Now
www.youtube.com/screeningroom

**Watch Full-Length MGM Movies on YouTube**

### What's New


**YouTube in High Definition**
Watch your favorite videos in HD!


**Watch YouTube on your TV**

The Black List in the YouTube Screening Room Today, we're proud to reveal the next four videos in the YouTube Screening Room: excerpts from the critically acclaimed documentary series "The Black List."

Read more in our Blog

DATE: 2/13/09                    EXHIBIT# 7
DEPONENT: DO
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582

A. Ignacio Howard, CSR, RPR, CCRR, CLR, No. 9830



### It's Time to Bake! Valentine's Day Edition
WATCH IN HIGH QUALITY! This is our entry for Food Network's Ace of Cakes
★★★☆☆ 119,063 views   Cutekatelyn



### Food Network Challenge Cakes - Valentine's Day Cake Guru
Love Sucks Cake
★★★★☆ 12,945 views   eibabekac



### Valentines Day Guru Challenge - Beth Pack
Beth Pack rocks the V-Day cake challenge by baking and sculpting a likeness of
★★★★☆ 10,002 views   blpack

See More Featured Videos

Try YouTube in a new web browser! **Download Google Chrome**

Google Add to iGoogle            [            ] Search

**Your Account**
Videos
Favorites
Playlists

Inbox
Subscriptions
more...

**Help & Info**
Help Resources
Abuse and Safety Center
Developer APIs
Advertising
YouTube Handbook

Community Help Forums
Copyright Notices
Community Guidelines
YouTube On Your Site

**YouTube**
Company Info
TestTube
Terms of Service
Privacy Policy

Press
Contact
Blog
Jobs

© 2009 YouTube, LLC