

**Smosh - The Best Car EVER**
A man tries to sell Ian the best car ever. Watch this video in higher quality & download
★★★★☆  2 years ago  3,187,618 views  smosh

4:57

**Ultra Luxury Cars**
The Best from the 2006 New York International Auto Show! Get an inside look at
★★★★☆  2 years ago  157,938 views  expotv

5:12

**Car vs Bike - Part 2**
Last time it was a Caterham R500 vs A Ducati Hypermotard. This time we've got a
★★★★☆  1 month ago  52,979 views  autocar

5:34

**Fast car -Tracy Chapman**
wena wena loco loco ...
★★★★☆  1 year ago  3,926,642 views  orregolog

3:13

**Tokyo's attitude to cars - Jeremy Clarkson's Motorworld - BBC autos**
Jeremy Clarkson is in Tokyo to take a closer look at Japan's attitude to cars. Great
★★★★★  1 month ago  105,759 views  TopGear

2:39

**Water Fuel Car**
A CAR THAT RUNS ON WATER! ...
★★★★☆  2 years ago  3,200,908 views  Hefeweizen

4:07

**Snow Patrol - Chasing Cars**
Chasing Cars music video ...
★★★★★  1 year ago  4,878,930 views  nicknights

4:27

**Snow Patrol - Chasing Cars (from Grey's Anatomy)**
Chasing Cars by Snow Patrol Grey's Anatomy Music Video Credits go to abc.com ...
★★★★★  2 years ago  26,644,086 views  moose35

1:01

**Super Bowl 2009 Cars.com Commercial of David Abernathy**
2009 Cars.com Lifetime of Confidence Super Bowl Ad. Even confident people need
★★★★☆  1 week ago  364,720 views  Carscom

5:55

**Dirty Car Art**
Meet Scott Wade - He turns muddy, grimy, dirty cars into masterful works of art that
★★★★★  11 months ago  132,443 views  texascountryreporter

3:57

**The Fray - Over My Head (Cable Car)**
The Fray Over My Head (Cable Car) (C) 2005 SONY BMG MUSIC
★★★★★  1 year ago  9,119,554 views  thefray

Pages: 1  2  3  4  5  6  7  ... Next

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

Try YouTube in a new web browser! Download Google Chrome

Google  Add to iGoogle          car                    Search

**Your Account**         **Help & Info**                                      **YouTube**
Videos       Inbox        Help Resources       Community Help Forums           Company Info         Press
Favorites    Subscriptions  Abuse and Safety Center  Copyright Notices         TestTube             Contact
Playlists    more...      Developer APIs       Community Guidelines            Terms of Service     Blog
                          Advertising          YouTube On Your Site            Privacy Policy       Jobs
                          YouTube Handbook



Broadcast Yourself
Worldwide | English    Sign Up | QuickList (0) | Help | Sign In

Home | Videos | Channels | Community    [comedy central]    Search    Upload ▼

"comedy central" video results 1 - 20 of about 9,470

Videos | Channels | Playlists    Sort by: Relevance▼   Uploaded: Anytime▼   Type: All ▼    Advanced Options    Display:

Also try: comedy central presents   demetri martin comedy central   dimitri martin comedy central   mitch hedberg comedy central   jo koy

Playlist Results for **comedy central**    Sponsored Videos


**comedy central**
  [5:28]
Laughter for Life - Comedy Central   Sept 23 Jeff Dunham Comedy   Jamie Foxx Destroys Doug

Playlist Info:
1 year ago
21,266 views
ozzynrvn


**True or False? Leaders**
Never Lie. Interviews with business Icons from American Express OPEN
2 months ago    2,181
★★★★★   American Express Co

**Comedy Central**
  
Family Oriented - Anjelah Johnson -   Edwin San Juan Latino Comedy   Hilarious Asian Comedy version

Playlist Info:
1 year ago
9,938 views
3Maldita0


**I'll Fight A Blind Girl**
Dan challenges a spectral email spammer to a fight to the death.
11 months ago    8,262
★★★★★   dbloveskittens


**The Olsen Twins Walk Into a Bar...**
Gilbert Gottfried makes a hilarious joke about the Olsen twins during the "Comedy
★★★★★   6 months ago   386,223 views   funnyvids222


**The LAWV Chillers**
Dark. Unique. Off-Beat.
Comedy that rocks your genatalia.
TheLAWVChillers

Promote Your Video to see it here...


**Sept 23 Jeff Dunham Comedy Central Premiere**
Highlight video of Jeff Dunham's 2nd Comedy Central special, "Spark of Insanity".
★★★★★   1 year ago   2,222,795 views   rusty6of6


**John Heffron- Comedy Central-Advice**
John Heffron- Comedy Central-Advice ...
★★★★★   8 months ago   40,776 views   ineedadedt


Advertisement


**Comedy Central Presents: Pablo Francisco Part 1**
His best comedy show ever! ...
★★★★★   6 months ago   159,608 views   5885332


**Bob Saget gets roasted at the Comedy Central Roast of Bob Saget**
Leah D'Emilio and Lon Harris hit up the Comedy Central's Roast of Bob Saget, to get
★★★★★   5 months ago   173,043 views   mahalodotcom

Channel Results for **comedy central**


**Takilicio Comedy Central**
Comedy Channel!!! . Ftiaxno asteia videakia opote exo xrono kai oreksi! Elpizo na sas a...
30 Videos   196 Subscribers   Recent Video: O Hitler kai i moni Vatopediou! ORIGINAL b...
takilicio


**Comedy Central: Chris Rock on Rap music**
Comedy Central: Chris Rock on Rap music ...
★★★★★   5 months ago   24,334 views   ComedyCentralProgram


**Comedy Central Roast of BOB SAGET Red Carpet Event August 3,**
http://www.maximotv.com Comedy Central Roast of BOB SAGET Red Carpet Event
★★★★★   6 months ago   87,353 views   ricomix3000


**Laughter for Life - Comedy Central - Marcus**
Marcus Brigstow Stand Up ...
★★★★☆   2 years ago   292,171 views   evoesta


**Clipse-- Comedy Central**
Clipse featuring Fabolous ...
★★★★☆   1 year ago   54,573 views   ATribeCalledEly


**Tig Notaro Effinfunny Stand Up - My Comedy Central Special**
Effinfunny.com presents Tig Notaro specific brand of awkward humor. If you don't like
★★★★☆   1 year ago   43,087 views   effinfunny


**Krissie Interviews Lewis Black (Comedy Central)**
Interviewed on his tour bus in Baltimore, MD during his book tour for "Me of Little
★★★★★   8 months ago   8,560 views   krissiespeaks


**What is this, Comedy Central?**
Rep. George Miller: "It is fitting we're talking about the line-item veto when we're doing
★★★★★   2 years ago   31,524 views   NancyPelosi


**The Get Us On Comedy Central Dance**
It's true. We have a chance to get on Comedy Central! But we cannot do it without
★★★★☆   3 months ago   5,912 views   TheWoodcreekFaction


**Van Heffer - Pilot for Comedy Central**
I finally got a copy of this cult classic. Here it is with Doc Watson, The Del McCoury
★★★★☆   2 years ago   20,139 views   VideoJunkyFreak


**Sock Puppet Porn (2007) [as seen on Comedy Central AtomTV]**
As seen on Comedy Central's AtomTV. This film examines the seedy underbelly of
★★★★★   1 year ago   208,201 views   uphillbothways


**Comedy Central Presents: Pablo Francisco Part 6**
his best show ever!! ...
★★★★★   6 months ago   62,977 views   5885332


**Comedy Central, South Park Attack Christianity, Defecate on American**
http://AmericasNewsToday.Org/ ...
★★★★☆   2 months ago   1,923 views   techvids052006


**Lisa Lampanelli - Comedy Central's Flavor Flav Roast Party**
Lisa Lampanelli at Comedy Central's Flavor Flav Roast Party ...
★★★★☆   1 year ago   404,887 views   lisalampanelli


**Comedy Central- Jimmy Carr (Part 1)**
A Live (obviously) performance of Jimmy Carr in New York peforming on the Central
★★★★☆   6 months ago   59,342 views   gmcaveety93


**Stolen Comedy Central Content?**
"The Daily Show", starring Jon Stewart, has handlers. Comedy Central is known to
★★★★★   3 months ago   719 views   SvenVonErick

Pages: 1   **2**   3   4   5   6   7   ... Next

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included



Worldwide | English     Sign Up | QuickList (0) | Help | Sign In

| Home | Videos | Channels | Community | | dog | | Search | | Upload ▼ |

"dog" video results 1 - 20 of about 301,000

**Videos**    **Channels**    **Playlists**    Sort by: Relevance▼    Uploaded: Anytime▼    Type: All ▼      Advanced Options     Display:

Also try: talking dogs    skidboot    funny dogs    lol    cats    family guy    funny    boxer



Talking **dogs**
This is not actually my video. Someone sent it to me by email. I don't know who the
★★★★★   2 years ago   15,471,795 views   nozzle49



Skateboarding **Dog**
Tillman the skateboarding bulldog from the iphone commercial. All clips are from
★★★★★   1 year ago   6,344,178 views   rmickeymouse



**Dog** Shoplifts [Caught on Camera]
Dog Shoplifts from Grocery Store - Caught on Surveillance Cameras ...
★★★★★   1 month ago   292,921 views   SwimmingPolarBear



DOG vs. BALLOONS
Simon exacts his revenge on 74 evil latex orbs in a mere 57 seconds! ...
★★★★☆   1 year ago   3,916,318 views   kbad73



Playlist Results for **dog**



Funny **Dog**

  

When Harry Met Sally **Dog** Parody    TALKING DOG! OSCAR THE    Skateboarding **Dog**

Playlist Info:
3 months ago
28,623 views
dogtimetv



PUSSYCAT DOLLS, DESTINY CHILD, JENNIFER LOPEZ, SNOOP

  

Snoop Dogg - Drop It Like It's    snoop **dog** ft pharell - beautiful    snoop **dog** drop it like its hot

Playlist Info:
1 year ago
16,034 views
randytbe



**Dog** Risks Life To Save another **Dog**!
Footage from a traffic camera overlooking a busy freeway in Santiago, Chile captured
★★★★★   2 months ago   498,950 views   kewl116



**Dog** Attack Shark
It's the craziest thing, a **dog** on a boat jumps right into the water and bites this shark
★★★★☆   2 years ago   15,269,616 views   crappyvideos10



Wet **Dog** vs. Round Pool
Jeter is back! This time he fell in the pool and is real mad at it! ...
★★★★☆   2 weeks ago   111,517 views   kipkay



TALKING **DOG**! OSCAR THE BOXER
The most famous boxer in South America and maybe the world: Oscar the Boxer does
★★★★☆   2 years ago   7,374,405 views   OscarBoxer



Duck and **Dog**
SO Cute ...
★★★★☆   2 years ago   877,686 views   johnnyb0y187

Sponsored Videos



Caring For Puppies
The Pedigree® Adoption Drive Wants Your Help - Watch Video Now!
2 weeks ago    843,994
★★★★☆    PedigreeBrand



Starting Friday, Love
Is The Most Dangerous Choice
Watch AMC 1p ET/12p PT!
5 days ago    1,066
★★★★★    superfan33847



Bringing a New Puppy Home
Expert advice on how to make your puppy's first few weeks comfy.
9 months ago    16,136
★★★★★    Eukanuba

Promote Your Video to see it here...



Advertisement





**COLBERT REPORT colbert report emmy 2007**
COLBERT REPORT colbert report Colbert Report colbert report Colbert report
★★★★★   1 year ago   53,946 views   bullyingisnotallowed
4:45

**Colbert Report: Colbert's Own Remix**
Colbert's own remix, I thought it was pretty funny, I wonder if I need his consent for
★★★★★   2 weeks ago   23,138 views   KillerWalrus2845
1:21

**Fox News Edits a Democrat to Make Him Look Worse**
MORE FOX NEWS BIAS: http://www.youtube.com
★★★★☆   2 years ago   565,472 views   LiberalViewer
4:25

**Sarah Palin Jon Stewart Late Show CBS The Colbert Report**
Sarah Palin Jon Stewart Late Show CBS The Colbert Report Hillary Kucinich obama
★★★★★   3 months ago   37,305 views   rudygal333
1:40

**Will Wright Prepares To Go On The Colbert Report!**
Sims creator Will Wright and a Colbert Report staffer discussing his impending
★★★★☆   2 years ago   17,878 views   ncroal
0:41

**Daily Show & Colbert Report Writers in Mock WGA Debate**
In the funniest thing to happen since the Writers Guild went on strike, writers from the
★★★★★   1 year ago   46,887 views   campusprogress
9:51

**Colbert Report - Rush Plays Rock Band - Tom Sawyer**
Rush backstage at the Colbert Report, playing their song Tom Sawyer in the
★★★★★   6 months ago   81,446 views   swampfoot
2:20

**Colbert game**
Level for Half Life 2 I made. For download link and other information head over to
★★★★☆   2 years ago   105,419 views   MonkeyjoeBla
1:52

**Eclectic Method - Colbert Report - RE REMIX ver1**
Ok so last night Colbert played our remix of him and Lawrence Lessig on his show
★★★★★   2 weeks ago   12,913 views   eclecticmethod
1:24

**Dog howls at Colbert Report**
Our dog Grissom howling everynight when the colbert report theme music comes on.
★★★★☆   2 years ago   29,490 views   iaom42
0:38

**World of ColbertCraft - Official Trailer**
Stephen Colbert Interactive Presents, A Stephen Colbert Production - The World of
★★★☆☆   2 years ago   54,279 views   psills
1:17

Pages: 1  2  3  4  5  6  7  ...  Next

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

Try YouTube in a new web browser! **Download Google Chrome**

Google  Add to iGoogle     "colbert report"     Search

| Your Account | Inbox | Help & Info | | YouTube | Press |
|---|---|---|---|---|---|
| Videos | | Help Resources | Community Help Forums | Company Info | |
| Favorites | Subscriptions | Abuse and Safety Center | Copyright Notices | TestTube | Contact |


Broadcast Yourself
Worldwide | English

Sign Up | QuickList (0) | Help | Sign In

Home | Videos | Channels | Community     "daily show"     Search     Upload ▼

"daily show"" video results 1 - 20 of about 49,500

**Videos | Channels | Playlists**   Sort by: Relevance▼   Uploaded: Anytime▼   Type: All ▼   Advanced Options   Display:

Also try: colbert report   colbert   jon stewart   daily show inauguration   barack obama   john stewart daily show   obama inauguration

Playlist Results for **daily show"**   Sponsored Videos


32 videos

tscasto114 presents The **Daily Show** with Jon Stewart

 4:45
Fox News Softens Criticism of Bush

 2:34
The Daily Show

 0:54
Dana Perino Lifts Material from The

Playlist Info:
2 years ago
13,787 views
tscastro114

Richard Branson on Ideas
Innovative ideas can spring from your customer base. Learn more!
2 months ago                                    9,763
1:16  ★★★★★                    American Express Co.

demetri martin

 0:10
Demetri Martin - Diaper

14:00
Demetri Martin - "The Jokes With

 0:34
Demetri Martin "Catnap"

Playlist Info:
9 months ago
11,808 views
aesorto

"Zack and Miri" DVD
The Funniest Kevin Smith Movie Yet!
See Clips From The Hilarious DVD.
TheWeinsteinCompany

43 videos

Promote Your Video to see it here...


4:24

Not The **Daily Show**, With Some Writer
What do the writers of the **Daily Show** think of the ongoing writers' strike? If only
★★★★★   1 year ago   609,994 views   TDSwriters


4:10

Bill O'Reilly on The **Daily Show** with Jon Stewart (11-13 ...
O'Reilly went on Stewart's show on 11-13-08. The O'Reilly Factor. (11-14-08). ...
★★★★☆   2 months ago   74,886 views   3003BG


4:57

The **Daily Show** Reminds Us that NAMBLA is a Joke
APRIL 23, 2008, UPDATE: The Curley family has dropped the lawsuit discussed in
★★★★☆   2 years ago   825,925 views   LiberalViewer


3:06

Fox News Edits Criticism of McCain Out of **Daily Show** Clip?
See DOZENS more examples of FOX NEWS BIAS at: http://www.youtube.com
★★★★☆   8 months ago   510,839 views   LiberalViewer


2:33

**Daily Show** Mocks Gay Marriage Ban or Chickens?
When California voters passed Prop 8 eliminating the right of same sex couples to get
★★★★☆   2 months ago   129,404 views   LiberalViewer


6:36

**Daily Show** - Stupid Humans
**Daily Show** - Stupid Humans ...
★★★★☆   7 months ago   42,908 views   powmadeak47


1:11

**Daily Show** & Colbert Writers Stage "Code Pink" Disruption
In a mock debate before members of the United States Congress, a few writers from
★★★★☆   1 year ago   63,186 views   campusprogress


3:37

Jon Stewart, **Daily Show** impact on election 2008
Barack Obama ...
★★★★★   5 months ago   96,479 views   SableVerity


2:29

Midterm Elections Cartoon - The **Daily Show** 2002-11-01
Satirical cartoon of US midterm elections from The **Daily Show**. Parody of
★★★★★   1 year ago   15,887 views   Kloth23



**Bill Bradley 2: Daily Show Backstage**
Bill Bradley appears on the Daily Show. This is the back stage, behind the scenes
★★★★☆  1 year ago   65,948 views   SenatorBillBradley



**Terry Gilliam Crashes Daily Show Line**
Ain't-It-Cool-News let the word out that Terry Gilliam was going to drop by the DAILY
★★★★★  2 years ago   64,124 views   dystopika



**Update: Barney Frank Clip on Daily Show Last night**
They used this as moment of zen. So cool! Congressman Frank has the balls to point
★★★★★  2 years ago   128,807 views   kneelbeforezodd



**Daily Show Asks: Should Anyone Take Hugo Chavez Seriously?**
The recent UN Speech by Venezuelan President Hugo Chavez led to clips from two
★★★★☆  2 years ago   252,371 views   LiberalViewer



**The Daily Show - Stephen Colbert gets sued: Paley Center**
Host Jon Stewart and correspondent Stephen Colbert talk about material that cannot
★★★★★  6 months ago   10,182 views   paleycenter

**The Daily Show: Jon Stewart On Getting Stories (Paley Center)**
Correspondent Stephen Colbert talks about how the show has moved toward a more
★★★★★  1 month ago   6,885 views   paleycenter

**Citizentube Interview: Lizz Winstead, Creator, Daily Show**
Google and the National Journal sponsored an event on 6/11/2008 called, "The 21st
★★★★★  7 months ago   1,877 views   citizentube

**Aasif Mandvi of the Daily Show at Sundance 2008**
Daily Show correspondent Aasif Mandvi chats with Darren Ewing of The Salt Lake
★★★★☆  1 year ago   4,638 views   sltrib

**Minority Report: Wyatt Cenac meets a White Supremacist**
Wyatt has some questions about racism, so he turns to someone who can surely
★★★★★  11 months ago   26,743 views   wyattcenac

**Daily Show & Colbert Report Writers in Mock WGA Debate**
In the funniest thing to happen since the Writers Guild went on strike, writers from the
★★★★★  1 year ago   46,822 views   campusprogress

**The Daily Show - Carell and Colbert on improv: Paley Center**
Correspondents Steve Carell and Stephen Colbert speak about improvisation being a
★★★★★  6 months ago   13,073 views   paleycenter

Pages: 1 [2](#) [3](#) [4](#) [5](#) [6](#) [7](#) ... [Next](#)

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

Try YouTube in a new web browser! **Download Google Chrome**

Add to iGoogle   |  daily show"   |  Search

| Your Account | | Help & Info | | YouTube | |
|---|---|---|---|---|---|
| Videos | Inbox | Help Resources | Community Help Forums | Company Info | Press |
| Favorites | Subscriptions | Abuse and Safety Center | Copyright Notices | TestTube | Contact |
| Playlists | more.. | Developer APIs | Community Guidelines | Terms of Service | Blog |