# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 235**



**Schapiro Exhibit 236**






**Schapiro Exhibit 237**

