# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 238



**Schapiro Exhibit 239**



**Schapiro Exhibit 240**



**Schapiro Exhibit 241**

