# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 242



# Broadcasting Ourselves ;)
## The Official YouTube Blog

**FRIDAY, JANUARY 22, 2010**

### Live Tonight: Top Artists Perform in "Hope for Haiti Now" Benefit Concert

Over the past week, citizens and organizations from around the world have rallied around Haiti, offering tremendous aid for the relief effort currently underway. But even though tens of millions of dollars have been raised online via sites like YouTube, Haiti's road to recovery will be long, and more financial support is desperately needed.

That's why tonight, in partnership with a variety of media companies, we're live-streaming "Hope for Haiti Now," a benefit concert for earthquake relief. Hosted by George Clooney, Wyclef Jean and Anderson Cooper, the event will feature performances by Justin Timberlake, Jay-Z, Rihanna, Shakira, U2, Coldplay, Taylor Swift and many more.



The concert starts tonight at 8 p.m. ET on www.youtube.com/hopeforhaitinow, and it will be available to a global audience. Donations from the event will go to a number of different organizations, including the Red Cross, UNICEF, the UN World Food Program, Partners in Health, Yele Haiti and Oxfam. After the show, you can continue to donate

**Search This Blog**

Search

powered by **Google**™



**Subscribe To**

📶 Posts          ⌄

📶 Comments       ⌄

**Community Gatherings**

Los Angeles, CA - Vidcon - July 9-11, 2010

Past Gatherings

**Hosting a meetup? Leave a comment on this channel with details**

**Twitter / youtube**

youtube: Health care summit will be wrapping up soon, be sure to ask your Qs and vote for your favorites.
http://youtube.com/citizentube

youtube: RT @hunterwalk: 50% of Fortune 100 companies have @youtube pages. Other 50% are instructed to call me right now http://bit.ly/bJ8ymz @rww

youtube: RT @NYTpersonaltech:

# Schapiro Exhibit 243

**You Tube**
Broadcast Yourself ™

Search

**Home  Videos  Channels  Shows**

# Broadcasting Ourselves ;)
## The Official YouTube Blog

**FRIDAY, OCTOBER 16, 2009**

### Can a Billion Views Help a Billion People?

Last week, we announced that YouTube serves over one billion video views per day. It's a pretty staggering number, right? That's also the number of people in the world who don't have enough food to eat. According to the UN World Food Program, for the first time in history, there are over 1 billion hungry people on Earth -- that's one in seven humans.

Today, on World Food Day, the World Food Program (WFP) is showing how you, the estimated one billion internet users, can help the one billion people who live in hunger:

World hunger - A Billion for a Billion
☆☆☆☆☆





0:00 / 1:09

The WFP isn't alone in their efforts. Nonprofit Action Against Hunger is calling on Al Gore to create a video about hunger as he did for climate change with *An Inconvenient Truth* (after all, who better to mobilize the internet community than the man who invented it?) And singer Christina Aguilera is lending her voice to the cause with this video:

## Search This Blog

Search
powered by **Google**™


BY FEEDBURNER

### Subscribe To

📶 Posts            ∨

📶 Comments         ∨

### Community Gatherings

Los Angeles, CA - Vidcon - July 9-11, 2010

Past Gatherings

**Hosting a meetup? Leave a comment on this channel with details**

### Twitter / youtube

youtube: Health care summit will be wrapping up soon, be sure to ask your Qs and vote for your favorites.
http://youtube.com/citizentube

youtube: RT @hunterwalk: 50% of Fortune 100 companies have @youtube pages. Other 50% are instructed to call me right now
http://bit.ly/bJ9ymz @rww

youtube: RT @NYTpersonaltech:



## World hunger - A Billion for a Billion

Help Haiti Now! Millions in need assistance https://www.wfp.org/donate/haiti

In the next

# 60

seconds

0:01 / 1:09   360p ▲

★★★★½ 3,006 ratings

667,016 views

♥ **Favorite**   ➔ **Share**   ✛ **Playlists**   ⚑ **Flag**

Facebook        Twitter        MySpace        (more share options)

▶ **Statistics & Data**

▼ **Video Responses (8)**                    Sign in to post a Video Response

◀            1:04        6:43        3:33        1:53        ▶
         jackbliss    MangaCho...    lucysell...    Borderli...

View All  -  Play All

▼ **Text Comments (1,064)  Options**          Sign in to post a Comment

**jackbliss** (1 month ago)                    Reply   +2 👍 👎

Thank you so much for uploading videos here to inform the masses and do your
part to help stop World Hunger. Inspired by your channel I recently made a small
PSA animation myself called "Shared Food Tastes Better." Thanks for accepting
it as a video response and keep going on with your noble cause :)

**cocomo1001** (1 month ago)

*Comment removed by author*

**GabrielMRocks** (1 month ago)                Reply   0 👍 👎

**WORLDFOODPROGRAM**   **Subscribe**
September 25,
2009
(more info)

World Hunger: every 6 seconds a child dies from
hunger. If you're reading this, you can make a
difference. Take action: http://bit.ly/539R9t (Please
note: The children featured in this video are n...

URL   http://www.youtube.com/watch?v=6jSBW0E

Embed   <object width="425" height="344"><param ⚙

**Donate to this organization**

Choose Donation ✓        **Donate** 🛒
                         Google Checkout
Learn more about YouTube Nonprofits

▼ **More From:**
**WORLDFOODPROGRAM**

**Monster Truck Madness in
the DRC‼**
21,962 views
2:15

**Hungerbytes v.2**
6,236 views
0:39

**Toy Story**
4,167 views
2:25

**Human Rescue Plan/Sean
Penn**
38,656 views
0:31

**Mother's Day: Rachel Weisz
talks about inherite...**

▼ **Related Videos**

**JK Wedding Entrance Dance**
43,515,977 views
TheKheinz
5:10   Featured Video

**Monster Truck Madness in
the DRC‼**
21,962 views
2:15   WORLDFOODPROGRAM

**Hungerbytes v.2**
6,236 views
WORLDFOODPROGRAM

🌐 Internet        🔍 100% ▾



**Schapiro Exhibit 245**



You Tube
Broadcast Yourself™

Search

Home    Videos    Channels    Shows

Create Account  or  Sign In

Subscriptions    History    Upload

## The Davos Question 2008



II    ●                                                    0:01 / 1:26  📢  CC  ⟲  ⬚

★★★☆☆  1,943 ratings                                    1,208,628 views

▼ Favorite    ➔ Share    ✦ Playlists    ⚑ Flag

Facebook        Twitter        MySpace                    (more share options)

▶  Statistics & Data

▼  Video Responses (130)                            Sign in to post a Video Response

◀   TruthCra...   6:32    awesomep...  7:02   giogaggia  3:01   thedavos...  0:38   ▶

View All  -  Play All

▼  Text Comments (3,973)  Options                   Sign in to post a Comment

**TruthCracker** (1 week ago)                            Reply   0 💬 👍
Way cooll I wish I new about this earlier.

**piratebri** (1 month ago)                              Reply   +1 💬 👍
I hate how theresident makes her eyes huge when she talks. So annoying.

**mtndewman052** (1 month ago)                           Reply   0 💬 👍
watch?v=W70ZhHuhnxY

**kikifavorites** (1 month ago)                          Reply   0 💬 👍



**THE DAVOS DEBATES** YOUR PITCH TO THE WORLD

**thedavosquestion**                        Subscribe
December 13, 2007
(more info)

http://youtube.com/thedavos... Every year, many of
the world's top leaders attend the World Economic
Forum in Davos, Switzerland, to discuss how to
make the world a better place. This year, you g...

URL   http://www.youtube.com/watch?v=BDqs-OZ

Embed  <object width="425" height="344"><param  ⚙

▼ More From: thedavosquestion

**Bono responds to the Davos Question**
584,543 views
1:07

**Turkish PM Recep Tayyip Erdoğan joins the Davos...**
430,060 views
1:54

**Matthias Lüfkens answers the Davos Question 2008**
11,646 views
1:51

**Camilla Webster answers the Davos Question 2008**
14,285 views
0:33

**Jet Li - Davos Debates 2009**
800,593 views

▼ Spotlight Videos



**Annoying Orange 7: Passion of the Fruit**
1,553,221 views
realannoyingorange
3:14

**Drop the Pun! Catchphrase Academy**
337,733 views
barelypolitical
2:45

**WORST Picture on the Internet!**
75,518 views
hiimrawn
1:51

**BUDDY COPS: The Day Off**
312,603 views
TheStation

Done                                    🌐 Internet              🔍 100%  ▼



**Schapiro Exhibit 246**

## Playlist



### The Davos Question 2008 - Leaders and CEOs answer

World's leaders and CEOs answer the Davos Question in January 2008

2 years ago 17,597 views thedavosquestion

Playlist URL (Permalink):

http://www.youtube.com/view_play_list?p=749732FF

Subscribe

---

**Videos: 48**

▶ **Play All Videos**

Sort by: Title | Duration | Date Added | Views | Comments | **Unsorted**



**Bono responds to the Davos Question** 
Bono, influential activist and rock god, gives his views on fighting poverty
and w...
★★★★★ 2 years ago 584,543 views thedavosquestion



**Shimon Peres answers the Davos Question** CC
Shimon Peres responds in no uncertain terms that terrorism and climate
change are ...
★★★★★ 2 years ago 207,210 views thedavosquestion



**Michael Chertoff, US Secretary of Homeland Security in Davos**
Michael Chertoff, US Secretary of Homeland Security in Davos, talks
about the mess...
★★★★★ 2 years ago 5,325 views thedavosquestion



**Abdoulaye Wade, President de Senegal, repond a Davos**
Abdoulaye Wade, M. Le President de Senegal, repond a la question de
Davos au sujet...
★★★★★ 2 years ago 22,471 views thedavosquestion



**President Hamid Karzai answers the Davos Question** CC
President Hamid Karzai of Afghanistan answers the Davos Question
★★★★★ 2 years ago 309,634 views thedavosquestion



**Peter Piot: changes in your sex life can improve the world.** CC
The Head of the United Nations programme on HIV AIDS says if you want
to improve t...
★★★★★ 2 years ago 49,742 views thedavosquestion

**Dr. Rajendra Pachauri answers the Davos Question** CC
Dr. Rajendra Pachauri, Chairman of the Intergovernmental Panel on
Climate Change (...
★★★★★ 2 years ago 11,701 views thedavosquestion

Done

Internet 🔍 100% ▾