# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 247




Schapiro Exhibit 248



# Schapiro Exhibit 249





That's Why I Chose Yale

Last fall, a group of Yalies set out to reinvent the genre of dull admissions videos. They created something... a little different.

00:05 / 16:49    360p

Ratings disabled    451,114 views

♥ Favorite    ➜ Share    ＋ Playlists    ⚑ Flag



Facebook    Twitter    MySpace    (more share options)

▶ Statistics & Data

▶ Video Responses (0)

Adding comments has been disabled for this video.



# Yale

YaleCampus
January 14, 2010
(more info)

Subscribe

An introduction to undergraduate life at Yale College. The project was an independent collaboration between Yale undergraduates and recent alumni working in the admissions office. All filming, edit...

URL  http://www.youtube.com/watch?v=tGn3-RW

Embed  <object width="560" height="340"><param

▼ More From: YaleCampus



2009 Yale Commencement
5,733 views



Yale and The World (Korean)
2,009 views

The Eli Whitney Students Program at Yale Univer...
1,707 views

A New Home for the Arts
8,546 views



Pavilion-Raising at the Yale Farm



▼ Related Videos

# Schapiro Exhibit 250

