# SCHAPIRO DECLARATION EXHIBITS CONTINUED

Schapiro Exhibit 251



**Schapiro Exhibit 252**



**Schapiro Exhibit 253**

  

YouTube
Broadcast Yourself ™

Search

Create Account or Sign In

Home  Videos  Channels  Shows

Subscriptions  History  Upload

**Easy flourless chocolate cake recipe - How to make a chocolate cake**

0:05 / 4:40   360p

★★★★½  220 ratings                                                                70,622 views

♥ Favorite   → Share   + Playlists   ▶ Flag

Facebook        Twitter        MySpace                                (more share options)

---

**Advertisement**

howdini.

HowdiniGuru                    Subscribe
February 24, 2008
(more info)

http://www.howdini.com/howd... How to make an easy flourless chocolate cake If chocolate were illegal, we'd happily go to jail for this moist, rich and dense, flourless chocolate cake. Ceci Carmi...

URL   http://www.youtube.com/watch?v=msTLaS(
Embed <object width="425" height="344"><param

---

▶ Statistics & Data

▶ Video Responses (0)                                    Sign in to post a Video Response

▼ Text Comments (207)  Options                          Sign in to post a Comment

**GeneralFanatic** (1 day ago)                          Reply   0  👎  👍
i am craving chocolate so bad right now..

**makeuprox1** (1 week ago)                             Reply   0  👎  👍
lot of eggs wow

**josephweee** (1 week ago)                             Reply   0  👎  👍
this is by far the simplest and best recipe i've tried! :) love it

**lngso13** (1 week ago)                                Reply   0  👎  👍
it looks veeeeery good! And so easy!

**yoruichiwt13** (2 weeks ago)                          Reply   0  👎  👍
its so simple i thought it was not so

---

**Series** (7)        **More From Channel**

Play All | Play Next

1. How to roast chicken - Roasted chicken recipe                4:21
2. How to sharpen a knife - Knife sharpening tutorial           2:29
3. How to make a gourmet grilled cheese sandwich                4:21
4. How to make the perfect vinaigrette - Vinaigret...            1:55
5. Vegetable carving: How to carve a radish 'rat'                1:38
6. How To make crème brûlée - Crème brûlée                      7:34
7. Easy flourless chocolate cake recipe - How to m...            4:41

**Schapiro Exhibit 254**

