# SCHAPIRO DECLARATION EXHIBITS CONTINUED



# Schapiro Exhibit 255

# You Tube REPORTERS' CENTER

HELPING YOU REPORT THE NEWS


CLICK TO
WATCH THE
LATEST
NEWS ON
You Tube

The YouTube Reporters' Center   **Subscribe**   Uploads   Favorites   **Playlists**
reporterscenter's Channel

0:00 / 1:35

Info   ▼ Comments   ♥ Favorite   → Share   + Playlists   ⚑ Flag

**Project Report Production Tip #7: Audio**   2 ratings ★★★☆☆

From: projectreport | February 18, 2010 | 1,171 views

Important tips and tricks from the Pulitzer Center on how to make sure the audio in your video is handled properly. Find out more at **http://www.youtube.com/projectreport.**

View comments, related videos, and more

**Using Technology**
1 week ago
more info

**Production Tips**
2 days ago
more info

**Interviews and Profiles**
23 hours ago
more info

**Expert Videos -
YouTube Reporters'**
1 week ago
more info

**Presenting Your
Story**
2 weeks ago
more info

**Ethics, Law, and
Fact-checking**
3 weeks ago
more info
6 videos

reporterscenter
You **Tube**   **Subscribe**

## OPPORTUNITIES

Done

Internet   100% ▾