# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 256**



**Schapiro Exhibit 257**



**Schapiro Exhibit 258**

