

## Gmail: Google's approach to email

**About**

What's New

Help Center

Blog

Tips

Stories

For Organizations

Join the Team

Create an Account

# 10 reasons to use Gmail

Gmail makes email easy and efficient. And maybe even fun.

**Create an Account »**



### 1. You don't like spam. Neither do we.

Don't waste time with junk mail and unwanted messages. Gmail blocks spam before it gets to your inbox. If an unwanted message ever finds its way through, you can fight back by reporting it and help make our spam filters even better. Learn more

Watch a video to see how we combat spam.



### 2. Search your mail instantly

Use Google search within Gmail to find the exact message you want, no matter when it was sent or received. You don't have to spend time sorting your email, just search for a message when you need it and we'll find it for you.



### 3. Organize replies into conversations

With Gmail, each message you send is grouped with all the responses you receive. This conversation view continues to grow as new replies arrive, so you can always see your messages in context.



### 4. Built-in chat: text, voice, or video

With just one click, you can chat in Gmail with the people you already email or reply to emails by chat. You can even talk face to face with Gmail voice and video chat. All you need is a webcam and a small download that takes seconds to install.



### 5. Labels, filters, and stars...oh my!

Gmail uses labels to help you organize with more flexibility. A conversation can have several labels, so you're not forced to choose one particular folder for messages. You can also create filters to automatically manage incoming mail. Starring messages is another way you can organize your inbox. Plus, it looks pretty.



### 6. Get your mail on the go

The days of needing your computer to get to your inbox are long gone. You can now use Gmail on your mobile device to access your email from anywhere.



### 7. Lots of space (and counting)

We're always working to increase the amount of free storage we offer in Gmail, and if you want even more, you can always purchase additional space. With all that space, you can archive instead of deleting messages, so they won't clutter your inbox but will remain searchable in case you ever need them again.



### 8. We have ads, but only the good kind

With Gmail, you'll never see pop-ups or untargeted banner ads. Instead we

©2010 Google - Terms