**From:** Sean Dempsey <sdempsey@google.com>
**Sent:** Friday, October 6, 2006 2:54 PM
**To:** Maurus, Zach ; Duncan, Storm ; Kim, James
**Subject:** Fwd: Snowmass video analysis

some manual analysis we did

---------- Forwarded message ----------
From: Salman Ullah
Date: Oct 6, 2006 11:43 AM
Subject: Snowmass video analysis
To: Salar Kamangar <salar@google.com>, "Dempsey, Sean [GOOGLE, INC. (Mountain View)]" <dempsey@google.com>
Cc: Mike Pearson <pearson@google.com>, Jason Harinstein <jharinstein@google.com>

| | | |
|---|---|---|
| Gross Total | 424 (includes 123 that aren't valid URLs) | |
| Net Total | 301 | 100% |
| No | 112 | 37% |
| Prem/rem | 189 | 63% |

Premium/removed- means the content is copyright (either in whole or in substantial part) and removed were links that were taken down
No- no copyright but includes commercials, trailers, public service, promos, true ugc

we are working on gvideo now.

—
Sean C. Dempsey
Principal, Corporate Development
Google Inc.

dempsey@google.com



**HIGHLY CONFIDENTIAL** CSSU 002686