**From:** Kim, James
**Sent:** Saturday, October 7, 2006 7:19 PM
**To:** Scarborough, Chris <cscarbor@credit-suisse.com>; Maurus, Zach <zmaurus@credit-suisse.com>
**Subject:** Project Snowmass - Oct. Board Materials_v8.PPT
**Attach:** Project Snowmass - Oct. Board Materials_v8.PPT

---

Scarby/Zach. Attached is a draft of the materials. I'm around to discuss.

Thx,
James

<<...>>



Duncan.S
EXHIBIT NO. 19
7.16.08
A. IGNACIO HOWARD CSR, RPR

**HIGHLY CONFIDENTIAL**

CSSU 003326



CREDIT SUISSE

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Project Snowmass
## IBC Materials
October 9, 2006

DRAFT

PRELIMINARY | SUBJECT TO FURTHER REVIEW AND EVALUATION

THESE MATERIALS MAY NOT BE USED OR RELIED UPON FOR ANY PURPOSE OTHER THAN AS SPECIFICALLY CONTEMPLATED BY A WRITTEN AGREEMENT WITH CREDIT SUISSE.

CSSU 003327

# Summary of Key Transaction Terms

*Based on Draft Merger Agreement as of October 6, 2006*

## D

## R

### Summary of Terms

▸ $1.65 billion of Green Class A Common Stock in exchange for all shares, options, warrants and other equity interests of Yellow

## A

▸ One year indemnification period, with certain customary carveouts

- Liability for breaches is limited to [20%] of the aggregate consideration

## F

- Escrow of [10%] of the aggregate consideration

## T

▸ Expected to sign and publicly announce after market on October 9

▸ Closing anticipated in 30 to 45 days

---

### Summary of Statistics

($MM)

| | Illustrative Yellow Txn Statistics | Green Street Statistics [3] |
|---|---|---|
| **TRANSACTION VALUES** | | |
| Fully-Diluted Equity Value | $1,650 | $132,299 |
| - Net Cash [1] | 0 | (10,840) |
| Fully-Diluted Aggregate Value | 1,650 | 121,458 |

| **IMPLIED VALUATION MULTIPLES** | Statistic [2] | | |
|---|---|---|---|
| **Revenue** | | | |
| CY2007E | $150 | 11.0x | 12.3x |
| CY2008E | 299 | 5.5 | 8.7 |
| **EBITDA** | | | |
| CY2007E | $67 | 24.5x | 19.6x |
| CY2008E | 144 | 11.5 | 15.3 |
| **NOPAT** | | | |
| CY2007E | $34 | 48.4x | 31.3x |
| CY2008E | 78 | 21.2 | 25.2 |

(1) Based on Green management data provided October 6, 2006.
(2) Yellow projections based on Green Management data provided October 7, 2006.
(3) Based on Green stock price of $420.50 as of October 6, 2006. Projections based on Thomas Weisel analyst research dated September 14, 2006 and consensus estimates for 2007 and 2008, respectively.

# Summary of Valuation Analyses

Update Football Field Last
- To discuss IPO Analysis

($MM)

Illustrative DCF Analysis

Selected Companies

Selected Transactions

Illustrative IPO Analysis

Green
Offer =
$1,650MM

$3,000
$3,000
$2,500
$2,000
$1,500
$1,000

CREDIT SUISSE

2

# Yellow Company Overview

## Company Overview

**Status:** Private
**Headquarters:** San Mateo, CA
**Founded:** 2005

## Executives

**Management**

| Name | Title | Background |
|------|-------|------------|
| Chad Hurley | CEO | Executive, Paypal |
| Steve Chen | CTO | Executive, Paypal |
| Gideon Yu | CFO | Treasurer, Yahoo |

## Financing History

| Round | Round Type | Date | Amount Raised ($MM) | Post-Money Valuation ($MM) | Company Stage |
|-------|-----------|------|---------------------|----------------------------|---------------|
| 1 | 1st | 11/05 | $3.5 | NA | Shipping Product |
| 2 | 2nd | 4/06 | 8.0 | NA | Shipping Product |

Investors include: Sequoia Capital

## Product Overview

Yellow is a place for people to share, comment on, and view videos online. Yellow originally started as a personal video sharing service, and has grown into an entertainment destination with people watching more than 100 million videos on the site daily. Yellow enables people to:

- Upload, tag and share videos worldwide
- Browse millions of original videos uploaded by community members
- Find, join and create video groups to connect with people who have similar interests
- Customize the experience by subscribing to member videos, saving favorites, and creating playlists
- Integrate Yellow videos on websites using video embeds or APIs
- Make videos public or private - users can elect to broadcast their videos publicly or share them privately with friends and family upon upload

## Recent News

**September 20, 2006** - Announced Cingular-sponsored promotion to discover unsigned bands and musicians.

**September 18, 2006** - Announced video distribution and revenue partnership with Warner Music Group.

**August 22, 2006** – Unveiled new advertising concepts—Participatory Video Ads (PVA) and Brand Channels—to encourage dialogue between community and marketers. Yellow names their first Brand Channel partner, Warner Brothers Records, and designates a channel for Paris Hilton to promote her debut album Paris

**May 10, 2006** – Launched a service that allows people to upload videos directly from their mobile phones and PDAs to the Yellow Web site.

**June 27, 2006** - Announced a strategic partnership that will combine NBC's programming with Yellow's audience.

**May 10, 2006** - Launched a service that allows people to upload videos directly from their mobile phones and PDAs to the Yellow Web site

CSSU 003330

# Yellow Company Overview *(continued)*



## Key Metrics

| Metric | Metric | | Rank (1) |
|---|---|---|---|
| | October 2005 | July 2006 | |
| Total Unique Users | 0.7MM | 16.1MM | 3 |
| Total Pages Viewed | 10MM | 661MM | 1 |
| Average Minutes Per Visitor | 11.6 min | 33.7 min | 1 |

(1) Rank within online video space. Based on July 2006 metric per Comscore Media Metrix

▲ Current number of videos viewed daily: 180MM

▲ Current number of videos uploaded daily: 100,000

Source: Yellow Management date provided October 6, 2006.

### Basic User Interface

Video search

User-generated video tags

Banner rails

User-generated ratings

Shows with Videos Thousands of Single or Your Arch. For Your Media For Free Now!

2006 Fan TV 150 Countries and Meet New News, Sport, Media Unlimited interviews/concepts

Member only video uploading

User-formed video-channels

Green ads

### Video Page

Video Player

Viewed 2,000
Comments 25
Favorited 107 time
Honors 0
Links to ____ this video

Permalinks

Video traffic statistics

# Benchmarking User Growth



## Unique Users Over Time

(Unique Users in MM)

| | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 | Jan-06 | Feb-06 | Mar-06 | Apr-06 | May-06 | Jun-06 | Jul-06 | Compounded Monthly Growth Rate Aug-05 - Jul-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| myspace | 21.8 | 21.6 | 24.3 | 26.7 | 32.2 | 35.6 | 37.3 | 41.9 | 48.0 | 51.4 | 52.3 | 54.5 | 8.3% |
| Yellow | 8.3 | 8.5 | 9.5 | 11.1 | 12.4 | 12.1 | 10.5 | 12.9 | 12.4 | 14.1 | 13.8 | 14.4 | 64.0% |
| facebook | 0.1 | 0.4 | 0.7 | 0.9 | 1.6 | 2.7 | 4.2 | 5.0 | 6.6 | 12.7 | 13.4 | 16.1 | 4.7% |

Source: Comscore Media Matrix

CREDIT SUISSE

HIGHLY CONFIDENTIAL

CSSU 003332

# Online Video Market Forecasts



## Internet Video Revenue by Service Type

2005 - 2010 CAGR: 50.3%

|  | 2005 - 2010 CAGR |
|---|---|
| A la Carte | 79.9% |
| Advertising | 40.5% |
| Subscription | 40.9% |

$230.0 (2005)

$601.6 (2006): $270.0, $262.8, $69.8

$900.1 (2007): $348.7, $458.6, $92.8

$1,180.0 (2008): $469.7, $697.8, $126.5

$1,446.5 (2009): $582.2, $686.7, $177.6

$1,762.3 (2010): $702.0, $815.5, $244.8

□ Subscription □ Advertising □ A la Carte

## Internet Video Revenue By Content Type

2005 - 2010 CAGR: 50.3%

|  | 2005 - 2010 CAGR |
|---|---|
| Other | 38.8% |
| Sports | 41.8% |
| User-Created | 52.6% |
| News | 42.5% |
| Movies | 66.4% |
| TV | 69.6% |

$230.0 (2005): 43.9, 64.9, 11.9, 33.0, 14.2, 42.2

$601.6 (2006): $77.3, $150.1, $35.1, $83.5, $235.6

$900.1 (2007): $107.8, $232.7, $67.1, $48.2, $324.9

$1,180.0 (2008): $138.5, $343.0, $96.1, $70.4, $420.2

$1,446.5 (2009): $172.8, $381.6, $80.8, $513.7, $517.7

$1,762.3 (2010): $210.1, $486.8, $98.5, $193.7, $181.1, $592.1

□ TV □ Movies □ News □ User-Created □ Sports □ Other

Source: IDC, March 2006

CSSU 003333

# Transaction Rationale and Positioning

**D**

▶ **Enables Green to catapult to the clear number one position in online video**

- Online video has been a top priority for Green and they have not been able to gain meaningful traction with their stand alone efforts

- Yellow has consistently extended its leadership position over Green and all other online players in 2006

**R**

**A**

▶ **Numerous revenue and cost synergies will drive increasing profits**

- Green can increase usage of Yellow as part of its network

- Green can better monetize Yellow's traffic and viewing with its technology and advertiser relationships

**F**

- Green can realize significant cost savings in ad serving, bandwidth and sales

**T**

▶ **Yellow is one of the leading and fastest growing Web 2.0 companies**

- Company has exhibited tremendous growth and has established a loyal global following

  - There are only a handful of private internet companies exhibiting this type of growth and traction



CREDIT SUISSE

# Key Revenue Assumptions in Yellow Model

| Key Variable | Description / 2007E Traffic Metrics | 2011E Traffic Metrics | CPM | Unmonetized Video Traffic |
|---|---|---|---|---|
| Videos Viewed | ▸ Currently, there are ~ 180MM videos viewed per day on Yellow website<br>　▪ 90% of videos viewed are major geographic markets<br>　▪ 13% of videos viewed on partner websites (i.e. MySpace, etc.)<br>▸ Assumes 400MM avg. videos viewed per day in 2007E | ▸ 950MM avg. videos viewed per day by 2011E<br>▸ CAGR of 24% | | |
| Pages Viewed | ▸ Page views on 3 areas of the Yellow website:<br>　▪ Home Page: ~ 10% of total page views<br>　▪ Search Page: ~ 45% of total page views<br>　▪ Watch Page: ~ 45% of total page views<br>▸ Assumes 1:1 Video Stream to Watch Page ratio<br>▸ ~ 280BN annual page views in 2007E | ▸ 670BN annual page views by 2011E<br>▸ CAGR of 24% | | |
| Premium Video | ▸ 60% of total video streams on Yellow website are Premium<br>▸ Premium Content is copyrighted content such as movie / TV trailers, music videos, etc.<br>▸ Assumes 10% of premium content providers allow Yellow to monetize their content in 2007E<br>　▪ 75% sell through on advertising inventory<br>　▪ 50/50 revenue share split (after 10% allocation for expenses - bandwidth, storage, etc.)<br>▸ ~ 5BN video ad streams sold in 2007E | ▸ 50% of premium content providers allow Yellow to monetize their content<br>　▪ 79% sell through on advertising inventory<br>▸ ~ 64BN annual video ad streams sold<br>▸ CAGR of 88% | ▸ $10 CPM in 2007E<br>▸ Growing to $13 by 2011E | ▸ 63BN premium videos viewed will not serve video ads in 2007E<br>▸ 99BN in 2011E |
| High Value Non-Premium Video | ▸ 40% of total video streams on Yellow website are Non-Premium<br>▸ Non-Premium Content is user generated videos and is segmented between high value content and regular content<br>▸ ~ 2.5% of Non-Premium content can be monetized using video ads in 2007E<br>　▪ Sell through and revenue share assumptions consistent with premium video assumptions<br>▸ ~ 900MM video ad streams sold in 2007E | ▸ ~ 10% of Non-Premium content can be monetized using video ads by 2011E<br>▸ ~ 5.5BN video ad streams sold by 2011E<br>▸ CAGR of 78% | ▸ CPM of $3 in 2007E<br>▸ Growing to $5 by 2011E | ▸ 45BN annual non-premium videos viewed will not serve video ads in 2007E<br>▸ 100BN in 2011E |
| Run of Site Ads | ▸ Non-targeted run of site ads served on Search and Watch Pages<br>▸ 254BN page views in 2007E | ▸ 603BN page views by 2011E<br>▸ CAGR of 24% | ▸ CPM of $0.14<br>▸ ~$0.50 CPM on GreenMail | |
| Sponsored Ads | ▸ Sponsored advertising on Yellow's home page (i.e. Paris Hilton sponsored by Fox's Prison Break)<br>　▪ Assumes 100% sell through on advertising inventory<br>　▪ 28BN page views in 2007E | ▸ 67BN page views by 2011E<br>▸ CAGR of 24% | ▸ CPM of $3 in 2007E, growing to $5 by 2011E<br>▸ Green estimates that AOL Home Page CPM is ~$5 and YHOO Home Page CPM is ~$3 | |

CSSU 003335

8

# Yellow Long-Term Financial Projections

## Financials based on Green Management Case

**D R A F T**

($MM)

| | Yellow Calendar Year Financial Performance | | | | | '07-'11 |
| --- | --- | --- | --- | --- | --- | --- |
| | 2007E | 2008E | 2009E | 2010E | 2011E | CAGR |
| Premium Video | $51 | $168 | $342 | $565 | $835 | 101% |
| High Value Non-Premium Video | 3 | 9 | 20 | 35 | 43 | 102% |
| Run of Site Ads | 36 | 53 | 67 | 77 | 84 | 24% |
| Sponsored Ads | 85 | 148 | 212 | 274 | 335 | 41% |
| Gross Revenue | $174 | $379 | $640 | $950 | $1,297 | 65% |
| **Net Revenue** [1] | **$150** | **$299** | **$477** | **$681** | **$902** | **57%** |
| *% Growth* | *NM* | *99%* | *60%* | *43%* | *33%* | |
| **EBITDA** | 67 | 144 | 246 | 374 | 496 | 65% |
| *% Margins* | *45%* | *48%* | *52%* | *55%* | *55%* | |
| *% Growth* | *NM* | *128%* | *80%* | *58%* | *33%* | |
| Less: D&A | 15 | 24 | 31 | 34 | 45 | |
| **Operating Income** | **52** | **120** | **215** | **340** | **451** | **71%** |
| *% Margins* | *35%* | *40%* | *45%* | *50%* | *50%* | |
| Income Taxes | 18 | 42 | 75 | 119 | 158 | |
| *% Tax Rate* | *35%* | *35%* | *35%* | *35%* | *35%* | |
| NOPAT | 34 | 78 | 140 | 221 | 293 | 71% |
| *% Margins* | *23%* | *26%* | *29%* | *33%* | *33%* | |

- Current headcount of approximately 60 employees growing to ~200 by 2011E
- Majority of other operating expenses consist of bandwidth and server costs
- ~$3MM in video streaming (bandwidth) costs over the last 6 months

Projections based on Green Management data provided October 7, 2006.
(1) Net of partner revenue share expenses.

CREDIT SUISSE

# Selected Companies Trading Statistics

*($MM, except per share amounts)*

| COMPANY (FYE) | Stock Price 11/6/06 | Disc. / Prem. High | Low | Equity Market Value | Aggr. Market Value | P/E multiples CY06 | CY07 | CY08 | Revenue CY06 | CY07 | CY08 | EBITDA CY06 | CY07 | CY08 | CY06 | CY07 | CY08 | LT Gr. Rate (LTGR) | CY07 P/E LTGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Internet Leaders**

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| eBay (Dec.) | $29.39 | 27.8% | 25.0% | $42,400 | $39,045 | 29.3x | 23.6x | 17.7x | 8.6x | 6.3x | 4.2x | 17.1x | 13.5x | 10.6x | 28.6x | 22.8x | 22.7x | 24% | 1.0x |
| Yahoo! (Dec.) [1] | 25.47 | (41.3%) | 3.3% | 37,107 | 27,377 | 53.6x | 39.1x | 29.6x | 5.9x | 4.7x | 3.8x | 14.1x | 10.6x | 9.4x | NM | 37.5x | 27.0x | 28% | 1.4x |
| Amazon.com (Dec.) | 32.59 | (34.2%) | 25.0% | 13,699 | 13,911 | NM | 46.8x | 29.0x | 1.3x | 1.1x | 1.0x | 22.0x | 17.0x | 13.6x | 45.1x | 31.0x | 22.7x | 21% | 2.3x |

**Online Content and Consumer Services**

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monster Worldwide (Dec.) | $39.98 | 38.5% | (32.6%) | $5,309 | $4,660 | 32.2x | 24.6x | 19.7x | 4.2x | 3.5x | 3.1x | 18.0x | 12.5x | 10.3x | 28.6x | 22.8x | 17.3x | 25% | 1.0x |
| RealNetworks (ex litigation) (Dec.) | 11.34 | (0.5%) | 87.6% | 2,119 | 1,350 | NM | 45.0x | NM | 3.7x | 3.1x | 2.9x | NM | 46.6x | 31.8x | 11.4x | 34.0x | NM | 23% | 2.0x |
| Netflix (Dec.) | 24.11 | (23.9%) | 29.8% | 1,727 | 1,385 | 46.7x | 30.4x | 18.3x | 1.4x | 1.0x | 0.8x | 6.7x | 8.2x | 8.2x | 48.6x | 30.1x | 17.0x | 43% | 0.7x |
| CNET Networks (Dec.) | 9.85 | (37.8%) | 35.9% | 1,517 | 1,519 | 45.4x | 32.2x | 25.4x | 3.9x | 3.4x | 3.0x | 17.1x | 13.5x | 11.1x | NM | 34.3x | 34.3x | 29% | 1.1x |
| Knot (Dec.) | 21.17 | (4.3%) | 99.0% | 643 | 609 | 51.6x | 32.0x | 24.6x | 8.6x | 5.8x | 4.6x | 42.7x | 21.3x | NM | 46.6x | 37.0x | 34.3x | 33% | 1.0x |
| Bankrate (Dec.) | 26.81 | (48.1%) | 12.4% | 522 | 419 | 29.5x | 32.9x | 16.0x | 6.2x | 4.2x | 3.4x | 14.6x | 10.8x | 8.2x | 28.9x | 20.8x | 13.9x | 29% | 0.8x |

*Source: IBES consensus estimates and Wall Street Research*
*(1) Yahoo! net cash is adjusted to to include the market value of Yahoo! ownership in Yahoo! Japan. Assumed 34% of current market capitalization of Yahoo! Japan, with a 20% liquidity discount.*

| ($MM) | Selected Statistic [2] | Multiple Reference Range Low | High | | Implied Equity Value [1] Low | High |
|---|---|---|---|---|---|---|
| **BASED ON EBITDA STATISTICS:** | | | | | | |
| CY2007E | $67 | 20.0x | - | 30.0x | $1,350 - | $2,024 |
| CY2008E | 144 | 11.0 | - | 17.0 | $1,579 - | $2,440 |
| **BASED ON NOPAT STATISTICS:** | | | | | | |
| CY2007E | $34 | 30.0x | - | 50.0x | $1,023 - | $1,706 |
| CY2008E | 78 | 20.0 | - | 30.0 | $1,555 - | $2,332 |

*(1) Assumes Yellow net cash of $0.0MM based on management data provided October 6, 2006.*
*(2) Yellow projections based upon Green Management provided October 7, 2006.*

**Implied valuation range of $1.0BN to $2.3BN based on selected company statistics**

CONFIDENTIAL

# Selected Internet Transactions

Consider adding mobile content?

($MM)

| | | | Fully-Diluted | | Revenue | | EBITDA | |
|---|---|---|---|---|---|---|---|---|
| Date | Target | Acquiror | Equity Value | Agg. Value | LTM | NTM | LTM | NTM |
| 08/09/06 | Atom Entertainment | Viacom | $200 | $200 | NA | NA | NA | NA |
| 04/24/06 | Xfire | Viacom | 102 | 102 | NA | NA | NA | NA |
| 03/16/06 | uSwitch (1) | EW Scripps | 366 | 366 | 14.6x | 8.6x | NA | NA |
| 03/06/06 | iVillage | NBC Universal | 665 | 609 | 6.7x | 5.3x | 35.9x | 21.0x |
| 01/17/06 | dMarc Broadcasting (4) | Green | 1,238 | 1,238 | NA | NA | NA | NA |
| 12/14/05 | PriceGrabber.com | GUS plc | 485 | 485 | 8.1x | NA | 19.4x | NA |
| 09/12/05 | Skype (2) | eBay | 2,600 | 2,600 | 43.3x | 13.0x | NA | NA |
| 09/08/05 | IGN (1) | News Corp | 650 | 650 | 11.3x | NA | 41.9x | NA |
| 07/18/05 | Intermix (1) | News Corp | 575 | 571 | 7.2x | 4.8x | NM | 37.4x |
| 06/07/05 | Shopzilla (3) | E.W. Scripps | 560 | 560 | 6.6x | 4.0x | 28.0x | 16.8x |
| 06/01/05 | Shopping.com | eBay | 667 | 524 | 4.9x | 3.9x | 24.3x | 18.9x |
| 05/04/05 | LowerMyBills.com | Experian | 350 | 350 | 2.9x | NA | NA | NA |
| 03/21/05 | Ask Jeeves | InterActiveCorp | 1,966 | 1,858 | 7.1x | 4.8x | 21.9x | 15.8x |
| 03/21/05 | Flickr | Yahoo | 50 | 50 | NA | NA | NA | NA |
| 02/16/05 | About.com | New York Times | 410 | 410 | 10.0x | NA | 30.0x | 23.0x |
| 12/16/04 | Rent.com | eBay | 415 | 415 | 10.4x | NA | NA | NA |
| 11/14/04 | MarketWatch Inc | Dow Jones & Co | 512 | 456 | 6.4x | 4.8x | 52.9x | 23.1x |
| 09/14/04 | MusicMatch | Yahoo! | 160 | 160 | 6.5x | NA | NA | NA |
| 08/03/04 | Pricerunner.com | ValueClick | 29 | 27 | 3.7x | NA | 16.6x | NA |
| 03/26/04 | Kelkoo | Yahoo! | 576 | 556 | 11.1x | 6.2x | 37.1x | 22.2x |
| 07/08/02 | PayPal | eBay | 1,532 | 1,406 | 10.1x | 5.5x | NM | 54.9x |
| **Median** | | | | | 10.0x | 6.1x | 30.8x | 25.9x |
| **Mean** | | | | | 7.2x | 5.1x | 29.0x | 22.2x |

Source: Analyst research reports, SEC filings and press releases.
(1) LTM calculated as of June 2005.
(2) Based on estimated CY05 revenues of $60mm and CY06 revenues of $200mm.
(3) LTM calculated as CY04 and NTM calculated as CY05.
(4) Transaction value based on $102MM cash transaction value and includes $1.1BN in contingent payments.

HIGHLY CONFIDENTIAL

CSSU 003338

# Selected Transactions Analysis

## D R A F T

*($MM)*

| | Yellow Statistic [2] | Multiple Reference Range | | | Implied Equity Value [1] | | |
|---|---|---|---|---|---|---|---|
| | | Low | - | High | Low | - | High |
| **BASED ON FORWARD EBITDA STATISTICS:** | | | | | | | |
| CY2007E | $67 | 23.0x | - | 30.0x | $1,552 | - | $2,024 |
| **BASED ON FORWARD REVENUE STATISTICS:** | | | | | | | |
| CY2007E | $150 | 9.0x | - | 13.0x | $1,350 | - | $1,949 |

(1) Adjusted for Yellow, net cash of $0.0MM based on management data for the period ended September 30, 2006.
(2) Forward financial statistics for Yellow based on calendar year 2007E financials.

**Implied valuation range of $1.4BN to $2.0BN based on selected transaction statistics**



CREDIT SUISSE

# Illustrative Yellow DCF Analysis



DCF analysis implies a valuation range for Yellow of $2.1BN - $3.4BN

# Illustrative DCF Sensitivity on Financial Performance

## Sensitivity based on revenue growth and EBITDA margin

**D R A F T**

| | Illustrative DCF Valuation Range | | | |
|---|---|---|---|---|
| | CY07E - CY11E Revenue CAGR | | | |
| | $366 | $576 | $902 | $1,406 |
| CY07 - CY11 CAGR: | 25% | 40% | 57% | 75% |
| 40.0% | $834 | $1,268 | $1,973 | $2,963 |
| 45.0% | 941 | 1,431 | 2,225 | 3,339 |
| 52.9% | 1,138 | 1,735 | 2,703 | 4,067 |
| 55.0% | 1,156 | 1,755 | 2,729 | 4,091 |
| 60.0% | 1,264 | 1,918 | 2,981 | 4,467 |

CY07E - CY11E Average Annual EBITDA Margin %

*Note: Based on a 22.5% discount rate and a 11.0x terminal EBITDA multiple.*

☐ = Denotes base case



CREDIT SUISSE

# Green Pro Forma Transaction Impact

**D R A F T**

($MM, except per share amounts)

| Projections [1] | Green | | Yellow | |
|---|---|---|---|---|
| | CY2007E | CY2008E | CY2007E | CY2008E |
| Net Income | $4,294.6 | $5,598.3 | $35.1 | $80.7 |
| EPS | $13.00 | $16.94 | | |
| Annualized P/E [2] | 32.4x | 24.8x | | |
| Weighted Average Shares (MM) | 330.4 | 330.4 | | |

Analysis Issued Current Green Price
Two-thirds Green Price / one-third Yellow Price

| Stock Consideration | | | | Pro Forma EPS Accretion/(Dilution) | | | Pre-Tax Synergies [3] for No Dilution % of Yellow OpEx | | | Annualized P/E to Maintain Current Share Price [3] | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans. Value | Green FD Sh. Issued (MM) | Yellow FD % Own. [4] | | CY2007E | CY2008E | | CY2007E | CY2008E | | CY2007E | CY2008E |
| $1,650 | 3.9 | 1.2% | | $12.95 | $16.88 | P/T Syms.: | $22 | NM | | 32.5x | 24.8x |
| | | | | (0.4%) | (0.3%) | | | | | | |
| $1,136 | 2.7 | 0.9% | | 13.00 | 17.04 | | NM | NM | | 32.4 | 24.7 |
| | | | | 0.0% | 0.6% | | | | | | |
| 2,005 | 4.8 | 1.5% | | 12.92 | 16.94 | | $38 | NM | | 32.6 | 24.8 |
| | | | | | | | | | | | |

PF EPS:
Accretion/(Dilution):

Note: Does not reflect the potential impact of certain purchase accounting and financial variables including (among others): equity compensation expense, excess purchase price treatment, depreciation and amortization of intangibles, tax charges/benefits and other non-recurring/transaction items.
(1) Yellow projections based on Green Management data provided October 7, 2006. Assumes $1MM and $3MM of interest income in 2007 and 2008, respectively. Green projections based on Thomas Weisel analyst research dated September 14, 2006, and IBES consensus for 2007 and 2008, respectively.
(2) Based on current prices of $420.50 for Green as of October 6, 2006.
(3) Based on Green tax rate of 29.2%.
(4) Based on Green shares outstanding of 304.4MM from 10-Q for the period ended June 30, 2006, and options schedule from 10-Q for the period ended June 30, 2006.



CREDIT SUISSE

CSSU 003342

CONFIDENTIAL

# Appendix

A.    Discounted Cash Flow Analysis Detail



CREDIT SUISSE

HIGHLY CONFIDENTIAL

# Illustrative Discounted Cash Flow Analysis Detail

## Yellow Management Base Case DCF Analysis

*($MM, except per share amounts)*

| | CY2007E | CY2008E | CY2009E | CY2010E | CY2011E (Terminal Yr.) | CAGR 07E - 11E |
|---|---|---|---|---|---|---|
| | | | Yellow Projections | | | |
| Revenue | $150 | $239 | $477 | $681 | $902 | 57% |
| *% Growth* | - | 99% | 60% | 43% | 33% | 65% |
| EBITDA | 67 | 144 | 246 | 374 | 496 | |
| *% Margin* | 45% | 48% | 52% | 55% | 55% | |
| EBIT | 52 | 120 | 215 | 340 | 451 | 71% |
| *% Margin* | 35% | 40% | 45% | 50% | 50% | |
| Tax Effect | 18 | 42 | 75 | 119 | 158 | |
| *Tax Rate* | 35% | 35% | 35% | 35% | 35% | |
| NOPAT | 34 | 78 | 140 | 221 | 293 | 71% |
| *% Margin* | 35% | 35% | 35% | 35% | 35% | |
| Plus: Depreciation & Amortization | 15 | 24 | 31 | 34 | 45 | |
| *% Margin* | 10% | 8% | 7% | 5% | 5% | |
| Less: Capital Expenditures | (15) | (24) | (31) | (34) | (45) | |
| Unlevered Free Cash Flow | $34 | $78 | $140 | $221 | $293 | 71% |
| *% Growth* | - | 128% | 80% | 58% | 33% | |

### DCF Assumptions

**Income Statement:**
- Revenue and margin assumptions based on Green management projections
  - 57% CAGR from 2007E-2011E
  - 35% operating margins in 2007E rising to 50% by 2011E
  - Tax rate of 35%

**Cash Flow:**
- Management assumes D&A expense equals 10% of sales in 2007E, declining to 5% by terminal year (2011E)
- Capex in-line with D&A expense
- Assumes net working capital does not have a meaningful impact on free cash flow

**Discount Rate and Terminal Multiples:**
- Assumes WACC range of 20 - 25%
- Terminal EBITDA exit multiple of 9 - 13x

**Illustrative Present Value as of December 31, 2006**

| Discount Rates: | 20.0% | | | 22.5% | | | 25.0% | | |
|---|---|---|---|---|---|---|---|---|---|
| Terminal Forward EBITDA Multiple: | 9.0x | 11.0x | 13.0x | 9.0x | 11.0x | 13.0x | 9.0x | 11.0x | 13.0x |
| *Implied Unlevered Net Income Multiple* | 15.2x | 18.6x | 22.0x | 15.2x | 18.6x | 22.0x | 15.2x | 18.6x | 22.0x |
| *Implied Perpetuity Growth Rate* | 7.8% | 10.0% | 11.6% | 10.2% | 12.4% | 14.0% | 12.6% | 14.8% | 16.4% |
| PV of Unlevered FCF (CY2007E - CY2010E) | $296 | $296 | $296 | $281 | $281 | $281 | $267 | $267 | $267 |
| PV of Terminal Value (CY2011E & Beyond) | 2,152 | 2,631 | 3,109 | 1,982 | 2,422 | 2,863 | 1,828 | 2,234 | 2,640 |
| Implied Aggregate Value | $2,448 | $2,927 | $3,405 | $2,263 | $2,703 | $3,144 | $2,095 | $2,502 | $2,908 |
| Less: Net Debt/(Cash) [1] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Implied Equity Value | $2,448 | $2,927 | $3,405 | $2,263 | $2,703 | $3,144 | $2,095 | $2,502 | $2,908 |
| *Premium/(Discount) to Offer* [2] | 48% | 77% | 106% | 37% | 64% | 91% | 27% | 52% | 76% |

(1) Based on Yellow net cash of $0.0MM based on management data provided October 6, 2006.

HIGHLY CONFIDENTIAL

# Weighted Average Cost of Capital Analysis

($MM)

| Company | Stock Price 10/6/06 | FD Capitalization [1] Equity | Equity % | Debt | Debt % | Beta [2] Equity | Asset | Cost of [4] Equity | Asset | Size Premium [5] | Current WACC [3,4] | WACC Assuming Varying Levels of Debt/Total Cap [3,4] 0.0% | 10.0% | 20.0% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Green (Dec.)** | $520.0 | $132,258 | 100.0% | $0 | 0.0% | 1.378 | 1.378 | 14.8% | 14.8% | (0.4%) | 14.2% | 14.2% | 13.7% | 13.5% |
| ***Internet Leaders*** | | | | | | | | | | | | | | |
| eBay (Dec.) | $29.39 | $42,400 | 100.0% | $0 | 0.0% | 1.933 | 1.933 | 18.5% | 18.5% | (0.4%) | 18.1% | 18.1% | 17.5% | 16.9% |
| Yahoo! (Dec.) | 25.47 | 37,107 | 98.0% | 758 | 2.0% | 1.953 | 1.929 | 18.6% | 18.5% | (0.4%) | 16.0% | 18.1% | 17.5% | 16.9% |
| Amazon.com (Dec.) | 32.69 | 13,899 | 91.0% | 1,367 | 9.8% | 1.933 | 1.822 | 18.5% | 17.7% | 0.7% | 17.8% | 18.4% | 17.8% | 17.2% |
| Median | | | 93.5% | | 2.0% | 1.933 | 1.929 | 18.5% | 18.5% | (0.4%) | 18.0% | 18.1% | 17.5% | 16.9% |
| Mean | | | 96.3% | | 4.0% | 1.940 | 1.894 | 18.5% | 18.2% | (0.0%) | 17.3% | 18.2% | 17.6% | 17.0% |
| ***Online Content and Consumer Services*** | | | | | | | | | | | | | | |
| Monster Worldwide (Dec.) | $39.98 | $5,309 | 99.6% | $21 | 0.4% | 1.649 | 1.645 | 16.5% | 16.4% | 0.9% | 17.3% | 17.3% | 16.8% | 16.3% |
| RealNetworks (ex litigation) (Dec.) | 11.34 | 2,119 | 95.5% | 100 | 4.7% | 1.410 | 1.370 | 14.8% | 14.5% | 1.5% | 15.8% | 16.0% | 16.5% | 15.1% |
| Netflix (Dec.) | 24.11 | 1,727 | 100.0% | 0 | 0.0% | 1.649 | 1.649 | 16.5% | 16.5% | 1.7% | 18.2% | 18.2% | 17.7% | 17.2% |
| CNET Networks (Dec.) | 9.85 | 1,517 | 91.4% | 143 | 9.4% | 1.933 | 1.826 | 18.5% | 17.7% | 1.7% | 18.2% | 18.2% | 18.6% | 18.3% |
| Knot (Dec.) | 21.17 | 643 | 100.0% | 0 | 0.0% | 1.300 | 1.300 | 14.0% | 14.0% | 2.3% | 16.3% | 16.3% | 15.9% | 15.5% |
| Bankrate (Dec.) | 26.91 | 522 | 100.0% | 0 | 0.0% | 1.649 | 1.649 | 16.5% | 16.5% | 2.8% | 19.2% | 19.2% | 18.7% | 18.2% |
| Median | | | 99.8% | | 0.2% | 1.649 | 1.649 | 16.5% | 16.5% | 1.7% | 17.7% | 17.7% | 17.2% | 16.8% |
| Mean | | | 97.7% | | 2.4% | 1.598 | 1.573 | 16.3% | 16.1% | 1.8% | 17.5% | 17.7% | 17.4% | 16.8% |
| **Overall Average** | | | 99.6% | | 0.4% | 1.608 | 1.648 | 16.6% | 16.6% | 1.5% | 17.6% | 17.8% | 17.3% | 16.6% |

(1) Converts treated as debt
(2) Based on BARRA research dated October 5, 2006.
(3) Based on marginal tax rate of 38%
(4) Based on twenty-year U.S. Treasury of 4.77% as of October 7, 2006, and equity market risk premium of 7.10%. (Source: Bloomberg)
(5) Size premia based 2006 Ibbotson data.



CREDIT SUISSE

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Appendix

B.    Green Overview

CREDIT SUISSE

HIGHLY CONFIDENTIAL

# Green Trading Performance



*January 3, 2005 through October 6, 2006*

| Current Price (10/6/06) | $420.50 |
| Closing High Price (1/11/06) | 471.63 |
| Closing Low Price (3/14/05) | 174.99 |
| Average Volume (000s) | 10,077 |

**Average Statistics**

| Period | Price | Volume (000s) |
|---|---|---|
| Current | $420.50 | 7,336 |
| Last 5 Days | 410.70 | 5,753 |
| Last 10 Days | 407.27 | 5,398 |
| Last 30 Days | 396.24 | 5,604 |
| Last 60 Days | 389.69 | 5,756 |
| Last 90 Days | 393.31 | 5,855 |

**March 28, 2005**
Announces agreement to acquire Urchin Software for an undisclosed amount

**October 4, 2005**
Announces multi-year, strategic agreement with Sun to promote Java technology and the Green Toolbar

**August 18, 2005**
Files registration statement with the SEC for a public offering of 14,159,265 shares of Class A common stock

**October 5, 2005**
Appoints Dr. Shirley Tilghman, President of Princeton University, to its Board of Directors

**November 29, 2005**
Appoints Ann Mather, former CFO of Pixar, to its Board of Directors as Chair of the Audit Committee

**December 20, 2005**
Announced a $1BN strategic investment for an effective 5% stake in Time Warner's AOL

**January 17, 2006**
Announces agreement to acquire dMarc Broadcasting for an up-front consideration of $102MM in cash and a potential earnout of $1.1BN over three years

**February 28, 2006**
Issues press statement to clarify CFO George Reyes's comments on revenue growth trends

**March 31, 2006**
Announced the pricing of a public offering of 5.3MM shares

**August 7, 2006**
Announces agreement with Fox to be the exclusive search and keyword targeted advertising provider for Fox's web properties, including MySpace in exchange for revenue share payments of at least $900MM

**August 28, 2006**
Announces multi-year agreement with eBay to become exclusive advertising provider for eBay outside the US

Source: Factset
Note: Ⓔ Denotes earnings announcement date.

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Green Summary of Analyst Estimates

DRAFT

TWP used for 2007 financial analysis. Consensus used for 2008 financial analysis.

*($MM, except per share amounts)*

| Date | Company | Recommendation | Price Target | LT Growth Rate (%) | Revenue FY2006E | Revenue FY2007E | Revenue FY2008E | EBITDA FY2006E | EBITDA FY2007E | EBITDA FY2008E | EPS FY2006E | EPS FY2007E | EPS FY2008E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Analyst Estimates for FY Ended December 31, | | | | | | | | |
| 10/6/06 | Needham | Buy | $490.00 | - | $7,020 | $9,556 | - | $4,441 | $6,023 | - | $9.94 | $11.55 | - |
| 10/5/06 | Bear Stearns | Buy | 525.00 | - | 7,033 | 10,265 | $13,520 * | 4,433 | 6,403 | $8,542 | 8.74 * | 12.64 * | 16.83 * |
| 10/4/06 | WR Hambrecht | Buy | 455.00 | 15.0% | 7,149 | 10,819 | - | - | - | - | 10.23 | 12.87 | - |
| 9/25/06 | UBS | Hold | 450.00 | - | 7,054 | 9,675 | - | 3,974 | 5,496 * | - | 9.00 * | 11.40 * | - |
| 9/19/06 | Prudential Equity Group | Buy | 520.00 | 50.0% | 7,387 | 11,414 | - | 4,031 * | 6,241 | - | 9.12 * | 12.94 * | - |
| 9/19/06 | Stanford Financial Group | Buy | 515.00 | - | 6,909 | 9,188 | - | 4,318 | 5,681 | - | 9.94 | 11.75 | - |
| 9/14/06 | Thomas Weisel Partners | Buy | - | - | 7,103 | 9,887 | - | 4,523 | 8,195 | - | 9.94 | 13.00 | - |
| 9/14/06 | Cowen & Company | Buy | - | 32.0% | 6,922 | 9,682 | - | 4,339 | 6,221 | - | 9.58 | 12.93 | - |
| 9/14/06 | Piper Jaffray | Buy | 600.00 | 35.0% | 7,080 | 9,923 | - | 4,414 | 6,110 | - | 8.93 * | 11.37 * | - |
| 9/13/06 | JPMorgan | Buy | - | - | - | - | - | - | - | - | 8.71 * | 12.28 * | - |
| 9/11/06 | RBC Capital Markets | Buy | 465.00 | 48.0% | 7,146 | 10,461 | - | 4,471 | 6,430 | - | 10.16 | 13.28 | - |
| 8/28/06 | Global Crown Capital | Buy | 500.00 | 30.0% | 6,933 | 9,827 | - | 3,921 | 5,479 | - | 10.20 * | 13.25 | - |
| 8/28/06 | Oppenheimer | Buy | 540.00 | - | 7,058 | 10,237 | 13,274 | 4,342 | 6,276 | 8,153 | 10.17 | 14.10 | 17.59 |
| 8/16/06 | CIBC World Markets | Buy | 525.00 | 23.0% | 7,135 | 9,666 | - | 4,418 | 5,855 | - | 9.75 | 12.75 | - |
| 8/16/06 | Global Equities Research | Strong Buy | - | - | 7,471 | 11,513 | 16,952 | - | - | - | 9.91 | 11.41 | 14.80 * |
| 8/14/06 | Morgan Stanley | Buy | - | - | 7,214 | 10,431 | 14,014 * | 3,873 | 6,078 | 9,265 * | 10.11 * | 13.56 | - |
| 8/8/06 | Jefferies | Buy | 500.00 | 32.0% | 7,060 | 10,398 | 14,384 | 4,470 | 6,557 | 9,283 | 10.04 | 14.10 | 19.30 |
| 8/8/06 | William Blair | Buy | - | 30.0% | 7,042 | 9,380 | - | 4,272 * | 5,873 * | - | 9.95 | 12.84 | - |
| 8/1/06 | Guzman & Company | Underperform | - | - | 7,004 | 9,915 | 12,603 | 4,388 | 5,804 | 7,250 | 8.96 * | 10.63 * | 12.76 * |
| 7/30/06 | First Global Stockbroking | Buy | - | - | 7,209 | 9,526 | - | - | - | - | 10.17 | 12.74 | - |
| 7/27/06 | Jackson Securities | Buy | 500.00 | - | 7,389 | 12,012 | - | 4,942 | 8,125 | - | 10.46 | 14.52 | - |
| 7/24/06 | Argus Research | Strong Buy | - | - | - | - | - | - | - | - | 9.84 | 13.20 | - |
| 7/24/06 | Caris & Company | Strong Buy | - | - | 7,275 | 10,883 | 14,271 | - | - | - | 9.97 | 13.58 | 17.62 |
| 7/24/06 | ThinkEquity Partners | Buy | - | - | 6,981 | 9,831 | - | 4,341 | 6,011 | - | 10.30 | 13.24 | - |
| 7/22/06 | JMP Securities | Buy | - | - | 7,071 | 10,387 | - | 3,996 * | 5,735 * | - | 9.65 | 13.10 | - |
| 7/22/06 | Lehman Brothers | Buy | - | - | 7,003 | 10,426 | - | 4,465 | 6,522 | - | 9.80 | 13.14 | - |
| 7/22/06 | Merrill Lynch | Strong Buy | - | - | - | - | - | - | - | - | 8.75 * | 11.46 * | 14.44 * |
| 7/22/06 | Pacific Crest Securities | Buy | 500.00 | 25.0% | 7,254 | 10,841 | - | 4,449 | 6,466 | - | 9.90 | 13.28 | - |
| 7/22/06 | Soleil | Hold | - | - | 6,930 | 9,810 | - | - | - | - | 9.57 | 12.55 | - |
| 7/22/06 | Stifel Nicolaus | Strong Buy | - | - | 7,035 | 10,031 | - | 4,457 | 5,763 | - | 9.94 | 13.15 | - |
| 7/21/06 | BMO Capital Markets | Hold | 525.00 | - | 7,409 | 10,833 | - | 4,289 | 6,377 | - | 10.69 * | 14.24 | - |
| 7/21/06 | Citigroup | Strong Buy | - | - | - | - | - | - | - | - | 9.76 | 12.62 | 15.92 |
| 7/21/06 | First Albany | Buy | 515.00 | 40.0% | 7,134 | 10,342 | - | 4,492 | 6,367 | - | 8.99 | 11.87 | - |
| 7/21/06 | Goldman Sachs & Co. | Buy | - | - | 7,125 | 10,310 | 13,578 | 4,358 | 6,118 | 7,907 * | 9.76 | 12.70 | 16.02 |
| 7/21/06 | Susquehanna | Buy | - | - | 7,050 | 9,976 | - | 4,408 | 5,836 | 7,133 * | 10.09 | 12.48 | 13.57 * |
| 7/14/06 | American Technology Research | Buy | - | - | 7,219 | 10,887 | 12,838 | 4,499 | 7,038 * | 7,022 | 9.88 | 13.95 | 15.18 |
| Median | | | $507.50 | 32.0% | $7,075 | $10,251 | $13,578 | $4,416 | $6,195 | $8,153 | $9.94 | $13.10 | $16.81 |
| I/B/E/S Consensus Mean | | | | | 7,117 | 10,284 | 13,986 | 4,373 | 6,257 | 7,923 | 9.95 | 13.07 | 16.94 |

Source: Bloomberg & Factset.
* Denotes excluded by median and IBES mean statistics.









CSSU 003348

# Green Summary Income Statement

($MM, except per share amounts)

| | Green Quarterly Financial Performance | | | | | | | | Green Annual Performance | | |
| | FY2005A | | | | FY2006E | | | | FY Ended December 31, | | |
| | Mar-05A | Jun-05A | Sep-05A | Dec-05A | Mar-06A | Jun-06A | Sep-06E | Dec-06E | 2005A | 2006E | 2007E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | $795 | $890 | $1,049 | $1,280 | $1,531 | $1,671 | $1,800 | $2,100 | $4,024 | $7,103 | $9,887 |
| Cost of Goods Sold | 83 | 103 | 124 | 147 | 179 | 202 | 218 | 254 | 457 | 853 | 1,196 |
| Gross Profit | 711 | 787 | 925 | 1,144 | 1,352 | 1,469 | 1,582 | 1,846 | 3,567 | 6,250 | 8,691 |
| R&D | 79 | 96 | 152 | 157 | 174 | 212 | 229 | 249 | 484 | 864 | 1,189 |
| S&M | 83 | 97 | 105 | 155 | 175 | 182 | 196 | 263 | 440 | 817 | 1,167 |
| G&A | 57 | 72 | 92 | 114 | 116 | 151 | 163 | 177 | 335 | 596 | 851 |
| Operating Income | 492 | 523 | 576 | 718 | 888 | 925 | 1,005 | 1,157 | 2,308 | 3,973 | 5,485 |
| Plus: Depreciation | 56 | 67 | 97 | 98 | 141 | 126 | 135 | 148 | 316 | 550 | 710 |
| EBITDA | 548 | 590 | 672 | 814 | 1,029 | 1,051 | 1,140 | 1,305 | 2,624 | 4,523 | 6,195 |
| Interest (Income) / Expense | (14) | (20) | (21) | (70) | (88) | (108) | (107) | (116) | (124) | (397) | (579) |
| Pretax Income | 505 | 543 | 596 | 788 | 955 | 1,031 | 1,111 | 1,273 | 2,432 | 4,370 | 6,063 |
| Income Taxes | 147 | 162 | 159 | 319 | 258 | 258 | 342 | 394 | 787 | 1,252 | 1,769 |
| Net Income | 358 | 381 | 437 | 469 | 697 | 772 | 770 | 879 | 1,646 | 3,118 | 4,295 |
| EPS | $1.25 | $1.33 | $1.51 | $1.54 | $2.29 | $2.49 | $2.42 | $2.73 | $5.64 | $9.94 | $13.00 |
| Average Shares | 286.6 | 287.2 | 289.7 | 304.0 | 304.1 | 310.0 | 317.4 | 322.4 | 291.9 | 313.5 | 330.4 |
| I/B/E/S EPS | - | - | - | - | - | - | $2.42 | $2.76 | - | $9.95 | $13.07 |
| *Margins* | | | | | | | | | | | |
| *Gross Profit* | 90% | 88% | 88% | 89% | 88% | 88% | 88% | 88% | 89% | 88% | 88% |
| *R&D* | 10% | 11% | 14% | 12% | 11% | 13% | 13% | 12% | 12% | 12% | 12% |
| *S&M* | 10% | 11% | 10% | 12% | 11% | 11% | 11% | 13% | 11% | 11% | 12% |
| *G&A* | 7% | 8% | 9% | 9% | 8% | 9% | 8% | 8% | 8% | 8% | 9% |
| *Operating Income* | 62% | 59% | 55% | 56% | 58% | 55% | 56% | 55% | 57% | 56% | 55% |
| *EBITDA* | 69% | 66% | 64% | 63% | 67% | 63% | 63% | 62% | 65% | 64% | 63% |
| *Tax Rate* | 29% | 30% | 27% | 40% | 27% | 25% | 31% | 31% | 32% | 29% | 29% |
| *Net Income* | 45% | 43% | 42% | 36% | 46% | 46% | 43% | 42% | 41% | 44% | 43% |
| *Growth Rates* | | | | | | | | | | | |
| *Revenue Y/Y* | 22% | 27% | 30% | 25% | 93% | 88% | 72% | 63% | 108% | 77% | 39% |
| *Revenue Q/Q* | (23%) | 12% | 18% | 23% | 19% | 9% | 8% | 17% | | | |
| *Operating Income Y/Y* | 113% | 113% | 106% | 114% | 81% | 77% | 75% | 61% | 108% | 72% | 38% |
| *Operating Income Q/Q* | 47% | 6% | 10% | 25% | 24% | 4% | 9% | 16% | | | |
| *EPS Y/Y* | 42% | 342% | 694% | 117% | 83% | 88% | 61% | 77% | 113% | 76% | 31% |
| *EPS Q/Q* | 76% | 6% | 14% | 2% | 48% | 9% | (3%) | 12% | | | |

Projections based on Thomas Weisel analyst research dated September 14, 2006.

CREDIT SUISSE

**D** CS does not provide any tax advice. Any tax statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties. Any such statement herein was written to support the marketing or promotion of the transaction(s) or matter(s) to which the statement relates. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

**R**

**A**

**F**

**T** These materials have been provided to you by Credit Suisse ("CS") in connection with an actual or potential mandate or engagement and may not be used or relied upon for any purpose other than as specifically contemplated by a written agreement with CS. In addition, these materials may not be disclosed, in whole or in part, or summarized or otherwise referred to except as agreed in writing by CS. The information used in preparing these materials was obtained from or through you or your representatives or from public sources. CS assumes no responsibility for independent verification of such information and has relied on such information being complete and accurate in all material respects. To the extent such information includes estimates and forecasts of future financial performance (including estimates of potential cost savings and synergies) prepared by or reviewed or discussed with the managements of your company and/or other potential transaction participants or obtained from public sources, we have assumed that such estimates and forecasts have been reasonably prepared on bases reflecting the best currently available estimates and judgments of such managements (or, with respect to estimates and forecasts obtained from public sources, represent reasonable estimates). These materials were designed for use by specific persons familiar with the business and the affairs of your company and CS assumes no obligation to update or otherwise revise these materials. Nothing contained herein should be construed as tax, accounting or legal advice. You (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the transactions contemplated by these materials and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and structure. For this purpose, the tax treatment of a transaction is the purported or claimed U.S. federal income tax treatment of the transaction and the tax structure of a transaction is any fact that may be relevant to understanding the purported or claimed U.S. federal income tax treatment of the transaction.

CS has adopted policies and guidelines designed to preserve the independence of its research analysts. CS's policies prohibit employees from directly or indirectly offering a favorable research rating or specific price target, or offering to change a research rating or price target, as consideration for or an inducement to obtain business or other compensation. CS's policies prohibit research analysts from being compensated for their involvement in investment banking transactions.



CREDIT SUISSE