# YOUTUBE, INC.
a Delaware corporation

## SERIES B FINANCING

CLOSING DATE: March 30, 2006

HIGHLY CONFIDENTIAL

SC008711

# YOUTUBE, INC.

# SERIES B FINANCING

## CLOSING DATE: March 30, 2006

Tab Number

I. **Actions Taken Prior to the Closing**

   A. Action by Unanimous Written Consent of the Board of Directors of YouTube, Inc., dated March 30, 2006 .......................................................... 1

   Exhibit A: Second Amended and Restated Certificate of Incorporation **(See Tab 3)**
   Exhibit B: Series B Preferred Stock Purchase Agreement **(See Tab 4)**
   Exhibit C: Amended and Restated Investors' Rights Agreement **(See Tab 6)**
   Exhibit D: Amended and Restated Right of First Refusal and Co-Sale Agreement **(See Tab 8)**
   Exhibit E: Amended and Restated Voting Agreement **(See Tab 7)**

   B. Action by Written Consent of the Stockholders of YouTube, Inc., dated March 30, 2006 ............................................................................................ 2

   Exhibit A: Second Amended and Restated Certificate of Incorporation **(See Tab 3)**

   C. Second Amended and Restated Certificate of Incorporation filed in Delaware on March 29, 2006 .................................................................... 3

II. **Documents Delivered at the Closing**

   A. Series B Preferred Stock Purchase Agreement, dated March 30, 2006 ............ 4

   Exhibit A: Schedule of Investors
   Exhibit B: Second Amended and Restated Certificate of Incorporation **(See Tab 3)**
   Exhibit C: Amended and Restated Investors' Rights Agreement **(See Tab 6)**
   Exhibit D: Amended and Restated Voting Agreement **(See Tab 7)**
   Exhibit E: Amended and Restated Right of First Refusal and Co-Sale Agreement **(See Tab 8)**
   Exhibit F: Schedule of Exceptions **(See Tab 5)**
   Exhibit G: Officer's Certificate **(See Tab 9)**
   Exhibit H: Opinion of Counsel to the Company **(See Tab 11)**

3407236_1.DOC

HIGHLY CONFIDENTIAL

SC008713

B.  Schedule of Exceptions to Stock Purchase Agreement, dated March 30, 2006 .................................................................................................. 5

C.  Amended and Restated Investors' Rights Agreement, March 30, 2006 .............. 6

   Exhibit A:  Investors
   Exhibit B:  Founders
   Exhibit C:  Company's Address

D.  Amended and Restated Voting Agreement, dated March 30, 2006 ..................... 7

   Exhibit A:  Series B Holders
   Exhibit B:  Series A Holders
   Exhibit C:  Founders
   Exhibit D:  Transferees

E.  Amended and Restated Right of First Refusal and Co-Sale Agreement, dated March 30, 2006 ............................................................................. 8

   Exhibit A:  Purchasers
   Exhibit B:  Existing Investors
   Exhibit C:  Founders
   Exhibit D:  Transferees
   Exhibit E:  Notice of Share Transfer

F.  Officer's Certificate, dated March 30, 2006 ....................................................... 9

G.  Secretary's Certificate, dated March 30, 2006 .................................................. 10

   Exhibit A:  Shareholder Resolutions **(See Tab 2)**
   Exhibit B:  Board Resolutions **(See Tab 1)**
   Exhibit C:  Second Amended and Restated Certificate of Incorporation **(See Tab 3)**
   Exhibit D:  Bylaws

H.  Opinion of Wilson, Sonsini, Goodrich and Rosati, Counsel to the Company, dated March 30, 2006 ......................................................................... 11

I.  Good Standing Certificate from the Delaware Secretary of State, dated March 29, 2006 ................................................................................................. 12

J.  Good Standing Certificate from the California Secretary of State, dated March 24, 2006 ................................................................................................. 13

HIGHLY CONFIDENTIAL                                                                 SC008714

|   |   | Tab Number |
|---|---|---|
| | K. Certificate from the California Franchise Tax Board, dated March 24, 2006 | 14 |
| | L. Bring Down Letter regarding Good Standing from the California Secretary of State and Certificate from the California Franchise Tax Board, dated March 30, 2006 | 15 |
| **III.** | **Certificates, Payment and Receipts** | |
| | A. Trust Details | 16 |
| | B. Purchase Price Receipt, dated April 3, 2006 | 17 |
| | C. Copies of Series B Preferred Stock Certificates | 18 |
| | D. Stock Certificate Receipts | 19 |
| **IV.** | **Post Closing Documents** | |
| | A. Form D as filed with the U.S. Securities and Exchange Commission on April 14, 2006 | 20 |
| | B. Form D as filed with the State of California on April 14, 2006 | 21 |

HIGHLY CONFIDENTIAL

SC008715

IN WITNESS WHEREOF, the undersigned have executed this Action by Unanimous Written Consent of the Board of Directors as of the date first set forth above, which may be executed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument. This action shall be filed with the minutes of the proceedings of this Board of Directors and shall be effective as of the date first above written. Any copy, facsimile or other reliable reproduction of this action may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used, provided that such copy, facsimile or other reproduction be a complete reproduction of the entire original writing.

_____
Chad Hurley

_____
Steve Chen

_____
Roelof Botha

HIGHLY CONFIDENTIAL                                                                 SC008721

IN WITNESS WHEREOF, the undersigned have executed this Action by Unanimous Written Consent of the Board of Directors as of the date first set forth above, which may be executed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument. This action shall be filed with the minutes of the proceedings of this Board of Directors and shall be effective as of the date first above written. Any copy, facsimile or other reliable reproduction of this action may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used, provided that such copy, facsimile or other reproduction be a complete reproduction of the entire original writing.

_____
Chad Hurley

_____/s/_____
Steve Chen

_____
Roelof Botha

HIGHLY CONFIDENTIAL                                                SC008722

IN WITNESS WHEREOF, this action by written consent shall be effective as of the date the Company receives the requisite consent of the Company's stockholders. By executing this action by written consent, each undersigned stockholder is giving written consent with respect to all shares of the Company's capital stock held by such stockholder in favor of the above resolutions. This action by written consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action. Any copy, facsimile or other reliable reproduction of this action by written consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used, provided that such copy, facsimile or other reproduction is a complete reproduction of the entire original writing. This action by written consent shall be filed with the minutes of the proceedings of the stockholders of the Company.

Dated: 3/24/2006

By: _____
Steve Chen

HIGHLY CONFIDENTIAL                                                    SC008731

IN WITNESS WHEREOF, this action by written consent shall be effective as of the date the Company receives the requisite consent of the Company's stockholders. By executing this action by written consent, each undersigned stockholder is giving written consent with respect to all shares of the Company's capital stock held by such stockholder in favor of the above resolutions. This action by written consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action. Any copy, facsimile or other reliable reproduction of this action by written consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used, provided that such copy, facsimile or other reproduction is a complete reproduction of the entire original writing. This action by written consent shall be filed with the minutes of the proceedings of the stockholders of the Company.

Dated: 3/27/06

By: _____
Chad Hurley

HIGHLY CONFIDENTIAL                                                                 SC008732

IN WITNESS WHEREOF, this action by written consent shall be effective as of the date the Company receives the requisite consent of the Company's stockholders. By executing this action by written consent, each undersigned stockholder is giving written consent with respect to all shares of the Company's capital stock held by such stockholder in favor of the above resolutions. This action by written consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action. Any copy, facsimile or other reliable reproduction of this action by written consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used, provided that such copy, facsimile or other reproduction is a complete reproduction of the entire original writing. This action by written consent shall be filed with the minutes of the proceedings of the stockholders of the Company.

Dated: 3-27-06

By: _____
Jawed Karim

HIGHLY CONFIDENTIAL                                                                                SC008733

IN WITNESS WHEREOF, the parties hereto have executed this Series B Preferred Stock Purchase Agreement effective as of the date first set forth above.

**COMPANY:**

YOUTUBE, INC.

By: _____
Chad Hurley
President and Chief Executive Officer

3358502_5.DOC

[Signature Page to Series B Preferred Stock Purchase Agreement]

HIGHLY CONFIDENTIAL

# EXHIBIT A

## SCHEDULE OF INVESTORS

| Investor | Number of Shares | Wire Transfer or Check | Conversion of Debt | Total Purchase Price |
|---|---|---|---|---|
| **Sequoia Capital XI**<br>3000 Sand Hill Road<br>Building 4, Suite 180<br>Menlo Park, CA 94025<br>Attention Roelof Botha<br>Tel:<br>Fax:<br>Email: roelof@sequoiacap.com | 1,092,837 | $2,607,215.90 | $1,764,130.60 | $4,371,346.50 |
| **Sequoia Capital XI Principals Fund**<br>3000 Sand Hill Road<br>Building 4, Suite 180<br>Menlo Park, CA 94025<br>Attention Roelof Botha<br>Tel:<br>Fax:<br>Email: roelof@sequoiacap.com | 118,892 | $283,645.11 | $191,923.89 | $475,569.00 |
| **Sequoia Technology Partners XI**<br>3000 Sand Hill Road<br>Building 4, Suite 180<br>Menlo Park, CA 94025<br>Attention Roelof Botha<br>Tel:<br>Fax:<br>Email: roelof@sequoiacap.com | 34,521 | $82,358.17 | $55,726.33 | $138,084.50 |
| **Artis Microcap Fund, L.P.**<br>One Market Plaza<br>Spear Street Tower, Suite 1700<br>San Francisco, CA 94105<br>Attention: David Lamond<br>Tel:<br>Fax:<br>Email: | 268,266 | $1,073,064.00 | | $1,073,064.00 |

3358502

HIGHLY CONFIDENTIAL

SC008781

| Investor | Number of Shares | Wire Transfer or Check | Conversion of Debt | Total Purchase Price |
|---|---|---|---|---|
| **Artis Microcap Master Fund, L.P.**<br>One Market Plaza<br>Spear Street Tower, Suite 1700<br>San Francisco, CA 94105<br>Attention: David Lamond<br>Tel:<br>Fax:<br>Email: | 212,459 | $849,836.00 | | $849,836.00 |
| **Artis Technology Partners, L.P.**<br>One Market Plaza<br>Spear Street Tower, Suite 1700<br>San Francisco, CA 94105<br>Attention: David Lamond<br>Tel:<br>Fax:<br>Email: | 2,490 | $9,960.00 | | $9,960.00 |
| **Artis Technology Qualified Partners, L.P.**<br>One Market Plaza<br>Spear Street Tower, Suite 1700<br>San Francisco, CA 94105<br>Attention: David Lamond<br>Tel:<br>Fax:<br>Email: | 22,736 | $90,944.00 | | $90,944.00 |
| **Artis Technology Partners Ltd.**<br>One Market Plaza<br>Spear Street Tower, Suite 1700<br>San Francisco, CA 94105<br>Attention: David Lamond<br>Tel:<br>Fax:<br>Email: | 66,963 | $267,852.00 | | $267,852.00 |
| **Artis Technology 2X, L.P.**<br>One Market Plaza<br>Spear Street Tower, Suite 1700<br>San Francisco, CA 94105<br>Attention: David Lamond<br>Tel:<br>Fax:<br>Email: | 7,617 | $30,468.00 | | $30,468.00 |

3358502

HIGHLY CONFIDENTIAL

SC008782

| Investor | Number of Shares | Wire Transfer or Check | Conversion of Debt | Total Purchase Price |
|---|---|---|---|---|
| **Artis Technology Qualified 2X, L.P.**<br>One Market Plaza<br>Spear Street Tower, Suite 1700<br>San Francisco, CA 94105<br>Attention: David Lamond<br>Tel:<br>Fax:<br>Email: | 41,319 | $165,276.00 | | $165,276.00 |
| **Artis Technology 2X Ltd.**<br>One Market Plaza<br>Spear Street Tower, Suite 1700<br>San Francisco, CA 94105<br>Attention: David Lamond<br>Tel:<br>Fax:<br>Email: | 128,150 | $512,600.00 | | $512,600.00 |
| **WS Investment Company, LLC (2006A)**<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel:<br>Fax:<br>Email: jterranova@wsgr.com | 3,750 | $15,000 | | $15,000 |
| **Total** | **2,000,000** | **$5,988,219.18** | **$2,011,780.82** | **$8,000,000.00** |

3358502

HIGHLY CONFIDENTIAL

SC008783

IN WITNESS WHEREOF, the parties hereto have executed this Agreement effective as of the date first written above.

**COMPANY:**

YOUTUBE, INC.

By: _____
Chad Hurley
President and Chief Executive Officer

**FOUNDERS:**

_____
Steve Chen

_____
Chad Hurley

_____
Jawed Karim

3211264  [Signature Page To Amended and Restated Investors' Rights Agreement]

HIGHLY CONFIDENTIAL

SC008820

IN WITNESS WHEREOF, the parties hereto have executed this Agreement effective as of the date first written above.

**COMPANY:**

YOUTUBE, INC.

By:_____
    Chad Hurley
    President and Chief Executive Officer

**FOUNDERS:**

_____
Steve Chen

_____
Chad Hurley

_____
Jawed Karim

3211264    [Signature Page To Amended and Restated Investors' Rights Agreement]

HIGHLY CONFIDENTIAL    SC008821

IN WITNESS WHEREOF, the parties hereto have executed this Agreement effective as of the date first written above.

**COMPANY:**

YOUTUBE, INC.

By:_____
    Chad Hurley
    President and Chief Executive Officer

**FOUNDERS:**

_____
Steve Chen

_____
Chad Hurley

_/s/ Jawed Karim_____
Jawed Karim

3211264     [Signature Page To Amended and Restated Investors' Rights Agreement]

HIGHLY CONFIDENTIAL      SC008822