# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 259**



# Schapiro Exhibit 260


      





**Schapiro Exhibit 261**

