# SCHAPIRO DECLARATION EXHIBITS CONTINUED

Schapiro Exhibit 262



Schapiro Exhibit 263



Schapiro Exhibit 264

