# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 265**



# Schapiro Exhibit 266



# Schapiro Exhibit 267



**Schapiro Exhibit 268**

