# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 269**

YouTube

Broadcast Yourself ™

Search

Create Account or Sign In

Home  Videos  Channels  Shows

Subscriptions  History  Upload

**Sony Ericsson WTA Warsaw Open Highlights 23/5/09**



0:06 / 2:35   360p

★★★★½  6 ratings                                                    12,563 views

♥ Favorite   → Share   + Playlists   ⚑ Flag

Facebook        Twitter        MySpace                    (more share options)

▶ Statistics & Data

▶ Video Responses (0)                              Sign in to post a Video Response

▼ Text Comments (2)  Options                       Sign in to post a Comment



Advertisement

CLICK HERE TO **WATCH LIVE**

**ATP**
May 27, 2009
(more info)

Subscribe

Great on court action from Warswaw. Watch in high quality at http://www.tennistv.com

URL   http://www.youtube.com/watch?v=f0IRXJNc

Embed  <object width="560" height="340"><param

▼ More From: ATP



Roger Federer Interview
52,163 views

3:14

**Schapiro Exhibit 270**



Schapiro Exhibit 271

