# SCHAPIRO DECLARATION EXHIBITS CONTINUED


**Schapiro Exhibit 272**

           

**Schapiro Exhibit 273**

