# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 276**



## MacGyver
MacGyver is a series about a quiet and mild mannered secret agent who makes use of any mundane materials around him to cre...

**Full Episodes** | Clips

**More from CBS**

20 episodes in Season 1    Season(s): **1**   2   3   4   5   6   7

| Season | Episode | Description | Views | Air Date |
|---|---|---|---|---|
| 1 | 22 | **The Assassin** (46:33)<br>(TV-PG) In order to capture a brilliant assassin and master of disguises, MacGyver risks death by posing as the killer. | 15,530 | 05/07/1986 |
| 1 | 21 | **A Prisoner of Conscience** (47:20)<br>(TV-PG) MacGyver feigns madness to infiltrate a mental institution that holds a political prisoner. | 6,835 | 04/30/1986 |
| 1 | 20 | **The Escape** (48:14)<br>(TV-PG) MacGyver's elaborate plot to spring a missionary from a North African jail works perfectly...until MacGyver disc... | 7,366 | 04/16/1986 |
| 1 | 19 | **Slow Death** (46:27)<br>(TV-PG) In India, angry tribesmen highjack a train to find the Westerners that sold tainted medicine to their village do... | 5,948 | 04/02/1986 |
| 1 | 18 | **Ugly Duckling** (48:11)<br>(TV-PG) It's MacGyver to the rescue when a genius teenage computer hacker is kidnapped by weapons dealers to help them a... | 7,046 | 03/12/1986 |
| 1 | 17 | **To Be A Man** (47:08)<br>(TV-PG) Shot and wounded while on a rescue mission in Soviet Afghanistan, MacGyver is give refuge by an Afghan woman and... | 6,400 | 03/05/1986 |
| 1 | 16 | **Every Time She Smiles** (48:00)<br>(TV-PG) Top secret microfilm. A beautiful American girl with a secret. The Bulgarian Secret Police. All these secrets me... | 6,757 | 02/19/1986 |
| 1 | 15 | **The Enemy Within** (47:03)<br>(TV-PG) A mole inside the Agency has betrayed four agents to their deaths. | 6,231 | 02/12/1986 |
| 1 | 13 | **Countdown** (47:00)<br>(TV-PG) It's MacGyver against the clock and certain death when he's sent on a mission to save a cruise ship that's been ... | 7,115 | 02/05/1986 |
| 1 | 12 | **Nightmares** (47:58) | | |


**Beverly Hills 90210**
Classic TV
Don't miss our favorite cast for Beverly Hills 90210 as they focuse...


**CSI**
Action & Adventure
CSI is a fast-paced drama about a team of forensic investigators tr...


**CSI: Miami**
Action & Adventure
Inspired by the top-rated series "CSI: Crime Scene Investigation," ...


**CSI: NY**
Action & Adventure
CSI: NY, a crime drama inspired by the drama series, CSI: CRIME SCE...


**Ghost Whisperer**
Drama
Melinda Gordon (Jennifer Love Hewitt) has a gift - she can communic...


**How I Met Your Mother**
Comedy
HOW I MET YOUR MOTHER is a comedy about Ted (Josh Radnor) and how h...


**Medium**
Drama
MEDIUM is a drama inspired by the real-life story of research mediu...


**NCIS**
Action & Adventure
NCIS is more than just an...

**Schapiro Exhibit 277**

