# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 278**

