# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 279**

