# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 280**



**Schapiro Exhibit 281**



