# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 282**



**Schapiro Exhibit 283**

