# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 284**



Schapiro Exhibit 285



**Schapiro Exhibit 286**


