# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 287



**Schapiro Exhibit 288**



**Schapiro Exhibit 289**



**Schapiro Exhibit 290**



YouTube — Broadcast Yourself ™