# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 291**


















**Schapiro Exhibit 292**



**Schapiro Exhibit 293**



**Schapiro Exhibit 294**

