**Redacted at the request of a third party pending a possible meet and confer and, if applicable, further action of the Court.**