IN WITNESS WHEREOF, the Parties have executed this Agreement on the date first above written.

STOCKHOLDER PARTIES:

WS INVESTMENT COMPANY, LLC (2005A/2006A)

By: _____
James A. Terranova
Manager

[Signature Page to Amended and Restated Agreement and Plan of Merger]

HIGHLY CONFIDENTIAL

TP000143