## Matt Friese

**From:** Chris Maxcy [chris@youtube.com]
**Sent:** Tuesday, April 04, 2006 1:47 PM
**To:** 'Michael McTeigue'
**Cc:** 'Jim Schrempp'; 'Vance Ikezoye'
**Subject:** RE: YouTube Introduction

Hi Michael,

Good speaking with you too. I checked with the team here and we are available from 4-5pm on Thursday. If that time works for you, our offices are located at 71 E 3rd Ave, San Mateo (directly above Amicci's Pizza). Look forward to seeing you.

Best Regards,

Chris

---

Chris Maxcy
VP, Business Development
YouTube, Inc.
chris@youtube.com
650.685.6402

www.youtube.com

---

**From:** Michael McTeigue [mailto:m_mcteigue@audiblemagic.com]
**Sent:** Tuesday, April 04, 2006 11:50 AM
**To:** chris@youtube.com
**Cc:** Jim Schrempp; Vance Ikezoye
**Subject:** FW: YouTube Introduction

Hi Chris,

Good talking with you just now. Jim Schrempp, our VP of Engineering, and I can meet with you at your place on Thursday afternoon anytime after 2:30, and Friday is good all day.

Thanks,

Mike


Michael McTeigue
Vice President, Business Development
Audible Magic Corporation
408-399-6405 x113
m_mcteigue@audiblemagic.com

NOTICE: This e-mail message is the property of Audible Magic Corporation and subject to the Electronic Commercial Privacy Act, U.S.C. sections 2510-2521. If you are not the intended recipient of this message, please forward a copy to the sender and delete the message and its attachments from your computer.

---

**From:** Chris Maxcy [mailto:chris@youtube.com]
**Sent:** Tuesday, April 04, 2006 10:38 AM

7/21/2008

HIGHLY CONFIDENTIAL; OUTSIDE COUNSEL EYES ONLY

IKezoye
EXHIBIT NO. 42
9-10-09
A. IGNACIO HOWARD CSR 9830

AM 002090

**To:** 'Vance Ikezoye'
**Subject:** YouTube Introduction

Hi Vance,

George White at Warner Music forwarded your contact information to me. I head up business development for YouTube and would be interested in speaking with you or someone on your team about partnership opportunities between AudibleMagic and YouTube. More specifically, I'd like to explore whether your technology could help YouTube filter video content. I look forward to hearing from you.

Best Regards,

Chris

---
Chris Maxcy
VP, Business Development
YouTube, Inc.
chris@youtube.com
650.685.6402

www.youtube.com

7/21/2008

**HIGHLY CONFIDENTIAL; OUTSIDE COUNSEL EYES ONLY**　　　　AM 002091