**Message: Proposal from MPAA on Content Identification and Filtering**

✉ **Proposal from MPAA on Content Identification and Filtering**

**From** Garfield, Dean  **Date** Thursday, October 12, 2006 7:12 PM
**To** 'chris@youtube.com'
**Cc**
**Subject** Proposal from MPAA on Content Identification and Filtering



📎 **YouTube - - Proposed Pilot Filtering Project.doc** (37 Kb )

Hi Chris. I trust that things are well. Congrats on the Google deal. How does it feel to be rich? Hopefully, you are still working - - at least for now. In that regard, I have attached a proposal for moving forward on our last discussion. As you may imagine, all the studios are getting calls every day to comment on the Google deal and so there is a lot of focus on this issue. Please let me know when it would be a good time to continue our conversation. Thanks.

*Dean*

---

## MPAA/YouTube

## Copyright Identification and Filtering Pilot Test

Proposal October 13, 2006

**Overview**: YouTube and the MPAA member studios have an interest in working cooperatively to develop a process and systems to identify, and filter (if not otherwise licensed) any on-going infringing content available on YouTube. In order to expedite this effort, a pilot test is proposed to identify and filter a subset of the MPAA's members' content. Leveraging the technology and processes currently being put into place, the MPAA proposes to create a quick to implementation test in cooperation with YouTube.

### Objectives

- Demonstrate the ability to automatically identify and filter studio content.
- Fast implementation of a prototype system that proves the process.
- Minimize the out of pocket costs.

### Proposal

- **Current YouTube Process**: Based on previous discussions it is our understanding that currently the process at YouTube occurs as follows: 1) Users upload video files to the YouTube site. 2) Files are checked using an MD5 hash to filter previously taken down content. 3) YouTube transcodes the video files into flash. 4) The encoded files are published on the YouTube site.
- **Music Filtering Process**: Based on public reports and the MPAA's familiarity with Audible Magic's general processes, we would estimate that the new identification and filtering process currently being implemented involves: 1) Users upload video files to YouTube site. 2) Files are checked using an MD5 hash to filter previously taken down content. 3) Using Audible Magic tools, soundtrack on files is fingerprinted and sent to Audible Magic servers for identification. 4) YouTube transcodes the video

CONFIDENTIAL



MPAA012777

files into flash. 5) Audible Magic sends identification and business rules for usage to YouTube. 6) If approved, the encoded files are published on the YouTube site.
- **MPAA Test**: Proposed is a test using a modified version of Audible Magic's music filtering service. We propose that:
    - The MPAA provides Audible Magic with the information necessary to identify segments/scenes of films or TV shows.
    - Audible Magic will provide its fingerprint generation tools to the studios. Studios will provide fingerprints for its works to Audible Magic.
    - MPAA and YouTube develop a test involving approximately 1,000 works.
    - Defined and limited reporting capabilities (Special or custom reports asked for by individual studios will be charged at time and materials)
- **Test Parameters**: Test will operate for 30 days. After which the parties will agree on a plan for further deployment.
- The development and test occur after the current soundtrack identification process is put into production.

CONFIDENTIAL

MPAA012778