**Message: Proposal from MPAA on Content Identification and Filtering**

✉ **Proposal from MPAA on Content Identification and Filtering**

| | | | |
|---|---|---|---|
| **From** | Garfield, Dean | **Date** | Wednesday, November 08, 2006 7:59 PM |
| **To** | 'Kelly Liang' | | |
| **Cc** | 'chris@youtube.com' | | |
| **Subject** | Proposal from MPAA on Content Identification and Filtering | | |



📄 YouTube - - Proposed Pilot Filtering Project - - November 9th.doc (37 Kb )

Hi Kelly, I hope that life is well. I am attaching below a revised proposal based on our last discussion as well as the RFI we discussed. I am traveling over the next two days, but would like to catch up and move things forward next week. Let me know what works best for you. Thanks and take care.

## MPAA/YouTube

## Copyright Identification and Filtering Pilot Test

Proposal November 9, 2006

**Overview:** YouTube and the MPAA member studios have an interest in working cooperatively to develop a process and systems to identify, and filter (if not otherwise licensed) any on-going infringing content available on YouTube. In order to expedite this effort, a pilot test is proposed to identify and filter a subset of the MPAA's members' content. Leveraging the technology and processes currently being put into place, the MPAA proposes to create a quick to implementation test in cooperation with YouTube.

### Objectives

- Demonstrate the ability to automatically identify and filter studio content.
- Fast implementation of a prototype system that proves the process.

### Proposal

- **Current YouTube Process:** Based on previous discussions it is our understanding that currently the process at YouTube occurs as follows: 1) Users upload video files to the YouTube site. 2) Files are checked using an MD5 hash to filter previously taken down content. 3) YouTube transcodes the video files into flash. 4) The encoded files are published on the YouTube site.
- **Music Filtering Process:** Based on public reports and the MPAA's familiarity with Audible Magic's general processes, we would estimate that the new identification and filtering process currently being implemented involves: 1) Users upload video files to YouTube site. 2) Files are checked using an MD5 hash to filter previously taken down content. 3) Using Audible Magic tools, soundtrack on files is fingerprinted and sent to Audible Magic servers for identification. 4) YouTube transcodes the video files into flash. 5) Audible Magic sends identification and business rules for usage to YouTube. 6) If approved, the encoded files are published on the YouTube site.
- **MPAA Test:** Proposed is a test using a modified version of Audible Magic's music filtering service. We propose that:
    - The MPAA provides Audible Magic with the information necessary to identify segments/scenes of films or TV shows.
**CONFIDENTIAL**  MPAA012806

- Audible Magic will provide its fingerprint generation tools to the studios. Studios will provide fingerprints for its works to Audible Magic.
- MPAA and YouTube develop a test involving approximately 1,000 works. The MPAA will provide a list of keyword or phrases based on the list of works.
- YouTube will provide a custom web-based interface for the studios to efficiently identify their works (using thumbnails and streaming capabilities) and determine appropriate action (removal, promotional material, royalty generation, etc.).
- After content has been manually reviewed, an Audible Magic fingerprint and MD5 hash will be created and placed into the database (either blacklist or whitelist) for future use.
- Defined and limited reporting capabilities (Special or custom reports asked for by individual studios will be charged at time and materials)
- **Test Parameters**: Test will operate for 45 days. After which the parties will agree on a plan for further deployment. Key metrics include: number of fingerprint checks requested from Audible Magic, number of fingerprints generated from manual review (blacklist and whitelist), number of positive matches from the fingerprint database, and number of false positive matches resulting from the fingerprinting process.

CONFIDENTIAL

MPAA012807