UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC.            )
TELEVISION, INC., PARAMOUNT         )
PICTURES CORPORATION, and BLACK     )
ENTERTAINMENT TELEVISION, LLC,      )
                                    )
            Plaintiffs,             )
                                    )
vs.                                 ) NO. 07-CV-2203
                                    )
YOUTUBE, INC., YOUTUBE, LLC,        )
and GOOGLE, INC.,                   )
                                    )
            Defendants.             )
_____)
                                    )
THE FOOTBALL ASSOCIATION PREMIER    )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all     )
others similarly situated,          )
                                    )
            Plaintiffs,             )
vs.                                 ) NO. 07-CV-3582
                                    )
YOUTUBE, INC., YOUTUBE, LLC, and    )
GOOGLE, INC.,                       )
                                    )
            Defendants.             )
_____)

VIDEOTAPED DEPOSITION OF ROELOF BOTHA
MENLO PARK, CALIFORNIA
WEDNESDAY, AUGUST 5, 2009

JOB NO. 17298

```
                                                        2
1                      AUGUST 5, 2009

2                        9:04 a.m.

3

4       VIDEOTAPED DEPOSITION OF ROELOF BOTHA,

5       SHEARMAN & STERLING LLP, 1080 Marsh Road,

6       Menlo Park, California, pursuant to notice, and

7       before me, ANDREA M. IGNACIO HOWARD, CLR, RPR,

8       CRR, CSR License No. 9830.
```

1    A P P E A R A N C E S:
2
3        FOR THE PLAINTIFFS VIACOM INTERNATIONAL INC.:
4            SHEARMAN & STERLING LLP
5            By:  KIRSTEN NELSON CUNHA, Esq.
6            599 Lexington Avenue
7            New York, New York 10022-6069
8            (212) 848-4000  kirsten.cunha@shearman.com
9
10       FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:
11           BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12           By:  BENJAMIN GALDSTON, Esq.
13           12481 High Bluff Drive, Suite 300
14           San Diego, California 92130-3582
15           (858) 720-3188  beng@blbglaw.com
16
17       FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and
18       GOOGLE, INC.:
19           WILSON SONSINI GOODRICH & ROSATI, LLP
20           By:  DAVID H. KRAMER, Esq.
21           650 Page Mill Road
22           Menlo Park, California 94304
23           (650) 493-9300 dkramer@wsgr.com
24
25

1     A P P E A R A N C E S    (Continued.)
2
3        FOR THE WITNESS ROELOF BOTHA:
4            DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
5            By:  RAGESH K. TANGRI, Esq.
6            332 Pine Street, Suite 200
7            San Francisco, California 94104
8            (415) 362-6666   rtangri@durietangri.com
9
10       ALSO PRESENT:  Lou Meadows, Videographer.
11
12                        ---oOo---

1                      R. BOTHA

2                  MENLO PARK, CALIFORNIA

3                     AUGUST 5, 2009

4                       9:04 a.m.

5

6  09:05:41

7  09:05:41          THE VIDEOGRAPHER:  On the record.

8  09:05:44          This is today's videotaped deposition of

9  09:05:47  Roelof Botha, taken on August 5th, 2009, at Shearman &

10 09:05:54  Stearling, 1080 Marsh Road, Menlo Park, California.

11 09:05:59  In the matter of Viacom International vs. YouTube,

12 09:05:59  Inc., and The Football Association Premier League

13 09:06:07  Limited, et al., vs. YouTube, Inc., et al.

14 09:06:07          Case No. 07-CV-2103 and 07-CV-3582.  In the

15 09:06:16  United States District Court in the Southern District

16 09:06:18  of New York.

17 09:06:19          My name is Lou Meadows, and I represent David

18 09:06:23  Feldman Worldwide, located at 600 Anton Boulevard,

19 09:06:29  Suite 1100, in Costa Mesa, California.

20 09:06:31          We are now commencing at 9:04 a.m.

21 09:06:34          Will all present please identify yourselves

22 09:06:35  and state whom you represent for the record.

23 09:06:35          MS. CUNHA:  Kirsten Cunha from Shearman &

24 09:06:40  Stearling on behalf of the Viacom plaintiffs.

25 09:06:41          MR. GALDSTON:  Benjamin Galdston of Berstein,

```
                         R. BOTHA
 1
 2  09:06:41  Litowitz, Berger & Grossmann on behalf of the class
 3  09:06:45  plaintiffs.
 4  09:06:45          MR. KRAMER:  I'm Dave Kramer from Wilson
 5  09:06:49  Sonsini representing the defendants Google and
 6  09:06:53  YouTube.
 7  09:06:53          MR. TANGRI:  Ragesh Tangri representing the
 8  09:06:55  witness.
 9  09:06:55          THE VIDEOGRAPHER:  Thank you.
10  09:06:55          If there are no stipulations, the court
11  09:07:07  reporter may now administer the oath.
12
13                        ROELOF BOTHA,
14                 having been sworn as a witness,
15                       testified as follows:
16
17
18  09:07:08          EXAMINATION BY MS. CUNHA
19  09:07:08          MS. CUNHA:  Q.  Good morning, Mr. Botha.
20  09:07:10       A    Good morning.
21  09:07:11       Q    Could you please state briefly your
22  09:07:13  educational background?
23  09:07:13       A    Sure.
24  09:07:14            I completed an undergraduate degree at the
25  09:07:18  University of Cape Town and -- with majors in
```

```
                                                                    8
 1                            R. BOTHA
 2   09:08:20   please.
 3   09:08:21          MR. TANGRI:  Why don't we talk about this
 4   09:08:22   off-line later.  There are reasons he may not want to.
 5   09:08:26   In any event, you can contact him through us, so...
 6   09:08:28          MS. CUNHA:  Q.  Are you uncomfortable
 7   09:08:30   providing your address on the record, Mr. Botha?
 8   09:08:34       A   I am.
 9   09:08:34       Q   How long have you lived at your current
10   09:08:36   address in Menlo Park?
11   09:08:37       A   Three years.
12   09:08:40       Q   What's your current work address?
13   09:08:42       A   3000 Sandhill Road.
14   09:08:46       Q   What town?
15   09:08:47       A   Menlo Park.
16   09:08:53       Q   And are those the offices of some company or
17   09:08:56   firm?
18   09:08:56       A   They are.
19   09:08:57       Q   And what firm is that?
20   09:08:58       A   They are a collection of different firms that
21   09:09:00   are located at this address, including the firm for
22   09:09:03   which I work, Sequoia Capital.
23   09:09:06       Q   And how long have you worked for Sequoia
24   09:09:09   Capital?
25   09:09:10       A   Since January 2003.
```

R. BOTHA

09:09:12  Q  And what is your current -- what is your
09:09:14  current title at Sequoia Capital?
09:09:16  A  Partner.
09:09:17  Q  And how long have you been a partner at
09:09:19  Sequoia Capital?
09:09:20  A  I don't know the precise date at which I
09:09:23  became a partner.  I think it was approximately the
09:09:26  end of 2006, beginning of 2007.
09:09:30  Q  Prior to becoming a partner, what was your
09:09:34  title at Sequoia Capital?
09:09:41  A  The term of my title was associate.
09:09:43  Q  And other than associate and partner, have
09:09:45  you held any other titles at Sequoia Capital?
09:09:48  A  No.
09:09:48  Q  Prior to joining Sequoia Capital, can you
09:09:50  give me a brief summary of your work history?
09:09:57  A  Reverse chronologically?
09:09:59  Q  Sure.
09:09:59  A  After graduating from Stanford, I joined a
09:10:02  company called PayPal.  I joined as a director of
09:10:06  corporate development.  Became vice president of
09:10:08  finance and risk management.  Became chief financial
09:10:11  officer of the company in September 2001, and stayed
09:10:18  at PayPal through the acquisition by eBay at the end

```
                                                              53
 1                        R. BOTHA

 2  10:05:06  2005, I was not aware of informal communication

 3  10:05:09  between content owners and YouTube about unauthorized

 4  10:05:13  use of copyright material on the service.

 5  10:05:27          MS. CUNHA:  Q.  At the time of the meeting

 6  10:05:28  with Ms. Kirkman, were you a member of the YouTube

 7  10:05:33  board at that time, if you recall?

 8  10:05:38      A   Unfortunately, the -- all we have, in

 9  10:05:42  Exhibit 2, is the scheduling of a meeting on Monday --

10  10:05:47  to be scheduled for Monday, October 3rd, 2005.  I

11  10:05:54  don't recall whether the meeting actually took place

12  10:05:55  on that specific date, and I don't recall whether the

13  10:05:57  financing had actually technically closed as of that

14  10:06:00  date, so I cannot answer that truthfully, because I

15  10:06:04  just don't recall.

16  10:06:09      Q   Ultimately, Sequoia did invest in YouTube;

17  10:06:12  correct?

18  10:06:14      A   Yes, in the fourth quarter of 2005, Sequoia

19  10:06:18  did invest in YouTube.

20  10:06:19      Q   And that was in the Series A financing?

21  10:06:22      A   Yes, that was a Series A financing.

22  10:06:24      Q   And how much did Sequoia invest?

23  10:06:28      A   I don't recall --

24  10:06:30          MR. TANGRI:  Objection; vague.

25  10:06:31          You can answer.
```

```
                                                                    54
 1                              R. BOTHA
 2   10:06:32         THE WITNESS:  Okay.
 3   10:06:33         I don't recall the specific aggregate
 4   10:06:35   financing.  I think it was in the order of
 5   10:06:40   $3.5 million.
 6   10:06:40         MS. CUNHA:  Q.  And that was from the Sequoia
 7   10:06:43   fund 11 and whatever other side-by-side funds that
 8   10:06:47   were invested with fund 11; is that fair to say?
 9   10:06:51      A   That's correct --
10   10:06:52         MR. TANGRI:  Objection.
11   10:06:52         Go ahead.
12   10:06:53         THE WITNESS:  You're correct.  The Series A
13   10:06:56   financing took place from the Sequoia 11 main fund and
14   10:06:59   associated side funds.
15   10:07:00         MS. CUNHA:  Q.  Did you have any personal --
16   10:07:02   strike that.
17   10:07:04         Did you make any personal investment in the
18   10:07:05   Series A financing?
19   10:07:07      A   The way that our funds are structured at
20   10:07:11   Sequoia Capital, we have a partner fund that is a
21   10:07:15   side-by-side fund with every fund that we raise, and
22   10:07:18   as a matter of course, all partners are expected to
23   10:07:21   invest in every partner fund alongside every main
24   10:07:25   fund.  So in that sense, whatever capital contribution
25   10:07:30   I made to the Sequoia 11 partner side fund, it would
```

```
                                                                    93
 1                              R. BOTHA

 2   11:09:37        MR. TANGRI:  Objection; ambiguous.
 3   11:09:38        THE WITNESS:  Could you define what you mean
 4   11:09:40   "working closely," too.
 5   11:09:42        MS. CUNHA:  Sure.
 6   11:09:43     Q  Would you --
 7   11:09:43        THE WITNESS:  That's too vague.
 8   11:09:44        MS. CUNHA:  Q.  Would you go to their --
 9   11:09:45   would you go to their offices on a regular basis?
10   11:09:47     A  I would stop by the incubation space several
11   11:09:50   times a week.
12   11:09:53     Q  Was the -- after they moved to the San Mateo
13   11:09:57   office, did you continue to stop by their offices on a
14   11:10:00   weekly basis?
15   11:10:01     A  After they moved to San Mateo, I don't know
16   11:10:06   whether it was necessarily every single week, but I
17   11:10:10   frequently paid visits to the company, and/or Chad
18   11:10:14   Hurley stopped by Sequoia's office.
19   11:10:16     Q  You became a member of the YouTube board; is
20   11:10:19   that correct?
21   11:10:24     A  Correct.  After the Series A financing
22   11:10:27   closed, I became a member of the board.
23   11:10:29     Q  And is it fair to say that you were an active
24   11:10:33   board member?
25   11:10:34        MR. TANGRI:  Objection; ambiguous.
```

```
                                                              137
 1                          R. BOTHA
 2                  A F T E R N O O N   S E S S I O N
 3                          1:04 P.M.
 4
 5   13:05:45
 6   13:05:45        THE VIDEOGRAPHER:  On the record.
 7   13:06:02        The time is 1:04 p.m.
 8   13:06:05        Please continue.
 9   13:06:06        MS. CUNHA:  Q.  Did Sequoia ultimately invest
10   13:06:11   in more rounds -- strike that.
11   13:06:13        Did Sequoia ultimately invest in more than
12   13:06:15   one round of financing in YouTube?
13   13:06:17     A    Sequoia Capital also invested in YouTube's
14   13:06:20   Series B financing in 2006.
15   13:06:25     Q    And do you recall the amount of the Series B
16   13:06:28   investment that Sequoia made in YouTube?
17   13:06:33     A    Let me think for a second.
18   13:06:35     Q    And by "Sequoia," I mean --
19   13:06:37     A    Sequoia Capital --
20   13:06:38     Q    -- the fund and the side-by-side.
21   13:06:43     A    Let me think for a second.
22   13:06:44          I think Sequoia Capital invested 5- to
23   13:06:52   $6 million in the Series B financing.  I don't recall
24   13:06:54   the precise number.
25   13:07:08        MS. CUNHA:  Let's mark this as the next
```