UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

VIACOM INTERNATIONAL, INC., COMEDY
PARTNERS, COUNTRY MUSIC
TELEVISION, INC., PARAMOUNT
PICTURES CORPORATION, and BLACK
ENTERTAINMENT TELEVISION, LLC,

        Plaintiffs,

vs.                  No. 07-CV-2103

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

        Defendants.

---------------------------------X

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO., et al.,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.                  No. 07-CV-3582

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

        Defendants.

---------------------------------X

HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION OF PETER CHANE
PALO ALTO, CALIFORNIA
WEDNESDAY, DECEMBER 2, 2009
JOB NO. 18308

1    PALO ALTO, CA    PETER CHANE    DECEMBER 2, 2009

2                DECEMBER 2, 2009

3                  10:00 A.M.

4

5      HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF PETER

6    CHANE, at WILSON SONSINI GOODRICH & ROSATI, 601

7    California Avenue, Palo Alto, California, pursuant to

8    notice, before me, KATHERINE E. LAUSTER, CLR, CRR, RPR,

9    CSR License No. 1894.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       PALO ALTO, CA      PETER CHANE      DECEMBER 2, 2009

2    A P P E A R A N C E S:

3    FOR THE PLAINTIFFS, VIACOM INTERNATIONAL, INC.:

4           SHEARMAN & STERLING, LLP
            By:  STUART J. BASKIN, Esq.
5           599 Lexington Avenue
            New York, New York  10022-6069
6           T.212.848.4974
            F.646.848.4974
7           sbaskin@shearman.com

8                    and

9           By:  SEAN T. STRAUSS, Esq.
            525 Market Street
10          San Francisco, California  94105-2723
            T.415.616.1100
11          F.415.616.1407
            sean.strauss@shearman.com

12

13   FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC, and
     GOOGLE, INC.:
14
            MAYER BROWN, LLP
15          By:  MATTHEW D. INGBER, Esq.
            1675 Broadway
16          New York, New York  10019-5820
            T.212.506.2373
17          F.212.849.5973
            mingber@mayerbrown.com

18

19   FOR DEFENDANT GOOGLE, INC.:

20          GOOGLE, INC.
            By:  ADAM L. BAREA, Esq.
21          1600 Amphitheatre Parkway
            Mountain View, California  94043
22          T.650.214.4879
            F.650.618.1806
23          adambarea@google.com

24

25

```
 1      PALO ALTO, CA      PETER CHANE      DECEMBER 2, 2009

 2      A P P E A R A N C E S:  (Continued)

 3

        FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:
 4
            GIRARD GIBBS, LLP
 5          By:  DENA CONNOLLY SHARP, Esq.
            601 California Street, 14th Floor
 6          San Francisco, California  94108-2819
            T.415.981.4800
 7          F.415.981.4846
            chc@girardgibbs.com
 8

 9

10      Also Present:  KEN REESER, Videographer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

e1eb805c-a35a-4be9-ac48-48248a50ece4

1    PALO ALTO, CA     PETER CHANE     DECEMBER 2, 2009

2  10:07:48    A.   One and one half days.

3  10:07:50    Q.   And have you ever testified before under

4  10:07:54 oath?

5  10:07:55    A.   No, I have not.

6  10:07:57    Q.   Do you -- I take it you've not testified,

7  10:07:59 then, in a court of law before?

8  10:08:01    A.   I have not.

9  10:08:02    Q.   And you've never testified at a deposition

10 10:08:04 before?

11 10:08:05    A.   I have not testified at a deposition

12 10:08:07 before.

13 10:08:09    Q.   And since -- is there any reason you're

14 10:08:11 aware of why you are not in the position to give

15 10:08:15 your best testimony today to the jury?

16 10:08:17    A.   I believe I'm in a position to give my

17 10:08:19 best -- best testimony today.

18 10:08:21    Q.   Now, when you joined Google seven years

19 10:08:24 ago, you said that was in 2001?  2002?  When did you

20 10:08:32 join?

21 10:08:33    A.   I joined Google in January of 2003.

22 10:08:37    Q.   And at the time of the creation of

23 10:08:47 YouTube, were you involved with the business unit

24 10:08:52 known as Google Video?

25 10:08:56         MR. INGBER:  Objection.  Lacks foundation.

1    PALO ALTO, CA    PETER CHANE    DECEMBER 2, 2009

2  10:08:58         THE WITNESS:  I was involved.  I don't

3  10:09:01 know exactly when YouTube started.

4  10:09:04 BY MR. BASKIN:

5  10:09:05    Q.   In 2005 and 2006, were you employed by

6  10:09:09 Google Video?

7  10:09:10    A.   I was employed by Google, Incorporated, at

8  10:09:14 that time.

9  10:09:15    Q.   And were you assigned to the business unit

10 10:09:17 known as Google Video?

11 10:09:19    A.   I worked on a project known as Google

12 10:09:21 Video.

13 10:09:22    Q.   And were you senior management of that

14 10:09:25 project?

15 10:09:25         MR. INGBER:  Object to form.  Vague.

16 10:09:28         THE WITNESS:  No, I was not.

17 10:09:29 BY MR. BASKIN:

18 10:09:29    Q.   Who was the senior manager?

19 10:09:31    A.   Susan Wojcicki was the senior manager of

20 10:09:35 Google Video.

21 10:09:36    Q.   And how many people worked on this project

22 10:09:40 known as Google Video in and around 2005 and 2006?

23 10:09:44    A.   I don't recall.

24 10:09:45    Q.   And was your direct report Miss Wojcicki?

25 10:09:50    A.   No, she was not.

1   PALO ALTO, CA   PETER CHANE   DECEMBER 2, 2009

2  10:09:51   Q.   Was she -- strike that.

3  10:09:52        Were you her direct report?

4  10:09:54   A.   Yes, I was.

5  10:09:55   Q.   So, basically, you were the second person

6  10:09:57 responsible for this project known as Google Video?

7  10:10:01        MR. INGBER:  Objection.  Form.

8  10:10:02        THE WITNESS:  I was a member of the Google

9  10:10:04 Video team.

10  10:10:05 BY MR. BASKIN:

11  10:10:05   Q.   And do you recall officially what your

12  10:10:07 title was?

13  10:10:08   A.   My title was business product manager.

14  10:10:10   Q.   And how many people did you manage as

15  10:10:14 business product manager?

16  10:10:17   A.   Zero.

17  10:10:18   Q.   So it was just you?  You were the sole

18  10:10:20 business project manager?

19  10:10:21   A.   Yes.

20  10:10:22   Q.   And what was business project manager?

21  10:10:25 What did you do?

22  10:10:26   A.   The term is business product manager, and

23  10:10:28 I was responsible for the vision of the product and

24  10:10:34 responsible to work with engineering to build the

25  10:10:41 product.

1                PALO ALTO, CA        PETER CHANE        DECEMBER 2, 2009
2   10:56:04 members of the executive committee or operating com-
3   10:56:08 -- OC of Google?
4   10:56:12    A.    I don't recall exactly who is on the OC in
5   10:56:16 Google.
6   10:56:16          MR. BASKIN:   Let me show you what we'll
7   10:56:18 mark as Exhibit 3.
8   10:56:21          THE REPORTER:  4.
9   10:56:21          MR. BASKIN:  4.
10  10:56:30          (Deposition Exhibit Number 4 was marked
11  10:56:30          for identification.)
12  10:56:50 BY MR. BASKIN:
13  10:56:50    Q.   Let me hand you what we'll mark as Exhibit
14  10:56:53 4.  (Hands document.)
15  10:58:23 BY MR. BASKIN:
16  10:58:24    Q.   First of all, by the way, can you identify
17  10:58:26 Exhibit 4 as an e-mail chain between you and
18  10:58:29 Mr. Rosenberg in and around January 2006?
19  10:58:33    A.   Yes.
20  10:58:34    Q.   Now, by the way, on the second page, am I
21  10:58:39 right that, at least to Mr. Rosenberg, you held
22  10:58:44 yourself out as senior business product manager?
23  10:58:47    A.   That's what I stated my title to be at the
24  10:58:55 time?
25  10:58:55    Q.   Did you get promoted from the period of

1    PALO ALTO, CA    PETER CHANE    DECEMBER 2, 2009
2  10:58:57 time that you were talking about in the early part
3  10:58:59 of the deposition till now?  Were you promoted to
4  10:59:03 senior business product manager?
5  10:59:04    A.    I don't recall exactly, but I guess I was,
6  10:59:07 since I changed my title.
7  10:59:10    Q.    And in your capacity as senior business
8  10:59:13 product manager, did anyone report to you then?
9  10:59:15    A.    No.
10 10:59:16    Q.    Now, I'm interested in the e-mail in the
11 10:59:21 middle of the Exhibit 4.  First of all, you'll see
12 10:59:31 that in the e-mail dated January 15th, 2006, at
13 10:59:37 2:29 p.m. on a Sunday, you were explaining, to
14 10:59:44 Mr. Rosenberg at least, Google Video's zero
15 10:59:51 tolerance policy for copyrighted content.
16 10:59:57       Do you see that?
17 10:59:58    A.    I see that.
18 10:59:58    Q.    And he tells you in the immediately
19 11:00:00 preceding -- in the e-mail right above that that "I
20 11:00:03 agree with our policy here."
21 11:00:07       Do you see that, sir?
22 11:00:08    A.    Yes, I see those words.
23 11:00:10    Q.    Now, do you recall actually discus- -- now
24 11:00:13 do you recall discussing with Mr. Rosenberg that
25 11:00:24 Google Video had a zero tolerance policy for

1      PALO ALTO, CA      PETER CHANE      DECEMBER 2, 2009

2  11:00:28 copyrighted content?

3  11:00:29      A.    I don't recall a specific discussion with

4  11:00:29 Mr. Rosenberg, but I'm sure Mr. Rosenberg was aware

5  11:00:31 of our policy, because he was responsible for all

6  11:00:39 Google products and, as a matter of his work, needed

7  11:00:40 to know details about them.

8  11:00:42      Q.    Now, then you say, in the course of that

9  11:00:43 e-mail at 2:29 p.m.:

10 11:00:47      "youtube is at an advantage because they

11 11:00:51       aren't the target that we are with issues

12 11:00:54       like this.  They are aware of this (I

13 11:01:00       spoke with them on friday) and they plan

14 11:01:04       on exploiting this in order to get more

15 11:01:08       and more traffic."

16 11:01:10           Do you see that, Mr. Chane?

17 11:01:11      A.    I do see that.

18 11:01:12      Q.    Now, first of all, in reporting to

19 11:01:14 Mr. Rosenberg about YouTube's awareness and plan,

20 11:01:24 who did you speak with on Friday at YouTube when --

21 11:01:25 that you got this information?

22 11:01:27      A.    I don't recall.  I recall having the one

23 11:01:30 meeting with YouTube that we already discussed.

24 11:01:33      Q.    So to the extent that you were accurately

25 11:01:35 reporting YouTube's policies and practices to

1    PALO ALTO, CA    PETER CHANE    DECEMBER 2, 2009

2  11:01:37 Mr. Rosenberg, I take it that the source of your

3  11:01:42 information would have been either Mr. Hurley or

4  11:01:45 Mr. Maxcy at this one meeting you had; right, sir?

5  11:01:49        MR. INGBER:  Objection.  Lacks foundation,

6  11:01:51 calls for speculation.

7  11:01:57        THE WITNESS:  Those are the attendees in

8  11:02:00 the meeting.

9  11:02:01 BY MR. BASKIN:

10 11:02:01    Q.   And the only attendees in the meeting;

11 11:02:05 right?

12 11:02:05    A.   That's correct.

13 11:02:06    Q.   And that was your only meeting with

14 11:02:09 YouTube prior to the acquisition by Google; correct?

15 11:02:13    A.   That's correct.

16 11:02:14    Q.   And you recall no phone call; correct,

17 11:02:16 sir?

18 11:02:17    A.   I recall no phone calls.

19 11:02:19    Q.   Now, do you recall, as you sit here today,

20 11:02:21 Chad Hurley saying to you, in nouns and verbs, that

21 11:02:26 they are aware that they have an advantage as

22 11:02:30 against Google Video's zero tolerance policy for

23 11:02:33 copyrighted content and they plan on exploiting that

24 11:02:38 advantage in order to get more and more traffic?

25 11:02:41        MR. INGBER:  Objection.  To the extent it

1          PALO ALTO, CA      PETER CHANE      DECEMBER 2, 2009

2   11:30:16 Exhibit 6 as consisting of an e-mail chain of which

3   11:30:24 you were a participant?

4   11:30:26    A.    I'm a participant on this e-mail chain.

5   11:30:29    Q.    Now, again, so we just keep people

6   11:30:33 straight, who is Jeremy Doig, D-o-i-g?

7   11:30:40    A.    Jeremy Doig was responsible for

8   11:30:42 engineering the Google Video site.

9   11:30:45    Q.    And who is Hunter Walk?

10  11:30:48    A.    Hunter Walk was a product manager working

11  11:30:51 on Google Video.

12  11:31:01    Q.    And as senior business product manner --

13  11:31:02 manager, does Hunter Walk report to you?

14  11:31:06    A.    No, he did not.

15  11:31:07    Q.    Now, you will see, in the course of this

16  11:31:10 e-mail chain, Mr. Walk is -- raises the point to you

17  11:31:14 that:

18  11:31:15    "Additionally YouTube is able to play fast

19  11:31:21    and loose with copyright, R-rated content.

20  11:31:27    We can't do this."

21  11:31:28       Do you see that, sir?

22  11:31:29    A.    I see that.

23  11:31:30    Q.    And then above you say --

24  11:31:32       MR. INGBER:  Objection to the extent it --

25  11:31:34 it mischaracterizes the document and doesn't quote

|  | 1 | PALO ALTO, CA    PETER CHANE    DECEMBER 2, 2009 |
|---|---|---|
| 12:49:00 | 2 | THE WITNESS:  12. |
| 12:49:01 | 3 | MR. BASKIN:  Let me hand you what we'll |
| 12:49:02 | 4 | mark as Exhibit 12. |
| 12:49:04 | 5 | (Deposition Exhibit Number 12 was marked |
| 12:49:04 | 6 | for identification.) |
| 12:49:18 | 7 | BY MR. BASKIN: |
| 12:49:19 | 8 | Q.  Can you identify at least the bottom half |
| 12:49:21 | 9 | of this e-mail, the one below "Holy cow," as being |
| 12:49:27 | 10 | an e-mail sent by you to the video team, setting |
| 12:49:33 | 11 | forth a statement by Peter Chernin, the head of Fox, |
| 12:49:40 | 12 | 20th Century Fox, that: |
| 12:49:43 | 13 | "we did a survey and more than 80 percent |
| 12:49:46 | 14 | of video on YouTube is copyrighted |
| 12:49:49 | 15 | content." |
| 12:49:49 | 16 | Do you recall, circulating this, sir? |
| 12:49:53 | 17 | MR. INGBER:  Objection to form. |
| 12:49:54 | 18 | THE WITNESS:  Before you showed me this |
| 12:49:56 | 19 | e-mail I didn't recall circulating it.  Now I see |
| 12:49:59 | 20 | it, I recall this e-mail. |
| 12:50:05 | 21 | BY MR. BASKIN: |
| 12:50:06 | 22 | Q.  Do you recall at the GPS meeting a |
| 12:50:09 | 23 | discussion of how extensive copyrighted content is |
| 12:50:12 | 24 | on the YouTube website? |
| 12:50:17 | 25 | A.  I don't recall that discussion in |

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | PALO ALTO, CA    PETER CHANE    DECEMBER 2, 2009      |
| 12:50:19 | 2  | particular.                                          |
| 12:50:19 | 3  | I -- it's in the ballpark of things we               |
| 12:50:22 | 4  | could have touched on in that meeting, because we    |
| 12:50:24 | 5  | were trying to take a holistic view of video on the  |
| 12:50:28 | 6  | Internet, and how Google could succeed in that       |
| 12:50:32 | 7  | space, and that was one of the topics that was       |
| 12:50:34 | 8  | relevant to that.                                    |
| 12:50:36 | 9  | Q.   Well, at the GPS meeting, were you              |
| 12:50:38 | 10 | planning to be a presenter?                          |
| 12:50:40 | 11 | MR. INGBER:  Objection.  Vague.                      |
| 12:50:44 | 12 | THE WITNESS:  At GPS meetings a number of            |
| 12:50:47 | 13 | people present.                                      |
| 12:50:49 | 14 | And -- and the form of those meetings,               |
| 12:50:52 | 15 | just to paint the picture, is a table like this one, |
| 12:50:56 | 16 | maybe larger, where people are seated around having  |
| 12:50:59 | 17 | a discussion.  It isn't -- it's not a -- a lecturn   |
| 12:51:05 | 18 | where one person is sort of presenting to a -- an    |
| 12:51:09 | 19 | audience.                                            |
| 12:51:10 | 20 | And so in that environment, a number of              |
| 12:51:12 | 21 | people speak up and, you know, take the role of a    |
| 12:51:15 | 22 | presenter, but it's more conversational.             |
| 12:51:18 | 23 | BY MR. BASKIN:                                        |
| 12:51:19 | 24 | Q.   Well, do you recall, without regard to          |
| 12:51:21 | 25 | date, although I'll show you in a second it was in   |

e1eb805c-a35a-4be9-ac48-48248a50ece4

|            |    |                                                            |
|------------|----|------------------------------------------------------------|
|            | 1  | PALO ALTO, CA    PETER CHANE    DECEMBER 2, 2009            |
| 12:51:24   | 2  | May of 2006 -- do you recall attending a GPS meeting       |
| 12:51:29   | 3  | on Google Video where the CEO of Google, Eric              |
| 12:51:36   | 4  | Schmidt was in attendance?                                 |
| 12:51:39   | 5  | A.   I recall attending GPS the meetings.  I               |
| 12:51:43   | 6  | don't recall the one you're referring to.  And I           |
| 12:51:45   | 7  | don't recall who was in attendance at -- at the            |
| 12:51:49   | 8  | meetings.                                                  |
| 12:51:50   | 9  | Q.   Do you recall attending a GPS meeting on              |
| 12:51:54   | 10 | Google Video in mid 2006 where Mr. Brin, Sergey Brin       |
| 12:51:59   | 11 | was in attendance?                                         |
| 12:52:01   | 12 | A.   I don't recall the meeting.                           |
| 12:52:03   | 13 | Q.   Now, let me hand you what we will mark                |
| 12:52:06   | 14 | as --                                                      |
| 12:52:07   | 15 | MR. INGBER:  Stu, do you want to break for                 |
| 12:52:09   | 16 | lunch before you --                                        |
| 12:52:11   | 17 | MR. BASKIN:  Oh, sure.  That's a good                      |
| 12:52:12   | 18 | idea.  Let's -- because we're going to be a while on       |
| 12:52:15   | 19 | this, why don't we break, do that.                         |
| 12:52:17   | 20 | THE VIDEOGRAPHER:  The time is 12:51 p.m.                  |
| 12:52:21   | 21 | We're off the record.                                      |
| 12:52:23   | 22 | (Lunch break.)                                             |
|            | 23 |                                                            |
|            | 24 |                                                            |
|            | 25 |                                                            |

e1eb805c-a35a-4be9-ac48-48248a50ece4

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | PALO ALTO, CA    PETER CHANE    DECEMBER 2, 2009     |
|          | 2  | AFTERNOON SESSION                                    |
|          | 3  | DECEMBER 2, 2009; 1:27 P.M.                          |
|          | 4  |                                                      |
| 13:27:45 | 5  | THE VIDEOGRAPHER:  The time is 1:27 p.m.            |
| 13:27:49 | 6  | We are back on the record.                           |
| 13:27:50 | 7  | EXAMINATION RESUMED                                  |
| 13:27:52 | 8  | MR. BASKIN:  Okay.  Let me hand you what            |
| 13:27:57 | 9  | we will mark as Exhibit 13.                          |
| 13:27:59 | 10 | (Deposition Exhibit Number 13 was marked            |
| 13:27:59 | 11 | for identification.)                                 |
| 13:28:38 | 12 | BY MR. BASKIN:                                       |
| 13:28:39 | 13 | Q.  Sir, I may direct your attention to some       |
| 13:28:41 | 14 | pages, but I may not.  So let's just start with the |
| 13:28:45 | 15 | beginning.                                           |
| 13:28:45 | 16 | Can you identify Exhibit 13 as an e-mail            |
| 13:28:49 | 17 | and accompanying attachment that was c -- sent to   |
| 13:28:54 | 18 | you by way of cc on or around May 4th, 2006?        |
| 13:29:04 | 19 | A.  Correct.                                         |
| 13:29:04 | 20 | Q.  Sorry?                                           |
| 13:29:05 | 21 | A.  Yes.                                             |
| 13:29:07 | 22 | Q.  Now, you'll see that the e-mail is             |
| 13:29:10 | 23 | denominated "deck draft," and then the first full   |
| 13:29:15 | 24 | page after that sets this forth as a presentation to|
| 13:29:19 | 25 | be made by you.  And the page after that sets forth |

e1eb805c-a35a-4be9-ac48-48248a50ece4

|   |   |
|---|---|
| | 1 |
| 13:29:27 | 2 |
| 13:29:31 | 3 |
| 13:29:33 | 4 |
| 13:29:39 | 5 |
| 13:29:44 | 6 |
| 13:29:45 | 7 |
| 13:29:48 | 8 |
| 13:29:56 | 9 |
| 13:29:58 | 10 |
| 13:30:00 | 11 |
| 13:30:01 | 12 |
| 13:30:04 | 13 |
| 13:30:08 | 14 |
| 13:30:16 | 15 |
| 13:30:21 | 16 |
| 13:30:23 | 17 |
| 13:30:28 | 18 |
| 13:30:30 | 19 |
| 13:30:31 | 20 |
| 13:30:36 | 21 |
| 13:30:37 | 22 |
| 13:30:39 | 23 |
| 13:30:42 | 24 |
| 13:30:42 | 25 |

1    PALO ALTO, CA    PETER CHANE    DECEMBER 2, 2009

2    topics discussed at this GPS.

3        Do you -- does -- does this remind you

4    that you made a presentation at a GPS meeting

5    regarding Google Video in and around May of 2006?

6        A.    Yes.

7        Q.    Now, taking a look for a second at the

8    presentation, do you recall presenting the -- this

9    presentation at the GPS?

10        A.    I don't recall presenting the

11    presentation.

12        Q.    Do you recall, when you made a

13    presentation at the GPS, did you work off of slides

14    or -- or hand out a book such as this?

15        A.    At a GPS meeting, it was out of practice

16    to hand out a printed copy.  I don't recall whether

17    this meeting we worked from slides or -- or worked

18    from a verbal dialogue.

19        Q.    But do you remember anything at all that

20    happened at a GPS meeting in May of 2006 regarding

21    the topic of Google Video?

22        A.    I don't recall the -- the meeting.

23        Q.    And you don't recall what you said, I take

24    it?

25        A.    I don't recall what I said at the meeting.

e1eb805c-a35a-4be9-ac48-48248a50ece4

|          |    |                                                       |
|----------|----|-------------------------------------------------------|
|          | 1  | PALO ALTO, CA     PETER CHANE     DECEMBER 2, 2009     |
| 13:30:44 | 2  | Q.    You don't recall who was in attendance?         |
| 13:30:46 | 3  | A.    I don't recall the attendees.                   |
| 13:30:48 | 4  | Q.    You don't recall whether Eric Schmidt was       |
| 13:30:51 | 5  | in attendance?                                        |
| 13:30:51 | 6  | A.    I don't recall if Eric --                       |
| 13:30:52 | 7  | MR. INGBER:  Asked and answered.                      |
| 13:30:53 | 8  | THE WITNESS:  I don't recall whether Eric             |
| 13:30:55 | 9  | Schmidt was in attendance.                            |
| 13:30:57 | 10 | BY MR. BASKIN:                                        |
| 13:30:57 | 11 | Q.    And you don't recall whether Sergey Brin        |
| 13:31:02 | 12 | was in attendance?                                    |
| 13:31:03 | 13 | MR. INGBER:  Same objections.                         |
| 13:31:03 | 14 | THE WITNESS:  I don't.                                |
| 13:31:04 | 15 | BY MR. BASKIN:                                        |
| 13:31:04 | 16 | Q.    And you don't recall which other members        |
| 13:31:04 | 17 | of the senior management of Google were in            |
| 13:31:09 | 18 | attendance at the meeting?                            |
| 13:31:11 | 19 | MR. INGBER:  Objection.  Asked and                    |
| 13:31:11 | 20 | answered, vague.                                      |
| 13:31:12 | 21 | THE WITNESS:  I don't recall.                         |
| 13:31:13 | 22 | BY MR. BASKIN:                                        |
| 13:31:14 | 23 | Q.    Do you recall, at the GPS, whether there        |
| 13:31:16 | 24 | was an explicit discussion whether Google Video       |
| 13:31:19 | 25 | should reduce its copyright compliance standards as   |

|  | 1 | PALO ALTO, CA     PETER CHANE     DECEMBER 2, 2009 |

13:31:25  2  a way of competing better with YouTube?

13:31:28  3          MR. INGBER:  Objection.  Form, vague and

13:31:28  4  ambiguous.

13:31:35  5      A.   I don't recall.  In this slide deck there

13:31:38  6  are talks -- there is discussion about our practices

13:31:41  7  to make sure unauthorized content is not on our

13:31:44  8  service.

13:31:45  9  BY MR. BASKIN:

13:31:45  10     Q.   But -- and do you recall actually

13:31:47  11 discussing at the meeting, at the GPS, whether

13:31:51  12 Google Video should adopt a more liberal copyright

13:31:56  13 compliance standard in order to compete with

13:31:58  14 YouTube?

13:32:00  15         MR. INGBER:  Objection.  Form.

13:32:01  16         THE WITNESS:  I don't recall that.

13:32:02  17         MR. BASKIN:  Now, let me show you next

13:32:04  18 what we'll mark as Exhibit 14.

13:32:05  19         (Deposition Exhibit Number 14 was marked

13:32:05  20          for identification.)

13:32:44  21 BY MR. BASKIN:

13:32:44  22     Q.   Can you, first of all, sir, identify

13:32:47  23 Exhibit 14 as consisting of an e-mail and

13:32:49  24 accompanying attachments sent to you by Ethan

13:32:54  25 Anderson on or about May 7th, 2006?

|  | 1 | PALO ALTO, CA     PETER CHANE     DECEMBER 2, 2009 |
|---|---|---|
| 13:32:58 | 2 | A.    That appears to be correct. |
| 13:33:00 | 3 | Q.    And who was -- who was Ethan Anderson? |
| 13:33:03 | 4 | A.    Ethan Anderson was a junior member -- a |
| 13:33:05 | 5 | junior product manager working on how to adapt |
| 13:33:10 | 6 | Google Video to be appropriate to international |
| 13:33:13 | 7 | markets. |
| 13:33:14 | 8 | Q.    And reviewing Exhibit 14, the attachments, |
| 13:33:20 | 9 | do you remember whether these slides or attachments |
| 13:33:26 | 10 | prepared by Mr. Anderson were, in fact, presented to |
| 13:33:29 | 11 | the GPS in May of 2006? |
| 13:33:32 | 12 | A.    I don't recall. |
| 13:33:33 | 13 | Q.    Do you recall whether the slides prepared |
| 13:33:35 | 14 | by Mr. Anderson were, in fact, presented -- whether |
| 13:33:41 | 15 | topics in the slides presented by Mr. Anderson were |
| 13:33:44 | 16 | presented at the meeting in May of 2006? |
| 13:33:47 | 17 | A.    I don't recall. |
| 13:33:48 | 18 | Q.    Now, you'll notice, for example, if you go |
| 13:33:52 | 19 | to the page marked -- Bates stamped -5032, there is |
| 13:34:02 | 20 | a page entitled:  "How is GV doing overall?" |
| 13:34:08 | 21 | A.    I see that page. |
| 13:34:09 | 22 | Q.    And it says: |
| 13:34:10 | 23 | "YouTube is getting more traffic and |
| 13:34:13 | 24 | engagement than Google Video today," |
| 13:34:15 | 25 | providing statistics for March, and then below it |

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | PALO ALTO, CA      PETER CHANE      DECEMBER 2, 2009 |
| 13:34:19 | 2  | gives certain reasons why, based on qualitative      |
| 13:34:22 | 3  | research in four companies -- in four countries,     |
| 13:34:26 | 4  | rather.                                              |
| 13:34:27 | 5  | And you see the line:                                |
| 13:34:28 | 6  | "YouTube's content is all free, and much             |
| 13:34:31 | 7  | of it is highly sought after pirated                 |
| 13:34:35 | 8  | clips."                                              |
| 13:34:36 | 9  | Do you see that, sir?                                |
| 13:34:37 | 10 | A.   I see that.                                     |
| 13:34:38 | 11 | Q.   Do you remember that page being discussed       |
| 13:34:39 | 12 | at the GPS meeting in May of 2006?                   |
| 13:34:42 | 13 | A.   I don't recall.                                 |
| 13:34:43 | 14 | Q.   Do you recall the concept that in a --          |
| 13:34:45 | 15 | that a study was prepared, qualitative research was  |
| 13:34:49 | 16 | done by your team in -- oh, internationally in four  |
| 13:34:54 | 17 | countries, and they concluded that YouTube's         |
| 13:34:57 | 18 | content, much of it, is highly sought-after pirated  |
| 13:35:01 | 19 | clips?                                               |
| 13:35:01 | 20 | MR. INGBER:  Objection.  Assumes facts,              |
| 13:35:05 | 21 | foundation.                                          |
| 13:35:06 | 22 | THE WITNESS:  Sorry.  Can you state that             |
| 13:35:07 | 23 | one more time?                                       |
| 13:35:07 | 24 | BY MR. BASKIN:                                       |
| 13:35:08 | 25 | Q.   Do you recall Mr. Anderson's comment about      |

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | PALO ALTO, CA     PETER CHANE     DECEMBER 2, 2009   |
| 13:35:10 | 2  | the qualitative research that was done, and the   |
| 13:35:13 | 3  | conclusion that much of YouTube's content is highly |
| 13:35:16 | 4  | sought-after pirated slips -- do you recall that  |
| 13:35:19 | 5  | being discussed at the GPS meeting in May of 2006? |
| 13:35:20 | 6  | MR. INGBER:  Same objections.                     |
| 13:35:20 | 7  | THE WITNESS:  I don't recall that.                |
| 13:35:26 | 8  | BY MR. BASKIN:                                    |
| 13:35:27 | 9  | Q.   I take it you have no memory at all what     |
| 13:35:29 | 10 | happened at that meeting; is that right?          |
| 13:35:31 | 11 | MR. INGBER:  Objection.  Asked and                |
| 13:35:31 | 12 | answered.                                         |
| 13:35:32 | 13 | THE WITNESS:  Well, you showed me the             |
| 13:35:33 | 14 | presentation.  So I -- you know, it looks familiar. |
| 13:35:35 | 15 | I don't remember the exact meeting.              |
| 13:35:38 | 16 | BY MR. BASKIN:                                    |
| 13:35:38 | 17 | Q.   Now, "the presentation," meaning Exhibit     |
| 13:35:41 | 18 | 13?                                               |
| 13:35:42 | 19 | A.   That's what I was referring to, that         |
| 13:35:43 | 20 | exhibit.                                          |
| 13:35:45 | 21 | Q.   And that appears to you to be the            |
| 13:35:47 | 22 | presentation that you made at the meeting?        |
| 13:35:49 | 23 | MR. INGBER:  Objection.  Misstates the            |
| 13:35:50 | 24 | document.  It says "draft" on the cover.          |
| 13:35:55 | 25 | THE WITNESS:  No, the -- I don't know what        |

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | PALO ALTO, CA      PETER CHANE      DECEMBER 2, 2009  |
| 13:35:57 | 2  | was presented or discussed at the meeting.  The      |
| 13:36:00 | 3  | presentation reminds me of the issues that we were,  |
| 13:36:02 | 4  | as a team, discussing in those times -- during that  |
| 13:36:05 | 5  | period.                                              |
| 13:36:06 | 6  | MR. BASKIN:  Now, let's turn next to what             |
| 13:36:10 | 7  | we'll mark as Exhibit -- 15?                          |
| 13:36:15 | 8  | THE REPORTER:  Yes.                                   |
| 13:36:16 | 9  | (Deposition Exhibit Number 15 was marked             |
| 13:36:16 | 10 | for identification.)                                 |
| 13:37:06 | 11 | BY MR. BASKIN:                                        |
| 13:37:07 | 12 | Q.   First of all, sir, can you identify             |
| 13:37:09 | 13 | Exhibit 15 as an e-mail received by you in around    |
| 13:37:14 | 14 | May 8th, 2006, with accompanying attachments?        |
| 13:37:18 | 15 | A.   Yes.                                            |
| 13:37:20 | 16 | Q.   Now, was Mr. Eun -- strike that.                |
| 13:37:35 | 17 | This e-mail is -- is -- is subject matter:           |
| 13:37:37 | 18 | "Updated slides for Dave."  I take that as David     |
| 13:37:42 | 19 | Eun?                                                 |
| 13:37:43 | 20 | MR. INGBER:  Objection.  Lacks foundation,           |
| 13:37:46 | 21 | calls for speculation.                               |
| 13:37:49 | 22 | THE WITNESS:  The e-mail is from David               |
| 13:37:51 | 23 | Eun.  He signs it "Dave."  So I assume that Dav- --  |
| 13:37:55 | 24 | MR. INGBER:  Don't assume.  Don't assume.            |
| 13:37:58 | 25 | THE WITNESS:  I'm reading the word "Dave."           |

e1eb805c-a35a-4be9-ac48-48248a50ece4

1    PALO ALTO, CA    PETER CHANE    DECEMBER 2, 2009

2   15:17:12 BY MR. BASKIN:

3   15:17:13    Q.    And what happened after the -- this

4   15:17:18 initial decision?  Did there come a time when a

5   15:17:21 decision was made that all new uploads of videos

6   15:17:25 would be directed through YouTube and not Google

7   15:17:29 Video?

8   15:17:30         MR. INGBER:  Objection.  Form.

9   15:17:31         THE WITNESS:  I don't recall when -- I

10  15:17:34 moved off the project shortly thereafter, and I

11  15:17:37 don't recall that particular decision.

12  15:17:39 BY MR. BASKIN:

13  15:17:40    Q.    What project did you move on to shortly

14  15:17:43 thereafter?

15  15:17:45    A.    Google Docs.

16  15:17:47    Q.    When did, approximately -- because it may

17  15:17:49 save us some time -- when approximately did you move

18  15:17:52 off the Google Video project?

19  15:18:01    A.    I think shortly -- I believe the period

20  15:18:05 we're discussing is the end of a year.  Shortly

21  15:18:09 after the new year I moved off.

22  15:18:11    Q.    The new year meaning 2007?

23  15:18:13    A.    I believe so, yes.

24  15:18:14    Q.    And --

25  15:18:17    A.    The best of my recollection.

1                 PALO ALTO, CA      PETER CHANE      DECEMBER 2, 2009

2  15:18:18            MR. INGBER:  Just speak up a little bit.

3  15:18:20            THE WITNESS:  The best of my recollection.

4  15:18:21 BY MR. BASKIN:

5  15:18:22      Q.   Were you involved at all with the

6  15:18:28 discussions within Google -- strike that.

7  15:18:38            Were you involved at all with -- in --

8  15:18:39 with discussions between Google and various content

9  15:18:44 owners such as Viacom, on the subject of entering

10 15:18:48 into license agreements to display their content

11 15:18:52 over YouTube?

12 15:18:54      A.   No, I was not involved in those

13 15:18:55 discussions.

14 15:18:57      Q.   Do you have any information you recall

15 15:18:59 regarding that subject, the subject of discussions

16 15:19:03 between YouTube and content owners like Viacom?

17 15:19:09            MR. INGBER:  Objection to form.

18 15:19:11            THE WITNESS:  I was never involved in

19 15:19:12 those discussions.

20 15:19:14 BY MR. BASKIN:

21 15:19:14      Q.   What about on the Google Video side?  Were

22 15:19:16 there discussions after the acquisition of YouTube

23 15:19:21 between Google Video and content owners regarding

24 15:19:25 placing their content on Google Video?

25 15:19:29            MR. INGBER:  Objection to form.  It's