UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL INC., COMEDY    )
PARTNERS, COUNTRY MUSIC              )
TELEVISION, INC., PARAMOUNT          )
PICTURES CORPORATION, and BLACK      )
ENTERTAINMENT TELEVISION LLC,        )
                                     )
                Plaintiffs,          )
                                     )
vs.                                  )
                                     )
YOUTUBE, INC., YOUTUBE, LLC,         )
and GOOGLE INC.,                     )
                                     )
                Defendants.          )
_____)
                                     )
THE FOOTBALL ASSOCIATION PREMIER     )
LEAGUE LIMITED, BOURNE CO., et al.,) 
on behalf of themselves and all      )
others similarly situated,           )
                                     )
                Plaintiffs,          )
vs.                                  )
                                     )
YOUTUBE, INC., YOUTUBE, LLC and      )
GOOGLE, INC.,                        )
                                     )
                Defendants.          )
_____)


VIDEOTAPED DEPOSITION OF WENDY CHANG
SAN FRANCISCO, CALIFORNIA
FRIDAY, JULY 11, 2008


BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
CSR LICENSE NO. 9830
JOB NO. 15371

JULY 11, 2008

10:03 a.m.


VIDEOTAPED DEPOSITION OF WENDY CHANG,

held at the offices of SHEARMAN & STERLING,

525 Market Street, San Francisco, California,

pursuant to notice, before ANDREA M. IGNACIO

HOWARD, CLR, RPR, CSR License No. 9830.

1    A P P E A R A  N C E S:

2

3         FOR THE PLAINTIFFS VIACOM INTERNATIONAL INC.:

4              SHEARMAN & STERLING LLP

5              By:  KIRSTEN NELSON CUNHA, Esq.

6              599 Lexington Avenue

7              New York, New York 10022-6069

8              (212) 848-4000  kirsten.cunha@shearman.com

9

10        FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:

11             BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

12             By:  DAVID R. HASSEL, Esq.

13             1285 Avenue Of The Americas

14             New York, New York 10019

15             (212) 554-1533  davidh@blbglaw.com

16

17        FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and

18        GOOGLE, INC.:

19             WILSON SONSINI GOODRICH & ROSATI

20             By:  MAURA L. REES, Esq.

21             650 Page Mill Road

22             Palo Alto, California 94304-1050

23             (650) 493-9300  mress@wsgr.com

24

25

1     A P P E A R A N C E S:  (Continued.)

2

3          MAYOR BROWN LLP

4          By:  BRIAN WILLEN, Esq.

5          1675 Broadway

6          New York, New York 10019

7          (212) 506-2146  bwillen@mayorbrown.com

8

9          GOOGLE

10          By:  ADAM L. BAREA, Esq.

11          1600 Amphitheatre Parkway

12          Mountain View, California 94043

13          (650) 214-4879  adambarea@google.com

14

15     ALSO PRESENT:  Lou Meadows, Videographer

16

17                    ---oOo---

18

19

20

21

22

23

24

25

1  10:04:38   A   901 Cherry Avenue, San Bruno, California.  I

2  10:04:42 don't know the zip on that.

3  10:04:43   Q   How far away are those offices from each

4  10:04:45 other?

5  10:04:49   A   Maybe 20 miles.

6  10:04:55   Q   Can you please give me a brief summary of

7  10:04:59 your educational background starting with when you

8  10:05:01 graduated from high school.

9  10:05:02   A   Okay.  I went to Cornell University.  It was

10  10:05:05 a double major in economics and Japanese studies.

11  10:05:08 Graduated in 1997, and I went to Columbia Business

12  10:05:14 School for my MBA.  Graduated in 2002.

13  10:05:17   Q   And anything after Columbia Business School?

14  10:05:22   A   Nope.

15  10:05:22   Q   Do you hold any professional licenses or

16  10:05:24 certificates?

17  10:05:25   A   No, I do not.

18  10:05:26   Q   And could you give me a brief summary of your

19  10:05:32 work history, I guess, beginning after your graduation

20  10:05:35 from Cornell.

21  10:05:38   A   Okay.  I was at Morgan Stanley as a financial

22  10:05:40 analyst for three years from 1997 to 2000, and then

23  10:05:46 2001, 2002 in business school.

24  10:05:48       Worked at a company called Telaflora as a

25  10:05:55 financial planning and analysis manager for about a

1   10:05:58 year, and have been at Google since April of 2004.

2   10:06:04   Q   And when you started with Google in April of

3   10:06:08 2004, what was your job title?

4   10:06:11   A   Senior financial analyst.

5   10:06:13   Q   And what were your responsibilities?

6   10:06:15   A   I started working on the AdSense side of the

7   10:06:22 business calculating our partner payments for our

8   10:06:24 direct partners.

9   10:06:26   Q   Can you just briefly tell me what you mean by

10  10:06:29 the AdSense side of the business?

11  10:06:31   A   Okay.  Do you need me to explain the business

12  10:06:34 itself or just what I --

13  10:06:35   Q   Well, why don't you start with what is

14  10:06:37 AdSense --

15  10:06:37   A   Okay.

16  10:06:37   Q   -- in very general terms?

17  10:06:39   A   Right.

18  10:06:40       So, in my understanding of it, is that

19  10:06:43 there -- the majority of Google's revenues comes from

20  10:06:46 AdWords and AdSense, and AdWords is where the

21  10:06:49 advertisers bid on certain key words, right, and every

22  10:06:53 single time a user clicks on that, we make money off

23  10:06:56 of it.

24  10:06:56       We take the same database of advertisers and

25  10:07:00 through a syndication network, which we're calling

1  10:07:04 AdSense, are able to distribute those ads to other

2  10:07:07 publisher websites.

3  10:07:09       So, for example, AdSense for search would be

4  10:07:13 for if you're doing a search on AOL, a Google ad will

5  10:07:17 appear that is relevant to your search.  Similarly,

6  10:07:20 AdSense for content, you could be reading an article

7  10:07:23 in the New York Times, and there could be relevant key

8  10:07:27 word ads that are served up, so it's the syndication

9  10:07:30 of our advertising.

10  10:07:32       Many of these agreements are quite complex,

11  10:07:35 so rather than automating it through our system, we

12  10:07:39 manually calculate the -- the agreement -- the

13  10:07:43 payments according to the contractual obligations.

14  10:07:46   Q   And how long did you stay in the position of

15  10:07:50 senior financial analyst at Google?

16  10:07:57   A   I don't know.  Maybe two years.

17  10:07:58   Q   And at some point your position changed?

18  10:08:00   A   I'm finance manager now.

19  10:08:02   Q   And when did you become finance manager?

20  10:08:08   A   I suppose about two years ago.

21  10:08:10   Q   Okay.

22  10:08:10   A   Okay.

23  10:08:10   Q   So since you've been at Google, you've had

24  10:08:13 two titles; is that fair to say?

25  10:08:15   A   Yes.

1 10:08:15   Q   So first senior financial analyst, and then

2 10:08:18 finance manager; correct?

3 10:08:20   A   That's correct.

4 10:08:20   Q   Okay.  And as a -- in either of those

5 10:08:22 capacities, was your work at Google limited to any

6 10:08:27 particular -- well, strike that.

7 10:08:32       What -- why don't you explain to me what

8 10:08:36 different areas of Google you had responsibility for.

9 10:08:39 For instance, did you just work with Google and its

10 10:08:42 search pages?  Did you do work with Google video?

11 10:08:45       If you could just give me a general sense of

12 10:08:47 your overall responsibilities.

13 10:08:49   A   So it's always been in the finance capacity.

14 10:08:54   Q   Okay.

15 10:08:57   A   And it has changed over time across different

16 10:09:00 groups.  Started with the AdSense Group on the pattern

17 10:09:04 of payments and then to enterprise, which is taking

18 10:09:07 our search solutions and, I guess, selling that

19 10:09:12 technology to institutions, and then on to content

20 10:09:20 more broadly.

21 10:09:21       So if you think about Google enabling users

22 10:09:25 to find all of the world's information, a lot of that

23 10:09:28 information is not available online today.  So

24 10:09:30 supporting the content team who gets that content onto

25 10:09:34 Google, and then that included Google Video, as well

1  14:16:05 content or whether it may be in the form of

2  14:16:08 user-generated content.

3  14:16:09       Advertisers want eyeballs, and content

4  14:16:14 providers want to make money.  So you can't make money

5  14:16:20 from the advertisers unless you have the users, and

6  14:16:24 you're only going to have -- have users if you have

7  14:16:29 the right content, so I would say all of it is an

8  14:16:32 equal.

9  14:16:33    Q   Okay.  Item B, see where it says "Challenges

10 14:16:39 from both a business model perspective and a legal

11 14:16:43 liability perspective in terms of pornographic and

12 14:16:46 copyright infringed content as among the primary

13 14:16:49 drivers of YouTube traffic"?  Do you see that?

14 14:16:51    A   I do.

15 14:16:52    Q   Do you know what that refers to?

16 14:16:54    A   At the time that this document was drafted, I

17 14:16:56 don't believe we knew anything about the -- the data

18 14:17:00 about YouTube.  We weren't allowed to speak to them,

19 14:17:03 so there were concerns that some of the content may

20 14:17:12 not be authorized on it, but we did not know for a

21 14:17:16 fact anything about the -- what traffic YouTube had.

22 14:17:21    Q   But there was a concern that there might be

23 14:17:29 traffic that was driven by pornographic or copyright

24 14:17:33 infringed material?  Was that a concern?

25 14:17:36       MS. REES:  Object to the form of the

1  14:22:16 distribution and having users," do you have any

2  14:22:19 understanding of what that means?

3  14:22:24     A   Not in this particular context, but for

4  14:22:27 Google, usually we think about always putting our

5  14:22:30 users first.

6  14:22:33     Q   And then jumping down to the next larger

7  14:22:37 paragraph, it says "Focus on the users and get the

8  14:22:39 traffic"; you see that?

9  14:22:44     A   Yes.

10  14:22:44     Q   Do you understand what Susan's referring to

11  14:22:50 when she says "get the traffic"?

12  14:22:53         MS. REES:  Object to the form of the

13  14:22:55 question.

14  14:22:55         THE WITNESS:  No, I do not.

15  14:23:06         MS. CUNHA:  Q.  Do you personally think that

16  14:23:07 traffic is important for Google and YouTube's business

17  14:23:11 model?

18  14:23:12     A   Yes.

19  14:23:12     Q   And is that for the reasons you described

20  14:23:15 about the users and the content and the advertisers?

21  14:23:18     A   That is correct.

22  14:23:18     Q   You see, jumping down, it says, "Then you

23  14:23:28 have an audience and monetization will follow"?  Do

24  14:23:31 you see that?

25  14:23:32     A   Sorry.  What -- which?

1  14:23:34  Q  So the next single sentence paragraph after

2  14:23:36 the one that starts --

3  14:23:37  A  Oh.

4  14:23:37  Q  -- "Focus."

5  14:23:38  A  Yes.

6  14:23:38  Q  "Then you have an audience and monetization

7  14:23:41 will follow"; do you agree with that?

8  14:23:43  A  Yes.  Personally I would say it's the three

9  14:23:47 that I would say.

10  14:23:48  Q  You would say it's the audience, the content,

11  14:23:51 and the monetization?

12  14:23:53  A  That is correct.

13  14:23:53       (Document marked Chang Exhibit 19

14  14:24:20        for identification.)

15  14:24:36       MS. CUNHA:  Q.  Showing you the next

16  14:24:38 Exhibit 19.  I may have given you two.

17  14:24:40       MS. REES:  Yeah.

18  14:24:41       MR. HASSEL:  Thanks.

19  14:26:05       THE WITNESS:  Okay.

20  14:26:05       MS. CUNHA:  Okay.

21  14:26:06  Q  Do you recognize this e-mail chain?

22  14:26:09  A  I don't remember the specific e-mail chain,

23  14:26:11 but I do remember this event surrounding it.

24  14:26:15  Q  Okay.  In the e-mail from you on the

25  14:26:20 bottom -- well, actually first why don't you tell me

1  15:40:02   Q    And do you see at the end of his e-mail there

2  15:40:06 he says "If we are able to open up watch pages to

3  15:40:11 monetization through video fingerprinting --"

4  15:40:14   A    I'm sorry.  Where are you?

5  15:40:16   Q    At the last paragraph in Jamie's e-mail on

6  15:40:19 the first page, it starts with "The one caveat I would

7  15:40:22 issue."

8  15:40:24   A    Okay.

9  15:40:24   Q    He says "If we are able to open up watch

10 15:40:26 pages to monetization through video fingerprinting and

11 15:40:31 user-partner type programs, the monetization program

12 15:40:34 of watch changes significantly."

13 15:40:36        Do you have any understanding to what he's

14 15:40:39 referring to there?

15 15:40:48   A    I don't know specifically as I'm not on this

16 15:40:51 e-mail chain.  However, what I would venture to guess

17 15:40:54 is, by having commercial arrangements with our

18 15:41:00 partners, and if they've claimed additional videos, it

19 15:41:02 just increases the volume of content that we can show

20 15:41:10 ads against.

21 15:41:11   Q    And is it part of YouTube's strategy to

22 15:41:21 increase the number of videos against which it can

23 15:41:24 show ads?

24 15:41:26   A    Yes.  We only show ads against what we call

25 15:41:29 monetizable content, which is content that the partner

1  15:41:34 has signed a commercial arrangement, has authorized.

2  15:41:40 So only 5 percent, approximately, of all playback is

3  15:41:42 monetized today.

4  15:41:53    Q    So, for instance, if an individual uploads a

5  15:41:57 user-generated video and they're not a partner of

6  15:42:00 YouTube, that content is not going to have an ad

7  15:42:04 played against it; correct?

8  15:42:06    A    We do not know if it's authorized or not

9  15:42:09 authorized, so we do not monetize against it.

10 15:42:12    Q    And has that been the case since Google

11 15:42:14 acquired YouTube?

12 15:42:15    A    Since Google acquired YouTube, we have not

13 15:42:17 been monetizing on any content that we do not know

14 15:42:20 whether or not -- whether -- we -- if they have not

15 15:42:24 signed a commercial arrangement with us.

16 15:42:29    Q    Next, Exhibit 30.  I only have four.  You

17 15:42:40 guys may have to share over there.

18 15:42:42         MR. BAREA:  I'll share.

19 15:42:45         (Document marked Chang Exhibit 30

20 15:43:02          for identification.)

21 15:43:02         MS. CUNHA:  Q.  Do you recognize this

22 15:43:04 document?

23 15:43:05    A    Don't remember this one specifically, but

24 15:43:10 comments of this nature I remember, yes.

25 15:43:12    Q    And who is Alex Ellerson?

1  15:58:30   Q   No, I'm not anywhere right now.  That's just

2  15:58:32 a question --

3  15:58:33   A   Oh.

4  15:58:33   Q   -- detached from a document.

5  15:58:35   A   Okay.  So I'm not sure generally what you're

6  15:58:40 speaking about, but when I use those terms, "search

7  15:58:43 revenues" are related to the revenues associated to a

8  15:58:47 search results page.  Whereas I think the other one

9  15:58:50 was "partner revenue"; is that your question?

10  15:58:52   Q   Yes.

11  15:58:53   A   "Partner revenue" would be revenues that are

12  15:58:55 associated with a watch page.

13  15:58:56   Q   And does YouTube have search revenue?

14  15:59:01   A   Yes, we do.

15  15:59:02   Q   And it has partner revenue; correct?

16  15:59:07   A   Yes.

17  15:59:07   Q   And is there any other type of revenue that

18  15:59:09 YouTube has?

19  15:59:11   A   We would currently put it into four big

20  15:59:15 categories.  One being the home page itself.  One

21  15:59:20 being the search results page.  One being watch page

22  15:59:26 or what you were asking as the partner revenue, and

23  15:59:30 one being kind of a catchall that we're calling other,

24  15:59:34 which is just revenues that are generated from ads on

25  15:59:39 other pages throughout the site.

1  15:59:41   Q   And can you give me a rough estimate

2  15:59:47 percentage wise how it breaks down?  What percent of

3  15:59:51 the revenue is home page, versus search results,

4  15:59:55 versus watch pages?

5  15:59:56   A   You know, it's probably hard to believe, but

6  15:59:58 I can't recall.  I stare at numbers all day.  I

7  16:00:02 couldn't tell you.  I could tell you in totality, but

8  16:00:05 I couldn't tell you relevant percentages.

9  16:00:08   Q   Okay.  Is watch page the largest category?

10 16:00:13   A   Watch page is the smallest category.

11 16:00:15   Q   And watch page is the category -- strike

12 16:00:18 that.

13 16:00:19        Is watch page the category that we've been

14 16:00:21 discussing where ads are only shown against authorized

15 16:00:26 content?

16 16:00:28   A   I would not say authorized.  I would say ads

17 16:00:30 are only shown against content in which we have signed

18 16:00:33 a commercial agreement to show ads against.  It's

19 16:00:37 possible that of that remaining portion we do not show

20 16:00:40 ads against, some of that may be authorized.  We just

21 16:00:42 do not know.

22 16:00:43   Q   But when you refer to the watch page revenue,

23 16:00:46 that's the revenue that relates to the ads shown

24 16:00:51 against videos with whom YouTube has a commercial

25 16:00:54 contract; correct?

1 16:00:55    A    That is correct.

2 16:00:56    Q    Okay.  And the other categories, the home

3 16:00:58 page, search results, and catchall are more general

4 16:01:02 categories, and they're not limited to a particular

5 16:01:05 video that YouTube may have a commercial relationship

6 16:01:08 with the content provider; correct?

7 16:01:10    A    There are no playbacks on those pages, and so

8 16:01:12 you cannot establish any direct link to any video.

9 16:01:16    Q    So, for instance, on a search page, if

10 16:01:20 someone goes to YouTube and does a search, the search

11 16:01:22 results will come up on -- on the screen and an ad may

12 16:01:26 show on another part of the screen?

13 16:01:28    A    That's correct.

14 16:01:29    Q    And so they may see the thumbnails of a

15 16:01:32 video, but to play the video, they'd have to click on

16 16:01:35 that thumbnail, and that would take them to another

17 16:01:38 screen; correct?

18 16:01:39    A    That's correct.

19 16:01:39    Q    So -- and the ad that's on the search result

20 16:01:41 page is only on the page with the thumbnails; correct?

21 16:01:44    A    I'm sorry.  Can you repeat that?

22 16:01:45    Q    Sure.

23 16:01:46         I just want to make sure I understand the

24 16:01:48 category.

25 16:01:49    A    Yeah.