UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC. )
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, and BLACK )
ENTERTAINMENT TELEVISION, LLC, )
                                                 )
             Plaintiffs, )
                                                 )
vs. ) NO. 07-CV-2203
                                                 )
YOUTUBE, INC., YOUTUBE, LLC, )
and GOOGLE, INC., )
                                                 )
             Defendants. )
_____)
                                                 )
THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all )
others similarly situated, )
                                               )
             Plaintiffs, )
vs. ) NO. 07-CV-3582
                                             )
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
                                             )
             Defendants. )
_____)

VIDEOTAPED DEPOSITION OF KEVIN DONAHUE
SAN FRANCISCO, CALIFORNIA
WEDNESDAY, OCTOBER 15, 2008

BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
CSR LICENSE NO. 9830
JOB NO. 15912

40f7f03d-2260-4079-9361-db62aae926cc

```
1                    OCTOBER 15, 2008

2                        9:07 a.m.

3

4          VIDEOTAPED DEPOSITION OF KEVIN DONAHUE,

5    SHEARMAN & STERLING, 525 Market Street,

6    San Francisco, California, pursuant to notice,

7    before ANDREA M. IGNACIO HOWARD, CLR, RPR, CSR

8    License No. 9830.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1      A P P E A R A N C E S:

 2

 3      FOR THE PLAINTIFFS VIACOM INTERNATIONAL INC.:

 4           SHEARMAN & STERLING LLP

 5           By:   KIRSTEN NELSON CUNHA, Esq.

 6                 COLLEEN M. MERINGOLO, Esq.

 7           599 Lexington Avenue

 8           New York, New York 10022-6069

 9           (212) 848-4000   kirsten.cunha@shearman.com

10           colleen.meringolo@shearman.com

11

12      FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:

13           BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

14           By:   BENJAMIN GALDSTON, Esq.

15           12481 High Bluff Drive, Suite 300

16           San Diego, California 92130-3582

17           (858) 720-3188   beng@blbglaw.com

18

19

20

21

22

23

24

25
```

```
 1      A P P E A R A N C E S  (Continued.)

 2

 3      FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and

 4      GOOGLE, INC.:

 5           MAYER BROWN LLP

 6           By:  JOHN P. MANCINI, Esq.

 7                BRIAN WILLEN, Esq.

 8           1675 Broadway

 9           New York, New York 10019

10           (212) 506-2146  jmancini@mayer.com

11           bwillen@mayer.com

12

13      ALSO PRESENT:

14           GOOGLE

15           By:  ADAM L. BAREA, Litigation Counsel

16           1600 Amphitheater Parkway

17           Mountain View, California 94043

18           (650) 214-4879  adambarea@google.com

19

20           LOU MEADOWS, Videographer.

21

22                       ---oOo---

23

24

25
```

40f7f03d-2260-4079-9361-db62aae926cc

```
                                                                    20
 1                              DONAHUE
 2   09:23:47      A    I would -- I would speak with various media
 3   09:23:53   companies, providers of video content, and we would
 4   09:23:57   negotiate terms of an agreement which we would sign
 5   09:24:03   regarding the licensing of their programming for the
 6   09:24:06   service.
 7   09:24:06      Q    And did Akimbo pay for the licenses?
 8   09:24:25      A    It was primarily revenue-share oriented.
 9   09:24:28      Q    And --
10   09:24:29      A    I think in some cases we did pay guarantees
11   09:24:32   or some sort of license fees.
12   09:24:34      Q    And when you say revenue sharing, are you
13   09:24:37   referring to revenue sharing of advertising revenue?
14   09:24:40      A    Akimbo's model was a combination of a few
15   09:24:44   different things.  It's probably why it didn't work.
16   09:24:47   They had a pay-per-view and a subscription model and
17   09:24:50   then I think they were hoping to have an advertising
18   09:24:54   model at some point, but they never did, to my
19   09:24:57   knowledge.
20   09:24:57      Q    And you were at Akimbo until January of 2006;
21   09:25:07   is that correct?
22   09:25:08      A    Yeah, that's right.
23   09:25:08      Q    And in January of 2006, you joined YouTube?
24   09:25:11      A    Yeah.
25   09:25:11      Q    And in what capacity did you join YouTube?
```

```
                                                                  21
 1                              DONAHUE
 2   09:25:15      A    I joined as the VP of marketing and
 3   09:25:17   programming.
 4   09:25:18      Q    And who did you report to in the January '06
 5   09:25:24   time period?
 6   09:25:25      A    Chad Hurley.
 7   09:25:26      Q    Did you have any direct reports to you?
 8   09:25:34      A    Yeah, Julie Supan reported to me, and then
 9   09:25:40   later, for a short period of time, Micah Schaffer
10   09:25:44   reported to me.  I'd say a few weeks later, after I
11   09:25:47   started, I believe.
12   09:25:48      Q    And what were you hired to do as the VP of
13   09:25:52   marketing and programming?
14   09:25:54      A    I was to manage PR, which Julie was sort of
15   09:25:59   handling on a more day-to-day level.  I was to look
16   09:26:06   for ways to, you know, market YouTube in various ways.
17   09:26:14           We were just looking at, you know, how -- how
18   09:26:20   would we -- how would we, you know, grow the business,
19   09:26:23   and -- and -- and then the programming piece of what I
20   09:26:27   was doing was -- it was -- the initial idea was to
21   09:26:35   kind of redesign the site to some degree and go out
22   09:26:39   and license programming from providers of content,
23   09:26:44   similar to what I did at Akimbo, and create areas on
24   09:26:48   the site where we could really, you know, promote that
25   09:26:53   content we had licensed from these providers of
```

```
                                                                    22
 1                              DONAHUE
 2   09:26:56    content.
 3   09:26:59        Q    And how did you come to leave Akimbo and go
 4   09:27:02    work for YouTube?
 5   09:27:04        A    What do you mean exactly by that?
 6   09:27:06        Q    How did you hear about an opportunity at
 7   09:27:07    YouTube?
 8   09:27:10        A    I noticed YouTube in the blogs and saw that
 9   09:27:14    it had been commented on a few times as being
10   09:27:18    something that was interesting, and so I went to the
11   09:27:20    site.  It looked very interesting to me, and so I was
12   09:27:26    asking people I knew about the company.
13   09:27:30             I spoke to my brother about it, whose name is
14   09:27:35    Ryan Donahue, and Ryan used to work at PayPal with
15   09:27:40    Chad Hurley.  So Ryan mentioned to me that Chad was
16   09:27:44    the CEO of the company, and that really kind of gave
17   09:27:47    me the motivation to contact Chad and to say to him,
18   09:27:53    you know, I'd be interested in speaking to you about,
19   09:27:56    you know, working with you.  Does that make sense?
20   09:28:03        Q    And after you contacted Chad Hurley, at some
21   09:28:09    point you were hired; correct?
22   09:28:11        A    That's correct.
23   09:28:12        Q    The rest, as they say, is history?
24   09:28:15        A    I guess so.
25   09:28:25             MS. CUNHA:  Let's mark this as the first
```

```
                                                              75
1                                DONAHUE

2    10:45:06          MR. MANCINI:  Objection to form.
3    10:45:10          THE WITNESS:  I don't think so.  I don't
4    10:45:11   remember.
5    10:45:11          MS. CUNHA:  Q.  You never had any
6    10:45:12   communications like that with him?
7    10:45:14     A    Could have been, but I -- I don't recall.
8    10:45:16     Q    How about with Maryrose Dunton?
9    10:45:19          MR. MANCINI:  Same objection.
10   10:45:20          THE WITNESS:  I don't think so.
11   10:45:21          MS. CUNHA:  Q.  Was your position
12   10:45:26   restructured at some point after you joined?
13   10:45:28     A    Yes, it was.
14   10:45:28          MR. MANCINI:  Objection to form.
15   10:45:29          MS. CUNHA:  Q.  And when was that?
16   10:45:34     A    By "restructured," I'm assuming you mean did
17   10:45:37   I change my position?  Was -- was I put into a
18   10:45:39   different position from what I started as?  Is that
19   10:45:41   what you mean?
20   10:45:42     Q    Sure.
21   10:45:46     A    And -- and you're saying when was that?  When
22   10:45:48   did that change?
23   10:45:49     Q    When did that occur?
24   10:45:50     A    A few months into the position.
25   10:45:53     Q    And how did your position change?
```

```
 1                              DONAHUE
 2  10:45:55      A    I started as VP of marketing and programing,
 3  10:45:58   and I became VP of content.  And rather than reporting
 4  10:46:02   to Chad Hurley, I reported to Chris Maxcy.
 5  10:46:06      Q    And what is your understanding as to why your
 6  10:46:08   position changed?
 7  10:46:11      A    I don't know.
 8  10:46:14      Q    No one told you?
 9  10:46:17      A    It -- as I recall, it just seemed to make
10  10:46:21   more sense that my focus should be on the content
11  10:46:26   partnerships, and that was my experience and
12  10:46:32   expertise.  I was happy to pursue that as my -- as my
13  10:46:37   focus, as opposed to the marketing and programming
14  10:46:41   role.
15  10:46:42      Q    Who communicated this change to you?
16  10:46:44      A    Chad Hurley.
17  10:46:44      Q    And what did he say when he communicated it
18  10:46:46   to you?
19  10:46:51      A    I don't recall specific words he said, but
20  10:46:53   something to the effect of what I just told you.
21  10:46:56      Q    Did he express any -- strike that.
22  10:47:05           Did he -- did he express to you that there
23  10:47:10   was any dissatisfaction with the way you had been
24  10:47:11   performing your job up to that point?
25  10:47:14      A    No, he didn't.
```

                      1                    DONAHUE
13:17:43    2    environment we're in, things are fast-moving, and
13:17:48    3    we're very busy, and you're in a startup environment
13:17:52    4    where things are coming together and ideas are being
13:17:59    5    sent around in e-mail constantly.  You don't always
13:18:02    6    follow up on -- on e-mails that you are CCed on.
13:18:07    7           MS. CUNHA:  Q.  You see it refers to "We
13:18:09    8    should probably de-feature this," and then it has a
13:18:13    9    link?
13:18:13   10        A   I see that.
13:18:14   11        Q   Do you know what it means to "de-feature"
13:18:18   12    something on YouTube?
13:18:20   13        A   I'm assuming he -- he may have been talking
13:18:23   14    about we had one area where we would feature videos,
13:18:27   15    which is the Homepage.  So I'm assuming he means
13:18:30   16    removing it from being a featured video on the
13:18:32   17    Homepage.
13:18:33   18        Q   How did something become a featured video?
13:18:36   19        A   Someone would feature it with a tool that we
13:18:39   20    would use.
13:18:42   21        Q   And in the 2006 time frame, who would do the
13:18:47   22    featuring?
13:18:48   23        A   Originally it was Steve who did it, and then
13:18:51   24    it was my job to do it, and after that, I believe,
13:18:57   25    Maryrose did it, and now other people do it.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585