# SCHAPIRO DECLARATION EXHIBITS CONTINUED

Schapiro Exhibit 295





Schapiro Exhibit 296

