# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 297**



Schapiro Exhibit 298



**Schapiro Exhibit 299**

