# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 300**

# I don't like you Mommy




**Nexus One**
Get Nexus One
Google
Replay

*Advertisement*


TRX shop now. free shipping. **GYM IN A BAG.**

★★★★½  84,412 ratings                                    37,917,743 views

♥ Favorite   ➔ Share   ＋ Playlists   ⚑ Flag

| Facebook | Twitter | MySpace | (more share options) |


**copgirl406**    Subscribe
March 10, 2007
(more info)

Kids say the funniest things. Watch as my 3 year old tells me what he thinks of me.

URL: http://www.youtube.com/watch?v=E8aprCN
Embed: <object width="425" height="344"><param

▸ Statistics & Data

▸ Video Responses (0)

▸ More From: copgirl406

▾ Related Videos

▾ Text Comments (55,362)  Options            Sign in to post a Comment


Let the Ex Games Begin
183,647 undefined
SonyPictures
2:42  Promoted Video

**SuperBestever** (3 days ago)                              Reply  +256  👎 👍


What a cute and smart littley baby-boy!

# Schapiro Exhibit 301



# Schapiro Exhibit 302


