# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 303**

