# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 304**



**Schapiro Exhibit 305**



# Schapiro Exhibit 306

