# SCHAPIRO DECLARATION EXHIBITS CONTINUED



Schapiro Exhibit 307



# Schapiro Exhibit 308



**Schapiro Exhibit 309**



Schapiro Exhibit 310

