# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 311



# Schapiro Exhibit 312

# YouTube

Search | Create Account or Sign In

Home Videos Channels Shows | Subscriptions History Upload

## Derry Bone Marrow Drive for Leigh by Paul McDaniel



0:05 / 3:18

★★★★½ 84 ratings     92,256 views

♥ Favorite    → Share    + Playlists    ⚑ Flag

Facebook     Twitter     MySpace          (more share options)

▶ Statistics & Data

▼ Video Responses (1)          Sign in to post a Video Response

  

microjedi



**microjedi**    Subscribe
February 18, 2007
(more info)

\*\*\* I regret to inform you that Leigh went home to be with the Lord on June 21, 2009. Please consider registering as a bone marrow donor. Leigh's transplant gave her 2 wonderful years with her fa...

URL: http://www.youtube.com/watch?v=i1azm1o

Embed: <object width="425" height="344"><param

▶ More From: microjedi

▼ Related Videos

 **Bone Marrow Registry Drive for Leigh Buckley a ...**
4,076 views
microjedi

 **Conner the day after his Bone Marrow Transplant**
1,882 views
brianpcruz

 **Leukaemia/Bone Marrow Transplant 5: Transplant**
25,595 views
lmcneilis

 **Alan and Joy - a bone marrow donation story**
8,395 views
aadpasia

 **2 Stories of Hope, Boy & Girl of the Year**
17,366 views
bearaway1

 **Leigh Buckley Bone Marrow Transplant - Derry Ne...**

Schapiro Exhibit 313



**Schapiro Exhibit 314**

