# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibits 315 - 383

NYDB01 17620567.1 04-Mar-10 13:29

# VIDEO EXHIBITS: FILED MANUALLY

**Schapiro Exhibit 384**



# Schapiro Exhibits 385 – 386

NYDB01 17620567.1 04-Mar-10 13:29

# VIDEO EXHIBITS: FILED MANUALLY