UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC )
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, and BLACK )
ENTERTAINMENT TELEVISION, LLC, )
)
     Plaintiffs, )
)
vs. ) NO. 07-CV-2203
)
YOUTUBE, INC., YOUTUBE, LLC, )
and GOOGLE, INC., )
)
     Defendants. )
_____)
THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all )
others similarly situated, )
)
     Plaintiffs, )
vs. ) NO. 07-CV-3582
)
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
)
     Defendants. )
_____)

VIDEOTAPED DEPOSITION OF MARYROSE DUNTON
SAN FRANCISCO, CALIFORNIA
FRIDAY, AUGUST 22, 2008


BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
CSR LICENSE NO. 9830
JOB NO. 15500

1                    AUGUST 22, 2008

2                    10:02 a.m.

3

4          VIDEOTAPED DEPOSITION OF MARYROSE DUNTON,

5          held at the offices of SHEARMAN & STERLING,

6          525 Market Street, San Francisco, California,

7          pursuant to notice, before ANDREA M. IGNACIO

8          HOWARD, CLR, RPR, CSR License No. 9830.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    A P P E A R A N C E S:

2

3        FOR THE PLAINTIFFS VIACOM INTERNATIONAL, INC.:

4            JENNER & BLOCK

5            By:  MICHAEL B. DESANCTIS, Esq.

6                 SARAH A. MAGUIRE, Esq.

7            1099 New York Avenue, NW, Suite 900

8            Washington, D.C. 20001

9            (202) 639-6000  mdesanctis@jenner.com

10

11       FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:

12           BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

13           By:  DAVID R. HASSEL, Esq.

14           1285 Avenue of The Americas

15           New York, New York 10019

16           (212) 554-1533  davidh@blbglaw.com

17

18       FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and

19       GOOGLE, INC.:

20           WILSON SONSINI GOODRICH & ROSATI

21           By:  DAVE KRAMER, Esq.

22           650 Page Mill Road

23           Palo Alto, California 94304-1050

24           (650) 493-9300 dkramer@wsgr.com

25

1    A P P E A R A N C E S:  (Continued.)

2

3          MAYER BROWN LLP

4          By:  BRIAN WILLEN, Esq.

5          1675 Broadway

6          New York, New York 10019

7          (212) 506-2146  bwillen@mayerbrown.com

8

9      ALSO PRESENT:

10         GOOGLE

11         By:  ADAM L. BAREA, Litigation Counsel

12         1600 Amphitheater Parkway

13         Mountain View, California 94043

14         (650) 214-4879  adambarea@google.com

15

16         KELLY TRUELOVE, Ph.D., Consultant

17         KEN REESER, Videographer.

18

19                    ---oOo---

20

21

22

23

24

25

DUNTON

10:08:08    Q    And if -- if -- if there's any time you can't

10:08:13    remember, that could be part of your truthful answer;

10:08:17    okay?

10:08:18    A    (Witness nods head.)

10:08:18    Q    Let's start with just some general background

10:08:26    questions.

10:08:27         Did you attend college?

10:08:30    A    I did.

10:08:30    Q    Did you earn a degree?

10:08:32    A    I did not.

10:08:33    Q    Where did you attend college?

10:08:35    A    I took classes at San Jose State.  I took

10:08:38    classes at Stanford.  I took classes at UCLA.

10:08:45    Q    Okay.  Did you have a major?

10:08:47    A    Art history and literature.

10:08:48    Q    Do you have any legal training?

10:08:51    A    I do not.

10:08:52    Q    Were any of the classes that you took at any

10:09:00    of those institutions legal classes or in any way

10:09:04    about the law?

10:09:05    A    No.

10:09:05    Q    Okay.  With whom are you currently employed?

10:09:10    A    Google.

10:09:11    Q    And what is your title or position there

1                                    DUNTON

2  10:09:15  currently?

3  10:09:16      A    Currently, it is Manager of User Experience.

4  10:09:20      Q    What are the duties -- what are your duties

5  10:09:23  as Manager of User Experience?

6  10:09:24      A    I manage the designers and front-end

7  10:09:28  developers who are responsible for designing and

8  10:09:32  implementing the features and functionality on the

9  10:09:40  YouTube.com website.

10  10:09:52      Q    All features and functionality of the

11  10:09:56  YouTube.com website?

12  10:09:57          MR. KRAMER:  Objection; mischaracterizes to

13  10:09:59  the extent it purports to.

14  10:10:01          THE WITNESS:  Can you -- I'm sorry.  Can you

15  10:10:02  clarify?

16  10:10:03          MR. DESANCTIS:  Yeah.

17  10:10:03      Q    You said your response -- the team of

18  10:10:05  developers are responsible for designing and

19  10:10:08  implementing the features and functionality on the

20  10:10:11  YouTube.com website, and I'm asking you if -- if that

21  10:10:16  means all of the features and functionalities or some

22  10:10:18  subset of them?

23  10:10:20          MR. KRAMER:  That's not quite what she said

24  10:10:23  or what the record reflects.  She said front-end

25  10:10:26  developers.

DUNTON

10:10:27          You can answer the question.

10:10:28          THE WITNESS:  Yes, I can repeat.

10:10:30          My team is responsible for the design and

10:10:32   front-end implementation of the features of the

10:10:36   YouTube.com website.

10:10:38          MR. DESANCTIS:  Okay.

10:10:38     Q    Is that all of the features or only some

10:10:41   features?

10:10:41     A    It is -- it is not all the features.

10:10:43     Q    Okay.  What features are included?

10:10:52     A    Hard for -- it would be hard for me to come

10:10:54   up with a complete list, but it generally includes all

10:10:57   of the user-facing features.

10:11:00     Q    Can you explain what user-facing features

10:11:12   are?

10:11:15     A    Yes.  I mean that anybody can go to the

10:11:17   YouTube.com website and see those features.

10:11:20     Q    Okay.  So this is the user interface?

10:11:25     A    Correct.

10:11:25     Q    Okay.  Is your team responsible for the

10:11:34   development of all features on the user interface?

10:11:38     A    No.

10:11:38     Q    Which features are they not responsible for?

10:11:45   Or you can describe however you'd like what features

1                                   DUNTON

2   10:11:48   they are responsible for.  I'm just trying to get the

3   10:11:53   sense of what the scope is.

4   10:11:54      A    I couldn't give you a complete list, but

5   10:11:57   again we're responsible for many of the user-facing

6   10:12:03   features.

7   10:12:04      Q    Can you just give me some examples?

8   10:12:08      A    Sure.

9   10:12:10           The YouTube.com Homepage.

10  10:12:13      Q    Okay.  And the watch pages?

11  10:12:19      A    We are -- my team is responsible for the

12  10:12:22   design and most of the front-end implementation for

13  10:12:28   the watch page.

14  10:12:28      Q    And when you say "front end," is that

15  10:12:32   distinguished from presumably the back end?  Is that

16  10:12:36   correct?

17  10:12:38      A    That's correct.

18  10:12:39           So my team is responsible for all of the

19  10:12:44   user-facing features and functionalities, yes.

20  10:12:47      Q    As opposed to what?  How would you describe

21  10:12:50   the back end that your team is not responsible for?

22  10:12:53      A    Anything that is not user facing.

23  10:12:55      Q    So the engineering?

24  10:13:00      A    At what -- I'm --

25  10:13:02           MR. KRAMER:  The question is vague.

| | |
|---|---|
| 1 | |
| 2 | 10:13:03             THE WITNESS: Yeah, I'm sorry. |
| 3 | 10:13:04             Can you -- can you qualify what you mean? |
| 4 | 10:13:19             MR. DESANCTIS: I'll withdraw the question. |
| 5 | 10:13:26   Let's do it a different way. |
| 6 | 10:13:29      Q    How many people currently report to you in |
| 7 | 10:13:32   your current position at Google? |
| 8 | 10:13:34      A    Directly? |
| 9 | 10:13:35      Q    Yes. |
| 10 | 10:13:37      A    I believe about 16 people directly report to |
| 11 | 10:13:42   me. |
| 12 | 10:13:42      Q    16 did you say? |
| 13 | 10:13:44      A    I -- yes, I believe about 16 people directly |
| 14 | 10:13:46   report to me. |
| 15 | 10:13:47      Q    How about indirectly? |
| 16 | 10:13:52      A    I believe about another ten people. |
| 17 | 10:13:56      Q    Okay. Is Micha Schaffer one of the people |
| 18 | 10:14:08   who reports to you either directly or indirectly? |
| 19 | 10:14:11      A    He is not. |
| 20 | 10:14:12      Q    Okay. To whom does he report? |
| 21 | 10:14:14      A    I do not know. |
| 22 | 10:14:18      Q    Does Heather Gillette report to you either |
| 23 | 10:14:29   directly or indirectly? |
| 24 | 10:14:30      A    She does not. |
| 25 | 10:14:31      Q    Okay. Can you list the names of the 16 |

1

DUNTON

2 10:14:35 people that do report to you directly?

3 10:14:39     A   Sure.  I can try.

4 10:14:45         Angus Durocher, Christina Brodbeck, David

5 10:14:59 Harlon, Omar Lee, Ches Wadja, Form Miller.  Sasha, I

6 10:15:14 think, Lumbriosky.  I can't pronounce her last name.

7 10:15:18 Hong Qu.  Sarai, who's name I cannot -- last name I

8 10:15:26 cannot remember.  BethEllyn McClendon, Ellen Beldner,

9 10:15:37 Gunther Hartwig, Jane Chiu, Craig McFadden.

10 10:15:53         MR. KRAMER:  Somebody keeping count?

11 10:15:54         THE WITNESS:  I think that's 13.  Thank you.

12 10:16:09 I'm trying to remember the seating chart in my head.

13 10:16:15 Those are the only ones I can think of at the moment.

14 10:16:18         MR. DESANCTIS:  Okay.

15 10:16:18         THE WITNESS:  That directly report to me.

16 10:16:18         MR. DESANCTIS:  Okay.

17 10:16:22     Q   Going back to what the team that directly

18 10:16:24 reports to you is responsible for, you discussed

19 10:16:27 the -- the user interface.

20 10:16:33         Are they responsible for the administrative

21 10:16:36 user interfaces?

22 10:16:40         MR. KRAMER:  Objection; the question is

23 10:16:41 vague.

24 10:16:42         THE WITNESS:  Well, what do you mean by

25 10:16:43 "administrative"?

DUNTON

10:16:45          MR. DESANCTIS:  Okay.

10:16:46     Q    The interfaces that the Google or YouTube

10:16:48   employees see and use as they're performing their

10:16:53   duties.

10:16:56     A    Some of them.

10:16:56     Q    Which of them?

10:17:00     A    Some of the interfaces.

10:17:03     Q    Can you tell me which of the interfaces?

10:17:09     A    At times, some of what we call admin tools

10:17:15   have been designed by individuals on my team.

10:17:26     Q    Any other administrative interfaces that your

10:17:29   team is responsible for?

10:17:31     A    That's all that comes to mind.

10:17:33     Q    Okay.  What are the administrative tools --

10:17:36   you said at times the administrative tools have been

10:17:39   developed by members of your team.

10:17:40          Are they currently?

10:17:44     A    I -- I think I said they had been designed by

10:17:47   members of my team.

10:17:48     Q    Uh-huh.

10:17:50     A    That is not a full-time job for anybody on my

10:17:52   team, so at times they have been designed by other

10:17:58   people.

10:17:58     Q    I see.

1                           DUNTON

2  10:17:59        If it's not designed -- if an administrative

3  10:18:08   tool is not designed by someone on your team, who

4  10:18:11   would it be designed by?

5  10:18:12        MR. KRAMER:  Calls for speculation.

6  10:18:14        THE WITNESS:  I don't know.  It -- it could

7  10:18:17   be anybody else in the company.

8  10:18:18        MR. DESANCTIS:  Okay.

9  10:18:28        THE WITNESS:  Thank you.

10 10:18:29        MR. DESANCTIS:  Q.  To whom do you directly

11 10:18:31   report?

12 10:18:32     A   Today?

13 10:18:33     Q   Yes.

14 10:18:34     A   Hunter Walk.

15 10:18:36     Q   And to whom does Hunter Walk report?

16 10:18:41     A   Chad Hurley.

17 10:18:47     Q   Okay.  Let's go back to when you first began

18 10:18:58   work at YouTube.

19 10:19:00        When did you start at YouTube?

20 10:19:02     A   I started working at YouTube in October of

21 10:19:07   2005.

22 10:19:07     Q   And what position did you hold at that time?

23 10:19:13     A   I was -- I was hired as a product manager, I

24 10:19:17   believe.

25 10:19:17     Q   What were the duties?  What were your duties

1                                    DUNTON

2    10:19:20    as a product manager at that time?

3    10:19:24        A    To work with the engineers and designers who

4    10:19:30    were designing and implementing the features on

5    10:19:35    YouTube.

6    10:19:35        Q    Did the engineers and designers who were

7    10:19:42    designing and implementing the features on YouTube

8    10:19:45    report to you?

9    10:19:46        A    At -- at what point?

10   10:19:48        Q    When you began work at YouTube in October of

11   10:19:51    2005.

12   10:19:52        A    No.

13   10:19:52        Q    Okay.  To whom did they report?

14   10:19:58        A    I don't know.

15   10:19:59        Q    Okay.  Were you part of a department?

16   10:20:05        A    We did not have a department when I first

17   10:20:07    started at YouTube.

18   10:20:08        Q    Okay.  Who did you -- who did you report to

19   10:20:11    when you first started at YouTube?

20   10:20:17        A    I don't remember.

21   10:20:17        Q    Okay.  Did you ever report to Steve Chen

22   10:20:23    during your time at YouTube?

23   10:20:26        A    I did, yes.

24   10:20:27        Q    Okay.  Do you recall what period that was?

25   10:20:38        A    I -- I do not.

DUNTON

10:20:40   Q   Okay.  Okay.  You testified that you worked

10:21:12   with -- at that time October 2005 -- you worked with

10:21:16   engineers and designers who were designing and

10:21:18   implementing the features on YouTube.

10:21:23       Were there particular features that you

10:21:25   focused on at that time?

10:21:37   A   I can't recall specifically, but at that time

10:21:44   I was probably mostly focused on user-facing --

10:21:52   Q   Okay.

10:21:52   A   -- features.

10:22:04   Q   Did you do any designing of administrative

10:22:06   tools at that time?

10:22:10   A   I did not personally.

10:22:17   Q   Did anyone who reported to you?

10:22:22   A   At what time?

10:22:23   Q   In October 2005, when you began working at

10:22:26   YouTube.

10:22:28   A   No one reported to me in October of 2005.

10:22:30   Q   Okay.  With whom were you employed before you

10:22:46   began work at YouTube?

10:22:52   A   Adzaar.

10:22:55   Q   And how long did you work at Adzaar?

10:23:01   A   I believe from about August of 2005 to early

10:23:15   October 2005.

1                              DUNTON

2   10:23:17    Q    Okay.  What were your duties there?

3   10:23:23    A    Oh, my gosh.  I don't recall specifically.

4   10:23:26    Q    Okay.  What was your salary there?

5   10:23:35    A    I --

6   10:23:37    Q    You can approximate.

7   10:23:39    A    I believe it was 75,000 a year.

8   10:23:43    Q    Okay.  Did you own any stock in Adzaar?

9   10:23:45         MR. KRAMER:  Objection; the question is

10  10:23:46    vague.

11  10:23:47         THE WITNESS:  Can you -- can you be more

12  10:23:49    specific?

13  10:23:49         MR. DESANCTIS:  Q.  Well, is there something

14  10:23:51    about that that you -- what about that don't you

15  10:23:55    understand?  Did you own any stock in Adzaar?

16  10:23:57    A    What -- what do you mean by "own"?

17  10:24:01    Q    Did you own any options?

18  10:24:04    A    I don't recall.

19  10:24:04    Q    Okay.  Did you own any capital stock, shares

20  10:24:12    of stock?

21  10:24:13    A    I don't recall.

22  10:24:13    Q    Okay.  Where did you work before Adzaar?

23  10:24:19    A    PayPal.

24  10:24:20    Q    What were your duties there?

25  10:24:25    A    At what point in time?

1                                    DUNTON

2  10:24:27    Q    How long were you at PayPal?

3  10:24:31    A    I believe I was there from about 2001 to

4  10:24:36  2005.

5  10:24:36    Q    Okay.  Did you have any product management

6  10:24:45  role there?

7  10:24:49    A    My -- at the time I left, my role was in a

8  10:24:55  team called Product Planning.

9  10:24:58    Q    What did that involve?

10 10:25:00    A    That involved working with various teams to

11 10:25:06  plan and schedule resources for product initiatives.

12 10:25:10    Q    Okay.  And what was your salary at PayPal at

13 10:25:22  the time you left?

14 10:25:27    A    I don't recall.

15 10:25:27    Q    Okay.  Approximately?

16 10:25:32    A    My base salary?

17 10:25:33    Q    Uh-huh.

18 10:25:35    A    It was approximately -- probably around

19 10:25:42  120,000 a year.

20 10:25:49    Q    Did you receive bonuses annually?

21 10:25:51    A    I did, yes.

22 10:25:52    Q    Do you recall approximately what was the size

23 10:25:55  of your last bonus?

24 10:25:58    A    No, I do not.

25 10:25:59    Q    Did you own options to purchase stock at

1                                    DUNTON

2   10:26:09    PayPal?

3   10:26:13        A    I did.

4   10:26:13        Q    Do you recall what those were worth at the

5   10:26:15    time you left PayPal?

6   10:26:19        A    I do not.

7   10:26:20        Q    Okay.  I want to go back to the time that you

8   10:26:34    were -- I'm sorry.

9   10:26:35             With whom were you employed before PayPal?

10  10:26:43        A    IndyMac Bank.

11  10:26:45        Q    I'm sorry?

12  10:26:47        A    IndyMac Bank.

13  10:26:49        Q    What is that?

14  10:26:51        A    It was an online banking company.

15  10:26:55        Q    Okay.  And did you have product management

16  10:26:58    responsibilities there?

17  10:27:04        A    How would you define "product management

18  10:27:06    responsibilities"?

19  10:27:07        Q    In the same way that we've been talking about

20  10:27:09    them with respect to your duties at YouTube.

21  10:27:11        A    My job at IndyMac was a web producer.

22  10:27:18        Q    What did that involve?

23  10:27:19        A    That involved working with customers within

24  10:27:29    the company, as well as designers and front-end

25  10:27:34    engineers, the consumer banking portion of the

1                              DUNTON

2    10:27:39   website.

3    10:27:40        Q    Okay.  And when were you employed there?

4    10:27:50        A    I don't remember specifically.

5    10:27:51        Q    Do you remember for approximately how long?

6    10:27:55        A    I believe two years.  About two years.

7    10:27:58        Q    Okay.  Okay.  I'd like to go back to your

8    10:28:06   time at YouTube.  We talked about when you started in

9    10:28:09   October 2005, and your testimony was that at that time

10   10:28:12   nobody reported to you.

11   10:28:14        Does that accurately restate your testimony?

12   10:28:16        A    I don't believe anyone reported to me in

13   10:28:18   October of 2005.

14   10:28:19        Q    Okay.  By the time Google purchased YouTube

15   10:28:24   in 2006, were -- did people report to you?

16   10:28:31        A    Yes.

17   10:28:31        Q    Approximately how many?

18   10:28:40        A    I don't remember specifically.  Probably

19   10:28:44   around 20 to 25.

20   10:28:46        Q    And what was your title at that time?

21   10:28:50        A    Director of Product Development.

22   10:28:52        Q    And what were your duties at that time as

23   10:28:56   Director of Product Development?

24   10:28:59        A    At the time of the Google acquisition, my

25   10:29:04   duties were to work with and manage the designers,

DUNTON

| 1 | |
|---|---|
| 2 | 10:37:27 |
| 3 | 10:37:42 |
| 4 | 10:37:46 |
| 5 | 10:37:50 |
| 6 | 10:37:53 |
| 7 | 10:37:57 |
| 8 | 10:38:00 |
| 9 | 10:38:04 |
| 10 | 10:38:08 |
| 11 | 10:38:12 |
| 12 | 10:38:23 |
| 13 | 10:38:30 |
| 14 | 10:38:33 |
| 15 | 10:38:39 |
| 16 | 10:38:45 |
| 17 | 10:38:47 |
| 18 | 10:38:48 |
| 19 | 10:38:48 |
| 20 | 10:38:51 |
| 21 | 10:38:55 |
| 22 | 10:38:59 |
| 23 | 10:39:02 |
| 24 | 10:39:04 |
| 25 | 10:39:07 |

Q    Okay.  The third line reads "Accomplishments:

Please summarize your overall performance and most

significant accomplishments this year."

Then you responded "From 2006 through first

quarter of 2007 I managed the entire core product

development organization which consisted of roughly 35

product managers, engineers, user experienced

designers and content editors."

Is that a correct statement of your duties

from 2006 through the first quarter of 2007?

A    From 2006 to 2007, I did manage a product

development organization which consisted of product

managers, engineers, designers, and content editors.

Q    Okay.  What do the content editors do?

MR. KRAMER:  The question is vague.

THE WITNESS:  Can you be more specific,

please?

MR. DESANCTIS:  Q.  Well, you managed content

editors; correct?

A    At a certain point in time, I managed people

we referred to as content editors.

Q    Okay.  And I'm asking what the people -- what

were the duties of the people who you referred to as

"content editors"?

2  10:39:10    A    They were responsible for interacting with

3  10:39:15   the community.  They were generally the voice to the

4  10:39:21   community.  They were also responsible for choosing

5  10:39:28   videos that would be featured on the YouTube.com

6  10:39:33   Homepage.

7  10:39:33    Q    Okay.  It also says -- it also includes

8  10:39:50   engineers in the list of employees that you managed.

9  10:39:59           Did you manage all engineers at YouTube

10 10:40:03   between 2006 and the first quarter of 2007?

11 10:40:07    A    I did not.

12 10:40:08    Q    Okay.  Which engineers did you manage?

13 10:40:12    A    I managed the engineers who were on the core

14 10:40:17   product team.

15 10:40:19    Q    And how many were there?

16 10:40:22    A    I cannot tell you.

17 10:40:24    Q    Did it change over time?

18 10:40:28    A    It -- yes, it changed over time.

19 10:40:32    Q    Was Brad Heilbrun one of them?

20 10:40:35    A    No.

21 10:40:35    Q    Was Matt Rizzo one of them?

22 10:40:37    A    Yes.

23 10:40:40    Q    Brad Heilbrun was an engineer at YouTube;

24 10:40:43   correct?

25 10:40:44    A    Brad Heilbrun is a system administrator at

1                                    DUNTON

2   10:40:48   YouTube.

3   10:40:48       Q    System administrator.

4   10:40:50            Was he under -- did you manage Brad Heilbrun

5   10:40:54   as assistant administrator?

6   10:40:56       A    I did not.

7   10:40:56       Q    Okay.  I actually need a very short break.  I

8   10:41:20   actually need a very short break, Ms. Dunton.  Could

9   10:41:22   we take a five-minute break?

10  10:41:24       A    Yes, of course.

11  10:41:25       Q    Okay.

12  10:41:25            THE VIDEOGRAPHER:  The time is 10:41 a.m.

13  10:41:27            We're off the record.

14  10:41:28            (Recess taken.)

15  10:48:17            THE VIDEOGRAPHER:  The time is 10:48 a.m.

16  10:48:20            We're back on the record.

17  10:48:22            MR. DESANCTIS:  Okay.

18  10:48:31       Q    Ms. Dunton, I'd like to focus your attention

19  10:48:34   back on the period of late 2005, early 2006.

20  10:48:41       A    Okay.

21  10:48:41       Q    So that is pre -- that is before the

22  10:48:44   acquisition of YouTube by Google; correct?

23  10:48:48       A    That is correct.

24  10:48:49       Q    Okay.  Do you recall having conversations

25  10:48:51   with others at YouTube around that time about the

|          |    | DUNTON                                              |
|----------|----|-----------------------------------------------------|
|          | 1  |                                                     |
| 10:52:06 | 2  | A    Correct.                                       |
| 10:52:06 | 3  | Q    Okay.  Do you use instant messaging with your |
| 10:52:12 | 4  | colleagues at work frequently?                      |
| 10:52:14 | 5  | MR. KRAMER:  Objection with respect to the          |
| 10:52:18 | 6  | phrase "at work."  It's vague.                      |
| 10:52:21 | 7  | MR. DESANCTIS:  I'm sorry.                           |
| 10:52:22 | 8  | Q    Do you use instant messaging with colleagues  |
| 10:52:26 | 9  | at Google frequently?                               |
| 10:52:30 | 10 | A    I do.                                          |
| 10:52:31 | 11 | Q    Okay.  And did you use instant messaging with |
| 10:52:37 | 12 | colleagues at YouTube before it was purchased by    |
| 10:52:37 | 13 | Google?                                             |
| 10:52:42 | 14 | A    I did.                                         |
| 10:52:42 | 15 | Q    Okay.  Your instant message user name is      |
| 10:52:46 | 16 | Maryrose Dunton; correct?                           |
| 10:52:48 | 17 | A    Correct.  My AIM user name is Maryrose         |
| 10:52:53 | 18 | Dunton.                                             |
| 10:52:54 | 19 | Q    What do you mean by "AIM user name"?           |
| 10:52:57 | 20 | A    My A -- that's what I use for IM.  So my AOL   |
| 10:53:02 | 21 | user name.                                          |
| 10:53:02 | 22 | Q    What is AIM?                                   |
| 10:53:04 | 23 | A    I believe it's an acronym for AOL, An Instant  |
| 10:53:08 | 24 | Messenger.                                          |
| 10:53:09 | 25 | Q    I see.                                         |

|          | 1  | DUNTON                                            |
|----------|----|---------------------------------------------------|
| 10:53:10 | 2  | Is that the program you use?                      |
| 10:53:13 | 3  | A    Yes.                                          |
| 10:53:23 | 4  | Q    Do you use a program -- an instant message   |
| 10:53:27 | 5  | prompt called ADIUM?                              |
| 10:53:29 | 6  | A    Yes, it -- I should have been more specific. |
| 10:53:31 | 7  | ADIUM is the program.  AOL is the account.        |
| 10:53:39 | 8  | Q    Okay.  And did you install ADIUM on your     |
| 10:53:43 | 9  | computer?                                         |
| 10:53:46 | 10 | A    I don't recall.                              |
| 10:53:50 | 11 | Q    Okay.  Did you instant message with Steve    |
| 10:53:56 | 12 | Chen?                                             |
| 10:53:58 | 13 | A    Yes.                                          |
| 10:53:59 | 14 | Q    And his user name is Tuna Warrior; correct?  |
| 10:54:05 | 15 | A    That is correct.                             |
| 10:54:07 | 16 | Q    And do you instant message with Brad         |
| 10:54:10 | 17 | Heilbrun?                                         |
| 10:54:12 | 18 | A    Yes.                                          |
| 10:54:12 | 19 | Q    And his instant message name is, I'm just    |
| 10:54:15 | 20 | going to spell it, Nurblieh; correct?            |
| 10:54:20 | 21 | A    Yes.                                          |
| 10:54:20 | 22 | Q    Which is Heilbrun spelled backward.          |
| 10:54:25 | 23 | A    Correct, yes.  Most people don't get that.   |
| 10:54:29 | 24 | Q    Do you instant message with Matt Rizzo?      |
| 10:54:32 | 25 | A    I do.                                         |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

6152eb6e-2c80-4014-b5df-77c095437bd4

|          | 1  | DUNTON |
|----------|----|--------|
| 10:54:32 | 2  | Q    What is his instant -- IM user name? |
| 10:54:36 | 3  | A    I believe it's Matador. |
| 10:54:39 | 4  | Q    Okay.  Are you aware that your ADIUM program |
| 10:54:48 | 5  | was saving all of your instant messages? |
| 10:54:50 | 6  | A    No. |
| 10:54:51 | 7  | Q    You're not aware of that now? |
| 10:54:56 | 8  | MR. KRAMER:  Let me object to the extent the |
| 10:55:01 | 9  | question calls for the disclosure of conversations the |
| 10:55:03 | 10 | witness may have had with counsel. |
| 10:55:05 | 11 | Excluding those conversations, Ms. Dunton, |
| 10:55:12 | 12 | you can answer the question. |
| 10:55:14 | 13 | THE WITNESS:  I was not aware that my chat |
| 10:55:16 | 14 | was being saved. |
| 10:55:16 | 15 | MR. DESANCTIS:  Okay. |
| 10:55:22 | 16 | Q    Do you know whether they are still being |
| 10:55:24 | 17 | saved? |
| 10:55:24 | 18 | A    I do not. |
| 10:55:30 | 19 | Q    But they were being saved; correct? |
| 10:55:31 | 20 | MR. KRAMER:  Same instruction. |
| 10:55:33 | 21 | THE WITNESS:  I did -- I did not know that it |
| 10:55:35 | 22 | was being saved. |
| 10:55:35 | 23 | MR. DESANCTIS:  Q.  As you sit here today, |
| 10:55:37 | 24 | you do not know whether your IM messages formally were |
| 10:55:42 | 25 | being saved? |

6152eb6e-2c80-4014-b5df-77c095437bd4

|          |    |                                                   |
|----------|----|---------------------------------------------------|
|          | 1  | DUNTON                                            |
| 12:03:10 | 2  | A    I do not.  Some time in 2006.                |
| 12:03:12 | 3  | Q    Okay.  Do you know what you found?           |
| 12:03:19 | 4  | A    No.                                          |
| 12:03:22 | 5  | Q    Okay.  Let me direct your attention to what's |
| 12:03:34 | 6  | been marked as Dunton Exhibit 5.                  |
| 12:03:37 | 7  | (Document marked Dunton Exhibit 5                 |
| 12:03:40 | 8  | for identification.)                              |
| 12:03:40 | 9  | MR. DESANCTIS:  I would direct your attention     |
| 12:03:41 | 10 | to page two of the document.                      |
| 12:03:51 | 11 | MR. KRAMER:  Same objection and same motion       |
| 12:03:52 | 12 | with respect to the use of this document.         |
| 12:03:54 | 13 | Counsel, can you just tell me what this first     |
| 12:03:56 | 14 | page is?  I've never seen it before.              |
| 12:03:58 | 15 | MR. DESANCTIS:  The first page is the             |
| 12:04:00 | 16 | metadata printed directly out of what you produced. |
| 12:04:07 | 17 | MR. KRAMER:  Would the -- so what Bates           |
| 12:04:09 | 18 | number does the first page have on it?            |
| 12:04:12 | 19 | MR. DESANCTIS:  Metadatas don't have Bates        |
| 12:04:15 | 20 | numbers.                                          |
| 12:04:15 | 21 | MR. KRAMER:  Okay.  So there is a Bates           |
| 12:04:17 | 22 | number on this one, so -- so your -- you're attaching |
| 12:04:25 | 23 | this metadata to this document that you generated off |
| 12:04:29 | 24 | of the electronic native files; is that -- is that -- |
| 12:04:33 | 25 | am I -- is that right?                            |

|        |    |                                                    |
|--------|----|----------------------------------------------------|
|        | 1  | DUNTON                                             |
| 12:04:35 | 2  | MR. DESANCTIS: We printed out the metadata |
| 12:04:37 | 3  | that you provided, and that is what is here. |
| 12:04:40 | 4  | MR. KRAMER: Okay. And the second page is |
| 12:04:42 | 5  | blank, and the third page is blank? |
| 12:04:47 | 6  | MR. DESANCTIS: I'm sorry? |
| 12:04:48 | 7  | MR. KRAMER: And the second and third pages |
| 12:04:50 | 8  | are blank? |
| 12:04:50 | 9  | MR. DESANCTIS: No, that must be in your |
| 12:04:52 | 10 | copy. That must be a photocopying error. |
| 12:04:56 | 11 | Q   Is that the same with yours, Ms. Dunton? |
| 12:04:58 | 12 | A   No, there looks like there's stuff on here, |
| 12:05:02 | 13 | little pictures. |
| 12:05:03 | 14 | Q   Okay. Can we get another copy? |
| 12:05:05 | 15 | MR. KRAMER: I just took those two pages out. |
| 12:05:08 | 16 | MR. DESANCTIS: Okay. |
| 12:05:23 | 17 | MR. KRAMER: Okay. |
| 12:05:51 | 18 | MR. DESANCTIS: Q. Turning to page two of |
| 12:05:52 | 19 | the document, Ms. Dunton. |
| 12:05:54 | 20 | A   Yes. |
| 12:05:55 | 21 | Q   This is an instant message exchange between |
| 12:05:59 | 22 | tunawarrior, which we've established is Steve Chen, |
| 12:06:03 | 23 | and maryrosedunton, which we've established as you; |
| 12:06:06 | 24 | correct? |
| 12:06:06 | 25 | A   That's what it looks like to be, yes. |

6152eb6e-2c80-4014-b5df-77c095437bd4

|       |                                                        |
|-------|--------------------------------------------------------|
|       | 1     DUNTON                                           |

12:06:17    2      Q    Okay.  Will you please review -- do you want

12:06:19    3    to review the document before I ask you questions

12:06:22    4    about it?

12:06:23    5           MR. KRAMER:  I've asked her not to review the

12:06:26    6    entirety of the document in light of the concerns that

12:06:29    7    I've expressed on this record and were expressed

12:06:31    8    previously during the deposition of Mr. Schaffer.

12:06:33    9           If there's a specific part of this document

12:06:35    10   you'd like to direct her attention to, please do.

12:06:37    11          MR. DESANCTIS:  Okay.  I just want to make

12:06:39    12   clear for the record that you're directing the witness

12:06:41    13   not to read her own instant message exchange.

12:06:46    14          MR. KRAMER:  I'm objecting --

12:06:47    15          MR. DESANCTIS:  Should she be embarrassed by

12:06:50    16   her own exchange?

12:06:52    17          MR. KRAMER:  Not necessarily, no.  I'm

12:06:54    18   objecting to your tactic of putting the document in

12:06:57    19   front of her in an effort to embarrass and intimidate

12:07:00    20   her and asking her to review the whole thing so that

12:07:03    21   she has to deal with stuff that has absolutely nothing

12:07:07    22   to do with this case.

12:07:07    23          You know it because we wrote you about this

12:07:10    24   in detail and provided you with redacted chat

12:07:13    25   transcripts that you could use for purposes of this

6152eb6e-2c80-4014-b5df-77c095437bd4

|           | 1  | DUNTON                                                  |
|-----------|----|--------------------------------------------------------|
| 12:07:15  | 2  | case.                                                  |
| 12:07:15  | 3  | No, I do not want her to review the entirety           |
| 12:07:17  | 4  | of the chat transcripts for precisely the reasons that |
| 12:07:20  | 5  | we've asserted on this record and in writing to you in |
| 12:07:23  | 6  | advance.                                               |
| 12:07:26  | 7  | MR. DESANCTIS:  And you're instructing her             |
| 12:07:27  | 8  | not to read the document?                              |
| 12:07:29  | 9  | MR. KRAMER:  Counsel, I think I've allowed             |
| 12:07:30  | 10 | you plenty of leeway.                                  |
| 12:07:32  | 11 | MR. DESANCTIS:  I'm simply asking are you              |
| 12:07:34  | 12 | instructing her --                                     |
| 12:07:34  | 13 | MR. KRAMER:  Yes, I'm instructing --                   |
| 12:07:36  | 14 | MR. DESANCTIS:  -- not to read the document?           |
| 12:07:39  | 15 | MR. KRAMER:  -- her not to read the entirety           |
| 12:07:41  | 16 | of the document.                                       |
| 12:07:42  | 17 | MR. DESANCTIS:  Okay.                                  |
| 12:07:45  | 18 | MR. KRAMER:  If there is something you want            |
| 12:07:46  | 19 | to point her to, please go ahead and do so.            |
| 12:08:04  | 20 | MR. DESANCTIS:  Q.  I would like to point you          |
| 12:08:06  | 21 | to page eight of the document which should be the last |
| 12:08:09  | 22 | page of the document.                                  |
| 12:08:20  | 23 | Do you have that in front of you?                      |
| 12:08:22  | 24 | A   I do.                                              |
| 12:08:23  | 25 | Q   Okay.  It begins with you, maryrosedunton,         |

|       |    | DUNTON |
|-------|----|--------|
| 12:08:31 | 2 | saying "oh, so by the way, after our discussion on |
| 12:08:34 | 3 | friday, I did a little exercise on friday and went |
| 12:08:36 | 4 | through all the most viewed/most discussed/top |
| 12:08:40 | 5 | favorites/top rated to try and figure out what |
| 12:08:43 | 6 | percentage is or has copyrighted material." |
| 12:08:50 | 7 | Do you see that? |
| 12:08:51 | 8 | A   I do. |
| 12:08:52 | 9 | Q   It then reads "it was over 70%." |
| 12:09:00 | 10 | Do you see that? |
| 12:09:01 | 11 | A   I do. |
| 12:09:01 | 12 | Q   Does -- and you then say -- first of all, |
| 12:09:10 | 13 | when we're talking about -- when you are talking about |
| 12:09:12 | 14 | "most viewed/most discussed/top favorite/top rated," |
| 12:09:15 | 15 | you're talking about videos on YouTube; correct? |
| 12:09:19 | 16 | A   I believe what I'm talking about here, there |
| 12:09:23 | 17 | is a "Videos" tab on YouTube, and on that we show or |
| 12:09:29 | 18 | have shown the most viewed, most discussed, how many |
| 12:09:34 | 19 | number of comments, top favorite, and top rated videos |
| 12:09:38 | 20 | for that day. |
| 12:09:41 | 21 | Q   And that's what you went through, the most |
| 12:09:44 | 22 | viewed, most discussed, top favorites, top rated |
| 12:09:52 | 23 | videos, and you found that over 70 percent were or |
| 12:09:54 | 24 | contained copyrighted material; correct? |
| 12:09:59 | 25 | A   So I don't remember this chat specifically, |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

6152eb6e-2c80-4014-b5df-77c095437bd4

                      1                          DUNTON

12:10:02    2    but I do remember conversations at the time about

12:10:08    3    premium content on YouTube that is professionally

12:10:12    4    produced content.

12:10:13    5         So I do have a recollection following some

12:10:19    6    discussions at looking at the most viewed, most

12:10:22    7    discussed, top rated, top favorites, we call those the

12:10:27    8    browse pages, for that day and tried to determine,

12:10:30    9    based on the video still, if it was premium content or

12:10:33    10   not.

12:10:33    11        Q    And premium content is copyrighted content;

12:10:36    12   correct?

12:10:37    13            MR. KRAMER:  Objection; the question is

12:10:38    14   vague.

12:10:38    15            THE WITNESS:  I have no idea if premium

12:10:41    16   content is copyrighted content.

12:10:43    17            MR. DESANCTIS:  Okay.

12:10:45    18            THE WITNESS:  But we certainly used that term

12:10:48    19   interchangeably for a long, long time, "copyrighted,"

12:10:53    20   "premium."

12:10:53    21            MR. DESANCTIS:  Okay.

12:10:59    22        Q    Why were you doing this exercise?

12:11:03    23        A    So I took a look at the most viewed, top

12:11:06    24   rated, et cetera, videos for that day, because there

12:11:09    25   was some discussion about premium content on YouTube,

6152eb6e-2c80-4014-b5df-77c095437bd4

1                              DUNTON

12:11:13    2    and I wanted to see, I wanted to look for that day and

12:11:18    3    see how much -- what -- what content was being viewed

12:11:22    4    that day.

12:11:23    5        Q    Did you have premium content in February

12:11:32    6    2006?

12:11:35    7        A    There was certainly content I would define as

12:11:38    8    "premium" on the website in February 2006, yes.

12:11:41    9        Q    In the sense that it was copyrighted,

12:11:43    10   correct, but you didn't have a separate -- an

12:11:47    11   established content category in February 2006; did

12:11:50    12   you?

12:11:50    13       MR. KRAMER:  Objection to the extent that

12:11:51    14   that question includes a legal conclusion.  The term

12:11:57    15   "copyrighted" is vague.

12:11:59    16       MR. DESANCTIS:  Q.  Ms. Dunton, is it vague

12:12:01    17   to you when I use the term "copyright"?

12:12:08    18       A    Yes.

12:12:08    19       Q    Why?

12:12:16    20       A    I don't know that I have now or have ever had

12:12:20    21   a very good understanding of copyrights.

12:12:23    22       Q    Okay.  But in the instant message we've just

12:12:36    23   read, you concluded that over 70 percent of the most

12:12:44    24   viewed, most discussed, top favorite, and top rated

12:12:48    25   videos were copyrighted material; correct?

6152eb6e-2c80-4014-b5df-77c095437bd4

```
               1                        DUNTON

12:12:51       2        A    No.

12:12:52       3        Q    Is that not what the document says,

12:12:54       4    Ms. Dunton?

12:12:56       5        A    I can tell you at one time I looked at the

12:13:00       6    most viewed, top rated content for that day and

12:13:06       7    determined that it was premium content.  I -- I have

12:13:09       8    to add, whatever is on the most viewed varies wildly,

12:13:15       9    wildly depending on whatever is going on, the popular

12:13:18      10    culture in the news at the time.

12:13:20      11             So to look at that at any point in time and

12:13:23      12    try to make a determination on what is generally being

12:13:26      13    viewed on YouTube would be incorrect.

12:13:29      14             I'm sure if you looked at it yesterday, it

12:13:32      15    would be all Barrack Obama, and I can look at it

12:13:35      16    yesterday and say "Everything on YouTube is

12:13:37      17    Barrack Obama."  So when I did this that day, I looked

12:13:41      18    at the most viewed, most discussed, top rated for that

12:13:44      19    day, and I believe I came, by looking at the stills,

12:13:47      20    the determination that around 70 percent of it was

12:13:50      21    premium content.

12:13:51      22        Q    But you didn't say premium content in this

12:13:53      23    IM.  You said "copyrighted material"; correct?

12:13:56      24             MR. KRAMER:  The document speaks for itself.

12:13:58      25             You can answer.
```

6152eb6e-2c80-4014-b5df-77c095437bd4

                    1                              DUNTON

12:13:58    2              THE WITNESS:  We used the term, correct or

12:14:01    3    not, interchangeably.  "Copyright" and "premium."

12:14:05    4              MR. DESANCTIS:  Q.  Even in 2006 --

12:14:07    5         A    Even --

12:14:07    6         Q    -- that's your testimony?

12:14:08    7         A    -- even in 2006, yes.

12:14:09    8         Q    And in 2006, there was no established

12:14:12    9    category of content on YouTube called "premium

12:14:14    10   content"; was there?

12:14:15    11             MR. KRAMER:  Objection; the question is

12:14:16    12   vague.

12:14:16    13             THE WITNESS:  What do you mean by

12:14:17    14   "established category of content"?

12:14:19    15             MR. DESANCTIS:  Q.  Was there content on the

12:14:21    16   website that was treated differently because it was

12:14:27    17   premium?

12:14:29    18        A    We didn't treat any content differently in

12:14:31    19   2006.

12:14:32    20        Q    Okay.  Let's move on in the exchange.

12:14:42    21             After you said it was over 70 percent

12:14:44    22   copyrighted material, you say "hah shit never mind."

12:14:52    23             Were you hoping that -- you were hoping that

12:14:56    24   the number that you found would be lower than

12:14:58    25   70 percent; weren't you?

1          DUNTON

12:15:00    2        A    I have no idea what I was hoping at the time

12:15:03    3    that I wrote this.

12:15:04    4        Q    Okay.  And Steve Chen responds, "hahaha."

12:15:14    5    That's the convention in instant message for laughing;

12:15:19    6    right?

12:15:20    7        A    Yes.

12:15:20    8        Q    So he thinks it's funny that over 70 percent

12:15:24    9    of the most viewed, most discussed, top favorite, top

12:15:28   10    rated videos on YouTube that day were copyrighted?

12:15:33   11            MR. KRAMER:  Calls for speculation.

12:15:34   12            THE WITNESS:  So a couple of things.  I said,

12:15:40   13    from looking at the video stills, I thought over

12:15:43   14    70 percent or 70 percent or whatever it is were

12:15:45   15    premium.  I have no idea what Steve Chen thought at

12:15:48   16    the time.

12:15:48   17            MR. DESANCTIS:  Okay.

12:15:49   18        Q    But all he responded -- first of all, you

12:15:52   19    didn't say premium.  You said "copyrighted"; correct?

12:15:56   20            MR. KRAMER:  Document speaks for itself.

12:15:58   21            MR. DESANCTIS:  Okay.

12:15:59   22        Q    And Steve responded "hahaha"; correct?

12:16:07   23        A    Steve says, "hahaha" in this chat; that is

12:16:12   24    correct.

12:16:12   25        Q    Okay.  When you keep saying "premium

6152eb6e-2c80-4014-b5df-77c095437bd4

1               DUNTON

12:16:14    2    content," what do you mean?

12:16:15    3        A    I mean content that looks to be

12:16:18    4    professionally produced.  It's glossy.  It's not what

12:16:22    5    we would define at the time as user-generated content.

12:16:26    6        Q    Okay.  Steve then says "maryrose, you're

12:16:35    7    fired."  But that was in gest; correct?

12:16:46    8        A    I imagine it -- I imagine it was in gest,

12:16:48    9    correct.

12:16:49   10        Q    He didn't fire you; did he?

12:16:50   11        A    Steve Chen did not fire me.

12:16:52   12        Q    Okay.  Then you respond "oh, what I meant to

12:16:55   13    say after I found that 70%, I went and flagged it all

12:16:58   14    for review."

12:16:59   15             What does it mean to flag it for review?

12:17:03   16        A    At the time, it meant it goes into a queue

12:17:07   17    that somebody at YouTube reviews.

12:17:13   18        Q    Reviews for what purpose?

12:17:15   19        A    They can review it for many different

12:17:17   20    purposes.  Things are flagged because users find them

12:17:21   21    inappropriate.  Anything that users feel break our

12:17:24   22    Terms of Use.

12:17:25   23        Q    Okay.  But you did not flag it all for

12:17:31   24    review; did you?

12:17:33   25        A    I don't know.  I don't believe I flagged the

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | DUNTON                                               |
| 12:17:39 | 2  | videos I saw on the most viewed for review.          |
| 12:17:43 | 3  | Q   Okay.  This is a joke; right?  You're being      |
| 12:17:50 | 4  | sarcastic --                                         |
| 12:17:51 | 5  | A   Which part?                                      |
| 12:17:53 | 6  | Q   -- in the IM?                                    |
| 12:17:54 | 7  | A   Which part?                                      |
| 12:17:55 | 8  | Q   That you went and flagged it all for review?    |
| 12:17:58 | 9  | A   I'm probably being sarcastic, yes.              |
| 12:18:00 | 10 | Q   And Steve writes back "Oh!  Of course."         |
| 12:18:05 | 11 | He's being sarcastic back; correct?                  |
| 12:18:10 | 12 | MR. KRAMER:  Calls for speculation.                  |
| 12:18:12 | 13 | THE WITNESS:  I don't know if Steve is being        |
| 12:18:14 | 14 | sarcastic or not.                                    |
| 12:18:15 | 15 | MR. DESANCTIS:  Q.  Do you think he actually         |
| 12:18:17 | 16 | thought that you flagged all 70 percent for review?  |
| 12:18:24 | 17 | A   I don't know what he thought.                    |
| 12:18:25 | 18 | Q   Okay.  Was there a flag for copyright            |
| 12:18:38 | 19 | infringement in 2006, in February of 2006?           |
| 12:18:42 | 20 | A   On the YouTube.com website?                      |
| 12:18:45 | 21 | Q   On the YouTube -- yes.                           |
| 12:18:48 | 22 | A   On the user facing --                            |
| 12:18:52 | 23 | Q   As an admin tool.                                |
| 12:19:00 | 24 | A   I don't recall.                                  |
| 12:19:01 | 25 | Q   Okay.  Was it the practice of employees at       |

6152eb6e-2c80-4014-b5df-77c095437bd4

1                          DUNTON

2          A F T E R N O O N    S E S S I O N

3

13:15:52    4          THE VIDEOGRAPHER:  The time is 1:15 p.m.

13:15:56    5      We are back on the record.

13:15:57    6          MR. DESANCTIS:  Q.  Ms. Dunton, you mentioned

13:16:08    7      something earlier today called featured videos.  Can

13:16:13    8      you please explain what featured videos are?

13:16:17    9          A    Featured videos are videos on the YouTube.com

13:16:22    10     Homepage that are selected from our -- from our base

13:16:34    11     of videos.

13:16:35    12         Q    Selected for what purpose?

13:16:39    13         A    To highlight, to show entertaining,

13:16:47    14     relevance, content for our community.

13:16:51    15         Q    Okay.  When did the featured videos feature

13:16:54    16     first appear on the site?

13:16:57    17         A    I don't know when it first appeared.  It --

13:16:59    18     it was already there when I started at YouTube.

13:17:01    19         Q    Okay.  Were you involved at any time in

13:17:10    20     deciding which particular videos would be used as

13:17:13    21     featured videos?

13:17:15    22         A    Yes.

13:17:15    23         Q    How?  What -- can you -- sorry.  Let me

13:17:21    24     withdraw that.

13:17:21    25         Can you describe your involvement with that?

6152eb6e-2c80-4014-b5df-77c095437bd4

|       |                                                        |
|-------|--------------------------------------------------------|
|       | 1     DUNTON                                           |

13:17:26    2        A    For some period of time in YouTube's history,

13:17:30    3    I would -- I would find videos to feature on the

13:17:36    4    YouTube.com Homepage.

13:17:37    5        Q    And you actually spent a lot of time doing

13:17:40    6    that; didn't you?

13:17:41    7        A    What do you mean by "a lot"?

13:17:44    8        Q    Were you up -- up late a lot of nights

13:17:49    9    looking for featured videos?

13:17:51    10        A    I was -- I was up late almost every night in

13:17:54    11    YouTube's history working in some way, shape, or form,

13:17:57    12    so....

13:17:58    13        Q    Let's -- I need this one; okay.

13:18:03    14            MS. MAGUIRE:  Yeah.

13:18:11    15            MR. DESANCTIS:  Okay.

13:18:30    16            (Document marked Dunton Exhibit 6

13:18:30    17             for identification.)

13:18:30    18            MR. DESANCTIS:  Q.  Let me show you what's

13:18:31    19    been marked as Exhibit 6.  Hand that out.

13:18:47    20            This is an e-mail exchange between you and

13:18:49    21    someone named Jamie Byrne.  It's dated September 7th,

13:18:55    22    2006, Bates No. GOO001-510555.

13:19:03    23            Can you please review this document,

13:19:05    24    Ms. Dunton?

13:19:06    25        A    Yes.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

6152eb6e-2c80-4014-b5df-77c095437bd4

|       |                                                              |
|-------|--------------------------------------------------------------|
| 1     | DUNTON                                                        |

13:19:25  2    Q   I just wanted to direct your attention --

13:19:28  3    A   I'm sorry.  I just want to finish reading it

13:19:30  4    real quick.

13:19:31  5    Q   Okay.

13:19:44  6    A   Okay.

13:19:46  7    Q   I just wanted to direct your attention to

13:19:49  8    your e-mail to Jamie Byrne that starts in the middle

13:19:55  9    of the page, and it begins "Hi, I'm up at 3AM doing my

13:19:59  10   normal hunting for featured videos."

13:20:01  11        So was it a normal activity for you to hunt

13:20:06  12   for featured videos, as you say, late into the night?

13:20:09  13        MR. KRAMER:  Objection; vague as to time.

13:20:13  14        THE WITNESS:  I -- I would try and feature a

13:20:16  15   new video, maybe a couple of new videos, every day.

13:20:20  16        MR. DESANCTIS:  Okay.  Okay.

13:20:25  17    Q   Now, how would it be determined -- how would

13:20:28  18   you determine which videos would appear on the site as

13:20:31  19   featured videos?

13:20:35  20    A   I would kind of take note of what was popular

13:20:40  21   and, you know, what's going on in pop culture, the

13:20:44  22   news.  I would often do searches.  That sounds funny,

13:20:47  23   but I'd often do searches on the website for sort

13:20:52  24   of -- for adjectives.  I'd look for things like

13:20:55  25   "awesome," "funny" or "silly," and look for videos

1                           DUNTON

13:20:59    2    that were, I thought, were going to be entertaining,

13:21:01    3    and sort of highlighted.  You know, the best of

13:21:04    4    YouTube, and I thought the community would like, that

13:21:06    5    they would enjoy watching.

13:21:09    6        Q    And when you were looking through videos,

13:21:25    7    were you looking through the entirety of the videos on

13:21:29    8    the YouTube site, or were you -- would you only search

13:21:32    9    perhaps what was posted that day?

13:21:37    10       A    Oh, my gosh.  I couldn't -- I -- I couldn't

13:21:40    11   tell you.  I would -- I would do searches, yes.

13:21:42    12       Q    Okay.

13:21:43    13       A    In a search box.  Just like a regular user, I

13:21:46    14   would type in "awesome," "funny" and just look at

13:21:48    15   whatever the results were.

13:21:49    16       Q    And when you found one you wanted to use as a

13:21:51    17   featured video, what would you -- what would you do in

13:21:56    18   order to make it actually appear as a featured video

13:21:59    19   on the site?

13:22:00    20       A    We had a tool.  Actually, I'll step back.

13:22:02    21           Initially, we didn't have a tool, and I would

13:22:05    22   send them to Steve, and Steve would have to hard code

13:22:07    23   them into the Homepage.

13:22:08    24       Q    Is -- sorry.

13:22:11    25           Steve is Steve Chen?

6152eb6e-2c80-4014-b5df-77c095437bd4

1                            DUNTON

13:22:13    2        A    Yes.  I'm sorry.  Steve Chen.

13:22:14    3        Q    And when you said early on, about what period

13:22:17    4    are you talking about before you had a tool?

13:22:19    5        A    I don't remember specifically.  I know we

13:22:20    6    didn't yet have a tool when I started.

13:22:23    7        Q    Okay.

13:22:25    8        A    But some time probably not too long

13:22:27    9    afterwards we had a tool where I would -- I would put

13:22:30    10   in the link, the unique identifier for that video, and

13:22:36    11   it would appear on the Homepage.

13:22:39    12       Q    I see.

13:22:40    13            So -- and that would have been -- okay.  I

13:22:51    14   see.

13:22:51    15            So the process was automated at some point?

13:22:54    16       A    Which process?

13:22:55    17       Q    The process of a video becoming a featured

13:22:59    18   video became automated at some point rather than Steve

13:23:03    19   having to key in the code?

13:23:04    20       A    So -- so at one point Steve had to -- either

13:23:10    21   he or I would find the videos, and he would have to

13:23:12    22   hard code it into the -- into the YouTube Homepage.

13:23:16    23   So actually go into the HTML and position that video.

13:23:19    24            Some point after that, we developed a tool by

13:23:22    25   which I could put in the unique identifier for that

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

6152eb6e-2c80-4014-b5df-77c095437bd4

                            1                           DUNTON

13:23:25    2    video, and then it would appear on the Homepage.

13:23:27    3        Q    Okay.  And you said just now, I believe, that

13:23:29    4    Steve would also find videos to use for featured

13:23:33    5    videos?

13:23:34    6        A    At some point he did, that's correct.

13:23:36    7        Q    Okay.  Did anyone else?

13:23:39    8        A    At which -- at which point in time?

13:23:41    9        Q    Any point in time.

13:23:43   10        A    Well, anybody, even our user base, could send

13:23:49   11    in suggestions for featured videos, and yes, then at

13:23:54   12    some point it was no longer my responsibility to find

13:23:57   13    featured videos.

13:24:00   14        Q    And did other employees at YouTube -- was it

13:24:06   15    the responsibility of anyone else at YouTube to search

13:24:09   16    for featured videos?

13:24:12   17             MR. KRAMER:  What time?

13:24:13   18             MR. DESANCTIS:  After you.

13:24:14   19             THE WITNESS:  After me.  Yes, it -- after it

13:24:18   20    was no longer my responsibility to feature videos on

13:24:21   21    the Homepage, there were other employees who did that.

13:24:24   22             MR. DESANCTIS:  Q.  And who did it after you?

13:24:31   23        A    Mia Quagliarello.

13:24:37   24        Q    Anyone else?

13:24:38   25        A    Not that I could think of.

6152eb6e-2c80-4014-b5df-77c095437bd4

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | DUNTON                                             |
| 13:24:40 | 2  | Q   Do you know who did it before you?             |
| 13:24:44 | 3  | A   Steve did it, and Kevin Donahue did for a      |
| 13:24:48 | 4  | little while as well.                              |
| 13:24:48 | 5  | Q   Anyone else that you know of?                  |
| 13:24:50 | 6  | A   Not that I can think of.                       |
| 13:24:55 | 7  | Q   Okay.  Now, when you said before the admin     |
| 13:24:57 | 8  | tool --                                            |
| 13:24:59 | 9  | MR. KRAMER:  I don't think she said admin          |
| 13:25:01 | 10 | tool.                                              |
| 13:25:01 | 11 | MR. DESANCTIS:  I'm sorry?                         |
| 13:25:02 | 12 | MR. KRAMER:  I don't think she said admin          |
| 13:25:04 | 13 | tool.                                              |
| 13:25:04 | 14 | MR. DESANCTIS:  Q.  Before the tool, you said      |
| 13:25:07 | 15 | Steve would go in and hard code it.  By that, did you |
| 13:25:11 | 16 | mean he would change the source code for the Homepage? |
| 13:25:15 | 17 | A   I meant he would take -- he would take the     |
| 13:25:20 | 18 | URL for the featured video, and he would have to -- |
| 13:25:24 | 19 | yes, he would have to change the source code for the |
| 13:25:28 | 20 | Homepage.  He would have to add in what videos we  |
| 13:25:31 | 21 | wanted to appear.                                  |
| 13:25:31 | 22 | Q   Okay.  And once the tool was implemented, it   |
| 13:25:36 | 23 | would change -- the tool would change the source code |
| 13:25:39 | 24 | automatically --                                   |
| 13:25:39 | 25 | MR. KRAMER:  Calls for speculation.                |

6152eb6e-2c80-4014-b5df-77c095437bd4

|       |                                                        |
|-------|--------------------------------------------------------|
|       | 1                DUNTON                                |

15:13:24    2       A    And I'm saying we, as far as I know and can

15:13:30    3    recollect, we don't know if something is authorized or

15:13:35    4    unauthorized until we receive a takedown notice.

15:13:41    5       Q    Okay.  Was there -- in the period of 2005,

15:13:47    6    are you aware of YouTube removing videos without an

15:13:56    7    ND -- without a DMCA notice because the videos might

15:14:04    8    be on YouTube without the content owner's permission?

15:14:10    9       A    At some point in our history, early on, I

15:14:13    10    can't tell you exactly when, we did, "we" not me

15:14:18    11    personally, but we did try.  We did do some period of

15:14:24    12    review where we proactively removed videos that we

15:14:29    13    thought there might be the potential for it to be

15:14:32    14    unauthorized on the website.

15:14:35    15       Q    Why -- I'm sorry.  Are you finished?

15:14:37    16       A    Yes, I'm finished.

15:14:49    17       Q    Why would YouTube proactively -- why did

15:14:52    18    YouTube proactively remove videos that you thought

15:14:57    19    might have the potential for it to be unauthorized?

15:15:01    20       A    Because we were trying really, really hard to

15:15:03    21    respect the rights of copyright holders.

15:15:09    22       Q    But you -- did there come a time when YouTube

15:15:12    23    stopped doing that?

15:15:14    24       A    Yes, there did, because we also found we were

15:15:17    25    really, really bad at it.  We were really bad at

6152eb6e-2c80-4014-b5df-77c095437bd4

1                           DUNTON

15:15:23    2    trying to figure out just based on looking at a piece

15:15:26    3    of content who owned the rights.  I know we

15:15:29    4    erroneously took down pieces of content all the time

15:15:32    5    that, in fact, the person who owned it uploaded, so

15:15:37    6    yes, we tried to do that.  We tried to do that.

15:15:39    7          We wanted to -- we wanted to respect

15:15:42    8    copyright owners.  We wanted to -- if we saw something

15:15:47    9    where there was the potential for it to be

15:15:48    10   unauthorized, we wanted to -- this is early on -- we

15:15:50    11   wanted to do what we thought was the right thing, but

15:15:53    12   we found out very quickly this was not -- this did not

15:15:56    13   work, because we were taking down content all the

15:15:59    14   time, premium content, as we talked about, that in

15:16:02    15   fact was uploaded by the right holder.  So we stopped.

15:16:09    16   We stopped doing that.

15:16:20    17        Q    Do you have any estimate of how many videos

15:16:24    18   were removed in the manner you were just describing

15:16:29    19   without a DMCA notice?

15:16:33    20        A    I have no idea.

15:16:36    21        Q    Can you estimate for me?  Would it be closer

15:16:39    22   to ten or closer to 10,000?

15:16:42    23        A    It -- it was not my job.  It was never my job

15:16:48    24   to respond to those videos or take down those videos,

15:16:51    25   so I have absolutely no idea.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

6152eb6e-2c80-4014-b5df-77c095437bd4

1                            DUNTON

15:16:52   2        Q    And how -- you said you were doing a bad job

15:16:55   3    at it.  How do you know you were doing a bad job?

15:16:57   4        A    We were doing a bad job because we were

15:16:59   5    erroneously taking down videos that people who owned

15:17:02   6    the rights to, including professional content

15:17:06   7    creators, had uploaded.

15:17:08   8        Q    But how would you know that you made a

15:17:12   9    mistake?

15:17:12   10       A    Because they would complain to us.

15:17:15   11       Q    Okay.  And you didn't like it when they

15:17:17   12   complained to you; correct?

15:17:22   13       A    I don't know that I personally had any

15:17:24   14   feeling on it.

15:17:27   15       Q    Well, they were your users; right?

15:17:31   16       A    Anybody who uses the YouTube site is a user.

15:17:33   17       Q    Okay.  And was it YouTube's, you know,

15:17:40   18   objective to keep its users happy?

15:17:46   19       A    Within reason, yes.

15:17:48   20       Q    Okay.  And when users' videos were taken down

15:17:58   21   mistakenly by you, meaning YouTube --

15:18:02   22       A    Uh-huh.

15:18:02   23       Q    -- it made them unhappy, and they complained;

15:18:05   24   correct?

15:18:08   25       A    If the person who uploaded a video owned the

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

6152eb6e-2c80-4014-b5df-77c095437bd4

```
            1                              DUNTON
15:18:10    2      rights --
15:18:11    3          Q    Right.
15:18:12    4          A    -- and their content was erroneously taken
15:18:15    5      down, then yes, I would imagine that made them
15:18:17    6      unhappy.
15:18:18    7          Q    Okay.  And they complained?
15:18:22    8          A    Yes.
15:18:22    9          Q    That's how you knew?
15:18:23   10          A    There were users who complained.  Not to me
15:18:25   11      personally, but yes, I --
15:18:27   12          Q    Well, and is that why you, YouTube, stopped
15:18:31   13      proactively removing videos, because the customers
15:18:34   14      were complaining?
15:18:37   15          A    We stopped --
15:18:39   16              MR. KRAMER:  Hang on one second.  I'm going
15:18:40   17      to object to the extent that mischaracterizes the
15:18:42   18      testimony.
15:18:44   19              You can answer.
15:18:50   20              THE WITNESS:  As far as I am aware, we
15:18:51   21      stopped proactively reviewing because we were really
15:18:55   22      bad at determining who uploaded the content and if
15:19:00   23      they had the rights to do so.
15:19:15   24              MR. DESANCTIS:  Q.  And that made your users
15:19:17   25      angry; correct?
```

6152eb6e-2c80-4014-b5df-77c095437bd4

1                          DUNTON

15:19:19    2        A    By "users," you mean?

15:19:21    3        Q    Uploaders who had their videos mistakenly

15:19:26    4    removed.

15:19:30    5        A    Yes.  If a user had their video mistakenly

15:19:34    6    removed, I imagine that was upsetting to them, right.

15:19:42    7    It happened.  Happened all the time.

15:19:44    8        Q    It happened all the time?

15:19:45    9        A    It happened all the time.

15:19:46    10       Q    How often?

15:19:48    11       A    I can't tell you specifically how often it

15:19:50    12    happened.  Like I said, it wasn't my job to take down

15:19:53    13    videos or put them back up, but it happened a lot.  It

15:19:56    14    was a regular topic of conversation.

15:19:57    15       Q    Like multiple times a day?  I'm just trying

15:20:01    16    to get an order of magnitude.

15:20:03    17       A    I can't remember.  I can't remember

15:20:05    18    specifically.

15:20:24    19       Q    If users didn't complain to you, would you

15:20:29    20    ever had known you were making mistakes in taking down

15:20:36    21    videos?

15:20:37    22            MR. KRAMER:  Calls for speculation.

15:20:38    23            THE WITNESS:  And I don't know.

15:20:40    24            MR. DESANCTIS:  Q.  But you do know that when

15:20:43    25    users complained, and you said they complained a lot,

6152eb6e-2c80-4014-b5df-77c095437bd4

|          | 1  | DUNTON |
|----------|----|--------|
| 15:20:49 | 2  | you changed your policy to stop taking down videos |
| 15:20:54 | 3  | that in your estimation, in YouTube's estimation, were |
| 15:20:59 | 4  | likely to be infringing. |
| 15:21:02 | 5  | MR. KRAMER:  Objection; mischaracterizes the |
| 15:21:04 | 6  | testimony. |
| 15:21:04 | 7  | MR. DESANCTIS:  Well, I wasn't -- I wasn't |
| 15:21:07 | 8  | characterizing the testimony. |
| 15:21:12 | 9  | THE WITNESS:  I believe what I said is, we |
| 15:21:14 | 10 | stopped doing proactive reviewing because we were bad |
| 15:21:19 | 11 | at it, because it wasn't -- it wasn't possible for us |
| 15:21:27 | 12 | to always know who had -- who uploaded a piece of |
| 15:21:31 | 13 | content and whether they had the rights to do so or |
| 15:21:33 | 14 | not. |
| 15:21:33 | 15 | MR. DESANCTIS:  Okay. |
| 15:21:40 | 16 | Q   If the customer -- if your users didn't |
| 15:21:43 | 17 | complain, would you have stopped? |
| 15:21:45 | 18 | MR. KRAMER:  Calls for speculation. |
| 15:21:47 | 19 | THE WITNESS:  I have no idea. |
| 15:21:49 | 20 | MR. DESANCTIS:  Q.  Can you think of a reason |
| 15:21:54 | 21 | why you would have? |
| 15:21:56 | 22 | MR. KRAMER:  You mean other than what she |
| 15:22:00 | 23 | testified?  A reason other than -- |
| 15:22:02 | 24 | MR. DESANCTIS:  Other than that the user |
| 15:22:04 | 25 | complained. |

|   | 1 | DUNTON |
|---|---|---|
| 15:36:43 | 2 | were about. That's what I personally create. |
| 15:36:45 | 3 | Q As you sit here today, do you think that you |
| 15:36:48 | 4 | could have sold YouTube for a billion dollars in 2006 |
| 15:36:56 | 5 | if it had no premium content from the very beginning? |
| 15:37:00 | 6 | MR. KRAMER: Calls for speculation. |
| 15:37:03 | 7 | MR. DESANCTIS: It does. |
| 15:37:03 | 8 | Q I'm asking you if you -- if you -- |
| 15:37:07 | 9 | A I have absolutely no idea. |
| 15:37:08 | 10 | Q Okay. This. |
| 15:37:38 | 11 | I'd like to ask you about another policy at |
| 15:37:41 | 12 | YouTube which is sometimes referred to as this "three |
| 15:37:47 | 13 | strikes and you're out policy." |
| 15:37:48 | 14 | Can you describe what that is? |
| 15:37:50 | 15 | A What it is today? |
| 15:37:53 | 16 | Q Sure. Start with today. |
| 15:37:55 | 17 | A I -- I -- I don't have knowledge of how the |
| 15:37:58 | 18 | policy works today. |
| 15:38:00 | 19 | Q Okay. Is there any period for which you do |
| 15:38:03 | 20 | have knowledge? |
| 15:38:07 | 21 | A Sure. I can tell you sort of generally my |
| 15:38:09 | 22 | knowledge of how the three strikes policy has worked |
| 15:38:13 | 23 | in the past. |
| 15:38:13 | 24 | Q Please do. |
| 15:38:15 | 25 | A That when a user -- when a user would break |

6152eb6e-2c80-4014-b5df-77c095437bd4

1                           DUNTON

15:38:20    2    our Terms of Use, they would receive a strike against

15:38:25    3    their account.  After they received three strikes, we

15:38:31    4    would close their account, remove all of their videos,

15:38:36    5    remove everything about them, and prohibit them from

15:38:41    6    coming back to the service.

15:38:43    7        Q    Okay.  And do you know when that policy was

15:38:51    8    begun at YouTube?

15:38:53    9        A    I don't.  I don't recall specifically.

15:38:54   10        Q    Okay.  All right.

15:39:07   11             Is having a video removed in response to an

15:39:11   12    NDM -- in response to a DMCA takedown notice grounds

15:39:15   13    for getting a strike?

15:39:20   14             MR. KRAMER:  Calls for speculation.

15:39:21   15             THE WITNESS:  I don't know.

15:39:22   16             MR. DESANCTIS:  Q.  You don't know?

15:39:28   17        A    No, I don't know.  You can receive a strike

15:39:31   18    for any Terms of Use violation.

15:39:34   19        Q    Okay.  So you can receive a strike if

15:39:38   20    someone -- if you post pornography?

15:39:41   21        A    Yes.

15:39:41   22        Q    You can receive a strike --

15:39:47   23        A    Or, I'm sorry, I should say I don't have -- I

15:39:50   24    don't have good knowledge of how that works today.  I

15:39:53   25    knew in the past you could receive a strike for any

6152eb6e-2c80-4014-b5df-77c095437bd4

18:13:20    Q    Okay.  Okay.  You got it?  Okay.  All right.

18:14:07    Okay.

18:14:10         (Documents marked Dunton Exhibits 19 - 20

18:14:11          for identification.)

18:14:11         MR. DESANCTIS:  Q.  Let me show you what I am

18:14:13    marking as Dunton exhibit -- what are we up to?

18:14:19         MS. MAGUIRE:  19.

18:14:22         MR. DESANCTIS:  Q.  19, and at the same time

18:14:24    Dunton Exhibit 20.

18:14:30    A    Okay.

18:14:32    Q    Looking at exhibit -- I'm sorry -- looking at

18:14:44    Exhibit 19 --

18:14:47    A    Okay.

18:14:48    Q    -- is this another instant message exchange

18:14:52    this time between you and user name matador?

18:14:58    A    It looks to be, yes.

18:14:59    Q    Okay.  And matador is whom?

18:15:03    A    He's Matthew Rizzo.

18:15:05    Q    And who is Matthew Rizzo?

18:15:07    A    He's an engineer at YouTube.

18:15:08    Q    Okay.  Before we go through the document, do

18:15:19    you recall a feature in Claim Your Content -- in

18:15:23    Copyright Cop, the management tool we've been

18:15:25    discussing, that allowed content owners to save their

|     | 1  | DUNTON |
| --- | --- | --- |
| 19:02:42 | 2 | by "we can be pretty ghetto about it"? |
| 19:02:47 | 3 | A    I don't remember this specific chat, but I'm |
| 19:02:50 | 4 | likely referring to the technical implementation. |
| 19:02:58 | 5 | Meaning -- actually, I'm not quite sure what I mean. |
| 19:03:03 | 6 | It -- it sounds like, from reading this, to |
| 19:03:07 | 7 | reuse some additional -- some existing search |
| 19:03:10 | 8 | functionality we have on the site. |
| 19:03:15 | 9 | Q    And that's what you mean by "we can be pretty |
| 19:03:18 | 10 | ghetto about it"? |
| 19:03:22 | 11 | A    We used that term, I know I've used that |
| 19:03:25 | 12 | term, to refer to reusing existing stuff. |
| 19:03:29 | 13 | Q    Okay.  And after you ask Matthew Rizzo if you |
| 19:03:37 | 14 | can create a saved search with alerts for the |
| 19:03:39 | 15 | copyright cop stuff, he responds at line "12:16:20 you |
| 19:03:46 | 16 | can have whatever you want, but it is just how much |
| 19:03:49 | 17 | time do you guys want to give to these fucking |
| 19:03:55 | 18 | assholes." |
| 19:03:56 | 19 | Did you understand -- do you understand now |
| 19:03:58 | 20 | that the "fucking assholes" that Matt Rizzo was |
| 19:04:02 | 21 | referring to were copyright owners -- I'm sorry -- |
| 19:04:06 | 22 | content owners? |
| 19:04:10 | 23 | A    I believe, as I said, I don't remember this |
| 19:04:13 | 24 | specific chat, but I believe the people that Matt was |
| 19:04:17 | 25 | referring to are the people who were abusing the |

6152eb6e-2c80-4014-b5df-77c095437bd4

|  |  | DUNTON |
|--|--|--------|

| 19:04:21 | 2 | features that we gave them. |
| 19:04:26 | 3 | Q  Why do you believe that?  Is there anything |
| 19:04:29 | 4 | in this text about abusing features? |
| 19:04:33 | 5 | A  I haven't -- I haven't -- I've only read the |
| 19:04:36 | 6 | parts that you've called out to me, but I can tell you |
| 19:04:39 | 7 | that the Copyright Cop Content Management Tool that we |
| 19:04:44 | 8 | rolled out was actually severely abused by some |
| 19:04:48 | 9 | content owners, and yeah, that made us angry.  That |
| 19:04:54 | 10 | was upsetting. |
| 19:04:55 | 11 | Q  So do you actually -- are you saying you |
| 19:04:57 | 12 | actually remember that that -- that in this instance |
| 19:05:02 | 13 | that's who "fucking assholes" refer to? |
| 19:05:07 | 14 | A  Well, like I said, I don't remember this |
| 19:05:09 | 15 | specific chat, but I do remember the CVP Tool, and I |
| 19:05:16 | 16 | remember content owners abusing it; that is, they used |
| 19:05:20 | 17 | it erroneously to try and take down content that was, |
| 19:05:23 | 18 | in fact, not theirs and -- and yes, that angered me, |
| 19:05:28 | 19 | and I think it angered Rizzo too. |
| 19:05:32 | 20 | Q  Do you remember any specific examples of |
| 19:05:50 | 21 | content owners taking down content that was not |
| 19:05:54 | 22 | theirs? |
| 19:05:54 | 23 | A  Yes. |
| 19:05:54 | 24 | Q  What were those? |
| 19:05:55 | 25 | A  American Idol, WWE.  Those two come to mind |

6152eb6e-2c80-4014-b5df-77c095437bd4

|       |                                                            |
|-------|------------------------------------------------------------|
| 1     | DUNTON                                                      |

| 19:44:02 | 2  | Q   Okay.  Yet, you had the opinion in this -- |
| 19:44:15 | 3  | expressed in this IM message, that you hoped or Mr. -- |
| 19:44:21 | 4  | Mr. Rizzo expressed the opinion "there's only going to |
| 19:44:24 | 5  | be a handful of people using this feature," and you |
| 19:44:27 | 6  | said, "I hope so." |
| 19:44:31 | 7  | He said, "so why build it well," and you |
| 19:44:38 | 8  | didn't say because there are a lot of content owners |
| 19:44:42 | 9  | using it properly. |
| 19:44:43 | 10 | You said, at line, "12:19:10," quote, |
| 19:44:48 | 11 | "basically this is all a cya for us." |
| 19:44:54 | 12 | Does "cya" stand for "cover your ass"? |
| 19:44:58 | 13 | A   Generally, it does. |
| 19:45:00 | 14 | Q   Do you have any reason to think you used it |
| 19:45:02 | 15 | in some other way here? |
| 19:45:05 | 16 | A   No. |
| 19:45:06 | 17 | Q   Okay. |
| 19:45:08 | 18 | A   But I don't know.  I don't remember this |
| 19:45:09 | 19 | specific chat, but yes. |
| 19:45:11 | 20 | Q   Have you ever used it for anything else? |
| 19:45:14 | 21 | A   Not that -- I don't know.  I don't know that |
| 19:45:16 | 22 | I can recall. |
| 19:45:17 | 23 | Q   Okay.  And then you ended with -- |
| 19:45:21 | 24 | A   Well, also -- actually, no.  I take that |
| 19:45:22 | 25 | back.  See ya, we also used it for see ya, but I don't |

6152eb6e-2c80-4014-b5df-77c095437bd4

                    1                      DUNTON

19:54:13    2    sorry.  An instant message exchange.  I misspoke.

19:54:18    3        A    That's what it looks to be, yes.

19:54:20    4        Q    Okay.  Before reading the document, do you

19:54:34    5    ever remember talking about whether you could add a

19:54:42    6    feature to the -- to the Copyright Copy Tool where

19:54:51    7    content owners could get e-mail alerts sent to them

19:54:56    8    whenever a video was uploaded -- uploaded with their

19:54:59    9    designated keywords?

19:55:03    10       A    Yes, I remember discussing it.

19:55:05    11       Q    Okay.  Do you remember whether that was ever

19:55:07    12   implemented?

19:55:15    13       A    I don't recall if e-mail alerts were

19:55:17    14   implemented.

19:55:18    15       Q    Okay.  What part of that do you recall?  What

19:55:21    16   part of that issue do you recall?

19:55:27    17       A    I recall there was some discussion about

19:55:30    18   implementing it, but I don't -- I don't recall if we

19:55:32    19   did.

19:55:35    20       Q    Okay.  Do you know why it was being

19:55:41    21   discussed?

19:55:47    22       A    It -- it was being discussed -- well, I was

19:55:50    23   discussing it because it was a feature that people

19:55:53    24   within the company were -- that certain people wanted

19:55:58    25   to build in, so that's why that would be my

6152eb6e-2c80-4014-b5df-77c095437bd4

|  | 1 | DUNTON |
| --- | --- | --- |
| 19:56:01 | 2 | involvement in it. |
| 19:56:02 | 3 | Q   Were you one of the people who wanted to |
| 19:56:04 | 4 | build it in? |
| 19:56:05 | 5 | A   I don't believe I was in favor of it. |
| 19:56:07 | 6 | Q   Do you recall why you weren't in favor of it? |
| 19:56:14 | 7 | A   I think we may have talked about this |
| 19:56:16 | 8 | previously, but because I knew it would give content |
| 19:56:22 | 9 | owners or whomever was using the tool the ability to |
| 19:56:26 | 10 | mass flag and take down videos based on a single |
| 19:56:30 | 11 | keyword, and I also knew that keywords were not |
| 19:56:36 | 12 | necessarily representative of the content. |
| 19:56:46 | 13 | Q   Okay.  Let me direct your attention to -- |
| 19:57:06 | 14 | sticking with Exhibit 21 -- to the line beginning at |
| 19:57:16 | 15 | "12:04:05." |
| 19:57:29 | 16 | You raise the following, quote, "hey, |
| 19:57:35 | 17 | question, so could we also do something for these guys |
| 19:57:38 | 18 | where they get email alerts sent to them (either like |
| 19:57:43 | 19 | daily or weekly) whenever a video is uploaded with |
| 19:57:46 | 20 | their designated keyword?" |
| 19:57:50 | 21 | Do you remember having this discussion with |
| 19:57:52 | 22 | Matt Rizzo? |
| 19:57:56 | 23 | A   I don't remember this specific chat, but I do |
| 19:57:59 | 24 | remember generally discussing the functionality. |
| 19:58:01 | 25 | Q   With Matt Rizzo? |

6152eb6e-2c80-4014-b5df-77c095437bd4

|   | 1 | DUNTON |
|---|---|--------|

19:58:07  2   A   Yes, and with other people inside the

19:58:08  3   company.

19:58:09  4   Q   Okay.  He responds, "yeah, but," and then

19:58:16  5   sort of two carets.  Do you know what Matt Rizzo, with

19:58:24  6   whom you often IM a lot, means when he indicates these

19:58:29  7   two carets next to each other?

19:58:30  8   A   No, I do not.  He does it all the time, and I

19:58:33  9   have no idea what it means.

19:58:35  10   Q   He does it all the time?

19:58:36  11   A   He does, yeah.  I have no idea what it means.

19:58:38  12   Q   Did you ever ask -- did you ever ask him?

19:58:40  13   A   No, I never asked.

19:58:42  14   Q   Okay.  For the next three lines, you then

19:58:55  15   describe how the feature would work and -- you and

19:58:59  16   Rizzo were both describing how the feature would work.

19:59:04  17        In line 12:05:39, Mr. Rizzo says "lol u

19:59:13  18   know."

19:59:13  19        Do you know what "lol" means?

19:59:16  20   A   Laugh out loud.

19:59:17  21   Q   Okay.  And then you respond, "hrm i hate this

19:59:22  22   feature.  I hate making it easier for these a-holes."

19:59:27  23        By "a-holes," you meant assholes?

19:59:31  24   A   Likely.

19:59:32  25   Q   Okay.  And by "a-holes" you were referring to

6152eb6e-2c80-4014-b5df-77c095437bd4

                              1                    DUNTON

20:01:11    2    using the tool properly; is that correct?

20:01:17    3         A    I hated the tool, as I said, because I

20:01:23    4    recognized the potential for content owners to mass

20:01:27    5    take down content based on a single keyword, whatever

20:01:31    6    keyword they wanted, and I also knew that keywords

20:01:34    7    were not necessarily accurate descriptions of that

20:01:38    8    content, and so yes, I hated the feature.

20:01:43    9         Q    But you didn't know whether it might have

20:01:48   10    been five content owners who had abused it, and 5,000

20:01:52   11    who had been using it perfectly lawfully, because you

20:01:57   12    don't know -- you didn't know how many were using it

20:01:59   13    lawfully; correct?

20:02:04   14         A    I have no idea the numbers of content

20:02:09   15    providers who were using the tool were -- used it to

20:02:15   16    take down authorized or unauthorized content.  No, I

20:02:18   17    don't have any specific numbers.

20:02:20   18         Q    Okay.  Do you recall, or forget it.

20:02:46   19              What -- where would I look to confirm that

20:03:10   20    your testimony that the tool allowed takedown based on

20:03:14   21    a single keyword?

20:03:20   22              MR. KRAMER:  Calls for speculation.

20:03:24   23              THE WITNESS:  No, no.  What I said was the

20:03:26   24    functionality that we were discussing would allow the

20:03:29   25    ability for content owners to flag, to take down

6152eb6e-2c80-4014-b5df-77c095437bd4

```
                    1              DUNTON
20:03:33            2    content, flag it for take down based on a single
20:03:39            3    keyword.  That's the functionality we were talking
20:03:41            4    about.
20:03:42            5              MR. DESANCTIS:  Okay.
20:03:45            6        Q    And are you of -- aware of any documents or
20:03:50            7    other place that one could look if he or she wanted to
20:03:55            8    verify the truth of that testimony?
20:03:58            9        A    That that's what we were discussing?
20:04:00           10        Q    Yeah.
20:04:03           11        A    We were discussing it.  I mean, I --
20:04:04           12        Q    Oh, I'm sorry.  No, not that's what you were
20:04:08           13    discussing, but that's what the tool would do.
20:04:13           14        A    I don't -- as I think I said, I don't
20:04:16           15    remember if we actually implemented the e-mail alert
20:04:19           16    tool that we're talking about.
20:04:24           17        Q    I see.
20:04:24           18              You don't know whether it was ever
20:04:27           19    implemented?
20:04:28           20        A    The e-mail alerts, correct.
20:04:40           21        Q    In order to implement it, would the source
20:04:43           22    code have to be altered?
20:04:44           23              MR. KRAMER:  Calls for speculation.
20:04:45           24              MR. DESANCTIS:  Q.  Do you know whether, in
20:04:47           25    order to implement it, a new feature like this, the
```

6152eb6e-2c80-4014-b5df-77c095437bd4