UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY ) PARTNERS, COUNTRY MUSIC ) TELEVISION, INC., PARAMOUNT ) PICTURES CORPORATION, and BLACK ) ENTERTAINMENT TELEVISION LLC, ) )             Plaintiffs, ) )         vs. ) ) YOUTUBE, INC., YOUTUBE, LLC, ) and GOOGLE, INC., ) )            Defendants. ) _____) | Case No. 1:07CV02103 |

THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all )
others similarly situated, )
)
           Plaintiffs, )
)
        vs. ) Case No. 07CV3582
)
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
)
           Defendants. )
_____)

DEPOSITION OF ALEX ELLERSON
NEW YORK, NEW YORK
Friday, May 22, 2009

JOB NO: 16902

1

2

3

4          May 22, 2009

5          9:28 a.m.

6

7          VIDEOTAPED DEPOSITION OF ALEX

8     ELLERSON, held at the offices of Proskauer

9     Rose, LLP, 1585 Broadway, New York,

10    New York, pursuant to notice, before Erica

11    L. Ruggieri, Registered Professional

12    Reporter and Notary Public of the State of

13    New York.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2          A P P E A R A N C E S
 3     FOR THE VIACOM PLAINTIFFS:
 4       JENNER & BLOCK, LLP
              BY:  SUSAN KOHLMANN, ESQ.
 5                 919 Third Avenue, 37th floor
                   New York, New York 10017-2024
 6                 (212) 355-9500
                   Skohlmann@jenner.com
 7
 8     FOR THE CLASS PLAINTIFFS IN THE PREMIER
       LEAGUE ACTION:
 9
       PROSKAUER ROSE, LLP
10          BY:  NOAH SISKIND GITTERMAN, ESQ.
                 1585 Broadway
11               New York, New York 10036-8299
                 (212)969-3727
12               Ngitterman@proskauer.com
13
       FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE,
14     LLC and GOOGLE, INC.:
15       MAYER BROWN, LLP
              BY:   BRIAN WILLEN, ESQ.
16                  1675 Broadway
                    New York, New York 10016
17                  (212) 506-2146
                    Bwillen@mayerbrown.com
18
19     FOR THE WITNESS:
20     PERKINS COIE BROWN & BAIN
              BY:   TIMOTHY J. FRANKS, ESQ.
21                  2901 N. Central Avenue
                    Phoenix, Arizona  85012
22                  (602) 351-8390
                    Tfranks@perkinscoie.com
23
24     ALSO PRESENT:
            CARLOS KING, Videographer
25
```

1

2          IT IS HEREBY STIPULATED AND

3     AGREED, by and between counsel for the

4     respective  parties hereto, that the

5     filing, sealing and certification of

6     the within deposition shall be and the

7     same are hereby waived;

8          IT IS FURTHER STIPULATED AND

9     AGREED that all objections, except as

10    to the form of the question, shall be

11    reserved to the time of the trial;

12         IT IS FURTHER STIPULATED AND

13    AGREED that the within deposition may

14    be signed before any Notary Public

15    with the same  forceand effect as if

16    signed and sworn to before the Court.

17

18

19

20

21

22

23

24

25

1

2          THE VIDEOGRAPHER:  Alex

3     Ellerson, in the matter of Viacom

4     International, Inc. and the Football

09:20:22   5     Association Premier League versus

6     YouTube, Inc. et al., in the United

7     States District Court, for the

8     Southern District of New York.

9          This deposition is being held at

09:20:31  10     1585 Broadway, New York, New York, on

11     May 22, 2009 at approximately

12     9:20 a.m.

13          My name is Carlos King, from the

14     firm of David Feldman Worldwide, and

09:20:43  15     I'm your legal video specialist.  The

16     court reporter is Erica Ruggieri, in

17     association with David Feldman

18     Worldwide.

19          Will counsel please introduce

09:20:53  20     themselves.

21          MR. GITTERMAN:  Noah Gitterman,

22     on behalf of the class plaintiffs in

23     the Premier League action, from the

24     Proskauer Rose firm.

09:21:02  25          MS. KOHLMANN:  Susan Kohlmann,

1        A. ELLERSON

2        from Jenner & Block, on behalf of the

3        Viacom plaintiffs.

4            MR. WILLEN:  Brian Willen, from

09:21:08    5        Mayer Brown, on behalf of Google and

6        YouTube.

7            MR. FRANKS:  Tim Franks, from

8        Perkins Coie Brown & Bain, on behalf

9        of the witness.

09:21:15    10            THE VIDEOGRAPHER:  Will the

11        court reporter please swear in the

12        witness.

13    A L E X    E L L E R S O N ,  called as a

14        witness, having been duly sworn by a

15        Notary Public, was examined and

16        testified as follows:

17    EXAMINATION BY

18    MR. GITTERMAN:

19            Q.    Mr. Ellerson, good morning.

09:21:31    20            A.    Good morning.

21            Q.    Have you ever been deposed

22        before?

23            A.    I have not.

24            Q.    Have you ever taken a deposition

09:21:36    25        before?

A. ELLERSON



09:56:52

09:57:05

09:57:21

09:58:00

09:58:14

A. ELLERSON



DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

A. ELLERSON



A. ELLERSON



1
2
3
4
10:09:01   5
6
7
8
9
10:09:15   10
11
12
13
14
10:09:28   15
16
17
18
19
10:09:50   20
21
22
23
24
10:10:31   25

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585