Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

VIACOM INTERNATIONAL, INC., COMEDY
PARTNERS, COUNTRY MUSIC
TELEVISION, INC., PARAMOUNT
PICTURES CORPORATION, and BLACK
ENTERTAINMENT TELEVISION, LLC,

        Plaintiffs,
vs.                           No. 07-CV-2103

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

        Defendants.

------------------------------------X
THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO., et al.,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,
vs.                           No. 07-CV-3582

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

        Defendants.

------------------------------------X

            HIGHLY CONFIDENTIAL
     VIDEOTAPED DEPOSITION OF DAVID ESTRADA
          PALO ALTO, CALIFORNIA
        TUESDAY, DECEMBER 8, 2009
JOB NO. 18172

```
                                                       Page 2
  1   PALO ALTO, CA      DAVID ESTRADA        DECEMBER 8,
  2                      DECEMBER 8, 2009
  3                         10:05 A.M.
  4
  5         HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAVID
  6   ESTRADA, at WILSON, SONSINI, GOODRICH & ROSATI, 601 S.
  7   California Avenue, Palo Alto, California, pursuant to
  8   notice, before me, KATHERINE E. LAUSTER, CLR, CRR, RPR,
  9   CSR License No. 1894.
 10
 11
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

```
 1    PALO ALTO, CA        DAVID ESTRADA       DECEMBER 8,
 2    A P P E A R A N C E S:
 3    FOR THE PLAINTIFFS, VIACOM INTERNATIONAL, INC.:
          JENNER & BLOCK, LLP
 4        By:  MICHAEL B. DeSANCTIS
          601 Thirteenth Street, NW
 5        Suite 1200 South
          Washington, D.C.  20005
 6        T.202.639.6000
          F.202.639.6066
 7        mdesanctis@jenner.com
                  and
 8        JENNER & BLOCK, LLP
          By:  JAY C. COX, Esq.
 9        1099 New York Avenue, NW
          Suite 900
10        Washington, DC  20001
          phone:  202.639-6000
11        fax:    202.661.4998
          jamescox@jenner.com
12
13    FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC, and
      GOOGLE, INC.:
14        MAYER BROWN, LLP
          By:  A. JOHN P. MANCINI, ESQ.
15             THERESE CRAPARO, ESQ.
          1675 Broadway
16        New York, New York  10019-5820
          T.212.506.2295
17        F.212.849.5895
          jmancini@mayerbrown.com
18        tcraparo@mayerbrown.com
19
      FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:
20        PROSKAUER ROSE, LLP
          By:  GIL N. PELES, ESQ.
21        2049 Century Park East
          Suite 3200
22        Los Angeles, California  90067-3206
          T.310.284.5611
23        F.310.557.2193
          gpeles@proskauer.com
24
25    ALSO PRESENT:      ARMANDO CARRASCO, Videographer
```

Page 4

| | | |
|---|---|---|
| | 1 | PALO ALTO, CA    DAVID ESTRADA    DECEMBER 8, |
| | 2 | PALO ALTO, CALIFORNIA |
| | 3 | TUESDAY, DECEMBER 8, 2009; 10:05 A.M. |
| | 4 | |
| | 5 | |
| 10:04:57 | 6 | THE VIDEOGRAPHER: Today's videotaped |
| 10:04:58 | 7 | deposition of David Estrada is taken on |
| 10:05:01 | 8 | December 8th, 2009, at Wilson, Sonsini, Goodrich & |
| 10:05:03 | 9 | Rosati, 601 California Avenue, in Palo Alto, |
| 10:05:09 | 10 | California, in the matter of Viacom International |
| 10:05:10 | 11 | versus YouTube, Incorporated. Case numbers are |
| 10:05:16 | 12 | 07-CV-2103 and 07-CV-3582, and court: Southern |
| 10:05:22 | 13 | District of New York. |
| 10:05:25 | 14 | My name is Armando Carrasco. I represent |
| 10:05:28 | 15 | David-Feldman Worldwide, located at 600 Anton |
| 10:05:30 | 16 | Boulevard, Suite 1100, Costa Mesa, California. |
| 10:05:34 | 17 | We are now commencing at 10:05 a.m. |
| 10:05:37 | 18 | Will all present please identify |
| 10:05:39 | 19 | themselves, beginning with the witness. |
| 10:05:41 | 20 | THE WITNESS: David Estrada. |
| 10:05:43 | 21 | MR. MANCINI: John Mancini, Mayer Brown, |
| 10:05:45 | 22 | counsel for YouTube and Google. |
| 10:05:47 | 23 | MS. CRAPARO: Therese Craparo, Mayer |
| 10:05:47 | 24 | Brown, counsel for YouTube and Google. |
| 10:05:54 | 25 | MR. DeSANCTIS: Michael DeSanctis, Jenner |

| | | |
|---|---|---|
| | 1 | PALO ALTO, CA    DAVID ESTRADA    DECEMBER 8, |
| 10:05:54 | 2 | & Block, counsel for the Viacom plaintiffs. |
| 10:05:55 | 3 | MR. COX:  Jay Cox, Jenner & Block, counsel |
| 10:05:55 | 4 | for the Viacom plaintiffs. |
| 10:05:57 | 5 | MR. PELES:  Gil Peles from Proskauer & |
| 10:05:57 | 6 | Rose, counsel for the Premier League plaintiffs. |
| 10:06:03 | 7 | THE VIDEOGRAPHER:  Thank you. |
| 10:06:03 | 8 | Will the court reporter please swear in |
| 10:06:03 | 9 | the witness. |
| 10:06:03 | 10 | THE REPORTER:  Will you raise your right |
| 10:06:03 | 11 | hand, please. |
| 10:06:03 | 12 | Do you solemnly state, under penalty of |
| 10:06:03 | 13 | perjury, the testimony you are about to give will be |
| 10:06:03 | 14 | the truth, the whole truth, and nothing but the |
| 10:06:03 | 15 | truth? |
| 10:06:12 | 16 | THE WITNESS:  I do. |
| 10:06:16 | 17 | MR. MANCINI:  Michael, before we start, I |
| 10:06:17 | 18 | think, pursuant to the parties' agreement in this |
| 10:06:21 | 19 | case, we will designate the entirety of this |
| 10:06:23 | 20 | transcript highly confidential until further |
| 10:06:27 | 21 | designated. |
| 10:06:28 | 22 | MR. DeSANCTIS:  Okay. |
| 10:06:28 | 23 | |
| 10:06:28 | 24 | DAVID ESTRADA, |
| 10:06:28 | 25 | having been sworn as a witness |

| | | |
|---|---|---|
| | 1 | PALO ALTO, CA        DAVID ESTRADA        DECEMBER 8, |
| 14:09:56 | 2 | with you with respect to whether any documents that |
| 14:10:00 | 3 | had been collected from you were subject to the |
| 14:10:06 | 4 | attorney-client work product or common interest |
| 14:10:08 | 5 | privilege? |
| 14:10:09 | 6 | MR. MANCINI: Objection to the extent it's |
| 14:10:13 | 7 | attorney-client communications or attorney work |
| 14:10:17 | 8 | product communications, to which the witness is |
| 14:10:19 | 9 | instructed not to answer. |
| 14:10:20 | 10 | THE WITNESS: I don't recall. |
| 14:10:30 | 11 | BY MR. DeSANCTIS: |
| 14:10:30 | 12 | Q. Let me ask you a different topic. Are you |
| 14:10:38 | 13 | aware of a product integration agreement that |
| 14:10:42 | 14 | YouTube has entered into with Apple? |
| 14:10:47 | 15 | A. I'm aware of several agreements we've -- |
| 14:10:50 | 16 | we've entered into with Apple. |
| 14:10:53 | 17 | Q. Okay. Approximately how many? You said |
| 14:10:55 | 18 | "several." |
| 14:10:57 | 19 | A. We have -- I -- I can think of two. |
| 14:11:00 | 20 | Q. Can you tell me what those are? |
| 14:11:02 | 21 | A. One of them -- I think the product |
| 14:11:06 | 22 | integration agreement was the first agreement we |
| 14:11:08 | 23 | entered into to distribute YouTube on the iPhone and |
| 14:11:13 | 24 | Apple TV. And then another one was an API |
| 14:11:17 | 25 | agreement. |