```
     UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY  )
PARTNERS, COUNTRY MUSIC             )
TELEVISION, INC., PARAMOUNT         )
PICTURES CORPORATION, and BLACK     )
ENTERTAINMENT TELEVISION, LLC,      )
                                    )
              Plaintiffs,           )
                                    )
vs.                                 ) NO.
                                    ) 07-CV-2203
                                    )
YOUTUBE, INC., YOUTUBE, LLC,        )
and GOOGLE, INC.,                   )
                                    )
              Defendants.           )
_____)
```

VIDEOTAPED DEPOSITION OF MICHAEL HOUSLEY

NEW YORK, NEW YORK

FRIDAY, OCTOBER 3, 2008

BY: REBECCA SCHAUMLOFFEL, RPR, CLR

JOB NO. 15906

1
2          OCTOBER 3, 2008
3          10:00 a.m.
4
5          VIDEOTAPED DEPOSITION OF
6  MICHAEL HOUSLEY, taken at the offices of
7  WILSON, SONSINI, GOODRICH & ROSATI, 1301
8  Avenue of the Americas, New York, New
9  York, pursuant to notice, before REBECCA
10 SCHAUMLOFFEL, CLR, RPR.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2    A P P E A R A N C E S:
 3
 4       FOR THE PLAINTIFFS VIACOM
 5       INTERNATIONAL, INC.:
 6            JENNER & BLOCK
 7            By:  SUSAN H. KOHLMANN, ESQ.
 8            919 Third Avenue, 37th Floor
 9            New York, New York 10022
10            (212) 891-1690
11            skohlmann@jenner.com
12
13
14
15       FOR THE DEFENDANTS YOUTUBE, INC.,
16       YOUTUBE, LLC and GOOGLE, INC.:
17            WILSON SONSINI GOODRICH & ROSATI
18            By:  MICHAEL H. RUBIN, ESQ.
19            650 Page Mill Road
20            Palo Alto, California 94304
21            (650) 849-3311
22            mrubin@wsgr.com
23
24
25
```

```
 1
 2
 3       FOR THE DEFENDANTS YOUTUBE, INC.,
 4       YOUTUBE, LLC and GOOGLE, INC.:
 5            MAYER BROWN LLP
 6            By:   JOHN MANCINI, ESQ.
 7            1675 Broadway
 8            New York, New York 10019
 9            (212) 506-2295
10            jmancini@mayerbrown.com
11
12
13       ALSO PRESENT:
14
15       MANUEL ABREU, Videographer
16
17                   ---oOo---
18
19
20
21
22
23
24
25
```

FEDERAL STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing and sealing be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

THE VIDEOGRAPHER: This is tape number one of the videotape deposition of Michael Housley in the matter Viacom International, Inc., et al. versus YouTube Inc., YouTube, LLC, and Google, Inc. This deposition is being held at 1301 Avenue of the Americas, New York, on October 3, 2008 at approximately 10:00 a.m.

My name is Manuel Abreu from the firm of David Feldman Worldwide, and I am the legal video specialist. The court reporter is Rebecca Schaumloffel in association with David Feldman Worldwide. Will counsel please introduce themselves:

MR. RUBIN: Michael Rubin from Wilson, Sonsini, Goodrich & Rosati for defendants YouTube and Google Incorporated.

MR. MANCINI: John Mancini,

3cf4eb6b-fe4e-4c30-80ee-e7da5ad74c4c

HOUSLEY

Page 7

```
 1                    HOUSLEY
 2          Mayer Brown, counsel for
 3      defendants.
 4              MS. KOHLMANN:  Susan
 5      Kohlmann, Jenner & Block, counsel
 6      for plaintiffs.
 7              THE VIDEOGRAPHER:  Will the
 8      court reporter please swear in the
 9      witness.
10  M I C H A E L    H O U S L E Y, called
11  as a witness, having been first duly
12  sworn by a Notary Public of the State
13  of New York, was examined and testified
14  as follows:
15          Q.     Good morning, Mr. Housley.
16          A.     Good morning.
17          Q.     Would you please state your
18  name and address for the record?
19          A.     My name is Michael Housley.
20  Address is 120 Remsen Street, apartment
21  4A, Brooklyn, New York 11201.
22          Q.     I want to go over some basic
23  guidelines for how we are going to
24  conduct the deposition today.  First of
25  all, if you don't hear a question that
```

1                HOUSLEY

2        record.

3        Q.   Mr. Housley, before we took
4   a break, I had asked you, in connection
5   with a conversation we were having
6   about the clip review project for which
7   you were hired initially at Viacom, how
8   you went about locating the clips in
9   connection with your review on the
10  YouTube service.

11       A.   The process --

12            MS. KOHLMANN:  Excuse me,
13       just so the record is clear, maybe
14       I am not clear, just what is the
15       question pending?  I don't think
16       you asked a question.

17            MR. RUBIN:  I hadn't gotten
18       there yet.

19       Q.   So let me state a very
20  succinct question.

21       A.   Sure.

22       Q.   In connection with review of
23  the clips on the YouTube service, how
24  did you locate the clips to review?

25            MS. KOHLMANN:  I would just

1                   HOUSLEY
2       caution Mr. Housley to testify, in
3       answering that question, to be
4       sure not to disclose
5       attorney/client privilege
6       information.  You can answer.
7           A.    Using tag or keyword
8    searching.
9           Q.    What were the keywords?
10              MS. KOHLMANN:  Objection to
11      the extent it calls for
12      attorney/client privilege
13      information.
14          A.    I can't answer that.
15          Q.    Were you told what the
16   keywords were or did you devise the
17   keywords yourself?
18              MS. KOHLMANN:  Objection to
19      the extent it calls for
20      attorney/client privilege
21      information.  If you can answer,
22      go ahead.
23          A.    Don't remember.
24          Q.    Once you found a clip in
25   response to a keyword search, what did