UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC.           )
TELEVISION, INC., PARAMOUNT        )
PICTURES CORPORATION, and BLACK    )
ENTERTAINMENT TELEVISION, LLC,     )
                                   )
                Plaintiffs,        )
                                   )
vs.                                ) NO. 07-CV-2103
                                   )
YOUTUBE, INC., YOUTUBE, LLC,       )
and GOOGLE, INC.,                  )
                                   )
                Defendants.        )
_____)
                                   )
THE FOOTBALL ASSOCIATION PREMIER   )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all    )
others similarly situated,         )
                                   )
                Plaintiffs,        )
vs.                                ) NO. 07-CV-3582
                                   )
YOUTUBE, INC., YOUTUBE, LLC, and   )
GOOGLE, INC.,                      )
                                   )
                Defendants.        )
_____)

VIDEOTAPED DEPOSITION OF VANCE IKEZOYE
PALO ALTO, CALIFORNIA
THURSDAY, SEPTEMBER 10, 2009

JOB NO. 17619

SEPTEMBER 10, 2009

9:40 a.m.

VIDEOTAPED DEPOSITION OF VANCE IKEZOYE, WILSON SONSINI GOODRICH & ROSATI, 650 Page Mill Road, Palo Alto, California, pursuant to notice, and before me, ANDREA M. IGNACIO HOWARD, CLR, RPR, CRR, CSR License No. 9830.



5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1    A P P E A R A N C E S:

2

3    FOR THE PLAINTIFFS VIACOM INTERNATIONAL, INC.:

4            JENNER & BLOCK, LLP

5            By:  MICHAEL DeSANCTIS, Esq.

6                 LUKE PLATZER, Esq.

7            1099 New York Avenue, NW, Suite 900

8            Washington, D.C. 20001

9            (202) 639-6000  mdesanctis@jenner.com

10

11        FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:

12            BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

13            By:  BENJAMIN GALDSTON, Esq.

14            12481 High Bluff Drive, Suite 300

15            San Diego, California 92130-3582

16            (858) 720-3188  beng@blbglaw.com

17

18        FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and

19        GOOGLE, INC.:

20            WILSON SONSINI GOODRICH & ROSATI, LLP

21            By:   MAURA REES, Esq.

22            650 Page Mill Road

23            Menlo Park, California 94304

24            (650) 493-9300  mrees@wsgr.com

25

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1    A P P E A R A N C E S   (Continued.)

2

3       FOR THE DEPONENT:

4            BLY LAW FIRM, PC

5            By:  William Bly, Esq.

6            11601 Wilshire Boulevard, Suite 500

7            Los Angeles, California 90025

8            (888) 893-6189

9

10      ALSO PRESENT:  Kelly Truelove, Consultant

11                     Armando Carrassco, Videographer.

12

13                     ---oOo---

14

15

16

17

18

19

20

21

22

23

24

25

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

```
 1              IKEZOYE, V.

 2         PALO ALTO, CALIFORNIA

 3       THURSDAY, SEPTEMBER 10, 2009

 4              9:40 A.M.

 5
```

09:43:26    6

09:43:26    7         THE VIDEOGRAPHER:  Today's video deposition

09:43:28    8    of Vance Ikezoye is taken on September 10th, 2009, at

09:43:35    9    Wilson, Sonsini, Goodrich & Rosati, 601 South

09:43:37   10    California Avenue, Palo Alto, California.  In the

09:43:41   11    Matter of Viacom International vs. YouTube,

09:43:41   12    Incorporated, and The Football Association.

09:43:46   13         Case No. is 07-CV-2203 and 07-CV-3502, in the

09:43:56   14    Court of Southern District of New York.

09:43:56   15         My name is Armando Carrasco.  I represent

09:44:00   16    David Feldman Worldwide located at 600 Anton

09:44:02   17    Boulevard, Suite 1100, in Costa Mesa, California.

09:44:04   18         We are now commencing at 9:40 a.m.

09:44:13   19         Will all -- all present please identify

09:44:15   20    themselves, beginning with the witness.

09:44:17   21         MR. IKEZOYE:  Vance Ikezoye, CEO of Audible

09:44:21   22    Magic Corporation.

09:44:21   23         MR. BLY:  I'm Bill Bly of Bly Law Firm.  I'm

09:44:24   24    representing the witness and Audible Magic.

09:44:27   25         MS. REES:  Maura Rees of Wilson, Sonsini,

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1    IKEZOYE, V.

09:44:31   2    Goodrich & Rosati representing the YouTube defendants.

09:44:31   3        MR. GALDSTON:  Good morning.

09:44:32   4        Benjamin Galdston of Bernstein, Litowitz,

09:44:35   5    Berger & Grossmann on behalf of the Plaintiffs in the

09:44:35   6    Class Action.

09:44:37   7        MR. TRUELOVE:  Kelley Truelove, consultant

09:44:40   8    for Viacom plaintiffs.

09:44:42   9        MR. PLATZER:  Luke Platzer of Jenner & Block

09:44:44   10   for the Viacom plaintiffs.

09:44:44   11       MR. DESANCTIS:  I'm Michael DeSanctis of

09:44:47   12   Jenner & Block for the Viacom plaintiffs.

09:44:50   13       THE VIDEOGRAPHER:  Thank you.

09:44:50   14       Will the court reporter please swear in the

09:44:52   15   witness.

09:45:01   16

09:45:01   17           VANCE IKEZOYE,

09:45:01   18       having been sworn as a witness,

09:45:01   19         testified as follows:

09:45:01   20

09:45:02   21       EXAMINATION BY MR. DESANCTIS

09:45:02   22       MR. DESANCTIS:  Good morning.

09:45:04   23   Q    Would you please state and spell your name

09:45:08   24   for the record.

09:45:10   25   A    Vance Ikezoye, I-K-E-Z-O-Y-E.

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1        IKEZOYE, V.

09:50:54    2    copyrighted music, and then we also sell services to

09:50:59    3    various digital media companies, like Web 2.0 social

09:51:04    4    networks, to identify copyrighted content that is

09:51:07    5    being uploaded by users.

09:51:16    6        Q    Looking at the last of the services that you

09:51:27    7    just mentioned, the digital -- the work that you do

09:51:30    8    for digital media services, when did YouTube --

09:51:33    9    sorry -- when did Audible Magic begin providing those

09:51:36   10    kinds of services?

09:51:41   11        A    To Web 2.0 companies or to just anybody in

09:51:45   12    the space?

09:51:46   13        Q    Let's just start generally with anybody in

09:51:47   14    the space.

09:51:48   15        A    We started providing some of the services to

09:51:52   16    the peer-to-peer companies in, I believe, 2004, in the

09:52:00   17    2004 time frame, and for those companies we helped the

09:52:11   18    peer-to-peer companies identify content that their

09:52:14   19    users were introducing into their networks.

09:52:18   20        Q    Okay.  In the 2004 time frame that you're

09:52:24   21    talking about, was your client base primarily

09:52:28   22    peer-to-peer services?

09:52:29   23        A    Yes.

09:52:29   24        Q    Can you describe -- well, actually strike

09:52:33   25    that.

1          IKEZOYE, V.

09:52:33   2          Can you identify who some of those

09:52:35   3   peer-to-peer services were?  Who were your customers

09:52:38   4   in the 2004 time frame?

09:52:42   5      A    Yes.  Yeah, iMesh was one of our customers

09:52:50   6   who was a peer-to-peer company, and later we had --

09:52:54   7   Kaza was a customer of ours.

09:52:56   8      Q    And what exactly is a peer-to-peer service?

09:53:00   9      A    A peer-to-peer service is a peer-to-peer --

09:53:02   10   it's an application that allows the sharing and

09:53:08   11   transmittal of -- of copyrighted files between users.

09:53:15   12   Similar to Naps- -- the way Napster originally was.

09:53:20   13   So users could download this application, download

09:53:24   14   files, copyrighted movie and music files, and then

09:53:28   15   also they can make those available to other users.

09:53:34   16      Q    Did there come a time when Audible Magic

09:53:37   17   began providing these -- these copyright

09:53:47   18   identification services to digital media services

09:53:49   19   other than peer-to-peer networks?

09:53:51   20      A    Yes, we did do that.

09:53:53   21      Q    Okay.  Can you describe how or the type of

09:53:58   22   customer that Audible Magic next started servicing?

09:54:03   23      A    We started servicing some of the more -- the

09:54:06   24   classic Web 2.0 social network companies, where some

09:54:12   25   people call it user-generated content, where users may

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1                              IKEZOYE, V.

09:54:19    2    have audio or video files, and they upload these files

09:54:22    3    to websites, and these websites then allow other users

09:54:27    4    to stream and to view or listen to the content.

09:54:32    5        Q   Do you recall who Audible Magic's first

09:54:41    6    customer was in the social networks base?

09:54:44    7            MS. REES:  Objection; vague and ambiguous.

09:54:46    8            THE WITNESS:  Our first customer that we

09:54:49    9    announced was MySpace.

09:54:59   10            MR. DESANCTIS:  Q.  Do you recall when that

09:55:00   11    announcement was?

09:55:01   12        A   The -- the first quarter of 2007.

09:55:09   13        Q   Did additional customers -- actually, when I

09:55:24   14    say "customer" -- do you prefer customer or client?

09:55:26   15        A   Customer is fine.

09:55:28   16        Q   Okay.  Did additional customers follow

09:55:30   17    MySpace?

09:55:31   18        A   Yes.

09:55:31   19        Q   And who -- what was the next customer in this

09:55:34   20    space that Audible Magic began providing services to?

09:55:38   21            MR. BLY:  Objection to the extent that it

09:55:39   22    calls for confidential information.

09:55:41   23            You can talk about the ones that are publicly

09:55:44   24    announced.

09:55:44   25            THE WITNESS:  Right.

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

|          | 1  | IKEZOYE, V.                                         |
|----------|----|----------------------------------------------------|
| 09:55:45 | 2  | Other customers were YouTube, Sony Pictures        |
| 09:55:53 | 3  | had a website called Grouper.  Microsoft had Soapbox, |
| 09:56:03 | 4  | was a customer.  In total, I believe we had over -- |
| 09:56:10 | 5  | over the period of 30 plus customers.              |
| 09:56:15 | 6  | MR. DESANCTIS:  Q.  When you say "over the          |
| 09:56:16 | 7  | period," what period are you talking about?        |
| 09:56:18 | 8  | A   From -- from 2006 through today.               |
| 09:56:26 | 9  | Q   And when you say "30 plus customers," do you   |
| 09:56:29 | 10 | mean 30 plus customers in the social network space |
| 09:56:34 | 11 | that you were describing, or are you now talking about |
| 09:56:38 | 12 | a broader space of clients?                        |
| 09:56:41 | 13 | A   No, the Web 2.0 social networking space.       |
| 09:56:47 | 14 | Q   Okay.  Who are Audible -- Audible Magic's      |
| 09:57:04 | 15 | primary competitors for content identification     |
| 09:57:07 | 16 | services in the Web 2.0 space?                      |
| 09:57:12 | 17 | A   It changed over time, but some of the         |
| 09:57:16 | 18 | people -- some of the companies that were in the space |
| 09:57:17 | 19 | were Gracenote, Volvo, Auditude, and there are     |
| 09:57:26 | 20 | probably other customers that I can't remember names |
| 09:57:34 | 21 | of.                                                |
| 09:57:35 | 22 | Q   Do you know whether Audible Magic does more   |
| 09:57:38 | 23 | business in the Web 2.0 space than any of the      |
| 09:57:41 | 24 | competitors you named?                              |
| 09:57:43 | 25 | A   It's my belief.  I'm not aware of anybody      |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1                        IKEZOYE, V.

09:57:45    2    that has anything close to our customer base.

09:57:53    3        Q    And has that -- has that always been your

09:57:56    4    belief?  In other words, does that extend back to

09:57:59    5    2006, or was there a time when there was a competitor

09:58:02    6    who had a larger customer base in the 2.0 space than

09:58:06    7    Audible Magic had?

09:58:09    8        A    I believe from the very beginning we were --

09:58:14    9    we were the leader in the space.

09:58:32    10       Q    We'll obviously be talking more about this as

09:58:35    11   the day goes on, but can you describe, in a very

09:58:39    12   general sense, what it is Audible Magic does for its

09:58:44    13   digital media customers when you've said "identify

09:58:48    14   copyrighted content"?

09:58:50    15       A    We use a technology called fingerprinting,

09:58:55    16   and what fingerprinting is, is a mechanism to uniquely

09:59:02    17   identify a piece of copyrighted content.

09:59:06    18            There are -- these fingerprints are

09:59:09    19   measurements of the content that become unique to a

09:59:12    20   sound recording or to a soundtrack or to a -- an

09:59:17    21   image, and so we work with copyright holders to

09:59:21    22   register their works so we know what known content is.

09:59:26    23   We take these measurements, and then we put these

09:59:29    24   measurements into a database.

09:59:31    25            Then with our customers, the UGC sites, we

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | IKEZOYE, V.                                              |
| 09:59:37 | 2  | give them software to take measurements of unknown       |
| 09:59:40 | 3  | content, and when -- after they take these               |
| 09:59:43 | 4  | measurements, then we can compare it to our database     |
| 09:59:45 | 5  | of known references and identify and match the           |
| 09:59:49 | 6  | content.                                                 |
| 09:59:50 | 7  | The way we provide services to the Web 2.0               |
| 09:59:54 | 8  | customers is, they do have software.  Users may upload   |
| 09:59:58 | 9  | content to these sites, and they use our services        |
| 10:00:02 | 10 | to -- to identify the -- the -- the copyrighted          |
| 10:00:08 | 11 | content using our services.                              |
| 10:00:10 | 12 | Q    In your answer you spoke of Audible Magic and       |
| 10:00:23 | 13 | the customer taking measurements of pieces of content.   |
| 10:00:28 | 14 | Is that the fingerprint that you mentioned first, or     |
| 10:00:31 | 15 | is the measurement something other than the              |
| 10:00:34 | 16 | fingerprint?                                             |
| 10:00:35 | 17 | I'm just trying to make sure we have the same            |
| 10:00:37 | 18 | terminology.                                             |
| 10:00:38 | 19 | A    It's the fingerprint.  The fingerprint is a         |
| 10:00:40 | 20 | series of measurements of characteristics of a piece     |
| 10:00:43 | 21 | of audio or video.                                       |
| 10:00:44 | 22 | Q    Okay.  And are you familiar with the fact           |
| 10:00:53 | 23 | that there are fingerprints referred to as "audio        |
| 10:01:00 | 24 | fingerprints" and others referred to as "video           |
| 10:01:04 | 25 | fingerprints"?                                           |

1                          IKEZOYE, V.

10:01:04    2        A    Yes.

10:01:04    3        Q    Could you explain what the difference is, not

10:01:07    4    in hypertechnical terms, but generally.

10:01:10    5        A    Well, audio fingerprints are taking

10:01:12    6    measurements of the -- the sound -- the sound on a --

10:01:14    7    on a piece of content, whether it's music or speech or

10:01:18    8    silence or sound effects.  Video fingerprints tend to

10:01:23    9    refer in -- in kind of, from my perspective, as

10:01:29   10    fingerprints of the images of the video image itself.

10:02:24   11        Q    I'll show you, Mr. Ikezoye, a document that

10:02:26   12    we're going to be marking as Ikezoye Exhibit 1.

10:02:29   13             (Document marked Ikezoye Exhibit 1

10:02:40   14              for identification.)

10:02:40   15             MR. DESANCTIS:  I'll ask you to take a quick

10:02:48   16    look at it.

10:02:52   17        Q    Do you recognize this document?

10:02:53   18        A    Yes.

10:02:54   19        Q    What is it?

10:02:57   20        A    It was a declaration that -- that I provided

10:03:02   21    for a case regarding Aimster.

10:03:08   22        Q    On the last page of the exhibit, is that your

10:03:14   23    signature?

10:03:15   24        A    Yes.

10:03:15   25        Q    And this was signed by you on September 10th,

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

|          | 1  | IKEZOYE, V. |
| 10:03:21 | 2  | 2002; is that correct? |
| 10:03:22 | 3  | A    That's correct. |
| 10:03:24 | 4  | Q    Was Audible Magic a party in the Aimster |
| 10:03:30 | 5  | litigation? |
| 10:03:32 | 6  | A    No. |
| 10:03:32 | 7  | Q    Do you recall why it was that you submitted |
| 10:03:34 | 8  | this declaration if Audible Magic was not a party? |
| 10:03:36 | 9  | A    That we provide technology and services that |
| 10:03:40 | 10 | were relevant to the -- to the -- the technical issues |
| 10:03:47 | 11 | regarding this litigation, and so we provided this |
| 10:03:52 | 12 | information to make people aware of some of our |
| 10:03:54 | 13 | services. |
| 10:03:55 | 14 | Q    And have you looked at this declaration since |
| 10:04:10 | 15 | you filed it in September of 2002? |
| 10:04:13 | 16 | A    No. |
| 10:04:13 | 17 | Q    Okay.  I'm gonna ask you to just very quickly |
| 10:04:18 | 18 | review it and let me know if there is anything in here |
| 10:04:22 | 19 | that -- that you now think was not true or accurate |
| 10:04:30 | 20 | when it was submitted or whether you still think |
| 10:04:33 | 21 | everything in here was true at that time, to the best |
| 10:04:38 | 22 | of your recollection. |
| 10:04:47 | 23 | MR. BLY:  You're asking whether it was true |
| 10:04:49 | 24 | at the time, not whether anything has changed since? |
| 10:04:51 | 25 | MR. DESANCTIS:  Right.  Obviously things |

|          | 1  | IKEZOYE, V. |
|----------|----|-------------|
| 10:04:54 | 2  | might have changed since, but... |
| 10:05:08 | 3  | THE WITNESS:  Okay. |
| 10:05:10 | 4  | MR. DESANCTIS:  Q.  As you look at this |
| 10:05:11 | 5  | today, is there any reason that you believe that |
| 10:05:15 | 6  | anything in here was not accurate at the time it was |
| 10:05:17 | 7  | filed? |
| 10:05:19 | 8  | A    No. |
| 10:05:19 | 9  | Q    Okay.  Just put that aside for the moment. |
| 10:05:33 | 10 | Showing you, Mr. Ikezoye, what I'm marking as |
| 10:05:35 | 11 | Ikezoye Exhibit 2. |
| 10:05:42 | 12 | (Document marked Ikezoye Exhibit 2 |
| 10:05:42 | 13 | for identification.) |
| 10:05:42 | 14 | MR. DESANCTIS:  I'd ask you to take a moment |
| 10:05:53 | 15 | to familiarize yourself with this document. |
| 10:06:40 | 16 | THE WITNESS:  Okay. |
| 10:06:41 | 17 | MR. DESANCTIS:  Q.  Do you recognize this |
| 10:06:41 | 18 | document? |
| 10:06:42 | 19 | A    Yes. |
| 10:06:42 | 20 | Q    What is it? |
| 10:06:43 | 21 | A    It's a declaration that we made in the |
| 10:06:49 | 22 | MGM vs. Grokster case. |
| 10:06:52 | 23 | Q    And was Audible Magic a party in the case? |
| 10:06:57 | 24 | A    No, we were not. |
| 10:06:58 | 25 | Q    Do you recall, then, why Audible Magic |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1                    IKEZOYE, V.

09:54:19   2   have audio or video files, and they upload these files

09:54:22   3   to websites, and these websites then allow other users

09:54:27   4   to stream and to view or listen to the content.

09:54:32   5        Q   Do you recall who Audible Magic's first

09:54:41   6   customer was in the social networks base?

09:54:44   7             MS. REES:  Objection; vague and ambiguous.

09:54:46   8             THE WITNESS:  Our first customer that we

09:54:49   9   announced was MySpace.

09:54:59   10            MR. DESANCTIS:  Q.  Do you recall when that

09:55:00   11   announcement was?

09:55:01   12       A   The -- the first quarter of 2007.

09:55:09   13       Q   Did additional customers -- actually, when I

09:55:24   14   say "customer" -- do you prefer customer or client?

09:55:26   15       A   Customer is fine.

09:55:28   16       Q   Okay.  Did additional customers follow

09:55:30   17   MySpace?

09:55:31   18       A   Yes.

09:55:31   19       Q   And who -- what was the next customer in this

09:55:34   20   space that Audible Magic began providing services to?

09:55:38   21            MR. BLY:  Objection to the extent that it

09:55:39   22   calls for confidential information.

09:55:41   23            You can talk about the ones that are publicly

09:55:44   24   announced.

09:55:44   25            THE WITNESS:  Right.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

1    IKEZOYE, V.

09:55:45   2    Other customers were YouTube, Sony Pictures

09:55:53   3    had a website called Grouper.  Microsoft had Soapbox,

09:56:03   4    was a customer.  In total, I believe we had over --

09:56:10   5    over the period of 30 plus customers.

09:56:15   6    MR. DESANCTIS:  Q.  When you say "over the

09:56:16   7    period," what period are you talking about?

09:56:18   8    A    From -- from 2006 through today.

09:56:26   9    Q    And when you say "30 plus customers," do you

09:56:29   10   mean 30 plus customers in the social network space

09:56:34   11   that you were describing, or are you now talking about

09:56:38   12   a broader space of clients?

09:56:41   13   A    No, the Web 2.0 social networking space.

09:56:47   14   Q    Okay.  Who are Audible -- Audible Magic's

09:57:04   15   primary competitors for content identification

09:57:07   16   services in the Web 2.0 space?

09:57:12   17   A    It changed over time, but some of the

09:57:16   18   people -- some of the companies that were in the space

09:57:17   19   were Gracenote, Volvo, Auditude, and there are

09:57:26   20   probably other customers that I can't remember names

09:57:34   21   of.

09:57:35   22   Q    Do you know whether Audible Magic does more

09:57:38   23   business in the Web 2.0 space than any of the

09:57:41   24   competitors you named?

09:57:43   25   A    It's my belief.  I'm not aware of anybody

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1                    IKEZOYE, V.

09:57:45    2    that has anything close to our customer base.

09:57:53    3        Q    And has that -- has that always been your

09:57:56    4    belief?  In other words, does that extend back to

09:57:59    5    2006, or was there a time when there was a competitor

09:58:02    6    who had a larger customer base in the 2.0 space than

09:58:06    7    Audible Magic had?

09:58:09    8        A    I believe from the very beginning we were --

09:58:14    9    we were the leader in the space.

09:58:32    10       Q    We'll obviously be talking more about this as

09:58:35    11    the day goes on, but can you describe, in a very

09:58:39    12    general sense, what it is Audible Magic does for its

09:58:44    13    digital media customers when you've said "identify

09:58:48    14    copyrighted content"?

09:58:50    15       A    We use a technology called fingerprinting,

09:58:55    16    and what fingerprinting is, is a mechanism to uniquely

09:59:02    17    identify a piece of copyrighted content.

09:59:06    18            There are -- these fingerprints are

09:59:09    19    measurements of the content that become unique to a

09:59:12    20    sound recording or to a soundtrack or to a -- an

09:59:17    21    image, and so we work with copyright holders to

09:59:21    22    register their works so we know what known content is.

09:59:26    23    We take these measurements, and then we put these

09:59:29    24    measurements into a database.

09:59:31    25            Then with our customers, the UGC sites, we

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

                                    IKEZOYE, V.

09:59:37  2   give them software to take measurements of unknown

09:59:40  3   content, and when -- after they take these

09:59:43  4   measurements, then we can compare it to our database

09:59:45  5   of known references and identify and match the

09:59:49  6   content.

09:59:50  7        The way we provide services to the Web 2.0

09:59:54  8   customers is, they do have software.  Users may upload

09:59:58  9   content to these sites, and they use our services

10:00:02  10  to -- to identify the -- the -- the copyrighted

10:00:08  11  content using our services.

10:00:10  12      Q   In your answer you spoke of Audible Magic and

10:00:23  13  the customer taking measurements of pieces of content.

10:00:28  14  Is that the fingerprint that you mentioned first, or

10:00:31  15  is the measurement something other than the

10:00:34  16  fingerprint?

10:00:35  17        I'm just trying to make sure we have the same

10:00:37  18  terminology.

10:00:38  19      A   It's the fingerprint.  The fingerprint is a

10:00:40  20  series of measurements of characteristics of a piece

10:00:43  21  of audio or video.

10:00:44  22      Q   Okay.  And are you familiar with the fact

10:00:53  23  that there are fingerprints referred to as "audio

10:01:00  24  fingerprints" and others referred to as "video

10:01:04  25  fingerprints"?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
|          | 1  | IKEZOYE, V.                                                          |
| 10:01:04 | 2  | A    Yes.                                                            |
| 10:01:04 | 3  | Q    Could you explain what the difference is, not                  |
| 10:01:07 | 4  | in hypertechnical terms, but generally.                             |
| 10:01:10 | 5  | A    Well, audio fingerprints are taking                            |
| 10:01:12 | 6  | measurements of the -- the sound -- the sound on a --               |
| 10:01:14 | 7  | on a piece of content, whether it's music or speech or              |
| 10:01:18 | 8  | silence or sound effects.  Video fingerprints tend to               |
| 10:01:23 | 9  | refer in -- in kind of, from my perspective, as                     |
| 10:01:29 | 10 | fingerprints of the images of the video image itself.               |
| 10:02:24 | 11 | Q    I'll show you, Mr. Ikezoye, a document that                    |
| 10:02:26 | 12 | we're going to be marking as Ikezoye Exhibit 1.                     |
| 10:02:29 | 13 | (Document marked Ikezoye Exhibit 1                                  |
| 10:02:40 | 14 | for identification.)                                                |
| 10:02:40 | 15 | MR. DESANCTIS:  I'll ask you to take a quick                        |
| 10:02:48 | 16 | look at it.                                                         |
| 10:02:52 | 17 | Q    Do you recognize this document?                               |
| 10:02:53 | 18 | A    Yes.                                                           |
| 10:02:54 | 19 | Q    What is it?                                                    |
| 10:02:57 | 20 | A    It was a declaration that -- that I provided                  |
| 10:03:02 | 21 | for a case regarding Aimster.                                       |
| 10:03:08 | 22 | Q    On the last page of the exhibit, is that your                 |
| 10:03:14 | 23 | signature?                                                          |
| 10:03:15 | 24 | A    Yes.                                                           |
| 10:03:15 | 25 | Q    And this was signed by you on September 10th,                 |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

```
                 1              IKEZOYE, V.
10:03:21         2     2002; is that correct?
10:03:22         3         A    That's correct.
10:03:24         4         Q    Was Audible Magic a party in the Aimster
10:03:30         5     litigation?
10:03:32         6         A    No.
10:03:32         7         Q    Do you recall why it was that you submitted
10:03:34         8     this declaration if Audible Magic was not a party?
10:03:36         9         A    That we provide technology and services that
10:03:40        10     were relevant to the -- to the -- the technical issues
10:03:47        11     regarding this litigation, and so we provided this
10:03:52        12     information to make people aware of some of our
10:03:54        13     services.
10:03:55        14         Q    And have you looked at this declaration since
10:04:10        15     you filed it in September of 2002?
10:04:13        16         A    No.
10:04:13        17         Q    Okay.  I'm gonna ask you to just very quickly
10:04:18        18     review it and let me know if there is anything in here
10:04:22        19     that -- that you now think was not true or accurate
10:04:30        20     when it was submitted or whether you still think
10:04:33        21     everything in here was true at that time, to the best
10:04:38        22     of your recollection.
10:04:47        23             MR. BLY:  You're asking whether it was true
10:04:49        24     at the time, not whether anything has changed since?
10:04:51        25             MR. DESANCTIS:  Right.  Obviously things
```

|         |    |                                                        |
|---------|----|--------------------------------------------------------|
|         | 1  | IKEZOYE, V.                                            |
| 10:04:54 | 2  | might have changed since, but...                      |
| 10:05:08 | 3  | THE WITNESS:  Okay.                                    |
| 10:05:10 | 4  | MR. DESANCTIS:  Q.  As you look at this                |
| 10:05:11 | 5  | today, is there any reason that you believe that       |
| 10:05:15 | 6  | anything in here was not accurate at the time it was   |
| 10:05:17 | 7  | filed?                                                 |
| 10:05:19 | 8  | A    No.                                               |
| 10:05:19 | 9  | Q    Okay.  Just put that aside for the moment.         |
| 10:05:33 | 10 | Showing you, Mr. Ikezoye, what I'm marking as          |
| 10:05:35 | 11 | Ikezoye Exhibit 2.                                     |
| 10:05:42 | 12 | (Document marked Ikezoye Exhibit 2                     |
| 10:05:42 | 13 | for identification.)                                   |
| 10:05:42 | 14 | MR. DESANCTIS:  I'd ask you to take a moment            |
| 10:05:53 | 15 | to familiarize yourself with this document.            |
| 10:06:40 | 16 | THE WITNESS:  Okay.                                    |
| 10:06:41 | 17 | MR. DESANCTIS:  Q.  Do you recognize this               |
| 10:06:41 | 18 | document?                                              |
| 10:06:42 | 19 | A    Yes.                                              |
| 10:06:42 | 20 | Q    What is it?                                       |
| 10:06:43 | 21 | A    It's a declaration that we made in the            |
| 10:06:49 | 22 | MGM vs. Grokster case.                                 |
| 10:06:52 | 23 | Q    And was Audible Magic a party in the case?        |
| 10:06:57 | 24 | A    No, we were not.                                  |
| 10:06:58 | 25 | Q    Do you recall, then, why Audible Magic            |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

|          | 1  | IKEZOYE, V. |
|----------|----|-------------|
| 10:07:00 | 2  | submitted -- or why you submitted this declaration in |
| 10:07:03 | 3  | that case? |
| 10:07:06 | 4  | A   Because we, again, we wanted to make -- grow |
| 10:07:12 | 5  | awareness of our services and our capabilities to the |
| 10:07:16 | 6  | market. |
| 10:07:17 | 7  | Q   If you could flip to the last page.  It's |
| 10:07:28 | 8  | dated February 2, 2006, and is that your signature |
| 10:07:31 | 9  | underneath it? |
| 10:07:32 | 10 | A   Yes, it is. |
| 10:07:33 | 11 | Q   Okay.  I'm going to ask you the same question |
| 10:07:36 | 12 | that I asked you about the last document, which is, is |
| 10:07:39 | 13 | there -- as you sit here today, is there any reason to |
| 10:07:42 | 14 | think that anything in this declaration was inaccurate |
| 10:07:46 | 15 | at the time it was submitted?  And if you want to take |
| 10:07:50 | 16 | a minute to look through it again, feel free. |
| 10:08:40 | 17 | A   Okay. |
| 10:08:49 | 18 | Q   Then, as you sit here today, Mr. Ikezoye, is |
| 10:08:52 | 19 | there any reason to -- that you know of why anything |
| 10:08:54 | 20 | in this -- or let me withdraw that and rephrase. |
| 10:08:59 | 21 | As you sit here today, do you have any reason |
| 10:09:07 | 22 | to believe, Mr. Ikezoye, that anything in that |
| 10:09:10 | 23 | declaration was inaccurate at the time it was |
| 10:09:12 | 24 | submitted? |
| 10:09:12 | 25 | A   No. |

1                        IKEZOYE, V.

10:09:17    2        Q    Direct your attention to paragraph 18 of the

10:09:29    3    exhibit, which is on page five.  The last sentence of

10:09:39    4    that paragraph states, "The Audible Magic iMesh filter

10:09:44    5    has scaled seamlessly to 5 million lookups per day and

10:09:50    6    easily could scale to meet the needs of any network in

10:09:52    7    use today."

10:09:53    8        Can you first explain what the Audible Magic

10:09:57    9    iMesh filter was that you were talking about here in

10:09:59    10    this paragraph?

10:10:01    11       A    We had provided iMesh a -- software and

10:10:09    12    services that they integrated in their software

10:10:14    13    application that users used, and so the service was to

10:10:21    14    identify content that was being uploaded or downloaded

10:10:25    15    within this network.

10:10:27    16       Q    And iMesh -- is iMesh an example of one of

10:10:34    17    the Web 2.0 sites that we were talking about earlier

10:10:36    18    this morning?

10:10:37    19       A    No, it's a peer-to-peer network, file sharing

10:10:40    20    network provider.

10:10:42    21       Q    Okay.  And what does it mean or what did you

10:10:46    22    mean when you said "the filter has scaled seamlessly

10:10:50    23    to 5 million lookups per day"?

10:10:56    24       Actually, let me break that down.  Let's

10:10:58    25    start with, what does "5 million lookups per

1                          IKEZOYE, V.

10:11:02   2    day" mean?

10:11:04   3        A    It means a lookup is when we have -- we're

10:11:08   4    presented with an unknown file and we're looking that

10:11:11   5    up and trying to match the characteristics against a

10:11:14   6    database of known content.  So one lookup is one

10:11:18   7    unknown file being -- trying to be identified.

10:11:22   8        Q    Okay.  Let me just try to make sure I

10:11:24   9    understand that.

10:11:25   10        Who submits the unknown file to Audible

10:11:29   11    Magic?

10:11:31   12        A    The iMesh application.  So millions of users

10:11:35   13    had the iMesh application, piece of software running

10:11:38   14    on their computers.  Our library was integrated in

10:11:43   15    that piece of software that users used, and so the

10:11:49   16    application automatically, when a file was gonna be

10:11:54   17    shared or was downloaded, we would take measurements

10:11:59   18    and then the application itself would automatically go

10:12:02   19    do a lookup against our servers.  So users didn't have

10:12:07   20    to operate -- it was all operated within --

10:12:09   21    automatically within the software itself.

10:12:13   22        Q    So when measurements were taken of -- of a

10:12:40   23    file to be downloaded on iMesh, does that mean -- is

10:12:44   24    that the same way of saying a fingerprint was made of

10:12:46   25    the file?

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1                          IKEZOYE, V.

10:12:47    2        A    Yeah, a fingerprint was taken, as well as

10:12:49    3   other information about the file --

10:12:51    4        Q    Okay.

10:12:52    5        A    -- and we --

10:12:53    6        Q    What other information was taken?

10:12:55    7        A    I believe we would take the -- the metadata

10:12:59    8   title of the -- the file, and I also believe that we

10:13:03    9   would take a -- a -- information -- a hash of the

10:13:08   10   file.

10:13:08   11        Q    Okay.  An MD5 hash?

10:13:12   12        A    Yes.

10:13:12   13        Q    And what then, if anything, would Audible

10:13:17   14   Magic compare that fingerprint and additional

10:13:19   15   information against?

10:13:21   16        A    We had a database of -- of fingerprints, as

10:13:28   17   well as associated MD5 hashes, and so we would compare

10:13:35   18   that against known hashes and then also known

10:13:39   19   fingerprints.

10:13:42   20        Q    And at that time, what fingerprints were in

10:14:01   21   your database of fingerprints?

10:14:09   22        A    At the time, according to this, it looks like

10:14:11   23   we had about 6 million copyrighted songs in our

10:14:15   24   database.  So fingerprints were about that many songs.

10:14:18   25        Q    And from whom were those fingerprints

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
|          | 1  | IKEZOYE, V.                                                |
| 10:14:19 | 2  | provided?                                                  |
| 10:14:24 | 3  | A    The music -- music labels, both the major             |
| 10:14:27 | 4  | music labels -- Sony, BMG, Universal, Warner, and          |
| 10:14:34 | 5  | EMI -- as well as a number of independent record           |
| 10:14:39 | 6  | labels.                                                    |
| 10:14:40 | 7  | Q    Okay.  So continuing through the process,             |
| 10:14:52 | 8  | what would happen if a file to be downloaded on iMesh      |
| 10:15:00 | 9  | matched the fingerprint of a fingerprint that was in       |
| 10:15:03 | 10 | your database having been supplied from a record           |
| 10:15:05 | 11 | company?                                                   |
| 10:15:08 | 12 | A    We would get the identification after the             |
| 10:15:11 | 13 | fingerprint was submitted to our central servers, and      |
| 10:15:15 | 14 | we would respond to that client with an identification     |
| 10:15:21 | 15 | that said a -- with a block or allow rule, and for         |
| 10:15:28 | 16 | everything in the database, at this time, everything       |
| 10:15:31 | 17 | in the database had a block rule, and so we would tell     |
| 10:15:35 | 18 | the -- the client to block that file from being            |
| 10:15:40 | 19 | downloaded or uploaded.                                    |
| 10:15:41 | 20 | Q    Okay.  When you said everything in the                |
| 10:15:49 | 21 | database had a block rule, who made that rule?             |
| 10:15:51 | 22 | A    The record label themselves when they                 |
| 10:15:53 | 23 | submitted it.                                              |
| 10:15:54 | 24 | Q    Okay.  So the record label would provide              |
| 10:15:56 | 25 | instructions as to whether -- whether the file to be       |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1                           IKEZOYE, V.

10:40:23    2        Q    Okay.  Are they all in one big database or

10:40:25    3    are there different databases?

10:40:29    4        A    We have a -- a -- a main database that

10:40:33    5    contains all of the content submitted by copyright

10:40:37    6    holders, so we have one master database.  We also have

10:40:44    7    other smaller databases that are -- contain subsets of

10:40:51    8    that master database that are used in different

10:40:54    9    applications or with different customers.

10:41:01   10        Q    Does that master database or main database

10:41:03   11    have a particular name that I should use so that we

10:41:06   12    know we're talking about the same thing?

10:41:08   13        A    We can call it a "master database."

10:41:10   14        Q    Okay.  Is there something called a commercial

10:41:29   15    music database or commercial music library?

10:41:32   16        A    Yes.  It's -- we refer to our -- all of our

10:41:40   17    fingerprints or registrations of -- from the music

10:41:44   18    labels as our commercial music database.

10:41:47   19        Q    Okay.  So what fingerprints populate -- what

10:41:50   20    types of fingerprints would populate the commercial

10:41:53   21    music database?

10:41:54   22        A    They are fingerprints of commercially

10:41:56   23    available musical sound recordings received from

10:42:03   24    record companies, majors and independents.

10:42:07   25        Q    Approximately how many fingerprints -- or

1    IKEZOYE, V.

10:53:20    2    show, those would each be unique titles in our

10:53:23    3    database.

10:53:54    4        Q    Okay.  Let's go back to the libraries we were

10:53:57    5    discussing a moment ago.

10:53:58    6            When did Audible Magic first create the

10:54:03    7    commercial music library?

10:54:06    8        A    It probably started in -- where we acquired

10:54:10    9    most of the content in 2002 or 2003.

10:54:27    10       Q    And when did Audible Magic begin populating

10:54:33    11   the TV movie database?

10:54:40    12       A    Probably, early 2006 we started with -- we

10:54:46    13   started that effort.

10:54:52    14       Q    Can you describe how that effort was started.

10:54:56    15       A    We were working on a video fingerprinting

10:55:03    16   technology and needed some sample files to begin to

10:55:09    17   use to -- for testing, and so we used DVDs to generate

10:55:16    18   some of the fingerprints.

10:56:11    19           (Document marked Ikezoye Exhibit 4

10:56:12    20            for identification.)

10:56:12    21           MR. DESANCTIS:  Let me show you, Mr. Ikezoye,

10:56:17    22   what has been marked as Ikezoye Exhibit 4.

10:56:21    23           MR. BLY:  Michael, if I could interrupt here

10:56:23    24   for a moment.  When we were prepping for the

10:56:26    25   deposition yesterday, we realized that there were a

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

                                    IKEZOYE, V.

of the works deployed for a particular application or
a customer.

        In some cases, certain customers, as an
example, might only want to search a music database
and not a film and television database, therefore we
only extract from the master database the music
fingerprints to be deployed.

    Q   When a customer submits a lookup fingerprint
for matching purposes, does the customer select or is
it up to the customer to dictate what fingerprints and
what databases that lookup will be matched against?

    A   Yes.  In our business model, the customer,
the -- the site, the Web 2.0 customer, the UGC site
pays us, and in that -- in that agreement, we --
the -- the customer tells us what databases to deploy,
even what fingerprints, and what titles to deploy.

    Q   Are there some customers who instruct Audible
Magic when they submit a lookup fingerprint to -- to
run that fingerprint for matching purposes against the
entirety of the, say, the film and TV database?

    A   Yes.

        (Document marked Ikezoye Exhibit 5
         for identification.)

        MR. DESANCTIS:  Let me show you what's marked

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

IKEZOYE, V.

11:59:06    2      Do you recall when Audible Magic and YouTube

11:59:19    3   first discussed a -- a customer relationship?

11:59:25    4      A   I believe the first contact between Audible

11:59:28    5   Magic and -- and YouTube were in the first half of

11:59:33    6   2006.

11:59:48    7      Q   And do you recall whether YouTube first

11:59:52    8   reached out to Audible Magic or whether Audible Magic

11:59:55    9   first reached out to YouTube?

11:59:57   10      A   I believe YouTube reached out to Audible

12:00:03   11   Magic as a -- and I think they were referred to us by

12:00:07   12   Warner, somebody from Warner Music Group.

12:00:12   13      Q   Before your first contact with YouTube, had

12:00:14   14   you had any discussions with -- with others about --

12:00:23   15   about obtaining YouTube as a customer?

12:00:29   16      A   With others?

12:00:30   17      Q   Perhaps the MPAA.  Did you have -- do you

12:00:31   18   recall any conversations with anyone at the MPAA

12:00:35   19   about --

12:00:37   20      A   I don't recall.  It could have happened, but

12:00:40   21   I don't recall.

12:00:40   22      Q   Okay.

12:01:15   23      (Document marked Ikezoye Exhibit 6

12:01:16   24       for identification.)

12:01:16   25      MR. DESANCTIS:  Q.  Let me show you,

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

                                    IKEZOYE, V.

12:01:17   2    Mr. Ikezoye, what's been marked as Ikezoye No. 6.

12:01:23   3    Take a moment to look this over, and I'll state for

12:01:26   4    the record, in the meantime, that this is a -- what

12:01:29   5    has been marked as Exhibit 6 is a two-page document

12:01:34   6    bearing the Bates Nos. AM2090 through 2091.

12:01:48   7        A    Okay.

12:01:52   8        Q    Do you recognize this, Mr. Ikezoye, as an

12:01:55   9    e-mail from Chris Maxcy to Michael McTeague and CCing

12:02:03  10    Jim Schrempp and you?

12:02:07  11        A    Yes.

12:02:07  12        Q    Do you recall this particular e-mail?

12:02:11  13        A    Not specifically.  Not specifically.

12:02:16  14        Q    If you turn to the second page, it actually

12:02:21  15    begins at the very bottom of the first page, the

12:02:24  16    e-mail from Chris Maxcy dated April 4, 2006, to you.

12:02:31  17    It begins, "Hi, Vance.  George White at Warner Music

12:02:34  18    forwarded your contact information to me.  I had a

12:02:37  19    business development for YouTube and would be

12:02:39  20    interested in speaking with you or someone on your

12:02:41  21    team about partnership opportunities between Audible

12:02:43  22    Magic and YouTube."

12:02:45  23             As far as you recall, Mr. Ikezoye, was this

12:02:48  24    the first contact between Audible Magic and YouTube?

12:02:55  25        A    Yes.

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

                    1                    IKEZOYE, V.

12:05:06    2            At some point, YouTube did actually begin

12:05:09    3    using Audible Magic's content identification services;

12:05:12    4    correct?

12:05:13    5        A    Yes.

12:05:14    6        Q    Do you recall when it was that YouTube went

12:05:21    7    live with the service, so to speak, and actually

12:05:24    8    started using Audible Magic for content ID purposes?

12:05:28    9        A    I believe early 2007.

12:05:31   10        Q    Okay.  And do you recall when it was or was

12:05:44   11    there a time between April 2006 and early 2007 when

12:05:50   12    YouTube began testing, in some way, the Audible Magic

12:05:57   13    service?

12:05:57   14        A    Yes, I believe July or August of 2006 we had

12:06:05   15    issued a test license agreement to YouTube, and the

12:06:11   16    technical teams were doing some evaluation.

12:06:19   17        Q    Do you recall -- do you recall what happened,

12:06:23   18    if anything, in between July 4th, 2006, and July or

12:06:29   19    August -- I'm sorry.  Let me back up.  I misspoke.

12:06:35   20            Do you recall what, if anything, happened

12:06:39   21    between Audible Magic and YouTube between April 4,

12:06:45   22    2006, the date of this e-mail, and July or August of

12:06:49   23    2006 when YouTube began testing Audible Magic's

12:06:52   24    services?

12:06:53   25        A    I believe there were various meetings and

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

|          |    |                                                    |
|----------|----|-----------------------------------------------------|
|          | 1  | IKEZOYE, V.                                         |
| 12:14:36 | 2  | Q   Okay.  And is it also the case that you don't   |
| 12:14:40 | 3  | remember who any specific conversations would have  |
| 12:14:44 | 4  | been with?                                          |
| 12:14:45 | 5  | A   My guess, it would be with George White.        |
| 12:14:48 | 6  | George White was a general contact of -- of ours at |
| 12:14:51 | 7  | Warner Music related to these kinds of deals.       |
| 12:15:43 | 8  | MR. DESANCTIS:  Okay.  Can I ask the court           |
| 12:15:45 | 9  | reporter how much time is remaining on this tape?   |
| 12:15:48 | 10 | THE VIDEOGRAPHER:  We have 15 minutes.              |
| 12:15:52 | 11 | MR. DESANCTIS:  Okay.                               |
| 12:16:05 | 12 | (Document marked Ikezoye Exhibit 8                  |
| 12:16:06 | 13 | for identification.)                                |
| 12:16:06 | 14 | MR. DESANCTIS:  Q.  Let me show you what has        |
| 12:16:11 | 15 | been marked, Mr. Ikezoye, as Ikezoye Exhibit No. 8. |
| 12:16:15 | 16 | This is a multi-page document beginning with Bates  |
| 12:16:19 | 17 | No. AM917 through 928.  I'll ask the witness to take a |
| 12:16:50 | 18 | look through the document, which I'll note for the  |
| 12:16:53 | 19 | record he's doing.                                  |
| 12:16:54 | 20 | A   Yes.                                            |
| 12:16:54 | 21 | Q   Do you recognize this, Mr. Ikezoye, as a --     |
| 12:17:01 | 22 | the topmost document, as an e-mail from Franck      |
| 12:17:07 | 23 | Chastagnol to Jim -- Jim Schrempp, CCing you and    |
| 12:17:12 | 24 | others, dated September 18th, 2006?                 |
| 12:17:14 | 25 | A   Yes.                                            |

1       IKEZOYE, V.

12:17:14    2       Q   Okay.  Do you know who Franck Chastagnol is?

12:17:21    3       A   I believe he was a -- the technical contact

12:17:24    4    at YouTube for the integration of Audible Magic into

12:17:31    5    their services.

12:17:34    6       Q   Was he the principal contact for Audible

12:17:36    7    Magic at YouTube?

12:17:36    8       A   I believe he was.

12:17:38    9       Q   Okay.  Did you have discussions directly with

12:17:44    10   Mr. Chastagnol about the integration of Audible Magic

12:17:48    11   with YouTube?

12:17:49    12      A   No, he was -- he was our technical contact.

12:17:52    13      Q   Okay.  And who at Audible Magic would have

12:17:58    14   been -- would have had those discussions with

12:18:00    15   Mr. Chastagnol about the technical integration of the

12:18:05    16   two systems?

12:18:06    17      A   Jim Schrempp, our VP of engineering at the

12:18:10    18   time, would have been the prime contact at this point

12:18:12    19   in the -- in the relationship with YouTube.

12:18:16    20      Q   Okay.  In about the middle of this page is a

12:18:22    21   bold heading that reads "Requirements for integration

12:18:24    22   with Audible Magic Phase I database set up."

12:18:33    23          And this appears to continue for -- onto the

12:18:37    24   third page.  Do you know what this part of the

12:18:46    25   document is?

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

|  | 1 | IKEZOYE, V. |
|---|---|---|
| 12:18:47 | 2 | A    It appears to be a document that lays out |
| 12:18:52 | 3 | specifications for the integration of our services |
| 12:18:59 | 4 | with YouTube. |
| 12:19:06 | 5 | Q    Let me direct your attention to the bottom of |
| 12:19:33 | 6 | the first page.  There's a bold heading "Fingerprint |
| 12:19:38 | 7 | match API."  What does "API" mean? |
| 12:19:41 | 8 | A    Application Programming Interface. |
| 12:19:42 | 9 | Q    And what is that? |
| 12:19:44 | 10 | A    It is a definition for the way computer |
| 12:19:49 | 11 | programs communicate and interact, so it's an |
| 12:19:54 | 12 | interface, a program interface, so it's the -- the |
| 12:19:57 | 13 | definition of the way the calls and the programs |
| 12:20:01 | 14 | interact. |
| 12:20:02 | 15 | Q    Okay.  And the first bullet point says, "A |
| 12:20:06 | 16 | single match API call should have ability to query |
| 12:20:10 | 17 | against Warner DB and/or YouTube DB." |
| 12:20:15 | 18 | Can you explain what that means? |
| 12:20:17 | 19 | A    It appears to say that when we get a -- when |
| 12:20:21 | 20 | a match -- when an unknown is sent, that -- that |
| 12:20:30 | 21 | the -- the way -- the API call should be defined.  It |
| 12:20:34 | 22 | should be able to query against both -- be looked up |
| 12:20:40 | 23 | against both the Warner database and/or the YouTube |
| 12:20:44 | 24 | database. |
| 12:20:44 | 25 | Q    Okay.  Can you explain, I don't think we've |

IKEZOYE, V.

12:20:46  2    discussed yet, what is the Warner database?

12:20:51  3        A    In this context, it is -- in the Phase I

12:20:56  4    above, it has the Warner database, the database with

12:21:02  5    Warner Music content.

12:21:04  6        Q    Was that a custom database developed

12:21:08  7    specifically for YouTube, or is that a database of

12:21:12  8    Audible Magic's that was for use with all of its

12:21:15  9    customers?

12:21:17  10        A    As I talked about before, we have a master

12:21:20  11    database, and we can segment that database and set up

12:21:24  12    custom databases.

12:21:27  13            In this case, the Warner database would be we

12:21:32  14    would take out -- we would copy all of the

12:21:38  15    fingerprints of content that was owned by Warner --

12:21:44  16    registered by Warner Music and put that in a special

12:21:46  17    database.

12:21:47  18            So it would be -- had been a custom database

12:21:50  19    for this YouTube implementation.

12:21:51  20        Q    Okay.  And what is the YouTube DB?

12:22:02  21        A    I -- I believe that the YouTube DB, in this

12:22:08  22    time frame, was a database that was specifically for

12:22:13  23    YouTube, and we, I believe, called it a submitted

12:22:18  24    content database.  So it gave the capability of

12:22:25  25    YouTube to -- to take content and -- and generate

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1                        IKEZOYE, V.

12:22:29    2    fingerprints and put them into a separate database.

12:22:41    3        Q    Okay.  So that -- so is that another example

12:22:44    4    of a customized database designed specifically for one

12:22:48    5    customer, in this case YouTube?

12:22:52    6        A    Yeah.  In this case, actually, we -- in most

12:23:01    7    cases, our database is -- the content is supplied by a

12:23:08    8    copyright holder to us and then we deploy it in a

12:23:10    9    database.  In this case, in a YouTube database or a

12:23:13    10   submitted content database, the site itself can submit

12:23:16    11   fingerprints into a database.

12:23:21    12       Q    Okay.  And is that -- is that what -- is that

12:23:23    13   how the YouTube database worked?

12:23:24    14       A    I believe that is what this is referring to.

12:23:27    15       Q    Okay.  What kind of fingerprints would

12:23:31    16   YouTube submit into the YouTube database?

12:23:36    17       A    We provided the -- the feature, the

12:23:40    18   functionality to let them register content.  What they

12:23:45    19   registered, we -- we really didn't know why or what

12:23:50    20   was registered.

12:23:50    21       Q    When you say "registered," I don't think

12:23:54    22   that's a term we discussed before.

12:23:55    23       A    I mean, put in the database, deployed in the

12:23:57    24   database.  So what content they deployed -- they

12:23:59    25   register -- they put in this database, we didn't know.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

```
                          1              IKEZOYE, V.

13:24:50    2          Q    And it begins, "Gentleman, Vance has signed

13:24:55    3     the agreement.  Enclosed is the final."

13:25:00    4              Do you see that?

13:25:00    5          A    Yes.

13:25:00    6          Q    Do you know what agreement this is talking

13:25:02    7     about?

13:25:02    8          A    It's referring to the -- the service

13:25:05    9     agreement that we signed with YouTube.

13:25:07   10          Q    Okay.  And turning your attention to the

13:25:12   11     third page of the exhibit, is this the final version

13:25:18   12     of the agreement, the service agreement between

13:25:23   13     YouTube and Audible Magic?

13:25:25   14          A    It appears to be, yes.

13:25:30   15          Q    Okay.  Okay.

13:25:37   16              Is it -- is it normal that when Audible Magic

13:25:43   17     gets a new customer, it would take a number of months

13:25:51   18     to negotiate a service agreement?

13:25:57   19          A    Can you repeat that question?  Is it --

13:25:58   20          Q    Sure.  Let me -- let me state it another way.

13:26:01   21              We had seen earlier that the first contact

13:26:03   22     between YouTube and Audible Magic was in April of '06;

13:26:07   23     correct?

13:26:09   24          A    Yes.

13:26:09   25          Q    This contract is dated October '06.
```

1                     IKEZOYE, V.

13:38:19   2    database that was getting transactions in the first

13:38:22   3    quarter of 2007.

13:38:26   4      Q   And when the -- at that time, in the first

13:38:37   5    quarter 2007, when the Audible Magic service went live

13:38:43   6    on YouTube, do you recall what fingerprints YouTube

13:38:50   7    had requested that their custom database be populated

13:38:53   8    with?

13:38:54   9      A   My recollection is that it was Universal

13:38:57   10   Music content that was populating the database.

13:39:01   11      Q   Do you recall why it was Universal Music?

13:39:05   12      A   No.

13:39:05   13      Q   Okay.  Do you know -- did it always -- did it

13:39:10   14   remain Universal Music or was -- were more

13:39:15   15   fingerprints ever added to that?

13:39:17   16      A   Other fingerprints were added over time.

13:39:19   17      Q   Okay.

13:39:38   18      (Document marked Ikezoye Exhibit 10

13:39:38   19       for identification.)

13:39:38   20      MR. DESANCTIS:  Let me show you what's being

13:39:42   21   marked as Ikezoye Exhibit 10.  I'll ask you to take a

13:39:47   22   quick look at it.  This is a multi-page document

13:39:50   23   bearing the Bates No. AM836 through 844.

13:40:36   24      Q   I'm just gonna ask you a couple of questions

13:40:39   25   about the first couple of pages.

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

|          |    | IKEZOYE, V. |
|----------|----|-------------|

13:40:41    2       A    Okay.

13:40:42    3       Q    Do you recognize this, Mr. Ikezoye, as the --

13:40:49    4    a chain of e-mails between people at Audible Magic and

13:40:54    5    people at YouTube?

13:40:55    6       A    Yes.

13:40:55    7       Q    And the topmost e-mail is from Franck

13:41:04    8    Chastagnol to Jim Schrempp, CC to Vance Ikezoye, dated

13:41:13    9    August 17th, 2006, correct?

13:41:17    10      A    Yes.

13:41:17    11      Q    I'd like to direct your attention to the

13:41:18    12    bottom of the first page.  This is from Franck

13:41:22    13    Chastagnol to Jim Schrempp, CCed to you, dated

13:41:27    14    August 16, 2006.

13:41:37    15            At the bottom, Mr. Chastagnol writes,

13:41:37    16    "Initially we will ask you to populate the reference

13:41:46    17    fingerprint database with the catalog of only one of

13:41:48    18    those companies.  By the way, I assume this is

13:41:51    19    something you can do; correct?  But as we sign new

13:41:54    20    contracts, we will add catalogs from other companies."

13:42:07    21            Do you understand what is meant by "signing

13:42:10    22    new contracts"?

13:42:14    23            MS. REES:  Objection; calls for speculation.

13:42:15    24            MR. DESANCTIS:  Q.  Well, I -- I'm asking --

13:42:16    25    I'm asking if you understood what is meant by this.

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1                           IKEZOYE, V.

13:42:20    2    You were CCed on it.

13:42:22    3        A    Yeah, I believe it was a great licensing

13:42:24    4    agreement between the companies.

13:42:25    5        Q    Between what companies?

13:42:29    6        A    YouTube and content owners.

13:42:30    7        Q    Okay.  So your understanding of the

13:42:31    8    arrangement -- is it your understanding of the

13:42:36    9    arrangement that as YouTube signed new contracts with

13:42:39    10   content owners, YouTube would then request that that

13:42:45    11   content owners' fingerprints be put into the YouTube

13:42:51    12   custom database?

13:42:52    13       MS. REES:  Objection; calls for speculation;

13:42:53    14   hypothetical.

13:42:53    15       THE WITNESS:  That was my understanding, and

13:42:56    16   yes.

13:42:57    17       MR. DESANCTIS:  Okay.

13:43:00    18       Q    Is that -- is that hypothetical, or is that

13:43:04    19   actually what happened, if you know?

13:43:06    20       MS. REES:  Objection; calls for speculation.

13:43:14    21       THE WITNESS:  I know, in general, that the

13:43:16    22   database was a subset.  I don't know if every piece of

13:43:18    23   content in there was related to a company that had a

13:43:21    24   licensing agreement.

13:43:23    25       MR. DESANCTIS:  Okay.

1        IKEZOYE, V.

14:02:32  2    proposed that Audible Magic could also provide film

14:02:37  3    and TV fingerprinting services, in addition to the

14:02:42  4    music fingerprinting services, were you ever given an

14:02:46  5    explanation from Maxcy or others why they were

14:02:49  6    declining that offer?

14:02:51  7        A   No.

14:02:51  8        Q   Do you recall whether -- do you recall when

14:03:13  9    the first time it was -- actually, let me withdraw

14:03:19  10   that and ask it another way to be more clear.

14:03:21  11       When was the first time you recall Audible

14:03:31  12   Magic proposing to YouTube that Audible Magic could

14:03:34  13   include services for film and TV fingerprinting?

14:03:42  14       A   I don't remember specifically when.  My

14:03:46  15   recollection is more of phone conversations, trying to

14:03:55  16   sell and get some interest in using some of our other

14:04:00  17   services, and there might have been other proposals

14:04:08  18   more formally given.  I can't remember the dates,

14:04:12  19   though.

14:04:14  20       Q   Okay.  So when YouTube would submit a lookup

14:04:27  21   fingerprint to Audible Magic, Audible Magic would then

14:04:33  22   run that fingerprint against the fingerprints in the

14:04:38  23   YouTube custom database; correct?

14:04:42  24       A   Yes.

14:04:42  25       Q   And only against the YouTube custom database?

                                    IKEZOYE, V.

14:04:49    2        A    No, those transactions were run against the

14:04:51    3    YouTube custom database and the -- our YouTube

14:04:55    4    submitted database, or in the terminology before, the

14:04:58    5    YouTube database.

14:05:00    6        Q    Okay.  So it was run against the YouTube

14:05:03    7    custom database and what we'll call the YouTube

14:05:07    8    submitted content database?

14:05:09    9        A    Yes.

14:05:09   10        Q    Okay.  And is the YouTube submitted content

14:05:22   11    database the database that you testified about earlier

14:05:25   12    that contained fingerprints submitted by YouTube?

14:05:30   13        A    Yes.

14:05:30   14        Q    Was YouTube the first to have such a

14:05:33   15    submitted content database, the first customer?

14:05:39   16        A    I believe so.

14:05:41   17        Q    Okay.  What was the -- what -- what -- what

14:05:44   18    function does the submitted content database serve

14:05:49   19    where the customer is providing its own fingerprints?

14:05:53   20        A    Well, I don't know specifically for YouTube,

14:05:57   21    but I can -- I know how certain other customers use

14:06:02   22    it.

14:06:02   23        Q    And how is that?

14:06:05   24        A    Some customers use it to -- to -- if -- if a

14:06:12   25    piece of content that the fingerprint isn't

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

```
                      1              IKEZOYE, V.

14:17:20      2         Q    Okay.  Let me direct your attention,

14:18:17      3    Mr. Ikezoye, to what's already been marked as

14:18:20      4    Exhibit -- Ikezoye Exhibit 9.

14:18:28      5         Do you have that document?

14:18:29      6         A    Yes, I do.

14:18:29      7         Q    Can I ask you to turn to page five of the --

14:18:46      8    I'm sorry.  This is the e-mail attached -- with

14:18:48      9    attached to it the final copy of the service agreement

14:18:51     10    between YouTube and Audible Magic; correct?

14:18:53     11         A    Correct.

14:18:53     12         Q    Can I ask you, please, to turn to page five

14:18:56     13    of that contract?

14:19:08     14         I'd ask you to read these terms in Section 4,

14:19:13     15    under the title "Fees," and I'm going to ask you some

14:19:23     16    questions about it.

14:19:39     17         A    Okay.

14:19:39     18         Q    Do these terms accurately reflect what

14:19:44     19    YouTube pays Audible Magic for the content ID services

14:19:49     20    Audible Magic renders?

14:19:52     21         A    Yes.

14:19:52     22         Q    Okay.  Are there any additional fees or

14:19:55     23    payments that YouTube makes to Audible Magic that are

14:19:59     24    not listed here in Section 4 of the contract?

14:20:03     25         A    There you -- there use -- there -- during the
```

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

                            1                    IKEZOYE, V.

14:20:07    2    whole period of our relationship, no.  There were some

14:20:10    3    other fees that YouTube was paying us.

14:20:13    4        Q    What were those?

14:20:15    5        A    They were paying us for fees for services

14:20:18    6    for -- to add Google Video to the service.

14:20:25    7        Q    Do you recall what -- the size of those fees,

14:20:33    8    approximately?

14:20:34    9        A    I -- I -- they're around 20,000 -- $20,000 to

14:20:37    10   $30,000, I believe, a month, I think.

14:20:40    11       Q    And is YouTube or Google still paying those

14:20:45    12   fees to -- to Audible Magic today?

14:20:53    13       A    No.

14:20:53    14       Q    When did it stop?

14:20:57    15       A    Earlier this year, I believe.

14:20:59    16       Q    Why did -- why did YouTube or Google stop

14:21:02    17   paying those Google Video fees to Audible Magic?

14:21:11    18       A    I believe Google shut down Google Video.

14:21:16    19   That's my recollection.

14:21:18    20       Q    Okay.  So what -- what services was -- were

14:21:21    21   Audible Magic providing to Google Video for these

14:21:26    22   fees?

14:21:27    23       A    Primarily, being able to use our -- to be

14:21:31    24   able to provide a similar kind of transaction from

14:21:36    25   YouTube for -- to our custom YouTube database, music

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | IKEZOYE, V.                                          |
| 14:21:40 | 2  | database, to -- for Google Video as well.            |
| 14:21:46 | 3  | Q   Okay.                                             |
| 14:22:15 | 4  | A   Can I make one thing -- going back?               |
| 14:22:17 | 5  | Q   Yes.                                              |
| 14:22:18 | 6  | A   The Google Video contract seems to be 20,000,     |
| 14:22:21 | 7  | but I don't know that for sure.                       |
| 14:22:23 | 8  | Q   Okay.  Is there a separate written contract       |
| 14:22:26 | 9  | between Audible Magic and Google Video?               |
| 14:22:29 | 10 | A   Yes; there was an amendment to this contract.     |
| 14:22:34 | 11 | Q   Okay.  Then -- then putting the Google Video      |
| 14:22:56 | 12 | contract aside and just looking at the Audible Magic  |
| 14:22:58 | 13 | relationship, can you -- can -- can you tell us what  |
| 14:23:06 | 14 | the fees are -- what they were and what they are today|
| 14:23:12 | 15 | that YouTube is paying Audible Magic?                 |
| 14:23:16 | 16 | A   When we originally did the agreement for the      |
| 14:23:19 | 17 | first period, the original term, it was $20,000 per   |
| 14:23:24 | 18 | month, and then there's a period of -- from           |
| 14:23:32 | 19 | January 1st, 2008, through December 31st, 2008, where |
| 14:23:36 | 20 | the fees went up to $25,000 a month, and then there   |
| 14:23:40 | 21 | was an extension for 2009 and there is an option on an|
| 14:23:47 | 22 | extension for 2010.                                   |
| 14:23:50 | 23 | Q   And was there a -- any sort of one-time lump      |
| 14:23:59 | 24 | sum additional fee owed to Audible Magic from YouTube |
| 14:24:03 | 25 | at the beginning of the contract?                     |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

|          | 1  | IKEZOYE, V. |

| 14:24:05 | 2  | A   Yeah, there was a $200,000 amount due that |
| 14:24:14 | 3  | needed to be paid on execution. |
| 14:24:16 | 4  | Q   Okay.  So -- and did YouTube actually pay |
| 14:24:19 | 5  | Audible Magic $200,000 on execution of the contract? |
| 14:24:22 | 6  | A   I believe so. |
| 14:24:23 | 7  | Q   Okay.  Is YouTube still using Audible Magic |
| 14:24:31 | 8  | content ID services today? |
| 14:24:34 | 9  | A   Yes. |
| 14:24:34 | 10 | Q   Is it still being governed by this same |
| 14:24:37 | 11 | contract? |
| 14:24:38 | 12 | A   Yes. |
| 14:24:38 | 13 | Q   Okay.  Do you know what it would cost YouTube |
| 14:25:05 | 14 | to include in its custom database fingerprints from |
| 14:25:15 | 15 | Audible Magic's film and TV reference database? |
| 14:25:24 | 16 | A   Not specifically, because the way our pricing |
| 14:25:27 | 17 | would go for this would be, we would need to |
| 14:25:29 | 18 | understand the transaction volume, and so |
| 14:25:34 | 19 | understanding the transaction volume, I could give you |
| 14:25:37 | 20 | a price. |
| 14:25:38 | 21 | Q   Okay.  If you assumed that the transaction |
| 14:25:41 | 22 | volume -- volume was the same as the transaction |
| 14:25:47 | 23 | volume covered in the existing contract that we're |
| 14:25:50 | 24 | looking at now, can you approximate what that price |
| 14:25:55 | 25 | would be? |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1                          IKEZOYE, V.

14:25:56    2       A    My guess would be at least double the price

14:25:59    3    that's listed here.

14:26:00    4       Q    Okay.  Does that mean double the monthly fees

14:26:19    5    and double the one-time start-up fee?  In other words,

14:26:22    6    would there be a new one-time start-up fee?

14:26:25    7       A    It's all subject to negotiation, but we

14:26:27    8    probably wouldn't have a start-up fee, that one-time

14:26:30    9    fee.  We would double the monthly fee.

14:26:34    10      Q    I -- I'm sorry.  You said you probably would

14:26:36    11    not have --

14:26:36    12      A    Would not.

14:26:36    13      Q    -- a start-up fee?

14:26:37    14      A    We probably would not have a start-up fee.

14:26:40    15      Q    But you would double the monthly fee?

14:26:45    16      A    Right.

14:26:45    17      Q    Okay.  Do you recall whether YouTube's

14:27:24    18    testing of Audible Magic's content ID services began

14:27:30    19    at the time this contract was executed or whether it

14:27:33    20    began prior to that?

14:27:35    21      A    I believe it was prior to the execution of

14:27:37    22    this contract.

14:28:14    23           MR. DESANCTIS:  Okay.  Can we go off the

14:28:15    24    record for two minutes and just take a very short

14:28:21    25    break.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

```
                1              IKEZOYE, V.

14:44:09        2         Q    Okay.

14:44:09        3         A    But it wasn't that the technology of the

14:44:11        4    systems had to be -- it wasn't rocket science or

14:44:15        5    anything.  We would just have to have it deployed.

14:44:19        6         Q    I see.

14:44:20        7              So the technology was in place, it just

14:44:22        8    hadn't been deployed?

14:44:24        9         A    Right.  Basically, yes.

14:44:26       10         Q    Okay.  And, well, what -- now I'm unclear.

14:44:35       11              Looking at the late 2005 time frame, to say

14:44:39       12    that the -- the technology was in place, but it hadn't

14:44:42       13    been deployed, what -- what does that mean exactly?

14:44:44       14         A    It just means that we have the capability of

14:44:49       15    taking a fingerprint, using our content identification

14:44:53       16    fingerprinting technology to identify copyrighted

14:44:57       17    content and to do a lookup against an ID server and to

14:45:04       18    respond with an identification and business rules.

14:45:08       19    That core technology has been working for years before

14:45:14       20    that point.

14:45:15       21         Q    Since when?

14:45:19       22         A    That basic techno- -- that basic structure

14:45:24       23    and architecture, Replicheck, you know, 2003 or 2004,

14:45:33       24    it hadn't been deployed specifically to identify audio

14:45:40       25    on a video, but the technology is the same.
```

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

                        1              IKEZOYE, V.

14:45:45    2         Q    Okay.  Can you just clarify that very last

14:45:54    3    sentence by saying "the technology is the same"?

14:45:59    4         A    Up until, you know, the 2000 -- late

14:46:04    5    2005/2006 time frame, the technology that had been

14:46:07    6    primarily used to identify audio files, MP3 files for

14:46:16    7    copyrighted content.  All that we did in doing these

14:46:20    8    video files, was to take out the soundtrack, the audio

14:46:26    9    track of the video and apply the same technology,

14:46:30   10    which is identifying the audio.

14:46:32   11         So around that 2005/2006 time frame is when

14:46:37   12    we had implemented the capability to do that

14:46:41   13    soundtrack, take that soundtrack off and apply our

14:46:46   14    base technology.

14:46:47   15         Q    I see.

14:46:48   16         And could you have implemented that

14:46:50   17    technology earlier, had a customer asked you to do so?

14:46:56   18         A    Yes.

14:46:56   19         Q    Okay.  How much earlier in the history of

14:47:06   20    Audible Magic's development?

14:47:07   21         A    My guess is that easily the beginning of 2005

14:47:11   22    and probably 2004 kind of time frame.

14:47:16   23         Q    Okay.

14:47:58   24              (Document marked Ikezoye Exhibit 14

14:47:59   25              for identification.)

|         |    |                                                           |
|---------|----|-----------------------------------------------------------|
|         | 1  | IKEZOYE, V.                                               |
| 15:12:09 | 2  | were removed before or after YouTube went live with      |
| 15:12:17 | 3  | the Audible Magic -- Audible Magic services?             |
| 15:12:21 | 4  | A    No, I can't remember.                               |
| 15:12:23 | 5  | Q    Okay.  Can I direct your attention back to          |
| 15:12:38 | 6  | Exhibit 14.  On the second page, bearing the Bates No.   |
| 15:12:50 | 7  | AM4625, could you look at the middle e-mail and tell     |
| 15:12:58 | 8  | me if that refreshes your recollection?                  |
| 15:13:00 | 9  | A    Well, reading this, it looks like David King        |
| 15:13:06 | 10 | from YouTube directed Lou, who was building the          |
| 15:13:09 | 11 | databases, to remove the Warner content from our --      |
| 15:13:12 | 12 | the database build that we did for YouTube.              |
| 15:13:16 | 13 | Q    Okay.  And do you recall why?                       |
| 15:13:20 | 14 | A    No.                                                 |
| 15:13:21 | 15 | Q    Okay.  Mr. Ikezoye, I'm gonna change gears          |
| 15:15:05 | 16 | here and ask you questions about a different period of   |
| 15:15:12 | 17 | time and on -- and on a different topic.                 |
| 15:15:14 | 18 | Do you recall ever making a proposal to                  |
| 15:15:19 | 19 | YouTube proposing that Audible Magic implement tests     |
| 15:15:30 | 20 | to fingerprint -- to look for fingerprint matches with   |
| 15:15:37 | 21 | content from MPAA members?                                |
| 15:15:42 | 22 | A    Yes, I -- I -- I remember a document that we        |
| 15:15:50 | 23 | proposed that I don't remember the time frame of that.   |
| 15:15:52 | 24 | Q    Okay.  When -- when -- I'm sorry.                   |
| 15:15:53 | 25 | I said MPAA.  What's your understanding of               |

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | IKEZOYE, V.                                            |
| 15:15:55 | 2  | what MPAA is?                                          |
| 15:15:58 | 3  | A   The Motion Picture Association of America.         |
| 15:16:00 | 4  | Q   And its members are?                               |
| 15:16:03 | 5  | A   The film studios.                                  |
| 15:16:06 | 6  | Q   Okay.  Do you know if Paramount is a member?       |
| 15:16:09 | 7  | A   Through Viacom, yes.                               |
| 15:16:10 | 8  | Q   Okay.                                              |
| 15:16:20 | 9  | (Document marked Ikezoye Exhibit 17                    |
| 15:16:21 | 10 | for identification.)                                   |
| 15:16:21 | 11 | MR. DESANCTIS:  I'll show you, Mr. Ikezoye,            |
| 15:16:24 | 12 | what is -- has been marked as Exhibit 17.              |
| 15:16:37 | 13 | Q   Is this the proposal that Audible Magic made       |
| 15:16:42 | 14 | to YouTube concerning searches for content owned by    |
| 15:16:46 | 15 | MPAA members?                                          |
| 15:16:48 | 16 | A   It is a proposal that we wrote about -- yes,       |
| 15:16:54 | 17 | about a pilot test.                                    |
| 15:16:56 | 18 | Q   Okay.  When you say "we wrote," were you           |
| 15:17:02 | 19 | involved in writing this proposal?                     |
| 15:17:03 | 20 | A   Most likely, yes.                                  |
| 15:17:04 | 21 | Q   Okay.  And it's dated October 9th, 2006.  Do       |
| 15:17:09 | 22 | you have any reason to believe that that's not when    |
| 15:17:10 | 23 | this proposal was created?                             |
| 15:17:13 | 24 | A   No.                                                |
| 15:17:13 | 25 | Q   Okay.  And do you recall ever making this          |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | IKEZOYE, V.                                            |
| 15:20:32 | 2  | was Chris Maxcy.                                       |
| 15:20:34 | 3  | Q   And what was the reception at YouTube to your      |
| 15:20:54 | 4  | proposals for searching of content owned by MPAA       |
| 15:21:00 | 5  | members?                                               |
| 15:21:01 | 6  | MS. REES:  Objection; mischaracterizes                 |
| 15:21:03 | 7  | testimony; lacks foundation.                           |
| 15:21:04 | 8  | THE WITNESS:  While they were never accepted,          |
| 15:21:10 | 9  | I don't believe there was much conversation regarding  |
| 15:21:12 | 10 | it.                                                    |
| 15:21:13 | 11 | MR. DESANCTIS:  Q.  Is that because -- is              |
| 15:21:17 | 12 | that because YouTube never showed much interest in the |
| 15:21:20 | 13 | proposals, or is there another reason?                 |
| 15:21:23 | 14 | MS. REES:  Same objections.                            |
| 15:21:24 | 15 | THE WITNESS:  Sorry.                                   |
| 15:21:26 | 16 | MS. REES:  Also vague.                                 |
| 15:21:34 | 17 | THE WITNESS:  My perception was -- is that             |
| 15:21:37 | 18 | there was no -- there wasn't the interest in -- in     |
| 15:21:43 | 19 | utilizing us for anything more than music.             |
| 15:21:46 | 20 | MR. DESANCTIS:  Okay.                                  |
| 15:21:48 | 21 | Q   Do you know why?                                   |
| 15:21:59 | 22 | A   No.                                                |
| 15:21:59 | 23 | Q   And has YouTube, in fact, ever used Audible        |
| 15:22:03 | 24 | Magic for more than music?                             |
| 15:22:04 | 25 | MS. REES:  Objection; asked and answered.              |

|          | 1  | IKEZOYE, V. |
|----------|----|-----------------------------------------------|
| 15:23:32 | 2  | for -- related to searching Audible Magic's databases |
| 15:23:37 | 3  | for materials owned by MPAA members? |
| 15:23:42 | 4  | A    Not that I'm aware of. |
| 15:23:44 | 5  | Q    In Exhibit 17 that we've been looking at, the |
| 15:24:16 | 6  | sixth black bullet point down bears the header "MPAA |
| 15:24:19 | 7  | test." |
| 15:24:19 | 8  | Do you see that? |
| 15:24:21 | 9  | A    Yes. |
| 15:24:21 | 10 | Q    And the third white bullet point below that |
| 15:24:28 | 11 | reads, "Audible Magic will subsidize its development |
| 15:24:32 | 12 | cost for the modification of its service." |
| 15:24:35 | 13 | What does that mean? |
| 15:24:38 | 14 | A    This kind of statement would mean that if we |
| 15:24:41 | 15 | had any development costs to implement the test and to |
| 15:24:45 | 16 | modify our existing service to YouTube, that we would |
| 15:24:51 | 17 | subsidize and pay for some of the development costs. |
| 15:24:57 | 18 | Q    And not pass that cost on to YouTube? |
| 15:25:01 | 19 | A    Correct. |
| 15:25:02 | 20 | Q    Okay.  Why was Audible Magic willing to |
| 15:25:12 | 21 | subsidize those development costs and not pass those |
| 15:25:15 | 22 | on to YouTube? |
| 15:25:19 | 23 | A    Because we would hopefully be able to sell |
| 15:25:22 | 24 | the incremental -- the service and get more revenue |
| 15:25:25 | 25 | from YouTube longer term. |

|       |    |                                              |
|-------|----|----------------------------------------------|
|       | 1  | IKEZOYE, V.                                  |
| 15:25:27 | 2  | Q   And the next black bullet point down says, |
| 15:25:40 | 3  | "Test cost $10,000"; do you see that?        |
| 15:25:44 | 4  | A   Yes.                                      |
| 15:25:44 | 5  | Q   Is that the cost to Audible Magic or to   |
| 15:25:49 | 6  | YouTube?                                      |
| 15:25:53 | 7  | A   That would be the cost to somebody to help |
| 15:25:56 | 8  | pay for this, this whole process that we've outlined |
| 15:26:00 | 9  | above.                                        |
| 15:26:00 | 10 | Q   Okay.  And would that be the total cost for |
| 15:26:02 | 11 | this process?                                 |
| 15:26:03 | 12 | A   That's what -- the costs that we wanted to |
| 15:26:06 | 13 | charge, yes.                                  |
| 15:26:07 | 14 | Q   Do you recall whether you ever communicated |
| 15:26:16 | 15 | to YouTube that such a test would cost $10,000 and |
| 15:26:23 | 16 | that Audible Magic was willing to subsidize its |
| 15:26:27 | 17 | development costs?                            |
| 15:26:29 | 18 | A   I don't know if this was communicated to  |
| 15:26:31 | 19 | YouTube.                                      |
| 15:26:32 | 20 | Q   Okay.  The -- that same bullet point we were |
| 15:26:52 | 21 | looking at previously that reads "Audible Magic will |
| 15:26:54 | 22 | subsidize its development costs for the modification |
| 15:26:57 | 23 | of its service," what type of modification might have |
| 15:27:01 | 24 | been required in October of 2006 in order to perform |
| 15:27:06 | 25 | this test?                                    |

|          |    |                                                         |
|----------|----|---------------------------------------------------------|
|          | 1  | IKEZOYE, V.                                             |
| 15:27:09 | 2  | A    Well, in the -- in this overview, we were          |
| 15:27:11 | 3  | talking about having fingerprint generation tools       |
| 15:27:18 | 4  | available to the studios to generate fingerprints, and  |
| 15:27:22 | 5  | there may have -- may or may not have been fingerprint  |
| 15:27:27 | 6  | modifications necessary for that.  We would have to     |
| 15:27:31 | 7  | deploy other servers beyond the music database for      |
| 15:27:38 | 8  | this, and so there -- there might have been some costs  |
| 15:27:43 | 9  | with respect to that.                                   |
| 15:27:45 | 10 | Q    Okay.  And would you -- would those                |
| 15:27:49 | 11 | modifications have been extensive based on the state    |
| 15:27:53 | 12 | of Audible Magic's technology in October 2006?          |
| 15:27:58 | 13 | MS. REES:  Objection; vague as to                       |
| 15:28:01 | 14 | "extensive."                                            |
| 15:28:02 | 15 | THE WITNESS:  No.  They were small changes,             |
| 15:28:07 | 16 | and so we could -- we could do all this.                |
| 15:28:10 | 17 | MR. DESANCTIS:  Q.  Do you know whether                 |
| 15:28:15 | 18 | Audible Magic ever actually made those kinds of         |
| 15:28:18 | 19 | changes, whether -- whether in the context of this      |
| 15:28:21 | 20 | proposal or -- or anything else?                        |
| 15:28:28 | 21 | A    Well, today we do offer services to identify       |
| 15:28:31 | 22 | both music and film and television shows, and we        |
| 15:28:34 | 23 | provide tools to -- to studios, film and television     |
| 15:28:41 | 24 | studios and to fingerprint content and provide          |
| 15:28:44 | 25 | those -- that fingerprints -- those fingerprints to     |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

|        |    |                                                        |
|--------|----|--------------------------------------------------------|
|        | 1  | IKEZOYE, V.                                            |
| 15:49:29 | 2  | (Document marked Ikezoye Exhibit 18                  |
| 15:49:33 | 3  | for identification.)                                 |
| 15:49:33 | 4  | MR. DESANCTIS:  Q.  Let me show you, sir,            |
| 15:49:34 | 5  | what's been marked as Exhibit 18.                   |
| 15:49:36 | 6  | A    Okay.                                            |
| 15:49:36 | 7  | Q    This is a two-page document --                  |
| 15:49:41 | 8  | A    Okay.                                            |
| 15:49:42 | 9  | Q    -- bearing the -- take -- take a look at it,    |
| 15:49:46 | 10 | and for the record I'll state that it bears the Bates |
| 15:49:49 | 11 | Nos. GOO001-739564 through '65.                      |
| 15:49:59 | 12 | And, Mr. Ikezoye, I'd like to direct your           |
| 15:50:06 | 13 | attention to the last e-mail in this chain --       |
| 15:50:08 | 14 | A    Yep.                                             |
| 15:50:08 | 15 | Q    -- on page two.                                 |
| 15:50:13 | 16 | A    Okay.                                            |
| 15:50:14 | 17 | Q    Does this refresh your recollection of ever    |
| 15:50:16 | 18 | having been introduced to Adam Cahan?               |
| 15:50:20 | 19 | A    Well, obviously, yes, but I did receive an     |
| 15:50:25 | 20 | e-mail introduction to Adam at MT -- at MTV Viacom. |
| 15:50:31 | 21 | Q    Okay.  The e-mail at the bottom of the chain   |
| 15:50:38 | 22 | with -- the last e-mail in this document, on page two, |
| 15:50:42 | 23 | is from Chris Maxcy to you, copied to Adam Cahan,   |
| 15:50:50 | 24 | dated December 5th, 2006, and the second -- starting |
| 15:50:54 | 25 | with the second sentence, it reads, "We are         |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

1                              IKEZOYE, V.

15:51:00    2       confidently talking to Adam and his team about a

15:51:06    3       partnership and wanted to get the two of you

15:51:09    4       connected.  Adam has a number of questions regarding

15:51:12    5       how Viacom can get its content into the AM database."

15:51:19    6            Do you recall being involved in discussions

15:51:26    7       with Viacom and YouTube regarding a potential

15:51:32    8       partnership between Viacom and YouTube?

15:51:36    9       A    I remember that -- that we were introduced to

15:51:41   10       Viacom and MTV about getting their content into our

15:51:46   11       database, and this refreshes my memory that, actually,

15:51:51   12       Chris at -- Maxcy at YouTube made the introduction.

15:51:55   13            I do know, subsequently, that we did start to

15:51:59   14       get their content in our database.

15:52:01   15       Q    And was this introduction -- did this lead to

15:52:07   16       the first time that -- that Audible Magic had dealt

15:52:08   17       with Viacom, or had -- had you dealt with Viacom

15:52:11   18       previously?

15:52:15   19       A    This might have been the first substantial

15:52:18   20       conversation with Viacom.  I might have been in some

15:52:21   21       meetings where somebody from Viacom was in the

15:52:26   22       meeting, but this is probably the first -- the most

15:52:29   23       substantial introductions and discussions.

15:52:32   24       Q    What, if anything, do you recall about the

15:52:37   25       dis- -- the discussions that you were involved in

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

|          | 1  | IKEZOYE, V. |
|----------|----|-------------|
| 15:52:40 | 2  | regarding a potential partnership between Viacom and |
| 15:52:44 | 3  | YouTube? |
| 15:52:51 | 4  | A   I don't know if I knew that much about |
| 15:52:53 | 5  | exactly what YouTube and Viacom were -- were talking |
| 15:52:57 | 6  | about, what kind of relationship.  I think, from this |
| 15:53:01 | 7  | point on, it was mostly a focus between Audible Magic |
| 15:53:05 | 8  | and Viacom or MTV to start getting content into our |
| 15:53:13 | 9  | database.  Chris might have backed out from that |
| 15:53:20 | 10 | point. |
| 15:53:20 | 11 | Q   What do you mean Chris backed out? |
| 15:53:23 | 12 | A   Out of the -- out of this -- in this point |
| 15:53:27 | 13 | about the conversation.  He might have just left it to |
| 15:53:29 | 14 | us.  I'm not sure he was copied after that. |
| 15:53:33 | 15 | Q   I see. |
| 15:53:36 | 16 | This is dated December 5th, 2006. |
| 15:53:42 | 17 | Do you recall when it was that Viacom |
| 15:53:45 | 18 | ultimately provided finger- -- began providing |
| 15:53:50 | 19 | fingerprints to Audible Magic? |
| 15:53:51 | 20 | A   In the late first quarter of 2007 or early |
| 15:53:54 | 21 | second quarter of 2007, I believe.  We have a report. |
| 15:54:04 | 22 | Q   Yeah, if you want to -- |
| 15:54:05 | 23 | A   Yeah. |
| 15:54:05 | 24 | Q   -- refer to that report -- |
| 15:54:06 | 25 | A   Yeah. |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

```
                      1              IKEZOYE, V.
15:54:06     2          Q    -- that you reference, you -- you certainly
15:54:10     3      can.
15:54:11     4          A    Yeah.
15:54:11     5          Q    I think it was --
15:54:13     6          A    4A.  Yeah, 4A kind of shows content
15:54:23     7      starting -- looks like April was the biggest load.
15:54:29     8      Yeah, April of 2007.
15:54:39     9          Q    In April of 2007?
15:54:41    10          A    Yes.
15:54:41    11          Q    Okay.
15:54:42    12          A    That's when the big bulk of fingerprints were
15:54:45    13      starting to get registered.
15:54:47    14          Q    And do you recall who you were dealing with
15:54:49    15      at Viacom at that time?  Was it Adam Cahan or someone
15:54:53    16      else?
15:54:53    17          A    I believe we did -- I had a lot of
15:54:55    18      conversations with Nick Rockwell, and we had some on
15:54:58    19      and off conversations with -- with Joe Simon, but I
15:55:05    20      think Nick was the -- our prime contact.
15:55:07    21          Q    And do you know if by that time, April 2007,
15:55:11    22      Viacom and YouTube had, in fact, entered into a
15:55:14    23      partnership together?
15:55:17    24          A    No, I don't know that.
15:55:18    25          Q    Okay.  Do you know why Chris Maxcy introduced
```

                              1                    IKEZOYE, V.

16:01:32    2    indicated on that first e-mail on the first page of

16:01:37    3    this exhibit, and they're named Long -- Long From

16:01:42    4    Video Proposal 3-10-07.pdf, and Music Type 3 Proposal

16:01:49    5    3-9-07.pdf.

16:01:51    6         Do you know what those are?

16:01:54    7         A    Yeah, their proposals look -- that are

16:01:58    8    attached here for identifying long-form video, as well

16:02:01    9    as a more intensive advanced search of music.

16:02:06    10        Q    What does long-form video mean?

16:02:08    11        A    Generally, long-form video refers to longer

16:02:13    12   pieces than just clips of a -- of a video.  Whole

16:02:18    13   videos or whole TV shows are generally viewed --

16:02:21    14   described as long-form content.

16:02:23    15        Q    Okay.  And what was the "Music Type 3"?  What

16:02:30    16   does that mean?

16:02:32    17        A    We have a more advanced service for

16:02:38    18   identifying music.  Again, where, instead of a file

16:02:45    19   being the whole song, if there was a subset of the

16:02:47    20   song, say, 30 or 40 seconds of the song, we could

16:02:55    21   still identify it.

16:02:55    22        Q    And were these proposals that Audible Magic

16:03:07    23   made to YouTube?

16:03:11    24        A    Yes.  From the look of this, yes, we made the

16:03:13    25   formal proposal to them to do both.

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

                              1                    IKEZOYE, V.

16:03:16      2        Q    Okay.  Other than this document, do you

16:03:18      3    recall those proposals?  Do -- do you recall being

16:03:20      4    involved with those proposals?

16:03:21      5        A    I think I was probably copied on it and --

16:03:26      6    and so, as I mentioned, we were always looking for

16:03:29      7    opportunities to sell more services to our customers

16:03:34      8    and YouTube also, and so, yes, this is one of the

16:03:39      9    times that we talked about it.

16:03:41      10       Q    And do you know whether YouTube ever accepted

16:03:47      11   this proposal, these proposals?

16:03:50      12       A    We are not providing any services today, so

16:03:53      13   we didn't sell them on these proposals.

16:03:56      14       Q    Are you providing these services to any

16:03:59      15   customers?

16:04:02      16       A    Yes.

16:04:02      17       Q    Are you providing them to any UGC customers?

16:04:08      18       A    Yes.

16:04:08      19       Q    Can you testify as to which UG -- for which

16:04:42      20   UGC customers you're providing these services, the

16:04:46      21   long-form video, and the music type three?

16:04:49      22            MR. BLY:  Objection to the extent that it

16:04:50      23   calls for the identity of customers that are subject

16:04:52      24   to a confidentiality agreement.

16:04:55      25            You can name the ones that have been publicly

```
                              1              IKEZOYE, V.

16:04:59    2    announced.

16:05:00    3              THE WITNESS:  Yeah.

16:05:05    4              Veoh was a customer of these services,

16:05:09    5    Microsoft was a -- Soapbox was a customer of these

16:05:12    6    services.

16:05:14    7              MR. DESANCTIS:  Q.  Any others that you're --

16:05:15    8    that you can discuss?

16:05:23    9        A    For some of the services, the long -- I think

16:05:26   10    for the music, I think Nokia was a customer.  I think

16:05:30   11    we had a report, actually, that indicated some of the

16:05:33   12    people that were using all these services.

16:05:36   13        Q    Okay.  And when you -- when you mention Veoh

16:05:42   14    and Microsoft, I think this is the first mention of

16:05:45   15    Veoh.  What is Veoh?

16:05:46   16        A    Veoh was a UGC site.  Veoh was a video

16:05:48   17    sharing site very similar to YouTube.

16:05:51   18        Q    And when you said Veoh was a customer of

16:06:00   19    these services, Microsoft Soapbox was a customer of

16:06:03   20    these services, do you mean both the long-form video

16:06:05   21    and the music type three?

16:06:10   22        A    They were, for sure, the -- the video, and

16:06:17   23    I'm unsure about the music.

16:06:18   24        Q    Do you recall when it was that Veoh began

16:06:20   25    using the long-form video service?
```

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

|          |    |                                                |
|----------|----|------------------------------------------------|
|          | 1  | IKEZOYE, V.                                    |
| 16:06:26 | 2  | A    I believe they used it from the beginning, |
| 16:06:28 | 3  | and -- but I'm not sure when that was exactly started. |
| 16:06:34 | 4  | Q    Yeah.                                      |
| 16:06:34 | 5  | Do you mean the beginning of Audible Magic's   |
| 16:06:36 | 6  | relationship with Veoh?                        |
| 16:06:37 | 7  | A    Yes, from the -- from the -- the initial  |
| 16:06:39 | 8  | service was using that.                        |
| 16:06:41 | 9  | Q    Okay.                                      |
| 16:06:48 | 10 | A    Five, five.                                |
| 16:07:06 | 11 | So it was at least August 2007.  I don't know  |
| 16:07:10 | 12 | why this -- that's when all this started.      |
| 16:07:25 | 13 | (Document marked Ikezoye Exhibit 20            |
| 16:07:25 | 14 | for identification.)                           |
| 16:07:25 | 15 | MR. DESANCTIS:  Show you, Mr. Ikezoye, what's  |
| 16:07:28 | 16 | been marked as Exhibit 20.                     |
| 16:07:34 | 17 | Q    Do you recognize this?                     |
| 16:07:35 | 18 | A    Yes, it's a -- our content services agreement |
| 16:07:39 | 19 | with -- between Audible Magic and Veoh.        |
| 16:07:43 | 20 | Q    Okay.  Do you recall, Mr. Ikezoye, when    |
| 16:07:55 | 21 | Soapbox, which is owned by Microsoft, first began |
| 16:08:00 | 22 | using the long-form video service?             |
| 16:08:06 | 23 | A    No, I don't recall exactly when.           |
| 16:08:31 | 24 | Q    Okay.                                      |
| 16:09:03 | 25 | ///                                            |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

|  | 1 | IKEZOYE, V. |
| 16:10:33 | 2 | audio fingerprinting service? |
| 16:10:34 | 3 | A   It was an audio fingerprinting service. |
| 16:10:38 | 4 | Q   Okay.  But it was used to find matches with |
| 16:10:45 | 5 | video files? |
| 16:10:51 | 6 | A   Yes. |
| 16:10:51 | 7 | Q   So how is it that a -- or why is it, if it's |
| 16:10:59 | 8 | true, that an audio fingerprint would be effective in |
| 16:11:07 | 9 | identifying a video file -- |
| 16:11:13 | 10 | A   Because -- |
| 16:11:13 | 11 | Q   -- if you agree that it is? |
| 16:11:16 | 12 | A   It is. |
| 16:11:16 | 13 | Q   Let me ask you that first. |
| 16:11:18 | 14 | Is it effective in identifying a video file? |
| 16:11:21 | 15 | A   Yes, it is effective. |
| 16:11:22 | 16 | Q   Why? |
| 16:11:23 | 17 | A   Because you're just trying to identify a TV |
| 16:11:25 | 18 | show or a movie, and a -- and a movie or a TV show has |
| 16:11:32 | 19 | two components that can be used to identify it. |
| 16:11:35 | 20 | The video image or the soundtrack attached to |
| 16:11:39 | 21 | it, they both will really uniquely identify one of |
| 16:11:45 | 22 | those, that piece of content.  And we use the |
| 16:11:53 | 23 | soundtrack, the audio track of the video or the movie |
| 16:11:59 | 24 | and it -- we found that it was doing a very good job |
| 16:12:01 | 25 | at identifying TV and film content. |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5

```
              1                      IKEZOYE, V.
16:27:29      2              (Document marked Ikezoye Exhibit 24
16:27:30      3               for identification.)
16:27:30      4              MR. DESANCTIS:  Let me show you, Mr. Ikezoye,
16:27:32      5      what's been marked as Exhibit 24.  This is a one-page
16:27:35      6      document bearing the Bates No. AM4623.  Please take a
16:27:51      7      look at this document.
16:27:59      8              THE WITNESS:  Okay.
16:28:03      9              MR. DESANCTIS:  Q.  Do you recognize this as
16:28:04     10      an e-mail from Lou Kvitek of Audible Magic to David
16:28:12     11      King of YouTube?
16:28:15     12          A    Yes.
16:28:15     13          Q    Dated February 16th, 2007?
16:28:17     14          A    Yes.
16:28:17     15          Q    In it Mr. Kvitek describes, to use his words,
16:28:23     16      "A summary of what we can do to address TV show
16:28:27     17      soundtrack lookup.  The first being content owner
16:28:34     18      (i.e., Viacom) submit soundtracks with metadata to
16:28:38     19      Audible Magic for registration in our video clip
16:28:41     20      lookup database."
16:28:42     21              Do you see that?
16:28:43     22          A    Yes.
16:28:43     23          Q    He then offers additional -- additional
16:28:54     24      information of what Audible Magic can -- can do for
16:28:57     25      YouTube, and about three-quarters of the way to the
```

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | IKEZOYE, V.                                            |
| 16:29:00 | 2  | bottom of the text, he says, "We have this type of     |
| 16:29:04 | 3  | lookup server ready to deploy.  We need only order and |
| 16:29:08 | 4  | install the servers and get content from the owners."  |
| 16:29:12 | 5  | As the CEO of Audible Magic, do you agree              |
| 16:29:16 | 6  | that in February of 2007 Audible Magic had the type of |
| 16:29:24 | 7  | lookup servers ready to deploy that are described in   |
| 16:29:27 | 8  | this e-mail?                                           |
| 16:29:28 | 9  | MS. REES:  Objection; lacks foundation.                |
| 16:29:31 | 10 | THE WITNESS:  We do -- did, at this time,              |
| 16:29:33 | 11 | have the technology and software ready to deploy.      |
| 16:29:37 | 12 | MR. DESANCTIS:  Q.  And what does it mean              |
| 16:29:38 | 13 | that "we need only to order and install the servers"?  |
| 16:29:43 | 14 | A    That just means we needed to order and            |
| 16:29:48 | 15 | install the hardware computers to run the software on. |
| 16:29:50 | 16 | Q    And -- and -- and to get content from the         |
| 16:29:53 | 17 | owners, what does that mean?                           |
| 16:29:54 | 18 | A    And ensure that we got the reference              |
| 16:29:57 | 19 | fingerprints and the reference content from the        |
| 16:29:59 | 20 | copyright owners.                                      |
| 16:30:00 | 21 | Q    And, to your knowledge, did YouTube ever          |
| 16:30:12 | 22 | pursue the proposed services in this e-mail from       |
| 16:30:17 | 23 | Audible Magic?                                         |
| 16:30:20 | 24 | A    From its production -- putting it in              |
| 16:30:23 | 25 | production point of view, no, they -- they did not.    |

5b42e2a0-a4a9-408b-94f2-106d4b6f6ce5