UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC.            )
TELEVISION, INC., PARAMOUNT         )
PICTURES CORPORATION, and BLACK     )
ENTERTAINMENT TELEVISION, LLC,      )
                                    )
               Plaintiffs,         )
                                    )
vs.                                 ) NO. 07-CV-2103
                                    )
YOUTUBE, INC., YOUTUBE, LLC,        )
and GOOGLE, INC.,                   )
                                    )
               Defendants.         )
_____)
                                    )
THE FOOTBALL ASSOCIATION PREMIER    )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all     )
others similarly situated,          )
                                    )
               Plaintiffs,         )
vs.                                 ) NO. 07-CV-3582
                                    )
YOUTUBE, INC., YOUTUBE, LLC, and    )
GOOGLE, INC.,                       )
                                    )
               Defendants.         )
_____)

      VIDEOTAPED DEPOSITION OF KENT WALKER
          PALO ALTO, CALIFORNIA
        THURSDAY, DECEMBER 17, 2009

BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
CSR LICENSE NO. 9830
JOB NO. 18312

1
2         DECEMBER 17, 2009
3           9:05 a.m.
4
5     VIDEOTAPED DEPOSITION OF KENT WALKER,
6     MAYER BROWN, Two Palo Alto Square, Suite 300,
7     Palo Alto, California, pursuant to notice, and
8     before me, ANDREA M. IGNACIO HOWARD, CLR, RPR,
9     CRR, CSR License No. 9830.

A P P E A R A N C E S:


FOR THE PLAINTIFFS VIACOM INTERNATIONAL, INC.:

    JENNER & BLOCK, LLP

    By: MICHAEL DESANCTIS, Esq.

        SARAH MAGUIRE, Esq.

    1099 New York Avenue, NW, Suite 900

    Washington, D.C. 20001

    (202) 639-6000  mdesanctis@jenner.com


FOR THE ENGLISH PREMIER LEAGUE:

    PROSKAUER ROSE, LLP

    By: GIL N. PELES, Esq.

    2049 Century Park East, Suite 3200

    Los Angeles, California 90067-3206

    (310) 284-5611  gpeles@proskauer.com


FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.:

    MAYER BROWN, LLP

    By: ANDREW H. SCHAPIRO, Esq.

    1675 Broadway

    New York, New York 10019

    (212) 506-2146  aschapiro@mayer.com

A P P E A R A N C E S  (Continued.)

    ALSO PRESENT:  Catherine Lacavera, Google, Inc.

                  Stewart Pettigrew, Videographer.

---oOo---

```
                                                                   5
 1                          WALKER, KENT

 2                       PALO ALTO, CALIFORNIA

 3  09:03:58            THURSDAY, DECEMBER 17, 2009

 4  09:03:58                     9:05 a.m.

 5  09:03:59

 6  09:04:07           THE VIDEOGRAPHER:  Today's videotaped

 7  09:04:09  deposition of Kent Walker is taken on December 17,

 8  09:04:13  2009, at Mayer Brown, at Two Palo Alto Square,

 9  09:04:18  Suite 300, 3000 El Camino, Palo Alto, California.

10  09:04:22           In the matter of Viacom International, Inc.,

11  09:04:22  and others, The Football Association Premier League,

12  09:04:32  Ltd., and others versus YouTube, Inc., and others.

13  09:04:32           Cases No. 07-CV-2103 and 07-CV-3582 in the

14  09:04:44  United States District Court for the Southern District

15  09:04:46  of New York.

16  09:04:47           My name is Stewart Pettigrew.  I represent

17  09:04:50  David Feldman Worldwide, located at 600 Anton

18  09:04:55  Boulevard, Suite 1100, Costa Mesa, California.

19  09:05:00           We are now commencing at approximately

20  09:05:01  9:05 a.m.

21  09:05:02           Will all present please identify themselves,

22  09:05:06  beginning with the witness.

23  09:05:06           THE WITNESS:  I'm Kent Walker, general

24  09:05:08  counsel of Google, Inc.

25  09:05:10           MR. SCHAPIRO:  Andy Schapiro from Mayer Brown
```

```
                                                                    6
 1                          WALKER, KENT
 2  09:05:10   for the defendants.
 3  09:05:10           MS. LACAVERA:  Catherine Lacavera, in-house
 4  09:05:10   counsel at Google for Google and the witness.
 5  09:05:10           MR. PELES:  Gil Peles from Proskauer Rose on
 6  09:05:20   behalf of The Premier League plaintiffs.
 7  09:05:20           MS. MAGUIRE:  Sarah Maguire, Jenner & Block,
 8  09:05:22   on behalf of Viacom.
 9  09:05:22           MR. DESANCTIS:  And Michael DeSanctis,
10  09:05:25   Jenner & Block for the Viacom plaintiffs.
11  09:05:27           THE VIDEOGRAPHER:  Thank you.
12  09:05:28           Please swear in the witness.
13  09:05:28
14  09:05:28                       KENT WALKER,
15  09:05:28            having been sworn as a witness,
16  09:05:38                   testified as follows:
17  09:05:38
18  09:05:39           THE VIDEOGRAPHER:  Please begin.
19  09:05:39
20  09:05:40             EXAMINATION BY MR. DESANCTIS
21  09:05:40           MR. DESANCTIS:  Q.  Good morning.
22  09:05:41       A   Good morning.
23  09:05:41       Q   Could you please state and spell your name
24  05:05:43   for the record?
25  09:05:43       A   Sure.
```

```
 1                         WALKER, KENT
 2  09:05:44         It's Kent Walker, K-E-N-T, W-A-L-K-E-R.
 3  09:05:48     Q   Mr. Walker, have you ever had your deposition
 4  09:05:52  taken before?
 5  09:05:52     A   No, I have not.
 6  09:05:54     Q   Okay.  Have you ever sat in on depositions?
 7  09:05:56     A   Yes, I have.
 8  09:05:56     Q   Have you ever taken a deposition?
 9  09:05:58     A   One, I believe.
10  09:05:59     Q   Okay.  I know you're an attorney; correct?
11  09:06:02     A   Yes.
12  09:06:03     Q   So I won't bore you with the details, but
13  09:06:06  it's an easy process.  I ask you questions; you give
14  09:06:09  me answers.
15  09:06:09         One thing is important, however.  If you
16  09:06:13  don't understand my questions, please let me know.
17  09:06:17  Ask me to restate, tell me what the problem is, so
18  09:06:20  that we're both sure that we have a -- a
19  09:06:23  straightforward conversation; okay?
20  09:06:24     A   Sure.
21  09:06:25     Q   Great.
22  09:06:26         And I'll remind you that we need verbal
23  09:06:28  answers, as opposed to nods of the head, so that it's
24  09:06:32  picked up by the court reporter.
25  09:06:33     A   Okay.
```

```
                                                                    8
1                             WALKER, KENT

2   09:06:34        Q    With whom are you currently employed,

3   09:06:36   Mr. Walker?

4   09:06:37        A    Google.

5   09:06:37        Q    And what is your position there?

6   09:06:39        A    I am vice president and general counsel.

7   09:06:41        Q    Does that mean you are the chief or highest

8   09:06:45   ranking legal officer at Google, Inc.?

9   09:06:47        A    No.

10  09:06:47             MR. SCHAPIRO:  Objection; vague.

11  09:06:48             You may answer.

12  09:06:49             THE WITNESS:  No.

13  09:06:50             MR. DESANCTIS:  Q.  Who is?

14  09:06:51        A    David Drummond.

15  09:06:54        Q    Okay.  What is his title?

16  09:06:55        A    Chief legal officer and senior vice president

17  09:06:58   for corporate development, I believe.  That's close.

18  09:07:00        Q    Do you report to Mr. Drummond?

19  09:07:01        A    Yes, I do.

20  09:07:02        Q    And to whom does Mr. Drummond report?

21  09:07:05        A    Eric Schmidt.

22  09:07:06             MR. SCHAPIRO:  I just want to ask that you

23  09:07:08   pause for one second --

24  09:07:09             THE WITNESS:  Yes.

25  09:07:09             MR. SCHAPIRO:  -- before answering --
```

```
                                                                    9
1                         WALKER, KENT
2    09:07:10         THE WITNESS:  Yes.
3    09:07:11         MR. SCHAPIRO:  -- so that I may object.
4    09:07:11         THE WITNESS:  Fair enough.
5    09:07:15         And, in general, I -- for the benefit of the
6    09:07:16  court reporter, I tend to speak very quickly.  Please
7    09:07:19  let me know if I'm going too fast for you to
8    09:07:22  transcribe.
9    09:07:22         MR. DESANCTIS:  She will.  I've seen her do
10   09:07:24  it before.
11   09:07:24         THE WITNESS:  Yes.
12   09:07:24         MR. DESANCTIS:  Okay.
13   09:07:26     Q   How long have you had your current title at
14   09:07:29  Google, Inc.?
15   09:07:30     A   Approximately three years.
16   09:07:31     Q   Were you in any other positions at Google,
17   09:07:43  Inc., before your current title?
18   09:07:44     A   No.
19   09:07:44     Q   So you've been at Google, Inc., for three
20   09:07:47  years?
21   09:07:48     A   Yes.
22   09:07:48     Q   Okay.  You started when?
23   09:07:50     A   November of 2006.
24   09:07:59     Q   Where when -- where were you employed before
25   09:08:00  that?
```