UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL, INC., COMEDY ) | |
| PARTNERS, COUNTRY MUSIC. ) | |
| TELEVISION, INC., PARAMOUNT ) | |
| PICTURES CORPORATION, and BLACK ) | |
| ENTERTAINMENT TELEVISION, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO. 07-CV-2203 |
| ) | |
| YOUTUBE, INC., YOUTUBE, LLC, ) | |
| and GOOGLE, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| THE FOOTBALL ASSOCIATION PREMIER ) | |
| LEAGUE LIMITED, BOURNE CO., et al.,) | |
| on behalf of themselves and all ) | |
| others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | NO. 07-CV-3582 |
| ) | |
| YOUTUBE, INC., YOUTUBE, LLC, and ) | |
| GOOGLE, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION OF DAVID KING
SAN FRANCISCO, CALIFORNIA
FRIDAY, DECEMBER 12, 2008

BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
CSR LICENSE NO. 9830
JOB NO. 16211

aaca4925-08ef-4277-80ae-487734c59dbe

1                          DECEMBER 12, 2008

2                              9:14  a.m.

3

4          HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF

5          DAVID KING, SHEARMAN & STERLING, 525 Market

6          Street, San Francisco, California, pursuant to

7          notice, before ANDREA M. IGNACIO HOWARD, CLR,

8          CCRR, RPR, CSR License No. 9830.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    A P P E A R A N C E S:

2

3        FOR THE PLAINTIFFS VIACOM INTERNATIONAL INC.:

4            JENNER & BLOCK

5            By:   MICHAEL DESANCTIS, Esq.

6                    SARAH A. MAGUIRE, Esq.

7            1099 New York Avenue, NW, Suite 900

8            Washington, D.C., 20001

9            (202) 637-6357 mdesanctis@jenner.com;

10           smaguire@jenner.com

11

12       FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:

13           PROSKAUER ROSE LLP

14           By:   WILLIAM M. HART, Esq.

15           1585 Broadway

16           New York, New York 10036-8299

17           (212) 969-3095   whart@proskauer.com

18

19

20

21

22

23

24

25

aaca4925-08ef-4277-80ae-487734c59dbe

1    A P P E A R A N C E S  (Continued.)

2

3      FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and

4      GOOGLE, INC.:

5          MAYER BROWN LLP

6          By:  JOHN MANCINI, Esq.

7              BRIAN WILLEN, Esq.

8          1675 Broadway

9          New York, New York 10019

10         (212) 506-2146  jmancini@mayer.com

11         bwillen@mayer.com

12

13     ALSO PRESENT:

14         CATHERINE LACAVERA, Google

15         KELLY TRUELOVE, Consultant

16         KEN REESER, Videographer.

17

18                    ---oOo---

19

20

21

22

23

24

25

                    1                          KING

13:33:23            2      content."

13:33:25            3             Do you understand what that statement means?

13:33:30            4      A    I do understand what that statement means,

13:33:31            5      and that is an incorrect statement, and it was an

13:33:34            6      incorrect statement as of February 2008.

13:33:37            7      Q    I see.

13:33:38            8             And -- and what's incorrect about it?

13:33:41            9      A    Publishers could place a claim on content

13:33:47            10     and, in fact, had done so as of that date.

13:33:50            11     Q    Okay.  Now, what audio fingerprinting

13:33:55            12     technology was YouTube using at the time of this

13:33:59            13     e-mail?  This is February 1, 2008.

13:34:05            14             MR. MANCINI:  Objection to form.

13:34:06            15             THE WITNESS:  I'm trying to place myself back

13:34:15            16     in February.  Certainly at that time YouTube was using

13:34:21            17     audio fingerprinting technology from Audible Magic.  I

13:34:26            18     believe, but I may be mistaken in the matter of

13:34:29            19     precise dates, that Google has a audio fingerprinting

13:34:37            20     platform of its own, and I believe that it had been in

13:34:43            21     operation by February of 2008, but once again, it --

13:34:48            22     I -- I might be slightly off --

13:34:48            23             MR. HART:  Okay.

13:34:51            24             THE WITNESS:  -- in -- by a matter of months.

13:34:52            25     Q    Okay.  Sitting here today, is YouTube still

```
              1                    KING

13:34:56      2    using Audible Magic for audio fingerprinting?

13:35:00      3        A    Yes, YouTube is still using Audible Magic for

13:35:03      4    fingerprinting -- audio fingerprinting.

13:35:04      5        Q    Audio fingerprinting?

13:35:06      6        A    Audio fingerprinting.

13:35:07      7        Q    And is YouTube also using a Google audio

13:35:11      8    fingerprinting technology as well?

13:35:13      9        A    Yes, YouTube is using a Google-powered audio

13:35:18     10    fingerprinting technology concurrently.

13:35:23     11        Q    Okay.  And how does one create a fingerprint

13:35:32     12    for the Google audio fingerprinting technology?

13:35:38     13             Did that require a content owner to submit

13:35:40     14    the content to YouTube or Google to have a fingerprint

13:35:45     15    created?

13:35:45     16             MR. MANCINI:  Objection; lacks foundation;

13:35:47     17    and objection to form.

13:35:51     18             THE WITNESS:  No, it does not require

13:35:57     19    submission of content to Google.

13:35:58     20             MR. HART:  Okay.

13:35:58     21        Q    Is the fingerprinting tool available to

13:36:02     22    content owners so that they can create the

13:36:05     23    fingerprints themselves?

13:36:06     24             MR. MANCINI:  Objection; lacks foundation;

13:36:08     25    and objection to form.
```