UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL, INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, AND BLACK ENTERTAINMENT TELEVISION, LLC,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>YOUTUBE, INC., YOUTUBE, LLC, AND GOOGLE, INC.,<br><br>　　　　　Defendants. | No. 07-CV-2203 |
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO., et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>YOUTUBE, INC., YOUTUBE, LLC, AND GOOGLE, INC.,<br><br>　　　　　Defendants. | No. 07-CV-3582 |

C O N F I D E N T I A L
VIDEOTAPED DEPOSITION OF ANDREW LIN
THURSDAY, JULY 2, 2009, 10:02 A.M.
LOS ANGELES, CALIFORNIA

Job No. 17155

148aaf66-7405-4ede-b447-b22b926bc84f

```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF NEW YORK

 3

    VIACOM INTERNATIONAL, INC., COMEDY )
 4  PARTNERS, COUNTRY MUSIC TELEVISION,)
    INC., PARAMOUNT PICTURES           )
 5  CORPORATION, AND BLACK             )
    ENTERTAINMENT TELEVISION, LLC,     )
 6                                     )
              Plaintiffs,              )  No. 07-CV-2203
 7                                     )
         vs.                           )
 8                                     )
    YOUTUBE, INC., YOUTUBE, LLC, AND   )
 9  GOOGLE, INC.,                      )
                                       )
10            Defendants.              )
                                       )
11  _____)
                                       )
    THE FOOTBALL ASSOCIATION PREMIER   )
12  LEAGUE LIMITED, BOURNE CO., et al.,)
    on behalf of themselves and all    )
13  others similarly situated,         )
                                       )
14            Plaintiffs,              )  No. 07-CV-3582
                                       )
15       vs.                           )
                                       )
16  YOUTUBE, INC., YOUTUBE, LLC, AND   )
    GOOGLE, INC.,                      )
17                                     )
              Defendants.              )
18  _____)

19          Videotaped deposition of ANDREW LIN taken

20  on behalf of the Defendants, before

21  Kimberly Reichert, Certified Shorthand Reporter No.

22  10986 for the State of California, commencing at

23  10:02 a.m. on Thursday, July 2, 2009, at Mayer Brown

24  located at 350 South Grand Avenue, 25th Floor, Los

25  Angeles, California.
```

```
1    APPEARANCES OF COUNSEL:

2    For Plaintiff VIACOM INTERNATIONAL, INC., et al. and the
     witness:
3
              JENNER & BLOCK, LLP
4             BY:  SCOTT WILKENS, ESQ.
              1099 New York Ave NW
5             Suite 900
              Washington, District of Columbia  20001
6             (202) 639-6072
              (202) 661-4832 Fax
7             swilkens@jenner.com

8


9    For Defendants YOUTUBE, INC., YOUTUBE, LLC AND GOOGLE,
     INC.:
10
              WILSON SONSINI GOODRICH & ROSATI
11            BY:  BART E. VOLKMER, ESQ.
              650 Page Mill Road
12            Palo Alto, California  94304-1050
              (650) 565-3508
13            (650) 493-6811 Fax
              bvolkmer@wsgr.com
14


15
     ALSO PRESENT:  David Cavanaugh, Videographer
16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X
2

3    WITNESS            EXAMINATION:              PAGE

4    ANDREW LIN         BY MR. VOLKMER           6, 77
                        BY MR. WILKENS           75
5

6

7                       E X H I B I T S

8

9    EXHIBIT            DESCRIPTION              PAGE

10   Defendants'

11       1              E-mail from Andrew Lin
                        to Kevin Donahue
12                      dated March 16, 2006
                        (1 page)                  35
13
         2              E-mail from Andrew Lin
14                      to Kevin Donahue
                        top e-mail dated April 13, 2006
15                      (1 page)                  37

16       3              E-mail thread provided by Google
                        top e-mail dated May 5, 2006
17                      (3 pages)                 47

18       4              E-mail from Andrew Lin
                        to Kevin Donahue
19                      top e-mail dated May 21, 2006
                        (1 page)                  61
20
         5              E-mail from Andrew Lin
21                      to Kevin Donahue
                        top e-mail dated June 23, 2006
22                      (2 pages)                 67

23       6              Article from The Wall Street Journal
                        dated June 27, 2006
24                      (5 pages)                 70

25

DAVID FELDMAN WORLDWIDE, INC.
450 7th Avenue - Ste 2803, New York, NY 10123   (212)705-8585

148aaf66-7405-4ede-b447-b22b926bc84f

```
10:23:34    1         Q    Anytime.
            2         A    To the best of my recollection, no.
            3         Q    And when you were employed at Paramount
            4    Vantage, you would use YouTube to promote Paramount
10:23:54    5    Vantage films; is that right?
            6         MR. WILKENS:  Objection as to form.
            7         THE WITNESS:  Again, to promote.
            8    BY MR. VOLKMER:
            9         Q    I'll just make this a little easier.
10:24:12   10              When you were employed at Paramount
           11    Vantage, you would use YouTube in the course of your
           12    employment; correct?
           13         A    Correct.
           14         Q    And can you describe how you would use
10:24:23   15    YouTube?
           16         A    How I would use YouTube?  We created
           17    accounts and we would upload trailers mainly to the
           18    account.  There were -- there was a person there by
           19    the name of Kevin Donahue who helped us put the clip
10:25:10   20    onto the home page of YouTube.  It was a -- I would
           21    say a symbiotic relationship.  They were looking for
           22    content, good content, to help them, presumably, and
           23    we felt presumably that they could also help us.
           24         Q    By providing promotional opportunities for
10:25:36   25    your films?
```