UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK


VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC.                )
TELEVISION, INC., PARAMOUNT             )
PICTURES CORPORATION, and BLACK         )
ENTERTAINMENT TELEVISION, LLC,          )
                                        )
                Plaintiffs,             )
                                        )
vs.                                     ) NO. 07-CV-2103
                                        )
YOUTUBE, INC., YOUTUBE, LLC,            )
and GOOGLE, INC.,                       )
                                        )
                Defendants.             )
_____)
                                        )
THE FOOTBALL ASSOCIATION PREMIER        )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all         )
others similarly situated,              )
                                        )
                Plaintiffs,             )
vs.                                     ) NO. 07-CV-3582
                                        )
YOUTUBE, INC., YOUTUBE, LLC, and        )
GOOGLE, INC.,                           )
                                        )
                Defendants.             )
_____)

VIDEOTAPED DEPOSITION OF MATTHEW LIU
SAN FRANCISCO, CALIFORNIA
FRIDAY, NOVEMBER 13, 2009


JOB NO. 17826

1                      NOVEMBER 13, 2009

2                         9:05 a.m.

3

4        VIDEOTAPED DEPOSITION OF MATTHEW LIU,

5        SHEARMAN & STERLING, 525 Market Street,

6        San Francisco, California, pursuant to notice,

7        before ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,

8        CSR License No. 9830.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A P P E A R A N C E S:


FOR THE PLAINTIFFS VIACOM INTERNATIONAL INC.:

 JENNER & BLOCK, LLP

 By: MICHAEL DESANCTIS, Esq.

  SARAH A. MAGUIRE, Esq.

 1099 New York Avenue, NW, Suite 900

 Washington, D.C., 20001

 (202) 637-6357

 smaguire@jenner.com


FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:

 BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

 By: BENJAMIN GLADSTON, Esq.

 12481 High Bluff Drive, Suite 300

 San Diego, California 92130-3188

 (858) 720-3188  beng@blbglaw.com

1    A P P E A R A N C E S   (Continued.)

2

3       FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and

4       GOOGLE, INC.:

5            MAYER BROWN, LLP

6            By:  JOHN MANCINI, Esq.

7                 BRIAN WILLEN, Esq.

8            1675 Broadway

9            New York, New York 10019

10           (212) 506-2146

11           bwillen@mayer.com

12

13

14      ALSO PRESENT:

15           ADAM L. BAREA, Litigation Counsel, Google

16           KELLY TRUELOVE, Consultant

17           KEN REESER, Videographer.

18

19                      ---oOo---

20

21

22

23

24

25

LIU, MATTHEW

09:09:08     A     Yes, I understand.

09:09:10     Q     Okay.  Do you have any questions?

09:09:11     A     Not at this time.

09:09:12     Q     Okay.  Is there any reason that you would be

09:09:14 unable to testify truthfully and to the best of your

09:09:17 ability today?

09:09:18     A     No.

09:09:18     Q     Is there anything you know of that might

09:09:20 adversely affect your memory?

09:09:22     A     No.

09:09:22     Q     Okay.  Are you on any medication that might

09:09:24 adversely affect you?

09:09:26     A     No.

09:09:26     Q     Okay.  Mr. Liu, who is your current employer?

09:09:29     A     My current employer is Google, Inc., e.g.

09:09:36 Google.

09:09:36     Q     Okay.  And what is your current title?

09:09:38     A     My current title is product manager.

09:09:40     Q     Product manager; okay.

09:09:42           To whom do you report?

09:09:44     A     I report to Shishir Mehrotra.

09:09:47     Q     Could you spell that, please?

09:09:49     A     S-H-I-S-H-I-R.  Last name is

09:09:57 M-E-H-R-O-R-T-R-A.

LIU, MATTHEW

| | | |
|---|---|---|
| 09:09:58 | Q | Okay.  Forgive me. |
| 09:10:01 | | Is that male or female? |
| 09:10:04 | A | Actually, I think I misspelled the last name. |
| 09:10:07 | | It's M-E-H-R-O-T-R-A, I believe. |
| 09:10:14 | Q | Okay. |
| 09:10:14 | A | Yeah. |
| 09:10:14 | Q | I'm sorry.  I'm sorry.  Is that male or |

09:10:16 female?

| | | |
|---|---|---|
| 09:10:18 | A | Male. |
| 09:10:18 | Q | And what is Mr. Mehrotra's title? |
| 09:10:22 | A | Director of product management. |
| 09:10:24 | Q | Okay.  Does anyone report to you? |
| 09:10:25 | A | No, no one reports to me. |
| 09:10:27 | Q | Okay.  You say that you are a product |

09:10:29 manager.  Are you responsible for any particular area

09:10:30 of YouTube?  Is there anything more to product manager

09:10:30 than --

| | | |
|---|---|---|
| 09:10:37 | A | Yes.  So currently I am working on some of |

09:10:39 our advertising products.

| | | |
|---|---|---|
| 09:10:41 | Q | Okay.  How long have you worked at YouTube? |
| 09:10:47 | A | I've worked at YouTube just about |

09:10:49 three-and-a-half years.

| | | |
|---|---|---|
| 09:10:50 | Q | So 2006, roughly? |
| 09:10:54 | A | May 2006 is when I began. |

1        LIU, MATTHEW

2  09:10:56   Q   Okay.  And have you had the same title since

3  09:10:59 you've been at YouTube?

4  09:11:03   A   No.

5  09:11:03   Q   What have your titles been?

6  09:11:06   A   So I started out as a product manager at

7  09:11:08 YouTube.  After the Google acquisition, my title

8  09:11:12 became associate product manager, and then over time I

9  09:11:17 became product manager at Google.

10 09:11:20   Q   Okay.  And what projects have you worked on

11 09:11:22 since you joined YouTube?

12 09:11:24   A   Since joining YouTube, I've worked on various

13 09:11:29 community features, so Sharing Friends.  Following

14 09:11:34 that, I worked on a project called Claim Your Content.

15 09:11:38   Q   Okay.

16 09:11:38   A   Following that, I worked on various

17 09:11:40 advertising-related projects.

18 09:11:43   Q   Okay.  When did you start spending more of

19 09:11:50 your time working on advertising?

20 09:11:53       MR. MANCINI:  Objection; form.

21 09:11:55       THE WITNESS:  Can you be more precise?

22 09:11:59       MS. MAGUIRE:  Q.  I think you testified that

23 09:12:04 over time -- well, I guess, do you still work on all

24 09:12:10 of those projects?

25 09:12:11   A   No, I do not.

1                          LIU, MATTHEW

2  09:16:49 used a little too broadly.  It eventually became

3  09:16:54 Promote Your Video, but at one point it was also

4  09:16:58 related to Search PVAs.  Those two became distinct

5  09:17:05 projects, and Promote -- Promote Your Video was also

6  09:17:07 an internal name.

7  09:17:08    Q    Okay.

8  09:17:09    A    That later became Sponsored Videos there in

9  09:17:12 public launch, and today it's called Promoted Videos

10 09:17:15 Publicly.

11 09:17:16    Q    Okay.  When were Sponsored Videos launched to

12 09:17:18 the public?

13 09:17:20    A    Sponsored Videos was launched in November of

14 09:17:23 2008.

15 09:17:25    Q    Okay.  You used the term PVA.  What does PVA

16 09:17:39 stand for?

17 09:17:40    A    PVA was an acronym we used for Participatory

18 09:17:46 Video Ad.

19 09:17:47    Q    And that became known as YVA?

20 09:17:49    A    At some point we renamed it YVA, which was

21 09:17:53 YouTube Video Ad.

22 09:17:54    Q    Okay.  What is the difference between a

23 09:17:57 Search PVA and a Homepage PVA?

24 09:18:00    A    A Search PVA ran on the Search pages, and the

25 09:18:04 Homepage PVA ran on the Homepage.

1                          LIU, MATTHEW

2  09:18:08   Q   Okay.  Is that the only difference between

3  09:18:10 the two?

4  09:18:10   A   No.

5  09:18:10   Q   What are the other differences?

6  09:18:12   A   Can you be more precise with that question?

7  09:18:19   Q   Maybe it makes sense to -- to do it this way:

8  09:18:22 Can you describe for me what the Homepage PVA is?

9  09:18:26 Where is it on the page?  Where is it on the page?

10 09:18:30 Let's start with that.

11 09:18:31       MR. MANCINI:  Objection to form.

12 09:18:32       THE WITNESS:  Can you be more precise with

13 09:18:34 the question?

14 09:18:35       MS. MAGUIRE:  Q.  Is there a specific page on

15 09:18:37 the YouTube Homepage that the PVA shows, or its

16 09:18:41 physical real estate location?

17 09:18:43   A   Yes.

18 09:18:43   Q   Where is that?

19 09:18:44   A   The top right portion of the Homepage.

20 09:18:46   Q   Okay.  What type of media is it?  Is it text?

21 09:18:52 Is it a video?

22 09:18:57   A   That's -- it's not really -- that's not a

23 09:19:05 great way to characterize it.

24 09:19:08   Q   What's a better way?

25 09:19:09   A   The way that I would describe it is it's a --

1                                    LIU, MATTHEW

2   09:19:14 a player that is a click-to-play unit, and when

3   09:19:20 someone clicks to play, then a video will start

4   09:19:23 playing within that player.

5   09:19:25    Q    Is the Search PVA similar to that?  Is it

6   09:19:49 also a player with a click-to-play unit?

7   09:19:55    A    What do you mean by "similar"?

8   09:19:58    Q    Is -- is -- on the Search page, the PVA on

9   09:20:00 the Search page, is that a player, the same type of

10  09:20:04 player that's on the Homepage?

11  09:20:06    A    Yes.

12  09:20:06    Q    Okay.  And is it generally in the same place

13  09:20:10 on the page?

14  09:20:12    A    What do you mean by "generally"?

15  09:20:14    Q    Is the player for the click-to-play unit on

16  09:20:19 the Search page, where is that located on the page?

17  09:20:25    A    So it's on the right-hand side of the page.

18  09:20:29 It's not necessarily at the top.  It may be halfway

19  09:20:32 down the page.

20  09:20:33    Q    Okay.  Does an advertiser choose whether he

21  09:20:54 or she wants their ad on the Homepage or the Search

22  09:20:57 page?

23  09:20:57         MR. MANCINI:  Objection to form.

24  09:20:58         THE WITNESS:  Can you be more precise?

25  09:20:59         MS. MAGUIRE:  I don't know, actually.

1                        LIU, MATTHEW

2   09:25:12 a Search PVA or a Homepage PVA?

3   09:25:15   A   The advertiser would buy a Search PVA and a

4   09:25:19 Homepage PVA independently.

5   09:25:21   Q   Okay.  What is different about the -- is

6   09:25:33 it -- is it true that one difference between the

7   09:25:36 search PVA and the Homepage PVA is where they are on

8   09:25:40 the YouTube site?

9   09:25:43   A   Yes.

10  09:25:44   Q   Okay.  Are there other differences between

11  09:25:45 the Homepage PVA and the search page PVA?

12  09:25:48   A   Yes.

13  09:25:48   Q   What are they?

14  09:25:53   A   So there are numerous differences.  Or,

15  09:25:57 sorry, the main difference is what I talked to you

16  09:26:00 about before, the buying model.  You buy the Homepage

17  09:26:04 on a per-day basis for a fixed fee, and you buy the

18  09:26:10 Search page PVA on a CPM basis.

19  09:26:18       There are -- the -- the Search page PVA, you

20  09:26:27 are also able to -- the industry term is to target

21  09:26:36 based on certain criteria; whereas, the Homepage PVA

22  09:26:40 is basically just shown on the Homepage.

23  09:26:46   Q   Okay.  What does the term "target" mean?

24  09:27:01   A   So, again, this is a term that's used among

25  09:27:04 the indus- -- industry.  I don't have the exact

1                        LIU, MATTHEW

2    09:27:07 definition that's universally accepted, but the way I

3    09:27:10 understand it is it provides some guidelines as to --

4    09:27:17 in what instances the ad will show.

5    09:27:23    Q    What kind of guidelines?

6    09:27:28    A    So talking about targeting in general, there

7    09:27:31 are various types of targeting.  There's demographic

8    09:27:36 targeting, geographic targeting, and I'm not saying

9    09:27:39 these are necessarily things that we've used.  There's

10   09:27:45 various other forms of targeting as well.

11   09:27:51    Q    Okay.  What kind of targeting does YouTube

12   09:27:54 use?

13   09:27:54    A    That's a very -- can you be more specific

14   09:27:56 with that question?

15   09:27:58    Q    Does YouTube target based on demographics?

16   09:28:03    A    Are you referring to YouTube as a whole --

17   09:28:07    Q    Does YouTube --

18   09:28:07    A    -- or YouTube as --

19   09:28:08    Q    Excuse me.  I'm sorry.  I didn't mean to talk

20   09:28:12 over you, but you can finish asking me what you were

21   09:28:15 asking me.

22   09:28:16    A    Oh, can you be more precise with that

23   09:28:17 question?

24   09:28:17    Q    Yeah.  I'm sorry.

25   09:28:18         The search PVAs are targeted; is that right?

1                          LIU, MATTHEW

2  09:28:24      MR. MANCINI:  Objection to form.

3  09:28:24      THE WITNESS:  Can you rephrase that question?

4  09:28:28      MS. MAGUIRE:  Q.  Did you -- are Search PVAs

5  09:28:32 targeted?

6  09:28:33      MR. MANCINI:  Objection to form.

7  09:28:34      THE WITNESS:  The -- get -- can you be more

8  09:28:48 precise when you talk about targeting?

9  09:28:51      MS. MAGUIRE:  Uh-huh.

10 09:28:52   Q   We're actually going to get there.

11 09:28:54   A   Okay.

12 09:28:54   Q   I think that -- is it -- it's harder to do

13 09:29:15 this in this chair; okay.

14 09:29:30      Mr. Liu, earlier you testified that the

15 09:29:33 Search page PVA, you are also able to -- the industry

16 09:29:37 term is to target based on certain criteria.

17 09:29:40      Do you remember testifying to that?

18 09:29:41   A   Yes.

19 09:29:41   Q   Okay.  What do you mean -- what kind of

20 09:29:45 targeting is done there?

21 09:29:49      MR. MANCINI:  Objection to form.

22 09:29:50      THE WITNESS:  So can you be more specific

23 09:30:01 about what you mean by "what kind of targeting is done

24 09:30:03 there"?

25 09:30:03      MS. MAGUIRE:  Q.  What criteria does YouTube

1                          LIU, MATTHEW

2   09:30:06 use to target in Search PVAs?

3   09:30:09    A   YouTube does not actually target --

4   09:30:12    Q   Okay.

5   09:30:14    A   -- on behalf of advertisers, but it offers

6   09:30:17 targeting abilities to advertisers.

7   09:30:21    Q   Okay.  So the advertiser selects how they

8   09:30:28 want to do the targeting; is that correct?

9   09:30:31    A   Yes.

10  09:30:31    Q   Okay.  What options does YouTube provide for

11  09:30:36 targeting?

12  09:30:38    A   On the Search PVA?

13  09:30:40    Q   Uh-huh, correct.

14  09:30:43    A   The targeting options an advertiser has are

15  09:30:51 run of site, which is show on any search pages, or

16  09:30:56 they can do, again, a technical term called vertical

17  09:31:00 targeting, and there's also geographic targeting.

18  09:31:05 There's demographic targeting, and it is possible to

19  09:31:10 do more than one of these at one time.

20  09:31:14    Q   Okay.  Can you define what "run of

21  09:31:19 site" means?

22  09:31:20    A   Run of site essentially means the advertiser

23  09:31:26 just wants to run the ad, and they also specify the

24  09:31:31 number of impressions, and this information goes to

25  09:31:36 the ad server that the -- in this case, YouTube is

1                           LIU, MATTHEW

2    09:31:43 using, and the ad server sees these ads as ads that it

3    09:31:50 can run on untargeted inventory.

4    09:31:56        Inventory is also a trade term, and these ads

5    09:32:06 can then run, I guess, in whatever instance the ad

6    09:32:10 server sees availability for inventory.

7    09:32:15    Q    Okay.

8    09:32:16        MR. MANCINI:  Just to be clear, we are

9    09:32:17 talking about present tense; correct?

10   09:32:19        MS. MAGUIRE:  Correct.

11   09:32:23    Q    Mr. Liu, can I ask, did you say the ad server

12   09:32:29 sees these ads that it can run on targeted inventory

13   09:32:33 or untargeted inventory?

14   09:32:35    A    Sorry.  That was a poor description.

15   09:32:41        That is what I said, but it's a little hard

16   09:32:44 to describe.

17   09:32:45    Q    What is inventory?

18   09:32:48    A    Inventory, again, is a term used.  It's a

19   09:32:52 technical term.  It's an industry term, but it refers

20   09:32:56 to areas where -- where a publisher, also a technical

21   09:33:05 term, can run advertising on behalf of advertisers, so

22   09:33:10 it's the location.

23   09:33:12    Q    Okay.  And who's the publisher?

24   09:33:15    A    The publisher is a technical term, and in

25   09:33:18 this case, YouTube is the publisher.

1                        LIU, MATTHEW

2   09:33:20    Q   Okay.  Thank you.

3   09:33:22        You used the term "vertical" earlier.

4   09:33:28        What is a "vertical"?

5   09:33:31    A   Vertical, once again, is a very specific

6   09:33:33 technical term.  In this case, we defined it as a -- a

7   09:33:42 category of search queries that have been classified.

8   09:34:09    Q   What is a search query?  What do you mean by

9   09:34:12 that?

10  09:34:15    A   A search query is an industry term that,

11  09:34:21 again, there's a very specific definition, but my

12  09:34:25 definition is a -- it's the string of keywords, one or

13  09:34:32 more keywords that a user enters into a search bar --

14  09:34:37    Q   Okay.

15  09:34:37    A   -- in order to run a search query --

16  09:34:40    Q   Okay.

17  09:34:40    A   -- on a search engine.

18  09:34:42    Q   Okay.  And how do you run -- how do you run a

19  09:34:55 search query in a search engine?

20  09:34:57    A   I'm not the best person to answer that

21  09:34:59 question.

22  09:35:00    Q   Okay.  A vertical -- Mr. Liu, you testified

23  09:35:34 earlier that a vertical is defined in this case as a

24  09:35:38 category of search queries that have been classified.

25  09:35:41        What is a category of search query?

| 1 | LIU, MATTHEW |
| 2 | 09:35:49    A    So I used the category based on my own |
| 3 | 09:35:56 language.  It's actually not -- this one is not a |
| 4 | 09:35:58 technical term, but what I was aiming to describe |
| 5 | 09:36:01 is -- so there are different search queries that are |
| 6 | 09:36:10 related to different topics, and the categories are |
| 7 | 09:36:14 these higher level of topics, and each of these topics |
| 8 | 09:36:22 we may say, you know, certain keywords are related to |
| 9 | 09:36:27 this topic, and this category, and other keywords may |
| 10 | 09:36:32 be related to another category. |
| 11 | 09:36:53    Q    How is a keyword assigned to a particular |
| 12 | 09:36:58 category? |
| 13 | 09:36:59         MR. MANCINI:  Objection; lacks foundation. |
| 14 | 09:37:01         THE WITNESS:  Can you clarify what you mean |
| 15 | 09:37:04 by "assigned"? |
| 16 | 09:37:05         MS. MAGUIRE:  Q.  How is it determined that a |
| 17 | 09:37:07 keyword is related to a particular category? |
| 18 | 09:37:10    A    That is actually not within my scope of |
| 19 | 09:37:12 knowledge. |
| 20 | 09:37:13    Q    Okay.  Whose scope of knowledge would that be |
| 21 | 09:37:21 in? |
| 22 | 09:37:22    A    I actually don't know who the person would |
| 23 | 09:37:24 be. |
| 24 | 09:37:24    Q    Okay.  What is the system or project called |
| 25 | 09:38:17 that sets those relationships, those categories? |

1                           LIU, MATTHEW

2   09:40:29 Objection to form.

3   09:40:30         THE WITNESS:  That's -- yeah, can you clarify

4   09:40:35 that question?

5   09:40:35         MS. MAGUIRE:  Okay.

6   09:40:36    Q   For the purposes of targeting, for the

7   09:40:40 purposes of YouTube targeting in Search PVAs, are

8   09:40:43 keywords and search queries targeted to certain

9   09:40:46 categories?

10  09:40:47         MR. MANCINI:  Objection to form.

11  09:40:49         THE WITNESS:  That's incorrect vocabulary.

12  09:40:53         MS. MAGUIRE:  Okay.

13  09:40:53    Q   Where's the problem?

14  09:40:59    A   So keywords are classified by Google's

15  09:41:05 systems, which I'm not an expert on, but I've heard

16  09:41:09 that they're RePhil clusters, and this is how they're

17  09:41:19 classified.  Excuse me.

18  09:41:21         YouTube references these Google libraries and

19  09:41:28 gets information as to how keywords are classified,

20  09:41:33 and we use what we learn from those Google systems to

21  09:41:41 provide what's, again, a very specific term, vertical

22  09:41:45 targeting, and we allow our advertisers to select

23  09:41:53 which verticals they would like to target.

24  09:42:07    Q   Okay.  Does YouTube have separate systems

25  09:42:14 from Google for targeting, or does it rely entirely on

LIU, MATTHEW

2  10:04:12 objection it goes beyond the scope of this deposition,

3  10:04:15 but you can answer if you know.

4  10:04:16     THE WITNESS:  Again, let me just caveat first

5  10:04:18 that I'm not an expert, and if you want to find out

6  10:04:20 about AdSense, there are people at Google that you

7  10:04:22 should probably talk to, and my previous statement of

8  10:04:27 classification for AdSense is also a generalization.

9  10:04:32     Classification for -- AdSense, at a very high

10 10:04:39 level, is a Google advertising product that aims to

11 10:04:45 show, trade term, contextually relevant ads to

12 10:04:53 contextually relevant pages or inventory across the

13 10:05:00 Internet.

14 10:05:01     MS. MAGUIRE:  Okay.

15 10:05:03     THE WITNESS:  That's not the official

16 10:05:04 definition of AdSense that a Google --

17 10:05:06     MS. MAGUIRE:  I understand.

18 10:05:07     THE WITNESS:  -- spokesperson would give you,

19 10:05:08 but that's the way that I would describe it at a

20 10:05:13 30,000-foot level.

21 10:05:15     MS. MAGUIRE:  Okay.  That's great.  Just so

22 10:05:15 we can --

23 10:05:16   A   Yeah.

24 10:05:16   Q   -- have a conversation, that would be

25 10:05:24 perfectly helpful.

2   10:20:20 projects in the Santa Monica office.

3   10:20:23   Q   Okay.  Do you know why it's called Fat Cat?

4   10:20:26   A   I do not know.

5   10:20:27   Q   Okay.  Can you look to the portion of the

6   10:20:35 e-mail that starts "On 7/31/07, Matthew Liu wrote."

7   10:20:41      Do you see that?

8   10:20:41   A   I do see that.

9   10:20:42   Q   In the first paragraph, you say, "As you

10  10:20:45 know, search monetization is a huge priority for us."

11  10:20:48      Why is that?

12  10:20:50      MR. MANCINI:  Objection; document speaks for

13  10:20:51 itself.

14  10:20:52      THE WITNESS:  Yeah, at this time in August of

15  10:20:57 2007, we saw search monetization as an opportunity and

16  10:20:57 so it was a priority.

17  10:21:05      MS. MAGUIRE:  Q.  What kind of opportunity?

18  10:21:07   A   We saw it as an opportunity to monetize

19  10:21:10 YouTube.

20  10:21:12   Q   Okay.  Going down a few lines, what does it

21  10:21:27 mean that, quote, "improving targeting (and

22  10:21:35 consequently performance)"?

23  10:21:37      MR. MANCINI:  Sorry.  Where is that?

24  10:21:39      MS. MAGUIRE:  It's -- it's the second

25  10:21:41 sentence that begins "Now that we are very close to

1          LIU, MATTHEW

2  10:30:25   Q    We'll come back to that though.

3  10:30:28   A    Okay.

4  10:30:53        (Document marked Liu Exhibit 3

5  10:30:54         for identification.)

6  10:30:54        MS. MAGUIRE:  Q.  Mr. Liu, that document is

7  10:30:57 marked Liu Exhibit 3.

8  10:31:00        While you're looking it over, I'll note that

9  10:31:02 it is an e-mail from Billy -- the top e-mail is from

10 10:31:09 Billy Biggs to Virginia Wang.  You are CCed, along

11 10:31:14 with Erik Klein.

12 10:31:15        The subject line of the document is "Re:

13 10:31:19 Rephil and YT."  The date of the document is

14 10:31:22 August 2nd, 2007.  The Bates number begins with

15 10:31:28 GOO001-06514417.

16 10:31:36        Please let me know when you've had a chance

17 10:31:38 to look this over.

18 10:31:54   A    I've finished reading the document.

19 10:31:56   Q    Okay.  Thank you.

20 10:32:02        The first line of the e-mail is "RePhil is a

21 10:32:05 word clustering scheme and there's a lookup in Google

22 10:32:10 to map those word clusters to ad vertical names."

23 10:32:14        What does that mean to you?

24 10:32:16        MR. MANCINI:  Objection; document speaks for

25 10:32:17 itself.  Objection to form.

1                                    LIU, MATTHEW

2  10:32:19        THE WITNESS:  So actually that doesn't mean a

3  10:32:22 whole lot to me.  This is an e-mail from Virginia, who

4  10:32:25 is a product manager, who doesn't actually work on

5  10:32:31 RePhil.  But, like me, she was in conversations with

6  10:32:34 that team.  I think this is her way of simplifying

7  10:32:36 how -- simplifying what RePhil is, but again it's not

8  10:32:40 the precise definition.

9  10:32:42        MS. MCGUIRE:  Okay.

10 10:32:43    Q   Just for the sake of the record, I think the

11 10:32:46 e-mail is from Billy Biggs to --

12 10:32:47    A   Oh, sorry.

13 10:32:48    Q   And who is Mr. Biggs?

14 10:32:50    A   Mr. Biggs is an engineer at YouTube.

15 10:32:52    Q   Does he work?  Do you know if he works on

16 10:32:55 RePhil?

17 10:32:56    A   I believe he did not work on RePhil, but he

18 10:33:00 works on -- he may -- he -- he works with engineers

19 10:33:04 that do work on RePhil.

20 10:33:05    Q   Okay.  Do you know what a word cluster is, a

21 10:33:10 word clustering scheme?

22 10:33:11        MR. MANCINI:  Objection; beyond the scope of

23 10:33:12 this deposition.

24 10:33:13        THE WITNESS:  Again, this is a way that Billy

25 10:33:15 has described this.  I don't know exactly what he

1                          LIU, MATTHEW

10:33:18    2    means, and again, it's not a technical way of

10:33:23    3    describing the system, in my opinion.

10:33:25    4         MS. MAGUIRE:  Q.  Can you please go to where

10:33:45    5    it reads, "For each video in the search index, we

10:33:48    6    calculate a set of RePhil clusters, and they derive ad

10:33:54    7    verticals during the process of building the search

10:33:56    8    index.  That gives you a way" -- I'm sorry -- "this

10:34:01    9    gives you a way of categorizing videos based on the

10:34:05    10   text used in the description, title and anchor text."

10:34:08    11        Do you understand what that means?

10:34:10    12        MR. MANCINI:  Objection; calls for

10:34:11    13   speculation.  Objection; form.

10:34:18    14        THE WITNESS:  Yeah, no, I'm not really -- I'm

10:34:20    15   not really sure what Billy means here.

10:34:22    16        MS. MAGUIRE:  Q.  Do you know what the

10:34:27    17   description, title and anchor text are?

10:34:31    18        MR. MANCINI:  Same objections.

10:34:33    19        THE WITNESS:  I don't know specifically what

10:34:38    20   Billy means in this case.

10:34:39    21        MS. MAGUIRE:  Q.  Does description, title and

10:34:41    22   anchor text mean anything to you outside of the

10:34:43    23   context of this e-mail?

10:34:45    24        MR. MANCINI:  Objection to form.

10:34:48    25        THE WITNESS:  I certainly have heard these

| | |
|---|---|
| 1 | LIU, MATTHEW |

2  10:34:50 terms and used these terms. I wouldn't necessarily --

3  10:34:57 I can't be sure that this is how Billy is using these

4  10:35:00 terms, but this description, as I would understand it,

5  10:35:04 is the description of a video that the user has

6  10:35:07 inputted, and the title is the title of the video that

7  10:35:10 the user has inputted, and I don't have a great

8  10:35:14 understanding of what anchor text is.

9  10:35:16          MS. MAGUIRE:  Okay.

10  10:35:21     Q    Do you know, YouTube -- does YouTube require

11  10:35:23 a user to offer -- excuse me.

12  10:35:27          Does YouTube require a user to provide a

13  10:35:31 description and title of a video at the present day?

14  10:35:32          MR. MANCINI:  Objection to form.  Objection;

15  10:35:34 lacks foundation.

16  10:35:35          THE WITNESS:  What do you mean by require

17  10:35:37 to --

18  10:35:37          MS. MAGUIRE:  Q.  When a user uploads a

19  10:35:39 video, must they provide a description and a title?

20  10:35:43          MR. MANCINI:  Objection to form.

21  10:35:44          THE WITNESS:  Let me rephrase that.

22  10:35:47          When a user is uploading a new video to

23  10:35:50 YouTube, I do believe they need to put some amount of

24  10:35:55 text within the title and description input fields,

25  10:35:59 and those are recorded as the title and description of

1                        LIU, MATTHEW

2  10:36:03 the video, and other users can see that.

3  10:36:05      MS. MAGUIRE:  Okay.

4  10:36:06    Q   Do you know if there's anything else that a

5  10:36:08 user has to provide?

6  10:36:12      MR. MANCINI:  Objection to form.

7  10:36:13      THE WITNESS:  When a user uploads a video,

8  10:36:16 there are certain mandatory data fields that the user

9  10:36:20 must provide.  "Provide" is the wrong word.  Sorry.

10 10:36:24      The user must input into these fields.  I

11 10:36:29 don't know exactly what they are, but I know there are

12 10:36:36 mandatory fields that are required, but...

13 10:36:38      MS. MAGUIRE:  Q.  Do you know if the

14 10:36:39 fields -- what would happen -- do you know what would

15 10:36:43 happen if a user did not put text in those fields?

16 10:36:44      MR. MANCINI:  Objection to form; calls for

17 10:36:45 speculation.

18 10:36:46      THE WITNESS:  If the user is trying to upload

19 10:36:49 a video and does not put input into certain data

20 10:36:56 fields, I don't remember which one, then they would

21 10:36:58 not be allowed to continue the process and would not

22 10:37:02 be an allowed to upload that video until providing

23 10:37:05 additional inputs into the fields that are missing.

24 10:37:08      MS. MAGUIRE:  Okay.

25 10:37:09    Q   And do you know if that's always been the

1                                   LIU, MATTHEW

2   12:07:39        THE WITNESS:  I'm not sure what you mean by

3   12:07:41 that.

4   12:07:41        MS. MAGUIRE:  Q.  Is it correct that an

5   12:07:46 advertiser -- am I correctly stating what you just

6   12:07:51 told me, that an advertiser selects verticals that

7   12:07:53 they wish to target their ads against?  Is that

8   12:07:56 accurate?

9   12:07:57        MR. MANCINI:  Objection; mischaracterizes

10  12:07:58 testimony.  Objection to form.

11  12:08:00        THE WITNESS:  The way I would state it is

12  12:08:03 that an advertiser pays to show impressions of their

13  12:08:10 search PVA.  There's a price associated with that.

14  12:08:17 They can choose targeting criteria of which vertical

15  12:08:25 targeting is one criteria, and what this means is,

16  12:08:28 show my search PVA when search queries that fall into

17  12:08:36 this vertical are inputted by users.

18  12:08:42        MS. MAGUIRE:  Okay.

19  12:08:53     Q    And an advertiser can choose to target --

20  12:08:56 they can choose their targeting criteria to include

21  12:08:59 one vertical or, for example, four verticals, is that

22  12:09:03 accurate?  Just picking a number.

23  12:09:04        MR. MANCINI:  Objection to form.

24  12:09:05        THE WITNESS:  An advertiser can target no

25  12:09:10 verticals or it can target one or more verticals.

1                                    LIU, MATTHEW

2   12:09:17        MS. MAGUIRE:   Okay.

3   12:09:17        THE WITNESS:   And the advertiser can also

4   12:09:23 target other things as well, like geography,

5   12:09:26 demographics.

6   12:09:27        MS. MAGUIRE:   Sure.

7   12:09:28    Q    Is it more expensive to target multiple

8   12:09:30 criteria, or is it all based on the impression?

9   12:09:34        MR. MANCINI:   Objection; lacks foundation.

10  12:09:35 Objection to form.

11  12:09:36        THE WITNESS:   That's not how I would describe

12  12:09:37 it, but we did have a pricing structure.  If it was

13  12:09:43 untargeted, it would be one price.  I don't remember

14  12:09:46 what that price is.  If you wanted to use vertical

15  12:09:52 targeting, there would be different prices if it was

16  12:09:55 first level vertical, second level vertical, third

17  12:09:59 level vertical, and there were also different prices

18  12:10:01 if you wanted to do demographic and geographic

19  12:10:05 targeting.

20  12:10:06        MS. MAGUIRE:   Okay.

21  12:10:07    Q    You mentioned demographic targeting a few

22  12:10:10 times.  Have you heard of a tool called Ginsu?

23  12:10:14    A    I have heard of the term called Ginsu.

24  12:10:18    Q    What is Ginsu?

25  12:10:20    A    I actually never worked on Ginsu and don't

1                          LIU, MATTHEW

2   13:12:42   Q   I want to understand how the product works.

3   13:12:44 I want to understand who uses it, how they use it, why

4   13:12:48 they use it.

5   13:12:49       MR. WILLEN:  Objection; that's a compound

6   13:12:53 question.  You got to ask him one at a time.

7   13:12:57       THE WITNESS:  I mean, again --

8   13:12:59       MS. MAGUIRE:  Q.  I'm trying to understand

9   13:13:00 where the -- where we're having a little disconnect.

10  13:13:02   A   Yeah, how the product works is a very vague

11  13:13:04 question, and I think I need more details from you as

12  13:13:07 to exactly what you're asking.  Otherwise, we can talk

13  13:13:10 about this for hours.

14  13:13:12   Q   We got to get started first.

15  13:13:14       So what is a Promoted Video?

16  13:13:29   A   A Promoted Video is very much like what we

17  13:13:36 call a Promoted Video.  It's a video that -- that the

18  13:13:44 YouTube systems are promoting on behalf of an

19  13:13:48 advertiser that has user systems to indicate that they

20  13:13:54 would like to promote that video, to get that video in

21  13:13:57 front of the YouTube user community with the hopes of

22  13:14:05 getting that video viewed by our user community.

23  13:14:07   Q   Okay.  What kind of advertisers use the

24  13:14:16 program?

25  13:14:17       MR. WILLEN:  Objection to the form.

1                          LIU, MATTHEW

2   14:20:22 best of my knowledge, there is no policy or rule that

3   14:20:29 prevents an advertiser from targeting the keyword

4   14:20:34 South Park for these Promoted Videos today with the

5   14:20:38 intention of showing the Promoted Videos on search

6   14:20:41 queries for South Park on the YouTube search pages.

7   14:20:45    Q    Okay.  Do you know if there is a rule or

8   14:20:49 policy that limits the ad that -- okay.  Strike that.

9   14:21:10        Okay.  Mr. Liu, we covered Search PVA and

10  14:21:25 Promoted Videos, or PYV.  Are there any other types of

11  14:21:29 advertising on YouTube?

12  14:21:36        MR. WILLEN:  Objection to the form.

13  14:21:37        THE WITNESS:  What do you mean by "types of

14  14:21:38 advertising"?  I mean, YouTube clearly is involved in

15  14:21:43 Internet advertising working with advertisers.

16  14:21:45        MS. MAGUIRE:  Okay.

17  14:21:46    Q    So what are -- what kind of advertising is on

18  14:21:48 YouTube besides PVA and Promoted Videos?

19  14:21:52    A    Are you asking about what type of ad format?

20  14:21:58    Q    Yeah.

21  14:22:01    A    We have Homepage ads with various types of

22  14:22:05 ads.  The Homepage YVA, Homepage mass set, we show a

23  14:22:12 number of different formats on what are known as

24  14:22:15 Partner Watch pages.  Partner Watch pages being pages

25  14:22:20 of -- where videos are shown, and those videos are

1                          LIU, MATTHEW

2  14:22:25 either partner uploaded or partner claimed, and the

3  14:22:30 partners set the policy to be a revenue share.

4  14:22:34       On those Partner Watch pages, we show a

5  14:22:38 number of ads.  It's a very complex system to

6  14:22:43 determine which ads are shown.

7  14:22:45       On the YouTube browse pages we may show ads.

8  14:22:49 On the YouTube Search pages, we may show Promoted

9  14:22:54 Videos.  We may show search PVAs.  We may show display

10 14:22:59 ads.  We may also show what are known as AdSense for

11 14:23:03 search text sense, and there are other

12 14:23:12 advertising-related products, but those are -- those

13 14:23:18 are the main advertising products I would say on

14 14:23:24 YouTube.

15 14:23:30    Q   Are you familiar with the term "house ad"?

16 14:23:33    A   Yes, I've heard the term "house ad."

17 14:23:35    Q   What is a "house ad"?

18 14:23:38    A   I'm actually not the best person to give a

19 14:23:42 formal definition for "house ad."

20 14:23:44       In fact, a "house ad" has been used in a

21 14:23:51 couple different contexts in not very specific ways.

22 14:23:56       Can you ask more specifically.  "House ad" in

23 14:24:00 what context or what --

24 14:24:02    Q   Well, actually, what -- in what ways has --

25 14:24:14 has the term "house ad" been used at YouTube?

                                    LIU, MATTHEW

14:34:41      THE WITNESS:  Yes, this document appears to

14:34:42 be a copy of a Watch Page.

14:34:44      MS. MAGUIRE:  Okay.

14:34:45   Q   Do you see the box near the top, it says

14:34:47 "ALIENWARE"?

14:34:49   A   Yes, I see that.

14:34:50   Q   What is this box?

14:34:53      MR. WILLEN:  Objection to the form.

14:34:54      THE WITNESS:  Can you clarify?

14:34:59      MS. MAGUIRE:  Q.  Is it an advertisement?

14:35:03   A   To the -- I can't say for sure, but it looks,

14:35:11 you know, based on my looking at this document, to be

14:35:14 an advertisement.

14:35:15   Q   Does it look like any type of advertisement

14:35:17 to you?  For example, does it look like a PVA or PYV

14:35:22 that we discussed earlier today?

14:35:24   A   What do you mean by "type"?  An ad format?

14:35:28   Q   Uh-huh.

14:35:29   A   It looks like a display ad.

14:35:33   Q   Okay.  Are -- is this ad targeted in any way

14:35:37 to this page?

14:35:37      MR. WILLEN:  Objection to the form; calls for

14:35:42 speculation; vague.

14:35:43      THE WITNESS:  There's no way I can answer

| 1  |                          LIU, MATTHEW |
|----|---------------------------------------|

2  14:35:45 that question.

3  14:35:45      MS. MAGUIRE:  Q.  Are display ads, in

4  14:35:47 general, targeted to the -- to a page?

5  14:35:53      MR. WILLEN:  Objection to form.

6  14:35:54      MS. MAGUIRE:  Excuse me.

7  14:35:55   Q   Are display ads targeted in any way?

8  14:35:59      MR. WILLEN:  Objection; vague.

9  14:35:59      THE WITNESS:  You have to be more specific.

10 14:36:00      MS. MAGUIRE:  Q.  What is a display ad?

11 14:36:02      MR. WILLEN:  Objection; vague.

12 14:36:04      THE WITNESS:  I mean, display ad is, you

13 14:36:07 know, an industry term that often refers to ads where

14 14:36:13 you display them in front of a user.  They're

15 14:36:16 typically banners that have images that -- can you be

16 14:36:25 more specific as to what you're asking when you're

17 14:36:26 asking --

18 14:36:27      MS. MAGUIRE:  Yeah.

19 14:36:27      THE WITNESS:  -- what a display ad is?

20 14:36:29      MS. MAGUIRE:  That's a perfectly fine

21 14:36:31 definition of a display ad.

22 14:36:33   Q   In general -- I'm sorry.  Can a display ad be

23 14:36:36 targeted?

24 14:36:38      MR. WILLEN:  Objection to the form; calls for

25 14:36:40 speculation.

1                          LIU, MATTHEW

2  14:39:56    Q    Do you see to the left where it says

3  14:39:58 "Provided By," and it's cut off?

4  14:40:00    A    Yes.

5  14:40:00    Q    Do you see that tab "Director"?

6  14:40:02    A    That -- Yes, that.

7  14:40:03    Q    What does that mean?

8  14:40:05         MR. WILLEN:  Actually, before -- before you

9  14:40:06 answer that question, can you answer my question?

10 14:40:08         Is -- is -- is the copy, as it was produced,

11 14:40:11 or is there a copy that has that additional text

12 14:40:13 somewhere in the production or in your possession?

13 14:40:15         MS. MAGUIRE:  This is the copy that was

14 14:40:17 produced.

15 14:40:20         MR. WILLEN:  Cut off on the right side?

16 14:40:21         MS. MAGUIRE:  Correct.

17 14:40:22         MR. WILLEN:  Okay.  Okay.  Go ahead.  Sorry.

18 14:40:24         THE WITNESS:  So the director logo here

19 14:40:29 designates that this -- the YouTube uploader, who

20 14:40:32 uploaded this video, had a director account.

21 14:40:36         MS. MAGUIRE:  Q.  Does the director account

22 14:40:40 still -- is that an option that exists on YouTube

23 14:40:44 today?

24 14:40:44         MR. WILLEN:  Objection to the form; calls for

25 14:40:46 speculation.

| 1 | LIU, MATTHEW |
|---|---|

2  14:44:49 see thumbnails for other videos that may be of -- that

3  14:44:53 may have been uploaded by partners or may not have

4  14:44:56 been uploaded by partners.

5  14:44:58       MS. MAGUIRE:  Okay.

6  14:45:21   Q   And is the opposite true, that if I go to a

7  14:45:24 Partner Watch page, the "Related" videos may be

8  14:45:27 partner or nonpartner videos?

9  14:45:29       MR. WILLEN:  Objection to the form; vague;

10 14:45:32 calls for speculation.

11 14:45:35       THE WITNESS:  Again, the terminology you're

12 14:45:37 using, is that -- first off, I wouldn't say there's an

13 14:45:40 opposite.

14 14:45:45       If a user goes to a Partner Watch page where

15 14:45:48 they're watching a partner video, they will see a

16 14:45:50 "Related" videos tab within that "Related" videos

17 14:45:53 section.  They're going to be thumbnails of other

18 14:45:59 videos, and to the best of my knowledge, those

19 14:46:04 thumbnails of other videos may contain thumbnails

20 14:46:07 pointing to partner videos or nonpartner videos.

21 14:46:10       MS. MAGUIRE:  Okay.  You can set that

22 14:46:17 document aside, Mr. Liu.

23 14:46:21       MR. WILLEN:  Actually, before we get off this

24 14:46:23 document, this document was created, you said, in

25 14:46:25 November of 2006.

1                              LIU, MATTHEW

2  14:47:55 at the close of discovery?

3  14:47:57       MR. WILLEN:  It depends on what documents

4  14:47:59 you're talking about.  I'm happy to have an offline

5  14:48:02 conversation about that.  I think this document falls

6  14:48:04 into a subject of category, but I'm certainly prepared

7  14:48:05 to discuss that.

8  14:48:06       MS. MAGUIRE:  Okay.  Then, let's not waste

9  14:48:08 time on the record, and we can discuss it offline.

10 14:48:22    Q  Mr. Liu, I'm going to hand you an exhibit

11 14:48:26 marked Liu Exhibit 11.

12 14:48:27       (Document marked Liu Exhibit 11

13 14:48:28        for identification.)

14 14:48:50       MS. MAGUIRE:  Q.  Mr. Liu, while you look at

15 14:48:52 this document, I will note for the record that this

16 14:48:55 is a document from a page print from a YouTube Watch

17 14:48:59 Page that was printed on September 14th, 2009, at

18 14:49:03 12:37 a.m.

19 14:49:05       The url is You Tube --

20 14:49:07 http://www.YouTube.com/watch?v=B7K4Vgxi2FM.

21 14:49:29       The title of this video, pardon the language,

22 14:49:32 is "Kanye West shits on Taylor Swift - 2009 VMA's."

23 14:49:39    A  Okay.

24 14:49:40    Q  And I think that's everything.

25 14:49:42       Mr. Liu, does this appear to be a Watch Page

1                          LIU, MATTHEW

2   14:49:45 to you?

3   14:49:45   A   Yes, appears to be a YouTube Watch Page.

4   14:49:49   Q   Do you see in the upper right-hand corner,

5   14:49:51 the box that says Gundam 00 is now on YouTube"?

6   14:49:58   A   Yes, I see that box.

7   14:49:59   Q   Would you classify this as a house ad?

8   14:50:06       MR. WILLEN:  Objection to the form.

9   14:50:07       THE WITNESS:  So what you're asking is,

10  14:50:13 looking at this thumbnail and the text, is this a

11  14:50:17 house ad?

12  14:50:19       MS. MAGUIRE:  Uh-huh.

13  14:50:21       THE WITNESS:  So, again, I don't routinely --

14  14:50:26 I'm not an expert on house ads, and I don't work with

15  14:50:29 internal marketing departments, but that appears to be

16  14:50:36 what we may call a house ad.

17  14:50:36       MS. MAGUIRE:  Okay.

18  14:50:39   Q   Do you know what would happen if I clicked on

19  14:50:40 that link?

20  14:50:43       MR. WILLEN:  Objection to the form.

21  14:50:47       What link?

22  14:50:47       MS. MAGUIRE:  YouTube -- I'm sorry.

23  14:50:49 YouTube.com/shows.

24  14:50:52       MR. WILLEN:  YouTube.com/shows.

25  14:50:56       THE WITNESS:  I don't know for sure, but I'm

1                            LIU, MATTHEW

2   14:50:58 assuming you'd go to YouTube.com/shows.

3   14:51:00        MS. MAGUIRE:  Okay.

4   14:51:01   Q   Do you know if anyone is paying YouTube to

5   14:51:02 have this ad here?

6   14:51:03        MR. WILLEN:  Objection to the form.

7   14:51:05        THE WITNESS:  I don't work on this part of

8   14:51:08 the site, so I don't know, but my best guess is no.

9   14:51:12        MS. MAGUIRE:  Q.  Is it -- when I click that

10  14:51:31 link and go to YouTube.com/shows, do you know if that

11  14:51:35 page has ads on it?

12  14:51:37        MR. WILLEN:  Objection to the form.

13  14:51:38        THE WITNESS:  I don't know.

14  14:51:43        MS. MAGUIRE:  Is there any reason it would

15  14:51:45 not have ads?

16  14:51:46        MR. WILLEN:  Objection to the form.

17  14:51:47        THE WITNESS:  I'm not going to speculate,

18  14:51:50 because I don't know.  I don't really work on YouTube

19  14:51:52 shows.

20  14:51:53        MS. MAGUIRE:  Okay.  You can set that

21  14:51:54 document aside.

22  14:52:20   Q   Do you know -- Mr. Liu, do you know if

23  14:52:22 YouTube.com/shows contains partner content?

24  14:52:28        MR. WILLEN:  Hold on one second.

25  14:52:30        Objection to the form; vague.

```
 1                          LIU, MATTHEW

 2   15:20:37       MS. MAGUIRE:  Mr. Liu, I'm going to show you

 3   15:20:39 a document marked Liu -- marked Liu Exhibit 12.

 4   15:20:58    Please take a look at it, and while you do, I will

 5   15:21:01 note that this is a document is a page print from the

 6   15:21:07 YouTube search result page for the search "Comedy

 7   15:21:11 Central."  This document was printed on August 18th,

 8   15:21:14 2009, at 1:42 p.m.

 9   15:21:15       The Viacom plaintiffs produced this document,

10   15:21:18 and it bears the Bates No. VIA14375204, and the Viacom

11   15:21:27 plaintiffs are de-designating this document to not

12   15:21:31 confidential.

13   15:21:32   Q   Please let me know when you've had a chance

14   15:21:34 to look it over.

15   15:21:35   A   I've had a chance to look it over.

16   15:21:37   Q   Does this appear to be a YouTube search

17   15:21:39 results page to you?

18   15:21:40   A   Yes, this appears to be a YouTube search

19   15:21:43 results page for the search query "Comedy Central."

20   15:21:46   Q   Okay.  Do you see any ads on this page,

21   15:21:48 Mr. Liu?

22   15:21:49   A   Yes, I see advertisements on the right-hand

23   15:21:51 side of the page.

24   15:21:52   Q   Okay.  Could you describe them?

25   15:21:57       MR. WILLEN:  Objection to the form.
```

1                              LIU, MATTHEW

2  15:21:58        THE WITNESS:  Can you be more specific for --

3  15:22:01        MS. MAGUIRE:  Can you --

4  15:22:01        THE WITNESS:  -- when you ask for a

5  15:22:03 description?

6  15:22:04        MS. MAGUIRE:  I'm sorry.

7  15:22:04   Q   Can you just identify where they are?

8  15:22:07   A   Yes.  I see two advertisements on this page.

9  15:22:10 The first one is listed under "Promoted Videos," and

10 15:22:14 has a thumbnail, and the text "Delusions of Grandeur."

11 15:22:18        That's a band.  "Episode 1 thoughts by Megan

12 15:22:22 and Lindsay."  That is a Promoted Videos format, and

13 15:22:25 below that appears to be a 300-by-250 display ad

14 15:22:31 Watch movies on YouTube.

15 15:22:38   Q   You said "display ad"; is that right?

16 15:22:42   A   300-by-250 display ad --

17 15:22:45   Q   Okay.

18 15:22:45   A   -- or banner ad, yes.

19 15:22:48   Q   That's all on that document, Mr. Liu.  Please

20 15:22:51 set it aside.

21 15:23:25        Mr. Liu, are you familiar with a feature

22 15:23:28 called "Suggested Search"?

23 15:23:30   A   Yes, I'm familiar with "Suggested Search."

24 15:23:32   Q   Can you describe that for me, please?

25 15:23:34        MR. WILLEN:  Objection to the form; vague.

1                          LIU, MATTHEW

15:23:39    2        THE WITNESS:  Again, can you be a little more

15:23:41    3    specific when you say "describe"?

15:23:42    4        MS. MAGUIRE:  Q.  What is "Suggested Search"?

15:23:45    5    A    To the best of my understanding, it's exactly

15:23:47    6    what it is.  There's suggested search queries or,

15:23:50    7    sorry, when a user starts typing a search query,

15:23:53    8    "Suggested Search" suggests what the user might be

15:23:56    9    typing in as the search query.

15:24:01   10        Q    What are those suggestions based on?

15:24:03   11        MR. WILLEN:  Objection to the form; vague;

15:24:05   12    calls for speculation.

15:24:09   13        THE WITNESS:  I'm not exactly sure what

15:24:10   14    you're asking.  Actually, I've never worked on

15:24:13   15    "Suggested Search," so probably am not the right

15:24:15   16    person to answer that question.

15:24:16   17        MS. MAGUIRE:  Q.  Do you know who does work

15:24:18   18    on Suggested Search?

15:24:20   19        A    I don't know of a particular individual, but

15:24:22   20    someone on YouTube search team.

15:24:24   21        Q    YouTube search team; okay.

15:24:28   22        Mr. Liu, this document is Liu Exhibit 13, I

15:24:42   23    believe.

15:24:42   24        (Document marked Liu Exhibit 13

15:24:43   25        for identification.)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

1                          LIU, MATTHEW

2    15:26:08 exactly where you're --

3    15:26:10       MS. MAGUIRE:  Q.  Do you see --

4    15:26:11    A   -- you want me to look at.

5    15:26:12    Q   Uh-huh.

6    15:26:12        Do you see T-R-O-P-I in the search bar?

7    15:26:15    A   I do see that.

8    15:26:15    Q   And do you see the results or the words

9    15:26:18 underneath that, "tropic thunder, tropic thunder tom

10   15:26:22 cruz, tropical thunder"?

11   15:26:24    A   Yes, I see those.

12   15:26:25    Q   Do you know what the words "tropic thunder,"

13   15:26:28 "tropic thunder tom cruz," "tropical thunder" are?

14   15:26:32        MR. WILLEN:  Objection to the form.

15   15:26:33        THE WITNESS:  They're words in this box, but

16   15:26:43 could you be more specific as to what you're asking?

17   15:26:46        MS. MAGUIRE:  Q.  Are these -- do you see the

18   15:26:48 word "Suggestions" in that bar -- in that box as well?

19   15:26:52    A   Yes, I do.

20   15:26:52    Q   Do you know if these are -- the suggested

21   15:26:56 search -- if this is drawing on the suggested search

22   15:26:58 feature we were just discussing?

23   15:27:01        MR. WILLEN:  Objection to the form.

24   15:27:02        THE WITNESS:  I'm not sure what you mean by

25   15:27:06 drawing on the suggested search feature, but I think

| | |
|---|---|
| 1 | LIU, MATTHEW |
| 2 | 15:27:09 what you're asking is, are these queries that are |
| 3 | 15:27:12 returned from YouTube suggested search when a user |
| 4 | 15:27:15 begins typing the word -- the letters T-R-P-I in the |
| 5 | 15:27:19 YouTube search bar. And if that's what you're asking, |
| 6 | 15:27:22 then it appears that this is -- these are suggested |
| 7 | 15:27:31 search terms. |
| 8 | 15:27:32      MS. MAGUIRE:  Okay. |
| 9 | 15:27:32   Q   Do you know how those terms are generated? |
| 10 | 15:27:35 Let me put a finer point on that. |
| 11 | 15:27:37      Do you know how it is that the system |
| 12 | 15:27:41 suggests tropic thunder when a user types in |
| 13 | 15:27:46 T-R-O-P-I? |
| 14 | 15:27:47      MR. WILLEN:  Objection to the form. |
| 15 | 15:27:48      THE WITNESS:  You know, I don't know. |
| 16 | 15:27:55      MS. MAGUIRE:  Q.  And who would know? |
| 17 | 15:28:00   A   Again, I don't know the individual that works |
| 18 | 15:28:02 on YouTube's suggested search, but someone on the |
| 19 | 15:28:06 YouTube search team. |
| 20 | 15:28:12      MS. MAGUIRE:  Q.  Mr. Liu, do you know when |
| 21 | 15:28:13 this feature was first launched? |
| 22 | 15:28:19   A   By "feature," if you're talking about the |
| 23 | 15:28:21 suggested search, I do not know when this was |
| 24 | 15:28:24 launched. |
| 25 | 15:28:24   Q   Okay.  Do you have any ballpark sense? |