UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK


VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC.               )
TELEVISION, INC., PARAMOUNT            )
PICTURES CORPORATION, and BLACK        )
ENTERTAINMENT TELEVISION, LLC,         )
                                       )
                Plaintiffs,            )
                                       )
vs.                                    ) NO. 07-CV-2103
                                       )
YOUTUBE, INC., YOUTUBE, LLC,           )
and GOOGLE, INC.,                      )
                                       )
                Defendants.            )
_____)
                                       )
THE FOOTBALL ASSOCIATION PREMIER       )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all        )
others similarly situated,             )
                                       )
                Plaintiffs,            )
vs.                                    ) NO. 07-CV-3582
                                       )
YOUTUBE, INC., YOUTUBE, LLC, and       )
GOOGLE, INC.,                          )
                                       )
                Defendants.            )
_____)

VIDEOTAPED DEPOSITION OF BHANU NARASIMHAN
SAN FRANCISCO, CALIFORNIA
FRIDAY, SEPTEMBER 18, 2009

JOB NO. 17700

1                    SEPTEMBER 18, 2009

2                       9:32 a.m.

3

4            VIDEOTAPED DEPOSITION OF BHANU NARASIMHAN,

5            Shearman & Sterling, 525 Market street,

6            San Francisco, California pursuant to notice,

7            and before me, ANDREA M. IGNACIO HOWARD, CLR,

8            RPR, CRR, CSR License No. 9830.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    A P P E A R A N C E S:

2

3        FOR THE PLAINTIFFS VIACOM INTERNATIONAL, INC.:

4            JENNER & BLOCK, LLP

5            By:  JAMES COX, Esq.

6            1099 New York Avenue, NW, Suite 900

7            Washington, D.C. 20001

8            (202) 639-6000 jcox@jenner.com

9

10       FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:

11           BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP

12           By:  BENJAMIN GALDSTON, Esq.

13           12481 High Bluff Drive, Suite 300

14           San Diego, California 92130-3582

15           (858) 720-3188  bgaldston@blbglaw.com

16

17       FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and

18       GOOGLE, INC.:

19           MAYER BROWN, LLP

20           By:  MICHAEL MANCINI, Esq.

21               THERESE CRAPARO, Esq.

22           1675 Broadway

23           New York, New York 10019-5820

24           (212) 506-2312  tcraparo@mayerbrown.com

25

A P P E A R A N C E S   (Continued.)

          ALSO PRESENT:  Adam Barea, Google, Inc.

                         Michael Mack, Videographer.


                         ---oOo---

1                              NARASIMHAN, B.

2  09:34:01   me know that you need to finish your answer.

3  09:34:04         If you don't understand any of the questions

4  09:34:07   that I ask, please let me know, and I'll try to

5  09:34:10   clarify them; okay?

6  09:34:11     A    Okay.

7  09:34:11     Q    If you need a break, just ask, and we'll take

8  09:34:16   a break.  I just ask that you answer any pending

9  09:34:20   questions before we take a break; is that okay?

10  09:34:23     A    That's okay.

11  09:34:26     Q    Great.

12  09:34:27         Who is your current employer, Ms. Narasimhan?

13  09:34:30     A    Google.

14  09:34:30     Q    When did you first begin to work for Google?

15  09:34:32     A    In May of 2005.

16  09:34:35     Q    And what was your job when you first started

17  09:34:37   working at Google?

18  09:34:38     A    I was a manager in the online sales and

19  09:34:41   operations group.

20  09:34:42     Q    Was there a time after that when you began

21  09:34:46   working on a project called Google Video?

22  09:34:53     A    Yes.

23  09:34:53     Q    When was that?

24  09:34:53     A    It was approximately October 2005.

25  09:34:55     Q    What is Google Video?

1                          NARASIMHAN, B.

2  09:34:59    A    Google Video is a platform to organize the

3  09:35:02  world's video.

4  09:35:04    Q    And what was your job responsibility when you

5  09:35:07  first started working at Google Video?

6  09:35:09    A    I managed a small team of sales and

7  09:35:13  operations representatives.

8  09:35:15    Q    Did someone else hold that position before

9  09:35:18  you did?

10 09:35:19    A    Yes.

11 09:35:19    Q    Who was that person?

12 09:35:22    A    Tim Maly.

13 09:35:24    Q    And why did you replace Mr. Maly?

14 09:35:26    A    He moved on to another role.

15 09:35:28    Q    When did the Google Video site first launch?

16 09:35:34    A    I don't know.

17 09:35:35    Q    Had it launched before you first took a job

18 09:35:41  working with Google Video?

19 09:35:43    A    I believe so.

20 09:35:44    Q    During the time you worked for Google Video,

21 09:35:59  did you have any other jobs besides the operations you

22 09:36:02  mentioned before?

23 09:36:04    A    I had two other jobs in operations at the

24 09:36:07  same time when I first started Google Video.

25 09:36:09    Q    What were those jobs?

1                                  NARASIMHAN, B.

2  09:36:10      A    One was online sales and operations manager

3  09:36:13   for AdWords approvals, and the other was online sales

4  09:36:20   and operations manager for the training team within

5  09:36:22   the online sales operations group.

6  09:36:25      Q    In your capacity as sales and operations

7  09:36:33   manager for AdWords approval, what were your

8  09:36:36   responsibilities?

9  09:36:37      A    I managed a group of people that would review

10 09:36:43   AdWords ads.

11 09:36:48      Q    How many people were you managing in that

12 09:36:50   capacity?

13 09:36:53      A    Directly, three.  Indirectly, it varied.

14 09:37:01      Q    And when you say "review AdWords ads," can

15 09:37:08   you describe in more detail what that review would

16 09:37:11   involve?

17 09:37:16      A    We had what is known as an approval bin.  The

18 09:37:20   AdWords ads would come into the approval bin, and the

19 09:37:25   reviewers would look at it and compare it to -- and

20 09:37:30   test it essentially for policy violations, a number of

21 09:37:33   different policy violations which we had documented,

22 09:37:36   and either approve it, reject it, or approve it with

23 09:37:40   certain restrictions.

24 09:37:41      Q    In your capacity as a manager in video

25 09:37:54   operations, what were your job responsibilities?

1                              NARASIMHAN, B.

2  09:37:58    A    I managed a team of people that would review

3  09:38:02  videos and also answer customers' e-mails.

4  09:38:07    Q   I want --

5  09:38:11    A    And also -- sorry -- and also respond to DMC

6  09:38:16  requests.

7  09:38:17    Q   So I want to follow-up on what you said about

8  09:38:19  the reviewing videos.

9  09:38:23         Users could upload content to the Google

10 09:38:29  Video site; is that right?

11 09:38:30    A   Yes.

12 09:38:30    Q   And if that content was approved by Google

13 09:38:33  Video, it would become available for the public to

14 09:38:35  view through Google Video; correct?

15 09:38:37         MR. MANCINI:  Objection to form.

16 09:38:42         Do you understand the question?

17 09:38:43         THE WITNESS:  No.

18 09:38:44         MR. MANCINI:  Can you restate the question?

19 09:38:45         MR. COX:  Q.  When a user uploaded content to

20 09:38:49  the Google Video site, that content might become

21 09:38:52  available for the public to view through the Google

22 09:38:55  Video site; correct?

23 09:38:56         MR. MANCINI:  Objection; form.

24 09:39:00         Do you understand that question?

25 09:39:01         THE WITNESS:  I'm not sure what --

1          NARASIMHAN, B.

09:39:05    2          MR. MANCINI:  Can -- Counsel, can you just

09:39:08    3    perhaps break down the question?

09:39:09    4          MR. COX:  Let me ask a different question.

09:39:20    5    Q    When a user uploaded a video to the Google

09:39:23    6    Video site, what would happen next?

09:39:26    7          MR. MANCINI:  Objection to form.

09:39:30    8          You can answer if you understand it.

09:39:32    9          THE WITNESS:  Okay.

09:39:33   10          When a user uploaded a video to the Google

09:39:38   11    Video site, it would go through a series of technical

09:39:43   12    steps and then it would come to the video approval bin

09:39:51   13    essentially, video review queue.  And post review, it

09:39:58   14    would go through some more technical steps, and then

09:40:02   15    it would be made available on the Google Video site.

09:40:06   16          MR. COX:  Q.  The first thing you mentioned

09:40:09   17    there was a series of technical steps occurring before

09:40:13   18    a video would go to the video review queue.

09:40:16   19    A    Yes.

09:40:16   20    Q    Could you describe what those technical steps

09:40:18   21    were?

09:40:18   22    A    You have to ask an engineer.

09:40:20   23    Q    Do you know what -- sort of what functions

09:40:25   24    those technical steps served to form?

09:40:27   25          MR. MANCINI:  Objection to form.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

1                          NARASIMHAN, B.

2  09:40:29        Do you understand that question?

3  09:40:32        THE WITNESS:  Yes.

4  09:40:32        The one function that I know of is taking

5  09:40:42  thumbnails of the video to be able to show it to us in

6  09:40:45  the video review bin.

7  09:40:47        MR. COX:  Q.  What is a thumbnail?

8  09:40:49    A    It's a little screen shot.  It's like a

9  09:40:52  freeze frame if you paused a video.

10 09:40:55    Q    How were the thumbnails of a video selected?

11 09:41:05        MR. MANCINI:  Objection to form; lacks

12 09:41:10  foundation.

13 09:41:13        THE WITNESS:  You'd have to ask an engineer.

14 09:41:14        MR. COX:  Q.  How many thumbnails were

15 09:41:17  created for each video?

16 09:41:24    A    I'd approximate a screen full that size with

17 09:41:31  them about this much, so you can count.

18 09:41:34    Q    So sort of in the vicinity of 20?

19 09:41:37    A    More than that.

20 09:41:38    Q    The next step you mentioned in the process

21 09:41:43  was the video review queue.  What is the video review

22 09:41:47  queue?

23 09:41:48    A    It was a tool that we had that my team used

24 09:41:54  to review videos.

25 09:42:00    Q    When you say "review videos," did Google

1                            NARASIMHAN, B.

2   09:42:06   Video, as a matter of policy, review videos at upload?

3   09:42:12          MR. MANCINI:  Objection; lacks foundation;

4   09:42:14   and objection to form.

5   09:42:18          Do you understand that question?

6   09:42:21          THE WITNESS:  Yes, I think so.

7   09:42:22          MR. MANCINI:  Okay.

8   09:42:23          THE WITNESS:  Can you just repeat the

9   09:42:24   question, and then I'll try and answer it.

10  09:42:26          MR. COX:  Can you read it back, please,

11  09:42:28   Andrea.

12  09:42:36          (Whereupon, record read by the Reporter as

13  09:42:36   follows:

14  09:42:00          "Question:  When you say "review videos," did

15  09:42:05           Google Video, as a matter of policy, review

16  09:42:08           videos at upload?")

17  09:42:37          MR. MANCINI:  Same objections.

18  09:42:38          THE WITNESS:  We reviewed them after upload,

19  09:42:48   after these technical steps.

20  09:42:50          MR. COX:  Q.  Did a Google Video employee

21  09:42:56   review videos before the video would be made available

22  09:43:00   to the public?

23  09:43:02          MR. MANCINI:  Objection to form.

24  09:43:05          THE WITNESS:  Yes.

25  09:43:10          MR. COX:  Q.  Was that true at all times, or

1                         NARASIMHAN, B.

2  09:43:23  do you know if any -- I'm sorry.  Let me -- let me

3  09:43:26  strike that.

4  09:43:27         Do you know of any time when Google Video did

5  09:43:31  not review videos before they became available to the

6  09:43:34  public?

7  09:43:36         MR. MANCINI:  Objection to form.

8  09:43:38         THE WITNESS:  Yes.

9  09:43:38         MR. COX:  Q.  When did the practice change?

10 09:43:46         MR. MANCINI:  Objection to form.

11 09:43:47         THE WITNESS:  Can you please specify what

12 09:43:51  changed?

13 09:43:52         MR. COX:  Q.  At what point did Google Video

14 09:43:57  stop -- oh, let's back up.

15 09:44:02         When you first began working for Google

16 09:44:07  Video, did Google Video review videos before they

17 09:44:10  became available to the public?

18 09:44:11         MR. MANCINI:  Objection to form.

19 09:44:12         THE WITNESS:  Yes.

20 09:44:12         MR. COX:  Q.  At any point while you were

21 09:44:13  working for Google Video, did Google Video stop

22 09:44:16  reviewing videos before they became available to the

23 09:44:19  public?

24 09:44:20         MR. MANCINI:  Objection to form.

25 09:44:21         THE WITNESS:  Yes, yes.

1                              NARASIMHAN, B.

2    09:44:22         MR. COX:  Q.  At what point did Google Video

3    09:44:24    stop reviewing videos before they became available to

4    09:44:26    the public?

5    09:44:27         MR. MANCINI:  Objection to form.

6    09:44:33         THE WITNESS:  We stopped reviewing some

7    09:44:40    videos before they became available approximately

8    09:44:44    September of 2006.

9    09:44:46         MR. COX:  I want to go back to the series of

10   09:44:58    steps that you outlined before about what would happen

11   09:45:02    to a video after it was uploaded.

12   09:45:04         You said there are technical steps, then it

13   09:45:07    would go to the video review queue, and then there

14   09:45:10    were more technical steps.

15   09:45:11      Q   Do you know what any of the more technical

16   09:45:13    steps were?

17   09:45:13         MR. MANCINI:  Objection to the

18   09:45:14    characterization of the prior testimony; and

19   09:45:22    objection, asked and answered.

20   09:45:23         THE WITNESS:  I can tell you generally, but

21   09:45:33    you'd have to ask an engineer for more specifics.

22   09:45:35         There were transcoding steps.

23   09:45:37         MR. COX:  Q.  What does transcoding mean?

24   09:45:40      A   As far as I understand, it means making a

25   09:45:44    video available in different formats.

1                          NARASIMHAN, B.

10:24:29   2         THE WITNESS:  I don't remember -- remember

10:24:34   3   informing anyone in particular.

10:24:36   4         MR. COX:  Q.  Did you view the number of

10:24:43   5   complaints you were receiving as a problem for your

10:24:47   6   review team?

10:24:48   7         MR. MANCINI:  Objection to form.

10:24:49   8         THE WITNESS:  No.

10:25:05   9         MR. COX:  Q.  Did you believe that the

10:25:06   10  policies your review team was applying should be

10:25:12   11  changed in order to reduce the number of complaints?

10:25:28   12       A    No, we would never -- I -- we never believed

10:25:32   13  that we should change the policy, but we did believe

10:25:37   14  we could implement that policy in a more effective

10:25:40   15  manner.

10:25:44   16       Q    What do you mean by "implement that policy in

10:25:47   17  a more effective manner"?

10:25:56   18       A    So when we were reviewing videos, we had a

10:26:00   19  number of different things we were looking for,

10:26:02   20  including porn, violence, hate.  Hate is not as easy

10:26:06   21  to tell, and potential or suspected copyright

10:26:13   22  infringement.

10:26:15   23            It was fairly easy to tell on porn and

10:26:21   24  violence.  When you see thumbnails, you can -- you can

10:26:24   25  see pretty clearly body parts or -- or other screen

1    NARASIMHAN, B.

2  10:28:14  recognize, we were very inefficient in our reviews to

3  10:28:23  find this content.  A very, very, very small fraction

4  10:28:27  of the videos that we actually reviewed contained this

5  10:28:29  content, and we believed that in order to be more

6  10:28:32  efficient and equally effective, that we could rely on

7  10:28:35  the community to let us know when they found videos

8  10:28:39  that had bad content.

9  10:28:42        On other areas of policy, like in some cases

10 10:28:50  hate speech, in potential or suspected copyright

11 10:28:55  infringement, we found that we were making mistakes

12 10:28:59  quite often in either direction, and that we would be

13 10:29:04  more effective not trying to make a judgment when we

14 10:29:08  had imperfect information and, instead, relying on

15 10:29:12  DMCA availability and making that DMCA capability more

16 10:29:18  available to our partners and make it easier for them

17 10:29:24  to provide the DMCAs to us.

18 10:29:28        So in both cases, it would have been more

19 10:29:32  efficient and more effective not to review the videos

20 10:29:37  before they went live.

21 10:29:41        Q    When did you first decide that with respect

22 10:29:46  to copyright you were making mistakes quite often?

23 10:29:53        A    I don't remember when we first decided that.

24 10:29:57        Q    Roughly, did you come to that conclusion,

25 10:30:01  let's say, before September 2006?

1                          NARASIMHAN, B.

2  10:30:06    A    Yes.

3  10:30:06    Q    Before March 2006?

4  10:30:10    A    That, I don't remember.

5  10:30:16    Q    When you came to that conclusion, did you

6  10:30:18  tell anyone?

7  10:30:25    A    I'm sure we discussed it, but I don't recall

8  10:30:27  any specific conversations I had.

9  10:30:33    Q    Do you know whom you discussed it with?

10 10:30:35    A    It would have been other members of the team.

11 10:30:37    Q    Did anyone at -- in your team communicate

12 10:30:44  that to someone higher up at Google?

13 10:30:51    A    Define "higher up."

14 10:30:55    Q    To anyone with the authority to change the

15 10:31:06  policy of reviewing videos for potential copyright

16 10:31:09  infringement after upload.

17 10:31:11          MR. MANCINI:  Objection to form; and

18 10:31:12  objection, lacks foundation.

19 10:31:13          THE WITNESS:  I'm not sure I understand that

20 10:31:23  question, to be honest.

21 10:31:25          MR. COX:  Q.  Did you inform anyone at Google

22 10:31:31  who could have done something to change what was going

23 10:31:32  on about the problems you were discussing before

24 10:31:37  regarding copyright?

25 10:31:38          MR. MANCINI:  Objection to form; and

1                                    NARASIMHAN, B.

2  10:31:39  objection, lacks foundation.

3  10:31:54         Do you understand the question?

4  10:31:55         THE WITNESS:  I still don't, and I still

5  10:31:56  don't know how to answer it, to be honest.

6  10:31:59         MR. MANCINI:  I don't understand it either.

7  10:32:09         MR. COX:  Q.  You testified before that your

8  10:32:22  team was making mistakes in either direction with

9  10:32:26  respect to identifying videos as infringing copyright;

10 10:32:29  is that correct?

11 10:32:29     A    As potentially infringing copyright, correct.

12 10:32:38     Q    Did you believe that your team was making

13 10:32:40  those mistakes as a result of something about what it

14 10:32:45  was being asked to do in reviewing videos for

15 10:32:48  potential copyright infringement?

16 10:32:50         MR. MANCINI:  Objection to form; and

17 10:32:53  objection, lacks foundation.

18 10:32:55         THE WITNESS:  I don't understand that.

19 10:32:58         MR. COX:  Q.  Did you believe that the reason

20 10:33:00  your team was making those mistakes -- or why did you

21 10:33:04  believe your team was making those mistakes?

22 10:33:07         MR. MANCINI:  Objection; asked and answered.

23 10:33:08         THE WITNESS:  Because we honestly did not

24 10:33:14  know who was authorized to upload that video, and any

25 10:33:22  particular reviewer is not going to be familiar with

1                              NARASIMHAN, B.

2    10:33:25   and have knowledge of all the videos in the world and

3    10:33:29   who owns them.

4    10:33:35              MR. COX:  Q.  Did you believe that your team

5    10:33:57   should not be asked to identify potential copyright

6    10:34:01   infringement in the video review queue?

7    10:34:08              MR. MANCINI:  Objection to form; lacks

8    10:34:10   foundation.

9    10:34:12              THE WITNESS:  I believe I just said that

10   10:34:20   there were problems with what we were doing.

11   10:34:24              MR. COX:  Q.  And my question is, based on

12   10:34:26   those problems, did you believe that the instructions

13   10:34:29   to your team should change?

14   10:34:33              MR. MANCINI:  Same objections, and asked and

15   10:34:37   answered.

16   10:34:37              THE WITNESS:  Could you rephrase or ask a

17   10:34:55   different question?

18   10:34:56              MR. COX:  I think that question is fairly

19   10:34:59   clear.

20   10:35:00         Q    My question is, did you believe that the

21   10:35:01   instructions to your team about how to review for

22   10:35:05   potential copyright infringement should change?

23   10:35:08              MR. MANCINI:  Objection to form, and she

24   10:35:10   already answered that question just a few lines ago.

25   10:35:17              MR. COX:  Q.  I do not remember the answer,

1                          NARASIMHAN, B.

2  10:35:18   so could you indulge me and answer it again, if you

3  10:35:23   did already answer it.

4  10:35:25           MR. MANCINI:  We can read it back.

5  10:35:27           THE WITNESS:  Please.

6  10:35:40           MR. MANCINI:  When you asked that question,

7  10:35:41   the witness said at line 20, page 40, "I believe I

8  10:35:45   just said that there were problems with what we were

9  10:35:48   doing."

10 10:35:48           Asked and answered.

11 10:35:49           MR. COX:  I don't think that's an answer to

12 10:35:51   the question.

13 10:35:51       Q    The question is, did you think what you were

14 10:35:53   doing should change as a result of those problems?

15 10:35:55           MR. MANCINI:  No.  Counselor, you're asking

16 10:35:57   for a subjective determination.  The witness answered

17 10:36:00   it the way she's comfortable answering it.  If you

18 10:36:02   don't like the answer, doesn't mean you get to ask it

19 10:36:05   again.

20 10:36:10           MR. COX:  John, I simply disagree that that's

21 10:36:16   an answer to the question.

22 10:36:17           MR. MANCINI:  It's her answer to the

23 10:36:18   question.  You can ask it again.  She's going to

24 10:36:21   answer it the same way.

25 10:36:28           MR. COX:  Q.  Did you form a belief as to

1                              NARASIMHAN, B.

2  10:36:35   whether the instructions to your team about reviewing

3  10:36:38   videos for potential copyright infringement should

4  10:36:41   change?

5  10:36:42          MR. MANCINI:  Objection to form; asked and

6  10:36:43   answered.

7  10:36:44          THE WITNESS:  I believed that what we were

8  10:36:52   doing had lots of problems.

9  10:36:58          MR. COX:  Q.  Did you inform anyone who had

10 10:37:01   the authority to change what you were doing about that

11 10:37:05   belief?

12 10:37:09          MR. MANCINI:  Objection to form.

13 10:37:11          THE WITNESS:  I just don't know how to answer

14 10:37:21   that.

15 10:37:25          MR. COX:  Q.  Did you tell anyone --

16 10:37:27      A    There isn't a -- there isn't -- sorry --

17 10:37:28   there isn't a linear, you know, like I tell someone.

18 10:37:31   I tell my boss, or my boss's boss and someone is going

19 10:37:34   to make it.  It just didn't work like that.

20 10:37:36      Q    Okay.

21 10:37:36      A    So I just don't know how to answer your

22 10:37:38   question.

23 10:37:39      Q    Did you tell anyone else at Google besides

24 10:37:41   the members of your team?

25 10:37:44          MR. MANCINI:  Objection; asked and answered.

1                          NARASIMHAN, B.

2  10:37:46        THE WITNESS:  Yes; we would have had

3  10:37:47  discussions across the Google Video team.

4  10:37:53        MR. COX:  Q.  When you say "across the Google

5  10:37:56  Video team," whom is that referring to?

6  10:38:00     A    It would be referring to the product

7  10:38:02  managers, the engineers, the partners, sales folks,

8  10:38:07  potentially.  The legal counsel for sure, and any

9  10:38:13  number of people that were involved with Google Video.

10 10:38:19        And you have to remember, some of these

11 10:38:21  complaints came from other people on the Google Video

12 10:38:22  team, so they already knew this issue.

13 10:38:28     Q    Did you -- your team ever put together a

14 10:38:34  document reflecting your views on this issue?

15 10:38:38        MR. MANCINI:  Objection; lacks foundation.

16 10:38:39  Objection to form.

17 10:38:40        THE WITNESS:  I don't remember.

18 10:38:41        MR. COX:  Q.  Did you ever see a document

19 10:38:53  stating that review of videos for a potential

20 10:39:02  copyright infringement is causing problems?

21 10:39:08        MR. MANCINI:  Objection to form.

22 10:39:11        THE WITNESS:  I don't remember.

23 10:39:20        MR. MANCINI:  Do you think it's a good time

24 10:39:22  for a break?

25 10:39:23        MR. COX:  Fine with me, if you'd like it.

|         |    |                                                          |
|---------|----|----------------------------------------------------------|
|         | 1  | NARASIMHAN, B.                                           |
| 10:39:25 | 2  | MR. MANCINI:  Okay.                                      |
| 10:39:26 | 3  | THE VIDEOGRAPHER:  Off the record.                      |
| 10:39:30 | 4  | The time on the screen is 10:39.                        |
| 10:39:33 | 5  | (Recess taken.)                                         |
| 10:53:38 | 6  | THE VIDEOGRAPHER:  We're now back on the                |
| 10:53:40 | 7  | record.                                                 |
| 10:53:41 | 8  | The time on the screen is 10:53.                        |
| 10:53:46 | 9  | MR. COX:  Q.  In the document we were looking            |
| 10:53:51 | 10 | at before we went on break, in the third sub-bullet     |
| 10:53:56 | 11 | that we were looking at before, it says "If the video   |
| 10:54:01 | 12 | does not meet our editorial standards, disapprove the   |
| 10:54:05 | 13 | video."                                                 |
| 10:54:05 | 14 | What do you mean by "editorial standards"?              |
| 10:54:10 | 15 | MR. MANCINI:  This is Exhibit 2?                        |
| 10:54:12 | 16 | MR. COX:  This is Exhibit 2.                            |
| 10:54:17 | 17 | MR. MANCINI:  Objection to form and lacks               |
| 10:54:26 | 18 | foundation.                                             |
| 10:54:26 | 19 | Do you know what this document meant?  Is               |
| 10:54:28 | 20 | that what you're asking?                                |
| 10:54:32 | 21 | THE WITNESS:  Are you asking about this                 |
| 10:54:33 | 22 | particular line?                                        |
| 10:54:34 | 23 | MR. COX:  Q.  I'm asking what -- what does               |
| 10:54:36 | 24 | "editorial standards" mean?  What is your               |
| 10:54:39 | 25 | understanding of what "editorial standards" means in    |

1     NARASIMHAN, B.

2   10:54:41   this context?

3   10:54:42        MR. MANCINI:  Objection to form.

4   10:54:43        Are you asking her for her understanding?

5   10:54:45        MR. COX:  I'm asking her for --

6   10:54:47   Q    What is your understanding of what "editorial

7   10:54:49   standards" means in this document?

8   10:54:51        MR. MANCINI:  Okay.  Objection to form.

9   10:54:56        THE WITNESS:  It means conformance to the

10  10:54:58   list of policies we had.

11  10:54:59        MR. COX:  Q.  What are those policies?

12  10:55:03        MR. MANCINI:  Objection; asked and answered.

13  10:55:08        THE WITNESS:  Our policies included a number

14  10:55:10   of areas like porn, violence, hate speech, obscenity,

15  10:55:16   potential copyright infringement, et cetera.

16  10:55:19        MR. COX:  I'm going to give you a document

17  10:55:24   that will be marked as Exhibit 3 to your deposition.

18  10:55:35        (Document marked Narasimhan Exhibit 3

19  10:55:50         for identification.)

20  10:55:50        MR. COX:  Q.  This document is Bates No.

21  10:55:51   G001-03114019.  That's an e-mail from Ms. Narasimhan

22  10:55:59   with the subject line "Disapproval reasons for review

23  10:56:03   and takedown tool."

24  10:56:31   A    Okay.

25  10:56:31   Q    Do you recognize this document?

1                          NARASIMHAN, B.

2  10:56:33    A    I don't, but I see it.

3  10:56:37    Q    Do you have any reason to believe this is not

4  10:56:38  an e-mail that you sent?

5  10:56:39    A    No, I don't.

6  10:56:40    Q    Is the list contained in this document a list

7  10:56:45  of the reasons why a video might violate your

8  10:56:55  editorial standards?

9  10:56:56         MR. MANCINI:  Objection to form, and

10 10:56:59  objection to the characterization of the document.

11 10:57:00  The document speaks for itself.

12 10:57:07         THE WITNESS:  This is a list of disapproval

13 10:57:10  reasons.

14 10:57:13         MR. COX:  Q.  Are disapproval -- is there a

15 10:57:16  difference between disapproval reasons and reasons why

16 10:57:27  a video might violate your editorial -- Google Video's

17 10:57:27  editorial standards?

18 10:57:42    A    There shouldn't be.

19 10:57:53    Q    The second item in the list is "Copyright:

20 10:57:57  Music Video."

21 10:57:59         What does that mean?

22 10:58:01    A    It means potential copyright infringement.

23 10:58:06  It looks to be a music video.

24 10:58:10    Q    So reviewers were instructed to disapprove

25 10:58:16  videos for potential copyright infringement if they

53

1                                    NARASIMHAN, B.

2   10:58:18   appeared to be using videos?

3   10:58:21        A    Yes.

4   10:58:21        Q    Was the same true for TV and film, the next

5   10:58:32   two items in the list?

6   10:58:34        A    Yes.

7   10:58:35        Q    Besides the items on this list, were there

8   10:58:42   any other reasons for a reviewer to disapprove a

9   10:58:49   video?

10  10:58:49        MR. MANCINI:  Objection; lacks foundation.

11  10:58:51   Objection to form.

12  10:58:59        THE WITNESS:  These were the disapproval

13  10:59:05   reasons that I asked for in the new tool.

14  10:59:09        MR. COX:  Q.  Do you know of any other

15  10:59:12   disapproval reasons that existed at any time while you

16  10:59:15   were responsible for operations at Google Video?

17  10:59:19        A    I don't recall, but I believe if I had known

18  10:59:21   of a reason, it would have been on this list.

19  10:59:28        Q    Were reviewers provided with any criteria to

20  10:59:31   determine whether a particular video fell into one of

21  10:59:34   these disapproval categories?

22  10:59:41        MR. MANCINI:  Objection to form.

23  10:59:42        THE WITNESS:  Yes.

24  10:59:42        MR. COX:  Q.  What were those criteria?

25  10:59:50        MR. MANCINI:  Objection to form.

1                        NARASIMHAN, B.

2  11:07:36   told her there's no point.  I said to you there's no

3  11:07:37   point.

4  11:07:37         She already said she lacks knowledge in this

5  11:07:40   area.  You're asking her to pursue a line of

6  11:07:42   questioning about something that she lacks knowledge

7  11:07:45   of, and now asking her to speculate about a line of

8  11:07:48   questions that she lacks knowledge of.

9  11:07:48         MR. COX:  And I'm telling you that it's

10 11:07:51   improper to do anything more than objecting to the

11 11:07:52   question.

12 11:07:52         MR. MANCINI:  I'm -- I am telling you we're

13 11:07:53   all wasting time if we're asking her to speculate

14 11:07:57   about areas which she has -- not only to speculate,

15 11:08:00   but about an area for which she has no knowledge, and

16 11:08:00   she just so testified to that.

17 11:08:05         But if you want to persist, I just think

18 11:08:06   we're just wasting time.

19 11:08:08         MR. COX:  You're entitled to that belief.

20 11:08:10         MR. MANCINI:  Okay.

21 11:08:27         MR. COX:  Q.  What percentage of videos were

22 11:08:32   disapproved in the review queue?

23 11:08:42   A    It varied week to week.

24 11:08:44   Q    Approximately?

25 11:08:46   A    Ten, 15.

1    NARASIMHAN, B.

2  11:08:48    Q    What percentage of those disapprovals were

3  11:08:53  based on potential copyright infringement?

4  11:08:56    A    Very high.  80, 90 percent.

5  11:09:01    Q    Did Google Video ever receive any third-party

6  11:09:14  requests to remove videos?

7  11:09:16    A    Yes.

8  11:09:19    Q    Did Google Video respond to those requests?

9  11:09:22    A    Yes.

10  11:09:22    Q    What did Google Video do in response to those

11  11:09:27  requests?

12  11:09:35    A    We received DMCA requests from content owners

13  11:09:39  asking us -- swearing that they own certain videos and

14  11:09:43  asking us to take them down, which we did.  And we

15  11:09:47  would receive e-mails from concerned citizens that

16  11:09:53  would bring to our attention videos containing porn,

17  11:09:58  hate speech, or other forms of improper content that

18  11:10:02  we would also review and, based on our policies, take

19  11:10:07  down.

20  11:10:20    Q    I'm going to give you a document that I think

21  11:10:22  will be Exhibit 4 to your deposition.

22  11:10:24         (Document marked Narasimhan Exhibit 4

23  11:10:37          for identification.)

24  11:10:37         MR. COX:  This document is -- begins with the

25  11:10:39  Bates No. GOO001-00794737.  It's an e-mail from

1    NARASIMHAN, B.

2  11:23:48     A    Yes.

3  11:23:48     Q    Could you have also decided to keep

4  11:24:02  statistics on the number of videos that were approved

5  11:24:05  after initially being disapproved?

6  11:24:07          MR. MANCINI:  Objection; calls for

7  11:24:08  speculation; lacks foundation.

8  11:24:10          THE WITNESS:  I don't know.

9  11:24:33          MR. COX:  Q.  Did you ever consider keeping

10 11:24:35  statistics about the number of videos that were

11 11:24:38  approved after initially being disapproved?

12 11:24:42          MR. MANCINI:  Same objections.

13 11:24:43          THE WITNESS:  Not that I recall.

14 11:24:45          MR. COX:  Q.  Do you believe that such

15 11:25:04  statistics would have been relevant to the question of

16 11:25:11  whether -- strike that.

17 11:25:20          Do you believe that such statistics would

18 11:25:22  have been relevant to the question of whether removals

19 11:25:29  for copyright infringement were often mistakes?

20 11:25:33          MR. MANCINI:  Objection to form; objection

21 11:25:35  calls for speculation; objection, lacks foundation;

22 11:25:38  and objection, calls for a legal conclusion.

23 11:25:44          THE WITNESS:  I don't want to speculate.

24 11:25:46          MR. COX:  Q.  You testified earlier that you

25 11:25:47  formed a belief that many removals for copyright

1           NARASIMHAN, B.

2  11:25:54  infringement were mistakes; is that correct?

3  11:25:58       MR. MANCINI:  Objection; mischaracterizes

4  11:26:00  prior testimony.

5  11:26:25       Actually, let me restate that objection.

6  11:26:29  Withdraw mischaracterization, and just say objection;

7  11:26:33  the prior testimony speaks for itself.  It's -- it's a

8  11:26:36  question of precision.

9  11:26:44       THE WITNESS:  You need me to repeat what I

10 11:26:48  said before or --

11 11:26:49       MR. COX:  Please.

12 11:26:50       THE WITNESS:  Okay.  So I believe that the

13 11:26:58  removals that we made for potential copy -- copyright

14 11:27:01  infringement we later found to be mistakes because

15 11:27:06  people complained about them.

16 11:27:18       MR. COX:  Q.  Would statistics about the

17 11:27:21  number of videos that were initially disapproved and

18 11:27:27  then approved had been relevant to determining the

19 11:27:31  accuracy of that belief?

20 11:27:32       MR. MANCINI:  Objection; lacks foundation and

21 11:27:34  calls for speculation.

22 11:27:41       THE WITNESS:  I don't know.  Maybe.

23 11:27:46       MR. COX:  Q.  Can you think of any reason why

24 11:27:48  it would not have helped you to know how many

25 11:27:52  instances of disapprovals to approvals there were?

1    NARASIMHAN, B.

2    11:27:57    MR. MANCINI:  Again, objection; lacks

3    11:28:00    foundation and now calls for the witness to speculate

4    11:28:02    on a fact that has not been established in this

5    11:28:06    deposition and is, from what we can tell, purely a

6    11:28:12    hypothetical.

7    11:28:34    THE WITNESS:  Yeah, I would be speculating.

8    11:28:43    MR. COX:  Q.  When there were complaints

9    11:28:45    about the disapproval of a video for copyright

10   11:28:58    reasons, would you then revoke the disapproval and

11   11:29:02    approve the video?

12   11:29:04    MR. MANCINI:  Objection to form.

13   11:29:22    THE WITNESS:  I don't recall specifics, but

14   11:29:24    it would have varied based on the request.  I'm

15   11:29:29    guessing.

16   11:29:30    MR. COX:  Q.  In what instances would you not

17   11:29:33    have approved a video?

18   11:29:35    A    I don't recall.

19   11:29:35    Q    Is there a situation in which a content

20   11:29:43    owner -- in which a video was rejected for copyright

21   11:29:49    reasons, the owner of rights to the video informs you

22   11:29:56    that they do own those rights, and which you would not

23   11:30:03    then have approved the video?

24   11:30:05    MR. MANCINI:  Objection to form.

25   11:30:07    THE WITNESS:  So if the owner of a video was

1          NARASIMHAN, B.

2  11:30:09  able to establish to us that they owned the video,

3  11:30:17  then I don't see why we would not have reinstated it.

4  11:30:21       MR. COX:  Q.  Did your team keep track of how

5  11:30:28  many such reinstatements occurred?

6  11:30:31       A    No.

7  11:30:31       Q    Are you aware of any effort by anyone to

8  11:30:40  quantify the number of videos removed for copyright

9  11:30:43  that were later found to be mistakes?

10 11:30:47       MR. MANCINI:  Objection to form and calls for

11 11:30:49  speculation.

12 11:30:49       THE WITNESS:  I'm not aware.

13 11:30:56       MR. COX:  Q.  Would it have been possible for

14 11:30:58  someone at Google Video to quantify the number of

15 11:31:04  videos removed for copyright that were later found to

16 11:31:08  be mistakes without working with your team?

17 11:31:10       MR. MANCINI:  Objection to form; and

18 11:31:13  objection, lacks foundation.

19 11:31:14       THE WITNESS:  No.

20 11:31:14       MR. COX:  Q.  Was your team ever involved in

21 11:31:28  an effort to quantify the number of videos removed for

22 11:31:31  copyright that were later found to be mistakes?

23 11:31:34       A    No.

24 11:31:34       MR. MANCINI:  Objection to form.

25 11:31:45       MR. COX:  I think we're going to tape --

NARASIMHAN, B.

14:51:15    Q    At this time of January 16, 2007, what was

14:51:18    your position at Google?

14:51:22    A    I think at this date I was still the online

14:51:24    sales and operations manager for Google Video.

14:51:27    Q    And at some point after this, your -- your

14:51:30    title changed?

14:51:31    A    Yes.

14:51:31    Q    And what did it change to?

14:51:33    A    Product manager.

14:51:36    Q    And what was the specific area of product

14:51:38    that you were the product manager of?

14:51:40    A    So I started a team called the Common Abuse

14:51:43    Tools Team.

14:51:50    Q    And what was the -- what were your duties

14:51:53    with respect to the title or, I'm sorry, with respect

14:51:56    to the team called The Common Abuse Tools Team?

14:52:05    A    So what I did, and again to be clear, there

14:52:09    isn't a list of duties that are listed out for people,

14:52:12    what I did was get this team off the ground, worked

14:52:15    with some engineers to find staffing for this team,

14:52:22    define what the products were that this team was going

14:52:26    to build, and then over time build those products and

14:52:29    got other systems to implement those products.

14:52:33    Q    And what were the products that you built in

1                               NARASIMHAN, B.

2    14:58:40       Q     Have you had any job responsibilities at

3    14:58:45    Google with respect to AdWords?

4    14:58:48       A     Yes.

5    14:58:48       Q     And at what time?  Can you just give me a

6    14:58:53    time frame of when -- when you became involved in any

7    14:58:56    way with AdWords?

8    14:58:58       A     So when I first joined Google, which is in

9    14:59:01    2005, May, I was responsible for a team of reviewers

10   14:59:07    that would review ads against Google -- Google's

11   14:59:13    policies.

12   14:59:16          Some time in 2006, I don't remember exactly

13   14:59:22    when, that team was dis -- the team in the U.S. was

14   14:59:26    dissolved and the responsibilities moved over to

15   14:59:28    India, at which point I stopped my involvement with ad

16   14:59:32    approvals.  AdWords and ad approvals stopped.

17   14:59:36          And then last year, so this is in 2008, July,

18   14:59:41    I transitioned from being a product manager on the

19   14:59:43    Common Abuse Tools Team to being a product manager on

20   14:59:47    AdWords, the AdWords front end.

21   14:59:50       Q     Okay.  So during the period of time between

22   14:59:54    May 2005 when you were responsible for a team of

23   14:59:56    reviewers that would review ads against Google's

24   14:59:59    policies up until the time that you stopped performing

25   15:00:04    those duties, do you recall Google's policies with