UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

```
VIACOM INTERNATIONAL INC., COMEDY   )
PARTNERS, COUNTRY MUSIC             )
TELEVISION, INC., PARAMOUNT         )
PICTURES CORPORATION, and BLACK     )
ENTERTAINMENT TELEVISION LLC,       )
                Plaintiffs,         )
vs.                                 )Case No. 1:07CV02103
                                    )
YOUTUBE, INC., YOUTUBE, LLC,        )
and GOOGLE, INC.,                   )
                                    )
                Defendants.         )
_____)
                                    )
THE FOOTBALL ASSOCIATION PREMIER    )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all     )
others similarly situated,          )
                                    )
                Plaintiffs,         )
vs.                                 )Case No. 07CV3582
                                    )
YOUTUBE, INC., YOUTUBE, LLC, and    )
GOOGLE, INC.,                       )
                                    )
                Defendants.         )
_____)
```

DEPOSITION OF PATRICK WALKER

SAN FRANCISCO, CALIFORNIA

TUESDAY, JULY 22, 2008

REPORTED BY:

YVONNE FENNELLY, CRP, CSR NO. 5495

JOB NO. 15375

2

                           JULY 22, 2008

                            10:00 a.m.


      VIDEOTAPED DEPOSITION OF PATRICK WALKER,

      held at the offices of SHEARMAN & STERLING,

      525 Market Street, San Francisco, California,

      pursuant to notice, before YVONNE FENNELLY, CRP,

      CSR License No. 5495.

A P P E A R A N C E S

FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:

    PROSKAUER ROSE, LLP
    By:  HAL S. SHAFTEL, Attorney at Law
    1585 Broadway
    New York, N.Y. 10036-8299
    (212) 969-3230
    (212) 969-2900
    hshaftel@proskauer.com


FOR THE PLAINTIFF VIACOM INTERNATIONAL, INC.:

    JENNER & BLOCK, LLP
    By:  SARAH A. MAGUIRE, Attorney at Law
    1099 New York Avenue, NW
    Suite 900
    Washington, DC  20001
    (202) 639-6000
    (202) 661-4916
    smaguire@jenner.com


FOR THE CLASS PLAINTIFFS:

    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    By:  DAVID S. STELLINGS, Attorney at Law
    780 Third Avenue
    48th Floor
    New York, New York  10017-2024
    (212) 355-9500
    (212) 355-9592
    dstellings@lchb.com

1  APPEARANCES (Continued):

2

3  FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and
   GOOGLE, INC.:
4
        WILSON SONSINI GOODRICH & ROSATI
5       By:  BART E. VOLKMER, Esq.
        650 Page Mill Road
6       Palo Alto, California 94304-1050
        (650) 493-9300
7       bvolkmer@wsgr.com

8

9  FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and
   GOOGLE, INC.:
10
        MAYER BROWN, LLP
11      BY:  MATTHEW INGBER, Attorney at Law
        1675 Broadway
12      New York, New York  10019
        (212) 506-2500
13

14

   FOR GOOGLE, INC.:
15
        GOOGLE, INC.
16      BY:  ADAM L. BAREA, Litigation Counsel
        1600 Amphitheatre Parkway
17      Mountain View, California  94043
        (650) 214-4879
18      (650) 618-1806
        Adambarea@google.com
19

20
   ALSO PRESENT:  Lou Meadows, Videographer
21
                        --oOo--
22

23

24

25

```
 1
 2   10:10   a shake or a nod of the head, it will make for a clearer
 3   10:10   record and help Ms. Fennelly out as she prepares the
 4   10:10   transcript.
 5   10:10            Does that all make sense to you?
 6   10:10       A.   Yes, it does.
 7   10:10       Q.   What is your present position of employment?
 8   10:10       A.   I'm the director of video partnerships for
 9   10:10   Google and YouTube, based in London, England.
10   10:10       Q.   And you say you're based in London, England.
11   10:10   Do your responsibilities as director of video
12   10:10   partnerships extend to a particular geographic area?
13   10:10       A.   Yes.  They extend to Europe, Middle East and
14   10:10   Africa.
15   10:10       Q.   And how long have you had that position?
16   10:10       A.   I'm been employed by Google since January of
17   10:10   2006 and took on responsibility for Google Video at the
18   10:11   time.  At the time I was employed that extended to
19   10:11   YouTube after the acquisition at the end of 2006.
20   10:11       Q.   That was Google's acquisition of YouTube?
21   10:11       A.   That's correct.
22   10:11       Q.   If you could briefly described your educational
23   10:11   background after high school, at least as that term, if
24   10:11   you're familiar, that is used in US jargon?
25            A.   Yes.  I went to the University of Southern
```

```
 1
 2  11:07    Q.   Do you know if it was eventually
 3  11:07    commercialized, VIIV?
 4  11:07    A.   Not that I'm aware of.
 5  11:07    Q.   And you left in 2005 to go to Google, you said?
 6  11:07    A.   No.  It was -- I gave my notice at the end of
 7  11:07    2005.  I began my role at Google in January -- I think
 8  11:07    January 16th, 2006.
 9  11:07    Q.   And I believe you testified that you were head
10  11:08    of video content partnerships; is that right?
11  11:08    A.   I was head of content partnerships here, in the
12  11:08    Middle East, and Africa for Google when I was employed.
13  11:08    Q.   You were at Middle East and Africa.  I
14  11:08    sometimes see the acronym EMEA; is that right?
15  11:08    A.   That's correct.
16  11:08    Q.   Were there other heads of content partnerships
17  11:08    when you began in January 2006 for other geographic
18  11:08    regions?
19  11:08    A.   There was someone responsible for content
20  11:08    partnerships in North America.
21  11:08    Q.   Was that David Eun, E-u-n?
22  11:08    A.   No; this was prior to Dave Eun joining Google.
23  11:09    It was Jennifer Feiken.
24  11:09    Q.   Did you report through -- up through the
25           content, the head of content for North America or were
```

```
 1
 2  12:00  BY MR. SHAFTEL:
 3  12:00      Q.   Now, I want to get back, when you write that,
 4  12:00  "I'm sure this is the tip of the iceberg" --
 5  12:00      A.   Uh-huh.
 6  12:00      Q.   -- did you follow-up with anyone at Google
 7  12:00  Video to try to determine whether there was more to the
 8  12:01  iceberg than these six items?
 9  12:01      A.   I remember having conversations about how we
10  12:01  were to deal with content that might be unauthorized on
11  12:01  the surface.
12  12:01      Q.   I'm referring specifically here to Channel 4.
13  12:01      A.   Uh-huh.
14  12:01      Q.   Channel 4 said that there is some unauthorized
15  12:01  material.
16  12:01           In your mind, at this point you're writing,
17  12:01  "I'm sure this is the tip of the iceberg."  And you
18  12:01  testified you understand the importance of controlling
19  12:01  content rights to the content owner.
20  12:01      A.   Right.
21  12:01      Q.   So I want to know what you recall doing, if
22  12:01  anything, to investigate how much more of the iceberg
23  12:01  there was beyond these six items.
24  12:01           MR. INGBER:  Asked and answered.
25                  THE WITNESS:  I was interested in understanding
```

69

1
2  12:02  at this early time in particular how we were screening
3  12:02  for and then responding to content that might be
4  12:02  considered unauthorized.
5  12:02  BY MR. SHAFTEL:
6  12:02      Q.   Tell me in, I guess, January of 2006, what
7  12:02  measures Google Video implemented to protect against
8  12:02  unauthorized copyrighted material appearing on the site?
9  12:02           MR. INGBER:  Object to form; lacks foundation.
10 12:02           THE WITNESS:  Can you rephrase that?
11 12:02  BY MR. SHAFTEL:
12 12:02      Q.   Sure.
13 12:02           When you began at Google Video in the January
14 12:02  time period, a period when you wrote Exhibit 1 about
15 12:02  Channel 4's complaints, what did you understand Google
16 12:03  Video was doing to protect against unauthorized content
17 12:03  appearing on the Google Video site?
18 12:03      A.   It was still quite early to my beginnings
19 12:03  there, and I had not spent time yet back in Mountain
20 12:03  View, but it was my understanding that for a variety of
21 12:03  reasons, including screening for adult material, violent
22 12:03  material, potentially unauthorized material, there was a
23 12:03  team that did review content before it was made live on
24 12:03  the site.
25          Q.   Okay.  So before content was available for

1  
2  12:03  access on the Google Video site, human beings were  
3  12:04  reviewing the content?  
4  12:04  A.  Human beings had a -- my understanding is they  
5  12:04  had a view through thumbnail images of content that was  
6  12:04  submitted that they would approve or reject prior to its  
7  12:04  going live.  
8  12:04  Q.  Where were the individuals based?  
9  12:04  A.  At the time they were based in Mountain View,  
10 12:04  California.  
11 12:04  Q.  You say, "at the time."  
12 12:04      Did that change at any point in time?  
13 12:04  A.  At a later point in time there were people  
14 12:04  employed in Dublin to also provide some review of  
15 12:04  material.  
16 12:04  Q.  Do you know how many people in Mountain View --  
17 12:04  Mountain View is the headquarters for Google; is that  
18 12:04  right?  
19 12:04  A.  Correct.  
20 12:04  Q.  Do you know how many people were employed to  
21 12:05  review thumbnail contents before it went live on the  
22 12:05  site?  
23 12:05  A.  No, I don't know how many.  
24 12:05  Q.  Any rough magnitude?  Fewer than 20, more than  
25      20?

|       |       |    |                                                      |
|-------|-------|----|------------------------------------------------------|
| 2     | 12:05 | A. | I think there were fewer than 20.                    |
| 3     | 12:05 | Q. | Do you know how many hours a day content was         |
| 4     | 12:05 |    | being reviewed as part of that process?              |
| 5     | 12:05 | A. | I recall it was a certain number of people's         |
| 6     | 12:05 |    | full-time job to review the content, and that was    |
| 7     | 12:05 |    | primarily done during working hours.                 |
| 8     | 12:05 | Q. | And the number of those individuals you're not       |
| 9     | 12:05 |    | sure about?                                          |
| 10    | 12:05 | A. | I'm not sure how many there were.                    |
| 11    | 12:05 | Q. | And you testified that that team was expanded        |
| 12    | 12:05 |    | to include individuals in Dublin; is that right?     |
| 13    | 12:05 | A. | Correct.                                             |
| 14    | 12:05 | Q. | Dublin, Ireland; is that right?                      |
| 15    | 12:06 | A. | That's right.                                        |
| 16    | 12:06 | Q. | And when and why is that?                            |
| 17    | 12:06 | A. | I don't remember the exact date, but it was          |
| 18    | 12:06 |    | done in anticipation of our localization of Google Video |
| 19    | 12:06 |    | to Europe.                                           |
| 20    | 12:06 | Q. | Meaning there would be sites in Europe that          |
| 21    | 12:06 |    | would have content specific for the given geographic |
| 22    | 12:06 |    | location?                                            |
| 23    | 12:06 | A. | We had a plan, and one of my responsibilities        |
| 24    | 12:06 |    | was to help develop this plan, to localize Google Video |
| 25    |       |    | in several European countries.  And my responsibility |

1
2  12:06 was specifically to make sure that we were engaging with
3  12:06 content partners in all of these markets. And as part
4  12:06 of that, we employed people, or I would say maybe
5  12:06 reassigned people, because there was already a large
6  12:06 team of people in Dublin for Google operations, to be
7  12:06 trained on the tools in languages that were specific to
8  12:06 the countries in which we would launch.
9  12:07    Q.   And, in fact, in the spring of '06 you --
10 12:07 "you," meaning Google Video -- hired three individuals
11 12:07 to work in Dublin; is that right?
12 12:07    A.   I don't know how many were hired. I was not
13 12:07 responsible for operations. I know that people were
14 12:07 employed.
15 12:07    Q.   Would these individuals in Dublin be known as
16 12:07 the Dublin vidiots?
17 12:07    A.   That was the term we used, vidiots.
18 12:07    Q.   Who was the team in the US? Do you know who
19 12:07 was in charge of supervising and overseeing that team?
20 12:07    A.   I believe it was Bhanu.
21 12:07    Q.   Do you know how long -- do you know -- did you
22 12:07 ask about any statistics, how many videos they -- and
23 12:07 let's focus on '06 up through the YouTube acquisition.
24 12:07    A.   Okay.
25        Q.   Did you ask about any statistics, how many

| | | |
|---|---|---|
| 1 | | |
| 2 | 12:07 | videos those individuals would review, how long it would |
| 3 | 12:07 | take between uploading and the review process? |
| 4 | 12:08 | MR. INGBER: Objection. |
| 5 | 12:08 | THE WITNESS: I remember having that |
| 6 | 12:08 | conversation. I have no idea what the actual numbers |
| 7 | 12:08 | were at this time. I do know there was quite a lag, |
| 8 | 12:08 | though, between upload and going live, which was due to |
| 9 | 12:08 | this review process. |
| 10 | 12:08 | BY MR. SHAFTEL: |
| 11 | 12:08 | Q. And when you say a lag, what magnitude of time |
| 12 | 12:08 | period are you talking about? A couple hours, couple of |
| 13 | 12:08 | days? |
| 14 | 12:08 | A. I think depending on the time of the week, it |
| 15 | 12:08 | could be a couple hours, it could be a couple days. |
| 16 | 12:08 | After the weekend it would take -- I think things would |
| 17 | 12:08 | build up on the weekend and they would have to then |
| 18 | 12:08 | review a larger collection of videos prior to them being |
| 19 | 12:08 | made live. This was a constant complaint for users, |
| 20 | 12:08 | actually, that there was a large lag. |
| 21 | 12:08 | You would upload something and it would go into |
| 22 | 12:08 | this, from their perspective, kind of silent period of |
| 23 | 12:08 | is it going live or not, and then it would appear or |
| 24 | 12:08 | not. |
| 25 | | Q. You testified that you didn't know the number |

1
2  12:09  of individuals in Dublin that were reviewing videos
3  12:09  beginning in the spring of '06; is that right?
4  12:09      A.   I don't know exactly how many people were
5  12:09  employed.
6  12:09      Q.   I had suggested three.
7  12:09           Does that number seem incorrect to you?
8  12:09      A.   It seems to be in the range.
9  12:09           Remember, I mean, Google was growing very
10 12:09  quickly.  When I was employed, there were 4,000
11 12:09  employees.  Now there is probably 20,000 employees.  So
12 12:09  even if I were to pinpoint a specific time, you know, it
13 12:09  might have been different the week after.  But I think
14 12:09  that number is in the range.
15 12:09      Q.   Now, you said you weren't in charge of
16 12:09  operations.  Who was in charge of the Dublin operations?
17 12:09      A.   There was someone named William Kipp who was
18 12:09  overseeing a number of the operations there, and he had
19 12:09  someone on his team named Toffi Dawson who was
20 12:09  specifically working with that team.
21 12:09      Q.   Do you know the training that -- do you know
22 12:10  the training that either the reviewers in Mountain View
23 12:10  or the reviewers in Dublin received with respect to
24 12:10  copyright issues?
25           A.   I don't know the training specifically.  I know

12:10 they did receive training.

12:10 It was -- it was, in my understanding, part of 12:10 a broader training as to things to look out for in 12:10 looking at thumbnails that might be against our 12:10 policies, violent, pornographic, or potentially -- to 12:10 some extent, potentially unauthorized content.

12:10 Q. And what do you understand the reviewers to 12:10 have relied on -- or strike that.

12:11 How do you understand the reviewers would go 12:11 about determining whether certain content appeared to 12:11 violate copyright or not?

12:11 MR. INGBER: Object to form.

12:11 THE WITNESS: Can you rephrase that, please?

12:11 BY MR. SHAFTEL:

12:11 Q. Sure.

12:11 You said that they reviewed thumbnails of 12:11 content?

12:11 A. Yes.

12:11 Q. What do you mean by "thumbnails," just to have 12:11 it on the record.

12:11 A. I went to have a look one time, and what I 12:11 recall is that on a screen there would be a series of 12:11 thumbnails that would be representative of the video. They wouldn't actually watch the video; they would see a

1
2   12:11   series of thumbnails that would be representative of
3   12:11   videos across the length of that video.  The number of
4   12:11   thumbnails, I think, was the same regardless of whether
5   12:11   the video was a minute long or ten minutes long or
6   12:11   however long, and they would, from my understanding, be
7   12:11   trained to look out for things that were obviously very
8   12:11   easy to identify such as, you know, pornographic
9   12:11   material or scenes of violence.
10  12:11           If there was a question as to whether or not it
11  12:11   was against our policies, then it would be passed to
12  12:11   another bucket for review.
13  12:12           With regard to potentially unauthorized
14  12:12   content, it was very spotty.  It was interesting.  One
15  12:12   of my concerns at the beginning was that it was quite US
16  12:12   centric, and I understand that they were looking for
17  12:12   certain things that were popular programs from US
18  12:12   broadcasters.
19  12:12           MR. SHAFTEL:  We'll mark the next document as
20  12:12   Exhibit 2, Walker exhibit that starts at G154578.
21  12:12           (Document marked Exhibit No. 2
22  12:12           for identification.)
23  12:13           THE WITNESS:  Thank you.
24  12:13   BY MR. SHAFTEL:
25              Q.  I'd ask, Mr. Walker, if you could review that

```
 1
 2  12:32  Bates No. 313442.
 3  12:32         (Document marked Exhibit No. 3
 4  12:33         for identification.)
 5  12:33  BY MR. SHAFTEL:
 6  12:33     Q.   I'd ask, Mr. Walker, for you to review this
 7  12:33  document, and I have a few questions about it.  It's
 8  12:33  actually two e-mails that appear on this page.
 9  12:34         Mr. Anderson writes to you on Sunday,
10  12:34  March 5th, 2006 -- first off, who is Ethan Anderson?
11  12:34     A.   International business product manager.  So he
12  12:34  was the international product manager on Google Video.
13  12:34     Q.   What in essence does the international product
14  12:34  manager do?  What areas fall within that person's
15  12:34  responsibilities?
16  12:34     A.   The international products manager was
17  12:34  responsible for the development of the product for the
18  12:34  purposes of localization, in this case, in Europe.  But
19  12:34  he was also looking after the international development
20  12:34  plan of the product as a whole.
21  12:34     Q.   And as head of content partnership, you were
22  12:35  trying to -- your responsibilities involved finding
23  12:35  counterparty content holders to provide content for
24  12:35  these local sites, European sites?
25         A.   Right.  The content, when it was submitted,
```

```
                                                                     144
 1
 2   03:08  quite -- it's a description that's quite technical.  I
 3   03:08  don't know at the time what that was specifically
 4   03:08  referring to.
 5   03:08         We were looking for ways to create a more
 6   03:08  automated process by which we could detect content that
 7   03:09  would help in the review process.
 8   03:09    Q.   And did anything happen in this respect over
 9   03:09  the next one to three months that you're aware of,
10   03:09  April, May, June or thereabouts in 2006?
11   03:09    A.   I don't recall.
12   03:09         (Document marked Exhibit No. 9
13   03:09         for identification.)
14   03:09  BY MR. SHAFTEL:
15   03:10    Q.   Exhibit 9, Document 313463, the bottom portion
16   03:10  of which, Mr. Walker, is an e-mail from you to Hunter
17   03:10  Walk.
18   03:10    A.   Uh-huh.
19   03:10    Q.   In what position did Mr. Walk have at this
20   03:10  point, March 11, 2006?
21   03:10    A.   He was one of the product managers at Google
22   03:10  Video.
23   03:10    Q.   What responsibilities did he have?
24   03:10    A.   He was responsible for a number of developments
25           on the product, including the tools for review of
```

145

03:10 content.

03:10     Q.   Do you know whether he reported to Mr. Anderson or vice versa?

03:11     A.   No, he did not report to Mr. Anderson or vice versa.

03:11     Q.   Do you know who Mr. Walk reported to?

03:11     A.   I don't know who he reported to at the time.

03:11     Q.   Where was he based?

03:11     A.   Mountain View.

03:11     Q.   And you're providing Mr. Walk here a list of certain sports-related information, including e-mail addresses; is that right?

03:11     A.   I'm sorry?

03:11     Q.   You're providing Mr. Walk certain sports-related information concerning the names, the e-mail, the websites for various sports entities; is that right?

03:11     A.   This is a list of various sports names and website URL's.

03:11     Q.   How come you're providing it to Mr. Walk?

03:12     MR. INGBER:  Take your time to review the document.

03:12     THE WITNESS:  This was part of a process when we were looking to provide a means of matching based on

```
 1
 2  06:20  competitor of Google Video?
 3  06:20          MR. INGBER:  Object to form to the extent it
 4  06:20  mischaracterizes Mr. Walker's testimony.
 5  06:20  BY MS. MAGUIRE:
 6  06:20     Q.  Was YouTube a primary competitor?
 7  06:20     A.  YouTube --
 8  06:20          MR. INGBER:  Object to form.  The word
 9  06:20  "primary" is vague.
10  06:20          THE WITNESS:  I never said YouTube was a
11  06:20  primary competitor.
12  06:20          I thought certain aspects of what YouTube did
13  06:20  was competitive to our platform particularly as a place
14  06:20  for people to submit and share video content.
15  06:20  BY MS. MAGUIRE:
16  06:20     Q.  Okay.
17  06:20          Given that, that YouTube was a competitor of
18  06:20  Google Video --
19  06:20          MR. INGBER:  Objection.
20  06:20          Hold on.  That mischaracterizes the witness'
21  06:21  testimony.
22  06:21  BY MS. MAGUIRE:
23  06:21     Q.  Was YouTube a competitor of Google Video?
24  06:21     A.  I think I just answered that.  There were
25          aspects of what they did that were competitive.
```