UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC.                )
TELEVISION, INC., PARAMOUNT             )
PICTURES CORPORATION, and BLACK         )
ENTERTAINMENT TELEVISION, LLC,          )
                                        )
            Plaintiffs,                 )
                                        )
vs.                                     ) NO. 07-CV-2203
                                        )
YOUTUBE, INC., YOUTUBE, LLC,            )
and GOOGLE, INC.,                       )
                                        )
            Defendants.                 )
_____)
                                        )
THE FOOTBALL ASSOCIATION PREMIER        )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all         )
others similarly situated,              )
                                        )
            Plaintiffs,                 )
vs.                                     ) NO. 07-CV-3582
                                        )
YOUTUBE, INC., YOUTUBE, LLC, and        )
GOOGLE, INC.,                           )
                                        )
            Defendants.                 )
_____)


VIDEOTAPED DEPOSITION OF SUZANNE REIDER
SAN FRANCISCO, CALIFORNIA
FRIDAY, OCTOBER 3, 2008


BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
CSR LICENSE NO. 9830
JOB NO. 15910

1                      OCTOBER 3, 2008

2                        9:01 a.m.

3

4        VIDEOTAPED DEPOSITION OF SUZANNE REIDER,

5        SHEARMAN & STERLING, 525 Market Street,

6        San Francisco, California, pursuant to notice,

7        before ANDREA M. IGNACIO HOWARD, CLR, RPR, CSR

8        License No. 9830.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    A P P E A R A N C E S:

2

3        FOR THE PLAINTIFFS VIACOM INTERNATIONAL INC.:

4            SHEARMAN & STERLING LLP

5            By:  KIRSTEN NELSON CUNHA, Esq.

6            599 Lexington Avenue

7            New York, New York 10022-6069

8            (212) 848-4000  kirsten.cunha@shearman.com

9

10           SHEARMAN & STERLING LLP

11           By:  BENJAMIN HUGHES, Esq.

12           525 Market Street

13           San Francisco, California 94105

14           (415) 616-1100  bhughes@shearman.com

15

16       FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:

17           BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

18           By:   JOHN C. BROWNE, Esq.

19           1285 Avenue Of The Americas

20           New York, New York 10019

21           (212) 554-1533  johnb@blbglaw.com

22

23

24

25

A P P E A R A N C E S  (Continued.)


FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and

GOOGLE, INC.:

    MAYER BROWN LLP

       By:  BRIAN WILLEN, Esq.

          DAVID MCGILL, Esq.

    1675 Broadway

    New York, New York 10019

    (212) 506-2146  bwillen@mayer.com


ALSO PRESENT:

    GOOGLE

    By:  ADAM L. BAREA, Litigation Counsel

    1600 Amphitheater Parkway

    Mountain View, California 94043

    (650) 214-4879  adambarea@google.com


    LOU MEADOWS, Videographer.


            ---oOo---

1    REIDER

2    09:03:22 produced on -- on a rolling basis, some of which may

3    09:03:25 related -- may have related to -- to Ms. Reider, so we

4    09:03:29 will certainly -- certainly object to any attempt to

5    09:03:31 redepose her.

6    09:03:33         We think this is the one opportunity that you

7    09:03:35 will have, and you have a full day to ask whatever

8    09:03:40 questions you'd like, and I think there's no reason

9    09:03:41 to -- to come back here after we go through today.

10   09:03:44         MR. BROWNE:  Okay.  Your objection is noted,

11   09:03:45 but I will point out that you gave us the date for

12   09:03:49 Ms. Reider's deposition on September 5th.

13   09:03:52         At no time since then have you said that

14   09:03:54 there's a substantial number of her documents that we

15   09:03:56 have not seen, and producing them to us on the day

16   09:03:58 before the deposition, I think it's pretty clear we

17   09:04:01 didn't have an opportunity to review them.

18   09:04:04         So we've both stated our positions.  Our

19   09:04:08 position is that we're keeping the deposition open.

20   09:04:10    Q   And with that, Ms. Reider, can you state your

21   09:04:12 full name and address for the record.

22   09:04:13    A    Suzanne Reider, 924 Church Street,

23   09:04:18 San Francisco, California 94114.

24   09:04:18    Q   Okay.  And are you currently employed?

25   09:04:21    A   Yes, I am.

1          REIDER

2   09:04:21    Q    Where at?

3   09:04:22    A    Google.

4   09:04:22    Q    Okay.  What's your title?

5   09:04:23    A    My current title is director of sales.

6   09:04:26    Q    And when did you first come to be employed at

7   09:04:29 Google?

8   09:04:29    A    I started working at Google when the

9   09:04:33 acquisition closed, which was November 18th of 2006.

10  09:04:36    Q    And prior to that, where were you employed?

11  09:04:38    A    Prior to that I was a YouTube employee, and

12  09:04:41 prior to that I was a SVP general manager for CNET

13  09:04:46 Networks here in San Francisco managing the games,

14  09:04:52 television, and music properties.

15  09:04:54    Q    And what was your title at YouTube?

16  09:04:59    A    I was hired at YouTube as the chief marketing

17  09:05:01 officer.

18  09:05:01    Q    When were you hired?

19  09:05:02    A    In September of 2006.

20  09:05:05    Q    Did there come a time when your title changed

21  09:05:12 at YouTube?

22  09:05:13    A    My title has changed at YouTube four, five

23  09:05:15 times.

24  09:05:15    Q    Okay.  The first change from chief marketing

25  09:05:18 officer, what did you change to from that?

1                           REIDER

2  09:05:24    A    I think from the chief marketing officer,

3  09:05:25 after the acquisition, it changed to director of sales

4  09:05:30 and marketing.

5  09:05:31    Q    Approximately when did that change take

6  09:05:33 place?

7  09:05:40    A    I mean, probably weeks after the acquisition.

8  09:05:43 There's very few C-level titles at Google.  I think

9  09:05:49 Eric Schmidt has one, and our CFO has one.  So -- and

10 09:05:53 I think the title changing, you -- that comes in the

11 09:05:55 form of what's on your business card.  It comes in the

12 09:05:58 form of what's on our intranet within Google, but

13 09:06:02 titles at Google change quite frequently.

14 09:06:05    Q    Other than the change to director of sales

15 09:06:07 and marketing, did you have any other titles --

16 09:06:10 changes to your job title?

17 09:06:12    A    Yeah.  The -- the marketing.  We hired

18 09:06:15 somebody to take the -- so I was hired at YouTube to

19 09:06:18 be the place where sales and marketing came together,

20 09:06:21 which is possible within a smaller company.

21 09:06:24         But when we were acquired by Google, about

22 09:06:29 two weeks into the job, it became clear to me that I

23 09:06:33 couldn't physically be on the marketing side of the

24 09:06:35 company and the sales side of the company at the same

25 09:06:37 time.

1    REIDER

2    09:06:38      And so I focused more on the -- the sales

3    09:06:44 side, and we began to look for somebody to take the

4    09:06:46 marketing position.  And -- and then when he came

5    09:06:51 onboard, which I think was the fall, probably, of '07,

6    09:06:59 then I was able to fully move over into just the sales

7    09:07:04 area.

8    09:07:04    Q    And the "he" that you mentioned, who were you

9    09:07:07 referring to?

10   09:07:10    A    A guy named Chris Di Cesare.

11   09:07:14    Q    Okay.  So when you moved over in the fall of

12   09:07:16 '07 into just the sales area, I take it your title

13   09:07:20 also changed at that time?

14   09:07:21    A    Yes.  But again, I mean, I cared -- I still

15   09:07:23 had business cards that say "Head of Sales and

16   09:07:28 Marketing," "Director of Sales and Marketing."  People

17   09:07:28 still introduce me at conferences sometimes as Head of

18   09:07:30 Sales and Marketing.

19   09:07:31      So we're -- it's not -- Google's not a big

20   09:07:32 title place.  It's really -- it -- it really doesn't

21   09:07:35 matter that much I guess is what I'm saying.

22   09:07:37    Q    But did you have an understanding that your

23   09:07:39 actual job title had changed at that time?

24   09:07:41    A    My job title?

25   09:07:42    Q    Uh-huh.

1                          REIDER

2  09:07:45    A    Nobody ever told me that my title was

3  09:07:46 changing.  You go onto MOMA, which is our intranet,

4  09:07:52 and I made an adjustment, out of respect for the

5  09:07:55 gentleman that we had hired as our head of marketing,

6  09:07:57 to make sure that it was clear that he was going to be

7  09:07:59 taking on the marketing side and that I would maintain

8  09:08:02 the sales side.

9  09:08:03    Q    And did that unjust- -- adjustment that you

10 09:08:03 made include changing your job title?

11 09:08:05    A    I actually don't recall --

12 09:08:06    Q    Okay.

13 09:08:07    A    -- and I can't recall, thinking about our

14 09:08:08 intranet right now, what my title is on it.  I think

15 09:08:10 it might still say "Director of Sales and Marketing."

16 09:08:14 But I report up into Tim Armstrong, who is the

17 09:08:18 president of North American Sales and Commerce, and

18 09:08:21 Tim is on the sales side.

19 09:08:24        But at Google we also have an -- a very -- we

20 09:08:28 have a business marketing practice that is within the

21 09:08:32 sales.  So there's consumer marketing and there's

22 09:08:36 sales marketing, and I still have a tremendous amount

23 09:08:38 of influence on the business marketing side for

24 09:08:42 YouTube.

25 09:08:46    Q    What is the difference between the consumer

1

2 09:43:30 website. So it's -- it's a little silly because it

3 09:43:39 really just means an ad. A display ad is an ad.

4 09:43:47    Q   And does YouTube currently sell display

5 09:43:50 advertisements?

6 09:43:51    A   Yes.

7 09:43:51    Q   And where on the YouTube website do the

8 09:43:54 display advertisements appear?

9 09:43:57    A   So, today, you see display ads on the search

10 09:44:05 results page, on the Watch Page, and on a number of

11 09:44:12 other, what we call, browse pages.

12 09:44:18    Q   Anywhere else?

13 09:44:25    A   I mean, there -- I guess you could call the

14 09:44:29 Homepage ad a display. It's really a click-to-play

15 09:44:34 video ad, but you could call it a display ad when it's

16 09:44:38 just sitting there and nobody clicks on it. I mean,

17 09:44:40 again, it's a use -- it's a loose term that we use

18 09:44:44 just to talk about advertising display ads.

19 09:44:46    Q   Could a display ad include a video and text?

20 09:44:50 Would -- would both of those fall under the rubric of

21 09:44:52 display ad?

22 09:44:54    A   Usually a video ad would be called a video

23 09:45:00 ad, and a display ad would be called a display ad,

24 09:45:06 but -- go ahead.

25 09:45:08    Q   Have you heard of a term called "Banner

2  10:09:49 today, on the Watch Pages?

3  10:09:54    A    No.

4  10:09:56    Q    None at all?

5  10:09:58    A    YouTube doesn't serve ads onto Watch Pages

6  10:10:03 unless we have a specific relationship with the

7  10:10:05 content partner for that page.

8  10:10:09    Q    Just so there's no ambiguity at all, does

9  10:10:13 that mean that there are not -- there are no

10 10:10:16 advertisements on Watch Pages unless YouTube has a

11 10:10:19 specific relationship with the content partner for

12 10:10:21 that page?

13 10:10:25        MR. WILLEN:  Objection.

14 10:10:25        You've asked the question; she's answered it,

15 10:10:27 but go ahead.

16 10:10:28        THE WITNESS:  There is ambiguity, because it

17 10:10:30 is perfectly possible that somebody who's uploaded a

18 10:10:36 video to YouTube has embedded whatever they want to

19 10:10:42 embed within their video.

20 10:10:44        MR. BROWNE:  Q.  But YouTube wouldn't receive

21 10:10:46 any money from that type of advertiser; right?

22 10:10:50    A    No.

23 10:10:50    Q    Now, was there a time, at any point in time,

24 10:11:01 that -- that YouTube did serve advertisements on the

25 10:11:04 Watch Page?

```
              1                        REIDER

10:11:04      2       A    Yes.

10:11:04      3       Q    And when did they do that?

10:11:07      4       A    It was happening when I joined the company.

10:11:12      5       Q    And that was approximately September of 2006?

10:11:17      6       A    Yes.

10:11:17      7       Q    What types of -- what format did the

10:11:23      8    advertisements take on the Watch Pages as of that

10:11:27      9    time, September 2006?

10:11:32     10       A    From what I recall, again, this is over two

10:11:36     11    years ago now, it was what is called a display ad or a

10:11:39     12    banner ad or a 728 x 90.

10:11:45     13       Q    And that ad was, at that time in

10:11:53     14    September 2006, was displayed on the Watch Page

10:11:55     15    regardless of whether YouTube had a direct

10:11:58     16    relationship with the content provider; is that

10:11:59     17    correct?

10:12:00     18       A    That's correct.  I believe so.

10:12:04     19       Q    And did YouTube --

10:12:04     20            THE VIDEOGRAPHER:  I'm getting BlackBerry

10:12:04     21    interference right now.

10:12:17     22            THE WITNESS:  It's not me.

10:12:17     23            (Discussion off the record.)

10:14:47     24            MR. BROWNE:  Q.  And during the time that

10:14:48     25    YouTube displayed ads on the Watch Page page,
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

|     |                                                                                    |
| --- | ---------------------------------------------------------------------------------- |
| 1   | REIDER                                                                              |

10:14:53  2   regardless of whether YouTube had a direct

10:14:59  3   relationship with the content provider, did YouTube

10:15:01  4   receive revenue from those ads?

10:15:04  5       A   Yes.

10:15:04  6       Q   And that revenue went directly to YouTube?

10:15:14  7       MR. WILLEN:  Objection as to what you mean by

10:15:16  8   "directly."

10:15:20  9       THE WITNESS:  I have to think about that

10:15:29  10  because in a -- so can you ask your question again.

10:15:32  11      MR. BROWNE:  Q.  And the revenue that was

10:15:34  12  received from those advertisements that played on the

10:15:36  13  Watch Page, did that revenue go directly to YouTube?

10:15:41  14      MR. WILLEN:  Same objection.

10:15:43  15      THE WITNESS:  So it depends on the type of

10:15:48  16  the ad if the revenue would have gone directly to

10:15:51  17  YouTube.

10:15:51  18      MR. BROWNE:  Q.  In certain situations, at

10:15:54  19  least, would the revenue have gone directly to

10:15:57  20  YouTube?

10:15:57  21      A   In certain situations, with a certain type of

10:16:00  22  ad campaign, it would have gone directly to YouTube.

10:16:02  23      Q   In what type of situations and what types of

10:16:07  24  ad campaigns would that revenue have gone directly to

10:16:10  25  YouTube?

d55cb81d-97db-4a79-bc94-cb99fd5a659e

1

2  10:16:13   A   If it was what's called direct sold.

3  10:16:17   Q   What does that mean?

4  10:16:21   A   It means there was no other entity involved,

5  10:16:24 that a YouTube salesperson would have sold it.

6  10:16:27   Q   Are there any other types of situations where

7  10:16:31 the revenue from that advertisement playing on the

8  10:16:37 Watch Page would have gone directly to YouTube?

9  10:16:40   A   I think that's the question I just answered.

10  10:16:42   Q   Oh, you did, and you said, "Direct sold."  I

11  10:16:43 just want to make sure, are there other types other

12  10:16:47 than direct sold?

13  10:16:49   A   Are -- I just want to make sure I understand

14  10:16:51 the question.

15  10:16:51        You're asking if there are other types, other

16  10:16:54 than direct sold, that would occur on that?

17  10:16:59   Q   Let me just take a step back --

18  10:17:00   A   Yeah.

19  10:17:00   Q   -- and try to explain a little bit so we're

20  10:17:03 clear.

21  10:17:03        You said in certain situations the revenue

22  10:17:05 would go directly to YouTube.

23  10:17:05   A   Uh-huh.

24  10:17:08   Q   In sum and substance I asked you, what are

25  10:17:10 those situations, and we talked about the direct sold

1                          REIDER

2   10:17:12 situation.

3   10:17:13    A    Uh-huh.

4   10:17:13    Q    Now I just want to know, are there other

5   10:17:15 situations?

6   10:17:16    A    So when it's not direct sold?

7   10:17:17    Q    Right.

8   10:17:18    A    So, yes, when it's not direct sold, then

9   10:17:21 somebody else would also share in that revenue,

10  10:17:23 another company would also share in that revenue.

11  10:17:25    Q    And when you say "share in that reven- --

12  10:17:28 revenue," do you mean, then, that the other company

13  10:17:31 would get some of that revenue --

14  10:17:33    A    Uh-huh.

15  10:17:33    Q    -- and YouTube would also get a portion of

16  10:17:35 that revenue?

17  10:17:37    A    Yes.

18  10:17:37    Q    Did there come a time when -- when YouTube

19  10:17:41 stopped displaying advertisements on -- on the Watch

20  10:17:49 Pages for content when YouTube didn't have a direct

21  10:17:53 relationship with a content provider?

22  10:17:56    A    Yes.

23  10:17:57    Q    When did that happen?

24  10:18:01    A    I don't recall the exact date of when that

25  10:18:04 happened, but it was early in 2007.

|         |    | REIDER                                          |
|---------|----|-------------------------------------------------|
| 14:17:16 | 2  | Q   And there is -- is there a larger purpose for |
| 14:17:19 | 3  | that education?  What do you hope to achieve by |
| 14:17:23 | 4  | educating advertisers on that information? |
| 14:17:25 | 5  | A   That they become interested and that they |
| 14:17:27 | 6  | invite their Google sales rep to come and pay a visit |
| 14:17:30 | 7  | to see, then, okay, yeah, I understand.  Big picture, |
| 14:17:33 | 8  | this is what it is, and can Sally come see me and -- |
| 14:17:38 | 9  | and help me understand how for me, as a manufacturer |
| 14:17:41 | 10 | of shampoo, what kind of audience I can reach and how |
| 14:17:46 | 11 | I would actually leverage this platform and market. |
| 14:17:50 | 12 | Q   And then to ultimately purchase advertising? |
| 14:17:53 | 13 | A   That's what I mean.  An ad sales rep, their |
| 14:17:58 | 14 | job is to sell advertising, so yes. |
| 14:18:11 | 15 | Q   Give me one second; okay. |
| 14:18:35 | 16 | I'm going to introduce -- what are we?  8? |
| 14:18:41 | 17 | THE REPORTER:  9. |
| 14:18:41 | 18 | MR. BROWNE:  9.  Exhibit 9. |
| 14:18:43 | 19 | (Document marked Reider Exhibit 9 |
| 14:18:58 | 20 | for identification.) |
| 14:18:58 | 21 | THE WITNESS:  Thank you. |
| 14:18:59 | 22 | MR. BROWNE:  Q.  Now, Ms. Reider, I've -- |
| 14:19:12 | 23 | MR. WILLEN:  My copy has no Bates number on |
| 14:19:14 | 24 | it. |
| 14:19:14 | 25 | THE WITNESS:  Mine either. |

```
                    1                        REIDER
14:19:15            2            MR. BROWNE:  It's actually -- doesn't have a
14:19:18            3    Bates number.  I'll just represent to you that it's a
14:19:20            4    page that I printed out from the web- -- the YouTube
14:19:22            5    website a day or so ago.
14:19:30            6            MR. WILLEN:  Can you -- can you give us a
14:19:31            7    little bit more information about the circumstances
14:19:33            8    under which you printed the page off the website?
14:19:36            9            MR. BROWNE:  Not to be --
14:19:41            10           THE REPORTER:  Okay.  I can't hear you.  A
14:19:44            11   BlackBerry is totally going off.
14:19:46            12           MR. BROWNE:  Probably for the best that my
14:19:47            13   answer there got covered up.
14:19:56            14           Just -- you know what, I handed out the wrong
14:20:02            15   one anyway.  Yours says "InVideo"; doesn't it?
14:20:05            16      A    Mine says "YouTube InVideo Ads."
14:20:05            17      Q    Can we swap 9 out for this one?
14:20:08            18      A    YouTube video ads you want to go to?
14:20:11            19           MR. WILLEN:  Sorry about that.  I missed what
14:20:12            20   you just said.
14:20:13            21           MR. BROWNE:  Well, you know what, I -- I
14:20:14            22   handed out the wrong one by mistake.  I want to hand
14:20:18            23   out this one instead.
14:20:19            24           Could we just replace that Exhibit 9 with
14:20:22            25   this one?
```

d55cb81d-97db-4a79-bc94-cb99fd5a659e

| | 1 | REIDER |

14:20:22  2      THE WITNESS:  You want me to take this

14:20:23  3  sticker off?

14:20:24  4      MR. BROWNE:  I'm not sure how the court

14:20:26  5  reporter wants to do it actually.

14:20:27  6      THE WITNESS:  What do you want to do?

14:20:29  7      MR. WILLEN:  If I use this one, are you going

14:20:31  8  to use this one?

14:20:32  9      MR. BROWNE:  Probably not.  Maybe if you

14:20:34  10  could just set it on that chair.  I think I probably

14:20:37  11  won't use it.  It's actually --

14:20:41  12      THE WITNESS:  Would you like me to put my

14:20:43  13  Exhibit 9 sticker on the new one?

14:20:44  14      MR. BROWNE:  Wow, we're going to have to pay

14:20:46  15  you for the transcript.

14:20:47  16      THE WITNESS:  All right.  This?

14:20:49  17      MR. BROWNE:  All right.  Thank you.

14:20:50  18      THE WITNESS:  All right.

14:20:52  19      MR. BROWNE:  So -- okay.

14:20:53  20      MR. WILLEN:  So again, I'm going to say that

14:20:55  21  this new Exhibit 9 also doesn't have a Bates stamp on

14:20:58  22  it, so I just ask Mr. Browne to provide us with some

14:21:01  23  information about the circumstances under which he

14:21:04  24  obtained the document.

14:21:05  25      MR. BROWNE:  Yeah.  I'm -- I'm happy to do

d55cb81d-97db-4a79-bc94-cb99fd5a659e

                            1                        REIDER

14:21:07    2    that.

14:21:07    3              I went to the YouTube website and went onto

14:21:12    4    the online media kit, and I clicked on a link there

14:21:15    5    and this came up, and I printed it out.

14:21:19    6              MR. WILLEN:  Okay.  Well, we'll -- we'll

14:21:20    7    lodge a conditional foundational objection to your

14:21:25    8    document, go back and verify it, but you're free to

14:21:29    9    ask questions about it.

14:21:30   10              MR. BROWNE:  Okay.

14:21:31   11         Q    And before that little interlude, Ms. Reider,

14:21:35   12    we were talking about the online media kit that

14:21:38   13    YouTube -- that YouTube has and its purposes.  And

14:21:41   14    Exhibit 9 is just a page I've printed out from the

14:21:46   15    YouTube website, and if you look at the bottom there

14:21:48   16    it says "YouTube Stats (US)"; do you see that?

14:21:51   17         A    Uh-huh, yes, I see that.

14:21:52   18         Q    And you say they're the "#1 entertainment

14:21:55   19    site on the Internet"?

14:21:56   20         A    According to "Nielsen//NetRatings December

14:21:58   21    '07."

14:21:59   22         Q    Yes, that's right.

14:22:00   23              Now, why is that something to include on the

14:22:05   24    YouTube online media kit?

14:22:07   25         A    So the -- the context of this, see in the

d55cb81d-97db-4a79-bc94-cb99fd5a659e

                        1                              REIDER

14:22:09    2    upper-left where it says "YouTube Videocracy"?  So

14:22:13    3    there was an event that we held in February of 2008 in

14:22:17    4    New York called Videocracy, and it was an event where

14:22:24    5    we invited dozens of content partners to come and

14:22:28    6    participate.  And it was -- it was really our

14:22:31    7    coming-out party to the advertising community where we

14:22:37    8    highlighted our content partners.  And I know this is

14:22:43    9    not an exhibit, but in this YouTube InVideo Ads you

14:22:47    10   can see all the content partners that we're

14:22:49    11   highlighting here.

14:22:49    12        So it was an event for our content partners

14:22:53    13   and to introduce our advertisers to our content

14:22:57    14   partners.  And so the reason that we would say "#1

14:23:00    15   entertainment site on the Internet," or "#6 largest

14:23:03    16   audience on the Internet," because the original form

14:23:03    17   of that was a little piece of collateral that was

14:23:05    18   actually handed out at this event, was so that our

14:23:08    19   content partners would feel really good about

14:23:10    20   partnering with us.

14:23:12    21        Because it's like they're opening up a store

14:23:15    22   in the largest mall there is, and that's where -- this

14:23:18    23   is really to make our content partners feel really

14:23:21    24   spectacular about, you know, being at this event and

14:23:25    25   also, generally, so that advertisers understand this

d55cb81d-97db-4a79-bc94-cb99fd5a659e

1                          REIDER

14:23:29    2    is a platform that matters, and it would be meaningful

14:23:34    3    to figure out how to play here and engage with our

14:23:38    4    content partners.

14:23:41    5         Q    And you see there it says "68 million unique

14:23:44    6    monthly visitors"?

14:23:45    7         A    Yeah.

14:23:45    8         Q    Again, that's according to Nielsen.

14:23:48    9              Did you include that information for the same

14:23:53    10   types of reasons that you just gave me, or for

14:23:56    11   different reasons?

14:23:57    12        A    Well, it's the same.  It's from -- I mean, we

14:23:59    13   consider our partners to be advertisers and also to be

14:24:01    14   content partners, and so both of them need to feel

14:24:05    15   that this is a viable platform on -- on which they

14:24:10    16   want to participate.  Advertisers need to come and run

14:24:12    17   ads, and partners need to come here and have the

14:24:17    18   content.

14:24:17    19        Q    Now, up there on the -- on the top of this

14:24:20    20   Exhibit 9 it says "YouTube Video Ads," and then "Drive

14:24:24    21   engagement and awareness with high-profile placements

14:24:28    22   on YouTube's Search Results pages and Homepage"; do

14:24:30    23   you see that?

14:24:31    24        A    Yes.

14:24:31    25        Q    What -- what does that reference there to

1                              REIDER

2   15:00:38 ambiguous.

3   15:00:39        THE WITNESS:  Which I'll answer with, every

4   15:00:44 campaign is set up in a different way.

5   15:00:47        MR. BROWNE:  Q.  Well, have there been

6   15:00:50 instances that you have told advertisers that there

7   15:00:54 can be an indirect link between their advertisements

8   15:00:57 and the particular searches that YouTube users do on

9   15:01:01 the YouTube search page?

10  15:01:02    A    If you go back to that piece of collateral

11  15:01:05 that you had printed out from Videocracy and think

12  15:01:09 about that for a minute, at the -- that where we

13  15:01:12 highlight that we have content partners in news or in

14  15:01:15 sports or in wherever, that we tell advertisers that

15  15:01:20 if you want to buy against music content, you can buy

16  15:01:23 against music content.

17  15:01:29    Q    And that would be, if we're thinking back to

18  15:01:32 Exhibit 9 when we -- which was the online media kit

19  15:01:37 and it referenced search and category pages, that,

20  15:01:39 what you just gave me an example of, will be a

21  15:01:43 category search category?

22  15:01:43    A    InVideo.  Actually, I was thinking about the

23  15:01:46 InVideo that we were looking at first.

24  15:01:48    Q    When a -- when an advertiser has the ability

25  15:01:50 to or when YouTube has the ability to link

15:01:52 advertisements to, as you put it, sports and

15:01:56 music --

15:01:56    A    Uh-huh.

15:01:56    Q    -- isn't that -- correct me if I'm wrong, but

15:01:59 isn't that what you call a -- a -- a category?

15:02:02    A    So I don't know how this was set up in the

15:02:06 system.  I don't know exactly what the -- what this

15:02:09 is, other than what we're looking at.  But if somebody

15:02:13 searches for "auto," then it's possible -- or for

15:02:22 "fast cars," then it's possible that an automotive

15:02:27 manufacturer would be able to serve an automotive ad.

15:02:33    Q    Do -- do you mind just flipping back

15:02:34 to -- through that stack to Reider Exhibit 9, which

15:02:38 was the one-page --

15:02:39    A    Yeah.

15:02:39    Q    -- document called "YouTube Video Ads."  And

15:02:42 the second bullet point up from the word "features,"

15:02:46 it says there "Search and category pages present

15:02:50 content related to user interest at the moment of

15:02:52 relevance" and then it goes on.

15:02:52    A    Uh-huh.

15:02:55    Q    Do you see that?

15:02:55    A    "Features"; where am I?

15:02:59    Q    I'm sorry.

|   | 1 | REIDER |
|---|---|--------|

17:08:48    2        The time is 5:08 p.m.

17:08:50    3        (Recess taken.)

17:12:06    4        THE VIDEOGRAPHER:  On the record.

17:12:07    5        The time is 5:11 p.m.

17:12:09    6        Please continue.

17:12:09    7        MS. CUNHA:  Okay.

17:12:13    8    Q    So my -- my question to you is, why did you

17:12:17    9    put "Client attorney privilege" on this e-mail?

17:12:20   10    A    Okay.  And it was a long time ago.  I think I

17:12:24   11    may have thought that I had CCed one of our attorneys,

17:12:29   12    Zahavah, but actually I don't -- I don't have any idea

17:12:34   13    why I put that on there.

17:12:35   14    Q    Okay.

17:12:36   15        If you could just quickly turn back to

17:12:37   16    Exhibit 17.  I just have a couple of more questions.

17:12:40   17    A    Is that the rate card?

17:12:41   18    Q    That's the rate card; correct.

17:12:43   19    A    Okay.

17:12:46   20    Q    Do you see under -- it says "run of site,"

17:12:50   21    and then there's an indication for "ROS."  It's on the

17:12:54   22    first page of the rate card.

17:12:55   23    A    First page.  Okay.  I'm there.

17:12:57   24    Q    What is "run of site"?  What does that mean?

17:13:00   25    A    Run of site means that the advertiser has --

1                REIDER

17:13:02    2    there's no guarantee.  There's no commitment about

17:13:05    3    where the ad is gonna show up.  It can go run of site

17:13:09    4    anywhere on the sight.  It's total up to us, our

17:13:14    5    discretion.  They don't get to say at all.

17:13:16    6        Q    And what do you understand the part that

17:13:20    7    refers to vertical level one, vertical level two,

17:13:22    8    vertical level three?  Do you see that?

17:13:23    9        A    Yeah.

17:13:23   10        Q    What does that mean?

17:13:24   11        A    I had to remind myself of that too, because

17:13:28   12    that doesn't -- that's part -- we don't do that

17:13:30   13    anymore, but I believe what that was was levels of

17:13:33   14    targeting.

17:13:34   15            So if you just want the broad category of

17:13:37   16    entertainment, that would be vertical level one.  If

17:13:40   17    you want to go a little deeper and you want, like,

17:13:44   18    music, that would be number two.  If you want to go a

17:13:47   19    little deeper -- but we don't do that anymore, and I

17:13:49   20    also had to remind myself of what that was.

17:13:57   21        Q    And final question, does YouTube sell ads on

17:14:00   22    registration pages?

17:14:01   23        A    I don't -- I would have to look if we sell --

17:14:07   24    I don't think we sell ads on registration pages,

17:14:10   25    because it would deter the user from registering, in