UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC. )
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, and BLACK )
ENTERTAINMENT TELEVISION, LLC, )
                                 )
            Plaintiffs, )
                                 )
vs. ) NO. 07-CV-2103
                                 )
YOUTUBE, INC., YOUTUBE, LLC, )
and GOOGLE, INC., )
                                 )
            Defendants. )
_____)
                                 )
THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all )
others similarly situated, )
                                 )
            Plaintiffs, )
vs. ) NO. 07-CV-3582
                                 )
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
                                 )
            Defendants. )
_____)

H I G H L Y  C O N F I D E N T I A L
VIDEOTAPED DEPOSITION OF JONATHAN ROSENBERG
PALO ALTO, CALIFORNIA
FRIDAY, DECEMBER 4, 2009

JOB NO. 18170

1                    DECEMBER 4, 2009

2                       10:05 a.m.

3

4        VIDEOTAPED DEPOSITION OF JONATHAN ROSENBERG,

5        WILSON, SONSINI, GOODRICH & ROSATI, LLP,

6        601 Page Mill Road, Palo Alto, California

7        pursuant to notice, and before me,

8        ANDREA M. IGNACIO HOWARD, CLR, RPR, CRR, CSR

9        License No. 9830.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    A P P E A R A N C E S:
 2
 3    FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:
 4         PROSKAUER ROSE, LLP
 5         By:  ROBERT H. HORN, Esq.
 6         2049 Century Park East, Suite 3200
 7         Los Angeles, California 90067-3206
 8         (310) 284-5649  Fax: (310) 357-2193
 9         rhorn@proskauer.com
10
11    FOR THE PLAINTIFFS VIACOM INTERNATIONAL, INC.:
12         SHEARMAN & STERLING, LLP
13         By:  STUART BASKIN, Esq.
14              SEAN T. STRAUSS, Esq.
15         599 Lexington Avenue
16         New York, New York 10022
17         (212) 848-4000
18         stuart.baskin@shearman.com
19
20
21
22
23
24
25
```

1     A P P E A R A N C E S  (Continued.)
2
3        FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and
4        GOOGLE, INC.:
5             MAYER BROWN, LLP
6             By:  JOHN MANCINI, Esq.
7             1675 Broadway
8             New York, New York 10019
9             (212) 506-2146
10            jmancini@mayer.com
11
12       ALSO PRESENT:  Armando Carrasco, Videographer.
13
14                      ---oOo---
15
16
17
18
19
20
21
22
23
24
25

1                    ROSENBERG, J.

2  10:12:55    A    About three and a half hours.

3  10:12:56    Q    And did counsel show you documents during the
4  10:12:59  course of the three and a half hours?

5  10:13:00    A    Yes.

6  10:13:00    Q    Approximately how many documents did counsel
7  10:13:03  show you?

8  10:13:07    A    Two dozen.

9  10:13:09    Q    What is your -- what is your current position
10 10:13:16  at Google?

11 10:13:17    A    I'm the senior vice president of product
12 10:13:19  management.

13 10:13:20    Q    And was that the same position you held since
14 10:13:22  2005?

15 10:13:26    A    Since 2000 -- yeah.

16 10:13:28    Q    In other words, you haven't changed functions
17 10:13:31  since 2005?

18 10:13:33    A    Correct.

19 10:13:33    Q    Okay.  And are you currently a member of the
20 10:13:40  Operations Committee of the company?

21 10:13:42    A    Yes.

22 10:13:42    Q    And previously, when the Operations Committee
23 10:13:45  was called the Executive Management Group, were you a
24 10:13:50  member of that as well?

25 10:13:52    A    Yes.

| | | |
|---|---|---|
| | 1 | ROSENBERG, J. |
| 11:00:20 | 2 | Q  Now, there is a function -- strike that. |
| 11:00:22 | 3 | There is an event that's part of Google |
| 11:00:27 | 4 | culture which is called the -- a GPS conference; isn't |
| 11:00:30 | 5 | that true? |
| 11:00:31 | 6 | A  Yes. |
| 11:00:31 | 7 | Q  And just -- could you identify for us what |
| 11:00:35 | 8 | the -- what does "GPS" stand for? |
| 11:00:37 | 9 | A  I believe it stands for Google Product |
| 11:00:39 | 10 | Strategy. |
| 11:00:40 | 11 | Q  And I take it, by virtue of your position, |
| 11:00:44 | 12 | you would have -- you attended or attend almost all |
| 11:00:48 | 13 | GPS meetings; is that correct? |
| 11:00:53 | 14 | A  No. |
| 11:00:55 | 15 | Q  Do you recall whether you attended a GPS |
| 11:00:58 | 16 | meeting on the topic of Google Video that occurred in |
| 11:01:03 | 17 | approximately May 2006? |
| 11:01:05 | 18 | MR. MANCINI:  Objection; lacks foundation. |
| 11:01:08 | 19 | THE WITNESS:  I believe I attended GPS |
| 11:01:12 | 20 | meetings related to Google Video.  I do not recall |
| 11:01:14 | 21 | specific meetings, and I do not believe I attended all |
| 11:01:20 | 22 | the meetings. |
| 11:01:20 | 23 | MR. BASKIN:  Q.  Well, do you recall |
| 11:01:23 | 24 | attending a meeting, in and around the spring of 2006, |
| 11:01:26 | 25 | where Mr. Chane made a presentation to the GPS |

048f2b53-760b-4968-a4bf-6e461ad768dd

|  |  |  |
|---|---|---|
|  | 1 | ROSENBERG, J. |
| 11:01:34 | 2 | regarding Google Video? |
| 11:01:36 | 3 | MR. MANCINI: Objection to form; and |
| 11:01:37 | 4 | objection; lacks foundation. |
| 11:01:38 | 5 | THE WITNESS: I recall being present when |
| 11:01:43 | 6 | Peter Chane presented information on Google Video. I |
| 11:01:50 | 7 | don't recall what meeting that was or when it was. |
| 11:01:52 | 8 | MR. BASKIN: Q. And do you recall a meeting |
| 11:01:53 | 9 | where Mr. Chane did that, that Mr. Schmidt was also |
| 11:01:57 | 10 | present? |
| 11:01:59 | 11 | A  I -- |
| 11:01:59 | 12 | MR. MANCINI: Objection to form; and |
| 11:02:01 | 13 | objection; lacks foundation. |
| 11:02:02 | 14 | THE WITNESS: I don't keep track of which of |
| 11:02:03 | 15 | the other executives are in these meetings. Eric is |
| 11:02:07 | 16 | not always at the meetings, and I'm not always at the |
| 11:02:10 | 17 | meetings. |
| 11:02:10 | 18 | MR. BASKIN: Q. The particular meeting where |
| 11:02:12 | 19 | Mr. Chane addressed the -- the meeting, do you recall |
| 11:02:15 | 20 | that Mr. Brin was present? |
| 11:02:17 | 21 | A  No, I do not. |
| 11:02:19 | 22 | Q  Now, as you sit here now, do you have any |
| 11:02:28 | 23 | substantive recollection of the GPS meeting -- the |
| 11:02:35 | 24 | subject of the GPS meeting in -- at which Mr. Chane |
| 11:02:41 | 25 | addressed the GPS? |

048f2b53-760b-4968-a4bf-6e461ad768dd