UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


-------------------------------------X

VIACOM INTERNATIONAL, INC., COMEDY
PARTNERS, COUNTRY MUSIC
TELEVISION, INC., PARAMOUNT
PICTURES CORPORATION, and BLACK
ENTERTAINMENT TELEVISION, LLC,

        Plaintiffs,

vs.                          No. 07-CV-2103

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

        Defendants.

-------------------------------------X


HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF
NICHOLAS SEET/AUDITUDE, INC.
SAN FRANCISCO, CALIFORNIA
TUESDAY, NOVEMBER 24, 2009

JOB NO. 18254

1      Nicholas Seet  San Francisco, CA  November 24, 2009

2   09:24:09  to that we did broadcast-based music identification,

3   09:24:16  and that turned into broadcast television and radio

4   09:24:21  ad tracking technology.

5   09:24:25           And then we changed our business model in

6   09:24:28  2006 to focus on online media.

7   09:24:38      Q.   Okay.  So -- so when -- when was the

8   09:24:41  company actually incorporated?

9   09:24:43      A.   In 2006.

10  09:24:46      Q.   And how -- how many employees did Auditude

11  09:24:49  have at the time that it opened for business in

12  09:24:51  2006?

13  09:24:56           MR. PLATZER:  Object to the form.

14  09:24:57           MR. WILLEN:  Excuse me.

15  09:24:59           MR. CARDON:  So this is -- Mr. Platzer is

16  09:25:01  just making an objection for the record.  So you can

17  09:25:04  go ahead and answer it.

18  09:25:05  BY MR. WILLEN:

19  09:25:06      Q.   If you -- if you understand my question,

20  09:25:08  you can answer it.

21  09:25:09      A.   Less than five.

22  09:25:10      Q.   Okay.  So at the time that the company was

23  09:25:13  incorporated in 2006, what would you say was the --

24  09:25:16  the primary business model at that time?

25  09:25:19      A.   Tracking ads on TV and radio.

Nicholas Seet  San Francisco, CA  November 24, 2009

09:25:23    Q.    Can you just describe briefly how that --

09:25:26 how that business model works?

09:25:30    A.    We have a -- a nation-wide system of

09:25:36 broadcast fingerprinters that would fingerprint

09:25:44 television and radio signal, and we would be

09:25:48 provided with media from advertisers and agencies to

09:25:52 look for in that broadcast fingerprint.

09:25:56         So essentially we were tracking ads on TV

09:25:59 and radio, and we could tell the advertiser or the

09:26:02 agency exactly when and where their ads played,

09:26:06 which was previously not something that -- that

09:26:09 either they were not doing it, or they were doing it

09:26:13 by hand, manually going through and listening and

09:26:17 watching television, which was obviously not very

09:26:19 accurate, and -- and quite labor-intensive.

09:26:23    Q.    And -- and that business was based on an

09:26:27 audio fingerprint technology that Auditude had

09:26:31 developed?

09:26:32    A.    That is correct.

09:26:32    Q.    And was it you who developed that

09:26:34 technology?

09:26:35    A.    I was the CEO at the time that technology

09:26:38 was developed, but I wasn't personally the -- the

09:26:40 author of the technology.

1          Nicholas Seet  San Francisco, CA  November 24, 2009

2  09:26:42      Q.    Who -- who was the actual author of the

3  09:26:44  technology?

4  09:26:45      A.    We have a chief scientist named Sergiy

5  09:26:52  Bilobrov who is the -- as we say -- the rocket

6  09:26:57  scientist who developed the technology.

7  09:27:00      Q.    At a high level of generality, can you

8  09:27:02  describe for me what the technology actually is?

9  09:27:05      A.    Certainly --

10 09:27:06          MR. CARDON:  And -- and I'll object.  It's

11 09:27:07  vague as to time.

12 09:27:08          MR. WILLEN:  Sure.

13 09:27:08  BY MR. WILLEN:

14 09:27:08      Q.    In 2006, the time that the company was

15 09:27:12  incorporated.

16 09:27:12      A.    Right.  So digital fingerprinting is an

17 09:27:19  area of audio science or video or media science, I

18 09:27:22  would say, that extracts a set of key frequency

19 09:27:28  characteristics from the signal, and assembles

20 09:27:35  those -- extracts from those key frequency

21 09:27:39  characteristics, or compiles them into a signature,

22 09:27:42  as it were, a digital fingerprint.

23 09:27:46          This fingerprint can then be utilized to

24 09:27:49  find that same signature in media, even if it has

25 09:27:53  been highly altered, distorted, compressed.

1        Nicholas Seet  San Francisco, CA  November 24, 2009

2   09:28:00        The key to a good fingerprinting system is

3   09:28:05   being very accurate, very robust to noise and

4   09:28:11   distortions, and very fast.

5   09:28:16        Q.   So in -- at the time the company opened,

6   09:28:20   was the fingerprinting technology that Auditude had

7   09:28:23   developed being used for anything else other than

8   09:28:25   what you described as tracking advertisements on

9   09:28:29   broadcast media?

10  09:28:30        A.   At -- at what time?

11  09:28:31        Q.   Yeah, 2006, the company -- when the

12  09:28:34   company was founded.

13  09:28:36        A.   We were doing ad tracking, but we were

14  09:28:41   also doing music identification, based on radio air

15  09:28:47   play.

16  09:28:48        Q.   Okay.  Were you -- were you also doing

17  09:28:51   Internet content monitoring at that time?

18  09:28:53        A.   Not at -- not at that time, no.

19  09:28:56        Q.   Okay.  But -- but I think you testified

20  09:28:58   earlier that there -- there came a time when

21  09:29:00   Auditude started getting in the business of Internet

22  09:29:03   content monitoring?

23  09:29:04        A.   That is correct.

24  09:29:05        Q.   Now, when was the first time that Auditude

25  09:29:08   had the idea of shifting its business to focus on

1     Nicholas Seet   San Francisco, CA   November 24, 2009

2   09:29:11

3   09:29:15

4   09:29:24

5   09:29:30

6   09:29:35

7   09:29:41

8   09:29:45

9   09:29:52

10  09:29:56

11  09:30:02

12  09:30:03

13  09:30:05

14  09:30:08

15  09:30:10

16  09:30:11

17  09:30:14

18  09:30:21

19  09:30:25

20  09:30:30

21  09:30:32

22  09:30:35

23  09:30:37

24  09:30:41

25  09:30:48

1       Nicholas Seet  San Francisco, CA  November 24, 2009
2   09:30:50
3   09:30:53
4   09:30:55
5   09:30:56
6   09:30:57
7   09:31:01
8   09:31:02
9   09:31:04
10  09:31:07
11  09:31:12
12  09:31:14
13  09:31:16
14  09:31:20
15  09:31:24
16  09:31:26
17  09:31:29
18  09:31:31
19  09:31:32
20  09:31:33
21  09:31:33
22  09:31:36
23  09:31:39
24  09:31:41
25

1              Nicholas Seet  San Francisco, CA  November 24, 2009

2   10:45:06       A.   Yes.

3   10:45:07       Q.   So was there a specific discussion that

4   10:45:09 you recall about using Auditude to monetize Viacom

5   10:45:16 content on YouTube?

6   10:45:18       A.   Not specifically on YouTube.  It was a

7   10:45:20 general statement that they were interested in that

8   10:45:23 data for monetization, amongst other things.

9   10:45:26       Q.   And what were the other things, in

10  10:45:28 addition to monetization, that Viacom was

11  10:45:30 interested?

12  10:45:32       A.   I would be assuming that copyright

13  10:45:37 enforcement was one of them, and that may have been

14  10:45:40 mentioned at that meeting.  I don't recall,

15  10:45:44 specifically.

16  10:45:46       Q.   Did Viacom, in -- in those meetings that

17  10:45:49 you had, ever tell Auditude that it was important to

18  10:45:52 Viacom that Auditude develop a video-based

19  10:45:57 fingerprinting technology, in addition to its

20  10:45:59 audio-based fingerprinting technology?

21  10:46:03       A.   In the initial meetings, no.

22  10:46:05       Q.   In any subsequent meetings?

23  10:46:09       A.   Yes.  The subsequent meetings pointed out

24  10:46:12 that having video fingerprinting would make the

25  10:46:20 manual review process of the detections much more

1          Nicholas Seet  San Francisco, CA  November 24, 2009

2    10:46:24  efficient.

3    10:46:26           So, in other words, video fingerprinting

4    10:46:30  was looked at as a significant time saver for the

5    10:46:35  manual review process of the Auditude results.

6    10:46:38      Q.    And why was that?

7    10:46:43

8    10:46:45

9    10:46:53

10   10:47:00

11   10:47:07

12   10:47:12

13   10:47:17

14   10:47:25

15   10:47:33

16   10:47:34

17   10:47:37

18   10:47:40

19   10:47:44

20   10:47:46

21   10:47:49

22   10:47:50

23   10:47:52

24   10:47:54

25   10:47:56

Nicholas Seet  San Francisco, CA  November 24, 2009

| | |
|---|---|
| 1 | |
| 2 | 10:48:00 |
| 3 | 10:48:05 |
| 4 | 10:48:05 |
| 5 | 10:48:06 |
| 6 | 10:48:12 |
| 7 | 10:48:17 |
| 8 | 10:48:20 |
| 9 | 10:48:21 |
| 10 | 10:48:24 |
| 11 | 10:48:26 |
| 12 | 10:48:31 |
| 13 | 10:48:38 |

14  10:48:39      Q.   All right.  So Viacom and Auditude

15  10:48:42  ultimately signed a contract for Viacom to use

16  10:48:45  Auditude's CopyID tool?

17  10:48:48      A.   That's correct.

18  10:48:53          MR. WILLEN:  Okay.  Let's actually

19  10:48:55  introduce that agreement, so we can all be on the

20  10:48:59  same page.  This will be Exhibit --

21  10:49:03          THE REPORTER:   7.

22  10:49:04          MR. WILLEN:  Exhibit 7.

23  10:49:04          (Deposition Exhibit Number 7 was marked

24  10:49:04          for identification.)

25