UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL INC., COMEDY )
PARTNERS, COUNTRY MUSIC )
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, and BLACK )
ENTERTAINMENT TELEVISION LLC, )
)
              Plaintiffs, )
         vs. ) Case No. 1:07CV02103
YOUTUBE, INC., YOUTUBE, LLC, )
and GOOGLE, INC., )
)
             Defendants. )
_____)
THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all )
others similarly situated, )
)
             Plaintiffs, )
         vs. ) Case No. 07CV3582
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
)
             Defendants. )
_____)


VIDEOTAPED DEPOSITION OF SHASHI SETH
New York, New York
Thursday, July 16th, 2009


REPORTED BY:
ERICA RUGGIERI, CSR, RPR
JOB NO: 17168

1

2

3

4                      July 16, 2009

5                       8:09 a.m.

6

7           VIDEOTAPED DEPOSITION OF SHASHI

8      SETH, held at the offices of Jenner &

9      Block, 919 Third Avenue, New York,

10     New York, pursuant to notice, before

11     before Erica L. Ruggieri, Registered

12     Professional Reporter and Notary Public of

13     the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

A P P E A R A N C E S

FOR THE PLAINTIFFS:

    JENNER & BLOCK, LLP

    BY:  SCOTT B. WILKENS, ESQ.

        SARAH A. MAGUIRE, ESQ.

    1099 New York Avenue, NW

    Washington, DC 20001

    (202) 639-6000

    Swilkens@jenner.com

FOR THE DEFENDANTS

    MAYER BROWN, LLP

    BY: BRIAN WILLEN, ESQ.

    1675 Broadway

    New York, New York  10019

    (212) 506-2146

    Bwillen@mayerbrown.com

A P P E A R A N C E S (Cont'd)

FOR THE LEAD PLAINTIFFS AND PROSPECTIVE

CLASS:

    PROSKAUER ROSE, LLP

    BY: ELIZABETH FIGUEIRA, ESQ.

    1585 Broadway

    New York, N.Y. 10036-8299

    (212) 969-3697

    Efigueira@proskauer.com


FOR THE WITNESS:

    PERKINS, COIE, BROWN & BAIN, PA

    BY: TIMOTHY J. FRANKS, ESQ.

    2901 N. Central Avenue, Suite 2000

    Phoenix, Arizona 85012-2788

    (602) 351-8390

    Tfranks@perkinscoie.com



ALSO PRESENT:

    KELLY TRUELOVE, Viacom Consultant

    JUAN ORTIZ, Videographer

1

2                    IT IS HEREBY STIPULATED AND

3          AGREED, by and between the attorneys

4          for the respective parties herein,

5          that filing and sealing be and the

6          same are hereby waived.

7                    IT IS FURTHER STIPULATED AND

8          AGREED that all objections, except as

9          to the form of the question, shall be

10         reserved to the time of the trial.

11                   IT IS FURTHER STIPULATED AND

12         AGREED that the within deposition may

13         be sworn to and signed before any

14         officer authorized to administer an

15         oath, with the same force and effect

16         as if signed and sworn to before the

17         Court.

18

19

20

21

22

23

24

25

1                          SETH

2                A.    It's about a dozen.

3                Q.    Now, while you were still

4          product lead of search, do you recall

5    08:19:51 Google acquiring YouTube?

6                A.    Yes.

7                Q.    And were you involved in any way

8          in the decision by Google to acquire

9          YouTube?

10   08:20:02  A.    No.

11               Q.    And while you were product lead

12         of search at Google, did you work on any

13         aspect of YouTube?

14               A.    No.

15   08:20:12  Q.    Now, if you go back to

16         Exhibit 1, it indicates that when you left

17         your position as product lead of search,

18         January of 2007, you subsequently became

19         the head of monetization at YouTube

20   08:20:33 thereafter, in the same month, January of

21         2007; is that correct?

22               A.    That is correct.  There wasn't a

23         title defined right away, but over the

24         course of next couple months that was the

25   08:20:47 title that I set into the job with.

1                           SETH

2              Q.    So within a couple months of

3         joining YouTube, you received a title of

4         head of monetization?

5    08:20:57   A.    Uh-hum.

6              Q.    And was there any title that you

7         had when you first started?

8              A.    No.

9              Q.    Just going back for a moment to

10   08:21:07 your time as product lead of search, did

11        you work on any aspect of search for

12        video?

13             A.    No.

14             Q.    And how long were you head of

15   08:21:23 monetization -- sorry.  How long were you

16        working at YouTube?

17             A.    Roughly 16 months, 17 months,

18        something like that.

19             Q.    And am I correct that you left

20   08:21:38 in about May of 2008?

21             A.    Right.  My exit from Google was

22        in June of 2008.

23             Q.    And were you working on

24        YouTube-related projects until June of

25   08:21:52 2008?

1                          SETH

2              A.    Yes.

3              Q.    And what was the reason for your

4         leaving your job at YouTube?

5    08:22:00   A.    I wanted to go back to a

6         slightly smaller setup.  And the industry

7         looked inside Google for other

8         opportunities, and once I couldn't find

9         anything, I decided to go join Cooliris.

10   08:22:23   Q.    So did you leave your job at

11        YouTube voluntarily?

12             A.    Yes.

13             Q.    Now, going back to January of

14        2007, when you switched from product lead

15   08:22:38 of search to head of -- to YouTube, what

16        were your job responsibilities?

17             A.    Initially, my job was to help

18        figure out what the business model for

19        YouTube was.  And I would say we probably

20   08:22:57 spent four to eight weeks looking at

21        various aspects of that, and then over the

22        course of that period it became clear that

23        taking on this role would make a lot of

24        sense.

25   08:23:10   Q.    And when you say "this role" --

1                          SETH

2              A.    As head of monetization of

3        YouTube.

4              Q.    When you -- just a moment ago

5    08:23:25 you said, we probably spent four to eight

6        weeks looking at various aspects of the

7        business model for YouTube.

8                    Who were you referring to, when

9        you said "we"?

10   08:23:35  A.    I was working closely with Steve

11       and Chad, the founders of YouTube, as well

12       as with some engineers and product

13       managers at YouTube.

14             Q.    And when you say "Steve and

15   08:23:53 Chad."  You were referring to Steve Chen

16       and Chad Hurley?

17             A.    That's correct.

18             Q.    With respect to the other

19       engineers and product managers, do you

20   08:24:01 recall who they were?

21             A.    Yes.  Matthew Liu, L-I-U, Shiva

22       Rajaraman and Franck Chastagnol, Maryrose

23       Duntan.  And one more, Jamie Byrne,

24       J-A-M-I-E, B-Y-R-N-E.

25   08:24:41  Q.    And over the course of the, I

1              SETH

2              think you said four to eight weeks when

3              you were looking at various aspects of the

4              business model, did you have in-person

5    08:24:54 meetings with the people that we were --

6              that you just listed?

7                   A.   Absolutely.

8                   Q.   And what kinds of things did you

9              discuss in those meetings?

10   08:25:04            MR. WILLEN:  Objection to form.

11                  Q.   You can answer.

12                  A.   Most of our meetings -- sorry,

13             could you restate the question.

14                  Q.   Sure.  During those meetings in

15   08:25:21 the four to six -- four- to eight-week

16             period when you were looking at various

17             aspects of the business model, what kinds

18             of topics did you discuss in the meetings?

19                  A.   The topics that we discussed

20   08:25:32 mostly were what are the ways that we can

21             monetize YouTube.  Looked at various ways

22             one could do that.  We discussed them in

23             details, built business models and cases

24             around it.

25   08:25:58  Q.   And when you say that you built

1                         SETH

2              business models and cases around these

3              different ways to monetize YouTube, was

4              that documented in a written form?

5    08:26:11    A.    Yes.  And they most likely are

6              on my computer.

7                   Q.    And you are referring to a

8              computer you still have in your

9              possession?

10   08:26:24    A.    No.  This is the computer that I

11             turn in to Google when I left the company.

12                  Q.    And those types of, the business

13             models that you mentioned, what kinds

14             of -- were those -- what kinds of

15   08:26:41 documents, what types of written documents

16             would those be?

17                  MR. WILLEN:  Objection to the

18                  form.  It's ambiguous.

19                  Q.    Would they be Word documents,

20   08:26:52 Excel documents, Powerpoints?

21             A.    Yes, all of those.

22                  Q.    And do you recall whether you

23             e-mailed those documents, or those

24             documents were e-mailed back and forth

25   08:27:14 between the various persons you listed

1                          SETH

2          earlier?

3               A.    I am certain, yes.

4               Q.    And do you also during this

5     08:27:32 period, this four- to eight-week period,

6          do you recall using Google Docs or

7          spreadsheets or I think what internally

8          might have been called Rightly or Tricks?

9               A.    For some aspects, yes.

10    08:27:50 Q.    So some aspects of the business

11         models that you were discussing and were

12         documented in written form were documented

13         on Rightly or Tricks?

14              A.    Could be.

15    08:28:13        To further answer the question,

16         I don't recall exactly which documents,

17         but in the course of working, we use all

18         the sources you mentioned, like Excel,

19         Powerpoint, Word, as well as Google Docs.

20    08:28:27 Q.    And did you also -- just to

21         clarify, your statement just now about the

22         types of documents that you used, does

23         that extend throughout the time that you

24         worked at YouTube?

25    08:28:39 A.    Yes.

1                          SETH

2              Q.    And did you also use any type of

3         wiki when you were at YouTube?

4              A.    Yes.

5    08:28:57   Q.    Can you describe generally how

6         you would use the wiki, what types of

7         information you would document on the

8         wiki?

9              A.    Mostly project-related

10   08:29:08 information.  So if it were a certain

11        project and the information related to the

12        project, what we were going to work on,

13        who was working on it, what problems, et

14        cetera, would be documented in the wiki.

15   08:29:22   Q.    And did --

16                    MR. WILKENS:  Strike that.

17              Q.    When you first joined YouTube,

18        did you interview with anybody for that

19        position?

20   08:29:46   A.    Steve Chen and Chad Hurley.

21              Q.    Anybody else besides those two?

22              A.    No.

23              Q.    And in those interviews did they

24        describe to you the kinds of work that

25   08:30:01 they envisioned for the position that you

1                          SETH

2          were interviewing for?

3                A.    Yes.  I wouldn't describe it as

4          much as an interview as a very long

5   08:30:14 conversation.

6                Q.    And can you just describe the --

7          in that, those very long conversations,

8          what -- how Steve Chen and Chad Hurley

9          envisioned the position that you were

10  08:30:34 considering taking?

11               A.    So we discussed what, their

12         thoughts about what the important things

13         related to YouTube's both near-term and

14         long-term future were and where they could

15  08:30:56 use the most amount of help from an

16         experienced person like me.

17               Q.    And what were the important

18         things that they -- that they mentioned

19         for the future of YouTube?

20  08:31:09 A.    From what I can recall, mobile

21         was a very important aspect that we

22         discussed and how being on mobile

23         platforms would be something that would be

24         extremely useful for users; as well as

25  08:31:39 expanding into international locales,

1                              SETH

2              mobile platforms would be useful as well.

3                      We discussed community aspects,

4              and then the one particular program that

5    08:31:53 we discussed was starting a program called

6              the YouTube user program, User Partner

7              program, to help users who were active

8              contributors to YouTube in uploading

9              videos and being able to monetize their

10   08:32:15 content and compensate them for those

11             efforts.

12             Q.    Is there anything else you can

13             recall?

14             A.    No.

15   08:32:26 Q.    You mentioned just a minute ago

16             community aspects.

17                    What were you referring -- what

18             does that refer to?

19             A.    How community members or users

20   08:32:38 of YouTube interact with YouTube, whether

21             it is leaving comments or setting up tags

22             or organizing information and so on.

23             Q.    And do you recall discussing why

24             that, those community aspects were

25   08:32:58 important for the future of YouTube?

1                          SETH

2              A.    From what I can recall, it was a

3        conversation with Steve Chen where he

4        thought that the community aspects were

5   08:33:15 one reason why YouTube was so successful

6        and that we should spend more time

7        refining that process.

8              Q.    When you first joined YouTube,

9        can you describe how, if at all, the

10  08:33:45 YouTube website was being monetized?

11             A.    When I first came to YouTube, I

12        believe that for a short period of time

13        before I arrived it had been running

14        remnant advertising inventory on pages of

15  08:34:17 YouTube in the form of a leader board or

16        banner advertising as someone in the

17        industry.

18             Q.    And when you say that the

19        remnant ads or banner ads were being run

20  08:34:32 on pages, were they being run on watch

21        pages?

22                  MR. WILLEN:  Objection to the

23             extent that I think you inflated

24             remnant ads and banner ads.  I don't

25  08:34:44   know if that was intended.

1                    SETH

2              Q.    If you understand the question,

3         you can answer it.

4              A.    There were banner ads being run.

5    08:34:53 I do not distinctly remember all the pages

6         they were being run in, but there is a

7         good chance that they were being run on

8         the watch pages.

9              Q.    Do you recall any pages that the

10   08:35:11 banner ads were being run on when you

11        first joined YouTube?

12             A.    From what I recall, I recall

13        them being on many, many pages.  I cannot

14        tell you exactly which pages they were on,

15   08:35:27 but they were -- they are on many pages.

16             Q.    And I think you said earlier,

17        that -- let me ask you, sorry to go back

18        to this issue, about remnant versus banner

19        ads.

20   08:35:45          Can you define what a remnant ad

21        is?

22             A.    A remnant ad is an ad that comes

23        from a network that is being used by the

24        website as a fallback to some other form

25   08:36:04 of advertising; meaning if you cannot fill

1                           SETH

2          partners?

3               A.    No.

4               Q.    Now, with regard to the UGC

5     08:45:42 partners that you mentioned you had

6          contact with, was that in connection with

7          the project that you mentioned discussing

8          with Steve and Chad, I believe maybe

9          originally it was referred to as Claim

10    08:46:07 Your Content for users; is that correct?

11             A.    That is correct.

12             Q.    And then the name of that

13        changed later?

14             A.    To the YouTube User Partner

15    08:46:15 program.

16             Q.    And is it in connection with

17        that program that you had contact with the

18        UGC partners?

19             A.    Yes.

20    08:46:26  Q.    When you first started at

21        YouTube what -- what projects -- what

22        monetization-related projects were you

23        involved in?

24                   MR. WILLEN:  Objection to the

25    08:46:45    form.

1                           SETH

2                   Q.    You can answer.

3                   A.    The first project that we

4             undertook was the YouTube User Partner

5    08:46:52 program.  And at the same time we were

6             experimenting with various ideas on how to

7             monetize YouTube content, and I would say

8             we ran those experiments for a period of

9             three to four months, testing ideas like

10   08:47:21 how pre-rolls performed and other forms of

11            video advertising-related ideas.  That's

12            how we started.

13                  Q.    And in addition to those -- in

14            addition to the YouTube Partner program

15   08:47:57 and the experiments in advertising you

16            just mentioned, over the course of your

17            time at YouTube what, if any, other

18            projects on monetization did you work on?

19                  A.    Sure.  The first one would be

20   08:48:15 the video advertising units that we

21            created.  So on the watch pages we

22            developed the overlay ad model, launched

23            that in August of 2007; and combined the

24            overlay with a companion banner unit, also

25   08:48:37 on the watch page, and held a price and

```
1                      SETH

2            advertising units, the targeting ads, the

3            home page monetization, search-related

4            advertising components and user -- and

5  08:50:22 user engagement.

6                       Are there any other monetization

7            projects that you can recall working on

8            while you were at YouTube?

9            A.    Each of these projects have many

10 08:50:36 components to it, so it's hard to break

11           each one of them down.  But anything

12           related to these ad models or revenue

13           models was undertaken by my team.

14           Q.    And for each one of these, if we

15 08:51:01 can maybe just go through them in order.

16           I'm going to ask you sort of who else on

17           your team or who else at YouTube worked

18           with you on them, I guess taking first the

19           YouTube User Partner program.

20 08:51:14  A.    I built the YouTube partner

21           program myself in the beginning and

22           provided all care and feeding for it until

23           we decided to take it out of the pilot

24           program, which probably ran through August

25 08:51:33 of 2007, and then handed it over to Thai
```

1                            SETH

2              Tran on my team, who then took it from

3              there to the next level.

4                          Jay Akkad built the contest

5    08:51:54 platform, the user engagement platforms.

6                          Matthew Liu worked on the search

7              elements.

8                          Shiva Rajaraman worked on the

9              video advertising, on the watch page, the

10   08:52:27 overlays and the companion banner units.

11                         And Tracy Patrick Chan worked on

12             all date-related projects.

13                         My team also owned all

14             data-related projects.  And this group of

15   08:52:52 product managers had a team of engineers

16             dedicated for these projects, which was

17             managed by Franck Chastagnol.

18             Q.     I think you said before that

19             Franck Chastagnol didn't report to you.

20   08:53:12              But he -- but am I correct that

21             he -- he managed this team of engineers

22             that did service the team that you just

23             listed?

24             A.     Exactly.

25   08:53:22 Q.     Now, earlier when you listed the

1                          SETH

2                    The pilot was meant to last

3          several months.  I think we ran it for

4          literally five or six months.  And the

5    08:58:00 goal was to see how well the user partners

6          would perform, how motivated and engaged

7          they would be and how successful we would

8          be in monetizing that content and, in

9          return, sharing that money with the user

10   08:58:18 partners.

11              Q.    And how successful did that

12         pilot turn out to be?

13              A.    I would describe it as very

14         successful.  We started with, from what I

15   08:58:36 can recall, roughly about 35 people, I

16         believe.  And by the time the pilot

17         finished, we probably had 100 to 150

18         people in the program.

19                    And each of those partners was

20   08:58:57 engaged in creating new content and

21         uploading new content, and we were

22         definitely successful in monetizing and

23         sharing revenues back with them.  So

24         overall, I think all the partners were

25   08:59:11 happy that they were now receiving a

1                          SETH

2              compensation for their efforts.

3                   Q.    And then did that project move

4              beyond the pilot phase to roll out to a

5    08:59:26 larger number of partners?

6                   A.    Yes.  In, from what I can

7              recall, in November 2007 we decided to

8              expand the program, and Thai Tran was

9              leading the effort at that time with the

10   08:59:46 goal to expand that program to several

11             thousands of users and provide better

12             targeting, better advertising

13             opportunities and so on.

14                   But also to scale the program,

15   08:59:58 so that there was very limited, if any,

16             human involvement in running of the

17             program.

18                   Q.    And do you recall approximately

19             how many users were in this program when

20   09:00:27 you -- in the YouTube user program when

21             you left the company?

22                   A.    I would say several thousand.

23                   Q.    And going back to the pilot for

24             a minute.  How did you select the users

25   09:00:54 that would be included in the pilot?

1                           SETH

2              technologies or human review applied to

3              ensure that the content that was part of

4              the program did not have copyright

5    09:27:48 violations?

6                        MR. WILLEN:  Objection to the

7              form.

8                   A.    Repeat that question, please, or

9              rephrase it.  I'm not sure how to answer

10   09:28:04 that.

11                  Q.    So you mentioned that the videos

12             that were part of the program underwent

13             audio fingerprinting and then subsequently

14             video fingerprinting when that came

15   09:28:16 on-line; is that correct?

16                  A.    That is correct.

17                  Q.    Was any other kind of technology

18             to detect copyright violations or any kind

19             of human review applied to those videos,

20   09:28:31 before they were monetized through the

21             program?

22                  A.    In the pilot process we did, for

23             a period of time, have all videos go

24             through a human review process, just to

25   09:28:50 make sure that the pilot would get off the

1                              SETH

2              ground well.  As time went on, we removed

3              prescreening, so to speak, of the videos

4              and moved the human review process to only

5    09:29:09 apply if any of those monetized videos

6              were flagged by the user community.

7                        So the process is run it through

8              the fingerprinting technology to whatever

9              capability existed at that point.  If it

10   09:29:34 passed that test, monetize the video.

11                       Should any of those videos get

12             flagged, then perform a human review to

13             pass an additional judgment whether there

14             was any infringing -- sorry, copyright

15   09:29:52 violations, so to speak.

16             Q.    But -- and the process you just

17             described is the process that was adopted

18             after you stopped prescreening; is that

19             correct?

20   09:30:08  A.    Repeat that.

21                   Sorry, my mind was --

22             Q.    Sorry about that.  I wasn't very

23             clear.

24                   So from my understanding, there

25   09:30:19 were two, kind of two phases --

1                          SETH

2              A.    Yes.

3              Q.    -- for the pilot, and I don't

4         know for what period.  There was a

5  09:30:25 prescreening human review before

6         monetizing the videos in the program; is

7         that correct?

8              A.    That is correct.

9              Q.    And then at some point the

10 09:30:32 prescreening was stopped, and instead the

11        human review would only occur if there was

12        a flag by someone in the user community

13        when they watched a video that was already

14        up -- available for monetization?

15 09:30:46  A.    That is correct.

16             Q.    All right.  Do you recall

17        approximately when this switch from the

18        prescreening to the review after flagging

19        occurred?

20 09:30:58  A.    My guess would be three months

21        after we started the pilot project.

22             Q.    And why was there a switch in

23        the process from prescreening to the

24        review after flagging?

25 09:31:29             MR. WILLEN:  I don't know

1                              SETH

2                A.    For a very short period of time,

3          I would say five days or so at the start

4          of the program, I myself as well as a

5   09:36:55 gentlemen by the name of George Strompolos

6          who was part of the business development

7          and operations team, reviewed the videos.

8          And then at the end of that five-day,

9          roughly five-day period, we handed it off

10  09:37:15 to the operations team.  I do not know

11         exactly the names of the people who were

12         involved on the operations side.

13               Q.    Do you know who was kind of

14         heading up the operations team that did

15  09:37:34 the review?

16               A.    The review process was headed by

17         the name of Shenaz, S-H-E-N-A-Z, Zack,

18         Z-A-C-K.

19               Q.    And during the five days or so

20  09:37:51 that you were, yourself, involved in the

21         prescreening, what were you looking for

22         when you were reviewing these videos?

23               A.    Just a cursory glance to kind of

24         ensure that the content being uploaded

25  09:38:16 actually did belong to the user partners

1                          SETH

2            any written or oral guidelines about what

3            to look out for?

4                  A.    No.

5    09:54:43   Q.    Do you know whether, after your

6            involvement ceased, and I think you said

7            the operations team took over, whether

8            there were written guidelines for the

9            reviewers about what to look for?

10   09:55:06   A.    From my recollection, I think

11           there was.

12                 Q.    And did you -- do you know what

13           any of those guidelines were?

14                 A.    No.

15   09:55:12   Q.    You mentioned, I think, that

16           someone named Shenaz Zach was in charge of

17           the team that was doing the human review,

18           correct?

19                 A.    Yes.

20   09:55:26   Q.    And so -- I'm sorry, is that a

21           she or a he?

22                 A.    She.

23                 Q.    Would she be the best person to

24           talk to about what written guidelines

25   09:55:39 there were for review?

1                          SETH

2              Q.    And then what's your general

3        understanding of what the squad operations

4        team was responsible for at YouTube?

5   10:03:20    A.    It was responsible for, and this

6        is my understanding.  I'm sure you may get

7        a very different answer from people who

8        ran that program or that group.  My

9        understanding is, very simply, that they

10  10:03:38 provided the human review process for all

11       flagged videos, regardless of whether they

12       were in this program or not.

13             Q.    And so, just returning for one

14       second to squad's role with respect to the

15  10:03:57 specific User Partner program, I think,

16       correct me if I'm wrong, my understanding

17       is they got involved with the human review

18       after you stopped doing it after the first

19       five days; is that correct?

20  10:04:07    A.    That is correct.

21             Q.    You can put that one aside.

22                   MR. WILKENS:  Let me mark

23             another one.

24                   (Seth Exhibit 3, document

25  10:04:57    produced by Google, Bates stamp

1                          SETH

2              GOO001-03037036 through 03037065,

3              marked for identification, as of

4              this date.)

5   10:04:55    Q.    This is another document

6          produced by Google in the litigation,

7          with, starts with the Bates stamp

8          GOO001-03037036, and it ends with

9          03037065.

10  10:05:34          Having had a chance to at least

11         page through it, do you recognize this

12         document, Mr. Seth?

13             A.    Yes.

14             Q.    Can you describe what it is?

15  10:06:15    A.    It is a document that I

16         produced, I believe in my third month at

17         YouTube, to give the management team at

18         both YouTube as well as Google a sense of

19         what our long-term monetization strategy

20  10:06:36 could be.

21             Q.    So you created this

22         presentation?

23             A.    Yes.

24             Q.    And if you turn to the second

25  10:06:53 page of the presentation, which I think at

1                          SETH

2              answer?

3                   Q.    Yes.  If you understand the

4              question, you can answer it.

5   10:14:54    A.    This document that we produced

6              was with very basic understanding and a

7              limited strategy of various elements

8              described here.  I am not entirely sure

9              that there was too much thought given to

10  10:15:20   exactly how things would get implemented

11             down the road.

12                  Q.    Can you just explain your

13             understanding of what "PVA for search

14             results, PVs," means?

15  10:15:37   A.    PV essentially stands for

16             promoted videos.  And it is the idea that

17             a video owner, for example Warner Music,

18             wanting to promote a Shakira video could

19             go and somehow purchase advertising, or

20  10:16:02   promotions in this case, to promote that

21             video on YouTube.

22                  Q.    And at the time of the

23             presentation in March of '07, the

24             spreadsheet shows that, or this chart

25  10:16:20   shows that you were predicting a total

1

02:01  2      actually, in effect, a signature on file for -- you

02:01  3      know, so they file basically one DMCA notice, and then

02:01  4      every time they use the tool, they're effectively

02:01  5      amending, I believe -- I don't know if that's legally

02:01  6      technically correct, but essentially updating the notice

02:01  7      to include the additional content.

02:01  8          Q.   Are you aware that my client, the Premier

02:01  9      League, has sent DMCA notices for the removal of Premier

02:02  10     League content?

02:02  11         A.   I believe so.

02:02  12         Q.   And you understand that the Premier League does

02:02  13     not want its soccer content on YouTube?

02:02  14         A.   I'm not personally familiar with their content,

02:02  15     but that's my understanding.

02:02  16         Q.   What's YouTube doing to actively or proactively

02:02  17     scan for Premier League content?

02:02  18         A.   So are you asking in the sense of the --

02:02  19         Q.   What you were doing for --

02:02  20         A.   For the RIAA?

02:02  21         Q.   Correct.

02:02  22         A.   I'm not aware of scans being done in this

02:03  23     fashion for the Premier League.

02:03  24         Q.   Why do you think YouTube was proactively

02:03  25     scanning to remove RIAA-identified content, but not

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

836718e6-2f60-4c1e-b203-47969ea27540

1

02:08   2   proactively scanning for the content.

02:08   3           How did you go about doing it in that case?

02:08   4       A.   I think in this case it was just that, someone

02:08   5   entering in, you know, maybe the word "Wheezer" and

02:08   6   looking for their music videos or something like that.

02:08   7       Q.   So using that methodology, when is the last

02:08   8   time you recall YouTube engaging in proactive removal?

02:08   9       A.   I don't recall when that was.

02:08   10      Q.   This year?

02:08   11      A.   Not to my knowledge.

02:08   12      Q.   Could you put it in any time frame?

02:08   13      A.   Certainly around the time this e-mail was sent.

02:09   14   I don't know exactly the evolution.

02:09   15          And as I said earlier, I don't think it was a

02:09   16   bright line moment in time when the practices changed.

02:09   17   I think they evolved based on the needs of individual

02:09   18   rights holders and the scale of the site.

02:09   19      Q.   Did you participate in any discussions or

02:09   20   communications within YouTube about whether or not to

02:09   21   continue the practice of proactively scanning for

02:09   22   content that appeared to infringe copyrights?

02:09   23      A.   I'm not sure I would phrase it exactly as you

02:09   24   have, but I'm sure I was probably involved in some

02:09   25   discussions around our practices on these types of

836718e6-2f60-4c1e-b203-47969ea27540

1                          SETH

2              we also spoke briefly earlier about

3              targeting advertising to keywords or

4              different levels of advertising.

5    10:25:07            But just speaking about the

6              search page monetization at a more general

7              level, what kinds of monetization

8              initiatives for the search page were

9              undertaken while you were the head of

10   10:25:23 monetization at YouTube?

11             A.    Two projects.  One that was

12             implemented very early on and literally

13             had one Click To Play video ad or CTP

14             video ad against search results.  And the

15   10:25:59 second one was the larger initiative of

16             integrating into Google AdWords and

17             allowing the advertising community to buy

18             advertising options against YouTube search

19             as well.

20   10:26:18            That's as much detail as I can

21             give you.  Beyond that, I am not certain

22             of all the details.

23             Q.    And I think you mentioned

24             earlier Matthew Liu as being in charge of

25   10:26:37 search-related monetization projects; is

1                        SETH

2              Seth Exhibit 4.

3                    (Seth Exhibit 4, document

4              produced by Google, Bates stamp

5    10:28:35   GOO001-01016844 through 01016845,

6              marked for identification, as of

7              this date.)

8                    MR. WILKENS:  And it's a

9              document produced by Google in the

10   10:28:30   litigation with the Bates stamp

11             GOO001-01016844 through 01016845.

12             Q.    Do you recognize this document,

13        Mr. Seth?

14             A.    I do.

15   10:29:12   Q.    And does this refresh your

16        recollection about why you undertook a

17        classification of YouTube search queries?

18             A.    From the people who are on the

19        list or based on the people who are on the

20   10:29:30 list, I believe that I undertook this

21        exercise to help the business development

22        team at YouTube figure out what verticals

23        made sense for furthering partnership

24        opportunities or personal partnership

25   10:29:53 opportunities.

1                          SETH

2              Q.   And again, for the lay person,

3          can you just describe what a vertical

4          means?

5  10:30:01   A.   I can give you a -- I can

6          describe how this is done, and that may

7          help you understand.

8                    So what we did was took one

9          day's worth of search queries performed on

10 10:30:24 the YouTube search.  And then we used an

11         algorithm that Google search team has

12         built and utilizes, that they take a

13         search query, and then it can look at the

14         search query and classify it in a

15 10:30:47 particular vertical.

16                   So if you had a health-related

17         query or a medicine query, it may look at

18         it, and based on how that algorithm works,

19         it may say, this is related to the health

20 10:31:03 vertical.

21                   That kind of classification

22         system was run on all the queries for one

23         day, and that's what produced this kind of

24         analysis.

25 10:31:15   Q.   So if I -- for me that was very

1                          SETH

2           helpful.

3                      If I look at the bottom of

4           this -- these e-mails, the very end of the

5  10:31:29 document, is that where, where it says,

6           "Music 26 percent" and continues down, is

7           that a list of the kinds of verticals you

8           were just referring to?

9                A.    Yes.  What this is -- what this

10 10:31:46 analysis further is telling you, that the

11          demand from those search terms for what

12          users are looking for roughly breaks down

13          into these verticals.

14               Q.    So 26 percent for music and 3.8

15 10:32:01 percent for movies, for example?

16               A.    Correct.  And this is not a

17          precise algorithm.  It is, you know, prone

18          to error, yet, you know, directionally,

19          provides you the right answers.

20 10:32:17  Q.    And then, I guess if you look

21          further up, the same e-mail at the very

22          top, it says the e-mail that you had sent

23          to Alex Ellerson and others on May 15th

24          says that 47 percent of the top queries

25 10:32:44 fall under entertainment, right?

1                          SETH

2              A.    Yes.

3              Q.    Do you see where it says that?

4              A.    Yes.  I think that was just a

5    10:32:50 collection of various verticals combined

6              together.  Or at least that's how I would

7              have done it.  I don't know where that

8              number came from, but I would surmise that

9              I had added up a couple of these verticals

10   10:33:08 together.

11             Q.    And then Chris Maxcy, looks like

12             the e-mail above that, in response to your

13             e-mail, asks you for a further breakdown

14             of entertainment.

15   10:33:17  A.    That is exactly it, yes.

16             Q.    That's what's reflected even

17             further up at the very top of the page; is

18             that correct?

19             A.    That is correct.

20   10:33:24  Q.    So that's a breakdown of what

21             was in the 47 percent under entertainment?

22             A.    That is correct.

23             Q.    And those are also, I guess,

24             just verticals at a different level, the

25   10:33:34 entertainment/celebrities,

1                          SETH

2            entertainment/clubs and nightlife; is that

3       correct?

4            A.    That's correct.  Those would be

5   10:33:41 described by this algorithm as

6       subverticals.

7            Q.    Those are coming from the Google

8       algorithm you mentioned?

9            A.    Exactly.

10  10:33:48 Q.    Do you know if anything was done

11       as a result or stemming from the analysis

12       that you provided here?

13            A.    No.

14            Q.    Do you recall if there was any

15  10:34:02 follow-up with you, based on the analysis

16       that you sent in this e-mail?

17                 MR. WILLEN:  Objection to the

18            form.  Vague.

19            A.    From my recollection, there were

20  10:34:14 many conversations with various people in

21       the business development team.  I may have

22       briefed some people on what this data

23       suggests; but I wasn't involved in

24       business development, and I had no idea

25  10:34:33 how people took this data and what did

1                        SETH

2              as well.  As I indicated, the people are

3              searching in French and British and

4              Japanese and Indian content and zone.

5    10:43:25  Freshness is definitely important as well,

6              as I highlighted here.  And zone.

7                        So just to summarize it, my

8              intent was to just pick out a couple of

9              key things, highlight them and then allow

10   10:43:39  people to draw conclusions from it on

11             their own.

12                  Q.    And so looking at this analysis

13             in Exhibit 5 and the analysis that we

14             looked at a minute ago in Exhibit 4,

15   10:43:53  although different methods are applied to

16             both, both analyses indicate that music --

17             that entertainment, including music and TV

18             shows, is a popular search term, or

19             popular search terms, correct?

20   10:44:13  A.    Yes.  It does indicate demand.

21             It doesn't indicate what people are

22             watching.  Neither of these methods have a

23             way to find that.  But they certainly do

24             suggest demand.

25   10:44:24  Q.    They suggest what the users are

1                          SETH

2              looking for, correct?

3                   A.    Correct.

4                   Q.    And if you look at the first

5     10:44:33 page of the attachment to Exhibit 5, where

6              it lists all -- begins listing all of the

7              queries.  Just so I understand how this

8              works, and maybe we won't pick the first

9              one, but maybe the third one, Paris

10    10:44:48 Hilton, the number that comes after the

11             comma, the 155769, what does that

12             represent?

13                  A.    I believe that Paris Hilton and

14             all synonyms related to Paris Hilton were

15    10:45:09 looked for, you know, 1.5 million times,

16             roughly.

17                  Q.    I think it might be --

18                  A.    Sorry, 155,000.

19                  Q.    And it appeared --

20    10:45:28  A.    So the ordering here is the top

21             query and all synonyms and so on.

22                  Q.    We can put that to the side.

23                        THE WITNESS:  Can I take a very

24             quick bathroom break?

25    10:45:58         MR. WILKENS:  Yes.

1                          SETH

2                   THE VIDEOGRAPHER:  The time is

3              10:46 a.m., and we are going off the

4              record.

5    10:46:03          (Whereupon, there is a recess in

6              the proceedings.)

7                   THE VIDEOGRAPHER:  The time is

8              10:56 a.m., and we are back on the

9              record.

10   10:56:36    Q.   Hi, Mr. Seth.

11                   If we can go back to Exhibit 4

12        for a minute.

13             A.   Yes.

14             Q.   Just looking at the group of

15   10:56:53 numbers at the top, maybe the first line,

16        which says "Entertainment celebrities,"

17        and then it has a 184 then it has a 2.77

18        number.

19                   Can you explain what the 2.77 --

20   10:57:10    A.   It's a percentage point.

21             Q.   It's a percentage.

22             A.   The 184 is, from what I can

23        recollect and that I think this e-mail

24        suggests as well, is just a classification

25   10:57:22 number that reflects that first line.

1                          SETH

2               Q.    So -- and so the 2.77, the

3          percentage number, what is that a

4          percentage number of?

5    10:57:33   A.    It says that the number of

6          queries, this analysis that I did from the

7          algorithm, number of queries for that

8          given day or that set of queries, 2.77

9          percent of those queries fall into this

10   10:57:56  subcategory.

11               Q.    Thank you.  Thank you.

12                     I think earlier you mentioned in

13         the monetization world that you were

14         working in at YouTube, there were two

15   10:58:08  search-related monetization projects, one

16         being Click To Play video ad and one being

17         this integration to AdWords.

18                     Is that -- do I have that right?

19               A.    That is correct.

20   10:58:18   Q.    And these last two exhibits,

21         Exhibit 4 and Exhibit 5, that are analyses

22         or classifications of queries, are

23         those -- were those related to the Click

24         To Play video ad project in any way?

25   10:58:38   A.    No.

1                        SETH

2              Q.    So --

3              A.    These analyses had nothing to do

4         with product development at all.

5    10:58:48   Q.    You may have said this earlier,

6         but can you just explain what the purpose

7         of them was?  Or what --

8              A.    From what I can recall, these

9         two analyses were to help the partnership

10   10:59:04 team determine where their focuses should

11        lie.

12             Q.    And when you say "the

13        partnership team," are you referring to

14        what content partners they should be

15   10:59:16 approaching?

16             A.    That would be projecting what

17        they were thinking.  My goal was to just

18        help them understand what the user demands

19        were, and then they could use it any which

20   10:59:36 way they were.  So one could guess that

21        maybe that is what they were planning to

22        do, but I don't know for a fact.

23             Q.    But those, I guess the people

24        that were are listed on Exhibit 4 and

25   10:59:51 Exhibit 5 that you were e-mailing with,

1                        SETH

2              mischaracterizes what he said.

3              A.    I believe that the one box

4         solution was implemented.  I do not know

5    11:18:49 when or exactly how the implementation was

6         done, but I do recall that it was

7         implemented some time.

8                   MR. WILKENS:  Actually, this is

9              a good time to break.  We have to

10   11:19:26    switch the videotape.

11                   THE VIDEOGRAPHER:  The time is

12              11:19 a.m.  This ends tape number two

13              of the videotaped deposition of

14         Mr. Shashi Seth.

15   11:29:30         (Whereupon, there is a recess in

16              the proceedings.)

17                   THE VIDEOGRAPHER:  The time is

18              11:30 a.m.  This begins tape number

19              three of the videotape deposition of

20   11:30:04    Mr. Shashi Seth.

21              Q.    Turning back to, well, our

22         discussion a little bit earlier on the two

23         search-related monetization projects that

24         you mentioned, Click To Play video ad and

25   11:30:22 integrating into AdWords.  I know you said

1                           SETH

2              you are not the expert on those two, but

3              can you just describe in general terms

4              those two projects?

5    11:30:34    A.    The Click To Play video ad unit

6              was, very simply, a single ad unit located

7              in the top right corner of the search

8              results page that was somehow tied to

9              broad targeting or category-based

10   11:30:56 targeting in YouTube search.

11                    So people could buy broad

12             categories rather than keywords for the

13             Click To Play video ad units.  So for

14             example, if you were Gatorade, you may

15   11:31:14 want to buy the sports categories and then

16             maybe specifically the

17             sports/soccer/tennis and so on.

18                    That project ran for a fairly

19             long period of time, and it did distinctly

20   11:31:35 well.

21                    And the next project, where the

22             details are a lot fuzzier for me, is the

23             integration into AdWords, where broadly

24             the idea was that people could log into

25   11:31:46 the AdWords system on Google.com, collect

1                          SETH

2              a new tab that would say "YouTube" and

3              then be able to somehow purchase keywords.

4                          And I don't know exactly what

5    11:32:00 the methodology was or how those were

6              targeted, et cetera, but the end result

7              would be that you would get small ad units

8              or what we call promotion units in the

9              right column of the YouTube search

10   11:32:17 results.  And that project, I believe, was

11             launched September or October of last

12             year, of 2008, well after I left.

13             Q.    So going back to the one, the

14             project -- the Click To Play video ad

15   11:32:34 project.  I think you said it was, it

16             existed for a fairly long period of time.

17                          Do you know approximately how

18             long?

19             A.    From maybe April of 2007 maybe

20   11:32:54 even up to such time as the new project

21             was launched.  I'm not certain about the

22             date, but it might be October of 2008.

23             Q.    Okay.  And is the Click To Play

24             video ad you mentioned, is that the same

25   11:33:16 thing as a search PVA ad?

1                          SETH

2                I remember doing some broader

3           study than the e-mail that we had here and

4           which may have resulted in a presentation

5  11:36:34 or two.

6                     MR. WILKENS:  This is Seth

7                Exhibit 8.  And it's a document

8                produced by Google in the litigation.

9                The Bates number GOO001-00237294 to

10 11:37:17   237295.

11                    (Seth Exhibit 8, document

12               produced by Google, Bates number

13               GOO001-00237294 to 237295, marked

14               for identification, as of this

15 11:37:31   date.)

16          A.    Uh-hum.

17          Q.    Do you recognize this e-mail,

18     Mr. Seth?

19          A.    Yes.

20 11:37:34   Q.    And at the very top it's an

21     e-mail, the last in time e-mail from you

22     to Steve Chen, with a cc to David Eun and

23     Chad Hurley, correct?

24          A.    That's correct.

25 11:37:48   Q.    And does this e-mail relate to

1                          SETH

2              the project that you were just talking

3              about a moment ago?

4                    MR. WILLEN:  Objection to the

5    11:38:00      form, vague.

6              A.    I think this was the start of

7              the conversation, if I remember correctly.

8              And I think what I'm doing is describing a

9              methodology that one could adopt.

10   11:38:23            And then I believe, as time went

11             by, we discovered that there were maybe

12             simpler and better ways to get at the data

13             and maybe -- it may even be that the

14             question at hand may have changed

15   11:38:40  slightly; and so I believe we ended up

16             with a completely different methodology

17             than the one that I'm describing here.

18             And I don't think we ever ended up using

19             this methodology.

20   11:38:53  Q.    Do you see I guess in the e-mail

21             toward the bottom, where Steve Chen says,

22             he's responding I believe to David Eun, he

23             says he's cc'ing you on this e-mail,

24             although I guess the cc isn't shown, for

25   11:39:10  whatever reason.

1                         SETH

2                    Do you see where he says, "We

3          are trying to get to the bottom of the

4          question regarding the value of premium

5   11:39:20 content, and this will guide us where to

6          focus.  As Dave mentioned, should we focus

7          on our user-generated content or should we

8          continue pushing with large content

9          partnership deals."

10  11:39:31          Do you see that?

11               A.    Yes.

12               Q.    And is that your understanding

13          of the question you were asked to weigh in

14          on, at least in the beginning of the

15  11:39:41 project?

16               A.    Yes, I think so.  As it relates

17          to this question, this is the methodology

18          at the top of the page that I suggested.

19                    But I'm also suggesting that

20  11:39:53 from what I can recollect, I don't think

21          we ever went down this path or used this

22          methodology.  My recollection says that we

23          used a very different methodology.

24               Q.    Can you -- at the very top of it

25  11:40:11 mentions Palash and Julia.

1                         SETH

2                   Do you know who's being referred

3         to there?

4              A.    Palash and Julia are engineers

5    11:40:18 at YouTube.  Julia was specifically an

6         engineer on the data team.

7              Q.    What's her last name, by the

8         way?

9              A.    Peker, P-E-K-E-R.

10   11:40:31  Q.    And what's Palash's last name?

11             A.    No.  No idea.

12             Q.    Does --

13             A.    I can't recall.

14             Q.    Does Palash Nandy, N-A-N-D-Y,

15   11:40:49 sound familiar?

16             A.    Yes, yes, sounds familiar.

17             Q.    So what team was he on?  You

18        said he was an engineer on what team?

19             A.    He was an engineer -- he was on

20   11:40:59 the team that provided or that built the

21        recommendation engine, all the, you know,

22        once you watch a video, at the end it

23        comes two or three other videos that you

24        may want to watch.  That technology, I

25   11:41:19 think, was built by Palash.

1                          SETH

2              Q.    And why did -- why were those

3         the two people that you brainstormed with

4         about this request from Steve Chen?

5    11:41:40    A.    Both had interesting ideas on

6         how we could approach the problem.  And

7         then, like I said, I think there's

8         probably a dozen or more ways to get to

9         the same answer, using different

10   11:41:58 techniques.  And this was one such

11        technique that we discussed and said may

12        be a good place to start.

13             Q.    And if you look at the first, I

14        guess dash or bullet point.

15   11:42:11    A.    Yeah.

16             Q.    When it says, "Compare total

17        view counts of PC, premium content, versus

18        UGC content," what do you mean by "premium

19        content"?

20   11:42:27    A.    I think at that time we used

21        partner content, professional content,

22        premium content not only interchangeably,

23        but often liberally, without having a

24        particular meaning assigned to it.  What

25   11:43:08 it meant, very simply, is a partner with

1                         SETH

2          whom we had a contract to use their

3          content on YouTube.

4              Q.    And what did you mean by "UGC

5     11:43:36 content"?

6              A.    A user who isn't in the

7          profession of creating video on a regular

8          basis.  They do it as a hobby, so to

9          speak.

10    11:43:57  Q.    So are premium content and --

11         are there videos -- at this time, I guess,

12         are there videos on YouTube that would not

13         fall within one of these two categories?

14             A.    No.  I'd say videos could be

15    11:44:35 classified in one or the other category.

16             Q.    So a video is either premium

17         content from a partner with whom YouTube

18         had a contract, or it was from a content

19         owner -- I'm sorry, or it was from a user

20    11:44:53 who wasn't in the profession of creating

21         content, who didn't have a contract with

22         YouTube?

23             A.    Yes.

24                   And one thing to think about

25    11:45:01 here is that although that may not have

1                         SETH

2               been the intent for this particular case,

3               partners, in my opinion, fall both on the

4               professional side as well as the UGC side.

5     11:45:17 So even if they weren't part of the User

6               Partner program, they were a partner.

7                    Q.    And so videos of users that were

8               in the User Partner program would have

9               fallen on the premium content side of the

10    11:45:31 analysis?

11                   A.    Could be.  I really cannot

12              speculate to whether I was exactly

13              thinking that when I wrote this e-mail,

14              but just broadly speaking, partners would

15    11:45:41 include both professional as well as UGC

16              partners.

17                   Q.    And then the next sentence where

18              it says, "We will remove all premium

19              content that was uploaded by users from

20    11:45:52 these counts to make sure we are comparing

21              apples to apples," what did you mean by

22              that?

23                   A.    I believe what I was alluding to

24              was the scenario.  I'll just describe the

25    11:46:12 scenario.

1                          SETH

2                    Imagine Shakira's video is owned

3           by Warner Brothers.  Just imagine for a

4           second that that is true, that all copies

5  11:46:24 of that video or versions of that video

6           uploaded by users who may not own the

7           rights to that video, if they could be

8           removed, it would be an apples to apples

9           comparison.

10 11:46:41   Q.   So from the UGC content category

11          you are suggesting that you would remove

12          the non-Warner version, Warner Brothers

13          version of the Shakira videos and take

14          those out of that bucket?

15 11:46:58   A.   Count.  Correct, yes.

16              Q.   And then can you just explain

17          for the next bullet, the purpose of the

18          signals that you are suggesting there?

19                  What they were meant to do in

20 11:47:19 the analysis?

21              A.   Just give me a minute to just

22          read through the whole thing so I can

23          start building my analysis of why I -- we

24          were going down this path.  Okay.

25 11:48:31       So here, just to compare -- the

1                           SETH

2                           Yes.  So what we were saying

3               with the second bullet point is that if we

4               adjust the UGC pool for own original

5      11:55:53 content, as far as YouTube could know,

6               then do things become different.

7                           (Seth Exhibit 10, document

8                     produced by Google, Bates number

9                     GOO001-02414976 to 2414980, marked

10     11:57:47    for identification, as of this

11                    date.)

12                          MR. WILKENS:  This is Seth

13                    Exhibit 10.  And it's a document

14                    produced by Google, beginning with the

15     11:57:44    Bates number GOO001-02414976, ending

16                    in 2414980.

17               A.    Okay.

18               Q.    Do you recognize this document?

19               A.    Somewhat, yes.

20     11:59:39    Q.    And at least the last in time

21               e-mail, the very top of the first page it

22               is from you to Jordan Hoffner, Julia Peker

23               and Palash Nandy, correct?

24               A.    Uh-hum.

25     11:59:53    Q.    And it's titled, The First Peek

1                         SETH

2           At the Numbers.

3                     Who is Jordan Hoffner?

4           A.    He is the director of business

5    12:00:05 development at YouTube.

6           Q.    And why were you sending a first

7           peek at the numbers to him?

8           A.    Most likely because we may have

9           had a hallway conversation about

10   12:00:24 something, and it was in response to that.

11                I don't remember for sure.

12          Q.    If you look down at sort of the

13          middle of the first page, where it's an

14          e-mail from Julia Peker that starts with,

15   12:00:46 "Hey, Shashi, "and ends with "Let me know

16          if you have questions."

17                Do you see that?

18          A.    Yeah.

19          Q.    And she says that she's

20   12:00:54 attaching some numbers and that she's

21          analyzing all views for the week of

22          May 6th --

23          A.    Right.

24          Q.    -- do you see that?

25   12:01:07         Is there any particular reason

1                      SETH

2          why that week was selected?

3               A.    No.  Just a random selection of

4          one week.

5  12:01:18   Q.    The analysis was of all views

6          for that week?

7               A.    One week, yes.

8               Q.    That would --

9               A.    And then one week period was

10 12:01:27 chosen, as that was what was possible to

11         do in a fairly short period of time run.

12         Running anything more than that would have

13         taken many days.

14              Q.    Is it your understanding that

15 12:01:41 refers to the week of May 6, 2007?

16              A.    Right, yes.

17              Q.    And the numbers that she says

18         she's attaching, those are the numbers

19         that appear on the last page of this

20 12:01:55 exhibit; is that right?

21              A.    Yes.  And I don't understand

22         everything about this --

23                    MR. FRANKS:  There's no question

24              pending.  You answered the question.

25 12:02:10   Q.    I guess sort of flipping back

1                          SETH

2          between the first page and the last page,

3          she says she "has total views used for

4          premium partners only and views for

5  12:02:29 content that was taken down for copyright

6          issues (some interesting numbers there)."

7                  Do you understand why she

8          included numbers for total views, views

9          for premium partners only and views for

10 12:02:49 content that was taken down for copyright

11         issues?

12                 MR. WILLEN:  Objection.  Calls

13             for speculation.

14         A.    No, I have no idea.

15 12:02:54  Q.    Now, if you look at the last

16         page, you see on the left where it says,

17         "All premium and copyright."

18                 Is that referring to the three

19         categories that Julia Peker mentioned in

20 12:03:23 the e-mail that we were just reviewing?

21         A.    Yeah.  This is what I don't

22         understand.

23                 MR. FRANKS:  You want to look at

24             this one, so you can see two at the

25 12:03:52    same time?

1                          SETH

2                THE WITNESS:  No, this is good.

3          Q.    You may not want to write on the

4          actual exhibit.  You just want to see the

5    12:03:59 commas?

6          A.    Yeah.

7                MR. FRANKS:  You can do it on

8                mine.  You can write the commas on

9                there.

10   12:04:14  Q.    I had the same desire.

11               THE WITNESS:  Thank you.

12               MR. WILLEN:  Sorry.  What was

13               the question?

14               MR. WILKENS:  Yeah, whether -- I

15   12:04:33  asked whether the words on the left,

16               leftmost column of the last page, "all

17               premium and copyrighted," correspond

18               to the categories that are in Julia

19               Peker's e-mail on the first page that

20   12:04:49  we just talked about.

21               MR. WILLEN:  Objection.  Calls

22               for speculation.

23          A.    From what I can understand of

24          the document, it breaks down into three

25   12:05:03 buckets of all views of all content for

1                          SETH

2            that one-week period, views for content

3            that came from a list of partners under

4            the line item Premium, and then a list

5    12:05:28 of -- or views of content that were

6            removed from YouTube, for a number of

7            reasons.

8                 Q.    And Julia says in the first page

9            this is for copyright issues, correct?

10   12:05:45        MR. WILLEN:  Objection.  The

11               document speaks for itself.

12               Q.    You can answer the question.

13               A.    That's what she says, yes.

14               Q.    Now, just moving over a few

15   12:06:04 columns to the Count Videos column.

16               A.    Uh-hum, yes.

17               Q.    Is it your understanding that

18            that represents the videos that were --

19            the number of videos that were viewed with

20   12:06:19 the views that are in the, I guess the

21            first column of numbers?

22               MR. WILLEN:  Objection to the

23               form.

24               A.    It refers to the actual number

25   12:06:31 of individual videos.

1                         SETH

2               Q.    In that bucket -- in each

3          bucket?

4               A.    That generated the number of

5     12:06:38 views in the first column.

6               Q.    Okay.  And then, if you look one

7          column further to the Average Views Per

8          Video, am I correct that that represents

9          the views -- the number of views in the

10    12:06:53 first column divided by the number of

11         videos in the Count Videos column?

12              A.    That's correct.

13              Q.    So that the average number of

14         views for all videos was approximately 110

15    12:07:06 views?

16              A.    Correct.

17              Q.    And that the average number of

18         views for all premium videos was 1,340?

19              A.    Correct.

20    12:07:24  Q.    And that the average number of

21         views per video for the copyrighted bucket

22         is 765, correct?

23              A.    That is correct.

24              Q.    And you -- and turning back to

25    12:07:45 the first page, you forwarded this to

1                          SETH

2          numbers on to Mr. Hoffner?

3                  MR. FRANKS:  Objection.  Calls

4              for speculation.  Incomplete

5  12:09:42    hypothetical.

6          A.    I think, as I said in that

7              e-mail, that this is very early analysis,

8              and that's it.  I'm guessing from the

9              content of the e-mail, I would guess that

10 12:10:02  was too early to start even thinking about

11             any details at that point.

12                  MR. WILKENS:  This is Seth

13             Exhibit 11.  It's a document produced

14             by Google with the Bates number

15 12:10:52    GOO001-03241189 through 3241192.

16                  (Seth Exhibit 11, document

17             produced by Google, Bates numbers

18             GOO001-03241189 through 3241192,

19             marked for identification, as of

20 12:11:50    this date.)

21          A.    Yeah.

22          Q.    And do you recognize this

23             document, Mr. Seth?

24          A.    Uh-hum.

25 12:12:01  Q.    It's an, at least the top, the

1                              SETH

2              first, last-in-time e-mail, the top e-mail

3              on the first page, is from Julia Peker to

4              Shashi Seth, with a copy to Jordan Hoffner

5    12:12:15 and Palash Nandy.  And in that first

6              e-mail Julia Peker says that she's sending

7              the same spreadsheet with numbers for

8              favorites, comments and subscriptions.

9                        Do you see that?

10   12:12:29   A.    Uh-hum.

11             Q.    And then, if you turn to the

12             last -- the last two pages, you see at the

13             top of the Bates numbered page beginning

14             3241191, the top there and extending over

15   12:12:53 to the next page, 3241192, the same

16             numbers that we were just discussing in

17             Seth Exhibit 10, correct?

18             A.    Correct.

19             Q.    And then below that Julia Peker

20   12:13:11 has added additional numbers, which she

21             mentions on the first page, right?

22             A.    Correct.

23             Q.    And I believe these are the

24             signals that we were talking about earlier

25   12:13:23 for favorites, UGC content -- favorites

1                          SETH

2          comments; is that correct?

3               A.    Correct.

4               Q.    And if you look on the -- well,

5     12:13:43 the columns of data here under the

6          favorites analysis, for example, under

7          Premium Content there's a count for the, I

8          guess the total number of videos that

9          were -- is that the total number of videos

10    12:14:08 that were favorited in the Premium Content

11         bucket?

12               MR. WILLEN:  Objection.  Calls

13          for speculation.

14               A.    I believe the way the data is

15    12:14:25 laid out is that the first number falls

16          under the count of users, that number of

17          users.  The second number comes from the

18          count of videos.  So those were the actual

19          number of videos that, in this analysis,

20    12:14:40 were used.

21               And then the third number, the

22          115,027 number, is the one that reflects

23          the number of times that somebody

24          favorited that video --

25    12:14:56  Q.    And --

1                          SETH

2              A.    -- those 7,678 videos.

3              Q.    So all 7,678 videos were

4         favorited in an aggregate number of

5    12:15:13 115,027 times, correct?

6              A.    That's correct.

7              Q.    The next number, it says Average

8         Fave Per Video.  I think that means

9         average favorite for video?

10   12:15:21  A.    That's correct.

11             Q.    Is the number of videos divided

12        by the number of -- the number of

13        favorites divided by the number of videos,

14        correct?

15   12:15:29  A.    That's correct.

16             Q.    So it's 14.98 times favorite per

17        video, correct?

18             A.    Correct.

19             Q.    And that's for the Premium

20   12:15:37 Content bucket, right?

21             A.    That is correct.

22             Q.    And then, if you go to the next

23        bucket, the UGC -- what's called here the

24        UGC Content bucket, the average number of

25   12:15:49 favorites per video is 3.76; is that

1                          SETH

2          correct?

3                A.     That is correct.

4                Q.     And just going further down to

5     12:16:01 the Comments Analysis, the average

6          comments per video for premium content is

7          7.05, and it's -- and the average --

8                MR. WILKENS:   Sorry, strike

9                that.

10    12:16:13  Q.     If you go down to the Comments

11         Analysis for the premium content bucket

12         the average comments per video is 7.05,

13         correct?

14               A.     That is correct.

15    12:16:21  Q.     And then for the UGC content

16         bucket, the average comments per video is

17         2.8, correct?

18               A.     Correct.

19               Q.     And for -- the very bottom here,

20    12:16:36 the Subscription Analysis, can you explain

21         what a subscription is?

22               A.     When a user subscribes to a

23         video, they are subscribing both to the

24         creator of the video or the user who

25    12:16:54 uploaded that video as well as the video

1                           SETH

2                  itself.  And based on that subscription,

3                  they get notifications of what is

4                  happening with that user.

5    12:17:04             So every time a new video is

6                  uploaded by that user, you would get a

7                  notification, for example, an e-mail, that

8                  says, this user has uploaded a new video.

9                  Or if it's the video, you may get

10   12:17:20 notifications of, hey, there's a new

11                  comment, et cetera.

12                        So it's a pretty important

13                  element as well, in terms of signals of

14                  how users interact with the video.

15   12:17:41   Q.    And I guess underneath here

16                  there's a Premium Channels heading or

17                  subheading.

18                        Do you know if there was any

19                  analysis done on any other categories or

20   12:18:00 buckets, like UGC channels?

21                        MR. WILLEN:  Objection to the

22                  form.

23                  A.    I believe this e-mail is -- I

24                  believe in this e-mail Julia has left out

25   12:18:34 the word UGC Count Subscribers, but that's

1                        SETH

2              what it's meant to be, is that the first

3              line item under the Subscription Analysis

4              is meant to be for premium channels, and

5    12:18:47  the second one is supposed to be for UGC

6              channels.  And she may have left that out,

7              but that's what it's meant to do, is to

8              compare those two, much like how she's

9              done it for the other categories.

10   12:19:04    Q.    And do you know whether any

11             further analysis of, along the lines of

12             what's an Exhibit 10 and Exhibit 11, was

13             done after Julia Peker sent Seth

14             Exhibit 11?

15   12:19:33         MR. WILLEN:  Objection to the

16                form.

17             A.    I don't recall.

18             Q.    Do you recall reporting these

19             numbers or -- to anyone at YouTube, other

20   12:19:54  than Jordan Hoffner?

21             A.    No.  Unfortunately, I do not

22             recall.

23                  MR. WILLEN:  Is this a good time

24                for lunch, or do you want to --

25   12:20:42         MR. WILKENS:  Actually, it is a

1                          SETH

2              A F T E R N O O N   S E S S I O N

3                   (Time noted:  1:12 p.m.)

4          S H A S H I   S E T H ,   resumed and

5                   testified as follows:

6          EXAMINATION BY (Cont'd.)

7          MR. WILKENS:

8                   THE VIDEOGRAPHER:  The time is

9                   1:12 p.m., and we are back on the

10  01:12:42    record.

11                  MR. WILKENS:  Mark the next

12                  exhibit.  This is number 12.

13                  (Seth Exhibit 12, document

14                  produced by Google, Bates numbers

15  01:13:41   GOO001-0943950 through 5943959,

16                  marked for identification, as of

17                  this date.)

18                  MR. WILKENS:  This is a document

19                  produced by Google in the litigation,

20  01:13:39   beginning with the Bates number

21                  GOO001-0943950, ending 5943959.

22             Q.    Do you recognize this document,

23          Mr. Seth?

24             A.    Yes.

25  01:14:09   Q.    Is this a cover e-mail with a

1                          SETH

2          presentation that you prepared?

3               A.    Yes.

4               Q.    And does this presentation

5    01:14:26 contain or refer to some of the data that

6          we were talking about in Seth Exhibits 10

7          and 11?

8               A.    Right.  Some of that, however, I

9          think the methodology for how this was

10   01:14:43 done was very different than the

11         methodologies referred to in the prior

12         exhibits.

13              Q.    And can you explain how the

14         methodologies differed?

15   01:14:57  A.    So in this particular version, I

16         believe what we did was looked at the

17         search terms for a particular day.  And

18         then, using the algorithm that I described

19         to you earlier about classifying search

20   01:15:21 terms, broke it down into various

21         categories and used that as the baseline

22         for figuring out where those buckets or

23         categories fell in premium, as I refer to

24         it here, where it says "UGC content."

25   01:15:45         It's based on a lot of

1                              SETH

2              hypotheses, but that's what we had to go

3              by.

4                   Q.    And when you were just talking a

5    01:15:52 minute ago about segmenting the views into

6              different buckets or types of content

7              that's on page 3, on page 3 --

8                        MR. WILKENS:  Strike that.

9                   Q.    The methodology you were just

10   01:16:14 referring to a moment ago that you applied

11             in this analysis to -- where an algorithm

12             was applied to develop these different

13             breakdowns of content, is that reflected

14             on page 3 of Exhibit 12?

15   01:16:28  A.    That is correct.

16                  Q.    And then that same analysis is

17             used on page 4 to indicate what percent of

18             content that's being watched is premium

19             content; is that correct?

20   01:16:49  A.    What I'm referring to here in

21             bullet points 1 and 2 is one of the

22             exhibits that we talked about where Juliet

23             Peker had summarized it in those three

24             lines.  The percent points are derived by

25   01:17:11 that, the point 1 and point 2.

1              SETH

2              Q.     And if you turn to page 5, where

3         it says, "We also know that there is

4         significantly more community interaction

5    01:17:23 with premium videos than UGC videos," do

6         you see that?

7              A.     I see that.

8              Q.     The two bullets below those, the

9         numbers in those bullets, are those also

10   01:17:34 derived from the analysis that we were

11        looking at before from Julia Peker?

12             A.     That is correct.

13             Q.     So these are results that you --

14                  MR. WILKENS:   Strike that.

15   01:17:48  Q.     So there are portions of Julia

16        Peker's analysis that you put into this

17        presentation and then provided to the

18        individuals listed on the front of Seth

19        Exhibit 12, correct?

20   01:18:00  A.     That is correct.

21             Q.     And did you also discuss the

22        contents of this presentation with them?

23             A.     Yes.

24             Q.     And did they have questions

25   01:18:16 about the methodology?