Page 1

HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

VIACOM INTERNATIONAL, INC., COMEDY
PARTNERS, COUNTRY MUSIC
TELEVISION, INC., PARAMOUNT
PICTURES CORPORATION, and BLACK
ENTERTAINMENT TELEVISION, LLC,

        Plaintiffs,
    vs.                No. 07-CV-2203

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

        Defendants.

------------------------------------X
THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO., et al.,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,
    vs.                No. 07-CV-3582

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

        Defendants.

------------------------------------X

HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION OF GIDEON YU
MENLO PARK, CALIFORNIA
FRIDAY, AUGUST 14, 2009
JOB NO. 17485

Page 2

1  HIGHLY CONFIDENTIAL - GIDEON YU
2  AUGUST 14, 2009
3  9:16 A.M.
4
5  HIGHLY CONFIDENTIAL VIDEOTAPED
6  DEPOSITION OF GIDEON YU, at PERKINS COIE, 101
7  Jefferson Drive, Suite 2000, Menlo Park,
8  California, pursuant to notice, before me,
9  KATHERINE E. LAUSTER, CLR, CRR, RPR, CSR License
10 No. 1894.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1              HIGHLY CONFIDENTIAL - GIDEON YU
 2    A P P E A R A N C E S:
 3    FOR THE PLAINTIFFS, VIACOM INTERNATIONAL, INC.:
 4         JENNER & BLOCK, LLP
           By:  SCOTT B. WILKENS, Esq.
 5         1099 New York Avenue, NW, Suite 900
           Washington, DC  20001
 6         phone:   202.639.6000
           fax:     202.661.4832
 7         e-mail:  swilkens@jenner.com
 8
      FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC, and
 9    GOOGLE, INC.:
10         MAYER BROWN, LLP
           By:  BRIAN M. WILLEN, Esq.
11         1675 Broadway
           New York, New York  10019-5820
12         phone:   212.506.2146
           fax:     212.262.1910
13         e-mail:  bwillen@mayerbrown.com
14
      FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:
15
           PROSKAUER ROSE, LLP
16         By:  ROBERT H. HORN, Esq.
           2049 Century Park East, Suite 3200
17         Los Angeles, California  90067-3206
           phone:   310.284.5649
18         fax:     310.557.2193
           e-mail:  rhorn@proskauer.com
19
20    FOR THE WITNESS:
21         PERKINS, COIE, BROWN & BAIN, PA
           BY:  TIMOTHY J. FRANKS, Esq.
22         2901 N. Central Avenue, Suite 2000
           Phoenix, Arizona  85012-2788
23         phone:   602.351.8390
           fax:     602.648.7190
24         e-mail:  tfranks@perkinscoie.com
25    Also Present:  LOU MEADOWS, Videographer
```

Page 107

1                    HIGHLY CONFIDENTIAL - GIDEON YU

12:35:32    2        A.    Who -- I would repeat the question.  Who

12:35:35    3    is "they" in that case?

12:35:37    4        Q.    The Google side in the negotiations to

12:35:40    5    you -- did they explain to you why they wanted a --

12:35:43    6    a litigation reserve and escrow for copyright

12:35:48    7    infringement lawsuits?

12:35:49    8        A.    Only that it was part of the package that

12:35:52    9    they -- that they proposed as well as the

12:35:56    10   acquisition.  And that, you know, if I were to -- as

12:35:59    11   I said before, I -- the -- the only response that I

12:36:02    12   recall getting was something that seemed just to

12:36:05    13   restate why I asked them, which is that they want to

12:36:08    14   have protection in case of certain things happening,

12:36:11    15   representations, warranties, these kind of things.

12:36:14    16       Q.    Did you negotiate with them -- with "them"

12:36:16    17   being the Google side of the negotiations -- over

12:36:20    18   the size of the escrow vis-a-vis the overall merger

12:36:26    19   consideration?

12:36:26    20            MR. WILLEN:  Objection to the form.

12:36:30    21            THE WITNESS:  I negotiated the overall

12:36:35    22   size of the escrow with -- with Google in the sense

12:36:40    23   that, you know -- and again, as is typical in any

12:36:44    24   kind of M&A con- -- or most M&A contexts, the

12:36:49    25   acquirer would want to have a larger escrow; the

f8f7cd1f-16bd-4243-a76d-1939eea5e8a9

| | | |
|---|---|---|
| | 1 | HIGHLY CONFIDENTIAL - GIDEON YU |
| 12:36:51 | 2 | seller would want to have a smaller escrow.  So I |
| 12:36:55 | 3 | was pushing for a smaller escrow. |
| 12:37:07 | 4 | BY MR. WILKENS: |
| 12:37:07 | 5 | Q.   Besides talking with David Drummond, who I |
| 12:37:11 | 6 | think you mentioned earlier that you had -- |
| 12:37:14 | 7 | A.   Yes. |
| 12:37:14 | 8 | Q.   -- discussions with, who -- did you have |
| 12:37:17 | 9 | conversations with anybody else at Google during |
| 12:37:20 | 10 | these negotiations over the terms of the |
| 12:37:25 | 11 | Google/YouTube merger? |
| 12:37:28 | 12 | A.   Can you give me a rough -- rough time |
| 12:37:29 | 13 | period that -- that I can answer that question on? |
| 12:37:32 | 14 | Q.   Between September 25th, 2006, and |
| 12:37:35 | 15 | October 9th, 2006. |
| 12:37:37 | 16 | A.   So I don't recall specifically |
| 12:37:38 | 17 | conversation dates, but the -- on the Google side, |
| 12:37:47 | 18 | you know, during the course of these discussions on |
| 12:37:50 | 19 | or around this date, I would have spoken with Matt |
| 12:37:54 | 20 | Sucherman, and before signing the agreement, I |
| 12:38:00 | 21 | briefly spoke with Eric Schmidt. |
| 12:38:07 | 22 | Q.   And do you recall what you spoke to Eric |
| 12:38:09 | 23 | Schmidt about before the agreement was signed? |
| 12:38:13 | 24 | A.   I don't recall specifically.  The -- |
| 12:38:15 | 25 | the -- we were talking just generally about, you |