# jawed karim

**EDUCATION**

 **Stanford University**
PhD Computer Science (2008 - )

**University of Illinois at Urbana-Champaign**
B.S. Computer Science / Engineering (2004)

**EXPERIENCE**


**YouTube**
*Co-founder*
YouTube is the 3rd most-popular website in the world and one of the fastest-growing websites in the history of the Internet. YouTube received funding from Sequoia Capital.


**PayPal**, an **eBay** company (Palo Alto, CA) Feb. 2000 - Mar. 2005
*Staff Architect, Architecture Team*
Implemented PayPal's first real-time anti-fraud systems. Helped to scale PayPal from 100,000 users in February of 2000 to 63 million users by early 2005. PayPal is the world's largest online payment service, processing $50 billion in payments annually.

**IBM**
**IBM** (Boston, MA) Summer 1999
*Intern, Internet Systems & Technology Division* (first Extreme Blue Program)

**SiliconGraphics**
**Silicon Graphics Inc.** (Mountain View, CA) Summer 1998
*Intern, Advanced Graphics Division*
Developed tools to process large 3D volume data sets for use at Los Alamos National Laboratory.

**NCSA**
**National Center for Supercomputing Applications** (Champaign, IL) 1997-1999
*Student Research Programmer, Symera Supercomputing System*

**University of Minnesota Supercomputing Institute** (Minneapolis, MN) Summer 1997
*Student Researcher, David D. Thomas Laboratory*
Developed computational models of protein structures. Research results published in *Biochemistry*.

**TALKS / PUBLICATIONS**

136th commencement speaker, University of Illinois, May 13th 2007. [video] [text]
Invited speaker at University of Illinois Reflections | Projections Conference 2006: YouTube: From Concept to Hypergrowth.
Jawed Karim and Cuong Do, "Method of and apparatus for notifying a user of other users within an area of interest" Filing Date: 12/19/2002, Status: Patent Pending
Karim, C., Stamm, J., Karim, J., Jones, L., Thomas, D.. Cysteine Reactivity and Oligomeric Structure of Phospholamban and its mutants. Biochemistry 37:12074-12081 (September 1998).
Flanigan, P., Karim, J. 1998. NCSA Symera. Dr. Dobb's Journal, Distributed Computing (November 1998).
Karim, Jawed. 1998. A Windows 3D Model Viewer for OpenGL. Dr. Dobb's Journal, Graphics Programming (July 1998).
Karim, Jawed. 2000. A Win32 Network Crawler. Dr. Dobb's Journal, Communications and Networking (May 2000).
Karim, Jawed. 1998. Porting MS-DOS Graphics Applications. Linux Journal, Graphics and Multimedia (September 1998).
Invited speaker at University of Illinois Reflections | Projections Conference 1998: Practical Graphics Programming.

**LANGUAGES**    German (native), English

back to jawed.com

© Jawed Karim

