JENNER&BLOCK

Jenner & Block LLP　　　　Chicago
601 Thirteenth Street, NW　Dallas
Suite 1200 South　　　　　New York
Washington, DC 20005　　Washington, DC
Tel 202-639-6000
www.jenner.com

Donald B. Verrilli, Jr.
Tel 202 639-6095
Fax 202 661-4957
dverrilli@jenner.com

June 28 2007

VIA U.S MAIL, EMAIL & FACSIMILE

Mark S. Ouweleen
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street
Chicago, Illinois 60610
Fax: (312) 494-4440
Email: mark.ouweleen@bartlit-beck.com

David H. Kramer
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Fax: (650) 493-6811
Email: dkramer@wsgr.com

　　　Re:　Infringement of Full-Length Paramount Films on YouTube

Dear Mark and David,

I am writing concerning the ongoing blatant infringement of Paramount Pictures' full-length feature films on YouTube. On March 13, 2007, Paramount Pictures Corp., together with Viacom International Inc. and their affiliates, brought suit against Google and YouTube for the massive infringement of Paramount's and Viacom's works on YouTube. Notwithstanding the lawsuit, unauthorized Paramount and Viacom works continue to appear on YouTube regularly.

Some of the most egregious infringement is of full-length Paramount feature films. In the last four weeks alone – well after the filing of Paramount's copyright infringement suit against Google and YouTube – we have located more than 60 full-length Paramount films on YouTube. Attached to this letter is a spreadsheet listing these infringing films.

Google and YouTube have asserted that even when they know a work is copyrighted, they have no way of knowing whether copies posted on YouTube are authorized rather than infringing. As you know, we find that assertion implausible – particularly given that we have previously informed you that the thousands of Viacom works for which we have sent takedown notices are merely representative samples and that the postings of Viacom works (including Paramount full-length films) on YouTube are unauthorized. Moreover, no reasonable person, much less the sophisticated business persons who run a corporate giant like Google, could have any reasonable or good-faith doubt about the fact that the posting of full-length feature films produced by major studios such as Paramount is unauthorized and blatantly infringing. To remove any possible doubt Google and YouTube might have respecting Paramount films, we reiterate that Paramount and Viacom have not authorized and will not authorize the posting of any of their full-length feature films on YouTube, and that all such postings are infringing. For Google's and

Mark S. Ouweleen
David H. Kramer
June 28, 2007
Page 2

YouTube's convenience, I append a list of Paramount's top DVD and theatrical releases, which are well-known and easily recognized.

Very truly yours,

*Donald B. Verrilli/MJM*

Donald B. Verrilli, Jr.

Full-Length Paramount Films on YouTube May 30 to June 25, 2007

| DISCOVERY DATE | TITLE | USERNAME | URL |
|---|---|---|---|
| 5/30/2006 | Perfume | moviesnerds1 | http://www.youtube.com/watch?v=R_Tw3yUxHqg |
| 5/21/2007 | Dreamgirls | zerruel - private | http://www.youtube.com/watch?v=YtKYf9BkYjs |
| 5/21/2007 | Flushed Away | zerruel - private | http://www.youtube.com/watch?v=0mMhLCvn9Kl |
| 5/23/2007 | Shrek 3 | pcb464 | http://www.youtube.com/watch?v=rn87-x1Pmxk |
| 5/23/2007 | Mission Imposs. 3 | appleover12 - private | http://www.youtube.com/watch?v=AoxRJKV16jA |
| 5/23/2007 | Barnyard | zerruel - private | http://www.youtube.com/watch?v=MmwvxjxObdQ |
| 5/28/2007 | Jackass 1 | jackassvideos123 | http://www.youtube.com/watch?v=Z5MP2S4m2dE |
| 5/28/2007 | shrek | XRubberXChickensX | http://www.youtube.com/watch?v=-z8Qf4qa7fA |
| 5/28/2007 | shrek 2 | loOve2 | http://www.youtube.com/watch?v=ooppBy57koA |
| 5/28/2007 | shrek 3 | morningandnight | http://www.youtube.com/watch?v=h3QJJe-ligM |
| 5/28/2007 | pet sematary | penelope2000 | http://www.youtube.com/watch?v=6WiB3dtEVyE |
| 5/28/2007 | Charlottes Web | moviesaregreat1 | http://www.youtube.com/watch?v=9jXEr4FmMgw |
| 5/28/2007 | Disturbia | moviesaregreat1 | http://www.youtube.com/watch?v=5PSOoliPbPY |
| 5/28/2007 | Mean Girls | MovieGirl976 | http://www.youtube.com/watch?v=jRj7W0ozCh0 |
| 5/29/2007 | shrek 3 | moviesbymillions | http://www.youtube.com/watch?v=YRibSR28ezl |
| 5/30/2007 | Norbit | bigbrotherguy1 | |
| 5/31/2007 | Norbit | jessica1724 | |
| 5/31/2007 | Titanic | perels | http://www.youtube.com/watch?v=FBPz-zpOxSl |
| 6/2/2007 | Titanic | cad3na | http://www.youtube.com/watch?v=KrcVf8U97tU |
| 6/3/2007 | Shrek 3 | dvds791m | http://www.youtube.com/watch?v=lfumy0NUmqA |
| 6/3/2007 | South Park | anonymousmothaf00ka | http://www.youtube.com/watch?v=DsRAult6S6U |
| 6/3/2007 | Norbit | jessica1724 | http://www.youtube.com/watch?v=7IskRsxLJXM |
| 6/4/2007 | shrek 3 | dvds791m | http://www.youtube.com/watch?v=x-X6_FJwtEE |
| 6/4/2007 | longest yard | garmmer | http://www.youtube.com/watch?v=nyyaz0Vza4U |
| 6/4/2007 | norbit | garmmer | http://www.youtube.com/watch?v=7UpA4tDcHk8 |
| 6/4/2007 | Next | americandadguy1 | http://www.youtube.com/watch?v=4LgKL4mmUsU |
| 6/4/2007 | Shrek 3 | ilana4493 | http://www.youtube.com/watch?v=aAuRV0mgNf8 |
| 6/4/2007 | Shrek 3 | ropahs | http://www.youtube.com/watch?v=4dzhLqjvlV8 |
| 6/4/2007 | Road to El Dorado | lidiakitty | http://www.youtube.com/watch?v=Pj24nROFWPU |
| 6/5/2007 | titanic | cad3na | http://www.youtube.com/watch?v=CcJQ093-v8w |
| 6/5/2007 | Failure to launch | Flor1988 | http://www.youtube.com/watch?v=AB4M6BqH3fo |
| 6/6/2007 | Shrek 3 | totalartist | http://www.youtube.com/watch?v=9w-7sq34o5s |
| 6/6/2007 | Shrek 3 | dvds791m | http://www.youtube.com/watch?v=21LMr51YXWo |
| 6/6/2007 | how to lose a guy in 1 | Flor1988 | http://www.youtube.com/watch?v=02Zz4TkAPdM |
| 6/7/2007 | Next | 16140 | http://www.youtube.com/watch?v=w62xZ_zpGW4 |
| 6/7/2007 | Next | snlguy1 | http://www.youtube.com/watch?v=nXNl_rN5J9k |
| 6/7/2007 | Shrek 3 | DonaPiroca | http://www.youtube.com/watch?v=GH5Xs8arU00 |
| 6/9/2007 | Mean Girls | huldalif | http://www.youtube.com/watch?v=K5SNx8SfZwA |
| 6/9/2007 | Lemony Snickets | MiniKiki86 | N/A |
| 6/9/2007 | titanic | | http://www.youtube.com/watch?v=zwTli0f_UOA |
| 6/10/2007 | Shrek 3 | entourageguy1 | http://www.youtube.com/watch?v=ID_YiLtW_IY |
| 6/10/2007 | Titanic | hospaperu | http://www.youtube.com/watch?v=T_IFZFoOCmQ |
| 6/10/2007 | Shrek 3 | filmdvix | http://www.youtube.com/watch?v=86F3B43wm6E |
| 6/10/2007 | Shrek 2 | jpindahouse | http://www.youtube.com/watch?v=KmZCc5m5UgY |
| 6/12/2007 | shrek 3 | dvds791m | http://youtube.com/watch?v=Yd3DGhXYCp8 |
| 6/13/2007 | shrek 3 | Kostia91 | http://www.youtube.com/watch?v=f9gKMx2iFGo |
| 6/15/2007 | shrek 3 | AAnwari | http://www.youtube.com/watch?v=aXYMlRAwvrs |

Full-Length Paramount Films on YouTube May 30 to June 25, 2007

| | | | |
|---|---|---|---|
| 6/15/2007 | shrek 3 | etoilerouge84 | http://www.youtube.com/watch?v=stbZcG6M_3w |
| 6/15/2007 | Lemony Snickets | Biokatcrawler | http://www.youtube.com/watch?v=AnoZRX0k1bU |
| 6/15/2007 | Mean Girls | irina1993 | http://www.youtube.com/watch?v=p_YRGQn1Ws8 |
| 6/17/2007 | Lemony Snickets | qa5zfp6ljh | http://www.youtube.com/watch?v=blSQ2qw4AcY |
| 6/18/2007 | titanic | mar1ang3l | http://youtube.com/watch?v=KsTNAGRT-c0 |
| 6/18/2007 | Norbit | 16140 | http://www.youtube.com/watch?v=D5ll3Q2QmCE |
| 6/20/2007 | Shrek 3 | mvtm12 | http://www.youtube.com/watch?v=GmqPB7WTOWk |
| 6/20/2007 | Lemony Snickets | Kunkuliic | http://www.youtube.com/watch?v=u1dXes1WMyg |
| 6/20/2007 | Shooter | oceansth1 | http://www.youtube.com/watch?v=vb0SOaxZwmk |
| 6/21/2007 | Jackass Number 2 | yerpu | http://www.youtube.com/watch?v=Cw_1_ty-3Ok |
| 6/21/2007 | Shrek 2 | nugsui | http://www.youtube.com/watch?v=pqFHnJfNkUI |
| 6/22/2007 | Shrek 2 | 5865154321 | http://www.youtube.com/watch?v=aGa46Gm06qU |
| 6/23/2007 | norbit | cre8ives | http://www.youtube.com/watch?v=VAAbw1vLwfM |
| 6/25/2007 | Shrek 3 | giligen22 | |

| |
|---|
| 200 CIGARETTES |
| 48 HRS. |
| A MIGHTY HEART |
| ABANDON |
| ACCUSED, THE |
| ADDAMS FAMILY, THE |
| AEON FLUX |
| AGAINST THE ROPES |
| AIRPLANE! |
| ALFIE |
| ALL YOU'VE GOT |
| ALONG CAME A SPIDER |
| ANCHORMAN |
| ANGELA'S ASHES |
| ANOTHER 48 HRS. |
| ASK THE DUST |
| BABEL |
| BAD NEWS BEARS (2005) |
| BAD NEWS BEARS, THE |
| BARNYARD, THE |
| BASEBALL |
| BEAVIS AND BUTT-HEAD DO AMERICA |
| BETTER LUCK TOMORROW |
| BETTER OFF DEAD |
| BEVERLY HILLS COP |
| BEVERLY HILLS COP II |
| BEVERLY HILLS COP III |
| BEYOND BORDERS |
| BIG JAKE |
| BLACK SHEEP |
| BLACK SNAKE MOAN |
| BLADES OF GLORY |
| BLESS THE CHILD |
| BLUE HAWAII |
| BOOMERANG |
| BRAVEHEART |
| BREAKDOWN |
| BREAKFAST AT TIFFANYS |
| BRINGING OUT THE DEAD |
| CHANGING LANES |
| CHARLOTTE'S WEB |
| CHARLOTTE'S WEB (Live Action) |
| CHARLOTTE'S WEB 2 |
| CHEECH & CHONG'S STILL SMOKIN' |
| CHINATOWN |
| CIVIL WAR, THE |
| CLEAR AND PRESENT DANGER |
| CLOCKSTOPPERS |
| CLUE |
| CLUELESS |
| COACH CARTER |
| COMING TO AMERICA |
| CONGO |
| CORE, THE |
| CROCODILE DUNDEE |
| CROCODILE DUNDEE IN LOS ANGELES |
| CROSSROADS |
| DAYS OF THUNDER |
| DEEP IMPACT |
| DICKIE ROBERTS: FORMER CHILD STAR |
| DISTURBIA |
| DOMESTIC DISTURBANCE |
| DONOVAN'S REEF |
| DOUBLE JEOPARDY |
| DOWN TO EARTH |
| DRAGONSLAYER |
| DREAMGIRLS |
| DROP ZONE |
| EL DORADO |
| ELECTION |
| ELIZABETHTOWN |
| ENEMY AT THE GATES |
| ESCAPE FROM ALCATRAZ |
| ESCAPE FROM L.A. |
| EVENT HORIZON |
| EXTREME OPS |
| EYE FOR AN EYE |
| FACE/OFF |
| FADE TO BLACK |
| FAILURE TO LAUNCH |

| |
|---|
| FATAL ATTRACTION |
| FERRIS BUELLER'S DAY OFF |
| FIGHTING TEMPTATIONS, THE |
| FIRM, THE |
| FIRST WIVES CLUB, THE |
| FLAGS OF OUR FATHERS |
| FLASHDANCE |
| FLIGHT OF THE INTRUDER |
| FLUSHED AWAY |
| FOOTLOOSE |
| FORREST GUMP |
| FOUR BROTHERS |
| FOUR FEATHERS, THE |
| FREEDOM WRITERS |
| FRIDAY THE 13TH |
| FRIDAY THE 13TH - PART II |
| FRIDAY THE 13TH - PART III |
| FRIDAY THE 13TH PART - IV:THE FINAL CHAP |
| FRIDAY THE 13TH PART V: A NEW BEGINNING |
| FRIDAY THE 13TH PART VI : JASON LIVES |
| FRIDAY THE 13TH PART VII:THE NEW BLOOD |
| FRIDAY THE 13TH, PART VIII - MANHATTAN |
| FUNNY FACE |
| GENERAL'S DAUGHTER, THE |
| GET RICH OR DIE TRYIN' |
| GHOST |
| GHOST AND THE DARKNESS, THE |
| GIFT, THE |
| GLADIATOR |
| GODFATHER PART II, THE |
| GODFATHER PART III, THE |
| GODFATHER, THE |
| GOLDEN CHILD, THE |
| GREASE |
| GREASE 2 |
| HARD RAIN |
| HARDBALL |
| HARLEM NIGHTS |
| HAROLD AND MAUDE |
| HATARI |
| HEY ARNOLD! THE MOVIE |
| HIGH AND THE MIGHTY, THE |
| HONDO |
| HONEYMOONERS, THE |
| HOURS, THE |
| HOW TO LOSE A GUY IN 10 DAYS |
| HUNT FOR RED OCTOBER, THE |
| HUNTED, THE |
| HUSTLE & FLOW |
| I.Q. |
| IN & OUT |
| IN HARM'S WAY |
| INCONVENIENT TRUTH, AN |
| INDECENT PROPOSAL |
| INDIANA JONES AND THE LAST CRUSADE |
| INDIANA JONES AND THE TEMPLE OF DOOM |
| ISLAND IN THE SKY |
| ITALIAN JOB (1969) |
| ITALIAN JOB, THE |
| JACKASS: THE MOVIE |
| JACKASS:NUMBER TWO |
| JIMMY NEUTRON: BOY GENIUS |
| JUICE |
| K-19: THE WIDOWMAKER |
| KING KONG |
| KISS THE GIRLS |
| LADIES MAN, THE |
| LARA CROFT TOMB RAIDER: THE CRADLE OF LI |
| LARA CROFT: TOMB RAIDER |
| LARRY THE CABLE GUY: HEALTH INSPECTOR |
| LAST HOLIDAY |
| LAST KISS |
| LEMONY SNICKET'S A SERIES OF UNFORTUNATE |
| LONGEST YARD, THE |
| LONGEST YARD, THE (1974) |
| LOSING ISAIAH |
| LOVE STORY |
| LUCKY NUMBERS |
| MACHINIST, THE |
| MAD HOT BALLROOM |

| |
|---|
| MADAGASCAR |
| MAJOR LEAGUE |
| MAN WHO SHOT LIBERTY VALANCE, THE |
| MANCHURIAN CANDIDATE |
| MARCI X |
| MEAN CREEK |
| MEAN GIRLS |
| MI:3 |
| MISSION IMPOSSIBLE |
| MISSION IMPOSSIBLE II |
| MOMMIE DEAREST |
| NACHO LIBRE |
| NAKED GUN 2 & 1/2 : THE SMELL OF FEAR |
| NAKED GUN 33 1/3: THE FINAL INSULT |
| NAKED GUN FROM THE FILES OF POLICE SQUAD |
| NARC |
| NECESSARY ROUGHNESS |
| NEIL YOUNG: HEART OF GOLD |
| NEXT |
| NEXT BEST THING, THE |
| NIGHT AT THE ROXBURY, A |
| NORBIT |
| NUTTY PROFESSOR, THE |
| OFFICER AND A GENTLEMEN, AN |
| OLD SCHOOL |
| ONCE UPON A TIME IN THE WEST |
| ORANGE COUNTY |
| OUT-OF-TOWNERS, THE |
| OVER THE HEDGE |
| PAINT YOUR WAGON |
| PATRIOT GAMES |
| PAYBACK |
| PAYCHECK |
| PERFECT SCORE, THE |
| PERFUME: THE STORY OF A MURDERER |
| PET SEMATARY (OLD) |
| PLANES, TRAINS AND AUTOMOBILES |
| POOTIE TANG |
| PRESIDIO, THE |
| PRETTY IN PINK |
| PRIMAL FEAR |
| PRINCE AND ME, THE |
| PRIVATE PARTS |
| RAIDERS OF THE LOST ARK |
| RAT RACE |
| REGARDING HENRY |
| RELIC |
| RIO LOBO |
| ROMAN HOLIDAY |
| ROMEO AND JULIET |
| ROSEMARY'S BABY |
| RUGRATS GO WILD |
| RUGRATS IN PARIS: THE MOVIE |
| RUGRATS MOVIE, THE |
| RULES OF ENGAGEMENT |
| RUNAWAY BRIDE |
| SABRINA |
| SABRINA (1959) |
| SAHARA |
| SAINT, THE |
| SATURDAY NIGHT FEVER |
| SAVE THE LAST DANCE |
| SCHOOL OF ROCK, THE |
| SCHOOL TIES |
| SCORE, THE |
| SCROOGED |
| SERPICO |
| SERVING SARA |
| SHAFT |
| SHANE |
| SHARK TALE |
| SHE'S THE MAN |
| SHOGUN |
| SHOOTER |
| SHOOTIST, THE |
| SHREK 2 |
| SHREK THE THIRD |
| SIMPLE PLAN, A |
| SKY CAPTAIN AND THE WORLD OF TOMORROW |
| SLEEPY HOLLOW |

| |
|---|
| SLIDING DOORS |
| SNAKE EYES |
| SNOW DAY |
| SONS OF KATIE ELDER, THE |
| SOUTH PARK:BIGGER, LONGER & UNCUT |
| SPONGEBOB SQUAREPANTS MOVIE, THE |
| STAR TREK GENERATIONS |
| STAR TREK II: THE WRATH OF KHAN |
| STAR TREK III: THE SEARCH FOR SPOCK |
| STAR TREK IV: THE VOYAGE HOME |
| STAR TREK V: THE FINAL FRONTIER |
| STAR TREK VI: THE UNDISCOVERED COUNTRY |
| STAR TREK: FIRST CONTACT |
| STAR TREK: INSURRECTION |
| STAR TREK: NEMESIS |
| STAR TREK: THE MOTION PICTURE |
| STEPFORD WIVES, THE (2004) |
| SUM OF ALL FEARS, THE |
| SUNSET BOULEVARD |
| SUPERSTAR |
| SUSPECT ZERO |
| SWITCHBACK |
| TALENTED MR. RIPLEY, THE |
| TEAM AMERICA: WORLD POLICE |
| TEN COMMANDMENTS, THE |
| TERMS OF ENDEARMENT |
| THE RAINMAKER |
| THREE DAYS OF THE CONDOR |
| TIMELINE |
| TITANIC |
| TO CATCH A THIEF |
| TOMMY BOY |
| TOP GUN |
| TOP SECRET! |
| TRADING PLACES |
| TRANSFORMERS |
| TRUE GRIT |
| TRUMAN SHOW, THE |
| TUPAC: RESURRECTION |
| TWISTED |
| U-2 RATTLE AND HUM |
| UNCOMMON VALOR |
| UNTOUCHABLES, THE |
| UP IN SMOKE |
| URBAN COWBOY |
| VANILLA SKY |
| VARSITY BLUES |
| VIRGIN SUICIDES, THE |
| VIRTUOSITY |
| WAR OF THE WORLDS |
| WAR OF THE WORLDS, THE |
| WARRIORS,THE |
| WAYNE'S WORLD |
| WAYNE'S WORLD 2 |
| WE WERE SOLDIERS |
| WEATHER MAN, THE |
| WHAT WOMEN WANT |
| WHAT'S EATING GILBERT GRAPE |
| WHITE CHRISTMAS |
| WILD THORNBERRYS MOVIE, THE |
| WINDS OF WAR |
| WITHOUT A PADDLE |
| WITNESS |
| WONDER BOYS |
| WOOD, THE |
| WORLD TRADE CENTER |
| YEAR OF THE DOG |
| YOU CAN COUNT ON ME |
| YOURS, MINE, AND OURS |
| ZODIAC |
| ZOOLANDER |