```
To:            "Maryrose Dunton" <maryrose@youtube.com>, "Cuong Do"
<cdo@youtube.com>
From:          "Virginia Wang" <veedub@youtube.com>
CC:
BCC:
Sent Date:     2007-04-23 17:17:03 GMT
Subject:       Fwd: Erik Klein OOO this week
```

FYI. IM'd with Erik this morning and thought this would be an appropriate way to go for now, but let me know if you want me to send an update/correction and we can have those bugs assigned to someone else (preferably in Product Eng) this week while Erik's out.

I'm fine either way.

Thanks,
V :)

---------- Forwarded message ----------
From: Virginia Wang <veedub@youtube.com>
Date: Apr 23, 2007 10:14 AM
Subject: Erik Klein OOO this week
To: ███████████████████, ███████████████████
Cc: mike@youtube.com, ptuckfield@youtube.com, mrizzo@google.com, sougou@google.com

Erik Klein is OOO all week, but will be checking email periodically.

In his absence, please assign all bugs you'd normally assign to him to me ( e.g., sign up bugs) and I'll get them to the appropriate engineer. Bugs in the following should be assigned directly to these engineers:

- Admin, except for Featured Videos & Video Campaign -- Shruti Chugh ( shrutip@google.com)
- Content Mgmt, incl. Featured Videos & Video Campaign -- Jake McGuire ( mcguire@google.com)
- Ads, incl. anything to do with DoubleClick -- Herb Ho (hho@google.com )

If it urgent, please call or IM me today while I'm in MV (███████████████ ███████████). I'll be SBO the rest of the week.

FYI - Erik has already fwded the issues reported through Buganizer this morning to other engineers (sign up invalid parameters to Mike Solomon & Paul Tuckfield; international characters issues to Sugu and Rizzo). Please check with them for status and (if needed) re-assign these bugs to them (sorry, I can't get into Buganizer now!)

Thanks,
V :)

Confidential                                                                                          GOO001-06669529