CODED FIELDS: BEGDOC: GOO001-07169708
ENDDOC: GOO001-07169719
BEGATTACH: GOO001-07169708
ENDATTACH: GOO001-07169719
RECORDTYPE: E-file
CUSTODIAN: Liu_(Matthew)_-_GOONDCE00090051
DATASETID: GOONDCE00090051
MASTER_DATE:
PARENTFOLDER: GOONDCE00090051\HAL-SB-0130\1 Customer\Macintosh HD\Users\MatthewLiu\Library\Application Support\Adium 2.0\Users\Default\Logs\AIM.coda322\kryten21\ - GOONDCE00090051
AUTHOR:
TO:
CC:
BCC:
NATIVEPATH:
FILEEXT: .AdiumHTMLLog
FILENAME: kryten21 (2006-05-25).AdiumHTMLLog - GOONDCE00090051
FILESIZE: 49550
MD5HASH: 8B7481D6B3A115CC27FFB15F7BB81F14AAE9E2DF9B28771DC9BB061E336D19C1
CREATE_DATE:
RECEIVEDDATE:
SUBJECTTITLE:
ORIGINALSOUR: [UNAVAILABLE] - GOONDCE00090051
SENTON_DATE:
LASTMOD_DATE:

hahaha
9:42:45 PM kryten21:
i can't wait
9:42:50 PM kryten21:
til we are playing blackjack with $1000 hands
9:43:05 PM coda322:
sure, not a problem
9:43:09 PM coda322:
if im worth 100 million
9:43:13 PM coda322:
whats 1000 a hand
9:44:02 PM kryten21:
exactly
9:44:06 PM kryten21:
soon my friend
9:44:08 PM kryten21:
give it a few years
9:45:07 PM kryten21:
hey, when are you leaving for convention
9:45:26 PM coda322:
need to leave work
9:45:30 PM coda322:
at like 530
9:45:36 PM coda322:
go to airport by 7 or so
9:45:39 PM coda322:
fuck
9:45:47 PM coda322:
one of the vids in my playlist got removed
9:45:52 PM coda322:
for copyright infringement
9:45:55 PM coda322:
assholes
9:46:19 PM kryten21:
haha
9:46:21 PM kryten21:
assholas
9:46:22 PM kryten21:
nice man
9:46:32 PM coda322:
im goign to go hit the customer service lady

9:46:33 PM kryten21:
```
i'm gonna be at tim's house
most of saturday and sunday, just coding
```
9:46:37 PM kryten21:
```
hahahahah
```
9:46:38 PM coda322:
```
with our resident wiffle bat
tomorrow
```
9:46:46 PM kryten21:
```
nice
```
9:47:16 PM kryten21:
```
gonna try to perfect the
A/D stuff
```
9:47:28 PM kryten21:
```
maybe using 20 day
MA
```
9:47:39 PM coda322:
```
that would be quite
nice
```
9:47:42 PM coda322:
```
if i returned for
convention
```
9:47:47 PM coda322:
```
and you gave me a number for
250%
```
9:47:50 PM kryten21:
```
hahah
```
9:47:54 PM kryten21:
```
that would be damn
sweet
```
9:48:02 PM kryten21:
```
let us dream
```
9:48:04 PM kryten21:
```
who knows
```
9:48:05 PM coda322:
```
so someone asked
me
```
9:48:08 PM coda322:
```
how our shit is
doing
```
9:48:28 PM coda322:
```
are you telling people
numbers at all?
```
9:48:46 PM coda322:
```
i told them our simulations
are off the charts at over 150%
```
9:48:53 PM coda322:
```
but then i was thinking
maybe we shouldnt say that
```
9:48:54 PM coda322:
```
what do you
think
```

**The following is a true and correct copy of this instant message conversation as produced by Defendants.**

```
</span><pre class="message">go to airport by 7 or so</pre></div>
<div class="send"><span class="timestamp">9:45:39 PM</span> <span class="sender">coda322:</span><pre class="message">fuck</pre></div>
<div class="send"><span class="timestamp">9:45:47 PM</span> <span class="sender">coda322:</span><pre class="message">one of the vids in my playlist got removed</pre></div>
<div class="send"><span class="timestamp">9:45:52 PM</span> <span class="sender">coda322:</span><pre class="message">for copyright infringement</pre></div>
<div class="send"><span class="timestamp">9:45:55 PM</span> <span class="sender">coda322:</span><pre class="message">assholes</pre></div>
<div class="receive"><span class="timestamp">9:46:19 PM</span> <span class="sender">kryten21:</span><pre class="message">haha</pre></div>
<div class="receive"><span class="timestamp">9:46:21 PM</span> <span class="sender">kryten21:</span><pre class="message">assholas</pre></div>
<div class="receive"><span class="timestamp">9:46:22 PM</span> <span class="sender">kryten21:</span><pre class="message">nice man</pre></div>
<div class="send"><span class="timestamp">9:46:32 PM</span> <span class="sender">coda322:</span><pre class="message">im goign to go hit the customer service lady</pre></div>
<div class="receive"><span class="timestamp">9:46:33 PM</span> <span class="sender">kryten21:</span><pre class="message">i'm gonna be at tim's house most of saturday and sunday, just coding</pre></div>
<div class="receive"><span class="timestamp">9:46:37 PM</span> <span class="sender">kryten21:</span><pre class="message">hahahahah</pre></div>
<div class="send"><span class="timestamp">9:46:38 PM</span> <span class="sender">coda322:</span><pre class="message">with our resident wiffle bat tomorrow</pre></div>
<div class="receive"><span class="timestamp">9:46:46 PM</span> <span class="sender">kryten21:</span><pre class="message">nice</pre></div>
<div class="receive"><span class="timestamp">9:47:16 PM</span> <span class="sender">kryten21:</span><pre class="message">gonna try to perfect the A/D stuff</pre></div>
<div class="receive"><span class="timestamp">9:47:28 PM</span> <span class="sender">kryten21:</span><pre class="message">maybe using 20 day MA</pre></div>
<div class="send"><span class="timestamp">9:47:39 PM</span> <span class="sender">coda322:</span><pre class="message">that would be quite nice</pre></div>
<div class="send"><span class="timestamp">9:47:42 PM</span> <span class="sender">coda322:</span><pre class="message">if i returned for convention</pre></div>
<div class="send"><span class="timestamp">9:47:47 PM</span> <span class="sender">coda322:</span><pre class="message">and you gave me a number for 250%</pre></div>
<div class="receive"><span class="timestamp">9:47:50 PM</span> <span class="sender">kryten21:</span><pre class="message">hahah</pre></div>
<div class="receive"><span class="timestamp">9:47:54 PM</span> <span class="sender">kryten21:</span><pre class="message">that would be damn sweet</pre></div>
<div class="receive"><span class="timestamp">9:48:02 PM</span> <span class="sender">kryten21:</span><pre class="message">let us dream</pre></div>
<div class="receive"><span class="timestamp">9:48:04 PM</span> <span class="sender">kryten21:</span><pre class="message">who knows</pre></div>
<div class="send"><span class="timestamp">9:48:05 PM</span> <span class="sender">coda322:</span><pre class="message">so someone asked me</pre></div>
<div class="send"><span class="timestamp">9:48:08 PM</span> <span class="sender">coda322:</span><pre class="message">how our shit is doing</pre></div>
<div class="send"><span class="timestamp">9:48:28 PM</span> <span class="sender">coda322:</span><pre class="message">are you telling people numbers at all?</pre></div>
<div class="send"><span class="timestamp">9:48:46 PM</span> <span class="sender">coda322:</span><pre class="message">i told them our simulations are off the charts at over 150%</pre></div>
<div class="send"><span class="timestamp">9:48:53 PM</span> <span class="sender">coda322:</span><pre class="message">but then i was thinking maybe we shouldnt say that</pre></div>
<div class="send"><span class="timestamp">9:48:54 PM</span> <span class="sender">coda322:</span><pre class="message">what do you think</pre></div>
```

Highly Confidential

GOO001-07169713