CODED FIELDS:
BEGDOC: GOO001-07169928
ENDDOC: GOO001-07169943
BEGATTACH: GOO001-07169928
ENDATTACH: GOO001-07169943
RECORDTYPE: E-file
CUSTODIAN: Liu_(Matthew)_-_GOONDCE00090051
DATASETID: GOONDCE00090051
MASTER_DATE:
PARENTFOLDER: GOONDCE00090051\HAL-SB-0130\1 Customer\Macintosh HD\Users\MatthewLiu\Library\Application Support\Adium 2.0\Users\Default\Logs\AIM.coda322\amuletp811\ - GOONDCE00090051
AUTHOR:
TO:
CC:
BCC:
NATIVEPATH:
FILEEXT: .AdiumHTMLLog
FILENAME: amuletp811 (2006-06-04).AdiumHTMLLog - GOONDCE00090051
FILESIZE: 64567
MD5HASH: D8F7379190B96E66E61B6B07E2471C1339D255314CD20F278D17E8DE28825131
CREATE_DATE:
RECEIVEDDATE:
SUBJECTTITLE:
ORIGINALSOUR: [UNAVAILABLE] - GOONDCE00090051
SENTON_DATE:
LASTMOD_DATE:

```
Redacted
```

1:45:40 PM coda322:
```
ok
```
1:46:12 PM coda322:
http://www.youtube.com/profile_play_list?user=DiggUser
1:46:24 PM coda322:
http://www.youtube.com/profile_play_list?user=DiggUser2
1:46:28 PM coda322:
```
go watch some superman
```
1:46:31 PM amuletp811:
```
haha
```
1:46:58 PM amuletp811:
```
wow
```
1:47:03 PM amuletp811:
```
this youtube thing is crazy
```
1:47:04 PM coda322:
```
not bad eh?
```
1:47:08 PM coda322:
```
dont show other people though
```
1:47:11 PM coda322:
```
it can get taken off
```
1:47:16 PM amuletp811:
```
dan was watching russel peters on it the other day
```
1:47:18 PM coda322:
```
so just watch with your own pleasure
```
1:47:21 PM amuletp811:
```
why would it get taken off
```
1:47:23 PM coda322:
```
yeah theres a lot of him
```
1:47:25 PM coda322:
```
cuz its copyrighted
```
1:47:32 PM coda322:
```
technically we shouldnt allow it
```
1:47:39 PM coda322:
```
but we're not goign to take it off until the person that holds the copyright
```
1:47:40 PM coda322:
```
is like
```
1:47:47 PM coda322:
```
you shouldnt have that
```
1:47:51 PM coda322:
```
then we'll take it off
```
1:48:03 PM coda322:
```
so if all of a sudden it becomes the most popular video ever
```
1:48:09 PM coda322:
```
then there is higher probability that they will complain
```
1:48:13 PM amuletp811:
```
hahah
```
1:48:16 PM amuletp811:
```
dane
```
1:48:18 PM amuletp811:

```
done
```
1:48:23 PM coda322:
```
i cant wait until dan
```
1:48:24 PM coda322:
```
goes
```
1:48:27 PM coda322:
```
"i love youtube!"
```
1:48:32 PM coda322:
```
that will be a victory in my book
```
1:48:33 PM coda322:
```
haha
```
1:48:34 PM amuletp8l1:
```
this will keep me entertained tomorrow
```
1:48:39 PM coda322:
```
i know
```
1:48:41 PM coda322:
```
arent i nice?
```
1:48:45 PM coda322:
```
i was watching
```
1:48:45 PM amuletp8l1:
```
when i give my kids their finals
```
1:48:47 PM coda322:
```
thundercats
```
1:48:53 PM coda322:
```
and teenage mutant ninja turtles
```
1:48:53 PM coda322:
```
haha
```
1:49:02 PM coda322:
```
here
```
1:49:06 PM coda322:
```
this one is also entertaining
```
1:49:08 PM amuletp8l1:
```
can you save this videos to your computer
```
1:49:17 PM coda322:
```
http://www.youtube.com/watch?v=fmgQCtqBldg
```

**Redacted**

1:49:26 PM coda322:
```
mm
```
1:49:28 PM coda322:
```
we dont allow you to
```
1:49:31 PM coda322:
```
but its easy enough
```
1:49:33 PM coda322:
```
very easy to do
```
1:49:36 PM coda322:
```
i think im going to start doing it
```
1:49:40 PM amuletp8l1:
```
i don't have a user name
```
1:49:43 PM coda322:

**The following is a true and correct copy of this instant message conversation as produced by Defendants.**



```
<div class="send"><span class="timestamp">11:45:40 PM</span> <span class="sender">coda322:
</span><pre class="message">ok...</pre></div>
<div class="send"><span class="timestamp">11:46:12 PM</span> <span class="sender">coda322:
</span><pre class="message"><a href="http://www.youtube.com/profile_play_list?user=DiggUser"
title="http://www.youtube.com/profile_play_list?user=DiggUser">http://www.youtube.com/profile_play_list
?user=DiggUser</a></pre></div>
<div class="send"><span class="timestamp">11:46:24 PM</span> <span class="sender">coda322:
</span><pre class="message"><a href="http://www.youtube.com/profile_play_list?user=DiggUser2"
title="http://www.youtube.com/profile_play_list?user=DiggUser2">http://www.youtube.com/profile_play_li
st?user=DiggUser2</a></pre></div>
<div class="send"><span class="timestamp">11:46:28 PM</span> <span class="sender">coda322:
</span><pre class="message">go watch some superman</pre></div>
<div class="receive"><span class="timestamp">11:46:31 PM</span> <span
class="sender">amuletp811: </span><pre class="message">haha</pre></div>
<div class="receive"><span class="timestamp">11:46:58 PM</span> <span
class="sender">amuletp811: </span><pre class="message">wow</pre></div>
<div class="receive"><span class="timestamp">11:47:03 PM</span> <span
class="sender">amuletp811: </span><pre class="message">this you tube thing is crazy</pre></div>
<div class="send"><span class="timestamp">11:47:04 PM</span> <span class="sender">coda322:
</span><pre class="message">not bad eh?</pre></div>
<div class="send"><span class="timestamp">11:47:08 PM</span> <span class="sender">coda322:
</span><pre class="message">dont show other people though</pre></div>
<div class="send"><span class="timestamp">11:47:11 PM</span> <span class="sender">coda322:
</span><pre class="message">it can get taken off</pre></div>
<div class="receive"><span class="timestamp">11:47:16 PM</span> <span
class="sender">amuletp811: </span><pre class="message">dan was watching russel peters on it the
other day</pre></div>
<div class="send"><span class="timestamp">11:47:18 PM</span> <span class="sender">coda322:
</span><pre class="message">so just watch with your own pleasure</pre></div>
<div class="receive"><span class="timestamp">11:47:21 PM</span> <span
class="sender">amuletp811: </span><pre class="message">why would it get taken off</pre></div>
<div class="send"><span class="timestamp">11:47:23 PM</span> <span class="sender">coda322:
</span><pre class="message">yeah theres a lot of him</pre></div>
<div class="send"><span class="timestamp">11:47:25 PM</span> <span class="sender">coda322:
</span><pre class="message">cuz its copyrighted</pre></div>
```

Highly Confidential

```html
<div class="send"><span class="timestamp">11:47:32 PM</span> <span class="sender">coda322: </span><pre class="message">technically we shouldnt allow it</pre></div>
<div class="send"><span class="timestamp">11:47:39 PM</span> <span class="sender">coda322: </span><pre class="message">but we're not goign to take it off until the person that holds the copyright</pre></div>
<div class="send"><span class="timestamp">11:47:40 PM</span> <span class="sender">coda322: </span><pre class="message">is like</pre></div>
<div class="send"><span class="timestamp">11:47:47 PM</span> <span class="sender">coda322: </span><pre class="message">you shouldnt have that</pre></div>
<div class="send"><span class="timestamp">11:47:51 PM</span> <span class="sender">coda322: </span><pre class="message">then we'll take it off</pre></div>
<div class="send"><span class="timestamp">11:48:03 PM</span> <span class="sender">coda322: </span><pre class="message">so if all of a sudden it becomes the most popular video ever</pre></div>
<div class="send"><span class="timestamp">11:48:09 PM</span> <span class="sender">coda322: </span><pre class="message">then there is higher probability that they will complain</pre></div>
<div class="receive"><span class="timestamp">11:48:13 PM</span> <span class="sender">amuletp811: </span><pre class="message">hahah</pre></div>
<div class="receive"><span class="timestamp">11:48:16 PM</span> <span class="sender">amuletp811: </span><pre class="message">dane</pre></div>
<div class="receive"><span class="timestamp">11:48:18 PM</span> <span class="sender">amuletp811: </span><pre class="message">done</pre></div>
<div class="send"><span class="timestamp">11:48:23 PM</span> <span class="sender">coda322: </span><pre class="message">i cant wait until dan</pre></div>
<div class="send"><span class="timestamp">11:48:24 PM</span> <span class="sender">coda322: </span><pre class="message">goes</pre></div>
<div class="send"><span class="timestamp">11:48:27 PM</span> <span class="sender">coda322: </span><pre class="message">"i love youtube!"</pre></div>
<div class="send"><span class="timestamp">11:48:32 PM</span> <span class="sender">coda322: </span><pre class="message">that will be a victory in my book</pre></div>
<div class="send"><span class="timestamp">11:48:33 PM</span> <span class="sender">coda322: </span><pre class="message">haha</pre></div>
<div class="receive"><span class="timestamp">11:48:34 PM</span> <span class="sender">amuletp811: </span><pre class="message">this will keep me entertained tomorrow</pre></div>
<div class="send"><span class="timestamp">11:48:39 PM</span> <span class="sender">coda322: </span><pre class="message">i know</pre></div>
<div class="send"><span class="timestamp">11:48:41 PM</span> <span class="sender">coda322: </span><pre class="message">arent i nice?</pre></div>
<div class="send"><span class="timestamp">11:48:45 PM</span> <span class="sender">coda322: </span><pre class="message">i was watching</pre></div>
<div class="receive"><span class="timestamp">11:48:45 PM</span> <span class="sender">amuletp811: </span><pre class="message">when i give my kids their finals</pre></div>
<div class="send"><span class="timestamp">11:48:47 PM</span> <span class="sender">coda322: </span><pre class="message">thundercats</pre></div>
<div class="send"><span class="timestamp">11:48:53 PM</span> <span class="sender">coda322: </span><pre class="message">and teenage mutant ninja turtles</pre></div>
<div class="send"><span class="timestamp">11:48:53 PM</span> <span class="sender">coda322: </span><pre class="message">haha</pre></div>
<div class="send"><span class="timestamp">11:49:02 PM</span> <span class="sender">coda322: </span><pre class="message">here</pre></div>
<div class="send"><span class="timestamp">11:49:06 PM</span> <span class="sender">coda322: </span><pre class="message">this one is also entertaining</pre></div>
<div class="receive"><span class="timestamp">11:49:08 PM</span> <span class="sender">amuletp811: </span><pre class="message">can you save this videos to your computer</pre></div>
<div class="send"><span class="timestamp">11:49:17 PM</span> <span class="sender">coda322:
```

Highly Confidential

GOO001-07169941