# Competitive Features to "Emulate" (Steal)

| Company | Login | Notable Features |
|---|---|---|
| Google Video | | Top 100 list, pay-per-view videos |
| MySpace Video | | None |
| Yahoo Video | | Search across yahoo and other platform videos, user-generated content |
| AOL Uncut | | Direct upload from webcam/camcorder |
| Videoegg | | Direct upload from webcam/camcorder |
| Vimeo | | Projects forum for collaborative videos |
| Vidlife | | Direct upload from webcam (Video Mail) |
| Jumpcut | | Video remixer, email uploader, video sets, Flickr image importer |
| Blip.tv | | Encapsulated RSS - Blog it to multiple sites at once, crossposting to Flickr and Slide |
| Motion Box | | Deep tagging, frame by frame editing |
| Tagworld | | Video player in each member profile, customizable profiles, multiple pages |
| Sharkle | | Upload videos, invite friends button on home page |
| Revver | | Post-roll advertisements |
| Grouper | | Blog it feature |
| Photobucket | | None |
| VideoBomb | | Top Bombers feature ranks top users (different from most subscribed) |
| Vpod.tv | | Personalized playlists within player page |
| Guba | | Full length TV episodes off of Usenet |
| Metacafe | | None |
| Addictingclips | | Ability to add multiple clips to playlists at once directly from Most viewed pages |
| Daily Motion | | Subscription feature to my channels |
| Eyespot | | Video remixer, sample content to create personal videos |
| Current.tv | | Sample content to create personal videos (including ad content) |
| Blinx.tv | | Mosaic player homepage |
| Me Feedia | | RSS feed to itunes/ipod |
| Putfile | | None |
| Ourmedia.org | | None |
| ifeeder | | None |
| Filecabi.net | | None |
| Juss Press | | Option to use web upload or desktop upload |
| Bolt (fka My Veo) | | Profile includes testimonials, pictures, URLs |
| Fire Ant | | RSS download to portable media player or desktop app |
| Vobbo | | None |
| Multiply | | None |
| Common Flix | | None |
| Varsity World | | Option to use web upload or desktop upload |
| Clipshack | | None |
| Vsocial | | None |
| iFilm | | Video downloader through RSS feeds |
| Get Democracy | | Autoplays videos continuously |
| Stupidvideos | | None |
| Break | | Sells local broadcast news video clips |
| Clip Syndicate | | |

**Additional Notes**

Requires VideoEgg desktop download
Requires VideoEgg desktop download

Contests and giveaways give incentive to upload
Multiple uploads

Currently in private beta

Merged with ViTrue
Requires Revver desktop download

Digg for videos, includes links from youtube
Currently in private beta

Premium blogging
Cannot view videos unless friends are invited

Requires Democracy desktop download

Highly Confidential

| | |
|---|---|
| Dabble | Bookmark video links from a number of platforms |
| FrozenHippo | None |
| TopTVBytes | Almost all content is professional |
| Gofish | Email digest with newest and most popular videos |
| Stickam | Allows live video broadcast and video sharing through embedded player |