| **From:** | Chad Hurley |
| **Sent:** | Wednesday, April 20, 2005 1:34 PM |
| **To:** | Jawed |
| **Cc:** | Steve Chen |
| **Subject:** | Re: Todos summary |

We need the review process to work for both videos and profiles...

So for the initial sign up, we will need to review the profiles and either approve or reject them. Approved profiles will go on to create accounts that can be seen by everyone. Rejected profiles will create pending accounts that won't be seen by everyone, but will still allow the user to login and change their "About Me" section. A user's account will also become pending if they change their "About Me" section after becoming approved.

For the video upload process, we will need to review the videos and again either approve or reject them. Approved videos will be put into the public video mix. Rejected one will be removed, so the user doesn't need to remove it, but just add a new video. We could also add the option of "rejecting and save" for select videos too... of course, just for internal professional review! ;)

-chad


On Apr 20, 2005, at 12:37 PM, Jawed wrote:

> This will be super simple so as to not delay launch. Only us three
> will be
> able to approve/reject videos (user: "steve", "jawed", "chad"). it will
> just work if you are already logged in.
>
> Any thoughts on what we should do if the profile text contains contact
> info? Reject? but how? replace profile with something, or close user
> account?
>
> Jawed
>
> _____
> Jawed Karim            http://jawed.com/
>
> On Wed, 20 Apr 2005, Chad Hurley wrote:
>
>> and are you going to implement the admin account and login process?
>> it's a separate sign up and login then the main site.
>>
>> -chad
>>
>>
>>
>> On Apr 20, 2005, at 11:29 AM, Jawed wrote:
>>
>>> A couple of things remaining:
>>>
>>>>> Chad:

```
>>>>> ---
>>>>>
>>>>> Add ego stats (times viewed, avg vote) to myvideos, favorites
>>>>>
>>>>> Change mouse pointer to "hand" icon when over flash link
>>
>>
>>
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00004670