**From:** Steve Chen
**Sent:** Sunday, June 26, 2005 11:05 AM
**To:** Chad Hurley <chad@youtube.com>
**Cc:** Karim Jawed
**Subject:** Re: crappy videos

I think we should reject them. I agree.

I agree with your stance. We have to look at each of them carefully but the uploading of an entire season of shows is just stupid.

-s

On Jun 26, 2005, at 12:03 PM, Chad Hurley wrote:

> Yo guys,
>
> This user, TheOCRox311, is uploading crappy videos... like the
> entire season finale of "Charmed" in 5 parts.
>
> I really want to start rejecting copyrighted material now. I think
> the key to our success is personal videos. If we are going to build
> this service, I think we should do it right and start enforcing
> this rule. We are not another "StupidVideos" or "Bittorrent".
>
> Viral videos are fine, like the airplane videos you found on the
> web or funny commercials people upload. But when it blatantly comes
> from a network or movie, we shouldn't mess around... we are going
> to be big and will perhaps someday even offer premium content, so I
> don't want to get sued or piss anyone off.
>
> What do you think? Do you care if I reject all of "TheOCRox311's"
> crap right now?
>
> -Chad
>

DATE: 4.22.09   EXHIBIT# 2
DEPONENT: Hurley, C
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**

JK00005597