**From:** Steve Chen <steve@youtube.com>
**Sent:** Thursday, September 8, 2005 5:12 AM
**To:** YouTube Group <all@youtube.com>
**Subject:** committed changes

---

Flagging for Inappropriate/Copyrighted Content:

scroll to bottom -- http://dev.youtube.com/~steve/watch.php?v=KfTh1631560
this is hooked up now. if you cancel, it brings you back to the video. if you type in a comment and hit submit, it'll create a row in ut_complaint and bring you back to the video. still need to create some way for administrators to pull this data out of ut_complaint but we can do this after the push.

Categories:

Just hooked this up. The feature relies on two tables, UT_Category and UT_Category_Map. UT_Category defines the categories, most importantly, UT_Category:id and UT_Category:name. UT_Category_Map is a map between the UT_Category and the UT_Video.

This is hooked up in two main places - the watch page and the browse page. The browse page (http://dev.youtube.com/~steve/browse.php) lists the categories with a count of all the videos in each category and an image id that we choose. We can add more information on this page to fill it out more (Chad!! Can you clean this up?)

By clicking on the category, you can browse through all the pages of videos that are in the category. Each video can belong in multiple categories.

This is also hooked up on the watch page (http://dev.youtube.com/~steve/watch.php?v=XX_9Krs9T_Y). By clicking on the category name, it brings you back to the browse category page.

We will need to split up the work to categorize the videos on the site.

Also, please comment/revise the categories list that I created:

| Babies and Kids        |
| Cars                   |
| Cooking                |
| Events & Weddings      |
| For Sale & Auctions    |
| Funny & Humor          |
| Gadgets                |
| Holidays & Festivities |
| Instructional & Education |
| News                   |
| People                 |
| Pets                   |
| Real Estate            |
| Short Movies           |
| Travel & Places        |
| Video Games            |

DATE: 4-22-09
DEPONENT: HURLEY, C.
EXHIBIT# 42
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00007560

| Videoblogging |

-s

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00007561