Subject: RE: YouTube/Viacom
From: "Cahan, Adam" <EX:/O=VIACOM/OU=MTVUSA/CN=RECIPIENTS/CN=CAHANA>
To: Salmi, Mika; Rockwell, Nick
Cc: Date: Mon, 05 Feb 2007 22:21:22 +0000

just wrote him to say how lame they are being.
The issue they have is that they are claiming use of the tool requires a deal.
and we are calling bullshit on that one

_____

From: Salmi, Mika
Sent: Mon 2/5/2007 2:14 PM
To: Cahan, Adam; Rockwell, Nick
Subject: Re: YouTube/Viacom

Whatever!

----- Original Message -----
From: Cahan, Adam
To: Rockwell, Nick
Cc: Salmi, Mika
Sent: Mon Feb 05 16:15:36 2007
Subject: RE: YouTube/Viacom

call just cancelled... he needs to get permission for something.
and call me one-on-one
Ha!!!

_____

From: Rockwell, Nick
Sent: Mon 2/5/2007 1:14 PM
To: Cahan, Adam
Subject: Re: YouTube/Viacom

Adam - I'm on the call, no one else, is it on?  Is there a web demo or something?

----- Original Message -----
From: Cahan, Adam
To: 'maxcy@google.com' <maxcy@google.com>; Salmi, Mika; Rockwell, Nick
Sent: Sat Feb 03 11:47:56 2007
Subject: Re: YouTube/Viacom

Chris -

I'll have lana send out dial-in number for the call - 1pm pst 4pm est on monday.

Mika/nick we're going to preview the tool youtube are developing to let us crawl the site for our content. Please join
the call if you can.

Thanks - adam

----- Original Message -----
From: Christopher Maxcy <maxcy@google.com>
To: Cahan, Adam
Sent: Fri Feb 02 20:04:53 2007

Subject: RE: YouTube/Viacom

1pm Monday.

Thx,

C

_____

From: Cahan, Adam [mailto:Adam.Cahan@mtvn.com]
Sent: Friday, February 02, 2007 12:31 PM
To: maxcy@google.com
Subject: Re: YouTube/Viacom

Am on a flight. Let's put something definitive down for monday. What works?

----- Original Message -----
From: Chris Maxcy (maxcy) <maxcy@google.com>
To: Cahan, Adam
Sent: Fri Feb 02 15:14:13 2007
Subject: Re: YouTube/Viacom

Hey,

Got caught on another issue can we speak later today?

Thx,

C
-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Cahan, Adam
To: Chris Maxcy; chad@youtube.com; chris@youtube.com
CC: Dooley, Tom; Mark Yoshitake; David Eun; Fricklas, Michael
Sent: Fri Feb 02 10:34:24 2007
Subject: RE: YouTube/Viacom

The takedown notice was sent to copyright@youtube.com, Chad was cc'ed. let me know if you would like me to forward a copy to you as well.

Please call me on my cellphone for the tech team

415-250-5787

_____

From: Christopher Maxcy [mailto:maxcy@google.com]
Sent: Friday, February 02, 2007 1:21 PM
To: Cahan, Adam; chad@youtube.com; chris@youtube.com
Cc: Dooley, Tom; 'Mark Yoshitake'; 'David Eun'
Subject: RE: YouTube/Viacom

Adam,

I'd be happy to get you set up on the tool in order to get this & any future content down. If we get going quickly Viacom would be the first to use the tool (still in alpha). I assume the 105k takedown went through the proper DMCA channels? Are you available at noon today to discuss with our technical team?

Cheers,

Chris

_____

From: Cahan, Adam [mailto:Adam.Cahan@mtvn.com]
Sent: Friday, February 02, 2007 7:25 AM
To: chad@youtube.com; chris@youtube.com
Cc: Dooley, Tom
Subject: YouTube/Viacom
Importance: High

Chad/Chris -

This morning we have asked YouTube to take down an additional 105K Viacom/MTV Networks video assets representing 1.15B views. Unfortunate that we could not close the gap here for a partnership.

Going forward we're going to require your support in ensuring our assets do not continue to reappear.

Our current identification tool is insufficient for our needs. We've discussed YouTube's plans for a search tool to enable us to review all current hosted videos. When is that available to us?

Best - Adam

Highly Confidential