UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

```
VIACOM INTERNATIONAL INC.,      )
                Plaintiffs,     )
vs.                             )  No. 07-cv-02103 (LLS)
                                )
YOUTUBE, INC., et al.           )
                                )
                Defendants.     )
_____)
                                )
THE FOOTBALL ASSOCIATION PREMIER)
LEAGUE LIMITED, et al.          )
                                )
                Plaintiffs,     )
vs.                             )  No. 07-cv-03532 (LLS)
                                )
YOUTUBE, INC., YOUTUBE, LLC, and)
GOOGLE, INC.,                   )
                                )
                Defendants.     )
_____)
```

\*\*\*
HIGHLY CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO THE PROTECTIVE ORDER
\*\*\*

DEPOSITION OF DAVID ALEXANDER LAMOND

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, April 15, 2009


JOB NO. 16792

```
 1
 2
 3
 4                    April 15, 2009
 5                      8:00 a.m.
 6
 7        VIDEOTAPED DEPOSITION OF DAVID ALEXANDER LAMOND,
 8        held at the offices of SHEARMAN & STERLING,
 9        525 Market Street, San Francisco, California,
10        pursuant to notice, before YVONNE FENNELLY, CCRR,
11        CSR License No. 5495.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                    A P P E A R A N C E S
2
3    FOR THE LEAD PLAINTIFF AND PROSPECTIVE CLASS:
4
5        PROSKAUER ROSE, LLP
6        By:  GIL N. PELES, Esq.
7        2049 Century Park East
8        Suite 3200
9        Los Angeles, California   90067-3206
10       (310) 284-5611
11       (310) 557-2193
12       gpeles@proskauer.com
13
14
15   FOR THE PLAINTIFF VIACOM INTERNATIONAL, INC.:
16
17       SHEARMAN & STERLING, LLP
18       BY:  KIRSTEN NELSON CUNHA, Esq.
19       599 Lexington Avenue
20       New York, NY   10022-6069
21       (212) 848-4000
22       kirsten.cunha@shearman.com
23
24
25

```
 1    APPEARANCES (Continued):

 2

 3    FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and

 4    GOOGLE, INC.:

 5

 6        WILSON SONSINI GOODRICH & ROSATI

 7        By:  MAURA L. REES, Esq.

 8        650 Page Mill Road

 9        Palo Alto, California 94304-1050

10        (650) 493-9300

11        mrees@wsgr.com

12

13    FOR THE WITNESS:

14

15        KEKER & VAN NEST, LLP

16        BY:  ASHOK RAMANI, Esq.

17        710 Sansome Street

18        San Francisco, California  94111-1704

19        (415) 391-5400

20        aramani@kvn.com

21

22

23    ALSO PRESENT:  Stuart Pettigrew, Videographer

24

25                        --oOo--
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | LAMOND                                                       |
|       | 2  |                                                              |
|       | 3  | SAN FRANCISCO, CALIFORNIA; WEDS, APRIL 15, 2009              |
|       | 4  | 8:00 A.M.                                                    |
|       | 5  |                                                              |
| 07:57 | 6  | THE VIDEOGRAPHER: Today's videotape                          |
| 07:59 | 7  | deposition of David Lamond is taken on April 15th,           |
| 07:59 | 8  | 2009, at Shearman & Sterling, at 525 Market                  |
| 07:59 | 9  | Street, Suite 1500, in San Francisco, California             |
| 07:59 | 10 | in the matter of Viacom International,                       |
| 07:59 | 11 | Incorporated and others vs. YouTube, Incorporated,           |
| 07:59 | 12 | and others, Case No. 3:08-MC-80129-S1, in the                |
| 07:59 | 13 | United States District Court, Northern District of           |
| 07:59 | 14 | California, San Francisco, California.                       |
| 07:59 | 15 | My name is Stuart Pettigrew. I represent                     |
| 07:59 | 16 | David Feldman Worldwide, located at 600 Anton                |
| 07:59 | 17 | Boulevard, Suite 1100, at Costa Mesa, California.            |
| 07:59 | 18 | We are now commencing at 8:00 a.m.                           |
| 07:59 | 19 | Will all present please identify                             |
| 07:59 | 20 | themselves beginning with the witness?                       |
| 07:59 | 21 | MS. CUNHA: That's not the right caption.                     |
| 07:59 | 22 | MR. RAMANI: Actually, that wasn't our                        |
| 07:59 | 23 | caption.                                                     |
| 07:59 | 24 | MS. CUNHA: What I gave you was from a                        |
| 08:00 | 25 | subpoena, but that was all I had.                            |

                              1                                LAMOND
08:00   2          THE VIDEOGRAPHER:  Okay, then off the
08:00   3   record, please.
08:00   4          MS. CUNHA:  Yes, let's go off the record.
08:00   5          THE VIDEOGRAPHER: The time is
08:00   6   8:00 o'clock.  Off the record.
08:02   7          (Discussion off the record.)
08:02   8          THE VIDEOGRAPHER:  Today's videotaped
08:02   9   deposition of David Lamond is taken on April 15,
08:02   10  2009, at Shearman & Sterling, at 525 Market
08:02   11  Street, Suite 1500, San Francisco, California, in
08:02   12  the matter of Viacom International, Incorporated,
08:02   13  and others versus YouTube, Incorporated, and
08:02   14  others.  The case is numbered, is 07-cv-02103
08:02   15  (LLS) and 07-cv-03532 (LLS), in the United States
08:02   16  District Court, Southern District of New York.
08:02   17         My name is Stuart Pettigrew.  I represent
08:02   18  David Feldman Worldwide, located at 600 Anton
08:03   19  Boulevard, Suite 1100, in Costa Mesa, California.
08:03   20  We're now commencing at 8:03 a.m.
08:03   21         Will all present please identify
08:03   22  themselves, beginning with the witness?
08:03   23         THE WITNESS:  Present, David Lamond.
08:03   24         MS. CUNHA:  Kirsten Cunha of Shearman &
08:03   25  Sterling on behalf of the Viacom plaintiffs.

| | | |
|---|---|---|
| | 1 | LAMOND |
| 08:03 | 2 | MR. PELES: Gil Peles, Proskauer Rose, on |
| 08:03 | 3 | behalf of the plaintiffs. |
| 08:03 | 4 | MR. RAMANI: Ashok Ramani, Keker & Van |
| 08:03 | 5 | Nest on behalf of the witness. |
| 08:03 | 6 | MS. REES: Maura Rees, Wilson Sonsini, on |
| 08:03 | 7 | behalf of defendants. |
| 08:03 | 8 | THE VIDEOGRAPHER: Thank you. |
| 08:03 | 9 | Please swear in the witness. |
| | 10 | |
| | 11 | DAVID LAMOND, |
| | 12 | having been first duly sworn, was |
| | 13 | examined and testified as follows: |
| | 14 | |
| | 15 | EXAMINATION |
| | 16 | BY MS. CUNHA: |
| 08:03 | 17 | Q. Good morning, Mr. Lamond. |
| 08:03 | 18 | A. Good morning. |
| 08:03 | 19 | Q. Would you please state your full name for |
| 08:03 | 20 | the the record? |
| 08:03 | 21 | A. David Alexander Lamond. |
| 08:03 | 22 | ███████████████████████████████████ |
| 08:03 | 23 | ███████████████████████████████████ |
| 08:03 | 24 | Q. And what is your business address? |
| 08:03 | 25 | A. One Market Plaza, Stuart Street Tower, |

```
          1                    LAMOND
11:14     2           for identification.)
11:14     3   BY MS. CUNHA:
11:14     4   ████████████████████████████████████████
11:14     5   ████████████████████████████████████████
11:14     6   ████████████████████████████████████████
11:15     7   ████████████████████████████████████████
11:15     8   ████████████████████████████████████████
11:15     9   ████████████████████████████████████████
11:15    10   ████████████████████████████████████████
11:15    11   ████████████████████████████████████████
11:15    12   ████████████████████████████████████████
11:15    13   ████████████████████████████████████████
11:15    14       Q.  Taking a look at what's been marked as
11:15    15   Exhibit 22, do you recognize that document?
11:15    16       A.  It's an e-mail from me to my partners on
11:15    17   how much money we made.
11:15    18   ████████████████████████████████████████
11:15    19   ████████████████████████████████████████
11:15    20   ████████████████████████████████████████
11:15    21   ████████████████████████████████████████
11:15    22   ████████████████████████████████████████
11:15    23   ████████████████████████████████████████
11:15    24   ████████████████████████████████████████
11:15    25   ████████████████████████████████████████
```

```
 1                    LAMOND
```

[Lines 2–22 redacted]

```
23        Q.  Do you know if Artis sold the shares that
24   it received in the transaction or did it hold onto
25   them?
```