UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---o0o---

THE FOOTBALL ASSOCIATION )
PREMIER LEAGUE LIMITED AND )
BOURNE CO., ET AL., ON BEHALF )
OF THEMSELVES AND ALL OTHERS )
SIMILARLY SITUATED,, )
  )
    PLAINTIFFS, )
        vs. ) 07 CIV. 3582(LLS)
  )
YOUTUBE, INC., YOUTUBE, LLC )
AND GOOGLE, INC.,, )
  )
    DEFENDANTS. )
  )
_____)
  )
VIACOM INTERNATIONAL INC., )
COMEDY PARTNERS, COUNTRY MUSIC)
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, AND )
BLACK ENTERTAINMENT )
TELEVISION, LLC, )
  )
    PLAINTIFFS, )
        vs. ) 07 CIV. 2103 (LLS)
  )
YOUTUBE, INC., YOUTUBE, LLC )
AND GOOGLE, INC.,, )
  )
    DEFENDANTS. )
_____)

VIDEOTAPED DEPOSITION OF JIM PATTERSON
FRIDAY, DECEMBER 18, 2009
SAN FRANCISCO, CALIFORNIA
Job No. 18411

```
 1                 UNITED STATES DISTRICT COURT

 2              FOR THE SOUTHERN DISTRICT OF NEW YORK

 3                            ---oOo---

 4     THE FOOTBALL ASSOCIATION        )
       PREMIER LEAGUE LIMITED AND      )
 5     BOURNE CO., ET AL., ON BEHALF   )
       OF THEMSELVES AND ALL OTHERS    )
 6     SIMILARLY SITUATED,,            )
                                       )
 7               PLAINTIFFS,           )
                     vs.               )   07 CIV. 3582(LLS)
 8                                     )
       YOUTUBE, INC., YOUTUBE, LLC     )
 9     AND GOOGLE, INC.,,              )
                                       )
10               DEFENDANTS.           )
                                       )
11     _____)
       VIACOM INTERNATIONAL INC.,      )
12     COMEDY PARTNERS, COUNTRY MUSIC  )
       TELEVISION, INC., PARAMOUNT     )
13     PICTURES CORPORATION, AND       )
       BLACK ENTERTAINMENT             )
14     TELEVISION, LLC,                )
                                       )
15               PLAINTIFFS,           )
                     vs.               )   07 CIV. 2103 (LLS)
16                                     )
       YOUTUBE, INC., YOUTUBE, LLC     )
17     AND GOOGLE, INC.,,              )
                                       )
18               DEFENDANTS.           )
       _____)
19

20          VIDEOTAPED DEPOSITION OF JIM PATTERSON, TAKEN

21     ON BEHALF OF THE PLAINTIFFS, AT 9:05 A.M.,

22     WEDNESDAY, DECEMBER 16, 2009 AT 601 CALIFORNIA

23     STREET, SUITE 1400, SAN FRANCISCO, CALIFORNIA BEFORE

24     MARY JACKSON, CSR NO. 8688, PURSUANT TO NOTICE.

25
```

A P P E A R A N C E S

For the Plaintiff Viacom:

    JENNER & BLOCK, LLP
    1099 New York Avenue, NW, Suite 900
    Washington, D.C. 20001
    BY:  LUKE PLATZER, ESQ.
        SARAH MAGUIRE, ESQ.
    (202) 637-6361
    lplatzer@jenner.com
    smaguire@jenner.com


For the Plaintiffs The Football Association Premier League Limited:

    BERNSTEIN, LITOWITZ, BERGER & GROSSMAN
    12481 High Bluff Drive, Suite 300
    San Diego, California 92130
    BY:  BENJAMIN GALDSTON, ESQ.
    (858) 720-3188
    beng@blbglaw.com


For the Defendants Google and YouTube:

    WILSON, SONSINI, GOODRICH & ROSATI
    650 Page Mill Road
    Palo Alto, California 94304
    BY:  MAURA REES, ESQ.
    (650) 493-9300
    mrees@wsgr.com


   ALSO PRESENT:  ADAM BAREA, Counsel for Google

               ARMANDO CARRASCO, Videographer

INDEX

| Examination By | Page |
|---|---|
| Mr. Platzer | 6 |
| Mr. Galdston | 96 |

----oOo----

EXHIBITS

| Number | | Page |
|---|---|---|
| 1 | Notice of Deposition | 9 |
| 2 | Article from Wired.com | 28 |
| 3 | E-mail from Chris Maxcy to David Eun | 49 |
| 4 | E-mail | 53 |
| 5 | 37-page document Bates Numbered Google 2392607 through 2392643 | 76 |
| 6 | 6-page document Bates Numbered Google 9529852 through 9529857 | 82 |
| 7 | 4-page document Bates Numbered Google 9529463 through 9529466 | 85 |
| 8 | 5-page document Bates Numbered Google 9529906 through 9529910 | 88 |
| 9 | 3-page document Bates Numbered Google 9529914 through 9529916 | 92 |

1                SAN FRANCISCO, CALIFORNIA;

2           FRIDAY, DECEMBER 18, 2009, 9:05 A.M.

3

4   8:26        THE VIDEOGRAPHER:  Today's videotaped

5   deposition of Jim Patterson is taken on

6   December 18th, 2009 at Girrard Gibbs LLP, 601

7   California Street Suite, 1400 San Francisco,

8   California in the matter Viacom International versus

9   YouTube, Incorporated.  Case numbers are 07CV2103

10  and 07CV3582.  In Court Southern District of New

11  York.  My name is Armando Carrasco.  I represent

12  David Feldman Worldwide located at 600 Anton

13  Boulevard, Suite 1100, Costa Mesa, California.

14  9:06        We are now commencing at 9:05 a.m.  Will

15  all present please identify themselves beginning

16  with the witness?

17  9:06        THE WITNESS:  My name is Jim Patterson.

18  9:06        MS. REES:  Maura Rees from Wilson Sonsini

19  representing the YouTube defendants.

20  9:06        MR. BAREA:  Adam Barea, Google, Inc.

21  9:06        MR. GALDSTON:  Benjamin Galdston

22  Bernstein, Litowitz, Berger & Grossman on behalf of

23  the class plaintiffs.

24  9:06        MS. MAGUIRE:  Sarah Maguire from Jenner &

25  Block on behalf of Viacom.

```
                                                                6
 1   9:06          MR. PLATZER:  Luke Platzer from Jenner &
 2           Block on behalf of the plaintiffs in the Viacom
 3           action.
 4   9:06          THE VIDEOGRAPHER:  Thank you.  Will the
 5           court reporter please swear in the witness.
 6   9:06                    JIM PATTERSON,
 7   9:06          having been first duly sworn, was
 8   9:06          examined and testified as follows:
 9   9:06
10   9:06                       EXAMINATION
11   9:06          MR. PLATZER:  Q.  Good morning.  Can you
12           please state your full name and address for the
13           record please.
14   9:06     A.   My name is Jim Patterson.  I live at 88
15           Townsend in San Francisco.
16   9:07     Q.   And you're employed by YouTube?
17   9:07     A.   Yes.
18   9:07     Q.   What is your position?
19   9:07     A.   I am a group product manager is my title.
20   9:07     Q.   And what are your responsibilities?
21   9:07     A.   I coordinate product development
22           activities around a subset of YouTube.
23   9:07     Q.   And what -- what subset of YouTube do you
24           coordinate product activities around?
25   9:07     A.   At the moment, I am focused on ecommerce
```

```
 1              it actually happens.  You mentioned earlier that
 2              partners access YouTube videos through the Internet;
 3              is that correct?
 4    9:55      A.   Partners access the YouTube service
 5              through the Internet, yes.
 6    9:56      Q.   So YouTube stores the videos on its own
 7              servers and partners can then render those videos on
 8              their services or devices?
 9    9:56      A.   Yes.
10    9:56      Q.   Has that always been the case for all
11              partners?
12    9:56      A.   Has which always been the case?
13    9:56      Q.   That videos themselves remain posted on
14              YouTube's own servers?
15    9:56      A.   I believe that has almost always been true
16              except for one very early case and then only on a
17              very small scale.
18    9:56      Q.   Was that Verizon?
19    9:56      A.   Yes.
20    9:56      Q.   And in the case of Verizon, did YouTube
21              deliver copies of the videos to Verizon?
22    9:56      A.   I believe, yes.
23    9:57      Q.   During what time frame was that method of
24              syndication used?
25    9:57      A.   I believe it was around 2006.
```

```
 1   9:57      Q.   And about how long did it last?
 2   9:57      A.   I don't know for sure.  I believe it
 3        was -- I don't know for sure.  I can -- I can give
 4        you my sense, but I can't say authoritatively.
 5   9:57      Q.   Give me your sense please.
 6   9:57      A.   My sense is it's probably about six
 7        months.
 8   9:57      Q.   Okay.  At that point -- at some point --
 9        sorry strike that.  At some point Verizon began
10        accessing videos hosted on YouTube servers?
11   9:57      A.   Yes.
12   9:57      Q.   And are there any partners other than
13        Verizon to whom YouTube delivered copies of the
14        video for syndication?
15   9:57      A.   I don't believe so.
16   9:57      Q.   That wasn't the procedure used for Helio?
17   9:58      A.   I don't believe so.
18   9:58      Q.   Roughly how many videos did YouTube
19        syndicate to Verizon?
20   9:58           MS. REES:  Objection, vague as to time,
21        vague as to syndicate.
22   9:58           MR. PLATZER:  That's a fair -- that's a
23        fair objection.  Let me try to rephrase the
24        question.
25   9:58           MR. PLATZER:  Q.  During the period of
```

1  believe it was late 2007.

2  10:31   Q.   You've used the term automated to describe

3  the process that was put into place after the manual

4  selection.  Can you explain what you mean by

5  automated?

6  10:31        MS. REES:  Objection, outside the scope to

7  the extent you're asking for technical details, but

8  again you can answer to your understanding.

9  10:31        THE WITNESS:  When a partner provides or

10  user provides a video to YouTube, that video needs

11  to be stored by us in a combination of bits, and in

12  order to deliver the YouTube service to make the

13  YouTube service available to a number of different

14  devices and over different Internet connection

15  speeds, we transcode the video into multiple

16  formats.  And we do that automatically for each

17  video.

18  10:32   Q.   Okay.  So at some point in time, YouTube

19  began automatically transcoding every video that was

20  uploaded to the YouTube service into a format that

21  was appropriate to be accessed by a wireless device?

22  10:32   A.   All or nearly all, yes.

23  10:32   Q.   What about videos that were uploaded by

24  users before YouTube began automatically transcoding

25  all or nearly all uploaded videos into a format that

1  was appropriate for wireless devices?  Did YouTube
2  go back and transcode those as well?
3  10:33    A.  I imagine -- my understanding is that now
4  we are transcoding all or nearly all of the videos
5  that have been uploaded to YouTube into multiple
6  formats.  So I believe the answer is yes.
7  10:33    Q.  Just to be clear, I'm not asking about
8  what happens when a user uploads a video.
9  10:33    A.  Yes.
10 10:33    Q.  I'm asking what happened to videos --
11 10:33    A.  Yes.
12 10:33    Q.  -- that users had previously uploaded.
13 YouTube went back and transcoded those?
14 10:33    A.  That is my understanding.
15 10:33    Q.  Okay.  And the users who uploaded those
16 videos didn't prompt YouTube to do that?
17 10:33         MS. REES:  Objection, calls for
18 speculation, vague.
19 10:33         THE WITNESS:  My understanding is that
20 they were presented with a user interface that gave
21 them the ability to choose whether or not it would
22 also be available on mobile devices.  So it's
23 reasonable that they would have understood that that
24 would be happening.
25 10:34    Q.  Okay.  But that interface, that was

59

1  presented to users who were up loading videos after
2  YouTube started automatically transcoding everything
3  that was uploaded, right?
4  10:34          MS. REES:  Objection, vague.
5  10:34          THE WITNESS:  Yeah, I don't know precisely
6  when that user interface was introduced?
7  10:34          MR. PLATZER:  Q.  But users who uploaded
8  videos before YouTube started automatically
9  transcoding everything, that interface wasn't
10 presented to them, right?
11 10:34          MS. REES:  Objection.  This is outside the
12 scope and it's, again, vague.
13 10:34          THE WITNESS:  I don't know.  That would
14 have been in the very early days of YouTube.  And if
15 YouTube had intended to make a mobile version
16 available, if that had always been part of the plan
17 and the vision, then that may very well have been
18 part of the very early user interface.
19 10:35          MR. PLATZER:  Q.  Okay. So you just
20 don't know either way --
21 10:35      A.   Right.
22 10:35      Q.   -- when that user interface became
23 available?
24 10:35      A.   Yeah.
25 10:35      Q.   When YouTube started transcoding its back

1   catalog, were the videos prioritized in any way so
2   that some category of videos were transcoded first?
3   10:35    MS. REES:  Objection, outside the scope.
4   10:35    THE WITNESS:  I imagine that they were.
5   And this -- this Exhibit 3 that you've provided
6   suggests they were.
7   10:35    MR. PLATZER:  Q.  But do yourself have
8   any knowledge --
9   10:35    A.  No.
10  10:35    Q.  -- of -- do you know by when -- by what
11  point in time was the entire YouTube library made
12  available in several formats?
13  10:36    A.  I don't know authoritatively when we
14  launched the mobile website with a full catalog.  So
15  I estimate that that was true or approximately true
16  by late 2007.
17  10:36    Q.  Okay. And do you know when YouTube
18  started the process of transcoding its back catalog?
19  10:37    A.  No.
20  10:37    Q.  And we been talking so far about
21  transcoding of the library into format for wireless
22  carriers.  Was a different format used for set top
23  device boxes that -- to whom YouTube syndicated
24  videos?
25  10:37    A.  Videos were transcoded into multiple

```
 1    formats.  Most formats are used or accessible by

 2    different categories of devices.  So I'm not quite

 3    sure how to answer your question.  I don't know of

 4    any formats that were created, or any specific

 5    transcodes that were made specifically for

 6    televisions or set top boxes.

 7  10:38        MR. PLATZER:  This is another logical

 8    break in the questioning.  Another good time to take

 9    a break?

10  10:38        MS. REES:  Sure.

11  10:38        THE VIDEOGRAPHER:  Now going off the

12    record.  The time is 10:38 a.m.

13  10:45        (Whereupon a recess was taken.)

14  10:46        THE VIDEOGRAPHER:  We are now back on the

15    record.  The time is 10:45 a.m.

16  10:46        MR. PLATZER:  Q.  Do want to do a little

17    bit of followup on the last topic before we move on

18    to the next subject area.

19  10:46        But to recap, at some point in time, you

20    manually selected all the videos that it made

21    available on its mobile site.

22  10:46        MS. REES:  Objection, vague and misstates

23    testimony.

24  10:46        THE WITNESS:  Yes, very small number of

25    videos, yes.
```

```
 1  10:46           MR. PLATZER:  Q.  Those videos were also
 2       syndicated to YouTube wireless partners at the time?
 3  10:46           MS. REES:  Objection, misstates testimony.
 4  10:46           THE WITNESS:  One partner at least, yes.
 5  10:46           MR. PLATZER:  Q.  That partner was
 6       Verizon?
 7  10:46       A.  Yes.
 8  10:46       Q.  And at some point thereafter, YouTube made
 9       its entire library available to mobile carriers,
10       correct?
11  10:47       A.  Technically, YouTube has always made its
12       entire library available to mobile carriers through
13       the youtube.com website.  So any mobile phone that
14       has a sufficiently powerful browser can today and
15       has always been able to visit youtube.com and see
16       the full catalog.
17  10:47       Q.  Okay. But maybe to ask the question more
18       clearly, at some point after the manual carrier,
19       YouTube made its entire catalog available to
20       wireless carriers in a format that was deemed more
21       appropriate for wireless phones?
22  10:47       A.  Yes, that is correct.
23  10:47       Q.  But you don't know when the manual
24       selection period ended and the automatic period
25       began?
```