UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK


VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC.             )
TELEVISION, INC., PARAMOUNT          )
PICTURES CORPORATION, and BLACK      )
ENTERTAINMENT TELEVISION, LLC,       )
                                     )
              Plaintiffs,            )
                                     )
vs.                                  ) NO. 07-CV-2203
                                     )
YOUTUBE, INC., YOUTUBE, LLC,         )
and GOOGLE, INC.,                    )
                                     )
              Defendants.            )
_____)
                                     )
THE FOOTBALL ASSOCIATION PREMIER     )
LEAGUE LIMITED, BOURNE CO., et al.,  )
on behalf of themselves and all      )
others similarly situated,           )
                                     )
              Plaintiffs,            )
vs.                                  ) NO. 07-CV-3582
                                     )
YOUTUBE, INC., YOUTUBE, LLC, and     )
GOOGLE, INC.,                        )
                                     )
              Defendants.            )
_____)


VIDEOTAPED DEPOSITION OF MICHAEL SOLOMON
PALO ALTO, CALIFORNIA
TUESDAY, SEPTEMBER 1, 2009

JOB NO. 17576

1          SEPTEMBER 1, 2009

2             9:05 a.m.

3

4          VIDEOTAPED DEPOSITION OF MICHAEL SOLOMON,

5          WILSON SONSINI GOODRICH & ROSATI,

6          650 Page Mill Road, Palo Alto, California,

7          pursuant to notice, and before me, ANDREA M.

8          IGNACIO HOWARD, CLR, RPR, CRR, CSR License

9          No. 9830.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1     A P P E A R A N C E S:

2

3        FOR THE PLAINTIFFS VIACOM INTERNATIONAL, INC.:

4              JENNER & BLOCK, LLP

5              By:  MICHAEL DESANCTIS, Esq.

6                   SARAH MAGUIRE, Esq.

7              1099 New York Avenue, NW, Suite 900

8              Washington, D.C. 20001

9              (202) 639-6000  mdesanctis@jenner.com

10

11       FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:

12             BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

13             By:  BENJAMIN GALDSTON, Esq.

14             12481 High Bluff Drive, Suite 300

15             San Diego, California 92130-3582

16             (858) 720-3188  beng@blbglaw.com

17

18       FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and

19       GOOGLE, INC.:

20             WILSON SONSINI GOODRICH & ROSATI, LLP

21             By:  MICHAEL RUBIN, Esq.

22             650 Page Mill Road

23             Menlo Park, California 94304

24             (650) 493-9300  mrubin@wsgr.com

25

1    A P P E A R A N C E S    (Continued.)

2

3    FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and

4    GOOGLE, INC.:

5         MAYER BROWN, LLP

6         By:  MATTHEW D. INGBER, Esq.

7              BRIAN WILLEN, Esq.

8         1675 Broadway

9         New York, New York 10019

10        (212) 506-2146  mingber@mayer.com

11

12    ALSO PRESENT:  Kelly Truelove, Consultant

13                   Stewart Pettigrew, Videographer.

14

15                   ---oOo---

16

17

18

19

20

21

22

23

24

25

1        SOLOMON, M.

2  09:13:21 start working on it or when did it become a company

3  09:13:25 and when did I start getting paid?

4  09:13:26   Q   Let's take it step by step.

5  09:13:28       When did you first start working at YouTube,

6  09:13:30 whether paid or unpaid and whether or not it was a

7  09:13:33 company?

8  09:13:34   A   Maybe May of 2005.

9  09:13:39   Q   Okay.  And was -- were you being paid in May

10 09:13:46 of 2005?

11 09:13:48   A   No.

12 09:13:48   Q   Okay.  So in what capacity were you

13 09:13:51 affiliated with YouTube in May of 2005?

14 09:14:02   A   Steve would ask me how to solve problems.  I

15 09:14:06 would give him the answers.

16 09:14:07   Q   What's Steve's last name?

17 09:14:09   A   Chen.

18 09:14:10   Q   Okay.  And he is one of the original founders

19 09:14:15 of YouTube; is that correct?

20 09:14:16   A   Yes.

21 09:14:16   Q   And there were two others; is that correct?

22 09:14:20   A   Yes.

23 09:14:21   Q   They were?

24 09:14:25   A   Jawed Karim and Chad Hurley.

25 09:14:30   Q   Okay.  So at that time, in May of 2005, when

1           SOLOMON, M.

2  09:14:33 you started working with YouTube in a non- -- in an

3  09:14:40 unpaid capacity, were there any other individuals

4  09:14:44 either employed at YouTube or working in the same kind

5  09:14:46 of unpaid capacity other than you and the three

6  09:14:50 founders?

7  09:15:00     A    Maybe Yu Pan.

8  09:15:04     Q    Okay.  Anybody else that you recall?

9  09:15:13     A    Maybe Christina Brodbeck.

10 09:15:23     Q    Was Cuong Do, D-O, affiliated with YouTube at

11 09:15:41 that time?

12 09:15:41     A    No, I don't think so.

13 09:15:51     Q    Okay.  So at that time when it was the three

14 09:15:59 founders, you, maybe Yu Pan, and maybe Christina

15 09:16:06 Broadbeck, were you the principal software engineer at

16 09:16:11 that time?

17 09:16:13     A    You could say that.

18 09:16:19     Q    Okay.  So you started in May of 2005 in an

19 09:16:28 unpaid capacity.  Did that capacity ever change as

20 09:16:31 time went on?

21 09:16:34     A    Yes.

22 09:16:34     Q    When was that?

23 09:16:40     A    I think October of that year.

24 09:16:43     Q    And how did it change in October of 2005?

25 09:16:50     A    The company was, you know, formally

1          SOLOMON, M.

2  09:16:52  incorporated and we started getting paid.

3  09:16:57    Q    Okay.  In October of 2005, were there

4  09:17:10  additional employees at YouTube other than you, the

5  09:17:12  three fan -- founders, maybe Yu Pan, and maybe

6  09:17:18  Christina Broadbeck?

7  09:17:26    A    I think so.

8  09:17:29    Q    Do you recall their names?

9  09:17:36    A    I think Chad -- Chad's brother Brent, had

10 09:17:41  probably started working there by then, if -- very

11 09:17:46  soon after if not.

12 09:17:49    Q    Anybody else?

13 09:17:50    A    Right around the time that we incorporated, I

14 09:17:53  don't really recall.

15 09:17:55    Q    Okay.  Is Brent a software engineer?

16 09:17:58    A    No, he is not.

17 09:17:59    Q    Okay.  So when was the -- actually, let me

18 09:18:06  strike that and back up.

19 09:18:07         Did there ever come a time when YouTube hired

20 09:18:10  another software engineer other than you?

21 09:18:13    A    Yes.

22 09:18:13    Q    Who was the first software engineer other

23 09:18:17  than you to be hired by YouTube?

24 09:18:32    A    Either Yu Pan or Cuong.

25 09:18:37    Q    I'm sorry.  What was the second name after Yu

1                         SOLOMON, M.

2    09:18:40  Pan?

3    09:18:44     A    Cuong.

4    09:18:45     Q    Is that Mr. Do?

5    09:18:47     A    I'm sorry.  Yes.

6    09:18:56     Q    What were your responsibilities in that

7    09:18:58  October 2005 time frame?

8    09:19:05     A    Mostly just software development, general

9    09:19:08  operations work.

10   09:19:11     Q    And when you say "software development" and

11   09:19:15  "operations work," was that all development and work

12   09:19:18  on developing the YouTube.com website?

13   09:19:23     A    Yes, in the systems, you know, behind the

14   09:19:26  scenes that supported them.

15   09:19:27     Q    Okay.  Would you include what are known as

16   09:19:55  the "admin websites" as part of the behind-the-scene

17   09:19:58  systems?

18   09:20:01        MR. WILLEN:  Objection to the form; assumes

19   09:20:03  facts.

20   09:20:05        MR. DESANCTIS:  Q.  Are you familiar with

21   09:20:06  the -- with the admin websites that are part of the

22   09:20:09  YouTube system?

23   09:20:11     A    I'm familiar with one website, yes.

24   09:20:14     Q    Okay.  Well, what is that website?  What --

25   09:20:17     A    That is the admin website.

1                          SOLOMON, M.

2  09:20:20   Q   Do you know the URL for that?

3  09:20:23   A   Yes.

4  09:20:23   Q   What is that?

5  09:20:24   A   Admin.YouTube.com.

6  09:20:34   Q   Is that accessible by the public?

7  09:20:37       MR. WILLEN:  Objection to the form; vague.

8  09:20:39       THE WITNESS:  You'll have to be more specific

9  09:20:44 about what you mean by "public."

10 09:20:45       MR. DESANCTIS:  Q.  To -- is it available --

11 09:20:47 is it accessible by non-YouTube or non-Google

12 09:20:51 employees?

13 09:20:56   A   No.

14 09:20:57   Q   Okay.  Can you tell me generally, not all the

15 09:21:01 specifics, but generally what the Admin.Youtube.com

16 09:21:05 website is?

17 09:21:06   A   Generally, it's admin tools for the YouTube

18 09:21:09 website.

19 09:21:10   Q   Okay.  And is it right that those admin tools

20 09:21:25 are available only to YouTube and Google employees?

21 09:21:35   A   I don't know the policies that are associated

22 09:21:37 with admin these days.

23 09:21:39   Q   Okay.  And were you involved in developing

24 09:21:46 the admin.YouTube.com site?

25 09:21:50       MR. WILLEN:  Objection to the form; vague.

SOLOMON, M.

1

2    09:23:02    A    Almost all projects, regardless of who the

3    09:23:05 primary author, would normally have a discussion with

4    09:23:09 me.

5    09:23:14    Q    I'm sorry.  Your answer was, "Almost all

6    09:23:24 projects, regardless of who the primary author, would

7    09:23:26 normally have a discussion with me."

8    09:23:30         They would normally have discussions with you

9    09:23:33 about anything, about what?

10   09:23:35    A    Technical direction, implementation details.

11   09:23:37    Q    Okay.  For all projects at YouTube?

12   09:23:40    A    Not for all, but for the majority.

13   09:23:45    Q    Okay.  So if not you, was there a different

14   09:24:00 software engineer who was primarily responsible for

15   09:24:03 developing the admin.YouTube.com website?

16   09:24:06    A    Yes.

17   09:24:07    Q    Who was that?

18   09:24:15    A    Probably Erik Klein.

19   09:24:28    Q    Do you recall when Erik Klein first began

20   09:24:31 working at YouTube, approximately?

21   09:24:34    A    2006.

22   09:24:34    Q    Early?  Middle?  Late?

23   09:24:40    A    Early.

24   09:24:40    Q    Before early 2006, was there an

25   09:24:55 admin.YouTube.com website?

1                            SOLOMON, M.

2    10:33:20        What is being sent over these arrows from the

3    10:33:23 end user to these three various destinations?

4    10:33:27        MR. WILLEN:  Objection to the form.

5    10:33:34        THE WITNESS:  This is just a conceptual

6    10:33:36 document.  It doesn't really reflect reality.

7    10:33:40        MR. DESANCTIS:  Q.  Well, because it -- is it

8    10:33:49 a -- because it's a summary?  I mean, it obviously

9    10:33:52 doesn't have all of the detail in the YouTube

10   10:33:54 network --

11   10:33:55    A   Uh-huh.

12   10:33:55    Q   -- but if we -- is it -- do you understand

13   10:34:00 what the document is portraying?

14   10:34:09    A   Only using my internal knowledge of the

15   10:34:11 system.

16   10:34:12    Q   Okay.  Well, that's -- that's good.

17   10:34:16        Using your internal knowledge of the system,

18   10:34:22 what is it that's being sent -- do you know what's

19   10:34:25 being sent over these arrows --

20   10:34:29        MR. WILLEN:  Object.

21   10:34:29        MR. DESANCTIS:  Q. -- over the three arrows

22   10:34:31 running from the end user icon to the three

23   10:34:34 destinations, net scaler, video servers, and CDN?

24   10:34:38        MR. WILLEN:  Objection to the form.

25   10:34:40        THE WITNESS:  My understanding is not that --

1        SOLOMON, M.

2   10:34:46 is that this is just showing at a high level where

3   10:34:52 data comes from.

4   10:34:53       MR. DESANCTIS:  Okay.

5   10:34:54   Q   Where data comes from from -- for what

6   10:34:57 purpose?

7   10:34:58       MR. WILLEN:  Objection to the form.

8   10:35:07       MR. DESANCTIS:  Let me suggest.

9   10:35:08   Q   Is it when an end user requests a Watch Page?

10  10:35:11   A   It doesn't seem to indicate that.  It --

11  10:35:17 yeah.

12  10:35:17   Q   So you don't know if it's --

13  10:35:19   A   I don't know what it's referring to.  It's

14  10:35:20 very generic.

15  10:35:23   Q   Okay.  Okay.  I'm sorry to do this to you,

16  10:35:33 but I just need to consult with my team for a minute,

17  10:35:36 so can we have another three-minute break and --

18  10:35:38       MR. WILLEN:  Sure.  No problem.

19  10:35:40       THE VIDEOGRAPHER:  The time is 10:35.

20  10:35:42       Off the record.

21  10:35:43       (Recess taken.)

22  10:41:46       THE VIDEOGRAPHER:  The time is 10:42.

23  10:41:48       On the record.

24  10:41:49       MR. DESANCTIS:  Okay.

25  10:41:52   Q   Mr. Solomon, when a -- when a user uploads a

1              SOLOMON, M.

2  10:41:57 video, YouTube stores that video; correct?

3  10:42:02      MR. WILLEN:  Objection to the form.

4  10:42:04      THE WITNESS:  Yes, video is stored when you

5  10:42:14 upload it.

6  10:42:15      MR. DESANCTIS:  Okay.

7  10:42:23   Q   But it's not necessarily stored in the format

8  10:42:26 that the user uploaded it in; correct?

9  10:42:33   A   Yes, it is always stored in the format it's

10 10:42:36 uploaded in.

11 10:42:37   Q   Okay.  Is it also -- is a video uploaded by a

12 10:42:43 user also transcoded into a format other than what the

13 10:42:48 user uploaded it in?

14 10:42:51   A   Yes, a transcode is always attempted.

15 10:42:54   Q   Okay.  So there is the original copy uploaded

16 10:43:01 by the user in the format uploaded by the user, and

17 10:43:04 then, if I understand correctly, YouTube transcodes

18 10:43:09 that or attempts to transcode that and, if successful,

19 10:43:14 makes a second copy in a new transcoded format?

20 10:43:18      MR. WILLEN:  Objection to the testimony.

21 10:43:21      THE WITNESS:  When -- during the upload

22 10:43:23 process, the file that the user uploads is stored.

23 10:43:26 The transcoder process attempts to convert that

24 10:43:32 original uploaded file into a file playable by the

25 10:43:36 website.

1                              SOLOMON, M.

2  10:43:36        MR. DESANCTIS:  Okay.

3  10:43:44    Q    And if successful -- if the attempt to

4  10:43:47 convert the original file is successful, does YouTube

5  10:43:54 make additional copies?

6  10:43:57        MR. WILLEN:  Objection to the form.

7  10:44:00        THE WITNESS:  Yeah, I don't understand

8  10:44:01 "additional copies."

9  10:44:02        MR. DESANCTIS:  Okay.

10 10:44:03    Q    Well, there's the original copy uploaded by

11 10:44:06 the user in the format uploaded by the user.

12 10:44:09    A    (Witness nods head.)

13 10:44:10    Q    Then YouTube attempts to transcode that file.

14 10:44:13    A    Uh-huh.

15 10:44:14    Q    If successful, we then have two -- YouTube

16 10:44:18 then has two copies, the original and the transcoded

17 10:44:20 copy; correct?

18 10:44:23    A    They are different, completely different

19 10:44:26 files.  They have no -- like -- they are usually

20 10:44:30 completely unrelated to the -- to each other.

21 10:44:32    Q    Okay.  Does YouTube make any copies of the

22 10:44:39 transcoded file?

23 10:44:42        MR. WILLEN:  Are you done with the question?

24 10:44:44        Objection to the form of the question.

25 10:44:50        THE WITNESS:  The process of transcoding

1                           SOLOMON, M.

2   10:44:55 creates a new file.

3   10:44:56        MR. DESANCTIS:  Right.  The process of

4   10:44:58 transcoding creates one new file.  That's good.

5   10:45:03   Q   Does YouTube then create additional copies of

6   10:45:05 that one file, or does YouTube maintain only one copy

7   10:45:11 of the transcoded file?

8   10:45:15        MR. WILLEN:  Objection to the form; objection

9   10:45:18 to what's meant by "YouTube."

10  10:45:22        THE WITNESS:  Also, I'm not exactly sure what

11  10:45:24 you mean by "copy."

12  10:45:27        MR. DESANCTIS:  What's confusing about the --

13  10:45:33 when I say the copy of a -- of a -- I'm sorry.  Let me

14  10:45:35 back up.

15  10:45:48   Q   I had said the process of transcoding creates

16  10:45:54 one new file, and I then asked, does YouTube then

17  10:45:58 create additional copies of that one file, or does

18  10:46:01 YouTube maintain only one copy of the transcoded file?

19  10:46:05        So when I -- you asked me -- what is it about

20  10:46:07 copy that you don't understand?

21  10:46:10   A   You mean -- well, copying mean -- meaning an

22  10:46:15 exact identical copy of the -- of the file.

23  10:46:19   Q   Yeah, I mean a duplicate file copy of the

24  10:46:22 same data.

25  10:46:24   A   Yes, there's -- there's a copy of the file.

1                              SOLOMON, M.

2  10:46:30   Q   Okay.  So -- so the -- that I'm clear,

3  10:46:35 there's the original uploaded by the user.

4  10:46:37   A   Uh-huh.

5  10:46:38   Q   There is the -- let's call it the initial

6  10:46:41 transcoded file.

7  10:46:42   A   Uh-huh.

8  10:46:42   Q   And YouTube then makes an additional copy of

9  10:46:46 the transcoded file, so there are in -- in total

10 10:46:50 three --

11 10:46:51        MR. WILLEN:  Objection to the --

12 10:46:53        MR. DESANCTIS:  Q. -- versions of -- well --

13 10:47:00        MR.  WILLEN:  So objection --

14 10:47:00        MR. DESANCTIS:  Q. -- there are --

15 10:47:00        MR. WILLEN:  Sorry, finish your question.

16 10:47:02        MR. DESANCTIS:  Q.  So there would be a total

17 10:47:03 of three files representing the video up -- uploaded

18 10:47:06 by the user?

19 10:47:07        MR. WILLEN:  So just let me object.

20 10:47:11        THE WITNESS:  Okay.

21 10:47:11        MR. WILLEN:  So objection to the form of all

22 10:47:13 of that.  Particularly, to the recharacterization of

23 10:47:18 Mr. Solomon's testimony that was embedded into the

24 10:47:21 question.

25 10:47:24        THE WITNESS:  So I think to answer precisely,

1           SOLOMON, M.

2  10:47:27 I need to know what time frame we're talking about

3  10:47:30 and -- yeah.

4  10:47:35       MR. DESANCTIS:  Okay.

5  10:47:35   Q   Let's talk about the middle of 2006.

6  10:47:44   A   So in the middle of 2006, there would be the

7  10:47:55 original file, the transcoded video, and either one or

8  10:48:07 two backup copies, depending on which type of hardware

9  10:48:12 they're running on.

10 10:48:13   Q   Okay.  So let's focus for now on the

11 10:49:05 transcoded copy and the one or two backups.

12 10:49:12       In the mid-2006 time frame, where were those

13 10:49:16 files stored by YouTube?

14 10:49:29   A   Are you asking the -- the physical location?

15 10:49:33   Q   I'm -- let's -- let's -- I will, but let's

16 10:49:37 take a step back.

17 10:49:38       Were -- were the trans- -- in the mid-2006

18 10:49:42 time frame, were the transcoded copy and the one or

19 10:49:45 two backups of uploaded videos stored on servers owned

20 10:49:50 and operated by YouTube?

21 10:49:55   A   I think the answer is maybe.

22 10:49:58   Q   Why maybe?

23 10:49:59   A   Because I don't recall when our first data

24 10:50:05 centers came online.

25 10:50:10   Q   Okay.  When you say the data server -- "data

1                          SOLOMON, M.

2  14:02:38 the right -- he may have had the right to do that at

3  14:02:41 the time this e-mail was written, but a user would not

4  14:02:43 have had the right to do that after you had the filter

5  14:02:46 in place; correct?

6  14:02:48         MR. WILLEN:  Objection to the form.

7  14:02:51         THE WITNESS:  Can you specify?  I mean, it's

8  14:02:53 unclear of what the meaning of the word "right" is

9  14:02:58 here in this particular context.

10 14:02:59         MR. DESANCTIS:  Sure.  That's fair, and I

11 14:03:04 suppose we can't divine what a particular user meant

12 14:03:09 by a particular word.

13 14:03:13  Q    Let me ask it this way:  Do you recall the

14 14:03:20 blocking tool or filter, as you called it, ever having

15 14:03:22 been put in place?

16 14:03:24  A    Yes.

17 14:03:24  Q    Okay.  Do you recall approximately when it

18 14:03:27 was put in place?

19 14:03:30  A    I do not.  No, not from memory.

20 14:03:34  Q    And how did that filter work?

21 14:03:40  A    The filter computes a hash of the uploaded

22 14:03:45 file and compares it against the hash values of other

23 14:03:50 files that the user has uploaded.

24 14:03:53  Q    Okay.  And if it matches other files, what

25 14:03:59 happens?  First of all, if the hashes -- if the hash

1                              SOLOMON, M.

2    14:04:03 of one file matches the hash of another file, what

3    14:04:07 does that indicate about the two files?

4    14:04:10    A    It means that there's a reasonable chance

5    14:04:13 that they're the same, but it's not 100 percent.

6    14:04:15 There could be collisions.

7    14:04:19    Q    Okay.  So what happened -- how does your

8    14:04:24 filter respond if there are two files with the same

9    14:04:31 hash uploaded by the same user?

10   14:04:36    A    It's been a while, so I can say generally,

11   14:04:38 but some of the specific actions, you know, I may not

12   14:04:41 recall.

13   14:04:44    Q    That's fine.

14   14:04:45    A    But the general -- the general idea is to

15   14:04:47 mark subsequent files as -- as a duplicate rejection.

16   14:04:53    Q    Okay.  And are subsequent files marked as a

17   14:05:05 duplicate rejection before they are sort of publicly

18   14:05:11 viewable on the website?

19   14:05:14    A    Yes.  It goes directly from the uploaded

20   14:05:17 state to the rejected state.

21   14:05:19    Q    Okay.  And the reason it's rejected, when

22   14:05:24 this filter is being used, is not because it was

23   14:05:31 previously rejected or previously deleted or anything

24   14:05:35 like that, it's simply because there are -- the same

25   14:05:39 user has already uploaded the identical video?

1                               SOLOMON, M.

2   14:05:43        MR. WILLEN:  Objection to form.

3   14:05:45        MR. DESANCTIS:  I'm just trying to

4   14:05:47 understand.

5   14:05:47        THE WITNESS:  The filter -- the purpose of

6   14:05:49 the filter is to prevent the same user from uploading

7   14:05:53 the identical video again.

8   14:05:55        MR. DESANCTIS:  Okay.

9   14:05:55        THE WITNESS:  And so once he's uploaded it, a

10  14:05:59 hash is computed, and then a subsequent file can be

11  14:06:02 uploaded.  If the -- if the hash matches, then that

12  14:06:06 subsequent file and any subsequent file from that --

13  14:06:09 that matches the hash within that user, it's marked as

14  14:06:12 a -- as a reject, yeah.

15  14:06:16        MR. DESANCTIS:  Okay.

16  14:06:20   Q    Is that still in place today, that filter?

17  14:06:23   A    I do not know.

18  14:06:24   Q    Okay.  When the filter was in place -- well,

19  14:06:27 was it in place ever?

20  14:06:29   A    Yes.

21  14:06:29   Q    Okay.  When it was in place, if a user wanted

22  14:06:34 to upload multiple copies of the same file, could they

23  14:06:41 have?

24  14:06:45   A    It's vague as your -- I mean, in terms of

25  14:06:47 what do you mean by "user"?