

**Investor Relations**   Search Google Investor Relations:

**Investor Relations**
Home
Contact Us
Receive Notifications
Annual Meeting

**Company Overview**
About the Company
Management Team
Founders' Letters
FAQs

**Corporate Governance**
CEO's Message
**Code of Conduct**
Guidelines
Board of Directors
Board Committees
Certificate of Incorporation
Bylaws
Report Concerns

**News**
Financial Releases
Press Center
Webcasts and Events

**Financial Info**
Quarterly Earnings
Stock Info
Financial Tables
SEC Filings
Analyst Coverage

# Google Code of Conduct

### Preface

"Don't be evil." Googlers generally apply those words to how we serve our users. But "Don't be evil" is much more than that. Yes, it's about providing our users unbiased access to information, focusing on their needs and giving them the best products and services that we can. But it's also about doing the right thing more generally -- following the law, acting honorably and treating each other with respect.

The Google Code of Conduct is one of the ways we put "Don't be evil" into practice. It's built around the recognition that everything we do in connection with our work at Google will be, and should be, measured against the highest possible standards of ethical business conduct. We set the bar that high for practical as well as aspirational reasons: Our commitment to the highest standards helps us hire great people, who then build great products, which in turn attract loyal users. Trust and mutual respect among employees and users are the foundation of our success, and they are something we need to earn every day.

So please do read the Code, and follow it, always bearing in mind that each of us has a personal responsibility to incorporate, and to encourage other Googlers to incorporate, the principles of the Code into our work. And if you have a question or ever think that one of your fellow Googlers or the company as a whole may be falling short of our commitment, don't be silent. We want -- and need -- to hear from you.

### Who Must Follow Our Code?

We expect all of our employees and Board members to know and follow the Code. Failure to do so can result in disciplinary action, including termination of employment. Moreover, while the Code is specifically written for Google employees and Board members, we expect Google contractors, consultants and others who may be temporarily assigned to perform work or services for Google to follow the Code in connection with their work for us. Failure of a Google contractor or consultant or other covered service provider to follow the Code can result in termination of their relationship with Google.

### What If I Have a Code-Related Question or Concern?

If you have a question or concern, don't just sit there. You can contact your manager, your Human Resources representative or Ethics & Compliance. If you want to remain anonymous, you can make a report of a suspected violation or concern through the Ethics & Compliance Helpline.

### No Retaliation

Google prohibits retaliation against any worker here at Google who reports or participates in an investigation of a possible violation of our Code. If you believe you are being retaliated against, please contact Ethics & Compliance.

### Google Code of Conduct: Table of Contents

I. Serve Our Users
   a. Integrity
   b. Usefulness
   c. Privacy and Freedom of Expression