

| | Search |
|---|---|
| Home  Videos  Channels  Shows | Create Account  or  Sign In |
| | Subscriptions  History  Upload |

**About YouTube**
Contact us
Company blog
Press room
Company History
YouTube store
Jobs

**Discover**
YouTube on Your Phone
YouTube on Your TV
YouTube on Your Site
YouTube RSS Feeds
TestTube

**Programs**
Advertising Programs
Partnerships
Developer Tools
Content Management

**Policy**
Privacy Policy
Terms of Service
Copyright Notices
Community Guidelines

**Help**
Help Center
Safety Center
Creator's Corner
Video Speed Info
YouTube Handbook
Contact Us

# Content Management

Overview  :  Audio ID and Video ID  :  Content Verification Program  :  Copyright Infringement Notification

## Overview



### YouTube Content ID System

YouTube has created an advanced set of copyright policies and content management tools to give rights holders control of their content. YouTube provides content management solutions for rights holders of all sizes across the world, and provides tools to cater to the specific needs of various rights owners.



**Content Verification Program**
Rights holders with ongoing copyright management needs may apply to join YouTube's Content Verification Program to expedite removal of infringing content. This enables requesting video removals in batch form.
Learn More



**Audio ID and Video ID**
For rights holders who have more complex and high volume copyright needs, Audio ID and Video ID provide automation of content identification and management.
Learn More

**Copyright Infringement Notification**
Use this process to send us individual copyright infringement notifications by mail, fax, or email.
Learn More

**Copyright Complaint Webform**
Fill out this form to file online copyright infringement takedown notifications for specific videos (expedited).
Learn More

Use of YouTube's copyright tools is free, and does not require any commercial partnership with YouTube. Content partners who would like to monetize their content can apply to join our YouTube Partner Program.

 Try YouTube in a fast, new web browser! **Download Google Chrome for PC**

Help  About  Safety  Privacy  Terms  Copyright  Partners  Developers  Advertising

Language: English    Location: Worldwide    Safety mode: Off