# RUBIN DECLARATION EXHIBITS CONTINUED

# Rubin Exhibit 18

Subject: Slugs Final Update - the end of an era
From: "Tipton, Kristina" <EX:/O=VIACOM/OU=PARAMOUNT/CN=RECIPIENTS/CN=TIPTONKR>
To: Powell, Amy - Paramount
Cc: Warman, Bryan; Hu, Carolyn
Date: Sat, 04 Nov 2006 01:20:03 +0000

Hi Amy,

Below and attached is the final update for the Slugs tracking. The campaign totaled at over 250 different links, which accumulated over 2 million views

This report breaks down the streams by site. Let me know if you have any questions or would like any other details for reporting.

Thanks!

Kristina Tipton

Paramount Pictures

Interactive Coordinator, Promotions & Publicity

323-956-8453

Editorial:

  <http://animationguildblog.blogspot.com/2006/10/barry-michael-and-new-media.html> http://animationguildblog.blogspot.com/2006/10/barry-michael-and-new-media.html

  <http://animationguildblog.blogspot.com/2006/10/dancing-slugs.html> http://animationguildblog.blogspot.com/2006/10/dancing-slugs.html

http://www.popyoularity.com/

  <http://midnighttlc.livejournal.com/193971.html> http://midnighttlc.livejournal.com/193971.html

http://www.fuzzylion.com/2006/10/what-the/

http://www.candcblogfactory.blogspot.com

  <http://www.fun-with-english.co.uk/2006/10/all-dancing-all-singing-slugs.html> http://www.fun-with-english.co.uk/2006/10/all-dancing-all-singing-slugs.html
  <http://www.mystery.nl/2006/10/lion-dancing/dancing-slugs-and-the-indian-thriller/> http://www.mystery.nl/2006/10/lion-dancing/dancing-slugs-and-the-indian-thriller/
  <http://www.mystery.nl/2006/10/lion-dancing/guy-dancing-with-slugs/> http://www.mystery.nl/2006/10/lion-dancing/guy-dancing-with-slugs/

http://www.discussanything.com/forums/showthread.php?t=96627

http://www.themillerreport.com/archives/391

http://confusanation.blogspot.com/2006/10/lets-hear-it-for-dancing-slugs.html http://hollywoodfashiontrends.com/blogs/funnyvideo/archive/2006/10/05/22021.aspx

http://hatesomething.blogspot.com/2006/10/so-you-like-singing-and-dancing-slugs.html

http://iamrude.com/2006/10/11/gonna-make-you-sweat-dancing-slugs/

Addicting Clips:

http://www.addictingclips.com/Clip.aspx?key=3CD699593D88A9BB

http://www.addictingclips.com/Clip.aspx?key=8EE099FFDBCB3D13

http://addictingclips.com/Clip.aspx?key=13BFAC21761CCA0F
http://www.addictingclips.com/Clip.aspx?key=9B0D1C061CA332B7

http://www.addictingclips.com/Clip.aspx?key=70FA03FE349599D2

http://www.addictingclips.com/Clip.aspx?key=B920F0C4E33699BC

 <http://www.addictingclips.com/Clip.aspx?key=6BA6735EB40A799B> http://www.addictingclips.com/Clip.aspx?key=6BA6735EB40A799B

http://www.addictingclips.com/Clip.aspx?key=68A5D5DAEAC989DB

http://addictingclips.com/Clip.aspx?key=072A7DE05B2CDBBD

http://www.addictingclips.com/Clip.aspx?key=FD41A107701CF77D

http://addictingclips.com/Clip.aspx?key=F9A0927CDD87670B

TOTAL : 277,863

Bolt:

http://www.bolt.com/filmdude06/video/Meet_the_Slugs/2536518

http://www.bolt.com/filmdude06/video/Poor_Poor_Roddy/2536627

http://www.bolt.com/thatisalsofunny/video/Dancing_Slugs/2353346 <http://www.bolt.com/thatisalsofunny/video/2353346?cn=STREAM_thatisalsofunny_video_large_PAGE1>
 <http://www.bolt.com/crazyk8ff/video/Indian_Thriller_and_Danci/2444850> http://www.bolt.com/crazyk8ff/video/Indian_Thriller_and_Danci/2444850

 <http://www.bolt.com/ultrasloppyjoe/video/Dancing_Slugs_and_the_Ind/2444974> http://www.bolt.com/ultrasloppyjoe/video/Dancing_Slugs_and_the_Ind/2444974

http://www.bolt.com/rock4stumpy/video/Napoleon_Dynamite_with_th/2503354

 <http://www.bolt.com/gooddrugy/video/David_Hasselhoff_with_the/2459410> http://www.bolt.com/gooddrugy/video/David_Hasselhoff_with_the/2459410

http://www.bolt.com/mrthomas323/video/Dancing_Guy_with_Slugs/2438575

 <http://www.bolt.com/rock4stumpy/video/indian_thriller_with_the_/2415633> http://www.bolt.com/rock4stumpy/video/indian_thriller_with_the_/2415633

http://www.bolt.com/broadwayjoe415/video/Mr_T_rapping_with_dancing/2438050

http://www.bolt.com/broadwayjoe415/video/Chicken_Noodle_Soup_and_S/2452708

http://www.bolt.com/checkmystash2/video/chicken_noodle_slugs/2431494

VIA 00371988

TOTAL: 3,164

Break.com:

http://my.break.com/Media/View.aspx?ContentID=164280

http://my.break.com/Media/View.aspx?ContentID=172045

http://my.break.com/Media/View.aspx?ContentID=166168

 <http://view.break.com/165321> http://view.break.com/165321

TOTAL: 599

Crack Muffin:

http://www.crackmuffin.com/html/Dancing-Worms.html

 <http://www.crackmuffin.com/html/Dancing-Slugs-in-Thriller.html> http://www.crackmuffin.com/html/Dancing-Slugs-in-Thriller.html
TOTAL: 1,320

Clip Shack:

http://clipshack.com/Clip.aspx?key=C44A554D3D2EDC56
http://www.clipshack.com/Clip.aspx?key=0A043B05214385DC

http://www.clipshack.com/Clip.aspx?key=F2886FA8ED2A514F

http://www.clipshack.com/Clip.aspx?key=10AD70D18AA80AC4

http://www.clipshack.com/Clip.aspx?key=E5BFD3AF9795CAA5

 <http://www.clipshack.com/Clip.aspx?key=6E4741F8BDA2C3E0> http://www.clipshack.com/Clip.aspx?key=6E4741F8BDA2C3E0

 <http://clipshack.com/Clip.aspx?key=D1065C3ED5F9AFFC> http://clipshack.com/Clip.aspx?key=D1065C3ED5F9AFFC

http://www.clipshack.com/Clip.aspx?key=AA46A49008AC2190

http://www.clipshack.com/Clip.aspx?key=8DCA466088D3DD2A

http://clipshack.com/Clip.aspx?key=E2E381AAFDDE3D1F

TOTAL: 120, 209

Clevver:

http://viralvideo.clevver.com/video/a90e2fe2-81ce-4844-add4-985001584e3d.htm
 <http://viralvideo.clevver.com/video/1f1b0bcd-b1da-4c50-afa6-985d00d6f4e5.htm> http://viralvideo.clevver.com/video/1f1b0bcd-b1da-4c50-afa6-985d00d6f4e5.htm

 <http://viralvideo.clevver.com/video/ea31b596-5eb1-4f00-b4d5-985d00d7a10f.htm> http://viralvideo.clevver.com/video/ea31b596-5eb1-4f00-b4d5-985d00d7a10f.htm

http://viralvideo.clevver.com/video/570601e4-4987-4c41-a3ea-986600d5eaba.htm

 <http://viralvideo.clevver.com/video/15af7975-1e17-4b40-81e1-9858014d590d.htm> http://viralvideo.clevver.com/video/15af7975-1e17-4b40-81e1-9858014d590d.htm

http://viralvideo.clevver.com/video/3d09e963-404d-46fa-aa19-985b00eb7b69.htm

http://viralvideo.clevver.com/video/a6b6cc0e-9019-4e34-be8d-986500ec374d.htm

 <http://viralvideo.clevver.com/video/e02282cd-a149-4b7c-a130-985f01049a74.htm> http://viralvideo.clevver.com/video/e02282cd-a149-4b7c-a130-985f01049a74.htm

http://viralvideo.clevver.com/video/408e4bfd-b9bf-459e-8e8d-985c00f5ffb1.htm

http://viralvideo.clevver.com/video/ced855d7-e8b6-4465-8dfe-985c00da63be.htm

TOTAL: 77,5932

Drisas:

http://www.drisas.com/archives/555

TOTAL: 6253

Daily Motion:

http://www.dailymotion.com/video/xktp3_fameettheslugslarge

http://www.dailymotion.com/thatisalsofunny/video/xktr1_poor-poor-roddy

http://www.dailymotion.com/video/782041

 <http://www.dailymotion.com/rock4stumpy/video/xhspw_indian-thriller-with-the-dancing-sl> http://www.dailymotion.com/rock4stumpy/video/xhspw_indian-thriller-with-the-dancing-sl

http://www.dailymotion.com/video/xjwm7_napoleon-dynamite-with-the-dancing

http://www.dailymotion.com/video/xjqmq_dancing-superstar-with-the-dancing

http://www.dailymotion.com/video/xisxk_david-hasselhoff-wdancing-slugs

http://www.dailymotion.com/mrthomas323/video/857026

http://www.dailymotion.com/video/xick3_mr-t-rapping-with-dancing-slugs

http://www.dailymotion.com/checkmystash2/video/xi1gf-chicken-noodle-soup

TOTAL: 26,453

Digg:

http://digg.com/videos_comedy/Dancing_Superstar_with_the_Dancing_Slugs

Eyespot: http://eyespot.com/share?cmd=permalink&r=338f45bb57c5d73508f5a123a04b96479ae3f0a93eb60c51b5ae05e50d6caeab6af32b5ea2d6ef240f9fbdb440b58d21!
http://eyespot.com/share?cmd=permalink&r=0XCzlG6llbyzd7cXiEJW02IW4ngh

http://eyespot.com/share?cmd=permalink <http://eyespot.com/share?
cmd=permalink&r=0XCzIG6llbyzd7dHiEJW02IW4ngi> &r=0XCzIG6llbyzd7dHiEJW02IW4ngi

http://eyespot.com/share?cmd=permalink <http://eyespot.com/share?
cmd=permalink&r=eVEXaw0062gXyz96wriEJW02IW4k6h> &r=eVEXaw0062gXyz96wriEJW02IW4k6h

http://eyespot.com/share?cmd=permalink <http://eyespot.com/share?
cmd=permalink&r=338f45bb57c5d73508f5a123a04b96479ae3f0a93eb60c51a361b03c3016148f0338cf54d7622e9f8872b75b9f35a0dc9
&r=338f45bb57c5d73508f5a123a04b96479ae3f0a93eb60c51a361b03c3016148f0338cf54d7622e9f8872b75b9f35a0dc92c60679fe11fd

 <http://eyespot.com/share?
cmd=permalink&r=338f45bb57c5d73508f5a123a04b96479ae3f0a93eb60c51a361b03c3016148f05a19f759e03940ce6f7d2798d02d760
http://eyespot.com/share?
cmd=permalink&r=338f45bb57c5d73508f5a123a04b96479ae3f0a93eb60c51a361b03c3016148f05a19f759e03940ce6f7d2798d02d760

http://eyespot.com/search?word=slugs <http://eyespot.com/search?word=slugs&t=1161027102216>
&t=1161027102216

http://eyespot.com/search?word=slugs <http://eyespot.com/search?word=slugs&t=1161027102216>
&t=1161027102216

TOTAL: 47

Exbyte:

http://www.exbyte.net/media/videos/2817/Napoleon_Dynamite_with_the_Dancing_Slugs.html

http://www.exbyte.net/media/videos/2800/Dancing_Superstar_with_the_Dancing_Slugs.html

http://www.exbyte.net/media/videos/2748/Hasselhoff_and_Slugs.html

http://www.exbyte.net/media/videos/2722/Mr_T_rapping_w_dancing_slugs.html

http://www.exbyte.net/media/videos/2720/Chicken_Noodle_Slugs.html

 <http://www.exbyte.net/media/videos/2704/indian_thriller_with_the_dancing_slugs.html> http://www.exbyte.net/
media/videos/2704/indian_thriller_with_the_dancing_slugs.html

TOTAL: 179

Flukiest:

http://www.flukiest.com/flash/video_player.swf

http://www.flukiest.com/picture/427433

TOTAL: 12

Flurl:

http://www.flurl.com/search?q=dancing+slugs <http://www.flurl.com/search?q=dancing+slugs&type=all_types>
&type=all_types
 <http://www.flurl.com/item/indian_thriller_with_dancing_slugs_u_194463> http://www.flurl.com/item/
indian_thriller_with_dancing_slugs_u_194463

http://www.flurl.com/item/Napoleon_Dynamite_with_the_Dancing_Slugs_u_197224

CONFIDENTIAL

VIA00371991

http://www.flurl.com/item/Dancing_Guy_with_Slugs_u_194383

<http://www.flurl.com/item/indian_thriller_with_the_dancing_slugs_u_193474> http://www.flurl.com/item/
indian_thriller_with_the_dancing_slugs_u_193474

TOTAL: 572,450

File Cow:

http://filecow.com/download/411

Google Video:

http://video.google.com/videoplay?docid=-8716239627937852835 <http://video.google.com/videoplay?
docid=-8716239627937852835&q=dancing+slugs&hl=en> &q=dancing+slugs&hl=en

<http://video.google.com/videoplay?docid=-2228078678183364810> http://video.google.com/videoplay?
docid=-2228078678183364810

http://video.google.com/videoplay?docid=4812300400845156663

http://video.google.com/videoplay?docid=-2988739931668629075 <http://video.google.com/videoplay?
docid=-2988739931668629075&hl=en> &hl=en

http://video.google.com/videoplay?docid=-6365071709506794595 <http://video.google.com/videoplay?
docid=-6365071709506794595&hl=en> &hl=en

TOTAL: 1,351

Grouper:

http://www.grouper.com/video/MediaDetails.aspx?id=1611044 <http://www.grouper.com/video/MediaDetails.aspx?
id=1611044&ml=fi%3d%26fu%3d1939246&> &ml=fi%3d%26fu%3d1939246&

http://www.grouper.com/video/MediaDetails.aspx?id=1611141 <http://www.grouper.com/video/MediaDetails.aspx?
id=1611141&ml=fi%3d%26fu%3d1939246&> &ml=fi%3d%26fu%3d1939246&

http://grouper.com/video/MediaDetails.aspx?u=kwyfb <http://grouper.com/video/MediaDetails.aspx?u=kwyfb&f=-
l&vt=1> &f=-l&vt=1

http://www.grouper.com/video/MediaDetails.aspx?id=1604448 <http://www.grouper.com/video/MediaDetails.aspx?
id=1604448&ml=fi%3d%26fu%3d1896949&> &ml=fi%3d%26fu%3d1896949&

<http://grouper.com/video/MediaDetails.aspx?id=1585775&ml=fi%3d%26fu%3d1895073&> http://grouper.com/video/
MediaDetails.aspx?id=1585775&ml=fi%3d%26fu%3d1895073&

http://www.grouper.com/video/MediaDetails.aspx?id=1603302 <http://grouper.com/video/MediaDetails.aspx?
id=1603302&ml=fi%3d%26fu%3d1895073&> &ml=fi%3d%26fu%3d1895073&

<http://www.grouper.com/video/MediaDetails.aspx?id=1594408&ml=o%3d7%26fk%3dslugs%26fx%3d&> http://
grouper.com/video/MediaDetails.aspx?id=1594408&ml=o%3d7%26fk%3dslugs%26fx%3d&

http://www.grouper.com/video/MediaDetails.aspx?id=1590669 <http://www.grouper.com/video/MediaDetails.aspx?
id=1590669&ml=fi%3d%26fu%3d1897288&> &ml=fi%3d%26fu%3d1897288&

http://grouper.com/video/MediaDetails.aspx?id=1589507 <http://grouper.com/video/MediaDetails.aspx?
id=1589507&ml=fi%3d%26fu%3d1896951&> &ml=fi%3d%26fu%3d1896951&

VIA 00371992

http://grouper.com/video/MediaDetails.aspx?id=1587019 <http://grouper.com/video/MediaDetails.aspx?id=1587019&ml=fi%3d%26fu%3d1897292&> &ml=fi%3d%26fu%3d1897292&

TOTAL: 4,913

Free video blog:

http://www.vidiac.com/video/342684e4-66e6-455a-85aa-98500143b10b.htm

http://www.vidiac.com/video/ce9ee4ab-4340-432f-afd6-985b014937d0.htm
TOTAL: 1,019

Ifilm:

http://www.ifilm.com/ifilmdetail/2776534

TOTAL: 11,927

Jib Jab:

 <http://www.jibjab.com/jokebox/jokebox/jibjab/id/228734/jokeid/67681> http://www.jibjab.com/jokebox/jokebox/jibjab/id/228734/jokeid/67681

LiveDigital:

http://livedigital.com/content/1022074/

http://thatisalsofunny.livedigital.com/content/1117096/

http://thatisalsofunny.livedigital.com/content/1117130/

http://livedigital.com/content/1093412/

http://livedigital.com/content/1089754/

http://livedigital.com/content/1062782/

http://livedigital.com/content/1049089/

http://livedigital.com/content/1048202/

http://rock4stumpy.livedigital.com/content/1032801/

TOTAL: 630

Metacafe:

http://www.metacafe.com/watch/263989/gonna_make_you_sweat/
http://www.metacafe.com/watch/284117/Meet%20The%20Slugs/

http://www.metacafe.com/watch/269013/indian_thriller/

http://www.metacafe.com/watch/278820/dancing_superstar_with_the_dancing_slugs/

http://www.metacafe.com/watch/277963/napoleon_dynamite_with_the_dancing_slugs/

VIA 00371993

http://www.metacafe.com/watch/272228/dancing_slugs_and_david_hasselhoff/

http://www.metacafe.com/watch/269237/guy_dancing_with_slugs/

http://www.metacafe.com/watch/268960/chicken_noodle_soup/

http://www.metacafe.com/watch/260186/dancing_slugs/

TOTAL: 3,759

Myspace:

http://vids.myspace.com/index.cfm?fuseaction=vids.individual <http://vids.myspace.com/index.cfm?fuseaction=vids.individual&videoid=1337262841> &videoid=1337262841

Revver:

http://one.revver.com/find/video/slugs#_show_video_73517

TOTAL: 669

Putfile:

http://media.putfile.com/gonna-make-you-sweat
http://media.putfile.com/Meet-the-Slugs

http://media.putfile.com/Poor-Poor-Roddy

http://media.putfile.com/Dancing-Superstar-with-the-Dancing-Slugs

 <http://media.putfile.com/indian-thriller-with-the-dancing-slugs> http://media.putfile.com/indian-thriller-with-the-dancing-slugsb

http://media.putfile.com/Napoleon-Dynamite-with-the-Dancing-Slugs\ <http://media.putfile.com/Napoleon-Dynamite-with-the-Dancing-Slugs/>

http://media.putfile.com/Dancing-Guy-wslugs

http://media.putfile.com/Mr-T-w-the-Dancing-Slugs

http://media.putfile.com/Chicken-Noodle-Slugs

TOTAL: 43

Sharkle:

http://www.sharkle.com/video/107732/

http://www.sharkle.com/video/107734/

http://sharkle.com/video/103890/

http://www.sharkle.com/video/106944/

http://www.sharkle.com/video/106793/

http://www.sharkle.com/video/106047/

<http://sharkle.com/video/104808/> http://sharkle.com/video/104808/

<http://www.sharkle.com/video/105546/> http://www.sharkle.com/video/105546/

http://sharkle.com/video/105172/

TOTAL: 3,172

Spiked Humor:

http://www.spikedhumor.com/articles/61939/Napoleon_Dynamite_with_the_Dancing_Slugs.html?autoplay=true

http://www.spikedhumor.com/articles/61720/Dancing_Superstar_with_the_Dancing_Slugs.html?autoplay=true

http://www.spikedhumor.com/articles/60807/David_Hasselhoff_w_Dancing_Slugs.html

http://www.spikedhumor.com/articles/60178/Guy_Dances_w_Dancing_Slugs.html

http://www.spikedhumor.com/articles/60501/Mr_T_Rapping_w_Dancing_Slugs.html

http://www.spikedhumor.com/articles/60160/Chicken_Noodle_Slugs.html

http://www.spikedhumor.com/articles/60493/Indian_Thriller_along_w_Dancing_Slugs.html

TOTAL: 240

Stream Dump:

http://www.streamdump.com/?f9b0ec
http://www.streamdump.com/videos/display.php?h=806358

http://www.streamdump.com/videos/display.php?h=389c60

<http://www.streamdump.com/?d5f37d> http://www.streamdump.com/?d5f37d

http://www.streamdump.com/?8204a1

http://www.streamdump.com/?87bb7a

http://www.streamdump.com/?f8902a

http://www.streamdump.com/?1814b8

http://www.streamdump.com/?70da75

http://www.streamdump.com/?1eb1c3

http://www.streamdump.com/?0eed32

http://www.streamdump.com/videos/display.php?h=c17302

TOTAL: 350

Sim and Sim:

http://video.simandsim.com/video/826be4fe-9d94-4037-be4f-985900f1681a.htm

TOTAL: 68

Stupid Videos:

http://stupidvideos.com/video/Dancing_Disco_Slugs/  Spiked Humor: http://www.spikedhumor.com/articles/59132/Gonna_Make_You_Sweat.html

http://www.spikedhumor.com/articles/63082/Meet_the_Slugs.html

http://www.spikedhumor.com/articles/63083/Poor_Poor_Roddy.html

TOTAL: 69,585

That Video Blog:

http://thatvideoblog.com/story.php?title=Singing-Dancing-Slugs

Vloguea.freevideoblog.com (en espanol):

http://www.vidiac.com/video/30f14488-b244-4491-90f6-985700c89eef.htm

TOTAL: 573

Vsocial:

http://www.vsocial.com/video/?l=51159

http://www.vsocial.com/video/?d=53709

http://www.vsocial.com/video/?d=53707

http://www.vsocial.com/video/?d=49076

http://www.vsocial.com/video/?l=51156

http://www.vsocial.com/index.php?action=2 <http://www.vsocial.com/index.php?action=2&d=52679> &d=52679

http://www.vsocial.com/video/?l=52552

http://www.vsocial.com/video/?l=51602

http://www.vsocial.com/video/?d=50338

http://www.vsocial.com/video/?l=51015

http://www.vsocial.com/video/?d=50997

http://www.vsocial.com/video/?d=50798

http://www.vsocial.com/video/?l=50492

http://www.vsocial.com/video/?d=50503

TOTAL: 834

Veoh:

VIA00371996

http://www.veoh.com/videoDetails.html?v=e131049prwsh5ws
http://www.veoh.com/videoDetails.html?v=e146969wcdgHnMn

http://www.veoh.com/videoDetails.html?v=e146973WbdTAAyh

http://www.veoh.com/videoDetails.html?v=e1436713sFG8GXa

http://www.veoh.com/videoDetails.html?v=e134837tsWyJnSF

http://www.veoh.com/videoDetails.html?v=e142971xQjfxtHC

http://www.veoh.com/videoDetails.html?v=e139848DFPAen2C

http://www.veoh.com/videoDetails.html?v=e137355ztWtxRgc

http://www.veoh.com/videoDetails.html?v=e137217q77THyNb

http://www.veoh.com/videoDetails.html?v=e137176McM69CAz

TOTAL: 796

VidiLife: http://www.vidiLife.com/index.cfm?f=media.play <http://www.vidiLife.com/index.cfm?
f=media.play&vchrMediaProgramIDCryp=7045F650-4810-4A93-90BF-6>
&vchrMediaProgramIDCryp=7045F650-4810-4A93-90BF-6

http://www.vidiLife.com/video_play_877984_Dancing_Superstar_with_the_Dancing_Slugs.htm?tc=948457

http://www.vidiLife.com/index.cfm?f=media.play <http://www.vidilife.com/index.cfm?
f=media.play&vchrMediaProgramIDCryp=B9ADE48E-DEB0-4630-A89D-7> &vchrMediaProgramIDCryp=B9ADE48E-
DEB0-4630-A89D-7

http://www.vidiLife.com/index.cfm?f=media.play <http://www.vidilife.com/index.cfm?
f=media.play&vchrMediaProgramIDCryp=48413CDA-AC43-42E1-90A7-4> &vchrMediaProgramIDCryp=48413CDA-
AC43-42E1-90A7-4
TOTAL: 926

Vidiac:

http://www.vidiac.com/video/0b29028c-7cf1-4a85-8295-986000e92f8c.htm

http://www.vidiac.com/video/6c71a0f8-4e22-4d00-9d2f-986b011a05c6.htm

http://www.vidiac.com/video/30efe7db-bef4-4c5c-84ae-986b011c07fb.htm

http://www.vidiac.com/search/slugs/0/30f14488-b244-4491-90f6-985700c89eef.htm

http://www.vidiac.com/search/slugs/0/421874ce-b7e1-403c-a01c-98500189367f.htm

http://www.vidiac.com/search/slugs/0/342684e4-66e6-455a-85aa-98500143b10b.htm

http://www.vidiac.com/video/a6b6cc0e-9019-4e34-be8d-986500ec374d.htm

http://www.vidiac.com/video/a769d4c6-373e-4816-a1e7-986500e36b38.htm

http://www.vidiac.com/video/443470a6-c3db-440a-b12b-985c011c8b8c.htm

VIA 00371997

http://www.vidiac.com/video/89b70f1e-2180-40f6-834e-985c00d06b9f.htm

TOTAL: 4,102

Vmix:

http://www.vmix.com/view.php?id=1696365 <http://www.vmix.com/view.php?id=1696365&current_resourceid=1696365&type=video> &current_resourceid=1696365&type=video

http://www.vmix.com/view.php?id=1696412 <http://www.vmix.com/view.php?id=1696412&current_resourceid=1696412&type=video> &current_resourceid=1696412&type=video

http://www.vmix.com/viewVideo.php?ID=1499761

http://www.vmix.com/view.php?id=1657261 <http://www.vmix.com/view.php?id=1657261&current_resourceid=1657261&type=video> &current_resourceid=1657261&type=video

http://www.vmix.com/view.php?id=1651862 <http://www.vmix.com/view.php?id=1651862&current_resourceid=1651862&type=video> &current_resourceid=1651862&type=video

http://www.vmix.com/view.php?id=1587939 <http://www.vmix.com/view.php?id=1587939&current_resourceid=1587939&type=video> &current_resourceid=1587939&type=video

http://www.vmix.com/view.php?id=1581343 <http://www.vmix.com/view.php?id=1581343&current_resourceid=1581343&type=video> &current_resourceid=1581343&type=video

http://www.vmix.com/view.php?id=1566470 <http://www.vmix.com/view.php?id=1566470&current_resourceid=1566470&type=video> &current_resourceid=1566470&type=video
TOTAL: 19

You tube:

http://www.youtube.com/watch?v=32pbKQAaFl0

http://www.youtube.com/watch?v=HsQ_PtbIQ3U

http://www.youtube.com/watch?v=xYFCQP7I1go

http://www.youtube.com/watch?v=k3SlHKFfZBM

http://www.youtube.com/watch?v=XUO2IaDGibc

http://www.youtube.com/watch?v=t7W3bxHFShw

http://www.youtube.com/watch?v=ZjmUexXGEBA

http://www.youtube.com/watch?v=AZJsd8WFTDk

http://www.youtube.com/watch?v=YS5s14b3WSY

http://www.youtube.com/watch?v=Dil6zbKDqYY

http://www.youtube.com/watch?v=HO5PCJ_NI8E

http://www.youtube.com/watch?v=f213asjTiMU

http://www.youtube.com/watch?v=pDjpvrVchYc

VIA00371998

http://www.youtube.com/watch?v=MAJwcFB_Z8A

http://www.youtube.com/watch?v=f213asjTiMU

http://www.youtube.com/watch?v=pDjpvrVchYc

http://www.youtube.com/watch?v=YS5s14b3WSY

http://www.youtube.com/watch?v=kvCAnwcbFlg        http://www.youtube.com/watch?v=MA6EV89EP_Q

http://www.youtube.com/watch?v=vK00wgK8Bn4

http://www.youtube.com/watch?v=EmwkVYuPljw

http://www.youtube.com/watch?v=U3fJz2SgI_g

http://www.youtube.com/watch?v=jDojQc2Poc8

http://www.youtube.com/watch?v=2WXZIwxmypo

http://www.youtube.com/watch?v=8YHM9dzRkRk

http://www.youtube.com/watch?v=B4FRNFuypXA

http://youtube.com/watch?v=ROz2VD9nD4o

TOTAL: 763,669

**Zippy Videos:**

http://www.zippyvideos.com/9697897046217036/fa_meet_the_slugs_large/

http://www.zippyvideos.com/8231447056217076/fa_poor_poor_roddy_large/

http://www.zippyvideos.com/6232367566082176/fa_slugs_dancenow/

http://www.zippyvideos.com/9441099676190516/napoleon_short/

http://www.zippyvideos.com/3386380256142096/billy_jean_slugs_sor/

http://www.zippyvideos.com/8183050546142776/mrt_02_1/

http://www.zippyvideos.com/6011329586127026/indianthriller2_extend/

TOTAL: 440

List of attachments:
  ICEDSlugs1102.doc



**415 West Broadway, Suite 2N New York, NY 10012**

There are over 250 different links in this document with over 2 million combined views of the various Slugs clips on the net. Below are view totals for each site along with some screen shots from key editorial features.

If you have any questions, feel free to call me at 201-723-2320.

Editorial

http://www.candcblogfactory.blogspot.com



http://www.fuzzylion.com/2006/10/what-the/

CONFIDENTIAL                                                    VIA00372000



415 West Broadway, Suite 2N New York, NY 10012

What The?!?! October 25, 2006

Filed under: Music, Videos — Tim @ 11:31 pm

I don't even know what to say...





**Update:** 10/31/06 – Turns out those slugs are from the movie "Flushed Away" that opens this Friday!

CONFIDENTIAL                                                    VIA00372001



**415 West Broadway, Suite 2N New York, NY 10012**

http://midnighttlc.livejournal.com/193971.html



http://www.popyoularity.com/

QuickTime™ and a
TIFF (Uncompressed) decompressor
are needed to see this picture.

CONFIDENTIAL                                                                VIA00372002



**415 West Broadway, Suite 2N New York, NY 10012**

http://animationguildblog.blogspot.com/2006/10/barry-michael-and-new-media.html
http://animationguildblog.blogspot.com/2006/10/dancing-slugs.html



CONFIDENTIAL                                                        VIA00372003



**415 West Broadway, Suite 2N New York, NY 10012**

More Editorial:
http://www.fun-with-english.co.uk/2006/10/all-dancing-all-singing-slugs.html
http://www.mystery.nl/2006/10/lion-dancing/dancing-slugs-and-the-indian-thriller/
http://www.mystery.nl/2006/10/lion-dancing/guy-dancing-with-slugs/
http://www.discussanything.com/forums/showthread.php?t=96627
http://www.themillerreport.com/archives/391
http://confusanation.blogspot.com/2006/10/lets-hear-it-for-dancing-slugs.html
http://hollywoodfashiontrends.com/blogs/funnyvideo/archive/2006/10/05/22021.aspx
http://hatesomething.blogspot.com/2006/10/so-you-like-singing-and-dancing-slugs.html
http://iamrude.com/2006/10/11/gonna-make-you-sweat-dancing-slugs/


Addicting Clips:
http://www.addictingclips.com/Clip.aspx?key=3CD699593D88A9BB
http://www.addictingclips.com/Clip.aspx?key=8EE099FFDBCB3D13
http://addictingclips.com/Clip.aspx?key=13BFAC21761CCA0F
http://www.addictingclips.com/Clip.aspx?key=9B0D1C061CA332B7
http://www.addictingclips.com/Clip.aspx?key=70FA03FE349599D2
http://www.addictingclips.com/Clip.aspx?key=B920F0C4E33699BC
http://www.addictingclips.com/Clip.aspx?key=6BA6735EB40A799B
http://www.addictingclips.com/Clip.aspx?key=68A5D5DAEAC989DB
http://addictingclips.com/Clip.aspx?key=072A7DE05B2CDBBD
http://www.addictingclips.com/Clip.aspx?key=FD41A107701CF77D
http://addictingclips.com/Clip.aspx?key=F9A0927CDD87670B
TOTAL : 277,863

Bolt:
http://www.bolt.com/filmdude06/video/Meet_the_Slugs/2536518
http://www.bolt.com/filmdude06/video/Poor_Poor_Roddy/2536627
http://www.bolt.com/thatisalsofunny/video/Dancing_Slugs/2353346
http://www.bolt.com/crazyk8ff/video/Indian_Thriller_and_Danci/2444850
http://www.bolt.com/ultrasloppyjoe/video/Dancing_Slugs_and_the_Ind/2444974
http://www.bolt.com/rock4stumpy/video/Napoleon_Dynamite_with_th/2503354
http://www.bolt.com/gooddrugy/video/David_Hasselhoff_with_the/2459410
http://www.bolt.com/mrthomas323/video/Dancing_Guy_with_Slugs/2438575
http://www.bolt.com/rock4stumpy/video/indian_thriller_with_the_/2415633
http://www.bolt.com/broadwayjoe415/video/Mr_T_rapping_with_dancing/2438050
http://www.bolt.com/broadwayjoe415/video/Chicken_Noodle_Soup_and_S/2452708
http://www.bolt.com/checkmystash2/video/chicken_noodle_slugs/2431494
TOTAL: 3,164

Break.com:
http://my.break.com/Media/View.aspx?ContentID=164280
http://my.break.com/Media/View.aspx?ContentID=172045
http://my.break.com/Media/View.aspx?ContentID=166168
http://view.break.com/165321

CONFIDENTIAL          VIA00372004



415 West Broadway, Suite 2N New York, NY 10012

TOTAL: 599

Crack Muffin:
http://www.crackmuffin.com/html/Dancing-Worms.html
http://www.crackmuffin.com/html/Dancing-Slugs-in-Thriller.html
TOTAL: 1,320

Clip Shack:
http://clipshack.com/Clip.aspx?key=C44A554D3D2EDC56
http://www.clipshack.com/Clip.aspx?key=0A043B05214385DC
http://www.clipshack.com/Clip.aspx?key=F2886FA8ED2A514F
http://www.clipshack.com/Clip.aspx?key=10AD70D18AA80AC4
http://www.clipshack.com/Clip.aspx?key=E5BFD3AF9795CAA5
http://www.clipshack.com/Clip.aspx?key=6E4741F8BDA2C3E0
http://clipshack.com/Clip.aspx?key=D1065C3ED5F9AFFC
http://www.clipshack.com/Clip.aspx?key=AA46A49008AC2190
http://www.clipshack.com/Clip.aspx?key=8DCA466088D3DD2A
http://clipshack.com/Clip.aspx?key=E2E381AAFDDE3D1F
TOTAL: 120, 209

Clevver:
http://viralvideo.clevver.com/video/a90e2fe2-81ce-4844-add4-985001584e3d.htm
http://viralvideo.clevver.com/video/1f1b0bcd-b1da-4c50-afa6-985d00d6f4e5.htm
http://viralvideo.clevver.com/video/ea31b596-5eb1-4f00-b4d5-985d00d7a10f.htm
http://viralvideo.clevver.com/video/570601e4-4987-4c41-a3ea-986600d5eaba.htm
http://viralvideo.clevver.com/video/15af7975-1e17-4b40-81e1-9858014d590d.htm
http://viralvideo.clevver.com/video/3d09e963-404d-46fa-aa19-985b00eb7b69.htm
http://viralvideo.clevver.com/video/a6b6cc0e-9019-4e34-be8d-986500ec374d.htm
http://viralvideo.clevver.com/video/e02282cd-a149-4b7c-a130-985f01049a74.htm
http://viralvideo.clevver.com/video/408e4bfd-b9bf-459e-8e8d-985c00f5ffb1.htm
http://viralvideo.clevver.com/video/ced855d7-e8b6-4465-8dfe-985c00da63be.htm
TOTAL: 77,593

Drisas:
http://www.drisas.com/archives/555
TOTAL: 6253

Daily Motion:
http://www.dailymotion.com/video/xktp3_fameettheslugslarge
http://www.dailymotion.com/thatisalsofunny/video/xktr1_poor-poor-roddy
http://www.dailymotion.com/video/782041
http://www.dailymotion.com/rock4stumpy/video/xhspw_indian-thriller-with-the-dancing-sl
http://www.dailymotion.com/video/xjwm7_napoleon-dynamite-with-the-dancing
http://www.dailymotion.com/video/xjqmq_dancing-superstar-with-the-dancing
http://www.dailymotion.com/video/xisxk_david-hasselhoff-wdancing-slugs
http://www.dailymotion.com/mrthomas323/video/857026

CONFIDENTIAL                                                                VIA00372005



**415 West Broadway, Suite 2N New York, NY 10012**

http://www.dailymotion.com/video/xick3_mr-t-rapping-with-dancing-slugs
http://www.dailymotion.com/checkmystash2/video/xi1gf_chicken-noodle-soup
TOTAL: 26,453

Digg:
http://digg.com/videos_comedy/Dancing_Superstar_with_the_Dancing_Slugs

Eyespot:
http://eyespot.com/share?cmd=permalink&r=338f45bb57c5d73508f5a123a04b96479ae
3f0a93eb60c51b5ae05e50d6caeab6af32b5ea2d6ef240f9fbdb440b58d2192c60679fe11f
db933f9d03ce8b251718ced7532ecf133f8
http://eyespot.com/share?cmd=permalink&r=0XCzIG6llbyzd7cXiEJW02IW4ngh
http://eyespot.com/share?cmd=permalink&r=0XCzIG6llbyzd7dHiEJW02IW4ngi
http://eyespot.com/share?cmd=permalink&r=eVEXaw0062gXyz96wriEJW02IW4k6h
http://eyespot.com/share?cmd=permalink&r=338f45bb57c5d73508f5a123a04b96479ae
3f0a93eb60c51a361b03c3016148f0338cf54d7622e9f8872b75b9f35a0dc92c60679fe11f
db993d9c62084e66f4c84cbc5154c3ebbbc
http://eyespot.com/share?cmd=permalink&r=338f45bb57c5d73508f5a123a04b96479ae
3f0a93eb60c51a361b03c3016148f05a19f759e03940ce6f7d2798d02d76092c60679fe11f
db94bd8d2a541484c4bc3cffa004c1a30d5
http://eyespot.com/search?word=slugs&t=1161027102216
http://eyespot.com/search?word=slugs&t=1161027102216
TOTAL: 47

Exbyte:
http://www.exbyte.net/media/videos/2817/Napoleon_Dynamite_with_the_Dancing_Slugs
.html
http://www.exbyte.net/media/videos/2800/Dancing_Superstar_with_the_Dancing_Slugs.
html
http://www.exbyte.net/media/videos/2748/Hasselhoff_and_Slugs.html
http://www.exbyte.net/media/videos/2722/Mr_T_rapping_w_dancing_slugs.html
http://www.exbyte.net/media/videos/2720/Chicken_Noodle_Slugs.html
http://www.exbyte.net/media/videos/2704/indian_thriller_with_the_dancing_slugs.html
TOTAL: 179

Flukiest:
http://www.flukiest.com/flash/video_player.swf
http://www.flukiest.com/picture/427433
TOTAL: 12

Flurl:
http://www.flurl.com/search?q=dancing+slugs&type=all_types
http://www.flurl.com/item/indian_thriller_with_dancing_slugs_u_194463
http://www.flurl.com/item/Napoleon_Dynamite_with_the_Dancing_Slugs_u_197224
http://www.flurl.com/item/Dancing_Guy_with_Slugs_u_194383
http://www.flurl.com/item/indian_thriller_with_the_dancing_slugs_u_193474

CONFIDENTIAL          VIA00372006



TOTAL: 572,450

File Cow:
http://filecow.com/download/411

Google Video:
http://video.google.com/videoplay?docid=-8716239627937852835&q=dancing+slugs&hl=en
http://video.google.com/videoplay?docid=-2228078678183364810
http://video.google.com/videoplay?docid=4812300400845156663
http://video.google.com/videoplay?docid=-2988739931668629075&hl=en
http://video.google.com/videoplay?docid=-6365071709506794595&hl=en
TOTAL: 1,351

Grouper:
http://www.grouper.com/video/MediaDetails.aspx?id=1611044&ml=fi%3d%26fu%3d1939246&
http://www.grouper.com/video/MediaDetails.aspx?id=1611141&ml=fi%3d%26fu%3d1939246&
http://grouper.com/video/MediaDetails.aspx?u=kwyfb&f=-l&vt=1
http://www.grouper.com/video/MediaDetails.aspx?id=1604448&ml=fi%3d%26fu%3d1896949&
http://grouper.com/video/MediaDetails.aspx?id=1585775&ml=fi%3d%26fu%3d1895073&
http://grouper.com/video/MediaDetails.aspx?id=1603302&ml=fi%3d%26fu%3d1895073&
http://grouper.com/video/MediaDetails.aspx?id=1594408&ml=o%3d7%26fk%3dslugs%26fx%3d&
http://www.grouper.com/video/MediaDetails.aspx?id=1590669&ml=fi%3d%26fu%3d1897288&
http://grouper.com/video/MediaDetails.aspx?id=1589507&ml=fi%3d%26fu%3d1896951&
http://grouper.com/video/MediaDetails.aspx?id=1587019&ml=fi%3d%26fu%3d1897292&
TOTAL: 4,913

Free video blog:
http://www.vidiac.com/video/342684e4-66e6-455a-85aa-98500143b10b.htm
http://www.vidiac.com/video/ce9ee4ab-4340-432f-afd6-985b014937d0.htm
TOTAL: 1,019

Ifilm:
http://www.ifilm.com/ifilmdetail/2776534
TOTAL: 11,927

Jib Jab:
http://www.jibjab.com/jokebox/jokebox/jibjab/id/228734/jokeid/67681

CONFIDENTIAL                                              VIA 00372007



415 West Broadway, Suite 2N New York, NY 10012

LiveDigital:
http://livedigital.com/content/1022074/
http://thatisalsofunny.livedigital.com/content/1117096/
http://thatisalsofunny.livedigital.com/content/1117130/
http://livedigital.com/content/1093412/
http://livedigital.com/content/1089754/
http://livedigital.com/content/1062782/
http://livedigital.com/content/1049089/
http://livedigital.com/content/1048202/
http://rock4stumpy.livedigital.com/content/1032801/
TOTAL: 630

Metacafe:
http://www.metacafe.com/watch/263989/gonna_make_you_sweat/
http://www.metacafe.com/watch/284117/Meet%20The%20Slugs/
http://www.metacafe.com/watch/269013/indian_thriller/
http://www.metacafe.com/watch/278820/dancing_superstar_with_the_dancing_slugs/
http://www.metacafe.com/watch/277963/napoleon_dynamite_with_the_dancing_slugs/
http://www.metacafe.com/watch/272228/dancing_slugs_and_david_hasselhoff/
http://www.metacafe.com/watch/269237/guy_dancing_with_slugs/
http://www.metacafe.com/watch/268960/chicken_noodle_soup/
http://www.metacafe.com/watch/260186/dancing_slugs/
TOTAL: 3,759

Myspace:
http://vids.myspace.com/index.cfm?fuseaction=vids.individual&videoid=1337262841

Revver:
http://one.revver.com/find/video/slugs#_show_video_73517
TOTAL: 669

Putfile:
http://media.putfile.com/gonna-make-you-sweat
http://media.putfile.com/Meet-the-Slugs
http://media.putfile.com/Poor-Poor-Roddy
http://media.putfile.com/Dancing-Superstar-with-the-Dancing-Slugs
http://media.putfile.com/indian-thriller-with-the-dancing-slugsb
http://media.putfile.com/Napoleon-Dynamite-with-the-Dancing-Slugs\
http://media.putfile.com/Dancing-Guy-wslugs
http://media.putfile.com/Mr-T-w-the-Dancing-Slugs
http://media.putfile.com/Chicken-Noodle-Slugs
TOTAL: 43

Sharkle:
http://www.sharkle.com/video/107732/
http://www.sharkle.com/video/107734/

CONFIDENTIAL                                                                VIA00372008



415 West Broadway, Suite 2N New York, NY 10012

http://sharkle.com/video/103890/
http://www.sharkle.com/video/106944/
http://www.sharkle.com/video/106793/
http://www.sharkle.com/video/106047/
http://sharkle.com/video/104808/
http://www.sharkle.com/video/105546/
http://sharkle.com/video/105172/
TOTAL: 3,172

Spiked Humor:
http://www.spikedhumor.com/articles/61939/Napoleon_Dynamite_with_the_Dancing_Slugs.html?autoplay=true
http://www.spikedhumor.com/articles/61720/Dancing_Superstar_with_the_Dancing_Slugs.html?autoplay=true
http://www.spikedhumor.com/articles/60807/David_Hasselhoff_w_Dancing_Slugs.html
http://www.spikedhumor.com/articles/60178/Guy_Dances_w_Dancing_Slugs.html
http://www.spikedhumor.com/articles/60501/Mr_T_Rapping_w_Dancing_Slugs.html
http://www.spikedhumor.com/articles/60160/Chicken_Noodle_Slugs.html
http://www.spikedhumor.com/articles/60493/Indian_Thriller_along_w_Dancing_Slugs.html
TOTAL: 240

Stream Dump:
http://www.streamdump.com/?f9b0ec
http://www.streamdump.com/videos/display.php?h=806358
http://www.streamdump.com/videos/display.php?h=389c60
http://www.streamdump.com/?d5f37d
http://www.streamdump.com/?8204a1
http://www.streamdump.com/?87bb7a
http://www.streamdump.com/?f8902a
http://www.streamdump.com/?1814b8
http://www.streamdump.com/?70da75
http://www.streamdump.com/?1eb1c3
http://www.streamdump.com/?0eed32
http://www.streamdump.com/videos/display.php?h=c17302
TOTAL: 350

Sim and Sim:
http://video.simandsim.com/video/826be4fe-9d94-4037-be4f-985900f1681a.htm
TOTAL: 68

Stupid Videos:
http://stupidvideos.com/video/Dancing_Disco_Slugs/ Spiked Humor:
http://www.spikedhumor.com/articles/59132/Gonna_Make_You_Sweat.html
http://www.spikedhumor.com/articles/63082/Meet_the_Slugs.html
http://www.spikedhumor.com/articles/63083/Poor_Poor_Roddy.html

CONFIDENTIAL                                                          VIA00372009



415 West Broadway, Suite 2N New York, NY 10012

TOTAL: 69,585

That Video Blog:
http://thatvideoblog.com/story.php?title=Singing-Dancing-Slugs

Vloguea.freevideoblog.com (en espanol):
http://www.vidiac.com/video/30f14488-b244-4491-90f6-985700c89eef.htm
TOTAL: 573

Vsocial:
http://www.vsocial.com/video/?l=51159
http://www.vsocial.com/video/?d=53709
http://www.vsocial.com/video/?d=53707
http://www.vsocial.com/video/?d=49076
http://www.vsocial.com/video/?l=51156
http://www.vsocial.com/index.php?action=2&d=52679
http://www.vsocial.com/video/?l=52552
http://www.vsocial.com/video/?l=51602
http://www.vsocial.com/video/?d=50338
http://www.vsocial.com/video/?l=51015
http://www.vsocial.com/video/?d=50997
http://www.vsocial.com/video/?d=50798
http://www.vsocial.com/video/?l=50492
http://www.vsocial.com/video/?d=50503
TOTAL: 834

Veoh:
http://www.veoh.com/videoDetails.html?v=e131049prwsh5ws
http://www.veoh.com/videoDetails.html?v=e146969wcdgHnMn
http://www.veoh.com/videoDetails.html?v=e146973WbdTAAyh
http://www.veoh.com/videoDetails.html?v=e1436713sFG8GXa
http://www.veoh.com/videoDetails.html?v=e134837tsWyJnSF
http://www.veoh.com/videoDetails.html?v=e142971xQjfxtHC
http://www.veoh.com/videoDetails.html?v=e139848DFPAen2C
http://www.veoh.com/videoDetails.html?v=e137355ztWtxRgc
http://www.veoh.com/videoDetails.html?v=e137217q77THyNb
http://www.veoh.com/videoDetails.html?v=e137176McM69CAz
TOTAL: 796

VidiLife:
http://www.vidiLife.com/index.cfm?f=media.play&vchrMediaProgramIDCryp=7045F650-4810-4A93-90BF-6
http://www.vidiLife.com/video_play_877984_Dancing_Superstar_with_the_Dancing_Slugs.htm?tc=948457
http://www.vidiLife.com/index.cfm?f=media.play&vchrMediaProgramIDCryp=B9ADE48E-DEB0-4630-A89D-7

CONFIDENTIAL                                                    VIA 00372010



**415 West Broadway, Suite 2N New York, NY 10012**

http://www.vidiLife.com/index.cfm?f=media.play&vchrMediaProgramIDCryp=48413CDA-AC43-42E1-90A7-4
TOTAL: 926

Vidiac:
http://www.vidiac.com/video/0b29028c-7cf1-4a85-8295-986000e92f8c.htm
http://www.vidiac.com/video/6c71a0f8-4e22-4d00-9d2f-986b011a05c6.htm
http://www.vidiac.com/video/30efe7db-bef4-4c5c-84ae-986b011c07fb.htm
http://www.vidiac.com/search/slugs/0/30f14488-b244-4491-90f6-985700c89eef.htm
http://www.vidiac.com/search/slugs/0/421874ce-b7e1-403c-a01c-98500189367f.htm
http://www.vidiac.com/search/slugs/0/342684e4-66e6-455a-85aa-98500143b10b.htm
http://www.vidiac.com/video/a6b6cc0e-9019-4e34-be8d-986500ec374d.htm
http://www.vidiac.com/video/a769d4c6-373e-4816-a1e7-986500e36b38.htm
http://www.vidiac.com/video/443470a6-c3db-440a-b12b-985c011c8b8c.htm
http://www.vidiac.com/video/89b70f1e-2180-40f6-834e-985c00d06b9f.htm
TOTAL: 4,102

Vmix:
http://www.vmix.com/view.php?id=1696365&current_resourceid=1696365&type=video
http://www.vmix.com/view.php?id=1696412&current_resourceid=1696412&type=video
http://www.vmix.com/viewVideo.php?ID=1499761
http://www.vmix.com/view.php?id=1657261&current_resourceid=1657261&type=video
http://www.vmix.com/view.php?id=1651862&current_resourceid=1651862&type=video
http://www.vmix.com/view.php?id=1587939&current_resourceid=1587939&type=video
http://www.vmix.com/view.php?id=1581343&current_resourceid=1581343&type=video
http://www.vmix.com/view.php?id=1566470&current_resourceid=1566470&type=video
TOTAL: 19

You tube:
http://www.youtube.com/watch?v=32pbKQAaFl0
http://www.youtube.com/watch?v=HsQ_PtbIQ3U
http://www.youtube.com/watch?v=xYFCQP7I1go
http://www.youtube.com/watch?v=k3SlHKFfZBM
http://www.youtube.com/watch?v=XUO2IaDGibc
http://www.youtube.com/watch?v=t7W3bxHFShw
http://www.youtube.com/watch?v=ZjmUexXGEBA
http://www.youtube.com/watch?v=AZJsd8WFTDk
http://www.youtube.com/watch?v=YS5s14b3WSY
http://www.youtube.com/watch?v=DiI6zbKDqYY
http://www.youtube.com/watch?v=HO5PCJ_NI8E
http://www.youtube.com/watch?v=f213asjTiMU
http://www.youtube.com/watch?v=pDjpvrVchYc
http://www.youtube.com/watch?v=MAJwcFB_Z8A
http://www.youtube.com/watch?v=f213asjTiMU
http://www.youtube.com/watch?v=pDjpvrVchYc
http://www.youtube.com/watch?v=YS5s14b3WSY

CONFIDENTIAL                                                                                      VIA00372011



**415 West Broadway, Suite 2N New York, NY 10012**

http://www.youtube.com/watch?v=kvCAnwcbFlg
http://www.youtube.com/watch?v=MA6EV89EP_Q
http://www.youtube.com/watch?v=vK00wgK8Bn4
http://www.youtube.com/watch?v=EmwkVYuPljw
http://www.youtube.com/watch?v=U3fJz2Sgl_g
http://www.youtube.com/watch?v=jDojQc2Poc8
http://www.youtube.com/watch?v=2WXZIwxmypo
http://www.youtube.com/watch?v=8YHM9dzRkRk
http://www.youtube.com/watch?v=B4FRNFuypXA
http://youtube.com/watch?v=ROz2VD9nD4o
TOTAL: 763,669

Zippy Videos:
http://www.zippyvideos.com/9697897046217036/fa_meet_the_slugs_large/
http://www.zippyvideos.com/8231447056217076/fa_poor_poor_roddy_large/
http://www.zippyvideos.com/6232367566082176/fa_slugs_dancenow/
http://www.zippyvideos.com/9441099676190516/napoleon_short/
http://www.zippyvideos.com/3386380256142096/billy_jean_slugs_sor/
http://www.zippyvideos.com/8183050546142776/mrt_02_1/
http://www.zippyvideos.com/6011329586127026/indianthriller2_extend/
TOTAL: 440

CONFIDENTIAL          VIA00372012