# Rubin Exhibit 19

| Subject: | RE: Donald vs. Rasputia Clip |
| --- | --- |
| From: | "Powell, Amy - Paramount" <EX:/O=VIACOM/OU=PARAMOUNT/CN= RECIPIENTS/CN=POWELLAM> |
| To: | Tipton, Kristina - Paramount |
| Cc: | Warman, Bryan - Paramount; Hu, Carolyn - Paramount; Teifeld, Tamar - Paramount |
| Date: | Tue, 30 Jan 2007 19:28:16 +0000 |

This is HILARIOUS

Can we get posted on YouTube asap?  (from scott of course)  NOT WITH A PARAMOUNT LOGO OR ASSOCIATION

Amy Powell
Senior Vice President
Interactive Marketing
Paramount Pictures
5555 Melrose Avenue
Hollywood, CA 90038
323.956.8486

_____

From: Tipton, Kristina - Paramount
Sent: Monday, January 29, 2007 2:32 PM
To: Powell, Amy - Paramount
Cc: Warman, Bryan - Paramount; Hu, Carolyn - Paramount; Teifeld, Tamar - Paramount
Subject: Donald vs. Rasputia Clip

Hi Amy,

Here's the clip link for the Norbit / Rasputia clip.  Let us know your thoughts.

http://www.paramountmovies.com/review/DonaldvsRasputia.mp4

Thanks!

Kristina Tipton

Paramount Pictures

Interactive Coordinator, Promotions & Publicity

323-956-8453

CONFIDENTIAL

# Rubin Exhibit 20

Subject: RE: Norbit :: Lloyd The Dog Clip
From: "Powell, Amy - Paramount" ████████████████

To: Warman, Bryan - Paramount
Cc: Hu, Carolyn - Paramount; Tipton, Kristina - Paramount; Teifeld,
Tamar - Paramount
Date: Tue, 30 Jan 2007 19:29:44 +0000

YES

Can we launch that & the trump one today?

Amy Powell
Senior Vice President
Interactive Marketing
Paramount Pictures
████████████████

———

From: Warman, Bryan - Paramount
Sent: Tuesday, January 30, 2007 11:25 AM
To: Powell, Amy - Paramount
Cc: Hu, Carolyn - Paramount; Tipton, Kristina - Paramount; Teifeld, Tamar - Paramount
Subject: RE: Norbit :: Lloyd The Dog Clip

I'll have timecode added in and then we can drop on viral sites ASAP - sound good?

Bryan Warman
Creative Director
Motion Picture Interactive Marketing
Paramount Pictures
5555 Melrose Avenue - Marathon, 3205
Hollywood, CA 90038
P: 323.956.8275 | F: 323.862.1107

———

From: Powell, Amy - Paramount
Sent: Tuesday, January 30, 2007 11:24 AM
To: Warman, Bryan - Paramount
Cc: Hu, Carolyn - Paramount; Tipton, Kristina - Paramount; Teifeld, Tamar - Paramount
Subject: RE: Norbit :: Lloyd The Dog Clip

Agreed- good point!

Amy Powell
Senior Vice President
Interactive Marketing
Paramount Pictures
████████████████

———

From: Warman, Bryan - Paramount
Sent: Monday, January 29, 2007 11:37 AM
To: Powell, Amy - Paramount
Cc: Hu, Carolyn - Paramount; Tipton, Kristina - Paramount; Teifeld, Tamar - Paramount
Subject: Norbit :: Lloyd The Dog Clip
Importance: High

To follow up on this - there is a LOT of cursing in this, so we should not be releasing this as an official clip unless we want to bleep it.

It's also completely finished footage so maybe we want to "rough it up" with some time code before we release it virally?

Thoughts?

Bryan Warman
Creative Director
Motion Picture Interactive Marketing
Paramount Pictures
5555 Melrose Avenue - Marathon, 3205
Hollywood, CA 90038
P: 323.956.8275 | F: 323.862.1107

———

From: Warman, Bryan - Paramount
Sent: Sunday, January 28, 2007 11:06 PM
To: Powell, Amy - Paramount
Cc: Hu, Carolyn - Paramount
Subject: RE: Norbit :: Approvals Needed

Amy,

FYI this Lloyd clip finished Friday evening and the master cassette now is with Kristina and Tamar for placement into our plan. I mentioned it was intended to be a viral clip and that she should work with Scott after advising you of her plans to get it out there as wide and viral as possible, as quickly as possible unless we thought we could get a much bigger break on it on a major site first before going wide, but I doubted it since it was so short.

BW

———

From: Powell, Amy - Paramount
Sent: Wed 1/24/2007 2:30 PM
To: Warman, Bryan - Paramount
Cc: Hu, Carolyn - Paramount
Subject: Re: Norbit :: Approvals Needed

I'm guessing he meant the second on the list.... Which do you think is better?

-----Original Message-----
From: Warman, Bryan - Paramount
To: Powell, Amy - Paramount
CC: Hu, Carolyn - Paramount
Sent: Tue Jan 23 12:48:42 2007
Subject: RE: Norbit :: Approvals Needed

Amy,

The site is updated and live. With regards to the clip, before we send it for finishing, since there are two files , one named "v2" and "v2ALT" - can we confirm which he liked since #2 could mean "V2" or the second on the list which is "V2ALT".

Bryan Warman
Creative Director
Motion Picture Interactive Marketing
Paramount Pictures
5555 Melrose Avenue - Marathon, 3205
Hollywood, CA 90038
P: 323.956.8275 | F: 323.862.1107

-----Original Message-----
From: Powell, Amy - Paramount
Sent: Tuesday, January 23, 2007 9:52 AM
To: Warman, Bryan - Paramount
Subject: Fw: Norbit :: Approvals Needed

Go with clip #2 and update the site. Tx!

-----Original Message-----
From: Goodman, Adam - DreamWorks
To: Powell, Amy - Paramount
CC: Fox, John - DreamWorks
Sent: Tue Jan 23 09:49:29 2007
Subject: RE: Norbit :: Approvals Needed

i prefer clip #2

---

From: Powell, Amy - Paramount
Sent: Tuesday, January 23, 2007 12:40 AM
To: Fox, John - DreamWorks; Goodman, Adam - DreamWorks
Subject: Norbit :: Approvals Needed

below are 2 items for your approval.. i would love to launch today if OK with you. pls let me know your thoughts.

thanks.

1.) Lloyd Video -
    http://www.mobscene.com/clients/paramountinternet
    username:
    password: ▮

2.) Official site updates - Pimpification!

thanks-

amy

CONFIDENTIAL

# Rubin Exhibit 21



Depo ___ EXHIBIT 7
FOR IDENTIFICATION
WITNESS Powell
DATE 12.15.09
NIKKI ROY, CSR #3052

# Rubin Exhibit 22

Subject:  Re: Lloyd / Trump Viral Video Links
From:     "Powell, Amy - Paramount" ███████████████████████
          █████████████████

To:       Warman, Bryan - Paramount
Cc:       Date:      Thu, 01 Feb 2007 20:37:14 +0000

Tx for taking the lead here

-----Original Message-----
From: Warman, Bryan - Paramount
To: Tipton, Kristina - Paramount; Powell, Amy - Paramount
CC: Hu, Carolyn - Paramount
Sent: Thu Feb 01 12:36:39 2007
Subject: RE: Lloyd / Trump Viral Video Links

Norbit and Charlie would be known by whomever leaked it. I'll re-write the copy and resend.

Bryan Warman
Creative Director
Motion Picture Interactive Marketing
Paramount Pictures
5555 Melrose Avenue - Marathon, 3205
Hollywood, CA 90038
P: 323.956.8275 | F: 323.862.1107

-----Original Message-----
From: Tipton, Kristina - Paramount
Sent: Thursday, February 01, 2007 12:35 PM
To: Powell, Amy - Paramount
Cc: Warman, Bryan - Paramount; Hu, Carolyn - Paramount
Subject: RE: Lloyd / Trump Viral Video Links

You don't think the poster knowing it was Charlie Murphy would raise suspicion?  That seems like something someone in the studio would know.

Should we not have "Norbit" in there at all?

Kristina Tipton
Paramount Pictures
Interactive Coordinator, Promotions & Publicity
323-956-8453

-----Original Message-----
From: Powell, Amy - Paramount
Sent: Thursday, February 01, 2007 12:34 PM
To: Tipton, Kristina - Paramount
Cc: Warman, Bryan - Paramount; Hu, Carolyn - Paramount
Subject: Re: Lloyd / Trump Viral Video Links

I think we should be more vague + mention charlie murphy

-----Original Message-----
From: Tipton, Kristina - Paramount
To: Powell, Amy - Paramount
CC: Warman, Bryan - Paramount; Hu, Carolyn - Paramount
Sent: Thu Feb 01 12:32:52 2007
Subject: RE: Lloyd / Trump Viral Video Links

CONFIDENTIAL

VIA 00373855

Scott is going to be changing the verbiage to:

Title: "Talking Dog from Norbit"
Text: "This dog is hilarious."

Some of the links just have "scene from the movie norbit" in the description, and those are the ones I had seen. I'm so sorry - I thought he was clear on how vague the text needed to be, and going forward I'll draft all copy they use and send to you for approval before they post.

Let me know if the above copy looks okay to you.

Kristina Tipton
Paramount Pictures
Interactive Coordinator, Promotions & Publicity
323-956-8453

-----Original Message-----
From: Powell, Amy - Paramount
Sent: Thursday, February 01, 2007 12:30 PM
To: Tipton, Kristina - Paramount
Cc: Warman, Bryan - Paramount; Hu, Carolyn - Paramount
Subject: Re: Lloyd / Trump Viral Video Links

I mean that it is obviously from the studio when it says our mrktg verbiage - look at addicting clips.

BW: pls take the lead on clarifying. Tx

-----Original Message-----
From: Tipton, Kristina - Paramount
To: Powell, Amy - Paramount
CC: Warman, Bryan - Paramount; Hu, Carolyn - Paramount
Sent: Thu Feb 01 12:22:58 2007
Subject: RE: Lloyd / Trump Viral Video Links

Hi Amy,

As far as being uploaded from the studio, do you mean in the tags or description? Iced uploaded from a separate account that doesn't have any other Paramount video. Is there other messaging they should use? Something more like "Funny talking dog"?

I can have them change the messaging asap.

Kristina Tipton

Paramount Pictures

Interactive Coordinator, Promotions & Publicity

323-956-8453

From: Powell, Amy - Paramount
Sent: Thursday, February 01, 2007 12:18 PM
To: Tipton, Kristina - Paramount
Cc: Warman, Bryan - Paramount; Hu, Carolyn - Paramount

Subject: RE: Lloyd / Trump Viral Video Links
Importance: High

I'm really concerned b/c these clips have been uploaded as if from the official film- from the studio. I thought we were clear with scott that it was to be uploaded from his personal acct and not associated with the film…

Pls clarify asap.

Amy Powell
Senior Vice President
Interactive Marketing
Paramount Pictures

███████████████████

---

From: Tipton, Kristina - Paramount
Sent: Wednesday, January 31, 2007 1:09 PM
To: Powell, Amy - Paramount
Cc: Warman, Bryan - Paramount; Hu, Carolyn - Paramount
Subject: Lloyd / Trump Viral Video Links

Hi Amy,

Below are the links where the Rasputia vs. Trump and Lloyd the Dog clips have been uploaded so far. Now that they have these uploaded they're working on getting editorial pickup by sending to blogs and other editorial sites. They are also working on getting editorial features within the viral video sites. I'll send another update on how these are doing by EOD.

Here's some notes on how their editorial push is going

- YouTube, Veoh, AddictingClips and DailyMotion are getting the strongest pushes from us

- NewsToday.com is linking to the donald youtube link

- Sending out embedding links to sites

Let me know if you have any questions.

Thanks,

KT

Lloyd the Dog Uploads:

AddictingClips

http://www.addictingclips.com/Clip.aspx?key=F2858FEE9EA2395F

Bolt

http://www.bolt.com/broadwayjoe415/video/Talking_Dog_from_Norbit/2972312

Clevver

http://viralvideo.clevver.com/video/92e63450-d19c-4e0d-828b-98c700f43968.htm

ClipShack

http://www.clipshack.com/Clip.aspx?key=DBFE15A50C2ED2DD

DailyMotion

http://www.sharkle.com/video/116846/

Flurl

http://www.flurl.com/item/Talking_Dog_from___Norbit___u_224451

Sharkle

http://www.sharkle.com/video/116846/

StreamDump

http://www.streamdump.com/?a41665

Veoh

http://www.veoh.com/videos/v2269922G8WdAfc

Vimeo

http://www.vimeo.com/clip:134860

Vidiac

http://www.vidiac.com/video/9e4fc6b1-0649-4fee-9d03-98c700ecc5fa.htm

Rasputia vs. Trump Uploads:

AddictingClips

http://www.addictingclips.com/Clip.aspx?key=6E71646DBE228787

Bolt

http://www.bolt.com/parkmyvibe/video/Donald_Trump_vs_Rasputia/2971836

Clevver

http://viralvideo.clevver.com/video/edb63288-ba08-4e75-a8fd-98c700c48542.htm

ClipShack

http://www.clipshack.com/Clip.aspx?key=47F6ED1FEB59770E

DailyMotion

http://www.dailymotion.com/video/x13pc2_donald-trump-vs-rasputia

Flurl

VIA 00373858

http://www.flurl.com/item/Donald_Trump_v_s__Rasputia_u_224417

Sharkle

http://www.sharkle.com/video/116838/

Smart Video Channel

http://comedy.smartvideochannel.com/media/PlayVideo.aspx?cid=D505619EBA5841B2AE7708BCC08E7549

StreamDump

http://www.streamdump.com/?5b3003

Veoh

http://www.veoh.com/videos/v221878JXknbYjS

VidiLife

http://www.vidiLife.com/index.cfm?f=media.play&vchrMediaProgramIDCryp=8CE0111C-EB1F-48ED-AE70-9

Vimeo

http://www.vimeo.com/clip:134834

Vidiac

http://www.vidiac.com/video/765b7ad2-2528-44f5-abfd-98c700d84a83.htm

YouTube

http://www.youtube.com/watch?v=ltXNBOTmZE4

Kristina Tipton

Paramount Pictures

Interactive Coordinator, Promotions & Publicity

323-956-8453

# Rubin Exhibit 23

Hey Courtney,

Just wanted to let you know that I'm still working on pulling together all our usernames and content. I'll have my big and informative email to you tomorrow :)

Have a good night!

Kristina Tipton
Paramount Pictures
Interactive Coordinator, Promotions & Publicity
323-956-8453

-----Original Message-----
From: Courtney Nieman [mailto:courtneyni@baytsp.com]
Sent: Tuesday, February 27, 2007 9:41 AM
To: Perry, Alfred - Paramount; Salter, John - Paramount
Cc: Mark M. Ishikawa; Evelyn Espinosa; Tipton, Kristina - Paramount
Subject: Paramount Marketing

Al,

I just finished a wonderful conversation with Kristina Tipton. We discussed how Amy is doing the "viral" marketing and came up with these ground rules...

1. Do not remove anything posted by an approved Paramount Account (Kristina to provide)

2. Do not remove anything reposted by another account that matches something from Rule 1.

3. Remove anything that "misuses" Paramount material in a negative way; mash-ups, re-edited clips, DVD materials

4. If Paramount Marketing does anything in the P2P world, they will try to send us the file so we can watch for it and treat it like "interdicted" material if possible.

5. If a "late" or "surprise" marketing action is taken, Paramount Marketing will make an effort to notify BayTSP to prevent any accidental enforcement action against this material.

Kristina is in the process of putting together materials that BayTSP will use to "filter" out the approved material already on the internet.
These filters will be used for Paramount and Viacom (MTVN) activities to prevent accidental enforcement.

I or someone we assign will stay in touch with Kristina going forward.

Courtney Nieman
Manager Client Services
BayTSP, Inc.
408-341-2314
AIM: BayTSPCanne
Have you checked out BayTSP's Piracy news web log?
http://www.baytsp.com/weblog

---

The information contained in this email message may be confidential and is intended only

HIGHLY CONFIDENTIAL

for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

HIGHLY CONFIDENTIAL

BAYTSP 003732681

# Rubin Exhibit 24

**From:** Courtney Nieman
**Sent:** Thursday, May 10, 2007 5:39 PM
**To:** RADAR; vst@baytsp.com; AST
**Cc:** Courtney Nieman; Evelyn Espinosa; Sarah Cruz; Jeffry Bell
**Subject:** FW: Transformers - YouTube Clip

Courtney Nieman

**From:** Tipton, Kristina - Paramount [mailto:Kristina_Tipton@Paramount.com]
**Sent:** Thursday, May 10, 2007 10:24 AM
**To:** Courtney Nieman
**Subject:** FW: Transformers - YouTube Clip

Hi Courtney,

Just a heads up – below is a link to a Transformers clip on YouTube that we're allowing to stay up.  Please don't remove any instances of this clip online unless you hear otherwise from us.

Thanks!

Kristina Tipton
Interactive Marketing
Paramount Pictures
323-956-8453

**From:** Powell, Amy - Paramount
**Sent:** Tuesday, May 08, 2007 8:38 PM
**To:** Tipton, Kristina - Paramount
**Cc:** Bordo, Sara - Paramount
**Subject:** RE: Transformers - YouTube Clip

we can leave it. pls be sure Bay TSP knows

**From:** Tipton, Kristina - Paramount
**Sent:** Tue 5/8/2007 11:26 AM
**To:** Powell, Amy - Paramount
**Cc:** Bordo, Sara - Paramount
**Subject:** Transformers - YouTube Clip

Hi Amy,

As you may have seen, the Transformers clip that debuted on Ellen made its way onto YouTube.  Publicity won't let us post the clip officially online.  Do we want to leave the YouTube clip as is or have it taken down?

http://youtube.com/watch?v=01Uky6nQJVQ

Thanks!

Kristina Tipton
Interactive Marketing
Paramount Pictures
323-956-8453

6/13/2008

HIGHLY CONFIDENTIAL

BAYTSP 003715561

**Rubin Exhibit 25**

Subject: RE: film clips for online...
From: "Powell, Amy - Paramount" ████████████████████████████████

To: ████████████████████; Andy
Cc: Jorma
Date: Mon, 14 May 2007 00:13:10 +0000

i think a time code cut that is not color corrected, cleared, etc. is the way to go... leak on youtube?

re: hotrodmovie.com, i think we need to use the "official" one-sheet (collage version) so that it is consistent with the offline marketing materials and then use the alternative (web only version) for exclusive downloads on the site- i'm concerned with sending out a scattered marketing message.

what do you think?

⎯⎯⎯

From: ████████████████████████████████
Sent: Sun 5/13/2007 3:14 PM
To: Powell, Amy - Paramount; Andy
Cc: Jorma
Subject: Re: film clips for online...

Nothing has been color corrected and nothing has cleared music. Is this something we'd release with time code on it? And, shouldn't hotrodmovie.com be up before we put this out? Anyway, my vote would be for I party.

Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "Powell, Amy - Paramount" ████████████████████████
Date: Sun, 13 May 2007 15:01:24
To: ████████████████████████████████
Cc: ████████████████████
Subject: RE: film clips for online...

"luge" & "i party" would both be great... i would also love the dancing outside the van.

what do you guys think?

----------------
From: ████████████████████████████
Sent: Fri 5/11/2007 4:04 PM
To: Powell, Amy - Paramount; ████████████████
Cc: Jorma; Andy
Subject: Re: film clips for online...

that sounds like a good idea, we need to discuss which
to leak. Kiv brought up either "luge" or "I party"
since they're already getting used in the trailer.
Anything else in mind? we could try and think of more
as well. Or even deleted scenes or funny longer takes,
etc.

--- "Powell, Amy - Paramount"
████████████████████████████ wrote:

>

Confidential

> Hi dudes
>
> I was thinking we should start leaking a couple of
> short clips from the film online... I would love to
> start driving some traffic to StuntmanForever.com.
>
> What do you think?
>
>
>

Moody friends. Drama queens. Your life? Nope! - their life, your story. Play Sims Stories at Yahoo! Games.
http://sims.yahoo.com/: <http://sims.yahoo.com/>

VIA 01987928

# Rubin Exhibit 26

| | |
|---|---|
| Subject: | RE: disturbia / paris |
| From: | "Tipton, Kristina - Paramount" <EX:/O=VIACOM/OU=PARAMOUNT/CN=RECIPIENTS/CN=TIPTONKR> |
| To: | Powell, Amy - Paramount |
| Cc: | Teifeld, Tamar - Paramount; Wahtera, Megan - Paramount; Simard, Stephanie - Paramount; Chiang, Cat - Paramount; Bonnici, Kyle - Paramount |
| Date: | Tue, 12 Jun 2007 00:08:37 +0000 |

Hi Amy,

Kyle has uploaded and fostered the Paris Hilton Disturbia video on a handful of viral video sites (using email & account that can't be traced back to Paramount) by posting comments and video responses on existing, popular Paris Hilton videos ranging from around 100K views to 2.5M views.

The video on YouTube has over 250 views, but has a poor rating (1 star).  I'll rally internal support to get the rating up higher.

Paris Hilton Disturbia Video Outreach:

Links:

YouTube

www.YouTube.com/watch?v=c-A8i73llOA

Revver

http://one.revver.com/watch/298190

Break

(still uploading)

Clevver

http://viralvideo.clevver.com/video/928f120b-92aa-496e-99e1-994a013182d2.htm
AtomFilms.com
http://uploads.atomfilms.com/clip.aspx?key=ECCCEE9BD8798697
Veoh
http://www.veoh.com/videoDetails.html?v=v614725NJYFwAsM

In 2 Hours time, the video received more than 200 views.

Promotion of video on numerous other highly rated Paris Hilton jail videos through text comments such as the following:

CHECK OUT THIS HOT PARIS HOUSE ARREST VIDEO AT YouTube(dot)com/watch?v=c-A8i73llOA

Links to Other Paris Hilton Videos:

http://www.youtube.com/watch?v=k66epna2Sss

http://www.youtube.com/watch?v=CJ-J_v69304

http://youtube.com/watch?v=4yjRLrZfIn8

http://youtube.com/watch?v=l4nMdS0Jrt0

http://youtube.com/watch?v=NM-h6Df3KmE

http://youtube.com/watch?v=lKJzFTptbyY

http://youtube.com/watch?v=FHKAsjDHpPM

Let us know if you have any questions.

Thanks!

Kristina Tipton

Interactive Marketing

Paramount Pictures

323-956-8453

―――

From: Teifeld, Tamar - Paramount
Sent: Monday, June 11, 2007 9:58 AM
To: Tipton, Kristina - Paramount
Subject: FW: disturbia / paris

―――

From: Powell, Amy - Paramount
Sent: Monday, June 11, 2007 8:25 AM
To: Wahtera, Megan - Paramount; Simard, Stephanie - Paramount; Chiang, Cat - Paramount; Teifeld, Tamar - Paramount
Subject: RE: disturbia / paris

should definitely not be associated with the studio- should appear as if a fan created and posted it.

―――

From: Wahtera, Megan - Paramount
Sent: Mon 6/11/2007 7:34 AM
To: Powell, Amy - Paramount; Simard, Stephanie - Paramount; Chiang, Cat - Paramount; Teifeld, Tamar - Paramount
Subject: RE: disturbia / paris

hi amy -

we will definitely get this posted.
we assume you want kt/tt to go out to webmasters, plus for us to upload to viral video sites.

for viral video sites - can you confirm you want us to post from random accnts that are not paramount related?

thanks!
megan

-----Original Message-----
From: Powell, Amy - Paramount
Sent: Sun 6/10/2007 4:56 PM

VIA00346038

To: Simard, Stephanie - Paramount; Wahtera, Megan - Paramount; Chiang, Cat - Paramount; Teifeld, Tamar - Paramount
Subject: disturbia / paris

see below... can you guys get this posted? it's funny.

_____

From: Sauter, Jeremy - Paramount
Sent: Fri 6/8/2007 7:00 PM
To: Powell, Amy - Paramount; Rich, Gerry - Paramount; Waldman, David - Paramount; Vollman, Michael - Paramount
Subject: Fw: Posted

Amy -
Want to post this?
J-

Jeremy Sauter
Paramount Pictures

----- Original Message -----
From: Mark Lipsky ███████████████████
To: Sauter, Jeremy - Paramount
Sent: Fri Jun 08 18:56:45 2007
Subject: Posted

Jeremy,
    We have posted Disturbia "Paris" :30 V.1 to our website. I have listed
log in information below.

    Once you log in you will come to a page with a Disturbia Icon on it and
it will bring you to another page with a file tree on the left hand side.
Click the top file that will say Disturbia. This will bring you to another
page with a thumbnail in the center of the page. To download the spot option
click the download icon below the thumbnail. If you want to watch the spot
on the website click the thumbnail then click the click here to play icon
and wait for them to load. Give me a call with any questions.

                    Mark

link:
http://secure.wiredrive.com/clients/buddhajonestrailers/wd/folder/55341/list

██████████████████

# Rubin Exhibit 27

| From: | "Warren Kim" <warrenk@baytsp.com> |
|---|---|
| Date: | Wed, 12 Sep 2007 10:40:30 -0700 |
| To: | "Al Perry" <alfred_perry@paramount.com> |
| Cc: | "Scott Martin" <scott_martin@paramount.com>, "John Salter" < |
| | john_salter@paramount.com>, "Evelyn Espinosa" <evelyn@baytsp.com |
| | >, "Sarah Cruz" <sarac@baytsp.com> |
| Subject: | RE: [html] RE: BayTSP Iron Man Search |

With the release of the official theatrical trailer, tracking and enforcement of that footage has been terminated as of 9/11/07.

Thank you,
Warren Kim

_____

From: Amy Powell
Sent: Tuesday, September 11, 2007 5:45 PM
To: Teifeld, Tamar - Paramount; Navdeep Hothi; Warren Kim; Al Perry
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: Re: [html] RE: BayTSP Iron Man Search

We should not take down the trailer at this point

----- Original Message -----
From: Teifeld, Tamar - Paramount
To: 'Navdeep Hothi' <navdeeph@baytsp.com>; Warren Kim <warrenk@baytsp.com>; Perry, Alfred - Paramount; Powell, Amy - Paramount
Cc: Blair Taylor <blairt@baytsp.com>; Arian Hormozi <arianh@baytsp.com>; Sarah Cruz <sarac@baytsp.com>; Andrea Cordone <andreac@baytsp.com>; RADAR <RADAR@baytsp.com>
Sent: Tue Sep 11 17:44:24 2007
Subject: RE: [html] RE: BayTSP Iron Man Search

These are all the iron man trailer?

_____

From: Navdeep Hothi [mailto:navdeeph@baytsp.com]
Sent: Tuesday, September 11, 2007 4:29 PM
To: Teifeld, Tamar - Paramount; Warren Kim; Perry, Alfred - Paramount; Powell, Amy - Paramount
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: [html] RE: BayTSP Iron Man Search

The following detections were made. Let us know what action you want us to take.

Thanks

http://www.youtube.com/watch?v=bUqSXMW3aeU

http://www.youtube.com/watch?v=ufiU9l3GoUM

http://www.youtube.com/watch?v=EhCCkDenM3o

http://www.youtube.com/watch?v=HqPDYBpfoG0

http://www.youtube.com/watch?v=7SJY83YcQfE

VIA 11788213

http://www.youtube.com/watch?v=2o_XrS-cn64

http://www.youtube.com/watch?v=bw0oV_iG6Pk

http://www.youtube.com/watch?v=84sQ4eu7GdU

http://www.youtube.com/watch?v=PSyp7KdHOy8

http://www.youtube.com/watch?v=eZ4JdPu1FYk

http://www.youtube.com/watch?v=wYOkFx_9bvE

http://www.youtube.com/watch?v=0Jly371hhBY

http://www.youtube.com/watch?v=wYOkFx_9bvE

http://www.youtube.com/watch?v=0Jly371hhBY

http://www.youtube.com/watch?v=WVgng_JWTYI

http://www.youtube.com/watch?v=uhNjhCn-pco

http://www.youtube.com/watch?v=6FKGP0HjBoM

http://www.youtube.com/watch?v=GoQZoeVawu4

http://www.youtube.com/watch?v=60Nai7TdlAo

http://www.youtube.com/watch?v=sp8PasWL9Os

http://www.youtube.com/watch?v=v4F4Qcra9pM

http://www.youtube.com/watch?v=oTYBiZ426Cs

http://www.youtube.com/watch?v=unIbH1BDlAM

http://www.youtube.com/watch?v=7kKQQzs4XD4

http://www.youtube.com/watch?v=IQjy0r3jPsc

http://www.youtube.com/watch?v=7BexRI0YKoU

http://www.youtube.com/watch?v=gWbsUuf-Io8

http://www.youtube.com/watch?v=UXmsu0TUTxw

http://www.youtube.com/watch?v=KJJvhti4TkY

http://www.youtube.com/watch?v=7vQwGa8lmPU

http://www.youtube.com/watch?v=cZXE9FzQ7Os

http://www.youtube.com/watch?v=GCNbmf1lfNE

http://www.youtube.com/watch?v=RnU3CrFtlWg

http://www.youtube.com/watch?v=brNVnCVvhKM

VIA 11788214

http://www.youtube.com/watch?v=i5jNMKnAWs8

http://www.youtube.com/watch?v=FL_n6cURrGw

http://www.youtube.com/watch?v=zCpZFRCfZDM

http://www.youtube.com/watch?v=5pdUOJT485U

http://www.youtube.com/watch?v=JL3yvWTIcDw

http://www.youtube.com/watch?v=a6gNU-6q3s0

http://www.youtube.com/watch?v=wDhoaKFDebc

http://www.youtube.com/watch?v=yF26R-SIEAQ

http://www.youtube.com/watch?v=0FgwTiui_K4

http://www.youtube.com/watch?v=POUNYIanCbI

http://www.youtube.com/watch?v=RNwcvuu_kqc

http://www.youtube.com/watch?v=6atZA7GxsVg

http://www.youtube.com/watch?v=_PnHNmv_gNQ

http://www.youtube.com/watch?v=hCmooaCMaqs

http://www.youtube.com/watch?v=xYBzfMads1I

http://www.youtube.com/watch?v=xy-yi3dx5eE

http://www.youtube.com/watch?v=P0kbH1B2C4Y

http://www.youtube.com/watch?v=GRZH2hUm-qY

http://www.youtube.com/watch?v=bTNnmqDrGvQ

http://www.youtube.com/watch?v=vhgzIM-9lfA

http://www.youtube.com/watch?v=QyUwCwWOz3Y

http://www.youtube.com/watch?v=-Bc1H0jLJAc

http://www.youtube.com/watch?v=wHLQmUjSCBE

http://www.youtube.com/watch?v=Z_nIwh6XOpc

http://www.youtube.com/watch?v=Qjwr1phXEWU

http://www.youtube.com/watch?v=xr_1Ys-zmYo

http://www.youtube.com/watch?v=wRX0Ow22w_0

http://www.youtube.com/watch?v=Nch6V8ZOrZM

VIA 11788215

http://www.youtube.com/watch?v=Iy9zM0oTnhs

http://www.youtube.com/watch?v=xbwwL-Uea5M

http://www.youtube.com/watch?v=l6GScksL_EE

http://www.youtube.com/watch?v=xdRc8PDw8bg

http://www.youtube.com/watch?v=kBSbwyW0yD0

http://www.youtube.com/watch?v=fDRjdLfa3GA

http://www.youtube.com/watch?v=46QqXFncACY

http://www.youtube.com/watch?v=i4ifRB03ZEM

http://www.youtube.com/watch?v=EP2ybcaS0CA

http://www.youtube.com/watch?v=NGpeYURBGdI

http://www.youtube.com/watch?v=nqk49fbddic

http://www.youtube.com/watch?v=aFBfUiOq-Nk

http://www.youtube.com/watch?v=yMZTzPmxjh4

http://www.youtube.com/watch?v=qO84pG3CM5o

http://www.youtube.com/watch?v=cPCAGzopRgI

http://www.youtube.com/watch?v=Sd8DFNnf2w4

http://www.youtube.com/watch?v=BTv2ILN6a8o

http://www.youtube.com/watch?v=ufiU9l3GoUM

http://www.youtube.com/watch?v=tYnoimndxmE

http://www.youtube.com/watch?v=RWXN-vF3Isc

http://www.youtube.com/watch?v=t3Z_mPC9KQs

http://www.youtube.com/watch?v=VU-F0m5VBXE

http://www.youtube.com/watch?v=xNxdMQylVJY

http://www.youtube.com/watch?v=vYlHismqllA

http://www.youtube.com/watch?v=jPRqKJZeMcE

http://www.youtube.com/watch?v=eNm85Vt5qTY

http://www.youtube.com/watch?v=zbFuW_Jkbg8

http://www.youtube.com/watch?v=HEWniVQ8lP8

http://www.youtube.com/watch?v=_31j39TKt0w

http://www.youtube.com/watch?v=ykPT8cxNJIA

http://www.youtube.com/watch?v=PVGkpJYDjmI

http://www.youtube.com/watch?v=T8F7wKWsk3s

http://www.youtube.com/watch?v=m0X6Ul9O0Cg

http://www.youtube.com/watch?v=Iqjvk33q9tU

http://www.youtube.com/watch?v=q5CVgmvc9H4

http://www.youtube.com/watch?v=Beacq8jeMS0

http://www.youtube.com/watch?v=87eugc7RY0Y

http://www.youtube.com/watch?v=w3NYywD0PY0

http://www.youtube.com/watch?v=LWbjrFCecPY

http://www.youtube.com/watch?v=3_7wCBTMEpc

http://www.youtube.com/watch?v=C5E5kVlGlY8

http://www.youtube.com/watch?v=p5Oe8eMbpUg

http://www.youtube.com/watch?v=1BbPlKI75-k

http://www.youtube.com/watch?v=18bb9U6KkV0

http://www.youtube.com/watch?v=3vp2saXNzj4

http://www.youtube.com/watch?v=itClKAixbFU

http://www.youtube.com/watch?v=HiPtPt4xU98

http://www.youtube.com/watch?v=Ipu61MPT1CA

http://www.youtube.com/watch?v=eph147ndQbw

http://www.youtube.com/watch?v=4eh9zzxrgwk

http://www.youtube.com/watch?v=tDHKoigScC0

http://www.youtube.com/watch?v=gdkP6xNcXdI

http://www.youtube.com/watch?v=FYoCD3v8TK0

http://www.youtube.com/watch?v=P_K-ZzBsoM8

http://www.youtube.com/watch?v=iF-g_XX6pDM

http://www.youtube.com/watch?v=TLz-f5ETzDI

http://www.youtube.com/watch?v=XxuBYmkpX_M

http://www.youtube.com/watch?v=IwpXGKth3Lw

http://www.youtube.com/watch?v=CcNCcJGBxEI

http://www.youtube.com/watch?v=famStYzv5Jo

http://www.youtube.com/watch?v=HLg8AQbcy0k

http://www.youtube.com/watch?v=K0UshClTV90

http://www.youtube.com/watch?v=JOuHeo2BeCs

http://www.youtube.com/watch?v=tsTK5UZW-_o

http://www.youtube.com/watch?v=ySXp_UcGIVE

http://www.youtube.com/watch?v=my6C9-xyguc

http://www.youtube.com/watch?v=UBPpB33a2h0

http://www.youtube.com/watch?v=T59qAxUQees

http://www.youtube.com/watch?v=3OYv4PRewlw

http://www.youtube.com/watch?v=R4prLqhuZ6I

http://www.youtube.com/watch?v=wzpucvi6p5s

http://www.youtube.com/watch?v=7vxy4ALqybI

http://www.youtube.com/watch?v=wetD2bX4H58

http://www.youtube.com/watch?v=jPRN0TK9kK4

http://www.youtube.com/watch?v=UBUHuJsj3-w

http://www.youtube.com/watch?v=ssq2lKLRd4s

http://www.youtube.com/watch?v=411v--FuS-o

http://www.youtube.com/watch?v=jHVM7FpywIQ

From: Teifeld, Tamar - Paramount [mailto:Tamar_Teifeld@Paramount.com]
Sent: Tuesday, September 11, 2007 4:08 PM
To: Warren Kim; Al Perry; Amy Powell
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: [html] RE: BayTSP Iron Man Search

Lets do it on a case by case basis please.

From: Warren Kim [mailto:warrenk@baytsp.com]
Sent: Tuesday, September 11, 2007 3:09 PM
To: Teifeld, Tamar - Paramount; Perry, Alfred - Paramount; Powell, Amy - Paramount

Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: [html] RE: BayTSP Iron Man Search

Okay, so to confirm, are we to engage in enforcement activity for any postings of the official trailer on any site other than apple's?

Thanks,

Warren

---

From: Teifeld, Tamar - Paramount [mailto:Tamar_Teifeld@Paramount.com]
Sent: Tuesday, September 11, 2007 3:05 PM
To: Warren Kim; Al Perry; Amy Powell
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: [html] RE: BayTSP Iron Man Search

The trailer is exclusive to Apple until this Friday. After Friday, we will be syndicating out online. Thanks for checking!

---

From: Warren Kim [mailto:warrenk@baytsp.com]
Sent: Tuesday, September 11, 2007 11:19 AM
To: Perry, Alfred - Paramount; Powell, Amy - Paramount; Teifeld, Tamar - Paramount
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: BayTSP Iron Man Search

An official Iron Man Trailer appears to have been released by marketing. From what I can tell, it looks like the footage from the comic-con preview trailer.

Should we cease tracking and enforcement of the comic-con footage now? Or shall we continue to engage in such activity? The officially released trailer is now spreading and appearing on UGC and other streaming video sites.

Thank you,

Warren Kim

---

From: Navdeep Hothi
Sent: Saturday, September 08, 2007 3:27 PM
To: 'Tipton, Kristina - Paramount'; Al Perry; Amy Powell
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: BayTSP Iron Man Search



---

From: Navdeep Hothi
Sent: Thursday, September 06, 2007 4:52 PM
To: 'Tipton, Kristina - Paramount'; Al Perry; Amy Powell

Confidential

Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: BayTSP Iron Man Search



From: Navdeep Hothi
Sent: Tuesday, September 04, 2007 5:11 PM
To: 'Tipton, Kristina - Paramount'; Al Perry; Amy Powell
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: BayTSP Iron Man Search



From: Navdeep Hothi
Sent: Thursday, August 30, 2007 5:29 PM
To: 'Tipton, Kristina - Paramount'; Al Perry; Amy Powell
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: BayTSP Iron Man Search



From: Navdeep Hothi
Sent: Tuesday, August 28, 2007 11:00 PM
To: 'Tipton, Kristina - Paramount'; Al Perry; Amy Powell
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: BayTSP Iron Man Search



Confidential

---

From: Navdeep Hothi
Sent: Thursday, August 23, 2007 11:06 PM
To: 'Tipton, Kristina - Paramount'; Al Perry; Amy Powell
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: BayTSP Iron Man Search



---

From: Navdeep Hothi
Sent: Tuesday, August 21, 2007 7:37 PM
To: 'Tipton, Kristina - Paramount'; Al Perry; Amy Powell
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: BayTSP Iron Man Search



---

From: Navdeep Hothi
Sent: Sunday, August 19, 2007 5:02 PM
To: 'Tipton, Kristina - Paramount'; Al Perry; Amy Powell
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: BayTSP Iron Man Search



From: Warren Kim
Sent: Thursday, August 16, 2007 3:01 PM
To: 'Tipton, Kristina - Paramount'; Al Perry; Amy Powell
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: BayTSP Iron Man Search



From: Navdeep Hothi
Sent: Wednesday, August 15, 2007 5:36 PM
To: Warren Kim; 'Tipton, Kristina - Paramount'; Al Perry; Amy Powell
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: BayTSP Iron Man Search



From: Navdeep Hothi
Sent: Tuesday, August 14, 2007 11:00 PM
To: Warren Kim; 'Tipton, Kristina - Paramount'; Al Perry; Amy Powell
Cc: Blair Taylor; Arian Hormozi; Sarah Cruz; Andrea Cordone; RADAR
Subject: RE: BayTSP Iron Man Search



VIA 11788222

