# RUBIN DECLARATION EXHIBITS CONTINUED

# Rubin Exhibit 68

Hi Jessica,

Attached please find the wrap report for "A Double Shot at Love". This report includes a total tally of placements, unique views, sample screen shot, and list of highlights. Please note that you will not see the links to all of the YouTube videos in the attached recap because unfortunately Viacom legal yanked 4 out of 5. They will likely be reinstated but are waiting for a return phone call from the department.

Highlights from the wrap include:

-53 placements and over 3 million unique views

-Coverage on sites including AOL Asylum, TV Guide, Access Hollywood, OK Magazine, Just Jared, TV Gasm, USA Today, and more.

-YouTube video "Secret" received over 32,000 views with over 1,000 views coming from Australia based site – The Vine.

Please let us know if you have any questions.

Thanks!

-Christy

- - - - - - - - - - - - - - - - - - - - - - - - -

Christy Wise

VP, Marketing

Fanscape, Inc. - http://fanscape.com/

360 N. La Cienega Blvd., 3rd FL

Los Angeles, CA 90048

T: 323.785.7789

F: 323.785.7101

Christyw@fanscape.com

IM: og glitter

Highly Confidential - Attorneys Eyes Only

This email and any attached files contain confidential information and are intended only for the individual or entity named. If you are not the named addressee, you are notified to not disseminate, disclose, print, distribute or copy this e-mail and any such action in reliance upon the information contained herein is strictly prohibited. Please notify the sender immediately by e-mail if you have received this e-mail in error and delete this e-mail from your system.

Highly Confidential - Attorneys Eyes Only



Fanscape Digital Publicity
*A Double Shot at Love Wrap Report*
January 5, 2009

©Fanscape 2008

Highly Confidential - Attorneys Eyes Only

# FANSCAPE

## Campaign Overview

### Campaign Run Dates
November 21 – December 19

### Campaign Description
12 hot straight guys and 12 sexy lesbians fight for love in an epic battle of the sexes–with a twist. Instead of trying to capture just one heart, they'll be gunning for beautiful bisexual TWINS! Sexy blonde twins Rikki and Vikki, known as the Ikki twins, are teaming up to look for love. The sultry sisters have each had a rocky romantic road so far and they're each hoping this experience will finally help them find "the one." In the past these small-town girls have had their hearts broken by both men and women, and now each twin is looking to find her own special someone. Working together, Rikki and Vikki will put all the sexy suitors to the test. Taking reality dating shows to the next level, *A Double Shot at Love with The Ikki Twins* is an eight part series that pits men against women in a number of romantic challenges as they try to find love with one of the two gorgeous twins.

### Campaign Goal
Create online awareness and tune-in for *A Double Shot at Love with The Ikki Twins*



©Fanscape 2008

# FANSCAPE Campaign Results

## Highlights

✓ Fanscape secured high-profile placements on specialty and niche websites including TV Guide, Access Hollywood, OK Magazine, Just Jared, In Case You Didn't Know, Monsters and Critics, TVgasm and Real Television.

✓ Uploaded video clip "Secret" received over 32,000 views on <u>YouTube</u>

✓ Placement AOL men's lifestyle site Asylum titled "10 Things You Should Never Say to Twins" featuring the "Ikki Twins".

## Final Tally

✓ 3.4 million unique views

✓ 53 placements



**Asylum – <u>http://www.asylum.com</u>**

©Fanscape 2008

# FANSCAPE    Digital Publicity Placements

TV Guide – http://www.tvguide.com
Interview
3 million unique visitors per month
http://www.tvguide.com/News/Ikki-Twins-Talk-1000916.aspx

Asylum – http://www.asylum.com
10 Things You Should Never Say to Twins
1.4 million unique visitors per month
http://www.asylum.com/2008/12/19/10-things-you-should-never-say-to-twins/

TVgasm – http://www.tvgasm.com
Interview – Ikki Twins
450,000 unique visitors per month
http://www.tvgasm.com/newsgasm/news/newsgasm/interview-nads-talks-to-the-ik.php

The Zaz Report – http://thezaz.nationallampoon.com/
Interview – Ikki Twins
169,000 unique visitors per month
http://thezaz.nationallampoon.com/articles/interview-nadine-talks-to-the-ikki-twins/

Access Hollywood – http://www.accesshollywood.com
Video – Exclusive
1.2 million unique visitors per month
http://www.accesshollywood.com/tv
http://www.accesshollywood.com/tv/first-look-mtvs-a-double-shot-at-love_video_866721

USA Today Lifeline Live – http://blogs.usatoday.com/entertainment/
Video - Exclusive
100,000 unique visitors per month
http://blogs.usatoday.com/entertainment/2008/12/ikki-twins-orde.html

OK Magazine – http://www.okmagazine.com
News Item
257,000 unique visitors per month
http://www.okmagazine.com/news/view/10472/MTV%27s-Gives-%27A-Shot-at-Love%27A-New-Season

TVgasm – http://www.tvgasm.com
News Item
450,000 unique visitors per month
http://www.tvgasm.com/newsgasm/news/newsgasm/a-shot-of-love-will-be-seeing.php

Just Jared – http://www.justjared.com
News Item
1.2 million unique visitors per month
http://justjared.buzznet.com/2008/11/22/ikki-twins-bisexual-double-shot-at-love/

Glamour Girl – http://www.glamourgirltips.com
News Item
10,000 unique visitors per month
http://www.glamourgirltips.com/2008/11/double-shot-of-love.html

©Fanscape 2008

Real Television – http://www.realtelevision.net
News item
189,00 unique visitors per month
http://www.realtelevision.net/2008/11/21/mtv-brings-back-a-shot-at-love/

TV Megasite – http://www.tvmegasite.net
News item
245,000 unique visitors per month
http://tvmegasite.net/prime/news.shtml

Media Fiends – http://www.mediafiends.com
News item
222,000 unique visitors per month
http://www.mediafiends.com/index.php?option=com_content&task=view&id=4587&Itemid=1

Reality Blurred – http://www.realityblurred.com
News item
200,000 unique visitors per month
http://www.realityblurred.com/realitytv/archives/a_shot_of_love/2008_Nov_24_bisexual_twins

Associated Content – http://www.associatedcontent.com
News item
1.2 million unique visitors per month
http://www.associatedcontent.com/article/1224749/with_double_sho_t_at_love_ikki_twins.html

Reality TV World – http://www.realitytvworld.com
News item
935,000 unique visitors per month
http://www.realitytvworld.com/news/mtv-debut-new-a-double-shot-at-love-reality-series-on-december-9-8056.php

Hollyscoop – http://www.hollyscoop.com
News item
350,000 unique visitors per month
http://tv.hollyscoop.com/a-shot-at-love-with-tila-tequila/a-shot-at-lovewithout-tila-tequila_1414.aspx

ICYDK – http://www.icydk.com
News item
219,000 unique visitors per month
http://icydk.com/2008/11/24/shot-at-love-returns-without-tila-tequila/

Gossip Girls – http://www.celebrity-gossip.net/
News item
801,500 unique visitors per month
http://www.celebrity-gossip.net/celebrities/hollywood/tila-tequila-and-courtenay-semel-viper-room-lovin-209236/

Times Square Gossip – http://www.timessquaregossip.com/
News item
12,000 unique visitors per month
http://www.timessquaregossip.com/2008/11/mtvs-shot-at-love-goes-bisexual.html

©Fanscape 2008

E-Spot – http://espot.wordpress.com
News Item
30,000 unique visitors per month
http://espot.wordpress.com/2008/11/21/mtv-brings-back-a-shot-at-love/

Media Fiends – http://www.mediafiends.com
News Item
222,000 unique visitors per month
http://www.mediafiends.com/index.php?option=com_content&task=view&id=4672&Itemid=1

MTV Reality World – http://www.mtvrealityworld.com
News Item
15,000 unique visitors per month
http://www.mtvrealityworld.com/2008/12/05/a-sneek-peek-at-the-premiere-of-a-double-shot-at-love/

TV Grapevine – http://www.tvgrapevine.com
News Item
41,000 unique visitors per month
http://www.tvgrapevine.com/index.php?option=com_content&view=article&id=3211:reality-tv-double-shot-at-love&catid=53:si

Monsters and Critics – http://www.monstersandcritics.com
News Item
3 million unique visitors per month
http://www.monstersandcritics.com/smallscreen/news/article_14462
43.php/MTV_gets_Ikki_with_Love_on_Dec._9

Real Television – http://www.realtelevision.com
News Item
189,000 unique visitors per month
http://www.realtelevision.net/2008/12/08/a-double-shot-at-love-premieres-this-tuesday-december-9-at-10pm-on-mtv/

TVgasm – http://www.tvgasm.com
YouTube video
450,000 unique visitors per month
http://www.tvgasm.com/newsgasm/news/newsgasm/double-shot-of-love-preview.php

Defamer – http://www.defamer.com
Video
761,000 unique visitors per month
http://defamer.com/5103315/we-think-she-about-to-pull-somen-outta-her-pants

LA Times – http://www.latimes.com
News Item
64,586 unique visitors per month
http://www.latimes.com/entertainment/news/tv/la-ca-tvprime7-2008dec07,0,7790886.story

TV Megasite – http://www.tvmegasite.net
News Item
245,000 unique visitors per month
http://tvmegasite.net/prime/news.shtml

©Fanscape 2008

Highly Confidential - Attorneys Eyes Only                    FS003340

Star Pulse – http://www.starpulse.com
YouTube video
3 million unique visitors per month
http://www.starpulse.com/news/index.php/2008/12/08/a_double_sho
t_at_love_stars_bisexual_twi

No Control – http://tv.blogdig.net/
YouTube video
49,757 unique visitors per month
http://tv.blogdig.net/archives/articles/December2008/08/Double_Sho
t_Of_Love_Preview.html

Show Patrol – http://weblogs.redeyechicago.com/showpatrol/
YouTube video
10,600 unique visitors per month
http://weblogs.redeyechicago.com/showpatrol/2008/12/double-shot-
2ce-as-stoopid.html

E-Spot – http://espot.wordpress.com/
News item
30,000 unique visitors per month
http://espot.wordpress.com/2008/12/01/a-double-shot-at-love-
premieres-this-tuesday-on-mtv/

Shock Ya – http://www.shockya.com
News item
500,000 unique visitors per month
http://www.shockya.com/news/2008/12/06/a-double-shot-at-love-
news-and-preview-clip/

The Vine – http://www.thevine.com.au/
News item
10,000 unique visitors per month
http://www.thevine.com.au/entertainment/articles/a-double-shot-at-
love.aspx

Yahoo! TV – http://tv.yahoo.com
What to Watch Weekly Top 10
8.8 million unique visitors per month
http://tv.yahoo.com/collections/4650

Coffee Rooms – http://www.coffeerooms.com/
TV Listing
10,000 unique visitors per month
http://www.coffeerooms.com/tv/tivo-tonight/dont-forget-to-tivo---
tuesday-129.html

LA Times – http://www.latimes.com
TV Listing
7.7 million unique visitors per month
http://www.latimes.com/entertainment/la-et-tvhighlights9-
2008dec09,0,2314699.story

Reality TV Magazine – http://www.realitytvmagazine.com/
News item
465,000 unique visitors per month
http://www.realitytvmagazine.com/blog/2008/12/09/a-double-shot-
at-love-premieres-on-mtv/

7

©Fanscape 2008

# FANSCAPE  Digital Publicity Placements

Buddy TV – http://www.buddytv.com
News item
1 million unique visitors per month
http://www.buddytv.com/articles/a-shot-at-love-with-tila-tequila/double-shot-at-love-premieres-25102.aspx

TV Freak – http://www.ibabuzz.com/tvfreak/
News item
22,750 unique visitors per month
http://www.ibabuzz.com/tvfreak/2008/12/09/tilas-gone-but-shot-of-love-lives-on/

Buddy TV – http://www.buddytv.com
News item
1 million unique visitors per month
http://www.buddytv.com/articles/a-shot-at-love-with-tila-tequila/a-double-shot-at-love-with-the-25142.aspx

OK! Magazine – http://www.okmagazine.com
News item
257,000 unique visitors per month
http://www.okmagazine.com/news/view/10472/MTV%27s-Gives-%27A-Shot-at-Love%27-New-Season

Celebrity Chatters – http://celebritychatters.com
News item
10,000 unique visitors per month
http://celebritychatters.com/what-to-tivo-sunday-37/

Media Fiends – http://www.mediafiends.com
News item
222,000 unique visitors per month
http://www.mediafiends.com/index.php?option=com_content&task=view&id=4724&Itemid=1

MTV Reality World – http://www.mtvrealityworld.com
News item
15,000 unique visitors per month
http://www.mtvrealityworld.com/2008/12/14/a-double-shot-at-love-ep-1-this-time-lets-make-it-a-double/

TV Megasite – http://www.tvmegasite.net
News item
245,000 unique visitors per month
http://tvmegasite.net/prime/news.shtml

Real Television – http://www.realtelevision.net
YouTube video
189,000 unique visitors per month
http://www.realtelevision.net/2008/12/16/a-double-shot-at-love-preview/

No Control – http://tv.blogdig.net
News item
10,000 unique visitors per month
http://tv.blogdig.net/archives/articles/December2008/16/Don_t_Forget_to_Tivo__Tuesday_12_16.html

©Fanscape 2008

# FANSCAPE Digital Publicity Placements

She Knows – http://www.sheknows.com
News item
1 million unique visitors per month
http://www.sheknows.com/articles/807026.htm

Celebritique – http://www.celebritique.com
News item
10,000 unique visitors per month
http://www.celebritique.com/2008/12/16/watch-a-double-shot-at-love-s01e01-online-this-time-lets-make-it-a-double/

MTV Reality World – http://www.mtvrealityworld.com
News item
12,000 unique visitors per month
http://www.mtvrealityworld.com/2008/12/18/a-double-shot-at-love-ep-2-kiss-and-dont-tell/

©Fanscape 2008

Highly Confidential - Attorneys Eyes Only



# Fanscape Contacts

## Manager, Digital Publicity

Lauren Sammak
LSammak@fanscape.com
323.785.2818

## Coordinator, Digital Communications

Allie Wester
AllieW@fanscape.com
323.785.7786

## VP, Marketing

Christy Wise
ChristyW@fanscape.com
323.785.7789

©Fanscape 2008

10

# Rubin Exhibit 69

**Selected Documents Regarding Mistaken**
**Takedown Requests Other Companies Sent to YouTube**

| Ex. No. (Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 70 (GOO001-01650239–40) | Sep. 1, 2006 | CBS to YouTube in email entitled "URGENT Request to Reinstate User due to Mistake in Notice of Infringement": "Our Notices of Infringement were prepared without the knowledge that these videos were uploaded by Electric Artists, an agency acting on behalf of CBS, which has user account TXCANY." |
| Ex. No. 71 (GOO001-08542946–50) | May 8, 2007 | Belgian non-profit company CuttingEdge.be to YouTube after receiving notice that the video "Linkin Park, 'What I've Done,'" had been removed due to a takedown notice by Warner Music Group: "there's no infringement here, as we received the videos from the local office of the record label, with the kind permission to embed them in our site (http://www.cuttingedge.be).  That's what we use YouTube for." |
| Ex. No. 72 (GOO001-08587393) | May 21, 2007 | Warner Brothers to YouTube:  "Can you please reinstate the YouTube account warnerbrosonline?  I believe we sent notices to YouTube regarding warnerbrosonline and we would like to retract the notices." |

| Ex. No. (Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 73 (GOO001-08615773–78) | May 31, 2007 - Jun. 1, 2007 | BayTSP, on behalf of MGM, writing to YouTube to retract takedown notices directed to YouTube account "beachpartyboi," which was "part of two viral video contests/marketing campaigns," also attaching a spreadsheet "that has the usernames, filenames and URLs that I would like to retract." |
| Ex. No. 74 (GOO001-08587390) | Jun. 4, 2007 | Warner Brothers to YouTube: "Can you please reinstate the YouTube account warnerbrosonline? I believe we sent a notice to YouTube regarding warnerbrosonline and we would like to retract the notice. Additionally can you please restore the Tex Avery Droopy video listed below for this account." |
| Ex. No. 75 (GOO001-08844484) | Jul. 27, 2007 | Roadrunner Records to YouTube in email entitled "Accidental Takedown Notice": "We accidentally sent notice for a video one of our bands has on their own account," and asking if YouTube could "please reinstate it?" |
| Ex. No. 76 (GOO001-08884398–400) | Aug. 1, 2007 | Letter from Digital Media Everywhere to YouTube in response to removal of "Gumby on the Moon" by Warner Brothers: "Despite Warner's assertion of ownership to the rights to Gumby on the Moon, Premavision signed an agreement with Warner ending Warner's control of the Gumby content." |

| Ex. No. (Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 77 (GOO001-09107557) | Sep. 19, 2007 | Concord Music Group to YouTube in email entitled "Would like reinstatement of an account 'GregBass'": "we directed our Independent Online Marketing Company Special Ops Media Group [sic] post the video under their account 'GregBass.' This morning I have learned that their account was deactivated due to their posting this video. PLEASE reinstate their account 'GregBass.'" |
| Ex. No. 78 (GOO001-09208713–14) | Oct. 9, 2007 | SONY BMG to YouTube: "We inadvertently added this to a take-down request we were working on this morning. This is our licensed SONY BMG content living in one of our owned [sic] channels." |
| Ex. No. 79 (GOO001-09213404–05) | Oct. 10, 2007 | SONY BMG to YouTube: "We did it again! We inadvertently sent a take-down request on behalf of our own content." |
| Ex. No. 80 (GOO001-09227585) | Oct. 12, 2007 | SONY BMG to YouTube: "We did it again! We sent a take-down on behalf of our own content living in one of our channels!" |
| Ex. No. 81 (GOO001-09255302–03) | Oct. 19, 2007 | JibJab Media to YouTube: "I have a bit of an embarrassing situation that I hope you can help us resolve. Due to lack of internal communication, our very own Operations Department filed copyright complaints against the video content in our very own YouTube channel (http://youtube.com/jibjab)." |
| Ex. No. 82 (GOO001-09268595–96) | Oct. 23, 2007 | SONY BMG to YouTube: "We did it yet again! We issued a take-down on a video that was living in one of our channels." |

| Ex. No. (Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 83 (GOO001-09293652) | Oct. 30, 2007 | SONY BMG to YouTube: "We took down another one of our own videos." |

# Rubin Exhibit 70

| To: | "'Micah Schaffer'" <micah@youtube.com> |
|---|---|
| From: | "heather gillette" <heather@youtube.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-09-06 18:22:17 CST |
| Subject: | FW: URGENT Request to Reinstate User due to Mistake in Notice of Infringement |

Micah - it was an agent acting on behalf of CBS! Remember the takedown and we couldn't call Rebecca because she was out of town?

---

From: Borden, Rebecca [mailto:Rebecca.Borden@cbs.com]
Sent: Wednesday, September 06, 2006 8:03 AM
To: heather gillette
Subject: FW: URGENT Request to Reinstate User due to Mistake in Notice of Infringement

Hi Heather,
Here is a copy of the request I sent. Could you let me know if it was processed?

Thank you,
Rebecca

---

From: Borden, Rebecca
Sent: Friday, September 01, 2006 3:16 PM
To: 'copyright@youtube.com'; 'service@youtube.com'
Cc: Flicker, Jodi; Levitt, Mallory; Williams, Sandra
Subject: URGENT Request to Reinstate User due to Mistake in Notice of Infringement

DMCA Complaints
YouTube, Inc.
71 E. Third Ave.
San Mateo, CA 94401
Fax: 650.854.4829
Email: copyright@youtube.com

I represent CBS Broadcasting Inc, the undersigned, and state UNDER PENALTY OF PERJURY that I am, an agent authorized to act on behalf of the owner, of certain intellectual property rights.

On August 31, 2006, CBS submitted Notices of Infringement and requested removal of the following videos from youtube.com:

HR07flnpekE Katie Couric Becomes Anchor of the CBS Evening News
CNlkxz5MTEg Exclusive Katie Couric CBS Video #2
pxLsT7WPktY Exclusive Katie Couric CBS Video
5evEufPV8p8 Katie Couric on educating about colon cancer.

Highly Confidential

Our Notices of Infringement were prepared without the knowledge that these videos were uploaded by Electrics Artists, an agency acting on behalf of CBS, which has user account TXCANY.  As a result of our mistaken takedown request, this user account is now suspended.

If necessary, we will arrange for Electric Artists to forward to you a Counter Notice, however, we hope that with confirmation from CBS that we issued Notices of Infringement concerning these 4 videos in error, that you are able to immediately reinstate the user account TXCANY for Electric Artists.

Would you please acknowledge receipt of this email and confirm that the user account TXCANY has been reinstated.

Name of IP Owner:
CBS Broadcasting Inc.
I May Be Contacted At :

Rebecca Borden
CBS
51 West 52nd Street
New York, NY 10036
Rebecca.borden@cbs.com
███████████████
Fax: 212-975-0114
For urgent contact during Labor Day weekend, please use my cell phone number
███████████████

---

# Rubin Exhibit 71

To:        "Kevin Major" ██████████████████████████
From:      "Copyright Service" <copyright@support.youtube.com>
CC:        ████████████████████████
BCC:
Sent Date:
Subject:   Re: [#144531530] Copyright complaint

Dear Kevin,

In response to your DMCA counter-notification, Warner Music Group has
retracted its copyright claim with respect to the following videos:

http://www.youtube.com/watch?v=kLKvRsmH3II

This content has been restored and your account was reinstated. For
technical reasons, it may take a day for the videos to be available again.
Please keep in mind that you still have two claims against your account.

Sincerely,

Heather
The YouTube Team

Original Message Follows:
------------------------
From: Kevin Major ████████████████████████
Subject: Re: [#144531530] Copyright complaint
Date: Wed, 09 May 2007 10:05:03 +0200

Hi Mark

In that case, could you please give us the contact details of the
companies that requested the takedown?
So we can contact them directly and straighten things out.

Kind regards

Kevin Major
Editor-in-chief CuttingEdge.be
a Cutting Edge vzw project
Zuidlaan 51
1000 Brussel
Belgium
████████████████████

Copyright Service schreef:
> Dear Kevin,
>
> Federal law requires that we terminate accounts when they are found to
> repeatedly infringe copyright.
>
> If the companies that requested the takedown of copyrighted material
> retract their takedown request we can reinstate your account and videos.
>
> If you have any other questions, please don't hesitate to write in.

Highly Confidential

```
>
> Sincerely,
>
> Mark
> The YouTube Team
>
>
>
> Original Message Follows:
> ------------------------
> From: Kevin Major ███████████████████████████
> Subject: Re: [#144531530] Copyright complaint
> Date: Tue, 08 May 2007 22:05:15 +0200
>
> Dear Mark
>
> We're more than happy to take the mentioned videos offline, eventhough -
>
> and I stress this out - there's no infringement here, as we received the
>
> videos from the local office of the record label, with the kind
> permission to embed them in our site (http://www.cuttingedge.be). That's
>
> what we use YouTube for.
>
> The only thing we request, is that we can have access to our YouTube
> account again (the videos have not only been taken down, the account
> cuttingedgebe has been 'permenantly disabled'), to put things in order
> and continue to serve our audience by creating great video reports of
> our own.
>
> Kind regards.
>
> Kevin Major
> Editor-in-chief CuttingEdge.be
> a Cutting Edge vzw project
> Zuidlaan 51
> 1000 Brussel
> Belgium
> ███████████████████████
>
>
>
>
> Copyright Service schreef:
>
>> Dear Kevin,
>>
>> The following videos have been taken down for copyright infringement.
>>
>> Linkin Park, 'What I've done'
>> Add: April 06, 2007, 03:53 AM

>> Status: Rejected (copyright infringement)

>> Warner Music Group
>>
>> Grinderman, 'No pussy blues'
>> Add: February 15, 2007, 08:02 AM
>> Status: Rejected (copyright infringement)
```

```
>> Mute Records Ltd.
>>
>>                              Amy Winehouse, 'Rehab' live at the Brit Awards
2007
>> Add: February 23, 2007, 04:42 AM

>> Status: Rejected (copyright infringement)

>> BPI Ltd
>>
>> If you feel a content owner has misidentified your content as
>>
> infringing,
>
>> you may file a DMCA counter-notification.
>>
>> For more information, visit our Copyright Tips page,
>> http://youtube.com/t/dmca_policy.
>>
>> Also, please visit http://youtube.com/t/howto_copyright if you have
more
>> questions about our copyright policy.
>>
>> Sincerely,
>>
>> Mark
>> The YouTube Team
>>
>>
>>
>> Original Message Follows:
>> ------------------------
>> From: Kevin Major
>> Subject: Copyright complaint
>> Date: Tue, 08 May 2007 03:33:23 +0200
>>
>> To:
>> DMCA Complaints
>> YouTube, Inc.
>> 1000 Cherry Ave.
>> Second Floor
>> San Bruno, CA 94066
>> Fax: 650.872.8513
>> Email: *copyright@youtube.com*
>>
>> Dear YouTube
>>
>> I must say we're shocked by the discontinuation of our account, as a
>> result of an alleged copyright infringement. That, it is NOT.
>>
>> CuttingEdge.be is a Belgian non-profit website, which works closely
>> together with a.o. local offices of major record firms. As is the case
>> with Warner Music Belgium.
>>
>> The below mentioned  Linkin Park video has been channelled to us by
said
>>
>
>
```

>> firm, with the explicit permission to put it on our YouTube space. We
>> would NEVER post a video without having that permission.
>>
>> With all due respect, but if a course of action is to be undertaken as
>> the one you have done - the deletion of our account - wouldn't it be at

>> least fair to hear the party that's been accused of the infringement,
>> before taking said action? That way matters could be resolved in a more

>> decent fashion, and foremost: an accurate version of the facts could be

>> presented, which would resolve the matter altogether.
>>
>> We take a lot of care of the material we put online, playing by the
>> rules, and above that invest a lot of time and resources in making our
>> own video reports. This is simply dissapointing! We therefore hope this

>> can be rectified, and that our account can be reopened. With the video
>> material we've worked hard on the last couple of months restored.
>>
>> Kind regards
>>
>> Kevin Major
>> Editor-in-chief CuttingEdge.be
>> a Cutting Edge vzw project
>> Zuidlaan 51
>> 1000 Brussel
>> Belgium
>> ███████████████████
>>
>>
>> DMCA Notice schreef:
>>
>>
>>>    YouTube | Broadcast Yourself^(TM)
>>>
>>>
>>>    Dear Member:
>>>
>>> This is to notify you that we have removed or disabled access to the
>>> following material as a result of a third-party notification by Warner

>>> Music Group claiming that this material is infringing:
>>>
>>> *Linkin Park, 'What I've done':*
>>> http://www.youtube.com/watch?v=kLKvRsmH3II
>>>
>>> *Please Note:* Repeat incidents of copyright infringement will result
>>> in the deletion of your account and all videos uploaded to that
>>> account. In order to avoid future strikes against your account, please

>>> delete any videos to which you do not own the rights, and refrain from

>>> uploading additional videos that infringe on the copyrights of others.

>>> For more information about YouTube's copyright policy, please read the

>>> Copyright Tips  guide.
>>>
>>> If you elect to send us a counter notice, please go to our Help Center

```
>>>  to
>>> access the instructions.
>>>
>>> Please note that under Section 512(f) of the Copyright Act, any person

>>> who knowingly materially misrepresents that material or activity was
>>> removed or disabled by mistake or misidentification may be subject to
>>> liability.
>>>
>>> Sincerely,
>>> YouTube, Inc.
>>>
>>> Copyright © 2007 YouTube, Inc.
>>>
>>>
>>>
>>
>>
>>
>
>
>
>
```

# Rubin Exhibit 72

```
To:            "Copyright Service" <copyright@support.youtube.com>
From:          "Bentkover, Michael" <Michael.Bentkover@warnerbros.com>
CC:            "Brandon, Marc" <Marc.Brandon@warnerbros.com>
BCC:
Sent Date:     2007-05-21 22:32:25 GMT
Subject:       YouTube account to be reinstated    YouTube username:
warnerbrosonline
```

Dear YouTube,

Can you please reinstate the YouTube account warnerbrosonline?
I believe we sent notices to YouTube regarding warnerbrosonline and we
would like to retract the notices.

Username: warnerbrosonline

Please advise when this has been completed and let me know if you have
any questions.

Thank you

Michael Bentkover

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, #5109

Burbank, California 91522

Phone: (818) 954-3639

Fax:    (818) 954-7898

michael.bentkover@warnerbros.com

# Rubin Exhibit 73

```
To:               "Copyright Service" <copyright@youtube.com>
From:             "Aimee Shea" <aimees@baytsp.com>
CC:               "Heather Gillette" <hgillette@google.com>
BCC:
Sent Date:        2007-06-01 20:58:54 GMT
Subject:          RE: [#154411086] MGM Copyright Notices - Recall
```

Jacob,

I'm sorry it took me a while to compile the list of URLs. I have
attached an excel sheet that has the usernames, filenames and URLs that
I would like to retract. Please let me know if you have any difficulty
opening the file or if you need anything else.

Best Regards,

Aimee Shea
CSM, BayTSP
aimees@baytsp.com

-----Original Message-----
From: Copyright Service [mailto:copyright@youtube.com]
Sent: Thursday, May 31, 2007 10:22 PM
To: Aimee Shea
Cc: Heather Gillette
Subject: Re: [#154411086] MGM Copyright Notices - Recall

Dear Aimee,

Thank you for the retraction. I have been able to restore the material
on
the BeachPartyBoi account, and consequently the account has been
reactivated. However, regarding the other material in question, can you
provide the URLs of the videos? We are not in a position to evaluate
what
material may have been believed to be infringing on what other material
when a notice of alleged infringement was submitted to us.

Sincerely,

Jacob
The YouTube Team

Original Message Follows:
------------------------
From: "Aimee Shea" <aimees@baytsp.com>
Subject: MGM Copyright Notices - Recall
Date: Thu, 31 May 2007 15:49:19 -0700

To Whom It May Concern:


I have been notified by Metro-Goldwyn-Mayer (MGM) that notices have been
mistakenly sent for videos that were posted on YouTube as part of two

```

viral video contests/marketing campaigns. Unfortunately, once the video
has been removed from YouTube, it is impossible for me to single out
which videos were specifically infringing and which ones were meant as
contest entries. I am contacting you with the hopes that you can help
me to retrieve and repost any of the videos that were taken down in
response to notices sent from the mgm2-no-reply@copyright-compliance.com
email address any time after May 11, 2007 only for the following assets
(asset information can be found in the "evidentiary information" section
of the infringement notice):


Stargate SG-1

Stargate SG-1 VST

Stargate Atlantis

Stargate Atlantis VST


I would also like to request that you give priority to reinstating the
account of (username) beachpartyboi as he was responsible for running
the contest. Please also reinstate any user accounts that may have been
suspended due to notices matching the above specifications.


I understand that this may be a challenging request but I hope that you
can help me get these videos back up as soon as possible. Please let me
know if you have any questions or concerns regarding my request. Also,
I'd be glad to supply any further information as needed that may help
process this request.



Best Regards,


Aimee Shea, on behalf of MGM - Copyright Compliance

CSM, BayTSP

408-341-2309

aimees@baytsp.com

---

Attachments:
YouTube Retraction URLs.xls

| Last Seen DateTime | Username | File Name | URL |
|---|---|---|---|
| 5/19/2007 4:11 | 4l33r4 | Carson | http://www.youtube.com/watch?v=HJiMXnN3wP4 |
| 5/19/2007 4:11 | 4l33r4 | Teyla | http://www.youtube.com/watch?v=OAn-4mEPJel |
| 5/15/2007 21:44 | aabooza | Shaft | http://www.youtube.com/watch?v=1Uxy4z3RgGQ |
| 5/25/2007 13:59 | acklesbabe007 | A Guy Like You | http://www.youtube.com/watch?v=3FMNmrbULSc |
| 5/25/2007 13:59 | adrie808cynara | Stargate - Matter of time | http://www.youtube.com/watch?v=9tmzXFmEkHE |
| 5/29/2007 20:23 | ali7adb9 | mckay - Pushed Again | http://www.youtube.com/watch?v=OURKQYj3rmY |
| 5/14/2007 14:45 | alimus7/4656 | When SG-1 Is Gone | http://www.youtube.com/watch?v=0ajIsLBkYFc |
| 5/16/2007 20:13 | anqueetas | stargate thunderstruck | http://www.youtube.com/watch?v=FgCbir8fKs |
| 5/19/2007 4:11 | anqueetas | stargate atlantis tnt | http://www.youtube.com/watch?v=wyLy_JcHZL0 |
| 5/30/2007 8:36 | anqueetas | stargate atlantis live and let die | http://www.youtube.com/watch?v=nnsisTC5Kag |
| 5/21/2007 16:10 | athlete345 | Stargate Sg-1 10x20 Unending Series Finale | http://www.youtube.com/watch?v=VM_HlBDiZ0k |
| 5/31/2007 14:05 | athlete345 | Stargate Sg-1 10x20 Unending Series Finale | http://www.youtube.com/watch?v=Wrsa7dry3K4 |
| 5/15/2007 21:44 | barminator20121989 | Death Of The Asgard, The Destruction Of The First Ori Ship | http://www.youtube.com/watch?v=M4zrI0ketRY |
| 5/28/2007 10:13 | BeachPartyBoi | Beam Me Up | http://www.youtube.com/watch?v=OG9SpYRigOl |
| 5/30/2007 8:36 | BeachPartyBoi | I Want To Be On Stargate Atlantis | http://www.youtube.com/watch?v=EhYg67stELY |
| 5/30/2007 8:36 | BlackwaterDoop | A Daydreaming Dr. Weir | http://www.youtube.com/watch?v=Xz8X3JxfCPY |
| 5/30/2007 8:36 | BlackwaterDoop | Ronon the Runner | http://www.youtube.com/watch?v=M08GRqd9_ns |
| 5/30/2007 8:36 | blinky78452 | David Hewlett - Vancouver Con 2007 | http://www.youtube.com/watch?v=04upoZYMxDk |
| 5/28/2007 10:12 | c0lefalk | The Shroud [Part 1] | http://www.youtube.com/watch?v=qoGzDqlNQSvA |
| 5/30/2007 14:04 | c0lefalk | The Shroud [Part 2] | http://www.youtube.com/watch?v=H9cJqu8taz4 |
| 5/30/2007 14:04 | c0lefalk | The Shroud [Part 3] | http://www.youtube.com/watch?v=2IuEw48nxLE |
| 5/15/2007 21:44 | camoroncologne | SG-1 und Orici | http://www.youtube.com/watch?v=Pz5uTBMLVnQ |
| 5/30/2007 8:36 | caronfaire | SG Atlantis Wraith Sweet Dreams (Marylin Manson) | http://www.youtube.com/watch?v=WnWiUXOEZmo |
| 5/31/2007 19:23 | caronfaire | SG Atlantis music clip Atlantis Rising Start to an Adventure | http://www.youtube.com/watch?v=VpZPPeke3ew |
| 5/30/2007 8:36 | charger112 | Tribute to Carson Beckett | http://www.youtube.com/watch?v=87M0RyINOOs |
| 5/28/2007 10:12 | Charmed19832 | Stargate SG-1 - Runrig - Angels from the Ashes | http://www.youtube.com/watch?v=IQuMRki_rQA |
| 5/30/2007 14:04 | Charmed19832 | Stargate SG-1 - Runrig - An Dealachadh | http://www.youtube.com/watch?v=CRDw_Ovw-QU |
| 5/30/2007 0:56 | Chicky767 | First Time | http://www.youtube.com/watch?v=-JeL22XTYCo |
| 5/30/2007 0:56 | Chicky767 | Little Wonders | http://www.youtube.com/watch?v=9Mf3laoWiKm0 |
| 5/29/2007 20:22 | clarkkent254 | Stargate Atlantis Episode 3 | http://www.youtube.com/watch?v=KUUIpfxE8oI |
| 5/30/2007 8:36 | clarkkent254 | Stargate Atlantis Episode 2 | http://www.youtube.com/watch?v=1muEEH-EVJo |
| 5/15/2007 21:44 | Cloudandsefirot | Kraft der Antiker | http://www.youtube.com/watch?v=LDgNYC1eQZs |
| 5/25/2007 13:59 | ColonelJen | Stargate SG1 Bad Guys Part 2 | http://www.youtube.com/watch?v=m5KHnz6NoCw |
| 5/25/2007 13:59 | ColonelJen | Stargate SG1 Bad Guys Part 1 | http://www.youtube.com/watch?v=NkNkH6yDz8E |
| 5/25/2007 13:59 | ColonelJen | Stargate SG1 Bad Guys Part 4 | http://www.youtube.com/watch?v=hLuaKQxDsM0 |
| 5/25/2007 13:59 | ColonelJen | Stargate SG1 Bad Guys Part 3 | http://www.youtube.com/watch?v=e_SPv98ihBc |
| 5/28/2007 10:12 | ColonelJen | Stargate Sg1 Sam Jack Daniel Vala | http://www.youtube.com/watch?v=mdrnNgALXx9Q |
| 5/30/2007 14:04 | ColonelJen | Stargate SG1 Hallelujah | http://www.youtube.com/watch?v=edLy6_6aMqw |
| 5/16/2007 20:13 | coolgirl757 | Sweet Nothings - Stargate Music Vid | http://www.youtube.com/watch?v=gLPr7JTKJto |
| 5/21/2007 16:10 | crazyjoesg1 | Extreme Stargate Montage | http://www.youtube.com/watch?v=RzAwnejfTg |
| 5/30/2007 14:04 | dellroy1 | Stargate SG1 Amanda Tapping Funny video | http://www.youtube.com/watch?v=FlbZNSd_H5E |
| 5/25/2007 14:00 | oleade | saison_8 | http://www.youtube.com/watch?v=9hvbCJSwdiE |
| 5/15/2007 21:44 | omvii | stargate | http://www.youtube.com/watch?v=OGRq6syCiXU |
| 5/30/2007 8:36 | footindasink | Stargate Atlantis: What About Everything? | http://www.youtube.com/watch?v=qotNE-Ki6DA |
| 5/30/2007 8:36 | footindasink | Stargate Atlantis: Kawaan | http://www.youtube.com/watch?v=6ABVgxsOGOU |
| 5/16/2007 22:00 | Fynnja | Need to be Next to You | http://www.youtube.com/watch?v=mdrnNgALXx9Q |
| 5/15/2007 21:44 | GoldenArcher | Daniel Speaks Six Languages | http://www.youtube.com/watch?v=IsduHzazMzc |
| 5/30/2007 8:36 | gorange20 | Follow The Wraith down the Rabbit Hole | http://www.youtube.com/watch?v=8WGaVu9wWzs |

| Date | User | Title | URL |
|---|---|---|---|
| 5/16/2007 18:13 | HealingAlchemist | mcbeck - I'd Rather Be in Love SGA | http://www.youtube.com/watch?v=bxQdzkoOFDU |
| 5/25/2007 13:59 | HealingAlchemist | SG-1 Scars | http://www.youtube.com/watch?v=xd45i5MYvYQ |
| 5/30/2007 8:36 | Holzbbz64 | Stargate Atlantis- Girl next door | http://www.youtube.com/watch?v=11WIvqsHQnI |
| 5/30/2007 8:36 | Holzbbz64 | Stargate Atlantis- Teyla- Who's David? | http://www.youtube.com/watch?v=8iV2FUgLOSDQ |
| 5/14/2007 3:14 | hypersg1 | Atlantis is rising again | http://www.youtube.com/watch?v=ny2cTdCtvGs |
| 5/25/2007 13:59 | JackEA | Tears In Heaven | http://www.youtube.com/watch?v=9Q2l0oZY8oFY |
| 5/14/2007 3:14 | jarod2107 | Stargate Atlantis & the pixies (spoiler 3x20) | http://www.youtube.com/watch?v=G7_c4UrbRYg |
| 5/29/2007 20:22 | Jearynen | SGA family | http://www.youtube.com/watch?v=tN6uuYFmv9Y |
| 5/31/2007 14:05 | jehovaschild | Jack/Sam - You'll Be in My Heart | http://www.youtube.com/watch?v=8JNz8a-MU5Y |
| 5/31/2007 14:05 | jehovaschild | Ronon/Teyla - Real Good Man | http://www.youtube.com/watch?v=5HISLs5QxF4 |
| 5/31/2007 14:05 | jehovaschild | Ronon/Teyla - I Love You | http://www.youtube.com/watch?v=nXnz3LEWVeM |
| 5/31/2007 19:23 | jehovaschild | Ronon/Teyla - Real Good Man | http://www.youtube.com/watch?v=5HISLs5QxF4 |
| 5/31/2007 19:23 | jehovaschild | Ronon/Teyla - I Love You | http://www.youtube.com/watch?v=nXnz3LEWVeM |
| 5/25/2007 13:59 | JesterDala | Feeling Feelings - Sam/Jack | http://www.youtube.com/watch?v=YyiuNpw3HJY |
| 5/30/2007 14:04 | JohnSheppard15 | Stargate SG-1 | http://www.youtube.com/watch?v=qYhZUriBQgY |
| 5/14/2007 14:45 | jonermic828486 | stargate pirates | http://www.youtube.com/watch?v=AlVUS2Xgfgk |
| 5/16/2007 22:00 | Joutof | Stargate SG1-S10 Clip | http://www.youtube.com/watch?v=fFi2--Yvtd0 |
| 5/16/2007 22:00 | Joutof | Stargate SG1 - Clip Ascension | http://www.youtube.com/watch?v=dZ3oybOIISE |
| 5/30/2007 14:04 | Joutof | Stargate SG1 Asgarde Clip | http://www.youtube.com/watch?v=NO6Z3KYEb6k |
| 5/30/2007 0:56 | jstnumber73 | SGA Season 3 recap | http://www.youtube.com/watch?v=Snkp0t9XD8 |
| 5/30/2007 0:56 | JumperKevinDK | SGA-Allianz Uni 25 | http://www.youtube.com/watch?v=pKY6h1yrWMs |
| 5/30/2007 0:56 | JumperKevinDK | SGA Allianz Uni 25 ogame | http://www.youtube.com/watch?v=giVyRYBVqVjc |
| 5/30/2007 14:04 | JumperKevinDK | SGA-Allianz Uni 25 | http://www.youtube.com/watch?v=pKY6h1yrWMs |
| 5/15/2007 17:44 | kampffrikadelle | Starship Battle | http://www.youtube.com/watch?v=NKkxvsF_NFU |
| 5/25/2007 13:59 | kim7734206 | The mythology of Stargate SG-1(part two) | http://www.youtube.com/watch?v=3WnMMBn6wsg |
| 5/29/2007 20:22 | ktarmo | stargate 3x05 | http://www.youtube.com/watch?v=i7BDP92KoH6 |
| 5/25/2007 13:59 | LadyHawthorn | SG1 Forever | http://www.youtube.com/watch?v=BdD_dGQcugM |
| 5/30/2007 8:36 | leloupgarou88 | montage stargate | http://www.youtube.com/watch?v=gdrkWSNIVQ0 |
| 5/30/2007 14:04 | leloupgarou88 | montage stargate | http://www.youtube.com/watch?v=gdrkWSNIVQ0 |
| 5/14/2007 14:45 | leopardchild | An Evil Plan to Save the World | http://www.youtube.com/watch?v=Nt5a_T9pco |
| 5/30/2007 8:36 | littleloly | John & Teyla - I have to forgot | http://www.youtube.com/watch?v=SpyvVzx-RUo |
| 5/30/2007 8:36 | littleloly | Angels - Rodney mckay | http://www.youtube.com/watch?v=VPH1Hn_i-_I |
| 5/31/2007 19:23 | littleloly | Where'd you go - Carson Beckett | http://www.youtube.com/watch?v=JufRy3FiWw4 |
| 5/30/2007 14:04 | LostAndLosing | We Are- Stargate SG-1 | http://www.youtube.com/watch?v=BaBsjRM7Ex4 |
| 5/14/2007 14:45 | LoupBrum42 | Stargate mix | http://www.youtube.com/watch?v=QEJ-kzivmsk |
| 5/15/2007 21:44 | LoverOfMusicVideos | Long Time Corning | http://www.youtube.com/watch?v=Kqlp508FU3A |
| 5/25/2007 13:59 | LucianoVicSo | stargate - promo (chamada) | http://www.youtube.com/watch?v=ZMx_1AbGS5Y |
| 5/30/2007 8:36 | Lysiarn | the Mckay salvation | http://www.youtube.com/watch?v=aVy3kzgz_90 |
| 5/16/2007 22:00 | MacPhoenix | Jack & Sam | http://www.youtube.com/watch?v=TRd1nenuL4Y |
| 5/30/2007 14:04 | Makro1989 | Stargate SG1 Tribute | http://www.youtube.com/watch?v=gsQyzvs5BFs |
| 5/30/2007 14:04 | Makro1989 | Stargate SG1 Season 10 Music Video | http://www.youtube.com/watch?v=j0eUr0tw8Yo |
| 5/30/2007 8:36 | Malo43 | Stargate Atlantis saison 3 -2 | http://www.youtube.com/watch?v=hjNXmDeORJg |
| 5/30/2007 8:36 | Malo43 | Stargate Atlantis saison 3 | http://www.youtube.com/watch?v=jK0b-rSmveU |
| 5/28/2007 20:23 | MastorGamor1234 | Stargate Andromeda : The Online Series | http://www.youtube.com/watch?v=So-ZopXyyN0 |
| 5/25/2007 13:59 | MattGFilms | Stargate Video Challenge - Sg1 | http://www.youtube.com/watch?v=Bt04Fut6Zk4 |
| 5/29/2007 19:27 | MattGFilms | Stargate Video Challenge - Atlantis | http://www.youtube.com/watch?v=DZ5uV2Z9ZkE |
| 5/29/2007 21:55 | MattGFilms | Stargate Video Challenge - Atlantis | http://www.youtube.com/watch?v=DZ5uV2Z9ZkE |
| 5/19/2007 4:11 | McKay3232 | Battle of Wraiths | http://www.youtube.com/watch?v=MNuZifBMyQ |
| 5/19/2007 4:11 | McKay3232 | Into the Jumper | http://www.youtube.com/watch?v=s_cZJNFxKSE |

| | | | |
|---|---|---|---|
| 5/25/2007 13:59 | MINIMOTOMADNESS | THE BEST SG1 CONVENTION VIDEO EVER! | http://www.youtube.com/watch?v=jOLumoXjsiE |
| 5/19/2007 4:11 | MiTnet | My 3 Favourite Shows on TV | http://www.youtube.com/watch?v=7ouuXZFx14 |
| 5/30/2007 8:36 | montiburns90 | Stargate Atlantis Sound Music | http://www.youtube.com/watch?v=QeOgtU2oIA |
| 5/21/2007 16:10 | moviogirl11ny | Stargate SG-1 Clip: Bad Guys | http://www.youtube.com/watch?v=yyWc2kbFXPc |
| 5/21/2007 16:10 | Muddy15000 | Stargate - The End Powered Up | http://www.youtube.com/watch?v=f1VY_tjWqfM |
| 5/25/2007 13:59 | Navimaster | Tau'ri Saga - Navimaster's Stargate mvs | http://www.youtube.com/watch?v=UgyLRiBuq_Q |
| 5/31/2007 19:23 | Neimek | Sheyla | http://www.youtube.com/watch?v=DVE9tycZ94w |
| 5/15/2007 21:44 | Neis1989 | SG-1 collide | http://www.youtube.com/watch?v=apQne5EW2C4 |
| 5/30/2007 0:56 | Nethba | SGA Carson | http://www.youtube.com/watch?v=BgU_i2tUw5Q |
| 5/30/2007 8:36 | nic82au | This Is The Moment | http://www.youtube.com/watch?v=KVDb3SeR5Zk |
| 5/31/2007 14:05 | nic82au | This Is It | http://www.youtube.com/watch?v=ugLUO7Ixe850 |
| 5/25/2007 13:59 | nightstrider25 | World Greatest | http://www.youtube.com/watch?v=8oqiOB889kl |
| 5/25/2007 13:59 | nightstrider25 | Is Nothing Sacred Anymore | http://www.youtube.com/watch?v=h7xSqcbuwdw |
| 5/25/2007 13:59 | nightstrider25 | Tribute to Janet | http://www.youtube.com/watch?v=S0kyOGqO25E |
| 5/25/2007 13:59 | nightstrider25 | I'm with you | http://www.youtube.com/watch?v=Eqlywri4ceMg |
| 5/25/2007 13:59 | nightstrider25 | Right Kind of Wrong | http://www.youtube.com/watch?v=dY8KfDWJqx8 |
| 5/25/2007 13:59 | nightstrider25 | What Hurts the Most | http://www.youtube.com/watch?v=dD4QHcYjp2s |
| 5/25/2007 13:59 | njjckevans | Unending Stargate Sg-1 Music Video | http://www.youtube.com/watch?v=eKBSGLs5Fzs |
| 5/14/2007 3:14 | oasisu2gundam24 | Next Contestant-Sateda | http://www.youtube.com/watch?v=RmoA0RN9NKM |
| 5/14/2007 14:46 | pavitsingh | Stargate sg-1 Spaceships | http://www.youtube.com/watch?v=mbfU_nl90uA |
| 5/25/2007 13:59 | perkin127 | stargate sg1 | http://www.youtube.com/watch?v=FDDTFQJYSC4 |
| 5/31/2007 14:05 | perkin127 | Daniel and Vala | http://www.youtube.com/watch?v=g8I0sDBirDc |
| 5/30/2007 8:36 | pets4444 | complicated | http://www.youtube.com/watch?v=T88DStHLLCQ |
| 5/29/2007 20:22 | Phexss | No No Never | http://www.youtube.com/watch?v=RedAAXTi174 |
| 5/29/2007 20:22 | Phexss | Wanna Talk about me | http://www.youtube.com/watch?v=vnAC3Ti2ell |
| 5/29/2007 20:22 | Phexss | Man of Devotion | http://www.youtube.com/watch?v=nPMKifpcqjA |
| 5/29/2007 20:22 | Phexss | Go To Distance | http://www.youtube.com/watch?v=L9Th9fcqlj4 |
| 5/30/2007 8:36 | PrincessLily8402 | Never Alone by Barlow Girl feat. Stargate Atlantis | http://www.youtube.com/watch?v=lnXkw7zO2E8 |
| 5/30/2007 8:36 | regage162 | Had I Known | http://www.youtube.com/watch?v=o9khPVp0Hcv |
| 5/19/2007 4:11 | rich68n1 | Stargate Atlantis S3 season final | http://www.youtube.com/watch?v=auhvGwDujl0 |
| 5/30/2007 14:04 | Rodrivy | A Stargate Sg-1 Music video season 10 op 07 | http://www.youtube.com/watch?v=suSVgaoQOl4 |
| 5/19/2007 4:11 | samalmighty1 | Stargate Atlantis space battle | http://www.youtube.com/watch?v=99g0frYXFr0 |
| 5/14/2007 3:14 | SG21JackOneill | Stargate Atlantis: Ordinary Day | http://www.youtube.com/watch?v=D1myP7kvs_8 |
| 5/30/2007 8:36 | SGAT00 | You know me | http://www.youtube.com/watch?v=PJiwvraxhkg |
| 5/30/2007 8:36 | SGAT00 | Memory of Aiden Ford (New Version) | http://www.youtube.com/watch?v=9amPls3JnBmk |
| 5/28/2007 0:43 | SGThor2 | stargate Atlantis VS Asurans | http://www.youtube.com/watch?v=pEm2iDqR8g |
| 5/28/2007 10:12 | SGThor2 | stargate Atlantis VS Asurans | http://www.youtube.com/watch?v=pEm2iDqR8g |
| 5/30/2007 14:04 | SGThor2 | stargate Requiem | http://www.youtube.com/watch?v=X81qAcqF6SI |
| 5/28/2007 0:43 | stargatefanvids | Stargate Atlantis First Strike Clip 02 | http://www.youtube.com/watch?v=LfOvHnMrJ8o |
| 5/28/2007 10:12 | stargatefanvids | Stargate Sg1 Unending Clip 01 | http://www.youtube.com/watch?v=qfZcCYAIU6Y |
| 5/30/2007 8:36 | StephFlanigan | SOS d'un Rodney en détresse | http://www.youtube.com/watch?v=m3F7gFW1mDk |
| 5/30/2007 8:36 | stophscorpion | La cité d'Atlantis The island | http://www.youtube.com/watch?v=K8E4sU2OnYc |
| 5/30/2007 8:36 | stophscorpion | Stargate atlantis ep20 saison 3 | http://www.youtube.com/watch?v=GRiP3IbrQzc |
| 5/30/2007 8:36 | stophscorpion | Shweir | http://www.youtube.com/watch?v=5PFCdNfoClxv |
| 5/30/2007 8:36 | stophscorpion | Rodney sur le terrain twist | http://www.youtube.com/watch?v=B-ftkEITs_s |
| 5/25/2007 13:59 | supernova3331 | Stargate SG-1 Final episode promo | http://www.youtube.com/watch?v=nan7NHRyEcw |
| 5/30/2007 8:36 | Supfan17 | mckay in Stargate Atlantis | http://www.youtube.com/watch?v=meyeM_n-gwf8 |
| 5/15/2007 21:44 | syquest888 | Stargate sg-1 | http://www.youtube.com/watch?v=aQLZNKEhhiw |
| 5/15/2007 21:44 | syquest888 | Csillagkapu Atlantisz | http://www.youtube.com/watch?v=m8Auud23768 |

Highly Confidential

| | | |
|---|---|---|
| 5/21/2007 16:10 | Taal79 | Super Soldier - Evolution Part 1 | http://www.youtube.com/watch?v=3JQC-VoEXWM |
| 5/19/2007 4:11 | TB163 | You Think I'm Hot? | http://www.youtube.com/watch?v=WMpji846j9v |
| 5/21/2007 16:10 | TeddyBear411 | Goo goo dolls Flat top vid Stargate Sg1 | http://www.youtube.com/watch?v=3HNRzKwwgzE |
| 5/30/2007 8:36 | Temi1986 | Atlantis | http://www.youtube.com/watch?v=86eGI66DD08 |
| 5/30/2007 0:56 | teo5000 | Sateda | http://www.youtube.com/watch?v=ABCRGNHhmLM |
| 5/14/2007 3:14 | TheTCe | The War is now | http://www.youtube.com/watch?v=XkYWQKbfwBQ |
| 5/19/2007 4:11 | TheWraith | Stargate SG-UK - 1x01a - Goa'uld Extermination (1of2) | http://www.youtube.com/watch?v=2onTmt6ul7E |
| 5/14/2007 14:45 | timama | stargate SG-1 | http://www.youtube.com/watch?v=pbBiAkQj6og |
| 5/25/2007 13:59 | Timpa503 | Roxette vs. Stargate SG-1 - Fading Like A Flower | http://www.youtube.com/watch?v=CkIALoYL4Ho |
| 5/14/2007 14:45 | tiogawolf | Stargate SG-1 - Armageddon | http://www.youtube.com/watch?v=j6Lxf8_5kGo |
| 5/14/2007 14:45 | tiogawolf | Stargate SG-1 - Bring Me to Life | http://www.youtube.com/watch?v=UNk0WXYRmgA |
| 5/30/2007 14:04 | TREDEDFEFGDFV | stargate sg1 - meridian | http://www.youtube.com/watch?v=hYWcaKCj00 |
| 5/31/2007 14:05 | TREDEDFEFGDFV | stargate sg1 - simple plan | http://www.youtube.com/watch?v=5St7nvN7xSY |
| 5/31/2007 19:23 | TREDEDFEFGDFV | stargate atlantis | http://www.youtube.com/watch?v=PssrzDp_BD0 |
| 5/30/2007 14:04 | triggerhappygw | The Shroud Stargate 10X14 funny scenes | http://www.youtube.com/watch?v=X9L10JnslOw |
| 5/28/2007 0:43 | trushi | The NEW Stargate SG-1 - Episode 1 (new version) | http://www.youtube.com/watch?v=kUZIMWQWdC4 |
| 5/30/2007 8:36 | vicokillers | Stargate Atlantis Ship Mix | http://www.youtube.com/watch?v=HFIWH8W_Q94 |
| 5/19/2007 4:11 | voyagor16 | Final hours of atlantis | http://www.youtube.com/watch?v=g3rMNxLiy8o |
| 5/14/2007 14:46 | veasleysangel | SGA 3-07 Behind the Sceans | http://www.youtube.com/watch?v=lkFTe3T73c |
| 5/19/2007 6:40 | WWEfan123123123 | The Shroud [Part 3 of 5] | http://www.youtube.com/watch?v=uY6uR5ZzSrQ |
| 5/21/2007 16:10 | xxxbernyxxx | STARGATE by cema | http://www.youtube.com/watch?v=feFr_taOARo |

Highly Confidential

GOO001-08615778

# Rubin Exhibit 74

```
To:              "Bentkover, Michael" <Michael.Bentkover@warnerbros.com>
From:            "Copyright Service" <copyright@youtube.com>
CC:              "Brandon, Marc" <Marc.Brandon@warnerbros.com>
BCC:
Sent Date:
Subject:         Re: [#149352440] YouTube account and video to be
reinstated YouTube
 username:warnerbrosonline
```

Dear Michael,

Thank you for the email. The video has been restored.

There is still record of another claim from Warner Bros. against another
video on your warnerbrosonline account, "Forbidden Planet: Future." If you
would like to retract that claim and have that material restored please
let us know.

Sincerely,

Jacob
The YouTube Team


Original Message Follows:
------------------------
From: "Bentkover, Michael" <Michael.Bentkover@warnerbros.com>
Subject: YouTube account and video to be reinstated YouTube
username:warnerbrosonline
Date: Mon, 4 Jun 2007 17:01:00 -0700

Dear YouTube,

Can you please reinstate the YouTube account warnerbrosonline?
I believe we sent a notice to YouTube regarding warnerbrosonline and we
would like to retract the notice. Additionally can you please restore
the Tex Avery Droopy video listed below for this account.

Username: warnerbrosonline
Tex Avery's Droopy: http://www.youtube.com/watch?v=BYJ_xSM_Pb8

Please advise when this has been completed and let me know if you have
any questions.

Thank you
Michael Bentkover
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Bridge Building 156 South, #5109
Burbank, California 91522
Phone: (818) 954-3639
Fax:    (818) 954-7898
michael.bentkover@warnerbros.com

```

# Rubin Exhibit 75

```
To:              <copyright@youtube.com>
From:            "Jeremy-Joseph Rosen" <Rosen@roadrunnerrecords.com>
CC:
BCC:
Sent Date:       2007-07-27 13:58:39 GMT
Subject:         Accidental Takedown Notice
```

Hallo,

We accidentally sent notice for a video one of our bands has on their own account.

Stone Sour - sillyworld
http://www.youtube.com/watch?v=5RISh8mxofo

Could you please reinstate it?

Thank you,

Jeremy Rosen
--      --        --
Jeremy Rosen
New Media Manager
Roadrunner Records
902 Broadway, 8th Fl.
New York, NY 10010
rosen@roadrunnerrecords.com
█████████████████
Facsimile: 212-505-7469
www.roadrunnerrecords.com <http://www.roadrunnerrecords.com/>
www.myspace.com/roadrunnerrecords
www.youtube.com/roadrunnerrecords
<http://www.youtube.com/roadrunnerrecords>

http://www.Roadrunnerrecords.com/IfEveryoneCared/

Highly Confidential

# Rubin Exhibit 76

```
To:                 copyright-compliance@baytsp.com
From:               "Copyright Service" <copyright@youtube.com>
CC:
BCC:
Sent Date:
Subject:            Re: [C#183550462] DMCA Counter Notification - from
dmgivideo - re: Warner
 Brothers
```

---

Hi there,

We received the attached counter-notification in response to the complaint
you filed with us on. As described in the United States Digital Millennium
Copyright Act (DMCA) 17 U.S.C. 512, by this email, we're providing you
with the counter-notification and await your notice (in not more than 10
days) that you've filed an action seeking a court order to restrain the
counter-notifier's allegedly infringing activity. Such notice should be
submitted by replying to this email. If we don't receive notice from you,
we will reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Sincerely,

Harry
The YouTube Team

Original Message Follows:
------------------------
From: copier1@google.com
Subject: Attached Image
Date: Mon, 06 Aug 2007 14:35:42 -0400

Attachments:
1748_001.pdf

Highly Confidential                                             GOO001-08884398



August 1, 2007

Stacy Salvi
Director of Business and Legal Affairs
1550 Bryant Street/Suite 305
San Francisco, California 94103

586-283-6925 (facsimile)

DMCA Complaints
YouTube, Inc.
1000 Cherry Ave., Second Floor
San Bruno, CA 94066

Re:     Gumby on the Moon

To whom it may concern:

It has recently come to our attention that a Gumby episode, specifically, "Gumby on the Moon," has been taken off of YouTube due to an assertion of rights by Warner Brothers. The purpose of this letter is to refute this claim and request that you repost the Gumby on the Moon episode promptly.

Despite Warner's assertion of ownership to the rights to Gumby on the Moon, Premavision signed an agreement with Warner ending Warner's control of the Gumby content.  A joint venture between Classic Media Premavision (now Entertainment Rights) also shows an end to any such ownership, leaving Premavision free to license the series to DMGI. If you would like a copy of our license with Classic Media, guaranteeing their ownership and right to license the content, one may be provided to you upon request.

DMGI consents to the jurisdiction of Federal District Court for the judicial district in which the address is located.

DMGI also expressly reserves all rights regarding this matter.  If you have any questions or comments, please don't hesitate to contact me directly.

Sincerely,

Stacy Salvi

By email and US mail

Highly Confidential                                                         G00001-08884399

Stacy Salvi
DMGi
1550 Bryant St., Suite 305
San Francisco, CA 94103

9406832303 0010

DMCA Complaints
YouTube, Inc.
1000 Cherry Ave., Second Floor
San Bruno, CA 94066



$0.41⁰
US POSTAGE
FIRST CLASS
071V0060I7822
94103

00000077

endicia.com endicia.com endicia.com

Highly Confidential

G00001-08884400

# Rubin Exhibit 77

```
To:              <copyright@youtube.com>
From:            "David Henson" <davidh@concordrecords.com>
CC:              "Randi Kraemer" <randi@specialopsmedia.com>
BCC:
Sent Date:       2007-09-19 14:43:03 GMT
Subject:         Would like reinstatement of an account "GregBass"
```

To Whom It May Concern:

Late last year our Record Label, Concord Records, released an album called
"Ray Sings, Basie Swings" by Ray Charles working with the Ray Charles estate
and Ray Charles Enterprises.  In support of this album, we released a video
mashup for a song called "Busted" that featured clips from the "Family Guy"
with FULL PERMISSION to do so from Seth MacFarlane, the Producer of Family Guy
secured for us by our Owner, Norman Lear.  Acordingly, we directed our
Independent Online Marketing Company Special Ops Media Group post the video
under their account "GregBass."  This morning I have learned that their
account was deactivated due to their posting this video.

PLEASE reinstate their account "GregBass".  We had permission to release the
Ray Charles mashup for promotional use therefor Special Ops was within their
rights to post this video as per our instruction.  PLEASE CONTACT ME if you
have any further questions but I would truly appreciate your prompt attention
to this matter as it is critical for us to have them have the ability to post
videos.

Your attention to this matter is greatly appreciated.

Regards,
Dave Henson

dave henson
new media marketing manager
concord music group
100 n. crescent drive, ste 275
beverly hills, ca 90210
███████████████  / f 310.385.4466
███████████████

# Rubin Exhibit 78

To:                <copyright@support.youtube.com>
From:              <Bobby.Sherman@sonybmg.com>
CC:                <aliza@youtube.com>
BCC:
Sent Date:         2007-10-09 18:36:26 GMT
Subject:           FW: Video Removed: Copyright Infringement

Hi,


We inadvertently added this to a take-down request we were working on
this morning.  This is our licensed SONY BMG content living in one of
our owned channels.  Please reinstate the video
(http://www.youtube.com/watch?v=yyl9ZavAwrE) in the "hurricanechris"
channel (http://www.youtube.com/hurricanechris).  I apologize for the
inconvenience!


Thanks,


Bobby Sherman

SONY BMG

██████████████

_____

From: Copyright Notice [mailto:no_reply@youtube.com]
Sent: Tuesday, October 09, 2007 1:06 PM
To: Boghigian, Chris RCA Music Group
Subject: Video Removed: Copyright Infringement


YouTube | Broadcast Yourself(tm)


Dear Member:


This is to notify you that we have removed or disabled access to the
following material as a result of a third-party notification by Sony BMG
claiming that this material is infringing:

Hurricane Chris-The Hand Clap:
http://www.youtube.com/watch?v=yyl9ZavAwrE

Please Note: Repeat incidents of copyright infringement will result in
the deletion of your account and all videos uploaded to that account. In
order to avoid future strikes against your account, please delete any
videos to which you do not own the rights, and refrain from uploading
additional videos that infringe on the copyrights of others. For more
information about YouTube's copyright policy, please read the Copyright

Tips <http://www.youtube.com/t/howto_copyright> guide.

If you elect to send us a counter notice, please go to our Help Center
<http://www.google.com/support/youtube/bin/answer.py?answer=58127> to
access the instructions.

Be aware that there may be adverse legal consequences in your country if
you make a false or bad faith allegation of copyright infringement by
using this process.

Sincerely,
YouTube, Inc.

Copyright (c) 2007 YouTube, Inc.

---

**Highly Confidential**

# Rubin Exhibit 79

```
To:                    <copyright@support.youtube.com>
From:                  <Bobby.Sherman@sonybmg.com>
CC:                    <aliza@youtube.com>
BCC:
Sent Date:             2007-10-10 18:06:04 GMT
Subject:               FW: Video Removed: Copyright Infringement
```

We did it again!  We inadvertently sent a take-down request on behalf of
our own content.  Please reinstate this video
(http://www.youtube.com/watch?v=NMKEHQqREMo) into the channel
"eidtorsofficial" (www.youtube.com/editorsofficial
<http://www.youtube.com/editorsofficial> ).

We're in the process of training a couple of people to help out with the
take-down requests...there will probably be a few more mistakes like
this, and for that I apologize in advance.

Thanks

Bobby Sherman

SONY BMG

███████████

_____

From: Copyright Notice [mailto:no_reply@youtube.com]
Sent: 09 October 2007 17:58
To: editorsofficial
Subject: Video Removed: Copyright Infringement

YouTube | Broadcast Yourself(tm)

Dear Member:

This is to notify you that we have removed or disabled access to the
following material as a result of a third-party notification by Sony BMG
claiming that this material is infringing:

An End Has A Start: http://www.youtube.com/watch?v=NMKEHQqREMo

Please Note: Repeat incidents of copyright infringement will result in
the deletion of your account and all videos uploaded to that account. In
order to avoid future strikes against your account, please delete any
videos to which you do not own the rights, and refrain from uploading
additional videos that infringe on the copyrights of others. For more
information about YouTube's copyright policy, please read the Copyright
Tips <http://www.youtube.com/t/howto_copyright> guide.

If you elect to send us a counter notice, please go to our Help Center
<http://www.google.com/support/youtube/bin/answer.py?answer=58127> to
access the instructions.

Be aware that there may be adverse legal consequences in your country if
you make a false or bad faith allegation of copyright infringement by
using this process.

Sincerely,
YouTube, Inc.

Copyright (c) 2007 YouTube, Inc.

---

Highly Confidential

# Rubin Exhibit 80

To:                  <copyright@support.youtube.com>
From:                <Bobby.Sherman@sonybmg.com>
CC:                  <aliza@youtube.com>
BCC:
Sent Date:           2007-10-12 16:24:12 GMT
Subject:             FW: Video Removed: Copyright Infringement

We did it again!  We sent a take-down on behalf of our own content
living in one of our channels!  This time it's the Christina Aguilera
"Candyman" video http://www.youtube.com/watch?v=vQ_7srmo5cE living our
www.youtube.com/christinaaguilera channel.  Please reinstate this when
you have a moment.

Thank You,

Bobby Sherman
SONY BMG
████████████████

>Date: Thu, 11 Oct 2007 16:58:03 From: Copyright Notice  To: > Subject:
Mime-Version: 1.0 Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: 8bit                        YouTube |
Broadcast Yourself"                      Dear Member:
>
>This is to notify you that we have removed or disabled access to the
following material as a result of a third-party notification by Sony BMG
claiming that this material is infringing:
>
>Christina Aguilera-Candyman:
>
>Please Note: Repeat incidents of copyright infringement will result in
the deletion of your account and all videos uploaded to that account. In
order to avoid future strikes against your account, please delete any
videos to which you do not own the rights, and refrain from uploading
additional videos that infringe on the copyrights of others. For more
information about YouTube's copyright policy, please read the Copyright
Tips  guide.
>
>If you elect to send us a counter notice, please go to our Help Center
to access the instructions. Be aware that there may be adverse legal
consequences in your country if you make a false or bad faith allegation
of copyright infringement by using this process.
>
>Sincerely,
>YouTube, Inc.
>
>Copyright (c) 2007 YouTube, Inc.