# RUBIN DECLARATION EXHIBITS CONTINUED

# Rubin Exhibit 95



veehonerockz's Channel    Subscribe        veehonerockz has no videos available.

veehonerockz

Subscribe

Add as Friend |
Block User | Send Message

### Channel Comments (1)

**cyphadiaz** (3 years ago)

Peace,

So who is this up at VH1?

Add Comment

### Profile

| | |
|---|---|
| Channel Views: | 210 |
| Total Upload Views: | 0 |
| Age: | 29 |
| Joined: | September 18, 2006 |
| Last Sign In: | 1 year ago |
| Subscribers: | 0 |
| Country: | United States |

### Recent Activity

There hasn't been any recent activity.

# Rubin Exhibit 96

| Subject: | Paramount / Bay TSP - Content & Profiles |
|---|---|
| From: | "Tipton, Kristina - Paramount" <EX:/O=VIACOM/OU=PARAMOUNT/CN= RECIPIENTS/CN=TIPTONKR> |
| To: | 'courtneyni@baytsp.com' |
| Cc: | Perry, Alfred - Paramount; 'marki@baytsp.com'; 'evelyn@baytsp.com'; Salter, John - Paramount; Powell, Amy - Paramount; Teifeld , Tamar - Paramount |
| Date: | Wed, 28 Feb 2007 21:14:58 +0000 |

Hi Courtney,

As discussed, here's all our current content syndication information:

1.)     Profile Names – below you'll find profile names, some specific Paramount Official ones, and others that are more viral names that our online street team has used on multiple sites (sites listed below as well)

2.)     Videos we're currently syndicating  - I've attached our streaming links and a couple quicktime files of videos we're currently working on syndicating.  In addition, this featurette just debuted exclusively on IGN (we don't yet have streaming links):

Shooter Featurette: http://media.movies.ign.com/media/034/034419/vids_1.html

And there are also a couple pieces of content I don't have streaming links handy for, but I think you should have anyways (let me know if you'd like me to find):

Zodiac Theatrical Trailer

Disturbia Theatrical Trailer

Shrek the Third – Trailer 2

Transformers – Teaser Trailer

3.)     Lastly, at the end of this email I pasted direct links to some of the more viral original content we've posted.

As discussed, I've also added you to our webmaster blast syndication (in addition to Mark and Evelyn), so you will get all these links as they come out.  Let me know if you ever have any questions about the content of the webmaster blasts, or about anything else you come across online.

Let us know if you have any questions at all.  Thanks, Courtney!

Kristina Tipton

Paramount Pictures

Interactive Coordinator, Promotions & Publicity

323-956-8453

Official Profile Names

YouTube: Paraccount

Revver: Paramount

Veoh: ParamountPictures

Confidential

Break.com: Paramount Pictures

MySpace.com: Myspace.com/themoviemonkey

General Profile Names (used on multiple sites)

Thatsfunny

Thatisalsofunny

Thatsnotfunny

BroadwayJoe

BroadwayJoe415

PinkStrawberry

PinkStrawberry1

ParkMyVibe

FiveChemical

Sites

AddictingClips

Bolt

Break

Clevver

ClipShack

DailyMotion

Drisas

Ebaum's World

ExByte

FileCow

Flurl

Grouper

Google Videos

Live Video

MetaCafe

MySpace

Putfile

Revver

Sharkle

Smart Video Channel

SpikedHumor

StreamDump

Stupid Videos

Veoh

Vidiac

VidiLife

Vimeo

Vmix

VSocial

YouTube

ZippyVideos

Norbit Viral Featurette - "Meet Rasputia":

AddictingClips

http://www.addictingclips.com/Clip.aspx?key=123ED23BA2273C25

Bolt

http://www.bolt.com/Thatsfunny/video/Norbit__Meet_Rasputia/2952924

Break

http://my.break.com/media/view.aspx?ContentID=214548

Clevver

http://viralvideo.clevver.com/video/b67ef87e-2139-4a57-ad40-98c20108b863.htm

ClipShack

http://www.clipshack.com/Clip.aspx?key=21BA26DFCCFB712A

DailyMotion

http://www.dailymotion.com/video/x12fuh_norbit-meet-rasputia

Flurl

http://www.flurl.com/item/Norbit_____Meet_Rasputia_u_223040

Grouper

http://www.grouper.com/video/MediaDetails.aspx?id=1742674 <http://www.grouper.com/video/MediaDetails.aspx?id=1742674&ml=fi%3d%26fu%3d1743955&> &ml=fi%3d%26fu%3d1743955&

Live Video

http://www.livevideo.com/video/E8498AFB66CC4742825F76DD1BBC6B32/norbit-meet-rasputia.aspx

Putfile

http://media.putfile.com/Norbit---Meet-Rasputia

Sharkle

http://www.sharkle.com/video/116366/

StreamDump

http://www.streamdump.com/?d5ed30

Stupid Videos

http://www.stupidvideos.com/video/just_plain_stupid/Norbit__Meet_Rasputia/

Vidiac

http://www.vidiac.com/video/ad51d735-fb11-487c-9ded-98c200d1d318.htm

VidiLife

http://www.vidiLife.com/index.cfm?f=media.play <http://www.vidiLife.com/index.cfm?f=media.play&vchrMediaProgramIDCryp=BE705058-803E-4C81-9B1E-1> &vchrMediaProgramIDCryp=BE705058-803E-4C81-9B1E-1

Norbit Viral Video: Lloyd the Dog Clip

Addicting Clips  http://www.addictingclips.com/Clip.aspx?key=F2858FEE9EA2395F

Bolt

http://www.bolt.com/broadwayjoe415/video/Talking_Dog_from_Norbit/2972312

Clevver

http://viralvideo.clevver.com/video/92e63450-d19c-4e0d-828b-98c700f43968.htm

ClipShack

http://www.clipshack.com/Clip.aspx?key=DBFE15A50C2ED2DD

DailyMotion

http://www.dailymotion.com/video/x13qod_talking-dog-from-norbit

Ebaum's World

http://emuse.ebaumsworld.com/watch/11295

Flurl

http://www.flurl.com/item/Talking_Dog_from___Norbit___u_224451

Grouper

http://www.grouper.com/video/MediaDetails.aspx?id=1749819 <http://www.grouper.com/video/MediaDetails.aspx?id=1749819&ml=fi%3d%26fu%3d1896951&> &ml=fi%3d%26fu%3d1896951&

LiveDigital

http://livedigital.com/content/1451355/

LiveVideo

http://www.livevideo.com/video/BD6FA70BDFDE40889B1C335911449BE2/talking-dog-from-norbit-.aspx

MetaCafe

http://www.metacafe.com/watch/410789/talking_dog_from_quot_norbit_quot/

Putfile

http://media.putfile.com/Talking-Dog-from--Norbit-

Sharkle

http://www.sharkle.com/video/116846/

Smart Video Channel

http://comedy.smartvideochannel.com/media/PlayVideo.aspx?cid=F2A47C35FD6443CE90AF31CF6C20BE33

StreamDump

http://www.streamdump.com/?a41665

Stupid Videos

http://www.stupidvideos.com/video/just_plain_stupid/Talking_Dog_from_Norbit/

Veoh

http://www.veoh.com/videos/v227252YqMm3gZE

Vidiac

http://www.vidiac.com/video/9e4fc6b1-0649-4fee-9d03-98c700ecc5fa.htm

Vidilife

http://www.vidiLife.com/index.cfm?f=media.play <http://www.vidiLife.com/index.cfm?f=media.play&vchrMediaProgramIDCryp=4034E3FC-3DF8-4155-A7AD-B> &vchrMediaProgramIDCryp=4034E3FC-3DF8-4155-A7AD-B

Vimeo

http://www.vimeo.com/clip:134860

Youtube

http://www.youtube.com/watch?v=afuhSi13YAs

Norbit Viral Video: Donald vs. Rasputia

Addicting Clips

http://www.addictingclips.com/Clip.aspx?key=6E71646DBE228787

Bolt

http://www.bolt.com/parkmyvibe/video/Donald_Trump_vs_Rasputia/2971836

Clevver

http://viralvideo.clevver.com/video/edb63288-ba08-4e75-a8fd-98c700c48542.htm

ClipShack

http://www.clipshack.com/Clip.aspx?key=47F6ED1FEB59770E

DailyMotion

http://www.dailymotion.com/video/x13pc2_donald-trump-vs-rasputia

Ebaum's World

http://emuse.ebaumsworld.com/watch/11285

Flurl

http://www.flurl.com/item/Donald_Trump_v_s__Rasputia_u_224417

Grouper

http://www.grouper.com/video/MediaDetails.aspx?id=1749790 <http://www.grouper.com/video/MediaDetails.aspx?id=1749790&ml=fi%3d%26fu%3d1896949&> &ml=fi%3d%26fu%3d1896949&

LiveDigital

http://livedigital.com/content/1451300/

LiveVideo

http://www.livevideo.com/video/35A98E8098624EFDBF2AA581B7044A24/donald-trump-vs-rasputia.aspx

Metacafe

VIA 11786500

http://www.metacafe.com/watch/410781/donald_trump_vs_rasputia/

Putfile

http://media.putfile.com/Donald-Trump-vs-Rasputia

Sharkle

http://www.sharkle.com/video/116838/

Smart Video Channel
http://comedy.smartvideochannel.com/media/PlayVideo.aspx?cid=D505619EBA5841B2AE7708BCC08E7549

StreamDump

http://www.streamdump.com/?5b3003

Stupid Videos

http://www.stupidvideos.com/video/just_plain_stupid/Donald_Trump_vs_Rasputia/

Veoh

http://www.veoh.com/videos/v221878JXknbYjS

Vidiac

http://www.vidiac.com/video/765b7ad2-2528-44f5-abfd-98c700d84a83.htm

Vidilife

http://www.vidiLife.com/index.cfm?f=media.play <http://www.vidiLife.com/index.cfm?f=media.play&vchrMediaProgramIDCryp=8CE0111C-EB1F-48ED-AE70-9> &vchrMediaProgramIDCryp=8CE0111C-EB1F-48ED-AE70-9

Vimeo

http://www.vimeo.com/clip:134834

Youtube

http://www.youtube.com/watch?v=ltXNBOTmZE4

Flushed Away - Dancing Slugs

Sim and Sim - http://video.simandsim.com/video/826be4fe-9d94-4037-be4f-985900f1681a.htm  41

Crack Muffin:  http://www.crackmuffin.com/html/Dancing-Worms.html  1233
Veoh: http://www.veoh.com/videoDetails.html?v=e131049prwsh5ws  142
VidiLife:  http://www.vidiLife.com/index.cfm?f=media.play <http://www.vidiLife.com/index.cfm?f=media.play&vchrMediaProgramIDCryp=7045F650-4810-4A93-90BF-6>
&vchrMediaProgramIDCryp=7045F650-4810-4A93-90BF-6      780
Vsocial:  http://www.vsocial.com/video/?d=49076      135
Clevver:  http://viralvideo.clevver.com/video/a90e2fe2-81ce-4844-add4-985001584e3d.htm      19,049
Eyespot: http://eyespot.com/search?word=Slugs <http://eyespot.com/search?word=Slugs&t=1160083420942> &t=1160083420942  12
Google Video: http://video.google.com/videoplay?docid=-8716239627937852835 <http://video.google.com/

videoplay?docid=-8716239627937852835&q=dancing+slugs&hl=en> &q=dancing+slugs&hl=en 515
Revver: http://one.revver.com/find/video/slugs#_show_video_73517    588
Vmix: http://www.vmix.com/viewVideo.php?ID=1499761    68
Addicting Clips: http://addictingclips.com/Clip.aspx?key=13BFAC21761CCA0F    177,279
Grouper: http://grouper.com/video/MediaDetails.aspx?u=kwyfb <http://grouper.com/video/MediaDetails.aspx?
u=kwyfb&f=-l&vt=1> &f=-l&vt=1 349
Free video blog: http://www.vidiac.com/video/342684e4-66e6-455a-85aa-98500143b10b.htm    192
YouTube: http://www.youtube.com/watch?v=32pbKQAaFl0    3,409
Clip Shack: http://clipshack.com/Clip.aspx?key=C44A554D3D2EDC56    51,960
Sharkle: http://sharkle.com/video/103890/    1,958
Daily Motion: http://www.dailymotion.com/video/782041    6145
Zippy Videos: http://www.zippyvideos.com/6232367566082176/fa_slugs_dancenow/    92
Stream Dump (UGO): http://www.streamdump.com/?f9b0ec    103
Putfile: http://media.putfile.com/gonna-make-you-sweat    14
Bolt: <http://www.bolt.com/thatisalsofunny/video/2353346?cn=STREAM_thatisalsofunny_video_large_PAGE1>
http://www.bolt.com/thatisalsofunny/video/Dancing_Slugs/2353346    115
Stupid Videos: http://stupidvideos.com/video/Dancing_Disco_Slugs/    65,958
Flurl: http://www.flurl.com/search?q=dancing+slugs <http://www.flurl.com/search?q=dancing+slugs&type=all_types
&type=all_types 510,229
File Cow: http://filecow.com/download/411

Ifilm: http://www.ifilm.com/ifilmdetail/2776534 11,434

Break.com: http://my.break.com/Media/View.aspx?ContentID=164280    265

LiveDigital: http://livedigital.com/content/1022074/    390
Vloguea.freevideoblog.com (en espanol) :http://www.vidiac.com/video/30f14488-b244-4491-90f6-985700c89eef.htm
525

Drisas: http://www.drisas.com/archives/555    5519

Metacafe: http://www.metacafe.com/watch/263989/gonna_make_you_sweat/    8
Spiked Humor: http://www.spikedhumor.com/articles/59132/Gonna_Make_You_Sweat.html    107 link not working

Indian Thriller with the Dancing Slugs:

YouTube: <http://www.youtube.com/watch?v=MA6EV89EP_Q> http://www.youtube.com/watch?
v=MA6EV89EP_Q    4,927

Bolt: <http://www.bolt.com/crazyk8ff/video/Indian_Thriller_and_Danci/2444850> http://www.bolt.com/crazyk8ff/video/
Indian_Thriller_and_Danci/2444850    197

Clevver: <http://viralvideo.clevver.com/video/1f1b0bcd-b1da-4c50-afa6-985d00d6f4e5.htm> http://
viralvideo.clevver.com/video/1f1b0bcd-b1da-4c50-afa6-985d00d6f4e5.htm    39,373

YouTube: <http://www.youtube.com/watch?v=kvCAnwcbFlg http://www.youtube.com/watch?
v=kvCAnwcbFlg    38

vSocial: <http://www.vsocial.com/video/?l=51159> http://www.vsocial.com/video/?l=51159    41

Clevver: <http://viralvideo.clevver.com/video/ea31b596-5eb1-4f00-b4d5-985d00d7a10f.htm> http://
viralvideo.clevver.com/video/ea31b596-5eb1-4f00-b4d5-985d00d7a10f.htm    30

YouTube: <http://www.youtube.com/watch?v=vK00wgK8Bn4> http://www.youtube.com/watch?
v=vK00wgK8Bn4    8,902

vSocial: <http://www.vsocial.com/video/?l=51156> http://www.vsocial.com/video/?l=51156    13

VIA 11786502

Bolt: <http://www.bolt.com/ultrasloppyjoe/video/Dancing_Slugs_and_the_Ind/2444974> http://www.bolt.com/ultrasloppyjoe/video/Dancing_Slugs_and_the_Ind/2444974    56

StreamDump: <http://www.streamdump.com/?d5f37d> http://www.streamdump.com/?d5f37d    13

StreamDump: <http://www.streamdump.com/?8204a1> http://www.streamdump.com/?8204a1    12

Flurl: <http://www.flurl.com/item/indian_thriller_with_dancing_slugs_u_194463> http://www.flurl.com/item/indian_thriller_with_dancing_slugs_u_194463  54

Addicting Clips: http://www.addictingclips.com/Clip.aspx?key=9B0D1C061CA332B7  58,930

Metacafe: http://www.metacafe.com/watch/269013/indian_thriller/ - 1,021

Clevver: <http://viralvideo.clevver.com/video/15af7975-1e17-4b40-81e1-9858014d590d.htm> http://viralvideo.clevver.com/video/15af7975-1e17-4b40-81e1-9858014d590d.htm - 60,146
Veoh: <http://www.veoh.com/videoDetails.html?v=e134837tsWyJnSF> http://www.veoh.com/videoDetails.html?v=e134837tsWyJnSF    89
YouTube: <http://www.youtube.com/watch?v=U3fJz2Sgl_g> http://www.youtube.com/watch?v=U3fJz2Sgl_g –
19,967

DailyMotion: <http://www.dailymotion.com/rock4stumpy/video/xhspw_indian-thriller-with-the-dancing-sl> http://www.dailymotion.com/rock4stumpy/video/xhspw_indian-thriller-with-the-dancing-sl 16,773

Grouper: <http://grouper.com/video/MediaDetails.aspx?id=1585775&ml=fi%3d%26fu%3d1895073&> http://grouper.com/video/MediaDetails.aspx?id=1585775&ml=fi%3d%26fu%3d1895073& - 4,232

Putfile: <http://media.putfile.com/indian-thriller-with-the-dancing-slugs> http://media.putfile.com/indian-thriller-with-the-dancing-slugsb 6

Sharkle: <http://sharkle.com/video/104808/> http://sharkle.com/video/104808/ 211

Clipshack: <http://clipshack.com/Clip.aspx?key=D1065C3ED5F9AFFC> http://clipshack.com/Clip.aspx?key=D1065C3ED5F9AFFC – 7,358

Vsocial: <http://www.vsocial.com/video/?d=50338> http://www.vsocial.com/video/?d=50338 - 23
Eyespot: <http://eyespot.com/share?cmd=permalink&r=338f45bb57c5d73508f5a123a04b96479ae3f0a93eb60c51a361b03c3016148f05a19f759e03940ce6f7d2798d02d760> http://eyespot.com/share?cmd=permalink&r=338f45bb57c5d73508f5a123a04b96479ae3f0a93eb60c51a361b03c3016148f05a19f759e03940ce6f7d2798d02d760 - 19

Bolt: <http://www.bolt.com/rock4stumpy/video/indian_thriller_with_the_/2415633> http://www.bolt.com/rock4stumpy/video/indian_thriller_with_the_/2415633 - 112

Break.com: <http://view.break.com/165321> http://view.break.com/165321 - 160

Exbyte: <http://www.exbyte.net/media/videos/2704/indian_thriller_with_the_dancing_slugs.html> http://www.exbyte.net/media/videos/2704/indian_thriller_with_the_dancing_slugs.html - 154

Flurl: <http://www.flurl.com/item/indian_thriller_with_the_dancing_slugs_u_193474> http://www.flurl.com/item/indian_thriller_with_the_dancing_slugs_u_193474 - 7340

LiveDigital: <http://rock4stumpy.livedigital.com/content/1032801/> http://rock4stumpy.livedigital.com/content/1032801/ - 98

Confidential

VIA 11786503

Vsocial: <http://www.vsocial.com/video/?l=50492> http://www.vsocial.com/video/?l=50492 - 21 (2 Remote)

ZippyVideos: <http://www.zippyvideos.com/6011329586127026/indianthriller2_extend/> http://www.zippyvideos.com/6011329586127026/indianthriller2_extend/ 33

Vmix: <http://www.vmix.com/view.php?id=1566470&current_resourceid=1566470&type=video> http://www.vmix.com/view.php?id=1566470&current_resourceid=1566470&type=video - 470

StreamDump: <http://www.streamdump.com/videos/display.php?h=c17302> http://www.streamdump.com/videos/display.php?h=c17302 - 28

Spiked Humor: http://www.spikedhumor.com/articles/60493/Indian_Thriller_along_w_Dancing_Slugs.html

Chicken noodle soup:

Grouper: http://grouper.com/video/MediaDetails.aspx?id=1587019 <http://grouper.com/video/MediaDetails.aspx?id=1587019&ml=fi%3d%26fu%3d1897292&> &ml=fi%3d%26fu%3d1897292&  75

Google: http://video.google.com/videoplay?docid=-6365071709506794595 <http://video.google.com/videoplay?docid=-6365071709506794595&hl=en> &hl=en    234

Addicting clips: http://www.addictingclips.com/Clip.aspx?key=FD41A107701CF77D    1404

Daily Motion: http://www.dailymotion.com/checkmystash2/video/xi1gf_chicken-noodle-soup      2127

YouTube: http://youtube.com/watch?v=ROz2VD9nD4o        69

Clevver: http://viralvideo.clevver.com/video/3d09e963-404d-46fa-aa19-985b00eb7b69.htm        4197

Sharkle: http://sharkle.com/video/105172/      132

ClipShack: http://clipshack.com/Clip.aspx?key=E2E381AAFDDE3D1F        332
VSocial: http://www.vsocial.com/video/?d=50798      20

Bolt: http://www.bolt.com/checkmystash2/video/chicken_noodle_slugs/2431494      127

Break. http://my.break.com/Media/View.aspx?ContentID=166168        147

Vmix: http://www.vmix.com/view.php?id=1581343 <http://www.vmix.com/view.php?id=1581343&current_resourceid=1581343&type=video> &current_resourceid=1581343&type=video    22

Metacafe: http://www.metacafe.com/watch/268960/chicken_noodle_soup/        592

Putfile: http://media.putfile.com/Chicken-Noodle-Slugs <http://media.putfile.com/Chicken-Noodle-Slugs%20%20%20%20%20%203>    3

StreamDump: http://www.streamdump.com/?0eed32        14

Veoh: http://www.veoh.com/videoDetails.html?v=e137176McM69CAz        50

Vidiac: http://www.vidiac.com/video/89b70f1e-2180-40f6-834e-985c00d06b9f.htm        52

Exbyte: http://www.exbyte.net/media/videos/2720/Chicken_Noodle_Slugs.html

Eyespot: http://eyespot.com/search?word=slugs <http://eyespot.com/search?word=slugs&t=1161027102216> &t=1161027102216      3

Spiked Humor: http://www.spikedhumor.com/articles/60160/Chicken_Noodle_Slugs.html    42

Bolt: http://www.bolt.com/broadwayjoe415/video/Chicken_Noodle_Soup_and_S/2452708    61

Mr. T

Bolt: http://www.bolt.com/broadwayjoe415/video/Mr_T_rapping_with_dancing/2438050    41

Clevver: http://viralvideo.clevver.com/video/ced855d7-e8b6-4465-8dfe-985c00da63be.htm    11,790

Daily Motion: http://www.dailymotion.com/video/xick3_mr-t-rapping-with-dancing-slugs    783

Clip Shack: http://www.clipshack.com/Clip.aspx?key=8DCA466088D3DD2A    85

Google: http://video.google.com/videoplay?docid=-2988739931668629075 <http://video.google.com/videoplay?docid=-2988739931668629075&hl=en> &hl=en    16

Live Digital: http://livedigital.com/content/1048202/    102

Putfile: http://media.putfile.com/Mr-T-w-the-Dancing-Slugs 3

Metacafe: http://www.metacafe.com/watch/269039/mr_t_and_the_dancing_slugs_rapping/    DELETED

Stream Dump: http://www.streamdump.com/?1eb1c3    15

Veoh: http://www.veoh.com/videoDetails.html?v=e137217q77THyNb    34

vSocial: http://www.vsocial.com/video/?d=50997    28

Vmix: http://www.vmix.com/view.php?id=1587939 <http://www.vmix.com/view.php?id=1587939&current_resourceid=1587939&type=video> &current_resourceid=1587939&type=video    14

YouTube: http://www.youtube.com/watch?v=2WXZlwxmypo    1,759

Zippy Videos: http://www.zippyvideos.com/8183050546142776/mrt_02_1/    24

Exbyte: http://www.exbyte.net/media/videos/2722/Mr_T_rapping_w_dancing_slugs.html

Eyespot: http://eyespot.com/search?word=slugs <http://eyespot.com/search?word=slugs&t=1161027102216> &t=1161027102216  3

Addicting Clips: http://addictingclips.com/Clip.aspx?key=072A7DE05B2CDBBD    3343

Grouper: http://grouper.com/video/MediaDetails.aspx?id=1589507 <http://grouper.com/video/MediaDetails.aspx?id=1589507&ml=fi%3d%26fu%3d1896951&> &ml=fi%3d%26fu%3d1896951&    17

Free Video Blog: http://www.vidiac.com/video/ce9ee4ab-4340-432f-afd6-985b014937d0.htm    732

Spiked Humor: http://www.spikedhumor.com/articles/60501/Mr_T_Rapping_w_Dancing_Slugs.html    15

Dancing Guy

Zippy Videos: http://www.zippyvideos.com/3386380256142096/billy_jean_slugs_sor/    24

Bolt: http://www.bolt.com/mrthomas323/video/Dancing_Guy_with_Slugs/2438575    55

Addicting Clips: http://www.addictingclips.com/Clip.aspx?key=68A5D5DAEAC989DB    492

Clevver: http://viralvideo.clevver.com/video/408e4bfd-b9bf-459e-8e8d-985c00f5ffb1.htm     690

Clip Shack: http://www.clipshack.com/Clip.aspx?key=AA46A49008AC2190     105

Grouper: http://www.grouper.com/video/MediaDetails.aspx?id=1590669 <http://www.grouper.com/video/
MediaDetails.aspx?id=1590669&ml=fi%3d%26fu%3d1897288&> &ml=fi%3d%26fu%3d1897288&  19

Daily Motion: http://www.dailymotion.com/mrthomas323/video/857026     43

YouTube: http://www.youtube.com/watch?v=B4FRNFuypXA     17

Flurl: http://www.flurl.com/item/Dancing_Guy_with_Slugs_u_194383     935

Google: http://video.google.com/videoplay?docid=4812300400845156663     19

Live Digital: http://livedigital.com/content/1049089/     13

Metacafe: http://www.metacafe.com/watch/269237/guy_dancing_with_slugs/     1,076

Putfile: http://media.putfile.com/Dancing-Guy-wslugs 2

Vidiac: http://www.vidiac.com/video/443470a6-c3db-440a-b12b-985c011c8b8c.htm     51

Veoh: http://www.veoh.com/videoDetails.html?v=e137355ztWtxRgc     34

vSocial: http://www.vsocial.com/video/?l=51015

Sharkle: http://www.sharkle.com/video/105546/

Stream Dump: http://www.streamdump.com/?70da75

Spiked Humor: http://www.spikedhumor.com/articles/60178/Guy_Dances_w_Dancing_Slugs.html

Hasselhof:

Addicting Clips  <http://www.addictingclips.com/Clip.aspx?key=6BA6735EB40A799B> http://www.addictingclips.com/
Clip.aspx?key=6BA6735EB40A799B

Bolt  <http://www.bolt.com/gooddrugy/video/David_Hasselhoff_with_the/2459410> http://www.bolt.com/gooddrugy/
video/David_Hasselhoff_with_the/2459410

Clevver http://viralvideo.clevver.com/video/e02282cd-a149-4b7c-a130-985f01049a74.htm

Clip Shack  <http://www.clipshack.com/Clip.aspx?key=6E4741F8BDA2C3E0> http://www.clipshack.com/Clip.aspx?
key=6E4741F8BDA2C3E0

Daily Motion http://www.dailymotion.com/video/xisxk_david-hasselhoff-wdancing-slugs

Exbyte.net  <http://www.exbyte.net/media/videos/2748/Hasselhoff_and_Slugs.html> http://www.exbyte.net/media/
videos/2748/Hasselhoff_and_Slugs.html

Google  <http://video.google.com/videoplay?docid=-2228078678183364810> http://video.google.com/videoplay?
docid=-2228078678183364810

Grouper  <http://grouper.com/video/MediaDetails.aspx?id=1594408&ml=o%3d7%26fk%3dslugs%26fx%3d&> http://
grouper.com/video/MediaDetails.aspx?id=1594408&ml=o%3d7%26fk%3dslugs%26fx%3d&

Live Digital http://livedigital.com/content/1062782/

Metacafe http://www.metacafe.com/watch/272228/dancing_slugs_and_david_hasselhoff/

Sharkle: http://www.sharkle.com/video/106047/

Spiked Humor: http://www.spikedhumor.com/articles/60807/David_Hasselhoff_w_Dancing_Slugs.html

Stream Dump: http://www.streamdump.com/?1814b8

Veoh: http://www.veoh.com/videoDetails.html?v=e139848DFPAen2C

Vidiac: http://www.vidiac.com/video/0b29028c-7cf1-4a85-8295-986000e92f8c.htm

VidiLife: http://www.vidiLife.com/index.cfm?f=media.play <http://www.vidiLife.com/index.cfm?f=media.play&vchrMediaProgramIDCryp=48413CDA-AC43-42E1-90A7-4> &vchrMediaProgramIDCryp=48413CDA-AC43-42E1-90A7-4

vSocial: http://www.vsocial.com/video/?I=51602

YouTube: http://www.youtube.com/watch?v=8YHM9dzRkRk

Flukiest: http://www.flukiest.com/picture/427433

List of attachments:
  Bee Movie Trailer 1.txt
  BOG_webisode1_links.txt
  BOG_trailer2_links.txt
  BOG_trailer1_links.txt
  BOG_webisode2_links.txt
  zodiac_gyllenhall_linls.txt
  zodiac_films_clip_links.txt
  zodiac_tv_spot_links.txt
  transformers_trailer2_links.txt
  shrek3_the_wait_is_ogre_links.txt
  shrek3_trailer1_links.txt
  Shooter Trailer.txt
  norbit_gag_reel_links.txt
  disturbia_trailer1_links.txt
  --blades5.mov
  Viral Videos

# Rubin Exhibit 97

Subject:    RE: youtube
From:       Wahtera, Megan - Paramount <EX:/O=VIACOM/OU=PARAMOUNT/CN=
            RECIPIENTS/CN=WHATERME>
To:         Tipton, Kristina - Paramount
Cc:         Simard, Stephanie - Paramount
Date:       Mon, 18 Dec 2006 18:54:09 +0000

Hi KT -

Can you tell us the titles and when you upload these 2 to YouTube?

We will then add to MySpace and the official site.

Thanks!

Megan

_____

From: Powell, Amy - Paramount
Sent: Monday, December 18, 2006 10:53 AM
To: Tipton, Kristina - Paramount; Wahtera, Megan - Paramount
Subject: RE: youtube

Great. Thanks.

Amy Powell
Senior Vice President
Interactive Marketing
Paramount Pictures

█████████████████████

_____

From: Tipton, Kristina - Paramount
Sent: Saturday, December 16, 2006 1:30 PM
To: Powell, Amy - Paramount; Wahtera, Megan - Paramount
Subject: RE: youtube

Hi Amy,

Sorry - I misunderstood and thought you wanted the music video pushed closer to the top.  I'll add the
individual Common and Will videos first thing on Monday.

Our newest uploaded video is featurette with Mario talking about Tupac:

http://youtube.com/watch?v=ZgHWpgbbEJg

Thanks,

KT

_____

From: Powell, Amy - Paramount

Are the common & will videos uploaded?  (not the music video, but the individual pieces?)

Amy Powell
Senior Vice President
Interactive Marketing
Paramount Pictures



YouTube Broadcast Yourself™
Search
Home Videos Channels Shows
Create Account or Sign In
Subscriptions History Upload

# Be Heard: Tupac Changed My Life

0:04 / 0:37

This is a video response to DONALD TRUMP VS. ROSIE

1,264 ratings 527,518 views

Favorite Share Playlists Flag

Facebook Twitter MySpace (more share options)

Statistics & Data

Video Responses (0) Sign in to post a Video Response

Text Comments (415) Options Sign in to post a Comment

**eS0UL** (2 weeks ago) Reply 0

tupac's music touched me more than my uncle!

**dominicana978** (7 months ago) Reply +2

thats good to know mario. =] and yes tupac was the best rapper but now supposably eminem is.. but still R.I.P TUPAC rest in peace for life yo... i agree with mario Tupac's music really touched meh....

**therapper2** (9 months ago) Reply +4

hey people 2Pac is The best rapper of All Times !!
He will never die he will live in our hearts for ever!!
2Pac Shakur R.I.P!!
PEACE!!
And if u wanna listen the last remixes witt 2Pac , plz sub To me Therapper2 !!

**tommie233** (9 months ago) Reply +4

peace for pac he was the best rapper ever and r.i.p pac

peace

**cloudypac** (9 months ago) Reply +8

Am 18 years old...i started listening to
2pac's songs since last year...and in this short period of my life has been changed
180 degree...everything changed ..

RIP 2PAc the DoN
he is still alive in our hearts and he'll be forever!!

**Abe1396** (11 months ago) Reply 0

i agree with you on everythin except the god and tupac thing.Tupac is the greatest but you cant compare him to god.God is envious he doesnt like no man being in front of him.God is the big cheif.....tupac was more messenger of god like mohammad,abraham.He was like a prohet of our generation

**pearlexperience** (1 year ago) Reply +3

Maybe you should stop judging him and listen! to him and you would understand. you need jesus. 2pac changed my life

**oursedatedyouth** (2 years ago) Reply 0

no he didn't stupid fuck

**Abe1396** (2 years ago) Reply +1

for darkladydumfuck 2nd response,alright u dont like his music,doesnt mean u have 2 call ppl morons, they understand his music so leave them alone u dumbfuck,2pac is the greatest and haterz should just leave him alone and we dont give a fuck on ur opinion

**Abe1396** (2 years ago) Reply +3

no ur the moron that cant relate 2 his music,tupac livedd in the gutter man,in the bad places in nyc,he was homeless,moved around alot,i bet u eat great in thanksgivin or christmas but for him it was a piece of bread and peanut butter that was it, he lived rough,so if u cant relate 2 his music then u did not live in bad environment,in those times when there was racisim,blacks killin blacks,and other issues he live through hell and got out,but in sept.13 hes in heaven

Showing 10 of 415 comments Show More Comments View All 415 comments

## Would you like to comment?

Join YouTube for a free account, or sign in if you are already a member.

beheard Subscribe
December 15, 2006
(less info)

Mario talks about how Tupac's music influenced him to make better decisions.

Be Heard on YouTube.com/BeHeard

Category: People & Blogs

Tags: be heard beheard freedom writers mario tupac

URL http://www.youtube.com/watch?v=ZgHWpgbb

Embed <object width="425" height="344"><param na

## More From: beheard

- Be Heard: Growing Up Young — 0:50 — 47,177 views
- Be Heard: Dealing with the Pain — 0:52 — 320,398 views
- Be Heard: I am a Strong Woman — 0:45 — 397,206 views
- Be Heard: Mario on Emotions During Filming — 0:50 — 15,312 views
- Be Heard: Jason on the Persistence of Mrs. G

## Related Videos

- Freedom Writers - Changes by Tupac — 4:58 — 5,297 views — MusicVideoMakerr — Featured Video
- 2Pac - Word On My Life - DjKrOniCz — 3:44 — 5,121 views — DjKrOniCz
- Be Heard: Growing Up Young — 0:50 — 47,177 views — beheard
- Freedom Writers — 10:02 — 349,581 views — ThaEpydemik
- Be Heard: Dealing with the Pain — 0:52 — 320,398 views — beheard
- Be Heard: I am a Strong Woman — 0:45 — 397,206 views — beheard
- Be Heard: Mario on Emotions During Filming — 15,312 views

Help About Safety Privacy Terms Copyright Partners Developers Advertising
Language: English Location: Worldwide Safety mode: Off

# Rubin Exhibit 98

Subject:   Re: featured video
From:      "Powell, Amy  - Paramount" ███████████████████████

To:        Warman, Bryan; Bordo, Sara; Tipton, Kristina
Cc:        Date:     Tue, 10 Oct 2006 18:44:40 +0000

Agreed

    From: Bryan Warman
    Sent: 10/10/2006 11:40 AM
    To: Sara Bordo
    Subject: Fw: featured video

Team,
I have to agree with taylor on this one - what do you think?
BW

----- Forwarded by Bryan Warman/Marketing/MP/Paramount_Pictures on 10/10/2006 11:39 AM -----

From:"Taylor Cascino" <tcascino@youtube.com>

10/10/2006 11:06 AM
To: <Bryan_Warman@paramount.com>
cc: ███████████████, <kevin@youtube.com>, <Sara_Bordo@paramount.com>
Subject: RE: featured video

Hi Bryan,

As this is no longer on the homepage, it may be more trouble than it's
worth, as you'll lose all your views and comments again.  Also, we are
unable to re-link the videos that show on the Most Viewed Pages, so these
will still point to the out of synch version.  The good news that it looks
like your video got a great response from the YouTube community based on the
many positive comments!

Taylor

-----Original Message-----
From: Bryan_Warman@paramount.com [mailto:Bryan_Warman@paramount.com]
Sent: Friday, October 06, 2006 5:36 PM
To: Taylor Cascino
Cc: ████████████████; kevin@youtube.com; Sara_Bordo@paramount.com
Subject: RE: featured video

Taylor,

I am super excited to say we got a version that syncs properly! Not that we
have not already done enough but is there any way the homepage team can
point to the alt video in the same chu2007 account link below?
http://www.youtube.com/watch?v=k3SlHKFfZBM

I've already changed my description on the mis-synched version to link to
this one, but I'd prefer all links driving to the older versions all point
to this new one.

Feel free to call with any questions or concerns.

CONFIDENTIAL                                                    VIA00369594

Thanks,

Bryan Warman
Creative Director
Motion Picture Interactive Marketing
Paramount Pictures
5555 Melrose Avenue - Marathon, 3205
Hollywood, CA 90038
P: 323.956.8275 | F: 323.862.1107
(Embedded image moved to file: pic03902.gif)

Flushed Away - In Theaters November 3
http://www.FlushedAway.com

----- Replied by Bryan Warman on 10/6/2006 5:22:01 PM
-------------------------------------------------------------------------
-

From:"Taylor Cascino" <tcascino@youtube.com>

10/05/2006 06:45 PM

To: <Sara_Bordo@paramount.com>, <kevin@youtube.com>

cc: ███████████████████, <Bryan_Warman@paramount.com>

Subject: RE: featured video

The switch has been made.  It could take up to an hour to reflect on the
homepage.  As for the synching issue, if you want to send me a copy of the
original file, we can take a look and see what the problem is.  Otherwise,
we'll see you tomorrow.  Have a safe trip.

Taylor

From: Sara_Bordo@paramount.com [mailto:Sara_Bordo@paramount.com]
Sent: Thursday, October 05, 2006 6:12 PM
To: Kevin Donahue; 'Taylor Cascino'
Cc: ████████████████████ Bryan_Warman@paramount.com
Subject: Re: featured video

K&T-
We're uploading a new file.  We need the current Featured Video slot
redirected to the new link below.  Taylor spoke with the editors and this
seemed viable.  Can you check on the upload status for us?

http://www.youtube.com/watch?v=t7W3bxHFShw

One more issue- we need to change the account name from 'flushed away'.
Due to the GREAT success today- even with the video so unsync'd, that
you'll allow us to stay in the section for another day.  I'll be calling to
follow up in a second and I'll see your group tomorrow.  You guys were
great to put it on the hp, you'll now be Outstanding to keep it there.

Sara Bordo
Director, Interactive Marketing
Paramount Pictures

323-956-8499

----- Replied by Sara Bordo on 10/5/2006 5:54:48 PM
--------------------------------------------------------------------------
-

 From:"Kevin Donahue" <kevin@youtube.com>

 10/05/2006 05:50 PM

 To: <Sara_Bordo@paramount.com>

 cc:

 Subject: featured video

Got your voice mail.  Do you want me to ask the editors to take it down?

VIA 00369596