# RUBIN DECLARATION EXHIBITS CONTINUED

# Rubin Exhibit 113



# Paris Hilton on house arrest

22 ratings 3,114 views

Favorite Share Playlists Flag

Facebook Twitter MySpace (more share options)

**FunFunFunnyVideo** Subscribe
June 11, 2007
(more info)

Ankle bracelets are hot

URL http://www.youtube.com/watch?v=c-A8i73lIOA

Embed <object width="425" height="344"><param na

## More From: FunFunFunnyVideo

## Related Videos

**Paris Hilton's House Arrest Tether from Tiffany...**
159,823 views
NatLamp
Featured Video

**EXCLUSIVE: Paris Hilton Chilling at her Malibu ...**
78,878 views
hollywoodtv

**Paris hilton paparazzis outside her house, they...**
9,416 views
stich91

**Paris hilton's house**
80,513 views
supperspicy

**Paris Hilton's brother arrested for DUI**
6,657 views
UPIVideo

**Just Out**
623 views
lovemyshoes

**Congratz krissy! you're free! (;**
1,468 views

**Statistics & Data**

**Video Responses** (0) Sign in to post a Video Response

**Text Comments** (7) Options Sign in to post a Comment

**Christmasbear0** (2 years ago) Reply 0

Paris is so nice but sometimes she can be a bitch for reasons so please... don't take that to seriously . I know like a zillion paris wannabees so don't think that she's not worth anything bithes.

**csljl** (2 years ago) Reply 0

LOL

**opium07** (2 years ago) Reply 0

lol tha's cool! nc graphics out there..

that's hot!

**xKruspeFanx** (2 years ago) Reply 0

ROFL!! im cryin! xDDDDDD
hahahaahahahahahahah

**CheesieBroccli** (2 years ago) Reply 0

lol

**greenandskyblue** (2 years ago) Reply 0

this is so freaking funny!! wait till Shia sees this!!

**spleens07** (2 years ago) Reply 0

AHAHAHHAHAHAHAHAHHAA
fuck this is FUNNY

**kfal21** (2 years ago) Reply 0

lmao thats so retarted lmao all paris says is thats hot lmao and then u giv her a guy voice lmao

**Showing 7** of 7 comments **Show More Comments** View All 7 comments

## Would you like to comment?

Join YouTube for a free account, or sign in if you are already a member.

# Rubin Exhibit 114



| | Search |
|---|---|

Create Account  or  Sign In

Home  Videos  Channels  Shows     Subscriptions  History  Upload







**Strange Wilderness**
strangewildernessuk's Channel   Subscribe    All    Uploads    Favorites



0:41 / 0:41    360p

Info    Comments    Favorite    Share    Playlists    Flag

**Strange Wilderness - Dentist**    46 ratings ★★★★½
From: **strangewildernessuk** | July 24, 2008 | 46,841 views

Strange Wilderness Synopsis:

The story follows the hosts (Zahn and Covert) of fictional wildlife TV show Strange Wilderness, which is headed toward extinction because of bad ratings; they hatch a scheme to find the one animal that can save the show - Bigfoot. **(more info)**

View comments, related videos, and more

**Uploads (16)**

 **Strange Wilderness - Piranha**
39,110 views - 1 year ago

**Strange Wilderness - Monkeys**
25,004 views - 1 year ago

 **Strange Wilderness - Dentist**
46,841 views - 1 year ago

see all

**Favorites (44)**

**force of nature funny**
korly1994 - 1,016 views

**spoon trick**
lanceri - 192,384 views

**le sac vs Pip Letter from X-factor FAKE!**
lesacvspip - 117,940 views

see all



strangewildernessuk
Subscribe
Add as Friend  |
Block User  |  Send Message

**Subscribers (231)**

      

Sezzera   jazzyb04   1099062   grims4ever   yukiisagirl   ihateutube   mendozazo...

see all

**Profile**

| Channel Views: | 26,086 |
|---|---|
| Total Upload Views: | 795,504 |
| Style: | --- |
| Joined: | March 06, 2008 |
| Last Sign In: | 1 year ago |

**Channel Comments**

There are no comments for this user.

Add Comment

| **Subscribers:** | 231 |
|---|---|

Strange Wilderness Synopsis:

The story follows the hosts (Zahn and Covert) of fictional wildlife TV show Strange Wilderness, which is headed toward extinction because of bad ratings; they hatch a scheme to find the one animal that can save the show - Bigfoot.

On DVD 4 August - Only at HMV

| **Country:** | United Kingdom |
|---|---|

#31 - Most Subscribed (All Time) - Sponsors - United Kingdom

# Rubin Exhibit 115

# Housley, Michael

| | |
|---|---|
| **From:** | Sean Ray [seanr@baytsp.com] |
| **Sent:** | Monday, June 16, 2008 9:24 PM |
| **To:** | Housley, Michael |
| **Cc:** | Andrea Cordone; Elliott Kohtz; Evelyn Espinosa; Tim Methenitis |
| **Subject:** | MTVN white-list |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | MTVN white-list.pdf |

Attached is a complete list of usernames white-listed for MTVN

The following usernames were in CIMS before Andrea started in a rule called VIRAL PLACEMENT:
Wiredset
thatisalsofunny
thatsfunny

Since then we have added these:
Blunty3000
2008classicawards

The following usernames were in CIMS before Andrea in a rule called MTVN Partners:

BadBoyRecords
bestweekevertv
blacktreemedia
bpfrecords
bravenewfilms
bullrunvideo
CBS
DamonJohnson
digitalfilmmaker
FutureWorld77
irenemariemodels
Isitfridayyet
jerseymouth1
ladyfragment
laurenceegibbs
LiberalViewer
reaction2006
reno911miami
shishka
Snackboard
SpikeTV
thesparksfly
TNAWrestling
TXCANY
universalmusicgroup
vh1staff
Victorweb
Vlogging
Wiredset

If you have any questions or need any further assistance please let us know.

Regards,

Sean Ray
Client Services
BayTSP, Inc.
408-341-2300 (Main)
408-341-2399 (Fax)
AIM Handle: seanray13
seanr@baytsp.com
www.baytsp.com

**Save the date! Join us for "One World 2008: Managing Piracy in the Global Village" - BayTSP's 5th Annual Anti-Piracy Conference September 15-17th! Join us!**

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

---

**From:** Elliott Kohtz
**Sent:** Monday, June 16, 2008 5:28 PM
**To:** paramount_dailies
**Cc:** Paramount_dailies_cc; Bryan Mejia; Timothy Methenitis
**Subject:** Spiderwick Chronicles Daily Report 06-16-08

## Tracking and Enforcement Update
**This report reflects data gathered yesterday.**

### RADAR Alerts:

Discovered - 0
Pending - 25
Verified - 0
Discarded - 0

**As of 2 AM on Monday Jun 16, RADAR has detected no new sources claiming to be Spiderwick Chronicles. We have verified no releases, discarded no releases, and are in the process of finding download sources for all other releases. Please refer to individual RADAR Alerts for potential new detections not covered in this report period.**

### Infringements:
P2P - 1505
Non P2P - 0
Streaming - 0
Cumulative - 205448

### Top Protocols:
eDonkey - 1028
BitTorrent - 477

### Top Countries:
Germany - 807
United Kingdom - 106
Israel - 81
USA - 50
France - 47

Regards,

Elliott Kohtz
BayTSP, Inc.
Client Service Support
Elliottk@baytsp.com
AIM: elliottbaytsp
Direct: 408.341.2320

**Save the date! Join us for "One World 2008: Managing Piracy in the Global Village" - BayTSP's 5th Annual Anti-Piracy Conference September 15-17th! Join us!** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email and delete the message from your system. Please do not copy the message or distribute it to anyone. This message was prepared at the request of counsel.

Attached is a complete list of usernames white-listed for MTVN

The following usernames were in CIMS before Andrea started in a rule called VIRAL PLACEMENT:
- Wiredset
- thatisalsofunny
- thatsfunny

Since then we have added these:
- Blunty3000
- 2008classicawards

The following usernames were in CIMS before Andrea in a rule called MTVN Partners:

BadBoyRecords
bestweekevertv
blacktreemedia
bpfrecords
bravenewfilms
bullrunvideo
CBS
DamonJohnson
digitalfilmmaker
FutureWorld77
irenemariemodels
Isitfridayyet
jerseymouth1
ladyfragment
laurenceegibbs
LiberalViewer
reaction2006
reno911miami
shishka
Snackboard
SpikeTV
thesparksfly
TNAWrestling
TXCANY
universalmusicgroup
vh1staff
Victorweb
Vlogging
Wiredset

HIGHLY CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　VIA-SUPP0000011

Complete MTVN white-list

- ArtisanNewsService
- BAAFamily
- BadBoyRecords
- barelypolitical
- BdubEtv
- bestweekevertv
- blacktreemedia
- bpfrecords
- bravenewfilms
- BroadwayJoe
- BroadwayJoe415
- bullrunvideo
- CBS
- ChannelFrederator
- cimatics
- Damonjohnson
- digitalfilmmaker
- duke12085
- Edwardtubbs
- fanscapevideos
- FanscapeVideos4U
- FiveChemical
- freeforlife112
- FreshTakes
- FutureWorld77
- GossipGirl40
- HGiantVid
- irenemariemodels
- Isitfridayyet
- JackassWorldMTV
- jerseymouth1
- ladyfragment
- Lakeshore Records
- lakeshoreent
- lakeshorerecords
- laurenceegibbs
- LiberalViewer
- livinglegend
- menudo
- MyDamnChannel
- OfficialReno911
- Paraccount
- Paramount
- Paramount Pictures
- ParamountPictures
- ParentsConnect
- ParkMyVIbe
- PinkStrawberry
- PinkStrawberry1
- powmadeak47
- reaction2006
- reno911miami
- rollingoutTELEVISION
- RunsHouseVideos
- selfmag
- shishka
- Snackboard
- spiketv
- SpikeTV
- TDSwriters
- teodorafilm
- thatisalsofunny
- thatsfunny
- Thatsnotfunny
- themoviemonkey
- thesparksfly
- TNAWrestling
- tomato808
- turningthebig40
- TVgasmdotcom
- TXCANY
- unversalmusicgroup
- vh1staff
- Victorweb
- virtualmtv
- VLogging
- Wiredset
- IrenaZilberman
- Blunty3000
- 2008classicawards

HIGHLY CONFIDENTIAL                                                                                                  VIA-SUPP0000012

# Rubin Exhibit 116

# Housley, Michael

**From:** Sean Ray [seanr@baytsp.com]
**Sent:** Thursday, May 14, 2009 1:06 PM
**To:** Housley, Michael
**Cc:** Elliott Kohtz
**Subject:** RE: White-list
**Attachments:** Paramount Video White-list.xls

Mike,

Here is the Paramount White-list spreadsheet.

Regards,
Sean Ray
Client Service Manager
BayTSP, Inc.
408-341-2384 (Direct)
408-656-6067 (Mobile)
408-341-2399 (Fax)
AIM Handle: seanray13
seanr@baytsp.com
www.baytsp.com

**\*\*Attorney Client Privileged Work Product\*\*** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

**From:** Housley, Michael [mailto:Michael.Housley@viacom.com]
**Sent:** Thursday, May 14, 2009 8:28 AM
**To:** Sean Ray
**Cc:** Elliott Kohtz
**Subject:** RE: White-list

Thanks, Sean. When you have a chance, please send me the current Paramount white-list.

**From:** Sean Ray [mailto:seanr@baytsp.com]
**Sent:** Tuesday, May 12, 2009 12:44 PM
**To:** Housley, Michael
**Cc:** Elliott Kohtz
**Subject:** RE: White-list

Mike,

YouTube user **jimgaffigancomic** has been added to the filters in BVM and CIMS. User **eutube** had already been added.

For your records I have attached the current Cleared User spreadsheet. I know I have not sent you and updated spreadsheet for quite some time.

1/19/2010

Regards,
Sean Ray
Client Service Manager
BayTSP, Inc.
408-341-2384 (Direct)
408-656-6067 (Mobile)
408-341-2399 (Fax)
AIM Handle: seanray13
seanr@baytsp.com
www.baytsp.com
**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

**From:** Housley, Michael [mailto:Michael.Housley@viacom.com]
**Sent:** Tuesday, May 12, 2009 8:52 AM
**To:** Sean Ray
**Cc:** Elliott Kohtz
**Subject:** White-list

Sean,

If we have not already done so, please white-list the following username.

jimgaffigancomic

Thanks,

Mike

HIGHLY CONFIDENTIAL    VIA-SUPP0000014




# Cleared User List

Updated: 5/12/09

## Non-Viral & Not Classified

| | | |
|---|---|---|
| ArtisanNewsService | Lakeshore Records | themoviemonkey |
| BAAFamily | lakeshoreent | ThePDEtube |
| BadBoyRecords | lakeshorerecords | thesparksfly |
| BarackObama.com | laurenceegibbs | TNAWrestling |
| barelypolitical | LiberalViewer | tomato808 |
| BdubEtv | livinglegend | turningthebig40 |
| bestweekevertv | MediocreFilms | TVgasmdotcom |
| blacktreemedia | menudo | TXCANY |
| bpfrecords | mirandacosgrove | unversalmusicgroup |
| bravenewfilms | MultiVuOnline | upinl |
| BroadwayJoe | MyDamnChannel | VenetianPrincess |
| BroadwayJoe415 | nalts | vh1staff |
| bullrunvideo | NRDCflix | Victorweb |
| CBS | OfficialReno911 | virtualmtv |
| ChannelFrederator | Paraccount | VLogging |
| charlestrippy | Paramount | VoteRonWhite |
| cimatics | Paramount Pictures | waverlyflams |
| collegehumor | ParamountFrance | waverlyflams |
| Damonjohnson | ParamountPictures | Wiredset |
| dasDing | ParentsConnect | yogabbagabba |
| digitalfilmmaker | ParkMyVIbe | |
| DionneTv | parrygripp | |
| duke12085 | parrygrippradio | |
| Edwardtubbs | PinkStrawberry | |
| egamimedia | PinkStrawberry1 | |
| Equality4All | powermadeak47dotcom | |
| eutube | powmadeak47 | |
| fanscapevideos | reaction2006 | |
| FanscapeVideos4U | reno911miami | |
| FiveChemical | rollingoutTELEVISION | |
| freeforlife112 | RunsHouseVideos | |
| FreshTakes | selfmag | |
| FutureWorld77 | shaycarl | |
| Gadzoo01 | shishka | |
| GossipGirl40 | Snackboard | |
| HGiantVid | spiketv | |
| IrenaZilberman | SpikeTV | |
| irenemariemodels | StarTrekLeFilm | |
| ISATKM | sugarscaper | |
| Isitfridayyet | TDSwriters | |
| JackassWorldMTV | teodorafilm | |
| jerseymouth1 | thatisalsofunny | |
| jimgaffigancomic | thatsfunny | |
| JohnMcCain.com | Thatsnotfunny | |
| ladyfragment | TheDocklands | |

## Viral White-list

| |
|---|
| 2008classicawards |
| alienatepeople |
| Blunty3000 |
| fanscapemtv |
| funnyvids222 |
| luvinthen |
| mahalodotcom |
| mtvfanscape |
| MTVPressClips |
| newrealitytv |
| NickKCA |
| ParamountGermany |
| paramountpictureshow |
| PPUKPictureShow |
| upinl |
| vcr345 |
| Wiredsetvideo |

HIGHLY CONFIDENTIAL                                                         VIA-SUPP0000015

| Non-Viral & Unknown | | | Viral list |
|---|---|---|---|
| PinkStrawberry1 | fueltv | redrawndog | Paramount 2009 |
| "FXLover" | fueltvoap | reno911miami | Paramount 2010 |
| adultswimdotcouk | FUELTVSHOWMEYOURID | reyesdelacalle | Wiredset |
| AlvinDanceSteps | FutureWorld77 | senha: senharei | RockYouInc |
| AlwaysSunnyFX | FXDirt | shishka | alienatepeople |
| Arkanet | FXTheRiches | Simpsonsmoviechannel | luvinthen |
| AustinOz06 | giagirl | simpsonsofilme | ParamountGermany |
| BadBoyRecords | gossipgirltvofficial | Snackboard | paramountpictureshow |
| bb0s | gypsyvixen | spiketv | |
| bestweekevertv | h0mer001 | SpikeTV | |
| blacktreemedia | hapanesegirl | squareguy | |
| Blip | horrorzone89 | Substance001trailers | |
| bpfrecords | HortonGB | sunshinefan07 | |
| bravenewfilms | huluDotCom | sunshinemovie | |
| BroadwayJoe | imagenesdelmasalla | sunspotscompetition | |
| BroadwayJoe415 | imagensdoalem | superdeluxecomedy | |
| bufalodelanoche | irenemariemodels | Tastefullymine | |
| cafehopping | Isitfridayyet | tcfmexico | |
| canyouhandleit | JackassWorldMTV | tcmclassicshorts | |
| CBS | jerseymouth1 | Thatisalsofunny | |
| CBSNewsOnline | Jonnysleftfoot | Thatsfunny | |
| clr1616 | julianwlai | Thatsnotfunny | |
| Damonjohnson | kackylacky | Thegypsyvixen | |
| Davedore | ladyfragment | themoviemonkey | |
| Digestor2365 | Lakeshore Records | thesparksfly | |
| Digi80 | lakeshoreent | Timmsie | |
| DMGIfamily | lakeshorerecords | TNAWrestling | |
| dnafilmsltd | laurenceegibbs | tsuemetai07 | |
| durodematar4 | LiberalViewer | TXCANY | |
| Eibrandedcontent | madmanonline | vh1staff | |
| eyeofbeholder | menghsitsai | Victorweb | |
| FanscapeVideos4U | michel@10minutos.com.br | VideoNasty | |
| filmmakerdotcom | minkmomo | VLogging | |
| FiveChemical | Miranda4444 | WarnerBrosOnline | |
| foxabulous | mksuperdeluxe | wemakevideonasty | |
| foxatomic | NBC | Wfox | |
| FoxBroadcasting | news4uandi | wigfilms | |
| foxdigitalcopy | nktomic | wvlover | |
| foxfutvolley | Paraccount | JohnMcCain.com | |
| foxhomede | Paramount | BarakObama.com | |
| FoxKino | Paramount Pictures | strangewildernessuk | |
| FoxMovies | ParamountPictures | egamimedia | |
| Foxrental | ParkMyVibe | StarTrekLeFilm | |
| foxsearchlight | PinkStrawberry | ParamountFrance | |
| foxsearchlight1 | powermadeak47dotcom | | |
| foxtvdvd | powmadeak47 | | |
| Foxwtb | reaction2006 | | |
| freeforlife112 | reaction2006 | | |

HIGHLY CONFIDENTIAL     VIA-SUPP0000016

# Rubin Exhibit 117

# EXHIBIT FILED MANUALLY