# RUBIN DECLARATION
# EXHIBITS CONTINUED

# Rubin Exhibit 127

From:    "Wez Merchant" <Wez@waytoblue.com>
Date:    Wed, 28 Nov 2007 12:27:05 -0000
To:      "Simard, Stephanie - Paramount" <Stephanie_Simard@Paramount.com
         >, "Richmond, Jason - Paramount" <Jason_Richmond@Paramount.com>
Cc:      "Erwood, Jenny - Paramount" <Jenny_Erwood@Paramount.com>, "
         Tyldesley, Heath - Paramount" <Heath_Tyldesley@Paramount.com>, "
         Ross, Sam - Paramount" <Sam_Ross@Paramount.com>, "Bagshaw, Emma
         - Paramount" <Emma_Bagshaw@Paramount.com>, "Luiso, Denise -
         Paramount" <Denise_Luiso@Paramount.com>, "Vermes, Carly -
         Paramount" <Carly_Vermes@Paramount.com>, "Williams, Carrie -
         Paramount" <Carrie_Williams@Paramount.com>, "Spendlove, Randy -
         Paramount" <Randy_Spendlove@Paramount.com>, "Wahtera, Megan -
         Paramount" <Megan_Wahtera@Paramount.com>, "Teifeld, Tamar -
         Paramount" <Tamar_Teifeld@Paramount.com>, "Anderson, Jon -
         Paramount" <Jon_Anderson@Paramount.com>, "Sloss, Grant -
         Paramount" <Grant_Sloss@Paramount.com>, "Booker, Robyn -
         Paramount" <Robyn_Booker@Paramount.com>, "Cechettini, Maria -
         Paramount" <Maria_Cechettini@Paramount.com>, "Stuart Coles" <
         Stuart@waytoblue.com>
Subject: RE: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch

Hi All

Thank you for the images.

Do you have a blog/press release about the band we can have also?

With regards to BBC Slink, the idea is for them to run over the weekend.

The feature will receive homepage promotion during this time and introduce the band to their audience (and of course the film)using the video, images and bio's.

The site has 500,000 unique users per month.

Once the exclusive period is over (Monday) we can start seeding to those sites identified in our original plan sent across last week.

Thanks,

Wez

Wez Merchant
Press and Promotions Manager

65 Rivington Street, London
EC2A 3QQ, United Kingdom

Tel: +44 (0) 207 749 8444
Fax: +44 (0) 207 749 8420
Mobile: +44 (0) 7916 272731
Email: wez@waytoblue.com
Skype: wez.waytoblue.com
Website: www.waytoblue.com

This email, its contents and any files transmitted with it are confidential and may be legally privileged. It is intended

solely for the addressee(s) only. If you are not the intended recipient, you must not copy, distribute, or take any action in reliance upon it. If you have received this email in error, please notify us immediately via telephone or fax and delete the material from your computer system. Way to Blue Ltd is registered in UK under number 3872642, with its registered office at 65 Rivington Street, London, EC2A 3QQ.

-----Original Message-----
From: Simard, Stephanie - Paramount [mailto:Stephanie_Simard@Paramount.com]
Sent: 28 November 2007 01:31
To: Wez Merchant; Richmond, Jason - Paramount
Cc: Erwood, Jenny - Paramount; Tyldesley, Heath - Paramount; Ross, Sam - Paramount; Bagshaw, Emma - Paramount; Luiso, Denise - Paramount; Vermes, Carly - Paramount; Williams, Carrie - Paramount; Spendlove, Randy - Paramount; Wahtera, Megan - Paramount; Teifeld, Tamar - Paramount; Anderson, Jon - Paramount; Sloss, Grant - Paramount; Booker, Robyn - Paramount; Cechettini, Maria - Paramount
Subject: RE: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch

Hi Wez,

Please find attached images of the band from the MySpace profile that Jason has asked me to pass along.

Do you have a full promotional plan for the Slink launch that we could review?  We'll upload to MySpace once the exclusive is over.

Thank you!

Stephanie Simard
Creative Director, Interactive Marketing
Paramount Pictures
P: 323.956.2540 | F: 323.862.1107

-----Original Message-----
From: Tyldesley, Heath - Paramount
Sent: Tuesday, November 27, 2007 6:06 AM
To: Luiso, Denise - Paramount; 'Wez@waytoblue.com'; Wahtera, Megan - Paramount; Bagshaw, Emma - Paramount; Richmond, Jason - Paramount; Sloss, Grant - Paramount; Booker, Robyn - Paramount; Cechettini, Maria - Paramount; Simard, Stephanie - Paramount; Vermes, Carly - Paramount
Cc: Erwood, Jenny - Paramount; Ross, Sam - Paramount; Williams, Carrie - Paramount; Spendlove, Randy - Paramount; Teifeld, Tamar - Paramount; Anderson, Jon - Paramount
Subject: RE: ATFFS/Stiff Dylans "Ever Fallen In Love" - UK launch

Hi Denise
Just spoken to Jon Anderson about this.

Please pay the out of context fee - this will be a useful campaign asset generally so we should ensure we are covered to use wide.

Are you covering this cost from LA?  We can accommodate on our HO budget if required.

Best

Heath

Heath Tyldesley
Director, Interactive Marketing
Paramount Pictures International
www.paramount-is-moving.com
tel: +44 (0)203 184 2199.
mb: +44 (0)7702 210 014

heath_tyldesley@paramount.com
BEE MOVIE - In Theaters November 2nd

Paramount Pictures International Limited is a private limited company registered in England.
Registered Number: 03458440
Registered Office: Building 5, Chiswick Park, 566 Chiswick High Road, London, W4 5YF

-----Original Message-----
From: Luiso, Denise - Paramount
Sent: 23 November 2007 17:28
To: 'Wez@waytoblue.com'; Wahtera, Megan - Paramount; Bagshaw, Emma - Paramount; Richmond, Jason - Paramount; Sloss, Grant - Paramount; Booker, Robyn - Paramount; Cechettini, Maria - Paramount; Simard, Stephanie - Paramount; Vermes, Carly - Paramount
Cc: Tyldesley, Heath - Paramount; Erwood, Jenny - Paramount; Ross, Sam - Paramount; Williams, Carrie - Paramount; Spendlove, Randy - Paramount; Teifeld, Tamar - Paramount; Anderson, Jon - Paramount
Subject: Re: ATFFS/Stiff Dylans "Ever Fallen In Love" - UK launch

Yes, we were only able to use on MySpace until we were able to secure the out of context rights to the song, which we just secured today! So we can use the video in other outlets besides MySpace however, there is an additional 'out of context fee' of £10,000.

Heath, can you let us know if we can pay the out of context fee? If so, this will now allow us to use the song in all out of context trailers and tv spots and use the video in different outlets.
Please advise.

Wez- this may not help us with BBC today but can we push it to Monday if everyone agrees on the out of context costs?
Best-
Denise

----- Original Message -----
From: Wez Merchant <Wez@waytoblue.com>
To: Luiso, Denise - Paramount; Wahtera, Megan - Paramount; Bagshaw, Emma - Paramount; Richmond, Jason - Paramount; Sloss, Grant - Paramount; Booker, Robyn - Paramount; Cechettini, Maria - Paramount; Simard, Stephanie - Paramount; Vermes, Carly - Paramount

Cc: Tyldesley, Heath - Paramount; Erwood, Jenny - Paramount; Ross, Sam - Paramount; Williams, Carrie - Paramount; Spendlove, Randy - Paramount; Teifeld, Tamar - Paramount
Sent: Wed Nov 21 04:47:05 2007
Subject: RE: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch

Hi All,

So just to confirm, only MySpace has the the clearance to use the music video? Does this mean we can't use it exclusively with BBC Slink - the exclusive must be with MySpace? If so, please let me know when this has been uploaded so I can speak with MySpace Uk about the promotion

Thanks

Wez

<http://www.waytoblue.com/invitation>

Wez Merchant
Press and Promotions Manager

65 Rivington Street, London

EC2A 3QQ, United Kingdom

Tel: +44 (0) 207 749 8444
Fax: +44 (0) 207 749 8420
Mobile: +44 (0) 7916 272731
Email: wez@waytoblue.com
Skype: wez.waytoblue.com
Website: www.waytoblue.com

This email, its contents and any files transmitted with it are confidential and may be legally privileged. It is intended solely for the addressee(s) only. If you are not the intended recipient, you must not copy, distribute, or take any action in reliance upon it. If you have received this email in error, please notify us immediately via telephone or fax and delete the material from your computer system. Way to Blue Ltd is registered in UK under number 3872642, with its registered office at 65 Rivington Street, London, EC2A 3QQ.

From: Luiso, Denise - Paramount [mailto:Denise_Luiso@Paramount.com]
Sent: 20 November 2007 18:52
To: Wez Merchant; Wahtera, Megan - Paramount; Bagshaw, Emma - Paramount; Richmond, Jason - Paramount; Sloss, Grant - Paramount; Booker, Robyn - Paramount; Cechettini, Maria - Paramount; Simard, Stephanie - Paramount; Vermes, Carly - Paramount
Cc: Tyldesley, Heath - Paramount; Erwood, Jenny - Paramount; Ross, Sam - Paramount; Williams, Carrie - Paramount; Spendlove, Randy - Paramount; Teifeld, Tamar - Paramount
Subject: Re: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch

We only have the right to use the video on MySpace at this point. We've gone back to the publisher and have requested out of context rights and are waiting to hear back. I will let you know as soon as possible and what the additional costs will be.

----- Original Message -----
From: Wez Merchant <Wez@waytoblue.com>
To: Wahtera, Megan - Paramount; Bagshaw, Emma - Paramount; Richmond, Jason - Paramount; Sloss, Grant - Paramount; Booker, Robyn - Paramount; Cechettini, Maria - Paramount; Simard, Stephanie - Paramount; Vermes, Carly - Paramount
Cc: Tyldesley, Heath - Paramount; Erwood, Jenny - Paramount; Ross, Sam - Paramount; Williams, Carrie - Paramount; Spendlove, Randy - Paramount; Luiso, Denise - Paramount; Teifeld, Tamar - Paramount
Sent: Tue Nov 20 08:58:25 2007
Subject: RE: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch

Hi

UK wise online, we are looking to place the video exclusively on Friday with BBC Switch/BBC Slink as they have been on board with the film a lot to date - audition news/coverage of the auditions (filmed)/Louise Rennison agony aunt column/set visit. After the exclusive has run we will look to get Uk MySpace to give it a push the week commencing 26th November. So if you can upload it on the Monday to their site and let us know.

If that is ok with everyone?

iTunes - we have still heard nothing back as yet but we are chasing

Thanks

VIA00348062

Wez

Wez Merchant
Press and Promotions Manager

65 Rivington Street, London
EC2A 3QQ, United Kingdom

Tel: +44 (0) 207 749 8444
Fax: +44 (0) 207 749 8420
Mobile: +44 (0) 7916 272731
Email: wez@waytoblue.com
Skype: wez.waytoblue.com
Website: www.waytoblue.com

This email, its contents and any files transmitted with it are
confidential and may be legally privileged. It is intended solely for
the addressee(s) only. If you are not the intended recipient, you must
not copy, distribute, or take any action in reliance upon it. If you
have received this email in error, please notify us immediately via
telephone or fax and delete the material from your computer system. Way
to Blue Ltd is registered in UK under number 3872642, with its
registered office at 65 Rivington Street, London, EC2A 3QQ.

-----Original Message-----
From: Wahtera, Megan - Paramount [mailto:Megan_Wahtera@Paramount.com]
Sent: 20 November 2007 16:55
To: Wez Merchant; Bagshaw, Emma - Paramount; Richmond, Jason -
Paramount; Sloss, Grant - Paramount; Booker, Robyn - Paramount;
Cechettini, Maria - Paramount; Simard, Stephanie - Paramount; Vermes,
Carly - Paramount
Cc: Tyldesley, Heath - Paramount; Erwood, Jenny - Paramount; Ross, Sam -
Paramount; Williams, Carrie - Paramount; Spendlove, Randy - Paramount;
Luiso, Denise - Paramount; Teifeld, Tamar - Paramount
Subject: RE: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch

Hi All,

We can easily put up the video on the MySpace page for your team to
promote.
When do you want it up? Please note we are out Thursday and Friday for
the holidays.

And apologies if I missed it with all the emails, but what is the
promotional plan that UK MySpace and itunes is giving this piece?

Also - Jason, are you and Randy good with this plan?

Thanks!
Megan

-----Original Message-----
From: Wez Merchant [mailto:Wez@waytoblue.com]

Sent: Tuesday, November 20, 2007 8:47 AM
To: Wahtera, Megan - Paramount; Bagshaw, Emma - Paramount; Richmond,
Jason - Paramount; Sloss, Grant - Paramount; Booker, Robyn - Paramount;
Cechettini, Maria - Paramount; Simard, Stephanie - Paramount; Vermes,
Carly - Paramount
Cc: Tyldesley, Heath - Paramount; Erwood, Jenny - Paramount; Ross, Sam -
Paramount; Williams, Carrie - Paramount; Spendlove, Randy - Paramount;
Luiso, Denise - Paramount; Teifeld, Tamar - Paramount
Subject: RE: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch

Hiya

Ok great they have a URL already.

The UK MySpace site can push this URL but what would need to happen
beforehand is for the video to be uploaded here.

Whoever is in charge of their page should have the admin rights to do
this - and if they can just let us know when it has been uploaded we can
highlight this to the UK editor to push.

Thanks,

Wez

Wez Merchant
Press and Promotions Manager

65 Rivington Street, London
EC2A 3QQ, United Kingdom

Tel: +44 (0) 207 749 8444
Fax: +44 (0) 207 749 8420
Mobile: +44 (0) 7916 272731
Email: wez@waytoblue.com
Skype: wez.waytoblue.com
Website: www.waytoblue.com

This email, its contents and any files transmitted with it are
confidential and may be legally privileged. It is intended solely for
the addressee(s) only. If you are not the intended recipient, you must
not copy, distribute, or take any action in reliance upon it. If you
have received this email in error, please notify us immediately via
telephone or fax and delete the material from your computer system. Way
to Blue Ltd is registered in UK under number 3872642, with its
registered office at 65 Rivington Street, London, EC2A 3QQ.

-----Original Message-----
From: Wahtera, Megan - Paramount [mailto:Megan_Wahtera@Paramount.com]
Sent: 20 November 2007 16:45
To: Wez Merchant; Bagshaw, Emma - Paramount; Richmond, Jason -
Paramount; Sloss, Grant - Paramount; Booker, Robyn - Paramount;
Cechettini, Maria - Paramount; Simard, Stephanie - Paramount; Vermes,
Carly - Paramount

Cc: Tyldesley, Heath - Paramount; Erwood, Jenny - Paramount; Ross, Sam -
Paramount; Williams, Carrie - Paramount; Spendlove, Randy - Paramount;
Luiso, Denise - Paramount; Telfeld, Tamar - Paramount
Subject: RE: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch

Please CC Tamar Telfeld moving forward.
She is our online publicity contact here for Domestic.

The myspace url is http://www.myspace.com/StiffDylansMusic

Best,
Megan

-----Original Message-----
From: Wez Merchant [mailto:Wez@waytoblue.com]
Sent: Tuesday, November 20, 2007 8:41 AM
To: Bagshaw, Emma - Paramount; Richmond, Jason - Paramount; Sloss, Grant
- Paramount; Booker, Robyn - Paramount; Cechettini, Maria - Paramount;
Wahtera, Megan - Paramount; Simard, Stephanie - Paramount; Vermes, Carly
- Paramount
Cc: Tyldesley, Heath - Paramount; Erwood, Jenny - Paramount; Ross, Sam -
Paramount; Williams, Carrie - Paramount; Spendlove, Randy - Paramount;
Luiso, Denise - Paramount
Subject: RE: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch

HI

Do the band currently have a MySpace page?

Thanks

Wez

Wez Merchant
Press and Promotions Manager

65 Rivington Street, London
EC2A 3QQ, United Kingdom

Tel: +44 (0) 207 749 8444
Fax: +44 (0) 207 749 8420
Mobile: +44 (0) 7916 272731
Email: wez@waytoblue.com
Skype: wez.waytoblue.com
Website: www.waytoblue.com

This email, its contents and any files transmitted with it are
confidential and may be legally privileged. It is intended solely for
the addressee(s) only. If you are not the intended recipient, you must
not copy, distribute, or take any action in reliance upon it. If you
have received this email in error, please notify us immediately via
telephone or fax and delete the material from your computer system. Way
to Blue Ltd is registered in UK under number 3872642, with its
registered office at 65 Rivington Street, London, EC2A 3QQ.

HIGHLY CONFIDENTIAL

-----Original Message-----
From: Bagshaw, Emma - Paramount [mailto:Emma_Bagshaw@Paramount.com]
Sent: 20 November 2007 16:38
To: Richmond, Jason - Paramount; Wez Merchant; Sloss, Grant - Paramount;
Booker, Robyn - Paramount; Cechettini, Maria - Paramount; Wahtera, Megan
- Paramount; Simard, Stephanie - Paramount; Vermes, Carly - Paramount
Cc: Tyldesley, Heath - Paramount; Erwood, Jenny - Paramount; Ross, Sam -
Paramount; Williams, Carrie - Paramount; Spendlove, Randy - Paramount;
Luiso, Denise - Paramount
Subject: RE: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch

Hi Jason,

Please supply the music video to Wez at UK's online PR agency (Way To
Blue). Can you put this on FTP to save posting?

Wez is cc'd if you need any further details from him directly.

Many thanks for organizing.

Kind regards,
Emma

-----Original Message-----
From: Richmond, Jason - Paramount
Sent: 20 November 2007 16:33
To: Wez Merchant; Bagshaw, Emma - Paramount; Sloss, Grant - Paramount;
Booker, Robyn - Paramount; Cechettini, Maria - Paramount; Wahtera, Megan
- Paramount; Simard, Stephanie - Paramount; Vermes, Carly - Paramount
Cc: Tyldesley, Heath - Paramount; Erwood, Jenny - Paramount; Ross, Sam -
Paramount; Williams, Carrie - Paramount; Spendlove, Randy - Paramount;
Luiso, Denise - Paramount
Subject: RE: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch

Greetings,

I've cc'd Randy Spendlove & Denise Luiso here, please keep them in the
loop moving forward. Who will be providing myspace with the "Ever Fallen
in Love" music piece? I can get additional quicktime files to whoever
needs them. I know Emma & Heath have copies in the UK and Stephanie &
Megan have copies over here.

All Best,

Jason.

-------------
From: Wez Merchant [mailto:Wez@waytoblue.com]
Sent: Mon 11/19/2007 11:32 AM
To: Bagshaw, Emma - Paramount; Sloss, Grant - Paramount; Booker, Robyn -
Paramount; Cechettini, Maria - Paramount; Richmond, Jason - Paramount;
Wahtera, Megan - Paramount; Simard, Stephanie - Paramount; Vermes, Carly
- Paramount
Cc: Tyldesley, Heath - Paramount; Erwood, Jenny - Paramount; Ross, Sam -
Paramount; Williams, Carrie - Paramount
Subject: RE: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch
.

Hi

Just to keep you in the loop re MySpace.

They have agreed to feature but would like to see it first. Will the
video be uploaded to their MySpace profile? If so, they can definitely
give it a good push on MySpace UK

Thanks,

Wez

-----Original Message-----
From: Bagshaw, Emma - Paramount [mailto:Emma_Bagshaw@Paramount.com]
Sent: Mon 11/19/2007 19:29
To: Sloss, Grant - Paramount; Booker, Robyn - Paramount; Cechettini,
Marla - Paramount; Richmond, Jason - Paramount; Wahtera, Megan -
Paramount; Simard, Stephanie - Paramount; Vermes, Carly - Paramount
Cc: Tyldesley, Heath - Paramount; Erwood, Jenny - Paramount; Ross, Sam -
Paramount; Wez Merchant; Williams, Carrie - Paramount
Subject: ATFFS/Stiff Dylans "Ever Fallen in Love" - UK launch

Hi all,

Following on from our call last week, please see attached the topline
strategy from UK online PR agency to launch the Stiff Dylans' 'Ever
Fallen in Love' video (both UK publicity and agency cc'd).

They have approached MySpace and iTunes (both TBC) and confirmed an
exclusive with BBC Slink/BBC Switch for this Friday, if we can get
assets before then.

Do we know if the record company have spoken to iTunes directly, or if
we've had any success with this in US yet?

I believe we have MySpace secured in US - what date is this going live?
Do we still want to go Day and date or just get footage live asap?

If we have approval on the target list for UK, can we please get the
actual music video sent over with the one-pager on the band and all PR
assets to date to make this coverage as prominent as possible?

Please note we have the coverage/stills of the band from the Kid's
Choice Awards that we will also be sharing with online editors.

Lastly, UK are eager to line-up several interviews, phoners only if
necessary - can you please advise how best to schedule these in now?

Kind regards,
Emma

-----Original Message-----
From: Sloss, Grant - Paramount
Sent: 14 November 2007 01:18
To: Booker, Robyn - Paramount; Cechettini, Marla - Paramount
Cc: Richmond, Jason - Paramount; Tyldesley, Heath - Paramount; Wahtera,

Megan - Paramount; Simard, Stephanie - Paramount; Vermes, Carly -
Paramount; Bagshaw, Emma - Paramount
Subject: Re: ATFFS/Stiff Dylans "Ever Fallen in Love"

Thanks, everyone. Just waiting on the Londoners. Will let everyone know
tomorrow when we're confirmed. IN the meantime, please hold the slot on
your
calendars.

Thanks,
-G

On 11/13/07 3:37 PM, "Robyn Booker" <Robyn_Booker@Paramount.com> wrote:

> Denise is available.
>
>
> On 11/13/07 3:30 PM, "Grant Sloss" <Grant_Sloss@Paramount.com> wrote:
>
>> Thursday at 10:30 AM PST/6:30 PM GMT works for Liz Raposo.
>>
>> Please confirm that you are available at this time.
>>
>> Many thanks,
>> -G
>>
>> Grant Sloss
>> Office of Elizabeth Raposo
>> Paramount Pictures
>> 323.956.8350
>>
>> ------------
>> The Darfur Wall
>> http://darfurwall.org/a/gsloss
>>
>>
>>
>>
>>
>> On 11/13/07 11:54 AM, "Maria Cechettini"
>> <Maria_Cechettini@Paramount.com>
>> wrote:
>>
>>> Randy is not available at 9:30am. Would 10:30am work?
>>>
>>>
>>> On 11/13/07 11:45 AM, "Grant Sloss" <Grant_Sloss@Paramount.com>
>>> wrote:
>>>
>>>> Hi all,
>>>>
>>>> Per Jason's email last week, we'd like to set a conference call to
>>>> discuss
>>>> strategy on the debut of "Ever Fallen in Love" on the Stiff Dylans'
>>>> myspace
>>>> page.
>>>>

>>>> We would like to hold this call on Thursday, November 15 @ 9:30 AM
PST/5:30
>>>> PM GMT. (This is the time slot for the ANGUS Marketing Call that
was just
>>>> moved to Friday, so hopefully everyone's available.)
>>>>
>>>> Please confirm that you can attend or let me know if you have a
conflict. I
>>>> will distribute dial-in information once everyone is confirmed.
>>>>
>>>> Emma, could you also please advise regarding attendees from your
side of
>>>> the
>>>> pond, and obviously let me know if you have any questions?
>>>>
>>>> Many thanks,
>>>> -G
>>>>
>>>> Grant Sloss
>>>> Office of Elizabeth Raposo
>>>> Paramount Pictures
>>>> 323.956.8350
>>>>
>>>> -----------
>>>> The Darfur Wall
>>>> http://darfurwall.org/a/gsloss
>>>>
>>>>
>>>>
>>>>
>>>>>> ------ Forwarded Message
>>>>>> From: "Richmond, Jason - Paramount"
<Jason_Richmond@Paramount.com>
>>>>>> Date: Fri, 9 Nov 2007 12:07:41 -0800
>>>>>> To: "Tyldesley, Heath - Paramount"
<Heath_Tyldesley@Paramount.com>,
>>>>>> "Powell,
>>>>>> Amy - Paramount" <Amy_Powell@Paramount.com>
>>>>>> Cc: "Wahtera, Megan - Paramount" <Megan_Wahtera@Paramount.com>,
"Simard,
>>>>>> Stephanie - Paramount" <Stephanie_Simard@Paramount.com>, "Luiso,
Denise -
>>>>>> Paramount" <Denise_Luiso@Paramount.com>, "Spendlove, Randy -
Paramount"
>>>>>> <Randy_Spendlove@Paramount.com>, "Raposo, Elizabeth - Paramount"
>>>>>> <Elizabeth_Raposo@Paramount.com>
>>>>>> Conversation: Angus - Stiff Dylans' "Ever Fallen In Love" Music
Piece
>>>>>> Subject: Angus - Stiff Dylans' "Ever Fallen In Love" Music Piece
>>>>>>
>>>>>> Amy/Heath,
>>>>>>
>>>>>> We have a Stiff Dylans' music piece of "Ever Fallen In Love"
which has
>>>>>> been
>>>>>> approved by Gurinder & Scott to stream on Myspace. After the
Angus call,

>>>>>> I
>>>>>> spoke with Scott and he wanted to make the debut an event if
possible. On
>>>>>> Monday, a finished version without the burn-in's will be sent to
your
>>>>>> respective offices.
>>>>>>
>>>>>> Should we set up a brief conf. call soon to discuss the strategy
on
>>>>>> this??
>>>>>>
>>>>>>
>>>>>> All Best,
>>>>>>
>>>>>> Jason Richmond
>>>>>> Paramount Pictures - Music Dept.
>>>>>> 5555 Melrose Ave. Crosby 204
>>>>>> Hollywood, CA 90038
>>>>>> Direct: 323.956.8124
>>>>>> ███████████
>>>>>> Fax:    323.862.0065
>>>>
>>>
>>
>
> Robyn Booker
> Paramount Pictures
> 5555 Melrose Ave.
> Crosby bldg. room 222
> Hollywood, CA 90038
> Ofc. 323.956.4145
> Fax. 323.862.2284

HIGHLY CONFIDENTIAL

# Rubin Exhibit 128

| Video ID | 6w5MPpg1XpE |
| --- | --- |
| Video Title | Laguna Beach Season 3 Episode 11 Trailer |
| Length (Seconds) | 39 |
| Date Video Uploaded | 10/30/2006 |
| YouTube Account Username | Wiredset |
| Date YouTube Account Created | 1/5/2006 |
| Signup Email | video@wiredset.com |
| Signup IP | 70.107.223.34 |
| Video Description | Oh, if only the pool water in Mexico could talk. YEAH, I mean - or... wait, hold on. Eh. Nevermind. Ya'll know the deal, Laguna teens come to Cabo and raise hell, with drama in no short supply. Breanna has her eye on someone that might just be off-limits, and Kyndra is embroiled in that ol' boy triangle once again. Watch the trult undress this Wednesday at 10pm, only on MTV. Don't drink the water! |

| Video ID | 8_Eaa7y_rq0 |
| --- | --- |
| Video Title | Laguna Beach Season 3 Episode 5 |
| Length (Seconds) | 28 |
| Date Video Uploaded | 9/7/2006 |
| YouTube Account Username | Wiredset |
| Date YouTube Account Created | 1/5/2006 |
| Signup Email | video@wiredset.com |
| Signup IP | 70.107.223.34 |
| Video Description | The Cameron Train/Sweepstakes continues to roll on in this week's episode, claiming Tessa as a willing victim/participant. What will the little hump-monkey do about that other girl, though? Find out on MTV's Laguna Beach, Wednesdays at 10pm. It's sweet. |

| Video ID | AEkerwX8IFo |
| --- | --- |
| Video Title | Laguna Beach Week 4 Trailer |
| Length (Seconds) | 34 |
| Date Video Uploaded | 8/31/2006 |
| YouTube Account Username | Wiredset |
| Date YouTube Account Created | 1/5/2006 |
| Signup Email | video@wiredset.com |
| Signup IP | 70.107.223.34 |
| Video Description | Breanna and Rocky enjoy a dramatic lunch, with conversation turning to picking sides. The aftermath is what makes this show great! Also, Cameron seems to have crossed a certain blonde off his list -- though not in the good way. Laguna Beach, Wednesdays at 10pm, only on MTV. |

| Video ID | S-hSrAGA4Gg |
| --- | --- |
| Video Title | MTV The Hills Season 2 -- Trailer |
| Length (Seconds) | 172 |
| Date Video Uploaded | 12/22/2006 |
| YouTube Account Username | Wiredset |
| Date YouTube Account Created | 1/5/2006 |
| Signup Email | video@wiredset.com |
| Signup IP | 70.107.223.34 |
| Video Description | Last season, Lauren had the opportunity of a lifetime to go to Paris for another internship, but opted for love instead. In the premiere episode of The Hills Season 2, we jump right back into LC's stormy relationship with Jason, and witness firsthand the aftermath of the break-up after their summer at the beach. But fear not fashionistas, cuz not all is sad in Tinsel Town -- you'll get more Brody Jenner this season than you can handle! (well, at least that LC can handle) Hearts are breaking and mending this season on The Hills, and dreams move a little closer to becoming reality. Get over to MTV every Monday at 10pm and ride with Lauren, Heidi, Audrina and Whitney (can we mention Brody Jenner again?) as they live it up in the place they call home: The Hills! |

| Video ID | VQg9_eyp_AA |
| --- | --- |
| Video Title | Laguna Beach Season 3 Episode 10 Trailer |
| Length (Seconds) | 30 |
| Date Video Uploaded | 10/20/2006 |
| YouTube Account Username | Wiredset |
| Date YouTube Account Created | 1/5/2006 |
| Signup Email | video@wiredset.com |
| Signup IP | 70.107.223.34 |
| Video Description | Rocky hits an Open Air Stereo concert with another boy, and drama ensues between Laguna's one-time happy couple. Meanwhile, Tessa is forced to deal with her own committmentphobe-of-a-boy. Can happiness ever be found on the shores of Laguna Beach? Stay tuned and find out, Wednesday at 10pm, only on MTV. |

| Video ID | z3cRGYXyRnI |
| --- | --- |
| Video Title | Hills Trailer Week 9 |
| Length (Seconds) | 29 |
| Date Video Uploaded | 7/24/2006 |
| YouTube Account Username | Wiredset |
| Date YouTube Account Created | 1/5/2006 |
| Signup Email | video@wiredset.com |
| Signup IP | 70.107.223.34 |
| Video Description | As the internship winds down, Lauren and Jason try to figure out what they'll do for the summer, while Heidi and Jordan seem to have reached a breaking point in their relationship. Will one stay together as the other falls apart? Love can be painful on The Hills, Wednesdays at 10pm, on MTV. |

| Video ID | ABeJNFyj26o |
| --- | --- |
| Video Title | Reno 911! Responds to a Call from Patton Oswalt |
| Length (Seconds) | 89 |
| Date Video Uploaded | 5/20/2008 |
| YouTube Account Username | wiredsetassets |
| Date YouTube Account Created | 5/13/2008 |
| Signup Email | katrinaa@wiredset.com |
| Signup IP | 69.9.46.226 |
| Video Description | The Reno County Sheriff's Department is tuning up their cruisers and calling it in with 8 new episodes of "RENO 911!".  The new episodes premiere Thursday, May 22 at 10:30 p.m. |

| Video ID | XEzbW6wTS3o |
| --- | --- |
| Video Title | Carlos Mencia as Indiana Holmes! |
| Length (Seconds) | 59 |
| Date Video Uploaded | 5/19/2008 |
| YouTube Account Username | wiredsetassets |
| Date YouTube Account Created | 5/13/2008 |
| Signup Email | katrinaa@wiredset.com |
| Signup IP | 69.9.46.226 |
| Video Description | Who need Indiana Jones when you've got Indiana Holmes! Enter Carlos Mencia's outrageous world as the fourth season of "Mind of Mencia" debuts on Comedy Central on Wednesday, May 21 at 10:30p.m. |

| Video ID | 0c5ZqEMxgu8 |
|---|---|
| Video Title | WE HAVE OIL - CLIP FROM THERE WILL BE BLOOD |
| Length (Seconds) | 137 |
| Date Video Uploaded | 2/5/2008 |
| YouTube Account Username | jakemyers2001 |
| Date YouTube Account Created | 4/30/2006 |
| Signup Email | socaliscorpio@aol.com |
| Signup IP | 207.200.116.10 |
| Video Description | Clip from THERE WILL BE BLOOD |

| Video ID | tckEWbOvmrY |
|---|---|
| Video Title | Norbit 300 pounds |
| Length (Seconds) | 53 |
| Date Video Uploaded | 2/27/2007 |
| YouTube Account Username | kate3984 |
| Date YouTube Account Created | 9/28/2006 |
| Signup Email | kate@waytoblue.com |
| Signup IP | 82.108.141.254 |
| Video Description | a clip from the Eddie murphy comedy Norbit |

| Video ID | 2dZ66NoxefY |
|---|---|
| Video Title | Drillbit Taylor - Interviewing the bodyguards |
| Length (Seconds) | 68 |
| Date Video Uploaded | 3/18/2008 |
| YouTube Account Username | drillbit001 |
| Date YouTube Account Created | 3/7/2008 |
| Signup Email | kate@waytoblue.com |
| Signup IP | 81.149.176.198 |
| Video Description | The clip from Drillbit Taylor that sees the kids interviewing bodyguards to protect them from the school bully. |

# Rubin Exhibit 129

# EXHIBIT FILED MANUALLY

# Rubin Exhibit 130

_____

|  |  |
|---|---|
| VIACOM INTERNATIONAL INC., | ) |
| COMEDY PARTNERS, | ) |
| COUNTRY MUSIC TELEVISION, INC., | ) |
| PARAMOUNT PICTURES CORPORATION, | ) |
| and BLACK ENTERTAINMENT TELEVISION | ) |
| LLC, | ) |
|  | ) Case No. 1:07-cv-02103 (LLS) |
| Plaintiffs, | ) (Related Case No. 1:07-cv-03582 (LLS)) |
|  | ) |
| v. | ) |
|  | ) |
| YOUTUBE, INC., YOUTUBE, LLC, and | ) |
| GOOGLE INC., | ) |
|  | ) |
| Defendants. | ) |

_____

**Plaintiffs' Amended Objections and Responses to YouTube's Fourth**
**Set of Requests for Production to Viacom International, Inc.**

Plaintiffs Viacom International Inc., Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, and Black Entertainment Television, LLC, by their attorneys Jenner & Block LLP and Shearman & Sterling LLP, hereby object and respond to YouTube's Fourth Set of Requests for Production to Viacom International, Inc. ("Defendants' Requests") as follows:

**GENERAL OBJECTIONS AND LIMITATIONS**

Plaintiffs make the following objections to specific Requests by, among other things, incorporating by reference the following general objections ("General Objections"):

1.      Plaintiffs object to Defendants' Requests to the extent that they seek to impose on Plaintiffs obligations or requirements beyond those imposed by the Federal Rules of Civil Procedure or the Local Rules of this Court.

2.      Plaintiffs object to Defendants' Requests to the extent that they seek information or documents that are not presently within Plaintiffs' possession, custody, or control, and thereby purport to impose obligations beyond those required by the Federal Rules of Civil Procedure.

3.      Plaintiffs object to Defendants' Requests to the extent that they seek electronically stored information ("ESI") or documents protected from discovery by the attorney-client privilege, the work product doctrine, the self-critical analysis privilege, the consulting expert privilege, materials prepared in anticipation of litigation, any applicable joint prosecution agreements, or any other applicable privilege or immunity from discovery recognized by law ("Privileged Documents"). Any undertaking by Plaintiffs to provide information or produce ESI and/or documents in response to Defendants' Requests should be understood to exclude any Privileged Documents.

4.      Plaintiffs object to Defendants' Requests to the extent that they seek information or request documents that contain trade secret, proprietary, confidential, non-public or commercial information of Plaintiffs or any of their subsidiaries, partners, or affiliates.

5.      Plaintiffs object to Defendants' Requests to the extent that they seek information or request documents that are a matter of public record or are otherwise publicly available.

6.      In responding to Defendants' Requests, Plaintiffs do not in any way waive or intend to waive but, rather, intend to preserve and are preserving:

 a.  all objections as to competency, relevancy, materiality, privilege and admissibility of evidence for any purpose of any information or document, or the subject matter thereof, in the trial of this or any other action or subsequent proceedings;

 b.  the right to object to the use of any information or document, or the subject matter thereof, in the trial of this or any other action or subsequent proceedings;

 c.  the right to elicit appropriate evidence, beyond the responses themselves, regarding the subjects referred to in or in response to any request;

     d.   the right to preserve the confidential or proprietary nature of any information or document, or the subject matter thereof, by mutual agreement or otherwise, as a condition of production; and

     e.   the right at any time to correct, supplement, or clarify any of the responses.

7.     Each response to Defendants' Requests is made subject to all objections as to competence, relevance, materiality, propriety, and admissibility, as well as any and all other objections and grounds that require the exclusion of evidence. Plaintiffs reserve the right to make any and all such objections at trial and at any other proceeding relating to this action.

8.     Plaintiffs object to Defendants' Requests to the extent that they are not limited to time periods reasonably tailored to the matters at issue in this litigation.

9.     Plaintiffs object to the Requests to the extent that they are intentionally or unduly burdensome and propounded for the improper purposes of harassment, delay, and expense.

10.     Plaintiffs object to Defendants' definition of "Content" to the extent that it includes works other than audiovisual works.

11.     Plaintiffs' responses to Defendants' Requests for production shall not constitute an admission of any statement or conclusion implied in any of Defendants' Requests.

12.     Plaintiffs object to Defendants' Requests to the extent that they are overly broad, vague, ambiguous, unduly burdensome or propounded for the improper purposes of harassment, delay, and expense, or seek duplicative information.

## SUPPLEMENTATION

Plaintiffs reserve the right to modify, amend and/or supplement their objections, responses and production should Plaintiffs discover additional information responsive to these Requests and/or as may become necessary, in accordance with applicable provisions of the Federal Rules of Civil Procedure.

## NON-WAIVER

Plaintiffs' failure to object to any of Defendants' Requests on a particular ground or grounds shall not be construed as a waiver of their rights to object on that or any additional

grounds. Subject to and without waiving any objection stated herein, Plaintiffs will provide responses to Defendants' Requests based on information that is believed to be complete and accurate as of the present date. Plaintiffs' investigation of the factual matters relating to this litigation is continuing, and Plaintiffs will update these Objections, Limitations, Conditions, and Responses as appropriate.

**RESPONSES AND OBJECTIONS TO SPECIFIC REQUESTS**

Subject to and without waiving any of the foregoing General Objections, which apply to each Request as if set forth fully below, Plaintiffs make the following specific responses and objections:

**DOCUMENT REQUEST NO. 127:**

All documents regarding studies or surveys conducted by You or on Your behalf related to online video services, including but not limited to the study of YouTube conducted by Peter D. Hart Research Associates in or around January 2007.

**Response to Document Request No. 127:**

Plaintiffs object to this Request on the ground that it is subsumed within prior Document Requests, including but not limited to Document Request Nos. 7, 21, 35, 36, 50, 51 56, 67, 96, and 102. Plaintiffs already have produced and will continue to produce non-privileged ESI and/or documents covered by this Request and relevant to the claims alleged in the Complaint and/or Defendants' defenses as part of its response to prior Requests. To the extent that this Request asks for material not covered by prior Document Requests, Plaintiffs object on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objections and the foregoing General Objections, Plaintiffs will produce non-privileged ESI and/or documents, if any, responsive to this Request and relevant to the claims alleged in the Complaint and/or Defendants' defenses.

**DOCUMENT REQUEST NO. 128:**

All agreements, including draft agreements, between You and multiple system cable operators ("MSOs"), including but not limited to Cablevision Systems, Charter Communications, Comcast Cable Communications, Cox Communications and Time Warner Cable, and between You and satellite television providers, including but not limited to DirecTV and Dish Network, regarding the licensing, distribution, public performance, or display of Your Content.

**Response to Document Request No. 128:**

Plaintiffs object to this Request on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objections and the foregoing General Objections, Plaintiffs agree to produce final agreements with multiple systems cable operators and satellite television providers subject to the terms of the parties' July 7, 2009 Stipulation Regarding Viacom's Production of MSO Related Documents. As provided by paragraph 4 of the Stipulation, Plaintiffs are not producing agreements with entities whose consent to the production is required and who have not granted consent. Those non-consenting entities have been identified to Defendants' counsel by email on July 28, 2009.

**DOCUMENT REQUEST NO. 129:**

All communications with multiple system cable operators ("MSOs"), including but not limited to Cablevision Systems, Charter Communications, Comcast Cable Communications, Cox Communications and Time Warner Cable, and with satellite television providers, including but not limited to DirecTV and Dish Network, regarding the accessibility of Viacom Content online, including Viacom's right to distribute, publicly perform, or display such Content online, the impact of such distribution, public performance, or display on MSOs and satellite television providers, the promotional nature of such distribution, public performance, or display, and whether such distribution, public performance, or display would impact the payments MSOs and satellite television providers would provide to Viacom.

**Response to Document Request No. 129:**

Plaintiffs object to this Request on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objections and the foregoing General Objections, Plaintiffs will produce any non-privileged ESI and/or documents responsive to this Request except for draft agreements with multiple system cable operators or satellite television providers, pursuant to the parties' July 7, 2009 Stipulation Regarding Viacom's Production of MSO Related Documents.

**DOCUMENT REQUEST NO. 130:**

All agreements between Viacom or any entity acting on Viacom's behalf (including the Alliance of Motion Picture and Television Producers) and the American Federation of Television and Radio Artists, the Director's Guild of America, the International Alliance of Theatrical Stage Employees, the Producer's Guild of America, the Screen Actor's Guild and the Writers Guild of America.

**Response to Document Request No. 130:**

Plaintiffs object to this Request on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objections and the foregoing General Objections, and consistent with the agreement reached between the parties, Plaintiffs will produce the requested guild agreements that are stored in electronic form, which date back approximately to 2000.

**DOCUMENT REQUEST NO. 131:**

All documents related to any agreement between Viacom and MySpace.

**Response to Document Request No. 131:**

To the extent this Request asks for agreements regarding the use of Viacom Content, Plaintiffs object on the ground that it is subsumed within prior Document Requests, including but not limited to Document Request Nos. 17 and 18. Plaintiffs already have produced and will

continue to produce non-privileged documents covered by this Request as part of its response to other Requests. To the extent that this Request asks for material not covered by prior Document Requests, including documents regarding agreements not pertaining to the use of Viacom Content, Plaintiffs object on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objections and the foregoing General Objections, Plaintiffs will produce non-privileged ESI and/or documents, if any, responsive to this Request and relevant to the claims alleged in the Complaint and/or Defendants' defenses.

**DOCUMENT REQUEST NO. 132:**

All documents related to any agreement between Viacom and DailyMotion, Inc.

**Response to Document Request No. 132:**

To the extent this Request asks for agreements regarding the use of Viacom Content, Plaintiffs object on the ground that it is subsumed within prior Document Requests, including but not limited to Document Request Nos. 17 and 18. Plaintiffs already have produced and will continue to produce non-privileged documents covered by this Request as part of its response to other Requests. To the extent that this Request asks for material not covered by prior Document Requests, including documents regarding agreements not pertaining to the use of Viacom Content, Plaintiffs object on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objections and the foregoing General Objections, Plaintiffs will produce non-privileged ESI and/or documents, if any, responsive to this Request and relevant to the claims alleged in the Complaint and/or Defendants' defenses.

**DOCUMENT REQUEST NO. 133:**

All documents related to any agreement between Viacom and GoFish Entertainment Network.

**Response to Document Request No. 133:**

To the extent this Request asks for agreements regarding the use of Viacom Content, Plaintiffs object on the ground that it is subsumed within prior Document Requests, including but not limited to Document Request Nos. 17 and 18. Plaintiffs already have produced and will continue to produce non-privileged documents covered by this Request as part of its response to other Requests. To the extent that this Request asks for material not covered by prior Document Requests, including documents regarding agreements not pertaining to the use of Viacom Content, Plaintiffs object on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objections and the foregoing General Objections, Plaintiffs will produce non-privileged ESI and/or documents, if any, responsive to this Request and relevant to the claims alleged in the Complaint and/or Defendants' defenses.

**DOCUMENT REQUEST NO. 134:**

All documents related to any agreement between Viacom and Imeem, Inc.

**Response to Document Request No. 134:**

To the extent this Request asks for agreements regarding the use of Viacom Content, Plaintiffs object on the ground that it is subsumed within prior Document Requests, including but not limited to Document Request Nos. 17 and 18. Plaintiffs already have produced and will continue to produce non-privileged documents covered by this Request as part of its response to other Requests. To the extent that this Request asks for material not covered by prior Document Requests, including documents regarding agreements not pertaining to the use of Viacom Content, Plaintiffs object on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objections and the foregoing General Objections, Plaintiffs will produce non-privileged ESI and/or documents, if any, responsive to this Request and relevant to the claims alleged in the Complaint and/or Defendants' defenses.

**DOCUMENT REQUEST NO. 135:**

All documents related to any agreement between Viacom and MeeVee, Inc.

**Response to Document Request No. 135:**

To the extent this Request asks for agreements regarding the use of Viacom Content, Plaintiffs object on the ground that it is subsumed within prior Document Requests, including but not limited to Document Request Nos. 17 and 18. Plaintiffs already have produced and will continue to produce non-privileged documents covered by this Request as part of its response to other Requests. To the extent that this Request asks for material not covered by prior Document Requests, including documents regarding agreements not pertaining to the use of Viacom Content, Plaintiffs object on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objections and the foregoing General Objections, Plaintiffs will produce non-privileged ESI and/or documents, if any, responsive to this Request and relevant to the claims alleged in the Complaint and/or Defendants' defenses.

**DOCUMENT REQUEST NO. 136:**

All documents related to any agreement between Viacom and Veoh Networks, Inc.

**Response to Document Request No. 136:**

To the extent this Request asks for agreements regarding the use of Viacom Content, Plaintiffs object on the ground that it is subsumed within prior Document Requests, including but not limited to Document Request Nos. 17 and 18. Plaintiffs already have produced and will continue to produce non-privileged documents covered by this Request as part of its response to other Requests. To the extent that this Request asks for material not covered by prior Document Requests, including documents regarding agreements not pertaining to the use of Viacom Content, Plaintiffs object on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without

waiving these objections and the foregoing General Objections, Plaintiffs will produce non-privileged ESI and/or documents, if any, responsive to this Request and relevant to the claims alleged in the Complaint and/or Defendants' defenses.

## DOCUMENT REQUEST NO. 137:

All documents related to any agreement between Viacom and Hulu LLC.

## Response to Document Request No. 137:

To the extent this Request asks for agreements regarding the use of Viacom Content, Plaintiffs object on the ground that it is subsumed within prior Document Requests, including but not limited to Document Request Nos. 17 and 18. Plaintiffs already have produced and will continue to produce non-privileged documents covered by this Request as part of its response to other Requests. To the extent that this Request asks for material not covered by prior Document Requests, including documents regarding agreements not pertaining to the use of Viacom Content, Plaintiffs object on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objections and the foregoing General Objections, Plaintiffs will produce non-privileged ESI and/or documents, if any, responsive to this Request and relevant to the claims alleged in the Complaint and/or Defendants' defenses.

## DOCUMENT REQUEST NO. 138:

Each agreement between Viacom and any third party related to the online marketing of Viacom Content.

## Response to Document Request No. 138:

Plaintiffs object to this Request on the ground that it is subsumed within prior Document Requests, including but not limited to Document Request Nos. 99 and 100. Plaintiffs further object to this Request on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without

waiving these objections and the foregoing General Objections, Plaintiffs will produce non-privileged ESI and/or documents covered by this Request and relevant to the claims alleged in the Complaint and/or Defendants' defenses.

**DOCUMENT REQUEST NO. 139:**

One complete copy of each Electronic Press Kit ("EPK") for each work in suit.

**Response to Document Request No. 139:**

Plaintiffs object to this Request on the grounds that it is subsumed within prior document requests, including but not limited to Document Request No. 99, and that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Plaintiffs further object to the term "complete" to the extent that it purports to impose an obligation on Plaintiffs to produce materials in a form different from how they are maintained in the ordinary course of business. Subject to and without waiving these objections and the foregoing General Objections, Plaintiffs will produce non-privileged ESI and/or documents, if any, responsive to this Request and relevant to the claims alleged in the Complaint and/or Defendants' defenses. Based on discussions between the parties regarding the meaning of the vague and ambiguous term "Electronic Press Kit," Plaintiffs will produce only materials that are referred to as Electronic Press Kits in the ordinary course of Plaintiffs' business.

**DOCUMENT REQUEST NO. 140:**

One copy of each video file used in connection with the promotion or marketing of any work in suit.

**Response to Document Request No. 140:**

Plaintiffs object to this Request on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objections and the foregoing General Objections, Plaintiffs will produce promotional video files that are longer than 30 seconds for all works in suit, except that when multiple promotional video files are identical except that they contain a different call

to action (e.g., the last few seconds of one says "Watch SpongeBob, Tuesday night at 7" while another is the same except that it says "Watch SpongeBob, tonight at 7"), Plaintiffs will produce only one of the functionally identical video files.  For the promotional video files that Viacom has agreed to produce, Plaintiffs will produce them organized by work in suit.

**DOCUMENT REQUEST NO. 141:**

All releases, licenses, or agreements of any kind signed by guests or interviewees appearing on any episode of The Daily Show or Colbert Report in connection with their appearances.

**Response to Document Request No. 141:**

Plaintiffs object to this Request on the ground that it is subsumed within Document Request No. 2 and seeks material that, in response to Plaintiffs' objections to Document Request No. 2, the Court determined that Plaintiffs are not obligated to produce.  Plaintiffs further object to this Request on the grounds that it is overly broad, unduly burdensome, and seeks information not likely to lead to the discovery of admissible evidence.  Subject to and without waiving these objections and the foregoing General Objections, Plaintiffs will produce documents and/or ESI, if any, responsive to this Request, pertaining to a work in suit, and relevant to the claims alleged in the Complaint and/or Defendants' defenses.

August 14, 2009

Respectfully submitted,

Susan J. Kohlmann /JCC

William M. Hohengarten (WH-5233)
**JENNER & BLOCK LLP**
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Susan J. Kohlmann (SK-1855)
**JENNER & BLOCK LLP**
919 Third Avenue
37th Floor
New York, NY 10022
Telephone: (212) 891-1690
Facsimile: (212) 891-1699

Stuart J. Baskin (SB-9936)
Stephen R. Fishbein (SF-3410)
John Gueli (JG-8427)
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Plaintiffs*

13

TO:

David H. Kramer
Michael H. Rubin
Bart E. Volkmer
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone (650) 493-9300
Facsimile (650) 493-6811

Richard Ben-Veniste
Andrew H. Schapiro
A. John P. Mancini
Matthew D. Ingber
Brian M. Willen
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
(212) 262-1910 (fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on this 14th day of August, 2009, on Defendants' counsel by electronic mail, pursuant to an agreement of the parties under Fed. R. Civ. P. 5(b)(2)(D).

# Rubin Exhibit 131

| Work In Suit | Promotional Video Produced by Viacom (Video File and Source Disk) | Rubin Decl. Exhibit Version "A" As Produced by Viacom | Rubin Decl. Exhibit Version "B" Converted to MPEG-1 Format | Video ID of Clips in Suit Matching Viacom Promotional Videos | Rubin Decl. Exhibit Version "A" As Stored on YouTube's Servers | Rubin Decl. Exhibit Version "B" Converted to MPEG-1 Format |
|---|---|---|---|---|---|---|
| Drawn Together | 204_foxy_240.flv (VIA_PROMO_000037) | 132A | 132B | zDEXipdnMCI | 177A | 177B |
| Drawn Together | 210_cheat_240.flv (VIA_PROMO_000037) | 133A | 133B | nNrMydWxOPE | 178A | 178B |
| | | | | SZRVfdQIk1Y | 179A | 179B |
| Crank Yankers | 302_rudy_240.flv (VIA_PROMO_000037) | 134A | 134B | H6E-KLzPe78 | 180A | 180B |
| Mind of Mencia | 216_pirates_240.flv (VIA_PROMO_000037) | 135A | 135B | _EXqxW_lJ7M | 181A | 181B |
| | | | | JrzbTpEE5Pg | 182A | 182B |
| Mind of Mencia | 209_rap_240.flv (VIA_PROMO_000037) | 136A | 136B | a1vH7ANtuIo | 183A | 183B |
| | | | | D672Ynm9v00 | 184A | 184B |
| | | | | RrMT1MSiUNQ | 185A | 185B |
| Mind of Mencia | 302_36mafia_240.flv (VIA_PROMO_000037) | 137A | 137B | 3dELi5G-4VQ | 186A | 186B |
| Mind of Mencia | 311_blackpresident_240.flv (VIA_PROMO_000037) | 138A | 138B | 5Dx_9Z8mPu0 | 187A | 187B |
| Mind of Mencia | 401_cop_240.flv (VIA_PROMO_000037) | 139A | 139B | 6jrjZXAL9uY | 188A | 188B |
| Mind of Mencia | 315_movies_240.flv (VIA_PROMO_000037) | 140A | 140B | djjrjK-N2Ls | 189A | 189B |
| Mind of Mencia | 314_mindfreak_240.flv (VIA_PROMO_000037) | 141A | 141B | JYBWzzbDpC4 | 190A | 190B |
| | | | | vTvMY0QVFGI | 191A | 191B |
| | | | | ydzMHJNTrTw | 192A | 192B |
| Lewis Black's Root of All Evil | roe_103a_04_240.flv (VIA_PROMO_000037) | 142A | 142B | 6qJwikKLLzg | 193A | 193B |
| Lewis Black's Root of All Evil | roe_108_02_240.flv (VIA_PROMO_000037) | 143A | 143B | hUR7Ul8eOAM | 194A | 194B |
| Live at Gotham | 208_iglesias_240.flv (VIA_PROMO_000037) | 144A | 144B | mB_hZtbyDlw | 195A | 195B |
| | | | | odRzNTpl8I4 | 196A | 196B |
| | | | | seOk5FHcvxo | 197A | 197B |
| Live at Gotham | 207_black_240.flv (VIA_PROMO_000037) | 145A | 145B | _YfYmrkYiW0 | 198A | 198B |
| | | | | GjWzcOryRP0 | 199A | 199B |
| Live at Gotham | 106_rogan_show_240.flv (VIA_PROMO_000037) | 146A | 146B | Wt4wDTuOeig | 200A | 200B |
| Chocolate News | 102_haters_240.flv (VIA_PROMO_000037) | 147A | 147B | Rooa7lGKmkE | 201A | 201B |
| The Sarah Silverman Program | ss_204_01_240.flv (VIA_PROMO_000037) | 148A | 148B | fpEbOfrC-pY | 202A | 202B |
| | | | | UnzSAlGhzkk | 203A | 203B |
| The Sarah Silverman Program | ss_101_pooped_rev_240.flv (VIA_PROMO_000037) | 149A | 149B | 8iPqFfz6gII | 204A | 204B |
| Reno 911! | rn_511_11_240.flv (VIA_PROMO_000037) | 150A | 150B | Ju50pe8_UFo | 205A | 205B |
| Reno 911! | 309_jonesjingle_240.flv (VIA_PROMO_000037) | 151A | 151B | L7Z-ViFroSg | 206A | 206B |
| Drake and Josh | ni_daj_i_love_sushi_79813_clip_320.flv (VIA_PROMO_000033) | 152A | 152B | APjMaIvDsVQ | 207A | 207B |
| iCarly | ni_rt106620_ic_clip.mpg (VIA_PROMO_000035) | 153A | 153B | VrlFjoDlJic | 208A | 208B |
| iCarly | ni_icarly_rt106701_more_viewers_clip.mpg (VIA_PROMO_000035) | 154A | 154B | EbDWqx3hVi0 | 209A | 209B |
| Avatar | ni_avator_rt113384_invasion_clip.mpg (VIA_PROMO_000035) | 155A | 155B | VGI-RaHgjTA | 210A | 210B |
| | | | | GO_sq-_OOP0 | 211A | 211B |
| Avatar | ni_avatar_rt138917_the_ember_island_players_clip.mpg (VIA_PROMO_000035) | 156A | 156B | E95bOTnpPVk | 212A | 212B |
| Avatar | ni_avatar_rt109664_sokkas_master_clip.mpg (VIA_PROMO_000035) | 157A | 157B | hr42F3B-akM | 213A | 213B |
| Avatar | ni_a_paintedlady_clip_rt108494.mpg (VIA_PROMO_000035) | 158A | 158B | RApploZ8cpA | 214A | 214B |
| | | | | unloqkDNaLs | 215A | 215B |
| Chappelle's Show | 109_blackzilla_240.flv (VIA_PROMO_000037) | 159A | 159B | -hDJ_tRm5es | 216A | 216B |
| | | | | oUpbHYHvOlk | 217A | 217B |
| | | | | WveBTctN5cY | 218A | 218B |
| | | | | XPW4sXNTWU4 | 219A | 219B |

| Work In Suit | Promotional Video Produced by Viacom (Video File and Source Disk) | Rubin Decl. Exhibit Version "A" As Produced by Viacom | Rubin Decl. Exhibit Version "B" Converted to MPEG-1 Format | Video ID of Clips in Suit Matching Viacom Promotional Videos | Rubin Decl. Exhibit Version "A" As Stored on YouTube's Servers | Rubin Decl. Exhibit Version "B" Converted to MPEG-1 Format |
|---|---|---|---|---|---|---|
| Chappelle's Show | 107_jedisexscandal_240.flv (VIA_PROMO_000037) | 160A | 160B | B-X77Bwee-c | 220A | 220B |
| Chappelle's Show | 213_toilet_240.flv (VIA_PROMO_000037) | 161A | 161B | nkEGOte4G94 | 221A | 221B |
| Chappelle's Show | 211_haters_240.flv (VIA_PROMO_000037) | 162A | 162B | b5nxaWSP2LY | 222A | 222B |
| | | | | Qdc4qLWWBXA | 223A | 223B |
| | | | | syYFM9VshdI | 224A | 224B |
| | | | | uTiiQxNmKgo | 225A | 225B |
| Chappelle's Show | 207_dice_240.flv (VIA_PROMO_000037) | 163A | 163B | 788ew5kurEE | 226A | 226B |
| Chappelle's Show | 112_tradingspouses_240.flv (VIA_PROMO_000037) | 164A | 164B | M-zMvuBVjHA | 227A | 227B |
| Chappelle's Show | 112_and1_240.flv (VIA_PROMO_000037) | 165A | 165B | tD8byi5zodU | 228A | 228B |
| Chappelle's Show | 110_historysgreatestwars_240.flv (VIA_PROMO_000037) | 166A | 166B | AZwhHdWVhOk | 229A | 229B |
| | | | | CUwPRLisZJs | 230A | 230B |
| | | | | eu81Uiidzbo | 231A | 231B |
| | | | | gW7XgIMVQPc | 232A | 232B |
| | | | | hoyoMtTLbok | 233A | 233B |
| | | | | JouQ1N4OSLE | 234A | 234B |
| | | | | jty2H6D8DpM | 235A | 235B |
| | | | | -KSAZsrfFxc | 236A | 236B |
| | | | | OOMjip4pj40 | 237A | 237B |
| | | | | pf5XCDCQ3Jg | 238A | 238B |
| | | | | Pk-OxMRHz3w | 239A | 239B |
| | | | | S2LLksvDWGA | 240A | 240B |
| | | | | toSHNmDFP4Y | 241A | 241B |
| | | | | ttL9inKOi1U | 242A | 242B |
| | | | | wgnG1kY5nl4 | 243A | 243B |
| | | | | wnJ4X9n01bs | 244A | 244B |
| | | | | x2CIMYKAoig | 245A | 245B |
| | | | | y5U9Qk9ljDM | 246A | 246B |
| Chappelle's Show | 302_dean_240.flv (VIA_PROMO_000037) | 167A | 167B | hGuVGECII2g | 247A | 247B |
| | | | | V8vLVJVyVmA | 248A | 248B |
| | | | | Vwde16McDVs | 249A | 249B |
| | | | | W2u60cUK8Oo | 250A | 250B |
| Chappelle's Show | 108_frontlineracistsanimals_240.flv (VIA_PROMO_000037) | 168A | 168B | iuoC3LWXj8U | 251A | 251B |
| Chappelle's Show | 106_chappellestory_240.flv (VIA_PROMO_000037) | 169A | 169B | mg4Qa_zzufk | 252A | 252B |
| | | | | q793TeXJvUY | 253A | 253B |
| Chappelle's Show | 104_reparations_240.flv (VIA_PROMO_000037) | 170A | 170B | 20hRwA8FsJs | 254A | 254B |
| | | | | NHuqm8hyNCA | 255A | 255B |
| Chappelle's Show | 103_zapped_240.flv (VIA_PROMO_000037) | 171A | 171B | 0BW_XqajKKw | 256A | 256B |
| | | | | D4yu4FvwLvQ | 257A | 257B |
| Chappelle's Show | 102_psychicline_240.flv (VIA_PROMO_000037) | 172A | 172B | N1s-rqKivHI | 258A | 258B |
| | | | | SktePEr8VbY | 259A | 259B |
| Chappelle's Show | 101_popcopy_240.flv (VIA_PROMO_000037) | 173A | 173B | 5BwvVn8lMPc | 260A | 260B |
| | | | | K0hl17BwyXM | 261A | 261B |
| | | | | R3AT91x0pK8 | 262A | 262B |
| Chappelle's Show | 101_klanpart2_240.flv (VIA_PROMO_000037) | 174A | 174B | YI4vdV6Rtik | 263A | 263B |
| Chappelle's Show | 101_klan_240.flv (VIA_PROMO_000037) | 175A | 175B | IDs-GD_gJXA | 264A | 264B |
| | | | | OlS8mpmvOTs | 265A | 265B |

| Work In Suit | Promotional Video Produced by Viacom (Video File and Source Disk) | Rubin Decl. Exhibit Version "A" As Produced by Viacom | Rubin Decl. Exhibit Version "B" Converted to MPEG-1 Format | Video ID of Clips in Suit Matching Viacom Promotional Videos | Rubin Decl. Exhibit Version "A" As Stored on YouTube's Servers | Rubin Decl. Exhibit Version "B" Converted to MPEG-1 Format |
|---|---|---|---|---|---|---|
| | | | | 0xwiDeK02Ds | 266A | 266B |
| | | | | 5q7-ePkr6_g | 267A | 267B |
| | | | | 6G66HoaMWKE | 268A | 268B |
| | | | | 6JVBORzb6zc | 269A | 269B |
| | | | | 9QM9jpyoug0 | 270A | 270B |
| | | | | 9qP3of_y-yI | 271A | 271B |
| | | | | azCdTv5zKz4 | 272A | 272B |
| | | | | chATcywQwYI | 273A | 273B |
| | | | | CvZWrfQTeZ8 | 274A | 274B |
| | | | | CxTZXM8_bkM | 275A | 275B |
| | | | | D7-8sCdHsXQ | 276A | 276B |
| | | | | eFELX29oFZg | 277A | 277B |
| | | | | EpQhRj022NI | 278A | 278B |
| | | | | f69hnKij7y8 | 279A | 279B |
| | | | | FmWiKOvGctc | 280A | 280B |
| | | | | fTD1ZE6m_0A | 281A | 281B |
| | | | | ftgonN_BeJM | 282A | 282B |
| | | | | FVAOxsM2xJI | 283A | 283B |
| | | | | hElmEvXc-e4 | 284A | 284B |
| | | | | ihHu4ecaJEw | 285A | 285B |
| | | | | jVT10rOAMvo | 286A | 286B |
| | | | | KHuyrZDoelQ | 287A | 287B |
| Chappelle's Show | 111_makeawish_240.flv (VIA_PROMO_000037) | 176A | 176B | mBDEWPm7_d8 | 288A | 288B |
| | | | | N8q4g1re0tQ | 289A | 289B |
| | | | | ojKTnKRJAgc | 290A | 290B |
| | | | | oVfgIcfC7rs | 291A | 291B |
| | | | | ozK5Gyn-mkU | 292A | 292B |
| | | | | PgCQL-WqY3g | 293A | 293B |
| | | | | -PRvzv5K4oo | 294A | 294B |
| | | | | Qb8DmmzDMMc | 295A | 295B |
| | | | | qimEZ2iLzyE | 296A | 296B |
| | | | | qRl-PtGDsgI | 297A | 297B |
| | | | | r7QtZbZ226Y | 298A | 298B |
| | | | | RuhG_6qjhDM | 299A | 299B |
| | | | | rZSEF8uJ1A0 | 300A | 300B |
| | | | | SeJjZgvbhrg | 301A | 301B |
| | | | | twIyFLOu7Fw | 302A | 302B |
| | | | | t-wypUmOVOA | 303A | 303B |
| | | | | tZtPxyyymog | 304A | 304B |
| | | | | vDPpVEKvNXA | 305A | 305B |
| | | | | VVKT591N2pg | 306A | 306B |
| | | | | WhGa3poJmDw | 307A | 307B |
| | | | | wS8IKyIhf28 | 308A | 308B |
| | | | | WtSwZ98fL7U | 309A | 309B |
| | | | | zE_FqPuW-Dc | 310A | 310B |

# Rubin Exhibits 132 - 316

# VIDEO EXHIBITS: FILED MANUALLY