◻ ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-10

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
VIACOM INTERNATIONAL INC.,
et al.,

        Plaintiffs,                07 Civ. 2103 (LLS)

        v.                         ORDER

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE INC.,

        Defendants.
---------------------------------x
```

The Clerk of the Court is directed to strike docket entries 204, 205, and 206 from the record, including attached PDF files.

So ordered.

Dated: March 22, 2010
       New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.