# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

VIACOM INTERNATIONAL INC.,  )
COMEDY PARTNERS,  )
COUNTRY MUSIC TELEVISION, INC.,  )
PARAMOUNT PICTURES CORPORATION,  )
and BLACK ENTERTAINMENT TELEVISION  )  Case No. 1:07-cv-02103 (LLS)
LLC,  )  (Related Case No. 1:07-cv-03582 (LLS))
  )
            Plaintiffs,  )  **CERTAIN UNSEALED EXHIBITS**
  )  **TO DECLARATION OF WILLIAM**
            v.  )  **M. HOHENGARTEN IN SUPPORT**
  )  **OF VIACOM'S MOTION FOR**
YOUTUBE INC., YOUTUBE, LLC, and  )  **PARTIAL SUMMARY JUDGMENT**
GOOGLE, INC.,  )
  )
            Defendants.  )
  )
_____)

April 15, 2010