| | |
|---|---|
| To: | "Jennifer Feikin" <jfeikin@google.com>, "Peter Chane" <peterch@google.com>, "David Eun" <deun@google.com> |
| From: | "gracew" <gracew@google.com> |
| Cc: | "Michael Baldwin" <mbaldwin@google.com>, "Francoise Brougher" <fbrougher@google.com> |
| Bcc: | |
| Received Date: | 2006-05-11 23:52:22 CST |
| Subject: | Final Content team pages for Video GPS |

Please find attached final version for integration with product deck. I talked this through with Dave Eun too and he has OK'd also.

Grace

Attachments:

060511 Video GPS content pages FINAL.ppt

DATE: 5-6-09    EXHIBIT# 8
DEPONENT: Schmidt, E.
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582

A. Ignacio Howard, CSR, RPR, CCRR, CLR, No. 9830

Highly Confidential                                                                 G00001-00496614



Highly Confidential

GOO001-00496615

Peter's how we are going to win page goes here



Highly Confidential

GOO001-00496616

# Focus in the next 9 months

- Get more traffic:
  - Focus on user-generated content
  - As resource trade-off, deprioritize premium content
  - Make the site more viral
- Get more uploads:
  - Focus on user uploads
  - Reduce hurdles to bring content online
- Get free content through monetization:
  - Ads trials
  - Ads roll-out



Highly Confidential

GOO001-00496617



Peter's roadmap pages go here

Highly Confidential

GOO001-00496618

# Content Acquisition Strategy Update



Highly Confidential

# Premium Content Owners – Lessons Learned

- They still believe their content is king
- They live by promotion, Google does not
- They don't like their content mixed with user-submitted content (better promotion is possible compromise)
- They feel sudden pressure to develop viable online models
- They realize that their #1 current threat is piracy, not cannibalization of current revenue streams through legitimate online use
- They want to "get in the game" and aren't solely focused on short-term revenue
- They want true distribution partner, not just technology platform
- They want to create new "online content" and want funding partners
- They acknowledge YouTube can provide some level of promotion, but (mainly) perceive YouTube as trafficking mostly illegal content – "it's a video Grokster"



Highly Confidential

GOO001-00496620

# Content Acquisition Challenges

**Common complaints and deal hurdles from current and prospective partners:**

- Disappointing DTO sales and support, and lack of product improvements
  - Significant delays in bringing time-sensitive content online (e.g., CBS and NBA)
  - Can't find partner content
    - Poor search quality, Poor basic browse functionality
    - Lack of content promotion
  - Delays in both one box and RSS integrations
- Perception that Google has priorities that conflict with partners'
  - Perception of focus on user-generated content
  - Lack of web crawl for video, esp. RSS
  - Appearance of GV as walled garden vs. "switchboard"
- Apparent lack of understanding of premium partner needs/desires
  - Inflexible # of downloads (fixed at 10; partners want industry std 3-5)
  - Limited value of connected DRM, and no device support
  - Partners live by promotion; Google doesn't seem to get this whereas our competitors do
  - Lack of ad or other monetization models
  - Occasional mistakes in filtering copyright infractions
- Partners' own confusion and inability to migrate old models to the web



Highly Confidential

GOO001-00496621

# Google Video premium deal status (existing iTunes deals)

| | Content Owner | GV deal status | Hurdles to deal |
|---|---|---|---|
| TV | CBS | • Have deal -- iTunes does not have deal | |
| | ABC (incl ABC, ABC Family, Disney, ESPN/ABC Sports, Jetix, SOAPnet) | • No deal | • Perceive implementation troubles in GV history<br>• Copyright violation in GV index<br>• Want to control their experience |
| | NBC Universal (incl. Bravo, USA) | • No deal | • Promotion<br>• Functioning search and browse<br>• Limited downloads |
| | CSTV/CBS Sports, Showtime | • Have deal with CSTV<br>• No deal with others | • Limited downloads |
| | Fox (incl Fx, FuelTV, Speed) | • No deal | • $$ guarantees<br>• Promotion<br>• Functioning search and browse<br>• Limited downloads |
| | MTV Networks (MTV, Comedy Central, Nickelodeon, The N) | • All same content in Google deal in deal folder | • New MTV head wants "larger Google deal" |
| | NBA TV | • Deal with same of the content - now at new iTunes prices | • Low sales $; want higher sales<br>• Want to test diff. content on different platforms |
| Music | UMG | • No deal | • Limited downloads<br>• Indemnify synch rights after 1 download |
| | SonyBMG | • Have deal | |
| | EMI | • No deal | • Limited downloads |
| | Warner | • No deal | • Limited downloads |

Highly Confidential

GOO001-00496622

Google

Short-term content activities reflect current product priorities while maintaining relationships for long-term success with premium content

| | Premium | "Torso" | User-Generated |
|---|---|---|---|
| Today's Action Steps | • Maintain relationships w/ premium owners and reset expectations<br>• Focus on promotions and event programming<br>• Do RSS feeds (when ready) | • Accelerate growth of torso content<br>• Acquire more international content<br>• Continue digitization efforts | • Develop community tools and explore deals to contribute premium content to user-generated activities |
| Target Content and Market | • Every TV / Major Cable network (CBS, ABC, Fox)<br>• Movie studios<br>• Music labels<br>• iTunes<br>• Yahoo<br>• AOL<br>• MSN | • Smaller cable networks<br>• Educational/DIY<br>• Special interest verticals<br>• Niche content<br>• University Lectures<br>• Archives (e.g., NARA) | • YouTube<br>• MySpace<br>• Grouper<br>• Veoh<br>• 100+ small sites |

Google

Highly Confidential

GOO001-00496623

# Final Recommendations/Asks

### Asks of ENG:

* Acknowledgement that premium content is being *significantly de-prioritized* relative to initial CES focus (therefore, many premium DTO deals are delayed)

* Agreement that ultimate goal should be providing most comprehensive content offering possible (premium, torso and long tail), and help set timetable for premium



Highly Confidential

GOO001-00496624

# Appendix – Content Pages



Google

Highly Confidential

GOO001-00496625



Highly Confidential

# How do we win?

GV can use scale and expertise to have most comprehensive content offerings — from head to tail

- Content types: premium, user generated, torso - which is key differentiator (show curve and add comments)
- Content genres/verticals: entertainment, sports, lifestyle/how to/DIY, archives, news, education, niche, etc.

GV can be best user experience

- Improve search not just hosted content but for all web video content
- Provide linkages such as RSS feeds and one-box integration in meantime
- Drive open standards and distribution deals so users can consume content across multiple devices, especially linking PC to TVs

GV can be best partner to content owners

- Respect copyrights of premium content owners (we should beat YouTube by improving features and user experience, not being a "rogue enabler" of content theft)
- Provide best in class marketing/promotion of content, particularly "event" programming: Online Film Festivals; supporting "Tentpole" movie and tv shows launches; Superbowl ads; Oscar trailers/content
- Provide a platform for promotion and distribution for torso content owners who have professional content but limited access to audiences
- Provide community tools for voting, rating, tagging, commenting, recommending, mashing, etc. and give access to all types of content, including select premium/torso content

GV can provide multiple monetization options (Advertising; Sponsorships; DTO) and leverage expertise in Advertising in particular

- The way to win ultimately is in providing multiple monetization options, particularly advertising which can be applied across all content types



Highly Confidential

GOO001-00496627



Highly Confidential

GOO001-00496628

<a>
</a>



<b>
</b>

<s>
</s>
Highly Confidential

GOO001-00496629



Of the wide range of partner content we have acquired, premium music and standard ads are most often played

Highly Confidential

GOO001-00496630