| To: | "Jennifer Feikin" <jfeikin@google.com>, "Eva Ho" <eva@google.com>, "gracew" <gracew@google.com>, "Ethan Anderson" <eanderson@google.com>, "Brad Presner" <brad@google.com> |
|---|---|
| From: | "David Eun" <deun@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-05-05 00:39:51 CST |
| Subject: | Rough draft Content Acq slides for Video GPS pack |

All,

This is a really rough pack but you should be able to discern key points an= direction.  It's way to long and doesn't flow very well.  Please insert content and note suggestions.  Then please turn around to me and I'll synthesize one more time tmr morning NY time.

Thanks!

Dave

--
David Eun
NY: 212-589-8070
MV: 650-253-1993

Attachments:

CA Video GPS1.0.ppt



Highly Confidential

GOO001-00496065

# Market Evolution (Brad, Dave) [Timeline with usage/traffic growth and bubble overlays]

- "Everoyne hates Chris" launch on GV,
- iTunes launch with ABC
- YouTube launch
- GV launch at CES,
- CBS puts programs on 3 platforms (comcast, satellite, gv) plus their own .com
- iTunes announces 15 millionth video download (from email I sent from PaidContent estimating 700k iTunes sales/week)
- SNL "Lazy Sunday" puts YouTube on the map
- AOL launches In2TV
- Yahoo says it's scaling back on original programming,
- MTV announces re-org, big plans new media distribution, (let's also see if we can find out when they acquired iFilm and when their show on VH1 taking clips from iFilm first aired) (background bullet on ~4 similar "clips shows" on air and 9 in development)
- CBS streams NCAA championships for free and reports it generated $4mm in revenues
- FOX closes landmark deal with affiliates
- NBC and affiliates form joint venture for new media distribution
- GV announces initiative to digitize NARA content
- ABC announces announces ad supported streaming trial of top shows
- MSN unveils new plans to create original pogramming
- Some bullet that speaks to tremendous growth rate/volume of user-generated content
- Others?  This is a lot already but skews toward the "head" content; we may need more "tail" bullets and more about "torso",

**Message we're trying to communicate:  The market is very young but extremely fast-moving; premium content owners have really become more aggressive and open to experimentation; user-generated trend is huge**

Highly Confidential

2. How is GV doing? (Grace, Ethan, Jennifer, Dave)
- What's "popular"? How do we measure it?
  - What are usage trends? (Types, genres, International)
  - Who is viewing what? (GV traffic vs. YouTube and others; US vs. International consumption)
- What kind of content have we acquired (head, torso and tail; genres(?)) [Wendy Chang]

Highly Confidential

## Placeholder -- need to update

# What are today's users seeking and watching?



Most Popular Playbacks at video.google.com

*Analysis of the 25 most popular videos on 3/8/06, representing 10% of that day's total playbacks*



Searches at video.google.com

*Analysis of the 500 most popular queries on 3/8/06, representing 41% of that day's total queries*

*Includes clicking of a Google-provided category link as a search for that category*

*Sources: Daily Common Queries 3/8/06, Daily Top Videos 3/8/06, BizOps analysis*

Highly Confidential

GOO001-00496068

# Placeholder — Ethan Anderson

International: We have to avoid being US-centric since more usage comes from outside the US, where there are big differences in taste and consumption across different countries

- 63% of our playbacks and 40% of our uploads come from outside the US
- Large fraction of videos have large majority of playbacks from a single country (Potential takeaway: different videos resonate in different countries)
- Playback and support for premium vs. user-generated content varies significantly across different countries (Germany vs. Spain)
- Most of the non-US top videos have titles/descriptions not legible in English
- Top videos in non-US countries typically don't get big US viewership

Highly Confidential

GOO001-00496069

**Placeholder - Ethan**

*GV should seek content with International appeal*



Which markets the top Google Videos hit

Penetration of Google Video Inventory by Language

Total playbacks in April 06 for top 53 videos – "multinational" if top
country had <35% of playbacks – from list of top 10 videos by country
(Source: Taylor Van Vleet stats, BizOps analysis)

(Source: April 06 inventory status,
Taylor Van Vleet stats, BizOps analysis)

Highly Confidential

# Placeholder – need to update/Appendix

*International production of television content is significantly larger than the US and EU, i.e., even within "premium television content" there is a long tail of content from different countries*

## Worldwide Television Annual Production Distribution[1]



US
12%

EU
4%

ROW
84%

## Total Annual Storage: 40,300 TB

Sources: *How Much Information 2003*, UC Berkeley SIM; *Program Diversity and the Program Selection Process on Broadcast Network Television*, FCC.

Note (1): US distribution estimated based on 2002 prime time share of programming hours

Highly Confidential

G00001-00496071

Who are our target users?  What type of experience do we want to create for those users? Why do they look for video online?



**Home Internet Usage Patterns by Age Group Relative to Market Penetration (Reach) -- March 2006**

Source: MediaMetrix

Legend: Total Internet (minutes) — GoogleVideo (reach) — YouTube (reach)

Once we "catch up" to YouTube in its appeal to a younger demographic, which features should we explore next to capture larger segments of the market?

Highly Confidential

# Placeholder – need to update (Wendy Chang)

## Content Acquired



Size denotes hours of content

Complex rights

Simpler rights

Content providers

Demand

Network scripted content

Big league sports

Network news

Spec Int News

Scripps & Discovery

Special interest DVD

TV News Archives

LOC/Nat'l Archives
UCLA, Vanderbilt

CSPAN archives

Highly Confidential

# Map of Content Verticals Identified

**Entertainment and Premium Content**

- Major film companies (e.g., 20th Century Fox, Warner Bros., etc.) **[ALL]**
- Major television networks (e.g., ABC, NBC, CBS, Fox) **[ALL]**
- Independent film companies (e.g., The Weinstein Company, Spyglass Entertainment) **[PI]**
- Production companies (e.g., Endemol, Granada) **[PI]**
- Independent Producers (e.g., Charlie Rose) **[PI, JL]**
- Entertainment cable networks (e.g., A&E, Showtime, HBO, OLN) **[JL]**
- Sports leagues
- Talent agencies **[PI]**
- Music Labels **[JL]**

**News and Information**

- News networks (e.g., ABC News, CBS News, Fox News) (Note: Based on each partner's org structure, this may be included in the above vertical) **[DB]**
- News cable channels (e.g., Bloomberg, CNN) **[DB]**
- Information cable channels (e.g., Discovery, Scripps, PBS) **[JL for now, may be MS]**
- Lifestyle/HowTo/DIY (e.g. Akimbo content) **[MS]**
- Niche programming (e.g., expat sports, bollywood films) **[MS]**
- Alternative News Networks (e.g., Democracy Now)/Public Advocacy Sources (e.g. Greenpeace, Amnesty) **[DB]**
- Citizen Journalism/Video news blogs **[DB]**
- Video Libraries/Archives/Museums** (e.g., NARA, Smithsonian, Academy of Television Arts and Sciences) **[DB]**
- University Lectures **[PI]**
- Instructional/Corporate Videos

**Film/Tape Archives**

- Government
- Private Film Archives
- Museum
- News Archives

Highly Confidential

GOO001-00496074

# Vertical prioritization analysis

- Who are the top companies in each target vertical?
- Do we already have these companies in the pipeline/with a deal?
- Which companies are left to target?
  - Has someone else already a deal? (at the moment, iTunes deals move to the front of our queue – is it more important to catch up, or differentiate?)
- Who to contact (function, title, location…)
  - Content team can pull tel #/email more easily than us…

Highly Confidential

GO0001-00496075

## Vertical prioritization Next Steps

1) do our own market analysis of what people want to watch online in an IDEAL world where they could get any and all content. in this analysis, find out what are the necessary requirements for them to want certain types of content. e.g., to watch longer form content, will they need a direct connection to their TV?, will they pay for certain types of content and not others?

2) are there certain niche verticals users will pay a premium for?  the anecdotal evidence we have here says yes.  A&E told us that civil war and WWII folks pay easily for this content. in addition, we know that certain business and medical lectures are sold for a premium.  what other verticals are there in this bucket?

3) do an indepth logs analysis of google.com and google video to find out what people are querying about.  again, once we get search fixed, and we get one box, we believe we'll have significantly more traffic based on search.

4) after finding out #1 - #3, figure out what companies/orgs have this data.  the cuts on page 17 of the biz ops brainstorm is great for the standard partner team, but it's not as helpful for hte premium team. for instance, A&E has drama, biography, history, etc,. Dartmouth has lectures and speakers on several topics.  we should figure out in addition to specific topics what types of companies hold hits data.  this is how we came up with our original verticals.

5) finally, be true to google's core of experimentation.  that is why EMG supported the NARA deal and our idea of going after the long-tail content.  so, in addition to focusing perhaps 50% of our efforts on data-driven verticals ( e.g. most popular now, most popular in the future, easiest to do deals, etc.), we should have 50% based on sprinklings across multiple verticals.  this is how we'll really find out what people are interested in, especially when we have ads.

Highly Confidential

GOO001-00496076

3. Who and what are we competing against? (Grace, Dave)
   - Why do we consider them competitors?
   - How do we compare?
   - What are we competing for?
   - What can and can't we do in Content Acquisition given current product features and roadmap? (Jennifer, Grace, Dave)
     - Without disconnected DRM, can't do many DTO deals
     - If we relax copyright enforcement policies, this will jeopardize relationships with premium content owners
     - Etc., etc.

Highly Confidential

GOO001-00496077

**Backup/placeholder**

# Competitive update



Leadership in online video services



**msn / Windows Media**

- MSN Video site offering searchable video from MSNBC, NBC, Showtime, Food Network, HGTV, Fine Living, Fox Sports, NASCAR, MLB
- Suite of technology, content and content distribution assets: Windows Media format & DRM, MSN Movies, MSN TV site, MSN TV hardware, Microsoft TV, Microsoft Windows Media Center, Portable media players, Comcast relationship, IPTV relationships with SBC, Verizon
- Windows Media codec support in 500 CE devices

**blinkx.tv – TV video search (BETA)**

- Indexes television and radio; links to playback on websites
- Speech to text used to develop transcripts
- Large # of major content providers represented

**Yahoo!**

- Relevant properties: Yahoo TV, Yahoo Movies, ET Online, Apprentice, Yahoo Video Search (beta), JibJab
- Yahoo Living Room internal effort
- Experimenting with closed captioning search over TV content

**television**

- Watch clips of last night's popular programs online for free.
- Singingfish crawls the web for multimedia content (including audio)

Highly Confidential

**Placeholder – need to update**

# Today users spend time on....

### Video Uploads per Day



### Unique Visitors per Month (Millions)



*Sources: Nielsen, Mediametrix, Google Video Dashboard*

Highly Confidential

GOO001-00496079

# Backup/placeholder

## Comparison of video efforts

| | Overall Market | | | Google Position | | |
| | User experience today | Current market leaders | Future technology advances | Google advantage? | Current resources (FTEs now-ongoing deployment) | Monetization potential? |
|---|---|---|---|---|---|---|
| **Search** | • Too few results – much video hidden<br>• Have to hit multiple sites to find content<br>• Results quality poor – many mismatches<br>• Insufficient info about results (is it a playable video, even?)<br>• Viewing experience inconsistent | • Yahoo Video Search<br>• AOL Video | • Inferred metadata<br> – OCR on credits and captions<br> – Scene changes<br> – Object recognition<br>• Video as extracts<br> – Find info within video<br> – Connection to video.google.com<br> – Onebox | • Yes – results top tech<br> – Research<br> – Images data<br> – Processing power<br>• Yes – have bulk traffic and monetization of search with panel<br>• ACL partnership (Truveo?) | • Engineering: 3 (Jeremy) [note should be zero according to PC...]<br>• Search quality: zon ranking (some fraction of 0.5 on universal search (Bill B)<br>• PMs | • Builds on existing AdWords model for google.com – extends universe and relevancy of search results |
| **Monetize** | • Banner ads are typically an unwelcome distraction from content<br>• Pre rolls are annoying – particularly for short clips and search-within-clip | • AOL Video (premium ads with In2TV) | • Better contextual ad targeting | • Existing AdSense network<br>• Ad targeting technology | • Engineering: ?25 FTEs<br>• 3.5 FTEs on video ads (Jill)<br>• PMs? | • Opens up AdSense to premium advertisers who require multimedia experience |
| **Entertain** | • Back-to-back play on Google Video | • Equivalents:<br> – Broadcast TV channels<br> – Internet radio | • More bandwidth<br>• Clever compression<br>• Channel targeting systems<br>• Mobile video | • Music (or easy ad play?) | • Engineering 2 (Jeremy)<br>• PMs | • Could build on other content?<br>• Could pick up existing offline ad content |
| **Host/ Enable Payments** | • Improved interface at iTunes and Google<br>• Pricing inconsistent across sites<br>• Insufficient content<br>• Pre-rolls are annoying | • iTunes (host and payment)<br>• YouTube (host only, no payment)<br>• Google (host, pay enabled for limited content)<br>• NetFlix, Blockbuster (offline only) | • Added content<br>• More DRM options<br>• Improved viewing tools<br>• Mobile video | • Not for Premium – less short form multi-channel content partnerships than other players<br>• Yes for Standard – have payments; public/private edu links<br>• Yes for Free – have storage capacity for long tail | • Engineering: 14.7+ >11.7+<br>• Store: 2 (Ben p?->) (Jeremy)<br>• CSG<br>• FSO: 6.7 (Dan2)<br>• Player/DRM: 8 (Jingju)->4 (Naveen) | • Premium content – owns features, pay-per-view, limits ad revenue potential<br>• Standard content (ad choice further extend ?$$)<br>• Free-ad support ads |

Highly Confidential

**Placeholder - Jennifer**

# What we can't do with current product roadmap

- Many content owners won't do deals without:
  - Disconnected DRM/limited downloads/limited devices
  - Sharing store analytics and recommendation engines information

- Many content owners want to explore multiple monetization options beyond DTO
  - Currently "Tipjar" or text ads monetization trials are not on roadmap

- GV ability to make content universally accessible is limited without title/description/metadata translation, subtitle translation, dubbing

- GV vision to offer most comprehensive video offering would be enhanced with improvements in video web search
  - Specifically, improvements in metadata extraction and search/browse/rank

- GV capability to digitize from film (as opposed to tape) is limited **[more details from Grace]**

Highly Confidential

**4. How do we win?**

**GV can use scale and expertise to have most comprehensive content offerings -- from head to tail**

- Content types: premium, user generated, torso - which is key differentiator (show curve and add comments)
- Content genres/verticals: entertainment, sports, lifestyle/how to/DIY, archives, news, education, niche, etc. (Jennifer, Grace, Eva/Jon, Dave)

**GV can be best user experience**

- Improve search not just hosted content but for all web video content
- Provide linkages such as RSS feeds and one-box integration in meantime
- Drive open standards and distribution deals so users can consume content across multiple devices, especially linking PC to TVs

**GV can be best partner to content owners**

- Respect copyrights of premium content owners (we should beat YouTube by improving features and user experience, not being a "rogue enabler" of content theft)
- Provide best in class marketing/promotion of content, particularly "event" programming: Online Film Festivals; supporting "Tentpole" movie and tv shows launches; Superbowl ads; Oscar trailers/content; (Jennifer, Eva/Jon, Dave)
- Provide a platform for promotion and distribution for torso content owners who have professional content but limited access to audiences
- Provide community tools for voting, rating, tagging, commenting, recommending, mashing, etc. and give access to all types of content, including select premium/torso content

**GV can provide multiple monetization options (Advertising; Sponsorships; DTO) and leverage expertise in Advertising in particular**

- The way to win ultimately is in providing multiple monetization options, particularly advertising which can be applied across all content types

Highly Confidential

## GV can use scale and expertise to have most comprehensive content offerings – from head to tail – and influence overall consumption curves



Highly Confidential

# Backup/placeholder – to make point about importance of Torso content

If comprehensiveness is ultimately how Google wins, then Google's ability to acquire "torso" content will be the differentiating factor

## Worldwide Film Inventory Distribution



Major US Entertainment Conglomerate 10%

Minor Distributors / Affiliates of Major Entertainment Conglomerate 2%

Independent Distributors 88% "Torso content"

**Total Inventory Storage:  721 TB**

Source: *How Much Information 2003,* UC Berkeley SIM; International Film Index; Internet Movies Database.

Highly Confidential

GOO001~00496084

**Placeholder – Dave/Jennifer**

## 2006 Content acquisition team priorities

- Maintain relationships with premium content owners:
  - Take advantage of improved browse/search/promotion capabilities
  - Seek "improved DTO" deals with dynamic homepage and one box integration
  - Drive traffic through "event" programming
  - Seek promotional content (movie trailers, behind the scenes, first 8 minutes, streamed premiere tv episodes, commercials)
  - Set up advertising trials

- Accelerate growth of "torso" content:
  - Take advantage of GV ability to offer promotion, traffic, tools for premium content owners who don't have scale
  - Take advantage of more relaxed DRM requirements among this class of owners
  - Realize very few competitors will have resources or expertise to identify and close large volumes of torso content

- Acquire content with more international appeal
  - Other dubs/subtitled versions of existing content
  - Language-independent, broad appeal content (no voiceover)
  - Content created in Spanish, French, Dutch, Chinese, Portuguese, German, Italian, Polish, Japanese from non-US providers

- Digitize NARA tape archives and other compelling video assets

Highly Confidential

GOO001-00496085

## Views of Premium Content Owners

<u>On YouTube:</u>
YouTube is perceived as trafficking mostly illegal content -- "It's a video Grokster"

Because YT is not making money and not negatively impacting sales of DVDs or other revenue streams -- yet, content owners consider them a de facto promotional platform, but are monitoring them closely

Just because content owners haven't taken more aggressive actions against YT and others to protect their assets doesn't mean they won't; they likely will

YT is seen as a small startup with no cash

<u>On Google:</u>
Google is considered a "real company" that appreciates what it takes to build billion dollar businesses, so expectations of Google are different

But Premium Content owners still don't know whether Google is friend or foe

If Google were to facilitate the theft of copyprotected assets owners have invested in, then it would significantly impair Google's ability to work with owners in the future

Google is a deep pocket and therefore worthy of a precedent-setting lawsuit

Premium content has wide appeal worldwide; no matter how consumers feel about user-generated content there will always be a need for premium content

<u>On Monetization:</u>
Want to explore DTO and create alternative to iTunes, but want disconnected DTO, lower download limits and more effective promotion

Agree that advertising has huge potential and want to work with Google

Are willing to explore lots of different approaches and don't expect to make a lot of money -- now; emphasis is more on learning and signaling to Wall Street that they are figuring out how to migrate business models to the web

Highly Confidential

# Video monetization possibilities

**1.** Sponsored Video – requires high-touch premium content to premium advertiser matching – needs top content and TV-style CPMs to work

*Shifting scale of ad features... as 'ratecards' form...*

| | # of people interested in seeing video* | $ amount advert'r will pay CPM | Per stream | movie length (mins) | minutes per ad | # ads per stream | advertising cut to content owner | $ value to content owner | $ each advertiser pays |
|---|---|---|---|---|---|---|---|---|---|
| 911 Loose change | 4,560,448 | $ 10.00 | $ 0.01 | 82 | 15 | 5 | 75% | $ 171,017 | $ 45,604 |
| Amazing juggling | 2,621,234 | $ 10.00 | $ 0.01 | 2.5 | 2 | 1 | 75% | $ 18,909 | $ 25,212 |
| Airbus build plane | 412,772 | $ 10.00 | $ 0.01 | 7 | 3 | 2 | 75% | $ 6,192 | $ 4,128 |
| Octopus eats shark | 201,412 | $ 10.00 | $ 0.01 | 2.5 | 2 | 1 | 75% | $ 1,511 | $ 2,014 |
| Jessica Simpson - These boobs are made for walkin' | 10,000,000 | $ 10.00 | $ 0.01 | 4.1 | 2 | 2 | 75% | $ 150,000 | $ 100,000 |

**2.** Tip Jar – "busker" or "shareware" model may deliver strong incentives to user uploaders but nothing to corporate partners (Google would pass through all fees)

*Tip jar*

| | # of people interested in seeing video* | Fraction who will tip | Average tip | movie length (mins) | minutes per ad | # ads per stream | $ value to content owner | Rationale for tipping guesses |
|---|---|---|---|---|---|---|---|---|
| 911 Loose change | 4,560,448 | 5% | $ 2.00 | 82 | 15 | 5 | $ 456,045 | Big tip for charity or interest group; long highly-edited video, engaged viewers |
| Amazing juggling | 2,621,234 | 2% | $ 0.50 | 2.5 | 2 | 1 | $ 25,212 | Viewers impressed - see single beneficiary with talent |
| Airbus build plane | 412,772 | 0.10% | $ 0.02 | 7 | 3 | | $ 8 | Low tip rate - corporate promo video |
| Octopus eats shark | 201,412 | 2% | $ 0.25 | 2.5 | 2 | 1 | $ 1,007 | Viewers impressed - see single beneficiary with good content |
| Jessica Simpson - These boobs are made for walkin' | 10,000,000 | 0.10% | $ 0.25 | 4.1 | 2 | 2 | $ 2,500 | Low tip rate if thought tip goes to Sony |

**3.** Text ads – familiar Google technology accessible to smaller advertisers can monetize standard partner and user content (Google could keep a fraction of ad revenues)

*Text ads with click-throughs*

| | # of people interested in seeing video* | CTR | CPC | movie length (mins) | minutes per ad group | # ads on screen at a time | # ads per stream | $ value to content owner | $ each advertiser pays | clicks each advertiser sees |
|---|---|---|---|---|---|---|---|---|---|---|
| 911 Loose change | 4,560,448 | 0.50% | $ 0.25 | 82 | 15 | 4 | 20 | 75% | $ 85,508 | $ 5,701 | 22,802 |
| Amazing juggling | 2,621,234 | 0.50% | $ 0.25 | 2.5 | 2 | 4 | 4 | 75% | $ 9,455 | $ 3,152 | 12,606 |
| Airbus build plane | 412,772 | 0.50% | $ 0.25 | 7 | 3 | 4 | 8 | 75% | $ 3,096 | $ 516 | 2,064 |
| Octopus eats shark | 201,412 | 0.50% | $ 0.25 | 2.5 | 3 | 4 | 4 | 75% | $ 755 | $ 282 | 1,007 |
| Jessica Simpson - These boobs are made for walkin' | 10,000,000 | 0.50% | $ 0.25 | 4.1 | 2 | 4 | 8 | 75% | $ 15,000 | $ 12,500 | 50,000 |

* based on April 2006 actual playbacks (except from Ms Simpson)

*Source: Playbacks and movie length real data (apart from Ms Simpson); all else "what-if" analysis by BizOps*

Highly Confidential

Appendix

Highly Confidential

# Backup/placeholder
## Potential Content Segments/Verticals

**Cars**
- manufacturers
- oil cos
- classic car groups
- car magazines
- AAA/CACAA
- mechanics
- kwik lik/jiffy lube
- unions

**Homes**
- realtors
- home sellers
- DIY stores
- lumber yards
- home and garden channel
- landscape gardeners
- painters
- paint companies
- Martha Stewart
- solar/renovate companies
- surveyors
- mortgage banks
- surveys on prices
- construction cos/builders
- local authority planning depts
- permit authorities
- plumbers

**Utilities**
- Oil cos
- Nuclear
- Electricity
- Gas
- Solar
- Wind
- Detractors from various utils

**Children**
- TV channels
- Movie studios
- Toy companies
- Public service education
- Sesame Street
- Parenting - health & social serve
- Drug cos

**Religion**

**Sports**
- Baseball cards
- Olympics
- leagues
- teams
- channels

**News**
- news cos

**Movies**
- Film companies
- studios
- actors
- agents

**TV stations**

**Industry Associations**

**Schools**

**Government**
- Departments
- Local/State/Federal

**Ad agencies**

**Publicity-seeking individuals**

**Individual podcasters**

**Unions**

**Music / Choirs**
- orchestras
- theater companies
- opera companies
- instrument manufacturers
- academies
- bands
- recording studios
- record labels
- audiences of famous instruments

**Travel**
- chambers of commerce
- local tourist agencies
- airlines
- hotels
- tour companies
- cruises
- airports
- news
- transit authorities
- ferries
- TV channels - editorial on travel
- Travel writers e.g. Rick Steves
- Local development agencies
- Bicycle manufacturers
- Cyclist groups

**Minority**
- lesbian/gay/bi/trans
- African-american
- Women
- seniors/retiree
- veterans
- disabled
- Asian-american
- Latino
- Expat *** in ***

**Pharma**
- Clinical trials results
- Directions for use
- Ads-DTC
- presentations to docs
- continuing education
- compliance for health care workers

**Hobbies**
- Arts & crafts
- Animal
- Motorcycling
- quilting
- angling/bass fishing
- shooting/hunting
- games
- pokes/cards
- skiing
- sailing
- running
- walking
- golf
- writing
- martial arts
- collecting
- swap meets

**Conventions**
- Magic
- scifi
- star trek
- DnD

**Food**
- Cooking groups
- restaurants
- cooking on TV
- farmers markets
- agritox

**Universities**
- Fraternities/Sororities
- Intercollegiate competitions
- Research output - simulations dissertations
- Recruiting - undergrads, PhDs, uni vs dept
- Sports teams
- Presentations/award ceremonies
- Graduation ceremonies
- On-campus speakers
- Alumni events
- online classes
- Film and tv class exercises
- theatre class productions
- debates
- ultimate frisbee
- engineering/solar power competitions
- self-help/medical for depression, drugs
- time management for research
- internal oral student offices
- public service/volunteering process
- overns

Highly Confidential

# Backup/placeholder

Prioritization of effort to get content deals by vertical -- proposed scoring system

| Vertical | Interest to user | Industry revenues | Industry concentration | Emphasis on/amount of video content | Willingness to share video | Overall score |
|---|---|---|---|---|---|---|
| *Example: entertainment – circuses* | 7 | 3 | 10 | 7 | 10 | *Weighted total Σ = 72* |
| Purpose | Do our users want to watch the video? | How important is this industry? | Is the value of the companies in a deal worth a phone call or should we just bulk email instead? | Is there much richness of video here? | Will anyone actually sign the deal? | |
| Direction and Scale | Scale linearly with demand (search volume) | Score in exponential ranges 1-10 | Score = % of revenues held by top 10 players/10 | Subjective score from 0 (never make videos) to 10 (video is their business) | Regulation and secrecy of industry vs desire for publicity | |
| Weighting | 5 | 1 | 1 | 2 | 1 | |
| Source | Google.com and video.google search data; news reports, blogs, Neilsen TV ratings | US Census data (2002) | US Census data (2002) | From team discussions | From content team feedback -- adjust over time | |

Where do we fit today's 2006 marketing plan in as a consideration/weighting?

Highly Confidential

GOO001-00496090

# Content: Example of vertical concentration ranking

**Sector 71 Arts: Entertainment**

| 2002 NAICS code | Meaning of 2002 NAICS code | Concentration Ratio Code | Year | Receipts/revenue ($1,000) | Sales ($1,000) firm # (x largest firm) Revenue |
|---|---|---|---|---|---|
| 711190 1 | Circuses | 4 largest firms | 2002 | $333,946 | |
| 713110 2 | Amusement parks (except waterparks) | 4 largest firms | 2002 | $5,653,552 | |
| 711212 2 | Auto racetrack operation | 4 largest firms | 2002 | $1,380,490 | |
| 713110 1 | Waterparks | 4 largest firms | 2002 | $256,694 | |
| 711212 1 | Dog racetrack operation | 4 largest firms | 2002 | $467,331 | |
| 711130 1 | Opera companies | 4 largest firms | 2002 | $331,430 | |
| 713290 1 | Slot machine operators | 4 largest firms | 2002 | $79,399 | |
| 711212 3 | Horse racetrack operation | 4 largest firms | 2002 | $1,471,452 | |
| 711130 3 | Dinner theaters | 4 largest firms | 2002 | $147,643 | |
| 711190 | Other performing arts companies (except circuses) | 4 largest firms | 2002 | $143,242 | |
| 711130 1 | Professional athletes | 4 largest firms | 2002 | $182,278 | |
| 713290 2 | Lottery, bingo, bookie, & other betting operations | 4 largest firms | 2002 | $1,120,115 | |
| 711211 2 | Basketball clubs | 4 largest firms | 2002 | $791,924 | |
| 711130 1 | Symphony orchestras & chamber music organizations | 4 largest firms | 2002 | $680,001 | |
| 713990 1 | Dance halls | 4 largest firms | 2002 | $45,595 | |
| 711211 9 | Other professional sports teams & clubs | 4 largest firms | 2002 | $656,696 | |
| 713990 5 | Coin-operated amusement devices (except slot machine operation) | 4 largest firms | 2002 | $258,680 | |
| 713940 | Other fitness & recreational sports centers | 4 largest firms | 2002 | $2,201,596 | |
| 713990 2 | Concession operators of amusement devices & rides | 4 largest firms | 2002 | $555,852 | |
| 711211 1 | Football clubs | 4 largest firms | 2002 | $989,886 | |
| 711219 | Racing (except racetrack operation) | 4 largest firms | 2002 | $105,453 | |
| 711110 2 | Theater companies | 4 largest firms | 2002 | $849,289 | |
| 713990 4 | Miniature golf courses | 4 largest firms | 2002 | $25,781 | |
| 713940 4 | Ice skating rinks | 4 largest firms | 2002 | $28,951 | |
| 711130 9 | Other music groups & artists | 4 largest firms | 2002 | $173,577 | |
| 713940 5 | Roller skating rinks | 4 largest firms | 2002 | $14,495 | |
| 713990 6 | All other miscellaneous amusement & recreation services | 4 largest firms | 2002 | $105,514 | |

Highly Confidential

G00001-00496091

# As we tee up suitable approaches for marketing to reach the content owners, horizontal groupings may also be useful

## Organizations have reasons to make video...

| | |
|---|---|
| Sell | product |
| | service |
| Recruit | employees |
| | students |
| Raise funds | Charity |
| | politics |
| Teach | children |
| | adults |
| Train | employees |
| | users/drivers |
| Safety | consumers |
| | product users |
| | public |
| Promote/justify | Religion |
| | industry |
| | politics/interests |
| | cause awareness |
| Record/Archive | Event (personal) |
| | Event (social) |
| | Event (natural) |
| | Sequence (project) |
| Compete | ideas |
| Peer review | Academic seminars |
| | Conferences |
| News/Editorial | |
| Entertainment | |
| Ads | multi languages |
| Language translation | employees |
| | New markets |
| Famel | |

## ...and functional owners for the content

### Job Title Keywords

| | |
|---|---|
| HR | recruiting |
| | health & safety |
| | training |
| | relations |
| | compliance |
| Marketing | brand |
| | marketing |
| | product |
| | promotions |
| | publicity |
| | events |
| | fundraising |
| | alumni |
| | sponsor |
| Membership | membership |
| | affairs |
| | outreach |
| Writing | editor |
| | localization |

Highly Confidential

# Stats on the competition

| | Google Video | AOL Video | Yahoo Video | iTunes Video | YouTube | iFilm | Blinkx.tv | MSN Video |
|---|---|---|---|---|---|---|---|---|
| Unique visitors per month | • 6.2M Feb 06 Nielsen | • 5.7M Feb 06 Nielsen | • 2.6M Jan 06 MediaMetrix | • 8.6M (includes video and audio) Jan 06 MediaMetrix | • 9.0M Feb 06 Nielsen • 5M per day YouTube CEO ZDNet Blog 3/14/06 | • 4.3M Feb 06 Nielsen | • 16K Feb 06 Nielsen (insufficient sample size for reliable estimate) | • 9.2M Feb 06 Nielsen |
| Page views per day | • 15.7M 3/24/06 Video Google Internal Dashboard • 2.7M Feb 06 Nielsen | • 945K Feb 06 Nielsen | • 2.4M Jan 06 MediaMetrix | • 900K (includes audio and video) Jan 06 MediaMetrix | • 6.3M Feb 06 Nielsen | • 1.9M Feb 06 Nielsen | • N/A | • 1.3M Feb 06 Nielsen |
| Videos streamed per day | • 8.7M 3/8/06 Google video dashboard | • <8M based on 8M queries/day MediaPost 6/9/05 | • N/A | • >100,000 750,000/wk; paidcontent.org | • 25M+ YouTube About Us 3/24/06 | • 1M est. based off claim of 30M+ videos streamed monthly | • N/A | • N/A |
| Videos in inventory | • 525,890 on 3/8/06 Google video dashboard | • 18,000 licensed VOD • 20M indexed MediaPost 6/9/05 • Includes extensive library of Time Warner content | • Est.16M indexed 3/27/06 | • 3,000 for sale • 35,000 podcasts (includes audio and video) 3/27/06 iTunes.com | • N/A | • Claims "largest collection of viral and user generated video along with [other] clips" 10/13/05 press release | • 1M hours 3/27/06 Blinkx.tv • est. 10M-20M videos indexed based on average clip length of 3-6 minutes | • N/A |
| Partners | • CBS • Charlie Rose • NBA • NBC Olympics • AOL | • Forbes.com • Blastro.com • EYTV1/cam • PC World • GameTrailers.com • Google • AtomFilms • CBSnews.com | • TiVo • CBS • Bloomberg • Discovery Channel • MTV • Reuters • Home & Garden • The Food Network • VH1 | • Disney • ABC • NBC • MTV • ESPN • Sci Fi Channel • Comedy Central • Nickelodeon • Showtime | • MTV2 • Matador Records | • News Corp • Sony • Time Warner • Walt Disney • Microsoft • HP • Dell • Intel • Others | • FTN • MIVA network • CNN • National Geographic • History Channel • HBO • ESPN • Others | • Associated Press • NBC • Showtime • AtomFilms • Digicast • Discovery Channel • NHL • LaffLink.com • Scripps Network • Weather.com • Weird TV |
| Uploads per day | • 5,200 on 3/8/06 Google Video dashboard | • N/A | • N/A | • N/A | • 35,000 YouTube press release 2/14/06 | • N/A | • "thousands of hours added per week" 2/27/06 press | • N/A |

Streaming Media Research

Highly Confidential

# Digitization analysis (NARA focus)

- Understanding/data gathering
  - Current pilot operations
  - Lessons learned from Print
  - NARA inventory by format
  - Process for acquiring used equipment (and overlaps in functionality between player formats)
  - Quality needed for archive format
  - Revisiting/updating cost model assumptions
    - labor (in vs outsource, on vs offshore by operation step)
    - equipment (acquisition, maintenance, expected life)

- Hypotheses we are testing
  - Appetite exists to tackle (what fraction of) archive content (with what monetization model)
  - Enough used equipment is available to start a larger-scale pilot operation to prove demand for the content
  - We could build our own (re-/de-specced) equipment with minimal Sony componentry which could offer more consistent performance than used equipment for a scale-up beyond NARA
  - We could take rewind offline onto a separate, basic machine (if machines are the constraint)
  - We could digitize all (NARA) tape first, then target specific film for higher-quality acquisition later (based on demand?)

Highly Confidential