|  |  |
|---|---|
| To: | "Jordan Hoffner" <jhoffner@google.com>, "Julia Peker" <juliap@google.com>, "Palash Nandy" <palash@youtube.com> |
| From: | "Shashi Seth" <shashis@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-05-17 17:49:28 GMT |
| Subject: | First peek at Numbers |

Jordan:

Wanted to start sharing some of the early numbers we have got back. Julia has put in an incredible effort and pulled the early data for us - we have not started adding any other signals to the mix yet - this is based on pure view-counts.

Shashi

---------- Forwarded message ----------
From: Julia Peker <juliap@google.com>
Date: May 16, 2007 5:46 PM
Subject: Re: First peek at Numbers
To: shashis@google.com

Hey Shashi,
so i added some numbers to the spreadsheet (check it out). I'm still
running % for 10k users (i'm also realizing that my 10K have outliers -
people who're gaming the system. There are a couple of people who have over
300K plays in one week - should we automatically exclude them from this
analysis?)
i should have the rest of the numbers for you tomorrow ...

thnx,
julia

On 5/16/07, Julia Peker <juliap@google.com > wrote:
>
> Hey Shashi,
> attached are some numbers.  These are the grand totals - all views for the
> week of May 6th (April 29th thru May 6th).  I have total views, views for
> Premium partners only, and views for content that was taken down for
> copyright issues (some interesting numbers there!)
>
> I'm running 10k users now - will do the similar buckets (i already have
> 10K for total views, running 10K without copyrighted content, and then will
> run both sets with % of UGC vs Premium)
>
> let me know if you have questions!
> j
>
> On 5/16/07, Shashi Seth < shashis@google.com> wrote:
> >
> > Thats perfectly fine to just go with what we have. We can make it
> > perfect in future iterations.
> >
> > On 5/16/07, Julia Peker < juliap@google.com> wrote:
> > >
> > > heh - not as sorry as me - spent way too much time cleaning the data



Highly Confidential

GOO001-02414976

```
> > > we were given ;( and now am realizing they definitely didn't give us all
> > > accounts (i know for a fact we have 3 BBC accounts, and they only gave us
> > > 2). But, this is the data we're going with - i really can't spend time on
> > > tracking in down right now ...
> > >
> > > On 5/16/07, Shashi Seth < shashis@google.com> wrote:
> > > >
> > > > Sorry to hear that. Really looking forward to the numbers.
> > > >
> > > > In the meanwhile, is it possible to get our users ranked and get a
> > > > sample of the top 10,000 of them based on their viewcounts? That way once we
> > > > have the content tagged as UGC vs. Premium, then we can also run the report
> > > > from the user side seeing what % of their views are premium vs. UGC.
> > > >
> > > > Thanks
> > > >
> > > > Shashi
> > > >
> > > > On 5/15/07, Julia Peker < juliap@google.com> wrote:
> > > > >
> > > > > well, as my idea of using someone else's work (mainly, someone
> > > > > else telling me who premium partners are) didn't work, i'm working on
> > > > > creating the table myself, and will run the number as soon as i have the
> > > > > table.  Just wanted to make sure you know i'm working on it :)
> > > > >
> > > > > j
> > > > >
> > > > > On 5/14/07, Julia Peker < juliap@google.com> wrote:
> > > > > >
> > > > > > cool - thanks, Shashi!
> > > > > > i just emailed with her - she's on it.  I'll keep you posted.
> > > > > >
> > > > > > On 5/14/07, Shashi Seth < shashis@google.com> wrote:
> > > > > > >
> > > > > > > Hey:
> > > > > > >
> > > > > > > We are not including Torso partners in this study - yet. Let
> > > > > > > me know if you want me to speak to Shuehan directly to speed things up.
> > > > > > >
> > > > > > > Thanks
> > > > > > >
> > > > > > > Shashi
> > > > > > >
> > > > > > > On 5/14/07, Julia Peker <juliap@google.com> wrote:
> > > > > > > >
> > > > > > > > Hey Shashi,
> > > > > > > > I'm still waiting for Shauhan (sp?) to create the table that
> > > > > > > > holds premium partner info.  Remind me if we decided that torso partners
> > > > > > > > should be included in 'premium' partner category for  this analysis?
> > > > > > > >
> > > > > > > > i'll follow up with Shauhan to see where she is in creating
> > > > > > > > the table ...
> > > > > > > >
> > > > > > > > thanks,
> > > > > > > > julia
> > > > > > > >
> > > > > > > > On 5/13/07, Shashi Seth < shashis@google.com> wrote:
> > > > > > > > >
```

Highly Confidential

G00001-02414977

```
>>>>>>>>> Hi:
>>>>>>>>>
>>>>>>>>> Just wondering if you will have a chance to pull the first
>>>>>>>>> set of numbers by Monday or Tuesday. The first set of numbers are:
>>>>>>>>>
>>>>>>>>> - For a given week, find all premium content and compute
>>>>>>>>> their total views, find all UGC content and compute their total views
>>>>>>>>> (remove the premium content from this mix and add it back to premium
>>>>>>>>> content)
>>>>>>>>>
>>>>>>>>> - For the user side, find top 10,000 users based on their
>>>>>>>>> video views, and see what content they have watched (premium vs. UGC - using
>>>>>>>>> same methodology as above).
>>>>>>>>>
>>>>>>>>> Please let me know if I can help in any way.
>>>>>>>>>
>>>>>>>>> Thanks
>>>>>>>>>
>>>>>>>>> Shashi
>>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> --
>>>>>>>> ****************************
>>>>>>>> Julia Peker
>>>>>>>> Datawarehouse Analyst
>>>>>>>> YouTube, Google Inc
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>
>>>>>>
>>>>>> --
>>>>>> ****************************
>>>>>> Julia Peker
>>>>>> Datawarehouse Analyst
>>>>>> YouTube, Google Inc
>>>>>>
>>>>>
>>>>>
>>>>>
>>>>> --
>>>>> ****************************
>>>>> Julia Peker
>>>>> Datawarehouse Analyst
>>>>> YouTube, Google Inc
>>>>>
>>>>
>>>>
>>>
>>>
>>> --
>>> ****************************
>>> Julia Peker
>>> Datawarehouse Analyst
>>> YouTube, Google Inc
>>>
```

Highly Confidential

G00001-02414978

> >
> >
>
>
> --
> ****************************
> Julia Peker
> Datawarehouse Analyst
> YouTube, Google Inc
>
>

--
****************************
Julia Peker
Datawarehouse Analyst
YouTube, Google Inc

---

Attachments:

premium_vs_ugc.xls

Highly Confidential

GOO001-02414979

| | Views | Count Users | Avg Views/User | Count Videos | Avg Views/Video | % to Total Views |
|---|---|---|---|---|---|---|
| All | 2311629555 | 1794395468 | 1.288249773 | 20932506 | 110.432528 | 1 |
| Premium | 18524526 | 14562981 | 1.27202844 | 13815 | 1340.899457 | 0.0080013622 |
| Copyrighted | 23678945 | 18030947 | 1.313239122 | 30934 | 765.4666387 | 0.010243399 |

Highly Confidential

GOO001-02414980