DAVID KING - HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

VIACOM INTERNATIONAL, INC., COMEDY
PARTNERS, COUNTRY MUSIC
TELEVISION, INC., PARAMOUNT
PICTURES CORPORATION, and BLACK
ENTERTAINMENT TELEVISION, LLC,

        Plaintiffs,
vs.                 No. 07-CV-2103

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

        Defendants.

---------------------------------X
THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO., et al.,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,
vs.                 No. 07-CV-3582

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

        Defendants.

---------------------------------X
HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION OF DAVID KING
SAN FRANCISCO, CALIFORNIA
WEDNESDAY, JANUARY 13, 2010
JOB NO. 18545

DAVID KING - HIGHLY CONFIDENTIAL

Page 2

1        DAVID KING      SAN FRANCISCO, CA     JANUARY 13, 2010

2                         JANUARY 13, 2010

3                           9:06 A.M.

4

5      HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAVID

6    KING, at WILSON SONSINI GOODRICH & ROSATI, One Market

7    Plaza, Spear Tower, Suite 3300, San Francisco,

8    California, pursuant to notice, before me, KATHERINE E.

9    LAUSTER, CLR, CRR, RPR, CSR License No. 1894.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DAVID KING - HIGHLY CONFIDENTIAL

Page 3

1       DAVID KING     SAN FRANCISCO, CA    JANUARY 13, 2010

2     A P P E A R A N C E S:

3     FOR THE PLAINTIFFS, VIACOM INTERNATIONAL, INC.:

4           JENNER & BLOCK, LLP
            By:  LUKE C. PLATZER, ESQ.
5           1099 New York Avenue, NW, Suite 900
            Washington, D.C.  20001
6           T.202.639.6000
            F.202.661.4813
7           lplatzer@jenner.com

8

9     FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC, and
       GOOGLE, INC.:
10
            MAYER BROWN, LLP
11          By:  BRIAN M. WILLEN, ESQ.
            1675 Broadway
12          New York, New York  10019-5820
            T.212.506.2146
13          F.212.202.1910
            bwillen@mayerbrown.com
14

15
       FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:
16
            BERNSTEIN LITOWITZ, BERGER & GROSSMANN, LLP
17          By:  BENJAMIN GALDSTON, ESQ.
            12481 High Bluff Drive, Suite 300
18          San Diego, California  92130
            T.858.720.3188
19          F.858.436.0188
            beng@blbglaw.com
20              and
            BY:  LAUREN A. McMILLEN, ESQ.
21          1285 Avenue of the Americas
            New York, New York  10019
22          T.212.554.1593
            F.212.554.1444
23          laurenm@blbglaw.com

24

25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123 (212)705-8585

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 4

1    DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010

2    A P P E A R A N C E S:  (Continued)

3    FOR DEFENDANT GOOGLE, INC.:

4         GOOGLE, INC.
          By:  ADAM L. BAREA, Esq.
5         1600 Amphitheatre Parkway
          Mountain View, California  94043
6         T.650.214.4879
          F.650.618.1806
7         adambarea@google.com

8

     Also Present:  ARMANDO ARASCO, Videographer
9
                    KELLY TRUELOVE, Viacom consultant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

| | 1 | DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010 |
|---|---|---|
| 10:04:38 | 2 | BY MR. PLATZER: |
| 10:04:38 | 3 | Q.   Okay.  And in that partition the format in |
| 10:04:41 | 4 | which the match information was sent back, would that be |
| 10:04:45 | 5 | encrypted video ID followed by Y-T-B? |
| 10:04:50 | 6 | A.   Followed by -- yes.  Y-T-B, yes. |
| 10:04:55 | 7 | Q.   And is the same true for the YTU database, |
| 10:05:02 | 8 | except that it would end with YTU rather than YTB? |
| 10:05:06 | 9 | A.   That -- that's what it says here. |
| 10:05:08 | 10 | Q.   Right.  Sorry to subject you to that.  We can |
| 10:05:12 | 11 | put that document away. |
| 10:05:14 | 12 | A.   Do I have to keep all these here, or can I get |
| 10:05:17 | 13 | rid of any of these? |
| 10:05:20 | 14 | Q.   Put them in a stack for the court reporter. |
| 10:05:22 | 15 | She's going to have to take them with her afterwards. |
| 10:05:39 | 16 | Okay.  I'd asked you some questions earlier |
| 10:05:42 | 17 | about the YTAM database.  I'd like to ask you some |
| 10:05:46 | 18 | questions about the YTB database now.  And if you could |
| 10:05:49 | 19 | actually turn back to -- at a page we were looking at on |
| 10:05:53 | 20 | the "YouTube Audio/Video Fingerprinting Tech Talk" |
| 10:06:00 | 21 | presentation. |
| 10:06:01 | 22 | A.   Uh-huh.  What page was it again? |
| 10:06:01 | 23 | Q.   I believe -- |
| 10:06:01 | 24 | A.   I just put it away. |
| 10:06:04 | 25 | Q.   I believe -- I believe it's the one that has |

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 48

| | 1 | DAVID KING      SAN FRANCISCO, CA      JANUARY 13, 2010 |
|---|---|---|
| 10:06:07 | 2 | the Bates number 9684155. |
| 10:06:15 | 3 | A.   Is this the page -- |
| 10:06:15 | 4 | Q.   That -- |
| 10:06:15 | 5 | A.   -- you're referring to? |
| 10:06:17 | 6 | Q.   That is the correct page, yes. |
| 10:06:21 | 7 | And you see the bullet point here that begins: |
| 10:06:24 | 8 | "YTB:  Fingerprints for licensed content |
| 10:06:29 | 9 | claimed partner uploaded videos"? |
| 10:06:32 | 10 | Can you explain to me what types of content populated |
| 10:06:36 | 11 | the YTB database?  And if that content changed over |
| 10:06:40 | 12 | time, feel free to state that in your answer. |
| 10:06:47 | 13 | MR. WILLEN:  Objection to the form. |
| 10:06:58 | 14 | THE WITNESS:  So the YTB database typically |
| 10:07:01 | 15 | contained fingerprints of content that had been directly |
| 10:07:04 | 16 | sent to YouTube, and where YouTube then took that |
| 10:07:08 | 17 | reference file, ran it through the Audible Magic |
| 10:07:13 | 18 | fingerprint generator.  We sent the fingerprint over to |
| 10:07:16 | 19 | Audible Magic and specified, you know, an ID for them to |
| 10:07:21 | 20 | be able to communicate back to us about any subsequent |
| 10:07:26 | 21 | match activity. |
| 10:07:29 | 22 | I wouldn't necessarily agree with the -- the |
| 10:07:32 | 23 | way it's characterized in this bullet point. |
| 10:07:35 | 24 | BY MR. PLATZER: |
| 10:07:36 | 25 | Q.   Why wouldn't you agree with the way it's |

DAVID FELDMAN WORLDWIDE, INC.

450 Seventh Avenue - Ste 2803, New York, NY 10123 (212)705-8585

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 49

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010 |
| 10:07:38 | 2  | characterized in this bullet point?                |
| 10:07:40 | 3  | A.   Well, it's -- he calls it "licensed content," |
| 10:07:45 | 4  | and -- and that -- that implies that there was a   |
| 10:07:55 | 5  | license, where, in fact, YTB -- the YTB partition did |
| 10:08:05 | 6  | not necessarily always carry a license, per se, with -- |
| 10:08:10 | 7  | with -- with the -- with the fingerprint.          |
| 10:08:14 | 8  | Q.   In what circumstances would the YTB database  |
| 10:08:17 | 9  | not carry a license with the fingerprint?          |
| 10:08:20 | 10 | MR. WILLEN:  Objection to the form.                |
| 10:08:24 | 11 | THE WITNESS:  The YTB database was used for,        |
| 10:08:28 | 12 | more specifically -- I think you're trying to be really |
| 10:08:35 | 13 | specific about this.  It was used for, if a rights |
| 10:08:38 | 14 | holder gave us a file and said, I want you to match |
| 10:08:41 | 15 | using Audible Magic with this file, then we went through |
| 10:08:46 | 16 | the whole process which I described before that was done |
| 10:08:51 | 17 | on behalf of rights holders that wanted any of the |
| 10:08:57 | 18 | various policies offered by YouTube.                |
| 10:09:00 | 19 | So this implies -- implies a certain usage         |
| 10:09:03 | 20 | policy, but the -- the YTB partition was used for a |
| 10:09:11 | 21 | variety of usage policies.                          |
| 10:09:13 | 22 | BY MR. PLATZER:                                     |
| 10:09:15 | 23 | Q.   Okay.  So a fingerprint that was in the YTB   |
| 10:09:18 | 24 | partition could be set to block as well as to monetize |
| 10:09:21 | 25 | or to track?                                        |

DAVID KING - HIGHLY CONFIDENTIAL

Page 50

| | 1 | DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010 |
|---|---|---|
| 10:09:23 | 2 | A.    That is correct.  So, you know, we -- it's |
| 10:09:26 | 3 | really logically only three policies that make sense. |
| 10:09:29 | 4 | And, you know, those are the three -- monetize, track or |
| 10:09:34 | 5 | block. |
| 10:09:35 | 6 | Q.    And you testified that these were fingerprints |
| 10:09:38 | 7 | where the reference work was supplied to YouTube.  By |
| 10:09:40 | 8 | whom?  Who would supply works to YouTube as reference |
| 10:09:47 | 9 | files for inclusion in the YTB database? |
| 10:09:50 | 10 | MR. WILLEN:  Objection to form.  It's |
| 10:09:51 | 11 | compound.  It's vague as to time. |
| 10:09:57 | 12 | THE WITNESS:  Typically, the provision of |
| 10:10:04 | 13 | these files would come from the rights holder of -- of |
| 10:10:06 | 14 | record. |
| 10:10:07 | 15 | BY MR. PLATZER: |
| 10:10:11 | 16 | Q.    Could any rights holder come to YouTube and |
| 10:10:15 | 17 | say, "I want to add my content into the YTB database" |
| 10:10:19 | 18 | and block it? |
| 10:10:20 | 19 | A.    Yes. |
| 10:10:25 | 20 | Q.    Were there any rights holders -- |
| 10:10:28 | 21 | A.    And -- and I might add that we -- we work with |
| 10:10:34 | 22 | about 1200 companies at this point that do precisely |
| 10:10:37 | 23 | that. |
| 10:10:39 | 24 | Q.    And so are there rights holders who have all |
| 10:10:44 | 25 | of their content in the YTB database set to block? |

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 67

|  |  |  |
|---|---|---|
|  | 1 | DAVID KING     SAN FRANCISCO, CA     JANUARY 13, 2010 |
| 10:47:34 | 2 | I don't, nor did I prepare myself on that, because it |
| 10:47:39 | 3 | was specific to, individual agreements. |
| 10:47:43 | 4 | I know, as -- as a matter of general practice, |
| 10:47:47 | 5 | in today's environment, you know, as of 2010, we have |
| 10:47:53 | 6 | a -- a form agreement called "The Content Identification |
| 10:47:57 | 7 | Management Agreement," which -- that speaks to that, |
| 10:48:02 | 8 | and -- and -- you know, and that's something that -- |
| 10:48:05 | 9 | that I'm used to working with. |
| 10:48:11 | 10 | Q.   Okay.  Let's transition to talking about the |
| 10:48:13 | 11 | YTU partition.  And if you'd turn your attention back to |
| 10:48:21 | 12 | King 3, the page we were looking at, there's a bullet |
| 10:48:24 | 13 | point that says YTU fingerprints for UGC claimed as |
| 10:48:28 | 14 | reference by partners. |
| 10:48:30 | 15 | Can you explain your understanding of what |
| 10:48:35 | 16 | types of content populated the YTU database? |
| 10:48:45 | 17 | A.   The YTU database was populated with |
| 10:48:50 | 18 | fingerprints of claimed UGC where the claimant |
| 10:48:58 | 19 | specifically asked us to use that UGC -- is "UGC" a |
| 10:49:06 | 20 | clear enough term? |
| 10:49:07 | 21 | Q.   Yes. |
| 10:49:08 | 22 | A.   -- where the claimant asked us specifically to |
| 10:49:11 | 23 | use that UGC as a reference file in the fingerprinting |
| 10:49:18 | 24 | system. |
| 10:49:20 | 25 | Q.   And was the YTU partition used only for |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123 (212)705-8585

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 68

|  |  |  |
|---|---|---|
|  | 1 | DAVID KING     SAN FRANCISCO, CA     JANUARY 13, 2010 |
| 10:49:24 | 2 | blocking, or was it also used for other purposes? |
| 10:49:27 | 3 | MR. WILLEN:  Objection to the form. |
| 10:49:32 | 4 | THE WITNESS:  The policies held with -- within |
| 10:49:35 | 5 | Y- -- with those -- that set of fingerprints would have |
| 10:49:40 | 6 | varied across the three -- the -- the -- the three |
| 10:49:46 | 7 | policy types, be it block, monetize, or track. |
| 10:49:50 | 8 | BY MR. PLATZER: |
| 10:49:53 | 9 | Q.   And it says here, "UGC claimed as reference by |
| 10:50:00 | 10 | partners."  Can you explain your understanding of the |
| 10:50:04 | 11 | concept of a partner claiming content using YouTube's |
| 10:50:08 | 12 | system? |
| 10:50:15 | 13 | A.   Claiming, as the word means in English, is -- |
| 10:50:22 | 14 | is the concept of -- of saying that I have an ownership |
| 10:50:26 | 15 | stake in this piece of content. |
| 10:50:29 | 16 | Q.   And how would a partner communicate that |
| 10:50:31 | 17 | information to YouTube in order for that content to end |
| 10:50:34 | 18 | up in the YTU database? |
| 10:50:38 | 19 | MR. WILLEN:  Objection to the form.  It's |
| 10:50:41 | 20 | vague as to time. |
| 10:50:44 | 21 | THE WITNESS:  So claiming and -- and adding it |
| 10:50:49 | 22 | to this database are two distinct things.  So claiming |
| 10:50:56 | 23 | of UGC can happen in many different ways through our |
| 10:51:01 | 24 | systems.  So -- |
|  | 25 |  |

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 70

| | 1 | DAVID KING      SAN FRANCISCO, CA      JANUARY 13, 2010 |
|---|---|---|
| 10:52:39 | 2 | 59 seconds. |
| 10:52:40 | 3 | So that same user that had uploaded the |
| 10:52:43 | 4 | 10-minute video with one second of your content in it, |
| 10:52:47 | 5 | they could edit that video, remove that one second and |
| 10:52:52 | 6 | re-upload it to the site, and if we had a fingerprint in |
| 10:52:55 | 7 | place that said that whole ten minutes, match against it |
| 10:52:59 | 8 | and call it your property, then -- then you would be |
| 10:53:02 | 9 | making a overbroad copyright claim against that |
| 10:53:06 | 10 | uploader. |
| 10:53:07 | 11 | So this is one of the key areas of |
| 10:53:10 | 12 | responsibility on behalf of -- on the side of the rights |
| 10:53:14 | 13 | holder to operate the system, their side of the system, |
| 10:53:18 | 14 | in full cognizance of the nuance of the system, and -- |
| 10:53:25 | 15 | and thus why we typically just can't grant access to |
| 10:53:31 | 16 | absolutely anybody without any educational process to |
| 10:53:34 | 17 | these types of tools.  It's very important that they |
| 10:53:37 | 18 | understand what it is that they're doing, how they |
| 10:53:39 | 19 | operate and what their responsibilities are in operating |
| 10:53:42 | 20 | it. |
| 10:53:42 | 21 | BY MR. PLATZER: |
| 10:53:58 | 22 | Q.   Your testimony was that UGC was added to the |
| 10:54:02 | 23 | reference database at the express request of a content |
| 10:54:05 | 24 | owner.  Is there any particular procedure to which that |
| 10:54:09 | 25 | request had to be communicated to YouTube in order for |

DAVID FELDMAN WORLDWIDE, INC.

450 Seventh Avenue - Ste 2803, New York, NY 10123 (212)705-8585

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 71

|         |    |                                                          |
|---------|----|----------------------------------------------------------|
|         | 1  | DAVID KING      SAN FRANCISCO, CA     JANUARY 13, 2010    |
| 10:54:14 | 2  | claimed UGC to be added to the YTU partition?            |
| 10:54:19 | 3  | MR. WILLEN:  Objection to form.  Vague as to             |
| 10:54:21 | 4  | time.                                                    |
| 10:54:23 | 5  | THE WITNESS:  As -- as a practical matter,               |
| 10:54:25 | 6  | there must be a mechanism or how would it happen?  So -- |
| 10:54:31 | 7  | so, yes, there is a mechanism for a rights holder to     |
| 10:54:38 | 8  | request this facility.                                   |
| 10:54:39 | 9  | BY MR. PLATZER:                                          |
| 10:54:40 | 10 | Q.   And what is that mechanism?                         |
| 10:54:47 | 11 | A.   That mechanism is typically searching for a --      |
| 10:54:56 | 12 | or -- or using our -- our search tools to -- to first    |
| 10:55:00 | 13 | identify that -- that -- that UGC.  Then the             |
| 10:55:07 | 14 | responsibility is to review that UGC in its entirety to  |
| 10:55:12 | 15 | ascertain that you own the -- to own -- that you own     |
| 10:55:15 | 16 | that clip from beginning to end, and then a simple check |
| 10:55:21 | 17 | box that says -- I can't remember the precise verbiage,  |
| 10:55:24 | 18 | but it says something to the effect of add as reference. |
| 10:55:31 | 19 | Q.   Okay.  So the UGC that's claimed by a               |
| 10:55:35 | 20 | partner had -- would only be added to YTU if they search |
| 10:55:39 | 21 | for it using the -- YouTube's search tool for partners,  |
| 10:55:46 | 22 | watch it in its entirety, and check a box directing      |
| 10:55:50 | 23 | YouTube to add it as a reference fingerprint?            |
| 10:55:52 | 24 | MR. WILLEN:  So, objection to the form,                  |
| 10:55:54 | 25 | mischaracterizes the testimony.  It's vague as to time.  |

DAVID FELDMAN WORLDWIDE, INC.

450 Seventh Avenue - Ste 2803, New York, NY 10123 (212)705-8585

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 72

| | 1 | DAVID KING     SAN FRANCISCO, CA     JANUARY 13, 2010 |
|---|---|---|
| 10:55:58 | 2 | It's also ambiguous as to the word "partner." |
| 10:56:08 | 3 | THE WITNESS:  I think I -- and I think I stand |
| 10:56:11 | 4 | by my former description of this.  And -- so as a -- as |
| 10:56:18 | 5 | a pragmatic matter, the -- the express piece of work, if |
| 10:56:25 | 6 | you will, that goes beyond just the -- the, you know -- |
| 10:56:31 | 7 | is simply checking a box.  The fact that they have to |
| 10:56:35 | 8 | view the video in its entirety before they check that |
| 10:56:38 | 9 | box, is more a matter of just sort of ex- -- external |
| 10:56:42 | 10 | reality, as opposed to any sort of burden that we're |
| 10:56:46 | 11 | trying to place on -- on -- on the users of the system. |
| 10:56:49 | 12 | BY MR. PLATZER: |
| 10:56:50 | 13 | Q.   But do they have to view the video in its |
| 10:56:52 | 14 | entirety within YouTube's search console? |
| 10:56:56 | 15 | MR. WILLEN:  Objection to the form. |
| 10:57:00 | 16 | THE WITNESS:  They could -- they could view |
| 10:57:02 | 17 | that video on YouTube itself, just as easily, but they |
| 10:57:07 | 18 | need to basic- -- so what they need to do is they need |
| 10:57:11 | 19 | to represent and warrant to YouTube that the entirety of |
| 10:57:18 | 20 | the video that they're asking us to turn into a |
| 10:57:21 | 21 | reference file is indeed their property. |
| 10:57:24 | 22 | How they make those determinations is -- it's |
| 10:57:28 | 23 | flexible.  So they could certainly do it on YouTube.com |
| 10:57:33 | 24 | just like any other user does, and make that |
| 10:57:36 | 25 | determination there. |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123 (212)705-8585

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 73

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
|          | 1  | DAVID KING      SAN FRANCISCO, CA     JANUARY 13, 2010      |
| 10:57:36 | 2  | BY MR. PLATZER:                                            |
| 10:57:38 | 3  | Q.   Can a content owner request that YouTube add a       |
| 10:57:47 | 4  | claimed piece of UGC to the YTU partition in the absence  |
| 10:57:52 | 5  | of a prior agreement with YouTube of the sort you         |
| 10:57:56 | 6  | described earlier?                                        |
| 10:57:58 | 7  | MR. WILLEN:  Objection to the form.  Vague as         |
| 10:58:00 | 8  | to time.                                                  |
| 10:58:06 | 9  | THE WITNESS:  So what I've been trying to --          |
| 10:58:08 | 10 | to bring to life for you is the notion that a -- that     |
| 10:58:17 | 11 | when a -- a company or a person asks us to use UGC to     |
| 10:58:24 | 12 | make future claims on their behalf, that it's very        |
| 10:58:28 | 13 | important that they understand their responsibilities.    |
| 10:58:31 | 14 | So in a broad sense I would say that under an         |
| 10:58:36 | 15 | agreement of -- and an under- -- a mutual understanding   |
| 10:58:40 | 16 | of what those responsibilities are is vital to the good   |
| 10:58:44 | 17 | operating of such a system, and we endeavor to always --  |
| 10:58:49 | 18 | we've always endeavored to -- to have that level of       |
| 10:58:54 | 19 | understanding between the two parties before access to    |
| 10:58:57 | 20 | such a system was granted.                                |
| 10:59:01 | 21 | And I think we can agree that it's a somewhat        |
| 10:59:05 | 22 | complex topic, and that -- that it took me a little       |
| 10:59:07 | 23 | while to explain, and it took a number of questions to    |
| 10:59:11 | 24 | really get to the bottom of exactly how that functions.   |
| 10:59:14 | 25 | So I think we can agree that it would not be          |

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 74

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | DAVID KING     SAN FRANCISCO, CA     JANUARY 13, 2010        |
| 10:59:16 | 2  | obvious on the face of it, to -- to the layman that had      |
| 10:59:21 | 3  | never viewed such a system, that such responsibilities       |
| 10:59:23 | 4  | would -- would exist.                                        |
| 10:59:25 | 5  | BY MR. PLATZER:                                              |
| 10:59:26 | 6  |     Q.   Okay.  But -- you've explained the rationale       |
| 10:59:29 | 7  | for your policy, but I -- I still don't think I have an      |
| 10:59:32 | 8  | answer as to what your policy actually is.                  |
| 10:59:35 | 9  |         My question is this.  If a content owner has        |
| 10:59:38 | 10 | not entered an agreement with YouTube, can they claim        |
| 10:59:43 | 11 | UGC for the purposes of adding it to the YTB par- -- or     |
| 10:59:48 | 12 | the YTU partition?                                          |
| 10:59:50 | 13 |         MR. WILLEN:  Objection to the form, and I           |
| 10:59:51 | 14 | think this has been asked and now answered twice.           |
| 10:59:55 | 15 |         MR. PLATZER:  It's been asked twice.  It            |
| 10:59:57 | 16 | hasn't been answered at all.                                |
| 11:00:00 | 17 |         MR. WILLEN:  Maybe he didn't answer it the way      |
| 11:00:02 | 18 | you wanted him to answer it.                                |
| 11:00:06 | 19 |         MR. PLATZER:  It's a yes or no question.            |
| 11:00:07 | 20 |         MR. WILLEN:  Maybe it is and maybe it isn't.        |
| 11:00:09 | 21 |         THE WITNESS:  Okay.  All right.  I think what       |
| 11:00:10 | 22 | I'm trying to do is to -- to formulate these -- you          |
| 11:00:15 | 23 | know, to formulate this in a way that is precise to what     |
| 11:00:18 | 24 | actually happened.                                          |
| 11:00:22 | 25 |         So -- so as a -- so it is true that both            |

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 75

|  | 1 | DAVID KING     SAN FRANCISCO, CA     JANUARY 13, 2010 |
|---|---|---|
| 11:00:25 | 2 | parties needed to come to a mutual understanding of what |
| 11:00:29 | 3 | was entailed in using this system before access was |
| 11:00:34 | 4 | granted to the rights holder to use the system. |
| 11:00:38 | 5 | BY MR. PLATZER: |
| 11:00:42 | 6 | Q.   And that understanding had to be reflected in |
| 11:00:44 | 7 | some kind of agreement? |
| 11:00:46 | 8 | A.   Well, "agreement" is an English word.  So I |
| 11:00:50 | 9 | know you guys use it in a very specific way, but I would |
| 11:00:54 | 10 | say that coming to an understanding would be called |
| 11:00:57 | 11 | agreement. |
| 11:01:04 | 12 | Q.   Did a content owner need to be able to access |
| 11:01:08 | 13 | a restricted portion of the YouTube website in order to |
| 11:01:11 | 14 | use this tool? |
| 11:01:12 | 15 | MR. WILLEN:  Objection to the form.  Vague as |
| 11:01:16 | 16 | to time. |
| 11:01:17 | 17 | THE WITNESS:  The specific check box for |
| 11:01:22 | 18 | saying, this video, add it to the database, is a -- is |
| 11:01:30 | 19 | not open to everybody on YouTube.com. |
| 11:01:32 | 20 | BY MR. PLATZER: |
| 11:01:34 | 21 | Q.   Okay.  So you need to access a restricted |
| 11:01:38 | 22 | portion of the website in order to -- |
| 11:01:41 | 23 | A.   As we discussed -- |
| 11:01:42 | 24 | THE REPORTER:  One at a time.  ". . . in order |
| 11:01:43 | 25 | to. . ." |

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 76

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | DAVID KING     SAN FRANCISCO, CA     JANUARY 13, 2010    |
| 11:01:43 | 2  | BY MR. PLATZER:                                           |
| 11:01:44 | 3  |     Q.   -- utilize that check box.   |
| 11:01:46 | 4  |        MR. WILLEN:  Objection to the form. |
| 11:01:47 | 5  | Mischaracterizes the testimony.                          |
| 11:01:50 | 6  |        THE WITNESS:  After all that, do you mind |
| 11:01:51 | 7  | restating, because it got --                             |
| 11:01:52 | 8  | BY MR. PLATZER:                                           |
| 11:01:59 | 9  |     Q.   In order to utilize the check box that adds a |
| 11:02:03 | 10 | reference fingerprint for a piece of claimed UGC to the   |
| 11:02:09 | 11 | YTU partition, does a content owner need to access a      |
| 11:02:13 | 12 | restricted portion of the YouTube website?               |
| 11:02:16 | 13 |        MR. WILLEN:  And same objection. |
| 11:02:23 | 14 |        THE WITNESS:  So to -- to be clear, that |
| 11:02:25 | 15 | the -- the -- or as -- as we discussed, not --           |
| 11:02:30 | 16 | they're -- these tools are not available to -- to         |
| 11:02:36 | 17 | just -- they're -- they're not part of YouTube.com, per   |
| 11:02:39 | 18 | se.  They're not on the public website.  They're not     |
| 11:02:42 | 19 | used by -- by everyone.  These are professional tools    |
| 11:02:46 | 20 | used in conjunction with understandings with serious     |
| 11:02:51 | 21 | parties.                                                 |
| 11:02:52 | 22 | BY MR. PLATZER:                                           |
| 11:02:56 | 23 |     Q.   And again -- and I realize that you like to |
| 11:03:00 | 24 | explain the reasons behind your policies, but I still    |
| 11:03:03 | 25 | don't have an answer as to my question which is that, is |

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 77

| | 1 | DAVID KING     SAN FRANCISCO, CA     JANUARY 13, 2010 |
|---|---|---|
| 11:03:06 | 2 | this check box that you've been talking about only |
| 11:03:09 | 3 | accessible through a portion of the YouTube website that |
| 11:03:12 | 4 | is restricted? |
| 11:03:13 | 5 | MR. WILLEN:  He's answered this question three |
| 11:03:15 | 6 | times. |
| 11:03:15 | 7 | MR. PLATZER:  He's explained policies three |
| 11:03:18 | 8 | times, but it's a yes or no question.  Is it part of the |
| 11:03:20 | 9 | restricted website? |
| 11:03:22 | 10 | MR. WILLEN:  Well, you -- you can give the -- |
| 11:03:24 | 11 | whatever answer you think is appropriate to the |
| 11:03:26 | 12 | question. |
| 11:03:30 | 13 | THE WITNESS:  So I'm trying to be clear |
| 11:03:32 | 14 | that -- that as we talk about services like |
| 11:03:38 | 15 | fingerprinting, that those are only accessible to -- to |
| 11:03:48 | 16 | entities where we have some form of agreement, and I use |
| 11:03:54 | 17 | "agreement" in the broad sense, in the broad sort of |
| 11:03:58 | 18 | normal English sense of "agreement." |
| 11:04:00 | 19 | BY MR. PLATZER: |
| 11:04:01 | 20 | Q.   And specifically how are those tools |
| 11:04:03 | 21 | accessible?  If a content owner wants to utilize that |
| 11:04:08 | 22 | tool, do they have to go to a website that is protected |
| 11:04:11 | 23 | by a password, rather than through the YouTube website |
| 11:04:17 | 24 | generally? |
| 11:04:18 | 25 | A.   So rights holders are given login credentials |

DAVID FELDMAN WORLDWIDE, INC.

450 Seventh Avenue - Ste 2803, New York, NY 10123 (212)705-8585

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 78

|          | 1  | DAVID KING     SAN FRANCISCO, CA    JANUARY 13, 2010 |
| 11:04:29 | 2  | to access these tools. |
| 11:04:31 | 3  | Q.    Thank you. |
| 11:04:41 | 4  | Do these three database partitions on the page |
| 11:04:45 | 5  | of King 3 that we've been looking at, YTAM, YTB, and |
| 11:04:50 | 6  | YTU, do those represent the universe of content that |
| 11:04:55 | 7  | Audible Magic was searching for on behalf of YouTube? |
| 11:04:58 | 8  | MR. WILLEN:  Objection to the form. |
| 11:05:09 | 9  | THE WITNESS:  So these are the specific |
| 11:05:13 | 10 | databases against which YouTube queries. |
| 11:05:16 | 11 | BY MR. PLATZER: |
| 11:05:16 | 12 | Q.    Okay.  So YouTube would only query Audible |
| 11:05:19 | 13 | Magic to identify a reference fingerprint if that |
| 11:05:23 | 14 | reference fingerprint were located in one of these three |
| 11:05:26 | 15 | partitions? |
| 11:05:27 | 16 | MR. WILLEN:  Objection to the form. |
| 11:05:28 | 17 | THE WITNESS:  That's -- yeah, that's -- yes, |
| 11:05:32 | 18 | I'm -- that's -- these were our databases. |
| 11:05:37 | 19 | BY MR. PLATZER: |
| 11:05:41 | 20 | Q.    Okay.  I'd like to ask about how videos that |
| 11:05:48 | 21 | are removed from the YouTube website are treated with |
| 11:05:52 | 22 | regards to these databases. |
| 11:05:56 | 23 | To start off, are any videos that are removed |
| 11:06:01 | 24 | by YouTube from the YouTube website fingerprinted and |
| 11:06:07 | 25 | then added to an Audible Magic database with a policy of |

DAVID KING - HIGHLY CONFIDENTIAL

Page 84

|   |   |
|---|---|
| | 1 | DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010 |
| 11:22:32 | 2 | THE WITNESS:  I just wanted to say that, you |
| 11:22:34 | 3 | know, in a heated moment, I -- I did say that you would |
| 11:22:37 | 4 | be well within your rights to -- to ask for removal of |
| 11:22:42 | 5 | a -- of a -- of a video from the site based on, you |
| 11:22:46 | 6 | know, one second of content. |
| 11:22:49 | 7 | I'm not actually, you know, a copyright |
| 11:22:52 | 8 | lawyer, and not really in a position to -- to speak to |
| 11:22:55 | 9 | that.  And this was a -- you know, I don't think that |
| 11:22:58 | 10 | would actually be a logical thing to do.  I feel like |
| 11:23:01 | 11 | the -- you know, the -- from whatever expertise I have |
| 11:23:05 | 12 | in the matter, that would be -- that would be |
| 11:23:07 | 13 | inappropriate at that level.  But anyway -- |
| 11:23:10 | 14 | BY MR. PLATZER: |
| 11:23:12 | 15 | Q.   All right.  Understood. |
| 11:23:15 | 16 | Before we broke to change the tape, we were |
| 11:23:18 | 17 | discussing what happens to videos that YouTube removes |
| 11:23:23 | 18 | from the service, and we were -- had just finished |
| 11:23:27 | 19 | talking about terms of service violations. |
| 11:23:29 | 20 | A.   Uh-huh. |
| 11:23:30 | 21 | Q.   The next category I wanted to ask about are |
| 11:23:33 | 22 | videos that are removed pursuant to a sort of formal |
| 11:23:36 | 23 | DMCA takedown request.  And is that terminology that |
| 11:23:42 | 24 | you're familiar with, "DMCA takedown request"? |
| 11:23:46 | 25 | A.   Yes. |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123 (212)705-8585

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 85

| | | |
|---|---|---|
| | 1 | DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010 |
| 11:23:46 | 2 | Q.    And I think I know what the answer to this is |
| 11:23:50 | 3 | based on the colloquy we've had so far, but I just want |
| 11:23:54 | 4 | to confirm.  If YouTube received a DMCA takedown request |
| 11:23:59 | 5 | from a copyright owner, and that takedown request did |
| 11:24:04 | 6 | not go through the password protected portion of the |
| 11:24:08 | 7 | YouTube website that partners could use to check the box |
| 11:24:15 | 8 | and say add this to YTU -- in other words, if it were a |
| 11:24:21 | 9 | traditional DMCA takedown request, such as a letter or |
| 11:24:26 | 10 | an e-mail requesting that a video be removed from |
| 11:24:28 | 11 | YouTube's service, would the video that the content |
| 11:24:34 | 12 | owner requested be removed, be fingerprinted and added |
| 11:24:38 | 13 | to the YTU partition? |
| 11:24:42 | 14 | MR. WILLEN:  Objection to the form. |
| 11:24:43 | 15 | THE WITNESS:  I think the -- the -- if you |
| 11:24:48 | 16 | examine the level of information that comes in on a DMCA |
| 11:24:53 | 17 | takedown request, it does not include any information |
| 11:24:58 | 18 | about the -- the quantity of the video that is being |
| 11:25:05 | 19 | objected to.  It simply just -- it says I have a right |
| 11:25:09 | 20 | at some level to request a takedown of this, and I -- |
| 11:25:16 | 21 | and I am doing so. |
| 11:25:18 | 22 | So that does not give YouTube sufficient |
| 11:25:20 | 23 | information to be able to diligently understand whether |
| 11:25:26 | 24 | that user upload is -- meets the criteria for it being |
| 11:25:39 | 25 | included in fingerprint database. |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123 (212)705-8585

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 86

| | 1 | DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010 |
|---|---|---|
| 11:25:42 | 2 | So as we -- the example we discussed was if |
| 11:25:45 | 3 | it's -- if you're making your claim of copyright |
| 11:25:49 | 4 | infringement based on a very short segment of content in |
| 11:25:53 | 5 | that video, and your DMCA notice simply says take this |
| 11:25:58 | 6 | video down, with no additional information, then we are |
| 11:26:02 | 7 | not in a position to be able to use that content as a |
| 11:26:07 | 8 | reference file for future matching. |
| 11:26:09 | 9 | BY MR. PLATZER: |
| 11:26:13 | 10 | Q.  So is the answer no?  It's -- DMCA notices are |
| 11:26:18 | 11 | not added to the YTU partition? |
| 11:26:22 | 12 | MR. WILLEN:  Objection to the form.  The |
| 11:26:23 | 13 | answer is what the answer was. |
| 11:26:31 | 14 | THE WITNESS:  So as -- as a matter of course, |
| 11:26:34 | 15 | they are not added automatically to the fingerprint |
| 11:26:38 | 16 | database. |
| 11:26:43 | 17 | The -- the criteria being was it reviewed, and |
| 11:26:47 | 18 | do we have a statement from that right holder that -- |
| 11:26:53 | 19 | that they are claiming the entirety of that piece of |
| 11:26:56 | 20 | content, as opposed to any portion thereof. |
| 11:26:59 | 21 | BY MR. PLATZER: |
| 11:27:06 | 22 | Q.  Has YouTube ever added -- removed videos to |
| 11:27:12 | 23 | the YTU partition based on a DMCA notice in the absence |
| 11:27:19 | 24 | of partner use of the password protected copyright |
| 11:27:26 | 25 | console? |

DAVID KING - HIGHLY CONFIDENTIAL

Page 87

| | 1 | DAVID KING   SAN FRANCISCO, CA   JANUARY 13, 2010 |
|---|---|---|
| 11:27:28 | 2 | MR. WILLEN:  Objection to form. |
| 11:27:39 | 3 | THE WITNESS:  I think that we had conducted |
| 11:27:41 | 4 | some -- some limited experiments in this realm to -- |
| 11:27:48 | 5 | to -- to see to what extent it would create reliable |
| 11:27:55 | 6 | results, and the results were negative. |
| 11:27:58 | 7 | BY MR. PLATZER: |
| 11:28:01 | 8 | Q.   And to be clear, the experiments you're |
| 11:28:05 | 9 | referring to are limited experiments with fingerprinting |
| 11:28:09 | 10 | videos that were subject to a takedown notice, and then |
| 11:28:15 | 11 | blocking matches to those fingerprints going forward? |
| 11:28:18 | 12 | MR. WILLEN:  Objection to the form. |
| 11:28:20 | 13 | THE WITNESS:  So the experiments were taking |
| 11:28:22 | 14 | some -- some segments of DMCA notices, creating |
| 11:28:28 | 15 | fingerprints, and -- to -- to -- to block future |
| 11:28:34 | 16 | subsequent uploads, but, you know, the direct experience |
| 11:28:39 | 17 | was that the -- that it was highly inaccurate. |
| 11:28:42 | 18 | And -- and, you know, would we -- you know, |
| 11:28:47 | 19 | as -- as previously stated, there are many rights |
| 11:28:52 | 20 | holders in this equation, and -- and every user that |
| 11:28:56 | 21 | uploads to the site with their -- with wholly created |
| 11:29:05 | 22 | videos, you know, not using content from -- from |
| 11:29:08 | 23 | anywhere else, like when I take a video of my kids, I |
| 11:29:13 | 24 | am -- I'm also protected by copyright, and so we must |
| 11:29:18 | 25 | balance the rights of all parties in this equation. |

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 88

| | | |
|---|---|---|
| | 1 | DAVID KING       SAN FRANCISCO, CA       JANUARY 13, 2010 |
| 11:29:21 | 2 | BY MR. PLATZER: |
| 11:29:26 | 3 | Q.    When did these experiments take place? |
| 11:29:28 | 4 | A.    In the -- in the summer of 2009.  It had |
| 11:29:36 | 5 | always been supposed before that that this would not -- |
| 11:29:40 | 6 | that this would lead to poor results, but we decided to |
| 11:29:46 | 7 | test it and, indeed, it led to poor results. |
| 11:29:50 | 8 | Q.    So prior to the summer of 2009, YouTube had |
| 11:29:53 | 9 | not tested fingerprinting videos subject to takedown |
| 11:30:01 | 10 | notices? |
| 11:30:02 | 11 | MR. WILLEN:  Objection to form. |
| 11:30:03 | 12 | THE WITNESS:  To videos subject to takedown |
| 11:30:05 | 13 | notices where no request -- where no review and |
| 11:30:10 | 14 | subsequent request by a rights holder for it to be |
| 11:30:14 | 15 | included in the fingerprinting database was made. |
| 11:30:17 | 16 | So to be clear, we did create a lot of |
| 11:30:21 | 17 | fingerprints subsequent to DMCA takedowns where the |
| 11:30:26 | 18 | rights holder expressly asked us to also create a |
| 11:30:29 | 19 | fingerprint. |
| 11:30:29 | 20 | BY MR. PLATZER: |
| 11:30:37 | 21 | Q.    Was the experiment in the summer of 2009 using |
| 11:30:40 | 22 | Audible Magic technology? |
| 11:30:42 | 23 | A.    It was with Google technology. |
| 11:31:02 | 24 | Q.    The portion of the YouTube website to which |
| 11:31:07 | 25 | partners could access the check box that requested |

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 89

| | 1 | DAVID KING     SAN FRANCISCO, CA     JANUARY 13, 2010 |
|---|---|---|
| 11:31:10 | 2 | the -- a claimed video be fingerprinted, do you have a |
| 11:31:14 | 3 | term that you like to refer to that console as? |
| 11:31:19 | 4 | MR. WILLEN:  Objection.  Vague as to time. |
| 11:31:23 | 5 | THE WITNESS:  Um -- |
| 11:31:23 | 6 | BY MR. PLATZER: |
| 11:31:24 | 7 | Q.  Again, I'm trying to establish a common |
| 11:31:28 | 8 | vocabulary in order to discuss that interface. |
| 11:31:31 | 9 | A.  Today we refer to that interface as CMS, which |
| 11:31:35 | 10 | would -- means content management system. |
| 11:31:41 | 11 | THE REPORTER:  I'm sorry.  ". . . which |
| 11:31:41 | 12 | means. . . ." |
| 11:31:42 | 13 | THE WITNESS:  Content management system. |
| 11:31:45 | 14 | In earlier incarnations of that tool set it |
| 11:31:50 | 15 | had been called "CYC" or "claim your content." |
| 11:31:52 | 16 | BY MR. PLATZER: |
| 11:31:53 | 17 | Q.  Okay. |
| 11:31:57 | 18 | A.  We just had to discover a more prosaic |
| 11:32:02 | 19 | descriptive name. |
| 11:32:07 | 20 | Q.  Other than the experiment that you described |
| 11:32:09 | 21 | in the summer of 2009, had YouTube ever fingerprinted |
| 11:32:14 | 22 | videos that were subject to a DMCA takedown notice that |
| 11:32:19 | 23 | was not received through CYC or CMS? |
| 11:32:26 | 24 | MR. WILLEN:  Objection to the form. |
| 11:32:37 | 25 | THE WITNESS:  Certainly CMS was the standard |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123 (212)705-8585

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 90

|  |  |  |
|--|--|--|
| | 1 | DAVID KING     SAN FRANCISCO, CA     JANUARY 13, 2010 |
| 11:32:41 | 2 | form in which that -- that process happened.  The -- the |
| 11:32:53 | 3 | system is vast and complex, and -- and so I could |
| 11:32:56 | 4 | imagine ways in which those requests might have come in |
| 11:32:59 | 5 | through other means. |
| 11:33:00 | 6 | BY MR. PLATZER: |
| 11:33:04 | 7 | Q.   Are you aware of any instances in which those |
| 11:33:07 | 8 | requests came in through other means? |
| 11:33:09 | 9 | A.   Not off the top of my head. |
| 11:33:13 | 10 | Q.   Were there any instances in which copyright |
| 11:33:16 | 11 | owners supplied YouTube with a takedown notice that |
| 11:33:22 | 12 | stated that the entire video, subject to the takedown |
| 11:33:27 | 13 | notice, infringed their copyrights? |
| 11:33:33 | 14 | A.   The DMCA notices that come to us as a -- as a |
| 11:33:39 | 15 | general rule, follow the specific template laid out in |
| 11:33:43 | 16 | the DMCA, and that template does not include that level |
| 11:33:49 | 17 | of specificity.  I'm sure you're more familiar than me |
| 11:33:55 | 18 | with the specifics of how it's laid out in the DMCA. |
| 11:33:59 | 19 | Q.   Well, but the -- the problem you described |
| 11:34:03 | 20 | with fingerprinting videos that are removed pursuant to |
| 11:34:07 | 21 | a takedown notice is that the sender of the takedown |
| 11:34:11 | 22 | notice may only have copyright rights to some subset of |
| 11:34:18 | 23 | the video removed; correct?  That was a huge reason for |
| 11:34:20 | 24 | not fingerprinting DMCA -- |
| 11:34:20 | 25 | A.   Uh-huh. |

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 95

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010      |
| 11:40:18 | 2  | three interfaces or eight interfaces to communicate the  |
| 11:40:21 | 3  | same information, but the point remains that there was   |
| 11:40:25 | 4  | an interface that allowed a rights holder to communicate |
| 11:40:28 | 5  | that level of information to us.                          |
| 11:40:30 | 6  | BY MR. PLATZER:                                           |
| 11:40:46 | 7  | Q.   Are you familiar with the large takedown            |
| 11:40:51 | 8  | notice that Viacom sent YouTube in February of 2007?     |
| 11:40:56 | 9  | MR. WILLEN:  Objection.  I believe this is               |
| 11:40:57 | 10 | outside the scope of the 30(b)6 notice.                  |
| 11:41:00 | 11 | But if you have personal understanding you can           |
| 11:41:02 | 12 | answer.                                                   |
| 11:41:06 | 13 | THE WITNESS:  As a -- you know, as a reader of           |
| 11:41:10 | 14 | the news, I -- I was familiar with that event.           |
| 11:41:13 | 15 | BY MR. PLATZER:                                           |
| 11:41:15 | 16 | Q.   And again, I think I know the answer to this,       |
| 11:41:19 | 17 | based on what you've already testified to, but were the  |
| 11:41:23 | 18 | videos that Viacom re- -- requested be removed from      |
| 11:41:27 | 19 | YouTube in its large February 2007 takedown notice --    |
| 11:41:30 | 20 | were those fingerprinted by YouTube for blocking         |
| 11:41:36 | 21 | purposes?                                                |
| 11:41:38 | 22 | MR. WILLEN:  Objection to form.                          |
| 11:41:48 | 23 | THE WITNESS:  The -- to my knowledge, those --           |
| 11:41:51 | 24 | those takedown notices were not turned into              |
| 11:42:00 | 25 | fingerprinting references.                               |

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 96

| | 1 | DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010 |
| 11:42:01 | 2 | BY MR. PLATZER: |
| 11:42:47 | 3 |    Q.   Well, so far we've been talking about cases |
| 11:42:52 | 4 | where YouTube uses Audible Magic to query a video that |
| 11:42:59 | 5 | was uploaded to the YouTube website.  And as a -- as a |
| 11:43:03 | 6 | general matter, were all videos that were uploaded to |
| 11:43:10 | 7 | the YouTube website queried against Audible Magic's |
| 11:43:14 | 8 | databases by YouTube? |
| 11:43:16 | 9 |         MR. WILLEN:  Objection as to form.  Vague as |
| 11:43:18 | 10 | to time. |
| 11:43:19 | 11 |         THE WITNESS:  So could you maybe be more |
| 11:43:20 | 12 | specific about what time frame? |
| 11:43:21 | 13 | BY MR. PLATZER: |
| 11:43:22 | 14 |    Q.   Okay.  Well, does YouTube still use Audible |
| 11:43:24 | 15 | Magic today? |
| 11:43:26 | 16 |    A.   YouTube uses Google technology today. |
| 11:43:34 | 17 |    Q.   Okay.  But is YouTube also using Audible Magic |
| 11:43:37 | 18 | alongside Google's technology today? |
| 11:43:41 | 19 |    A.   Not at this time. |
| 11:43:44 | 20 |    Q.   When did YouTube stop querying Audible Magic? |
| 11:43:48 | 21 |    A.   At the end of 2009. |
| 11:44:02 | 22 |    Q.   From the point in time where YouTube began |
| 11:44:04 | 23 | querying Audible Magic up until it stopped at the end of |
| 11:44:08 | 24 | 2009, were all newly uploaded videos to YouTube queried |
| 11:44:14 | 25 | against the Audible Magic databases? |

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING - HIGHLY CONFIDENTIAL

Page 97

|  |  |  |
|---|---|---|
|  | 1 | DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010 |
| 11:44:20 | 2 | A.   Yes, we ran queries against Audible Magic for |
| 11:44:24 | 3 | all uploads to the site during that time. |
| 11:44:28 | 4 | Q.   Does the term "legacy fingerprinting" mean |
| 11:44:31 | 5 | anything to you? |
| 11:44:34 | 6 | A.   It means something to me.  What does it mean |
| 11:44:37 | 7 | to you? |
| 11:44:42 | 8 | Q.   Well, once again, I just want to make sure we |
| 11:44:45 | 9 | have a common vocabulary as we move into this topic. |
| 11:44:49 | 10 | A.   Uh-huh. |
| 11:44:51 | 11 | Q.   But I'd like to ask about any instances in |
| 11:44:53 | 12 | which YouTube queried videos from the back catalog |
| 11:45:02 | 13 | against Audible Magic.  Do you have a term that you want |
| 11:45:04 | 14 | to use for that phenomenon? |
| 11:45:06 | 15 | A.   We -- we could use the term "legacy." |
| 11:45:09 | 16 | Q.   Legacy?  Did YouTube at any point use Audible |
| 11:45:12 | 17 | Magic for legacy queries? |
| 11:45:18 | 18 | A.   Yes, YouTube did do legacy queries against the |
| 11:45:24 | 19 | Audible Magic database. |
| 11:45:25 | 20 | Q.   And did YouTube query its entire catalog |
| 11:45:31 | 21 | against the Audible Magic database? |
| 11:45:37 | 22 | MR. WILLEN:  Objection to form. |
| 11:45:39 | 23 | THE WITNESS:  Over time, every single YouTube |
| 11:45:41 | 24 | video that is still existent on our servers was queried |
| 11:45:49 | 25 | against the Audible Magic database. |

DAVID FELDMAN WORLDWIDE, INC.

450 Seventh Avenue - Ste 2803, New York, NY 10123 (212)705-8585

e6743c04-aace-4c30-964e-1997734eae33

DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010

1

2   12:31:18     these shows in smaller chunks."

3   12:31:20         You wrote this language in paragraph 2; right?

4   12:31:23   A.   Yes.

5   12:31:25   Q.   So what -- was Audible Magic responding to an

6   12:31:35 inquiry by you for a service which would grant enhanced

7   12:31:39 searching abilities for television content?

8   12:31:43   A.   I -- I think the way I described it in the --

9   12:31:47 in -- in the paragraph is -- is -- is pretty clear, that

10  12:31:51 we were looking to do look-ups against more long form

11  12:31:58 content.

12  12:32:00         I'd also like to add that concurrently with

13  12:32:03 this communication that -- that Google was already well

14  12:32:11 underway building its own audio and video fingerprinting

15  12:32:16 service, and that that system was already contemplated

16  12:32:22 to do exactly this.

17  12:32:25         So that was another component of the decision

18  12:32:30 process, was simply that this type of functionality

19  12:32:37 would be arriving in -- in the coming months, and so

20  12:32:42 that there were other means to accomplish this goal.

21  12:32:54   Q.   And YouTube ultimately didn't reach an

22  12:32:57 agreement with Audible Magic on the Long Form Video

23  12:32:59 Proposal --

24  12:32:59         MR. WILLEN:  Objection --

25

123

1          DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010

2   12:32:59 BY MR. PLATZER:

3   12:33:01    Q.   -- correct?

4   12:33:02         MR. WILLEN:  Objection to the form.

5   12:33:06         THE WITNESS:  The proposal that's in front of

6   12:33:07 me right now did not result in a -- in a change of our

7   12:33:15 service.  I think it's worth noting, though, that we did

8   12:33:22 agree to a -- an upgrade to the original service

9   12:33:30 agreement in -- in 2008.

10  12:33:34 BY MR. PLATZER:

11  12:33:35    Q.   And that upgrade was to extend the service to

12  12:33:39 Google Video?

13  12:33:40    A.   It was to extend the service to Google Video

14  12:33:45 and to -- and to improve service levels of response

15  12:33:52 times of -- and -- and reliability of the system.

16  12:33:57         So we did go beyond our -- our basic

17  12:34:01 commitments and -- and did more than double the -- the

18  12:34:08 financial contribution to Audible Magic, even though we

19  12:34:14 didn't necessarily have to, but we chose to.

20  12:34:18    Q.   Okay.  But the -- the upgrade that you agreed

21  12:34:22 to with Audible Magic in 2008, that didn't include Type

22  12:34:25 3 look-ups; right?

23  12:34:27    A.   It was a different form of -- of upgrade, but

24  12:34:31 we did upgrade our service with them.

25  12:34:33    Q.   An upgrade to service levels, not an upgrade

1          DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010

2  12:34:37 to the searching and matching features of the technology

3  12:34:40 they were using?

4  12:34:43    A.   Well, search and match is inherently only as

5  12:34:45 powerful as the service.  You could have a -- a perfect

6  12:34:50 search system that, if it only every once in a while

7  12:34:54 gave a response would be meaningless.

8  12:34:57         So they are all important components of what

9  12:35:00 you're paying for.  So I -- I wouldn't agree with that

10 12:35:04 characterization.

11 12:35:05    Q.   Well --

12 12:35:06    A.   We paid for greater quality.

13 12:35:09    Q.   Well --

14 12:35:09    A.   We paid them more for greater quality and more

15 12:35:12 than twice as much.  So it was a substantial amount of

16 12:35:15 money.

17 12:35:15    Q.   But following the -- following the

18 12:35:18 implementation of the service upgrade in 2008, Audible

19 12:35:21 Magic was still only looking against the first 60

20 12:35:27 seconds of YouTube's reference fingerprint; right?

21 12:35:31    A.   In what time frame?

22 12:35:32    Q.   At -- following -- even following the service

23 12:35:35 upgrade in 2008.

24 12:35:38    A.   So you're asking, in 2008, were the look-ups

25 12:35:43 60-second look-ups?  Is that your question?  Tell me --

DAVID KING   SAN FRANCISCO, CA   JANUARY 13, 2010

1

2  12:35:48  just, please -- please rephrase so I can -- or just ask

3  12:35:53  me again.

4  12:35:54     Q.   Under the original agreement with Audible

5  12:35:56  Magic --

6  12:35:56     A.   Yes.

7  12:35:57     Q.   -- Audible Magic was only querying against

8  12:35:59  fingerprints that corresponded to the first 60 seconds

9  12:36:02  of the reference file; right?

10  12:36:05     A.   That's what's documented here, yes.

11  12:36:08     Q.   Okay.  And following the service upgrade in

12  12:36:10  2008, that still remains the case; right?

13  12:36:15     A.   That remained the case.  Of course, in 2008 we

14  12:36:19  were doing complete file scans using the audio and video

15  12:36:25  fingerprinting technology developed in-house at Google.

16  12:36:29     Q.   Okay.  Did YouTube do any testing of the

17  12:36:35  technology that Audible Magic was proposing for the Type

18  12:36:39  3 Long Form Video Proposal reflected in this document?

19  12:36:44          MR. WILLEN:  Objection to the form.

20  12:36:49          THE WITNESS:  I'm not -- I -- I'm not aware of

21  12:36:52  us having actively tested what was stipulated in this

22  12:36:56  proposal.

23  12:36:57  BY MR. PLATZER:

24  12:36:57     Q.   Are you aware of YouTube ever testing Audible

25  12:37:02  Magic's Type 3 look-up technology?

126

1       DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010

2   12:37:08     A.    I am not aware of Type 3 Audible Magic

3   12:37:20 look-ups being tested.

4   12:37:22     Q.    You testified earlier as to YouTube's reasons

5   12:37:25 for not entering into an agreement with Audible Magic on

6   12:37:28 the Type 3 music look-up proposal.  Why did YouTube not

7   12:37:32 reach an agreement with Audible Magic on the Long Form

8   12:37:34 Video Proposal?

9   12:37:38     A.    The two proposals were -- were linked and --

10  12:37:43 and had the -- the same characteristics.  So my

11  12:37:48 testimony is the same for both.

12  12:37:55     Q.    Okay.

13  12:37:58          MR. WILLEN:  Maybe this is a good time to

14  12:37:59 break for lunch?

15  12:38:01          MR. PLATZER:  I agree.

16  12:38:02          MR. WILLEN:  All right.  Good.  We're in

17  12:38:04 agreement.

18  12:38:05          THE VIDEOGRAPHER:  We're going off the record.

19  12:38:07 The time is 12:38 p.m.

20  12:38:17          (Lunch break.)

21                         AFTERNOON SESSION

22                WEDNESDAY, JANUARY 13, 2009; 1:21 P.M.

23

24  13:21:15          THE VIDEOGRAPHER:  We are back on the record.

25  13:21:16 The time is 1:21 p.m.

1      DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010

2  13:21:33        MR. WILLEN:  Oh, yes.

3  13:21:34        MR. PLATZER:  Counsel and I -- I discussed

4  13:21:37 during a break a document I intend to introduce as an

5  13:21:40 exhibit.

6  13:21:42        MR. WILLEN:  And I -- I don't think we have

7  13:21:43 any objection to you using the document.

8  13:21:46        MR. PLATZER:  Okay.

9  13:21:47        (King Deposition Exhibit Number 8 was marked

10 13:21:47        for identification.)

11 13:22:05        MR. PLATZER:  8.

12 13:22:06        THE REPORTER:  8.

13 13:22:06 BY MR. PLATZER:

14 13:22:10    Q.   The court reporter handed you a document

15 13:22:13 that's been marked as King Exhibit 8.  It's a PowerPoint

16 13:22:18 presentation entitled "Fingerprinting and Other Research

17 13:22:22 Technologies Workshop May 4, 2007, YouTube Audio and

18 13:22:24 Fingerprinting, David King, Franck Chastagnol, bears

19 13:22:30 Bates numbers Google 1950611 through 0950618.

20 13:22:39        Have you seen the document before that is

21 13:22:41 marked as King Exhibit 8?

22 13:22:46    A.   I believe I have, yes.

23 13:22:49    Q.   Is this a PowerPoint presentation that you

24 13:22:53 gave?

25 13:22:58    A.   It would -- that -- I think so.  I can't

1        DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010

2   13:23:01 remember the precise settings.

3   13:23:03         There seems to be an echo.

4   13:23:10         I -- I don't remember the precise setting, but

5   13:23:12 it looks like my work.

6   13:23:13 BY MR. PLATZER:

7   13:23:15    Q.   Okay.  Do you remember generally to whom this

8   13:23:17 PowerPoint presentation would have been given?

9   13:23:20         MR. WILLEN:  Objection to the form.

10  13:23:24         THE WITNESS:  Honestly, I -- I don't recall

11  13:23:28 what -- what this PowerPoint was developed for or who

12  13:23:32 the audience was.

13  13:23:33 BY MR. PLATZER:

14  13:23:33    Q.   Okay.

15  13:23:42    A.   It's been almost three years.

16  13:23:44    Q.   Yeah.

17  13:23:44    A.   And I --

18  13:23:44    Q.   If you could turn to the page that has the

19  13:23:47 Bates number 1950615.

20  13:23:50    A.   Uh-huh.

21  13:23:52    Q.   It begins:

22  13:23:56         "1. Fingerprinting," and there's a bullet

23  13:24:00         point under that, says, "How well does it

24  13:24:03         work," and it says, "Audio fingerprinting from

25  13:24:05         3rd party solution is very accurate (Audible

129

DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010

1

2  13:24:05    Magic).  No false positives, false negatives

3  13:24:08    are unknown."

4  13:24:10    A.    Uh-huh.

5  13:24:11    Q.    Did you write this part of the presentation?

6  13:24:22    A.    I honestly don't recall whether -- who -- who

7  13:24:26 did most of the writing on this, whether it was Franck

8  13:24:29 or me, but -- so I -- I don't recall.

9  13:24:41    Q.    Aside from whether or not you wrote this

10 13:24:44 document, do you agree with the sentiment expressed in

11 13:24:47 this first dash point on the page?

12 13:24:50        MR. WILLEN:  Objection to form.

13 13:24:51        THE WITNESS:  You know, earlier on, at the

14 13:24:53 beginning of the -- of the day, we -- we spoke a little

15 13:24:55 bit about the way a fingerprinting system is judged, and

16 13:25:00 there's two factors.  There's accuracy and there's

17 13:25:03 recall.  And this seems to say that accuracy coming in

18 13:25:08 from Audible Magic was good, and that recall was

19 13:25:12 something that we could not know.

20 13:25:14 BY MR. PLATZER:

21 13:25:18    Q.    And when you say "recall," what do you mean by

22 13:25:21 that term?

23 13:25:22    A.    Recall is otherwise understood as false

24 13:25:25 negatives.  So imagine that you take 100 videos, and you

25 13:25:32 search against a fingerprint database.  There -- there

1           DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010

2  13:25:36 are two factors that you're looking out for.

3  13:25:39          One is, when it says it's a match, is it

4  13:25:43 indeed correct?  Can it be relied on?  That's accuracy.

5  13:25:47 So does it tell you things that are incorrect, or does

6  13:25:50 it generally -- is it generally correct?

7  13:25:54          The second thing is, you know, I could achieve

8  13:25:58 a perfect accuracy rate by saying nothing matched,

9  13:26:01 and -- and I would be making no false positives, but if

10 13:26:06 there were indeed things that should have matched, then

11 13:26:09 that would be what we call a false negative, or -- which

12 13:26:12 is usually formulated the other way around, in -- in

13 13:26:16 terms of recall.  The ability for it to pull out a

14 13:26:18 match.  So this is a general sort of search term.

15 13:26:22    Q.   Okay.  So you're using the term "accuracy" to

16 13:26:24 refer to low false positives and "recall" to refer to

17 13:26:29 low false negatives?

18 13:26:31    A.   Yes, and are we clear on -- did I clear up

19 13:26:34 what those are?

20 13:26:35    Q.   Yes, that's very helpful.  Thank you.

21 13:26:38    A.   Okay.

22 13:26:39    Q.   So was YouTube -- was it YouTube's view that

23 13:26:43 Audible Magic technology had a high accuracy rate as

24 13:26:47 expressed on this document?

25 13:26:49    A.   Sorry about that.

1            DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010

2   13:26:52        MR. WILLEN:  I don't know if he was entirely

3   13:26:54 listening to the question, because he was distracted

4   13:26:57 based on --

5   13:26:59        THE WITNESS:  He -- he put his mouse in a

6   13:27:01 puddle.  I was worried again.

7   13:27:04        MR. WILLEN:  Have the question again.

8   13:27:05 BY MR. PLATZER:

9   13:27:06    Q.   Was it YouTube's view that Audible Magic

10  13:27:06 technology had a high accuracy rate?

11  13:27:09    A.   Yes.  That is correct.  And it's a matter of

12  13:27:17 tuning as well.  So, you know, I think, as you seek to

13  13:27:19 get higher recall, you put more pressure on your

14  13:27:22 accuracy.  So you start -- so it's a -- you know, it --

15  13:27:26 it's a -- it's a balance point in any system, which I

16  13:27:29 think would also be true of a human.

17  13:27:32        You know, as a human, if you're trying to

18  13:27:35 respond to a -- you know, to something where you're

19  13:27:38 scanning through your memory, you can either be

20  13:27:41 extremely conservative and very accurate, or you can dig

21  13:27:45 a little deeper and make more suppositions and take more

22  13:27:49 guesses, and you'll bring back more information, but

23  13:27:52 your accuracy rate will suffer.

24  13:27:54    Q.   Did YouTube tune Audible Magic's

25  13:28:01 fingerprinting technology to minimize false positives?

1          DAVID KING    SAN FRANCISCO, CA    JANUARY 13, 2010

2   13:28:08        MR. WILLEN:  Objection to the form.

3   13:28:09        THE WITNESS:  Audible Magic did not surface

4   13:28:09 any methods for us to tune that balance point.  They

5   13:28:09 tuned it that way.

6   13:28:11 BY MR. PLATZER:

7   13:28:12    Q.   Okay.  And did -- is the sentiment that's

8   13:28:15 expressed on the page we're looking at on this exhibit

9   13:28:20 that Audible Magic had high accuracy, was that YouTube's

10  13:28:25 view for the use of Audible Magic to identify television

11  13:28:29 content as well?

12  13:28:30        MR. WILLEN:  Objection to the form.  Vague as

13  13:28:34 to time.

14  13:28:39        THE WITNESS:  This bullet doesn't speak to

15  13:28:41 that, and I don't think that -- I think it's not -- you

16  13:28:44 know, the level of specificity here is, in general, the

17  13:28:49 Audible Magic service has produced accurate results.

18  13:28:56 BY MR. PLATZER:

19  13:28:57    Q.   Well, independently of this document -- I'm

20  13:28:59 asking you in your capacity as a corporate

21  13:29:02 representative for YouTube -- was -- was it YouTube's

22  13:29:06 belief that Audible Magic was accurate for identifying

23  13:29:08 television content?

24  13:29:10        MR. WILLEN:  Objection.  Vague as to time.

25  13:29:16        THE WITNESS:  I think there -- that there