UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., ET AL.,<br><br>Defendants. | ECF Case<br><br>Civil No. 07-CV-2103 (LLS) |
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, ET AL., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., ET AL.,<br><br>Defendants. | ECF Case<br><br>Civil No. 07-CV-3582 (LLS) |

# SUPPLEMENT TO
# THE DECLARATION OF ANDREW H. SCHAPIRO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND DEFENDANTS' OBJECTIONS TO EVIDENCE AND MOTION TO STRIKE MATERIAL FROM VIACOM'S SUMMARY JUDGMENT SUBMISSIONS AND PUTATIVE CLASS PLAINTIFFS' RULE 56.1 STATEMENT

**Schapiro Exhibit 78**

Page 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL INC., COMEDY   )
PARTNERS, COUNTRY MUSIC             )
TELEVISION, INC., PARAMOUNT         )
PICTURES CORPORATION, and BLACK     )
ENTERTAINMENT TELEVISION LLC,       )
                                    )
              Plaintiffs,           )
         vs.                        ) Case No. 07CV2203
YOUTUBE, INC., YOUTUBE, LLC,        )
and GOOGLE, INC.,                   )
                                    )
              Defendants.           )
_____)
THE FOOTBALL ASSOCIATION PREMIER    )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all     )
others similarly situated,          )
                                    )
              Plaintiffs,           )
         vs.                        ) Case No. 07CV3582
YOUTUBE, INC., YOUTUBE, LLC, and    )
GOOGLE, INC.,                       )
                                    )
              Defendants.           )
_____)

VIDEOTAPED DEPOSITION OF TINA EXARHOS

NEW YORK, NEW YORK

MONDAY, FEBRUARY 23, 2009

REPORTED BY:
ERICA RUGGIERI, CSR, RPR
JOB NO: 16507

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

c6265d65-63a8-4fa4-b560-413d94551958

```
                                                        Page 2
 1
 2
 3
 4              February 23, 2009
 5                 9:36 a.m.
 6
 7          VIDEOTAPED DEPOSITION OF TINA
 8      EXARHOS, held at the offices of Wilson
 9      Sonsini Goodrich & Rosati, 1301 Avenue of,
10      New York, New York, pursuant to notice,
11      before before Erica L. Ruggieri,
12      Registered Professional Reporter and
13      Notary Public of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                        Page 3
 1
 2      A P P E A R A N C E S
 3      FOR THE PLAINTIFFS:
 4          JENNER & BLOCK, LLP
 5          BY:  SCOTT B. WILKENS, ESQ
 6          1099 New York Avenue, NW
 7          Washington, D.C. 20001
 8          (202) 639-6000
 9          Swilkens@jenner.com
10
11      FOR THE DEFENDANTS
12          WILSON SONSINI GOODRICH & ROSATI, PC
13          BY: BART E. VOLKMER, ESQ.
14          650 Page Mill Road
15          Palo Alto, CA 94304
16          (650) 493-9300
17          Bvolkmer@wsgr.com
18       - and -
19          MAYER BROWN, LLP
20          BY: JASON KIRSCHNER, ESQ.
21          1675 Broadway
22          New York, New York  10019
23          (212) 506-2500
24          Jkirschner@mayerbrown.com
25
```

```
                                                              Page 4
 1

 2        A P P E A R A N C E S:  (Cont'd)

 3

 4     ALSO PRESENT:

 5         MICHELENA HALLIE, MTV Networks

 6         CARLOS KING, Videographer

 7

 8

 9

10

11

12

13

14

15                          *  *  *

16

17

18

19

20

21

22

23

24

25
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

c6265d65-63a8-4fa4-b560-413d94551958

Page 42

T. EXARHOS

article or interview.

    Can I read it?

    MR. WILKENS: If you need to read it, take your time and read it.

    THE WITNESS: Yeah, I don't remember, so I'd like to read it.

    MR. VOLKMER: Sure.

    (Witness reads document.)

A. Okay.

Q. So having read the article, do you recall being interviewed for it?

A. I don't remember the exact interview, but I do remember the article.

Q. And who did you talk with in connection with this article?

A. Again, I don't recall the interview, but I'm sure it was the reporter.

Q. Mr. Morrissey?

A. Brian Morrissey.

Q. Do you remember speaking with Mr. Morrissey about these issues?

A. I don't remember the interview itself, because it was three years ago.

Page 43

1    T. EXARHOS
2    Q.    Do you recall sending any
3    e-mails about this article?
4    A.    I don't recall.
10:37:58  5    Q.    In the second page, the third
6    paragraph, there's a quote from you,
7    saying "For MTV, giving promotional clips
8    was a no brainer, because it didn't have
9    to pay for placement."
10:38:14  10         That refers to giving
11    promotional clips to YouTube, correct?
12    A.    Yes.
13    Q.    And is that an accurate quote?
14    A.    Yeah.  I don't remember the
10:38:30  15    interview, but I don't see anything that I
16    disagree with, so.
17    Q.    And you believed that providing
18    promotional clips to YouTube was a no
19    brainer, correct?
10:38:39  20    A.    Yes, I believed it was, you
21    know, a good way to market some of our
22    priority shows, amongst other things.  But
23    yes, I think that it was a mutual --
24    mutually beneficial relationship.  They
10:39:01  25    were receiving valuable content that we

Page 44

1           T. EXARHOS
2    were providing, and they were providing
3    good promotional placement for us.
4         Q.    And the promotional clips that
10:39:14    5    MTV provided to YouTube, they were
6    authorized to be on YouTube, correct?
7         A.    The ones that I'm referring to?
8         Q.    Right.  They were authorized to
9    be on YouTube, correct?
10:39:24   10         A.    Correct.
11         Q.    Do you know what the term
12    content council refers to?
13         A.    It was a meeting.
14         Q.    A single meeting?
10:39:38   15         A.    I don't recall exactly how many
16    meetings, but I think that it might have
17    been a -- it might have been a one-time
18    meeting that we did.  I don't remember if
19    it was more than one meeting.
10:39:54   20         Q.    And what was the topic of the
21    meeting?
22         A.    If it's the meeting that I think
23    we are talking about, we discussed just
24    kind of in the changing environment -- you
10:40:14   25    know what, I can tell you what I know I