# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, and BLACK ENTERTAINMENT TELEVISION LLC, <br><br>     Plaintiffs, <br><br> v. <br><br> YOUTUBE INC., YOUTUBE, LLC, and GOOGLE, INC., <br><br>     Defendants. | Case No. 1:07-cv-02103 (LLS) <br> (Related Case No. 1:07-cv-03582 (LLS)) <br><br> **ADDITIONAL UNSEALED EXHIBITS TO THE DECLARATION OF WILLIAM M. HOHENGARTEN IN SUPPORT OF VIACOM'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |