UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC            )
TELEVISION, INC., PARAMOUNT        )
PICTURES CORPORATION, and BLACK    )
ENTERTAINMENT TELEVISION, LLC,     )
                                   )
            Plaintiffs,            )
                                   )
vs.                                ) NO. 07-CV-2203
                                   )
YOUTUBE, INC., YOUTUBE, LLC,       )
and GOOGLE, INC.,                  )
                                   )
            Defendants.            )
_____)
                                   )
THE FOOTBALL ASSOCIATION PREMIER   )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all    )
others similarly situated,         )
                                   )
            Plaintiffs,            )
vs.                                ) NO. 07-CV-3582
                                   )
YOUTUBE, INC., YOUTUBE, LLC, and   )
GOOGLE, INC.,                      )
                                   )
            Defendants.            )
_____)

VIDEOTAPED DEPOSITION OF CHAD HURLEY
SAN FRANCISCO, CALIFORNIA
WEDNESDAY, APRIL 22, 2009

BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
JOB NO. 16789

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

1                      APRIL 22, 2009

2                        9:08 a.m.

3

4        VIDEOTAPED DEPOSITION OF CHAD HURLEY,

5        held at the offices of SHEARMAN & STERLING,

6        525 Market Street, San Francisco, California,

7        pursuant to notice, before ANDREA M. IGNACIO

8        HOWARD, CLR, CCRR, RPR, CSR License No. 9830.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

1    A P P E A R A N C E S:

2

3        FOR THE PLAINTIFFS VIACOM INTERNATIONAL, INC.:

4            JENNER & BLOCK, LLP

5            By:  SCOTT WILKENS, Esq.

6            1099 New York Avenue, NW, Suite 900

7            Washington, D.C. 20001

8            (202) 639-6000  swilkens@jenner.com

9

10       FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:

11           BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

12           By:  JOHN C. BROWNE, Esq.

13           1285 Avenue Of The Americas

14           New York, New York 10019

15           (212) 554-1533  johnb@blbglaw.com

16

17       FOR THE PLAINTIFFS VIACOM INTERNATIONAL INC.:

18           SHEARMAN & STERLING LLP

19           By:  STUART J. BASKIN, Esq.

20           599 Lexington Avenue

21           New York, New York 10022-6069

22           (212) 848-4000  stuart.baskin@shearman.com

23

24

25

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

```
1      A P P E A R A N C E S   (Continued.)

2

3         FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC and

4         GOOGLE, INC.:

5             MAYER BROWN, LLP

6             By:  ANDREW H. SCHAPIRO, Esq.

7                 BRIAN WILLEN, Esq.

8             1675 Broadway

9             New York, New York 10019-5820

10            (212) 506-2279  aschapiro@mayer.com

11

12        ALSO PRESENT:

13            GOOGLE

14            By:  ADAM L. BAREA, Litigation Counsel

15            1600 Amphitheater Parkway

16            Mountain View, California 94043

17            (650) 214-4879  adambarea@google.com

18

19            KEN REESER, Videographer.

20

21                      ---oOo---

22

23

24

25
```

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 5

| | | |
|---|---|---|
| | 1 | HURLEY, CHAD |
| | 2 | SAN FRANCISCO, CALIFORNIA |
| | 3 | WEDNESDAY, APRIL 22, 2009, 9:08 A.M. |
| | 4 | |
| 09:08:12 | 5 | THE VIDEOGRAPHER:  Good morning. |
| 09:08:15 | 6 | Today's videotaped deposition of Chad Hurley |
| 09:08:18 | 7 | is taken on April 22nd, 2009, at 525 Market Street, |
| 09:08:25 | 8 | 15th Floor, San Francisco, California. |
| 09:08:27 | 9 | In the matter of Viacom International, |
| 09:08:27 | 10 | Incorporated, et al., and The Football Association |
| 09:08:27 | 11 | Premier League Limited, et al., vs. YouTube, |
| 09:08:39 | 12 | Incorporated. |
| 09:08:39 | 13 | Case Nos. 07-CV-2203 and 07-CV-3582.  In the |
| 09:08:51 | 14 | U.S. District Court, for the Southern District of |
| 09:08:53 | 15 | New York. |
| 09:08:54 | 16 | My name is Ken Reeser.  I represent David |
| 09:08:57 | 17 | Feldman Worldwide, located at 600 Anton Boulevard, |
| 09:09:02 | 18 | Suite 1100, Costa Mesa, California. |
| 09:09:05 | 19 | We are now commencing at 9:08 a.m. |
| 09:09:08 | 20 | Will all present please identify themselves, |
| 09:09:12 | 21 | beginning with the witness. |
| 09:09:13 | 22 | THE WITNESS:  I'm Chad Hurley. |
| 09:09:16 | 23 | MR. BROWNE:  Good -- good morning.  This is |
| 09:09:18 | 24 | John Browne.  I'm from Bernstein, Litowitz, Berger & |
| 09:09:23 | 25 | Grossman.  I represent the plaintiffs in the class |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                                 |
| 09:09:24 | 2  | action, including the lead plaintiffs, The English           |
| 09:09:26 | 3  | Premier League.                                              |
| 09:09:26 | 4  | MR. SCHAPIRO:  Andrew Schapiro from Mayer                    |
| 09:09:31 | 5  | Brown for the defendants.                                    |
| 09:09:32 | 6  | MR. WILLEN:  Brian Willen from Mayer Brown,                  |
| 09:09:33 | 7  | also for the defendants.                                     |
| 09:09:33 | 8  | MR. BAREA:  Adam Barea, Google, Inc.                         |
| 09:09:39 | 9  | MR. WILKENS:  Scott Wilkens, Jenner & Block,                 |
| 09:09:48 | 10 | for Viacom.                                                  |
| 09:09:48 | 11 | MR. BASKIN:  And Stuart Baskin of Shearman &                 |
| 09:09:48 | 12 | Sterling for Viacom.                                         |
| 09:09:48 | 13 | THE VIDEOGRAPHER:  Thank you.                                |
| 09:09:49 | 14 | The court reporter may please swear in the                   |
| 09:09:50 | 15 | witness.                                                     |
| 09:09:50 | 16 | CHAD HURLEY,                                                 |
| 09:09:50 | 17 | having been sworn as a witness, testified as follows:       |
| 09:09:50 | 18 |                                                              |
| 09:10:00 | 19 | EXAMINATION BY MR. BROWNE                                    |
| 09:10:00 | 20 | MR. BROWNE:  Q.  Good morning, Mr. Hurley.                   |
| 09:10:01 | 21 | A   Good morning.                                            |
| 09:10:02 | 22 | Q   Have you ever been deposed before?                       |
| 09:10:04 | 23 | A   No; this is the first time.                              |
| 09:10:05 | 24 | Q   Okay.  But you've given testimony under oath             |
| 09:10:07 | 25 | before; is that right?                                       |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 12

|    |    |                                                                    |
|----|----|--------------------------------------------------------------------|
|          | 1  |                     HURLEY, CHAD                          |
| 09:14:18 | 2  | conclusion.                                              |
| 09:14:18 | 3  |         THE WITNESS:  I don't know.  You'd have to        |
| 09:14:19 | 4  | ask the -- for, yeah, a legal opinion on that.  I'm      |
| 09:14:20 | 5  | not necessarily sure.                                    |
| 09:14:22 | 6  |         MR. BROWNE:  Q.  You don't have any              |
| 09:14:23 | 7  | understanding, as you sit here today, what the           |
| 09:14:26 | 8  | corporate relationship of YouTube is vis-a-vis Google?   |
| 09:14:29 | 9  |         MR. SCHAPIRO:  Objection; asked and answered.     |
| 09:14:32 | 10 |         THE WITNESS:  Yeah.  Like -- like I said, I'm     |
| 09:14:34 | 11 | not necessarily sure.                                    |
| 09:14:35 | 12 |         MR. BROWNE:  Q.  You say you're not              |
| 09:14:38 | 13 | necessarily sure, but do you have some idea?             |
| 09:14:42 | 14 |     A   No, I don't.                                     |
| 09:14:43 | 15 |     Q   Do you -- do you consider yourself an            |
| 09:14:52 | 16 | employee of Google?                                      |
| 09:14:53 | 17 |     A   Yes, I do.                                       |
| 09:14:54 | 18 |     Q   Now, you mentioned that -- or you started the    |
| 09:15:01 | 19 | website in early of 2005; is that right?                 |
| 09:15:03 | 20 |     A   That's right.                                    |
| 09:15:04 | 21 |     Q   Okay.  And were you one of the founders of       |
| 09:15:07 | 22 | the YouTube website?                                     |
| 09:15:08 | 23 |     A   Yes.                                             |
| 09:15:08 | 24 |     Q   Were there any other founders?                   |
| 09:15:10 | 25 |     A   Yeah, there were.                                |

Page 13

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                           |
| 09:15:10 | 2  | Q   Who were they?                                     |
| 09:15:12 | 3  | A   Steve Chen and Jawed Karim.                        |
| 09:15:20 | 4  | Q   Do you -- can you recall an approximate month      |
| 09:15:23 | 5  | when you founded YouTube?                              |
| 09:15:26 | 6  | A   Well, we, you know, started discussing things      |
| 09:15:29 | 7  | and registered the domain in February of 2005.         |
| 09:15:37 | 8  | Q   Now, did you personally invest any money into      |
| 09:15:40 | 9  | the founding of YouTube?                               |
| 09:15:44 | 10 | MR. SCHAPIRO:  Objection; vague.                       |
| 09:15:45 | 11 | THE WITNESS:  Yeah, in -- in terms of --               |
| 09:15:47 | 12 | of -- of -- of what?  The formation, or what do you    |
| 09:15:50 | 13 | mean?                                                  |
| 09:15:50 | 14 | MR. BROWNE:  Yeah.                                      |
| 09:15:52 | 15 | Q   Did you put forward any capital to help start      |
| 09:15:54 | 16 | the business, you personally?                          |
| 09:15:55 | 17 | A   We didn't necessarily set anything aside.  I       |
| 09:16:00 | 18 | mean, I registered things like the domain.  We just    |
| 09:16:02 | 19 | had various roles before it was officially formed,     |
| 09:16:05 | 20 | so...                                                  |
| 09:16:06 | 21 | Q   Now, when you -- when you registered the           |
| 09:16:07 | 22 | domain and did these other things to set up the        |
| 09:16:09 | 23 | company, were you -- did you receive a stock in the    |
| 09:16:12 | 24 | company?                                               |
| 09:16:15 | 25 | A   Not -- not initially.  I -- I -- we went           |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 16

```
                 1              HURLEY, CHAD
09:18:11         2    there, Jawed Karim?
09:18:17         3        A    Jawed Karim.
09:18:18         4        Q    I'm sorry.  Jawed Karim.
09:18:19         5             Has he or, to your knowledge, did he, at any
09:18:21         6    point in time, invest any of his own personal funds
09:18:24         7    into YouTube?
09:18:25         8        A    Again, I'm -- I'm not sure if there's any
09:18:26         9    miscellaneous things that he needed to pay for while
09:18:30        10    we were getting things up.  I -- I don't think he
09:18:33        11    was -- he was paying for anything, but I can't
09:18:41        12    remember.
09:18:41        13        Q    Now, how old were you when you founded
09:18:44        14    YouTube?
09:18:44        15        A    Let's see.  20 -- 27, 28, yeah.
09:18:46        16        Q    And how old are you today?
09:18:48        17        A    I'm 32.
09:18:49        18        Q    What did you do immediately prior to the time
09:18:53        19    that -- that you and others founded YouTube?
09:18:57        20        A    Well, before YouTube, my last -- my last job
09:18:59        21    was at PayPal.
09:19:01        22        Q    Okay.  And what is PayPal?
09:19:03        23        A    It's a payment service that was eventually
09:19:06        24    acquired by eBay and people use it to pay for -- for
09:19:10        25    auction listings and other services online.
```

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 17

```
                    1                    HURLEY, CHAD
09:19:13            2        Q    And where is -- where is PayPal located?
09:19:15            3        A    I think in San Jose now where eBay is.
09:19:19            4        Q    Where was it located during the time that you
09:19:22            5    were employed there?
09:19:23            6        A    Originally, Palo Alto, and then we moved to
09:19:25            7    Mountain View at some point.
09:19:26            8        Q    And -- and -- at what -- can you give me the
09:19:30            9    date when you left PayPal?
09:19:33           10        A    I'm trying to remember the exact date.  It
09:19:37           11    was maybe close to 2003 time frame.
09:19:42           12        Q    Early 2003 or late?  Do you have any sense?
09:19:45           13        A    I can't remember.  I just know that I was
09:19:47           14    away from PayPal for -- for some amount of time before
09:19:50           15    we started working on YouTube or I started working on
09:19:54           16    YouTube.
09:19:54           17        Q    And during that gap period between the time
09:19:56           18    when you left PayPal and the time you founded YouTube,
09:19:59           19    were you employed anywhere?
09:20:01           20        A    No; I was just -- just working on various
09:20:03           21    ideas and -- and I did some consulting, but then I
09:20:06           22    just took some time to relax, start a family, things
09:20:09           23    like that.
09:20:10           24        Q    And what type of consulting did you do?
09:20:13           25        A    Just some design work for friends and
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 18

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                             |
| 09:20:16 | 2  | Internet companies and -- out in the West Coast.        |
| 09:20:20 | 3  | Q    Were you paid for any of that consulting?          |
| 09:20:23 | 4  | A    Yeah, I believe for some of it.                    |
| 09:20:25 | 5  | Q    If you can list for me those that you              |
| 09:20:28 | 6  | remember the consulting engagements during that period  |
| 09:20:31 | 7  | for which you received some payment.                    |
| 09:20:38 | 8  | A    I think the only one that actually was paid        |
| 09:20:41 | 9  | for was just a logo for Space X, it's a space company.  |
| 09:20:46 | 10 | Q    And how do you spell Space X?                      |
| 09:20:49 | 11 | A    Space and then the letter X.                       |
| 09:20:52 | 12 | Q    Now, what was your -- and just to be clear,        |
| 09:20:55 | 13 | can you -- can you recall any other consulting          |
| 09:20:57 | 14 | engagements during that time period between PayPal and  |
| 09:21:00 | 15 | Google that you were paid for?                          |
| 09:21:01 | 16 | A    Yeah, I mean, I -- I did some work, but I          |
| 09:21:03 | 17 | don't think I was ever paid for it.  It was with        |
| 09:21:07 | 18 | friends.                                                |
| 09:21:07 | 19 | Q    What was your title when you left PayPal?          |
| 09:21:14 | 20 | A    Just designer.  I don't -- I don't know at         |
| 09:21:16 | 21 | what level.  I was just a designer at PayPal.           |
| 09:21:19 | 22 | Q    And why did you leave?                             |
| 09:21:23 | 23 | A    Just to try new things.  You know, I had           |
| 09:21:26 | 24 | already spent about three-and-a-half years there.  I    |
| 09:21:29 | 25 | was just looking and ready to do something different,   |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 19

```
                  1                    HURLEY, CHAD
09:21:32          2    new, just kind of burned out.
09:21:34          3        Q    When was PayPal acquired by eBay?
09:21:38          4        A    I guess it was, you know, six months to a
09:21:41          5    year before I took off, so it was just a few months
09:21:45          6    kind of into that acquisition when I moved on.
09:21:47          7        Q    What type of acquisition was it?  Do you
09:21:53          8    know?
09:21:55          9        A    I'm not sure if it was cash or stock or what,
09:21:59         10    what they used.
09:21:59         11        Q    Did you -- did you yourself receive any money
09:22:02         12    as a result of eBay's acquisition of PayPal?
09:22:06         13        A    I don't think I -- I received any -- anything
09:22:09         14    directly.  We -- we were already a public company, so
09:22:12         15    I already had some stock within the company.
09:22:14         16        Q    And when did PayPal become a public company?
09:22:19         17        A    Again, I can't remember the specific date,
09:22:20         18    but I think it was a year previous to the acquisition.
09:22:23         19    Somewhere in that time frame.
09:22:24         20        Q    So 2001, 2002, something like that?
09:22:29         21        A    Something like that.
09:22:30         22        Q    Okay.  Now, at the time that you -- that
09:22:34         23    PayPal became public, I take it that at that time you
09:22:37         24    had stock in PayPal; is that right?
09:22:39         25        A    That's right.
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | HURLEY, CHAD |
| 09:22:39 | 2  | Q   Okay.  And at the -- at the IPO price, |
| 09:22:42 | 3  | approximately how much was that stock worth, if you |
| 09:22:44 | 4  | know? |
| 09:22:45 | 5  | MR. SCHAPIRO:  Objection. |
| 09:22:47 | 6  | THE WITNESS:  Yeah, I -- I can't necessarily |
| 09:22:48 | 7  | remember in terms of stock price. |
| 09:22:50 | 8  | MR. BROWNE:  Q.  What was your highest salary |
| 09:22:53 | 9  | at PayPal. |
| 09:22:55 | 10 | A   Again, I -- I can't remember what it was. |
| 09:23:01 | 11 | Q   Was it more than ███████ ? |
| 09:23:04 | 12 | A   No, I don't believe it was. |
| 09:23:05 | 13 | Q   Do you currently today own any PayPal stock? |
| 09:23:12 | 14 | A   No, I don't. |
| 09:23:12 | 15 | Q   And when did you dispose of that stock? |
| 09:23:15 | 16 | MR. SCHAPIRO:  Objection; is this -- what are |
| 09:23:19 | 17 | you getting at with this?  I mean, we're going to |
| 09:23:21 | 18 | be -- at some point, I think this is going to be, I |
| 09:23:23 | 19 | think, crossing into a line of personal information |
| 09:23:25 | 20 | that I might instruct him not to answer about. |
| 09:23:27 | 21 | It's just harassing, but if there's |
| 09:23:29 | 22 | somewhere -- some reason you want to know what his |
| 09:23:31 | 23 | assets consist of, let me have a hear at it. |
| 09:23:35 | 24 | MR. BROWNE:  Well, if you want to instruct |
| 09:23:37 | 25 | him not to answer, you're welcome to do that, but |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 21

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  |                    HURLEY, CHAD                          |
| 09:23:39 | 2  | that's my question.                                     |
| 09:23:40 | 3  | Q    When did you dispose of your PayPal stock?         |
| 09:23:43 | 4  |      MR. SCHAPIRO:  You can answer this question.       |
| 09:23:44 | 5  |      THE WITNESS:  Okay.                                 |
| 09:23:45 | 6  |      Again, I -- I -- I don't necessarily               |
| 09:23:47 | 7  | remember.  I don't remember calendar-wise.              |
| 09:23:48 | 8  |      MR. BROWNE:  Okay.                                  |
| 09:23:49 | 9  | Q    Well, maybe to accommodate your counsel, what      |
| 09:23:51 | 10 | was your approximate net worth at the time that you     |
| 09:23:53 | 11 | left PayPal?                                             |
| 09:23:54 | 12 | A    Probably roughly around ███████.                   |
| 09:24:02 | 13 | Q    What's your approximate net worth now?             |
| 09:24:08 | 14 |      MR. SCHAPIRO:  Objection; that one crosses         |
| 09:24:15 | 15 | the line.  I'm going to instruct you not to answer.     |
| 09:24:18 | 16 |      MR. BROWNE:  How can it cross the line to          |
| 09:24:20 | 17 | answer it now but not have crossed the line to answer   |
| 09:24:23 | 18 | the same question for a period of three years prior?    |
| 09:24:26 | 19 |      I don't understand that.                           |
| 09:24:26 | 20 |      MR. SCHAPIRO:  Well, I'm not a mind reader,        |
| 09:24:29 | 21 | but I assumed there was a basis for asking at PayPal,   |
| 09:24:31 | 22 | because you're probably trying to suggest that there    |
| 09:24:35 | 23 | was value to him in developing YouTube one way or       |
| 09:24:39 | 24 | another, and you got to -- you have a line of           |
| 09:24:40 | 25 | questioning here where you're going to talk about his   |

Page 22

```
                    1                 HURLEY, CHAD
09:24:42            2    incentives at YouTube, but what his net worth now is
09:24:46            3    has nothing to do with that.
09:24:47            4         Anyway, that's my instruction to him.
09:24:49            5         MR. BROWNE:  Okay.  Well, let me try to do
09:24:49            6    it -- maybe -- maybe we're misunderstanding each
09:24:52            7    other, but let me try it this way.
09:24:53            8    Q    As a result of your founding of YouTube and
09:24:56            9    the subsequent sale back to Google, has that impact --
09:25:00           10    impacted your net worth?
09:25:02           11    A    I'm sure it's increased.
09:25:04           12    Q    Okay.  Increased as a result of those things,
09:25:06           13    the things associated with YouTube?  How much has your
09:25:10           14    net worth increased?
09:25:16           15    A    Substantially, of course, yeah.
09:25:17           16    Q    More than $300 million?
09:25:24           17    A    I'm not sure where the market stands today,
09:25:26           18    but probably around that ballpark.
09:25:31           19    Q    Now, what did you do before PayPal?
09:25:39           20    A    I was just coming out of school.  That was my
09:25:43           21    first job out of school.
09:25:44           22    Q    And by "school" you mean college?
09:25:45           23    A    That's right.
09:25:45           24    Q    Where did you go to college?
09:25:47           25    A    Indiana University of Pennsylvania.
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 106

```
                    1                    HURLEY, CHAD
11:47:50            2          Why don't we go off the record for one
11:47:52            3    second.
11:47:56            4          THE VIDEOGRAPHER:  The time is 11:47 a.m.
11:47:59            5          We are off the record.
11:48:00            6          (Recess taken.)
11:48:00            7          (Document marked Hurley, C., Exhibit 12
11:53:26            8           for identification.)
11:53:26            9          THE VIDEOGRAPHER:  The time is 11:52 a.m.
11:53:29           10          We are back on the record.
11:53:32           11          MR. BROWNE:  Okay.  And while we were off the
11:53:34           12    record, I -- I had a discussion with Mr. Hurley's
11:53:37           13    counsel about a video that we're about to mark as
11:53:40           14    Exhibit 11 and play, and -- I'm sorry.  We're going to
11:53:44           15    mark it as Exhibit 12 and play for the witness.
11:53:47           16          The witness's counsel did have an opportunity
11:53:49           17    and took that opportunity to review the video, and we
11:53:55           18    agreed, I believe, that we were gonna mark as
11:53:58           19    Exhibit 12 for now a piece of paper that references
11:54:01           20    the Bates number of the video in the production, and
11:54:05           21    that Bates number is JKA00010387.
11:54:11           22          You may look at that.
11:54:12           23          MR. SCHAPIRO:  We also agreed that because
11:54:14           24    the video, in the form that you have, contains much
11:54:17           25    more than -- additional clips beyond this 40-second
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

Page 107

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                            |
| 11:54:20 | 2  | clip, we would work together to produce some 40 --     |
| 11:54:24 | 3  | some version that includes only the -- the particular  |
| 11:54:26 | 4  | clip you're going to be asking about.                  |
| 11:54:30 | 5  | You've represented to me that this is                  |
| 11:54:32 | 6  | something that was part of the production that          |
| 11:54:34 | 7  | Mr. Karim made.  We, of course, reserve all rights to  |
| 11:54:38 | 8  | challenge authenticity for foundation.                 |
| 11:54:40 | 9  | MR. BROWNE:  Okay.  Perfect.                            |
| 11:54:41 | 10 | Q   Now, Mr. Hurley, I'm gonna play for you --         |
| 11:54:44 | 11 | this is a very short video.                            |
| 11:54:44 | 12 | (Video Clip playing on laptop.)                        |
| 11:54:44 | 13 | (Unintelligible.)                                       |
| 11:54:49 | 14 | SPEAKER 1: "It was like pretty impressed.              |
| 11:54:53 | 15 | You're basically right.  It's like anywhere            |
| 11:54:55 | 16 | on the Internet you have a little that can             |
| 11:54:58 | 17 | control and, you know, basically serve up              |
| 11:55:00 | 18 | ads, and the whole of things with tags and,            |
| 11:55:06 | 19 | you know, what our viewers have seen before            |
| 11:55:08 | 20 | the flash.  It's pretty --                             |
| 11:55:10 | 21 | SPEAKER 2: "So if we get them involved, at             |
| 11:55:13 | 22 | what point would we tell them our dirty                |
| 11:55:16 | 23 | little secret, which is that we actually just          |
| 11:55:19 | 24 | want to sell out quickly?                              |
| 11:55:19 | 25 | SPEAKER 1:  "Are you filming?                          |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 108

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          |  1 |                    HURLEY, CHAD                    |
| 11:55:19 |  2 |      You're going to actually have to erase this.  |
| 11:55:22 |  3 |      SPEAKER 2:  "No.  It won't be released until  |
| 11:55:24 |  4 |      after the acquisition."                       |
| 11:55:25 |  5 |      MR. BROWNE:  Q.  Now, Mr. -- stop that.       |
| 11:55:29 |  6 |      Now, Mr. Hurley, have you ever seen that      |
| 11:55:31 |  7 | video before?                                      |
| 11:55:32 |  8 |      A   I don't remember it.                      |
| 11:55:33 |  9 |      Q   Okay.  Did you recognize the two individuals |
| 11:55:37 | 10 | that were on camera during that video?             |
| 11:55:40 | 11 |      A   I recognize Steve and myself, and it sounded |
| 11:55:43 | 12 | like Jawed's voice.                                |
| 11:55:45 | 13 |      Q   Okay.  And it sounded like -- and Mr. Karim's |
| 11:55:51 | 14 | voice on the video, you recognized that?           |
| 11:55:52 | 15 |      A   It sounded like it.                       |
| 11:55:53 | 16 |      Q   Did you hear yourself say on -- on -- on that |
| 11:55:58 | 17 | video that -- that you have to -- something like   |
| 11:56:01 | 18 | "we'll have to erase the file"?                    |
| 11:56:04 | 19 |      A   I mean, yeah, it seemed like a pretty     |
| 11:56:07 | 20 | sarcastic remark to his sarcastic comment.         |
| 11:56:10 | 21 |      Q   Okay.  Now, when you were first in -- in  |
| 11:56:20 | 22 | discussions with Sequoia Capital about the Series A |
| 11:56:26 | 23 | financing, did -- did Sequoia Capital value -- provide |
| 11:56:30 | 24 | you with a valuation that they had for YouTube?    |
| 11:56:34 | 25 |      A   Yeah, through the -- negotiation they would |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 113

                                    HURLEY, CHAD
12:02:02    2       Q    And then farther over it says -- the final
12:02:04    3    column on the right says "earnings"; you see that?
12:02:07    4       A    Yes.
12:02:07    5       Q    This -- this spread spreadsheet is -- is --
12:02:09    6    is communicating how much YouTube is earning based on
12:02:16    7    ads sold on different types of web pages at different
12:02:20    8    dates; isn't that right?
12:02:21    9       MR. SCHAPIRO:  Objection; calls for
12:02:22    10   speculation; mischaracterizes the document.
12:02:24    11      THE WITNESS:  Yeah.  Again, I -- I don't
12:02:25    12   remember what this -- this spreadsheet is referring
12:02:29    13   to, you know.  To me, it potentially looks like it's,
12:02:34    14   you know, managing or tracking ad impressions.
12:02:38    15      MR. BROWNE:  Q.  Now, do you have an
12:02:40    16   understanding, though, as to what -- what is meant my
12:02:43    17   "channel watch," and it says -- like, look at the
12:02:45    18   first row.  It says "Watch Top"; do you know what that
12:02:48    19   means?
12:02:48    20      A    Uh-huh.  Not specifically, you know, like --
12:02:54    21   you know, it may be referring to a page.
12:02:58    22      Q    The Watch Page?
12:02:59    23      A    It could be.  I -- I don't remember the
12:03:02    24   document, but it could be.
12:03:02    25      Q    What is -- what is -- what is the Watch Page?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 114

|  |  |
|---|---|
|  | 1 | HURLEY, CHAD |
| 12:03:07 | 2 | A   Well, typically, we refer to Watch Pages |
| 12:03:10 | 3 | where a video is being watched where it's being |
| 12:03:12 | 4 | played. |
| 12:03:13 | 5 | Q   On the YouTube website? |
| 12:03:14 | 6 | A   Yes. |
| 12:03:14 | 7 | Q   Okay.  And this -- this document is |
| 12:03:16 | 8 | communicating that YouTube was selling advertisements |
| 12:03:19 | 9 | as of June 1st, 2006, on the Watch Page; isn't that |
| 12:03:21 | 10 | right? |
| 12:03:23 | 11 | A   I guess.  I guess that's what it's tracking. |
| 12:03:25 | 12 | I don't know.  I don't remember again. |
| 12:03:26 | 13 | Q   Aside from this document, as the CEO of |
| 12:03:29 | 14 | YouTube, in June of 2006, you -- you know that YouTube |
| 12:03:33 | 15 | was, in fact, selling advertisements on its Watch Page |
| 12:03:37 | 16 | at that time; right? |
| 12:03:38 | 17 | A   You know, again, I don't call -- recall |
| 12:03:41 | 18 | specific dates.  It looks like this -- this document |
| 12:03:44 | 19 | is implying that, but I -- I can't remember. |
| 12:03:46 | 20 | Q   And then down a little bit further it says |
| 12:03:49 | 21 | "results"; do you see that? |
| 12:03:51 | 22 | A   Uh-huh. |
| 12:03:51 | 23 | Q   Is there a -- is there something called a |
| 12:03:53 | 24 | results page on YouTube? |
| 12:03:55 | 25 | A   Typically, results, just like in a search |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 115

```
                    1              HURLEY, CHAD
12:03:58            2    engine, is the results -- it's a page that you get
12:04:01            3    when you're looking for something, searching for
12:04:03            4    something.  It lists --
12:04:03            5         Q    And as of -- as of June --
12:04:04            6         A    -- results.
12:04:05            7         Q    Oh, I'm sorry.
12:04:06            8         A    Just a list of results.
12:04:07            9         Q    And as of June 2006, YouTube was selling
12:04:10           10    advertisements on -- on its results page; isn't that
12:04:13           11    right?
12:04:13           12              MR. SCHAPIRO:  Objection; lacks foundation.
12:04:15           13              THE WITNESS:  I -- I don't know.  I -- I
12:04:25           14    can't remember.
12:04:25           15              MR. BROWNE:  Q.  Do you have any reason to
12:04:27           16    believe that it wasn't?
12:04:32           17         A    No, I mean, I can't remember, so I wouldn't
12:04:34           18    know why.  Wouldn't have any reason not to.
12:04:38           19         Q    And then a little bit down -- well, just the
12:04:43           20    next group down below, it says "browse" under that
12:04:47           21    channel column; do you see that?
12:04:49           22         A    Yes.
12:04:49           23         Q    Do you know what that's referring to?
12:04:54           24         A    I think it's referring to -- probably to
12:04:57           25    the -- the browse pages, the pages where you have the
```

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 116

                                        HURLEY, CHAD
1
12:04:59   2    ability to -- to browse.  Not simply -- you know, not
12:05:03   3    search the result, but page of videos.
12:05:05   4         Q    And -- and -- and how does that work?  How do
12:05:07   5    the browse pages work at YouTube?  At least how did
12:05:10   6    they work as of June 2006?
12:05:12   7         A    I can't remember how they -- they -- they
12:05:14   8    worked at that time, but, typically, you can just look
12:05:17   9    at videos by category.
12:05:22   10        Q    And in June of 2006, YouTube was selling
12:05:26   11   advertisements on its -- on its browse pages; isn't
12:05:28   12   that right?
12:05:29   13        A    Again, I can't remember.  It looks like a
12:05:33   14   spread shot -- spreadsheet is implying that, but I --
12:05:37   15   I don't know.
12:05:37   16        Q    And then it says "channels" under the column
12:05:43   17   marked "channel."
12:05:44   18        A    Uh-huh.
12:05:45   19        Q    What -- what's channels?
12:05:48   20        A    Typically, channels are, you know, the
12:05:51   21   profile page of a user.  You know, representing
12:05:56   22   yourself within the YouTube community.  It's kind of
12:05:59   23   how you express yourself, how you broadcast yourself.
12:06:02   24        Q    And as of June 2006, YouTube was selling
12:06:04   25   advertisements on its channels pages; right?

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 117

                              1                    HURLEY, CHAD

12:06:08    2        A    Again, I -- I don't know.  I don't remember.

12:06:10    3    Again, the document looks like it's implying that.

12:06:13    4        Q    Now, I'm just looking down the earnings

12:06:16    5    column on the right, and I see the largest earnings

12:06:19    6    numbers seem to equate to the Watch Pages.  Why is

12:06:24    7    that?

12:06:24    8            MR. SCHAPIRO:  Objection; document speaks for

12:06:25    9    itself.

12:06:26    10           THE WITNESS:  Yeah, again, I -- I don't know

12:06:30    11   the reasons.  I don't remember this document, but it

12:06:33    12   looks like the case in this -- in this spreadsheet.

12:06:37    13           MR. BROWNE:  Q.  Could YouTube make more

12:06:39    14   money selling advertisements on the Watch Pages than

12:06:43    15   elsewhere on its site?

12:06:45    16       A    In -- in terms of what -- I mean, when?

12:06:47    17   What -- what are you implying here?  Can you -- can

12:06:47    18   you --

12:06:50    19       Q    I wasn't really implying anything.

12:06:52    20       A    Can you restate the question?

12:06:53    21       Q    Sure.

12:06:54    22           Did YouTube make more money selling

12:06:56    23   advertisements on its Watch Pages than it did selling

12:07:00    24   advertisements on other portions of the YouTube

12:07:02    25   website?

DAVID  FELDMAN  WORLDWIDE,  INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 173

1                          HURLEY, CHAD

14:27:39    2     they -- they thought about the clip, I guess.  You

14:27:41    3     know, one through five.  One being bad and five being

14:27:45    4     great.

14:27:46    5         Q    Does that five stars there indicate that the

14:27:48    6     people were rank -- ranking it as five stars, or does

14:27:52    7     that indicate something else?

14:27:53    8         A    It looks like I can't -- I can't tell the --

14:27:55    9     the color.  It's either zero stars or all five stars.

14:27:59   10         Q    Oh, okay.  I have just one question about

14:28:03   11     this.

14:28:03   12              On the bottom right-hand corner it says

14:28:07   13     "featured videos."

14:28:08   14              How did it come to be that those particular

14:28:10   15     videos are featured on this Watch Page with the

14:28:12   16     Arsenal versus Manchester United video clip?

14:28:16   17         A    Again, with -- with the name changes

14:28:20   18     recently, I'm not sure.  I think -- well, it looks

14:28:21   19     like they're all partners.  Expert Village, Blooms --

14:28:26   20     Bloomberg, Beyonce.  They're all partner videos that

14:28:28   21     have been randomly selected.

14:28:29   22         Q    And YouTube generates revenue from its

14:28:33   23     partner deals; right?

14:28:35   24         A    Yeah, potentially, yes.

14:28:41   25         Q    Now, the re- -- the related video -- I'm

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 174

|          | 1  | HURLEY, CHAD |
| 14:28:46 | 2  | sorry. |
| 14:28:46 | 3  | On the right-hand corner, it also says |
| 14:28:48 | 4  | "related videos"; do you see that? |
| 14:28:51 | 5  | A    Yep. |
| 14:28:51 | 6  | Q    What -- what -- and then -- and then I think |
| 14:28:53 | 7  | it has a list of similar videos? |
| 14:28:55 | 8  | A    Uh-huh. |
| 14:28:55 | 9  | Q    How did that list come to be generated? |
| 14:28:58 | 10 | A    Again, I think it's -- well, it's a technical |
| 14:29:01 | 11 | question that I don't know the answer for.  Somehow |
| 14:29:03 | 12 | some kind of algorithm choosing what -- what's |
| 14:29:06 | 13 | appropriate to show. |
| 14:29:08 | 14 | Q    So there's some algorithm at YouTube that -- |
| 14:29:12 | 15 | that determined that the videos in this block were |
| 14:29:15 | 16 | related to the video that's playing on the watch |
| 14:29:18 | 17 | block? |
| 14:29:18 | 18 | MR. SCHAPIRO:  Objection; calls for |
| 14:29:20 | 19 | speculation. |
| 14:29:21 | 20 | THE WITNESS:  Yeah, I -- I -- again, I don't |
| 14:29:26 | 21 | know the details of how that actually works, but it's |
| 14:29:29 | 22 | trying to show related videos, however that is |
| 14:29:32 | 23 | determined. |
| 14:29:32 | 24 | MR. BROWNE:  Okay.  I have just one document |
| 14:29:39 | 25 | and then I'm done. |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 177

|          |     |                                                      |
|----------|-----|------------------------------------------------------|
|          | 1   | HURLEY, CHAD                                         |
| 14:45:51 | 2   | cofounders --                                        |
| 14:45:52 | 3   | A    That's correct.                                 |
| 14:45:52 | 4   | Q    -- of YouTube; correct?                         |
| 14:45:54 | 5   | A    That's correct.                                 |
| 14:45:54 | 6   | Q    And did you perceive the three of you as        |
| 14:45:55 | 7   | being partners at the time?                          |
| 14:45:57 | 8   | MR. SCHAPIRO:  Objection; vague.                     |
| 14:46:01 | 9   | THE WITNESS:  Partners in -- in what way?            |
| 14:46:03 | 10  | MR. BASKIN:  Q.  Well, did you perceive the          |
| 14:46:04 | 11  | other two gentlemen as being your partners?          |
| 14:46:07 | 12  | MR. SCHAPIRO:  Objection; vague.  Partners?          |
| 14:46:10 | 13  | MR. BASKIN:  Q.  Do you understand the word          |
| 14:46:12 | 14  | "partner"?                                           |
| 14:46:14 | 15  | A    Partner in -- in terms of, you know, a          |
| 14:46:17 | 16  | corporate structure partner?                         |
| 14:46:21 | 17  | Q    Well, did you view these two gentlemen as       |
| 14:46:22 | 18  | your partners?                                       |
| 14:46:23 | 19  | MR. SCHAPIRO:  Same objection.                       |
| 14:46:24 | 20  | THE WITNESS:  Yeah, I mean, we were a -- we          |
| 14:46:27 | 21  | were a team trying to develop this.                  |
| 14:46:30 | 22  | MR. BASKIN:  Q.  Now, as I understand it --          |
| 14:46:34 | 23  | let me ask you to put in front of you what I guess was |
| 14:46:37 | 24  | Hurley 7, and on the bottom of Hurley --             |
| 14:46:56 | 25  | MR. SCHAPIRO:  Hold on, Counsel.  I don't            |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 178

```
                    1                    HURLEY, CHAD
14:46:58            2      have it yet.
14:47:00            3              MR. WILLEN:  Here it is.
14:47:01            4              MR. SCHAPIRO:  Okay.  I got it.
14:47:08            5              MR. BASKIN:  Okay.
14:47:08            6         Q    If we go to the bottom of the first page of
14:47:10            7      Hurley 7, you have the paragraph that Mr. Browne
14:47:14            8      referred you to in the course of your earlier
14:47:16            9      testimony; do you remember that?
14:47:18           10         A    Yeah, I think I recall that.
14:47:19           11         Q    And in particular, in that paragraph, if I'm
14:47:23           12      reading it right, Mr. Chen is accusing your other
14:47:37           13      partner/colleague/cofounder of being a copyright thief
14:47:44           14      and dropping the copyrights or uploading the copy --
14:47:48           15      the stolen copyrighted materials onto the YouTube
14:47:53           16      website?
14:47:53           17              MR. SCHAPIRO:  Objection; blatant
14:47:57           18      mischaracterization of the document.
14:47:59           19              MR. BASKIN:  Q.  Is that the way you read
14:47:59           20      that paragraph, sir?
14:48:02           21         A    I don't think that's what he's trying to say.
14:48:03           22      I think Steve obviously saw some type of videos that
14:48:07           23      he thought may look professional.  I -- I don't know
14:48:07           24      Steve -- what videos Steve was referring to.
14:48:09           25         Q    Well, I didn't ask you what videos he was
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 179

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                             |
| 14:48:11 | 2  | referring to.                                            |
| 14:48:12 | 3  | What I'm asking you is, do you read that                 |
| 14:48:13 | 4  | paragraph as saying that "Jawed --" who is Jawed, sir?   |
| 14:48:18 | 5  | A    He was one of the cofounders of the site.          |
| 14:48:22 | 6  | Q    "Was putting stolen videos on the site."           |
| 14:48:24 | 7  | Do you read that, sir?                                   |
| 14:48:29 | 8  | A    Yeah, well, Steve was saying "Please stop          |
| 14:48:33 | 9  | putting stolen videos on the site."                      |
| 14:48:34 | 10 | Q    And he -- in the last line of that paragraph,      |
| 14:48:39 | 11 | if I'm reading it right, he's accusing one of the        |
| 14:48:43 | 12 | cofounders of YouTube of blatantly stealing content      |
| 14:48:48 | 13 | from another site and trying to get everyone to see      |
| 14:48:52 | 14 | it; do you see that?                                      |
| 14:48:53 | 15 | MR. SCHAPIRO:  Objection to the                          |
| 14:48:54 | 16 | characterization of "accusing."                          |
| 14:48:57 | 17 | MR. BASKIN:  Q.  Do you see that, sir?                   |
| 14:48:59 | 18 | A    Well, I see what Steve is saying.  I think         |
| 14:49:03 | 19 | maybe for -- for some of this, he's just referring --    |
| 14:49:06 | 20 | you know, he's saying he's referring to content from     |
| 14:49:09 | 21 | another site.  I don't know if that -- you know, he      |
| 14:49:12 | 22 | had authorized -- authorization to do that or what       |
| 14:49:14 | 23 | type of content that was.  I have no idea.               |
| 14:49:18 | 24 | Q    Well, I appreciate if you have no idea,            |
| 14:49:20 | 25 | because you didn't ask; is that right, sir?              |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 180

1                              HURLEY, CHAD

14:49:21    2         MR. SCHAPIRO:  Objection; argumentative.

14:49:24    3         MR. BASKIN:  Q.  Did you ask?

14:49:25    4    A    Ask what?

14:49:25    5    Q    Did you ask Mr. Chen what he meant by this

14:49:28    6 paragraph?

14:49:28    7    A    I don't remember this e-mail.  I --

14:49:29    8    Q    Do you remember --

14:49:30    9    A    I don't know.

14:49:30   10    Q    Do you remember ever discussing with Mr. Chen

14:49:32   11 this paragraph?

14:49:33   12    A    Potentially.  I can't recall.

14:49:35   13    Q    I didn't ask potentially what you can or

14:49:38   14 cannot do.

14:49:38   15         MR. SCHAPIRO:  Objection.

14:49:39   16         MR. BASKIN:  Q.  Do -- do you recall

14:49:40   17 discussing this with Mr. Chen?

14:49:41   18    A    I don't remember it.

14:49:43   19    Q    Do you remember confronting Mr. Karim with

14:49:46   20 this, the accusation in this paragraph?

14:49:49   21         MR. SCHAPIRO:  Objection to the

14:49:50   22 characterization.

14:49:51   23         THE WITNESS:  I can't remember having a

14:49:53   24 discussion with him, no.

14:49:55   25         MR. BASKIN:  Q.  Do you remember consulting

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 181

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                         |
| 14:49:57 | 2  | counsel regarding this paragraph, any legal counsel? |
| 14:50:00 | 3  | A   I don't even know if we had counsel at the       |
| 14:50:03 | 4  | time.  I -- I don't remember at this time.           |
| 14:50:04 | 5  | Q   Is it your testimony that the first time you     |
| 14:50:10 | 6  | have knowledge of this incident from this deposition |
| 14:50:13 | 7  | today?                                               |
| 14:50:14 | 8  | MR. SCHAPIRO:  Objection; lacks foundation;          |
| 14:50:16 | 9  | mischaracterizes the testimony.                      |
| 14:50:17 | 10 | THE WITNESS:  Like I said, I don't -- I don't        |
| 14:50:21 | 11 | remember seeing this e-mail in the past, so I don't  |
| 14:50:24 | 12 | remember it.                                         |
| 14:50:24 | 13 | MR. BASKIN:  Q.  When you -- back in 2005,            |
| 14:50:33 | 14 | when this incident happened, according to Mr. Chen,  |
| 14:50:39 | 15 | were you reporting to work every day?                |
| 14:50:43 | 16 | A   Sure.  We worked around the clock, yeah.         |
| 14:50:44 | 17 | Q   You were CEO of YouTube at the time; were you    |
| 14:50:47 | 18 | not?                                                 |
| 14:50:48 | 19 | A   Yes, I was.                                       |
| 14:50:48 | 20 | Q   And during the course of reporting to work       |
| 14:50:52 | 21 | every day, did you see Mr. Chen virtually every      |
| 14:50:55 | 22 | working day?                                         |
| 14:50:58 | 23 | A   I don't know about every day, but a fair         |
| 14:51:02 | 24 | amount.                                              |
| 14:51:02 | 25 | Q   And did you see Mr. -- how do you pronounce      |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 182

|          | 1  | HURLEY, CHAD |
|----------|----|--------------|
| 14:51:05 | 2  | it, Karim? |
| 14:51:07 | 3  | A   Karim. |
| 14:51:07 | 4  | Q   Did you see Mr. Karim virtually every day? |
| 14:51:10 | 5  | A   No. |
| 14:51:10 | 6  | Q   How frequently did you see Mr. Karim? |
| 14:51:13 | 7  | A   I can't recall.  I mean, early on he was |
| 14:51:14 | 8  | involved with a few things, but ultimately he ended up |
| 14:51:18 | 9  | deciding to go back to school, so we didn't really see |
| 14:51:21 | 10 | him very often at all. |
| 14:51:22 | 11 | Q   And you had his telephone number, I take it; |
| 14:51:25 | 12 | did you not? |
| 14:51:26 | 13 | A   I believe so. |
| 14:51:27 | 14 | Q   Now, how far was Mr. Chen's office from yours |
| 14:51:31 | 15 | back in and around September 2005 or July 2005?  How |
| 14:51:38 | 16 | many feet was his office from yours? |
| 14:51:42 | 17 | A   I'm not sure.  I can't remember where we sat. |
| 14:51:44 | 18 | If this was in Sequoia's office when we had little |
| 14:51:48 | 19 | incubator space, or if it was when we were in |
| 14:51:52 | 20 | San Mateo, we had our little -- little place there. |
| 14:51:55 | 21 | Q   Okay.  Well, assuming it's one or the other, |
| 14:51:59 | 22 | what was the furthest distance that Mr. Chen's office |
| 14:52:02 | 23 | was from yours back in September 2005? |
| 14:52:04 | 24 | A   I mean, we were always close to each other. |
| 14:52:06 | 25 | I -- I don't know the distance, exactly, but I could |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 183

1                          HURLEY, CHAD

14:52:09    2    see him.

14:52:09    3        Q    And would it be fair to say that you were

14:52:13    4    e-mailing with Mr. Karim virtually every day during

14:52:15    5    this period?

14:52:18    6        A    I -- I -- I don't remember.  I -- I -- I

14:52:22    7    probably doubt it.  I was more in touch with Steve

14:52:25    8    during this entire process.

14:52:26    9        Q    Do you remember e-mailing with Mr. Karim

14:52:31    10   frequently during this period?

14:52:33    11       A    Maybe in the beginning, but then, again, like

14:52:36    12   I was saying, he decided to go back to school and we

14:52:38    13   didn't stay in touch as much.

14:52:40    14       Q    And I take it you don't remember sending him

14:52:43    15   an e-mail inquiring as to the validity of this

14:52:47    16   allegation on the part of Mr. Chen?

14:52:49    17           MR. SCHAPIRO:  Objection to the

14:52:49    18   characterization.

14:52:50    19           THE WITNESS:  I may have.  I mean, this is

14:52:52    20   obviously not what we wanted him to do, if -- you

14:52:55    21   know, if, in fact, he didn't have authorization.

14:53:00    22           MR. BASKIN:  Q.  Are you saying you now have

14:53:01    23   a memory of doing it or you may have done it?

14:53:03    24       A    I may have --

14:53:04    25           MR. SCHAPIRO:  Objection; form.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 184

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | HURLEY, CHAD                                       |
| 14:53:05 | 2  | THE WITNESS:  -- done it.  I mean, I could         |
| 14:53:06 | 3  | imagine.  I mean, we wouldn't want him to -- to do |
| 14:53:09 | 4  | that, and so if --                                 |
| 14:53:12 | 5  | MR. BASKIN:  Q.  Do you have any --                |
| 14:53:13 | 6  | MR. SCHAPIRO:  Can you let him finish his          |
| 14:53:15 | 7  | answer?                                            |
| 14:53:16 | 8  | MR. BASKIN:  No, not at all.                       |
| 14:53:17 | 9  | MR. SCHAPIRO:  No, you're not going to let         |
| 14:53:18 | 10 | him finish his answer?                             |
| 14:53:20 | 11 | MR. BASKIN:  I said not at all.  He's welcome      |
| 14:53:22 | 12 | to finish his answer.                              |
| 14:53:23 | 13 | Q  Do you have any recollection --                 |
| 14:53:23 | 14 | MR. SCHAPIRO:  Hold on.                            |
| 14:53:25 | 15 | Did you finish your answer?                        |
| 14:53:25 | 16 | THE WITNESS:  I can't remember what I was          |
| 14:53:26 | 17 | trying to say, so sorry.                           |
| 14:53:29 | 18 | MR. BASKIN:  Q.  Do you remember whether           |
| 14:53:32 | 19 | these videos that Mr. Chen is alleging that Mr. Karim |
| 14:53:41 | 20 | stole were any of those Viacom videos, sir?        |
| 14:53:44 | 21 | A  I have no idea, but I don't remember.           |
| 14:53:47 | 22 | Q  Do you remember whether the videos that         |
| 14:53:55 | 23 | Mr. Chen accuses Mr. Karim of stealing, whether they |
| 14:54:00 | 24 | were many or a few?                                |
| 14:54:03 | 25 | MR. SCHAPIRO:  Same objection.                     |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 185

1                    HURLEY, CHAD

14:54:04    2            THE WITNESS:  Yeah, I don't -- I don't

14:54:05    3    remember.  I can't recall the number.

14:54:06    4            MR. BASKIN:  Q.  And do you remember whether

14:54:10    5    he was being accused of stealing entire movies and

14:54:13    6    posting it on the website?

14:54:16    7        A    Again, I don't -- I don't recall.

14:54:19    8        Q    When -- in your life at YouTube, is it fair

14:54:33    9    to say that it was a -- an unusual event to have a

14:54:39    10   cofounder accused of being the copyright thief?

14:54:45    11           MR. SCHAPIRO:  Objection to the

14:54:46    12   characterization.

14:54:47    13           THE WITNESS:  Can you -- can you repeat the

14:54:48    14   question?

14:54:55    15           MR. BASKIN:  Q.  Well, is it an unusual event

14:54:58    16   during your time as CEO to have one of your cofounders

14:55:02    17   being accused of putting stolen videos on the YouTube

14:55:06    18   website?

14:55:06    19           MR. SCHAPIRO:  Objection.

14:55:09    20           THE WITNESS:  I would assume it's -- it's

14:55:11    21   unusual, because I -- you know, seeing this, I

14:55:13    22   don't -- I don't remember it and it's not what our

14:55:16    23   site was about.

14:55:17    24           MR. BASKIN:  Q.  Now, were you a frequent

14:55:24    25   user of e-mails back in this time period?

DAVID  FELDMAN  WORLDWIDE,  INC.
805  Third  Avenue,  New  York,  New  York  10022    (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 186

|  |  |  |
|--|--|--|
| | 1 | HURLEY, CHAD |
| 14:55:26 | 2 | A    I can't remember to -- to what extent I |
| 14:55:29 | 3 | receive or send e-mails, no. |
| 14:55:30 | 4 | Q    What about today?  Are you a frequent user of |
| 14:55:33 | 5 | e-mails? |
| 14:55:34 | 6 | A    I've never really enjoyed e-mail. |
| 14:55:35 | 7 | Q    How many e-mails do you receive and send |
| 14:55:39 | 8 | during the course of a business day today? |
| 14:55:42 | 9 | A    I don't know the exact number.  Probably |
| 14:55:43 | 10 | receive a lot more than I respond to.  That's for |
| 14:55:46 | 11 | sure. |
| 14:55:46 | 12 | Q    You think you receive and send hundreds of |
| 14:55:52 | 13 | e-mails in the course of a day? |
| 14:55:53 | 14 | MR. SCHAPIRO:  Objection; compound. |
| 14:55:54 | 15 | THE WITNESS:  Again, I don't know the |
| 14:55:56 | 16 | specific numbers.  I receive more than I send. |
| 14:55:59 | 17 | MR. BASKIN:  Q.  Back in 2005, do you have a |
| 14:56:02 | 18 | recollection when this event was happening how many |
| 14:56:09 | 19 | e-mails you receive and send during the course -- |
| 14:56:12 | 20 | course of one of those business days? |
| 14:56:14 | 21 | A    I can't -- |
| 14:56:14 | 22 | MR. SCHAPIRO:  Objection to the form. |
| 14:56:23 | 23 | Mr. Hurley, you got to wait until he finishes |
| 14:56:26 | 24 | asking his question to answer it. |
| 14:56:29 | 25 | THE WITNESS:  Okay. |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

HURLEY, CHAD

14:56:30 MR. BASKIN: Q. Do you know what happened to
14:56:33 your e-mails from 2005?
14:56:39 A Well, like I said, during the -- you know,
14:56:42 the procedure to prepare for this case, I -- at one
14:56:44 point I tried to transition from POP to IMAP or IMAP
14:56:50 to pop. I mean, different ways to handle e-mail and
14:56:53 lost it.
14:56:54 Q Well, I didn't know that you lost e-mails
14:56:55 in -- when -- when did you lose e-mails, sir?
14:57:01 A I can't remember the specific date. We were
14:57:03 in the office in San Mateo. I just remember being
14:57:05 upset and having to go over to talk to Bradley to see
14:57:08 if he can recover it.
14:57:10 Q And you lost all of your e-mails?
14:57:11 A I believe so.
14:57:12 Q And who is Bradley, by the way?
14:57:22 A Bradley is one of the engineers.
14:57:24 Q And Bradley, you discussed -- strike that.
14:57:28 You discussed with Mr. Bradley the fact that
14:57:32 you lost almost all your e-mails?
14:57:35 A Yeah. I mean, I just remember getting up and
14:57:37 going over to talk to him to see if there's a way
14:57:41 to -- to recover it, and if there was a way, he was
14:57:43 trying to look into it.

Page 188

1                        HURLEY, CHAD

14:57:44    2             MR. SCHAPIRO:  Is there a time frame?

14:57:46    3             THE WITNESS:  Right, you know, when it

14:57:47    4    happened.  I --

14:57:49    5             MR. BASKIN:  Q.  Is it fair to say that these

14:57:50    6    lost e-mails occurred during the summer of 2005 when

14:57:58    7    you and Mr. Karim and Mr. Chen were sending e-mails

14:58:03    8    back and forth to each other about copyright

14:58:06    9    compliance on the YouTube site?

14:58:09   10             MR. SCHAPIRO:  Objection; vague; occurred?

14:58:12   11             THE WITNESS:  You know, it just happened.  It

14:58:13   12    didn't happen because of any kind of discussions we

14:58:16   13    were having.  I was trying to be more efficient with

14:58:18   14    my e-mail and unfortunately didn't know what the hell

14:58:20   15    I was doing.

14:58:21   16             MR. BASKIN:  Q.  Well, do you recall if it

14:58:24   17    happened in 2005 or 2006 that you lost all these

14:58:28   18    e-mails, Mr. -- sir?

14:58:34   19        A    I -- like I said, I can't recall a specific

14:58:36   20    day.

14:58:37   21        Q    If I told you that as far as we can tell, for

14:58:43   22    July of 2005, you produced from your custodian account

14:58:48   23    33 e-mails, does that sound like a pretty scanty

14:58:53   24    number of e-mails for the course of a month, sir?

14:58:56   25             MR. SCHAPIRO:  Objection; argumentative;

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 189

|  | 1 | HURLEY, CHAD |
| 14:58:57 | 2 | calls for speculation; lacks foundation; testifying. |
| 14:59:03 | 3 | THE WITNESS:  Again, I don't remember how |
| 14:59:05 | 4 | many e-mails I sent.  I wouldn't be surprised, because |
| 14:59:08 | 5 | I -- like I said, I don't necessarily enjoy e-mail. |
| 14:59:12 | 6 | MR. BASKIN:  Q.  So you think it's possible |
| 14:59:13 | 7 | you only sent and received 33 e-mails in the month of |
| 14:59:16 | 8 | July of 2005? |
| 14:59:20 | 9 | A   I have no idea.  I don't -- I don't recall. |
| 14:59:22 | 10 | Q   How about August 2005?  You think it's |
| 14:59:24 | 11 | possible you sent and received three e-mails, |
| 14:59:28 | 12 | Mr. Hurley? |
| 14:59:31 | 13 | A   I -- I have -- I have no idea. |
| 14:59:32 | 14 | Q   Well, I'm asking you if -- knowing your own |
| 14:59:35 | 15 | practices, is it conceivable even that you sent and |
| 14:59:40 | 16 | received three e-mails for the entire month of August |
| 14:59:42 | 17 | of 2005? |
| 14:59:44 | 18 | MR. SCHAPIRO:  Objection to the form. |
| 14:59:45 | 19 | THE WITNESS:  You know, I can't recall. |
| 14:59:50 | 20 | MR. BASKIN:  Q.  How about the following |
| 14:59:52 | 21 | month, the month of September?  Is it possible that |
| 14:59:56 | 22 | you sent and received five e-mails for the entire |
| 15:00:00 | 23 | month of September of 2005? |
| 15:00:03 | 24 | A   I can't recall. |
| 15:00:05 | 25 | Q   I didn't ask you if you recall it. |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 190

                                1           HURLEY, CHAD

15:00:07    2           I'm saying, is it possible, knowing your own

15:00:09    3    practices, that you sent and received only five

15:00:13    4    e-mails for the entire month of September, Mr. Hurley?

15:00:15    5       A    You know, anything is possible, but I wasn't

15:00:18    6    keeping track of how I was sending and receiving

15:00:23    7    e-mails.

15:00:23    8       Q    Would it be fair and true and honest to say

15:00:27    9    that you send more than five e-mails in an hour in the

15:00:30    10   course of a normal business day, sir?

15:00:32    11          MR. SCHAPIRO:  Objection; speculative;

15:00:34    12   incomplete hypothetical; lacks time frame.

15:00:36    13          MR. BASKIN:  Q.  Mr. Hurley, is it fair and

15:00:37    14   true and accurate to say that you typically spent --

15:00:40    15   sent more than five e-mails in an hour back in 2005?

15:00:45    16      A    I have no idea, but...

15:00:48    17      Q    How about in October of 2005?  Is possible

15:00:51    18   you only had five e-mails for that month also?

15:00:56    19      A    Again, I -- I have no idea.

15:00:59    20      Q    Okay.  Now, let's talk about the lost e-mails

15:01:01    21   that you brought up with -- with -- what was his name,

15:01:04    22   Bradley?

15:01:05    23      A    That's right.

15:01:05    24      Q    This is Bradley who?  What's his last name,

15:01:10    25   sir?

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 191

1                        HURLEY, CHAD

15:01:12    2         A    What's his last name?  Something with an H, I

15:01:16    3    believe.  I can't -- I can't remember.

15:01:16    4         Q    How about Heilbrun?  Does that sound right?

15:01:23    5         A    Yes, that's it.

15:01:23    6         Q    And you went to Mr. Heilbrun and you advised

15:01:26    7    him of the fact that you had lost some e-mail -- all

15:01:29    8    your e-mails for some period of time?

15:01:31    9         A    To the best of my knowledge, yes.

15:01:33    10        Q    And do you recall, was it a four-, five-,

15:01:37    11   six-month period?  How long a period of time did you

15:01:42    12   lose all these e-mails, sir?

15:01:43    13        A    I -- I don't know what the period was.  I

15:01:45    14   just...

15:01:45    15        Q    Well, as you sit here today, was it a week?

15:01:48    16   A day?  A month?  Two months?  Three months?

15:01:51    17        A    I mean, I thought I lost all my e-mail from

15:01:53    18   that date previous.

15:01:54    19        Q    From that date from up to the start of when?

15:01:59    20   What?  Previous to the start of YouTube?

15:02:01    21        A    Whenever we started storing e-mails, I guess.

15:02:04    22   Yeah.

15:02:05    23        Q    And did Mr. Heilbrun confirm to you that you

15:02:10    24   had lost all your e-mails?

15:02:12    25        A    Yeah, it was my impression, but, yeah.

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 192

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | HURLEY, CHAD                                       |
| 15:02:14 | 2  | Q   Was he able to reproduce all of these lost     |
| 15:02:17 | 3  | e-mails?                                           |
| 15:02:19 | 4  | A   I -- you know, kind of looking back at the     |
| 15:02:21 | 5  | situation, I don't think he was able to get any of |
| 15:02:23 | 6  | them, but I don't remember.                        |
| 15:02:24 | 7  | Q   There was no backup system, I take it, at      |
| 15:02:26 | 8  | YouTube for these e-mails?                         |
| 15:02:28 | 9  | A   No, unfortunately, no.                         |
| 15:02:30 | 10 | Q   And were you the only unlucky sole who lost    |
| 15:02:35 | 11 | all your e-mails at the company or did other people|
| 15:02:37 | 12 | lose them as well?                                 |
| 15:02:38 | 13 | MR. SCHAPIRO:  Objection to the argumentation      |
| 15:02:40 | 14 | and sarcasm.                                       |
| 15:02:42 | 15 | THE WITNESS:  I -- I've -- I have no idea --        |
| 15:02:45 | 16 | MR. BASKIN:  Q.  Did you ask --                    |
| 15:02:46 | 17 | A   -- of other people's situations.               |
| 15:02:49 | 18 | You know, it was never brought to my               |
| 15:02:52 | 19 | attention.  I don't know if I -- I can't remember if I |
| 15:02:53 | 20 | ever asked.                                        |
| 15:02:54 | 21 | Q   Did you ask Mr. Bradley whether all of         |
| 15:02:56 | 22 | YouTube's e-mails from the start of YouTube's time to |
| 15:02:59 | 23 | that date were lost?                               |
| 15:03:01 | 24 | A   I was just asking about mine.                  |
| 15:03:03 | 25 | Q   Didn't inquire about anyone else's e-mails?    |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 193

                          1              HURLEY, CHAD

15:03:07     2        A    No, because it was something that I did

15:03:08     3   trying to change it myself.

15:03:10     4        Q    And, by the way, where is Mr. Brad --

15:03:19     5   Mr. Heilbrun today?  Is he still around at YouTube?

15:03:22     6        A    I think so.

15:03:23     7        Q    Now, what did he tell you you did or what do

15:03:30     8   you think you did that caused the loss of all these

15:03:33     9   e-mails, sir?

15:03:34    10        A    I was just trying to move between two

15:03:36    11   different ways to handle e-mail.  I don't know the

15:03:39    12   technical differences between POP and IMAP.  I think

15:03:43    13   IMAP somehow allows you to manage e-mail more

15:03:46    14   effectively.  I think that's what I was trying to move

15:03:48    15   to, but I didn't do it correctly.

15:03:51    16        Q    And was everybody at YouTube also moving to

15:03:58    17   this new system or just you?

15:04:02    18        A    I don't know.  It was just different ways to

15:04:04    19   manage your e-mail.

15:04:08    20        Q    Well, do you recall whether this was

15:04:09    21   universal at YouTube, that people were -- were

15:04:12    22   migrating to this new system, or was that just simply

15:04:16    23   what Chad Hurley was doing?

15:04:18    24        A    I mean, others could have done it.  It's

15:04:20    25   just -- like I said, it's different protocols or

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 194

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                             |
| 15:04:22 | 2  | whatever you call it to -- to handle ways that you      |
| 15:04:26 | 3  | manage your e-mail.  I don't know.  People could have   |
| 15:04:28 | 4  | been doing both.                                         |
| 15:04:28 | 5  | Q    Now, have you advised counsel in connection        |
| 15:04:39 | 6  | with this litigation that you have lost most of your    |
| 15:04:41 | 7  | e-mails?                                                 |
| 15:04:41 | 8  | MR. SCHAPIRO:  Objection.  I'm going to                 |
| 15:04:42 | 9  | instruct him not to answer on the basis of privilege.   |
| 15:04:47 | 10 | THE WITNESS:  Okay.                                      |
| 15:04:48 | 11 | MR. BASKIN:  Q.  Did this loss of e-mails               |
| 15:04:59 | 12 | occur after Google acquired YouTube?                    |
| 15:05:03 | 13 | A    I don't think so.  I think it happened             |
| 15:05:05 | 14 | before.                                                  |
| 15:05:05 | 15 | Q    So it happened during the period of time from      |
| 15:05:09 | 16 | 2005 'til October of 2006?                              |
| 15:05:14 | 17 | A    I guess.  I don't know the specific dates.         |
| 15:05:15 | 18 | Q    And did you lose all of your personal e-mails      |
| 15:05:48 | 19 | also or just the company e-mails?                       |
| 15:05:50 | 20 | A    I'm not sure.  I -- I think it was just -- it      |
| 15:05:52 | 21 | was just trying to deal with the e-mail -- the -- the   |
| 15:05:55 | 22 | company one.                                            |
| 15:06:06 | 23 | Q    When you heard about this lawsuit and that         |
| 15:06:13 | 24 | your documents were being called for, what did you do?  |
| 15:06:18 | 25 | A    What do you mean what --                           |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 195

1                           ·        HURLEY, CHAD

15:06:20    2              MR. SCHAPIRO:  You can answer to the extent

15:06:22    3       that you're not revealing privileged conversations

15:06:24    4       with counsel.

15:06:25    5              Go ahead.

15:06:26    6              THE WITNESS:  What do you mean what did --

15:06:28    7       what did I do?

15:06:29    8              MR. BASKIN:  Q.  What did you do to find

15:06:30    9       documents?

15:06:31    10          A    What did I what?

15:06:32    11          Q    What did you do to find documents?

15:06:34    12          A    Well, nothing.  I just handed over whatever I

15:06:38    13      had, my laptop, and let them go through my files

15:06:41    14      and...

15:06:41    15          Q    Do you know whether Mr. Chen has lost a lot

15:06:44    16      of his documents also?

15:06:46    17          A    I have no idea.

15:06:47    18          Q    Did you discuss it with him, whether he lost

15:06:49    19      documents like you or...

15:06:52    20          A    I don't think so.

15:06:52    21          Q    You know if Mr. Karim -- I'm sorry.  I'm

15:06:58    22      always mispronouncing that -- but whether he also --

15:07:01    23      Mr. Karim, whether he lost documents as well during

15:07:04    24      this time period?

15:07:06    25          A    I -- I have no idea.

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 196

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | HURLEY, CHAD                                       |
| 15:07:08 | 2  | Q   How long did you prepare for this deposition,  |
| 15:07:17 | 3  | Mr. Hurley?                                         |
| 15:07:18 | 4  | A   Just the past two days, just sat down.         |
| 15:07:20 | 5  | Q   And were you shown documents?                  |
| 15:07:23 | 6  | A   A few.                                          |
| 15:07:23 | 7  | Q   Less than 50?  Fewer than 50?                  |
| 15:07:28 | 8  | MR. SCHAPIRO:  Objection; I'm going to             |
| 15:07:30 | 9  | instruct you not to answer.                        |
| 15:07:31 | 10 | MR. BASKIN:  Q.  Were you shown any documents      |
| 15:07:33 | 11 | that you thought you had lost?                     |
| 15:07:38 | 12 | A   I don't recall a lot of these e-mails.  I      |
| 15:07:40 | 13 | don't know if I lost them or not.                  |
| 15:07:53 | 14 | Q   Well, just so the record is clear on it, why   |
| 15:08:00 | 15 | don't you explain what you believe happened that   |
| 15:08:04 | 16 | caused the loss of all these e-mails.              |
| 15:08:08 | 17 | A   Well, like I was saying, it was just a         |
| 15:08:10 | 18 | transition between two ways to handle e-mail between |
| 15:08:13 | 19 | POP and IMAP, and somehow the system that handled it, |
| 15:08:16 | 20 | when I transitioned to one to the other, somehow on |
| 15:08:20 | 21 | the system they disappeared.  I don't -- I can't go |
| 15:08:24 | 22 | into anymore technical explanation because I don't |
| 15:08:27 | 23 | necessarily know how it works.                     |
| 15:08:28 | 24 | Q   Now, did you lose, as part of your lost        |
| 15:08:38 | 25 | e-mails, the e-mails -- strike that.               |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 197

```
                                HURLEY, CHAD
```

| | | |
|---|---|---|
15:08:50 | 2 | When you were shown this morning the e-mail
15:09:32 | 3 | regarding the -- Mr. Chen's accusation regarding
15:09:39 | 4 | Mr. Karim --
15:09:43 | 5 | A   Which one?  This one?
15:09:44 | 6 | Q   Yes, the one before you now.
15:09:46 | 7 | A   Thank you.
15:09:48 | 8 | Q   Exhibit 7, early 7, is that the first time
15:09:50 | 9 | you recall seeing this e-mail?
15:09:52 | 10 | MR. SCHAPIRO:  Same objection as to
15:09:54 | 11 | "accusation."
15:09:55 | 12 | You can answer to the extent that you can --
15:09:59 | 13 | that -- excluding what you might have seen in
15:10:02 | 14 | preparation for this deposition.
15:10:04 | 15 | THE WITNESS:  Okay.
15:10:06 | 16 | Yeah, yeah, I -- I don't recall this e-mail.
15:10:08 | 17 | MR. BASKIN:  Q.  Was anyone, other than
15:10:27 | 18 | Mr. Heilburn, involved in investigating the loss of
15:10:32 | 19 | your e-mails?
15:10:38 | 20 | A   I'm trying to think.  Maybe other engineers
15:10:40 | 21 | that were in the office.  I can't particularly
15:10:43 | 22 | remember who.
15:10:44 | 23 | Q   Okay.  Now, let me move forward a little bit,
15:11:16 | 24 | sir, to the period when you were negotiating your --
15:11:22 | 25 | the acquisition by Google.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

Page 198

| | 1 | HURLEY, CHAD |

15:11:24    2       Did -- did you -- did YouTube have a

15:11:26    3    financial advisor in connection with that?

15:11:31    4       A    In -- in terms of what?  What negotiation?

15:11:34    5       Q    The sale of YouTube to Google.

15:11:39    6       A    We had our CFO, Gideon Yu.

15:11:43    7       Q    Did you have an external financial advisor?

15:11:47    8       A    Not that I believe.  Just board members as

15:11:50    9    well.  I mean, just us as a team.

15:11:53    10      Q    What about a firm called Allen & Company?

15:11:57    11    Were they involved with you in trying to sell YouTube?

15:12:01    12      A    No, they -- they wanted to get involved, but

15:12:02    13    they weren't.

15:12:03    14      Q    They were not retained?

15:12:04    15      A    No.

15:12:05    16      Q    They didn't prepare any analytical material

15:12:09    17    or any analysis of valuation for you?

15:12:13    18          MR. SCHAPIRO:  Objection; calls for

15:12:14    19    speculation.

15:12:15    20          THE WITNESS:  Not that I'm aware of.

15:12:17    21          MR. BASKIN:  Q.  Did anyone prepare -- on

15:12:21    22    your side at the transaction prepare any valuation

15:12:24    23    material?

15:12:29    24      A    We probably did, but I -- I don't remember

15:12:31    25    what that was.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 199

```
                              1                          HURLEY, CHAD
15:12:40     2          Q    Did you see the valuation material in
15:12:42     3     preparation for your deposition today?
15:12:47     4          A    I can't -- I can't remember.  We reviewed a
15:12:49     5     lot of documents --
15:12:50     6          MR. SCHAPIRO:  Objection; don't answer that.
15:12:51     7          THE WITNESS:  Okay.
15:12:53     8          MR. BASKIN:  Q.  Do you recall when was the
15:12:54     9     last time you saw your internal valuation material?
15:12:59    10          MR. SCHAPIRO:  Excluding in preparation for
15:13:00    11     this deposition.
15:13:03    12          THE WITNESS:  I cannot.
15:13:06    13          MR. BASKIN:  Q.  Did you lose the internal
15:13:09    14     valuation material?
15:13:10    15          A    Did I lose it?  I -- I don't remember the
15:13:14    16     last time I saw it, so I don't know where -- where it
15:13:17    17     would be.
15:13:17    18          Q    And was -- was that among the materials that
15:13:19    19     were lost that you discussed with Mr. Heilburn?
15:13:27    20          A    I doubt it.  It happened way before we ever
15:13:29    21     discussed anything.  I don't know.
15:13:47    22          Q    Do you recall the internal valuation material
15:13:51    23     that was generated by YouTube what value you believed
15:13:55    24     the business was worth?
15:13:59    25          A    I can't recall a specific document.  I don't
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | HURLEY, CHAD                                         |
| 15:14:02 | 2  | remember.                                         |
| 15:14:02 | 3  | Q   Was it close to $1.65 billion?                |
| 15:14:06 | 4  | MR. SCHAPIRO:  Objection; lacks foundation;       |
| 15:14:08 | 5  | assumes facts not in evidence.                    |
| 15:14:09 | 6  | MR. BASKIN:  Doesn't need it.  I'm asking him     |
| 15:14:09 | 7  | if he knows what it was.                          |
| 15:14:13 | 8  | Q   Was it in range of $1.65 billion?             |
| 15:14:14 | 9  | MR. SCHAPIRO:  You have to establish that         |
| 15:14:16 | 10 | there was any valuation done.                     |
| 15:14:17 | 11 | THE WITNESS:  Yeah, I -- I -- I don't know.       |
| 15:14:18 | 12 | If there was a document, I don't remember the number. |
| 15:14:20 | 13 | MR. BASKIN:  Q.  Did you think $1.65 billion      |
| 15:14:26 | 14 | was a fair price for YouTube in and around        |
| 15:14:30 | 15 | October 2006?                                     |
| 15:14:31 | 16 | A   Well, ultimately we settled on that number,   |
| 15:14:33 | 17 | so...                                             |
| 15:14:34 | 18 | Q   Well, did you at the time think it was a fair |
| 15:14:37 | 19 | price?                                            |
| 15:14:39 | 20 | MR. SCHAPIRO:  Objection; vague.                  |
| 15:14:40 | 21 | THE WITNESS:  Yeah.  Well, again, assuming        |
| 15:14:42 | 22 | there was valuation, you're always trying to negotiate |
| 15:14:44 | 23 | for more, but...                                  |
| 15:14:47 | 24 | MR. BASKIN:  Q.  And do you recall how you        |
| 15:14:49 | 25 | valued YouTube in and around October 2006?        |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 201

```
                        1              HURLEY, CHAD
15:14:54    2         A    I don't recall.
15:14:55    3         Q    At that point, YouTube had generated losses
15:14:59    4    every single quarter; did it not?
15:15:01    5         A    Probably.
15:15:02    6         Q    So presumably a $1.65 billion valuation was
15:15:07    7    not effectuated based on profit; correct?
15:15:13    8              MR. SCHAPIRO:  Objection; calls for
15:15:14    9    speculation.
15:15:15   10              THE WITNESS:  I don't know what factors went
15:15:16   11    into it.
15:15:17   12              MR. BASKIN:  Q.  Well, was the valuation
15:15:20   13    based upon the size of your user base and the
15:15:25   14    likelihood of advertising -- selling ads to that user
15:15:31   15    base in the future?
15:15:31   16              MR. SCHAPIRO:  Same objection.
15:15:33   17              THE WITNESS:  Again, I -- I don't know the
15:15:34   18    valuation.  It could potentially be one of the
15:15:36   19    factors.
15:15:37   20              MR. BASKIN:  Q.  Well, do you recall if that
15:15:38   21    was one of the factors?
15:15:40   22              MR. SCHAPIRO:  Same objection; asked and
15:15:42   23    answered.
15:15:42   24              THE WITNESS:  Again, yeah, I don't remember
15:15:44   25    the document.
```

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 202

1                          HURLEY, CHAD

15:15:46    2              MR. BASKIN:  Q.  Well, I'm asking whether you

15:15:47    3       remember, irrespective of remembering the document, in

15:15:51    4       terms of fixing a value on YouTube, in your mind, was

15:15:56    5       the value dependent upon the size of your user base

15:16:01    6       and the possibility of selling ads to that user base

15:16:04    7       in the future?

15:16:05    8          A   Like I said, it could be one of the factors.

15:16:08    9          Q   What other factors are there in your mind or

15:16:10   10       were there in your mind, other than the size of your

15:16:13   11       user base?

15:16:15   12          A   Building a great community.  Building a site

15:16:18   13       that would affect popular culture, would change

15:16:21   14       elections, would allow people to share their talents

15:16:24   15       around the world.  I mean, the fact that we were able

15:16:26   16       to create a site that was easy to use the user

15:16:29   17       interface.  The fact that anyone had a chance to use

15:16:32   18       it now have a chance to be heard.

15:16:34   19          Q   And presumably all of those factors

15:16:37   20       materialized in a user base; correct?

15:16:39   21          A   Yeah, ultimately you need to use the site,

15:16:43   22       the user.

15:16:44   23          Q   And in order to generate money or to monetize

15:16:48   24       that user base, you have to sell advertisements to

15:16:51   25       them; correct?

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 203

| | | |
|---|---|---|
| | 1 | HURLEY, CHAD |
| 15:16:52 | 2 | MR. SCHAPIRO:  Objection. |
| 15:16:54 | 3 | MR. BASKIN:  Q.  Is that correct? |
| 15:16:55 | 4 | A    Potentially one of the ways, yes. |
| 15:16:57 | 5 | Q    Was there any other way to monetize your |
| 15:16:59 | 6 | website, other than selling advertisements? |
| 15:17:05 | 7 | A    You know, I can't recall at the time.  We |
| 15:17:07 | 8 | continued to look for ways to build a -- a business, |
| 15:17:10 | 9 | but primarily it's going to be supported by ads. |
| 15:17:13 | 10 | Q    And the larger the user base, the higher |
| 15:17:17 | 11 | number of ads that could be sold; correct? |
| 15:17:19 | 12 | MR. SCHAPIRO:  Objection; asked and answered. |
| 15:17:20 | 13 | THE WITNESS:  Yeah, again, that could be the |
| 15:17:21 | 14 | case. |
| 15:17:22 | 15 | MR. BASKIN:  Q.  Well, that is the case; is |
| 15:17:24 | 16 | it not? |
| 15:17:24 | 17 | MR. SCHAPIRO:  Objection; argumentative. |
| 15:17:26 | 18 | THE WITNESS:  Like I said, it could be the |
| 15:17:27 | 19 | case. |
| 15:17:28 | 20 | MR. BASKIN:  Q.  Well, when you sell ads |
| 15:17:30 | 21 | today, do you sell it based on the user base?  Likely |
| 15:17:35 | 22 | number of viewers? |
| 15:17:36 | 23 | A    I -- I'm not sure exactly how we sell today. |
| 15:17:39 | 24 | Like -- like I said, the site continues to change. |
| 15:17:42 | 25 | You'd have to ask probably Suzie for -- for that |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 204

```
                                       HURLEY, CHAD
              1
15:17:45      2    specific answer.  I don't know how we're selling it.
15:17:54      3        Q    And Suzie is Ms. Reider; is that who it is?
15:17:59      4        A    That's right.
15:18:02      5        Q    Now, you were asked whether there were other
15:18:09      6    potential acquirers apart from Google this morning,
15:18:12      7    and you mentioned ████ also made an offer; is that
15:18:16      8    correct?
15:18:17      9        A    That's correct.
15:18:17     10        Q    And were you involved in the negotiation with
15:18:22     11    ████?
15:18:23     12        A    To some extent.  I -- I don't remember if I
15:18:28     13    was involved with the -- the details of the offer.  I
15:18:29     14    just -- like I mentioned before, I met with ████ and
15:18:32     15    ████ at Denny's.
15:18:34     16        Q    And that was the extent of your involvement?
15:18:37     17        A    Well, that's what I remember.
15:18:39     18        Q    Do you remember negotiating price at all?
15:18:43     19        A    There may have been e-mails back and forth.
15:18:45     20    I -- I don't -- I don't know the specifics.  I can't
15:18:49     21    remember the specifics.
15:18:50     22        Q    And do you still -- have you seen those
15:18:54     23    e-mails that may have happened, as you put it, that
15:18:57     24    may have been e-mails back and forth?  Have you seen
15:18:59     25    those e-mails?
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

|  |  |  |
|--|--|--|
| | 1 | HURLEY, CHAD |
| 15:19:00 | 2 | A   I don't remember them. |
| 15:19:03 | 3 | Q   So you were speculating there may have been |
| 15:19:06 | 4 | e-mails? |
| 15:19:07 | 5 | A   Well, there probably were, I just -- I don't |
| 15:19:11 | 6 | remember them. |
| 15:19:11 | 7 | Q   Do you recall seeing them in preparation for |
| 15:19:13 | 8 | this deposition? |
| 15:19:14 | 9 | MR. SCHAPIRO:  Objection. |
| 15:19:14 | 10 | Don't answer. |
| 15:19:19 | 11 | MR. BASKIN:  Q.  Do you recall seeing them in |
| 15:19:22 | 12 | the last year? |
| 15:19:22 | 13 | MR. SCHAPIRO:  Excluding any preparation |
| 15:19:26 | 14 | regarding this deposition, you may answer. |
| 15:19:30 | 15 | THE WITNESS:  Again, I -- I don't remember. |
| 15:19:31 | 16 | MR. BASKIN:  Q.  Now, in the course of the -- |
| 15:19:34 | 17 | of the process of trying to sell YouTube, were both |
| 15:19:39 | 18 | ▮▮▮▮ and Google performing due diligence? |
| 15:19:43 | 19 | A   I assume.  You'd have to ask them. |
| 15:19:45 | 20 | Q   Well, did they ask you questions? |
| 15:19:48 | 21 | A   I'm sure they did.  I don't remember what |
| 15:19:51 | 22 | they were. |
| 15:19:51 | 23 | Q   Do you remember being asked questions at all? |
| 15:19:54 | 24 | A   Not specifically, no. |
| 15:19:59 | 25 | Q   Do you remember instructing others to answer |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f