Page 206

1                              HURLEY, CHAD

15:20:02    2    ██████████ and Google's questions in the course of

15:20:05    3    diligence?

15:20:06    4        A    I'm sure I delegated some responsibility

15:20:09    5    through the negotiations, yeah.

15:20:10    6        Q    Well, do you remember doing that?

15:20:13    7        A    I don't remember.

15:20:16    8        Q    Do you remember whether there was a diligence

15:20:24    9    room set up at the Wilson Sonsini law firm?

15:20:29    10        A    For who?

15:20:31    11        Q    For ████████ and Google to examine your books

15:20:37    12    and records and other things.  Was there a diligence

15:20:40    13    room set up?

15:20:43    14        A    Perhaps there was.  I remember through the

15:20:44    15    process, at least with Google, that, you know,

15:20:49    16    finalizing the documents we -- we were -- we had a

15:20:51    17    room there, but...

15:20:54    18        Q    I take it you don't remember any question

15:20:56    19    that you were asked by either ██████ or Google as part

15:20:59    20    of their due diligence?

15:21:01    21        A    No.  I mean, the one thing that -- that did

15:21:04    22    stick with me is one -- I had a chance to meet with --

15:21:07    23    with Larry at Denny's, Larry from Google, one of the

15:21:14    24    cofounders of Google, Larry Page.  You know, he just

15:21:17    25    asked me if, you know, we were making the right

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 207

|  |  |  |
|---|---|---|
|  | 1 | HURLEY, CHAD |
| 15:21:20 | 2 | decision.  I think, you know, because he was in our |
| 15:21:21 | 3 | position at the same time that -- in the past to sell |
| 15:21:23 | 4 | his company, so he just, you know, beyond just kind of |
| 15:21:25 | 5 | pressuring us to sell, he was -- you know, he was |
| 15:21:27 | 6 | genuine in the -- you know, the fact that this could |
| 15:21:29 | 7 | be our shot to do something independently, and, you |
| 15:21:32 | 8 | know, we talked about that.  I remember that. |
| 15:21:35 | 9 | Q    So you met at Denny's in booth -- both Google |
| 15:21:39 | 10 | and you -- and ███? |
| 15:21:41 | 11 | A    Uh-huh. |
| 15:21:42 | 12 | Q    And who attended the Google meeting at |
| 15:21:48 | 13 | Denny's? |
| 15:21:48 | 14 | A    I can't remember exactly.  I know -- I think |
| 15:21:50 | 15 | there were two meetings with them, and at one point I |
| 15:21:53 | 16 | met with Eric and Larry.  I don't know if -- if Sergey |
| 15:21:57 | 17 | was ever there.  I think David Drummond may have |
| 15:22:00 | 18 | attended one as well, but that was the extent of it. |
| 15:22:03 | 19 | Q    So there was more than one meeting with |
| 15:22:06 | 20 | Google that you attended as part of the acquisition? |
| 15:22:08 | 21 | A    I think so, at least at the Denny's. |
| 15:22:11 | 22 | Q    There was more than one meeting at Denny's? |
| 15:22:14 | 23 | A    Yeah. |
| 15:22:17 | 24 | Q    And you think you met with Mr. Drummond at |
| 15:22:20 | 25 | one such meeting? |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

Page 208

1                           HURLEY, CHAD

15:22:21    2        A    Yeah, I think -- I think at one of them he

15:22:23    3    was there.

15:22:23    4        Q    And you met with Mr. Schmidt at one such

15:22:26    5    meeting?

15:22:26    6        A    Uh-huh.

15:22:27    7        Q    And you met at -- you met with Mr. Brin at

15:22:31    8    one such meeting?

15:22:32    9        A    I don't -- I don't remember if Sergey was

15:22:35    10   there.  I think Larry, Larry Page was there.

15:22:35    11       Q    Mr. Page was there at one such meeting?

15:22:37    12       A    Yeah.

15:22:38    13       Q    And have you seen any e-mails that you

15:22:39    14   prepared in connection with those meetings?

15:22:43    15           MR. SCHAPIRO:  Excluding any e-mails you

15:22:47    16   might have seen in our preparation for this

15:22:50    17   deposition.

15:22:50    18           THE WITNESS:  Again, I can't -- I can't

15:22:52    19   recall.

15:22:52    20           MR. BASKIN:  Q.  Do you remember what sort of

15:22:58    21   questions those gentlemen asked you at Denny's?

15:23:03    22       A    Like I said, that -- that one question in

15:23:05    23   particular stuck out to me because he seemed kind of

15:23:08    24   generally -- general -- genuinely kind of, you know,

15:23:12    25   concerned or just -- you know, it just struck me as,

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 209

1                          HURLEY, CHAD

15:23:14    2    you know, as interesting, you know, because, you know,

15:23:17    3    he was a founder as well.  He knew the situation that

15:23:20    4    we were in, so I remember that question in particular.

15:23:25    5        Q    Now, this one transaction over the course

15:23:27    6    of -- strike that.

15:23:31    7             As of the date of the acquisition, Google's

15:23:42    8    acquisition of YouTube, was -- strike that.

15:23:44    9             As of the date of the acquisition, YouTube

15:23:47    10   was a little more than a year old; is that correct?

15:23:51    11       A    Yeah, I -- I -- I believe that's -- the

15:23:55    12   old -- how old we were at the time.

15:23:57    13       Q    And I think you testified this morning that

15:23:59    14   you yourself put minimal money into YouTube --

15:24:05    15       A    Yeah.

15:24:05    16       Q    -- is that correct?

15:24:07    17       A    Yeah, I was recalling this morning, I think

15:24:10    18   it was like miss -- miscellaneous things, like domain

15:24:13    19   name and things, yeah.

15:24:14    20       Q    And as a result of the acquisition, I think

15:24:19    21   you told us your net worth is somewhere in the range

15:24:21    22   of $300 million; is that correct?

15:24:23    23       A    Yeah, I don't know the exact mark -- amount,

15:24:27    24   yeah.

15:24:27    25       Q    But something like that; correct?

Page 210

```
                1              HURLEY, CHAD
15:24:29        2      A   It's in the range.
15:24:30        3      Q   And if I understand it correctly, apart from
15:24:51        4   these two Denny's meetings at the Denny's restaurants,
15:24:57        5   you played no role in the negotiation of the
15:25:00        6   transaction?
15:25:01        7          MR. SCHAPIRO:  Objection; mischaracterizes
15:25:02        8   his testimony.
15:25:03        9          THE WITNESS:  Yeah, I don't think that's what
15:25:04       10   I said.  I think I remember having these meetings and
15:25:07       11   working with our team to kind of structure the right
15:25:09       12   deal.  I'm sure I had a few phone calls, you know,
15:25:13       13   especially with David Drummond, but we were working as
15:25:15       14   a team trying to pull this deal off.
15:25:19       15          MR. BASKIN:  Okay.
15:25:19       16      Q   So what do you recall your doing as a team
15:25:20       17   member to try to pull the deal off?
15:25:22       18      A   You know, specifically, kind of discussion
15:25:26       19   with David Drummond talking about price, and
15:25:28       20   ultimately I think he -- you know, he finished those
15:25:31       21   discussions with Gideon and...
15:25:33       22      Q   So -- so you communicated a -- a price to
15:25:36       23   Mr. Drummond that you'd be willing to sell the
15:25:39       24   business?
15:25:39       25      A   Yeah.  We were discussing those various
```

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 211

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                            |
| 15:25:41 | 2  | things, as we do during negotiation.                   |
| 15:25:43 | 3  | Q   And what price did you communicate to              |
| 15:25:44 | 4  | Mr. Drummond?                                           |
| 15:25:47 | 5  | A   I can't recall the specific prices.  I think,      |
| 15:25:50 | 6  | you know, obviously in any negotiation you're trying   |
| 15:25:53 | 7  | to push for the -- the maximum amount.  I mean,        |
| 15:25:58 | 8  | positioning for probably -- for something like two     |
| 15:26:00 | 9  | billion or something like that.                        |
| 15:26:01 | 10 | Q   And, in fact, did you tell Mr. Drummond that       |
| 15:26:05 | 11 | ███ had made an offer of $2 billion?                   |
| 15:26:08 | 12 | A   I may have.  That's what you do during             |
| 15:26:09 | 13 | negotiations.                                          |
| 15:26:10 | 14 | Q   Was that a lie?                                     |
| 15:26:11 | 15 | A   You bluff during negotiations, obviously.          |
| 15:26:13 | 16 | You try -- you're trying to maximize value for         |
| 15:26:15 | 17 | shareholders.                                          |
| 15:26:16 | 18 | Q   Well, shareholders were you and the -- your        |
| 15:26:21 | 19 | founders and the venture capitalists and the like in   |
| 15:26:24 | 20 | this transaction; correct?                             |
| 15:26:25 | 21 | A   Can you repeat the question?                        |
| 15:26:26 | 22 | Q   I'll phrase the question differently.              |
| 15:26:28 | 23 | Was the $2 billion -- that's true.  The                |
| 15:26:40 | 24 | transcript -- the question I asked you was, was your   |
| 15:26:42 | 25 | statement to Mr. Drummond that ███ had offered         |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 212

|  | 1 | HURLEY, CHAD |
| 15:26:47 | 2 | $2 billion, was that a lie, Mr. Hurley? |
| 15:26:53 | 3 | A    Well, if you want to -- |
| 15:26:56 | 4 | MR. SCHAPIRO:  Objection; asked and answered. |
| 15:26:57 | 5 | MR. BROWNE:  Q.  Was that a lie, sir? |
| 15:26:59 | 6 | MR. SCHAPIRO:  Asked and answered. |
| 15:27:01 | 7 | THE WITNESS:  Okay.  Like I said, like I |
| 15:27:02 | 8 | answered before, you know, obviously it's a bluffing |
| 15:27:05 | 9 | tactic that you use in any negotiation, you know. |
| 15:27:08 | 10 | MR. BASKIN:  Q.  And when you negotiate, you |
| 15:27:10 | 11 | always bluff by lying? |
| 15:27:14 | 12 | MR. SCHAPIRO:  Objection. |
| 15:27:15 | 13 | THE WITNESS:  No, not necessarily.  You know, |
| 15:27:18 | 14 | it depends on the situation. |
| 15:27:19 | 15 | Obviously if you're looking for an exit and |
| 15:27:21 | 16 | you have two competing entities, that's something you |
| 15:27:25 | 17 | typically do. |
| 15:27:27 | 18 | MR. BASKIN:  Q.  Now, in fact, the truth of |
| 15:27:28 | 19 | the matter is that ▉▉▉▉▉ offer, I think you told us |
| 15:27:33 | 20 | this morning, you think, was $1.2 billion; correct? |
| 15:27:38 | 21 | A    I believe it was in that range. |
| 15:27:40 | 22 | Q    So you bluffed by another $800 million; is |
| 15:27:42 | 23 | that correct?  You added $800 million to their offer; |
| 15:27:46 | 24 | is that correct? |
| 15:27:48 | 25 | A    Yeah, roughly. |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 213

| | 1 | HURLEY, CHAD |
|---|---|---|
| 15:27:48 | 2 | Q   And when you bluff by adding $800 million to |
| 15:27:52 | 3 | their offer, do you believe Mr. Drummond took you at |
| 15:27:54 | 4 | your word? |
| 15:27:55 | 5 | A   Well, we obviously sold for a lower amount, |
| 15:27:57 | 6 | so I guess it didn't work. |
| 15:27:58 | 7 | Q   Well, you sold between what ▇▇ actually |
| 15:28:02 | 8 | offered you and $2 billion; correct? |
| 15:28:05 | 9 | A   I guess, if that's how the math works.  I |
| 15:28:07 | 10 | don't know. |
| 15:28:07 | 11 | Q   To this day, do you have any reason to |
| 15:28:09 | 12 | believe that Mr. Drummond knew that you bluffed him by |
| 15:28:14 | 13 | $800 million? |
| 15:28:15 | 14 | A   I don't know.  You'd have to ask him exactly. |
| 15:28:17 | 15 | But, like I said, we obviously sold for a lower price. |
| 15:28:22 | 16 | Q   Now, when you were talking to ▇▇, were you |
| 15:28:44 | 17 | also bluffing by inflating the offers you were getting |
| 15:28:50 | 18 | from Google? |
| 15:28:50 | 19 | A   Probably.  I can't recall. |
| 15:28:51 | 20 | Q   Because that's the way you think you're |
| 15:28:53 | 21 | supposed to negotiate?  Is that why? |
| 15:28:56 | 22 | MR. SCHAPIRO:  Objection. |
| 15:28:56 | 23 | THE WITNESS:  You know, if -- if you're |
| 15:28:57 | 24 | talking about a negotiation, well, again, where you |
| 15:29:00 | 25 | have two entities trying to purchase something, it |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 214

|  |  |  |
|---|---|---|
|  | 1 | HURLEY, CHAD |
| 15:29:02 | 2 | seems like a typical tactic. |
| 15:29:04 | 3 | MR. BASKIN:  Q.  And did the other members of |
| 15:29:06 | 4 | the YouTube -- strike that. |
| 15:29:08 | 5 | Did the other YouTube shareholders know that |
| 15:29:12 | 6 | you were bluffing by inflating your offers by |
| 15:29:18 | 7 | $800 million to your counter parties? |
| 15:29:21 | 8 | A   You know, obviously, you know, the -- the |
| 15:29:23 | 9 | board, we sat down and had meetings about it, and they |
| 15:29:27 | 10 | knew we were trying to maximize value for our |
| 15:29:30 | 11 | shareholders. |
| 15:29:30 | 12 | Q   Well, what I asked you is, did your board or |
| 15:29:32 | 13 | the other shareholders know that Chad Hurley was |
| 15:29:39 | 14 | bluffing by inflating your offers by $800 million that |
| 15:29:45 | 15 | you communicated to your counter parties? |
| 15:29:47 | 16 | A   I -- I can't remember if they had -- you |
| 15:29:49 | 17 | know, we specifically discussed it; but, like I said, |
| 15:29:54 | 18 | they -- they obviously knew I was doing a good job to |
| 15:29:57 | 19 | try to maximize shareholder value. |
| 15:30:00 | 20 | Q   You think they would have -- your |
| 15:30:01 | 21 | shareholders would have approved it if they knew that |
| 15:30:05 | 22 | you were bluffing your counterparties by inflating |
| 15:30:08 | 23 | your offers by $800 million? |
| 15:30:10 | 24 | MR. SCHAPIRO:  Objection; calls for |
| 15:30:11 | 25 | speculation. |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 215

|         |    |                                                        |
|---------|----|--------------------------------------------------------|
|         | 1  | HURLEY, CHAD                                           |
| 15:30:11 | 2  | THE WITNESS:  Yeah, again, I don't -- I don't         |
| 15:30:13 | 3  | know what they would think, but, again, you know,     |
| 15:30:16 | 4  | if -- if they're good at negotiations, they would     |
| 15:30:19 | 5  | probably be doing the same things.                    |
| 15:30:23 | 6  | MR. BASKIN:  Q.  You think Mr. Botha, for             |
| 15:30:26 | 7  | example, of Sequoia would negotiate by -- by bluffing |
| 15:30:29 | 8  | and inflating offers by $800 million?                 |
| 15:30:32 | 9  | A    I don't know.  You'd have to ask him.            |
| 15:30:33 | 10 | Q    And what about Mr. Botha at Cisco?  Do you       |
| 15:30:38 | 11 | think that's the way he does business, Mr. Hurley?    |
| 15:30:41 | 12 | A    I have no idea.                                  |
| 15:30:42 | 13 | MR. SCHAPIRO:  Objection.                            |
| 15:30:43 | 14 | MR. BASKIN:  Q.  And you have no idea because         |
| 15:30:44 | 15 | you didn't tell them; is that why?                    |
| 15:30:46 | 16 | MR. SCHAPIRO:  Objection; mischaracterizes           |
| 15:30:46 | 17 | his testimony; asked and answered.                   |
| 15:30:48 | 18 | THE WITNESS:  Yeah, again, I've already              |
| 15:30:49 | 19 | answered the question.  But, yeah, I don't recall us  |
| 15:30:51 | 20 | having a specific meeting, but we were all on the     |
| 15:30:53 | 21 | same -- same team.  We wanted to maximize value.      |
| 15:30:58 | 22 | MR. BASKIN:  Q.  Now, is it your practice on          |
| 15:30:59 | 23 | things that are important to you, is it your practice |
| 15:31:02 | 24 | to bluff, Mr. Hurley?                                 |
| 15:31:07 | 25 | A    No.  Well, again, no, not necessarily, you      |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 216

|  | 1 | HURLEY, CHAD |
|---|---|---|

15:31:09   2    know.  You're -- you have to look at the situation.

15:31:12   3           MR. SCHAPIRO:  Why don't we take a break.

15:31:15   4           MR. BASKIN:  Why don't I finish this line of

15:31:18   5    question first and then we can take a break.

15:31:20   6           MR. SCHAPIRO:  How many more do you have?

15:31:22   7           MR. BASKIN:  I don't know.

15:31:22   8           MR. SCHAPIRO:  I -- I -- I need a break.

15:31:26   9           THE VIDEOGRAPHER:  Okay.

15:31:27   10          The time is 3:30 p.m.

15:31:31   11          We're off the record.

15:31:40   12          (Recess taken.)

15:41:51   13          THE VIDEOGRAPHER:  The time is 3:41 p.m.

15:42:05   14          We are back on the record.

15:42:08   15          MR. BASKIN:  Q.  Mr. Hurley, as you sit here

15:42:13   16   today, do you think it's okay that you increased the

15:42:24   17   purchase price by $800 million in your negotiations

15:42:28   18   with Google?

15:42:30   19          A   What do you mean "okay"?

15:42:32   20          Q   Well, are you proud of the fact that you did

15:42:34   21   that?

15:42:35   22          A   Well, like I was saying, typically through a

15:42:39   23   negotiation you're trying to maximize value, so I'm

15:42:44   24   proud of the fact that we're able to do that.

15:42:46   25          Q   And you're proud of the fact that you're able

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 217

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                              |
| 15:42:48 | 2  | to do that by telling Google that ████ bid was           |
| 15:42:56 | 3  | $800 million higher than it really was; is that right,   |
| 15:43:01 | 4  | sir?                                                      |
| 15:43:01 | 5  | A   I mean, using a -- a typical bluffing tactic,        |
| 15:43:06 | 6  | sure.  It worked.                                        |
| 15:43:30 | 7  | Q   Now, let me show you -- can you find this for        |
| 15:44:01 | 8  | me?  No, I don't need it.  Forget it.                    |
| 15:44:08 | 9  | During your time as CEO of Yahoo --                      |
| 15:44:33 | 10 | MR. SCHAPIRO:  Objection.                                |
| 15:44:38 | 11 | THE WITNESS:  YouTube.                                   |
| 15:44:39 | 12 | MR. BASKIN:  Withdrawn.  Sorry.                          |
| 15:44:40 | 13 | Q   You -- you have been CEO of YouTube from its        |
| 15:44:43 | 14 | founding to today; correct?                              |
| 15:44:44 | 15 | A   Yeah, pretty much.                                   |
| 15:44:45 | 16 | Q   Now, during that time period, has YouTube           |
| 15:44:51 | 17 | experienced the phenomenon where individuals seek to     |
| 15:44:57 | 18 | upload entire movies serially on the website?            |
| 15:45:09 | 19 | A   I -- I can't think of a specific example.  I        |
| 15:45:12 | 20 | mean, could have happened in the past.                   |
| 15:45:15 | 21 | Q   You truly cannot think of a single example of       |
| 15:45:18 | 22 | a movie that was serially loaded on the website?         |
| 15:45:23 | 23 | MR. SCHAPIRO:  Objection; asked and answered.            |
| 15:45:24 | 24 | THE WITNESS:  Like I said, I can't remember              |
| 15:45:26 | 25 | if a -- an -- an example.                                |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 218

1                           HURLEY, CHAD

15:45:27    2              MR. BASKIN:  Q.  Well, for example, how about

15:45:32    3     United 93?  Is that a movie that was loaded onto the

15:45:40    4     YouTube website in ten-minute intervals?  Do you know,

15:45:48    5     sir?

15:45:49    6          A    I can't -- I can't recall.  I'm not aware of

15:45:51    7     that, to the best of my knowledge.

15:45:54    8          Q    How about Slither?

15:46:04    9          A    Again, I don't know.

15:46:08   10          Q    And how about Breakup?

15:46:11   11          A    Don't know.

15:46:11   12          Q    How about Transformers?

15:46:16   13          A    I can't recall.

15:46:18   14          Q    How about Sicko?

15:46:24   15          A    I can't -- can't recall.

15:46:26   16          Q    How about Tropic Thunder?

15:46:33   17          A    May have happened.  I can't recall.

15:46:34   18          Q    You do not recall whether you learned that a

15:46:39   19     single one of these movies had been uploaded serially

15:46:43   20     onto the website?

15:46:45   21          A    I may have, but I don't remember

15:46:47   22     specifically.

15:46:53   23          Q    And am I right that it is -- strike that.

15:46:57   24              Do I understand your testimony that you do

15:47:01   25     not -- you're not aware of a single incident where an

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                           |
| 15:47:04 | 2  | entire movie was serially loaded onto the website in   |
| 15:47:09 | 3  | ten-minute intervals?                                  |
| 15:47:11 | 4  | A   I'm -- I'm sure it -- it's -- it's happened         |
| 15:47:13 | 5  | in the past.  I -- it probably was brought to my       |
| 15:47:16 | 6  | attention at some time.  I -- I don't recall any       |
| 15:47:19 | 7  | specific instance.                                     |
| 15:47:20 | 8  | Q   Well, are you familiar with circumstances          |
| 15:47:31 | 9  | when movies, entire movies, were uploaded onto the     |
| 15:47:38 | 10 | YouTube website while they were still in the theater?  |
| 15:47:48 | 11 | A   Again, it may have happened.  Someone may          |
| 15:47:52 | 12 | have sent me an e-mail, but I can't -- I can't recall  |
| 15:47:54 | 13 | which movies or when that happened.                    |
| 15:47:57 | 14 | Q   Well, without regard to which movies, do you      |
| 15:48:00 | 15 | recall that happening, that entire movies being        |
| 15:48:04 | 16 | uploaded onto your website while they were still in    |
| 15:48:11 | 17 | first runs in the movie theaters?                      |
| 15:48:13 | 18 | A   I can't remember.                                  |
| 15:48:16 | 19 | Q   Do you recall incidents where entire movies       |
| 15:48:26 | 20 | were uploaded onto your website before they reached    |
| 15:48:30 | 21 | the movie theater?                                     |
| 15:48:34 | 22 | A   Again, it may have happened.  I -- I don't         |
| 15:48:36 | 23 | recall a specific example.                             |
| 15:48:38 | 24 | Q   Well, again, without regard to whether you        |
| 15:48:41 | 25 | can name a specific movie, do you recall being advised |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 220

1                           HURLEY, CHAD

15:48:51     2     that entire movies were uploaded onto YouTube even

15:48:57     3     before the movie hit the movie theaters?

15:49:01     4          A    You know, may have happened.  You know, I

15:49:05     5     would forward it onto the appropriate people to deal

15:49:07     6     with it, if it did.

15:49:08     7          Q    But you -- as you sit here today, it's your

15:49:10     8     testimony you don't remember one such incident?

15:49:12     9               MR. SCHAPIRO:  Objection; mischaracterizes

15:49:14    10     the testimony.

15:49:14    11               THE WITNESS:  Yeah, again, like I said, I

15:49:17    12     can't remember a specific example.

15:49:18    13               MR. BASKIN:  Q.  Well, if that happened, is

15:49:29    14     that the sort of incident that -- what you might

15:49:32    15     expect you would remember, sir?

15:49:38    16          A    I received a lot of e-mails, and like all of

15:49:42    17     these documents, I -- you know, I don't necessarily

15:49:44    18     recall every single conversation.  You know, I've

15:49:48    19     built a team where I'm able to forward and delegate.

15:49:53    20          Q    Well, because I didn't ask whether you

15:49:55    21     remembered each conversation.  I asked if you were

15:49:58    22     advised by e-mail or orally that entire movies were

15:50:06    23     being uploaded onto the YouTube website.

15:50:12    24               MR. SCHAPIRO:  Objection; that's not what you

15:50:14    25     asked.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

Page 221

1                              HURLEY, CHAD

15:50:14    2              MR. BASKIN:  Q.  Would you expect that you

15:50:16    3    would remember that?

15:50:18    4         A    Like I said, you know, I may recall some --

15:50:21    5    some of those examples.  I can't think of a specific

15:50:27    6    one.  I...

15:50:32    7         Q    In the course of your -- for the last year or

15:50:36    8    are two, do you recall seeing e-mails where you were

15:50:38    9    so advised of that, that there were serial uploads of

15:50:44   10    entire movies onto the YouTube website?

15:50:47   11              MR. SCHAPIRO:  You can answer to the extent

15:50:48   12    that you exclude any work that we had preparing for

15:50:54   13    this deposition.

15:50:56   14              THE WITNESS:  No, I can't remember.

15:51:01   15              MR. BASKIN:  Q.  Do you think those were

15:51:02   16    among the e-mails that were lost?

15:51:06   17         A    There may have been some, you know.  You

15:51:09   18    know, if it happened within the last year, probably

15:51:12   19    not.

15:51:15   20         Q    Now, I think you told us earlier that you

15:51:36   21    were aware or you had heard that Google Video was

15:51:43   22    sweeping for copyrighted materials when they were a

15:51:47   23    direct competitor of yours.

15:51:48   24              MR. SCHAPIRO:  Objection; mischaracterizes

15:51:49   25    his prior testimony.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 222

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                             |
| 15:51:51 | 2  | THE WITNESS:  I don't -- I don't know exactly           |
| 15:51:52 | 3  | what I said -- remember what I said this morning, the   |
| 15:51:55 | 4  | exact wording.                                          |
| 15:51:56 | 5  | MR. BASKIN:  Q.  Well, what's the truth?  I              |
| 15:51:58 | 6  | don't care about the exact wording this morning.        |
| 15:52:00 | 7  | Were you aware that when they were a direct             |
| 15:52:03 | 8  | competitor of yours, Google Video was sweeping for      |
| 15:52:09 | 9  | copyright materials?                                    |
| 15:52:10 | 10 | MR. SCHAPIRO:  Objection; vague.                        |
| 15:52:11 | 11 | Aware when?  The testimony was that he                  |
| 15:52:13 | 12 | learned about it afterwards.                            |
| 15:52:15 | 13 | MR. BASKIN:  That's fine.                               |
| 15:52:16 | 14 | Q   Did you learn about that afterwards?                |
| 15:52:19 | 15 | A   That was something I heard.  I'd never seen         |
| 15:52:20 | 16 | it.  That's just -- I heard about it.                   |
| 15:52:23 | 17 | Q   That is, you heard that at the time when           |
| 15:52:28 | 18 | Google Video was competing directly with YouTube, that |
| 15:52:33 | 19 | Google Video was sweeping for copyrighted materials?    |
| 15:52:36 | 20 | MR. SCHAPIRO:  Objection; vague as to                   |
| 15:52:39 | 21 | "sweeping."                                             |
| 15:52:40 | 22 | THE WITNESS:  Yeah, again, I don't -- I don't           |
| 15:52:42 | 23 | remember when and where and who told me that or how I  |
| 15:52:46 | 24 | came upon it, but that's just something I heard.       |
| 15:52:49 | 25 | MR. BASKIN:  Q.  But it's fair to say, is it           |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                             |
| 15:52:52 | 2  | not, that after Google acquired YouTube, this practice  |
| 15:53:00 | 3  | of sweeping for copyright violations was not applied    |
| 15:53:05 | 4  | at YouTube; correct?                                    |
| 15:53:07 | 5  | MR. SCHAPIRO:  Objection; "sweeping."                   |
| 15:53:09 | 6  | THE WITNESS:  Again, I -- you know, I don't             |
| 15:53:12 | 7  | necessarily know what was implemented after the         |
| 15:53:15 | 8  | acquisition.  You'd have to speak to the teams that     |
| 15:53:18 | 9  | were focusing on that.                                  |
| 15:53:19 | 10 | MR. BASKIN:  Q.  Well, your -- you -- you               |
| 15:53:20 | 11 | remained CEO after the acquisition; didn't you?        |
| 15:53:23 | 12 | MR. SCHAPIRO:  Objection; asked and answered.          |
| 15:53:25 | 13 | THE WITNESS:  Yes, I was CEO.                           |
| 15:53:27 | 14 | MR. BASKIN:  Q.  And do you know whether,               |
| 15:53:31 | 15 | after the acquisition, when you were CEO, did a Google  |
| 15:53:37 | 16 | Video practice of sweeping for videos not apply at      |
| 15:53:41 | 17 | YouTube?                                                 |
| 15:53:42 | 18 | MR. SCHAPIRO:  Vagueness objection as to               |
| 15:53:45 | 19 | "sweeping."                                              |
| 15:53:46 | 20 | THE WITNESS:  Again, I can't remember what             |
| 15:53:48 | 21 | happened, what was applied.                             |
| 15:53:49 | 22 | MR. BASKIN:  Q.  You cannot remember whether           |
| 15:53:53 | 23 | YouTube post-acquisition has been sweeping for         |
| 15:53:57 | 24 | videos --                                               |
| 15:53:57 | 25 | MR. SCHAPIRO:  Same objection.                         |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 224

1                              HURLEY, CHAD

15:54:00    2          MR. BASKIN:  Q.  -- for copyright violations?

15:54:03    3      A    Yeah, I -- I -- I don't know if we are.  I --

15:54:04    4      I doubt we are.

15:54:08    5      Q    Now, did you have a discussion with somebody

15:54:13    6      at Google to the effect that Google Video's practice

15:54:22    7      of sweeping for copyright violations would not apply

15:54:29    8      at YouTube?

15:54:31    9          MR. SCHAPIRO:  Objection; lacks foundation.

15:54:34    10         MR. BASKIN:  Q.  Did you have such a

15:54:36    11     discussion with anybody, Mr. Hurley?

15:54:37    12     A    I -- I -- I can't remember, but there may

15:54:41    13     have been an e-mail.

15:54:42    14     Q    Well, an e-mail or discussion, do you ever

15:54:45    15     remember discussing with somebody at Google, you're

15:54:53    16     acquirer, that the practice of sweeping videos for

15:54:59    17     copyright violations would not apply at YouTube post

15:55:03    18     acquisition?

15:55:04    19         MR. SCHAPIRO:  Do you want to define what you

15:55:05    20     mean by "sweeping"?

15:55:08    21         THE WITNESS:  Can you define sweeping?

15:55:10    22         MR. BASKIN:  I ask the questions, not your

15:55:12    23     counsel.

15:55:12    24     Q    What -- what -- are you -- did you have any

15:55:15    25     discussion with anybody at Google that the practice of

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

|  |  |  |
|---|---|---|
|  | 1 | HURLEY, CHAD |
| 15:55:24 | 2 | sweeping videos to take out copyright violations would |
| 15:55:28 | 3 | not apply at YouTube? |
| 15:55:30 | 4 | MR. SCHAPIRO:  Objection; vague as to the |
| 15:55:32 | 5 | term "sweeping." |
| 15:55:34 | 6 | THE WITNESS:  Again, can't remember. |
| 15:55:36 | 7 | MR. BASKIN:  Q.  Do you have a memory problem |
| 15:55:39 | 8 | in your daily life? |
| 15:55:40 | 9 | MR. SCHAPIRO:  Objection; don't answer that |
| 15:55:41 | 10 | question. |
| 15:55:43 | 11 | MR. BASKIN:  Q.  Now, you were shown this |
| 15:56:02 | 12 | morning a document actually prepared by your brother, |
| 15:56:11 | 13 | Hurley -- Brent Hurley Exhibit 14 which showed |
| 15:56:16 | 14 | advertising revenue for ads placed on Watch Pages at |
| 15:56:28 | 15 | YouTube in and around June 2006? |
| 15:56:31 | 16 | MR. SCHAPIRO:  Do you want us to pull this |
| 15:56:33 | 17 | out? |
| 15:56:34 | 18 | MR. BASKIN:  He's welcome to look at it.  I'm |
| 15:56:36 | 19 | not going to ask him any questions about the document. |
| 15:56:38 | 20 | Q  I just wanted to know, what -- do you |
| 15:56:38 | 21 | remember that document? |
| 15:56:38 | 22 | MR. SCHAPIRO:  Objection to the |
| 15:56:39 | 23 | characterization. |
| 15:56:40 | 24 | THE WITNESS:  Well, yeah, it's from this |
| 15:56:41 | 25 | morning. |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 226

|          | 1  | HURLEY, CHAD |
| -------- | -- | ------------ |
| 15:56:42 | 2  | MR. BASKIN:  Okay. |
| 15:56:43 | 3  | Q   Now, without regard to the document, were you |
| 15:56:52 | 4  | aware -- strike that. |
| 15:56:53 | 5  | Without regard to the document, I take it you |
| 15:56:55 | 6  | were aware that YouTube's practice prior to the |
| 15:57:00 | 7  | acquisition by Google was to run ads against Watch |
| 15:57:06 | 8  | Pages? |
| 15:57:09 | 9  | A   Yeah, I don't know how many Watch Pages, but |
| 15:57:12 | 10 | that's what this document implies. |
| 15:57:14 | 11 | Q   But independent of the document, just from |
| 15:57:17 | 12 | your experience as CEO of YouTube, you knew that; |
| 15:57:23 | 13 | didn't you, sir? |
| 15:57:24 | 14 | A   Yeah. |
| 15:57:25 | 15 | Q   Now, how long prior to the acquisition of |
| 15:57:34 | 16 | YouTube by Google, how long a period of time had |
| 15:57:42 | 17 | YouTube advertised against Watch Pages? |
| 15:57:47 | 18 | A   I don't -- I don't know the specific |
| 15:57:49 | 19 | length/time. |
| 15:57:49 | 20 | Q   Well, your brother's document purports to |
| 15:57:53 | 21 | cover the time, that is, Hurley -- Brent Hurley 14, of |
| 15:57:57 | 22 | June results, June '06. |
| 15:58:03 | 23 | Do you know how much earlier than June '06 -- |
| 15:58:08 | 24 | A   I think -- |
| 15:58:09 | 25 | Q   -- did YouTube engage in the practice of |

DAVID  FELDMAN  WORLDWIDE,  INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 227

|         |    |                                                    |
|---------|----|-----------------------------------------------------|
|         | 1  | HURLEY, CHAD                                        |
| 15:58:15| 2  | advertising against Watch Pages?                    |
| 15:58:17| 3  | MR. SCHAPIRO:  Objection; lacks foundation;         |
| 15:58:18| 4  | mischaracterizes the document.                      |
| 15:58:20| 5  | THE WITNESS:  Again, I can't recall the             |
| 15:58:22| 6  | specific dates.  I can't tell you.                  |
| 15:58:24| 7  | MR. BASKIN:  Q.  Now, you are aware, I take         |
| 15:58:29| 8  | it, that there came a time when the practice of     |
| 15:58:34| 9  | that -- of YouTube's practice of advertising against|
| 15:58:37| 10 | Watch Pages stopped?  Is that right, sir?           |
| 15:58:43| 11 | A    Yeah, I believe there's a time.               |
| 15:58:44| 12 | Q    And do you recall when the time arose that     |
| 15:58:49| 13 | the practice -- YouTube's practice of advertising   |
| 15:58:51| 14 | against Watch Pages stopped?                        |
| 15:58:54| 15 | A    Well, I'm not aware of -- or I can't remember  |
| 15:58:58| 16 | the specific date that it changed, no.             |
| 15:59:00| 17 | Q    Was it shortly after the acquisition by        |
| 15:59:02| 18 | Google, sir?                                        |
| 15:59:06| 19 | A    I'm not sure.                                  |
| 15:59:09| 20 | Q    Was it in and around January 2007?             |
| 15:59:13| 21 | A    I don't know.                                  |
| 15:59:13| 22 | Q    Do you recall why the practice of advertising  |
| 15:59:18| 23 | against Watch Pages stopped at YouTube post         |
| 15:59:23| 24 | acquisition?                                        |
| 15:59:25| 25 | A    Beyond any -- any privileged information, I    |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 228

HURLEY, CHAD

15:59:28  2   mean, there's a -- you know, business reasons why.

15:59:30  3   You know, obviously we wanted to show our business

15:59:33  4   partners that we're serious about concentrating on

15:59:36  5   their content, selling their pages, maximizing value

15:59:40  6   for them participating in our -- on our system.  We

15:59:43  7   wanted to focus the sales force on that.

15:59:45  8           Also, just generally, we -- we didn't want to

15:59:47  9   disrupt the user's experience on the site.  We wanted

15:59:50  10  to limit the amount of ads, and unless you would join

15:59:53  11  our partner program and not opt into having ads show

15:59:56  12  up against your -- your videos, we didn't want to

15:59:57  13  randomly just put videos against someone's family trip

16:00:00  14  to the beach.

16:00:03  15      Q   Do I take from this last answer that you

16:00:05  16  actually have a memory of discussing with somebody

16:00:08  17  that these are the reasons for ceasing advertisements

16:00:13  18  in its Watch Pages?

16:00:14  19      A   No, I don't remember specific discussions.  I

16:00:17  20  remember this was potentially some of the reasons why

16:00:20  21  we were thinking about it.

16:00:23  22      Q   Well, do you know why, in fact, you stopped,

16:00:28  23  why YouTube stopped practice of advertising its Watch

16:00:31  24  Pages?

16:00:31  25      A   You know, some of those reasons are what I

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 229

|          |    | HURLEY, CHAD |
|----------|----|--------------|
| 16:00:34 | 2  | just stated.  That's what I remember. |
| 16:00:36 | 3  | Q   Do you know whether it was an instruction |
| 16:00:41 | 4  | from counsel to stop? |
| 16:00:43 | 5  | MR. SCHAPIRO:  Objection; I -- I instruct you |
| 16:00:47 | 6  | not to answer. |
| 16:00:58 | 7  | MR. BASKIN:  Q.  Well, without regard to what |
| 16:01:00 | 8  | was said to you, do you recall having discussions with |
| 16:01:08 | 9  | counsel on that topic -- |
| 16:01:10 | 10 | MR. SCHAPIRO:  Object. |
| 16:01:11 | 11 | MR. BASKIN:  Q.  -- of whether -- of whether |
| 16:01:12 | 12 | ads should be placed against Watch Pages? |
| 16:01:15 | 13 | MR. SCHAPIRO:  Objection; instruction not to |
| 16:01:53 | 14 | answer. |
| 16:01:53 | 15 | MR. BASKIN:  Q.  Who was YouTube's counsel, |
| 16:01:55 | 16 | by the way, external counsel on copyright issues post |
| 16:01:58 | 17 | acquisition?  Still Wilson Sonsini? |
| 16:02:03 | 18 | A   I'm not sure.  It may have been.  I don't |
| 16:02:05 | 19 | know. |
| 16:02:35 | 20 | MR. BASKIN:  Now, could you hand me this |
| 16:02:45 | 21 | document. |
| 16:03:23 | 22 | Let's mark as Hurley Exhibit -- |
| 16:03:30 | 23 | MR. WILKENS:  20. |
| 16:03:32 | 24 | MR. BASKIN:  -- 20, the document in my hand, |
| 16:03:35 | 25 | and then we'll hand it to Mr. Hurley. |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 230

|            |    |                                                    |
| ---------- | -- | -------------------------------------------------- |
|            | 1  | HURLEY, CHAD                                        |
| 16:03:47   | 2  | (Document marked Hurley, C., Exhibit 20            |
| 16:03:48   | 3  | for identification.)                               |
| 16:03:48   | 4  | THE WITNESS:  Thanks.                              |
| 16:04:04   | 5  | THE VIDEOGRAPHER:  You lost your microphone,        |
| 16:04:06   | 6  | sir.                                               |
| 16:04:07   | 7  | MR. BASKIN:  Oh.                                   |
| 16:04:23   | 8  | MR. SCHAPIRO:  Do you -- I have a copy.             |
| 16:04:26   | 9  | MR. WILLEN:  I got something different.             |
| 16:04:28   | 10 | MR. SCHAPIRO:  I think you handed the back of       |
| 16:04:29   | 11 | it, the earlier exhibit.                           |
| 16:04:30   | 12 | THE WITNESS:  Oh, that was the earlier one.         |
| 16:04:32   | 13 | MR. SCHAPIRO:  Yeah.                               |
| 16:04:32   | 14 | THE WITNESS:  That one had just been sitting        |
| 16:04:34   | 15 | there.                                             |
| 16:04:34   | 16 | MR. SCHAPIRO:  Oh, I don't know.  Maybe that        |
| 16:04:36   | 17 | was just on the table.  Sorry.  You got it?        |
| 16:04:41   | 18 | MR. BASKIN:  Q.  Sir, do you recall seeing          |
| 16:04:44   | 19 | Hurley Exhibit 20 prior to today?                  |
| 16:04:47   | 20 | MR. SCHAPIRO:  Other than in preparation for        |
| 16:04:48   | 21 | this deposition.                                   |
| 16:04:52   | 22 | THE WITNESS:  No, I don't recall.                  |
| 16:04:53   | 23 | MR. BASKIN:  Q.  I take it, though, it's fair       |
| 16:04:56   | 24 | to say that you are the head -- the Chad Hurley to  |
| 16:05:01   | 25 | whom this was sent?                                |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 231

| | 1 | HURLEY, CHAD |
|---|---|---|
| 16:05:02 | 2 | A    It looks like that's the case. |
| 16:05:03 | 3 | Q    Now, do you recall this subject matter of |
| 16:05:09 | 4 | this, of -- of Hurley Exhibit 20? |
| 16:05:17 | 5 | A    No, not specifically, no. |
| 16:05:18 | 6 | Q    Well, do you recall removing that paragraph |
| 16:05:28 | 7 | that begins with "A" for answer from YouTube's |
| 16:05:35 | 8 | policies in and around December 2005? |
| 16:05:39 | 9 | A    I -- I don't know what happened in response |
| 16:05:40 | 10 | to this e-mail. |
| 16:05:41 | 11 | Q    Do you know whether, in fact, up until that |
| 16:05:48 | 12 | point, you had a review process primarily focused on |
| 16:05:58 | 13 | removing adult content or obvious copyright violations |
| 16:06:04 | 14 | and then you ceased that review process on or after |
| 16:06:09 | 15 | December 2005? |
| 16:06:12 | 16 | A    I don't remember the specific time frame, but |
| 16:06:15 | 17 | I think at one point we -- we tried to do something |
| 16:06:18 | 18 | like this, but obviously it -- it continued to change |
| 16:06:24 | 19 | as we tried to strike the appropriate balance, and... |
| 16:06:27 | 20 | Q    And by continuing to change, you mean you |
| 16:06:29 | 21 | ceased your review process insofar as it pertained to |
| 16:06:34 | 22 | copyright -- obvious copyright violations in and |
| 16:06:37 | 23 | around December 2005; is that right, Mr. Hurley? |
| 16:06:40 | 24 | A    I'm assuming so.  I don't know what happened |
| 16:06:42 | 25 | in response to this. |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 232

```
              1                    HURLEY, CHAD
16:06:43      2         Q    Was this roughly the same time that you
16:06:47      3    stopped practice at YouTube of community flagging for
16:06:51      4    copyright violations?
16:06:55      5         A    It may have been.  I don't -- I don't know
16:06:57      6    what time that happened.
16:07:02      7         Q    Because you are the person who ordered that
16:07:04      8    practice be stopped, right, internally; correct?
16:07:09      9         A    Yeah, I believe we -- we discussed it.
16:07:11     10         Q    And then you -- I think we saw it this
16:07:14     11    morning -- didn't you issue the instruction to stop
16:07:17     12    community flagging?
16:07:20     13         A    Yeah, I think I recall it from earlier today.
16:07:26     14         Q    Do you recall other practices that had been
16:07:28     15    engaged in at Yoohoo -- at Ya -- at You -- YouTube in
16:07:37     16    connection with copyright compliance that stopped in
16:07:42     17    and around -- strike that.
16:07:44     18              Do you recall other practices that had been
16:07:47     19    engaged in by YouTube, insofar as copyright compliance
16:07:53     20    was concerned, that changed prior to the acquisition
16:08:00     21    by Google?
16:08:00     22              MR. SCHAPIRO:  Objection; vague and assumes
16:08:05     23    facts not in evidence.
16:08:07     24              MR. BASKIN:  Okay.  Well, let me be a little
16:08:10     25    more concrete.
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 233

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                                 |
| 16:08:10 | 2  | Q   You stopped screening -- strike -- strike               |
| 16:08:13 | 3  | that.                                                        |
| 16:08:13 | 4  | You stopped -- stopped flagging, correct,                   |
| 16:08:16 | 5  | sir?                                                         |
| 16:08:16 | 6  | A   Flagging?                                                |
| 16:08:18 | 7  | Q   For -- community flagging for copyright                 |
| 16:08:20 | 8  | violations.  You stopped that in the fourth quarter of      |
| 16:08:23 | 9  | 2005, right, Mr. Hurley?                                     |
| 16:08:25 | 10 | A   Again, I don't remember the date, but                   |
| 16:08:29 | 11 | potentially, yes.                                           |
| 16:08:30 | 12 | Q   And then in and around December 2005, at               |
| 16:08:35 | 13 | least it's Ms. Gillette's instruction, that this            |
| 16:08:38 | 14 | paragraph that references the review process primarily      |
| 16:08:45 | 15 | focused on removing adult content or obvious copyright      |
| 16:08:50 | 16 | violations, that that also stopped --                       |
| 16:08:50 | 17 | MR. SCHAPIRO:  Objection --                                 |
| 16:08:55 | 18 | MR. BASKIN:  Q.  -- right, Mr. Hurley?                      |
| 16:08:56 | 19 | MR. SCHAPIRO:  -- mischaracterizes the text                 |
| 16:08:58 | 20 | of the document.                                            |
| 16:08:59 | 21 | THE WITNESS:  Again, in response to this                    |
| 16:09:01 | 22 | e-mail, I don't know what was -- what had taken place.      |
| 16:09:05 | 23 | Like I stated this morning, we were making                  |
| 16:09:08 | 24 | mistakes.  Our community was making mistakes based on       |
| 16:09:12 | 25 | their perceived kind of, I guess, definition of             |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

1               HURLEY, CHAD

16:09:15   2   professional content on the site, that we didn't know

16:09:18   3   if it was up there with authorization or not.

16:09:21   4       MR. BASKIN:  Q.  So, therefore, is your

16:09:24   5   testimony that you now remember stopping the practice

16:09:27   6   of focusing on removing obvious copyright violations

16:09:34   7   from your website?

16:09:36   8     A  Well, like I keep saying, I -- I don't

16:09:39   9   remember this specific e-mail.  I don't remember the

16:09:41  10   action that was taken because of this.  We had -- you

16:09:44  11   know, we have changed our policies over time, but...

16:09:49  12     Q  Now, that led, then, to my question of

16:10:06  13   whether there were other practices you recall directed

16:10:13  14   to the issue of copyright compliance that YouTube

16:10:18  15   stopped prior to the acquisition by Google.

16:10:21  16       MR. SCHAPIRO:  Objection to the premise

16:10:23  17   embedded in the question.

16:10:26  18       THE WITNESS:  Again, I don't -- I don't know

16:10:28  19   what you're specifically referring to.

16:10:31  20       MR. BASKIN:  Q.  Was it your instruction that

16:10:53  21   YouTube should communicate to its users a canned

16:11:00  22   response regarding their need not to violate

16:11:06  23   copyrights?

16:11:07  24     A  We're always trying to educate our -- our

16:11:10  25   users.

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 235

1    HURLEY, CHAD

16:11:11   2    Q    Well, did you instruct your team that YouTube

16:11:15   3    should use a canned response when a user inquires

16:11:22   4    about its copyright obligations?

16:11:25   5    A    I don't remember if I used those specific

16:11:27   6    terms, but, again, if we want to educate our

16:11:29   7    community.

16:11:31   8    Q    What about the use of a can response?  You

16:11:39   9    don't remember that phrase?

16:11:41   10   A    I can't recall that specific remark, no.

16:11:42   11   Q    Assuming that you communicated to your

16:11:55   12   YouTube team that all you should do is provide a can

16:12:04   13   response that users should own all copyrights to the

16:12:10   14   material they upload, what meaning does "can response"

16:12:18   15   have for you in that context?

16:12:20   16       MR. SCHAPIRO:  Objection; calls for

16:12:21   17   speculation; incomplete hypothetical.

16:12:22   18       THE WITNESS:  Yeah, well --

16:12:28   19       MR. BASKIN:  Q.  Well, do you know the

16:12:29   20   meaning of the word "can response" -- words "can

16:12:32   21   response"?

16:12:33   22   A    They can have many different meanings.

16:12:38   23   Q    Well, let's -- give me this document.  Sorry.

16:13:18   24   I think you're right.

16:13:19   25       MR. WILKENS:  Yeah.

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 236

|  | 1 | HURLEY, CHAD |
| 16:13:34 | 2 | MR. BASKIN:  Why don't we mark as Hurley |
| 16:13:36 | 3 | Exhibit 21 a document in my hand, and I will hand out |
| 16:13:38 | 4 | copies to other counsel.  I'm sorry. |
| 16:13:48 | 5 | You got it? |
| 16:13:50 | 6 | THE WITNESS:  Thank you. |
| 16:13:50 | 7 | (Document marked Hurley, C., Exhibit 21 |
| 16:13:51 | 8 | for identification.) |
| 16:14:17 | 9 | MR. BASKIN:  Q.  Have you seen Exhibit 21 |
| 16:14:24 | 10 | prior to today, Mr. Hurley? |
| 16:14:30 | 11 | A    I don't recall it, no. |
| 16:14:31 | 12 | Q    Well, without regard to the exhibit, |
| 16:14:33 | 13 | recalling the particular exhibit, do you recall in |
| 16:14:40 | 14 | communicating to the YouTube team, in your capacity as |
| 16:14:44 | 15 | CEO in and around September 25th, 2005, that "We |
| 16:14:53 | 16 | should communicate the canned response that you should |
| 16:14:57 | 17 | own all copyrights to the material you upload"? |
| 16:15:01 | 18 | Do you remember using -- |
| 16:15:03 | 19 | MR. SCHAPIRO:  Objection; misstates the text |
| 16:15:05 | 20 | and omits part of the text. |
| 16:15:08 | 21 | MR. BASKIN:  Q.  Do you remember |
| 16:15:09 | 22 | communicating that, Mr. Hurley? |
| 16:15:11 | 23 | A    I don't remember, but it -- it looks like |
| 16:15:12 | 24 | I -- I had. |
| 16:15:14 | 25 | Q    And read in the context of the e-mail you, in |

DAVID  FELDMAN  WORLDWIDE,  INC.
805  Third  Avenue,  New  York,  New  York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 237

|          |    | HURLEY, CHAD |
|----------|----|
| 16:15:17 | 2  | fact, sent, what did you mean by "canned |
| 16:15:22 | 3  | response," Mr. Hurley? |
| 16:15:23 | 4  | A    Well, I -- I don't know.  Like I said, I |
| 16:15:24 | 5  | don't know if -- if we responded to this guy.  I don't |
| 16:15:29 | 6  | know if he -- he owned the rights to this clip.  I |
| 16:15:32 | 7  | mean, that's what we were trying to communicate to |
| 16:15:34 | 8  | him. |
| 16:15:34 | 9  | I think, obviously to make things efficient, |
| 16:15:39 | 10 | you can't construct -- or you know, construct |
| 16:15:42 | 11 | individual e-mails to -- to keep up with questions.  I |
| 16:15:45 | 12 | mean, a canned response is just trying to create a |
| 16:15:47 | 13 | more efficient process so we can educate more people. |
| 16:15:51 | 14 | Q    And that's your understanding of what you |
| 16:15:53 | 15 | meant by "canned response"? |
| 16:15:56 | 16 | A    I mean, typically, that's how you try to |
| 16:15:58 | 17 | respond to people's questions online. |
| 16:16:00 | 18 | Q    Now, on the YouTube website, have there |
| 16:16:15 | 19 | always been a portion of the website that is private? |
| 16:16:23 | 20 | A    In terms of -- of -- well, what portion are |
| 16:16:26 | 21 | you talking about? |
| 16:16:27 | 22 | Q    Well, are there can -- strike that. |
| 16:16:30 | 23 | Can individuals upload videos to -- not for |
| 16:16:43 | 24 | public dissemination, but for simply private viewing? |
| 16:16:47 | 25 | A    Yeah, we have that functionality. |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 238

1                    HURLEY, CHAD

16:16:49    2        Q    And has that functionality existed from the

16:16:52    3    start of YouTube?

16:16:56    4        A    I'm trying to remember.  I don't know if it

16:16:58    5    existed from the beginning, but it's something that

16:17:00    6    we've had for a while.

16:17:01    7        Q    And does it exist today?

16:17:04    8        A    Yeah, I believe so.

16:17:05    9        Q    Now, if someone wants to upload videos

16:17:17   10    privately to this private part of the YouTube website,

16:17:23   11    can they upload anything they want?

16:17:28   12        A    Well, assuming they, you know, follow our --

16:17:32   13    our terms of use, they can upload a clip typically

16:17:39   14    under ten minutes in range.

16:17:40   15        Q    Is the ten-minute range limitation applied to

16:17:43   16    private videos?

16:17:46   17        A    I believe so, yes.

16:17:47   18        Q    And can individuals upload serially entire

16:17:53   19    movies to their private video?

16:17:57   20        A    Again, that's against our terms of use, but

16:18:00   21    someone could possibly do it.

16:18:01   22        Q    Now, assuming a content owner was intent on

16:18:14   23    preserving its intellectual property and wanted to

16:18:18   24    issue a takedown notice to YouTube, am I correct that

16:18:25   25    a content owner has zero access to private videos?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 239

                              1                    HURLEY, CHAD

16:18:35     2        A    I don't know technically the capabilities

16:18:37     3    that we've enabled for the private videos.  I mean,

16:18:40     4    obviously those private videos are limited to a set of

16:18:43     5    people, so you can't share them broadly, and we also

16:18:47     6    now, you know, as we continue to improve the -- the

16:18:50     7    content tools that we can provide, we have audio and

16:18:53     8    video fingerprinting, which I think may scan those

16:18:57     9    videos, even though a content owner can't see them.

16:19:01    10        Q    Well, with -- in -- let's go back to 2005.

16:19:09    11             Was there any way for any content owner to

16:19:14    12    protect its intellectual property with respect to

16:19:18    13    materials uploaded to private videos?

16:19:24    14        A    I'm trying to think.  You know, as our tool

16:19:26    15    has -- tools have changed, I -- I -- I don't -- I

16:19:30    16    don't believe there was, other than, you know, we're

16:19:32    17    talking about some of the manual review that we've --

16:19:36    18    we've -- we've changed.  I think that was things that

16:19:38    19    we were doing.

16:19:39    20        Q    So just so I'm sure I understand your answer,

16:19:42    21    I take it your answer is that in 2005, there was no

16:19:48    22    way for any content owner to protect its intellectual

16:19:52    23    property with respect to materials uploaded to private

16:19:56    24    videos --

16:19:56    25             MR. SCHAPIRO:  Objection --

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 240

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                                |
| 16:19:57 | 2  | MR. BASKIN:  Q.  -- is that correct?                       |
| 16:20:00 | 3  | MR. SCHAPIRO:  -- misstates the testimony;                 |
| 16:20:01 | 4  | lacks foundation.                                          |
| 16:20:02 | 5  | THE WITNESS:  Yeah, that's not what I said.                |
| 16:20:03 | 6  | I just said I -- I -- it -- I -- I don't know.  I          |
| 16:20:06 | 7  | don't remember.                                            |
| 16:20:07 | 8  | MR. BASKIN:  Q.  What about with respect to                |
| 16:20:11 | 9  | 2006?                                                       |
| 16:20:13 | 10 | A    I don't know.  Again, as -- as the tools have         |
| 16:20:16 | 11 | evolved, I -- I don't know the -- you know, for, you       |
| 16:20:19 | 12 | know, private videos, if partners have the ability         |
| 16:20:23 | 13 | beyond some of the -- the audio and video                  |
| 16:20:25 | 14 | fingerprinting that we have today to -- to see them.       |
| 16:20:30 | 15 | Q    In 2006 -- strike that.                               |
| 16:20:36 | 16 | What about in 2007?  Could an individual --                |
| 16:20:42 | 17 | can a content owner who's not a partner with you, not      |
| 16:20:52 | 18 | a partner with YouTube -- could a content owner            |
| 16:20:57 | 19 | protect its intellectual property that was uploaded to     |
| 16:21:00 | 20 | private videos?                                            |
| 16:21:02 | 21 | MR. SCHAPIRO:  Objection; vague; lacks                     |
| 16:21:04 | 22 | foundation.                                                |
| 16:21:04 | 23 | THE WITNESS:  Yeah, can -- can you define                  |
| 16:21:06 | 24 | "partner"?                                                 |
| 16:21:08 | 25 | MR. BASKIN:  Well, yeah, sure.                             |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

Page 241

1           HURLEY, CHAD

16:21:09    2       Q    Let me phrase it this way:  Assume that a

16:21:15    3   content owner refuse -- has declined to enter into a

16:21:19    4   license agreement with YouTube.  Was there any way

16:21:24    5   that content owner could protect its intellectual

16:21:28    6   property that was uploaded to private video -- to the

16:21:31    7   private part of YouTube?

16:21:33    8       A    Again, I don't -- I don't know in any case

16:21:37    9   what the abilities where around private videos.  I

16:21:40    10  know, you know, just as a, you know, practical matter,

16:21:44    11  anyone, any partner, if they're in a licensing

16:21:47    12  agreement with us or not, it's our intent to have our

16:21:49    13  tools available to them.

16:21:51    14           Obviously there's probably different levels

16:21:53    15  at which they can have access because there's some

16:21:56    16  level of trust around particular tools that may be

16:21:58    17  more -- more powerful or affect the community more

16:22:02    18  but...

16:22:03    19      Q    Well, let's go back again.

16:22:05    20           In 2005, if Viacom declined or did not enter

16:22:12    21  into a license agreement with YouTube, am I correct,

16:22:14    22  sir, that there is no -- was no way for Viacom to

16:22:17    23  access private videos to protect its intellectual

16:22:21    24  property?

16:22:22    25           MR. SCHAPIRO:  Objection to the premise

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 242

|           |    |                                                            |
|-----------|----|------------------------------------------------------------|
|           | 1  | HURLEY, CHAD                                                |
| 16:22:23  | 2  | embedded in the question.                                   |
| 16:22:25  | 3  | THE WITNESS:  Yeah, again, what I was saying,               |
| 16:22:32  | 4  | I -- I don't know any partner, you know, a partner at       |
| 16:22:33  | 5  | any level, what their abilities were, you know, tied        |
| 16:22:35  | 6  | to private videos.                                          |
| 16:22:36  | 7  | MR. BASKIN:  Q.  That's at any year or just                 |
| 16:22:38  | 8  | 2005?                                                       |
| 16:22:38  | 9  | A   No, I -- as I was saying, the tools continued           |
| 16:22:43  | 10 | to adapt.  I -- I don't know how technically it would       |
| 16:22:45  | 11 | work for them.                                              |
| 16:22:46  | 12 | Q   Am I correct that in 2008, as late as 2008, a           |
| 16:22:56  | 13 | content owner has no access to the private videos,          |
| 16:23:00  | 14 | unless they sign a license agreement with YouTube?          |
| 16:23:03  | 15 | A   I'm not aware of that, no.  Like I said,                |
| 16:23:06  | 16 | we -- we want them to -- you know, a partner, as we         |
| 16:23:11  | 17 | define it, is someone that doesn't necessarily need to      |
| 16:23:13  | 18 | provide us content or licensing deal.                       |
| 16:23:15  | 19 | It's, you know, kind of a legal agreement so                |
| 16:23:18  | 20 | they can have access to our tools.  Obviously, you          |
| 16:23:20  | 21 | know, with any piece of technology it's common.             |
| 16:23:25  | 22 | Q   The question was, as late as 2008, if Viacom            |
| 16:23:29  | 23 | declines to enter -- had declined to enter into --          |
| 16:23:33  | 24 | with -- a license agreement with you, am I right, sir,      |
| 16:23:37  | 25 | that there was no way for Viacom to access the private      |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 243

1                    HURLEY, CHAD

16:23:42   2    videos to protect its intellectual property rights?

16:23:45   3         MR. SCHAPIRO:  Objection; asked and answered.

16:23:47   4         THE WITNESS:  Yeah, like I continue to say,

16:23:49   5    any partner at any level, I don't know what their

16:23:52   6    abilities were concerning private videos.

16:23:56   7         MR. BASKIN:  Q.  Am I also right that

16:23:58   8    individuals who upload videos can switch public videos

16:24:02   9    to private -- and make them private?

16:24:05   10        A    Yeah, that's -- that's a functionality that's

16:24:09   11   available.

16:24:09   12        Q    Just a press of a button; is that correct?

16:24:11   13        A    I -- I think that's what it requires.  I

16:24:14   14   don't know if you check a box or click a button,

16:24:17   15   something like that.

16:24:17   16        Q    And you mentioned before that there was

16:24:19   17   limited viewership to private videos.  When did that

16:24:23   18   start, sir?

16:24:25   19        A    I don't know when it exactly started, but

16:24:28   20   that's something that we've had for a while.

16:24:30   21        Q    Did you have limited viewership in 2005?

16:24:34   22        A    I -- I -- I don't know.

16:24:36   23        Q    Did you have limited viewership in 2006?

16:24:39   24        A    I can't say for sure.  I don't know.

16:24:41   25        Q    Did you have limited viewership in 2007?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 244

                              HURLEY, CHAD

16:24:44    2       A    Again, I -- I don't know the date that we

16:24:47    3    implemented that.

16:24:48    4       Q    Now, are there private videos that are --

16:25:01    5    have been viewed thousands or even tens of thousands

16:25:04    6    of times, sir?

16:25:08    7       A    Oh, I -- I assume potentially it's a

16:25:10    8    possibility, if it used to be public and they -- they

16:25:13    9    marked it as private.  But, you know, I guess it would

16:25:16   10    seem for, you know, a limited group of 25 people to --

16:25:20   11    but there could be.  I have lots of great family

16:25:23   12    videos.

16:25:24   13       Q    Did you ever, by the way, personally take

16:25:26   14    some public video and mark it private?

16:25:29   15       A    Yeah, I may have.  I -- like I said, I

16:25:31   16    uploaded family videos, and as the site became more

16:25:34   17    popular, I didn't necessarily want people to see my

16:25:37   18    children running around on the beach.

16:25:40   19       Q    Now, am I correct that YouTube has

16:26:58   20    distribution agreements with many other parties to

16:27:06   21    distribute YouTube videos over other medium?

16:27:15   22       A    What do you mean by -- by "medium"?

16:27:16   23       Q    Well, I think you discussed some of it this

16:27:19   24    morning, but is there a distribution agreement between

16:27:22   25    YouTube and Cingular?

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 245

```
                    1              HURLEY, CHAD
16:27:27            2        A    I believe at one time we probably had a deal
16:27:29            3    with them or a mobile carrier.
16:27:32            4        Q    Well, you have one with Verizon today; don't
16:27:35            5    you, sir?
16:27:35            6        A    I don't know if that's still the case.  We
16:27:37            7    probably do.  I don't know.
16:27:38            8        Q    You don't know if you have a distribution
16:27:40            9    agreement with Verizon?
16:27:41           10              MR. SCHAPIRO:  Objection; asked and answered.
16:27:43           11              THE WITNESS:  Again, I -- I don't know.  We
16:27:46           12    have lots of partnerships.
16:27:47           13              MR. BASKIN:  Q.  Do you know if you have a
16:27:49           14    distribution agreement with Vodafone in Europe?
16:27:53           15        A    I think we do.  That sounds familiar.
16:27:55           16        Q    Now, do you -- do you know if you have a
16:27:56           17    dis- -- you told us this morning you have a
16:27:59           18    distribution agreement with iPhone; is that correct?
16:28:00           19        A    With Apple, yes.
16:28:01           20        Q    And you have a distribution agreement also
16:28:04           21    with Apple TV; is that correct?
16:28:05           22        A    Well, again, same company, Apple, yeah.
16:28:07           23        Q    And what other distribution agreements come
16:28:09           24    to your mind in addition to the ones I just mentioned?
16:28:13           25        A    I don't know.  A -- a -- a few different hard
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 246

                                    HURLEY, CHAD

1

16:28:15    2    year -- hardware manufacturers, I think.  I believe

16:28:19    3    Sony TVs or Panasonic TVs, TiVo, you know, different

16:28:26    4    manufacturers in terms of mobile phones or carriers.

16:28:29    5    It's a lot.  That's why I can't remember any

16:28:32    6    specifics.  It's just...

16:28:34    7        Q    Well, just give me the names of a few of

16:28:37    8    these "a lot" that you have a lot of these

16:28:40    9    distribution agreements.

16:28:40   10        A    Well, like I said, Sony, Panasonic, TiVo, and

16:28:46   11    other kind of smaller, I guess, players.  I think

16:28:52   12    Roku.  That's like the Netflix box.  Quite a few.

16:28:58   13        Q    Now, in connection with all of these

16:29:01   14    distribution agreements, I take it the agreements are

16:29:09   15    embodied in contracts; are they not?

16:29:12   16        A    Yeah, typically.

16:29:12   17        Q    And you get paid, that is, by "you," meaning,

16:29:18   18    YouTube gets paid for all of these distribution

16:29:20   19    agreements; do they not?

16:29:23   20        A    I don't think so.  I don't think --

16:29:24   21    typically, I don't know how the deals -- each

16:29:27   22    individual deal was structured, but typically we just

16:29:30   23    have an API and they sign an agreement to access that

16:29:35   24    API.

16:29:36   25        Q    And what is an API?

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 247

                                    HURLEY, CHAD

16:29:38    2      A   It's application, some protocol -- something

16:29:42    3    interface.  I -- I don't know.

16:29:42    4      Q   So am I to understand that you enter into

16:29:46    5    these distribution agreements with these carriers for

16:29:48    6    free?

16:29:53    7      A   For the most part.  I mean, maybe in the

16:29:55    8    early deals we -- there may have been some -- some

16:29:58    9    kind of value attached to it, but I can't remember.

16:30:01    10     Q   And when you enter into them for free with

16:30:06    11   some of the distributees, is the assumption that

16:30:11    12   you'll share advertising revenue with them for videos

16:30:12    13   displayed over -- over their medium?

16:30:14    14     A   Probably sometimes.  I don't know of specific

16:30:18    15   agreements, what's in each one with each company.

16:30:21    16     Q   Well, I assume in every case you get paid

16:30:24    17   some way, do you not, Mr. Hurley?

16:30:27    18     A   I don't know.  I -- I don't think in every

16:30:29    19   case, but maybe some of them.

16:30:32    20     Q   Well, which distribution agreements are you

16:30:37    21   entering into with some of these large companies

16:30:41    22   without getting paid?  Tell us one.

16:30:45    23     A   I -- I can't think of one specifically, but I

16:30:47    24   just know in general we -- we have an API together --

16:30:51    25   available, and they have the ability to -- to access

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 248

|          |    |                                                           |
|----------|----|-----------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                               |
| 16:30:53 | 2  | that API. I don't know if every time we -- we do a        |
| 16:30:56 | 3  | deal whether there's any revenue involved or any kind     |
| 16:30:59 | 4  | of sharing of ad revenue.                                 |
| 16:31:00 | 5  | Q    You don't know that?                                 |
| 16:31:02 | 6  | A    Every time, no.                                       |
| 16:31:05 | 7  |                                                           |
| 16:31:16 | 8  |                                                           |
| 16:31:21 | 9  |                                                           |
| 16:31:23 | 10 |                                                           |
| 16:31:27 | 11 |                                                           |
| 16:31:31 | 12 |                                                           |
| 16:31:33 | 13 |                                                           |
| 16:31:38 | 14 |                                                           |
| 16:31:38 | 15 |                                                           |
| 16:31:41 | 16 |                                                           |
| 16:31:42 | 17 |                                                           |
| 16:31:44 | 18 |                                                           |
| 16:31:50 | 19 |                                                           |
| 16:31:51 | 20 | Q    Now, what about with Vodafone in Europe?  Or         |
| 16:31:54 | 21 | is that -- is it just in Europe that you have a deal      |
| 16:31:56 | 22 | with Vodafone or is it Vodafone worldwide?                |
| 16:31:59 | 23 | A    I'm not sure. I don't know if they may be in         |
| 16:32:02 | 24 | other countries. I typically associate them with         |
| 16:32:05 | 25 | Europe, but...                                            |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

                                    HURLEY, CHAD

16:32:05    2        Q    And what is the form of payment in the

16:32:07    3    Vodafone transaction?

16:32:09    4        A    That one, I -- I don't know.  I haven't seen

16:32:11    5    the -- the deal terms on that or I can't remember

16:32:14    6    them.  I don't know what it is.

16:32:15    7        Q    Do you think you're distributing your YouTube

16:32:20    8    videos over Vodafone for free?

16:32:24    9        A    I couldn't tell you.  I don't know.

16:32:32    10       Q    Now, did you -- when -- when Google acquired

16:32:55    11   YouTube, did Eric Schmidt tell you that your focus

16:33:07    12   should be to grow playbacks to one billion a day?

16:33:13    13       A    I don't know.  He may -- he may have told --

16:33:15    14   told us that.  He -- you know, when he came by the

16:33:18    15   office and would speak with us, he -- he wanted to

16:33:20    16   make sure that we stayed focus on what was -- what was

16:33:23    17   important.

16:33:24    18            That, you know, continue to grow numbers on

16:33:26    19   all fronts, build a great user experience, you know,

16:33:30    20   bring partners on board and build a great advertising

16:33:34    21   tool.  So kind of, you know, he just wanted us to

16:33:36    22   continue momentum.

16:33:37    23       Q    Who is -- do you know who David Eun is,

16:33:42    24   E-U-N?

16:33:43    25       A    Yeah, I know David.  I don't know.  I

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

1                          HURLEY, CHAD

16:33:47    2    can't -- I don't know what his current title is.  He

16:33:49    3    basically leads partnerships for, I think, YouTube and

16:33:53    4    a few other products at Google.  I don't know what it

16:33:56    5    is today.

16:33:57    6        Q    And I think you already mentioned before

16:34:00    7    someone named Suzie Reider; who is she?

16:34:03    8        A    Yeah, she -- she would lead sales.  Again, I

16:34:06    9    don't know her current title or where she reports now,

16:34:08    10   but she's based in San Bruno and typically leads the

16:34:11    11   sales team there.

16:34:12    12       Q    So these are both -- strike that.

16:34:17    13       Do -- do these individuals work with you in

16:34:19    14   connection with YouTube?

16:34:27    15       A    Yeah, from time to time.

16:34:28    16       Q    Now, there's an e-mail, which I have no

16:34:32    17   reason to believe you ever saw, but in which

16:34:34    18   Ms. Reider is communicating to Mr. Eun.  I just want

16:34:39    19   to read you a line in the e-mail.

16:34:40    20       MR. SCHAPIRO:  Would you mind giving us a

16:34:42    21   Bates number or a --

16:34:43    22       MR. BASKIN:  Yeah, I may be able to give you

16:34:45    23   the e-mail itself, if you want it.  This is one of

16:34:48    24   the --

16:34:50    25       MR. SCHAPIRO:  If we can have it as an

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 251

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                             |
| 16:34:52 | 2  | exhibit, that would be great, Stu.                       |
| 16:34:56 | 3  | MR. BASKIN:  I will give you -- to you --                |
| 16:34:58 | 4  | well, the Bates number is -- well, let me give you --    |
| 16:35:00 | 5  | find -- see if I can find the exhibit.                   |
| 16:35:01 | 6  | MR. SCHAPIRO:  Thank you.                                |
| 16:35:03 | 7  | MR. BASKIN:  I'm not marking it.  I just want            |
| 16:35:05 | 8  | to reference this, and I just want to get his --         |
| 16:35:10 | 9  | MR. SCHAPIRO:  Fine.                                     |
| 16:35:11 | 10 | MR. BASKIN:  So here it be.                              |
| 16:35:13 | 11 | MR. SCHAPIRO:  So if you're not marking it,             |
| 16:35:14 | 12 | is it okay that I read or you read the Bates number      |
| 16:35:17 | 13 | into the record, just so we know what it is?             |
| 16:35:19 | 14 | MR. BASKIN:  Sure.                                       |
| 16:35:20 | 15 | MR. SCHAPIRO:  This is GOO001-02021241.                  |
| 16:35:28 | 16 | MR. BASKIN:  Now -- I'm sorry.                           |
| 16:35:30 | 17 | MR. SCHAPIRO:  It's all right.                           |
| 16:35:31 | 18 | It's an e-mail that purports to be from David            |
| 16:35:34 | 19 | Eun to Suzie Reider, September 14th, 2007.               |
| 16:35:39 | 20 | MR. BASKIN:  Q.  And in the third full                   |
| 16:35:41 | 21 | paragraph, Mr. Hurley, they make reference -- this       |
| 16:35:46 | 22 | e-mail makes reference to you and says, "If you -- we    |
| 16:35:48 | 23 | think back to last November," that would be              |
| 16:35:52 | 24 | November 2006, that's when the deal closed between       |
| 16:35:55 | 25 | YouTube and Google; correct?                             |

DAVID  FELDMAN  WORLDWIDE,  INC.
805  Third  Avenue,  New  York,  New  York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                         |
| 16:35:57 | 2  | A   Yeah, I -- I -- I think it's around that time    |
| 16:35:59 | 3  | frame, yes.                                          |
| 16:36:01 | 4  | Q   "You are Chad.  Your head is spinning and        |
| 16:36:04 | 5  | Eric Schmidt, COO of the most powerful company in the |
| 16:36:08 | 6  | world, tells you your only focus is to grow playbacks |
| 16:36:12 | 7  | to one billion per day --- that's what you do"; do you |
| 16:36:20 | 8  | see that reference in the document?                  |
| 16:36:23 | 9  | A   Yes.                                             |
| 16:36:23 | 10 | Q   Do you recall Mr. Schmidt, in fact,              |
| 16:36:26 | 11 | instructing you, Chad, that your only focus is to grow |
| 16:36:34 | 12 | playbacks to one billion per day?                    |
| 16:36:37 | 13 | A   You know, I don't remember a specific            |
| 16:36:39 | 14 | conversation, but he was definitely confident in our |
| 16:36:44 | 15 | ability to build a great product.                   |
| 16:36:46 | 16 | Q   But do you recall him telling you in the         |
| 16:36:49 | 17 | course of building this great product he wanted you to |
| 16:36:53 | 18 | grow playbacks to one billion per day?              |
| 16:36:56 | 19 | A   I -- I don't know specifically, but              |
| 16:36:59 | 20 | definitely growing user base, growing plays was, you |
| 16:37:04 | 21 | know, something we aspired to do.                    |
| 16:37:06 | 22 | Q   Now, did there come a time when Mr. Schmidt's    |
| 16:37:10 | 23 | thinking shifted on that and he changed his direction |
| 16:37:12 | 24 | to you guys to YouTube?                              |
| 16:37:18 | 25 | A   I mean, maybe slightly.  He -- he's always,      |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 253

1                    HURLEY, CHAD

16:37:19    2    you know, pushing us to create a great product and a

16:37:24    3    great user experience and continue to grow the -- the

16:37:25    4    community.  But obviously with what's happened in the

16:37:28    5    economy and, you know, to some extent Google's

16:37:31    6    business, although it's performing quite well, you

16:37:35    7    know, we've -- we've had ideas of advertising as -- as

16:37:39    8    we started this project.  He, you know, wanted us

16:37:43    9    to -- to concentrate a little bit more on -- on

16:37:45    10   defining some of those -- what some of those solutions

16:37:47    11   may be.

16:37:50    12        Q    Well, let me show you what we'll mark as

16:37:52    13   Exhibit 22, Hurley Exhibit 22.

16:37:53    14        A    I'm sorry.

16:38:07    15             (Document marked Hurley, C., Exhibit 22

16:38:08    16              for identification.)

16:38:08    17             THE WITNESS:  Thanks.

16:38:28    18             MR. BASKIN:  Q.  Why don't you read

16:38:30    19   Exhibit 22 for a second, Mr. Hurley.

16:38:32    20        A    Yeah, I'm trying to read through it right

16:38:34    21   now.

16:38:50    22             Yes, I read it.

16:38:51    23        Q    Can you identify this as an e-mail that, in

16:38:54    24   fact, was sent out by you in and around March 14th,

16:38:58    25   2008?

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 254

1                          HURLEY, CHAD

16:38:59    2        A    Yeah, it looks like an e-mail I sent.

16:39:01    3        Q    And it references that "Three weeks ago

16:39:03    4    Eric" -- is that Eric Schmidt?

16:39:07    5        A    Yeah, I think that's who I'm referring to.

16:39:08    6        Q    "Shifted his thinking on YouTube's focus, so

16:39:13    7    since that time we have been rapidly been redirecting

16:39:17    8    our efforts and resources from user growth to

16:39:20    9    monetization"; do you see that?

16:39:23   10        A    Yeah, I see that.

16:39:24   11        Q    What happened three weeks prior to

16:39:27   12    March 14th, 2008, whereby Mr. Schmidt communicated to

16:39:32   13    you that his thinking had shifted and that he wanted

16:39:37   14    you to redirect your efforts from user growth to

16:39:41   15    monetization?

16:39:43   16        A    Yeah, like I -- I mentioned in my previous

16:39:45   17    answer, that, you know, obviously what was happening

16:39:49   18    in the economy and, to some effect, Google's core

16:39:53   19    business of advertising, they wanted us to make this

16:39:56   20    more of a priority.

16:39:58   21             You know, he didn't want us to -- to redirect

16:40:00   22    all our efforts.  I don't -- it doesn't say all our

16:40:03   23    efforts, but focus more on monetization, which we --

16:40:06   24    we started to do.

16:40:07   25        Q    And by the time Mr. Schmidt had -- had asked

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | HURLEY, CHAD                                         |
| 16:40:12 | 2  | you to shift your focus this way, had you, in fact,  |
| 16:40:20 | 3  | reached one billion views?                           |
| 16:40:26 | 4  | A    I'm -- I'm not sure in terms of dates.  We      |
| 16:40:30 | 5  | may have.                                            |
| 16:40:30 | 6  | Q    And today have you reached one billion views?   |
| 16:40:34 | 7  | A    Yes.                                            |
| 16:40:35 | 8  | Q    Per day?                                        |
| 16:40:38 | 9  | A    Yeah, I mean, we -- we've -- we've constantly   |
| 16:40:40 | 10 | kind of adjusted, you know, what a view really means,|
| 16:40:44 | 11 | but, yeah, over -- over a billion views, yeah.       |
| 16:40:46 | 12 | Q    And now, I take it, pursuant to this            |
| 16:40:50 | 13 | communication from Mr. Schmidt, you are now going to |
| 16:40:56 | 14 | try to monetize that user base; is that correct?     |
| 16:41:01 | 15 | MR. SCHAPIRO:  Objection; foundation; assumes        |
| 16:41:03 | 16 | facts.                                               |
| 16:41:04 | 17 | THE WITNESS:  Yeah, again, like I was saying,        |
| 16:41:07 | 18 | I -- I don't think, you know, he was targeting a     |
| 16:41:08 | 19 | specific number for us to shift.  It was just kind of,|
| 16:41:12 | 20 | you know, strategically kind of looking at the       |
| 16:41:16 | 21 | environment and making an intelligent decision, we   |
| 16:41:19 | 22 | adjusted.                                            |
| 16:41:20 | 23 | MR. BASKIN:  Is it time?  Okay.                      |
| 16:41:22 | 24 | We have to break the tape.                           |
| 16:41:23 | 25 | THE WITNESS:  Okay.                                  |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 256

|  |  |  |
|---|---|---|
|  | 1 | HURLEY, CHAD |
| 16:41:24 | 2 | THE VIDEOGRAPHER:  This is the end of |
| 16:41:26 | 3 | videotape No. 3 in the continuing deposition of Chad |
| 16:41:28 | 4 | Hurley on April 22nd, 2009. |
| 16:41:32 | 5 | The time is 4:40 p.m. |
| 16:41:34 | 6 | We're off the record. |
| 16:41:36 | 7 | (Recess taken.) |
| 16:53:22 | 8 | THE VIDEOGRAPHER:  This is the beginning of |
| 16:53:23 | 9 | videotape No. 4 in the deposition of Chad Hurley on |
| 16:53:27 | 10 | April 22nd, 2009. |
| 16:53:29 | 11 | The time is 4:52 p.m. |
| 16:53:32 | 12 | We're back on the record. |
| 16:53:34 | 13 | MR. BASKIN:  Mr. Hurley, I think we're in the |
| 16:53:43 | 14 | final lap. |
| 16:53:47 | 15 | MR. SCHAPIRO:  Objection. |
| 16:53:49 | 16 | THE WITNESS:  What do you mean by that? |
| 16:53:50 | 17 | MR. SCHAPIRO:  Let the record reflect that |
| 16:53:51 | 18 | we're smiling. |
| 16:53:52 | 19 | MR. BASKIN:  We're not in the final lap. |
| 16:53:56 | 20 | Q   In 2006 -- strike that. |
| 16:54:10 | 21 | In 2006, prior to the acquisition of YouTube |
| 16:54:26 | 22 | by Google, did YouTube engage in discussions with a |
| 16:54:36 | 23 | company called Audible Magic? |
| 16:54:40 | 24 | A   It sounds familiar.  I don't -- I don't know |
| 16:54:42 | 25 | at what time we -- we did have discussions with them. |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 257

HURLEY, CHAD

16:54:45    2    Q    But you remember you had discussions with

16:54:46    3    them prior to your acquisition by Google; correct?

16:54:50    4    A    Probably.  Like I said, I can't recall

16:54:53    5    specific discussions or when they happened.

16:54:56    6    Q    And for what purpose were you having

16:54:58    7    discussions with Audible Magic?

16:55:02    8    A    I think it was concerning their technology,

16:55:06    9    audio fingerprinting.

16:55:07    10    Q    And, in particular, was -- were you involved

16:55:22    11    in the discussions with Audible Magic?

16:55:25    12    A    I may have been from a high level.  I don't

16:55:29    13    know.  I don't remember any specific e-mails or

16:55:30    14    discussions about it, though.

16:55:33    15    Q    When -- am I correct that there were many

16:55:41    16    vendors who approached YouTube in late 2005 throughout

16:55:48    17    2006 regarding providing audio fingerprinting?

16:55:55    18    A    I -- I don't know if they approached us or if

16:55:57    19    we approached them, but -- or how many there even

16:56:02    20    were; but, you know, I think the -- the technical team

16:56:03    21    was trying to evaluate different -- different

16:56:07    22    technologies to see how they worked theirs.

16:56:10    23    Q    And that, among the competing vendors, was

16:56:13    24    Audible Magic; correct?

16:56:15    25    A    I believe they were one.

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 258

1                              HURLEY, CHAD

16:56:18    2       Q    Was one Gracenote?  Does that sound familiar?

16:56:22    3       A    Gracenote, that sounds familiar.

16:56:23    4       Q    What about Shazam?  Is that one?

16:56:26    5       A    It sort of sounds familiar, but I don't --

16:56:29    6    I -- I don't remember exactly.

16:56:29    7       Q    What about Snocap?  Does that sound familiar

16:56:32    8    to you?

16:56:33    9       A    Yeah, I think.  Yeah, I think that's one

16:56:34   10    company now, Gracenote and Snocap.  I don't know if

16:56:38   11    they were separate at the time.

16:56:39   12       Q    What about INA?  Was that one also?

16:56:42   13       A    Yeah, I don't -- I don't know if all at the

16:56:44   14    same time, but I think that's the French one, I

16:56:47   15    believe.

16:56:48   16       Q    And the technical team, as you referred to

16:56:53   17    it, was trying to determine which among them provided

16:56:59   18    the best product for your purposes; correct?

16:57:02   19       A    I think that was, you know, one of the

16:57:04   20    factors that we were evaluating.

16:57:07   21       Q    And at roughly this time -- same time period,

16:57:15   22    was YouTube trying to engage in discussions with

16:57:19   23    different large-scale content providers regarding

16:57:27   24    you signing licensing agreements between them and

16:57:31   25    YouTube?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 259

|  |  |  |
|---|---|---|
| | 1 | HURLEY, CHAD |
| 16:57:35 | 2 | A   I think we were.  I mean, I can't remember |
| 16:57:36 | 3 | the specific ones.  I... |
| 16:57:39 | 4 | Q   Well, was one that you can remember Warner |
| 16:57:42 | 5 | Music? |
| 16:57:42 | 6 | A   Sure.  Yeah, we were in discussions with all |
| 16:57:45 | 7 | the labels. |
| 16:57:45 | 8 | Q   Was Warner Music actually the first large |
| 16:57:49 | 9 | record company with which you signed a license |
| 16:57:52 | 10 | agreement? |
| 16:57:52 | 11 | A   I think they were. |
| 16:57:53 | 12 | |
| 16:57:57 | 13 | |
| 16:58:01 | 14 | |
| 16:58:14 | 15 | |
| 16:58:19 | 16 | |
| 16:58:20 | 17 | |
| 16:58:22 | 18 | |
| 16:58:25 | 19 | |
| 16:58:28 | 20 | |
| 16:58:30 | 21 | |
| 16:58:33 | 22 | |
| 16:58:37 | 23 | |
| 16:58:39 | 24 | |
| 16:58:40 | 25 | |

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 260

HURLEY, CHAD



16:58:41  2
16:58:44  3
16:58:48  4
16:58:53  5
16:58:54  6
16:58:55  7
16:59:03  8
16:59:04  9
16:59:07  10

16:59:08  11    Q    And how does audio -- what is your

16:59:11  12    understanding how fingerprint technology works or

16:59:15  13    worked at the time?  What -- what did it entail?

16:59:17  14    A    Well, I'm not -- I'm not an engineer, far

16:59:20  15    from it, but they -- simply just trying to make a --

16:59:24  16    you know, basically a fingerprint that you're trying

16:59:26  17    to match somehow based on the waves or the notes, and

16:59:32  18    that could -- that could be pretty effective in

16:59:34  19    identifying a -- an audio file, audio track.

16:59:42  20    Q    And as part of the discussions with these

16:59:48  21    various companies, did you learn what the price would

16:59:59  22    be to enter into a license agreement with one of these

17:00:02  23    fingerprint vendors for them to provide this audio

17:00:06  24    fingerprinting service for you?

17:00:08  25    A    I'm sure we did.  I mean, again, it's one of

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f

Page 261

                                    HURLEY, CHAD

17:00:11    2    the factors, you know, beyond how effective it is,

17:00:14    3    how -- how, you know, effectively it scales, how much

17:00:16    4    it costs.  I mean, these are all of the types of

17:00:18    5    things that you look into when you're trying to strike

17:00:21    6    a deal.

17:00:21    7        Q    Well, do you know, for example, in the case

17:00:24    8    of Audible Magic, was the cost -- what -- what the

17:00:30    9    approximate cost of a license was gonna be?

17:00:34   10        A    I can't -- I can't remember.  You know,

17:00:38   11    again, someone on the partnership side tried to strike

17:00:40   12    the deal would know that.  Probably Chris Maxcy.

17:00:44   13        Q    And does the range of about $200,000 a year

17:00:49   14    sound about right to you?

17:00:51   15        A    I -- I don't know.  I can't recall.

17:00:54   16        Q    Let me have that one.  No, the...

17:01:00   17            Did there come a time when you, in fact --

17:01:03   18    first, this one -- entered into an agreement with

17:01:20   19    Audible -- Audible Magic, as -- as opposed to the

17:01:22   20    other vendors?

17:01:25   21        A    I believe, you know, through the process of

17:01:28   22    weighing various factors and, you know, looking at all

17:01:31   23    of the -- looking at all of them, you know, I think we

17:01:34   24    did determine to go with -- with Audible, yeah.

17:01:36   25        Q    And did you sign a contract with them in

89dc4a0d-321a-4d0c-b1a1-88a8c2f3221f