UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK


VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC )
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, and BLACK )
ENTERTAINMENT TELEVISION, LLC, )
                                  )
              Plaintiffs,         )
                                  )
vs.                               ) NO. 07-CV-2203
                                  )
YOUTUBE, INC., YOUTUBE, LLC,      )
and GOOGLE, INC.,                 )
                                  )
              Defendants.         )
_____)
                                  )
THE FOOTBALL ASSOCIATION PREMIER  )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all   )
others similarly situated,        )
                                  )
              Plaintiffs,         )
vs.                               ) NO. 07-CV-3582
                                  )
YOUTUBE, INC., YOUTUBE, LLC, and  )
GOOGLE, INC.,                     )
                                  )
              Defendants.         )
_____)


VIDEOTAPED DEPOSITION OF JAWED KARIM
PALO ALTO, CALIFORNIA
TUESDAY, JUNE 9, 2009

JOB NO. 16798


DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

1              KARIM, JAWED

2              JUNE 9, 2009

3               10:11 a.m.

4

5       VIDEOTAPED DEPOSITION OF JAWED KARIM,

6       held at the offices of WILSON, SONSINI,

7       GOODRICH & ROSATI, 601 California Avenue,

8       Palo Alto, California, pursuant to notice,

9       before R. CHAYO AYON, CLR, CSR License

10      No. 12372.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 3

1                      KARIM, JAWED

2        A P P E A R A N C E S :

3

4        FOR THE PLAINTIFFS VIACOM INTERNATIONAL, INC.:

5              SHEARMAN & STERLING, LLP

6              BY:  STUART J. BASKIN, ESQ.

7              599 Lexington Avenue

8              New York, New York 10022-6069

9              (212) 848-4000  stuart.baskin@shearman.com

10

11       FOR THE PLAINTIFFS VIACOM INTERNATIONAL INC.:

12             JENNER & BLOCK, LLP

13             BY:  SUSAN J. KOHLMANN, ESQ.

14                  SCOTT B. WILKENS, ESQ.

15             1099 New York Avenue NW

16             Suite 900

17             Washington, D.C. 20001

18             (202) 639-6000  skohlmann@jenner.com

19

20       FOR THE LEAD PLAINTIFFS AND PROSPECTIVE CLASS:

21             BERNSTEIN, LITOWITZ, BERGER & GROSSMAN, LLP

22             BY:  JOHN BROWNE, ESQ.

23             1285 Avenue of the Americas

24             New York, New York 10019

25             (800) 380-8496  johnb@blbglaw.com

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

1                          KARIM, JAWED

2    A P P E A R A N C E S   (Continued.)

3

4    FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC, and

5    GOOGLE, INC.:

6              MAYER BROWN, LLP

7              BY:  MATTHEW D. INGBER, ESQ.

8                   BRIAN WILLEN, ESQ.

9              1675 Broadway

10             New York, New York 10019-5820

11             (212) 506-2279  mingber@mayerbrownrowe.com

12

13   FOR THE WITNESS:

14             DURIE, TANGRI, PAGE, LEMLEY, ROBERTS &

15             KENT, LLP

16             BY:  MICHAEL H. PAGE, ESQ.

17             332 Pine Street, Suite 200

18             San Francisco, California 94104

19             (415) 362-6666  mpage@durietangri.com

20

21   ALSO PRESENT:

22             KELLY TRUELOVE, Ph.D,

23                 TRUELOVE RESEARCH, CONSULTANT FOR VIACOM

24             LOU MEADOWS, VIDEOGRAPHER

25

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 5

1                    KARIM, JAWED

2          PALO ALTO, CALIFORNIA, JUNE 9, 2009

3                10:11 a.m. to 5:23 p.m.

4

5                    PROCEEDINGS

10:11:37    6        THE VIDEOGRAPHER:  This is today's

10:11:38    7    videotaped deposition of Jawed Karim, taken on June

10:11:44    8    9, 2009, at Wilson, Sonsini, Goodrich & Rosati,

10:11:49    9    601 California, San Jose, California -- excuse me --

10:11:52    10   Palo Alto, California, in the matter of Viacom

10:11:58    11   International, Inc., vs. YouTube, Inc., and The

10:11:58    12   Football Association Premier League vs. YouTube,

10:12:00    13   Inc., et al., case number 07-CV-2103 and 07-CV-3582

10:12:10    14   in the United States District Court for the Southern

10:12:14    15   District of New York.

10:12:15    16       My name is Lou Meadows, and I represent

10:12:17    17   David Feldman Worldwide, located at 600 Anton

10:12:20    18   Boulevard, Suite 1100, in Costa Mesa, California.

10:12:22    19       We are now commencing at 10:11 a.m.

10:12:27    20       Will all counsel present please identify

10:12:29    21   themselves and state whom they represent for the

10:12:32    22   record.

10:12:32    23       MR. PAGE:  Michael Page of Durie Tangri,

10:12:36    24   representing the witness.

10:12:36    25       MR. INGBER:  Matthew Ingber, Mayer Brown,

Page 6

| | 1 | KARIM, JAWED |
|10:12:36| 2 | representing Google and YouTube. |
|10:12:40| 3 | MR. WILLEN:  Brian Willen from Mayer Brown, |
|10:12:42| 4 | representing Google and YouTube. |
|10:12:42| 5 | MR. BASKIN:  I'm Stuart Baskin from |
|10:12:45| 6 | Shearman & Sterling, representing Viacom. |
|10:12:49| 7 | MR. WILKINS:  Scott Wilkins from Jenner & |
|10:12:49| 8 | Block, representing Viacom. |
|10:12:49| 9 | MS. KOHLMANN:  Susan Kohlmann from Jenner & |
|10:12:58| 10 | Block, representing Viacom. |
|10:12:58| 11 | MR. BROWNE:  John Browne from Bernstein, |
|10:12:59| 12 | Litowitz, Berger & Grossman on behalf of The |
|10:12:59| 13 | Premiere League and The Class. |
|10:13:04| 14 | MR. TRUELOVE:  Kelly Truelove, consultant |
|10:13:06| 15 | for Viacom. |
| | 16 | THE VIDEOGRAPHER:  Thank you.  If there are |
| | 17 | no stipulations, the court reporter may now |
| | 18 | administer the oath. |
| | 19 | JAWED KARIM, |
| | 20 | called as a witness by the Plaintiffs and who, |
| | 21 | having been by me duly sworn, was thereupon examined |
| | 22 | and testified as hereinafter set forth. |
| | 23 | EXAMINATION |
| | 24 | BY MR. BASKIN: |
|10:13:20| 25 | Q.  Good morning. |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

|         |    |                                                          |
|---------|----|----------------------------------------------------------|
|         | 1  | KARIM, JAWED                                             |
| 10:13:20 | 2  | A.  Hi.                                                 |
| 10:13:21 | 3  | Q.  How old are you?                                    |
| 10:13:27 | 4  | A.  Thirty.                                             |
| 10:13:31 | 5  | Q.  You are a very young-looking 30.  Tell us a         |
| 10:13:41 | 6  | little bit about yourself.  The -- let me show you      |
| 10:13:44 | 7  | your resume printed from, I think, your Web site,       |
| 10:13:48 | 8  | and maybe you can tell us a little bit about            |
| 10:13:50 | 9  | yourself.                                               |
| 10:13:52 | 10 | MR. BASKIN:  So why don't we mark as --                 |
| 10:13:54 | 11 | Exhibit 1?                                              |
| 10:13:54 | 12 | (Plaintiffs' Exhibit No. 1 was marked for               |
| 10:14:04 | 13 | identification.)                                        |
| 10:14:04 | 14 | MR. PAGE:  I object that it calls for a                 |
| 10:14:07 | 15 | narrative.  If you want to ask him a real question,     |
| 10:14:12 | 16 | go ahead.                                               |
| 10:14:12 | 17 | MR. BASKIN:  I'll ask him questions.                    |
| 10:14:34 | 18 | BY MR. BASKIN:                                          |
| 10:14:35 | 19 | Q.  I take it you have an undergraduate degree          |
| 10:14:37 | 20 | from the University of Illinois in Urbana-Champaign?    |
| 10:14:43 | 21 | A.  Yeah.                                               |
| 10:14:44 | 22 | Q.  And -- and what, in particular, in                  |
| 10:14:47 | 23 | connection with computer science and engineering,       |
| 10:14:50 | 24 | what did you study there?                               |
| 10:14:51 | 25 | A.  I was a -- undergraduate degree in computer         |

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 8

1                    KARIM, JAWED

10:14:58   2   science.  So, you know, the curriculum was, you

10:15:07   3   know, operating systems, computer graphics,

10:15:13   4   networking.  So kind of the whole broad curriculum.

10:15:19   5        Q.  And what are you studying now with Stan- --

10:15:22   6   do you have a degree from Stanford now, a graduate

10:15:27   7   degree?

10:15:28   8        A.  I have a Master's degree.

10:15:30   9        Q.  And also in computer science?

10:15:31  10        A.  Uh-huh.

10:15:32  11        Q.  What in particular did you study at

10:15:34  12   Stanford?

10:15:34  13        A.  So I studied -- it's called systems.

10:15:39  14   That's the area.

10:15:41  15        Q.  And since I'm pretty technologically

10:15:48  16   illiterate, why don't you tell me what "systems" is.

10:15:50  17        A.  Sure.  So systems is basically -- sort of

10:15:55  18   the interface between operating systems, networking,

10:16:01  19   databases.  It's kind of a combination of several

10:16:06  20   fields.

10:16:07  21        Q.  By the way, is -- is Exhibit 1 your resume?

10:16:15  22   Does it look to you to be such?

10:16:17  23        A.  I think it looks correct.

10:16:29  24        Q.  Okay.  Now, tell me a little bit about what

10:16:32  25   you did at PayPal back in the period you were

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

| | | |
|---|---|---|
| | 1 | KARIM, JAWED |
| 10:16:35 | 2 | associated with them, 2000 through 2005? |
| 10:16:38 | 3 | A.  Uh-huh.  So I helped to build the Web site. |
| 10:16:47 | 4 | And some of the stuff I did later was related to -- |
| 10:16:58 | 5 | scaleability was kind of my main contribution |
| 10:17:05 | 6 | because the system expanded to, you know, I think |
| 10:17:08 | 7 | like a hundred million users.  And so I -- I was |
| 10:17:10 | 8 | part of the architecture on our team. |
| 10:17:15 | 9 | Q.  And did you go to PayPal right out of -- |
| 10:17:20 | 10 | right out of college? |
| 10:17:20 | 11 | A.  Well, actually during college, because I |
| 10:17:25 | 12 | was still an undergrad. |
| 10:17:26 | 13 | Q.  When you were there? |
| 10:17:27 | 14 | A.  Yeah. |
| 10:17:28 | 15 | Q.  Now, when PayPal was sold -- what, in early |
| 10:17:34 | 16 | 2002?  Is that October 2002 PayPal was sold? |
| 10:17:38 | 17 | A.  Uh-huh. |
| 10:17:38 | 18 | Q.  Did you receive a payment in -- in |
| 10:17:40 | 19 | connection with the sale of PayPal? |
| 10:17:42 | 20 | A.  I mean, there was -- I had stock options, |
| 10:17:44 | 21 | and so that didn't really change when it was sold. |
| 10:17:47 | 22 | I still had the same stock options. |
| 10:17:49 | 23 | Q.  And how much were your stock options worth |
| 10:17:52 | 24 | on the sale of PayPal? |
| 10:17:55 | 25 | A.  Upon? |

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

```
                                              1              KARIM, JAWED
10:17:56     2              MR. PAGE:  Object that it calls for
10:17:58     3     speculation.
10:17:58     4              THE WITNESS:  I don't know really the exact
10:17:59     5     amount.
10:18:00     6     BY MR. BASKIN:
10:18:00     7         Q.  Give me an approximate amount.
10:18:01     8         A.  Upon the sale, I think -- I think it might
10:18:05     9     have been maybe ████████.
10:18:10    10         Q.  And your next immediate job after PayPal
10:18:12    11     was at YouTube?  Or was -- was there a period of
10:18:16    12     time when you were employed at another Web site
10:18:19    13     called Trepia?
10:18:22    14         A.  Let's see.  So that's a company I founded.
10:18:26    15         Q.  And it's -- it's not on this particular
10:18:35    16     resume, but when did you found -- found Trepia?
10:18:39    17         A.  Let's see.  I think it was -- I think it
10:18:46    18     might have been maybe 2002, maybe.  2003.
10:18:50    19         Q.  Upon the sale of PayPal?
10:18:53    20         A.  I think it was -- I think it was after the
10:18:58    21     sale of PayPal.
10:18:59    22         Q.  And what was your position at Trepia?
10:19:04    23         A.  It was founder and CEO.
10:19:10    24         Q.  And what -- what -- what was or is -- is
10:19:12    25     Trepia still around today?
```

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 16

```
                     1              KARIM, JAWED
10:27:23             2    go at it a different way.
10:27:24             3              When -- when YouTube was first starting up,
10:27:32             4    I take it there were three founders; is that
10:27:35             5    correct?
10:27:35             6        A.  Yes.
10:27:38             7        Q.  And you were one of the three; correct?
10:27:41             8        A.  Uh-huh.
10:27:43             9        Q.  And the second founder was named Chad
10:27:46            10    Hurley; correct?
10:27:47            11        A.  Yes.
10:27:48            12        Q.  And the third founder was Mr. Chen, Steven
10:27:53            13    Chen?
10:27:53            14        A.  Uh-huh.
10:27:54            15        Q.  Did you know all three of these gentlemen
10:27:56            16    from PayPal?
10:27:58            17              MR. PAGE:  Two.
10:27:58            18              MR. BASKIN:  Strike that.  You're
10:28:00            19    absolutely right.
10:28:01            20    BY MR. BASKIN:
10:28:01            21        Q.  Do you know the other two gentlemen from
10:28:03            22    PayPal?
10:28:04            23        A.  Yes, uh-huh.
10:28:05            24        Q.  And they'd worked with you at PayPal at the
10:28:10            25    time?
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 28

| | 1 | KARIM, JAWED |
|---|---|---|
| 10:45:20 | 2 | Q.  How did you go about -- strike that. |
| 10:45:24 | 3 | Did you personally collect the documents |
| 10:45:27 | 4 | that's been produced in this matter? |
| 10:45:29 | 5 | MR. PAGE:  Objection, vague -- vague and |
| 10:45:33 | 6 | ambiguous. |
| 10:45:34 | 7 | Do you want to ask about the documents he's |
| 10:45:38 | 8 | produced in this matter? |
| 10:45:39 | 9 | THE WITNESS:  I think -- |
| 10:45:40 | 10 | BY MR. BASKIN: |
| 10:45:41 | 11 | Q.  With respect to the documents you produced |
| 10:45:42 | 12 | in this matter, how did you go about collecting |
| 10:45:47 | 13 | them? |
| 10:45:47 | 14 | A.  I think I kept a copy of the consulting |
| 10:45:50 | 15 | agreement, and I just put them, you know, in a |
| 10:45:53 | 16 | folder. |
| 10:45:53 | 17 | Q.  What about the various documents that bear |
| 10:45:57 | 18 | your -- JK and have been produced in this matter? |
| 10:46:03 | 19 | How did you collect those electronically? |
| 10:46:06 | 20 | MR. PAGE:  Objection as vague and |
| 10:46:11 | 21 | ambiguous. |
| 10:46:11 | 22 | THE WITNESS:  You know, those -- those were |
| 10:46:14 | 23 | all documents produced as a result of, you know, my |
| 10:46:20 | 24 | involvement with YouTube. |
| 10:46:22 | 25 | So for example, the e-mails, you know, any |

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 29

|          |    |                                                                   |
|----------|----|-------------------------------------------------------------------|
|          | 1  | KARIM, JAWED                                                      |
| 10:46:29 | 2  | e-mails that -- that I wrote and received, those                 |
| 10:46:31 | 3  | were all in my e-mail file.                                       |
| 10:46:34 | 4  | BY MR. BASKIN:                                                     |
| 10:46:36 | 5  | Q.  E-mail -- I'm sorry.  Were you done?                          |
| 10:46:37 | 6  | A.  Yeah.                                                          |
| 10:46:38 | 7  | Q.  The e-mail file on your own personal                          |
| 10:46:42 | 8  | computer?                                                          |
| 10:46:42 | 9  | A.  So you're asking me where the e-mails came                   |
| 10:46:47 | 10 | from?                                                              |
| 10:46:47 | 11 | Q.  Yes.                                                           |
| 10:46:48 | 12 | A.  So the e-mails were a combination of two                      |
| 10:46:52 | 13 | e-mail accounts.  I used my personal e-mail kind of              |
| 10:46:59 | 14 | early on, before there was a YouTube, you know, kind             |
| 10:47:05 | 15 | of e-mail address for everyone.                                   |
| 10:47:08 | 16 | And then -- and then there was also the                          |
| 10:47:14 | 17 | e-mails that I used from the YouTube e-mail account.             |
| 10:47:18 | 18 | So two -- so the e-mails were in two                             |
| 10:47:21 | 19 | accounts.  Initially in the personal account, and               |
| 10:47:24 | 20 | then later, once we had the YouTube e-mail, then I              |
| 10:47:28 | 21 | think everyone used the YouTube e-mail account.                  |
| 10:47:34 | 22 | Q.  And who searched your personal account --                    |
| 10:47:39 | 23 | e-mail account for e-mails to produce in this                    |
| 10:47:45 | 24 | matter?  Did you do it personally?                               |
| 10:47:47 | 25 | MR. PAGE:  Objection as vague and                               |

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 30

|          |    |                                                         |
|----------|----|---------------------------------------------------------|
|          | 1  | KARIM, JAWED                                            |
| 10:47:48 | 2  | ambiguous.                                              |
| 10:47:48 | 3  | THE WITNESS:  There was a collection                   |
| 10:47:52 | 4  | process at Wilson, Sonsini, I believe.  And so I --    |
| 10:48:00 | 5  | I brought in, you know, all of my e-mails.  And the    |
| 10:48:04 | 6  | person responsible for the collection, I -- I worked   |
| 10:48:10 | 7  | with him to extract the YouTube related e-mails from   |
| 10:48:14 | 8  | all those e-mails.                                      |
| 10:48:15 | 9  | BY MR. BASKIN:                                          |
| 10:48:15 | 10 | Q.  So you worked with a Wilson, Sonsini               |
| 10:48:18 | 11 | lawyer?                                                  |
| 10:48:19 | 12 | A.  There was a -- it was someone employed by          |
| 10:48:26 | 13 | Wilson, Sonsini who was there who I worked with.       |
| 10:48:29 | 14 | Q.  In your YouTube e-mail account -- strike           |
| 10:48:33 | 15 | that.                                                   |
| 10:48:33 | 16 | Did you follow the same procedure with                 |
| 10:48:35 | 17 | respect to your YouTube e-mail account?                |
| 10:48:37 | 18 | A.  With the YouTube e-mail account, the               |
| 10:48:46 | 19 | procedure for collecting those e-mails was             |
| 10:48:50 | 20 | different.                                               |
| 10:48:50 | 21 | Q.  Okay.  And what was that procedure?                |
| 10:48:53 | 22 | A.  That procedure was to simply copy, you             |
| 10:48:59 | 23 | know, sent and received e-mails in -- in all other     |
| 10:49:06 | 24 | e-mail folders.                                          |
| 10:49:07 | 25 | Q.  And did you participate in that process?           |

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 31

1                          KARIM, JAWED

10:49:10    2        A.  Let's see.  My participation was to simply,

10:49:18    3    you know, transfer the data.

10:49:18    4        Q.  Um --

10:49:22    5        MR. BASKIN:  By the way, just for the

10:49:23    6    record, let's mark as Exhibit 3 a letter dated

10:49:33    7    June 14, 2006.

10:49:33    8        (Plaintiffs' Exhibit No. 3 was marked for

10:49:42    9    identification.)

10:49:42   10    BY MR. BASKIN:

10:49:43   11        Q.  I'll ask you to see if you can identify

10:49:45   12    that for us.

10:49:46   13        A.  (Document review.)

10:50:41   14        Q.  Does Exhibit 3 appear to you to be a copy

10:50:44   15    of the termination letter that you received from

10:50:46   16    Mr. Hurley on and around June 14, 2006?

10:50:51   17        A.  I think so.

10:51:01   18        Q.  And am I correct that as part of the

10:51:15   19    termination process, there was an adjustment made to

10:51:19   20    the 1.2 million shares that you had received under

10:51:22   21    your consulting agreement?

10:51:23   22        MR. PAGE:  Object as vague and ambiguous.

10:51:44   23        THE WITNESS:  I think -- I think the table

10:51:47   24    outlines a change.

10:51:49   25    BY MR. BASKIN:

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 106

|              |    |                                                    |
|--------------|----|----------------------------------------------------|
|              | 1  | KARIM, JAWED                                       |
| 13:07:51     | 2  | Exhibit 27?                                        |
| 13:07:52     | 3  | A.  I think so.                                    |
| 13:07:53     | 4  | Q.  And accordingly, did you receive Exhibit 27    |
| 13:07:59     | 5  | on or around -- in and around September 2, 2005?   |
| 13:08:02     | 6  | MR. PAGE:  Object as to form.                      |
| 13:08:05     | 7  | THE WITNESS:  I think I probably did               |
| 13:08:07     | 8  | receive this e-mail.                               |
| 13:08:13     | 9  | MR. BASKIN:  Shall we take a short break,          |
| 13:08:16     | 10 | or make it a lunch break, for that matter.  It's   |
| 13:08:18     | 11 | 1:10.                                              |
| 13:08:18     | 12 | THE VIDEOGRAPHER:  Off the record.  The            |
| 13:08:21     | 13 | time is 1:07 p.m.                                  |
| 13:08:21     | 14 | (Lunch recess taken from 1:07 p.m. to              |
| 13:08:21     | 15 | 2:02 p.m.)                                         |
| 14:02:57     | 16 | AFTERNOON SESSION                                  |
| 14:02:57     | 17 | THE VIDEOGRAPHER:  On the record.  The time        |
| 14:02:58     | 18 | is 2:02 p.m.  Please continue.                     |
| 14:03:20     | 19 | BY MR. BASKIN:                                     |
| 14:03:21     | 20 |                                                    |
| 14:03:25     | 21 |                                                    |
| 14:03:28     | 22 |                                                    |
| 14:03:30     | 23 |                                                    |
| 14:03:35     | 24 |                                                    |
| 14:03:38     | 25 |                                                    |

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 107

1                              KARIM, JAWED

14:03:41   2

14:03:44   3

14:03:44   4

14:03:47   5

14:03:49   6

14:03:51   7

14:03:56   8

14:03:56   9        Q.  Did you work -- did you perform work during

14:04:16  10   your time at YouTube on the administrative part of

14:04:23  11   the Web site, the administrative interface?

14:04:27  12        MR. INGBER:  Objection, vague and

14:04:30  13   ambiguous.

14:04:30  14        THE WITNESS:  What do you mean by

14:04:32  15   "administrative"?

14:04:33  16   BY MR. BASKIN:

14:04:34  17        Q.  Well, am I correct that a -- that part of

14:04:40  18   the software -- that part of the design of the Web

14:04:43  19   site was an administrative component of the Web

14:04:49  20   site, which only high level executives of YouTube

14:04:54  21   had access to?

14:04:56  22        MR. INGBER:  Objection, vague and

14:04:57  23   ambiguous.

14:04:57  24        MR. PAGE:  And compound.

14:04:58  25        THE WITNESS:  There was an interface where

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 118

1                        KARIM, JAWED

14:17:18    2              MR. PAGE:  Objection, misstates --

14:17:18    3      BY MR. BASKIN:

14:17:20    4          Q.  Is that your testimony?

14:17:21    5              MR. PAGE:  -- prior testimony.

14:17:22    6              THE WITNESS:  I wouldn't say

14:17:24    7      "oversimplification," but simplification.

14:17:28    8      BY MR. BASKIN:

14:17:28    9          Q.  So how many -- let me just -- so we're

14:17:30   10      talking about the same thing, let me show you what

14:17:34   11      we'll mark as Exhibit 29.

14:17:34   12              (Plaintiffs' Exhibit No. 29 was marked for

14:18:12   13      identification.)

14:18:12   14              THE WITNESS:  Thanks.

14:18:14   15              (Document review.)

14:18:32   16      BY MR. BASKIN:

14:18:32   17          Q.  Is Exhibit 29 -- strike that.

14:18:36   18              Was Exhibit 29 sent by you in and around

14:18:43   19      April 20, 2005?

14:18:44   20          A.  Yes.

14:19:07   21          Q.  Now, I take it this is the e-mail that you

14:19:09   22      referenced a few seconds ago; is that correct?

14:19:12   23              MR. PAGE:  Objection, misstates his

14:19:14   24      testimony.

14:19:15   25              THE WITNESS:  I don't know if it was this

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 119

1                           KARIM, JAWED

14:19:19    2    particular e-mail.

14:19:20    3    BY MR. BASKIN:

14:19:20    4        Q.  Well, towards the bottom of Exhibit 29,

14:19:30    5    there's a sentence that begins, "If videos get

14:19:31    6    flooded with porn" -- and then it goes on to talk

14:19:32    7    about -- "we could always approve videos first

14:19:36    8    before they are shown anywhere.  That's a one-line

14:19:40    9    code change."

14:19:41   10            Do you see that, sir?

14:19:42   11        A.  Uh-huh.

14:19:43   12        Q.  Is that the sentence that you're telling us

14:19:46   13    is now a simplification?

14:19:49   14        A.  I mean, you know, most changes are not

14:19:53   15    one-line code changes.  It's used as an expression

14:19:56   16    to say that something is fairly simple, but it may

14:20:00   17    not be one line.

14:20:01   18        Q.  But as I understand it, to make this change

14:20:05   19    would have been -- for someone like you, would have

14:20:08   20    been a very simple thing to undertake; right?

14:20:13   21            MR. INGBER:  Objection, vague and

14:20:15   22    ambiguous.

14:20:15   23            THE WITNESS:  It would have been a pretty

14:20:17   24    simple change.

14:20:18   25    BY MR. BASKIN:

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 120

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | KARIM, JAWED                                       |
| 14:20:18 | 2  | Q.  Now, was there a decision made within          |
| 14:20:24 | 3  | YouTube in and around April of 2005 not to permit  |
| 14:20:31 | 4  | the administrative interface to block videos from  |
| 14:20:37 | 5  | going -- from being viewed prior to review?        |
| 14:20:42 | 6  | MR. PAGE:  Objection, vague and ambiguous.         |
| 14:20:47 | 7  | THE WITNESS:  Um, so this was discussed            |
| 14:20:55 | 8  | before the Web site launched.  So actually,        |
| 14:20:59 | 9  | everything we discuss at this point is really      |
| 14:21:01 | 10 | subject to, you know, changing, and we were        |
| 14:21:06 | 11 | considering different possibilities.               |
| 14:21:09 | 12 | BY MR. BASKIN:                                      |
| 14:21:09 | 13 | Q.  My question is:  Was a decision made --         |
| 14:21:14 | 14 | when the administrative interface went live, was a |
| 14:21:19 | 15 | decision made not to write the code to permit review |
| 14:21:24 | 16 | of videos by the interface prior to their being    |
| 14:21:29 | 17 | displayed to the public?                            |
| 14:21:31 | 18 | A.  Um, I don't know if -- so you're asking me      |
| 14:21:39 | 19 | about the initial kind of implementation of the -- |
| 14:21:43 | 20 | of this interface?                                 |
| 14:21:45 | 21 | I think it probably varied.  I think, you          |
| 14:21:49 | 22 | know -- this is before the Web site launched.  I   |
| 14:21:52 | 23 | think we probably tried out different approaches.  |
| 14:21:55 | 24 | So I wouldn't be surprised if we had tried both of |
| 14:21:58 | 25 | those approaches.                                  |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

1                    KARIM, JAWED

14:22:00    2         Q.  Well, one possibility was to review videos

14:22:03    3    before they became publicly available; correct?

14:22:05    4         A.  That's one of the possibilities.

14:22:07    5         Q.  And was that possibility ever adopted by

14:22:10    6    YouTube, to your knowledge?

14:22:11    7              MR. INGBER:  Objection, vague.

14:22:13    8              THE WITNESS:  I don't remember, but I think

14:22:14    9    it's very possible that we used both approaches.

14:22:17    10   BY MR. BASKIN:

14:22:18    11        Q.  When did you use both approaches,

14:22:21    12   Mr. Karim?

14:22:22    13             MR. PAGE:  Objection, misstates his prior

14:22:24    14   testimony.

14:22:27    15             MR. INGBER:  Same objection.

14:22:28    16             THE WITNESS:  I don't remember exactly when

14:22:30    17   but these -- the approaches changed, I'm pretty

14:22:32    18   sure.

14:22:32    19   BY MR. BASKIN:

14:22:32    20        Q.  Can you tell us any period of time when the

14:22:37    21   interface was set up to review videos before they

14:22:42    22   became publicly available?

14:22:44    23        A.  I don't know the time frame.  I think it's

14:23:01    24   very likely that that was the case for some time.

14:23:03    25        Q.  What time, sir?

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

```
                                                    Page 133
                  1                    KARIM, JAWED
14:35:59          2        Q.  When you were involved with the site.
14:36:00          3        A.  Until what date?
14:36:01          4        Q.  Until you ceased being involved with the
14:36:04          5    site.
14:36:05          6            MR. INGBER:  Objection as to "involved."
14:36:06          7            THE WITNESS:  Define "involved."
14:36:08          8            MR. INGBER:  Vague as to "involved."
14:36:10          9    BY MR. BASKIN:
14:36:11         10        Q.  Until -- until the period of time when you
14:36:13         11    were terminated.  From your start -- start with the
14:36:16         12    site until when you were terminated from the site,
14:36:21         13    could a YouTube user upload a video and switch it
14:36:27         14    from public to private at his will?
14:36:30         15        A.  I'm not certain about the time after I was
14:36:32         16    no longer full-time with the company, after
14:36:36         17    September 2005, but before that I know that users
14:36:38         18    could do that.
14:36:39         19        Q.  Now, am I right that if a content provider
14:36:48         20    wanted to search for its content on YouTube, it had
14:36:51         21    no access to what was switched to private videos;
14:36:54         22    correct?
14:36:54         23            MR. INGBER:  Objection, vague and
14:36:56         24    ambiguous, calls for speculation.
14:36:57         25            THE WITNESS:  What time frame?
```

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 134

|  |  |
|--|--|
|  | 1 |

KARIM, JAWED

| 14:36:58 | 2 | BY MR. BASKIN: |
| 14:36:59 | 3 | Q. Let's take your -- your past time frame. |
| 14:37:03 | 4 | Up until September 2005, am I correct that |
| 14:37:06 | 5 | a content provider who wanted to search the site for |
| 14:37:11 | 6 | its intellectual property had no access to the |
| 14:37:15 | 7 | private videos? |
| 14:37:16 | 8 | MR. INGBER: Same objections. |
| 14:37:20 | 9 | THE WITNESS: What is the objection? |
| 14:37:21 | 10 | MR. INGBER: Vague and ambiguous, calls for |
| 14:37:29 | 11 | speculation. |
| 14:37:29 | 12 | THE WITNESS: I mean, private videos, you |
| 14:37:33 | 13 | couldn't, you know, have access to if it wasn't |
| 14:37:36 | 14 | being shared with the person who -- if it wasn't |
| 14:37:40 | 15 | shared with you. So you couldn't just find it on |
| 14:37:44 | 16 | the site. |
| 14:37:45 | 17 | BY MR. BASKIN: |
| 14:37:47 | 18 | Q. Now, do you know whether you had private |
| 14:38:19 | 19 | videos on your site that had been reviewed thousands |
| 14:38:23 | 20 | of times by -- by viewers? |
| 14:38:27 | 21 | MR. INGBER: Vague and ambiguous as to the |
| 14:38:29 | 22 | term "your site." |
| 14:38:33 | 23 | BY MR. BASKIN: |
| 14:38:34 | 24 | Q. With respect to the videos that you |
| 14:38:38 | 25 | uploaded, sir, to your private video site on |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 178

```
                   1              KARIM, JAWED
16:10:44           2         A.  I see Exhibit 45.
16:10:47           3         Q.  Who is Charles Chariya?
16:10:49           4         A.  I think he's an acquaintance of Steve, but
16:10:52           5    I have not met him.
16:10:54           6         Q.  Was he involved at -- at -- at Yahoo, do
16:10:59           7    you know?
16:10:59           8         A.  I know that he worked at Yahoo.  That's all
16:11:05           9    I know, though.
16:11:06          10         Q.  Do you recall reviewing Exhibit 45?
16:11:10          11         A.  I actually do not remember seeing this
16:11:13          12    before.
16:11:14          13         Q.  Okay.  Finally, let me hand you what we'll
16:11:31          14    mark as Exhibit -- sorry -- 47.
16:11:31          15             (Plaintiffs' Exhibit No. 47 was marked for
16:11:54          16    identification.)
16:11:54          17             THE WITNESS:  (Document review.)
16:12:15          18    BY MR. BASKIN:
16:12:16          19         Q.  Can you identify for us, sir, what is
16:12:19          20    Exhibit 47?
16:12:19          21         A.  It's a document I wrote.
16:12:24          22         Q.  And did you write it on or about the date
16:12:28          23    set forth on the document?
16:12:29          24         A.  Yes.
16:12:30          25         Q.  And for what purpose did you write this
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 179

```
         1                    KARIM, JAWED
16:12:36 2      document?
16:12:37 3          A.  I just wrote this to communicate some
16:12:49 4      ideas.
16:12:50 5          Q.  And to whom did you communicate these
16:12:53 6      ideas?
16:12:53 7              MR. PAGE:  Objection, assumes facts.
16:12:57 8              THE WITNESS:  This was handed out by me at
16:13:01 9      a board meeting and -- but it was only handed out.
16:13:07 10     It was not discussed.  So I don't know if anyone
16:13:09 11     other than me actually ever read this.
16:13:11 12     BY MR. BASKIN:
16:13:11 13         Q.  You -- you were at a board meeting that
16:13:13 14     occurred on the day after you wrote this memo;
16:13:16 15     correct?
16:13:16 16         A.  Yes.
16:13:17 17         Q.  And you distributed Exhibit 47 to the
16:13:23 18     members of the board?
16:13:24 19         A.  Yes.
16:13:25 20         Q.  And -- but there was no discussion taken at
16:13:31 21     the meeting at the time?
16:13:31 22         A.  No.
16:13:32 23         Q.  Was there -- was there scheduled to be a
16:13:53 24     discussion of Exhibit 47 at the board meeting?
16:13:56 25             MR. PAGE:  Objection, calls for
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 180

```
                                      KARIM, JAWED
16:14:00    2    speculation.
16:14:00    3              THE WITNESS:  I remember handing it out at
16:14:04    4    the board meeting, and -- I -- I was just an
16:14:10    5    observer on the board.  I was not -- never a member
16:14:12    6    of the board.
16:14:13    7              And I remember, you know, the members,
16:14:16    8    they're saying, you know, "Thanks.  We'll check it
16:14:18    9    out."
16:14:19   10    BY MR. BASKIN:
16:14:20   11         Q.   And going into the board meeting, was a
16:14:27   12    discussion of your memo a scheduled item for the
16:14:30   13    board meeting?
16:14:31   14         A.   No, it was not.
16:14:32   15         Q.   What caused you to hand it out at the board
16:14:35   16    meeting?
16:14:35   17         A.   So between board meetings, I would
16:14:45   18    sometimes, you know, have some ideas.  And then I
16:14:50   19    thought it would be better organized to assemble
16:14:56   20    them into one document that I could then hand out at
16:14:59   21    the board meeting.
16:15:00   22         Q.   So was it your practice to hand out
16:15:05   23    memoranda from time to time at the board meeting?
16:15:07   24              MR. INGBER:  Objection, mischaracterizes
16:15:11   25    his testimony.
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022   (212)705-8585

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 181

|          |    |                                                  |
|----------|----|--------------------------------------------------|
|          | 1  | KARIM, JAWED                                     |
| 16:15:11 | 2  | THE WITNESS:  I think it was the only time       |
| 16:15:13 | 3  | I did that, but I would verbally discuss things at |
| 16:15:14 | 4  | board meetings that I had developed over the     |
| 16:15:16 | 5  | previous month.                                  |
| 16:15:18 | 6  | BY MR. BASKIN:                                    |
| 16:15:18 | 7  | Q.  And was there a reason you recall why you    |
| 16:15:21 | 8  | decided to communicate to the board in writing on |
| 16:15:28 | 9  | March 23, 2006, rather than orally?              |
| 16:15:32 | 10 | A.  Because I had accumulated a lot of           |
| 16:15:35 | 11 | different things.                                |
| 16:15:36 | 12 | Q.  Did you propose at the board meeting that    |
| 16:15:44 | 13 | the board discuss the -- the items set forth in  |
| 16:15:48 | 14 | Exhibit 47?                                       |
| 16:15:48 | 15 | A.  I remember saying, you know, "Here are some  |
| 16:15:52 | 16 | things that I wanted to talk about."             |
| 16:15:57 | 17 | Q.  And did someone make the decision not to     |
| 16:15:59 | 18 | discuss Exhibit 47 at the board meeting?         |
| 16:16:02 | 19 | MR. INGBER:  Objection, calls for               |
| 16:16:03 | 20 | speculation.                                     |
| 16:16:03 | 21 | MR. PAGE:  Join.                                 |
| 16:16:06 | 22 | THE WITNESS:  It was -- I handed it out,         |
| 16:16:10 | 23 | and Steve said, "Thanks, I will -- I will look at |
| 16:16:16 | 24 | it," and then the meeting proceeded, but not with |
| 16:16:22 | 25 | this.                                            |

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 182

| | | |
|---|---|---|
| | 1 | KARIM, JAWED |
| 16:16:23 | 2 | BY MR. BASKIN: |
| 16:16:24 | 3 | Q.  And did there come a time in a subsequent |
| 16:16:28 | 4 | board meeting when you had occasion to discuss |
| 16:16:31 | 5 | Exhibit 47 with the board members? |
| 16:16:33 | 6 | A.  No.  This was never discussed. |
| 16:16:39 | 7 | Q.  Did there come a time when any member of |
| 16:16:42 | 8 | the board contacted you to discuss any of the topics |
| 16:16:46 | 9 | set forth in Exhibit 47? |
| 16:16:47 | 10 | A.  No. |
| 16:16:48 | 11 | Q.  Did there come a time when Mr. Hurley |
| 16:16:50 | 12 | discussed with you the matters set forth in |
| 16:16:54 | 13 | Exhibit 47? |
| 16:16:54 | 14 | MR. PAGE:  Objection, asked and answered. |
| 16:16:56 | 15 | MR. INGBER:  Objection, asked and answered. |
| 16:16:58 | 16 | MR. PAGE:  Stop doing that. |
| 16:16:59 | 17 | THE WITNESS:  This was never brought up by |
| 16:17:03 | 18 | anyone again after I handed it out. |
| 16:17:05 | 19 | BY MR. BASKIN: |
| 16:17:05 | 20 | Q.  So if I understand, after you handed it out |
| 16:17:09 | 21 | at the board meeting, no human being associated with |
| 16:17:13 | 22 | YouTube talked to you about this exhibit; is that |
| 16:17:15 | 23 | correct? |
| 16:17:15 | 24 | A.  That's correct. |
| 16:17:16 | 25 | Q.  And did any human being associated with |

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1

Page 183

|           |    |                                                        |
|-----------|----|--------------------------------------------------------|
|           | 1  | KARIM, JAWED                                           |
| 16:17:20  | 2  | YouTube ever e-mail you in connection with this        |
| 16:17:22  | 3  | exhibit?                                               |
| 16:17:23  | 4  |     A.  Not that I remember.                           |
| 16:17:24  | 5  |     Q.  Um, in subsequent board meetings, did you      |
| 16:17:30  | 6  | attempt orally to raise any of the items set forth     |
| 16:17:34  | 7  | in Exhibit 47?                                         |
| 16:17:37  | 8  |         MR. PAGE:  Objection, assumes facts.           |
| 16:17:40  | 9  |         THE WITNESS:  No, I did not.                   |
| 16:17:41  | 10 | BY MR. BASKIN:                                         |
| 16:17:42  | 11 |     Q.  And at any prior board meeting, did you        |
| 16:17:46  | 12 | discuss the topics set forth in Exhibit 47 orally?     |
| 16:17:50  | 13 |         MR. PAGE:  Objection, compound.                |
| 16:17:51  | 14 |         THE WITNESS:  I didn't.                        |
| 16:17:53  | 15 | BY MR. BASKIN:                                         |
| 16:18:27  | 16 |     Q.  I have one more document to show you, sir.     |
| 16:18:31  | 17 |         MR. WILLEN:  You said that last time.          |
|           | 18 |         MR. BASKIN:  Yeah, I know.  I made a           |
|           | 19 | mistake last time.                                     |
|           | 20 |         (Discussion held off the record.)              |
|           | 21 |         (Plaintiffs' Exhibit No. 48 was marked for     |
|           | 22 | identification.)                                       |
|           | 23 | BY MR. BASKIN:                                         |
| 16:20:09  | 24 |     Q.  Let me hand out Exhibit 48.                    |
| 16:20:31  | 25 |     A.  (Document review.)                             |

259c25ef-fd4e-4fb6-808d-35a1f24e5aa1