LARRY PAGE - HIGHLY CONFIDENTIAL

Page 115

|   |    |   |
|---|----|---|
|   | 1  | PAGE, L. - HIGHLY CONFIDENTIAL |
| 15:53:29 | 2 | marketplace, for example, during an analyst call, of |
| 15:53:31 | 3 | certain distribution contracts that YouTube has to |
| 15:53:34 | 4 | distribute its content over other platforms? |
| 15:53:36 | 5 | MR. MANCINI:  Same objections.  Clearly this |
| 15:53:40 | 6 | question is intended to do nothing other than to |
| 15:53:43 | 7 | harass the witness. |
| 15:53:44 | 8 | THE WITNESS:  I don't recall. |
| 15:53:44 | 9 | MR. BASKIN:  Q.  Does YouTube have |
| 15:53:46 | 10 | distribution contracts to distribute its videos with |
| 15:53:52 | 11 | Apple over iPhone and iTV? |
| 15:53:55 | 12 | MR. MANCINI:  Same continuing objections. |
| 15:53:57 | 13 | THE WITNESS:  YouTube is a distribution |
| 15:53:59 | 14 | vehicle. |
| 15:54:02 | 15 | MR. BASKIN:  Q.  And what my question is, do |
| 15:54:03 | 16 | they have distribution contracts with Apple to |
| 15:54:06 | 17 | distribute YouTube's product over iPhone and iTV? |
| 15:54:11 | 18 | MR. MANCINI:  Same continuing objections. |
| 15:54:19 | 19 | THE WITNESS:  I believe that there are deals |
| 15:54:21 | 20 | with those companies around YouTube.  I don't know the |
| 15:54:25 | 21 | exact deals. |
| 15:54:25 | 22 | MR. BASKIN:  Q.  What about Motorola? |
| 15:54:27 | 23 | MR. MANCINI:  Same continuing objections. |
| 15:54:29 | 24 | THE WITNESS:  I don't recall. |
| 15:54:30 | 25 | MR. BASKIN:  Q.  What about Sony, Panasonic, |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 116

1           PAGE, L. - HIGHLY CONFIDENTIAL

15:54:34    2    and Tivo?

15:54:35    3           MR. MANCINI:  Same continuing objections.

15:54:37    4           THE WITNESS:  Sorry.  What's the question?

15:54:38    5           MR. BASKIN:  Q.  Does YouTube have contracts

15:54:40    6    with all of these companies to distribute YouTube's

15:54:45    7    product over those -- over their platforms?

15:54:47    8       A    So you mean Google?

15:54:49    9           MR. MANCINI:  Same continuing objections.

15:54:51    10          MR. BASKIN:  Well, I can phrase it that way.

15:54:52    11      Q    Does Google have contracts with all of those

15:54:55    12   companies to distribute YouTube's content over

15:54:59    13   their -- over their platforms?

15:55:01    14          MR. MANCINI:  Same continuing objections.

15:55:03    15          THE WITNESS:  I'm not the expert on the

15:55:05    16   topic.  I mean, we have people who would know

15:55:08    17   accurately.

15:55:08    18          MR. BASKIN:  Q.  What about phone companies,

15:55:10    19   like Cingular, Verizon, Vodaphone, and Telefon Italia?

15:55:15    20          MR. MANCINI:  Same continuing objections.

15:55:17    21          THE WITNESS:  Same answer.

15:55:19    22          MR. BASKIN:  Q.  Has the senior management of

15:55:23    23   Google discussed distribution contracts with all of

15:55:28    24   these major companies in the past?

15:55:30    25          MR. MANCINI:  Objection; vague and ambiguous,

a4869a54-831a-469e-8188-29b2aa8a3e2f

## LARRY PAGE - HIGHLY CONFIDENTIAL

Page 117

|        |    |                                                          |
|--------|----|----------------------------------------------------------|
|            | 1  | PAGE, L. - HIGHLY CONFIDENTIAL |
| 15:55:31   | 2  | and lacks foundation. |
| 15:55:33   | 3  | THE WITNESS:  You're asking if we've |
| 15:55:35   | 4  | discussed all of a long series of maybe 10 or 12 |
| 15:55:39   | 5  | companies you just named?  Would you like to restate |
| 15:55:42   | 6  | them? |
| 15:55:43   | 7  | MR. BASKIN:  Q.  You want me to do them one |
| 15:55:46   | 8  | by one? |
| 15:55:46   | 9  | Do the senior management of Google, in your |
| 15:55:49   | 10 | presence, discuss YouTube's distribution contracts |
| 15:55:51   | 11 | with Apple? |
| 15:55:53   | 12 | MR. MANCINI:  Objection; lacks foundation; |
| 15:55:54   | 13 | vague and ambiguous. |
| 15:55:55   | 14 | THE WITNESS:  I don't recall. |
| 15:55:56   | 15 | MR. BASKIN:  Q.  How about with Sony? |
| 15:55:59   | 16 | MR. MANCINI:  Same objection. |
| 15:56:03   | 17 | THE WITNESS:  Again, I'm not sure what a |
| 15:56:05   | 18 | "distribution contract" is either so. |
| 15:56:07   | 19 | MR. BASKIN:  Q.  But -- |
| 15:56:08   | 20 | A    I have no in-depth knowledge of these things, |
| 15:56:10   | 21 | so I don't -- |
| 15:56:12   | 22 | Q    I understand. |
| 15:56:14   | 23 | The question is whether these were -- whether |
| 15:56:16   | 24 | these distribution contracts which by -- by which I |
| 15:56:20   | 25 | mean contracts to distribute YouTube's videos over |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 118

| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
|---|---|---|
| 15:56:22 | 2 | these other platforms, whether that was discussed with |
| 15:56:27 | 3 | senior management at Google? |
| 15:56:30 | 4 | MR. MANCINI:  Objection; vague and ambiguous; |
| 15:56:31 | 5 | lacks foundation, and continuing objection to the |
| 15:56:34 | 6 | disavowance of this Court's order. |
| 15:56:37 | 7 | THE WITNESS:  I'm sorry.  YouTube could be |
| 15:56:40 | 8 | accessed to all those things, whether or not we make a |
| 15:56:41 | 9 | deal, so it's kind of a strange question also. |
| 15:56:43 | 10 | MR. BASKIN:  Q.  Well -- |
| 15:56:44 | 11 | THE WITNESS:  I mean. |
| 15:56:46 | 12 | MR. BASKIN:  Q. -- do you recall whether the |
| 15:56:47 | 13 | senior management of the company, including you and |
| 15:56:49 | 14 | Mr. Brin and Mr. Schmidt, have had discussions |
| 15:56:54 | 15 | regarding contracts between YouTube or Google and such |
| 15:57:01 | 16 | companies as Apple, Sony, Panasonic, Cingular, |
| 15:57:05 | 17 | Verizon, Vodaphone, pick any one of them, do you |
| 15:57:11 | 18 | remember discussing distribution contracts with any of |
| 15:57:14 | 19 | those companies? |
| 15:57:15 | 20 | MR. MANCINI:  Same objections. |
| 15:57:16 | 21 | THE WITNESS:  I don't recall any specific |
| 15:57:17 | 22 | discussions, no. |
| 15:57:18 | 23 | MR. BASKIN:  Q.  Do you recall discussions |
| 15:57:31 | 24 | among senior management that YouTube is involved in |
| 15:57:41 | 25 | promoting videos? |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 119

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | PAGE, L. - HIGHLY CONFIDENTIAL               |
| 15:57:42 | 2  | MR. MANCINI:  Objection; vague and ambiguous; |
| 15:57:44 | 3  | lacks foundation.                            |
| 15:57:46 | 4  | THE WITNESS:  I don't understand the         |
| 15:57:47 | 5  | question.                                    |
| 15:57:49 | 6  | MR. BASKIN:  Q.  Well, does YouTube --       |
| 15:57:57 | 7  | MR. MANCINI:  So, Stu, once again, we're     |
| 15:57:59 | 8  | going to operational issues --               |
| 15:58:01 | 9  | MR. BASKIN:  Okay.                           |
| 15:58:02 | 10 | MR. MANCINI:  -- that go way beyond the      |
| 15:58:04 | 11 | Court's order.                               |
| 15:58:05 | 12 | MR. BASKIN:  Let's -- let's mark exhibit --  |
| 15:58:06 | 13 | let me show you actually some e-mails that not only |
| 15:58:12 | 14 | you received but you wrote, Mr. Page.        |
| 15:58:15 | 15 | MR. MANCINI:  Please, let's do that.         |
| 15:58:18 | 16 | MR. BASKIN:  What number is this?            |
| 15:58:19 | 17 | THE REPORTER:  19.                           |
| 15:58:20 | 18 | (Document marked Page Exhibit 19             |
| 15:58:21 | 19 | for identification.)                         |
| 15:58:48 | 20 | MR. BASKIN:  Q.  Again, sir, to save time,   |
| 16:00:32 | 21 | I'm going to ask about this document, but you're |
| 16:00:34 | 22 | welcome to look at it as much as you want.   |
| 16:00:37 | 23 | A   Okay.                                    |
| 16:00:37 | 24 | Q   But first, with respect to Exhibit 19, can |
| 16:00:39 | 25 | you identify that, sir, as an e-mail chain of which |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 120

|  |  |  |
|--|--|--|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:00:46 | 2 | was sent to you by David Eun? |
| 16:00:55 | 3 | A    It appears that way, yes. |
| 16:00:58 | 4 | Q    Do you remember this at all? |
| 16:01:06 | 5 | A    It's triggered my recollection a little bit. |
| 16:01:07 | 6 | Q    Does it trigger your recollection enough to |
| 16:01:10 | 7 | tell us whether you now remember that YouTube is in |
| 16:01:16 | 8 | the business of entering into promotional contracts |
| 16:01:20 | 9 | with big companies to promote their videos? |
| 16:01:24 | 10 | MR. MANCINI:  Objection; mischaracterizes the |
| 16:01:26 | 11 | document. |
| 16:01:26 | 12 | THE WITNESS:  Sorry.  Do you want me to read |
| 16:01:30 | 13 | the whole document? |
| 16:01:31 | 14 | MR. BASKIN:  No. |
| 16:01:34 | 15 | Q    If you -- you have to answer my question. |
| 16:01:35 | 16 | You can read the whole document.  But is YouTube, to |
| 16:01:38 | 17 | your recollection, in the business of promoting |
| 16:01:42 | 18 | videos? |
| 16:01:42 | 19 | MR. MANCINI:  Objection; mischaracterizes the |
| 16:01:44 | 20 | document. |
| 16:01:45 | 21 | MR. BASKIN:  Q.  Is that one of the functions |
| 16:01:46 | 22 | that YouTube engages in? |
| 16:01:48 | 23 | MR. MANCINI:  Objection; mischaracterizes the |
| 16:01:49 | 24 | document; vague and ambiguous; lacks foundation. |
| 16:01:52 | 25 | THE WITNESS:  I don't understand the question |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 121

|  |  |  |
|--|--|--|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:01:53 | 2 | or the relevance to the document. |
| 16:01:55 | 3 | MR. BASKIN:  Okay.  Thank you. |
| 16:02:17 | 4 | Q    Does the YouTube -- does YouTube drive |
| 16:02:23 | 5 | additional monetizeable traffic to Google's search |
| 16:02:28 | 6 | engine? |
| 16:02:29 | 7 | MR. MANCINI:  Objection; vague and ambiguous. |
| 16:02:30 | 8 | THE WITNESS:  Yeah, I'm not sure what that |
| 16:02:34 | 9 | means.  Google owns YouTube. |
| 16:02:38 | 10 | MR. BASKIN:  Q.  And when someone -- if |
| 16:02:41 | 11 | someone is going to search over YouTube, does that |
| 16:02:45 | 12 | drive additional traffic that you can monetize to the |
| 16:02:50 | 13 | Google search engine? |
| 16:02:52 | 14 | MR. MANCINI:  Objection; vague and ambiguous. |
| 16:02:57 | 15 | THE WITNESS:  I'm not sure. |
| 16:03:01 | 16 | MR. BASKIN:  Q.  If you just go to a |
| 16:03:14 | 17 | second -- maybe this will refresh your memory -- go |
| 16:03:17 | 18 | back to, I don't know what exhibit this is, board |
| 16:03:20 | 19 | book, sorry, this is Exhibit 1.  If you go to |
| 16:03:24 | 20 | page eight of Exhibit 1. |
| 16:03:42 | 21 | A    Is there a particular part of this? |
| 16:03:43 | 22 | Q    Yeah.  There's one sentence I want to direct |
| 16:03:46 | 23 | your attention to.  Two-thirds down the page, it says |
| 16:03:49 | 24 | "Yellow can drive additional monetizeable traffic |
| 16:03:54 | 25 | through green's search engine (not currently included |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 122

|         |    |                                                      |
|---------|----|------------------------------------------------------|
|         | 1  | PAGE, L. - HIGHLY CONFIDENTIAL                       |
| 16:03:58 | 2  | in financial model)."                               |
| 16:04:01 | 3  | Do you see that?                                    |
| 16:04:03 | 4  | MR. MANCINI:  Objection; document speaks for        |
| 16:04:04 | 5  | itself.                                             |
| 16:04:05 | 6  | THE WITNESS:  I'm reading the document, yes.         |
| 16:04:07 | 7  | MR. BASKIN:  Q.  Do you recall what Credit           |
| 16:04:12 | 8  | Suisse told the Google board in that sentence?      |
| 16:04:14 | 9  | MR. MANCINI:  So objection; lacks foundation,       |
| 16:04:15 | 10 | and continuing objection to reliance on this document |
| 16:04:15 | 11 | to which the witness testified previously he did not |
| 16:04:20 | 12 | recall.                                             |
| 16:04:20 | 13 | THE WITNESS:  Yeah, I don't recall.  I state,       |
| 16:04:27 | 14 | too, there's a lot of such presentations to the board |
| 16:04:30 | 15 | which I assume I don't read all of.                 |
| 16:04:33 | 16 | MR. BASKIN:  Q.  Has the senior management of       |
| 16:04:34 | 17 | Google discussed, meaning you and Mr. Brin and      |
| 16:04:38 | 18 | Mr. Schmidt, the economic value to YouTube to --    |
| 16:04:45 | 19 | strike that.  Strike that.                          |
| 16:04:46 | 20 | Have you and Mr. Brin and Mr. Schmidt              |
| 16:04:48 | 21 | discussed the economic value to Google of having   |
| 16:05:04 | 22 | searches for content over YouTube pass through     |
| 16:05:08 | 23 | Google's search engine?                             |
| 16:05:09 | 24 | MR. MANCINI:  Objection; vague and ambiguous.       |
| 16:05:10 | 25 | THE WITNESS:  I still don't understand the          |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 123

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | PAGE, L. - HIGHLY CONFIDENTIAL                       |
| 16:05:12 | 2  | question.                                            |
| 16:05:12 | 3  | MR. BASKIN:  Maybe it had been a lousy               |
| 16:05:16 | 4  | question.                                            |
| 16:05:18 | 5  | Q   Has anyone quantified, to your knowledge, for    |
| 16:05:23 | 6  | senior management, the benefit set forth by Credit   |
| 16:05:26 | 7  | Suisse on Exhibit 1, set forth on that line about    |
| 16:05:31 | 8  | additional monetizeable traffic?                     |
| 16:05:33 | 9  | Have you seen a quantification of the value          |
| 16:05:35 | 10 | to Google of that phenomenon?                        |
| 16:05:41 | 11 | MR. MANCINI:  Objection; lacks foundation;           |
| 16:05:43 | 12 | vague and ambiguous.                                  |
| 16:05:43 | 13 | THE WITNESS:  I don't recall.                        |
| 16:05:44 | 14 | MR. BASKIN:  Q.  Now, the Google search              |
| 16:06:00 | 15 | engine provides search services on the YouTube site; |
| 16:06:07 | 16 | isn't that right?                                    |
| 16:06:08 | 17 | MR. MANCINI:  Objection; vague and ambiguous.        |
| 16:06:11 | 18 | THE WITNESS:  Yeah, I'm not sure what the            |
| 16:06:12 | 19 | definition of the "Google search engine" is given that |
| 16:06:16 | 20 | Google also owns YouTube.                            |
| 16:06:17 | 21 | MR. BASKIN:  Q.  Well, let me put it this            |
| 16:06:21 | 22 | way:  Has the -- has the Google search engine been   |
| 16:06:24 | 23 | customized for YouTube?                              |
| 16:06:25 | 24 | MR. MANCINI:  Objection; vague and ambiguous.        |
| 16:06:27 | 25 | THE WITNESS:  So again I don't know what you         |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 124

| | | |
|---|---|---|
| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:06:29 | 2 | mean by "the Google search engine." |
| 16:06:32 | 3 | MR. BASKIN:  Q.  Well, has -- when someone |
| 16:06:35 | 4 | goes to Google.com and types in something in the box |
| 16:06:39 | 5 | to search the Internet, has that search engine been |
| 16:06:46 | 6 | customized for YouTube? |
| 16:06:47 | 7 | MR. MANCINI:  Objection; vague and ambiguous. |
| 16:06:48 | 8 | THE WITNESS:  I'm still not sure what that |
| 16:06:53 | 9 | means. |
| 16:06:53 | 10 | MR. BASKIN:  Q.  Does -- does YouTube get |
| 16:07:07 | 11 | search -- get searching preference on Google -- on |
| 16:07:11 | 12 | Google? |
| 16:07:12 | 13 | MR. MANCINI:  Objection; vague and ambiguous. |
| 16:07:14 | 14 | THE WITNESS:  I'm not aware of the details. |
| 16:07:19 | 15 | MR. BASKIN:  Okay. |
| 16:07:20 | 16 | Q   What about does Google's search engine direct |
| 16:07:26 | 17 | video queries first to YouTube? |
| 16:07:28 | 18 | MR. MANCINI:  Okay.  So continuing objections |
| 16:07:30 | 19 | to the lack of precision, which is why I'm claiming |
| 16:07:32 | 20 | them to be vague and ambiguous, but we're clearly |
| 16:07:35 | 21 | going way beyond this Court's order with respect to |
| 16:07:37 | 22 | this line of questioning.  This is not an area of this |
| 16:07:45 | 23 | witness's unique knowledge, clearly. |
| 16:07:47 | 24 | THE WITNESS:  We have people who are |
| 16:07:49 | 25 | operational on these issues who would know exact |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123    (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 125

|          | 1  | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:07:52 | 2  | answers. |
| 16:07:53 | 3  | MR. BASKIN:  Q.  Now, you helped design |
| 16:07:59 | 4  | Google's search engine; didn't you?  Isn't that why |
| 16:08:02 | 5  | you're the founder? |
| 16:08:04 | 6  | A    In -- before 1998, I wrote some of the code |
| 16:08:06 | 7  | that was the Google search engine, which probably has |
| 16:08:10 | 8  | all been deleted by now, hopefully, over 11 years ago |
| 16:08:14 | 9  | now. |
| 16:08:18 | 10 | Q    Well, even 11 years ago, if Viacom had given |
| 16:08:27 | 11 | Google a white list of authorized clips to be shown on |
| 16:08:32 | 12 | the YouTube site, could that have been built into the |
| 16:08:36 | 13 | search function? |
| 16:08:37 | 14 | MR. MANCINI:  Objection; calls for |
| 16:08:39 | 15 | speculation; hypothetical; clearly beyond this Court's |
| 16:08:42 | 16 | order; vague and ambiguous. |
| 16:08:43 | 17 | THE WITNESS:  I'm also not a lawyer. |
| 16:08:45 | 18 | MR. BASKIN:  Q.  Sorry? |
| 16:08:46 | 19 | A    I'm also not an attorney. |
| 16:08:50 | 20 | Q    I was aware of that.  I'm asking you a |
| 16:08:52 | 21 | question for a computer engineer like yourself. |
| 16:08:54 | 22 | MR. MANCINI:  And objection to the extent it |
| 16:08:56 | 23 | seeks a legal conclusion by the term "authorized |
| 16:09:00 | 24 | clips." |
| 16:09:01 | 25 | MR. BASKIN:  So let me say it again. |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 126

| | | |
|---|---|---|
| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:09:02 | 2 | Q    If Viacom were to give Google a white list of |
| 16:09:05 | 3 | authorized clips, clips that Viacom is authorized to |
| 16:09:08 | 4 | be put on the YouTube website, could that be built |
| 16:09:14 | 5 | into the search engine? |
| 16:09:15 | 6 | MR. MANCINI:  Objection; calls for |
| 16:09:16 | 7 | speculation; vague and ambiguous; calls for a legal |
| 16:09:19 | 8 | conclusion; well beyond this Court's order. |
| 16:09:23 | 9 | THE WITNESS:  On that, I just don't |
| 16:09:25 | 10 | understand the question. |
| 16:09:27 | 11 | MR. BASKIN:  Q.  Does the Google search |
| 16:10:04 | 12 | engine block certain searches because it violated the |
| 16:10:10 | 13 | laws of particular countries? |
| 16:10:12 | 14 | MR. MANCINI:  Objection; lacks foundation; |
| 16:10:13 | 15 | vague and ambiguous; calls for a legal conclusion, and |
| 16:10:15 | 16 | well beyond this Court's order. |
| 16:10:20 | 17 | THE WITNESS:  You're asking a very general |
| 16:10:22 | 18 | question.  There's very many laws around the world |
| 16:10:26 | 19 | which Google is required to follow, which there's |
| 16:10:30 | 20 | tremendous amount of detail and I'm not an expert on. |
| 16:10:33 | 21 | MR. BASKIN:  Q.  Well, could Google's search |
| 16:10:37 | 22 | engine block searches of pirated sites like Bit |
| 16:10:42 | 23 | Torrent, a site like that? |
| 16:10:44 | 24 | MR. MANCINI:  Same exact objections. |
| 16:10:47 | 25 | THE WITNESS:  It's a hypothetical question. |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 127

|  |  |  |
|---|---|---|
| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:10:58 | 2 | I don't know the answer to that. |
| 16:10:59 | 3 | MR. BASKIN:  Q.  I take it that there's been |
| 16:11:12 | 4 | no discussion among the other founder and you and |
| 16:11:15 | 5 | Mr. Schmidt as to whether the Google search engine |
| 16:11:23 | 6 | should be adjusted or modified to block pirated |
| 16:11:27 | 7 | search -- sites of pirate -- searches of pirated |
| 16:11:30 | 8 | sites? |
| 16:11:30 | 9 | MR. MANCINI:  Objection; lacks foundation; |
| 16:11:32 | 10 | vague and ambiguous; calls for speculation and |
| 16:11:34 | 11 | violates this Court's order. |
| 16:11:36 | 12 | THE WITNESS:  I don't recall any such |
| 16:11:37 | 13 | discussion. |
| 16:11:38 | 14 | MR. BASKIN:  Let's take a break for a second. |
| 16:11:46 | 15 | How much time is left? |
| 16:11:48 | 16 | THE VIDEOGRAPHER:  We've got -- |
| 16:11:49 | 17 | MR. BASKIN:  Well, let's go off the record. |
| 16:11:51 | 18 | THE VIDEOGRAPHER:  We're now going off the |
| 16:11:52 | 19 | record.  The time is 4:07 p.m. |
| 16:11:56 | 20 | (Recess taken.) |
| 16:20:31 | 21 | THE VIDEOGRAPHER:  We're now going back on |
| 16:20:32 | 22 | the record.  The time is 4:16 p.m. |
| 16:20:35 | 23 | MR. BASKIN:  We are now a little short of |
| 16:20:37 | 24 | three hours.  I'm through with my questioning of |
| 16:20:40 | 25 | Mr. Page. |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 128

```
                1         PAGE, L. - HIGHLY CONFIDENTIAL
16:20:41        2              I'm going to pass the baton to counsel for
16:20:44        3    The Class, and with everyone's permission, my
16:20:47        4    colleague is going to be leaving us to catch an
16:20:49        5    airplane.  So I assume you got -- he means no
16:20:53        6    disrespect.  It's just he's attending a conference, I
16:20:56        7    believe, and I promised him we would try to get him
16:20:58        8    out of here by 4:00.
16:20:59        9              MR. MANCINI:  Safe travels.
16:21:01       10              MR. DEIXLER:  Should I switch with you?
16:21:03       11              MR. BASKIN:  Yeah, I think you should.
16:21:05       12              MR. DEIXLER:  Okay.
16:21:16       13              MR. MANCINI:  What is the time we have on the
16:21:18       14    record?
16:21:18       15              THE VIDEOGRAPHER:  Right now we've got
16:21:24       16    176 minutes right now.  176 minutes.
16:21:27       17              MR. DEIXLER:  I'm sorry.  How much?
16:21:30       18              THE VIDEOGRAPHER:  176 right now.  177.
16:21:35       19              MR. MANCINI:  We have one hour left.
16:21:40       20              MR. DEIXLER:  One hour and three minutes.
16:21:44       21              MR. MANCINI:  Hopefully much less.
16:21:46       22              MR. DEIXLER:  We share the same goal.
16:21:51       23              MR. MANCINI:  What's your time?
16:21:54       24              THE WITNESS:  I wasn't figuring in the
16:21:57       25    30-minute delay to begin with or hour delay.
```

a4869a54-831a-469e-8188-29b2aa8a3e2f

## LARRY PAGE - HIGHLY CONFIDENTIAL

Page 129

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | PAGE, L. - HIGHLY CONFIDENTIAL                     |
| 16:22:01 | 2  | MR. MANCINI:  An hour.                              |
| 16:22:20 | 3  | MR. DEIXLER:  If you can hear over the             |
| 16:22:21 | 4  | packing up, I'll happily get started.              |
| 16:22:24 | 5  | Is that okay with you Mr. Page?                    |
| 16:22:25 | 6  | THE WITNESS:  Uh-huh.                               |
| 16:22:27 | 7  | MR. STRAUSS:  I'm all done.                         |
| 16:22:28 | 8  | MR. BASKIN:  Okay.                                  |
| 16:22:33 | 9  | MR. DEIXLER:  Are we on the record?                |
| 16:22:35 | 10 | THE VIDEOGRAPHER:  We're on the record.           |
| 16:22:36 | 11 | EXAMINATION BY MR. DEIXLER                          |
| 16:22:36 | 12 | MR. DEIXLER:  Okay.                                 |
| 16:22:37 | 13 | Q    Good afternoon, Mr. Page.                      |
| 16:22:38 | 14 | A    Good afternoon.                                |
| 16:22:39 | 15 | Q    My name is Bert Deixler.  I'm a partner at    |
| 16:22:45 | 16 | Proskauer Rose, and I'm a lawyer representing The   |
| 16:22:48 | 17 | Class.  Do you understand that?                     |
| 16:22:50 | 18 | A    Yes.                                           |
| 16:22:50 | 19 | Q    And you understand your testimony continues    |
| 16:22:52 | 20 | to be under oath and subject to the penalty of     |
| 16:22:52 | 21 | perjury?                                            |
| 16:22:53 | 22 | A    Of course.                                     |
| 16:22:53 | 23 | Q    Did you favor the acquisition of YouTube by    |
| 16:22:58 | 24 | Google?                                             |
| 16:23:02 | 25 | A    I don't remember my exact thinking around the  |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 130

|         |    |                                                          |
|---------|----|----------------------------------------------------------|
|         | 1  | PAGE, L. - HIGHLY CONFIDENTIAL                           |
| 16:23:04 | 2  | time.  I don't think I was tremendously upset by it.    |
| 16:23:13 | 3  | Q   Can you recall whether you favored the              |
| 16:23:16 | 4  | acquisition of YouTube by Google, sir?                  |
| 16:23:19 | 5  | MR. MANCINI:  Objection; asked and answered.            |
| 16:23:24 | 6  | THE WITNESS:  I mean the -- you know, there's           |
| 16:23:27 | 7  | many such issues around doing deals.  I -- like I       |
| 16:23:31 | 8  | said, I don't think I was upset by it.                  |
| 16:23:33 | 9  | MR. DEIXLER:  Yeah, my question was a                   |
| 16:23:35 | 10 | different one and a precise one.                        |
| 16:23:37 | 11 | Q   Were you in favor of the acquisition of             |
| 16:23:39 | 12 | YouTube by Google, sir?                                 |
| 16:23:42 | 13 | MR. MANCINI:  Objection; asked and answered             |
| 16:23:43 | 14 | twice now.                                              |
| 16:23:44 | 15 | THE WITNESS:  You're implying, I guess, we              |
| 16:23:47 | 16 | have some sort of strict voting process.  I'm not sure  |
| 16:23:50 | 17 | that's normally how we would do it.                     |
| 16:23:52 | 18 | MR. DEIXLER:  Q.  Do you recall whether there           |
| 16:23:53 | 19 | was a vote which you participated in on whether Google  |
| 16:23:56 | 20 | should acquire YouTube?                                 |
| 16:23:57 | 21 | A   I don't recall a vote.  I think -- I mean, I        |
| 16:24:09 | 22 | think most people were for it, but it was done          |
| 16:24:11 | 23 | informally and that's probably why we did the deal.     |
| 16:24:14 | 24 | Q   I see.                                              |
| 16:24:14 | 25 | Most people were for.  Were you one of those            |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 131

| | | |
|---|---|---|
| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:24:16 | 2 | people who was for it? |
| 16:24:17 | 3 | MR. MANCINI:  Objection; asked and answered. |
| 16:24:18 | 4 | THE WITNESS:  I said I don't remember being |
| 16:24:20 | 5 | upset about it, so my guess is I was more positive |
| 16:24:23 | 6 | than negative. |
| 16:24:24 | 7 | MR. DEIXLER:  Q.  It's only a guess.  You |
| 16:24:25 | 8 | have no memory at all as to whether you were for it or |
| 16:24:28 | 9 | against it.  Is that your testimony under oath; sir? |
| 16:24:32 | 10 | MR. MANCINI:  Objection; asked and answered |
| 16:24:33 | 11 | four times, and now just seeking to harass this |
| 16:24:36 | 12 | witness.  The witness's memory is what it is, |
| 16:24:38 | 13 | Counselor. |
| 16:24:38 | 14 | THE WITNESS:  Yeah, and there's also a |
| 16:24:40 | 15 | question of, you know, different times.  I mean, these |
| 16:24:42 | 16 | things don't happen in one day.  They go on and on and |
| 16:24:45 | 17 | on. |
| 16:24:45 | 18 | MR. DEIXLER:  Q.  Do you recall, sir, that |
| 16:24:47 | 19 | your being in favor or opposed to the acquisition of |
| 16:24:50 | 20 | YouTube by Google changed from one point to another |
| 16:24:54 | 21 | prior to the closing of the transaction? |
| 16:24:56 | 22 | MR. MANCINI:  Objection; asked and answered. |
| 16:24:58 | 23 | THE WITNESS:  I don't recall. |
| 16:24:59 | 24 | MR. DEIXLER:  Q.  Can you recall on any |
| 16:25:00 | 25 | occasion discussing with Mr. Brin whether you favored |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 132

|  |  |  |
|---|---|---|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:25:03 | 2 | or opposed the acquisition of YouTube by Google? |
| 16:25:07 | 3 | MR. MANCINI:  Objection; asked and answered |
| 16:25:09 | 4 | in an only slightly different variant. |
| 16:25:13 | 5 | THE WITNESS:  I don't recall such a |
| 16:25:14 | 6 | situation, but I'd be surprised if I didn't. |
| 16:25:17 | 7 | MR. DEIXLER:  Okay. |
| 16:25:17 | 8 | Q   If you wanted to refresh your memory about |
| 16:25:20 | 9 | the content of any conversation you had with Mr. Brin, |
| 16:25:23 | 10 | on whether the YouTube acquisition should go forward, |
| 16:25:30 | 11 | to what would you refer? |
| 16:25:35 | 12 | A   I'm not sure what I would use. |
| 16:25:37 | 13 | Q   Well, do you have a practice of making notes? |
| 16:25:40 | 14 | A   No. |
| 16:25:41 | 15 | Q   Do you have a videotape or an audiotape of |
| 16:25:44 | 16 | conversations that you had with Mr. Brin on that |
| 16:25:46 | 17 | subject matter? |
| 16:25:49 | 18 | A   Not that I can recall, and I assume if there |
| 16:25:52 | 19 | was, it would be -- if it were relevant, it would be |
| 16:25:57 | 20 | produced to counsel. |
| 16:25:58 | 21 | Q   We have the best of your memory with regards |
| 16:26:00 | 22 | to the topics you discussed with Mr. Brin regarding |
| 16:26:03 | 23 | whether you were for or against the acquisition of |
| 16:26:05 | 24 | YouTube; is that true? |
| 16:26:07 | 25 | MR. MANCINI:  Objection. |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 133

|  |  |  |
|---|---|---|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:26:07 | 2 | Is that a question? |
| 16:26:11 | 3 | THE WITNESS:  You're asking if I answered |
| 16:26:13 | 4 | your previous question? |
| 16:26:14 | 5 | MR. DEIXLER:  No. |
| 16:26:15 | 6 | Q    I'm asking if there's anything else that |
| 16:26:17 | 7 | could enhance your memory from what you just testified |
| 16:26:19 | 8 | to that you know of. |
| 16:26:20 | 9 | MR. MANCINI:  Objection; asked and answered. |
| 16:26:22 | 10 | THE WITNESS:  I can't think of anything |
| 16:26:24 | 11 | offhand. |
| 16:26:25 | 12 | MR. DEIXLER:  Q.  How about Mr. Schmidt? |
| 16:26:27 | 13 | Prior to the closure of the acquisition of YouTube, |
| 16:26:31 | 14 | did you and Mr. Schmidt discuss whether you were in |
| 16:26:33 | 15 | favor of it? |
| 16:26:35 | 16 | A    Like I said, I don't recall any specific |
| 16:26:38 | 17 | discussions around it.  Again, I'd be surprised if I |
| 16:26:42 | 18 | didn't. |
| 16:26:43 | 19 | Q    Can you recall in general any conversation |
| 16:26:45 | 20 | you and Mr. Schmidt had about the wisdom of Google |
| 16:26:48 | 21 | acquiring YouTube -- |
| 16:26:50 | 22 | MR. MANCINI:  Objection. |
| 16:26:51 | 23 | MR. DEIXLER:  Q.  -- prior to its |
| 16:26:52 | 24 | acquisition? |
| 16:26:53 | 25 | MR. MANCINI:  Objection; vague and ambiguous. |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 134

| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
|---|---|---|
| 16:26:54 | 2 | THE WITNESS: I don't recall. |
| 16:26:55 | 3 | MR. DEIXLER: Q. You have no memory, general |
| 16:26:58 | 4 | or specific, of any conversation you had with Mr. Brin |
| 16:27:01 | 5 | or with Mr. Schmidt on the topic of the acquisition |
| 16:27:05 | 6 | of -- of YouTube by Google prior to the acquisition |
| 16:27:08 | 7 | closing; is that your testimony, sir? |
| 16:27:10 | 8 | MR. MANCINI: Objection; asked and answered. |
| 16:27:13 | 9 | THE WITNESS: I already answered that |
| 16:27:16 | 10 | question. |
| 16:27:16 | 11 | MR. DEIXLER: Q. Is that your testimony, |
| 16:27:17 | 12 | sir? |
| 16:27:17 | 13 | A   Of course. I just said that. |
| 16:27:18 | 14 | MR. MANCINI: Objection; asked and answered. |
| 16:27:19 | 15 | THE WITNESS: I just said that. |
| 16:27:21 | 16 | MR. DEIXLER: Okay. |
| 16:27:22 | 17 | Q   You have no way of refreshing your memory, |
| 16:27:24 | 18 | that you know of, with regard to the conversations, if |
| 16:27:27 | 19 | any, that you had with Mr. Brin or Mr. Schmidt on the |
| 16:27:30 | 20 | wisdom of Google's acquiring YouTube prior to the |
| 16:27:34 | 21 | closure; is that also true? |
| 16:27:36 | 22 | MR. MANCINI: Objection; asked and answered |
| 16:27:37 | 23 | and vague and ambiguous. |
| 16:27:38 | 24 | THE WITNESS: I already answered. |
| 16:27:39 | 25 | MR. DEIXLER: I'm sorry. |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 135

|  |  |  |
|---|---|---|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:27:40 | 2 | Q   Will you answer my question, sir? |
| 16:27:41 | 3 | A   I said I already answered it. |
| 16:27:43 | 4 | MR. MANCINI:  Objection. |
| 16:27:44 | 5 | MR. DEIXLER:  I'm sorry. |
| 16:27:45 | 6 | Q   You didn't answer the question.  Would you |
| 16:27:46 | 7 | please do so now? |
| 16:27:47 | 8 | MR. MANCINI:  Sir, you are just harassing |
| 16:27:49 | 9 | this witness now, and you are wasting all of our time. |
| 16:27:51 | 10 | MR. DEIXLER:  All right. |
| 16:27:52 | 11 | Q   Answer the question please. |
| 16:27:53 | 12 | MR. MANCINI:  And you're directly violating |
| 16:27:54 | 13 | Judge Stanton's order in this case. |
| 16:27:57 | 14 | MR. DEIXLER:  That's not true. |
| 16:27:58 | 15 | Q   Answer the question, please, sir, if you |
| 16:27:58 | 16 | would. |
| 16:28:00 | 17 | A   Would you repeat the question? |
| 16:28:01 | 18 | Q   Yes. |
| 16:28:02 | 19 | Am I correct that you have nothing to which |
| 16:28:04 | 20 | you could refer which would refresh your memory with |
| 16:28:07 | 21 | regard to any conversations you had with Mr. Brin or |
| 16:28:11 | 22 | Mr. Schmidt on the topic of the wisdom of YouTube |
| 16:28:13 | 23 | being acquired by Google prior to the closure of that |
| 16:28:16 | 24 | transaction? |
| 16:28:17 | 25 | MR. MANCINI:  Objection; vague and ambiguous |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123   (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

## LARRY PAGE - HIGHLY CONFIDENTIAL

Page 136

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | PAGE, L. - HIGHLY CONFIDENTIAL                            |
| 16:28:19 | 2  | to be specific as to the term "wisdom," and asked and    |
| 16:28:22 | 3  | answered numerous times.                                 |
| 16:28:23 | 4  | MR. BASKIN:  Hold on one second, guys.                   |
| 16:28:25 | 5  | Keep the questions going.  My bag is in my               |
| 16:28:27 | 6  | colleague's car.                                         |
| 16:28:29 | 7  | MR. MANCINI:  Go ahead.                                   |
| 16:28:30 | 8  | MR. BASKIN:  I've got to get it, so.                      |
| 16:28:33 | 9  | MR. MANCINI:  Is the question, Counselor,                |
| 16:28:35 | 10 | designed to do anything other than harass this           |
| 16:28:37 | 11 | witness, because he's answered it numerous times?        |
| 16:28:39 | 12 | MR. DEIXLER:  Q.  Please answer the question.            |
| 16:28:40 | 13 | MR. MANCINI:  You're aware, Counselor --                 |
| 16:28:41 | 14 | MR. DEIXLER:  Q.  Please answer the question.            |
| 16:28:43 | 15 | MR. MANCINI:  You're aware, Counselor,                   |
| 16:28:46 | 16 | harassment is sanctionable in the Southern District of   |
| 16:28:48 | 17 | New York.                                                |
| 16:28:48 | 18 | MR. DEIXLER:  Q.  Please answer the question.            |
| 16:28:50 | 19 | A    Like I said --                                       |
| 16:28:50 | 20 | MR. MANCINI:  Asked and answered --                      |
| 16:28:51 | 21 | THE WITNESS:  -- anything.                                |
| 16:28:51 | 22 | MR. MANCINI:  -- numerous times?                          |
| 16:28:52 | 23 | THE WITNESS:  Same answer.                                |
| 16:28:54 | 24 | MR. DEIXLER:  Q.  You can't think of anything            |
| 16:28:56 | 25 | that you could refer to that would refresh your memory   |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 137

|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:29:00 | 2 | with regard to the conversation; is that true? |
| 16:29:02 | 3 | MR. MANCINI:  So that's now been asked and |
| 16:29:04 | 4 | answered about seven times, Counselor. |
| 16:29:06 | 5 | MR. DEIXLER:  Q.  Is that true? |
| 16:29:07 | 6 | A    I can't think of anything offhand.  I already |
| 16:29:09 | 7 | said multiple times. |
| 16:29:12 | 8 | Q    Why were you, in general, in favor of the |
| 16:29:15 | 9 | acquisition of YouTube by Google? |
| 16:29:19 | 10 | MR. MANCINI:  Objection; asked and answered; |
| 16:29:20 | 11 | mischaracterizes testimony. |
| 16:29:21 | 12 | THE WITNESS:  I said I don't remember being |
| 16:29:31 | 13 | against it. |
| 16:29:35 | 14 | MR. BASKIN:  I'm not trying to be rude, guys. |
| 16:29:40 | 15 | I just got to get my bag. |
| 16:29:40 | 16 | THE WITNESS:  You say what were my reasons? |
| 16:29:45 | 17 | MR. DEIXLER:  Yes, sir. |
| 16:29:48 | 18 | THE WITNESS:  Let me see.  I have to think |
| 16:29:50 | 19 | about that. |
| 16:29:53 | 20 | I mean, we do lots of different acquisitions. |
| 16:29:57 | 21 | I think there's always a balance of very many things. |
| 16:30:00 | 22 | I don't know that I remember my specific reasons, but |
| 16:30:03 | 23 | I can -- obviously it's a big site.  It has very good |
| 16:30:12 | 24 | functionality for -- or even did, at that time. |
| 16:30:15 | 25 | It has very good functionality for |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 138

| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
|---|---|---|
| 16:30:17 | 2 | discovering related videos for allowing anybody to |
| 16:30:24 | 3 | upload something, for those people to distribute those |
| 16:30:27 | 4 | and so on, which the community features on that were |
| 16:30:34 | 5 | very, very well-developed. |
| 16:30:37 | 6 | MR. DEIXLER:  Q.  Any other reason why you |
| 16:30:38 | 7 | favored the acquisition of YouTube by Google? |
| 16:30:42 | 8 | A    That I do now? |
| 16:30:43 | 9 | MR. MANCINI:  Objection; mischaracterizes his |
| 16:30:45 | 10 | testimony. |
| 16:30:45 | 11 | MR. DEIXLER:  Q.  Prior to the closing of the |
| 16:30:47 | 12 | acquisition. |
| 16:30:48 | 13 | MR. MANCINI:  Same objection. |
| 16:30:48 | 14 | THE WITNESS:  Like I said, I don't remember |
| 16:30:49 | 15 | my exact thinking around it.  I gave you some of |
| 16:30:52 | 16 | the -- some of the general things.  I think we were |
| 16:30:55 | 17 | very positive. |
| 16:30:57 | 18 | MR. DEIXLER:  Q.  Is there anything else, |
| 16:30:58 | 19 | other than the fact that it was a big site and the |
| 16:31:01 | 20 | functionality, which caused you to be in favor of the |
| 16:31:04 | 21 | acquisition of YouTube by Google prior to the closing |
| 16:31:07 | 22 | of the transaction? |
| 16:31:09 | 23 | MR. MANCINI:  Objection. |
| 16:31:09 | 24 | That intentionally misstates testimony, and |
| 16:31:13 | 25 | objection to the extent that, once again, we're going |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123   (212)705-8585

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 139

| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
|---|---|---|
| 16:31:15 | 2 | far afield of this Court's order. |
| 16:31:19 | 3 | MR. DEIXLER: Q. Please answer the question. |
| 16:31:22 | 4 | MR. MANCINI: Same objections. |
| 16:31:23 | 5 | THE WITNESS: Like I said, I don't recall, |
| 16:31:24 | 6 | like, any specifics or anything. |
| 16:31:27 | 7 | MR. DEIXLER: Q. If you wanted to refresh |
| 16:31:29 | 8 | your memory with regard to the reasons you favored the |
| 16:31:32 | 9 | acquisition of YouTube by Google prior to the closure |
| 16:31:36 | 10 | of that transaction, to what, if anything, would you |
| 16:31:40 | 11 | refer? |
| 16:31:40 | 12 | MR. MANCINI: Counselor, do you intend on |
| 16:31:42 | 13 | misrepresenting his testimony that he favored |
| 16:31:45 | 14 | something when he specifically told you his precise -- |
| 16:31:49 | 15 | MR. DEIXLER: Please, no speaking objections. |
| 16:31:51 | 16 | MR. MANCINI: You're intentionally -- |
| 16:31:52 | 17 | MR. DEIXLER: No speaking objections. |
| 16:31:53 | 18 | MR. MANCINI: But you're -- |
| 16:31:55 | 19 | MR. DEIXLER: If you have an objection, make |
| 16:31:57 | 20 | your objection, a legal objection. Stop talking. |
| 16:32:00 | 21 | Please don't try to intimidate me. |
| 16:32:01 | 22 | MR. MANCINI: Objection; misrepresenting the |
| 16:32:03 | 23 | witness's testimony. |
| 16:32:03 | 24 | MR. DEIXLER: Okay. |
| 16:32:05 | 25 | MR. MANCINI: Asked and answered and clearly |

a4869a54-831a-469e-8188-29b2aa8a3e2f

|           |    |                                            |
|-----------|----|--------------------------------------------|
|           | 1  | PAGE, L. - HIGHLY CONFIDENTIAL             |
| 16:32:06  | 2  | violating this Court's order.              |
| 16:32:06  | 3  | MR. BASKIN:  Q.  Would you answer the      |
| 16:32:06  | 4  | question now, sir?                         |
| 16:32:13  | 5  | A    Sorry.  You've got to repeat it now.  |
| 16:32:17  | 6  | Q   If you wanted to refresh your memory with |
| 16:32:19  | 7  | regard to the reasons you favor the acquisition of |
| 16:32:20  | 8  | YouTube by Google prior to the closure of that |
| 16:32:21  | 9  | transaction, to what, if anything, would you refer? |
| 16:32:23  | 10 | MR. MANCINI:  Same objections.             |
| 16:32:25  | 11 | THE WITNESS:  Again, I would disagree with |
| 16:32:26  | 12 | the premise.                               |
| 16:32:27  | 13 | MR. DEIXLER:  Q.  Which premise?           |
| 16:32:30  | 14 | A   The premise of your question.          |
| 16:32:32  | 15 | Q   Which one?                             |
| 16:32:34  | 16 | A   At least one.                          |
| 16:32:34  | 17 | Q   Which is the one you disagree with, sir? |
| 16:32:38  | 18 | A   Well, you are stating that I was for it, |
| 16:32:41  | 19 | which I don't remember saying.             |
| 16:32:42  | 20 | Q   Were you against it?                    |
| 16:32:44  | 21 | A   I don't --                             |
| 16:32:45  | 22 | MR. MANCINI:  Objection; asked and answered. |
| 16:32:46  | 23 | THE WITNESS:  I didn't say that either.    |
| 16:32:48  | 24 | MR. DEIXLER:  Q.  You were neither for it nor |
| 16:32:51  | 25 | against it?                                |

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 141

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | PAGE, L. - HIGHLY CONFIDENTIAL                       |
| 16:32:51 | 2  | MR. MANCINI:  Objection; asked and answered         |
| 16:32:53 | 3  | numerous times now.                                  |
| 16:32:54 | 4  | Counselor, maybe we should just read back            |
| 16:32:59 | 5  | what he said.                                         |
| 16:32:59 | 6  | MR. DEIXLER:  Q.  Were you for it or against         |
| 16:33:00 | 7  | it?                                                   |
| 16:33:01 | 8  | MR. MANCINI:  Objection; Counselor.  He's            |
| 16:33:03 | 9  | answered this question numerous times.  Maybe we     |
| 16:33:06 | 10 | should just read it back.                             |
| 16:33:06 | 11 | MR. DEIXLER:  Q.  Were you for it or against         |
| 16:33:08 | 12 | it?                                                   |
| 16:33:08 | 13 | MR. MANCINI:  Same objections.                       |
| 16:33:09 | 14 | THE WITNESS:  I believe what I stated was            |
| 16:33:10 | 15 | that I wasn't -- I don't remember being against it.  |
| 16:33:13 | 16 | MR. DEIXLER:  Q.  And if you weren't against         |
| 16:33:14 | 17 | it, does that mean you were for it?                  |
| 16:33:16 | 18 | A   No.                                              |
| 16:33:16 | 19 | Q   Did you abstain?                                 |
| 16:33:19 | 20 | A   Like I said, I --                                |
| 16:33:20 | 21 | MR. MANCINI:  Objection; lacks foundation.          |
| 16:33:22 | 22 | THE WITNESS:  Like I already explained, there       |
| 16:33:24 | 23 | wasn't -- I don't think it's really, like, a formal |
| 16:33:26 | 24 | process, and it also persists over time.            |
| 16:33:28 | 25 | MR. DEIXLER:  Q.  Prior to the closure of the       |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 142

|  |  |  |
|---|---|---|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:33:30 | 2 | acquisition of YouTube by Google, had you learned from |
| 16:33:34 | 3 | anybody that there were allegations that YouTube had |
| 16:33:38 | 4 | engaged in copyright infringements? |
| 16:33:40 | 5 | MR. MANCINI:  Objection to the extent it |
| 16:33:42 | 6 | seeks communications with counsel to which I instruct |
| 16:33:45 | 7 | the witness not to answer. |
| 16:33:46 | 8 | THE WITNESS:  I'll take advice of counsel. |
| 16:33:48 | 9 | MR. DEIXLER:  Q.  So except from your answer, |
| 16:33:53 | 10 | any -- any information you received from counsel, |
| 16:33:56 | 11 | other than from a lawyer conveying confidential |
| 16:34:00 | 12 | information for the purpose of rendering or receiving |
| 16:34:03 | 13 | legal advice, did you have any familiarity with the |
| 16:34:08 | 14 | fact of any allegations of copyright infringement made |
| 16:34:12 | 15 | with regard to YouTube prior to the closure of the |
| 16:34:15 | 16 | Google acquisition of YouTube? |
| 16:34:16 | 17 | MR. MANCINI:  Objection; vague and ambiguous; |
| 16:34:18 | 18 | calls for a legal conclusion. |
| 16:34:19 | 19 | THE WITNESS:  I don't recall. |
| 16:34:23 | 20 | MR. DEIXLER:  Q.  You don't recall, meaning, |
| 16:34:29 | 21 | you might have and you've forgotten? |
| 16:34:32 | 22 | MR. MANCINI:  Objection; that's nothing other |
| 16:34:33 | 23 | than harassing this witness. |
| 16:34:36 | 24 | THE WITNESS:  I don't recall. |
| 16:34:37 | 25 | MR. DEIXLER:  Q.  What does that mean? |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 143

| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
|---|---|---|
| 16:34:38 | 2 | MR. MANCINI:  That speaks for itself, |
| 16:34:40 | 3 | Counselor.  He doesn't recall. |
| 16:34:43 | 4 | MR. DEIXLER:  Q.  What does it mean, sir?  To |
| 16:34:45 | 5 | not recall, is it something you think you once knew |
| 16:34:48 | 6 | and you had forgotten, or is it something you believe? |
| 16:34:53 | 7 | You never knew. |
| 16:34:54 | 8 | MR. MANCINI:  You don't have to answer that. |
| 16:34:55 | 9 | MR. DEIXLER:  Q.  Please answer that |
| 16:34:58 | 10 | question. |
| 16:34:58 | 11 | MR. MANCINI:  The witness does not have to |
| 16:34:58 | 12 | answer that, Counselor, and you know it. |
| 16:34:58 | 13 | MR. DEIXLER:  He has to answer. |
| 16:34:59 | 14 | MR. MANCINI:  He doesn't recall an answer to |
| 16:35:00 | 15 | a question. |
| 16:35:00 | 16 | Do we need a definition -- a dictionary in |
| 16:35:03 | 17 | this room for what the term "recall" means? |
| 16:35:03 | 18 | MR. DEIXLER:  Q.  Would you answer my |
| 16:35:04 | 19 | question? |
| 16:35:05 | 20 | MR. MANCINI:  He doesn't have to answer the |
| 16:35:06 | 21 | question. |
| 16:35:07 | 22 | MR. DEIXLER:  You're instructing him not to |
| 16:35:09 | 23 | answer the question? |
| 16:35:09 | 24 | MR. MANCINI:  I'm not instructing him not to |
| 16:35:09 | 25 | answer a -- |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 144

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | PAGE, L. - HIGHLY CONFIDENTIAL                           |
| 16:35:09 | 2  | MR. DEIXLER:  Then answer the question.                 |
| 16:35:10 | 3  | MR. MANCINI:  -- harassing question.                    |
| 16:35:10 | 4  | MR. DEIXLER:  Then answer the question.                 |
| 16:35:13 | 5  | MR. MANCINI:  What -- what is the definition            |
| 16:35:13 | 6  | of the word "recall" says?                               |
| 16:35:16 | 7  | MR. DEIXLER:  Yes.                                       |
| 16:35:17 | 8  | Q    When you say "recall," "you do not recall,"         |
| 16:35:17 | 9  | does it mean that you once knew something, and you've    |
| 16:35:20 | 10 | forgotten it, or that you don't believe you --           |
| 16:35:21 | 11 | MR. MANCINI:  How in the world could you ever            |
| 16:35:22 | 12 | parse it that way, Counselor?                            |
| 16:35:24 | 13 | MR. DEIXLER:  Q.  Could you answer my                    |
| 16:35:25 | 14 | question?                                                 |
| 16:35:26 | 15 | A    I think I have responsibility for a great           |
| 16:35:29 | 16 | number of people and a huge amount of stuff, and I       |
| 16:35:32 | 17 | have -- there's a huge amount of detail that I can't     |
| 16:35:35 | 18 | remember.                                                 |
| 16:35:38 | 19 | Q    With regard to the -- your awareness of             |
| 16:35:41 | 20 | allegations of copyright infringement before the         |
| 16:35:44 | 21 | acquisition of YouTube by Google, do you believe that    |
| 16:35:49 | 22 | you once had received information about that and          |
| 16:35:51 | 23 | you've forgotten it?                                      |
| 16:35:54 | 24 | MR. MANCINI:  Objection; lacks foundation;               |
| 16:35:55 | 25 | intentionally mischaracterizes testimony, and calls      |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123   (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 145

| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
|---|---|---|
| 16:35:58 | 2 | for a legal conclusion. |
| 16:35:59 | 3 | THE WITNESS:  Like I said, I don't recall. |
| 16:36:02 | 4 | MR. DEIXLER:  Q.  If you wanted to refresh |
| 16:36:05 | 5 | your memory about whether you had received information |
| 16:36:08 | 6 | about allegations of copyright infringement by YouTube |
| 16:36:12 | 7 | prior to Google's acquisition, to what, if anything, |
| 16:36:15 | 8 | would you refer? |
| 16:36:17 | 9 | MR. MANCINI:  Same objections. |
| 16:36:19 | 10 | THE WITNESS:  Again, I can't think of |
| 16:36:20 | 11 | anything offhand. |
| 16:36:21 | 12 | MR. DEIXLER:  Q.  Can you recall having had |
| 16:36:23 | 13 | any conversation with Mr. Schmidt, either before or |
| 16:36:26 | 14 | after the acquisition of YouTube, in which the topic |
| 16:36:30 | 15 | of copyright infringement was discussed by you? |
| 16:36:33 | 16 | MR. MANCINI:  Same objection, and to the |
| 16:36:34 | 17 | extent it seeks communications either communicated by |
| 16:36:38 | 18 | counsel or relayed from counsel, instruct the witness |
| 16:36:40 | 19 | not to answer. |
| 16:36:41 | 20 | THE WITNESS:  I don't recall. |
| 16:36:42 | 21 | MR. DEIXLER:  Q.  You don't recall any |
| 16:36:43 | 22 | conversation that you had with Mr. Schmidt on any |
| 16:36:46 | 23 | occasion on the topic of copyright infringements; is |
| 16:36:49 | 24 | that correct? |
| 16:36:49 | 25 | MR. MANCINI:  Counselor, do you hope to get a |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 146

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
|          | 1  | PAGE, L. - HIGHLY CONFIDENTIAL                             |
| 16:36:51 | 2  | different answer by asking the same exact question         |
| 16:36:53 | 3  | twice?                                                      |
| 16:36:53 | 4  | MR. DEIXLER:  If you would stop talking and               |
| 16:36:55 | 5  | only make legal objections, this would go much faster.     |
| 16:36:57 | 6  | MR. MANCINI:  You are violating the Court's               |
| 16:36:59 | 7  | order where he specifically asked you, specifically        |
| 16:37:03 | 8  | instructed counsel, how to conduct this deposition.        |
| 16:37:05 | 9  | You're repeating questions which is clearly in             |
| 16:37:09 | 10 | violation --                                               |
| 16:37:09 | 11 | MR. DEIXLER:  Please, stop wasting my time.               |
| 16:37:09 | 12 | Make legal objections and not speaking objections.         |
| 16:37:10 | 13 | Q   Would you answer my question?                          |
| 16:37:10 | 14 | MR. MANCINI:  Objection; asked and answered.              |
| 16:37:12 | 15 | MR. BASKIN:  Q.  Would you answer my                      |
| 16:37:13 | 16 | question?                                                   |
| 16:37:15 | 17 | A   I don't recall.                                        |
| 16:37:16 | 18 | Q   Can you recall having had any conversation            |
| 16:37:17 | 19 | with Mr. Schmidt, either before or after the               |
| 16:37:20 | 20 | acquisition of YouTube, in which the topic of              |
| 16:37:23 | 21 | copyright infringement was discussed by either you or      |
| 16:37:25 | 22 | by him?                                                     |
| 16:37:26 | 23 | MR. MANCINI:  Objection; asked and answered;              |
| 16:37:27 | 24 | same reservation with respect to the communication of      |
| 16:37:30 | 25 | privileged information.                                     |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 147

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | PAGE, L. - HIGHLY CONFIDENTIAL                           |
| 16:37:31 | 2  | THE WITNESS:  Again, I don't recall.                    |
| 16:37:31 | 3  | MR. DEIXLER:  Okay.                                      |
| 16:37:32 | 4  | Q    How about Mr. Brin?  Do you recall on any          |
| 16:37:34 | 5  | occasion ever discussing with Mr. Brin allegations of   |
| 16:37:38 | 6  | copyright infringement as to YouTube either before or   |
| 16:37:42 | 7  | after Google's acquisition of YouTube?                  |
| 16:37:43 | 8  | MR. MANCINI:  Objection to the extent it                |
| 16:37:45 | 9  | seeks communications either with or from counsel to     |
| 16:37:49 | 10 | which the witness is instructed not to answer.          |
| 16:37:52 | 11 | THE WITNESS:  I don't recall.                           |
| 16:37:53 | 12 | MR. DEIXLER:  Q.  If you wanted to refresh              |
| 16:37:55 | 13 | your memory about whether you and Mr. Brin or you and   |
| 16:37:58 | 14 | Mr. Schmidt had ever discussed that topic, to what, if  |
| 16:38:02 | 15 | anything, would you refer?                              |
| 16:38:04 | 16 | MR. MANCINI:  Objection; lacks foundation.              |
| 16:38:07 | 17 | THE WITNESS:  Same answer.                              |
| 16:38:08 | 18 | MR. DEIXLER:  Q.  You can't think of anything           |
| 16:38:09 | 19 | to which you could refer; correct?                      |
| 16:38:11 | 20 | A    No.                                                |
| 16:38:11 | 21 | Q    You know of no document; true?                     |
| 16:38:14 | 22 | MR. MANCINI:  Objection, Counselor.  He just            |
| 16:38:15 | 23 | answered that question.                                 |
| 16:38:17 | 24 | THE WITNESS:  Again, I can't think of                   |
| 16:38:19 | 25 | anything offhand, no.                                   |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 148

|  |  |  |
|---|---|---|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:38:21 | 2 | MR. DEIXLER:  Q.  Did you ever give |
| 16:38:25 | 3 | consideration to whether there were technologic |
| 16:38:35 | 4 | methods which would make copyright violations by |
| 16:38:40 | 5 | YouTube less likely to occur? |
| 16:38:42 | 6 | MR. MANCINI:  Objection; lacks foundation; |
| 16:38:44 | 7 | calls for speculation, and seeks a legal conclusion. |
| 16:38:47 | 8 | THE WITNESS:  I guess I'm not -- I feel like |
| 16:38:53 | 9 | I don't understand the premise again. |
| 16:38:55 | 10 | MR. DEIXLER:  I see. |
| 16:38:55 | 11 | Q    You received a copy, in February of 2007, of |
| 16:39:01 | 12 | a letter from Mr. Fricklas, who was the -- is the |
| 16:39:05 | 13 | general counsel of Viacom, in which he made |
| 16:39:09 | 14 | suggestions and allegations about copyright |
| 16:39:13 | 15 | infringement and said there would be a large takedown |
| 16:39:17 | 16 | of Viacom-owned material. |
| 16:39:19 | 17 | Do you recall learning about that some time |
| 16:39:22 | 18 | in 2007? |
| 16:39:23 | 19 | MR. MANCINI:  Objection; lacks foundation; |
| 16:39:25 | 20 | vague and ambiguous; asked and answered. |
| 16:39:27 | 21 | THE WITNESS:  Hold on one second. |
| 16:39:29 | 22 | You're referring to the document that was |
| 16:39:32 | 23 | already discussed. |
| 16:39:33 | 24 | MR. DEIXLER:  I believe it's Exhibit 15, if |
| 16:39:38 | 25 | my memory serves. |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 149

|  |  |  |
|---|---|---|
| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:39:39 | 2 | Q   Do you recall that document? |
| 16:39:40 | 3 | MR. MANCINI:  Same objections; asked and |
| 16:39:41 | 4 | answered. |
| 16:39:41 | 5 | THE WITNESS:  I already said I don't recall |
| 16:39:43 | 6 | that document. |
| 16:39:43 | 7 | MR. DEIXLER:  Q.  Do you recall any |
| 16:39:44 | 8 | discussion about the fact of that document having been |
| 16:39:46 | 9 | received? |
| 16:39:46 | 10 | MR. MANCINI:  Same objections; asked and |
| 16:39:48 | 11 | answered. |
| 16:39:48 | 12 | THE WITNESS:  Again, I don't recall, and I |
| 16:39:49 | 13 | also don't think it was delivered to me.  I think it |
| 16:39:51 | 14 | was delivered to the company. |
| 16:39:52 | 15 | MR. DEIXLER:  Q.  It was delivered to |
| 16:39:53 | 16 | Mr. Drummond? |
| 16:39:54 | 17 | A   Yes. |
| 16:39:54 | 18 | Q   And is Mr. Drummond a lawyer? |
| 16:39:59 | 19 | A   Yes. |
| 16:39:59 | 20 | Q   Okay.  And is it your best memory that when |
| 16:40:03 | 21 | Mr. Fricklas's letter to Viacom was delivered to the |
| 16:40:07 | 22 | company, you did not become aware of it? |
| 16:40:10 | 23 | MR. MANCINI:  Objection; asked and answered |
| 16:40:11 | 24 | numerous times. |
| 16:40:12 | 25 | THE WITNESS:  I said I don't recollect it. |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 150

|  |  |  |
|---|---|---|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:40:14 | 2 | MR. DEIXLER:  Q.  Do you recall the issue |
| 16:40:16 | 3 | being presented, whether you recall the letter itself |
| 16:40:19 | 4 | or not -- |
| 16:40:20 | 5 | MR. MANCINI:  Counselor -- |
| 16:40:21 | 6 | MR. DEIXLER:  Q.  -- that is that Viacom was |
| 16:40:22 | 7 | going to take down programming? |
| 16:40:25 | 8 | MR. MANCINI:  Counselor, objection; asked and |
| 16:40:27 | 9 | answered by Mr. Baskin no more than about 30 minutes |
| 16:40:30 | 10 | ago. |
| 16:40:31 | 11 | THE WITNESS:  Yeah.  Like I said, I don't |
| 16:40:32 | 12 | recall. |
| 16:40:33 | 13 | MR. DEIXLER:  Q.  Was there ever a time that |
| 16:40:38 | 14 | you in your position as president of product and |
| 16:40:45 | 15 | cofounder directed anybody to determine whether there |
| 16:40:48 | 16 | were violations of the copyrights of any copyright |
| 16:40:51 | 17 | holder -- |
| 16:40:52 | 18 | MR. MANCINI:  Objection. |
| 16:40:53 | 19 | MR. DEIXLER:  Q.  -- by the operation of |
| 16:40:54 | 20 | YouTube? |
| 16:40:55 | 21 | MR. MANCINI:  Objection; lacks foundation; |
| 16:40:56 | 22 | calls for a legal conclusion. |
| 16:40:59 | 23 | THE WITNESS:  Again, I'm not an expert on the |
| 16:41:01 | 24 | operation of YouTube, but I don't recall any such |
| 16:41:02 | 25 | thing. |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 151

1          PAGE, L. - HIGHLY CONFIDENTIAL

16:41:03    2          MR. DEIXLER:  Q.  You don't recall giving an
16:41:04    3     instruction to anybody to find out whether there was a
16:41:09    4     basis for allegations of copyright infringement by
16:41:11    5     YouTube; correct?
16:41:12    6          MR. MANCINI:  Same objections; asked and just
16:41:15    7     answered.
16:41:15    8          THE WITNESS:  There were a lot of assumptions
16:41:17    9     in that question, and I don't recall.
16:41:18   10          MR. DEIXLER:  Q.  You don't recall whether
16:41:19   11     you gave such an instruction?
16:41:21   12          MR. MANCINI:  Objection; asked and answered.
16:41:23   13          THE WITNESS:  I don't recall.
16:41:24   14          MR. DEIXLER:  Q.  Was there ever a time when
16:41:29   15     you said to somebody, "There seemed to be a lot of
16:41:33   16     allegations that YouTube may be infringing copyright."
16:41:38   17     I'd like you to find out about it and report to me,"
16:41:41   18     or words to that effect?
16:41:42   19          MR. MANCINI:  Objection; lacks foundation;
16:41:44   20     calls for speculation.
16:41:45   21          THE WITNESS:  I don't recall doing that, no.
16:41:50   22          MR. DEIXLER:  Q.  Can you recall from the
16:41:53   23     time when you first -- well, let me go back.
16:41:55   24          When is the first time you can recall logging
16:41:57   25     in and seeing YouTube?

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 152

| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
|---|---|---|
| 16:42:05 | 2 | A    I don't know.  I assume some time around the |
| 16:42:07 | 3 | acquisition, but I don't recall that. |
| 16:42:08 | 4 | Q    Shortly before the acquisition or months |
| 16:42:10 | 5 | before the acquisition? |
| 16:42:12 | 6 | A    That was quite a while ago.  I don't -- you |
| 16:42:14 | 7 | know, I visit a lot of websites.  I don't remember. |
| 16:42:17 | 8 | Q    I'm focused on YouTube. |
| 16:42:18 | 9 | Can you recall approximately the first time |
| 16:42:20 | 10 | when you went to the YouTube website? |
| 16:42:23 | 11 | A    I mean, no, I can't recall that. |
| 16:42:26 | 12 | Q    Can you recall what caused you to go to the |
| 16:42:29 | 13 | YouTube website for the first time? |
| 16:42:30 | 14 | A    No. |
| 16:42:30 | 15 | Q    Can you recall discussing with anybody what |
| 16:42:33 | 16 | you saw on the YouTube website when you first went |
| 16:42:36 | 17 | there? |
| 16:42:36 | 18 | A    No. |
| 16:42:36 | 19 | Q    Can you recall on any occasion discussing |
| 16:42:38 | 20 | with Mr. Brin or Mr. Schmidt what you saw on the |
| 16:42:41 | 21 | YouTube website? |
| 16:42:46 | 22 | A    I can't recall any specific instance, no. |
| 16:42:47 | 23 | Q    Can you recall on any occasion of viewing |
| 16:42:49 | 24 | something on the YouTube website which cautioned you |
| 16:42:53 | 25 | to be concerned about whether it was properly on the |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 153

```
                  1          PAGE, L. - HIGHLY CONFIDENTIAL
16:42:58          2     website?
16:42:59          3             MR. MANCINI:  Objection; vague and ambiguous.
16:43:00          4             THE WITNESS:  I can't recall that, no.
16:43:02          5             MR. DEIXLER:  Q.  When's the last time you
16:43:04          6     looked at the YouTube website?
16:43:10          7         A   Probably pretty recently, but I can't
16:43:15          8     remember exactly.
16:43:16          9         Q   Would it be fair to say that from the time
16:43:19         10     you first looked at the YouTube website until the last
16:43:21         11     time you looked at the YouTube website, on no occasion
16:43:24         12     did you observe anything which caused you to think
16:43:27         13     about whether there were copyright infringements
16:43:29         14     viewable on those -- on that website?
16:43:31         15             MR. MANCINI:  Objection; vague and ambiguous;
16:43:34         16     calls for a legal conclusion.
16:43:35         17             THE WITNESS:  I don't recall that, no.
16:43:37         18             MR. DEIXLER:  Q.  Can you recall being
16:43:39         19     involved in a discussion about the value of The
16:43:43         20     Football Association Premier League's broadcast?
16:43:48         21         A   No.
16:43:48         22         Q   Can you recall participating in any written
16:43:51         23     communications on the topic of The Football
16:43:56         24     Association Premier League?
16:43:58         25         A   Like I said, I don't recall.
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123   (212) 705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 154

|  |  |  |
|---|---|---|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:44:00 | 2 | Q   Do you know what the Premier League is? |
| 16:44:02 | 3 | A   I assume it's something related to sports. |
| 16:44:04 | 4 | Q   That's all you know about it?  Can you think |
| 16:44:06 | 5 | of any particular sport it's associated with or -- |
| 16:44:10 | 6 | A   Well, you said football.  I'm not really a |
| 16:44:11 | 7 | big follower of sports. |
| 16:44:11 | 8 | Q   So as you sit here today, you have really no |
| 16:44:14 | 9 | idea what particular sport The Football Association |
| 16:44:18 | 10 | Premier League is affiliated with? |
| 16:44:18 | 11 | A   I'm guessing. |
| 16:44:22 | 12 | MR. MANCINI:  Objection; asked and answered. |
| 16:44:23 | 13 | THE WITNESS:  I'm guessing football.  It |
| 16:44:24 | 14 | doesn't seem like -- |
| 16:44:25 | 15 | MR. DEIXLER:  Q.  You're guessing.  You don't |
| 16:44:27 | 16 | know; correct? |
| 16:44:28 | 17 | A   Football is in the name. |
| 16:44:30 | 18 | Q   Okay.  You're guessing that it's football, |
| 16:44:32 | 19 | but you don't know for sure; is that your testimony? |
| 16:44:34 | 20 | MR. MANCINI:  Objection; asked and answered. |
| 16:44:35 | 21 | THE WITNESS:  Yeah, I'm not sure. |
| 16:44:36 | 22 | MR. DEIXLER:  Q.  Let me -- who is Omid |
| 16:44:48 | 23 | Kordestani? |
| 16:44:51 | 24 | MR. MANCINI:  Continuing objections to the |
| 16:44:55 | 25 | violations of this Court's order. |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123   (212)705-8585

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 155

|  |  |
|---|---|
| | 1 |   PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:44:56 | 2 |   THE WITNESS:  Yeah, that's actually on our |
| 16:45:00 | 3 | website, but he's, you know, a business development |
| 16:45:03 | 4 | VP. |
| 16:45:04 | 5 |   MR. DEIXLER:  Q.  And he works for Google; |
| 16:45:08 | 6 | does he? |
| 16:45:09 | 7 |   A   Yes, he does. |
| 16:45:10 | 8 |   MR. MANCINI:  Same objection. |
| 16:45:11 | 9 |   MR. DEIXLER:  Q.  And -- |
| 16:45:15 | 10 |   A   You certainly don't need me to answer that; |
| 16:45:17 | 11 | no? |
| 16:45:17 | 12 |   Q   I'm sorry? |
| 16:45:18 | 13 |   A   You don't need me to answer that; no? |
| 16:45:21 | 14 |   Q   I'm going to show you a -- he and you were in |
| 16:45:24 | 15 | communications, is that correct, with regard to work |
| 16:45:27 | 16 | that he was doing for Google? |
| 16:45:30 | 17 |   A   I remember talking to Omid from time to time. |
| 16:45:39 | 18 |   Q   You recall having communications with him |
| 16:45:41 | 19 | about The English Premier Football (Soccer) |
| 16:45:50 | 20 | opportunity? |
| 16:45:50 | 21 |   MR. MANCINI:  Objection; lacks foundation. |
| 16:45:51 | 22 |   THE WITNESS:  I don't recall. |
| 16:45:53 | 23 |   MR. DEIXLER:  I'd like to find this at a |
| 16:46:11 | 24 | break. |
| 16:46:12 | 25 |   Q   Can you recall having a discussion in writing |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 156

| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
|---|---|---|
| 16:46:13 | 2 | with Mr. Kordestani on the topic of whether content of |
| 16:46:18 | 3 | The English Premier League Football should be paid for |
| 16:46:22 | 4 | or not? |
| 16:46:23 | 5 | MR. MANCINI:  Objection; lacks foundation. |
| 16:46:25 | 6 | THE WITNESS:  I don't recall. |
| 16:46:28 | 7 | MR. DEIXLER:  Q.  Can you recall having any |
| 16:46:32 | 8 | conversations with Mr. Brin or Mr. Schmidt on the |
| 16:46:36 | 9 | topic of The English Premier Football League? |
| 16:46:41 | 10 | A   I don't recall. |
| 16:46:42 | 11 | Q   Can you recall having had any conversations |
| 16:46:44 | 12 | with anybody about the desirability of English Premier |
| 16:46:51 | 13 | League Football content being licensed for YouTube |
| 16:46:56 | 14 | viewing? |
| 16:46:56 | 15 | MR. MANCINI:  Objection; vague and ambiguous; |
| 16:46:57 | 16 | lacks foundation. |
| 16:46:58 | 17 | THE WITNESS:  I don't recall and, you know, |
| 16:47:00 | 18 | there's lot of these kinds of things.  I mean, there's |
| 16:47:05 | 19 | probably -- I would imagine Google is probably |
| 16:47:08 | 20 | negotiating with every content owner there is. |
| 16:47:11 | 21 | MR. DEIXLER:  Yeah.  I'm focused on any |
| 16:47:13 | 22 | memory you have of any kind of discussion on that |
| 16:47:17 | 23 | topic, that is, licensing, with The English Premier |
| 16:47:20 | 24 | League. |
| 16:47:21 | 25 | Do you have any memory of that at all? |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 157

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | PAGE, L. - HIGHLY CONFIDENTIAL                     |
| 16:47:23 | 2  | A    No.                                           |
| 16:47:23 | 3  | Q    You don't deny that you had such              |
| 16:47:25 | 4  | communications; do you?                            |
| 16:47:26 | 5  | MR. MANCINI:  Objection.                           |
| 16:47:28 | 6  | THE WITNESS:  I mean, like I said, I don't         |
| 16:47:30 | 7  | recall.                                            |
| 16:47:30 | 8  | MR. DEIXLER:  Q.  Can you recall learning, in      |
| 16:47:35 | 9  | advance of a content licensing arrangement with the|
| 16:47:41 | 10 | Walt Disney Company, that that agreement was going to|
| 16:47:44 | 11 | be entered into?                                   |
| 16:47:46 | 12 | MR. MANCINI:  Objection; asked and answered        |
| 16:47:47 | 13 | numerous times.                                    |
| 16:47:50 | 14 | THE WITNESS:  Yeah, I don't recall specifics       |
| 16:47:52 | 15 | there.                                             |
| 16:47:52 | 16 | MR. DEIXLER:  Q.  Can you recall discussing        |
| 16:47:54 | 17 | the topic with Mr. Brin prior to the entry into the|
| 16:47:59 | 18 | agreement with the Walt Disney Company?            |
| 16:48:01 | 19 | MR. MANCINI:  Objection, Counselor.  We have       |
| 16:48:03 | 20 | spent enumerable time with Mr. Baskin on this precise|
| 16:48:08 | 21 | subject.                                           |
| 16:48:08 | 22 | MR. DEIXLER:  Please, Counsel.                     |
| 16:48:09 | 23 | MR. MANCINI:  Objection; asked and answered.       |
| 16:48:12 | 24 | MR. DEIXLER:  Q.  Answer the question now.         |
| 16:48:13 | 25 | A    I don't recall.                               |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | PAGE, L. - HIGHLY CONFIDENTIAL                           |
| 16:48:13 | 2  | Q   How about Mr. Schmidt?  Do you recall                |
| 16:48:15 | 3  | discussing with Mr. Schmidt entering into the Walt       |
| 16:48:17 | 4  | Disney Company arrangement?                              |
| 16:48:18 | 5  | MR. MANCINI:  So, Counselor, we -- we are           |
| 16:48:20 | 6  | clearly now -- you are clearly now in violation of      |
| 16:48:23 | 7  | this Court's order.                                      |
| 16:48:24 | 8  | MR. DEIXLER:  Okay.                                  |
| 16:48:24 | 9  | MR. MANCINI:  Clearly, and at some point           |
| 16:48:25 | 10 | we're going to --                                       |
| 16:48:27 | 11 | MR. DEIXLER:  Even if you keep saying it, it        |
| 16:48:28 | 12 | doesn't make it true, and it's improper objection --    |
| 16:48:29 | 13 | MR. MANCINI:  It is actually true, and I can       |
| 16:48:31 | 14 | read back the transcript to the judge if you want.  It  |
| 16:48:33 | 15 | is clearly in violation of the Court's order.           |
| 16:48:33 | 16 | MR. DEIXLER:  It is an improper -- it is an         |
| 16:48:35 | 17 | improper objection on top of that, so it is not --      |
| 16:48:37 | 18 | MR. MANCINI:  It is no such thing.                 |
| 16:48:38 | 19 | MR. DEIXLER:  I don't want to engage with you       |
| 16:48:39 | 20 | further.                                                |
| 16:48:39 | 21 | Q   Did you have conversations with Mr. Schmidt      |
| 16:48:41 | 22 | in advance of the entry into the arrangement with the   |
| 16:48:43 | 23 | Walt Disney Company?  Yes or no?                        |
| 16:48:45 | 24 | MR. MANCINI:  Objection; lacks foundation;         |
| 16:48:47 | 25 | asked and answered numerous times; continuing           |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 159

| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
|---|---|---|
| 16:48:49 | 2 | objection to the violation of this Court's order. |
| 16:48:51 | 3 | THE WITNESS:  I don't recall. |
| 16:48:52 | 4 | MR. DEIXLER:  Q.  If you wanted to refresh |
| 16:48:54 | 5 | your memory on the topics that you had with Mr. Brin |
| 16:48:57 | 6 | or Mr. Schmidt with regard to the terms of an |
| 16:48:59 | 7 | arrangement with the Walt Disney Company, to what, if |
| 16:49:03 | 8 | anything, would you refer? |
| 16:49:04 | 9 | MR. MANCINI:  Same objections. |
| 16:49:05 | 10 | THE WITNESS:  Again, I can't think of |
| 16:49:06 | 11 | anything offhand. |
| 16:49:10 | 12 | MR. DEIXLER:  Q.  In your not remembering |
| 16:49:12 | 13 | that you were opposed to the acquisition of YouTube by |
| 16:49:17 | 14 | Google, can you recall participating in any discussion |
| 16:49:20 | 15 | with anybody on the topic of the financial value to |
| 16:49:25 | 16 | Google of the acquisition of YouTube? |
| 16:49:28 | 17 | MR. MANCINI:  Objection; intentionally |
| 16:49:30 | 18 | mischaracterizes his prior testimony; vague and |
| 16:49:32 | 19 | ambiguous. |
| 16:49:32 | 20 | MR. DEIXLER:  Q.  Can you answer the |
| 16:49:33 | 21 | question, please? |
| 16:49:44 | 22 | A   I don't recall much of any real financial |
| 16:49:47 | 23 | analysis.  In general, for startups, it's a pretty |
| 16:49:54 | 24 | difficult thing. |
| 16:49:55 | 25 | Q   Can you recall participating in any |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123   (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 160

| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
|---|---|---|
| 16:49:57 | 2 | conversation with Mr. Schmidt or Mr. Brin on the |
| 16:50:00 | 3 | economic value to Google of acquiring YouTube? |
| 16:50:06 | 4 | MR. MANCINI:  Objection; asked and answered; |
| 16:50:09 | 5 | vague and ambiguous. |
| 16:50:09 | 6 | THE WITNESS:  Again, I don't recall the |
| 16:50:10 | 7 | specifics around those discussions. |
| 16:50:12 | 8 | MR. DEIXLER:  Q.  Can you recall in general |
| 16:50:13 | 9 | that you had such conversations? |
| 16:50:15 | 10 | MR. MANCINI:  Same objections. |
| 16:50:17 | 11 | THE WITNESS:  I can't recall conversations. |
| 16:50:19 | 12 | I'd be surprised if there weren't some. |
| 16:50:21 | 13 | MR. DEIXLER:  Q.  If you wanted to refresh |
| 16:50:23 | 14 | your memory on the topic of any conversation that you |
| 16:50:25 | 15 | had with Mr. Schmidt or Mr. Brin on the topic of the |
| 16:50:28 | 16 | economic value to Google of acquiring YouTube, to |
| 16:50:32 | 17 | what, if anything, would you refer? |
| 16:50:33 | 18 | MR. MANCINI:  Objection; vague and ambiguous. |
| 16:50:35 | 19 | THE WITNESS:  Like I said, I can't think of |
| 16:50:37 | 20 | anything offhand. |
| 16:50:38 | 21 | MR. DEIXLER:  Q.  Can you recall having had |
| 16:50:53 | 22 | any conversations with Mr. Schmidt or Mr. Brin on the |
| 16:50:59 | 23 | topic of the competitive advantage to Google in |
| 16:51:02 | 24 | acquiring YouTube? |
| 16:51:04 | 25 | MR. MANCINI:  Objection; vague and ambiguous; |

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 161

|  |  |  |
|---|---|---|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:51:06 | 2 | lacks foundation. |
| 16:51:08 | 3 | THE WITNESS:  I mean, I already said I can't |
| 16:51:12 | 4 | remember specifics.  I can't remember anything about |
| 16:51:14 | 5 | the competitive issues. |
| 16:51:15 | 6 | MR. DEIXLER:  Q.  Can you recall having |
| 16:51:16 | 7 | conversations with Mr. Brin or Mr. Schmidt on the |
| 16:51:22 | 8 | disadvantages Google Video had compared to YouTube |
| 16:51:26 | 9 | prior to the acquisition? |
| 16:51:29 | 10 | MR. MANCINI:  Objection; lacks foundation. |
| 16:51:31 | 11 | Objection; vague and ambiguous.  Objection; asked and |
| 16:51:33 | 12 | answered. |
| 16:51:34 | 13 | THE WITNESS:  I can't remember any specifics |
| 16:51:36 | 14 | about discussions with them and about Google Video, |
| 16:51:41 | 15 | no. |
| 16:51:41 | 16 | MR. DEIXLER:  Q.  Can you recall anything in |
| 16:51:42 | 17 | general that you discussed with them on that topic? |
| 16:51:45 | 18 | MR. MANCINI:  Same objections. |
| 16:51:47 | 19 | THE WITNESS:  Sorry.  Same thing.  I can't |
| 16:51:49 | 20 | remember. |
| 16:51:49 | 21 | MR. DEIXLER:  Q.  So you can't recall |
| 16:51:50 | 22 | generally or specifically a conversation with Mr. Brin |
| 16:51:53 | 23 | or Mr. Schmidt on the relative competitive advantages |
| 16:51:56 | 24 | of YouTube versus Google Video; is that fair? |
| 16:52:00 | 25 | MR. MANCINI:  Counsel, do you like restating |

a4869a54-831a-469e-8188-29b2aa8a3e2f

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | PAGE, L. - HIGHLY CONFIDENTIAL                     |
| 16:52:02 | 2  | his testimony, because that's exactly what you just |
| 16:52:05 | 3  | did?                                               |
| 16:52:06 | 4  | MR. DEIXLER:  Please, stop.                        |
| 16:52:06 | 5  | Q   Would you answer the question?                 |
| 16:52:07 | 6  | MR. MANCINI:  Objection; asked and just            |
| 16:52:09 | 7  | answered.  You're just rephrasing his answer as a  |
| 16:52:12 | 8  | question.                                          |
| 16:52:12 | 9  | MR. DEIXLER:  Q.  Would you answer the             |
| 16:52:13 | 10 | question, please?                                  |
| 16:52:14 | 11 | MR. MANCINI:  Again, asked and answered.           |
| 16:52:15 | 12 | THE WITNESS:  Like I said, I don't recall.         |
| 16:52:17 | 13 | MR. DEIXLER:  Q.  If you wanted to refresh         |
| 16:52:19 | 14 | your memory on that topic, to what, if anything, would |
| 16:52:22 | 15 | you refer?                                         |
| 16:52:23 | 16 | A   Well, like I said --                           |
| 16:52:24 | 17 | MR. MANCINI:  Objection; lacks foundation.         |
| 16:52:25 | 18 | THE WITNESS:  -- nothing comes to mind.            |
| 16:52:28 | 19 | MR. DEIXLER:  Q.  During the period in             |
| 16:52:29 | 20 | advance within the first, I'll say, 60 days before the |
| 16:52:32 | 21 | acquisition of YouTube by Google, how frequently did |
| 16:52:35 | 22 | you and Mr. Schmidt speak?                         |
| 16:52:37 | 23 | MR. MANCINI:  Objection; asked and answered.       |
| 16:52:40 | 24 | THE WITNESS:  Like I've already stated, we         |
| 16:52:44 | 25 | talk fairly frequently.  But, you know, three -- this |

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 163

|  |  |  |
|---|---|---|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:52:47 | 2 | is about three years ago, I guess.  I don't remember |
| 16:52:49 | 3 | how often we talked. |
| 16:52:50 | 4 | MR. DEIXLER:  Q.  What's your best estimate? |
| 16:52:54 | 5 | MR. MANCINI:  Objection; asked and answered. |
| 16:52:55 | 6 | Counselor, I think it's time that I remind |
| 16:52:59 | 7 | you what Judge Stanton said about this conference. |
| 16:52:59 | 8 | Perhaps you're not aware of the history that |
| 16:53:03 | 9 | lead to this deposition. |
| 16:53:03 | 10 | MR. DEIXLER:  Please stop wasting my time. |
| 16:53:05 | 11 | Don't interfere any further or -- |
| 16:53:06 | 12 | MR. MANCINI:  Counselor, you're clearly now |
| 16:53:09 | 13 | violating -- |
| 16:53:09 | 14 | MR. DEIXLER:  All right. |
| 16:53:10 | 15 | I'll adjourn the deposition. |
| 16:53:13 | 16 | MR. MANCINI:  Call the judge. |
| 16:53:14 | 17 | MR. DEIXLER:  We are going to call the judge. |
| 16:53:16 | 18 | I've had it with this. |
| 16:53:16 | 19 | MR. MANCINI:  Let's call the judge now. |
| 16:53:18 | 20 | MR. DEIXLER:  I'm happy to do that. |
| 16:53:18 | 21 | MR. MANCINI:  Shall we do that now? |
| 16:53:18 | 22 | MR. DEIXLER:  Sure.  Let's do that. |
| 16:53:18 | 23 | MR. MANCINI:  Okay.  Let's do it. |
| 16:53:18 | 24 | MR. DEIXLER:  I want to make sure that the |
| 16:53:19 | 25 | judge has the full benefit of -- of the behavior |

DAVID FELDMAN WORLDWIDE, INC.

450 Seventh Avenue - Ste 2803, New York, NY 10123   (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 164

|  |  |  |
|---|---|---|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:53:20 | 2 | engaged in by you because it's nothing short of |
| 16:53:20 | 3 | shocking and it's certainly unnecessary. |
| 16:53:20 | 4 | MR. MANCINI:  Okay. |
| 16:53:23 | 5 | MR. DEIXLER:  So I'd like the benefit of the |
| 16:53:25 | 6 | transcript of the time from when I began the |
| 16:53:28 | 7 | examination of the witness, through and including now, |
| 16:53:30 | 8 | which is about 4:55 California time. |
| 16:53:34 | 9 | MR. MANCINI:  Okay.  And do we want to call |
| 16:53:36 | 10 | the judge right now, because I'm happy to do that?  I |
| 16:53:39 | 11 | am happy to call him. |
| 16:53:40 | 12 | MR. DEIXLER:  I'm thinking it's probably 8:00 |
| 16:53:42 | 13 | in New York City.  If you think he's there, I'm happy |
| 16:53:45 | 14 | to do it. |
| 16:53:46 | 15 | MR. MANCINI:  I doubt he's there. |
| 16:53:46 | 16 | MR. DEIXLER:  If you prefer to arrange a call |
| 16:53:46 | 17 | tomorrow -- |
| 16:53:47 | 18 | MR. MANCINI:  Counselor -- |
| 16:53:47 | 19 | MR. DEIXLER:  -- I'm happy to do that.  I'm |
| 16:53:48 | 20 | not going to let you bully me anymore.  I've had it |
| 16:53:51 | 21 | with you. |
| 16:53:52 | 22 | MR. MANCINI:  Counselor, you are violating |
| 16:53:54 | 23 | the court order.  You are obviously not aware of the |
| 16:53:55 | 24 | court order that led to this deposition. |
| 16:53:55 | 25 | MR. DEIXLER:  Okay.  I'm going to adjourn my |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123   (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 165

|  |  |  |
|---|---|---|
|  | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:53:57 | 2 | portion of the deposition right now and take it up |
| 16:53:58 | 3 | with Judge Stanton. |
| 16:53:58 | 4 | MR. MANCINI:  Counselor, this witness -- this |
| 16:54:02 | 5 | witness is one of the most senior executives of the |
| 16:54:07 | 6 | company.  The judge -- may I read back to you what he |
| 16:54:08 | 7 | said about this deposition? |
| 16:54:08 | 8 | MR. DEIXLER:  I'm fully familiar with the |
| 16:54:09 | 9 | Court's order.  I've adhered strictly to it.  Your |
| 16:54:11 | 10 | behavior has been unprofessional, uncalled for -- |
| 16:54:14 | 11 | MR. MANCINI:  Not true, Counselor. |
| 16:54:14 | 12 | MR. DEIXLER:  -- disruptive. |
| 16:54:16 | 13 | MR. MANCINI:  If anything, it's to the |
| 16:54:18 | 14 | contrary. |
| 16:54:18 | 15 | MR. DEIXLER:  Okay.  The deposition from my |
| 16:54:20 | 16 | standpoint is now adjourned, and I will deal -- |
| 16:54:22 | 17 | MR. MANCINI:  Counselor, you have 25 minutes |
| 16:54:26 | 18 | left. |
| 16:54:26 | 19 | MR. DEIXLER:  I will deal -- I will deal with |
| 16:54:28 | 20 | the judge, because I do not intend to allow you to |
| 16:54:29 | 21 | disrupt it any further. |
| 16:54:29 | 22 | MR. MANCINI:  You have 25 minutes left. |
| 16:54:30 | 23 | MR. DEIXLER:  My best professional estimate |
| 16:54:32 | 24 | is, is that we will be back here with Mr. Page again |
| 16:54:36 | 25 | without your disruptions. |

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 166

| | | |
|---|---|---|
| | 1 | PAGE, L. - HIGHLY CONFIDENTIAL |
| 16:54:36 | 2 | MR. MANCINI:  Counselor -- |
| 16:54:36 | 3 | MR. DEIXLER:  We're going to adjourn the |
| 16:54:38 | 4 | deposition, and let's go off the record now. |
| 16:54:42 | 5 | THE VIDEOGRAPHER:  This concludes today's |
| 16:54:44 | 6 | video deposition of Larry Page in the matter of Viacom |
| 16:54:47 | 7 | International versus YouTube, Inc., and The Football |
| 16:54:51 | 8 | Association. |
| 16:54:51 | 9 | We are now off the record. |
| 16:54:52 | 10 | The time is 4:50 p.m. |
| 16:54:56 | 11 | (WHEREUPON, the deposition adjourned at |
| | 12 | 4:50 p.m.) |
| | 13 | |
| | 14 | ---oOo--- |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 167

1          PAGE, L. - HIGHLY CONFIDENTIAL

2                    J U R A T

3

4          I, LARRY PAGE, do hereby certify under

5     penalty of perjury that I have read the foregoing

6     transcript of my deposition taken on October 1, 2009;

7     that I have made such corrections as appear noted

8     herein in ink, initialed by me; that my testimony as

9     contained herein, as corrected, is true and correct.

10

11          DATED this _____ day of _____, 2009,

12     at _____, California.

13

14

15

16

17

18          _____

19               SIGNATURE OF WITNESS

20

21

22

23

24

25

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

1

2                              E R R A T A

3

4

5

6              I wish to make the following changes,

7        for the following reasons:

8

9        PAGE LINE

10       ___  ___  CHANGE:_____

11       REASON:_____

12       ___  ___  CHANGE:_____

13       REASON:_____

14       ___  ___  CHANGE:_____

15       REASON:_____

16       ___  ___  CHANGE:_____

17       REASON:_____

18       ___  ___  CHANGE:_____

19       REASON:_____

20       ___  ___   CHANGE:_____

21       REASON:_____

22

23       _____      _____

24       WITNESS' SIGNATURE                    DATE

25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 169

1             PAGE, L. - HIGHLY CONFIDENTIAL

2                 CERTIFICATE OF REPORTER

3

4         I, ANDREA M. IGNACIO HOWARD, hereby certify

5     that the witness in the foregoing deposition was by me

6     duly sworn to tell the truth, the whole truth, and

7     nothing but the truth in the within-entitled cause;

8

9         That said deposition was taken in shorthand

10    by me, a Certified Shorthand Reporter of the State of

11    California, and was thereafter transcribed into

12    typewriting, and that the foregoing transcript

13    constitutes a full, true and correct report of said

14    deposition and of the proceedings which took place;

15

16        That I am a disinterested person to the said

17    action.

18

19        IN WITNESS WHEREOF, I have hereunto set my

20    hand this     day of          2009.

21

22    _____

23    ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 170

1          PAGE, L. - HIGHLY CONFIDENTIAL

2                    I N D E X

3      DEPOSITION OF LARRY PAGE

4      EXAMINATION                                    PAGE

5      BY MR. BASKIN                                    6

6      BY MR. DEIXLER                                 129

7

8                  E X H I B I T S

9      EXHIBIT                                        PAGE

10     Exhibit 1    10/9/06 E-mail w/ Attachments,     27

11                  Subject: Green Board Material,

12                  Bates Nos. CSSU003560 - 586;

13                  27 pgs.

14     Exhibit 2    12/8/05 E-mail, Subject:           35

15                  [Harappa-bd] Search Terms, Bates

16                  Nos. GOO001-00990640 - 41; 2 pgs.

17     Exhibit 3    5/12/06 E-mail, Subject: Re: Video  44

18                  GPS - Content, Bates Nos.

19                  GOO001-00496651 - 54; 4 pgs.

20     Exhibit 4    9/7/06 E-mail, Subject: CBS -       58

21                  Google Video Deal: Update, Bates

22                  Nos. GOO001-01526188 - 89; 2 pgs.

23     Exhibit 5    11/2/06 E-mail, Subject: Re:        60

24                  Viacom/MTV proposal, Bates Nos.

25                  GOO001-00797166; 1 pg.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123   (212)705-8585

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 171

1                    PAGE, L. - HIGHLY CONFIDENTIAL

2                  E X H I B I T S  (Confidential.)

3

4       EXHIBIT                                          PAGE

5       Exhibit 6    11/14/06 E-mail String, Subject:   62

6                    Re: Content deal terms, Bates

7                    Nos. GOO001-01507063 - 65; 3 pgs.

8       Exhibit 7    11/29/06 E-mail String, Subject:   67

9                    Fwd: Google's Best and Final

10                   Proposal, Bates Nos.

11                   GOO001-01526800 - 802; 3 pgs.

12      Exhibit 8    10/31/06 E-mail String, Subject:   68

13                   Re: Viacom Content, Bates Nos.

14                   GOO001-01559968 - 71; 4 pgs.

15      Exhibit 9    11/16/06 E-mail String, Subject:   73

16                   Fw: Chat with Eric on Media

17                   Deals...next steps, Bates Nos.

18                   GOO001-00792654 - 65; 2 pgs.

19      Exhibit 10   11/16/06 E-mail String, Subject:   76

20                   Re: Deal review call, Bates Nos.

21                   GOO001-01526638 - 39; 2 pgs.

22      Exhibit 11   Turner/YouTube (YT) Term Sheet     80

23                   10/11/06, Bates Nos.

24                   GOO001-02826036 - 46; 11 pgs.

25

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

Page 172

1                    PAGE, L. - HIGHLY CONFIDENTIAL

2                    E X H I B I T S  (Confidential.)

3       EXHIBIT                                          PAGE

4       Exhibit 12    TWDC/Google - Deal Framework,        84

5                     Bates Nos. GOO001-02502815 - 819;

6                     5 pgs.

7       Exhibit 13    MTV Networks Video Term Sheet         88

8                     Google Draft 12/14/06, Bates Nos.

9                     GOO001-02892078 - 083; 6 pgs.

10      Exhibit 14    2/15/07 E-mail String, Subject:       94

11                    Iger, Bates Nos. GOO001-01511226

12                    - 27; 2 pgs.

13      Exhibit 15    2/2/07 Letter To Drummond and         99

14                    Walker From Fricklas, Bates Nos.

15                    VIA01475465 - 76; 12 pgs.

16      Exhibit 16    2/12/07 E-mail Subject: Corporate    100

17                    eFax from 12126644733, Bates Nos.

18                    GOO001-02826791 - 98; 8 pgs.

19      Exhibit 17    6/8/06 E-mail Subject: Fw: Google    102

20                    Video Handover deck_v2, Bates Nos.

21                    GOO001-00791569 - 611; 43 pgs.

22      Exhibit 18    2/2/07 E-mail String, Subject:       110

23                    Fwd: What I sent to Viacom...,

24                    Bates Nos. GOO001-00973152 - 54;

25                    3 pgs.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 2803, New York, NY 10123  (212)705-8585

a4869a54-831a-469e-8188-29b2aa8a3e2f

LARRY PAGE - HIGHLY CONFIDENTIAL

```
 1                    PAGE, L. - HIGHLY CONFIDENTIAL

 2                    E X H I B I T S  (Continued.)

 3

 4        EXHIBIT                                          PAGE

 5        Exhibit 19   10/2/07 E-mail String, Subject:     119

 6                     Re: Idea on promotion on YouTube,

 7                     Bates Nos. GOO001-00989006 - 08;

 8                     3 pgs.

 9                          ---oOo---

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

a4869a54-831a-469e-8188-29b2aa8a3e2f