ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
VIACOM INTERNATIONAL INC.,
et al.,

    Plaintiffs,              07 Civ. 2103 (LLS)

    v.                              **ORDER**

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE INC.,

    Defendants.
--------------------------------x

After examining the redactions proposed by the plaintiffs with respect to confidential personal and business information contained in submissions filed in support of Defendants' Opposition to Plaintiffs' Motions for Partial Summary Judgment, Viacom's Opposition to Defendants' Motion for Summary Judgment, Defendants' Reply in Support of Defendants' Motion for Summary Judgment, and Viacom's Reply in Support of Viacom's Motion for Partial Summary Judgment – together with the reasons given for continued confidential treatment of the designated material, I have determined that the protection of the value of this private, proprietary and commercially sensitive information to its owners clearly outweighs any countervailing public interest in its disclosure to the general public and to competitors, and justifies its redaction, together with personally identifiable matter such as addresses, telephone and account numbers, family

and personal affairs and similar information, from material publicly filed and disclosed, with the exception of the portion of the Legal Department Summary contained in Schapiro Exhibits 115 and 281 quoted on page 52 and the Fricklas statement on page 75 of Defendants' Opposition to Plaintiffs' Motions for Partial Summary Judgment and dealt with in my July 28, 2010 Ruling on Viacom's Disputed Privilege Claims, which shall not be redacted from those exhibits nor from pages 17 and 168 of Tab 2, pages 52-53 and 75 of Tab 4, and Tab 6 of Viacom's July 1, 2010 Submission of Documents with Marked Partial Redactions.

  So ordered.


Dated: New York, New York
       August 3, 2010

                                      _____*Louis L. Stanton*_____
                                            LOUIS L. STANTON
                                              U. S. D. J.