ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/10

VIACOM INTERNATIONAL INC., )
COMEDY PARTNERS, )
COUNTRY MUSIC TELEVISION, INC., )
PARAMOUNT PICTURES CORPORATION, )
and BLACK ENTERTAINMENT TELEVISION )
LLC, )
)
Plaintiffs, )
)
v. )
)
YOUTUBE INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
)
Defendants. )

Case No. 1:07-cv-02103 (LLS)
(Related Case No. 1:07-cv-03582 (LLS)))
**ECF Case**

**FINAL JUDGMENT**

YouTube Inc., YouTube, LLC, and Google Inc. ("Defendants"), having moved for summary judgment that they are protected by the safe-harbor provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 512 et seq., for all of Plaintiffs' direct and secondary copyright infringement claims, and such motion having come before the Honorable Louis L. Stanton, United States District Judge, and the Court thereafter, on June 23, 2010 having rendered its Opinion and Order granting the Defendants' motion for summary judgment; and    LLS

Plaintiffs having moved for partial summary judgment on certain of their claims for relief and against Defendants' DMCA defense, and said motion having come before the Honorable Louis L. Stanton, United States District Judge, and the Court thereafter, on June 23, 2010 having rendered its Opinion and Order denying Plaintiffs' motion; and    LLS

Plaintiffs having affirmed: (i) that all of their remaining claims for relief in this case are disposed of by the June 23, 2010 Order; (ii) that they do not seek injunctive relief in this action pursuant to 17 U.S.C. § 512(j); and (iii) that there are no claims for relief that still remain to be adjudicated, it is

**ORDERED, ADJUDGED AND DECREED** that for reasons set forth in the Court's Opinion ~~Memorandum Decision~~ and Order dated June 23, 2010, judgment is entered for Defendants and against Plaintiffs on all of Plaintiffs' claims.

New York, New York
August 9, 2010

SO ORDERED:

*Louis L. Stanton*
Hon. Louis L. Stanton
United States District Judge

Entered:

*Ruby J. Krajick*
Clerk of Court

By: _____
Deputy Clerk of Court