UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-cv-02103 (LLS)<br>(Related Case No. 1:07-cv-03582 (LLS))<br>**ECF Case**<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that all plaintiffs in the above captioned action hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on the 10th day of August, 2010, which refers to the Opinion and Order dated June 23, 2010 granting Defendants' motion for summary judgment on all of Plaintiffs' claims.

Dated:     August 11, 2010

Respectfully Submitted,

By: _____

Paul M. Smith (No. PS-2362)
William M. Hohengarten (No. WH-5233)
Scott B. Wilkens (*pro hac vice*)
Matthew S. Hellman (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 639-6072
Facsimile: (202) 639-6066

Susan J. Kohlmann (No. SK-1855)
JENNER & BLOCK LLP
919 Third Avenue
New York, NY  10022
Telephone: (212) 891-1690
Facsimile: (212) 891-1699

Stuart J. Baskin (No. SB-9936)
John Gueli (No. JG-8427)
Kirsten Nelson Cunha (No. KN-0283)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

To:  Andrew H. Schapiro
     A. John Mancini
     Matthew D. Ingber
     Brian M. Willen
     MAYER BROWN LLP
     1675 Broadway
     New York, New York 10019
     Telephone: (212) 506-2500
     Facsimile: (212) 262-1910

     David H. Kramer
     Maura L. Rees
     Michael H. Rubin
     WILSON SONSINI GOODRICH & ROSATI PC
     650 Page Mill Road
     Palo Alto, California 94304
     Telephone: (650) 493-9300
     Facsimile: (650) 493-6811