UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., <br> COMEDY PARTNERS <br> COUNTRY MUSIC TELEVISION, INC., <br> PARAMOUNT PICTURES CORPORATION, <br> and BLACK ENTERTAINMENT TELEVISION LLC, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE INC. YOUTUBE, LLC AND GOOGLE, INC., <br><br> Defendants. | Case No. 1:07-cv-02103 (LLS) <br> (Related Case No. 1:07-cv-03582 (LLS)) <br><br> **MOTION FOR LEAVE TO WITHDRAW SARAH A. MAGUIRE FOR VIACOM INTERNATIONAL, INC. ET AL.** |

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the law firm Jenner & Block LLP files this Motion for Leave to Withdraw Sarah Maguire as Counsel for Plaintiffs Viacom International, Inc. et al. ("Viacom") in the above-captioned case. In support of this motion, Jenner & Block LLP states as follows:

1. This Court granted Sarah Maguire's pro *hac vice* admission on behalf of Viacom in the above-captioned case on August 12, 2008. Ms. Maguire is identified as counsel to be noticed. As of October 5, 2012, Ms. Maguire will leave Jenner & Block.

2. Viacom has been informed of and consents to the withdrawal of Ms. Maguire.

3. Viacom remains represented in this action by the law firms of Jenner & Block LLP and Shearman and Sterling LLP.

4. The withdrawal of Ms. Maguire will not affect the case schedule in any way.

5.   For the foregoing reasons, Jenner & Block LLP respectfully requests that this Court grant leave for Sarah Maguire to withdraw as counsel for Viacom.

Dated: October 5, 2012                                       Respectfully submitted,

/s/_____
Scott B. Wilkens *(pro hac vice)*
JENNER & BLOCK LLP 1099
New York Avenue, NW
Washington, DC  20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC.,<br>COMEDY PARTNERS<br>COUNTRY MUSIC TELEVISION, INC.,<br>PARAMOUNT PICTURES CORPORATION,<br>and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE INC. YOUTUBE, LLC AND GOOGLE, INC.,<br><br>Defendants. | Case No. 1:07-cv-02103 (LLS)<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on this 5th day of October, 2012, the foregoing Motion for Leave to Withdraw Sarah A. Maguire as Counsel for Viacom International Inc., et al. and Proposed Order were electronically served upon all counsel in this action and the Premier League Action (No. 07-CV-03582) by operation of the Court's electronic filing system.

/s/_____
Scott B. Wilkens *(pro hac vice)*
JENNER & BLOCK LLP 1099
New York Avenue, NW
Washington, DC   20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066