ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 423
DATE FILED: 10-18-2012

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC.
COMEDY PARTNERS, COUNTRY
MUSIC TELEVISION, INC.,
PARAMOUNT PICTURES, CORP.
BLACK ENTERTAINMENT
TELEVISION, LLC

CASE NO. 1:07-cv-02103 (LLS)
(Related Case)
1:07-cv-03582 (LLS)

Plaintiff's

V.

YOUTUBE, INC., YOUTUBE LLC,
GOOGLE, INC.,

Defendant's

---

## MOTION FOR ENTRY OF DEFAULT

George May, Plaintiff, Intervener here requests that the Clerk of the United States District Court, Southern District of New York enter default against Viacom International, Inc., Comedy Partners, Country Music Television, Inc., Paramount Pictures, Corp. D/B/A Paramount Recreation and CBS, Black Entertainment Television, LLC, Arab Bank Group, Inc., Arab Bank PLC, Dubai World Corporation, defendant's here above pursuant to Federal Rule of Civil Procedure 55(a). In support of this request George May, Plaintiff, Intervener relies upon the record in this case and his affidavit submitted herein.

*Petitioner May has never obtained permission to intervene in this case, and his "Motion to Intervene, Motion to enforce Judgment Lien" etc. dated July 26, 2012 was denied by order dated August 8, 2012. He is not a party to this action, and this application is denied. So Ordered. Louis L. St[anton]*
*10/17/*

-1-

Dated this 27, day of August, 2012.

                                                  _____
George May, Plaintiff,
Intervener
P.O. Box 32247
Palm Bch. Gardens
Fl. 33420
Ph./Fax. 561-290-4384