ORIGINAL

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL: (212) 849-7000 FAX: (212) 849-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/12

WRITER'S DIRECT DIAL NO.
(212) 849-7164

WRITER'S INTERNET ADDRESS
andrewschapiro@quinnemanuel.com

November 21, 2012

**VIA HAND DELIVERY**

Hon. Louis L. Stanton
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

RECEIVED IN CHAMBERS
OF LOUIS L. STANTON
NOV 26 2012
UNITED STATES DISTRICT JUDGE

Re:  *Viacom Int'l, Inc., et al. v. YouTube Inc., et al.*, No. 07-CV-02103 (LLS)

Dear Judge Stanton:

I write on behalf of the parties in the above-captioned action to request a one-week extension of the summary judgment briefing schedule. Both parties are in agreement as to the proposed schedule:

- Friday, December 7: YouTube's motion for summary judgment due;
- Friday, January 18: Viacom's opposition to summary judgment due;
- Friday, February 8: YouTube's reply brief in support of summary judgment due.

We respectfully request that the Court approve this proposed schedule.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000 FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

Respectfully submitted,

/s/ Andrew H. Schapiro

Andrew H. Schapiro

cc:   All counsel of record (via e-mail)

So Ordered:

*Louis L. Stanton*
Hon. Louis L. Stanton
U.S. District Judge

11/26/12