## Memorandum Endorsement

<u>Viacom International, Inc., et al. v. YouTube, Inc., et al.</u>, 07 Civ. 2103 (LLS)

    Mr. May has never obtained permission to intervene in this or the related case, and his motions to do so and enter and enforce a default judgment were denied by orders dated August 8 and October 17, 2012. He is not a party to this case and has no standing to seek this relief, which is denied.

    So ordered.

Dated: New York, New York
      November 28, 2012

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.

**SCANNED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 425
DATE FILED: 11-15-12

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

VIACOM INTERNATIONAL, INC.
COMEDY PARTNERS, COUNTRY
MUSIC TELEVISION, INC.,
PARAMOUNT PICTURES, CORP.
BLACK ENTERTAINMENT                CASE NO. 1:07-cv-02103 (LLS)
TELEVISION, LLC,                            (Related Case)
                                   1:07-cv-03582 (LLS)
         Plaintiff's

vs.

YOUTUBE, INC., YOUTUBE LLC,
GOOGLE, INC.,

         Defendant's

---

GEORGE MAY, PLAINTIFF, INTERVENER, CONTINUING CONTRACT, TRADE SECRET OWNER, UCC LIEN OWNER NOTICE OF AUTOMATIC DISQUALIFICATION, RECUSAL OF HONORABLE LOUIS LEE STANTON PARTY, WITNESS TO THIS CASE, GEORGE MAY, PLAINTIFF, INTERVENER, CONTINUING CONTRACT, TRADE SECRET OWNER, UCC LIEN OWNER NOTICE OF MODIFICATION OF DEFAULT JUDGEMENT FOR CONTINUOUS TORTIOUS INTERFERENCE WITH CONTRACT AND PROSPECTIVE ECONOMIC ADVANTAGE OF GEORGE MAY, PLAINTIFF, INTERVENER, CONTINUING CONTRACT, TRADE SECRET OWNER, UCC LIEN OWNER, WITH INCORPORATED MEMORANDUM OF LAW, EVIDENCE

COMES NOW, George May, Plaintiff, Intervener, Continuing Contract, Trade Secret Owner, UCC Lien Owner and files this his notice of automatic disqualification, recusal of Honorable Louis Lee Stanton Party, Witness to this case, George May, Plaintiff, Intervener, Continuing Contract, Trade Secret Owner UCC Lien Owner Notice of Modification of Default Judgement for Continuous Tortious Interference with Contract and Prospective Economic Advantage of George May, Plaintiff, Intervener,

-1-

NOV 2012