AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Viacom Int'l Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  07-cv-2103 |
| YouTube INc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

YouTube, Inc.; YouTube, LLC; Google, Inc.

Date:   12/06/2012

*Attorney's signature*

David B. Schwartz, 4647925
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave.
22nd Floor
New York, NY  10017
*Address*

davidschwartz@quinnemanuel.com
*E-mail address*

(212) 849-7456
*Telephone number*

(212) 849-7100
*FAX number*