
ORIGINAL

Stanton, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., ET AL., | ) ) ) ) ECF Case |
| Plaintiffs, | ) |
| v. | ) Civil No. 07-CV-2103 (LLS) |
| | ) (related case no. 07-CV-3582 (LLS)) |
| YOUTUBE, INC., ET AL., | ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER

WHEREAS, on December 7, 2012, Defendants filed a renewed motion for summary judgment under seal (sealed Dkt. No. 431); on January 18, 2013, Plaintiffs filed their opposition papers under seal (sealed Dkt. No. 436); and on February 22, 2013, Defendants filed their reply papers under seal (sealed Dkt. No. 438) (collectively, the "Filings");

WHEREAS, the parties have met and conferred and reached a stipulated resolution of the timetable for unsealing the Filings;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, for the parties hereto, that:

1. No later than March 22, 2013, each party shall identify to its adversary the portions of the Filings which it claims should be kept redacted. Objections to unsealing of portions not thus identified are waived.

2. Within the following week, the parties will meet and confer with respect to any contested items;

3. On March 29, 2013, the parties shall unseal all materials that were not objected to pursuant to paragraph 1, or as to which objections have been withdrawn. On the same date, any contested items shall be brought to the Court's attention by letter. Also on the same date, with respect to each redacted item that is not contested, the parties shall (jointly or singly) submit proposed findings of fact, narrowly tailored to the item, justifying its redaction.

4. The Court will either rule on any contested items, or set a date when the parties can be heard on specific items.

| | |
|---|---|
| AGREED and STIPULATED | *Attorney for Viacom International Inc., Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, and Black Entertainment Television, LLC* |
| March 21, 2013 | By: *[signature]* |
| AGREED and STIPULATED | *Attorney for YouTube, Inc., YouTube, LLC and Google Inc.* |
| March 21, 2013 | By: *[signature]* |

SO ORDERED:

*Louis L. Stanton*
Hon. Louis L. Stanton
United States District Judge

3/25/13

2