UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INT'L INC., ET AL.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>YOUTUBE, INC., ET AL.,<br><br>　　　　　　　　Defendants. | ECF Case<br><br>**Civil No. 07-CV-2103 (LLS)**<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE that, upon: (i) the Memorandum of Law in Support of Defendants' Renewed Motion for Summary Judgment (Unredacted); (ii) Defendants' Local Rule 56.1 Supplemental Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried (Unredacted); (iii) the Declaration of David B. Schwartz (Unredacted), dated December 7, 2012, and the exhibits attached thereto; and (iv) all papers and pleadings previously filed herein,

　　　　Defendants YouTube, Inc., YouTube, LLC, and Google, Inc. (collectively, "YouTube"), by their undersigned counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, before the Honorable Louis L. Stanton, United States District Judge, for an Order, pursuant to Federal Rule of Civil Procedure 56(a), that YouTube is entitled to summary judgment: (1) that YouTube qualifies for protection under Section 512(c) of the Digital Millennium Copyright Act, 17 U.S.C. § 512(c) *et seq.*, against all of plaintiffs' copyright infringement claims; and (2) for such other and further relief as this Court deems just and proper.

Dated: New York, New York
December 7, 2012

Respectfully submitted,

*[signature]*

Andrew H. Schapiro
David B. Schwartz
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue
22nd Floor
New York, New York 10010
(212) 849-7000

David H. Kramer
Michael H. Rubin
Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

*Attorneys for Defendants*

TO: Stuart Jay Baskin
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022
(212) 848-4000

Susan J. Kohlmann
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York, NY  10022
(212) 891-1600

Paul M. Smith
William M. Hohengarten
Scott B. Wilkens
Luke C. Platzer
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC  20001-4412
(202) 639-6000

Matthew D. McGill
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, DC  20036
(202) 955-8500