UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-cv-02103 (LLS)<br>(Related Case No. 1:07-cv-03582 (LLS))<br>**ECF Case**<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that all plaintiffs in the above captioned action hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on the docket in this action on the 30th day of April, 2013, which refers to the Opinion dated April 18, 2013, granting Defendants' renewed motion for summary judgment on all of Plaintiffs' claims.

Dated:   April 30, 2013

Respectfully Submitted,

By:   /s/ Paul M. Smith
Paul M. Smith
Scott B. Wilkens
Luke C. Platzer
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001
(202) 639-6060

Susan J. Kohlmann
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1690

Stuart J. Baskin
Kirsten Nelson Cunha
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Matthew D. McGill
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave, NW
Washington, DC 20036
(202) 955-8500

To:  Andrew H. Schapiro
David B. Schwartz
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

David H. Kramer
Michael H. Rubin
Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300