UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, and BLACK ENTERTAINMENT TELEVISION LLC, <br><br>　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>YOUTUBE INC., YOUTUBE, LLC, and GOOGLE INC., <br><br>　　　　　　　　Defendants. | Case No. 1:07-cv-02103 (LLS) <br> (Related Case No. 1:07-cv-03582 (LLS)) <br> **ECF Case** <br><br> **NOTICE OF APPEAL** |

　　Notice is hereby given that all plaintiffs in the above captioned action hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on the docket in this action on the 30th day of April, 2013, which refers to the Opinion dated April 18, 2013, granting Defendants' renewed motion for summary judgment on all of Plaintiffs' claims.

Dated:　　April 30, 2013　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　By:　/s/ Paul M. Smith
　　　　　　　　　　　　　　　　　　　　　Paul M. Smith
　　　　　　　　　　　　　　　　　　　　　Scott B. Wilkens
　　　　　　　　　　　　　　　　　　　　　Luke C. Platzer
　　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　　1099 New York Avenue, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　(202) 639-6060

　　　　　　　　　　　　　　　　　　　　　Susan J. Kohlmann
　　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　　919 Third Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　(212) 891-1690

        Stuart J. Baskin
        Kirsten Nelson Cunha
        SHEARMAN & STERLING LLP
        599 Lexington Avenue
        New York, NY 10022
        (212) 848-4000

        Matthew D. McGill
        GIBSON DUNN & CRUTCHER LLP
        1050 Connecticut Ave, NW
        Washington, DC 20036
        (202) 955-8500

To:    Andrew H. Schapiro
        David B. Schwartz
        QUINN EMANUEL URQUHART &
        SULLIVAN LLP
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        (212) 849-7000

        David H. Kramer
        Michael H. Rubin
        Brian M. Willen
        WILSON SONSINI GOODRICH & ROSATI PC
        650 Page Mill Road
        Palo Alto, California 94304
        (650) 493-9300