# MANDATE

S.D.N.Y.–N.Y.C.<br>
07-cv-2103<br>
Stanton, J.

## United States Court of Appeals
### FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand thirteen.

Present:
    Reena Raggi,
    Gerard E. Lynch,
    Raymond J. Lohier, Jr.,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec. 6, 2013

In re George May,

        *Petitioner*.

13-2804

Petitioner, *pro se*, has filed a petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated a "clear and indisputable right" to the relief sought in his petition. *See Escaler v. USCIS*, 582 F.3d 288, 292 (2d Cir. 2009) (internal quotation marks omitted).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/06/2013