**MANDATE**

N.Y.S.D. Case # 07-cv-2103(LLS)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of March, two thousand and fourteen,

_____

| | |
|---|---|
| Viacom International, Inc., Comedy Partners, Country Music Television, Inc., Paramount Pictures Corporation, Black Entertainment Television, LLC, | **ORDER**<br>Docket No. 13-1720 |
| Plaintiffs - Appellants, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: March 19, 2014 |
| v. | |
| Youtube, Inc., Youtube, LLC, Google, Inc., | |
| Defendants - Appellees. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

MANDATE ISSUED ON 03/19/2014