**MEMO ENDORSED**

MEMO ENDORSED

MEMO ENDORSED

3/21/14

To: Honorable Judge
Louis L. Stanton Rm 21C
United States Courthouse
500 Pearl Street
New York, NY 10007
Ph. 914-390-4100
Fax. 914-390-4180

CASE NO:
1:07-cv-02103 (LLS)
(Related Case)
1:07-cv-03582 (LLS)
United States District
Court Southern District
of New York

Re; Assistance from the Court

<u>VERIFIED MOTION FOR
CONTEMPT, ENFORCEMENT
IN SUPPORT MATTERS</u>

Dear Honorable Judge Louis L. Stanton

On or about September 4, 2012, June 13, 2013 I by Operation of
Law obtained a Judgement against Viacom International, Inc.,
Google, Inc., Arab Bank Plc, New York, New York, others for
the Continuing Criminal Conspiracy, Theft of my Trade
Secrets, Economic Espionage, Internet Fraud, RICO Act, Patriot
Act violations in the amount of $21 Billion Dollars in damages,
Economic Damages for me, my previous Attorney's by contract.
Attached here is the Judgement.

To date our Judgement remains unpaid by the Criminal defendant's
mentioned herein above, which is a Continuing Criminal
Conspiracy of Criminal Conversion of my, my previous Attorney's
Judgement, Money, Chattels, and a violation of the Orders,
Judgements of this Honorable Court.

I here file with this Honorable Court my Request, Motion for
this Honorable Court to show cause why the before mentioned
here defendant's along with their Viacom International, Inc.,
Philippe P. Dauman, President, Summer Redstone Executive
Chairman, Google, Inc., Lawrence Page Chief Executive Officer,
Director, Patrick Pichette Senior Vice President, Financial
Officer, Arab Bank Plc, Nemeh Sabbagh Chief Executive Officer,
Sabih Masri Chairman should not be held in Contempt of Court
for their refusal to pay our Judgement, Obey the Judgements,
Orders of this Honorable Court, Federal, State, Common Law,

Please immediately issue your Honorable Court's Order for the
defendant's before mentioned herein to show cause why they
have not paid our Judgement, plus my previous Attorney's their
Fee's required by Operation of Law, my previous contract, the
Civil Rights Acts, and why they continue in their Criminal,
RICO, Patriot Act Conspiracy against us, causing continued
damages, and why they should not be held in Contempt of Court.

-1-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/14

I am willing to pay Attorney Fee's of 50% of my Judgement for collection of my Money, my previous Attorney's Fee's.

I George May hereby Certifies, Verifies, Declares under the Penalty of Perjury under the Laws of the United States of America that the foregoing is true and correct.

I George May States that the foregoing is made to the best of my personal knowledge, and is made in good faith.

George May, Intervenor,
Plaintiff, Continuing
Contract, Trade Secret
Owner, UCC Lien Owner,
George May on behalf of
his Previous Attorney's
P.O. Box 32247
Palm Bch. Gardens,
Fl. 33420
Ph./Fax. 561-290-4384

I hereby certify that a copy of the foregoing was mailed or faxed this March 19, 2014 to:

Nicolas J. Gutierrez, Jr.
Fax. 305-373-2735

Jo Ann Barone
Fax. 561-655-8478

Lawrence K. Fagan
Fax. 561-687-0154

Stuart L. Stein
Fax. 505-889-0953

Philippe P. Dauman,
President,
Summer Redstone,
Executive Chairman
Viacom International, Inc.
Fax. 302-636-5454

Andrew H. Shapiro
Fax. 212-849-7100

Lawrence Page
Chief Executive Officer,
Patrick Pichette
Senior Vice President
Google, Inc.
Fax. 734-332-6501

Nemeh Sabbagh
Chief Executive Officer,
Sabih Masri
Chairman
Arab Bank Plc, New York,
Fax. 212-223-3175

Charles Stephen Simms Esq.
Fax. 212-969-2900

George May

-2-

COURTESY COPY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

VIACOM INTERNATIONAL, INC.
COMEDY PARTNERS, COUNTRY
MUSIC TELEVISION, INC.,
PARAMOUNT PICTURES, CORP.
BLACK ENTERTAINMENT
TELEVISION, LLC

CASE NO. 1:07-cv-02103 (LLS)
(Related Case)
1:07-cv-03582 (LLS)

Plaintiff's

V.

YOUTUBE, INC., YOUTUBE LLC,
GOOGLE, INC.,

Defendant's

_____

MOTION FOR ENTRY OF DEFAULT
_____

George May, Plaintiff, Intervener here requests that the
Clerk of the United States District Court, Southern District
of New York enter default against Viacom International, Inc.,
Comedy Partners, Country Music Television, Inc., Paramount
Pictures, Corp. D/B/A Paramount Recreation and CBS, Black
Entertainment Television, LLC, Arab Bank Group, Inc., Arab
Bank PLC, Dubai World Corporation, defendant's here above
pursuant to Federal Rule of Civil Procedure 55(a). In
support of this request George May, Plaintiff, Intervener
relies upon the record in this case and his affidavit
submitted herein.

-1-

RECEIVE
SEP - 4 2012
PRO SE OFFICE

ORIGINAL

## MEMORANDUM ENDORSEMENT

<u>Viacom International, Inc., et al. v. YouTube, Inc., et al.</u>, 07
Civ. 2103 (LLS)

Mr. May has never obtained permission to intervene in this
or the related case.  His motions to intervene, to enter and
enforce a default judgment and to obtain my recusal were denied
by orders dated August 8, October 17, and November 28, 2012.  He
is not a party to this case and has no standing to seek this
relief, which is denied.


So ordered.

Dated: New York, New York
       March 31, 2014

<u>Louis L. Stanton</u>
LOUIS L. STANTON
U.S.D.J.